United States Bankruptcy Court
District of Nevada

In re:
THE RHODES COMPANIES, LLC
Debtor

Case No. 09-14814-lbr
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: espinozal Page 1 of 223 Date Rcvd: Aug 18, 2011
Form ID: pdf984 Total Noticed: 12614

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2011.

db +THE RHODES COMPANIES, LLC, C/O DUNHILL HOMES, ATTN: GENERAL COUNSEL, 6345 S JONES, SUITE 400, LAS VEGAS, NV 89118-3334
aty +JAMES I STANG, 10100 SANTA MONICA BLVD #1100, LOS ANGELES, CA 90067-4111
4642104 +1 Bad Computer, Attn Bankruptcy Desk/Managing Agent, 5408 Jasper Butte Street, Las Vegas NV 89130-3710
4295514 +19th Hole Marketing, 1019 N. Colorado St. Suite 100, Gilbert, AZ 85233-2275
4295515 +1st Choice Termite & Pest Control, 9101 W. Sahara Ave. No 105, K-25, Las Vegas, NV 89117-5772
4295516 +200 MPH Printers, 7423 Newcrest Circle, Las Vegas, NV 89147-4935
4642105 +200 MPH Printers, Attn Bankruptcy Desk/Managing Agent, 7423 Newcrest Circle, Las Vegas NV 89147-4935
4642106 +2005 Sage Summit Cus Conf, Attn Bankruptcy Desk/Managing Agent, c/o Conferon, 3 Allied Drive Suite 306, Dedham MA 02026-6148
4295517 +212 Software, 364-C Christopher Avenue, Gaithersburg, MD 20879-3512
4642107 +212 Software, Attn Bankruptcy Desk/Managing Agent, Support Department, 364 C Christopher Avenue, Gaithersburg MD 20879-3512
4295518 +266 Br LLC, 91 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4295519 +3-D Trust, 4001 S Decatur Blvd No 37-187, Las Vegas, NV 89103-5860
4295520 +4 Pines, LLC, PMB 407, 5350 W. Bell Rd. No C-122, Glendale, AZ 85308-3907
4295522 +84 Lumber, 4330 S. Decatur, Las Vegas, NV 89103-5803
4295523 +944 Magazine, 3070 W. Post Road, Las Vegas, NV 89118-3836
4642109 +944 Magazine, Attn Bankruptcy Desk/Managing Agent, 3070 W Post Road, Las Vegas NV 89118-3836
4295524 +9687 Marcelline LLC, 8113 Tiara Cove Cir, Las Vegas, NV 89128-7721
4295525 +A & A Electric, Inc., PO Box 12755, Las Vegas, NV 89112-0755
4295526 +A & B Supply, 1081 N. Lake Havasu Ave., Unit No 102, Lake Havasu City, AZ 86403-1912
4642110 +A 1 Office Machine Co Inc, Attn Bankruptcy Desk/Managing Agent, 1215 South Commerce Street, Las Vegas NV 89102-2528
4642111 +A 1 Pool Service, Attn Bankruptcy Desk/Managing Agent, PO Box 27173, Las Vegas NV 89126-1173
4642113 +A 1 Security Ltd, Attn Bankruptcy Desk/Managing Agent, 917 S First St, Las Vegas NV 89101-6414
4642114 +A 1 Stucco, Attn Bankruptcy Desk/Managing Agent, 330 E Warm Springs Suite 132, Las Vegas NV 89119-4225
4642115 +A A Electric Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 12755, Las Vegas NV 89112-0755
4642116 +A A Premier Pools Spas, Attn Bankruptcy Desk/Managing Agent, Patrick McClain, 5110 North Buffalo, Las Vegas NV 89149-5232
4642117 +A A Roofing Co, Attn Bankruptcy Desk/Managing Agent, 9505 Grenville Ave, Las Vegas NV 89134-6203
4642119 +A Affordable Striping, Attn Bankruptcy Desk/Managing Agent, Sealing LLC, 5795 S Sandhill Rd Suite F, Las Vegas NV 89120-2558
4642120 +A Always Clean Pool, Attn Bankruptcy Desk/Managing Agent, 5504 Liverpool Rd, Las Vegas NV 89107-3705
4642121 +A B Security Group Inc, Attn Bankruptcy Desk/Managing Agent, 3201 West Sahara Blvd, Las Vegas NV 89102-6064
4642122 +A B Supply, Attn Bankruptcy Desk/Managing Agent, 1081 N Lake Havasu Ave Unit 102, Lake Havasu City AZ 86403-1912
4721686 +A COMPANY, INC, ATTN: CRYSTAL M. HIEBERT, 3975 S EAGLESON RD, BOISE, ID 83705-4930
4295528 +A Childrens Dentist, 8710 W. Charleston Blvd No 100, Las Vegas, NV 89117-5467
4642123 +A Childrens Dentist, Attn Bankruptcy Desk/Managing Agent, 8710 W Charleston Blvd 100, Las Vegas NV 89117-5467
4642124 +A Company Portable, Attn Bankruptcy Desk/Managing Agent, PO Box 5702, Boise ID 83705-0702
4295529 +A Company Portable Restrooms, PO Box 5702, Boise, ID 83705-0702
4295530 +A Construction & Autoglass Inc, 2980 S Rainbow Blvd, Suite 110J, Las Vegas, NV 89146-6531
4642125 +A D Automatic Gate and Access, Attn Bankruptcy Desk/Managing Agent, 6442 Windy Street Suite A, Las Vegas NV 89119-3213
4295531 +A F P Property Corp, 686 Broadway, Massapequa, NY 11758-2384
4642127 +A G P Plumbing Inc, Attn Bankruptcy Desk/Managing Agent, Gary Polci, 4255 E Charleston Blvd 333, Las Vegas NV 89104-6685
4295532 +A J & Joan Puedan, 6120 Silkdale Ct, Tampa, FL 33625-5712
4642128 +A L Western Agricultural Lab, Attn Bankruptcy Desk/Managing Agent, 1311 Woodland Avenue 1, Modesto CA 95351-1221
4295533 +A Land Acquisitions Company, 9001 Night Owl Court, Las Vegas, NV 89134-6138
4642129 +A Land Acquisitions Company, Attn Bankruptcy Desk/Managing Agent, 9001 Night Owl Court, Las Vegas NV 89134-6138
4642131 +A R Ornamental Iron Inc, Attn Bankruptcy Desk/Managing Agent, RON, 1425 Athol Avenue, Henderson NV 89011-4001
4642133 A T D, Attn Bankruptcy Desk/Managing Agent, P O Box 41308, Jacksonville FL 32203-1308
4642132 A T D, Attn Bankruptcy Desk/Managing Agent, P O Box 3110, Jersey City NJ 07303-3110
4642134 A to Z Inc, Attn Bankruptcy Desk/Managing Agent, Bob, P O Box 97654, Las Vegas NV 89193-7654
4295535 +A&B Supply, 1081 N. Lake Havasu Ave, Unit 102, Lake Havasu City, AZ 86403-1912
4295536 +A&D Automatic Gate and Access, 6442 Windy Street Suite A, Las Vegas, NV 89119-3213

4295541 +A-1 Rubber Stamp & Engraving, 3111 South Valley View Blvd., No O-103, Las Vegas, NV 89102-8341
4295543 +A-Always Clean Pool, 5504 Liverpool Rd., Las Vegas, NV 89107-3705
4295537 +A.A. Cassaro Construction, 4327 West Sunset Road, Las Vegas, NV 89118-3852
4295538 A.D. Williams Turf Sprayers, 25532 West Southern Avenue, Buckeye, AZ 85326-5443
4295539 +A.R.E., 1606 S. Commerce, Las Vegas, NV 89102-2705
4295540 A.T.D., PO Box 3110, Jersey City, NJ 07303-3110
4295542 +AA Equipment, 1830 W. Mission Road, Escondido,, CA 92029-1112
4642135 +AAA Action, Attn Bankruptcy Desk/Managing Agent, 1537 W Oakey Blvd, Las Vegas NV 89102-2626
4642136 +AAA Designer Logistics, Attn Bankruptcy Desk/Managing Agent, 2801 W Mission Rd, Alhambra CA 91803-1223
4642137 AAA Heating Air, Attn Bankruptcy Desk/Managing Agent, PO Box 15128, Las Vegas NV 89114-5128
4642138 +AAA Packing Shipping Inc, Attn Bankruptcy Desk/Managing Agent, 2801 W Mission Rd, Alhambra CA 91803-1223
4295547 +AArrow Advertising LLC, 4312 Valeta St., San Diego, CA 92107-1510
4642139 +AArrow Advertising LLC, Attn Bankruptcy Desk/Managing Agent, 4312 Valeta St, San Diego CA 92107-1510
4642142 ABC Distributing LLC, Attn Bankruptcy Desk/Managing Agent, Attn Accounts Receivable, P O Box 619000, North Miami FL 33261-9000
4642143 +ABC Locksmith Corp, Attn Bankruptcy Desk/Managing Agent, 3981 E Sunset Road E, Las Vegas NV 89120-3925
4295553 +ABC Locksmith Corp., 3981 E. Sunset Road, No E, Las Vegas, NV 89120-3925
4642145 ABC Moving Inc, Attn Bankruptcy Desk/Managing Agent, 1645 N 46th Street, Mesa AZ 85205-4101
4642146 +ABC Service America, Attn Bankruptcy Desk/Managing Agent, 25 Fourth St NW, Faribault MN 55021-5120
4642148 +ABF Consulting Engineers, Attn Bankruptcy Desk/Managing Agent, 6170 W Viking Rd, Las Vegas NV 89103-2236
4642151 +ABS Inc, Attn Bankruptcy Desk/Managing Agent, 3111 S Valley View Blvd N106, Las Vegas NV 89102-8340
4295563 +AC Houston Lumber Company, PO Box 337410, North Las Vegas, NV 89033-7410
4642152 +AC Houston Lumber Company, Attn Bankruptcy Desk/Managing Agent, PO BOX 337410, North Las Vegas NV 89033-7410
4295571 ACE USA, Dept. CH 14089, Palatine, IL 60055-4089
4642161 ACE USA, Attn Bankruptcy Desk/Managing Agent, Dept CH 14089, Palatine IL 60055-4089
4642170 +ADARON LLC, Attn Bankruptcy Desk/Managing Agent, 5422 E Road Runnr Rd, Paradise Valley AZ 85253-3308
4295595 +ADEQ-State of Arizona, PO Box 18228, Phoenix, AZ 85005-8228
4295601 +ADOT, 1651 W. Jackson RM121F, Phoenix, AZ 85007-3217
4642174 ADOT Moter Vehicle Division, Attn Bankruptcy Desk/Managing Agent, 4005 N 51st Ave, Phoenix AZ 85031-2688
4642175 +ADR Services Inc, Attn Bankruptcy Desk/Managing Agent, 1640 West Alta Drive Suite 4, Las Vegas NV 89106-4165
4642176 +ADT Drilling Inc, Attn Bankruptcy Desk/Managing Agent, 28150 N Alma School Rd 103, PMB 440, Scottsdale AZ 85262-8049
4642187 +AFLAC, Attn Bankruptcy Desk/Managing Agent, Worldwide Headquarters, 1932 Wynnton Road, Columbus GA 31999-0001
4295643 +AIA Contract Documents Software, 8340-F Beechcraft Ave., Gaithersburg, MD 20879-5502
4642196 +AIM Broadcasting/KLAV 1230, Attn Bankruptcy Desk/Managing Agent, 1810 Weldon Place, Las Vegas NV 89104-2402
5082269 +AIR METHODS CORPORATION, ATTN: MARK R. KEENE, 621 E. CARNEGIE DRIVE SUITE 210, SAN BERNARDINO, CA 92408-3548
4642233 +ALS Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 30701, Albuquerque NM 87190-0701
4642244 +AMEC Infrastructure Inc, Attn Bankruptcy Desk/Managing Agent, c/o HSBC Bank Canada, P O Box 12700, Seattle WA 98111-4700
5078401 AMERICAN EXPRESS TRAVEL RELATED SERVICES CO INC, CORP CARD, C/O BECKET AND LEE LLP, POB 3001, MALVERN PA 19355-0701
5104124 +AMERICAN INT'L SPECIALTY LINES INSURANCE CO.ET AL, ATTN: MICHELLE A. LEVITT AUTHORIZED REP, COMMERCIAL INSURANCE BK COLLECTIONS, 175 WATER STREET, 18TH FLOOR, NEW YORK, NY 10038-4976
4642282 +AMPAM LDI MECHANICAL HVAC, Attn Bankruptcy Desk/Managing Agent, PATRICK NUNES, 3842 E POST RD, Las Vegas NV 89120-3963
4642283 +AMPAM RCR PLUMBING, Attn Bankruptcy Desk/Managing Agent, Gary Eckles, 3985 W Post Rd, Las Vegas NV 89118-6826
4295857 +AMPAM-Plumbing of Las Vegas, 5040 Sobb Avenue, Las Vegas, NV 89118-2816
4642284 +AMTREND Corporation, Attn Bankruptcy Desk/Managing Agent, Amir Malik, 1458 Manhattan Ave, Fullerton CA 92831-5222
4642299 +ANTARES CAPITAL CORP, Attn Bankruptcy Desk/Managing Agent, Paul Traynor, 201 Merritt 7 PO Box 5201, Norwalk, CT 06851-1056
4295991 +APCO Equipment, 3432 North 5th Street, North Las Vegas, NV 89032-8048
4642306 +APEX, Attn Bankruptcy Desk/Managing Agent, Brett Traylor, 3675 W Teco 5, Las Vegas NV 89118-6823
4642307 API Fund for Payroll Education, Attn Bankruptcy Desk/Managing Agent, c/o American Payroll Association, 660 North Main Avenue Ste 100, San Antonio TX 78205-1217
4741187 +APPLE MASONRY, INC., ATTN: SHARON K APPLE, 4547 N. RANCHO DR. #D, LAS VEGAS, NV 89130-3432
4642312 +APPLE Partnership c/o, Attn Bankruptcy Desk/Managing Agent, Henderson NV Community Foundation, 178 Westminster Way, Henderson NV 89015-6120
4295999 +AR Iron LLC, 1425 Athol Avenue, Henderson, NV 89011-4001
4642320 +AR Iron LLC, Attn Bankruptcy Desk/Managing Agent, 1425 Athol Avenue, Henderson, NV 89011-4001
4642323 +ARC COM Fabrics Inc, Attn Bankruptcy Desk/Managing Agent, Stella, 251 Rhodes Island St 101, San Francisco CA 94103-5168

4642324 +ARCHIMEDES FUNDING IV CAY LTD, Attn Bankruptcy Desk/Managing Agent, Mike Hatley, 333 South Grand Avenue Suite 4100, Los Angeles, CA 90071-1571
4642330 ARGUS Software, Attn Bankruptcy Desk/Managing Agent, PO BOX 671591, Dallas TX 75267-1591
4296050 ++++ARIZONA SUN, PO BOX 1658, SCOTTSDALE AZ 85252-1658
(address filed with court: Arizona Sun, PO Box 1786, Scottsdales, AZ 85252-1786)
4642363 +ASAP Apparel, Attn Bankruptcy Desk/Managing Agent, 6151 McLeod Drive, Suite A, Las Vegas NV 89120-4408
4642371 +ASSAIGAI, Attn Bankruptcy Desk/Managing Agent, Analytical Laboratories Inc, 4301 Masthead NE, AlbuquerqueNM 87109-5908
4642372 ASSE, Attn Bankruptcy Desk/Managing Agent, 33477 Treasury Center, Chicago IL 60694-3400
4642377 AT T, Attn Bankruptcy Desk/Managing Agent, Acct 702 227 0042 P, P O Box 78628, Phoenix AZ 85062-8628
4642378 AT T Mobility, Attn Bankruptcy Desk/Managing Agent, P O Box 60017, Los Angeles CA 90060-0017
4642379 +AT T Mobility, Attn Bankruptcy Desk/Managing Agent, PO BOX 6463, Carol Stream IL 60197-6463
4642380 AT T Wireless, Attn Bankruptcy Desk/Managing Agent, P O Box 8229, Aurora IL 60572-8229
4642381 AT T Wireless Services, Attn Bankruptcy Desk/Managing Agent, 800 544 3859, PO Box 79075, Phoenix AZ 85062-9075
4296115 +AT&T Mobility, PO Box 6463, Carol Stream, IL 60197-6463
4296114 AT&T Mobility, PO Box 60017, Los Angeles, CA 90060-0017
4296116 +AT&T Wireless Services, P O Box 6463, Carol Stream, IL 60197-6463
4296118 +ATCo. Equipment, PO Box 1128, Perris, CA 92572-1128
4642383 +ATM Div of Superior Tennis Courts, Attn Bankruptcy Desk/Managing Agent, 1022 Nevada Highway 111, Boulder City NV 89005-1825
4296121 +ATM Div. of Superior Tennis, Courts, 1022 Nevada Highway No 111, Boulder City, NV 89005-1825
4642384 +ATR Fitness a division of, Attn Bankruptcy Desk/Managing Agent, AMCO Distributing Services Inc, 23610 S Banning Blvd, Carson CA 90745-6220
4642385 +ATRIUM DOOR WINDOW, Attn Bankruptcy Desk/Managing Agent, TRAVIS/RAY, 3890 W Northwest Hwy 500, Dallas, TX 75220-8110
4642386 +ATTENTUS CDO I LTD, Attn Bankruptcy Desk/Managing Agent, Sarah Evangelista, 2107 Wilson Blvd, Arlington VA 22201-3091
4642391 +AV Vegas, Attn Bankruptcy Desk/Managing Agent, 5000 W Oakey, Suite E8, Las Vegas NV 89146-3398
4642392 +AVENUE CLO FUND LTD, Attn Bankruptcy Desk/Managing Agent, Jessica Raymond, 535 Madison Avenue 15th Floor, New York, NY 10022-4274
4296168 +AWG Charter Services, LLC, 4740 S. Valley View Blvd., Las Vegas, NV 89103-5518
4296174 +AZ Dept. of Fire Building, & Life Safety, 1110 W. Washington Ste 100, Phoenix, AZ 85007-2956
4295544 +Aaron & Susanie-Ann Egan, 6683 Bristow Falls Ct, Las Vegas, NV 89148-5756
4295545 +Aaron Diec, 285 Ladies Tee Ct, Las Vegas, NV 89148-5208
4295546 Aaron Unger, 304 Riverbend Dr S E, Calgary Alberta Canada T2C3X, 00000
4295548 +Abac, Ricardo, 3777 Gulliver St, Las Vegas, NV 89115-0367
4295549 +Abalos Family, 5641 Stratford Cir, Buena Park, CA 90621-3946
4642140 +Abbott Plumbing, Attn Bankruptcy Desk/Managing Agent, 3021 S Valley View 109, Las Vegas NV 89102-0724
4642141 +Abbott s Custom Printing, Attn Bankruptcy Desk/Managing Agent, 6275 Harrison Dr, Suite 5, Las Vegas NV 89120-4022
4295552 +Abbotts Custom Printing, 6275 Harrison Drive, Suite 5, Las Vegas, NV 89120-4022
4295551 +Abbotts Custom Printing, 1275 Shimmering Glen Dr., Henderson, NV 89014-8878
4295554 +Abel, Kelly L, 9330 W. Maule Avenue No 112, Las Vegas, NV 89148-4852
4295555 +Abes Construction, 4241 E. Russel Road, Las Vegas, NV 89120-2316
4642147 +Abes Construction, Attn Bankruptcy Desk/Managing Agent, Abraham, 4241 E Russel Road, Las Vegas NV 89120-2316
4295556 Able Dist. Div of Hajoca, PO Box 29364, Phoenix, AZ 85038-9364
4642149 +Able Kitchen Bath Showplace, Attn Bankruptcy Desk/Managing Agent, Monja Cardoza, 6380 S Valley View Suite 212/214, Las Vegas NV 89118-3907
4642150 +Able Lock Key, Attn Bankruptcy Desk/Managing Agent, 353 Pilot Road Ste B, Las Vegas NV 89119-3520
4295558 +Abolfazl Mohammadi, 1038 Via San Gallo Ct, Henderson, NV 89011-0819
4295559 +Abraham Benefraim, 76 Arcadian Shores St, Las Vegas, NV 89148-2755
4295560 +Abraham Efriem, 76 Arcadian Shores St, Las Vegas, NV 89148-2755
4295561 +Abrego Rohas, Liborio, 2211 Statz Ave No B, North Las Vegas, NV 89030-3136
4295562 +Abreu, Rovirio, 8532 Shady Pines Dr, Las Vegas, NV 89143-4451
4295564 +Accent Awning, 1210 S. Main, Las Vegas, NV 89104-1029
4642153 +Accent Awnings Nevada Inc, Attn Bankruptcy Desk/Managing Agent, 1210 S Main St, Las Vegas NV 89104-1029
4642154 +Access Door And Glass, Attn Bankruptcy Desk/Managing Agent, 1023 Whitney Ranch Drive, Henderson NV AZ 89014-3073
4642155 Access Tech Inc, Attn Bankruptcy Desk/Managing Agent, 28075 N Avenue Stanford, Valencia CA 91355-1104
4295565 Access Tech, Inc., 28075 N Avenue Stanford, Valencia, CA 91355-1104
4295566 +Access Technologies Corp, 241 Sunpac Avenue, Henderson, NV 89011-4436
4642156 +Access Technologies Corp, Attn Bankruptcy Desk/Managing Agent, 241 Sunpac Avenue, Henderson, NV 89011-4436
4642157 +Accountants Inc, Attn Bankruptcy Desk/Managing Agent, File 30235, P O Box 60000, San Francisco CA 94160-0001
4295567 +Accountants, Inc., PO Box 60000 File 30235, San Francisco, CA 94160-0001
4295568 +Accurate Building Maintenance, 3062 Sherdian St, Las Vegas, NV 89102-7819

4642158 +Ace Concrete Inc, Attn Bankruptcy Desk/Managing Agent, Eric Escoto, 400 West Athens Avenue, Henderson NV 89011
4642159 +Ace Fire Systems Inc, Attn Bankruptcy Desk/Managing Agent, 1062 South Main Street, Las Vegas NV 89101-6405
4295570 +Ace Hardware, 4550 Stockton Hill Rd., Kingman, AZ 86409-1755
4642160 +Ace Hardware, Attn Bankruptcy Desk/Managing Agent, 4550 Stockton Hill Rd, Kingman AZ 86409-1755
4295572 +Acevedo, Estela, 2809 Holmes St, N Las Vegas, NV 89030-5245
4295573 +Acevedo-Perez, Alejandro, 3851 Alto Ave, Las Vegas, NV 89115-3203
4295574 +Acme Welding, 8370 W. Cheyenne 109-207, Las Vegas, NV 89129-8404
4295576 Acosta, Edgar, 2717 Webster St, Las Vegas, NV
4295577 +Acosta, Robert Allen, 2153 Gravel Hill St Unit 201, Las Vegas, NV 89117-5981
4295578 +Act I Propeties I LLC, 9173 Royal Monarch Ct, Las Vegas, NV 89147-6889
4295579 +Action Door Services, 2657 Windmill Parkway, Suite 171, Henderson, NV 89074-3384
4295580 +Action Lawn Service, Inc,, 6370 W. Dewey Drive, Las Vegas, NV 89118-1904
4642162 +Action Moving Company, Attn Bankruptcy Desk/Managing Agent, 4109 Glencoe Avenue, Marilna Del Ray CA 90292
4642165 +Action Towing, Attn Bankruptcy Desk/Managing Agent, 3035 Westwood Drive, Las Vegas NV 89109-1021
4642166 +Acton Welding Inc, Attn Bankruptcy Desk/Managing Agent, 4765 Interstate Way, Kingman AZ 86401-6780
4295583 +Acton Welding, Inc., 4765 Interstate Way, Kingman, AZ 86401-6780
4295584 +Acuautla Ramirez, Jose, 1001 N. Pecos Rd. No 148, Las Vegas, NV 89101-1859
4295586 +Ada & Yung Chen, 385 Blue Tee Ct, Las Vegas, NV 89148-5253
4295587 +Adam & Michelle Acosta, 1007 Via Calderia Pl, Henderson, NV 89011-0806
4295588 +Adam & Vera Thomas, 135 Broken Putter Way, Las Vegas, NV 89148-5255
4642167 +Adam J Mandel, Attn Bankruptcy Desk/Managing Agent, 6808 El Carmen Street, Long Beach CA 90815-2440
4295589 +Adame, Cesar, 2119 White St, N Las Vegas, NV 89030-5655
4642168 +Adams Bros/Garage Dr, Attn Bankruptcy Desk/Managing Agent, 150 Cassia Way Suite 100, Henderson NV 89014-6632
4642169 +Adams Brothers Carpet In, Attn Bankruptcy Desk/Managing Agent, 5625 S Arville Ste E, Las Vegas NV 89118-2280
4295590 Adams, Steve, 5014 Avocado Parkway, Fallbrook, CA 92028
4295591 +Adams, Susie, 8221 Shell Beach Ct, Las Vegas, NV 89117-9131
4295592 +Addison Construction Supply, 5685 South Cameron, Las Vegas, NV 89118-2204
4642171 +Addison Glass Window, Attn Bankruptcy Desk/Managing Agent, 5649 South Cameron, Las Vegas NV 89118-2204
4295593 +Adelaida & Johnny Bustos, 2658 Indian Creek Rd, Diamond Bar, CA 91765-3355
4295594 +Adele Archibald, 9535 Castillana Ct, Las Vegas, NV 89147-8210
4642172 +Adera, Attn Bankruptcy Desk/Managing Agent, 4545 W Diablo Dr Suite A, Las Vegas NV 89118-6217
4295596 +Adina Somers, 28722 Walnut Grv, Mission Viejo, CA 92692-1076
4295598 +Adnaan Bukhari, 9677 Valmeyer Ave, Las Vegas, NV 89148-5741
4642173 +Adopt A Highway Maint Corp, Attn Bankruptcy Desk/Managing Agent, 1211 Dyer Road 110, Santa Ana CA 92705-5670
4295600 +Adopt A Highway Maintenance Corp., 1211 Dyer Road Suite 110, Santa Ana, CA 92705-5670
4295603 +Adriana Garcia, 265 Via Di Citta Dr, Henderson, NV 89011-0848
4295604 +Adriana Gonzalez, PO Box 180483, Coronado, CA 92178-0483
4295605 +Advance Janitorial Service Inc, 4054 Roma Rd., Kingman, AZ 86401-8504
4642177 +Advance Janitorial Service Inc, Attn Bankruptcy Desk/Managing Agent, 4054 Roma Rd, Kingman AZ 86401-8504
4642178 +Advanced Brick Concrete, Attn Bankruptcy Desk/Managing Agent, 8414 W Farm Rd 180 213, Las Vegas NV 89131-8170
4642180 Advanced Exercise Equip, Attn Bankruptcy Desk/Managing Agent, John Kueht, 861 South Park Drive 100, Littleton CO 80120
4295606 +Advanced Exercise Equip., 861 South Park Drive No 100, Littleton, CO 80120-5684
4295607 +Advanced Funding Strategies Inc, 1800 E Sahara Ave Ste 107, Las Vegas, NV 89104-3732
4295608 +Advanced Lighting Services, 980 American Pacific Dr Suite 107, Henderson, NV 89014-7866
4642181 +Advanced Lighting Services, Attn Bankruptcy Desk/Managing Agent, 980 American Pacific Dr Suite 107, Henderson NV 89014-7866
4642182 +Advanced Reserve Solutions Inc, Attn Bankruptcy Desk/Managing Agent, 701 N Green Valley Pkwy 200, Henderson NV 89074-6178
4295609 +Advantage Financial Services, 108 Foxcroft Road, West Hartford, CT 06119-1019
4642183 Advantage Financial Services LLC, Attn Bankruptcy Desk/Managing Agent, PO Box 609, Cedar Rapids IA 52406-0609
4642185 +Aero Products Component Serv, Attn Bankruptcy Desk/Managing Agent, 1718 West 3rd Street, Tempe AZ 85281-2441
4295610 +Afarian-Bedrossian Family, 9050 W Warm Springs Rd Unit 1163, Las Vegas, NV 89148-3831
4295612 +Affordable Communications, Inc, 1983 Whitney Mesa Drive, Henderson, NV 89014-2041
4642189 Aggreko LLC, Attn Bankruptcy Desk/Managing Agent, P O Box 972562, Dallas TX 75397-2562
4295614 +Agnes & Dionisio Casao, 6210 Windy Waters Ct, Las Vegas, NV 89110-5044
4295615 +Agnieszka Pluta, 7127 S Durango Dr Unit 211, Las Vegas, NV 89113-2067
4295616 +Agnus Durgun, 2233 Tahoe Timer Way, Riverbank, CA 95367-9588
4642190 +Agnus Durgun, Attn Bankruptcy Desk/Managing Agent, 2233 Tahoe Timer Way, Riverbank CA 95367-9588
4295617 +Agramon, Jose Juan, 2127 Gilder Street, N Las Vegas, NV 89030-5643
4295618 +Agri-Inject, Inc., 5500 East Highway 34, Yuma, CO 80759-9059
4295619 +Agtek Development, Inc., 368 Earhart Way, Livermore, CA 94551-9396
4295620 Aguado, Carlos, 2505 Daley Number 3, North Las Vegas, NV 89030

4295621 +Aguas, Monte, 3400 S. Kofa Dr. Apt 243-11, Flagstaff, AZ 86001-6640
4295622 +Aguiar-Garcia, Ignacio, 2101 Sandy Lane No K2, Las Vegas, NV 89115-5236
4295623 +Aguilar Alvarado, Maudilio, 2212 Mc Carren St., N Las Vegas, NV 89030-7723
4295624 +Aguilar Garcia, Jesus, 1129 Miller Ave, Las Vegas, NV 89106-2261
4295625 +Aguilar Martinez, Martin, 1622 Putnam Ave, North Las Vegas, NV 89030-5513
4295627 +Aguilar, Hector, 1129 Miller Ave, Las Vegas, NV 89106-2261
4295628 +Aguilar, Manuel, 2305 Glassport, Las Vegas, NV 89032-0712
4295629 +Aguiler, Jose, 3827 Trout Lake Ave, Las Vegas, NV 89115-0241
4295630 +Aguilera Cortez, Ricardo, 1811 Stewart Ave No A, Las Vegas, NV 89101-4400
4295631 +Aguilera, Jose, 3827 Trout Lake Ave, Las Vegas, NV 89115-0241
4295632 +Aguilera, Marcelino, 501 North 15th Street, Las Vegas, NV 89101-3229
4295633 Aguilera-Rios, Ismael, 8111 Stewart Ave Unit A, Las Vegas, NV 89101
4295634 Aguilera-Rios, Juan Antonio, 8111 Stewart Ave Unit A, Las Vegas, NV 89101
4295635 +Aguirre Valles, Eleuterio, 7 Washington Way, Henderson, NV 89015-7038
4295636 +Aguirre-Palma, Efren, 625 N. 13th St. Apt C, Las Vegas, NV 89101-2619
4295637 +Aguirre-Palma, Jose Luis, 625 N. 13th St. Apt C, Las Vegas, NV 89101-2619
4295638 Agustin Candelaria Martinez, 1936 Cindy Sue No D, Las Vegas, NV 89106
4295639 +Agustin-Santiago, Josefina, 3751 S. Nellis Blvd, Las Vegas, NV 89121-3121
4642191 Ah Yin Yau, Attn Bankruptcy Desk/Managing Agent, 233 North Electric Ave, Alhambra CA 91801
4295640 +Ahead Headgear, Inc., ATTN AR Dept., 270 Samuel Barnet Blvd., New Bedford, MA 02745-1219
4642192 +Ahern Rentals, Attn Bankruptcy Desk/Managing Agent, 4241 S Arville Street, Las Vegas NV 89103-3713
4295641 +Aherns Rental Center, 4241 S. Arville Street, Las Vegas, NV 89103-3713
4295642 +Ai Tan, 322 Waterton Lakes Ave, Las Vegas, NV 89148-2809
4642195 +Aid for AIDS of Nevada, Attn Bankruptcy Desk/Managing Agent, c/o AFAN, 2300 S Rancho Dr Ste 211, Las Vegas NV 89102-4509
4295646 +Aida Vidallo, 21403 S Perry St, Carson, CA 90745-1667
4295647 +Aimee Thompson, 8921 Lansberry Ct, Las Vegas, NV 89147-8118
4642197 +Air Care Inc, Attn Bankruptcy Desk/Managing Agent, Vanessa, 3868 Post Road, Las Vegas NV 89120-3963
4642198 +Air Center Of Nevada, Attn Bankruptcy Desk/Managing Agent, 1930 Western Ave, Las Vegas NV 89102-4606
4295648 +Air Control Air Conditioning, 2571 N. Kiowa Blvd., Lake Havasu City, AZ 86403-2552
4642199 +Air Control Air Conditioning, Attn Bankruptcy Desk/Managing Agent, 2571 N Kiowa Blvd, Lake Havasu City AZ 86403-2552
4295649 Air Gas West, PO Box 7423, Pasadena, CA 91109-7423
4295650 +Air Methods Corp., Craig Ihara, Esq., 820 East CharlestonBlvd., Las Vegas, NV 89104-1512
4295651 +Air Quality Services of Nevada, 5600 Quail Meadow Ct, Las Vegas, NV 89131-2503
4642200 +Air Quality Services of Nevada, Attn Bankruptcy Desk/Managing Agent, 5600 Quail Meadow Ct, Las Vegas NV 89131-2503
4295653 Airgas West, P O Box 7423, Pasadena, CA 91109-7423
4642201 Airgroup Express, Attn Bankruptcy Desk/Managing Agent, PO Box 3627, Bellevue Valley CA 98009-3627
4295654 Ajilon Professional Staffing, Dept. CH 14031, Palatine, IL 60055-4031
4642202 Ajilon Professional Staffing, Attn Bankruptcy Desk/Managing Agent, Dept CH 14031, Palatine IL 60055-4031
4295655 +Ajoy Chandra, 160 Coles street, Jersey City, NJ 07302-1602
4642203 +Ajoy Chandra, Attn Bankruptcy Desk/Managing Agent, 160 Coles Street, Jersey City NJ 07302-1602
4295656 +Akira Saito, 7189 S Durango Dr Unit 104, Las Vegas, NV 89113-2020
4295657 +Aladdin Capital, 6 Lanmar Square, Stamford, CT 06901-2704
4295658 +Alaiasa, Moepulou, 97 Backspin, Las Vegas, NV 89148-5240
4295661 +Alan Bartlett, PO Box 240, Joshua Tree, CA 92252-0240
4642205 +Alan Castillo, Attn Bankruptcy Desk/Managing Agent, People s Realty Mortgage, 16555 Sherman WY C, Van Nuys CA 91406-3781
4295663 +Alan Hones, 9050 W Warm Springs Rd Unit 2092, Las Vegas, NV 89148-3835
4295664 Alan L. Hewitt, 7885 Oriole Mohave Velley, AZ 86440, Mohave Valley, AZ 86440
4295665 +Alan Rensberger Trucking, 1369 Bacobi Road, Golden Valley, AZ 86413-7712
4295666 +Alan Silva, 1208 Claim Jumper Dr, Las Vegas, NV 89108-1880
4295659 +Alan and Elena Aguba, 906 W Hillcrest Blvd, Monrovia, CA 91016-1541
4295660 +Alan and Thitivan Wong, 391 Blue Tee Ct, Las Vegas, NV 89148-5253
4295667 +Alanis-Huerta, Bernabe, 5383 Corral Ct, Las Vegas, NV 89119-2885
4295668 +Alaniz Ruiz, Graciela, 5304 Retablo No A, Las Vegas, NV 89103-3574
4295669 Alarmco, 2007 Las Vegas Blvd. South, Las Vegas, NV 89104-2522
4295670 +Alba Decano, 1560 Nightfall Ln, Chula Vista, CA 91915-1950
4295671 +Alba, Dodie, 9113 Craven Ave, Las Vegas, NV 89149-3020
4295679 +Albert Petrossian, 200 Tayman Park Ave, Las Vegas, NV 89148-2836
4295680 Albert Uster Imports Inc., PO Box 770, Gaithersburg, MD 20884-0770
4295672 +Albert and Anita Panebianco, 7119 S Durango Dr Unit 110, Las Vegas, NV 89113-2058
4295673 +Albert and Colleene Preciado, 9050 W Warm Springs Rd Unit 2138, Las Vegas, NV 89148-3836
4295674 +Albert and Denise Nelson, 476 Via Del Foro Dr, Henderson, NV 89011-0104
4295675 +Albert and Marinette Peterson, 813 N Mariposa St, Burbank, CA 91506-1409
4295676 +Albert and Marlene Montes, 251 Tayman Park Ave, Las Vegas, NV 89148-2837
4295677 +Albert and Midrene Howell, 249 Fairway Woods Dr, Las Vegas, NV 89148-5204
4295681 +Albert, David, 10175 Spring Mountain Road, Unit 2091, Las Vegas, NV 89117-8480
4295685 +Alberto Monteagudo, 196 Flying Hills Ave, Las Vegas, NV 89148-2630
4295686 +Alberto Vasquez, 2853 Sandy Falls Way, Las Vegas, NV 89142-2541
4295687 +Alberto Vidales-Barrientos, 5820 Meikle Ln, Las Vegas, NV 89156-7606
4295683 +Alberto and Cecilia Carluto, 163 Castle Course Ave, Las Vegas, NV 89148-5001
4295684 +Alberto and Norma Casilla, 849 Berryessa St, Milpitas, CA 95035-4306

4295688 +Alcala, Jose Antonio, 6201 E. Lake Mead Unit 250, Las Vegas, NV 89156-6997
4295689 +Alcala-Ruiz, Raymundo, 5791 Auckland Dr, Las Vegas, NV 89110-2625
4295690 +Alcaraz, Jesus M., 2514 Rosy Sunrise St, Las Vegas, NV 89142-2846
4295691 +Alcon, Brenda, 6750 Tulip Falls Dr No 234, Henderson, NV 89011-5042
4642206 +Alder Sales Corporation, Attn Bankruptcy Desk/Managing Agent, 6676 South 400 West, Murray UT 84107-7081
4295692 +Aldo I. Vazquez, 1802 Harding St, North Las Vegas, NV 89030-6910
4295693 +Alejandra Villarreal, 7228 Cottonsparrow St, Las Vegas, NV 89131-8220
4295695 +Alejandro Campos, 9790 Marcelline Ave, Las Vegas, NV 89148-5752
4295696 +Alejandro De La Rosa Trinidad, 1020 Dumbarton Street, Las Vegas, NV 89110-1105
4642207 +Alejandro De La Rosa Trinidad, Attn Bankruptcy Desk/Managing Agent, 1020 Dumbarton Street, Las Vegas NV 89110-1105
4295697 +Alejandro Martinez-Balbueno, 2108 Birch Leaf Cr, Las Vegas, NV 89156-5909
4295698 +Alejandro Navarro, 913 Via Stellato St, Henderson, NV 89011-0856
4295699 +Alejandro Perez Martinez, 6500 W Charleston Blvd No 123, Las Vegas, NV 89146-9071
4295700 +Alejo Camarena, Enrique, 924 Macfar Ln, Las Vegas, NV 89101-1659
4295701 +Alek Vienneau, 310 Broken Par Dr, Las Vegas, NV 89148-5211
4295702 +Aleman Family, 583 Center Green Dr, Las Vegas, NV 89148-5224
4295703 +Alenoush Davidian, 5350 White Oak Ave Apt 410, Encino, CA 91316-4531
4295708 +Alex Buala, 27962 Paseo Del Norte, San Juan Capistrano, CA 92675-3318
4295709 +Alex Mendoza, ReMax Olson Association, 11141 Tampa Avenue, Northridge, CA 91326-2254
4642208 +Alex Mendoza, Attn Bankruptcy Desk/Managing Agent, ReMax Olson Association, 11141 Tampa Avenue, Northridge CA 91326-2254
4295705 +Alex and Isaa Peralta, 4669 Lomas Santa Fe St, Las Vegas, NV 89147-6027
4295706 +Alex and Jan Cano, 773 Creekside Pl, Chula Vista, CA 91914-2435
4295707 +Alex and Jonette Hodson, 9473 Verneda Ct, Las Vegas, NV 89147-8206
4295713 +Alexander Dryjenko, 7167 S Durango Dr Unit 212, Las Vegas, NV 89113-2042
4295715 +Alexandre and Amanda Gaudelet, 477 Via Palermo Dr, Henderson, NV 89011-0825
4295717 +Alfarao-Serrano, Victor M, 2513 Salt Lake St, N Las Vegas, NV 89030-3412
4295718 +Alfaro, Armando, 3904 Via Lucia Dr, Las Vegas, NV 89115-0279
4295721 +Alfonso Bernal, 70 Castle Creek Ct, Las Vegas, NV 89148-2721
4295722 +Alfonso Martin Maqueda, 6500 W. Charleston, Las Vegas, NV 89146-9054
4295719 +Alfonso and Rachelle Ramirez, 969 Via Stellato St, Henderson, NV 89011-0858
4295720 +Alfonso and Reyna Bernal, 70 Castle Creek Ct, Las Vegas, NV 89148-2721
4295723 Alfredo & Cherry Tan, 88 Salmon Wy, Unalaska, AK 99685
4295725 +Alfredo Martinez-Valles, 3700 E. Bonanza Apt 1045, Las Vegas, NV 89110-2184
4295726 +Alfredo Ponce, 7233 Tealwood St, Las Vegas, NV 89131-8219
4295727 +Alfredo Temoche, 45 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4295728 +Alfredo Vera, 7139 S Durango Dr Unit 206, Las Vegas, NV 89113-2080
4295724 +Alfredo and Yolanda Magyawi, 7151 S Durango Dr Unit 311, Las Vegas, NV 89113-2034
4295729 +Ali Jordan, or Current Homeowner, 271 Waterton Lakes, Las Vegas, NV 89148-2809
4295730 +Alice Abcarian, 5350 White Oak Ave Apt 410, Encino, CA 91316-4531
4295731 +Alicia Francisco, 13746 Reva Cir, Cerritos, CA 90703-8934
4295732 +Alicia Sucholl, 9050 W Warm Springs Rd Unit 1024, Las Vegas, NV 89148-3827
4295734 +Alimohammad Family, 103 Red Tee Ln, Las Vegas, NV 89148-5262
4295735 +Alison Teitler, 7107 S Durango Dr Unit 312, Las Vegas, NV 89113-2014
4295736 +All About Brick Paving, 6000 S Eastern Avenue Suite 101, Las Vegas, NV 89119-3125
4642210 +All About Brick Paving, Attn Bankruptcy Desk/Managing Agent, Karen, 6000 S Eastern Avenue Suite 101, Las Vegas NV 89119-3125
4642211 +All About Pool Services, Attn Bankruptcy Desk/Managing Agent, 3395 S Jones Blvd 149, Las Vegas NV 89146-6729
4295737 +All American Carpet Care, 2756 North Green Valley Pkwy No 108, Henderson, NV 89014-2120
4642212 +All American Carpet Care, Attn Bankruptcy Desk/Managing Agent, 2756 North Green Valley Pkwy 108, Henderson NV 89014-2120
4295738 +All American Cleaning, 3658 Miguels Lane, Las Vegas, NV 89120-2541
4642213 +All American Cleaning, Attn Bankruptcy Desk/Managing Agent, Dwayne Frye Cell, 3658 Miguels Lane, Las Vegas NV 89120-2541
4295739 +All American Home Theater, LLC, 2865 Evening Rock Street, Las Vegas, NV 89135-1626
4295740 +All Drywall & Paint Inc., 1601 N. Rancho Dr. Suite No 3, Las Vegas,, NV 89106-1018
4642214 +All Drywall Paint Inc, Attn Bankruptcy Desk/Managing Agent, Hugo Lee 2864846, 1601 N Rancho Dr Suite 3, Las Vegas, NV 89106-1018
4642215 +All Pro Home Inspections, Attn Bankruptcy Desk/Managing Agent, 1916 Smith Street, Las Vegas NV 89108-2433
4295741 +All State Fastner Corp, PO Box 426, Roseville, MI 48066-0426
4295742 All Striping, 236 S. Rainbow Blvd. Suite 124, Las Vegas, NV 89145-5329
4642216 All Striping, Attn Bankruptcy Desk/Managing Agent, 236 S Rainbow Blvd, 124, Las Vegas NV 89145-5329
4642218 +All Wood Treasures Co, Attn Bankruptcy Desk/Managing Agent, Ed/Jerri/Kim, 2063 E Cedar Street, Tempe AZ 85281-7410
4295743 +All Wood Treasures Co., 2063 E. Cedar Street, Tempe, AZ 85281-7410
4642226 +AllPro Paint Collision, Attn Bankruptcy Desk/Managing Agent, Centers, 3615 W Sprint Mountain Rd, Las Vegas NV 89102-8617
4295744 +Allan & Maria Usaraga, 1090 Via Capassi Way, Henderson, NV 89011-0892
4295745 +Allan Carter, 1091 Via Capassi Way, Henderson, NV 89011-0892
4295746 +Allard Family, 4456 Fiore Bella Blvd, Las Vegas, NV 89135-2460
4295747 +Allen & Debbie Crow, 8201 SW 13th St, Lincoln, NE 68523-9023
4295748 +Allen Corcoran, 61 Dogwood Hills St, Las Vegas, NV 89148-4422
4642219 +Allen Drilling Inc, Attn Bankruptcy Desk/Managing Agent, 4015 West Tompkins Ave, Las Vegas NV 89103-5540
4295749 +Allen Drilling Inc., 4015 West Tompkins Avenue, Las Vegas, NV 89103-5540

4642220 +Allen Temporary Staffing, Attn Bankruptcy Desk/Managing Agent, 1700 E Desert Inn 118, Las Vegas NV 89169-3206
4295750 +Allen Wrench, 781 N. Lake Havasu, Lake Havasu City, AZ 86403-2938
4295751 +Allen, Michael, 635 Eldorado, Las Vegas, NV 89123-0513
4295752 +Allen, Torrie Ann, 388 West Butterfield Rd. Unit 18, Chino Valley, AZ 86323-5610
4295753 +Alley, Michael K., PO Box 9144, Pahrump, NV 89060-9144
4295755 +Alliance, 240 Elliott Rd., Henderson, NV 89011-4134
4642221 Alliance Drilling, Attn Bankruptcy Desk/Managing Agent, 9618 N Vista Dr, Kingman AZ 86401
4642222 +Alliance Mortgage, Attn Bankruptcy Desk/Managing Agent, ATTN Stacie Martin, 3230 S Buffalo Drive Suite 106, Las Vegas NV 89117-2506
4295756 +Allied Collection Service Inc, 3080 S Durango Dr Ste 208, Las Vegas, NV 89117-9194
4295757 +Allied Forces, 602 Hall Street, Kingman, AZ 86401-6272
4642223 +Allied Forces, Attn Bankruptcy Desk/Managing Agent, 602 Hall Street, Kingman AZ 86401-6272
4295758 Allied Publishing Services Inc, 42 Reads Way, New Castle, DE 19720-1649
4642224 Allied Publishing Services Inc, Attn Bankruptcy Desk/Managing Agent, 42 Read s Way, New Castle DE 19720-1649
4295759 Allied Telephone Directories, PO Box 3110, Jersey City, NJ 07303-3110
4642225 +Alligator Soup, Attn Bankruptcy Desk/Managing Agent, 9350 West Sahara 130, Las Vegas NV 89117-5395
4295760 +Allison & Christopher Moderson, 9050 W Tropicana Ave Unit 1170, Las Vegas, NV 89147-8192
4295761 +Allison Reynolds, PO Box 103321, Denver, CO 80250-3321
4295762 +Ally and Kenneth Yeh, 5652 Cactus Thorn Ave, Las Vegas, NV 89118-2085
4295763 +Allysa Aaron, 276 Via Di Citta Dr, Henderson, NV 89011-0849
4295764 +Almaraz, Jose A., 4344 Rita Circle, Las Vegas, NV 89115-5455
4642227 +Aloha Airlines, Attn Bankruptcy Desk/Managing Agent, P O Box 30028, Honolulu HI 96820-0028
4642228 +Aloha Vending, Attn Bankruptcy Desk/Managing Agent, Quality Vending, 106 Eagleview Court, Henderson NV 89074-0642
4295765 +Alonso Millan, Juan, 1720 W. Bonanza, No 78, Las Vegas, NV 89106-4734
4295766 +Alonso-Asencion, Antonio, 1436 Big Tree Ave, N Las Vegas, NV 89031-1696
4642229 +Alpha Home Inspections, Attn Bankruptcy Desk/Managing Agent, Craig Stivale, 336 Marble Falls St, Las Vegas NV 89138-3000
4642230 +Alpha Realty Services, Attn Bankruptcy Desk/Managing Agent, 2260 Corporate Circle Ste 430, Attn Lois Brown, Henderson NV 89074-7701
4295767 +Alpheus and Daphne Naka, 9050 W Warm Springs Rd Unit 1179, Las Vegas, NV 89148-3832
4295768 Alpine Water Systems, PO Box 94436, Las Vegas, NV 89193-4436
4642231 Alpine Water Systems, Attn Bankruptcy Desk/Managing Agent, PO Box 94436, Las Vegas NV 89193-4436
4295769 +Altamirano Juarez, Carlos A, 4248 Stewart Unit D, Las Vegas, NV 89110-3244
4295770 +Altamirano Juarez, Maria Del Rosario, 4248 Stewart Ave Unit D, Las Vegas, NV 89110-3244
4295771 +Altenbern, Douglas, 3500 Kilburry Court, Las Vegas, NV 89129-6968
4295772 +Alternative Lawns, PO Box 230402, Las Vegas, NV 89105-0402
4642234 +Alternative Lawns, Attn Bankruptcy Desk/Managing Agent, P O Box 230402, Las Vegas NV 89105-0402
4295773 +Alternative Office Systems, 3930 West Ali Baba St, Las Vegas, NV 89118-1620
4295774 +Altobelli Family, 387 Palm Trace Ave, Las Vegas, NV 89148-2733
4295775 +Alumacast, 3184 Fremont St., Las Vegas, NV 89104-2209
4642237 +Alumifax Inc, Attn Bankruptcy Desk/Managing Agent, 4325 West Reno Avenue, Las Vegas NV 89118-1615
4295777 +Alvarado Ramirez, Francisco J., 3825 Trout Lake Ave, Las Vegas, NV 89115-0241
4295778 +Alvarado, Adelso E., 2830 So. Decatur Blvd No 11, Las Vegas, NV 89102-5553
4295779 +Alvarado, Higinio B, 5812 Balzar, Las Vegas, NV 89108-3126
4295780 +Alvarado, Jose J, 1949 Cindy Sue St, Las Vegas, NV 89106-1161
4295781 +Alvarado, Santiago, 4683 Petaluma Cir, Las Vegas, NV 89120-1788
4295782 +Alvarado, Silvano, 4108 Park Point Ct, Las Vegas, NV 89110-1290
4295783 +Alvarado-Bravo, Francisco, 4108 Park Point Ct, Las Vegas, NV 89110-1290
4295784 +Alvarado-Bravo, Martiniano, 4108 Park Point Ct, Las Vegas, NV 89110-1290
4295785 +Alvarado-Bravo, Pablo, 4108 Park Point Ct, Las Vegas, NV 89110-1290
4295786 +Alvarado-Cruz, Jose H, 1137 Pawnee Ln., Henderson, NV 89015-5548
4295787 +Alvardo, Juan Gilberto, 3825 Trout Lake Avenue, Las Vegas, NV 89115-0241
4295788 +Alvardo, Martha E, 604 N. 12th St No D, Las Vegas, NV 89101-2652
4295789 +Alvardo, Pedro Herrera, 3668 Deer Creek Way, No Las Vegas, NV 89115-0212
4642238 +Alvarez Marsal, Attn Bankruptcy Desk/Managing Agent, 633 West Fifth Street, Suite 2560, Los Angeles CA 90071-2068
4295791 +Alvarez, Armando, 3059 Canal Dr, Mohave Valley, AZ 86440-9403
4295792 +Alvarez, Bernardo, 900 Villa Inn Ct, Las Vegas, NV 89110-5787
4295793 +Alvarez, Daniel, 2851 S. Decatur Blvd No 146, Las Vegas, NV 89102-8923
4295794 Alvarez, Gonzalo, 1428 Arlington St, Las Vegas, NV 89110
4295795 +Alvarez, Joel, 825 N. Lamb No 270, Las Vegas, NV 89110-2341
4295796 +Alvarez, Leobardo, 825 N. Lamb Unit 46, Las Vegas, NV 89110-2317
4295797 +Alvarez, Ramon, 1428 Arlington Heights, Las Vegas, NV 89110-5753
4295798 +Alvarez, Rene, 3059 Canal Dr, Mohave Valley, AZ 86440-9403
4295799 +Alvarez-Llanos, Arnulfo, 2831 Kim Lane Unit 151, North Las Vegas, NV 89030-5267
4295800 +Alvaro Lujan, 4948 Saratoga Circle, Las Vegas, NV 89120-1755
4295802 +Alyssa & Roger Frank, 3609 Bison, Scottsbluff, NE 69361-3676
4642239 +Alyssa L Frank and, Attn Bankruptcy Desk/Managing Agent, Roger L Frank, 3609 Bison Street, Scottsbluff NE 69361-3676
4295803 +Alyssa and Roger Frank, 1011 W 27th St, Scottsbluff, NE 69361-1525
4642240 +Am Asphalt Grading SWPP Div, Attn Bankruptcy Desk/Managing Agent, 3624 Goldfield Street, N Las Vegas NV 89032-3208
4295804 +Am. Asphalt and Grading SWPP Div, 3624 Goldfield Street, N. Las Vegas, NV 89032-3208

4295805 +Amadio, James, 270 New River Cir, Henderson, NV 89052-2376
4295806 +Amador Jr, Fernando, 9829 Concord Downs, Las Vegas, NV 89117-0736
4295807 +Amalia Garcia, 357 Deanne Ln, Daly City, CA 94014-2971
4295808 +Amanda Divito, 668 Harvester Course Dr, Las Vegas, NV 89148-4482
4295809 +Amanda Landry, 7143 S Durango Dr Unit 313, Las Vegas, NV 89113-2028
4295810 +Amanda Morris, 7143 S Durango Dr Unit 207, Las Vegas, NV 89113-2002
4295811 +Amando and Ester Esguerra, 5279 Golden Eagle Ln, Roanoke, VA 24018-5080
4295812 +Amann, Peter, 350 E Desert Inn Road No E-104, Las Vegas, NV 89109-9004
4295813 +Amardeep and Bhupinder Khosa, 297 Ladies Tee Ct, Las Vegas, NV 89148-5208
4642241 +Amari Artistic Designs, Attn Bankruptcy Desk/Managing Agent, 813 New Season Court, Las Vegas NV 89123-3697
4295814 +Amarpreet Chadha, 8425 Running Deer Ave Unit 204, Las Vegas, NV 89145-4594
4295815 +Amaya, Jose O., 2950 S. Decatur Blvd Unit B16, Las Vegas, NV 89102-7002
4642242 +Amazon Designs, Attn Bankruptcy Desk/Managing Agent, Roger Hanko, 3857 Alto Avenue, Las Vegas NV 89115-3203
4295816 +Amber Dawn Christie, 3203 E. Thompson Avenue, Kingman, AZ 86409-2116
4642243 +Amber Dawn Christie, Attn Bankruptcy Desk/Managing Agent, 3203 E Thompson Avenue, Kingman AZ 86409-2116
4295817 +Amber Tyrrell, 7155 S Durango Dr Unit 309, Las Vegas, NV 89113-2039
4295818 +Amber Woods, 8350 West Desert Inn Road, Las Vegas, NV 89117-9108
4295819 +Ambrose, George, 1240 Harvard Ave, Salt Lake City, UT 84105-1906
4295820 +Ameca Garcia, Manuel, 2300 Rock Springs Blvd., 9, Las Vegas, NV 89128-3140
4295821 +Amelia & Rosulo Raguini, 7306 Abbington Dr, Oxon Hill, MD 20745-1505
4295822 +Amelita & Armenio Iniego, 8932 184th Pl, Hollis, NY 11423-1806
4295823 +Amer Hamed, 9050 W Warm Springs Rd Unit 2005, Las Vegas, NV 89148-3832
4642245 +Ameri Chem Inc, Attn Bankruptcy Desk/Managing Agent, Audra Tubin, 4320 W Reno Suite D, Las Vegas NV 89118-1617
4642246 +Ameri Fab Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 87298, Phoenix AZ 85080-7298
4642247 +America Asia Investments Inc, Attn Bankruptcy Desk/Managing Agent, Yvonne Lee, 4214 California Street, San Francisco CA 94118-1314
4295824 +America Asia Investments,Inc, 4214 California Street, San Francisco, CA 94118-1314
4642248 America s Flood Insurance, Attn Bankruptcy Desk/Managing Agent, P O Box 910, Rancho Cordova CA 95741-0910
4642249 +America s Private Security, Attn Bankruptcy Desk/Managing Agent, 3111 S Valley View Blvd, Suite B 129, Las Vegas NV 89102-8317
4642250 American Airlines Publishing, Attn Bankruptcy Desk/Managing Agent, PO Box 7247 8814, Philadelphia PA 19170-8814
4642251 +American Arbitration Associati, Attn Bankruptcy Desk/Managing Agent, 6795 N Palm Ave, 2nd Floor, Fresno CA 93704-1088
4295826 +American Arbitration Association, 6795 N. Palm Ave, 2nd Floor, Fresno, CA 93704-1088
4295827 +American Asphalt and Grading Co, 2690 N. Decatur Blvd., Las Vegas, NV 89108-2914
4642253 +American Clay Stabilization, Attn Bankruptcy Desk/Managing Agent, Gary Stewart, 3175 E Warm Springs Rd Suite 111, Las Vegas NV 89120-3137
4642254 +American Commonwealth Mortgage, Attn Bankruptcy Desk/Managing Agent, 536 East Saint Louis Ave, Las Vegas NV 89104-2559
4295829 +American Commonwealth Mortgage Co., AAMCO, 536 E. St. Louis Avenue, Las Vegas, NV 89104-2559
4642255 +American Commonwealth Mtg Co, Attn Bankruptcy Desk/Managing Agent, AAMCO, 536 E St Louis Avenue, Las Vegas NV 89104-2559
4642256 +American Digital Networks, Attn Bankruptcy Desk/Managing Agent, P O Box 6607, Annapolis MD 21401-0607
4642257 +American Electric Supply Inc, Attn Bankruptcy Desk/Managing Agent, 1872 W Pomona Road, Corona CA 92880-1778
4642258 +American Equities Inc, Attn Bankruptcy Desk/Managing Agent, Contract Collection Dept, P O Box 61427, Vancouver CA 98666-1427
4295830 +American Equities, Inc., Contract Collection Dept., PO Box 61427, Vancouver, WA 98666-1427
4295831 American Eurocopter, PO Box 971227, Dallas, TX 75397-1227
4642259 American Eurocopter, Attn Bankruptcy Desk/Managing Agent, P O Box 971227, Dallas TX 75397-1227
4642260 American Express CA, Attn Bankruptcy Desk/Managing Agent, Box 0001, Los Angeles CA 90096-0001
4642261 American Express FL, Attn Bankruptcy Desk/Managing Agent, P O Box 360001, Ft Lauderdale FL 33336-0001
4295832 American Express-CA, Box 0001, Los Angeles, CA 90096-0001
4295833 American Express-FL, PO Box 360001, Ft. Lauderdale, FL 33336-0001
4295834 American Fence Co., Inc., PO Box 19040, Phoenix, AZ 85005-9040
4295835 +American Fence Company, Inc., 4230 Loseo Rd., N. Las Vegas, NV 89030-3334
4642262 +American Fence Inc, Attn Bankruptcy Desk/Managing Agent, 4230 Losee Rd, N Las Vegas NV 89030-3334
4295836 +American Fidelity Assurance Co, 5100 N Classen Blvd Ste 400, Oklahoma City, OK 73118-5263
4295837 American Flags Express, 12577 W. Custer Avenue, Butler, WI 53007-1108
4642263 American Flags Express, Attn Bankruptcy Desk/Managing Agent, 12577 W Custer Avenue, Butler 53007-1108
4642264 American Funds, Attn Bankruptcy Desk/Managing Agent, Service Company, P O Box 25067, Santa Ana CA 92799-5067
4295838 American Funds Service Company, PO Box 25067, Santa Ana, CA 92799-5067
4295839 +American Heart Association, c/o Kristi Doyle, 2929 S. 48th Street, Tempe, AZ 85282-3145
4642265 +American Heart Association, Attn Bankruptcy Desk/Managing Agent, c/o Kristi Doyle, 2929 S 48th Street, Tempe AZ 85282-3145

4642266 +American Inspection Services, Attn Bankruptcy Desk/Managing Agent, 505 E Windmill Road Suite 1B 171, Las Vegas NV 89123-1869
4295840 +American International Recover, 100 Summer Street, 11th Floor, Boston, MA 02110-2104
4642267 +American International Recover, Attn Bankruptcy Desk/Managing Agent, 100 Summer Street, 11th Floor, Boston MA 02110-2104
4295841 +American Leak Detection, 6185 Harrison Dr. No 13, Las Vegas, NV 89120-4020
4642268 +American Leak Detection, Attn Bankruptcy Desk/Managing Agent, 6185 Harrison Dr 13, Las Vegas NV 89120-4020
4642270 +American Media Corp, Attn Bankruptcy Desk/Managing Agent, 8375 W Flamingo Rd Suite 100, Las Vegas NV 89147-4149
4642271 +American Medical Response, Attn Bankruptcy Desk/Managing Agent, 1200 S Martin Luther King Blvd, Las Vegas NV 89102-2318
4295842 +American Microsystems, Inc., 2190 Regal parkway, Euless, TX 76040-6732
4642272 American Modern Home, Attn Bankruptcy Desk/Managing Agent, Dept 00429, Cincinnati OH 45274-0429
4295843 +American Mortgage Company, 362 Turtle Peak Ave, Las Vegas, NV 89148-2753
4295844 +American Needle, 1275 Busch Pkwy, Buffalo Grove, IL 60089-4536
4295845 +American Outdoor Advertising, 1702 E. Highlan Ave Suite 310, Phoenix, AZ 85016-4666
4642273 +American Outdoor Advertising, Attn Bankruptcy Desk/Managing Agent, 1702 E Highlan Ave Suite 310, Phoenix AZ 85016-4666
4642274 +American Red Ball Transit Co, Attn Bankruptcy Desk/Managing Agent, P O Box 1127, Indianapolis IN 46206-1127
4642275 +American Rent A Fence, Attn Bankruptcy Desk/Managing Agent, 4230 Losee Road, N Las Vegas NV 89030-3334
4295846 +American Rent-A-Fence, 4230 Losee Road, N Las Vegas, NV 89030-3334
4295847 +American Shredding Inc, 4280 W. Windmill Lane Suite106, Las Vegas, NV 89139-5857
4295848 +American Soils Engineering LLC, 6000 S Eastern Avenue, Suite 6B, Las Vegas, NV 89119-3105
4642276 +American Soils Engineering LLC, Attn Bankruptcy Desk/Managing Agent, 6000 S Eastern Avenue, Suite 6B, Las Vegas NV 89119-3105
4295849 +American Terminals & Fasteners, 7435 S. Eastern Ave., Ste: 5-409, Las Vegas, NV 89123-1507
4295850 +American Turf Services, 7650 Stage Road, Buena Park, CA 90621-1226
4642278 +American West Real Estate, Attn Bankruptcy Desk/Managing Agent, 825 Calle Arroyo, 9300 Flair Dr Ste 107A, El Monte CA 91731-2844
4642279 +American Worker, Attn Bankruptcy Desk/Managing Agent, Division of Boot Barn, 6322 W Sahara Avenue, Las Vegas NV 89146-3035
4295825 +Americas Private Security, 3111 S. Valley View Blvd, Suite B-129, Las Vegas, NV 89102-8317
4295851 +Amezcua, Carlos, 4069 Vicente, Las Vegas, NV 89115-8217
4295852 +Amezcua, Efrain, 1005 Virgil, Las Vegas, NV 89110-1169
4295853 +Ammaar Kerio, 196 Broken Putter Way, Las Vegas, NV 89148-5256
4295854 +Ammar Wehbeh, 159 Tall Ruff Dr, Las Vegas, NV 89148-5246
4295855 +Amor Architectural Corporation, 101 Convention Center Drive, Suite 660, Las Vegas, NV 89109-2000
4642280 +Amor Architectural Corporation, Attn Bankruptcy Desk/Managing Agent, 101 Convention Center Drive, Suite 660, Las Vegas NV 89109-2000
4295856 +Amos Torres, 2625 John L., Kingman, AZ 86409-1919
4642281 +Amos Torres, Attn Bankruptcy Desk/Managing Agent, 2625 John L, Kingman AZ 86409-1919
4295859 +Amritraj Singh, 199 Tall Ruff Dr, Las Vegas, NV 89148-5246
4295861 +Amy Cheng, 272 Turtle Peak Ave, Las Vegas, NV 89148-2752
4295863 +Amy Lee, 9050 W Warm Springs Rd Unit 2161, Las Vegas, NV 89148-3837
4295865 +Amy Y. Cheng, or Current Homeowner, 272 Turtle Peak Ave., Las Vegas, NV 89148-2752
4295866 +Amy Zhang, 141 Honors Course Dr, Las Vegas, NV 89148-0001
4295868 +An Nguyen, 9720 Valmeyer Ave, Las Vegas, NV 89148-5742
4295870 +Ana Luna, 293 Via Di Citta Dr, Henderson, NV 89011-0849
4295871 +Ana Maria Dubois, 2018 Maple Springs Street, Henderson, NV 89002-3615
4642286 +Ana Maria Dubois, Attn Bankruptcy Desk/Managing Agent, 2018 Maple Springs Street, Henderson NV 89002-3615
4295872 +Anastasia Yudin, 7147 S Durango Dr Unit 102, Las Vegas, NV 89113-2027
4295873 +Anaya-Enrique, Marvin, 1008 Hazard Ave, Las Vegas, NV 89108-1040
4295874 +Anchor Investments LLC, 10161 Park Run Dr Ste 150, Las Vegas, NV 89145-8872
4642287 +Andaru Interior, Attn Bankruptcy Desk/Managing Agent, 614 N Eckhoff St, Orange CA 92868-1004
4295876 +Anderson Family, 7213 Tealwood St, Las Vegas, NV 89131-8240
4295877 +Anderson Family, 7430 Red Cinder St, Las Vegas, NV 89131-3368
4295875 +Anderson Family, 301 Arbour Garden Ave, Las Vegas, NV 89148-2766
4295878 +Anderson, Christopher S., 4467 Miramar Dr, Golden Valley, AZ 86413-8834
4295879 +Anderson, Eric A., 3636 Markam St, Las Vegas, NV 89121-2922
4295880 +Anderson, Ken J, 3533 Heather Ave, Kingman, AZ 86401-3821
4295881 +Anderson, Kenneth, 732 Beechwheat Way, Henderson, NV 89015-1796
4295882 +Anderson, Leslie J., 8221 Harvest Spring Pl, Las Vegas, NV 89143-6407
4295883 +Anderson, Shanon, 62 Oklahoma Dr, Henderson, NV 89015-7237
4642288 +Andrade s Cleaning Co, Attn Bankruptcy Desk/Managing Agent, KAREN/ROBSON, 798 A Street, Las Vegas NV 89106-3200
4295884 +Andrade, Antonio, 608 Triest Ct Apt C, Las Vegas, NV 89110-2206
4295885 +Andrade, Audencio Alvarez, 1835 Bruce St Apt No 1, Las Vegas, NV 89030-7906
4295886 +Andrade, Ernesto, 5210 E. Owens, No. A, Las Vegas, NV 89110-1642
4295887 +Andrades Cleaning Co., 798 A Street, Las Vegas, NV 89106-3200
4295888 +Andre & Valerie Angles, 460 Peralta Ave, Long Beach, CA 90803-2218
4295889 +Andre Acopian, 370 Tayman Park Ave, Las Vegas, NV 89148-2846
4295890 +Andre Angles, 460 Peralta Avenue, Long Beach, CA 90803-2218

4642289 +Andre Angles, Attn Bankruptcy Desk/Managing Agent, 460 Peralta Avenue, Long Beach CA 90803-2218
4295891 +Andrea Anderson, 7159 S Durango Dr Unit 306, Las Vegas, NV 89113-2037
4295892 +Andrea Anicete, 9295 Crosscourt Way, Elk Grove, CA 95624-3919
4642290 +Andrea Benites, Attn Bankruptcy Desk/Managing Agent, 7173 S Durango Drive, Las Vegas NV 89113-2015
4295893 +Andrea Benzel, 3348 Moon River Street, Las Vegas, NV 89129-2168
4295894 +Andrea Hadhazy, 8980 Salvatore St, Las Vegas, NV 89148-4943
4642291 +Andrea K Bryant, Attn Bankruptcy Desk/Managing Agent, 1436 Vallejo Street, San Francisco 94109-2608
4295895 +Andrea K. Bryant, 1436 Vallejo Street, San Francisco, CA 94109-2608
4295896 +Andrea Serrano-Leon, 7115 S Durango Dr Unit 207, Las Vegas, NV 89113-2055
4295897 +Andrea Thurman, 9728 Ziegler Ave, Las Vegas, NV 89148-5758
4295898 +Andrea Vigil, 3732 Coleman, Las Vegas, NV 89032-0715
4295899 +Andres Cancino, 1604 Putnam No A, N Las Vegas, NV 89030-1820
4295901 +Andres Gueits, 7185 S Durango Dr Unit 106, Las Vegas, NV 89113-2018
4295903 +Andres Mendoza, 3257 E. Flamingo Rd No 208, Las Vegas, NV 89121-7404
4295902 +Andres Mendoza, 2026 Whippletree, Las Vegas, NV 89119-2876
4295904 +Andres Mendoza-Madrigal, 3257 E. Flamingo Rd. No 208, Las Vegas, NV 89121-7404
4295905 +Andres Nunez, 5308 Padua Way, Las Vegas, NV 89107-0404
4295906 +Andres Nunez-Diaz, 5308 Padua Way, Las Vegas, NV 89107-0404
4295907 +Andres Topchi, 1034 Via Nandina Pl, Henderson, NV 89011-0827
4295908 +Andres Vasquez Carranza, 309 Page Street, Las Vegas, NV 89110-3319
4295909 Andress, Robert E., 8665 Zelkova Ct, Las Vegas, NV 89149
4295910 +Andrew & Alexandra Taxiarchos, or Current Homeowner, 277 Lakewood Garden Dr., Las Vegas, NV 89148-2734
4295912 +Andrew & Dyanna Marton, 9582 Castillana Ct, Las Vegas, NV 89147-8210
4295913 +Andrew & Jamie Thomson, 9264 Cabin Cove Ave, Las Vegas, NV 89148-4938
4295914 +Andrew & Jeanine Sluciak, 8729 Las Olivas Ave, Las Vegas, NV 89147-6040
4642292 +Andrew Doran, Attn Bankruptcy Desk/Managing Agent, 7111 S Durango Dr 212, Las Vegas NV 89113-2051
4295916 +Andrew Whittaker, 9785 Kampsville Ave, Las Vegas, NV 89148-5749
4295918 Ang Family, 60 Douglasbank Rise S E, Calgary Alberta Canada T2Z1, 00000
4295919 +Angel Ventura, 1601 Cordoba Ln No C, Las Vegas, NV 89108-2121
4295920 +Angela & Charles Chu, 900 Canada Ct, City Of Industry, CA 91748-1136
4295921 +Angela Berrett, 35 Vernon Springs, Las Vegas, NV 89183-5667
4295922 +Angela Lee, 167 Castle Course Ave, Las Vegas, NV 89148-5001
4295923 +Angela Serratt, 258 Via Franciosa Dr, Henderson, NV 89011-0851
4295924 +Angeles, Benito, 3612 Tonopah Avenue, North Las Vegas, NV 89030-7472
4295925 +Angeles-Esparza, Felipe, 3425 Sullivance, Las Vegas, NV 89032-3438
4295926 +Angelito & Ginalynn Bustos, 9534 Oakley Way, Elk Grove, CA 95624-6025
4295927 +Angelo & Jacqueline Georgiou, 205 Via Mezza Luna Ct, Henderson, NV 89011-0876
4295928 +Angelo Family, PO Box 620402, Las Vegas, NV 89162-0402
4295930 +Anguiano G., Eleodoro, 701 N. 13th St No 309, Las Vegas, NV 89101-2769
4295931 +Anguiano, Everardo, 701 N. 13th St No 309, Las Vegas, NV 89101-2769
4295932 +Anguiano, Felipe, 3301 Civic Center Dr. No 17 D, North Las Vegas, NV 89030-8153
4295933 +Anguiano, Gabriel, 701 N 13th St No 309, Las Vegas, NV 89101-2769
4295934 +Anguinaol, Patricio, 3985 E. Cheyenne Ave No 170, Las Vegas, NV 89115-7426
4295935 +Angulo Medina, Juan Manuel, 4517Todstool, Las Vegas, NV 89110-2361
4295936 +Angulo, Alberto H., 2127 Glider St, N Las Vegas, NV 89030-5643
4295937 +Angulo, Victor, 325 Page St, Las Vegas, NV 89110-3340
4295938 +Anicia Delacruz, 2844 Hillside Dr, Burlingame, CA 94010-5907
4642293 +Aniello Insurance Agency, Attn Bankruptcy Desk/Managing Agent, Babette Hart, 3012 W Charleston Blvd 150, Las Vegas NV 89102-9401
4295939 +Anil Melnick, 7198 Pine Barrens Street, Las Vegas, NV 89148-1816
4295940 +Anil Ranasinghe, 21 Tall Ruff Dr, Las Vegas, NV 89148-5243
4642294 +Aninfa A Lemke, Attn Bankruptcy Desk/Managing Agent, Crestline Financial Marketing S, 320 Arkansas St, Vallejo CA 94590-3802
4295941 +Aninfa A. Lemke, Crestline Financial & Marketing S, 320 Arkansas St., Vallejo, CA 94590-3802
4295942 +Anis Zeid, PO Box 5131, Downey, CA 90241-8131
4295944 +Ankica Zguric, 7151 S Durango Dr Unit 313, Las Vegas, NV 89113-2034
4295945 +Ann & Alan Chen, 38627 Cherry Ln Apt 103, Fremont, CA 94536-4297
4295946 +Ann Ashmore, 7511 Thornbuck Pl, Las Vegas, NV 89131-3371
4295947 +Ann Marie Vadala, 813 New Season Ct, Las Vegas, NV 89123-3697
4295948 +Anna & Didier Honore, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4295949 +Anna Decherico, 331 Angels Trace Ct, Las Vegas, NV 89148-2665
4295950 +Anna Salcedo, 62 Laying Up Ct, Las Vegas, NV 89148-5257
4295951 +Anna Slomka, 323 Sea Rim Ave, Las Vegas, NV 89148-2759
4295952 +Anne Choe, 6455 Bright Nimbus Ave, Las Vegas, NV 89139-5341
4295953 +Anne Gleisner, 440 Pimlico Dr, Walnut Creek, CA 94597-3672
4295954 +Anne Tran, 9658 Autumn Walk Pl, Elk Grove, CA 95757-8350
4642296 +Anne Tran, Attn Bankruptcy Desk/Managing Agent, 3256 Montecito Drive, San Jose CA 95135-2321
4642297 +Anne Ullman, Attn Bankruptcy Desk/Managing Agent, 7511 Brittlethorne, Las Vegas NV 89131-3303
4295955 +Annie & Marcelino Dacanay, PSC 477 Box 6, FPO, AP 96306-1706
4295956 +Annie Chung, 12663 Cheshire St, Norwalk, CA 90650-7320
4295957 +Anong Suphunthuchat, 131 Red Tee Ln, Las Vegas, NV 89148-5262

4642298 +Answer Plus Inc, Attn Bankruptcy Desk/Managing Agent, 1840 E Sahara Avenue, Suites 201 205, Las Vegas NV 89104-3741
4295958 +Answer Plus, Inc., 1840 E. Sahara Avenue, Suites 201 & 205, Las Vegas, NV 89104-3742
4295959 +Antares Capital Corp., 201 Merrit 7, PO Box 5201, Norwalk, CT 06856-5201
4295960 +Anthony & Aaron Righellis, 2328 Timberline Way, Las Vegas, NV 89117-5808
4295961 +Anthony & Connie Li, 92 Laying Up Ct, Las Vegas, NV 89148-5257
4295962 +Anthony & Cynthia Lydon, 4758 Ashington St, Las Vegas, NV 89147-8121
4295963 +Anthony & Francisca Iorio, 13859 Palomino Ct, Victorville, CA 92394-7391
4295964 +Anthony Devries, or Current Homeowner, 266 Blackstone River Ave., Las Vegas, NV 89148-2702
4295966 +Anthony Malek, 3651 Arville Street, Apt. 143, Las Vegas, NV 89103-1636
4642300 +Anthony Malek, Attn Bankruptcy Desk/Managing Agent, 3651 Arville Street, Apt 143, Las Vegas NV 89103-1636
4295967 +Anthony Malon, 4843 Lames Dr, Las Vegas, NV 89122-1906
4295968 +Anthony Mata, 3460 Harding St, Carlsbad, CA 92008-5001
4295969 +Anthony McMurray, 7421 Apple Springs Ave, Las Vegas, NV 89131-3366
4295970 +Anthony Muratore, 7123 S Durango Dr Unit 304, Las Vegas, NV 89113-2064
4295971 +Anthony N. Sanders, 2300 East Silverado Ranch Blvd., No 2126, Las Vegas, NV 89183-3966
4295972 +Anthony Selemon, 7173 S Durango Dr Unit 305, Las Vegas, NV 89113-2047
4295973 +Anthony Stulpin, 8836 Citrus Ave, Westminster, CA 92683-5496
4295974 +Anthony Sturdivant, 8956 Changing Tides Ct, Las Vegas, NV 89149-2983
4642302 +Anthony Sylvan Pools, Attn Bankruptcy Desk/Managing Agent, 2890 East Tropicana Avenue, Las Vegas NV 89121-7354
4295975 Anthony Tillman, 7109 S Durango Dr No 305, Las Vegas, NV 89113
4295976 +Anthony Vanhang, 8679 Lamar St, Spring Valley, CA 91977-2518
4642303 +Antique Oriental Rugs Center, Attn Bankruptcy Desk/Managing Agent, 6680 W Flamingo Rd 10, Las Vegas NV 89103-2161
4295977 +Anton & Carina Qiu, 69 Conejo Dr, Millbrae, CA 94030-2819
4295978 +Antonia & Jeffrey Chung, 1457 Bonita Ter, Monterey Park, CA 91754-2222
4295979 +Antonio & Marinesa Bandales, PO Box 97711, Las Vegas, NV 89193-7711
4295980 +Antonio & Rosa Castro, 521 Via Del Capitano Ct, Henderson, NV 89011-0805
4295981 +Antonio Carrillo Garcia, 3508 Bassler St, North Las Vegas, NV 89030-4614
4295982 +Antonio Deleon, 430 First On Dr, Las Vegas, NV 89148-5249
4295984 +Antonio Pagliaro, 9333 Lincoln Blvd, Los Angeles, CA 90045-3493
4295986 +Anussorn & Tipsupa Veradej, 358 Palm Trace Ave, Las Vegas, NV 89148-2733
4295987 +Anzhelika Nikolayeva, 530 Halloran Springs Rd, Las Vegas, NV 89148-4470
4642305 +Apache Springs LLC, Attn Bankruptcy Desk/Managing Agent, 4630 S Arville, Ste B, Las Vegas NV 89103-5341
4295989 +Aparicio, Abraham, 640 Hitchen Post, Henderson, NV 89011-1860
4295990 +Aparicio, Romiro, 2105 Sunrise Ave No 112, Las Vegas, NV 89101-8130
4295992 +Apichai Varunprabha, c/o Aranya Tangsuyanich, 3726 Port Ritchey Street, Las Vegas, NV 89147-6567
4642308 +Apichai Varunprabha, Attn Bankruptcy Desk/Managing Agent, c/o Aranya Tangsuyanich, 3726 Port Ritchey Street, Las Vegas NV 89147-6567
4295993 +Apolinar Martin, 2029 Gracewood St, No Las Vegas, NV 89032-4817
4642309 +Apollo Lighting Service, Attn Bankruptcy Desk/Managing Agent, 3510 Cavaretta Court, Las Vegas NV 89103-4189
4642310 +Apple Computer Inc, Attn Bankruptcy Desk/Managing Agent, 3200 Las Vegas NV Blvd So, Suite 1760, Las Vegas NV 89109-0740
4295994 +Apple Exterminating Inc, 2756 N Green Valley Pkwy, Ste-418, Henderson, NV 89014-2120
4295996 +Apple Partnership, c/o Henderson Community Foundation, 178 Westminster Way, Henderson, NV 89015-6120
4642313 Appleone Employment Services, Attn Bankruptcy Desk/Managing Agent, P O Box 29048, Glendale CA 91209-9048
4642314 +Appleone Nevada Inc, Attn Bankruptcy Desk/Managing Agent, 327 W Broadway, Glendale CA 91204-1301
4295997 +Appraisal 2000, Residential Appraisers, 2538 Vera Cruz Circle, Henderson, NV 89074-5967
4642316 +Appraisal 2000, Attn Bankruptcy Desk/Managing Agent, Residential Appraisers, 2538 Vera Cruz Circle, Henderson NV 89074-5967
4642317 Appraisal Institute, Attn Bankruptcy Desk/Managing Agent, Department 97498, Chicago IL 60678-7498
4295998 +April Deguzman, 10141 Dragons Meadow Ct, Las Vegas, NV 89148-6735
4642318 +Aquascape Pool Spa, Attn Bankruptcy Desk/Managing Agent, 910 S Rampart Blvd, Las Vegas NV 89145-5800
4642319 +Aquila Storage Transport LP, Attn Bankruptcy Desk/Managing Agent, 20 West Ninth Street, Kansas City MO 64105-1704
4296000 +Aranda, Hector, 1825 Goldfield No 7, N Las Vegas, NV 89030-6778
4296003 +Ararat Wine & Liquor Wholesale Inc., 3315 E. Russell Road No 194, Las Vegas, NV 89120-3459
4296004 +Arash Yazdanpanah, 300 Tayman Park Ave, Las Vegas, NV 89148-2837
4296005 +Araujo, Andres, 3422 Dusty View St, North Las Vegas, NV 89030-4690
4296006 +Araujo-Calderon, Victor, 3422 Dusty View, North Las Vegas, NV 89030-4690
4296007 +Arbor View High School, 7500 Whispering Sands Drive, Las Vegas, NV 89131-4135
4642322 +Arbor View High School, Attn Bankruptcy Desk/Managing Agent, 7500 Whispering Sands Drive, Las Vegas NV 89131-4135
4296008 +Archer, Darren, 1509 Dallas Ter, Henderson, NV 89014-7584
4296009 +Archer, Roger W., 2488 Sturrock Dr., Henderson, NV 89044-8761
4296010 +Architectual Digest, PO Box 37641, Boone, IA 50037-0641
4642325 +Architectual Digest, Attn Bankruptcy Desk/Managing Agent, P O Box 37641, Boone IA 50037-0641
4642326 +Architectural Precast Inc, Attn Bankruptcy Desk/Managing Agent, 4630 E Ann Rd, Las Vegas NV 89115-1829

4642327 +Architectural Products, Attn Bankruptcy Desk/Managing Agent, P O Box 387, Bogota NJ 07603-0387
4296011 +Archuleta, Maria, 2808 Sodrono Ln, Henderson, NV 89074-2464
4296012 +Arciniega, Leovigildo, 4125 Comb Cr, Las Vegas, NV 89104-5401
4296013 +Arclight Systems LLC, Attn: Steve Lawrence, 7000 Cardinal Place, Dublin, OH 43017-1091
4296014 +Arden, Thomas R, 8015 Fairfield Ave, Las Vegas, NV 89123-1803
4296015 +Ardeshir Toussi, PO Box 1745, Tustin, CA 92781-1745
4296016 +Ardyce Nelson, 7173 S Durango Dr Unit 211, Las Vegas, NV 89113-2047
4296017 +Arellano Padilla, Samuel, 4109 Buffalo Bill Ave, Las Vegas, NV 89110-3295
4296018 +Arellano, Jose A, 3801 Silver Dollar No 201, Las Vegas, NV 89102-0450
4296019 Arellano, Juan B, 2397 Ellis St Apt No 6, No. Las Vegas, NV 89030
4296020 +Arellano, Miguel A, 4851 E. Chicago Ave., No 4851, Las Vegas, NV 89104-6123
4296021 +Arellano, Raul, 1537 N. 23rd St No 4, Las Vegas, NV 89101-1316
4296022 +Arevalo, Marvin Geovani, 2721 Brady Avenue, Las Vegas, NV 89101-1500
4296023 +Arevalo, William, 6349 Bristol Way, Las Vegas, NV 89107-3429
4296024 +Argent Healthcare Financial, Services Inc., 7650 Magna Drive, Belleville, IL 62223-3366
4642329 +Argent Healthcare Financial, Attn Bankruptcy Desk/Managing Agent, Services Inc, 7650 Magna Drive, Belleville IL 62223-3366
4296025 +Arguelles, Jerry R., 1739 Sunridge Dr, Ventura, CA 93003-6266
4296026 Argus Software, PO Box 671591, Dallas, TX 75267-1591
4296027 +Arias, Cesar, 2204 E. Owens Ave Apt 2, N Las Vegas, NV 89030-7269
4296028 +Arias-Campos, Juan J., 736 Aster Ln No 12 A, Las Vegas, NV 89101-2835
4296029 Ariba Inc., PO Box 642962, Pittsburg, PA 152642962
4296030 Aricor Water Solutions, 25213 N. 49th Drive, Glendale, AZ 85310
4296031 +Ariel Machado, 178 Castle Course Ave, Las Vegas, NV 89148-5001
4642331 Aristotle Electric Inc, Attn Bankruptcy Desk/Managing Agent, Tom Learned, PO Box 35126, Las Vegas NV 89133-5126
4296032 Aristotle Electric Inc., PO Box 35126, Las Vegas, NV 89133-5126
4642332 +Arizona Attorney General, Attn Bankruptcy Desk/Managing Agent, 1275 West Washington Street, Phoenix, AZ 85007-2997
4642333 +Arizona Casual Furniture, Attn Bankruptcy Desk/Managing Agent, 2305 W Huntington Drive, Tempe AZ 85282-3129
4296033 +Arizona Corporation Commission, 1300 W. Washington, Phoenix, AZ 85007-2951
4642334 +Arizona Corporation Commission, Attn Bankruptcy Desk/Managing Agent, 1300 W Washington, Phoenix AZ 85007-2951
4296034 +Arizona Daily Sun, 1751 S Thompson Street, PO Box 1849, Flagstaff, AZ 86002-1849
4296035 Arizona Department of, Economic Security, PO Box 29203, Phoenix, AZ 85038-9203
4296036 +Arizona Department of, Transportation, 1651 W. Jackson, RM 121F, Phoenix, AZ 85007-3275
4642335 +Arizona Dept of Environmental, Attn Bankruptcy Desk/Managing Agent, Quality Water Permits Section, 1110 West Washington St 5415B 3, Phoenix AZ 85007-2952
4642336 Arizona Dept of Revenue, Attn Bankruptcy Desk/Managing Agent, PO Box 29010, Phoenix AZ 85038-9010
4642337 +Arizona Dept of Water, Attn Bankruptcy Desk/Managing Agent, Resources, 500 N Third St, Phoenix AZ 85004-2135
4296039 Arizona Dept. of Revenue, PO Box 29070, Phoenix, AZ 85038-9070
4296038 Arizona Dept. of Revenue, PO Box 29032, Phoenix, AZ 85038-9032
4296037 Arizona Dept. of Revenue - TPT, PO Box 29010, PHOENIX, AZ 85038-9010
4296040 +Arizona Dept. of Water Resources, 500 N. Third St., Phoenix, AZ 85004-2135
4296041 +Arizona Discount Plumbing, 4565 N. Lomita, Kingman, AZ 86409-0303
4642338 +Arizona Discount Plumbing, Attn Bankruptcy Desk/Managing Agent, Frank Murchison, 4565 N Lomita, Kingman AZ 86409-0303
4296043 Arizona Legislative Council, 1700 West Washington Street, Suite 100, Phoenix, AZ 85007-2899
4642340 Arizona Legislative Council, Attn Bankruptcy Desk/Managing Agent, 1700 West Washington Street, Suite 100, Phoenix AZ 85007-2899
4642341 +Arizona Registrar of Contract, Attn Bankruptcy Desk/Managing Agent, 800 W Washington, 6th Floor, Phoenix AZ 85007-2945
4296045 +Arizona Registrar of Contract., 800 W. Washington, 6th Floor, Phoenix, AZ 85007-2945
4642342 +Arizona Republic Newspaper, Attn Bankruptcy Desk/Managing Agent, Subscription, P O Box 1950, Phoenix AZ 85001-1950
4296046 +Arizona Sign Company, David W. Morton, Jr., 2411 Louise Avenue, Kingman, AZ 86401-5216
4642343 +Arizona Sign Company, Attn Bankruptcy Desk/Managing Agent, 2411 Louise Avenue, Kingman AZ 86401-5216
4642345 +Arizona State Treasurer s Office, Attn Bankruptcy Desk/Managing Agent, 1700 West Washington Street 1st Floor, Phoenix, AZ 85007-2807
4642346 Arizona State University, Attn Bankruptcy Desk/Managing Agent, Attn Wm W Badger, P O Blox 870204, Tempe AZ 85287-1769
4296048 Arizona State University, Attn: Wm W. Badger, PO Box 870204, Tempe, AZ 85287-1769
4642347 Arizona State University PBSRG, Attn Bankruptcy Desk/Managing Agent, Del E Webb School of Construction, PO BOX 870204, Tempe AZ 85287-0204
4296049 Arizona State University-PBSRG, Del E Webb School of Construction, PO Box 870204, Tempe, AZ 85287-0204
4642348 Arizona Tile Marble, Attn Bankruptcy Desk/Managing Agent, 5830 South Decatur Blvd, Las Vegas NV 89118-3091
4296052 +Arlene Montano, Huntington Group, 305 Pasadena Ave., South Pasadena, CA 91030-2904
4642349 +Arlene Montano, Attn Bankruptcy Desk/Managing Agent, Huntington Mortgage Company, 305 Pasadena Ave, S Pasadena CA 91030-2904
4296053 +Arlene Schlander, 572 Via Colmo Ave, Henderson, NV 89011-0863
4296055 +Armando & Beverly Alonzo, 8783 Deer Creek Cir, Stockton, CA 95210-4462
4296057 +Armando Cantu, 3832 Arizona Ave, Las Vegas, NV 89104-5124

4296058 +Armando Felix, 1480 N Estate Dr, Tucson, AZ 85715-4713
4296059 Armando Vazquez, 2751 E. Bonanza No F 1105, Las Vegas, NV 89101
4296061 +Armendariz, Christina, 3788 Majestic Dr, Las Vegas, NV 89147-4402
4296062 +Armenta-Araujo, Wenseslao, 3920 Timberlake Dr, Las Vegas, NV 89115-0263
4642350 +Armond Matevosian, Attn Bankruptcy Desk/Managing Agent, 1025 Melrose Ave 2, Glendale CA 91202-2922
4296063 +Arna Robins, 1029 Viale Placenza Pl, Henderson, NV 89011-0844
4296066 +Arnold Machinery Co, 4366 East Huntington Drive, Flagstaff, AZ 86004-9400
4296067 +Arnold Machinery Company, PO Box 30020, Salt Lake City, UT 84130-0020
4296069 +Arnold Snyder, 19620 Hamlin St, Reseda, CA 91335-5724
4296070 Arnulfo Velazquez-R, 3228 Mary Dee No C, Las Vegas, NV 89030
4296071 +Aron Catalan Martin, 4501 Eugene Ave, Las Vegas, NV 89108-2823
4296072 +Arreguin, Miguel A, 3630 E Owens Ave No 2088, Las Vegas, NV 89110-1056
4296073 +Arrellano B., Juan, 2327 Eliis St. No 6, N Las Vegas, NV 89030-8811
4296074 +Arreola, Abraham, 2233 N. Jones Blvd. No 3, Las Vegas, NV 89108-3336
4296075 +Arreola, Cesar, 2233 N. Jones Blvd. No 3, Las Vegas, NV 89108-3336
4296076 +Arreola, Federico, 3809 Cecile Ave No 206, Las Vegas, NV 89115-3167
4296077 +Arreola, Jesus, 2104 E. Mc Williams, Las Vegas, NV 89101-2728
4642352 +Arrin Systems Inc, Attn Bankruptcy Desk/Managing Agent, CDS Capital LLC, P O Box 748, Lynbrook NY 11563-0748
4296078 +Arrington, Beate, 8745 Don Horton Ave, Las Vegas, NV 89178-7236
4296081 +Arrow-Magnolia International, Inc., PO Box 59089, Dallas,, TX 75229-1089
4296080 Arrowhead, PO Box 856158, Louisville, KY 40285-6158
4642353 Arrowhead, Attn Bankruptcy Desk/Managing Agent, PO BOX 856158, Louisville KY 40285-6158
4296082 +Arroyo-Guillen, Luis A, 3236 Mary Dee Ave No A, N Las Vegas, NV 89030-8202
4296083 +Art & Wenona Candalla, 8006 Avalon Island St, Las Vegas, NV 89139-6188
4642354 Art Brokers Inc, Attn Bankruptcy Desk/Managing Agent, 3660 Bridgeway, Sausalito CA 94965
4296085 Art Brokers, Inc., 3660 Bridgeway, Sausalito, CA 94965
4296084 +Art Brokers, Inc., 247 Shoreline Hwy., Mill Valley, CA 94941-3664
4642355 +Art Classics LLC, Attn Bankruptcy Desk/Managing Agent, 11 East Wisconsin, Trenton IL 62293-1403
4642356 +Art Maisto M D, Attn Bankruptcy Desk/Managing Agent, 142 Water Hazard Lane, Las Vegas NV 89148-5261
4296086 +Art Pfizenmayer, 947 Olive Crest Drive, Encinitas, CA 92024-6828
4642357 +Art Pfizenmayer, Attn Bankruptcy Desk/Managing Agent, 947 Olive Crest Drive, Encinitas CA 92024-6828
4642358 +Arte De Mexico, Attn Bankruptcy Desk/Managing Agent, 5356 Riverton Avenue, North Hollywood CA 91601-3353
4642359 +Arteriors Home, Attn Bankruptcy Desk/Managing Agent, 4430 Simonton Road, Dallas TX 75244-5213
4296087 +Arthur & Editha Villanueva, 429 Skyharbour Ln, Bay Point, CA 94565-6714
4296088 +Arthur & Mary Siskind, 655 Park Ave Apt 4F, New York, NY 10065-5985
4296089 +Arthur Cervantes, 5208 Sussex Pl, Newark, CA 94560-1954
4296090 +Arthur, Almon Ray, 353 S. Mountain Ave. No A161, Upland, CA 91786-1000
4296091 +Arthur, Christopher Scott, 9285 Cloud Berry, Las Vegas, NV 89147-7926
4642360 +Artistic Iron Works Inc, Attn Bankruptcy Desk/Managing Agent, Lou Gibaldi, 105 W Charleston Blvd, Las Vegas NV 89102-2532
4296092 +Artistic Iron Works, Inc, 105 W. Charleston Blvd., Las Vegas, Nv 89102-2532
4642361 +Artmax Inc, Attn Bankruptcy Desk/Managing Agent, 4748 South St Louis Ave, Chicago IL 60632-3060
4296093 +Arturo & Angela Gomez, 9696 Valmeyer Ave, Las Vegas, NV 89148-5741
4296094 +Arturo & Rosemarie Cordero, 138 Wicked Wedge Way, Las Vegas, NV 89148-2688
4296096 +Arturo Velez, 2851 S. Decatur, Las Vegas, NV 89102-8986
4296097 +Arun & Ruchi Sachdev, 601 NW 154th Ct, Edmond, OK 73013-1146
4296098 +Arun Mirchia, 1605 NE 4th St, Moore, OK 73160-7921
4296099 +Arya Farinpour, 22346 Mayall Street, Chatsworth, CA 91311-2719
4642362 +Arya Farinpour, Attn Bankruptcy Desk/Managing Agent, 22346 Mayall Street, Chatsworth CA 91311-2719
4296100 +Arzo-Gerson, Daniel, 2513 Salt Lake St, North Las Vegas, NV 89030-3412
4296101 +Arzu Marquez, Miguel A, 801 Fairway Dr, N Las Vegas, NV 89107-2012
4296102 +Asael Aguilera, 7139 S Durango Dr Unit 214, Las Vegas, NV 89113-2081
4296103 +Asari Family, 84 Coelho Way, Honolulu, HI 96817-7400
4296104 +Ascencio Carias, Angelica, 2300 Mary Dee No A, North Las Vegas, NV 89030-8166
4296105 +Ascencio, Renan, 232 S. Crestline Dr, Las Vegas, NV 89107-0122
4642364 Ashanti Partners Inc, Attn Bankruptcy Desk/Managing Agent, 7766 Brambly Creek Ct, Las Vegas NV 89129-5511
4642365 Ashworth Inc, Attn Bankruptcy Desk/Managing Agent, File 53950, Los Angeles CA 900843950
4296106 Ashworth, Inc., File 51141, Los Angeles, CA 90074-1141
4642366 +Asian Journal, Attn Bankruptcy Desk/Managing Agent, 1150 Wilshire Blvd, Los Angeles CA 90017-1904
4296107 +Aslam Ursani, 9795 Waukegan Ave, Las Vegas, NV 89148-5746
4296109 Aspen Publishers, A Wolters Kluwer Company, PO Box 911, Frederick, MD 21705-0911
4642369 Aspen Publishers, Attn Bankruptcy Desk/Managing Agent, A Wolters Kluwer Company, P O Box 911, Frederick MD 21705-0911
4296110 Aspen Publishers, Inc., Accounts Receivable Department, 4829 Innovation Way, Chicago, IL 60682-0048
4642370 Assa Abloy Hospitality Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 890947, Dallas TX 75389-0947
4642373 +Assessor s Cartography, Attn Bankruptcy Desk/Managing Agent, of Mohave County, 315 Oak Street P O Box 7000, Kingman AZ 86402-7000

4296111 +Assessors Cartography, of Mohave County, 315 Oak Street, PO Box 7000, Kingman, AZ 86402-7000
4642374 +Associated Building Consultant, Attn Bankruptcy Desk/Managing Agent, 2500 Marina Bay Drive, Suite G, League City TX 77573-2855
4296112 +Astarita Family, 7 Nerval, Newport Coast, CA 92657-0137
4296113 +Astorga, Jose Luis, 3650 Lakemead St No 258, Las Vegas, NV 89115-7340
4642375 +Asuncion Crowe, Attn Bankruptcy Desk/Managing Agent, 7111 S Durango Drive, Las Vegas NV 89113-2049
4642376 At Systems Security Inc, Attn Bankruptcy Desk/Managing Agent, 2400 W Dunlap Avenue, Suite 225, Phoenix AZ 85021-2886
4296117 Atco International, 2136 Kingston Court, SE, Marietta, GA 30067-8902
4296119 +Ather Ahmed, 9065 McLeod Dr, Henderson, NV 89074-6921
4296120 +Atherton, Edward F, 129 Breezyshore Ave, North Las Vegas, NV 89031-7988
4296123 +Atrium Door & Window, 3890 W. Northwest Hwy No 500, Dallas, TX 75220-8110
4296125 +Attentus Management, 2107 Wilson Blvd, Arlington, VA 22201-3091
4296126 +Attila & Roanna Maczala, 7501 Arborcrest Ave, Las Vegas, NV 89131-3365
4296127 +Atty for Ian Rosen, Loyd W. Baker, Esq., 500 South 8th Street, Las Vegas, NV 89101-7003
4296128 +Aubry Family, 456 Punto Vallata Dr, Henderson, NV 89011-0821
4296129 +Augusta Yamamoto, 9140 Bushy Tail Avenue No 103, Las Vegas, NV 89149-3138
4296130 +Augusto & Josephine Sarmiento, 4731 Poppywood Dr, Las Vegas, NV 89147-5659
4296133 +Aurelio R Gascon, 1800 Edmond Street, Las Vegas, NV 89146-0325
4642387 +Aurelio R Gascon, Attn Bankruptcy Desk/Managing Agent, 1800 Edmond Street, Las Vegas NV 89146-0325
4296136 +Aurora Loan Services LLC, 601 5th Ave, Scottsbluff, NE 69361-3581
4296137 +Austin & Elise Burnett, 7111 S Durango Dr Unit 207, Las Vegas, NV 89113-2051
4642388 +Auto Fleet Services, Attn Bankruptcy Desk/Managing Agent, 8717 Marble Drive, Las Vegas NV 89134-8543
4296139 +Auto Zone, 4850 South Jones B, Las Vegas, NV 89103-4605
4296140 +AutoFry, 10 Forbes Rd, Northborough, MA 01532-2501
4296142 AutoZone-AZ Commercial, PO Box 116067, Atlanta, GA 30368-6067
4642389 +Automated Access Inc, Attn Bankruptcy Desk/Managing Agent, Mark Akins, 81 E Pyle Ave, Las Vegas NV 89183-3461
4296141 +Automated Mailing Service, 3111 S. Valley View Blvd., Ste. C-105, Las Vegas, NV 89102-8329
4642390 +Automated Mailing Service, Attn Bankruptcy Desk/Managing Agent, 3111 S Valley View Blvd C 105, Las Vegas NV 89102-8329
4296143 +Autumn Cottage Equities LLC, 3838 Raymert Dr No 309, Las Vegas, NV 89121-3247
4296144 +Avalos Flores, Carlos Cesar, 5820 Meikle Ln No 226, Las Vegas, NV 89156-7611
4296145 +Avalos, Julio Cesar, 921 Snug Harbor No A, Las Vegas, NV 89110-5745
4296146 +Avalos-Guzman, Francisco, 921 Snug Harbor No A, Las Vegas, NV 89110-5745
4296147 +Avalos-Silvas, Ivan, 5100 E. Tropicana Apt No 40-B, Las Vegas, NV 89122-6718
4296148 +Avarice LLC, 2567 W Cheyenne Ave, North Las Vegas, NV 89032-8211
4296149 +Avelar, Cecilia, 908 Pyramid Dr, Las Vegas, NV 89108-1123
4296150 +Avelino & Nenita Yumang, 13103 Clearwood Ave, La Mirada, CA 90638-1815
4296151 +Avelo Mortgage LLC, 4828 Loop Central Dr, Houston, TX 77081-2212
4296152 +Avenue Advisors, 535 Madison Avenue 15th Floor, New York, NY 10022-4274
4296153 +Avenue Advisors, 540 Madison Avenue Suite 21A, New York, NY 10022-3244
4296154 +Avery Pedroza, 2224 Midvale Terrace, Henderson, NV 89074-5343
4296155 Aviall, PO Box 671220, Dallas, TX 75267-1220
4642393 Aviall, Attn Bankruptcy Desk/Managing Agent, P O Box 671220, Dallas TX 75267-1220
4642394 Aviation Laboratories, Attn Bankruptcy Desk/Managing Agent, P O Box 260118, Dallas TX 75326-0118
4296156 +Avila Carillo, Eliseo, 1436 Stevens St, Las Vegas, NV 89110-1177
4296157 Avila Carrillo, Jose, 3516 Fulstone Ave, N Las Vegas, NV 89030
4296158 +Avila, Benjamin, 5826 Dodd St, Las Vegas, NV 89122-7410
4296159 +Avila, Juan M., 3220 Figler Ct. No C, N Las Vegas, NV 89030-8185
4296160 +Avila, Michael A, 1612 Paloma Ave, Laughlin, NV 89029-0182
4296161 +Avila, Ramon, 2720 Menlo Square Dr. No C, Las Vegas, NV 89101-4671
4296162 +Avila, Raul, 2933 Salt Lake, N Las Vegas, NV 89030-5438
4296163 +Avila, Rogelio Navarrete, 2924 Magnet Street, N Las Vegas, NV 89030-1711
4296164 +Avila-Navarrette, Petronilo, 2933 Salt Lake St N, N Las Vegas, NV 89030-5438
4296165 +Avila-Nunez, Danilo, 9221 Adamhurst Ave, Las Vegas, NV 89148-2813
4296166 +Avis Ellis, 1121 Sidehill Way, Las Vegas, NV 89110-2918
4642395 +Avis Ellis, Attn Bankruptcy Desk/Managing Agent, 1121 Sidehill Way, Las Vegas NV 89110-2918
4296169 +Ayala Villanueva, Jose, 6349 Bristol Way, Las Vegas, NV 89107-3429
4296170 +Ayala, Jose, 6349 Bristol Way, Las Vegas, NV 89107-3429
4296171 +Ayala-Garcia, Francisco, PO Box 30955, Las Vegas, NV 89173-0955
4296172 +Ayala-Garcia, Rodrigo, PO Box 30955, Las Vegas, NV 89173-0955
4296173 +Ayala-Rueda, Teresita De Jesus, 3434 Aristas Ave No B, North Las Vegas, NV 89030-5171
4296175 +Azim Patel, 2640 E Barnett Rd No E-335, Medford, OR 97504-4301
4642397 +Aztec Plumbing Corp, Attn Bankruptcy Desk/Managing Agent, Alan Conrady, 2600 Losee Rd, N Las Vegas NV 89030-4134
4296176 +Aztec Plumbing Corp., 2600 Losee Rd, N. Las Vegas, Nv 89030-4134
4642398 Aztech Plastering Co, Attn Bankruptcy Desk/Managing Agent, HCR 89033 Box 2754, Las Vegas NV 89124
4296177 +B & B Engineering, 1711 Stockton Hill Rd No 312, Kingman, AZ 86401-4673
4296178 +B & C Plumbing, Inc., 850 S. Boulder Highway No 190, Henderson, NV 89015-7564
4296179 +B & D Service Center No 180, 5565 S. Decatur Blvd., Ste 103, Las Vegas, NV 89118-6249
4296180 +B & F Construction Inc., 2735 Simmons St. No 100, N Las Vegas, NV 89032-3696
4296181 +B & L DMV Enterprises Inc, 4535 West Sahara, Suite 115, Las Vegas, NV 89102-3708
4296182 +B & L DMV Services, 5321 Del Monte Ave, Las Vegas, NV 89146-1301

4296183 B & L Plumbing of NV, Inc., PO Box 34568, Las Vegas, NV 89133-4568
4642399 +B B Engineering, Attn Bankruptcy Desk/Managing Agent, Bruce Bosshard, 1711 Stockton Hill Rd 312, Kingman AZ 86401-4673
4642400 +B C Plumbing Inc, Attn Bankruptcy Desk/Managing Agent, 850 S Boulder Highway 190, Henderson NV 89015-7564
4296184 +B Christie Jones, 2332 Tilden Way, Henderson, NV 89074-5402
4642401 B D Trim, Attn Bankruptcy Desk/Managing Agent, 6270 Kimberly Ave Suite B, Las Vegas NV 89122-7655
4642402 +B F Construction Inc, Attn Bankruptcy Desk/Managing Agent, 2735 Simmons St 100, N Las Vegas NV 89032-3696
4642403 B L Plumbing of NV Inc, Attn Bankruptcy Desk/Managing Agent, Joseph Smith, P O Box 34568, Las Vegas NV 89133-4568
4642404 +B Lure Painting Inc, Attn Bankruptcy Desk/Managing Agent, Claudia, 4175 W Tompkins Avenue, Las Vegas NV 89103-5349
4642406 +B P LLC, Attn Bankruptcy Desk/Managing Agent, 3395 S Jones 228, Las Vegas NV 89146-6729
4296185 +B.A.W.N.S.I.G., 810 E 5th Street, Ste A, Carson City, NV 89701-5080
4296186 B.D. Trim, 6270 Kimberly Ave. Suite B, Las Vegas, NV 89122-7655
5422859 +BANCROFT, SUSA & GALLOWAY, 3955 E. FT LOWELL RD. SUITE 115, TUCSON, AZ 85712-1049
4296216 ++++BANK COUNTRYWIDE F S B, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414
(address filed with court: Bank Countrywide F S B, 400 Countrywide Way No Sv-35, Simi Valley, CA 93065)
4296220 ++++BANK DEUTSCHE NATIONAL TR CO TRS, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414
(address filed with court: Bank Deutsche National Tr Co Trs, 400 Countrywide Way No Sv-35, Simi Valley, CA 93065)
4296229 ++++BANK H S B C USA NATL ASSN TRS, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414
(address filed with court: Bank H S B C USA Natl Assn Trs, 400 Countrywide Way No Sv-35, Simi Valley, CA 93065)
4296237 ++++BANK NEW YORK TRS, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414
(address filed with court: Bank New York Trs, 400 Countrywide Way No Sv-35, Simi Valley, CA 93065)
4296246 ++++BANK U S NATIONAL ASSN TRS, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414
(address filed with court: Bank U S National Assn Trs, 400 Countrywide Way No Sv-35, Simi Valley, CA 93065)
4296256 ++++BANK WELLS FARGO N A TRS, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414
(address filed with court: Bank Wells Fargo N A Trs, 400 Countrywide Way No Sv-35, Simi Valley, CA 93065)
4296299 ++++BARRERA-CHAVEZ, IRINEO, 1949 CINDYSUE ST APT B, LAS VEGAS NV 89106-1140
(address filed with court: Barrera-Chavez, Irineo, 1949 Cindy Sue No 2, Las Vegas, NV 89106)
4296324 BAWN, 575 S. Saliman Rd, Carson City, NV 89701-5000
4642433 BAWN, Attn Bankruptcy Desk/Managing Agent, P O Box 1947, 575 South Saliman Road, Carson City NV 89701-5000
4296329 +BC Wire Rope, 2720 E. Regal Park Dr., Anaheim, CA 92806-2417
4642434 +BC Wire Rope, Attn Bankruptcy Desk/Managing Agent, 2720 E Regal Park Dr, Anaheim CA 92806-2417
4642435 +BCL Capital, Attn Bankruptcy Desk/Managing Agent, 115 W College Drive, Attn Law Department, Marshall MN 56258-1747
4296330 BE Business Executive, Lifestyle Magazine, 1001 East Sunset Road PO 96716, Las Vegas, NV 89193-6716
4642436 BE Business Executive, Attn Bankruptcy Desk/Managing Agent, Lifestyle Magazine, 1001 East Sunset Road PO 96716, Las Vegas NV 89193-6716
4642466 +BETTY MAYNARD, Attn Bankruptcy Desk/Managing Agent, 7143 S DURANGO DR, LAS VEGAS NV 89113-2001
4642477 +BJs Glass and Mirrors Company, Attn Bankruptcy Desk/Managing Agent, 69 East Basic Road, Henderson NV 89015-7230
4642478 +BKM Office Environments, Attn Bankruptcy Desk/Managing Agent, Missy Cross, 2111 Portola Road Suite A, Ventura CA 93003-7723
4296451 +BLR, 141 Mill Rock Road East, Old Saybrook, CT 06475-4217
4642481 +BLR, Attn Bankruptcy Desk/Managing Agent, 141 Mill Rock Road East, Old Saybrook CT 06475-4217
4642485 +BMT Micro Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 15016, Wilmington DE 28408-5016
4296456 +BMT Micro Inc., PO Box 15016, Wilmington, NC 28408-5016
4296457 BNA, PO Box 17009, Baltimore, MD 21297-1009
4642486 BNA, Attn Bankruptcy Desk/Managing Agent, PO BOX 17009, Baltimore MD 21297-1009
4642509 +BPXpress, Attn Bankruptcy Desk/Managing Agent, 5190 S Valley View 108, Las Vegas NV 89118-1779
5172691 +BUILDERS ASSOCIATION OF WESTERN NEVADA, SELF INSURED GROUP, C/O RICHARD S. STAUB, ESQ, P.O. BOX 392, 1049 S. CARSON ST, CARSON CITY, NV 89701-5209
4296635 +BYL Collection Services, 3305 Springmountain Rd unitNo 46, Las Vegas, NV 89102-8622
4642572 BYU Career Placement Services, Attn Bankruptcy Desk/Managing Agent, 2410 WSC, Provo UT 846020
4296187 +Backflow Prevention Services, 9506 Teton Diablo Ave., Las Vegas, NV 89117-6738
4642407 +Badger Construction Inc, Attn Bankruptcy Desk/Managing Agent, Mark Griffith, 4810 E Cartier Avenue, Las Vegas NV 89115-4509
4296188 +Badger Construction LLC, Dr. William W. Badger, 11005 E. Chestnut Drive, Sun Lakes, AZ 85248-8207
4642408 +Badger Construction LLC, Attn Bankruptcy Desk/Managing Agent, Dr William W Badger, 11005 E Chestnut Drive, Sun Lakes AZ 85248-8207
4296189 +Badger Construction, Inc, 4810 E. Cartier Avenue, Las Vegas, NV 89115-4509
4296190 +Badillo Gomez, Diego, 2949 Sandy Lane No A9, Las Vegas, NV 89115-3144
4296191 +Badillo, Miguel Angel, 701 N. 11th St., Las Vegas, NV 89101-7308

4296192 +Badillo-Rangel, Alejandro, 504 Julian St., Apt No A, Las Vegas, NV 89101-8059
4296193 +Baer, Wayne, 2039 High Mesa, Henderson, NV 89012-4551
4296194 +Baethke, Collin Michael, 2338 N. Green Valley AptNo 1615, Henderson, NV 89014-3103
4296195 +Baez Camacho, Edmundo, 1166 Lulu Ave., No 16, Las Vegas, NV 89119-1448
4296196 +Baez Camacho, Jose, 1166 Lulu Ave., No 16, Las Vegas, NV 89119-1448
4296197 +Baez-Camacho, Celso, 1166 Lulu Ave No 16, Las Vegas, NV 89119-1448
4296198 +Bahena, Amparo, 2309 N. Mallard St, Las Vegas, NV 89108-3212
4296199 +Bailey Family, 242 Thistle Ln, Eureka, CA 95503-9572
4296200 +Baileys Sweeper Service, 4560 S. Arville Street, Suite C15, Las Vegas, NV 89103-5337
4642409 +Bair s Carpet Valley C, Attn Bankruptcy Desk/Managing Agent, 7465 West Sunset Road, Suite 1200, Las Vegas NV 89113-1944
4642410 +Baird Williams Greer, Attn Bankruptcy Desk/Managing Agent, c/o Daryl Williams Esq, 6225 North 24th Street Suite 125, Phoenix, AZ 85016-2044
4642411 +Baird Williams Greer LLP, Attn Bankruptcy Desk/Managing Agent, 6225 N 24th Street Suite 125, Phoenix AZ 85016-2044
4296202 +Baird, Williams & Greer LLP, 6225 N. 24th Street, Suite 125, Phoenix, AZ 85016-2044
4296201 +Bairs Carpet Valley - C, 7465 West Sunset Road, Suite 1200, Las Vegas, NV 89113-1944
4296203 +Baker Transportation LLC, 1570 Tumbleweed Dr, Henderson, NV 89002-9332
4642412 +Balance Insurance Agency, Attn Bankruptcy Desk/Managing Agent, 17780 Fitch Suite 150, Irvine CA 92614-6052
4296204 Balbir & Satvinder Dhillon, 44750 Montclair Ct, Fremont, CA 94539
4296205 +Balderama Lamas, Jaime, 3856 Blue Wave Dr., Las Vegas, NV 89115-0270
4642413 +Baldwin Development LLC, Attn Bankruptcy Desk/Managing Agent, 6935 Aliante Parkway, Suite 104 283, North Las Vegas NV 89084-5818
4296206 +Baldwin Family, 3600 Las Vegas Blvd S, Las Vegas, NV 89109-4303
4642414 +Ballard Construction, Attn Bankruptcy Desk/Managing Agent, 4181 Dustin Ave, Las Vegas NV 89120-2636
4296207 +Ballard Spahr Andrews Ingersol, 3300 North Central Avenue, Suite 1800, Phoenix, AZ 85012-2518
4296208 +Ballard, Tonya, 4403 Shortleaf St, Las Vegas, NV 89119-6025
4296209 +Balleza, Arturo, 3136 Iroquios Lane, No Las Vegas, NV 89030-5142
4296210 +Balli, Anthony D., 1521 Watercreek Dr., N Las Vegas, NV 89032-3117
4296211 +Ballons with a Twist, 9811 W. Charleston Blvd.,, Suite 2443, Las Vegas, NV 89117-7528
4642415 +Ballons with a Twist, Attn Bankruptcy Desk/Managing Agent, 9811 W Charleston Blvd, Suite 2443, Las Vegas NV 89117-7528
4296212 +Baltazar, Gabriel, 1832 Goldfield, N Las Vegas, NV 89030-8304
4642416 +Bancroft Susa Galloway, Attn Bankruptcy Desk/Managing Agent, 4713 E Camp Lowell Drive, Tucson AZ 85712-1256
4296214 +Bank America National Assn Trs, 10790 Rancho Bernardo Rd, San Diego, CA 92127-5705
4296215 +Bank Citibank N A Trs, 7495 New Horizon Way, Frederick, MD 21703-8388
4296223 +Bank Deutsche National Tr Co Trs, 701 Corporate Center Dr, Raleigh, NC 27607-5084
4296222 +Bank Deutsche National Tr Co Trs, 4828 Loop Central Dr No 600, Houston, TX 77081-2212
4296221 +Bank Deutsche National Tr Co Trs, 4708 Mercantile Dr, Fort Worth, TX 76137-3605
4296218 Bank Deutsche National Tr Co Trs, 1575 Palm Beach Lakes, West Palm Beach, FL 33401
4296219 +Bank Deutsche National Tr Co Trs, 1610 E Saint Andrew Pl No B150, Santa Ana, CA 92705-4931
4296217 +Bank Deutsche National Tr Co Trs, 150 Allegheny Center Mall No 24-050, Pittsburgh, PA 15212-5335
4296225 +Bank Flagstar F S B, 5151 Corporate Dr, Troy, MI 48098-2639
4296227 +Bank H S B C USA N A Trs, 4828 Loop Central Dr No 600, Houston, TX 77081-2212
4296226 +Bank H S B C USA N A Trs, 2929 Walden Ave, Depew, NY 14043-2602
4296230 +Bank H S B C USA Trs, 8100 Nations Way, Jacksonville, FL 32256-4405
4296231 +Bank Indymac Federal F S B, 6900 Beatrice Dr, Kalamazoo, MI 49009-9559
4296232 +Bank J P Morgan Chase N A, 7255 Baymeadows Way, Jacksonville, FL 32256-6851
4296233 +Bank Lasalle N A Trs, 7255 Baymeadows Way, Jacksonville, FL 32256-6851
4296234 +Bank Lasalle National Assn Trs, 150 Allegheny Center Mall, Pittsburgh, PA 15212-5335
4296235 +Bank Morgan J P Chase Trs, 475 Crosspoint Pkwy, Getzville, NY 14068-1609
4296236 +Bank New York Mellon Trs, 7495 New Horizon Way, Frederick, MD 21703-8388
4296238 +Bank New York Trs, 4828 Loop Central Dr, Houston, TX 77081-2212
4296239 +Bank New York Trust Co N A Trs, 3415 Vision Dr, Columbus, OH 43219-6009
4642417 Bank Of Oklahoma, Attn Bankruptcy Desk/Managing Agent, Payment Processing Center, P O Box 268800, Oklahoma City OK 73126-8800
4296242 +Bank U S National Assn Trs, 1417 N Magnolia Ave, Ocala, FL 34475-9078
4296248 +Bank U S National Assn Trs, 701 Corporate Center Dr, Raleigh, NC 27607-5084
4296250 +Bank U S National Assn Trs, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386
4296247 +Bank U S National Assn Trs, 4828 Loop Central Dr, Houston, TX 77081-2212
4296243 Bank U S National Assn Trs, 1575 Palm Beach Lakes, West Palm Beach, FL 33401
4296251 +Bank U S National Assn Trs, 999 NW Grand Blvd Ste 100, Oklahoma City, OK 73118-6077
4296245 +Bank U S National Assn Trs, 3415 Vision Dr, Columbus, OH 43219-6009
4296244 +Bank U S National Assn Trs, 3 Ada, Irvine, CA 92618-2322
4296258 +Bank Wells Fargo N A, 3476 Stateview Blvd, Fort Mill, SC 29715-7200
4296257 +Bank Wells Fargo N A Trs, 701 Corporate Center Dr, Raleigh, NC 27607-5084
4296254 +Bank Wells Fargo N A Trs, 2300 Brookstone Centre Pkwy, Columbus, GA 31904-4500
4296255 +Bank Wells Fargo N A Trs, 3815 S West Temple, Salt Lake City, UT 84115-4412
4296252 +Bank Wells Fargo N A Trs, 1100 Virginia Dr, Fort Washington, PA 19034-3204
4296253 +Bank Wells Fargo N A Trs, 1610 E Saint Andrew Pl No B150, Santa Ana, CA 92705-4931
4296259 +Bank Wells Fargo Natl Assn Trs, 800 State Highway 121 Byp, Lewisville, TX 75067-4180
4642418 +Bank West of Nevada, Attn Bankruptcy Desk/Managing Agent, 3500 West Sahara, Las Vegas, NV 89102-5867
4296240 +Bank of New York, 200 Park Ave 7th Floor, New York, NY 10166-0090
4296260 +Banks, Tiffany, 7603 Kenwood Hills, Las Vegas, NV 89131-1730

4296261 +Banner Outlet, 6185 S. Valley View, Ste. B, Las Vegas, NV 89118-3918
4642419 +Banner Outlet, Attn Bankruptcy Desk/Managing Agent, 6185 S Valley View Ste B, Las Vegas NV 89118-3918
4296262 +Banova, Ciara M, 1054 Plentywood Pl, Henderson, NV 89002-9250
4296263 +Banuelos, Pedro, 97 Lupin Ct., Las Vegas, NV 89110-4531
4296264 +Bao Dao, 1019 Via Latina St, Henderson, NV 89011-0815
4296265 +Baragan-Guerrero, Gerardo, 1835 Bruce, N Las Vegas, NV 89030-7906
4296266 +Barahona Amaya, Ramon E, 3642 Boulder Highway No 427, Las Vegas, NV 89121-1619
4296267 +Barahona, Jose, 4763 Cassna Ave, Las Vegas, NV 89115-7259
4296268 +Barajas, Jesus, 2052 Bledsoe Lane, Las Vegas, NV 89156-5630
4296269 +Barajas, Juan, 1750 N Buffalo Drive No 104-194, Las Vegas, NV 89128-2672
4296270 +Barajas-Zamora, Joaquin, 8117 No Tenaya Way, Las Vegas, NV 89131-1603
4642420 +Barbara Allen Photography, Attn Bankruptcy Desk/Managing Agent, 18 Starbrook Drive, Henderson NV 89052-6628
4296272 +Barbara Bird, 10500 Shore Front Pkwy Apt 8H, Rockaway Park, NY 11694-2702
4296273 +Barbara Bloyer, 1905 Stonehaven Cir, Las Vegas, NV 89108-2030
4296274 +Barbara Funtila, 4236 Frost Way, Modesto, CA 95356-8917
4296275 +Barbara Hernberg, 266 Caddy Bag Ct, Las Vegas, NV 89148-2699
4296276 +Barbara Kilbane, 507 Potters Ct, Holland, PA 18966-5507
4296278 +Barbara O'Connor, 7605 Falconwing Ave, Las Vegas, NV 89131-8221
4642421 +Barbeques Galore, Attn Bankruptcy Desk/Managing Agent, 2580 S Decatur Blvd, Las Vegas NV 89102-8595
4296280 +Barber, Becky, 2021 Ballard Drive, Las Vegas, NV 89104-2001
4296281 +Barbero, Nicole M., 2117 Hoover Ct, Pleasant Hill, CA 94523-4648
4296282 +Barcena Flores, Arnulfo, 5920 Mount Auburn St, Las Vegas, NV 89130-7008
4296283 +Barcena, Ignacio, 5920 Mount Auborn St, Las Vegas, NV 89130-7008
4296284 +Barcena, Jose G, 3530 S. Stirrup, Pahrump, NV 89048-3529
4642422 +Barecat Equipment Inc, Attn Bankruptcy Desk/Managing Agent, 3672 Pirate Circle, Hunington Beach CA 92649-2509
4296285 Barecat Equipment, Inc, PO Box 2610, Buena Park, CA 90622
4296286 +Barecat Equipment, Inc., 3672 Pirate Circle, Hunington Beach, CA 92649-2509
4296287 +Bargull, Gregory, PO Box 777655, Henderson, NV 89077-7655
4296288 Barler Equipment, Inc., PO Box 6464, Orange, CA 92863-6464
4296289 +Barnes, Ryan J., 1733 Kudu Ct, Draper, UT 84020-9375
4296290 +Baron Pest Control, PO Box 22229, Bullhead City, AZ 86439-2229
4642423 +Baron Pest Control, Attn Bankruptcy Desk/Managing Agent, P O Box 22229, Bullhead City AZ 86439-2229
4296291 +Barragan Block, 2272 Pondarosa Ln., Bullhead City, AZ 86442-8804
4642424 +Barragan Block, Attn Bankruptcy Desk/Managing Agent, 2272 Pondarosa Ln, Bullhead City AZ 86442-8804
4296292 +Barragan, James, 2466 Hardin Ridge Dr, Henderson, NV 89052-7085
4296293 +Barragan-Avarca, Fidencio, 4111 Venus St., Pahrump, NV 89048-0645
4296294 +Barrales, Gamaliel, 5310 Lowell Ave, Las Vegas, NV 89110-3614
4296295 Barrales, Jonathan, 5320 Lowell, Las Vegas, NV 89110
4296296 Barrales-Garcia, Erik, 1210 Lowell, N Las Vegas, NV 89030
4296297 +Barraza, Jose G., 6093 Apple Orchard Dr., Las Vegas, NV 89142-0919
4296298 +Barrera Family, 11 Henna, Irvine, CA 92618-3965
4296300 +Barri Levy, 249 Falcons Fire Ave, Las Vegas, NV 89148-2743
4296301 +Barri Levy, 341 Turtle Peak Ave, Las Vegas, NV 89148-2752
4296302 +Barrientos, Juan M., 1636 Rising Pebble Ct, N Las Vegas, NV 89031-0735
4296303 Barrios-M, Milton, 2500 Paradise, Las Vegas, NV 89120
4296305 +Barrowclough, Bernard, 401 W Fifth St, Electra, TX 76360-1438
4296306 +Barry & Georgina Grimes, 201 Via Mezza Luna Ct, Henderson, NV 89011-0876
4296307 +Barry Drucker, 165 Wicked Wedge Way, Las Vegas, NV 89148-2689
4296308 +Barry Green, PO Box 400312, Las Vegas, NV 89140-0312
4642425 +Barry Kagasoff, Attn Bankruptcy Desk/Managing Agent, 523 W Sixth St Suite 828, Los Angeles CA 90014-1222
4296309 Barry Ogawa, 28004A S Western Ave No 209, San Pedro, CA 90732
4296310 +Barry Potomski, 9557 Los Cotos Ct, Las Vegas, NV 89147-8205
4296311 +Barstow Superior Court, 235 East Mountain View, Barstow, CA 92311-2892
4642426 +Barstow Superior Court, Attn Bankruptcy Desk/Managing Agent, 235 East Mountain View, Barstow CA 92311-2892
4296312 +Bart & Collin Webster, 445 S Millhollow Rd, Rexburg, ID 83440-2518
4642427 +Bart Direction Advertising/BDA, Attn Bankruptcy Desk/Managing Agent, 850 Battery Street, 10001 Peace Way 2339, Las Vegas NV 89147-5706
4296314 +Bart Direction Advertising/BDA, c/o Bart Price, 850 Battery Street, San Francisco, CA 94111-1514
4296313 +Bart Direction Advertising/BDA, c/o Bart Price, 10001 Peace Way, No 2339, Las Vegas, NV 89147-5706
4296315 +Bartolo, Rubio, 3751 Majesty Palm Dr., Las Vegas, NV 89115-8135
4296316 +Basilio Martinez, 2510 Crawford St. No B, N Las Vegas, NV 89030-6176
4642428 +Baskow Associates Inc, Attn Bankruptcy Desk/Managing Agent, 2948 E Russell Road, Las Vegas NV 89120-2453
4296317 +Bassemier, Paula J, 8746 N. Stockon Hill Rd. No 38, Kingman, AZ 86409-9358
4296318 +Bassemier, Roger D., 8746 N. Stockton Hill Rd. No 38, Kingman, AZ 86409-9358
4642429 +Bassett Furniture Direct, Attn Bankruptcy Desk/Managing Agent, 7077 West Sahara, Las Vegas NV 89117-2832
4642430 +Bates Int l Motor Homes, Attn Bankruptcy Desk/Managing Agent, 3690 S Eastern Ave Suite 220, Las Vegas NV 89169-3378
4296319 +Bates Intl Motor Homes, 3690 S. Eastern Ave., Suite 220, Las Vegas, NV 89169-3378

4296320 +Bates, Brandon L., PO Box 182, Mexican Springs, NM 87320-0182
4296321 +Bates, Michael N., PO Box 173, Mexican Springs, NM 87320-0173
4296322 +Baudhuin Family, 1616 Arden Ave, Rockford, IL 61107-2028
4296323 +Baudoin Family, 9595 Castillana Ct, Las Vegas, NV 89147-8210
4642431 Baudville, Attn Bankruptcy Desk/Managing Agent, 5380 52nd St S E, Grand Rapids MI 49512-9765
4642432 Baughman Turner Inc, Attn Bankruptcy Desk/Managing Agent, 1210 Hinson Street, Las Vegas NV 89102-1604
4296326 +Bawnsig, 575 S. Saliman Rd., Carson City, NV 89701-5000
4296325 +Bawnsig, 175 E. Reno, Ste C9, Las Vegas, NV 89119-1102
4296327 +Bayne, Lawrence, 1350 N. Town Center No 1100, Las Vegas, NV 89144-0581
4296328 +Bayus, Amy, 812 Bergamont Dr, Henderson, NV 89002-9109
4296331 Bearcom, PO Box 200600, Dallas, TX 75320-0600
4296333 Bearing Belt Chain, Division of Purvis Industries, PO Box 540757, Dallas, TX 75354-0757
4296332 +Bearing Belt Chain Co, 3525 Essco Street, Kingman, AZ 86409-2755
4296335 +Beatriz Cani, 7131 S Durango Dr Unit 210, Las Vegas, NV 89113-2071
4296337 +Beazer Homes, 9121 W. Russell Rd., Suite 200, Las Vegas, NV 89148-1237
4642437 +Beazer Homes, Attn Bankruptcy Desk/Managing Agent, 9121 W Russell Rd, Suite 200, Las Vegas NV 89148-1237
4296336 +Beazer Homes, 4670 S. Fort Apache, No. 200, Las Vegas, NV 89147-7939
4296338 +Becerra, Ismael, 5791 Auckland Dr, Las Vegas, NV 89110-2625
4296339 +Becerra, Marco, 5791 Auckland Dr, Las Vegas, NV 89110-2625
4296340 +Becerra-Lopez, Jose Vincente, 5 Britz Cir Apt B, N Las Vegas, NV 89030-4312
4642438 +Bechtel Professional Ser, Attn Bankruptcy Desk/Managing Agent, Wm H Bechtel, 19744 Beach Blvd 316, Huntington Beach CA 92648-2988
4642440 +Becky Ulrey, Attn Bankruptcy Desk/Managing Agent, Certified Legal Videography, 3555 Meridale Drive Suite 2144, Las Vegas NV 89147-3741
4296341 +Becwar, Nancy, 1800 Michaels Court, Henderson, NV 89014-4051
4296342 +Bedolla C., Omar, 4352 Pennwood No 1, Las Vegas, NV 89102-7628
4642441 +Bee King Bee Removal, Attn Bankruptcy Desk/Managing Agent, 4421 Shoen Ave, Las Vegas NV 89110-3325
4642442 +Bee Master of Las Vegas, Attn Bankruptcy Desk/Managing Agent, PO Box 620635, Las Vegas NV 89162-0635
4642443 +Bee Reporting Agency Inc, Attn Bankruptcy Desk/Managing Agent, 1486 Kew Avenue, Hewlett NY 11557-1415
4296344 +Bee Reporting Agency, Inc., 1486 Kew Avenue, Hewlett, NY 11557-1415
4296345 +Beecher Carlson, 19800 MacArthur Blvd., Suite 300, Irvine, CA 92612-2479
4642444 +Beecher Carlson, Attn Bankruptcy Desk/Managing Agent, 19800 MacArthur Blvd, Suite 300, Irvine CA 92612-2479
4642445 +Beeper City, Attn Bankruptcy Desk/Managing Agent, 3507 S Maryland Parkway, Las Vegas NV 89169-3078
4296346 +Beesabathuni & Uma Murthy, 392 Arbour Garden Ave, Las Vegas, NV 89148-2765
4296347 +Begay, Dennis, PO Box 7229, Winslow, AZ 86047-7229
4296348 +Begay, Milton, PO Box 4265, Blue Gap, AZ 86520-4265
4296349 +Begay, Raymond Y., PO Box 200, Cameron, AZ 86020-0200
4296350 Behavioral Healthcare Options, PO Box 15645, Las Vegas, NV 89114-5645
4642446 Behavioral Healthcare Options, Attn Bankruptcy Desk/Managing Agent, PO Box 15645, Las Vegas NV 89114-5645
4296351 +Behrens, Kelly L., 3365 Diego Bay, Las Vegas, NV 89117-1037
4296352 +Belangee, Kristin, 1635 Xanadu Dr, Henderson, NV 89014-7401
4296353 +Belinda Dan, 300 Falcons Fire Ave, Las Vegas, NV 89148-2744
4296354 +Belinda Williams, 5254 Veronica St, Los Angeles, CA 90008-1135
4642447 +Bell Boyd Lloyd, Attn Bankruptcy Desk/Managing Agent, 1615 L Street N W Ste 1200, Washington DC 20036-5625
4296355 +Bell Trans, 1900 Industrial Rd., Las Vegas, NV 89102-4610
4296357 +Bell, Boyd & Lloyd, Three First National Plaza, 70 West Madison St. - Ste. 3300, Chicago, IL 60602-4243
4642448 +Bella Grande Entrances LLC, Attn Bankruptcy Desk/Managing Agent, 3400 S Procyon Avenue Suite 103C, Las Vegas NV 89102-7700
4296359 +Bellew, Jeremiah, 2755 North Liguerta, Golden Valley, AZ 86413-7963
4642450 +Bellini Company, Attn Bankruptcy Desk/Managing Agent, 5550 A Cameron St, Las Vegas NV 89118-6221
4296360 +Bello-Garcia, Leobardo, 500 W. Miller No 50, N Las Vegas, NV 89030-8626
4296361 +Beltan-Bernal, Santos, 5308 Padua Way, Las Vegas, NV 89107-0404
4296362 +Beltran Diarte, Fermin, 1901 Ryn Ave, Las Vegas, NV 89101-2736
4296363 +Beltran, Artemio, 3751 Nellis Blvd No 437, Las Vegas, NV 89121-3137
4296364 +Beltran, Manuel R., 3535 Mercury St, No E, N Las Vegas, NV 89030-4540
4296365 +Beltran, Mateo, 1901 Ryin Avenue, Las Vegas, NV 89101-2736
4296366 +Beltran, Nicasio, 5843 Goodspring, Las Vegas, NV 89110-5605
4296367 +Ben Alkalay, 8101 W Flamingo Rd Unit 2139, Las Vegas, NV 89147-7466
4296369 +Ben Ng, 1707 15th Ave, San Francisco, CA 94122-4533
4296371 +Benda Family, 2929 Ashby Ave, Las Vegas, NV 89102-1946
4296373 +Bengoechea Family, 534 Via Del Corallo Way, Henderson, NV 89011-0879
4296372 +Bengoechea Family, 1506 Cliff Branch Dr, Henderson, NV 89014-0300
4296374 +Benish, Jaymie, 2612 Galimard Ter, Henderson, NV 89044-0422
4296376 +Benita Fontenette, 9050 W Warm Springs Rd, Unit 2032, Las Vegas, NV 89148-3833
4296377 +Benito Avila-Perez, 605 N. 13th St. No D, Las Vegas, NV 89101-2649
4296378 +Benito Cano Maqueda, 7108 Powderhorn Circle, Las Vegas, NV 89128-3337
4296379 +Benjamin & Donna Owyoung, or Current Homeowner, 270 Tayman Park Ave., Las Vegas, NV 89148-2837

4296380 +Benjamin & Elizabeth Rush, 4778 Crakow Ct, Las Vegas, NV 89147-8123
4296381 +Benjamin & Wan Li, 28110 Hayward Dr, Castaic, CA 91384-4554
4296382 +Benjamin Alberto Martinez, 1330 Frank Street, Las Vegas, NV 89104-5815
4296383 +Benjamin Chan, 6672 Bristow Falls Ct, Las Vegas, NV 89148-5756
4296384 +Benjamin Wong, 2 Mill Run Ct, Morris Plains, NJ 07950-1101
4296385 +Bennett, Kelly J, 7620 French Springs St, Las Vegas, NV 89139-5643
4296386 +Bennett, Lenny, PO Box 3043, Tuba City, AZ 86045-3043
4296387 +Benson, Don D, PO Box 188, Rock Point, AZ 86545-0188
4296388 +Benson, Felicia, 8350 West Desert Inn Road, Las Vegas, NV 89117-9108
4296389 +Benson, Ryan C., 5340 N. Blagg Rd, Pahrump, NV 89060-1301
4642452 +Bentar Development, Attn Bankruptcy Desk/Managing Agent, 5900 Emerald Ave B, Las Vegas NV 89122-7334
4296390 +Bentley, Richard, 7809 Brook Valley Dr, Las Vegas, NV 89123-0309
4296391 +Benza, Lisa, 10733 Moon Flower Arbor Place, Las Vegas, NV 89144-4294
4296392 +Benzel, Andrea S., 3348 Moon River St, Las Vegas, NV 89129-2168
4642453 +Berco Inc, Attn Bankruptcy Desk/Managing Agent, Debbie Ebner, 1120 Montrose Avenue, St Louis MO 63104-1828
4296393 +Berco, Inc., 1120 Montrose Avenue, St. Louis, MO 63104-1828
4642454 Bergamo, Attn Bankruptcy Desk/Managing Agent, 1200 Arrow Highway, La Verne CA 91750-5217
4642455 +Berger Norton, Attn Bankruptcy Desk/Managing Agent, A Law Corporation, 12121 Wilshire Blvd Suite 1300, Los Angeles CA 90025-1166
4296394 +Bernabe, Eduardo, 4608 Solar Eclipse Dr, Las Vegas, NV 89115-3800
4296395 +Bernabe, Rodrigo, 1309 E Webb Avenue, North Las Vegas, NV 89030-7098
4296396 +Bernabe-Murguia, Raul, 4608 Solar Eclipse, Las Vegas, NV 89115-3800
4296397 +Bernabe-Naranjo, Raul, 4608 Solar Eclipse, Las Vegas, NV 89115-3800
4642456 +Bernadette A Rigo, Attn Bankruptcy Desk/Managing Agent, 197 Honors Course Drive, Las Vegas NV 89148-0001
4296398 +Bernadette A. Rigo, 197 Honors Course Drive, Las Vegas, NV 89148-0001
4296399 +Bernadette Rigo, 197 Honors Course Dr, Las Vegas, NV 89148-0001
4296400 +Bernal, Julio, 3041 Carroll St., N Las Vegas, NV 89030-5045
4296401 +Bernal-Bugueno, Gabriel, 2925 Carroll St., N Las Vegas, NV 89030-5289
4296402 +Bernal-Claudio, Salvador, 4805 Apawana, Las Vegas, NV 89108-1315
4296403 +Bernard Go, 3424 Wren Ave, Concord, CA 94519-2331
4642457 +Bernhardt, Attn Bankruptcy Desk/Managing Agent, 1839 Morganton Blvd, P O Box 740, Lenoir NC 28645-0740
4642458 +Bernice Borak, Attn Bankruptcy Desk/Managing Agent, 1736 E Charleston Blvd 285, Las Vegas NV 89104-7900
4296406 +Bessie Rahman, 4035 S Indiana Ave, Chicago, IL 60653-2111
4296407 +Best Approach, 2627 W. Birchwood Circle, Suite 2, Mesa, AZ 85202-1091
4296408 +Best Block Trucking, LLC, PO Box 5795, Yuma, AZ 85366-2488
4296409 Best Refrigeration, 3315 E. Russell Road, Suite A-4 No 276, Las Vegas, NV 89120-3477
4642460 +Best Water Truck Service, Attn Bankruptcy Desk/Managing Agent, 4512 Andrews Suite J, N Las Vegas NV 89081-2712
4642461 +Best Western Kings Inn, Attn Bankruptcy Desk/Managing Agent, 2930 East Andy Devine, Kingman AZ 86401-4205
4296410 +Best Western Kings Inn Corp., 2930 E Andy Devine, Kingman, AZ 86401-4205
4296411 +Beth & Dean Hoff, 9777 Kampsville Ave, Las Vegas, NV 89148-5749
4296412 +Beth & Kenneth Lee, 585 Over Par Ct, Las Vegas, NV 89148-5239
4642462 +Beth Giordano, Attn Bankruptcy Desk/Managing Agent, 8860 Star Canyon Way, Las Vegas NV 89123-3642
4296413 +Beth Vaughan-Cardamone, 4689 Lomas Santa Fe St, Las Vegas, NV 89147-6028
4296415 +Beti Iranosian, 8422 Petaluma Dr, Sun Valley, CA 91352-3625
4642464 +Better Global Business, Attn Bankruptcy Desk/Managing Agent, Communication, 235 Main Street Suite 303, Madison NJ 07940-2288
4642465 Better Homes Gardens, Attn Bankruptcy Desk/Managing Agent, Billing Center, 1716 Locust Street, Des Moines IA 50309-3023
4296417 +Betty Maynard, 7143 S Durango Dr Unit 203, Las Vegas, NV 89113-2002
4296418 +Betty Napier, 28106 Bellcrest St, Farmington Hills, MI 48334-5110
4296419 +Betty Tealdo, 454 First On Dr, Las Vegas, NV 89148-5249
4296420 +Beverly Baker, 11388 Orazio Dr, Las Vegas, NV 89138-1531
4296421 +Bevien Family, 292 Arbour Garden Ave, Las Vegas, NV 89148-2761
4296422 +Beynon Sports Surfaces, 16 Alt Rd., Hunt Valley, MD 21030-2105
4642467 +Beynon Sports Surfaces, Attn Bankruptcy Desk/Managing Agent, 16 Alt Rd, Hunt Valley MD 21030-2105
4296423 Bibby Financial Services, Southwest Inc., PO Box 840875, Dallas, TX 75284-0875
4642468 Bibby Financial Services, Attn Bankruptcy Desk/Managing Agent, 6585 S Arville St was, P O Box 840875, Dallas TX 75284-0875
4296424 +Big O Tires, 1942 E. Andy Devine Ave. RT. 66, Kingman, AZ 86401-6257
4642469 +Big O Tires, Attn Bankruptcy Desk/Managing Agent, 1942 E Andy Devine Ave RT 66, Kingman AZ 86401-6257
4296425 +Bijan & Schokouh Jaber-Ansari, 43 Back Spin Ct, Las Vegas, NV 89148-5240
4642470 Bike Trail, Attn Bankruptcy Desk/Managing Agent, 3759 N Rainbow Blvd, Las Vegas NV 89108
4296427 +Bill & Eva Chan, 288 Palm Trace Ave, Las Vegas, NV 89148-2735
4296428 +Bill Doty, 5891 Arandas Court, Las Vegas, NV 89103-1224
4642471 +Bill Doty, Attn Bankruptcy Desk/Managing Agent, 5891 Arandas Court, Las Vegas NV 89103-1224
4296429 Bill Heard Chevrolet, Dept. 1265, PO Box 2153, Birmingham, AL 35287-1265
4642472 Bill Heard Chevrolet, Attn Bankruptcy Desk/Managing Agent, Dept 1265, PO Box 2153, Birmingham AL 35287-1265
4642473 +Bill Stickel Trucking, Attn Bankruptcy Desk/Managing Agent, 729 Kendall Lane, Boulder City NV 89005-1111

4642474 +Bill Vallee, Attn Bankruptcy Desk/Managing Agent, 712 Forrest Haven Way, Henderson NV 89011-1898
4296430 +Billie Coleman, 7151 S Durango Dr Unit 309, Las Vegas, NV 89113-2034
4296431 +Bilyk, David A., 2132 Lonestar, Mohave Valley, AZ 86440-9376
4296432 +Bilyk, Michael T., 1931 Arditto Dr, Mohave Valley, AZ 86440-9401
4296433 +Bimbo Bakeries USA, File 52176, Los Angeles, CA 90074-0001
4296434 +Bing Lei, 141 Sandy Bunker Ln, Las Vegas, NV 89148-5270
4296435 +Bingham Family, 9593 Los Cotos Ct, Las Vegas, NV 89147-8205
4642475 +Binh Ly, Attn Bankruptcy Desk/Managing Agent, 8920 Minsk Court, Las Vegas NV 89147-8117
4296436 +Bio Tech Nutrients, LLC, 818 West Brooks Avenue, N. Las Vegas, NV 89030-7828
4296437 +Birkholtz, James, 8400 S Maryland Parkway No 2026, Las Vegas, NV 89123-5943
4642476 +Bishop Gorman High School, Attn Bankruptcy Desk/Managing Agent, 1801 S Maryland Pkwy, Las Vegas NV 89104-3104
4296438 +Black & Decker, P.O Box 98692, Chicago, IL 60693-8692
4642479 +Black Mountain Avionics, Attn Bankruptcy Desk/Managing Agent, 581 Colonial Cup St, Henderson NV 89015-6909
4296439 +Blackburn, Daniel W., 7301 La Mona Ct, Las Vegas, NV 89128-0541
4296440 +Blackrock Financial Mgmt, 40 East 52nd Street, New York, NY 10022-5929
4296441 +Bladimiro Magana, 1015 Stone River Dr, No Las Vegas, NV 89030-5315
4296443 +Blair & Kristen Tompkins, 151 Wicked Wedge Way, Las Vegas, NV 89148-2689
4296444 Blair, Carl Eugene, 3425 Yuma Kingman, Kingman, AZ 86409
4296445 +Blanca Placz, 332 Angels Trace Ct, Las Vegas, NV 89148-2665
4296446 +Blanco, Erick, 853 Kenicott Pl, Las Vegas, NV 89110-1455
4296447 +Blasco, Scelsa, et al, Shinnick, Ryan & Ransavage P.C., 2881 Business Park Court, Ste 210,, Las Vegas, NV 89128-9020
4642480 +Blastex Drilling Blasting, Attn Bankruptcy Desk/Managing Agent, PO Box 91390, Henderson NV 89009-1390
4296448 +Bleekers Boxes, 5400 E. Empire, Flagstaff, AZ 86004-2922
4296449 +Blevens, Michael, 1027 Via Calderia Place, Henderson, NV 89011-0808
4296450 +Blount, Michael D., 3012 Main St., Kingman, AZ 86401-4160
4296452 +Blue Diamond Heavy Haul, 4815 Alto Ave, Las Vegas, NV 89115-3470
4296453 +Blue Ribbon Stairs, 5860 Alder Avenue, Suite 500, Sacramento, CA 95828-1120
4642482 +Blue Ribbon Stairs, Attn Bankruptcy Desk/Managing Agent, 5860 Alder Avenue, Suite 500, Sacramento CA 95828-1120
4642483 +Blue Star Jets LLC, Attn Bankruptcy Desk/Managing Agent, 805 Third Avenue, 16th Floor, New York NY 10022-7513
4642484 +BlueLeap Consulting Inc, Attn Bankruptcy Desk/Managing Agent, 3765 Preakness Lane, Suwanee GA 30024-1090
4296454 +BlueLeap Consulting, Inc., 3765 Preakness Lane, Suwanee, GA 30024-1090
4642487 +Board of Continuing Legal, Attn Bankruptcy Desk/Managing Agent, 295 Halcomb Ave A, Reno NV 89502-1085
4642488 Board of Regents, Attn Bankruptcy Desk/Managing Agent, UNLV Div of Continuing Education, P O Box 45109, Las Vegas NV 89154-1019
4642489 +Boat Transport Inc, Attn Bankruptcy Desk/Managing Agent, 2300 E Lake Mead Drive, Henderson NV 89015-3003
4296458 Boating Magazine, MPS, PO Box 1296, Sausalito, CA 94966-1296
4642490 Boating Magazine, Attn Bankruptcy Desk/Managing Agent, MPS, P O Box 1296, Sausalito CA 94966-1296
4642491 Boating World, Attn Bankruptcy Desk/Managing Agent, Attn Mail Processing Dept, P O Box 1296, Sausalito CA 94966-1296
4296459 Boating World, Attn: Mail Processing Dept, PO Box 1296, Sausalito, CA 94966-1296
4296460 +Bob Barksdale, 2288 E. Camino Rio, Tucson, AZ 85718-6512
4642492 +Bob Barksdale, Attn Bankruptcy Desk/Managing Agent, 2288 E Camino Rio, Tucson AZ 85718-6512
4296463 Bob Barricades, PO Box 863611, Orlando, FL 32886-3611
4296461 +Bob Fox, 31840 N. 45th St., Cave Creek, AZ 85331-5455
4642493 +Bob Fox, Attn Bankruptcy Desk/Managing Agent, 31840 N 45th St, Cave Creek AZ 85331-5455
4296462 +Bob Morton, PO Box 4237, Kingman, AZ 86402-4237
4642494 +Bob Morton, Attn Bankruptcy Desk/Managing Agent, PO Box 4237, Kingman AZ AZ 86402-4237
4642495 +Bob Winokur, Attn Bankruptcy Desk/Managing Agent, 728 Fife Street, Henderson NV 89015-4632
4296466 +Bobby Bindert, 1077 Via Canale Dr, Henderson, NV 89011-0803
4296467 +Bobby Kesser, 115 Wicked Wedge Way, Las Vegas, NV 89148-2689
4296468 +Bobcat of Las Vegas, 2900 North Losee Rd, Las Vegas, NV 89030-4137
4296464 +Bobs Barricades, Inc., 4630 Santa Fe Drive, Kingman, AZ 86401-4529
4296469 +Bockelmann, Daniel, 3070 South Nellis Blvd No 2130, Las Vegas, NV 89121-2061
4296470 +Boehan Heng, 9319 Avon Park Ave, Las Vegas, NV 89149-0176
4642497 +Boehan Heng, Attn Bankruptcy Desk/Managing Agent, 9319 Avon Park Ave, Las Vegas NV 89149-0176
4296471 +Boep Chuon, 717 Loma Ave, Long Beach, CA 90804-5245
4642498 +Boep Chuon, Attn Bankruptcy Desk/Managing Agent, 717 Loma Ave, Long Beach CA 90804-5245
4296472 +Bogdan & Emanuela Limpede, 1815 S Welch Cir, Lakewood, CO 80228-3776
4642499 +Bohannan Huston Inc, Attn Bankruptcy Desk/Managing Agent, Courtyard I, 7500 Jefferson St NE, Albuquerque NM 87109-4385
4296473 +Bohannan Huston Inc., Courtyard I, 7500 Jefferson St. NE, Albuquerque, NM 87109-4385
4296474 +Bolanos, Filemon, 604 N. 12th St. No D, Las Vegas, NV 89101-2652
4296475 +Bollinger, Stacey, 1019 Golda Way, Henderson, NV 89011-3109
4296476 +Bolyvong & Ounhcuan Tanovan, 15795 SW Bobwhite Cir, Beaverton, OR 97007-8228
4296477 +Bonanni Family, 27 Panorama Crest Ave, Las Vegas, NV 89135-7830
4296478 +Bonanza Beverage Company, Wholesale Beverage Dealers, 6333 South Ensworth Street, Las Vegas, NV 89119-3210

4642500 +Bonanza Beverage Company, Attn Bankruptcy Desk/Managing Agent, 6333 S Ensworth St, Las Vegas NV 89119-3210
4296479 Bond, Raymond, Concho Rd. 5176, Box 10219, Golden Valley, AZ 86413
4296480 +Boni Enterprises LP, 4535 W Sahara Ave Ste 200, Las Vegas, NV 89102-3622
4296481 +Bonilla, Ever J, 1409 Labrador Dr., Las Vegas, NV 89142-1187
4296482 +Bonnell, Christopher, 4411 S Spencer No 52, Las Vegas, NV 89119-6041
4296483 +Bonnie & Rami Avischai, 8665 Martinique Bay Ln, Las Vegas, NV 89147-6554
4296484 +Bonny Yau, 524 Quail Walk Way, Rio Vista, CA 94571-2209
4642502 +Boomer Productions, Attn Bankruptcy Desk/Managing Agent, 1828 Plum Court, Henderson NV 89014-4026
4296485 +Borden, Stefani, 8780 W. Nevso Dr No 128, Las Vegas, NV 89147-0424
4296487 +Border Construction, 5580 S. Arville, Las Vegas, NV 89118-2242
4296486 Border Construction Specialtie, PO Box 5836, Phornix, AZ 85010-5836
4296488 +Boris & Yalina Zhebrak, 5408 S Hannibal Way, Centennial, CO 80015-4275
4296489 +Boris Zaitsev, 7123 S Durango Dr Unit 208, Las Vegas, NV 89113-2063
4642503 +Boriz Yalina Zhebrak, Attn Bankruptcy Desk/Managing Agent, 5408 S Hannibal Way, Aurora CO 80015-4275
4296490 +Borka Samardzija, 9050 W Warm Springs Rd Unit 2072, Las Vegas, NV 89148-3834
4642504 +Bose Corporation, Attn Bankruptcy Desk/Managing Agent, The Mountain MS 236, Framingham MA 01701
4296491 +Boss Glass, 5892 Tarpon Glade Ct., Las Vegas, NV 89113-1747
4296492 +Both, Kenneth, 1834 June Lake Dr, Henderson, NV 89052-6960
4642505 +Boulder City Marine, Attn Bankruptcy Desk/Managing Agent, 1013 Nevada Way, Boulder City NV 89005-1807
4642506 +Boulevard Printing, Attn Bankruptcy Desk/Managing Agent, 6130 W Tropicana Ste 242, Las Vegas NV 89103-4604
4296493 Bourgeois, Dylan, 2780 Devlin Kingman, AZ 86409, Kingman, AZ 86409
4296494 +Bovadilla-Lopez, Ivan, 1039 Pearl, Las Vegas, NV 89104-4635
4296495 +Bovard, James, 3200 N. Kaba, Golden Valley, AZ 86413-8908
4296496 +Boveda, Joseph M, 9609 Bending River, Las Vegas, NV 89129-6940
4296497 +Boylston, Samuel, 517 S. Oleary St. Flagstaff, AZ 86001, Flagstaff, AZ 86001-5829
4296498 Boys & Girls Clubs of Henderson, Attn: Danielle Peot, 401 Drake Street, Las Vegas, NV 89015-6016
4642508 Boys Girls Clubs of Henderson, Attn Bankruptcy Desk/Managing Agent, Attn Danielle Peot, 401 Drake Street, Las Vegas NV 89015-6016
4296499 +Boyzo Garcia, Eleazar, 11640 Rossovino St., Las Vegas, NV 89183-5560
4296500 +Boyzo, Humberto, 10222 Lavender Mist Ct, Las Vegas, NV 89183-7360
4296501 +Braboy, Brian, 1004 Monte De Oro, Las Vegas, NV 89183-4669
4296502 +Brad & Karolyn Vowles, 1016 Via Latina St, Henderson, NV 89011-0815
4296503 +Brad Hamilton, 4020 Driscoll Mtn, Las Vegas, NV 89129-3546
4642510 +Brad Hamilton, Attn Bankruptcy Desk/Managing Agent, 4020 Driscoll Mtn, Las Vegas NV 89129-3546
4642511 +Brad S Gayle S Blakeley, Attn Bankruptcy Desk/Managing Agent, 201 E Desert Rose Drive, Henderson NV 89015-8081
4296504 +Brad S. & Gayle S. Blakeley, 201 E. Desert Rose Drive, Henderson, NV 89015-8081
4296505 +Brad Vowles, 1016 Via Latina Street, Henderson, NV 89011-0815
4296506 +Bradley & Amie Modglin, 7431 Cedar Rae Ave, Las Vegas, NV 89131-3392
4296507 +Bradley & Susan Dickinson, 65 Sunset Bay St, Las Vegas, NV 89148-2767
4642513 +Bradley Window Corp, Attn Bankruptcy Desk/Managing Agent, Tim Bauman, 2250 E Tropicana Suite 19 111, Las Vegas NV 89119-6541
4642514 +Bradstone, Attn Bankruptcy Desk/Managing Agent, Janet, 1013 E Delhi, N Las Vegas NV 89030-8077
4642515 +Brady Industries Inc, Attn Bankruptcy Desk/Managing Agent, 4175 S Arville, Las Vegas NV 89103-7714
4296509 +Brady Industries, Inc., 7055 Lindell Road, Las Vegas, NV 89118-4703
4296510 +Brandan Reilly, 9736 Marcelline Ave, Las Vegas, NV 89148-5751
4296512 +Brandon & Myline Dahle, 99 Tall Ruff Dr, Las Vegas, NV 89148-5243
4296513 +Brandon & Tana Flowers, 1100 3rd St, San Rafael, CA 94901-3019
4296514 +Brandon Family, 631 N Stephanie St No 587, Henderson, NV 89014-2633
4296515 +Brandon Flowers, 1018 Via Sacra St, Henderson, NV 89011-0818
4296517 +Brandon Iron, 3965 W. Oquendo Rd., Las Vegas, NV 89118-3010
4642517 +Brandon Iron, Attn Bankruptcy Desk/Managing Agent, 3965 W Oquendo Rd, Las Vegas NV 89118-3010
4296519 +Brandt Welding & Fabrication, 2755 W. Willow Breeze, Chino Valley, AZ 86323-4135
4296520 +Braswell, Mark A., 4833 E. Kevin St., Sierra Vista, AZ 85650-9224
4296521 +Bravo Cortez, Carlos, 1504 N. 22nd St No 3, Las Vegas, NV 89101-1318
4642518 +Bravo II Publisher Pricing, Attn Bankruptcy Desk/Managing Agent, 21220 Devonshire 102, Chatsworth CA 91311-8224
4296522 +Bravo Munguia, Manuel, 105 Palisade, Las Vegas, NV 89110-4763
4642519 +Bravo Underground Inc, Attn Bankruptcy Desk/Managing Agent, Jose Ledon, 1183 Center Point Drive, Henderson, NV 89074-8816
4296523 +Bravo Underground, Inc., 1183 Center Point Drive, Henderson, NV 89074-8816
4296524 +Bravo, Inc., 470 Mirror Ct., Ste B-106, Henderson, NV 89011-4045
4296525 +Bravo-Mendoza, Miguel Angel, 3815 N. Nellis No 32, Las Vegas, NV 89115-2721
4296526 +Brayan Martinez, 4040 Silver Dollar No 2, Las Vegas, NV 89102-7547
4296527 +Brazeau Family, 7167 S Durango Dr Unit 113, Las Vegas, NV 89113-2042
4296528 +Breech, James.D, 3734 Bacobi, Golden Valley, AZ 86413-8773
4296529 +Breen, Ashley Megan, 21683 Highline Rd. Tehachapi, CA 93561, Tehachapi, CA 93561-7826
4296530 +Brenda & Maximo Dumpit, 14 Chalon Cir, Salinas, CA 93901-1246

4642520 +Brenda Blanford, Attn Bankruptcy Desk/Managing Agent, 34 Cobbs Creek Way, Las Vegas NV 89148-4434
4642521 Brenda F Luna, Attn Bankruptcy Desk/Managing Agent, and Linda Empleo Luna, 934 S Manzanita Dr, West Covina CA 91791-3350
4642522 Brenda F Luna, Attn Bankruptcy Desk/Managing Agent, and Manuel Jude Alinsug, 934 S Manzanita Dr, West Covina CA 91791-3350
4296532 Brenda F. Luna, and Linda Empleo Luna, 934 S. Manzanita Dr., West Covina, CA 91791-3350
4296533 Brenda F. Luna, and Manuel Jude Alinsug, 934 S. Manzanita Dr., West Covina, CA 91791-3350
4296534 +Brenda Graham, 2525 Nostrand Ave Apt 3L, Brooklyn, NY 11210-4720
4642523 +Brenda Thomas, Attn Bankruptcy Desk/Managing Agent, 7520 Apple Springs, Las Vegas NV 89131-3367
4296535 +Brenda Wong, 269 Tie Breaker Ct, Las Vegas, NV 89148-5200
4296536 +Brendan & Maria Sheehan, 7380 Celata Ln, San Diego, CA 92129-4551
4642524 +Brenmarc Inc, Attn Bankruptcy Desk/Managing Agent, 10 Rue Cezanne, Coto de Caza CA 92679-8505
4296537 +Brent Ball, 1037 4th St Apt G, Santa Monica, CA 90403-6114
4642525 +Brentano Fabrics, Attn Bankruptcy Desk/Managing Agent, 101 Henry Adams St, 144, San FranciscoCA 94103-5213
4296538 +Brentano Fabrics, 101 Henry Adams St, No 144, San Francisco, CA 94103-5219
4642526 Brentano Inc, Attn Bankruptcy Desk/Managing Agent, Traci Rock, 1481 Paddock Drive, Northbrook IL 60062
4296539 +Brenton Holland, 5835 W. Paradise Lane, Glendale, AZ 85306-2421
4642527 +Brenton Holland, Attn Bankruptcy Desk/Managing Agent, 5835 W Paradise Lane, Glendale CA 85306-2421
4642528 +Brett A Axelrod, Attn Bankruptcy Desk/Managing Agent, Greenberg Traurig LLP, 3773 Howard Hughes Pkwy Ste 400 North, Las Vegas, NV 89169-5956
4296540 Brett Campbell, 3341 Salmon Cr, Las Vegas, NV 89129
4296541 +Brett Okun, 9050 W Warm Springs Rd Unit 2086, Las Vegas, NV 89148-3835
4296542 +Brewer, Steven, 14879 Country West Drive Conroe, TX 773, Conroe, TX 77302-6955
4296543 +Brian & Amy Greenhouse, PO Box 2684, Centennial, CO 80161-2684
4296544 +Brian & Candy Garrison, 159 Crooked Putter Dr, Las Vegas, NV 89148-5228
4296545 +Brian & Jamie Reyburn, 224 Via Mezza Luna Ct, Henderson, NV 89011-0876
4296546 +Brian & Jody Heidorn, 361 Dog Leg Dr, Las Vegas, NV 89148-2698
4296547 +Brian & Joli Pauling, 52 Tall Ruff Dr, Las Vegas, NV 89148-5244
4296549 +Brian & Melinda Schumacher, 4 Starbrook Dr, Henderson, NV 89052-6628
4296550 +Brian Cupery, 367 Palm Trace Ave, Las Vegas, NV 89148-2733
4296551 +Brian Emery, 174 Castle Course Ave, Las Vegas, NV 89148-5001
4296552 Brian Foye, 9397 Olympia, Las Vegas, NV 89149
4642529 Brian Foye, Attn Bankruptcy Desk/Managing Agent, 9397 Olympia, Las Vegas NV 89149
4296554 +Brian McCoy, Jr., 3292 Aztec Rd., Golden Valley, AZ 86413-8533
4296555 +Brian Meek, 4122 Long Cove Cir, Corona, CA 92883-0703
4296556 +Brian Ng, 1707 15th Ave, San Francisco, CA 94122-4533
4296557 +Brian Robertson, 8018 E Santa Ana Canyon Rd, Anaheim, CA 92808-1102
4296558 +Brian Trinidad, 3736 Ackerman Dr, Los Angeles, CA 90065-3506
4296560 +Bridal Spectacular, 2320 S. Duneville, Las Vegas, NV 89146-3142
4296561 +Bridge, Curtis Leon, 1664 Leather Leaf Dr., Las Vegas, NV 89123-1944
4296562 Bridgestone Golf Inc., PO Box 2908, Carol Stream, IL 60132-2908
4296563 Bridgestone Sports, PO Box 2908, Carol Stream, IL 60132-2908
4296564 +Bridgit Endicott, 108 Wicked Wedge Way, Las Vegas, NV 89148-2688
4642531 +Brimar, Attn Bankruptcy Desk/Managing Agent, 28250 Ballard Dr, Lake Forest IL 60045-4505
4296566 Brinks Incorporated, PO Box 651696, Charlotte, NC 28265-1696
4296565 Brinks Incorporated, File No. 52005, Los Angeles, CA 90074-2005
4642532 Brinks Incorporated, Attn Bankruptcy Desk/Managing Agent, PO Box 651696, Charlotte NC 28265-1696
4296567 +Briones, Alvaro, 2905 Las Vegas Blvd No 40, N Las Vegas, NV 89030-5745
4296568 +Brittani Howell, 2904 GnatCatcher Avenue, North Las Vegas, NV 89084-3120
4642533 +Brittani Howell, Attn Bankruptcy Desk/Managing Agent, 2904 GnatCatcher Avenue, North Las Vegas NV 89084-3120
4296569 +Brittney Melnick, 7198 Pine Barrens Street, Las Vegas, NV 89148-1816
4296570 +Britton Group, ROI Appraisals, 55 South Gibson Rd. Suite 104, Henderson, NV 89012-2491
4642534 +Britton Group, Attn Bankruptcy Desk/Managing Agent, ROI Appraisals, 55 South Gibson Rd Suite 104, Henderson NV 89012-2491
4296571 +Broadbent & Assoc. Inc., 8 West Pacific Ave., Henderson, NV 89015-7383
4642535 +Broadbent Associates, Attn Bankruptcy Desk/Managing Agent, 8 West Pacific Avenue, Henderson NV 89015-7383
4296572 +Brock Larsen Design, 2318 Cove Ave., Los Angeles, CA 90039-3123
4642536 +Brock Larsen Design, Attn Bankruptcy Desk/Managing Agent, 2318 Cove Ave, Los Angeles CA 90039-3123
4296573 +Broderick, Jacob L., 1065 Dewey, Golden Valley, AZ 86413-4812
4642537 +Brook Furniture Rental, Attn Bankruptcy Desk/Managing Agent, john williams, 2199 Norse Drive, Pleasant Hill CA 94523-1823
4296574 +Brooke Bohlke, 961 Via Stellato St, Henderson, NV 89011-0858
4642538 +Brooklyn Associates, Attn Bankruptcy Desk/Managing Agent, Mark Brooklyn, 4611 Teller Avenue, Newport Beach CA 92660-2104
4642539 +Brother International Corp, Attn Bankruptcy Desk/Managing Agent, EMA Department, PO BOX 6911, Bridgewater NJ 08807-0911
4296576 +Brown Drilling Inc, 3595 E. Gordon Dr., Kingman, AZ 86409-3411
4642540 +Brown Drilling Inc, Attn Bankruptcy Desk/Managing Agent, Kurtis Neilson, 3595 E Gordon Dr, Kingman AZ 86409-3411
4296577 +Brown Family, 7155 S Durango Dr Unit 109, Las Vegas, NV 89113-2038

4642541 +Brown Jordan Co, Attn Bankruptcy Desk/Managing Agent, 9860 Gidley Street, El Monte CA 91731-1138
4296578 +Brown Jordan Contract, 9860 Gidley Street, El Monte, CA 91731-1138
4642542 +Brown Partners Inc, Attn Bankruptcy Desk/Managing Agent, 3275 South Jones Ste 101, Las Vegas NV 89146-6768
4642543 +Brown Tank Steel, Attn Bankruptcy Desk/Managing Agent, 4300 S 15 Ave, PO Box 20781, Phoenix AZ 85036-0781
4296579 +Brown, Andrew Ray, 5635 Believe Ct. Las Vegas, NV 89139, Las Vegas, NV 89139-5656
4296580 +Brown, Edward, 2309 E. Jamie Rd. Ft. Mohave, AZ 86426, Ft Mohave, AZ 86426-6355
4296581 +Brown, Larry D, 2442 Cerrillos Rd No 349 Santa Fe, NM, Sante Fe, NM 87505-3262
4296582 +Brown, Phillip G, 7472 Emerald Glow St., Las Vegas, NV 89123-1304
4642544 Brownstein Hyatt Farber, Attn Bankruptcy Desk/Managing Agent, Schrek LLP, 100 City Parkway 1600, Las Vegas NV 89106-4614
4296583 +Bruce & Arlene Belman, 314 Longview Park Pl, Louisville, KY 40245-6217
4296584 +Bruce & Lora Lester, 7200 Cottonsparrow St, Las Vegas, NV 89131-8257
4296585 +Bruce & Rene McNeill, 15001 Spillman Ranch Loop, Austin, TX 78738-6552
4296586 +Bruce Barrett, 330 Blue Heron Ln, Missoula, MT 59804-9437
4296587 +Bruce Frost, 9050 W Warm Springs Rd Unit 1034, Las Vegas, NV 89148-3843
4642545 +Bruce I Shapiro Ltd, Attn Bankruptcy Desk/Managing Agent, 2625 Wigwam Parkway Suite 102, Henderson NV 89074-7326
4296589 +Bruce Onak, 9050 W Tropicana Ave Unit 1119, Las Vegas, NV 89147-8188
4642546 +Bruce W Marten, Attn Bankruptcy Desk/Managing Agent, 3705 Rick Stratton Drive, Las Vegas NV 89120-2648
4296590 +Bruce Wallace, 7163 S Durango Dr Unit 309, Las Vegas, NV 89113-2009
4296591 +Brunk, Richard L., 9425 Medford Falls Ave, Las Vegas, NV 89149-0143
4296592 +Brunschwig & Fils, 75 Virginia Rd, North White Plains, NY 10603-2200
4642547 +Brunschwig Fils, Attn Bankruptcy Desk/Managing Agent, 75 Virginia Rd, North White Plains NY 10603-2200
4296593 +Brunson, Nicholas, 9944 Swimming Hole Street, Las Vegas, NV 89183-7158
4296594 +Bryan & Carla Bertges, 7420 Hornblower Ave, Las Vegas, NV 89131-3395
4296595 +Bryan Barancik, 7163 S Durango Dr Unit 204, Las Vegas, NV 89113-2045
4642548 +Bryan L Hermanson, Attn Bankruptcy Desk/Managing Agent, California Mortgage Realty, 201 C Calle Del Oaks, Del Ray Oaks CA 93940-7801
4296597 +Bubonocich Family, 94 Arcadian Shores St, Las Vegas, NV 89148-2755
4296598 +Buchanan, Richard, 907 E. Essex Dr., Las Vegas, NV 89107-4201
4296599 +Bud & Jennifer Buehler, 7641 Rolling View Dr Unit 201, Las Vegas, NV 89149-6468
4642549 +Budget Blinds, Attn Bankruptcy Desk/Managing Agent, 8610 S Eastern, Las Vegas NV 89123-2836
4296600 +Buenaventura Family, 4262 Gallagher Rd, Rio Oso, CA 95674-9628
4296601 +Bueno, Bladimir, 2609 E. Mesquite, Las Vegas, NV 89101-3473
4296602 +Bueno-Gomez, Jose I, 2609 E. Mesquite No A, Las Vegas, NV 89101-3473
4296603 +Buenrostro, Frank, 7600 S Rainbow No 2094, Las Vegas, NV 89139-5496
4296604 +Buenrostro, Jaime, 6402 Eldorado Pines Ave, Las Vegas, NV 89139-5311
4296605 +Buentiempo, Christpoher J., 5820 Meadows Dale Dr., N Las Vegas, NV 89031-1712
4296606 +Bui Hoa, 7217 Buglehorn St, Las Vegas, NV 89131-8260
4296609 Builder, PO Box 3530, Northbrook, IL 60065-3530
4642551 Builder, Attn Bankruptcy Desk/Managing Agent, PO Box 3530, Northbrook IL 60065-3530
4642550 Builder, Attn Bankruptcy Desk/Managing Agent, P O Box 420370, Palm Coast FL 32142
4296607 Builder 1440, PO Box 8500-54957, Philadelphia, PA 19178-4957
4642552 Builder 1440, Attn Bankruptcy Desk/Managing Agent, Dan Brooks, PO Box 8500 54957, Philadelphia PA 19178-4957
4296608 +Builder MT, Order Entry, 200 Union Blvd. Ste 500, Lakewood, CO 80228-1849
4642553 +Builder MT, Attn Bankruptcy Desk/Managing Agent, Order Entry, 200 Union Blvd Ste 500, Lakewood CO 80228-1849
5744340 +Builder MT, LLC, Attn: Jennie Powers, Controller, 200 Union Blvd., Suite 500, Lakewood, CO 80228-1849
4642554 +Builders Assoc of Western NV, Attn Bankruptcy Desk/Managing Agent, Self Insured Group, 810 E 5th Street, Carson City NV 89701-5080
4296610 +Builders Assoc of Western NV, 575 S. Saliman Road, Carson City, NV 89701-5000
4296611 +Builders Assoc. of Western NV, Self Insured Group, 810 E. 5th Street, Carson City, NV 89701-5080
4642555 Builders Association of, Attn Bankruptcy Desk/Managing Agent, Western Nevada, 575 S Saliman Road, Carson City NV 89701-5000
4642556 +Builders Insurance Company, Attn Bankruptcy Desk/Managing Agent, 1210 So Valley View Blvd Ste114, Las Vegas NV 89102-1857
4296613 Builders Risk Plan, PO Box 931795, Atlanta, GA 31193-1795
4642557 Builders Risk Plan, Attn Bankruptcy Desk/Managing Agent, P O Box 931795, Atlanta GA 31193-1795
4642558 +Building Products Services, Attn Bankruptcy Desk/Managing Agent, Norman Bowman, 4111 Greenbriar Suite E, Stafford TX 77477-3940
4296614 +Bulbman, 4230 Cameron Street, Las Vegas, NV 89103-3718
4642559 +Bull s Eye Billiard, Attn Bankruptcy Desk/Managing Agent, 7520 West Washington St, Las Vegas NV 89128-4330
4296616 +Bullhead City Bee, 1905 Lakeside Dr., Bullhead City, AZ 86442-5726
4296617 +Bully Pumping, 6045 Hauck St, Las Vegas, NV 89118-2819
4296618 +Bunchhoeun & Moniroth Long, 5591 Panama Dr, Buena Park, CA 90620-1239
4296619 Bureau of Land Management, 4785 Vegas Drive, Las Vegas, NV 89108
4642560 Bureau of Land Management, Attn Bankruptcy Desk/Managing Agent, 4785 Vegas Drive, Las Vegas NV 89108
4296620 Bureau of National Affairs, PO Box 64543, Baltimore, MD 21264-4543

4642561 Bureau of National Affairs, Attn Bankruptcy Desk/Managing Agent, P O Box 64543, Baltimore MD 21264-4543
4296621 +Burlap & Landscape Supply, 5340 Cameron St., No 19, Las Vegas, NV 89118-2236
4642562 +Burlap Landscape Supply, Attn Bankruptcy Desk/Managing Agent, 5340 Cameron St 19, Las Vegas NV 89118-2236
4296622 +Burley, Chris, 2240 Runnabout Dr, Lake Havasu, AZ 86403-3043
4296623 +Burneys Commercial Service of NV, 4480 Aldebaran Ave., Las Vegas, NV 89103-4127
4642563 +Burnham Painting Drywall, Attn Bankruptcy Desk/Managing Agent, 668 Middlegate Road, Henderson NV 89011-2620
4296624 Burns, Cecil, 39516 Via Galletas Murrieta, CA 92562, Murrieta, CA 92562
4296625 +Burns, William, 124 S. San Francisco St. Flagstaff, AZ, Flagstaff, AZ 86001-5739
4642564 +Burr Pilger Mayer LLP, Attn Bankruptcy Desk/Managing Agent, 100 Pringle Ave, Ste 340, Walnut Creek CA 94596-3512
4296626 +Burr, Pilger & Mayer LLP, 100 Pringle Ave., Ste. 340, Walnut Creek, CA 94596-3512
4296627 +Burris, Jacob, 3260 E. Vineyard Rd. Phoenix, AZ 85042, Phoenix, AZ 85042-6102
4296628 Burris, Randall, 3745 West Kenneth Road Kingman, AZ 8640, Kingman, AZ 86409
4296629 +Business & Legal Reports, 141 Mill Rock Road East, Old Saybrook, CT 06475-4212
4296630 Business 21 Publishing, 453A Baltimore Pike, Springfield, PA 19064
4642565 Business 21 Publishing, Attn Bankruptcy Desk/Managing Agent, 453A Baltimore Pike, Springfield PA 19064
4296631 Business Bank of Nevada, PO Box 82503, Las Vegas, NV 89180-2503
4642566 Business Bank of Nevada, Attn Bankruptcy Desk/Managing Agent, PO Box 82503, Las Vegas NV 89180-2503
4642567 +Business Legal Reports, Attn Bankruptcy Desk/Managing Agent, 141 Mill Rock Road East, Old Saybrook CT 06475-4212
4642569 +Business Week, Attn Bankruptcy Desk/Managing Agent, 1221 Avenue of the Americas, New York NY 10020-1095
4296632 +Butler, Eugene Marty, 7264 Rome Blvd, Las Vegas, NV 89131-3526
4296633 +Butler, Steven, 7135 S. Durango No 109, Las Vegas, NV 89113-2074
4296634 +Butter Plumbing, 7310 Smoke Ranch Suite D, Las Vegas, NV 89128-0257
4642570 +Butter Plumbing, Attn Bankruptcy Desk/Managing Agent, 7310 Smoke Ranch Suite D, Las Vegas NV 89128-0257
4296636 +Byrd, Luke C, 2048 Sweetwater Dr Bullhead City, AZ 86, Bullhead City, AZ 86442-5251
4296638 +Byron Mills, 7411 Arborcrest Ave, Las Vegas, NV 89131-3364
4642573 +C 5 Coatings LLC, Attn Bankruptcy Desk/Managing Agent, Chris Coleman, 4894 Lone Mountain Drive 124, Las Vegas NV 89130-2239
4296640 +C 5 Coatings, LLC, 4894 Lone Mountain Drive No 124, Las Vegas, NV 89130-2239
4296641 +C B S, 52 South Hope Rd., Suite 3, Golden Valley, AZ 86413-9015
4642574 +C B S, Attn Bankruptcy Desk/Managing Agent, 52 South Hope Rd, Suite 3, Golden Valley AZ 86413-9015
4296642 +C C G Holdings LLC, 6440 Sky Pointe Dr No 140-268, Las Vegas, NV 89131-4047
4642575 +C C Water Reclamation Dist, Attn Bankruptcy Desk/Managing Agent, PO Box 98526, Las Vegas NV 89193-8526
4296643 +C Construction, dba Select Build, 4339 Corporate Center Dr, Ste 108, North Las Vegas, NV 89030-7553
4642576 +C Construction, Attn Bankruptcy Desk/Managing Agent, Polaris Office, 4339 Corporate Center Dr Ste 108, North Las Vegas NV 89030-7553
4642577 +C H Concrete, Attn Bankruptcy Desk/Managing Agent, 5620 Stephanie St, Las Vegas NV 89122-0200
4642578 +C J Welch North Inc, Attn Bankruptcy Desk/Managing Agent, Armand Williamson, 101 Henry Adams Street 230, San Francisco CA 94103-5212
4296645 +C Sinclair & Martha Cottingham, 87 Arcadian Shores St, Las Vegas, NV 89148-2754
4642579 +C T Sewell Elementary School, Attn Bankruptcy Desk/Managing Agent, c/o Carrie A Larson, 700 East Lake Mead Parkway, Henderson NV 89015-5542
4642580 +C Wieser, Attn Bankruptcy Desk/Managing Agent, 4600 E Sunset Road Suite 316, Henderson NV 89014-2202
4296646 CA Solutions, PO Box 530639, Henderson, NV 89053-0639
5351597 +CAPITOL NORTH AMERICAN, 1780 S. MOJAVE RD, LAS VEGAS, NV 89104-4596
4642620 +CARLYLE HIGH YIELD PART IV, Attn Bankruptcy Desk/Managing Agent, Linda Pace, 520 Madison Avenue, New York NY 10022-4213
4642632 CASolutions, Attn Bankruptcy Desk/Managing Agent, PO Box 530639, Henderson NV 89053-0639
5105000 +CATERPILLAR FINANCIAL SERVICES CORPORATION, C/O SNELL & WILMER L.L.P., ATTN: ROBERT R. KINAS, 3883 HOWARD HUGHES PARKWAY, SUITE 1100, LAS VEGAS, NV 89169-0965
4296792 +CATV 77, 211 E. Beale Street, Kingman, AZ 86401-5829
4296794 CBA, PO Box 5013, Hayward, CA 94540-5013
4642641 CBA, Attn Bankruptcy Desk/Managing Agent, PO Box 5013, Hayward CA 94540-5013
4296795 +CBC Trucking Inc, 3393 Rancho Rd., Golden Valley, AZ 86413-8219
4642642 +CBC Trucking Inc, Attn Bankruptcy Desk/Managing Agent, John Morgan, 3393 Rancho Rd, Golden Valley AZ 86413-8219
4642643 CBI Constructors Inc, Attn Bankruptcy Desk/Managing Agent, Mark Jordan, 25 W 1st Street Suite 210, Claremont CA 91711
4296796 CBS Radio, KKJJ-FM, PO Box 100111, Pasadena, CA 91189-0111
4642644 CBS Radio, Attn Bankruptcy Desk/Managing Agent, KKJJ FM, PO Box 100111, Pasadena CA 91189-0111
4642645 +CCI Painting Inc, Attn Bankruptcy Desk/Managing Agent, 500 Harrington St, Sutie B, Corona CA 92880-7753
4296798 +CCSN Foundation & Development, 6375 West Charleston W3D, Las Vegas, NV 89146-1139
4642646 +CCSN Foundation Development, Attn Bankruptcy Desk/Managing Agent, 6375 West Charleston W3D, Las Vegas NV 89146-1139
4296799 +CE Customs, 2430 Mohave Trail, Golden Valley, AZ 86413-9551

4642649 CEMEX, Attn Bankruptcy Desk/Managing Agent, P O Box 73261, Chicago, IL 60673-3261
4642650 +CENT CDO 10 LIMITED, Attn Bankruptcy Desk/Managing Agent, Robin Stancil, 100 N Sepulveda Boulevard Suite 650, El Segundo, CA 90245-5645
4296832 +CF Dominicana Cigars, 1070 Manor Road, Staten Island, NY 10314-7015
4642666 +CF Dominicana Cigars, Attn Bankruptcy Desk/Managing Agent, 1070 Manor Road, Staten Island NY 10314-7015
5106688 +CHARLES K. MOSLEY, 28 COLLECTON RIVER DRIVE, HENDERSON, NV 89052-6646
4642713 +CIT Financial Services, Attn Bankruptcy Desk/Managing Agent, 111 Old Eagle School Rd, Wayne, PA 19087-1453
4642714 +CIT Financial USA Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 91448, Chicago IL 60693-1448
4297008 CIT Group / Commercial Services, PO Box 1036, Charlotte, NC 28201-1036
4297009 CIT Group/EF, File No 55603, Los Angeles, CA 90074-5603
4642715 +CIT Group/Sales Financing Inc, Attn Bankruptcy Desk/Managing Agent, Mrs Valeris, P O Box 24330, Oklahoma City OK 73124-0330
4297010 +CIT Group/Sales Financing, Inc, 715 S. Metropolitan Avenue, PO Box 24330, Oklahoma City, OK 73124-0330
4642716 CIT Technology Fin Serv Inc, Attn Bankruptcy Desk/Managing Agent, 23896 Network Place, Chicago IL 60673-1238
4297011 CIT Technology Fin Serv Inc., 23896 Network Place, Chicago, IL 60673-1238
4642717 CIT Technology Financing Services Inc, Attn Bankruptcy Desk/Managing Agent, 10201 Centurion Pkwy N, Ste 100, Jacksonville, FL 32256-4114
4746393 +CITRIX SYSTEMS INC., ATTN: LUIS GRULLON, 851 WEST CYPRESS CREEK ROAD, FORT LAUDERDALE, FL 33309-2040
4297034 +CJM Financial, Inc., PO Box 724, Ankeny, IA 50021-0724
4642736 +CKN Partners Inc, Attn Bankruptcy Desk/Managing Agent, 9960 West Cheyenne Ave Suite 280, Las Vegas NV 89129-7706
4297071 +CLAS Information Services, 2020 Hurley Way, Suite 350, Sacramento, CA 95825-3214
4642758 +CLAS Information Services, Attn Bankruptcy Desk/Managing Agent, 2020 Hurley Way, Suite 350, Sacramento CA 95825-3214
4642759 CLASS, Attn Bankruptcy Desk/Managing Agent, UNLV, Box 451025, Las Vegas NV 89154-1025
5106897 +CLASS OF PLAINTIFF HOMEOWNERS, IN RE KITEC, FITTING LITIGATION, CLARK CO. NV CASE #A, C/O J. RANDALL JONES, ESQ., KEMP, JONES & COULTHARD, LLP, 3800 HOWARD HUGHES PARKWAY, 17TH FLOOR, LAS VEGAS, NV 89169-0910
4297072 CLASS!, UNLV, Box 451025, Las Vegas, NV 89154-1025
4297103 +CM Painting Inc., 10967 Lampione St., Las Vegas, NV 89141-3924
4297106 +CMA, 40 E.Verdug Ave, Burbank, CA 91502-1931
4297105 CMA Business Credit Services, PO Box 7740, Burbank, CA 91510-7740
4297104 +CMA Business Credit Services, 3110 W Cheyenne Ave, No. 100, N Las Vegas, NV 89032-2253
4642774 CMT Incorporation, Attn Bankruptcy Desk/Managing Agent, 1556 E Flamingo Rd 106, Las Vegas NV 89119
4297108 CNH Capital, DEPT CH 10460, Palatine, IL 60055-0460
4297107 CNH Capital America LLC, PO Box 894703, Los Angeles, CA 90189-4703
4642775 +CNH Capital America LLC, Attn Bankruptcy Desk/Managing Agent, 100 Brubaker Ave, New Holland, PA 17557-1661
4297120 COH Finance Department, P.O Box 95007, Henderson, NV 89009-5007
4297122 ++++COLDWELL BANKER, REFERRAL FEE, 398 PRIMROSE RD, BURLINGAME CA 94010-4005
(address filed with court: Coldwell Banker, Referral Fee, 400 Primrose Road, Burlingame, CA 94010)
4642781 ++++COLDWELL BANKER, ATTN BANKRUPTCY DESK/MANAGING AGENT, AMY LUI, 398 PRIMROSE RD, BURLINGAME CA 94010-4005
(address filed with court: Coldwell Banker, Attn Bankruptcy Desk/Managing Agent, Amy Lui, 400 Primrose Rd, Burlingame CA 94010)
4642791 +COM Data Inc, Attn Bankruptcy Desk/Managing Agent, 5301 N Manuel Dr, Las Vegas NV 89149-4614
5107308 COMMERCE ASSOCIATES, LLC, C/O JANET L. CHUBB, ESQ., JONES VARGAS, P.O. BOX 281, RENO, NV 89504-0281
4642806 COMP USA Inc, Attn Bankruptcy Desk/Managing Agent, 3535 W Sahara, P O Box 200670, Dallas TX 75320-0670
4297152 COMP USA, Inc., PO Box 200670, Dallas, TX 75320-0670
4831581 +CONEX INTERNATIONAL, NEIL KATZ, 548 BLUEBIRD CANYON DRIVE, LAGUNA BEACH, CA 92651-3307
4642821 +CONFLUENT 3 LIMITED, Attn Bankruptcy Desk/Managing Agent, Philip Yarrow, One Parkview Plaza, Oakbrook Terrace, IL 60181-4400
4297230 +CORT Clearance Center, 4855 W. Harmon Ave, Ste B, Las Vegas, NV 89103-5203
4642851 +CORT Clearance Center, Attn Bankruptcy Desk/Managing Agent, 4855 W Harmon Ave Ste B, Las Vegas NV 89103-5203
4297242 ++++COUNTRYWIDE HOME LOANS INC, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414
(address filed with court: Countrywide Home Loans Inc, 400 Countrywide Way No Sv-35, Simi Valley, CA 93065)
4642867 +CPI Refinishing, Attn Bankruptcy Desk/Managing Agent, 4075 Losee Road, N Las Vegas NV 89030-3301
4642879 +CREDIT SUISSE LOAN FUNDING LLC, Attn Bankruptcy Desk/Managing Agent, Tom Lynch, One Madison Avenue 9th Floor, New York NY 10010-3644
4642878 +CREDIT SUISSE LOAN FUNDING LLC, Attn Bankruptcy Desk/Managing Agent, Linda Pace, Eleven Madison Avenue, New York, NY 10010-3643
5104073 +CREDIT SUISSE, CAYMAN ISLANDS BRANCH, ATTN: BRYAN J. MATTHEWS - KYLE ELLIOTT, C/O VAN C. DURRER II & RAMON M. NAGUIAT, SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, 300 S. GRAND AVENUE, SUITE 3400, LOS ANGELES, CA 90071-3137
4642883 +CRWUA, Attn Bankruptcy Desk/Managing Agent, P O Box 1058, Coachella CA 92236-1058
4297303 +CS Alternative Capital Management, Eleven Madison Avenue, New York, NY 10010-3698

4642885 +CSAM FUNDING I, Attn Bankruptcy Desk/Managing Agent, Ramin Kamali, 11 Madison Avenue, New York NY 10010-3643
4642886 +CSC Diligenz, Attn Bankruptcy Desk/Managing Agent, Financial Federal Credit Inc, 17320 Redhill Avenue Ste 250, Irvine CA 92614-5669
4297304 +CSI Concrete, 4070 Ponderosa Way, Las Vegas, NV 89118-3013
4642887 +CSI Concrete, Attn Bankruptcy Desk/Managing Agent, 4070 Ponderosa Way, Las Vegas NV 89118-3013
4642888 +CSI Installations, Attn Bankruptcy Desk/Managing Agent, 6018 Linosa Court, Las Vegas NV 89141-3903
4297306 +CT3, Inc, 31805 Hwy 79 South No 789, Temecula, CA 92592-8200
4297307 +CTI, 248 Impassioned Court, Henderson, NV 89052-5670
4642890 +CTI, Attn Bankruptcy Desk/Managing Agent, 248 Impassioned Court, Henderson NV 89052-5670
4297977 ++++CURRENT HOMEOWNER, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414
(address filed with court: Current Homeowner, 400 Countrywide Way # Sv-35, Simi Valley, CA 93065)
4297573 ++++CURRENT HOMEOWNER, 1947 SUNDOWN CANYON DR, HENDERSON NV 89014-2273
(address filed with court: Current Homeowner, 1942 Sundown Canyon Dr, Henderson, NV 89014)
4298675 +CVEC, Inc., PO Box 3635, Chatsworth, CA 91313-3635
4642906 +CVL Consultants Inc, Attn Bankruptcy Desk/Managing Agent, Darrin Bench, 6280 South Valley View Ste200, Las Vegas NV 89118-3888
4298676 +CVL Consultants, Inc., 6280 South Valley View, Ste. 200, Las Vegas, NV 89118-3888
4298682 +CZ Trucking, 1488 E. Cienega Dr., Williams, AZ 86046-8905
4296648 +Caaldera, Rogelio, 3405 Navajo Way, Las Vegas, NV 89108-1043
4296649 +Caballero Hernandez, Esteban, 4204 El Parque Ave, Las Vegas, NV 89102-3782
4296650 +Caballero, Eduardo, 2850 E Cedar Ave No 257, Las Vegas, NV 89101-3882
4296651 +Cabinet West, 150 Cassia Way No 100, Henderson, NV 89014-6632
4642581 +Cabinet West, Attn Bankruptcy Desk/Managing Agent, 150 Cassia Way 100, Henderson NV 89014-6632
4642583 +Cabinets Closets Good, Attn Bankruptcy Desk/Managing Agent, Jonathan Pruneda, 5081 S Arville, Las Vegas NV 89118-1537
4642584 Cablevision of Arizona, Attn Bankruptcy Desk/Managing Agent, P O Box 1604, St Joseph 64502-1604
4296653 +Cabrera Cruz, Angel V, 5540 W. Harmon No 1032, Las Vegas, NV 89103-5125
4296654 Cabrera Lezama, Javier, 5061 Cambridge, Las Vegas, NV 89109
4296655 +Cabrera Moreno, Sergio, 6221 Yerba Ln, Las Vegas, NV 89108-2679
4296656 +Cabrera, Manuel, 2608 Vana Ave, North Las Vegas, NV 89030-5025
4296657 Cabrera-C, Roque R, 1321 Kar Lee No D, Las Vegas, NV 89146
4642585 +Caddo Investments Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 570217, Las Vegas NV 89157-0217
4296658 +Caddo Investments, Inc., PO Box 570217, Las Vegas, NV 89157-0217
4642586 Cadillac of Las Vegas NV W, Attn Bankruptcy Desk/Managing Agent, 5185 W Sahara Blvd, Las Vegas NV 89146-3403
4296659 Cadillac of Las Vegas W, 5185 W. Sahara Blvd., Las Vegas, NV 89146-3403
4296660 +Cae & Brad Swanger, 213 Via Mezza Luna Ct, Henderson, NV 89011-0876
4296661 +Cain, George, 1413 Peyton Stewart Court, N Las Vegas, NV 89086-1376
4642587 +Cal Vada Concrete LLC, Attn Bankruptcy Desk/Managing Agent, 656 Eastgate Road Sute A, Henderson NV 89011-2612
4642588 +Calavan s Pool Spa Service, Attn Bankruptcy Desk/Managing Agent, 5841 E Charleston Blvd Suite 104, Las Vegas NV 89142-1021
4296662 +Calavans Pool & Spa Service, 5841 E. Charleston Blvd Suite 104, Las Vegas, NV 89142-1021
4296663 +Calderon Rosas, Leonardo, 3825 N. Nellis Blvd No 100, Las Vegas, NV 89115-2732
4296664 +Calderon, Juan Carlos, 2978 Nova Scotia Dr. Riverside, CA 9250, Riverside, CA 92506-4142
4296665 +Caldwell, Matthew, 4998 Rappahanock, Las Vegas, NV 89122-7013
4296666 +Caleb & Kathy Letourneau, 9050 W Warm Springs Rd Unit 1159, Las Vegas, NV 89148-3831
4296669 Cali-Fame, 20934 South Santa Fe Ave., Carson , CA 90810-1131
4296667 +Caliendo, James, 3795 S Redwood St, Las Vegas, NV 89103-2026
4296668 +Caliente Ventures LLC, 1394 Olso Ln, San Jose, CA 95118-3441
4296670 California Bar Journal, 180 Howard St., San Francisco, CA 94105-1639
4642589 California Bar Journal, Attn Bankruptcy Desk/Managing Agent, 180 Howard St, San Francisco CA 94105-1639
4296671 +California Corporate Services, Business Division, 3308 El Camino Ave. No 300-609, Sacramento, CA 95821-6327
4642590 California D M V, Attn Bankruptcy Desk/Managing Agent, P O Box 942894, Sacremento CA 94294-0895
4296672 California DMV, PO Box 942894, Sacramento, CA 94294-0895
4642591 California Franchise Tax Board, Attn Bankruptcy Desk/Managing Agent, P O Box 942857, Sacramento CA 94257-0631
4296673 +California Nevada Links, Inc, 3091 Amarillo St., Simi Valley, CA 93063-1703
4296676 +California-Nevada Links, 3091 Amarillo St., Sims Valley, CA 93063-1703
4296677 Callaway Golf, PO Box 9002, Carlsbad, CA 92018-9002
4296678 +Callville Bay Resort, HCR-30 Box 100, ATTN: Accounts Receivable, Las Vegas, NV 89124-9702
4642592 +Callville Bay Resort, Attn Bankruptcy Desk/Managing Agent, HCR 30 Box 100, ATTN Accounts Receivable, Las Vegas NV 89124-9702
4296679 +Caltrax Trucking, LLC, 12127 Mall Blvd. A-356, Victorville, CA 92392-7665
4296680 +Calvin Lee, 192 Fortress Course Ct, Las Vegas, NV 89148-2508
4296681 +Camacho, Jesus, 3414 Cox St., North Las Vegas, NV 89032-7716
4296682 +Camacho, Jose, 3305 Tabor Ave, N Las Vegas, NV 89030-7336
4296683 +Camanag Family, 3605 Magnolia Ave, Long Beach, CA 90806-1145
4296684 +Camarena -Alcantar, Arturo, 3512 Orvis St, N. Las Vegas, NV 89030-4630
4296685 +Camarena Diaz, Juan, 924 Macfar Ln, Las Vegas, NV 89101-1659

4296687 Camarena, Omero, 2100 Cadillac Ln, Las Vegas, NV 89106
4296686 +Camarena, Omero, 1661 Cadillac Ln, Las Vegas, NV 89106-2725
4296688 +Camarena, Raul, 2545 High Tree Street, No Las Vegas, NV 89030-5923
4296689 +Cameron & Evelyn Keene, 4619 El Camino Cabos Dr, Las Vegas, NV 89147-6055
4642593 +Cameron T Anicete, Attn Bankruptcy Desk/Managing Agent, 9295 Crosscourt Way, Elk Grove CA 95624-3919
4296691 +Camille Castronuovo, 276 Blackstone River Ave, Las Vegas, NV 89148-2702
4642594 +Camino Constructors LLC, Attn Bankruptcy Desk/Managing Agent, 5404 Tropical Toucan, Las Vegas NV 89130-1532
4642595 +Campbell Concrete Inc, Attn Bankruptcy Desk/Managing Agent, Dean / Ruben, 5201 S Polaris, Las Vegas NV 89118-1701
4296692 +Canac Kitchens, 4580 West Teco Avenue, Las Vegas, NV 89118-3936
4642596 +Canac Kitchens, Attn Bankruptcy Desk/Managing Agent, Randy Lucas, 4580 West Teco Avenue, Las Vegas NV 89118-3936
4642597 +Cananwill Inc, Attn Bankruptcy Desk/Managing Agent, 1000 N Milwaukee Ave 5th FL, Glenview IL 60025-2422
4296693 +Cananwill, Inc., 1000 N. Milwaukee Ave., 5th FL., Glenview, IL 60025-2422
4296694 +Candace Hamrick, 513 Alexander Ave, Las Vegas, NV 89106-2608
4296695 +Candace House, 3395 S Jones Blvd No 415, Las Vegas, NV 89146-6729
4642598 +Candance Hamrick, Attn Bankruptcy Desk/Managing Agent, 1037 Via Canale, Henderson NV 89011-0802
4296696 +Candlelighters for Childhood, Cancer of Southern Nevada, 3201 South Maryland Pkwy Ste 600, Las Vegas, NV 89109-2428
4642599 +Candlelighters for Childhood, Attn Bankruptcy Desk/Managing Agent, Cancer of Southern Nevada, 601 South Rancho Suite B11, Las Vegas NV 89106-4896
4296697 +Candlewood Capital Partners LLC, Eleven Madison Avenue, New York, NY 10010-3643
4296698 +Candy Goodman, 4718 Ashington St, Las Vegas, NV 89147-6070
4642600 +Cane Weiner, Attn Bankruptcy Desk/Managing Agent, 1941 Bishop Lane, Louisville KY 40218-1922
4642601 +Canepa Riedy Rubino, Attn Bankruptcy Desk/Managing Agent, 851 S Rampart Blvd, Suite 160, Las Vegas NV 89145-4885
4642602 +Cantera Doors L V Inc, Attn Bankruptcy Desk/Managing Agent, 6380 S Valley View Blvd, Suite 300, Las Vegas NV 89118-3912
4642604 +Canyon Springs High School, Attn Bankruptcy Desk/Managing Agent, Baseball, 350 East Alexander Road, N Las Vegas NV 89032-1203
4642605 +Canyon Springs Pools, Attn Bankruptcy Desk/Managing Agent, 3395 S Jones Blvd, Suite 126, Las Vegas NV 89146-6729
4642606 +Canyon State Enterprises LLC, Attn Bankruptcy Desk/Managing Agent, 4030 Stockton Hill Rd 15, Kingman AZ 86409-2452
4296699 +Canyon State Enterprises, LLC, 4030 Stockton Hill Rd. No 15, Kingman, AZ 86409-2452
4642607 +Canyon Tire Sales Inc, Attn Bankruptcy Desk/Managing Agent, 1240 Magnolia Avenue, Corona CA 92879-2027
4296700 +Canyon Tire Sales, Inc., 1240 Magnolia Avenue, Corona, CA 92879-2027
4296701 Canyon Trails Family Practice, PO Box 379001, Las Vegas, NV 89137-9001
4642608 Canyon Trails Family Practice, Attn Bankruptcy Desk/Managing Agent, P O Box 379001, Las Vegas NV 89137-9001
4296702 +Cao Family, 3626 Place De Louis, San Jose, CA 95148-4308
4642609 +Capital Cabinet Corp, Attn Bankruptcy Desk/Managing Agent, 3645 Lossee Road, North Las Vegas NV 89030-3324
4296703 +Capital Cabinet Corp., 3645 Lossee Road, North Las Vegas, NV 89030-3324
4296704 +Capital Source, 4445 Willard Ave 12th Floor, Chevy Chase, MD 20815-3692
4642610 +Capital Valley Consultin, Attn Bankruptcy Desk/Managing Agent, 7313 La Mona Ct, Las Vegas NV 89128-0541
4296705 +Capitol Corporate Services, PO Box 1831, Austin, TX 78767-1831
4642611 +Capitol Corporate Services, Attn Bankruptcy Desk/Managing Agent, P O Box 1831, Austin TX 78767-1831
4296706 +Capitol North American, 1780 South Mojave Road, Las Vegas, NV 89104-4596
4642612 +Capitol North American, Attn Bankruptcy Desk/Managing Agent, 1780 South Mojave Road, Las Vegas NV 89104-4596
4296707 +Capriottis Sandwich Shop, 4825 South Fort Apache, Las Vegas, NV 89147-7957
4642613 +Capriottis Sandwich Shop, Attn Bankruptcy Desk/Managing Agent, 4825 South Fort Apache, Las Vegas NV 89147-7957
4296708 +Capt Tubs Repair Service, Ronald D. Roberts, 2481 Daytona Avenue, Lake Havasu City, AZ 86403-6852
4642614 +Capt Tubs Repair Service, Attn Bankruptcy Desk/Managing Agent, Ronald D Roberts, 2481 Daytona Avenue, Lake Havasu City AZ 86403-6852
4296709 Cardinal Freight lines Inc, P.O Box 30370, Las Vegas, NV 89173-0370
4296711 Career Builders, LLC, 13047 Collection Center Drive, Chicago, IL 60693-0130
4296712 +Carefree Embroidery, 7662 E. Gray Rd. No 104, Scottsdale, AZ 85260-6910
4296713 +Carino Nelson, 255 Via Franciosa Drive, Henderson, NV 89011
4642616 +Carino Nelson, Attn Bankruptcy Desk/Managing Agent, 255 Via Franciosa Drive, Henderson NV 89011
4296714 +Carisa Restivo-Paulbick, 8350 Sterling Harbor Ct, Las Vegas, NV 89117-9149
4296715 +Carl Family, 6572 Kell Ln, Las Vegas, NV 89156-7016
4296716 +Carl Payne, 4673 Califa Dr, Las Vegas, NV 89122-1911
4296717 +Carla Stone, 75 Pangloss St, Henderson, NV 89002-0520
4296718 +Carletto Real Estate Vegas LLC, 30 E Neck Rd, Huntington, NY 11743-1513
4296720 +Carlito & Lolita Santos, 18819 Fagan Ave, Artesia, CA 90701-5803
4296721 +Carlo & Lisa Lamarca, 4589 El Camino Cabos Dr, Las Vegas, NV 89147-8107
4296722 +Carlos & Akemi Delosreyes, 98 Back Spin Ct, Las Vegas, NV 89148-5240

4296723 +Carlos & Helen Ceballos, 4772 Lone Mesa Dr, Las Vegas, NV 89147-7931
4296724 Carlos Caro-Acosta, 3568 Clearlake Ct, Las Vegas, NV 89115
4296725 +Carlos Carrillo, 1883 Fulstone Way Apt No 2, Las Vegas, NV 89115-6669
4642617 +Carlos Diaz, Attn Bankruptcy Desk/Managing Agent, 5916 Old Ridge Road, North Las Vegas NV 89031-1528
4642618 +Carlos Duno, Attn Bankruptcy Desk/Managing Agent, 210 Gentry Way, Reno NV 89502-4209
4296727 +Carlos Liera, 2700 Daley Street N, Las Vegas, NV 89030-5426
4642619 +Carlos Liera, Attn Bankruptcy Desk/Managing Agent, 2700 Daley Street N, Las Vegas NV 89030-5426
4296728 +Carlos Viera Beltran, 6008 Golden Sun Ct, Las Vegas, NV 89081-6676
4296729 +Carlyle, 520 Madison Avenue, New York, NY 10022-4319
4642621 +Carmel Hopkins, Attn Bankruptcy Desk/Managing Agent, 2611 Napa Drive, Las Vegas NV 89156-4957
4296730 +Carmela Ballon-Lecaros, 107 Honors Course Dr, Las Vegas, NV 89148-0001
4296731 +Carmelita & Wilfredo Maralit, 36143 Carriage Dr, Sterling Heights, MI 48310-4460
4296732 +Carmen Garner, 189 Currie Ave, Staten Island, NY 10306-3903
4296733 +Carmine & Lorraine Ferrera, 527 Via Ripagrande Ave, Henderson, NV 89011-0816
4296734 +Carol & Bruce Morgan, 7159 S Durango Dr Unit 202, Las Vegas, NV 89113-2035
4642622 +Carol A Friedland, Attn Bankruptcy Desk/Managing Agent, Carol, 10337 Junction Hill Drive, Las Vegas NV 89134-7445
4296736 +Carol Elliott, 913 Via Del Tramonto St, Henderson, NV 89011-0868
4296737 +Carol Grove, 1801 California St Ste 100, Denver, CO 80202-2678
4642623 +Carol Grove, Attn Bankruptcy Desk/Managing Agent, 1801 California St, 100, Denver CO 80202-2678
4296738 +Carol Jacques, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4296740 +Carol Schill, PO Box 2884, Rancho Cucamonga, CA 91729-2884
4296739 +Carol Schill, 10142 Northridge Dr, Alta Loma, CA 91737-3039
4296741 +Carolyn Garner, 208 Via Mezza Luna Ct, Henderson, NV 89011-0876
4296742 +Carolyn Goodale, 200 Wicked Wedge Way, Las Vegas, NV 89148-2691
4296743 +Carolyn Sames, 379 Falcons Fire Ave, Las Vegas, NV 89148-2745
4642625 +Carpenter Sellers Associates, Attn Bankruptcy Desk/Managing Agent, 1919 S Jones Suite C, Las Vegas NV 89146-1299
4296744 +Carpets N More, 3185 E Tropicana Avenue, Las Vegas, NV 89121-7327
4642626 +Carpets N More LLC, Attn Bankruptcy Desk/Managing Agent, John Adams, 3185 E Tropicana Avenue, Las Vegas NV 89121-7327
4296745 +Carpino Family, 212 Crooked Putter Dr, Las Vegas, NV 89148-5263
4296746 +Carpino Stone Applications, 1987 Whitney Mesa Dr., Henderson, NV 89014-2041
4642627 +Carpino Stone Applications, Attn Bankruptcy Desk/Managing Agent, Michael Carpino, 1987 Whitney Mesa Dr, Henderson NV 89014-2041
4296747 +Carpio Family, 9425 S Madison St, Burr Ridge, IL 60527-6850
4296748 +Carrie Cabos, 37 Laying Up Ct, Las Vegas, NV 89148-5257
4296749 +Carrington Family, 1610 E Saint Andrew Pl No B150, Santa Ana, CA 92705-4931
4642628 Carter Burgess, Attn Bankruptcy Desk/Managing Agent, Abdul Bhuiyan, PO Box 99350, Fort Worth TX 76199-0350
4296751 +Carter Oil Company, Inc., PO Box 2506, Flagstaff, AZ 86003-2506
4296752 Carter-Burgess, PO Box 99350, Fort Worth, TX 76199-0350
4296753 +Cartier Family, 1020 Viale Placenza Pl, Henderson, NV 89011-0843
4296754 +Cartwright Family, 4583 El Camino Cabos Dr, Las Vegas, NV 89147-8107
4296755 +Carver Family, 301 Lakewood Garden Dr, Las Vegas, NV 89148-2736
4642629 +Case by Case Ltd, Attn Bankruptcy Desk/Managing Agent, 3230 Polaris Avenue, Unit 27, Las Vegas NV 89102-8324
4296756 +Case by Case, Ltd., 3230 Polaris Avenue, Unit 27, Las Vegas, NV 89102-8324
4296758 +Cash Transportation, LLC, PO Box 512, Pine, AZ 85544-0512
4296759 Cashman Equipment Company, File No 56751, Los Angeles, CA 90074-6751
4642630 Cashman Equipment Company, Attn Bankruptcy Desk/Managing Agent, File 56751, Los Angeles CA 90074-6751
4296760 +Casimiro vs. Rdd, Robert Maddox, Esq., 3811 W. Charleston Blvd., Ste 110, Las Vegas, NV 89102-1860
4296761 +Casino Ready Mix Inc., 5355 N. Beesley Dr, Las Vegas, NV 89115-1710
4296762 +Cassel Family, 33 Arcadian Shores St, Las Vegas, NV 89148-2754
4296763 +Cassidy & Associates, 700 Thirteenth Street N.W., Suite 400, Washington, DC 20005-5917
4642633 +Cassidy Associates, Attn Bankruptcy Desk/Managing Agent, 700 Thirteenth Street N W, Suite 400, Washington DC 20005-5917
4296764 +Cassidy, Joseph, 546 Heswall Court, Henderson, NV 89014-3881
4642634 +Castel, Attn Bankruptcy Desk/Managing Agent, c/o Donghia Textiles, 101 Henry Adams St 144, San Francisco CA 94103-5213
4296765 +Castellanos Flores, Luis A., 4961 Apollostar Apt 3, Las Vegas, NV 89115-5524
4296766 +Castellanos, Gerardo, 2008 E. Sunrise Ave No 1, Las Vegas, NV 89101-4480
4296767 +Castellanos, Juan, 2920 Bassler St, N Las Vegas, NV 89030-5233
4296768 +Castellanos-Jimenez, Juan, 3301 Civic Center Dr. No 2 H, N Las Vegas, NV 89030-8141
4296769 +Castellon, Julian, 3236 Mary Dee Ave, N Las Vegas, NV 89030-8202
4296770 +Castenanos-Marin, Luciano, 3224 Marydee Ave Apt A, N Las Vegas, NV 89030-8199
4296771 +Castile, Everett L., 8250 N. Grand Canyon Drive No 1022, Las Vegas, NV 89166-3726
4296772 +Castillo, Erick, 3004 Black Forest, Las Vegas, NV 89102-0607
4296773 +Castrejon Alvarez, Sergio, 2850 E. Bonanza No 8, Las Vegas, NV 89101-3600
4296774 +Castro Benitez, Julio C, 2101 Sandy Lane No 86, Las Vegas, NV 89115-5240
4296775 +Castro Inocence, Ruben, 3301 Civic Center, N Las Vegas, NV 89030-4513
4296776 +Castro, Adolfo, 2011 Thunder Storm Ave, North Las Vegas, NV 89032-4873
4296777 Castro, Carlos F, 2021 Sandy Lake No 8, Las Vegas, NV 89115
4296778 Castro, Eden, 2453 Ellis St, Las Vegas, NV 89030

4296779 +Castro, Francisco, 4775 Topaz St., Las Vegas, NV 89121-5516
4296781 +Castro-Padilla, Franky, 2635 Wyandotte No 22, Las Vegas, NV 89102-6433
4296782 Castro-Urias, Basilio, 1401 N. Lamb AptNo 229, Las Vegas, NV 89110
4296780 +Castronovo, Aurelien, 63 Cascade Poke St, Las Vegas, NV 89148-2790
4296783 Castulo Lopez, Jose F, 9815 Martin Luther King, Las Vegas, NV 89106
4296784 Castulo Lopez, Juan, 9815 Martin Luther King, No. 106, Las Vegas, NV 89106
4296785 Castulo Lopez, Pedro, 985 Martin Luther King No 106, Las Vegas, NV 89106
4296786 Castulo-Lopez, Jesus, 985 Martin Luther King, Las Vegas, NV 89106
4296787 Cat AccessAccount, PO Box 905229, Charlotte, NC 28290-5229
4642635 Cat Note 1, Attn Bankruptcy Desk/Managing Agent, PO Box 340001, Nashville, TN 37203-0001
4296788 +Catalano Family, 359 Falcons Fire Ave, Las Vegas, NV 89148-2745
4296789 Caterpillar Financial Services, PO Box 100647, Pasadena, CA 91189-0647
4642637 Caterpillar Financial Services, Attn Bankruptcy Desk/Managing Agent, P O Box 100647, Pasadena CA 91189-0647
4642638 +Caterpillar Financial Services Corp, Attn Bankruptcy Desk/Managing Agent, 2120 W End Ave, Nashville, TN 37203-5341
4642639 +Catherine Nocerino, Attn Bankruptcy Desk/Managing Agent, 726 Tossa De Mar, Henderson NV 89002-6600
4296791 +Cathy D. Martinez, 8301 Fulton Ranch St, Las Vegas, NV 89131-2039
4642640 +Cathy Ott, Attn Bankruptcy Desk/Managing Agent, 3865 Zuni, Kingman AZ 86401-7354
4296793 +Cayetano & Jovy Pangan, 250 Fairway Woods Dr, Las Vegas, NV 89148-5203
4642647 Cedar Roofing Company In, Attn Bankruptcy Desk/Managing Agent, BYRON, 3645 W Oquendo Suite 200, Las Vegas NV 89118-3145
4296800 +Cedar Roofing Company In, 3645 W. Oquendo, Suite No 200, Las Vegas, Nv 89118-3144
4642648 +Cedco Inc, Attn Bankruptcy Desk/Managing Agent, Greg, 7210 Placid Street, Las Vegas NV 89119-4228
4296802 +Cedeno, David, 2522 Ellis St No 4, N Las Vegas, NV 89030-6065
4296803 Cederburg, Dan, 23672 Orange Ave Paris, CA 92570, Paris, CA 92570
4296804 +Celestino & Edith Cease, 3241 Brandon St, Pasadena, CA 91107-3800
4296805 +Celia & Dante Arizabal, 324 Harpers Ferry Ave, Las Vegas, NV 89148-2783
4296806 +Celso & Fielani Bumagat, 204 Via Luna Rosa Ct, Henderson, NV 89011-0875
4296807 Cemex, PO Box 73261, Chicago, IL 60673-3261
4296808 +Centennial High School, 10200 Centennial Parkway, Las Vegas, NV 89149-1257
4642651 +Centennial High School, Attn Bankruptcy Desk/Managing Agent, 10200 Centennial Parkway, Las Vegas NV 89149-1257
4296809 +Centeno Family, 6345 Lenaking Ave, Las Vegas, NV 89122-7583
4296810 Center Emergency Physicians, PO Box 13909, Philadelphia, PA 19101-3909
4642652 Center Emergency Physicians, Attn Bankruptcy Desk/Managing Agent, P O Box 13909, Philadelphia PA 19101-3909
4296811 +Center Green LLC, 7321 Sibley Ave, Las Vegas, NV 89131-3225
4642653 Center for Natural Lands, Attn Bankruptcy Desk/Managing Agent, Management, 425 E Alvarado St Ste H, Fallbrook 92028-2960
4296812 Central Services & Records Division, 555 Wright Way, Carson City, NV 89711-0725
4642654 +Central Valley Insulate, Attn Bankruptcy Desk/Managing Agent, LLOYD Dominguez, 3588 South Valley View Blvd, Las Vegas NV 89103-1899
4642655 +Centurion Security Syste, Attn Bankruptcy Desk/Managing Agent, STEVE, 917 S 1st Street, Las Vegas NV 89101-6414
4296815 +Century 21, Barbara Ricca Realty, PO Box 3368, Kingman, AZ 86402-3368
4642656 +Century 21 Advantage Gold, Attn Bankruptcy Desk/Managing Agent, 2625 No Green Valley Pkwy 150, Las Vegas NV NV 89014-0253
4642657 +Century 21 Amber Realty, Attn Bankruptcy Desk/Managing Agent, Andre Zepeda, 23705 Crenshaw Blvd 100, Torrance CA 90505-5277
4296814 Century 21 Moneyworld, 9230 S. East Ave., Las Vegas, NV 89123
4642658 Century 21 Moneyworld, Attn Bankruptcy Desk/Managing Agent, 8010 W Sahara Ave Ste 220, 9230 S East Ave, Las Vegas NV 89123
4296816 Century Cast Product Inc, PO Box 2933, Pomona, CA 91769-2933
4642659 Century Cast Product Inc, Attn Bankruptcy Desk/Managing Agent, GEOFF BRUNER, P O Box 2933, Pomona CA 91769-2933
4642660 +Century Realty Investments, Attn Bankruptcy Desk/Managing Agent, 10161 Bolsa Ave Suite A 207, Westminster CA 92683-6774
4296818 +Cera Perez, Noel, 3649 Cecile St No E 7, Las Vegas, NV 89115-3126
4296819 +Ceridian, PO Box 10989, Newark, NJ 07193-0989
4642661 +Ceridian, Attn Bankruptcy Desk/Managing Agent, P O Box 10989, Newark NJ 07193-0989
4296820 Ceriterno, Juan, 315 Twing St, North Las Vegas, NV 89030
4296821 +Cerriteno, Candelario, 2182 N. Pecos Rd No 101, Las Vegas, NV 89115-0656
4296823 +CertiFresh Cigar, 4268 Twin Oak Lane, Robbinsdale, MN 55422-1337
4642662 +Certified Engineering Sys Inc, Attn Bankruptcy Desk/Managing Agent, 2949 S Main Street, Salt Lake City UT 84115-3515
4642663 Certified Flooring Inspections, Attn Bankruptcy Desk/Managing Agent, 5130 E Charleston 5 5, Las Vegas NV 89142
4296822 +Certified Folder Display, 1120 Joshua Way, Vista, CA 92081-7894
4642664 +Certified Legal Videography, Attn Bankruptcy Desk/Managing Agent, Becky Ulrey, 3555 Meridale Drive Suite 2144, Las Vegas NV 89147-3741
4296824 +Cervero, Nicole, 8555 West Russell Road, Las Vegas, NV 89113-1812
4296825 +Cesar & Lilia Bregaudit, 22163 Wind Flower Pl, Santa Clarita, CA 91390-5776
4296826 +Cesar & Nelia Picazo, 321 Tayman Park Ave, Las Vegas, NV 89148-2846
4296827 +Cesar Lee, 8620 Remick Ave, Sun Valley, CA 91352-2933
4296828 +Cesar Macias-Castellanos, 268 Steelhead Ln No 203, Las Vegas, NV 89110-0132
4296829 +Cesar Martinez, 2201 Sun Ave No A, N Las Vegas, NV 89030-8158

4642665 +Cesar So Bregaudlt, Attn Bankruptcy Desk/Managing Agent, 22163 Wind Flower Place, Santa Clarita CA 91390-5776
4296830 +Cesar So. Bregaudlt, 22163 Wind Flower Place, Santa Clarita, CA 91390-5776
4296831 +Cezar & Alma Cuison, 4314 Cambria St, Fremont, CA 94538-1204
4296833 +Chacon, Heliodoro, 3886 E. Las Vegas Blvd, Las Vegas, NV 89109
4296834 +Chacon, Jose Douglas, 4123 Silver Dollar Apt I, Las Vegas, NV 89102-7467
4296835 +Chad & Angela Ohira, 9734 Waukegan Ave, Las Vegas, NV 89148-5745
4296836 +Chad & Kristen Mason, 274 Via Franciosa Dr, Henderson, NV 89011-0852
4296837 Chad Howie vs. Danny Packer, Eric Dobberstein, Esq., 1391 Galleria Drive, Ste 201, Henderson, NV 89014
4642667 +Chad Ohira, Attn Bankruptcy Desk/Managing Agent, 1302 Echo Wind Avenue, Henderson NV 89052-3005
4296838 +Chairez-Nunez, Sergio, 2293 Miner Way, Las Vegas, NV 89104-5221
4642668 +Challenge T P, Attn Bankruptcy Desk/Managing Agent, 1421 South Commerce, Las Vegas NV 89102-2701
4296840 +Chan Family, 1 Forest Gate Cir, Oak Brook, IL 60523-2129
4296841 +Chan, Raymond B, 636 Via Linda Ct., Las Vegas, NV 89144-1501
4296842 +Chance Ojeda, 1220 Olivia Pkwy, Henderson, NV 89011-0833
4642670 +Chances For Children, Attn Bankruptcy Desk/Managing Agent, Attn Timothy Bolen, 4040 East San Gabriel, Phoenix AZ 85044-1328
4296843 +Chang & Shaoing Chang, 258 Crooked Putter Dr, Las Vegas, NV 89148-5265
4296844 +Chang Yu, 7147 S Durango Dr Unit 309, Las Vegas, NV 89113-2029
4296845 +Chang, Leonardo, 2621 Amarillo St, Las Vegas, NV 89102-0602
4296847 +Chapin, Joseph, 317 Lakehurst Rd., Las Vegas, NV 89145-5230
4296848 +Charito & Fe Biala, 476 Loch Lomond Ct, Milpitas, CA 95035-3909
4296850 +Charkita McGhee, 7209 Buglehorn St, Las Vegas, NV 89131-8260
4296851 +Charlene Tibbs, 212 Via Luna Rosa Ct, Henderson, NV 89011-0875
4296852 +Charles & Clara Nagy, 7505 Devon Lane, Chesterland, OH 44026-2909
4296853 +Charles & Doreen McKee, 7410 Arborcrest Ave, Las Vegas, NV 89131-3364
4296854 +Charles & Janice Prather, 84 Arcadian Shores St, Las Vegas, NV 89148-2755
4296856 +Charles & Joann Robbins, 7637 Falconwing Ave, Las Vegas, NV 89131-8221
4296857 +Charles & Joy Osborn, 448 Punto Vallata Dr, Henderson, NV 89011-0821
4296858 +Charles & Linda Corrente, 32 Rancho Maria St, Las Vegas, NV 89148-2749
4296859 +Charles & Nadine McDowell, 418 Arthur St, Gary, IN 46404-1122
4296860 +Charles & Nicki Zarganis, 916 Evergreen Way, Millbrae, CA 94030-1519
4296861 +Charles & Ruthy Stull, 9570 Verneda Ct, Las Vegas, NV 89147-8207
4296862 +Charles Blen, 242 Rolling Springs Dr, Las Vegas, NV 89148-4409
4642671 +Charles Blen, Attn Bankruptcy Desk/Managing Agent, 242 Rolling Springs Dr, Las Vegas NV 89148-4409
4642672 +Charles Clara Nagy, Attn Bankruptcy Desk/Managing Agent, 7505 Devon Lane, Chesterland OH 44026-2909
4642673 Charles E Jack Appraisal, Attn Bankruptcy Desk/Managing Agent, and Consulting Inc, 8324 Antler Ridge Avenue, Las Vegas NV 89149-4505
4642674 +Charles E Kelly and Associate, Attn Bankruptcy Desk/Managing Agent, The Kelly Law Building, 706 S Eighth Street, Las Vegas NV 89101-7007
4296863 +Charles E. Kelly and Associate, The Kelly Law Building, 706 S. Eighth Street, Las Vegas, NV 89101-7007
4296864 +Charles Hawkins, 7135 S Durango Dr Unit 204, Las Vegas, NV 89113-2075
4642676 +Charles Nadine McDowell, Attn Bankruptcy Desk/Managing Agent, 418 Arthur Street, Gary IN 46404-1122
4642677 +Charles Sakura, Attn Bankruptcy Desk/Managing Agent, 9416 Arcadia Woods Court, Las Vegas NV 89149-1619
4296866 +Charles Snyder, 7185 S Durango Dr, Unit 310, Las Vegas, NV 89113-2046
4296867 +Charles Taylor, 1055 Via Saint Lucia Pl, Henderson, NV 89011-0872
4296868 +Charles Vonurff, 1011 Via Calderia Pl, Henderson, NV 89011-0806
4296869 +Charley, Benison, PO Box 666, Crownpoint, NM 87313-0666
4296871 +Charmaine Cenera, 6637 Sea Swallow St, North Las Vegas, NV 89084-3106
4296872 +Charter Furniture, 9401 Whitmore Street, El Monte, CA 91731-2821
4642678 +Charter Furniture, Attn Bankruptcy Desk/Managing Agent, Natasha, 9401 Whitmore Street, El Monte CA 91731-2821
4296873 +Chase, Travis S, 1850 Janet lane, Pahrump, NV 89060-3272
4296874 +Chau Nguyen, 506 First On Dr, Las Vegas, NV 89148-5247
4296875 Chavarria, Jose, 204 Silver Dollar, Las Vegas, NV 89102
4296876 +Chavez Construction Clean Up, 2160 W. Charleston, Suite M, Las Vegas, NV 89102-2243
4642679 +Chavez Construction Clean Up, Attn Bankruptcy Desk/Managing Agent, David, 2160 W Charleston Suite M, Las Vegas NV 89102-2243
4296877 +Chavez Flores, Antelma, 18 N 27th St. No A, Las Vegas, NV 89101-4615
4296878 Chavez Ramirez, Santos, 1920 Cindy Sue No D, Las Vegas, NV 89106
4296879 +Chavez Ramos, Jesus, 2301 Ellis St No 3, North Las Vegas, NV 89030-6076
4296880 Chavez Wences, Sandra, 217 Flower No D, Las Vegas, NV 89101
4296881 +Chavez, Alejandro, 1761 No Nellis No 11, Las Vegas, NV 89115-6610
4296882 +Chavez, Antonio, 1761 N. Nellis No 11, Las Vegas, NV 89115-6610
4296883 +Chavez, Eleasar, 2445 San Felipe St, Las Vegas, NV 89115-4249
4296884 +Chavez, Esmeralda, 1000 Reynolds Ave, N Las Vegas, NV 89030-7070
4296885 +Chavez, Gerardo, 4608 Fireside Ln., Las Vegas, NV 89110-5411
4296886 +Chavez, Jorge, 5521 Morendo, Las Vegas, NV 89107-1607
4296887 +Chavez, Jose L., 1364 Falling Leaf Ln, Las Vegas, NV 89142-1127
4296888 +Chavez, Jose Rosas, 4362 E. Lake Mead Blvd spNo 42, Las Vegas, NV 89115-6541
4296889 +Chavez, Juan Carlos, 2022 Crawford St, Apt No 2, N Las Vegas, NV 89030-0144
4296890 +Chavez, Mark Edward, 1501 Sullivan, Farmington, NM 87401-7370

4296891 Chavez, Maurilio T, 233 E. New York No D, Las Vegas, NV 89102
4296892 +Chavez, Ryan C, 9612 Sweetsage Ave, Las Vegas, NV 89129-6915
4296893 +Chavez-Alvarado, Maria M., 2895 E. Charleston No 2120, Las Vegas, NV 89104-6636
4296894 +Chavez-Baltazar, Ricardo, 1334 N Jones Blvd, Las Vegas, NV 89108-1612
4296895 +Chavez-Macias, Jacinto, 3432 Aristos Ave, Las Vegas, NV 89030-5170
4296896 +Chavez-Mejia, Jose, 5330 E. Charleston No 41, Las Vegas, NV 89142-1060
4296897 +Chavez-Monroy, Aaron, 3216 Osage Ave, Las Vegas, NV 89101-1838
4296898 +Chavira, Stacey, 6362 Isabel Cove, Las Vegas, NV 89139-6267
4296899 +Chawla Associates, PO Box 26931, Las Vegas, NV 89126-0931
4642680 +Chawla Associates, Attn Bankruptcy Desk/Managing Agent, P O Box 26931, Las Vegas NV 89126-0931
4296900 +Cheatham, Christopher Henry, 2200 S. Fort Apache No 1137, Las Vegas, NV 89117-5710
4296901 +Chee, Robinson, 6110 N. Hwy 89, Lot No 18 Flagstaff, AZ, Flagstaff, AZ 86004-2700
4642681 +Cheep Cheep Movers, Attn Bankruptcy Desk/Managing Agent, 1650 Helm Drive, Suite 700, Las Vegas NV 89119-3815
4296902 +Cheep-Cheep Movers, 1650 Helm Drive, Ste 700, Las Vegas, NV 89119-3815
4642682 +Chefs for Kids Inc, Attn Bankruptcy Desk/Managing Agent, 1208 Emerywood Court D, Las Vegas NV 89117-9057
4296903 +Chefs for Kids, Inc, 1208 Emerywood Court No D, Las Vegas, NV 89117-9057
4296904 +Chelsea Fowl, 1032 Viale Placenza Pl, Henderson, NV 89011-0844
4642683 +Chem Aqua, Attn Bankruptcy Desk/Managing Agent, 3330 Sunrise Avenue, Suite 107, Las Vegas NV 89101-4829
4642684 +ChemDry Las Vegas, Attn Bankruptcy Desk/Managing Agent, dba Madison s Cleaning Co INC, 3772 E Flamingo Road, Las Vegas NV 89121-4921
4296905 +Cheney, Jessica, 2558 Williamsburg St, Henderson, NV 89052-4932
4296906 +Cheng Family, 20932 E Walnut Canyon Rd, Walnut, CA 91789-5003
4296907 +Cheree Cantu, PO Box 3293 Flagstaff, AZ 86003, Flagstaff, AZ 86003-3293
4296909 +Cherine Cope, 10476 Fancy Fern Street, Las Vegas, NV 89183-5221
4642685 +Cherine Cope, Attn Bankruptcy Desk/Managing Agent, 10476 Fancy Fern Street, Las Vegas NV 89183-5221
4296908 +Cherine Cope, 1041 Via Saint Lucia Pl, Henderson, NV 89011-0872
4296910 +Cherise Tsujioka, 7167 S Durango Dr Unit 214, Las Vegas, NV 89113-2042
4296911 +Cherlene Abendroth, 645 Lake Rd, Glen Ellyn, IL 60137-4249
4642686 +Cherry Tree Design, Attn Bankruptcy Desk/Managing Agent, 320 Pronghorn Trail, Bozeman MT 59718-6019
4296913 +Cheryl Bernard, PO Box 336371, N Las Vegas, NV 89033-6371
4296914 +Cheryl Mowry, 480 Via Stretto Ave, Henderson, NV 89011-0838
4296915 +Cheryl Turek, 9050 W Warm Springs Rd Unit 2085, Las Vegas, NV 89148-3835
4296916 +Cheryl Zinter, 1025 Via Latina St, Henderson, NV 89011-0815
4296917 +Chesley, Dennis E., 931 Anchor Dr, Henderson, NV 89015-5645
4296918 Chesley, Joshua C, 1149 Tuscolana, Las Vegas, NV 89141
4296919 +Chesley, Margie V, 931 Anchor Dr, Henderson, NV 89015-5645
4296920 +Chesley, Matthew G, 375 W. 600 N., St. George, UT 84770-2755
4296921 +Chestnutt, Gerald, 11078 Zarod Road, Las Vegas, NV 89135-7850
4296922 Chevron and Texaco, Card Services, PO Box 2001, Concord, CA 94529-0001
4642687 Chevron and Texaco, Attn Bankruptcy Desk/Managing Agent, Card Services, PO BOX 2001, Concord CA 94529-0001
4296923 +Cheyenne Auto Parts Inc, 4675 C So. Polaris Ave, Las Vegas, NV 89103-5642
4642688 +Cheyenne Plumbing, Attn Bankruptcy Desk/Managing Agent, Bill Remley, 3275 Ali Baba, Las Vegas NV 89118-1774
4296925 Chia-Sanchez, Federico, 5413 N. Lamb Blvd Space No 32, Las Vegas, NV 89110
4296926 +Chia-wei Liu, 7127 S Durango Dr Unit 303, Las Vegas, NV 89113-2068
4296924 +Chiao Family, 10561 Tank House Dr, Stockton, CA 95209-4339
4642689 +Chicago Title Acc t Servicing, Attn Bankruptcy Desk/Managing Agent, 1975 Highway 95, Bullhead City AZ 86442-6747
4296927 +Chicago Title Acct Servicing, 1975 Highway 95, Bullhead City, AZ 86442-6747
4296928 +Chicago Title Agency of Nevada, 3993 Howard Hughes Pkwy No 120, Las Vegas, NV 89169-6703
4642690 +Chicago Title Agency of Nevada, Attn Bankruptcy Desk/Managing Agent, 3993 Howard Hughes Pkwy 120, Las Vegas NV 89169-6703
4642691 +Chicago Title Co, Attn Bankruptcy Desk/Managing Agent, 621 Riverside Drive, Parker AZ 85344-5100
4642692 +Chicago Title Co, Attn Bankruptcy Desk/Managing Agent, 9500 West Flamingo Rd, Suite 140, Las Vegas NV 89147-5720
4296929 +Chicago Title Co., 621 Riverside Drive, Parker, AZ 85344-5100
4296930 +Chicago Title Co., 9500 West Flamingo Rd., Suite 140, Las Vegas, NV 89147-5720
4296931 +Chicago Title Company, 16969 Von Karman, Irvine, CA 92606-4939
4642693 +Chicago Title Company, Attn Bankruptcy Desk/Managing Agent, 16969 Von Karman, Irvine 92606-4939
4296933 +Chien Chiang, 1711 N Lincoln St, Stillwater, OK 74075-2760
4296934 +Ching Family, 519 Capuchino Dr, Millbrae, CA 94030-1140
4296935 +Chistiopher Kannaday, RMI Management, LLC, 630 Trade Center Drive, Suite 100, Las Vegas, NV 89119-3712
4296936 +Cho Family, 10221 Centrepark Dr Apt 431, Houston, TX 77043-1337
4642695 +Choate Well Services, Attn Bankruptcy Desk/Managing Agent, Water Surveys, PO Box 651, Pietown NM 87827-0651
4296937 +Choice One Graphics, 142 SE Airpark Dr., Bend, OR 97702-2491
4642696 +Choice One Graphics, Attn Bankruptcy Desk/Managing Agent, Karrie, 142 SE Airpark Dr, Bend OR 97702-2491
4296938 +Chol & Insook Kye, 512 First On Dr, Las Vegas, NV 89148-5247
4296939 +Chong & Suk Pak, 319 Falcons Fire Ave, Las Vegas, NV 89148-2744

4296940 +Choong & Soo Beh, 1238 S 57th St, Richmond, CA 94804-4811
4296942 +Chow Family, PO Box 1731, Burlingame, CA 94011-1731
4296943 +Chris & Christina Whatley, 948 Via Canale Dr, Henderson, NV 89011-0828
4296946 +Christensen, Dana, 8993 Crystal Lagoon Court, Las Vegas, NV 89147-6502
4296947 +Christian Carpentry, 5435 N Rainbow Blvd, Las Vegas, NV 89130-1623
4642697 +Christian Carpentry, Attn Bankruptcy Desk/Managing Agent, Chris Stoltzfus, 5435 N Rainbow Blvd, Las Vegas NV 89130-1623
4296948 +Christian Hope, 3113 Barbara Court, Hollywood, CA 90068-1732
4642698 +Christian Hughes Hope, Attn Bankruptcy Desk/Managing Agent, 3113 Barbara Court, Hollywood CA 90068-1732
4296949 +Christian Olsen, 195 Wicked Wedge Way, Las Vegas, NV 89148-2690
4296950 +Christian Pedersen, 169 Short Ruff Way, Las Vegas, NV 89148-5259
4296951 +Christina Antonucci, 9050 W Warm Springs Rd Unit 2053, Las Vegas, NV 89148-3848
4296953 +Christina Wiederholt, 542 Los Dolces St, Las Vegas, NV 89138-4559
4296954 +Christina Zila, 7107 S Durango Dr Unit 310, Las Vegas, NV 89113-2014
4296955 +Christine Kakavulias, 3658 Ambergate Ct, Las Vegas, NV 89147-6552
4642699 +Christine S Price, Attn Bankruptcy Desk/Managing Agent, 3319 Clifden Lane, Burbank CA 91504-1652
4296956 +Christine Tran, 9792 Valmeyer Ave, Las Vegas, NV 89148-5743
4642700 +Christine Wieser, Attn Bankruptcy Desk/Managing Agent, 4600 E Sunset 316, Henderson NV 89014-2202
4296958 +Christopher & Allison Moderson, 1802 Tiger Creek Ave, Henderson, NV 89012-6141
4296959 +Christopher & Billy Paris, 7131 S Durango Dr Unit 306, Las Vegas, NV 89113-2073
4296960 +Christopher & Cheryl Hill, 347 Center Green Dr, Las Vegas, NV 89148-5220
4296961 +Christopher & Jennifer Seaquist, 200 Via Luna Rosa Ct, Henderson, NV 89011-0875
4296962 +Christopher & Jill Stevers, 1188 Olivia Pkwy, Henderson, NV 89011-0801
4296963 +Christopher & Laurene Hallman, 320 Falcons Fire Ave, Las Vegas, NV 89148-2744
4296964 +Christopher & Marisa Scarpulla, 2553 Pyramid Pines Dr, Henderson, NV 89052-5602
4296965 +Christopher & Mary Aldeguer, 8333 Highland Ranch St, Las Vegas, NV 89131-5227
4296967 +Christopher & Suzanne Taddei, 3147 Crane Creek Pl, Eagan, MN 55121-2382
4642702 +Christopher Allison Moderson, Attn Bankruptcy Desk/Managing Agent, 1802 Tiger Creek Ave, Henderson NV 89012-6141
4296968 +Christopher Bennett, 7115 S Durango Dr Unit 113, Las Vegas, NV 89113-2054
4296969 +Christopher Erickson, 9704 Ziegler Ave, Las Vegas, NV 89148-5758
4296970 +Christopher Ford, 273 Broken Par Dr, Las Vegas, NV 89148-5209
4296971 +Christopher Fuchs, 154 Tall Ruff Dr, Las Vegas, NV 89148-5245
4642703 Christopher Hildreth, Attn Bankruptcy Desk/Managing Agent, 3725 Old Valley, Las Vegas NV 89149
4296972 Christopher Knowles, 60 Louise White House Habellvill, London Uk N-19 3, 00000
4296974 +Christopher Peitsch, 7151 S Durango Dr Unit 102, Las Vegas, NV 89113-2032
4296975 +Christopher Taddei, 3147 Crane Creek Pl, Eagan, MN 55121-2382
4296979 +Christopher Welch, 9050 W Tropicana Ave Unit 1177, Las Vegas, NV 89147-8192
4296981 +Christy McKinley, 1057 Via Prato Ln, Henderson, NV 89011-0600
4296982 +Chrome Craft, 5950 88th Street, Sacramento, CA 95828-1109
4642704 Chubb Group of Ins Co, Attn Bankruptcy Desk/Managing Agent, PO Box 7247 0180, Philadelphia PA 19170-0180
4296983 Chubb Group of Ins. Co., PO Box 7247-0180, Philadelphia, PA 19170-0180
4296984 +Chuck Green & Associates, Inc., PO Box 716, Lakeside, CA 92040-0716
4642705 +Chuck s Masonry, Attn Bankruptcy Desk/Managing Agent, 7385 Prairie Falcon Road 110, Las Vegas NV 89128-0814
4296985 +Chul-soo Jo, 1113 Doyle Pl, Mountain View, CA 94040-3240
4296986 +Chuma, Todd, 625 Whitney Ranch Dr, Las Vegas, NV 89014-2623
4296987 +Chungu Lu, 7167 S Durango Dr Unit 309, Las Vegas, NV 89113-2042
4296988 +Church Joshua and Stephanie, 1062 Via Saint Andrea Pl, Henderson, NV 89011-0840
4296989 Church Stephen, 405-912 Selkirk Ave, Victoria Bc Canada V9A2V1, 00000
4296991 +Churm Publishing Golf Group, 1451 Quail Street, Suite 201, Newport Beach, CA 92660-2741
4296992 +Chuys Crane Service, 110 North Huachuca Blvd., Huachuca City, AZ 85616-9308
4296993 +Chwen & Lai Guo, 3906 S Pinehurst Cir, Denver, CO 80235-3125
4296994 +Chwen & Lee Guo, 3906 S Pinehurst Cir, Denver, CO 80235-3125
4296995 +Ciciliano, Teresa, 1112 Nawkee Dr, N Las Vegas, NV 89031-1426
4296996 +Cifranic, April, 6224 Topweed Ave, Las Vegas, NV 89130-5607
4296997 +Cindy Gentry, 301 Main St Unit 7C, San Francisco, CA 94105-5035
4296998 +Cindy Gregory, 8789 Las Olivas Ave, Las Vegas, NV 89147-6040
4297001 Cingular Wireless, PO Box 79075, Phoenix, AZ 85062-9075
4642708 Cingular Wireless, Attn Bankruptcy Desk/Managing Agent, P O Box 79075, Phoenix AZ 85062-9075
4297000 Cingular Wireless, PO Box 54360, Los Angeles, CA 90054-0360
4642707 Cingular Wireless, Attn Bankruptcy Desk/Managing Agent, P O Box 54360, Los Angeles CA 90054-0360
4296999 Cingular Wireless CA, PO Box 60017, Los Angeles, CA 90060-0017
4642709 Cingular Wireless CA, Attn Bankruptcy Desk/Managing Agent, P O Box 60017, Los Angeles CA 90060-0017
4642711 +Cintas LOC F35, Attn Bankruptcy Desk/Managing Agent, 5432 W Missouri Ave, Glendale AZ 85301-6008
4642710 +Cintas LOC F35, Attn Bankruptcy Desk/Managing Agent, 1825 W Parkside Lane, Phoenix AZ 85027-1345
4297003 +Cintas LOC No F35, 5432 W. Missouri Ave, Glendale, AZ 85301-6008
4297002 +Cintas LOC No F35, 1825 W. Parkside Lane, Phoenix, AZ 85027-1345
4297004 +Ciprian, Ramiro, 2443 Sidney Spring St, Las Vegas, NV 89030-4705
4297005 Circle Software, 2773 Barnet Highway Suite 205, BC V3B 1C2, Coquitlam, Canada

4642712 Circle Software, Attn Bankruptcy Desk/Managing Agent, 2773 Barnet Highway Suite 205, BC V3B 1C2, Coquitlam Canada
4297006 +Cirilo & Rosanna Valdez, 218 Crooked Putter Dr, Las Vegas, NV 89148-5263
4297007 +Cisneros, Juan R., 1838 Harvard, North Las Vegas, NV 89030-6781
4297012 CitiCapital (SM), PO Box 6229, Carol Stream, IL 60197-6229
4642718 Citibank Texas N A, Attn Bankruptcy Desk/Managing Agent, Cust/Commercial Loan Operations, P O Box 8680, Bryan TX 77805-8680
4642719 Citicapital Commercial Corp, Attn Bankruptcy Desk/Managing Agent, PO Box 168647, Irving, TX 75016-8647
4642720 Citicorp Vendor Finance, Attn Bankruptcy Desk/Managing Agent, P O Box 41647, Philadelphia PA 19101-1647
4297013 +Citimortgage Inc, 1000 Technology Dr No Ms-314, O Fallon, MO 63368-2240
4642721 Citizens Utilities Rural Co, Attn Bankruptcy Desk/Managing Agent, 3 High Ridge Park, Stamford CT 06905-1390
4642722 +Citrix Systems Inc, Attn Bankruptcy Desk/Managing Agent, 6400 N W 6th Way, Ft Lauderdale 33309-6173
4297014 +Citrix Systems, Inc., 6400 N.W. 6th Way, Ft. Lauderdale, FL 33309-6173
4297015 +City Demolition Disposal, 1020 Schritter Way, Kingman, AZ 86401-5310
4642723 +City Demolition Disposal, Attn Bankruptcy Desk/Managing Agent, 1020 Schritter Way, Kingman AZ 86401-5310
4297016 City National Bank, PO Box 60938, Los Angeles, CA 90060-0938
4642724 City National Bank, Attn Bankruptcy Desk/Managing Agent, PO BOX 60938, Los Angeles CA 90060-0938
4642725 +City of Boulder City, Attn Bankruptcy Desk/Managing Agent, PO Box 61350, Boulder City NV 89006-1350
4297017 +City of Bullhead, Business License Division, 1255 Marina Blvd., Bullhead City, AZ 86442-5733
4297019 City of Flagstaff, Flagstaff City Hall, PO Box 22487, Flagstaff, AZ 86002-2487
4297018 City of Flagstaff TPT, PO Box 22518, Flagstaff, AZ 86002-2518
4297020 City of Henderson Dev. Service, 240 S. Water St, PO. Box 95050, Henderson, NV 89009-5050
4642726 City of Henderson Finance Dept, Attn Bankruptcy Desk/Managing Agent, Business License Division, P O Box 95007, Henderson NV 89009-5007
4297021 City of Henderson Utility Serv, PO Box 95011, Henderson, NV 89009-5011
4642727 City of Henderson Utility Serv, Attn Bankruptcy Desk/Managing Agent, P O Box 95011, Henderson NV 89009-5011
4297022 City of Henderson-Finance Dept, Business License Division, PO Box 95007, Henderson, NV 89009-5007
4297024 +City of Kingman, City Clerks Office, 310 N. 4th Street, Kingman, AZ 86401-5817
4297023 +City of Kingman, 412 Oak St., Kingman, AZ 86401-5841
4642728 +City of Kingman, Attn Bankruptcy Desk/Managing Agent, 412 Oak St, Kingman AZ 86401-5841
4642729 +City of Kingman AZ, Attn Bankruptcy Desk/Managing Agent, 310 North 4th Street, Kingman AZ 86401-5890
4297029 City of Las Vegas, Elkhorn Springs Imp Dist No 505, PO Box 52782, Phoenix, AZ 85072-2782
4297028 +City of Las Vegas, Department of Finance & Business, 400 Stewart Avenue, Las Vegas, NV 89101-2986
4297030 City of Las Vegas, PO Box 1900, Las Vegas, NV 89125
4642732 City of Las Vegas, Attn Bankruptcy Desk/Managing Agent, PO Box 1900, Las Vegas NV 89125
4642731 City of Las Vegas, Attn Bankruptcy Desk/Managing Agent, Elkhorn Springs Imp Dist 505, P O Box 52782, Phoenix AZ 85072-2782
4642730 +City of Las Vegas, Attn Bankruptcy Desk/Managing Agent, Department of Finance Business, 400 Stewart Avenue, Las Vegas NV 89101-2913
4297027 City of Las Vegas (parking), Parking Citations & Hearing Offic, PO Box 52731, Phoenix, AZ 85072-2731
4297025 City of Las Vegas - License, Dept. of Finance & Business Serv, PO Box 52799, Phoenix, AZ 850722799
4297026 City of Las Vegas - Sewer, Department of Finance & Business, PO Box 52794, Phoenix, AZ 85072-2794
4642733 City of Las Vegas NV Sewer, Attn Bankruptcy Desk/Managing Agent, Department of Finance Business, P O Box 52794, Phoenix AZ 85072-2794
4642734 City of Las Vegas parking, Attn Bankruptcy Desk/Managing Agent, Parking Citations Hearing Offic, P O Box 52731, Phoenix AZ 85072-2731
4297031 +City of Mesquite, Business Licensing, 10 E. Mesquite Blvd, Mesquite, NV 89027-4706
4297032 +City of North Las Vegas, Business License Division, 2200 Civic Center Drive, North Las Vegas, NV 89030-6313
4642735 +City of North Las Vegas, Attn Bankruptcy Desk/Managing Agent, 2200 Civic Center Drive, North Las Vegas NV 89030-6313
4297033 +City of Pahrump, 400 N. Highway 160, Pahrump, NV 89060-4013
4642737 +Claire Damon, Attn Bankruptcy Desk/Managing Agent, 9050 W Warm Springs 2170, Las Vegas NV 89148-3837
4297035 +Clancy, David A., 1829 Moser Dr, Henderson, NV 89011-4311
4297036 +Clancy, Laurie A., 1829 Moser Dr, Henderson, NV 89011-4311
4297037 +Clara Sbarra, 7189 S Durango Dr Unit 102, Las Vegas, NV 89113-2020
4297038 +Clarence Richwalski, or Current Homeowner, 309 Lakewood Garden Dr., Las Vegas, NV 89148-2741
4297039 +Clarence Richwalski, 309 Lakewood Garden Dr, Las Vegas, NV 89148-2741
4642738 +Claritas Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 533028, Atlanta GA 30353-3028
4297040 +Clark Co Air Quality & Environ, Management, 500 S. Grand Central Pkwy, Las Vegas, NV 89155-4502
4642739 +Clark Co Air Quality Environ, Attn Bankruptcy Desk/Managing Agent, Management, 500 S Grand Central Pkwy, Las Vegas NV 89155-4502

4297041 +Clark Co Bldg Dept, 500 S Grand Central Pkwy, PO Box 553530, Las Vegas, NV 89155-3530
4642740 +Clark Co Bldg Dept, Attn Bankruptcy Desk/Managing Agent, BRENDA, PO Box 553530, Las Vegas NV 89155-3530
4297042 Clark Co Treasurer, 500 S. Grand Central Pkwy, PO Box 551220, Las Vegas, NV 89155-1220
4642741 +Clark Co Water Reclamation, Attn Bankruptcy Desk/Managing Agent, P O Box 98523, Las Vegas NV 89193
4297043 +Clark Co. Water Reclamation, PO Box 98523, Las Vegas, NV 89193
4642742 +Clark County, Attn Bankruptcy Desk/Managing Agent, 500 S Grand Central Pkwy, Las Vegas NV 89155-4502
4297061 Clark County, Department of Business License, 500 S. Grand Central Pkwy, 3rd Fl, Las Vegas, NV 89115-1810
4642743 Clark County Assessor, Attn Bankruptcy Desk/Managing Agent, 500 S Grand Central Pkwy, Las Vegas NV 89155-1401
4297044 Clark County Assessor, 500 S Grand Central Pkwy., 2nd Fl, PO Box 551401, Las Vegas, NV 89155-1401
4297045 +Clark County Bar & Rest. Suppl, 1117 S. Commerce, Las Vegas, NV 89102-2585
4297046 +Clark County Building Dept., 4701 West Russell Rd, Las Vegas, NV 89118-2231
4297047 Clark County Business License, 500 S. Grand Central Pkwy-3FL, PO Box 551810, Las Vegas, NV 89155-1810
4297048 Clark County Business License, PO Box 98627, Las Vegas, NV 89193-8627
4642744 Clark County Business License, Attn Bankruptcy Desk/Managing Agent, 500 S Grand Central Pkwy 3rd Flr, PO Bos 551810, Las Vegas NV 89155-1810
4297049 +Clark County Clerk, 200 Lewis Ave., 3rd Floor, Las Vegas, NV 89101-6300
4642745 +Clark County Clerk, Attn Bankruptcy Desk/Managing Agent, 200 Lewis Ave, 3rd Floor, Las Vegas NV 89101-6300
4642746 +Clark County Clerks Offi, Attn Bankruptcy Desk/Managing Agent, 200 S Third Street, Las Vegas NV 89155-0001
4297050 Clark County Comprehensive, Planning 500 Grand Central Pkwy, PO Box 551744, Las Vegas, NV 89155-1744
4642747 Clark County Comprehensive, Attn Bankruptcy Desk/Managing Agent, Planning 500 Grand Central Pkwy, PO BOX 551744, Las Vegas NV 89155-1744
4642748 Clark County Department, Attn Bankruptcy Desk/Managing Agent, of Aviation, P O Box 11005, Las Vegas NV 89111-1005
4297051 +Clark County Fence, 3114 E Charleston, Las Vegas, NV 89104-2312
4642749 +Clark County Fence, Attn Bankruptcy Desk/Managing Agent, 3114 E Charleston, Las Vegas NV 89104-2312
4642750 +Clark County Fire Dept, Attn Bankruptcy Desk/Managing Agent, Accounts Payable, 575 East Flamingo Road, Las Vegas NV 89119-6950
4642751 Clark County GIS Mangement, Attn Bankruptcy Desk/Managing Agent, 500 S Grand Central Pkwy, 4016, Las Vegas NV 89106
4297052 +Clark County GIS Mangement, 500 S. Grand Central Pkwy, No 4016, Las Vegas, NV 89155-4502
4642752 +Clark County Planning, Attn Bankruptcy Desk/Managing Agent, 500 S Grand Central Pkwy, Las Vegas NV 89155-4502
4297053 +Clark County Public Work, 500 S. Grand Central Pkwy, PO Box 553530, Las Vegas, NV 89155-3530
4642753 +Clark County Public Work, Attn Bankruptcy Desk/Managing Agent, 500 S Grand Central Pkwy, PO Box 553530, Las Vegas NV 89155-3530
4297054 Clark County Reclamation Dist, P O Box 98526, Las Vegas, NV 89193-8526
4297055 Clark County Recorders, 500 South Grand Central Pkwy, PO Box 551510 2nd Floor, Las Vegas, Nv 89155-1510
4642754 Clark County Recorders, Attn Bankruptcy Desk/Managing Agent, 500 South Grand Central Pkwy, PO Box 551510 2nd Floor, Las Vegas NV 89155-1510
4297057 +Clark County Sanitation, 5857 East Flamingo, Las Vegas, NV 89122-5598
4642755 +Clark County Sanitation, Attn Bankruptcy Desk/Managing Agent, 5857 East Flamingo, Las Vegas NV 89122-5598
4297056 Clark County Sanitation Distr, P O Box 98526, Las Vegas, NV 89193-8526
4297058 +Clark County Services, 4678 S Valley View Blvd, Las Vegas, NV 89103-5519
4297060 +Clark County Treasurer, Dept of Air Quality & Env Mgmt, 500 S Grand Central Pkwy, Las Vegas, NV 89155-4502
4297059 Clark County Treasurer, 500 S. Grand Central Pky,1st Flr, PO Box 551220, Las Vegas, NV 89155-1220
4642756 Clark County Treasurer, Attn Bankruptcy Desk/Managing Agent, 500 S Grand Central Pky 1st Flr, P O Box 551220, Las Vegas NV 89155-1220
4642757 Clark County Treasurer, Attn Bankruptcy Desk/Managing Agent, 500 S Grand Central Pkwy, Box 551220, Las Vegas, NV 89155-1220
4297063 +Clark Diane Separate Property Tr, 372 Arbour Garden Ave, Las Vegas, NV 89148-2765
4297064 +Clark, Cameron J, 1901 Jones St, Las Vegas, NV 89108-3787
4297065 +Clark, Charles, 33080 Garner Road. No B, Lake Elsinore, CA 92530-1485
4297066 +Clark, Denis Brian, 5674 Desert Lake Dr., Ft Mohave, AZ 86426-9298
4297067 +Clark, Frank, 33080 Garner Road, Apt No D, Lake Elsinore, CA 92530-1485
4297068 +Clark, James Dale, 33080 Garner Rd. Apt. B, Lake Elsinore, CA 92530-1485
4297069 +Clark, Paul W., 995 Tepee Lane. Perris, CA 92570, Perris, CA 92570-1742
4297070 +Clark, Wayne, 3990 John L. Ave., Kingman, AZ 86409-2335
4642761 +Classic Body Shop West, Attn Bankruptcy Desk/Managing Agent, 5785 S Durango, Las Vegas NV 89113-1762
4642762 +Classic Catering, Attn Bankruptcy Desk/Managing Agent, Harold Mutz, 1236 Western, Las Vegas NV 89102-2534
4297074 +Classic Door & Trim Inc., 4625 Wynn Road, Building B Suite No 1, Las Vegas, Nv 89103-5326
4642763 Classic Door Trim Inc, Attn Bankruptcy Desk/Managing Agent, Robb Blenker, Building B Suite 1, Las Vegas NV 89103

4297075 +Classic Plumbing Inc, 3823 Losee Rd., N Las Vegas, NV 89030-3326
4642764 +Classic Plumbing Inc, Attn Bankruptcy Desk/Managing Agent, Tom, 3823 Losee Rd, N Las Vegas NV 89030-3326
4642765 +Classy Closet Etc, Attn Bankruptcy Desk/Managing Agent, 5030 W Oquendo Rd 100, Las Vegas NV 89118-2803
4297076 +Claude & Joann D'Souza, 624 Lynwood St, Thousand Oaks, CA 91360-2154
4297078 +Claudia Fundulea, 7173 S Durango Dr Unit 105, Las Vegas, NV 89113-2016
4297079 +Claudia Mueller, 7103 S Durango Dr Unit 311, Las Vegas, NV 89113-2007
4297080 +Claudio & Isabel Baratcart, 110 Broken Putter Way, Las Vegas, NV 89148-5256
4297081 +Clay, Bryan, 3751 S Nellis Blvd, Las Vegas, NV 89121-3121
4297082 +Clay, Kyle, 320 W. Country Club Dr, Henderson, NV 89015-7873
4297083 +Clayton Hurst, 9674 Ziegler Ave, Las Vegas, NV 89148-5757
4642766 +Clayton Rice, Attn Bankruptcy Desk/Managing Agent, 4291 San Alivia Court, Las Vegas NV 89141-6067
4642767 +Clean Water Pool Serv Repair, Attn Bankruptcy Desk/Managing Agent, 3430 Purdue Way, Las Vegas NV 89115-0418
4297084 Clear Channel Broadcasting Inc, File Number 91100, Los Angeles, CA 90074-1100
4642768 Clear Channel Broadcasting Inc, Attn Bankruptcy Desk/Managing Agent, File Number 91100, Los Angeles CA 90074-1100
4642769 +Clear Channel Outdoor, Attn Bankruptcy Desk/Managing Agent, 1211 W Bonanza Road, Las Vegas NV 89106-3548
4642770 +Clear Media Promotions Inc, Attn Bankruptcy Desk/Managing Agent, 17332 Irvine Blvd, Tustin CA 92780-3036
4297085 Clearinghouse, AtlasNo 000137662502-Randall Burris, PO Box 52107, Phoenix, AZ 85072-2107
4297086 Clearinghouse, AtlasNo 000973558400/N - Brant Dail, PO Box 52107, Phoenix, AZ 85072-2107
4297087 Clearinghouse, P O Box 52107, Phoenix, AZ 85072-2107
4297088 +Clemente Martin Santiago, 6500 W. Charleston, Las Vegas, NV 89146-9054
4297089 +Clements, Scott, 38245 Murrieta Hot Springs Rd., Apt.No K-101, Murrieta, CA 92563-8500
4297090 +Cleotilde Tulio, 7549 Hornblower Ave, Las Vegas, NV 89131-3396
4297091 Cleveland Golf, PO Box 7270, Newport Beach, CA 92658-7270
4297092 +Cliff Verville, 360 Golden Shore Dr, Las Vegas, NV 89123-2984
4297093 +Clifford & Carmenchita Tejada, 7123 S Durango Dr Unit 205, Las Vegas, NV 89113-2063
4297094 +Clifford & Elsie Hanson, 7103 S Durango Dr Unit 201, Las Vegas, NV 89113-2006
4297095 +Cline Reeves, 7220 Buglehorn St, Las Vegas, NV 89131-8260
4297097 +Clinton & Pamela House, 9682 Dieterich Ave, Las Vegas, NV 89148-5738
4297098 +Cloo, Robyn, 11598 Mawada Road Phelan, CA 92371, Phelan, CA 92371-7096
4297099 +Closet & Storage Concepts, 900 Warm Springs Rd, Suite 105, Henderson, NV 89011-4081
4642772 +Closet Storage Concepts, Attn Bankruptcy Desk/Managing Agent, 900 Warm Springs Rd, Suite 105, Henderson NV 89011-4081
4297100 +Club Forms, 100-C Bishop St., Winston-Salem, NC 27104-2855
4297102 +Clyde & Ozella Anderson, 4511 Don Ricardo Dr Apt 1, Los Angeles, CA 90008-2850
4297109 +Co Orlie Uraca, 387 Center Green Dr, Las Vegas, NV 89148-5220
4297110 +Co Pablo, 705 Bermuda Dr, San Mateo, CA 94403-1401
4642776 +Coast Appliance Parts Co, Attn Bankruptcy Desk/Managing Agent, 2606 Lee Avenue, So El Monte CA 91733-1412
4642777 +Coast West Plumbing Inc, Attn Bankruptcy Desk/Managing Agent, 2845 Synergy St Bldg 11, N Las Vegas NV 89030-4194
4642778 Coast Wholesale Florist Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 371445, Montara 94037-1445
4297111 +Coastal Apparel, Inc., 812 Jacobs ladder Pl., Las Vegas, NV 89138-7536
4297112 +Coastal Living, PO Box 62349, Tampa, FL 33662-2349
4642779 +Coastal Living, Attn Bankruptcy Desk/Managing Agent, P O Box 62349, Tampa FL 33662-2349
4297113 +Cobarruvias-Benitez, Emmanuel, 3140 Van Deer Meer, N Las Vegas, NV 89030-5138
4297114 +Cobian-R., Sergio, 1795 Castleberry Ave, Las Vegas, NV 89156-6869
4297115 +Cobuian Rodriguez, Juan J, 1795 Castleberry Ln, North Las Vegas, NV 89156-6869
4297116 +Cocolan, Miguel, 3337 Crawford St, N Las Vegas, NV 89030-4638
4297117 +Cocolan, Ricardo, 3337 Crawford St, N Las Vegas, NV 89030-4638
4297118 +Cody Hollis, 7131 S Durango Dr Unit 218, Las Vegas, NV 89113-2072
4297119 Cody Lee Canfield, 6079 Rancho Santa Fe Dr, Las Vegas, NV 89131
4642780 +Cohn Real Estate LLC, Attn Bankruptcy Desk/Managing Agent, Attn Ed Lubieniecki, 1801 Centry Park East Ste 2400, Los Angeles CA 90067-2326
4642782 +Coldwell Banker, Attn Bankruptcy Desk/Managing Agent, The Judd Group Inc, 321 S Lake Havasu Avenue, Lake Havasu City AZ 86403-9368
4297121 +Coldwell Banker Commercial, The Judd Group, Inc., 321 S. Lake Havasu Avenue, Lake Havasu City, AZ 86403-9368
4642783 +Coldwell Banker Commercial, Attn Bankruptcy Desk/Managing Agent, 321 S Lake Havasu Avenue, Lake Havasu City AZ 86403-9368
4297123 +Coleman, William E., 4550 E. Karen, Las Vegas, NV 89121-7625
4297125 Colin Acevedo, Cesar, 4723 E. Coronado, Las Vegas, NV 89104
4297126 +Colin Gharrity, 7119 S Durango Dr Unit 304, Las Vegas, NV 89113-2060
4297127 +Colin Seale, 4848 Califa Dr, Las Vegas, NV 89122-7576
4297128 +Colindres, Juan Carlos, 2895 E. Charleston Blvd, Las Vegas, NV 89104-6611
4297129 +Colleen & Geoffrey Zimmer, Hummell Real Estate, 116 Boyd Ave, Chittenango, NY 13037-1243
4642784 +Colleen Zimmer, Attn Bankruptcy Desk/Managing Agent, Hummell Real Estate, 116 Boyd Ave, Chittenango NY 13037-1243
4297130 +Collins Family, 9680 Waukegan Ave, Las Vegas, NV 89148-5744
4297131 +Collins, Peter Terrance, 526 Via Del Corallo Way, Henderson, NV 89011-0879
4297132 Colonial Flag, 6313 S. Pecos Rd No 2, Las Vegas, NV 89120
4642786 Colonial Flag, Attn Bankruptcy Desk/Managing Agent, Les Pendergraft, 6313 S Pecos Rd 2, Las Vegas NV 89120

4297133 Colonial Life & Accident Ins. Co., Processing Center, PO Box 903, Columbia, SC 29202-0903
4297134 Colonial Supplemental Insur, Processing Center, PO Box 1365, Columbia, SC 29202-1365
4642787 Colonial Supplemental Insur, Attn Bankruptcy Desk/Managing Agent, Processing Center, P O Box 1365, Columbia SC 29202-1365
4642788 +Color Connections, Attn Bankruptcy Desk/Managing Agent, 3880 Stockton Hill Rd, Ste 103 291, Kingman AZ 86409-0595
4297135 +Color Connections, 3880 Stockton Hill Rd., Ste. 103-291, Kingman, AZ 86409-0595
4297136 +Color Gamut Digital Imaging, 1889 E. Maule Ave Unit J, Las Vegas, NV 89119-4603
4642789 +Color Gamut Digital Imaging, Attn Bankruptcy Desk/Managing Agent, 1889 E Maule Ave Unit J, Las Vegas NV 89119-4603
4297137 +Color Glo International, 4616 W. Sahara Ave. No 384, Las Vegas, NV 89102-3654
4297138 +Colorado River Building, Industry Association, 2182 Mcullock Blvd. Suite 1, Lake Havasu, AZ 86403-6880
4642790 +Colours Inc, Attn Bankruptcy Desk/Managing Agent, 7373 Peak Drive, Suite 230, Las Vegas NV 89128-9012
4297158 +ComTech Communications Systems, 4330 W. Desert Inn, Suite E, Las Vegas, NV 89102-0410
4642813 +ComTech Communications Systems, Attn Bankruptcy Desk/Managing Agent, 4330 W Desert Inn, Suite E, Las Vegas NV 89102-0410
4642792 +Combined Services Inc, Attn Bankruptcy Desk/Managing Agent, 7555 Hicham Avenue, Las Vegas NV 89129-6007
4297140 +Combs, Kevin, 2086 Dipinto Ave, Henderson, NV 89052-6985
4297141 +Comfort Engineering Inc, 9175 W. Flamingo Rd., Las Vegas, Nv 89147-6894
4642793 +Comfort Engineering Inc, Attn Bankruptcy Desk/Managing Agent, John D Spargo, 9175 W Flamingo Rd, Las Vegas NV 89147-6894
4642794 +Command Center, Attn Bankruptcy Desk/Managing Agent, Kirk Welstad, 746 South Boulder Highway, Henderson NV 89015-7589
4297142 +Commerce Assoc, c/o Laughlin Assoc, Attn Tom Gonzales, 2533 N. Carson Street, Carson City, NV 89706-0242
4642795 +Commerce Associates LLC, Attn Bankruptcy Desk/Managing Agent, George Reinhardt, 4511 W Cheyenne Suite 801, N Las Vegas NV 89032-2482
4297143 +Commerce Associates, LLC, T & G Investments, 4511 W. Cheyenne, Suite 801, N. Las Vegas, NV 89032-2482
4297145 +Commercial Cabinet Company, 3015 E. Post Road, Las Vegas, NV 89120-5712
4642797 +Commercial Cabinet Company, Attn Bankruptcy Desk/Managing Agent, 3015 E Post Road, Las Vegas NV 89120-5712
4642798 +Commercial Federal Bank, Attn Bankruptcy Desk/Managing Agent, 601 S Rancho Drive, Suite D 30, Las Vegas NV 89106-4827
4642799 +Commercial Fitness, Attn Bankruptcy Desk/Managing Agent, 6280 S Pecos Suite 300, Las Vegas NV 89120-3227
4642800 +Commercial Hardware, Attn Bankruptcy Desk/Managing Agent, 3725 W Russell Rd, Las Vegas NV 89118-2309
4642801 +Commerical Lighting, Attn Bankruptcy Desk/Managing Agent, and Supply Inc, 3401 Sirius Ave, Las Vegas NV 89102-7724
4297146 +Communication Specialists Inc., 3044 Whispering Crest Dr., Henderson, NV 89052-3079
4642802 Community Associations, Attn Bankruptcy Desk/Managing Agent, Institute, Department 34793, Alexandria VA 22334-0793
4297147 Community Associations Institute, Department 34793, Alexandria, VA 22334-0793
4642803 +Community Bank, Attn Bankruptcy Desk/Managing Agent, Susan P Direct Line, 7676 W Lake Mead Blvd, Las Vegas NV 89128-6642
4642804 +Community Bank of Nevada, Attn Bankruptcy Desk/Managing Agent, Attn Matt Lanning, 8945 West Russell Rd Ste 300, Las Vegas NV 89148-1227
4642805 +Community Capital, Attn Bankruptcy Desk/Managing Agent, 1901 Yacht Truant, Newport Beach 92660-6722
4642808 +Compeware Technology, Attn Bankruptcy Desk/Managing Agent, Benjamin Graham, 3003 Carlisle St Ste 200, Dallas TX 75204-0927
4297154 +Complete Business Systems, 1601 E. Marble Canyon Dr., Bullhead City, AZ 86442-7724
4642809 +Complete Business Systems, Attn Bankruptcy Desk/Managing Agent, 1601 E Marble Canyon Dr, Bullhead City AZ 86442-7724
4642810 Computer Contractors Assn Inc, Attn Bankruptcy Desk/Managing Agent, 12261 Alison Drive, Camarillo CA 93012-9338
4297155 Computer Contractors Assn.,Inc, 12261 Alison Drive, Camarillo, CA 93012-9338
4642811 Computer Forms, Attn Bankruptcy Desk/Managing Agent, P O Box 23456, Portland OR 97281-3456
4297156 Computer Forms Inc., PO Box 23456, Portland, OR 97281-3456
4642812 +Computer Technical Services, Attn Bankruptcy Desk/Managing Agent, 4275 W Bell Dr Ste 10, Las Vegas NV 89118-1753
4297157 +Comstock So Wine and Spirits, PO Box 19477, Las Vegas, NV 89132-0477
4642816 +ConCrete Inc, Attn Bankruptcy Desk/Managing Agent, Keith Salsbury, 252 Sun Pac Avenue, Henderson NV 89011-4436
4297159 Concentra Medical Centers, Occupational Health Centers, PO Box 975287, Dallas, TX 75397-5287
4297160 +Concetta & Antonio Bertolami, 2720 Tidewater Ct, Las Vegas, NV 89117-2447
4297161 +Concoby, Brian, 280 Spanish Dr, Las Vegas, NV 89110-5128
4642814 +Concrete Clean Up Solutions, Attn Bankruptcy Desk/Managing Agent, 78030 Calle Barcelona Suite E, La Quinta CA 92253-2996
4642815 Concrete Designs Inc, Attn Bankruptcy Desk/Managing Agent, 3650 S Broadmont Dr, Tucson AZ 85713-5247
4642817 +Concrete Speciality, Attn Bankruptcy Desk/Managing Agent, Barry Lane, 1911 N Fine Avenue Ste 101, Fresno CA 93727-1510
4642818 +Concrete Visions Inc, Attn Bankruptcy Desk/Managing Agent, 4255 E Charleston Blvd Ste 331, Las Vegas NV 89104-6685

4297162 +Concrete Visions, Inc., 4255 E Charleston Blvd Ste 331, Las Vegas, NV 89104-6685
4297163 +Conde D., Lorenzo, 3800 S. Decatur Blvd No 269, Las Vegas, NV 89103-5830
4297164 +Conde, Gabriel, 3800 S. Decatur No 269, Las Vegas, NV 89103-5830
4297165 +Conex International, 548 Bluebird Canyon Drive, Laguna Beach, CA 92651-3307
4642819 +Conex International, Attn Bankruptcy Desk/Managing Agent, 548 Bluebird Canyon Drive, Laguna Beach CA 92651-3307
4642820 +Conferon/FBO Timberline, Attn Bankruptcy Desk/Managing Agent, Timberline Summit 2004 Conference, 427 University Ave, Norwood MA 02062-2636
4297167 Connie Henderson, 65 River Pointe Dr, Winnipeg Mb R2M 5N7, Canada
4297168 +Connie King, 241 Mariposa Way, Henderson, NV 89015-2716
4642822 +Connie King, Attn Bankruptcy Desk/Managing Agent, 241 Mariposa Way, Henderson NV 89015-2716
4297169 +Conrad & Speranza Penn, 10423 Greta Ave, Buena Park, CA 90620-4430
4297170 +Conrad, Steven Dee, 2405 Northfield Ave., Kingman, AZ 86409-1821
4297171 +Conrado & Cristina Yabut, 141 Castle Course Ave, Las Vegas, NV 89148-5001
4297172 +Conrado & Elizabeth Lazo, 98-1637 Kiawe St, Aiea, HI 96701-1738
4297173 +Consolacion & Bonifacio Pabo, 611 E Realty St, Carson, CA 90745-6017
4297174 +Consolidated Elec Dist, Inc., Becky Pintar, Esq.,, 3993 Howard Hughes Parkway, Ste 530, Las Vegas, NV 89169-5994
4297175 +Consolidated Electrical, Distributors, Inc., 2500 Airway Ave., Kingman, AZ 86409-3626
4297176 +Consolidated Mortgage Co, 1291 Galleria Drive, Henderson, NV 89014-8634
4642823 +Consolidated Mortgage Co, Attn Bankruptcy Desk/Managing Agent, Lana Wright, 1291 Galleria Drive, Henderson NV 89014-8605
4642824 +Consolidated Office, Attn Bankruptcy Desk/Managing Agent, Systems, 118 W Commonwealth Ave, Fullerton CA 92832-1809
4297178 Consolidated Office Systems, PO Box 12995, Palm Desert, CA 92255-2995
4642825 Consolidated Reprographi, Attn Bankruptcy Desk/Managing Agent, 702, 345 Clinton St, Costa Mesa CA 92626-6011
4297179 Consolidated Reprographics, 345 Clinton Street, Costa Mesa, CA 92626-6011
4642826 +Consolidated Roofing, Attn Bankruptcy Desk/Managing Agent, Ken Kaiser, 737 Susanna Way, Henderson NV 89011-2617
4642827 +Constable, Attn Bankruptcy Desk/Managing Agent, Terrie Hicks Case 04C 020264, 309 S Third Street, Las Vegas NV 89155-0001
4297180 Constables Office, 309 S. Third Street, Las Vegas, NV 89155-2110
4297181 +Constance Carter, 16200 Golden View Dr, Anchorage, AK 99516-4928
4297182 +Constance Esposito, 7400 Cedar Rae Ave, Las Vegas, NV 89131-3392
4642828 +Constant Lighting Inc, Attn Bankruptcy Desk/Managing Agent, 4216 N Pecos Road, Suite 103, Las Vegas NV 89115-4100
4297183 +Constantin & Alice Abcarian, 5350 White Oak Ave Apt 410, Encino, CA 91316-4531
4297184 +Constantino Magallon, 2524 Sandy Ln., Las Vegas, NV 89115-4245
4297185 +Construction Bolt & Stud of NV, 2834 S. Highland Dr., Las Vegas, NV 89109-1058
4297186 +Construction Book Express, 30 Oser Avenue Suite 500, Hauppauge, NY 11788-3826
4642829 +Construction Book Express, Attn Bankruptcy Desk/Managing Agent, 30 Oser Avenue Suite 500, Hauppauge NY 11788-3826
4642830 +Construction Financial, Attn Bankruptcy Desk/Managing Agent, Management Association, 29 Emmons Drive Ste F 50, Princeton NJ 08540-5982
4642831 +Construction Protective Svcs, Attn Bankruptcy Desk/Managing Agent, 436 West Walnut Street, Gardena CA 90248-3137
4297187 +Construction Sealants Supply, 4450 W. Diablo, Las Vegas, NV 89118-2259
4297188 +Constructive Business Systems, 5310 Harvest Hill Rd, Suite 200, Dallas, TX 75230-5827
4642832 +Constructive Business Systems, Attn Bankruptcy Desk/Managing Agent, 5310 Harvest Hill Rd, Suite 200, Dallas TX 75230-5827
4642833 +Consulting Engineers Corp, Attn Bankruptcy Desk/Managing Agent, 2131 E Broadway Rd, Suite 2, Tempe AZ 85282-1737
4297189 +Consulting Engineers Corp., 11480 Sunset Hills Road, Suite No 200E, Reston, VA 20190-5242
4297190 +Contech Construction Products, PO Box 232151, Las Vegas, NV 89105-2151
4642834 +Contech Construction Products, Attn Bankruptcy Desk/Managing Agent, PO Box 232151, Las Vegas NV 89105-2151
4297191 +Contino Valhuerdi, Jorge F., 4440 Tamarus St, Las Vegas, NV 89119-5903
4297192 +Contractors Exam Center, 1100 East Washington St, Suite 150, Phoenix, AZ 85034-1098
4297194 +Contreras, Eduardo, 3021 Aztec Ave, Las Vegas, NV 89101-1701
4297195 Contreras, Juan, 825 N. Lamb Blvd No 46, N Las Vegas, NV 89030
4297196 +Contreras, Mario, 2443 Sidney Spring, Las Vegas, NV 89030-4705
4297197 +Converse Consultants, 731 Pilot Rd. Ste. H, Las Vegas, NV 89119-4437
4642835 +Converse Consultants, Attn Bankruptcy Desk/Managing Agent, 731 Pilot Road Suite H, Las Vegas NV 89119-4437
4642836 +Conveyor Sales Company, Attn Bankruptcy Desk/Managing Agent, P O Box 60128, Phoenix AZ 85082-0128
4297198 +Cook Family, 181 Lakewood Garden Dr, Las Vegas, NV 89148-2740
4297199 +Cooley Family, 1993 S Mesa Dr, Palm Springs, CA 92264-2604
4297200 +Cooley Family, 7421 Aborcrest Ave, Las Vegas, NV 89131-3364
4297201 +Cooper Family, 7595 W Camero Ave, Las Vegas, NV 89113-4618
4297203 +Cooper, Bryan, 3830 E. Lum Ave. Kingman, AZ 86409, Kingman, AZ 86409-2232
4642838 +Cooskey Toolen Gage Duffy Woog, Attn Bankruptcy Desk/Managing Agent, c/o Phillip Woog Esq, 535 Anton Boulevard 10th Floor, Costa Mesa, CA 92626-1947
4297205 +Copple Family, 3660 Grand Ave, Des Moines, IA 50312-4352
4642839 +Copy Carriers, Attn Bankruptcy Desk/Managing Agent, 19110 S Vermont Avenue, Gardena CA 90248-4413
4297206 +Corazon Almeda, 85 Laying Up Ct, Las Vegas, NV 89148-5257
4297207 +Corazon Mojica, 2704 E Division St, National City, CA 91950-2120
4297208 +Corbeille, Jill, 3904 Arrowbrook Way, Las Vegas, NV 89032-0184

4642841 +Corby D Arnold Esq, Attn Bankruptcy Desk/Managing Agent, 2965 S Jones Suite A, Las Vegas NV 89146-5606
4297209 +Corby D. Arnold, Esq., 2965 S. Jones Suite A, Las Vegas, NV 89146-5606
4297210 +Cordell R. Hickman, 1433 Needles Hwy. Needles, CA 92363, Needles, CA 92363-2326
4297211 +Cordero, Ruben, 2913 Elms St., No 3, Las Vegas, NV 89101-3823
4297212 Cordon, Benjamin, 221 E. Ogden Ave, Las Vegas, NV 89101
4297213 +Cordova, Sandra, 4708 Montebello Avenue, Las Vegas, NV 89110-3513
4297214 +Corgliano, Frank, 2014 High Mesa Dr, Henderson, NV 89012-4549
4297215 +Coria-Sanchez, Rigo, 913 Snug Harbor No D, Las Vegas, NV 89110-5747
4297216 +Corinne Halford, 8951 Lanta Island Ave, Las Vegas, NV 89148-4986
4297217 +Cornejo Banderas, Jose Frutoso, 2217 Sunrise Ave No 12, Las Vegas, NV 89101-5053
4297218 +Cornejo, Josue, 3305 Tabor Ave, N Las Vegas, NV 89030-7336
4642842 +Cornerstone Realty Services, Attn Bankruptcy Desk/Managing Agent, 3341 W Ball Rd, Anaheim CA 92804-3707
4642843 +Cornerstone Solutions, Attn Bankruptcy Desk/Managing Agent, 4731 S Willow Springs Road, La Grange IL 60525-6130
4297219 Cornwell, Scott, 8312 Farm Meadow Ave, Las Vegas, NV 89149
4297220 +Corona, Roman Rosas, 2022 Crawford Street, N Las Vegas, NV 89030-0144
4297224 +Corona-Gutierrez, Jose Juan, 2185 Metalwood, Las Vegas, NV 89142-1613
4297223 +Coronado, Orozco, Manuel, 4511 Calico Cliff, N Las Vegas, NV 89031-4335
4642845 +Corporate Challenge, Attn Bankruptcy Desk/Managing Agent, 749 Veterans Memorial Dr, Las Vegas NV 89101-1945
4642846 Corporate Express, Attn Bankruptcy Desk/Managing Agent, PO Box 95708, Chicago IL 60694-5708
4642847 +Corporate Images, Attn Bankruptcy Desk/Managing Agent, 10624 S Eastern Avenue Ste A 431, Henderson NV 89052-2982
4642850 +Corporation Taxes, Attn Bankruptcy Desk/Managing Agent, 1600 West Monroe, Phoenix, AZ 85007-2612
4642849 +Corporation Taxes, Attn Bankruptcy Desk/Managing Agent, 1550 College Parkway, Carson City, NV 89706-7944
4297226 +Corrales, Jose I, 501 North 15th Street, Las Vegas, NV 89101-3229
4297227 +Corrales-Gonzalez, Cesareo, 2205 Willoughby, Las Vegas, NV 89101-2252
4297228 +Corrilo, Adriana, 2616 Reynolds, Las Vegas, NV 89030-1309
4297229 Corrilo-Tadeo, Francisco, 1412 21st No D, Las Vegas, NV 89101
4297231 Cortes, Norma, 1332 Sceny Way, Las Vegas, NV 89108
4297232 +Cortez Martinez, Jose Gilberto, 517 N 28th St No 62, Las Vegas, NV 89101-3641
4297233 +Cortez, Alberto, 5873 Willard St, Las Vegas, NV 89122-7413
4297234 +Cortez, Jose, 736 Aste Ln, Las Vegas, NV 89101-8705
4297235 +Cortez, Norma Hernandez, 1332 Scenic Way, Las Vegas, NV 89108-1154
4297236 +Cory Mingo, 989 Via Canale Dr, Henderson, NV 89011-0830
4642852 +Costa Window Treatments Inc, Attn Bankruptcy Desk/Managing Agent, Natalie/Cesar, 1 NE 40th Street 2, Miami FL 33137-3541
4297237 +Costa Window Treatments, Inc., 1 NE 40th Street, No 2, Miami, FL 33137-3541
4297238 +Costner, Randall, 78 Anjou, Newport Beach, CA 92657-1041
4297239 +Cota, Juan, 1650 N. Pecos Road AptNo 1033, Las Vegas, NV 89115-0606
4297240 +Cote, Brian, 3104 Rabbit Greek, Las Vegas, NV 89120-3161
4297241 +Country Casual, 7601 Rickenbacker Dr., Gaithersburg, MD 20879-4807
4642853 +Country Casual, Attn Bankruptcy Desk/Managing Agent, Sue, 7601 Rickenbacker Dr, Gaithersburg MD 20879-4807
4642854 Country Freight Systems, Attn Bankruptcy Desk/Managing Agent, Kingman AZ
4642855 +Country Sampler Decorate Ideas, Attn Bankruptcy Desk/Managing Agent, Decorate With Paint, P O Box 420651, Palm Coast FL 32142
4297244 Countrywide Home Loans, PO Box 650070, Dallas, TX 75265-0070
4642856 Countrywide Home Loans, Attn Bankruptcy Desk/Managing Agent, P O Box 650070, Dallas TX 75265-0070
4642858 Countrywide Tax Service Corp, Attn Bankruptcy Desk/Managing Agent, PO Box 10211 Sv3 24, Van Nuys CA 91410-0211
4297246 Countrywide Tax Service Corp., PO Box 10211-Sv3-24, Van Nuys, CA 91410-0211
4642860 County Treasurer, Attn Bankruptcy Desk/Managing Agent, 10 South Main Street, Eureka, NV 89316
4642859 +County of Imperial, Attn Bankruptcy Desk/Managing Agent, Department of Child Support, 2795 S 4th Street, El Centro CA 92243-6013
4297247 +Couture, Michael, 31332 Twilight Vista Dr., Menifee, CA 92584-8205
4297248 +Covarrubias, Luis A, 2209 Van Patten Pl, Las Vegas, NV 89104-2756
4642862 CoverEdge, Attn Bankruptcy Desk/Managing Agent, P O Box 14925, Las Vegas NV 89114-4925
4297249 +Cowen Associates, 29 Vesta Rd., Natick, MA 01760-1627
4297250 Cox Castle & Nicholson, LLP, 2049 Century Park East, 28th Floor, Los Angeles, CA 90067-3284
4642863 Cox Castle Nicholson LLP, Attn Bankruptcy Desk/Managing Agent, 2049 Century Park East, 28th Floor, Los Angeles CA 90067-3284
4297252 +Cox Communications, PO Box 53262, Phoenix, AZ 85072-3262
4642865 Cox Communications, Attn Bankruptcy Desk/Managing Agent, PO Box 53262, Phoenix AZ 85072-3262
4297254 +Cox Media, 6725 Via Austi Pkwy, Las Vegas, NV 89119-3507
4297255 Cox, Daniel, 625 Whitney Ranch Rd, Las Vegas, NV 89015
4297256 +Coyote Country, 1455 East Tropicana, Suite 800, Las Vegas, NV 89119-8326
4642866 +Coyote Country, Attn Bankruptcy Desk/Managing Agent, 1455 East Tropicana, Suite 800, Las Vegas NV 89119-8326
4297257 +Crabtree, Jon A., 3420 Taylor Ave, N Las Vegas, NV 89030-7430
4297259 +Craig & Christine Kinzer, 7241 Tealwood St, Las Vegas, NV 89131-8219
4297260 +Craig & Kristin Pasco, 7213 Cottonsparrow St, Las Vegas, NV 89131-8257

4642868 +Craig D Guenther P C, Attn Bankruptcy Desk/Managing Agent, c/o Craig Guenther Esq, 3037 Warm Springs Road Suite 100, Las Vegas, NV 89120-3759
4642869 +Craig D Guenther PC, Attn Bankruptcy Desk/Managing Agent, 3037 East Warm Springs Road, Suite 101, Las Vegas NV 89120-3758
4297262 +Craig Johnson, 49 Relda St, Plainview, NY 11803-4625
4297263 +Craig Lumpp, 9050 W Tropicana Ave Unit 1122, Las Vegas, NV 89147-8189
4297264 +Craig Moore Enterprises, 5650 West Charleston Blvd., No 7, Las Vegas, NV 89146-1354
4642870 +Craig Moore Enterprises, Attn Bankruptcy Desk/Managing Agent, 5650 West Charleston Blvd 7, Las Vegas NV 89146-1354
4297265 +Craig Plumbing, 1899 Commander Dr., Lake Havasu City, AZ 86403-2920
4642871 +Craig Plumbing, Attn Bankruptcy Desk/Managing Agent, 1899 Commander Dr, Lake Havasu City AZ 86403-2920
4297266 +Crane, Cindy, 3717 Martingale Drive Kingman, AZ 86409, Kingman, AZ 86409-2926
4297267 +Creative Foam Shapes, 4420 Andrews St. Ste. B, N. Las Vegas, NV 89081-2754
4642872 +Creative Metal Solutions, Attn Bankruptcy Desk/Managing Agent, 5190 S Arville St, Las Vegas NV 89118-1539
4642873 +Creative Pool Design, Attn Bankruptcy Desk/Managing Agent, 1725 S Rainbow Blvd Suite 10, Las Vegas NV 89146-2969
4642874 +Creative Solutions, Attn Bankruptcy Desk/Managing Agent, 7322 Newman Blvd, Dexter MI 48130-1571
4642875 +Creators Showcase, Attn Bankruptcy Desk/Managing Agent, 9649 Maricopa Pt, Las Vegas NV 89147-8059
4297271 +Credit Suisse, One Madison Avenue 9th Floor, New York, NY 10010-3644
4642877 +Credit Suisse First Boston, Attn Bankruptcy Desk/Managing Agent, Attn Accounts Receivable IBD, 11 Madison Avenue 11th Floor, New York NY 10010-3643
4297270 +Credit Suisse First Boston, Attn: Accounts Receivable - IBD, 11 Madison Avenue, 11th Floor, New York, NY 10010-3629
4642880 +Credit Suisse Loan Funding LLC, Attn Bankruptcy Desk/Managing Agent, Attn Tom Lynch, Eleven Madison Ave 9th Floor, New York, NY 10010-3643
4297272 +Crisostomo, Jose, 5817 Iris Ave, Las Vegas, NV 89107-1402
4297273 +Cristina Marquez, 7119 S Durango Dr Unit 201, Las Vegas, NV 89113-2059
4297274 +Cristina Sanedrin, 7159 S Durango Dr Unit 206, Las Vegas, NV 89113-2035
4297275 +Cristobal Manzano, Francisco J, 4732 Nova Ln No 4, Las Vegas, NV 89115-6673
4297276 +Criterion Group, 2701 Crimson Canyon Drive, Ste No 120, Las Vegas, NV 89128-0806
4297277 +Crosswhite, James, 4125 Coburn Street, North Las Vegas, NV 89032-6157
4297278 +Crowley, Margie L., 20 Sahalee Dr, Las Vegas, NV 89148-2712
4297279 +Crown Air Quality, 64 Summerhouse, Irvine, CA 92603-0219
4642882 Crump Engineering Inc, Attn Bankruptcy Desk/Managing Agent, 3202 E Foothill Blvd, Pasadena CA 91107-3109
4297280 +Crupi, Dino, 1191 Golden Spike Court, Henderson, NV 89014-7841
4297282 +Cruz Family, 20238 Chickasaw Rd, Apple Valley, CA 92307-5206
4297281 +Cruz Family, 15203 11th St Ste C, Victorville, CA 92395-3737
4297283 +Cruz Prudencio, Miriam, 3439 E. Cheyenne AVe, North Las Vegas, NV 89030-5179
4297284 +Cruz, Carlos E., 1412 Hacienda Ave No C, Las Vegas, NV 89119-8418
4297285 +Cruz, Eduardo Jaime, 2101 Sandy Ln, N Las Vegas, NV 89115-5240
4297286 +Cruz, Jose T., 2600 Arville St. No B-6, Las Vegas, NV 89102-5742
4297287 +Cruz, Leonardo Daniel, 1013 Meyer Ave, Las Vegas, NV 89101-1663
4297288 +Cruz, Mario A, 4352 Penwood, Las Vegas, NV 89102-7628
4297289 +Cruz, Richard, 8975 W. Warm Springs No 16-1109, Las Vegas, NV 89148-2889
4297290 +Cruz-Alta, Bernabe, 225 Spencer St, Las Vegas, NV 89101-5236
4297291 +Cruz-Camarena, Alejandro, 2512 Hickey Ave, N Las Vegas, NV 89030-7342
4297292 +Cruz-Canales, Cesar A, 3710 Nicholas Dr, Las Vegas, NV 89115-6375
4297293 +Cruz-Gomez, Luis, 1013 Meyer Ave, Las Vegas, NV 89101-1663
4297294 +Cruz-Gonzalez, Jorge, 1013 Meyer St., Las Vegas, NV 89101-1663
4297295 +Cruz-J., Jose Luis, 2244 Statz, N Las Vegas, NV 89030-6042
4297296 +Cruz-Jaime, Gaudencio, 3650 E. Lake Mead No 165, Las Vegas, NV 89115-7383
4297297 +Cruz-Macias, Jose, 3405 Navajo Way, Las Vegas, NV 89108-1043
4297298 +Cruz-Martinez, Rodolfo, 2831 Kim Lane, No. 151, North Las Vegas, NV 89030-5267
4297299 +Cruz-Mejia, Everado, 2208 Demetrios, Las Vegas, NV 89101-1423
4297300 +Cruz-Perez, Gilberto, 1921 Cindy Sue No 1, Las Vegas, NV 89106-1147
4297302 +Crystal Grayot, 7189 S Durango Dr Unit 305, Las Vegas, NV 89113-2022
4642884 +CrystalUser om, Attn Bankruptcy Desk/Managing Agent, 26303 Oak Ridge Drive, Spring TX 77380-1962
4297308 +Cuen, Jose A., 805 N. 20th St., Las Vegas, NV 89101-2205
4297309 +Cuevas, Javier, 4532 Swandale Ave, Las Vegas, NV 89121-7149
4297310 +Cuevas, Maximino, 904 Greenbank St, Las Vegas, NV 89110-1402
4297312 +Culligan, NW 5120, PO Box 1450, Minneapolis, MN 55480-1450
4297313 Culligan, PO Box 5277, Carol Stream, IL 60197-5277
4642891 +Culligan, Attn Bankruptcy Desk/Managing Agent, NW 5120, PO Box 1450, Minneapolis MN 55480-1450
4297311 +Culligan Water Conditioning, 111 S. 4th St., Kingman, AZ 86401-6097
4642892 +Culligan Water Conditioning, Attn Bankruptcy Desk/Managing Agent, 111 S 4th St, Kingman AZ 86401-6097
4297314 +Culpepper Family, 2612 W 134th Pl, Gardena, CA 90249-1647
4297315 Cumbie Jr., Henry L., 6810 Folana, Las Vegas, NV 89101
4297316 +Cumbie, Henry Luther, 6100 Carmen Blvd No 2010, Las Vegas, NV 89108-1782
4297317 Cummins Rocky Mountain LLC, PO Box 894418, Los Angeles, CA 90189-4418
4642893 Cummins Rocky Mountain LLC, Attn Bankruptcy Desk/Managing Agent, Al Franklin, P O Box 894418, Los Angeles CA 90189-4418
4297318 +Cumplido, Matthew James, 10609 Spruce Brough, Las Vegas, NV 89183-4630

4297320 +Cunningham, Traven R., 5433 US Hwy. 68, Ste. A 215, Golden Valley, AZ 86413-8558
4297321 +Curcuruto, Leonard, 11240 Vintners Lane, Las Vegas, NV 89138-1503
4297322 +Curiel-Chavez, Gilberto, 1001 E. Carey No 1115, N Las Vegas, NV 89030-1810
4297323 +Curley, Clayton M., PO Box 466 Ft, Wingale, NM 87316-0466
4297747 +Current Homeowner, 2780 Lake Vista Dr, Lewisville, TX 75067-3884
4298334 +Current Homeowner, 701 Corporate Center Dr, Raleigh, NC 27607-5084
4298367 +Current Homeowner, 7495 New Horizon Way, Frederick, MD 21703-8388
4298043 +Current Homeowner, 4828 Loop Central Dr, Houston, TX 77081-2212
4297418 +Current Homeowner, 135 N Los Robles Ave, Pasadena, CA 91101-1758
4297442 +Current Homeowner, 14523 SW Millikan Way Ste 200, Beaverton, OR 97005-2352
4298160 +Current Homeowner, 601 5th Ave, Scottsbluff, NE 69361-3581
4297437 +Current Homeowner, 1417 N Magnolia Ave, Ocala, FL 34475-9078
4297985 +Current Homeowner, 4045 S Buffalo Dr # A101-154, Las Vegas, NV 89147-7479
4297996 +Current Homeowner, 4132 S Rainbow Blvd # 396, Las Vegas, NV 89103-3106
4297454 +Current Homeowner, 15253 Avenue Of Science Bldg 3, San Diego, CA 92128-3437
4298266 +Current Homeowner, 6808 Scarlet Flax St, Las Vegas, NV 89148-4829
4298267 +Current Homeowner, 6809 Scarlet Flax St, Las Vegas, NV 89148-4829
4297414 Current Homeowner, 1330 Port Ashley, Newport Beach, CA 92660
4297727 +Current Homeowner, 270 W Susanne Marie Ct, Azusa, CA 91702-5348
4298210 +Current Homeowner, 6621 Creeping Thyme St, Las Vegas, NV 89148-4801
4298271 +Current Homeowner, 6814 Scarlet Flax St, Las Vegas, NV 89148-4829
4298272 +Current Homeowner, 6815 Scarlet Flax St, Las Vegas, NV 89148-4829
4298333 +Current Homeowner, 70 Myrtle Springs Ct, Las Vegas, NV 89148-4465
4298420 +Current Homeowner, 78 Myrtle Springs Ct, Las Vegas, NV 89148-4465
4298344 +Current Homeowner, 717 Jane Eyre Pl, Henderson, NV 89002-0504
4297752 +Current Homeowner, 281 Andover Ridge Ct, Henderson, NV 89012-3128
4298213 +Current Homeowner, 6631 Creeping Thyme St, Las Vegas, NV 89148-4801
4298275 +Current Homeowner, 6820 Scarlet Flax St, Las Vegas, NV 89148-4829
4298276 +Current Homeowner, 6821 Scarlet Flax St, Las Vegas, NV 89148-4829
4298280 +Current Homeowner, 6826 Scarlet Flax St, Las Vegas, NV 89148-4829
4298281 +Current Homeowner, 6827 Scarlet Flax St, Las Vegas, NV 89148-4829
4297695 +Current Homeowner, 2518 Glen Dundee Way, San Jose, CA 95148-4134
4297594 +Current Homeowner, 201 Angels Trace Ct, Las Vegas, NV 89148-2746
4297621 +Current Homeowner, 211 Angels Trace Ct, Las Vegas, NV 89148-2746
4297646 +Current Homeowner, 221 Angels Trace Ct, Las Vegas, NV 89148-2746
4297666 +Current Homeowner, 231 Angels Trace Ct, Las Vegas, NV 89148-2746
4297692 +Current Homeowner, 251 Angels Trace Ct, Las Vegas, NV 89148-2746
4297753 +Current Homeowner, 281 Angels Trace Ct, Las Vegas, NV 89148-2746
4297803 +Current Homeowner, 311 Angels Trace Ct, Las Vegas, NV 89148-2665
4297813 +Current Homeowner, 321 Angels Trace Ct, Las Vegas, NV 89148-2665
4297827 +Current Homeowner, 331 Angels Trace Ct, Las Vegas, NV 89148-2665
4297838 +Current Homeowner, 341 Angels Trace Ct, Las Vegas, NV 89148-2665
4297710 +Current Homeowner, 260 Hickory Heights Ave, Las Vegas, NV 89148-2602
4297691 +Current Homeowner, 250 Rolling Springs Dr, Las Vegas, NV 89148-4409
4298603 +Current Homeowner, 937 Granger Farm Way, Las Vegas, NV 89145-8619
4298552 +Current Homeowner, 9254 Orchid Pansy Ave, Las Vegas, NV 89148-4806
4298557 +Current Homeowner, 9259 Orchid Pansy Ave, Las Vegas, NV 89148-4806
4298287 +Current Homeowner, 6832 Scarlet Flax St, Las Vegas, NV 89148-4829
4298292 +Current Homeowner, 6838 Scarlet Flax St, Las Vegas, NV 89148-4829
4298293 +Current Homeowner, 6839 Scarlet Flax St, Las Vegas, NV 89148-4829
4298067 +Current Homeowner, 51 N Painted Mountain Dr, Las Vegas, NV 89148-2779
4297559 +Current Homeowner, 192 Angels Trace Ct, Las Vegas, NV 89148-2666
4297598 +Current Homeowner, 202 Angels Trace Ct, Las Vegas, NV 89148-2746
4297624 +Current Homeowner, 212 Angels Trace Ct, Las Vegas, NV 89148-2746
4297650 +Current Homeowner, 222 Angels Trace Ct, Las Vegas, NV 89148-2746
4297670 +Current Homeowner, 232 Angels Trace Ct, Las Vegas, NV 89148-2746
4297696 +Current Homeowner, 252 Angels Trace Ct, Las Vegas, NV 89148-2746
4297755 +Current Homeowner, 282 Angels Trace Ct, Las Vegas, NV 89148-2746
4297777 +Current Homeowner, 292 Angels Trace Ct, Las Vegas, NV 89148-2746
4297789 +Current Homeowner, 302 Angels Trace Ct, Las Vegas, NV 89148-2665
4297805 +Current Homeowner, 312 Angels Trace Ct, Las Vegas, NV 89148-2665
4297829 +Current Homeowner, 332 Angels Trace Ct, Las Vegas, NV 89148-2665
4297843 +Current Homeowner, 342 Angels Trace Ct, Las Vegas, NV 89148-2665
4297869 +Current Homeowner, 3619 Malibu Country Dr, Malibu, CA 90265-4712
4298345 +Current Homeowner, 719 Jane Eyre Pl, Henderson, NV 89002-0504
4298052 +Current Homeowner, 496 Bighorn Ridge Ave, Henderson, NV 89012-7241
4298559 +Current Homeowner, 9260 Orchid Pansy Ave, Las Vegas, NV 89148-4806
4298298 +Current Homeowner, 6844 Scarlet Flax St, Las Vegas, NV 89148-4830
4298299 +Current Homeowner, 6845 Scarlet Flax St, Las Vegas, NV 89148-4830
4297562 +Current Homeowner, 192 Hickory Heights Ave, Las Vegas, NV 89148-2600
4298570 +Current Homeowner, 9271 Orchid Pansy Ave, Las Vegas, NV 89148-4807
4298572 +Current Homeowner, 9277 Orchid Pansy Ave, Las Vegas, NV 89148-4807
4298304 +Current Homeowner, 6850 Scarlet Flax St, Las Vegas, NV 89148-4830
4298306 +Current Homeowner, 6856 Scarlet Flax St, Las Vegas, NV 89148-4830
4298307 +Current Homeowner, 6857 Scarlet Flax St, Las Vegas, NV 89148-4830
4297482 +Current Homeowner, 163 Hickory Heights Ave, Las Vegas, NV 89148-2601
4297566 +Current Homeowner, 193 Hickory Heights Ave, Las Vegas, NV 89148-2601
4297759 +Current Homeowner, 283 Hickory Heights Ave, Las Vegas, NV 89148-2603
4297731 +Current Homeowner, 273 Rolling Springs Dr, Las Vegas, NV 89148-4415
4297780 +Current Homeowner, 293 Rolling Springs Dr, Las Vegas, NV 89148-4415

4297821 +Current Homeowner, 32409 Monterey Dr, Union City, CA 94587-5152
4298575 +Current Homeowner, 9284 Orchid Pansy Ave, Las Vegas, NV 89148-4807
4298139 +Current Homeowner, 5829 Austin English St, N Las Vegas, NV 89081-4411
4298315 +Current Homeowner, 6868 Scarlet Flax St, Las Vegas, NV 89148-4830
4298613 +Current Homeowner, 9573 Ashlyn Cir, Owings Mills, MD 21117-3286
4297510 +Current Homeowner, 174 Hickory Heights Ave, Las Vegas, NV 89148-2600
4297762 +Current Homeowner, 284 Hickory Heights Ave, Las Vegas, NV 89148-2602
4297674 +Current Homeowner, 234 Rolling Springs Dr, Las Vegas, NV 89148-4409
4298186 +Current Homeowner, 6292 Athena Dr, Huntington Beach, CA 92647-6122
4297331 +Current Homeowner, 10076 San Gervasio Ave, Las Vegas, NV 89147-7204
4298578 +Current Homeowner, 9290 Orchid Pansy Ave, Las Vegas, NV 89148-4807
4298044 +Current Homeowner, 489 W Summerfield Cir, Anaheim, CA 92802-4780
4298403 +Current Homeowner, 7704 Musical Ln, Las Vegas, NV 89145-4082
4297512 +Current Homeowner, 175 Hickory Heights Ave, Las Vegas, NV 89148-2601
4297605 +Current Homeowner, 205 Hickory Heights Ave, Las Vegas, NV 89148-2603
4297734 +Current Homeowner, 275 Hickory Heights Ave, Las Vegas, NV 89148-2603
4297719 +Current Homeowner, 265 Rolling Springs Dr, Las Vegas, NV 89148-4415
4297766 +Current Homeowner, 285 Rolling Springs Dr, Las Vegas, NV 89148-4415
4297739 +Current Homeowner, 276 Hickory Heights Ave, Las Vegas, NV 89148-2602
4297781 +Current Homeowner, 296 Rolling Springs Dr, Las Vegas, NV 89148-4409
4298005 +Current Homeowner, 4271 Saint Paul Cir, Pittsburg, CA 94565-6149
4297819 +Current Homeowner, 3237 E Hilltonia Dr, West Covina, CA 91792-2930
4297558 Current Homeowner, 19127 County Rd 2, Sauk Centre, MN 56378
4298257 +Current Homeowner, 6793 Scarlet Flax St, Las Vegas, NV 89148-4829
4298095 +Current Homeowner, 5352 S Alexandrite Rd, Golden Valley, AZ 86413-8201
4298530 +Current Homeowner, 91 Bowler Springs St, Las Vegas, NV 89148-2622
4298617 +Current Homeowner, 97 Bowler Springs St, Las Vegas, NV 89148-2622
4298624 +Current Homeowner, 99 Bowler Springs St, Las Vegas, NV 89148-2622
4297381 +Current Homeowner, 12 Via Del Cielo, Rancho Palos Verdes, CA 90275-2510
4298631 +Current Homeowner, PO Box 1489, Huntington Beach, CA 92647-1489
4297455 +Current Homeowner, 15403 Barbarossa Dr, Houston, TX 77083-5407
4298021 +Current Homeowner, 44570 Montclaire Ct, Fremont, CA 94539-6096
4297545 +Current Homeowner, 187 Hickory Heights Ave, Las Vegas, NV 89148-2601
4297635 +Current Homeowner, 217 Hickory Heights Ave, Las Vegas, NV 89148-2603
4297701 +Current Homeowner, 257 Rolling Springs Dr, Las Vegas, NV 89148-4415
4297782 +Current Homeowner, 297 Rolling Springs Dr, Las Vegas, NV 89148-4415
4298243 +Current Homeowner, 6761 Prairie Clover St, Las Vegas, NV 89148-4823
4298445 +Current Homeowner, 7879 Elk Mountain St, Las Vegas, NV 89113-3060
4297464 +Current Homeowner, 158 Walnut Hill Rd, Chestnut Hill, MA 02467-3157
4297703 +Current Homeowner, 258 Rolling Springs Dr, Las Vegas, NV 89148-4409
4298111 +Current Homeowner, 5498 Peace River Ct, Las Vegas, NV 89148-7610
4298066 +Current Homeowner, 51 Dogwood Hills St, Las Vegas, NV 89148-4422
4298088 +Current Homeowner, 53 Dogwood Hills St, Las Vegas, NV 89148-4422
4298128 +Current Homeowner, 57 Dogwood Hills St, Las Vegas, NV 89148-4422
4298170 +Current Homeowner, 61 Dogwood Hills St, Las Vegas, NV 89148-4422
4298188 +Current Homeowner, 63 Dogwood Hills St, Las Vegas, NV 89148-4422
4298248 +Current Homeowner, 6773 Prairie Clover St, Las Vegas, NV 89148-4823
4298250 +Current Homeowner, 6779 Prairie Clover St, Las Vegas, NV 89148-4823
4297603 Current Homeowner, 204 Sirocco Pl S W, Calgary Alberta Canada T3H 2, 00000
4297526 +Current Homeowner, 181 Farragut St, Hercules, CA 94547-1148
4297564 +Current Homeowner, 192 Pocono Manor Ct, Las Vegas, NV 89148-2632
4297494 +Current Homeowner, 169 Hickory Heights Ave, Las Vegas, NV 89148-2601
4297582 +Current Homeowner, 199 Hickory Heights Ave, Las Vegas, NV 89148-2601
4297707 +Current Homeowner, 259 Hickory Heights Ave, Las Vegas, NV 89148-2603
4297749 +Current Homeowner, 279 Rolling Springs Dr, Las Vegas, NV 89148-4415
4297856 +Current Homeowner, 350 S Center St Ste 500, Reno, NV 89501-2103
4297567 +Current Homeowner, 193 Pocono Manor Ct, Las Vegas, NV 89148-2632
4297344 +Current Homeowner, 1041 Calle Parque Dr, El Paso, TX 79912-7513
4297543 +Current Homeowner, 1863 Desert Forest Way, Henderson, NV 89012-2263
4298409 +Current Homeowner, 774 Tossa Del Mar Ave, Henderson, NV 89002-6535
4297882 Current Homeowner, 3750 Cerisiers Ave, Brossard Qc Canada J4Z3W7, 00000
4297326 +Current Homeowner, 10 Indian Run Way, Las Vegas, NV 89148-4433
4297351 +Current Homeowner, 11 Indian Run Way, Las Vegas, NV 89148-4432
4297447 +Current Homeowner, 15 Indian Run Way, Las Vegas, NV 89148-4432
4297658 +Current Homeowner, 23 Indian Run Way, Las Vegas, NV 89148-4432
4297709 +Current Homeowner, 26 Indian Run Way, Las Vegas, NV 89148-4433
4297786 +Current Homeowner, 30 Indian Run Way, Las Vegas, NV 89148-4433
4297937 +Current Homeowner, 39 Indian Run Way, Las Vegas, NV 89148-4432
4298594 +Current Homeowner, 931 Corporate Center Dr, Pomona, CA 91768-2642
4297630 +Current Homeowner, 21425 Avalon Blvd Spc 61, Carson, CA 90745-2220
4297333 +Current Homeowner, 101 Rancho Maria St, Las Vegas, NV 89148-2751
4297360 +Current Homeowner, 111 Rancho Maria St, Las Vegas, NV 89148-2751
4297390 +Current Homeowner, 121 Rancho Maria St, Las Vegas, NV 89148-2751
4297409 +Current Homeowner, 131 Rancho Maria St, Las Vegas, NV 89148-2751
4297435 +Current Homeowner, 141 Rancho Maria St, Las Vegas, NV 89148-2751
4297471 +Current Homeowner, 161 Rancho Maria St, Las Vegas, NV 89148-2751
4297555 +Current Homeowner, 191 Rancho Maria St, Las Vegas, NV 89148-2751
4297596 +Current Homeowner, 201 Rancho Maria St, Las Vegas, NV 89148-2872
4298514 +Current Homeowner, 8578 Lambert Dr, Las Vegas, NV 89147-5269
4297532 +Current Homeowner, 182 Fairway Woods Dr, Las Vegas, NV 89148-5274

4297391 +Current Homeowner, 121 Standing Stone St, Las Vegas, NV 89148-2621
4297358 +Current Homeowner, 11025 Mount Royal Ave, Las Vegas, NV 89144-4484
4298211 +Current Homeowner, 6623 Dapple Gray Rd, Las Vegas, NV 89148-4800
4297546 +Current Homeowner, 187 Pocono Manor Ct, Las Vegas, NV 89148-2632
4297473 +Current Homeowner, 1610 E Saint Andrew Pl, Santa Ana, CA 92705-4931
4297565 +Current Homeowner, 193 Fairway Woods Dr, Las Vegas, NV 89148-5274
4297823 +Current Homeowner, 3249 Robins Creek Pl, Las Vegas, NV 89135-1751
4298214 +Current Homeowner, 6631 Dapple Gray Rd, Las Vegas, NV 89148-4800
4298218 +Current Homeowner, 6639 Dapple Gray Rd, Las Vegas, NV 89148-4800
4297579 +Current Homeowner, 198 Pocono Manor Ct, Las Vegas, NV 89148-2632
4297570 +Current Homeowner, 194 Fairway Woods Dr, Las Vegas, NV 89148-5274
4298523 +Current Homeowner, 8950 Labish Center Rd NE, Silverton, OR 97381-9334
4297430 +Current Homeowner, 14 Portofino Cir, Redwood City, CA 94065-1341
4298220 +Current Homeowner, 6647 Dapple Gray Rd, Las Vegas, NV 89148-4800
4297583 +Current Homeowner, 199 Pocono Manor Ct, Las Vegas, NV 89148-2632
4297511 +Current Homeowner, 175 Fairway Woods Dr, Las Vegas, NV 89148-5274
4297522 +Current Homeowner, 17981 Joshua Dr, Yorba Linda, CA 92886-3336
4297515 +Current Homeowner, 176 Fairway Woods Dr, Las Vegas, NV 89148-5274
4297369 +Current Homeowner, 115 Standing Stone St, Las Vegas, NV 89148-2621
4297384 +Current Homeowner, 1201 Westminster Dr, Woodridge, IL 60517-7517
4297429 +Current Homeowner, 14 Palomino Ln, Rolling Hills Estates, CA 90274-4120
4298359 +Current Homeowner, 7327 Ristoro St, Las Vegas, NV 89148-2682
4298138 +Current Homeowner, 5804 Mustang Dr, Simi Valley, CA 93063-6307
4298495 +Current Homeowner, 800 The Mark Ln Unit 402, San Diego, CA 92101-7158
4298372 +Current Homeowner, 7524 Bradford Pear Dr, Irving, TX 75063-8424
4297544 +Current Homeowner, 187 Fairway Woods Dr, Las Vegas, NV 89148-5274
4298234 +Current Homeowner, 6741 Quarterhorse Ln, Las Vegas, NV 89148-4832
4297815 +Current Homeowner, 3215 Hawkwood Rd, Diamond Bar, CA 91765-3829
4297375 +Current Homeowner, 117 Standing Stone St, Las Vegas, NV 89148-2621
4297534 +Current Homeowner, 1820 Country Knoll Pl, Hacienda Heights, CA 91745-3251
4297592 +Current Homeowner, 200 Rosemary Ln, Las Vegas, NV 89107-3236
4298374 +Current Homeowner, 7537 S Rainbow Blvd Ste 109, Las Vegas, NV 89139-0504
4297367 Current Homeowner, 1147 Mississauga Valley Blvd, Mississauga Ontario, Canada
4297581 +Current Homeowner, 199 Fairway Woods Dr, Las Vegas, NV 89148-5274
4297763 +Current Homeowner, 284 Scramble Dr, Las Vegas, NV 89148-1259
4297334 +Current Homeowner, 101 Sunshine Coast Ln, Las Vegas, NV 89148-2711
4297361 +Current Homeowner, 111 Sunshine Coast Ln, Las Vegas, NV 89148-2711
4297378 +Current Homeowner, 119 Standing Stone St, Las Vegas, NV 89148-2621
4297404 +Current Homeowner, 129 Standing Stone St, Las Vegas, NV 89148-2621
4297818 +Current Homeowner, 3233 Winged Foot Dr, Fairfield, CA 94534-7809
4297615 +Current Homeowner, 21 Ocean Harbour Ln, Las Vegas, NV 89148-2717
4297740 +Current Homeowner, 276 Scramble Dr, Las Vegas, NV 89148-1259
4297997 +Current Homeowner, 4135 Forest Hill Ct, Hayward, CA 94542-2257
4298194 +Current Homeowner, 6394 Cedar Brook Ln, Warrenton, VA 20187-4717
4298120 +Current Homeowner, 5601 Laguna Park Dr, Elk Grove, CA 95758-5309
4297772 +Current Homeowner, 288 Scramble Dr, Las Vegas, NV 89148-1259
4297722 +Current Homeowner, 26825 Kendall Ln, Stevenson Ranch, CA 91381-1456
4297329 +Current Homeowner, 1000 N Green Valley Pkwy, Henderson, NV 89074-6170
4297689 +Current Homeowner, 2480 El Camino Real, Redwood City, CA 94063-2850
4297514 +Current Homeowner, 1758 McCollum St, Los Angeles, CA 90026-1400
4297458 +Current Homeowner, 1555 Fillmore St, San Francisco, CA 94115-3515
4297632 +Current Homeowner, 215 Park Row Apt 12A, New York, NY 10038-1121
4297742 +Current Homeowner, 2766 Armacost Ave, Los Angeles, CA 90064-3504
4298548 +Current Homeowner, 9251 Prairie Aster Pl, Las Vegas, NV 89148-4821
4298550 +Current Homeowner, 9252 Prairie Aster Pl, Las Vegas, NV 89148-4821
4298556 +Current Homeowner, 9257 Prairie Aster Pl, Las Vegas, NV 89148-4821
4297500 +Current Homeowner, 171 Voltaire Ave, Henderson, NV 89002-6578
4297481 +Current Homeowner, 1626 Falling Star Ln, Chino Hills, CA 91709-4804
4297520 +Current Homeowner, 17811 N 64th Ave, Glendale, AZ 85308-1177
4297503 +Current Homeowner, 172 Flying Hills Ave, Las Vegas, NV 89148-2630
4298569 +Current Homeowner, 9270 Prairie Aster Pl, Las Vegas, NV 89148-4822
4298571 +Current Homeowner, 9276 Prairie Aster Pl, Las Vegas, NV 89148-4822
4297536 +Current Homeowner, 184 Flying Hills Ave, Las Vegas, NV 89148-2630
4297370 +Current Homeowner, 11518 Ridge Mist Ter, Potomac, MD 20854-2071
4297540 +Current Homeowner, 185 Flying Hills Ave, Las Vegas, NV 89148-2631
4297486 +Current Homeowner, 166 Flying Hills Ave, Las Vegas, NV 89148-2630
4297576 +Current Homeowner, 196 Flying Hills Ave, Las Vegas, NV 89148-2630
4298033 +Current Homeowner, 4600 Regent Blvd Ste 200, Irving, TX 75063-2478
4298085 +Current Homeowner, 5279 Golden Eagle Ln, Roanoke, VA 24018-5080
4297736 +Current Homeowner, 2750 La Salle Pointe, Chino Hills, CA 91709-5113
4297637 +Current Homeowner, 2175 Stockwell Rd Apt 916, Bossier City, LA 71111-5768
4297518 +Current Homeowner, 178 Flying Hills Ave, Las Vegas, NV 89148-2630
4298358 +Current Homeowner, 731 Castlerea Ln, Des Plaines, IL 60016-8733
4297863 +Current Homeowner, 355 S Madison Ave Unit 201, Pasadena, CA 91101-3314
4298016 +Current Homeowner, 439 Vivienne Dr, Watsonville, CA 95076-3674
4298497 +Current Homeowner, 809 N Vineyard Blvd Apt E7, Honolulu, HI 96817-3546
4298064 +Current Homeowner, 5080 Hanawai St Apt G, Lahaina, HI 96761-9140
4298087 +Current Homeowner, 53 Dixie Springs Ct, Las Vegas, NV 89148-4462
4298261 +Current Homeowner, 68 Dixie Springs Ct, Las Vegas, NV 89148-4462
4298323 +Current Homeowner, 69 Dixie Springs Ct, Las Vegas, NV 89148-4462

4298399 +Current Homeowner, 77 Dixie Springs Ct, Las Vegas, NV 89148-4462
4298509 +Current Homeowner, 84 Dixie Springs Ct, Las Vegas, NV 89148-4462
4298511 +Current Homeowner, 85 Dixie Springs Ct, Las Vegas, NV 89148-4462
4297379 +Current Homeowner, 11962 Janette Ln, Garden Grove, CA 92840-2525
4297479 +Current Homeowner, 1621 Dole St Apt 102, Honolulu, HI 96822-4832
4297660 Current Homeowner, 23 Pettacre Close, London U K Se28 Obs, 00000
4298476 +Current Homeowner, 793 Watercut Ct, Henderson, NV 89002-6534
4298479 +Current Homeowner, 794 Watercut Ct, Henderson, NV 89002-6534
4298508 +Current Homeowner, 8382 Snowden Ave, Panorama City, CA 91402-4027
4298483 +Current Homeowner, 795 Watercut Ct, Henderson, NV 89002-6534
4297365 +Current Homeowner, 1129 Fairview Ave Unit C2, Arcadia, CA 91007-7059
4297584 +Current Homeowner, 19915 Christina Cir, Cerritos, CA 90703-7849
4298156 +Current Homeowner, 6 Cobbs Creek Way, Las Vegas, NV 89148-4434
4297870 +Current Homeowner, 362 Longspur Rd, Highland Hts, OH 44143-3715
4297694 +Current Homeowner, 251 Crooked Tree Dr, Las Vegas, NV 89148-4419
4297342 +Current Homeowner, 104 Via Del Signoria, Rancho Mirage, CA 92270-5625
4297440 +Current Homeowner, 14446 Cabinda Dr, Hacienda Heights, CA 91745-2532
4297478 +Current Homeowner, 162 Crooked Tree Dr, Las Vegas, NV 89148-4438
4297496 +Current Homeowner, 1700 W Horizon Ridge Pkwy Ste 202, Henderson, NV 89012-4840
4297758 +Current Homeowner, 283 Crooked Tree Dr, Las Vegas, NV 89148-4419
4297509 +Current Homeowner, 174 Crooked Tree Dr, Las Vegas, NV 89148-4438
4297683 +Current Homeowner, 244 Crooked Tree Dr, Las Vegas, NV 89148-4419
4297761 +Current Homeowner, 284 Crooked Tree Dr, Las Vegas, NV 89148-4418
4298127 +Current Homeowner, 57 Daisy Springs Ct, Las Vegas, NV 89148-4464
4298196 +Current Homeowner, 64 Daisy Springs Ct, Las Vegas, NV 89148-4464
4298203 +Current Homeowner, 65 Daisy Springs Ct, Las Vegas, NV 89148-4464
4298522 +Current Homeowner, 89 Daisy Springs Ct, Las Vegas, NV 89148-4464
4298180 +Current Homeowner, 6203-97Th Ave Court West, University Place, WA 98467-1051
4298232 +Current Homeowner, 674 Shirehampton Dr, Las Vegas, NV 89178-1232
4298616 +Current Homeowner, 965 Looking Glass Dr, Diamond Bar, CA 91765-1467
4298262 +Current Homeowner, 68 Misty Springs Ct, Las Vegas, NV 89148-2797
4298135 +Current Homeowner, 58 Rusty Springs Ct, Las Vegas, NV 89148-4463
4298147 +Current Homeowner, 59 Rusty Springs Ct, Las Vegas, NV 89148-4463
4298207 +Current Homeowner, 66 Rusty Springs Ct, Las Vegas, NV 89148-4463
4298222 +Current Homeowner, 67 Rusty Springs Ct, Las Vegas, NV 89148-4463
4298368 +Current Homeowner, 75 Rusty Springs Ct, Las Vegas, NV 89148-4463
4298502 +Current Homeowner, 82 Rusty Springs Ct, Las Vegas, NV 89148-4463
4298506 +Current Homeowner, 83 Rusty Springs Ct, Las Vegas, NV 89148-4463
4298528 +Current Homeowner, 90 Rusty Springs Ct, Las Vegas, NV 89148-4463
4297644 +Current Homeowner, 2203 Dickinson Rd Apt 101, Chesterton, IN 46304-8871
4297542 +Current Homeowner, 186 Crooked Tree Dr, Las Vegas, NV 89148-4438
4297633 +Current Homeowner, 216 Crooked Tree Dr, Las Vegas, NV 89148-4418
4298635 +Current Homeowner, PO Box 1784, San Juan Capistrano, CA 92693-1784
4297529 +Current Homeowner, 1812 Warrenville St, Las Vegas, NV 89117-6925
4298058 +Current Homeowner, 500 San Felicia Way, Los Altos, CA 94022-1755
4297460 +Current Homeowner, 157 Crooked Tree Dr, Las Vegas, NV 89148-4439
4297389 +Current Homeowner, 121 Quail Valley St, Las Vegas, NV 89148-2617
4298347 +Current Homeowner, 7208 Royal Melbourne Dr, Las Vegas, NV 89131-1788
4297373 +Current Homeowner, 11621 Villa Malaparte Ave, Las Vegas, NV 89138-6009
4297463 +Current Homeowner, 158 Crooked Tree Dr, Las Vegas, NV 89148-4438
4297489 +Current Homeowner, 168 Crooked Tree Dr, Las Vegas, NV 89148-4438
4297578 +Current Homeowner, 198 Crooked Tree Dr, Las Vegas, NV 89148-4438
4297675 +Current Homeowner, 236 Palmetto Pointe Dr, Henderson, NV 89012-5015
4297706 +Current Homeowner, 259 Crooked Tree Dr, Las Vegas, NV 89148-4419
4297792 +Current Homeowner, 3041 W Horizon Ridge Pkwy, Ste 150, Henderson, NV 89052-4445
4297413 +Current Homeowner, 133 Quail Valley St, Las Vegas, NV 89148-2617
4297602 +Current Homeowner, 2037 Cherry Creek Cir, Las Vegas, NV 89135-1567
4298549 +Current Homeowner, 9251 Southern Breeze Dr, Orlando, FL 32836-5055
4298183 Current Homeowner, 6212 39th Ave, Stettler Alberta Canada T0C, 00000
4298357 +Current Homeowner, 730 Tossa De Mar Ave, Henderson, NV 89002-6600
4298401 +Current Homeowner, 770 Tossa De Mar Ave, Henderson, NV 89002-6536
4298423 +Current Homeowner, 780 Tossa De Mar Ave, Henderson, NV 89002-6535
4298425 +Current Homeowner, 781 Tossa De Mar Ave, Henderson, NV 89002-6535
4298081 +Current Homeowner, 5201 S Torrey Pines Dr Unit 1282, Las Vegas, NV 89118-0938
4297445 +Current Homeowner, 1492 Via Coronel, Palos Verdes Estates, CA 90274-1993
4298369 +Current Homeowner, 750 W Bonita Ave Apt 18, Claremont, CA 91711-4522
4297359 +Current Homeowner, 111 Cliff Valley Dr, Las Vegas, NV 89148-2704
4297386 +Current Homeowner, 121 Cliff Valley Dr, Las Vegas, NV 89148-2704
4297407 +Current Homeowner, 131 Cliff Valley Dr, Las Vegas, NV 89148-2704
4297434 +Current Homeowner, 141 Cliff Valley Dr, Las Vegas, NV 89148-2704
4297449 +Current Homeowner, 151 Cliff Valley Dr, Las Vegas, NV 89148-2704
4297499 +Current Homeowner, 171 Cliff Valley Dr, Las Vegas, NV 89148-2704
4297552 +Current Homeowner, 191 Cliff Valley Dr, Las Vegas, NV 89148-2704
4297595 +Current Homeowner, 201 Cliff Valley Dr, Las Vegas, NV 89148-2705
4297647 +Current Homeowner, 221 Cliff Valley Dr, Las Vegas, NV 89148-2705
4297680 +Current Homeowner, 241 Cliff Valley Dr, Las Vegas, NV 89148-2705
4297693 +Current Homeowner, 251 Cliff Valley Dr, Las Vegas, NV 89148-2705
4297712 +Current Homeowner, 261 Cliff Valley Dr, Las Vegas, NV 89148-2705
4297728 +Current Homeowner, 271 Cliff Valley Dr, Las Vegas, NV 89148-2705
4297754 +Current Homeowner, 281 Cliff Valley Dr, Las Vegas, NV 89148-2705

4297787 +Current Homeowner, 301 Cliff Valley Dr, Las Vegas, NV 89148-2706
4297374 +Current Homeowner, 117 Quail Valley St, Las Vegas, NV 89148-2617
4297424 +Current Homeowner, 137 Quail Valley St, Las Vegas, NV 89148-2617
4298349 +Current Homeowner, 722 Tossa De Mar Ave, Henderson, NV 89002-6600
4298389 +Current Homeowner, 762 Tossa De Mar Ave, Henderson, NV 89002-6536
4298405 +Current Homeowner, 772 Tossa De Mar Ave, Henderson, NV 89002-6536
4298391 +Current Homeowner, 763 Tossa De Mar Ave, Henderson, NV 89002-6536
4298407 +Current Homeowner, 773 Tossa De Mar Ave, Henderson, NV 89002-6535
4297438 +Current Homeowner, 142 Cascade Lake St, Las Vegas, NV 89148-2793
4297477 +Current Homeowner, 162 Cascade Lake St, Las Vegas, NV 89148-2793
4297502 +Current Homeowner, 172 Cascade Lake St, Las Vegas, NV 89148-2793
4297531 +Current Homeowner, 182 Cascade Lake St, Las Vegas, NV 89148-2793
4297560 +Current Homeowner, 192 Cascade Lake St, Las Vegas, NV 89148-2793
4297599 +Current Homeowner, 202 Cascade Lake St, Las Vegas, NV 89148-2810
4297625 +Current Homeowner, 212 Cascade Lake St, Las Vegas, NV 89148-2810
4297403 +Current Homeowner, 129 Quail Valley St, Las Vegas, NV 89148-2617
4298350 +Current Homeowner, 724 Tossa De Mar Ave, Henderson, NV 89002-6600
4298375 +Current Homeowner, 754 Tossa De Mar Ave, Henderson, NV 89002-6536
4298429 +Current Homeowner, 784 Tossa De Mar Ave, Henderson, NV 89002-6535
4297337 +Current Homeowner, 10279 Evening Primrose Ave, Las Vegas, NV 89135-2800
4297339 +Current Homeowner, 103 Cascade Lake St, Las Vegas, NV 89148-2792
4297436 +Current Homeowner, 141 W Calayeras Blvd, Milpitas, CA 95035-5201
4297439 +Current Homeowner, 1436 Butterfield Ave, San Dimas, CA 91773-1117
4298378 +Current Homeowner, 755 Tossa De Mar Ave, Henderson, NV 89002-6536
4298434 +Current Homeowner, 785 Tossa De Mar Ave, Henderson, NV 89002-6535
4298353 +Current Homeowner, 726 Tossa De Mar Ave, Henderson, NV 89002-6600
4298380 +Current Homeowner, 756 Tossa De Mar Ave, Henderson, NV 89002-6536
4298412 +Current Homeowner, 776 Tossa De Mar Ave, Henderson, NV 89002-6535
4298394 +Current Homeowner, 767 Tossa De Mar Ave, Henderson, NV 89002-6536
4298415 +Current Homeowner, 777 Tossa De Mar Ave, Henderson, NV 89002-6535
4298442 +Current Homeowner, 787 Tossa De Mar Ave, Henderson, NV 89002-6535
4298354 +Current Homeowner, 728 Tossa De Mar Ave, Henderson, NV 89002-6600
4298396 +Current Homeowner, 768 Tossa De Mar Ave, Henderson, NV 89002-6536
4298417 +Current Homeowner, 778 Tossa De Mar Ave, Henderson, NV 89002-6535
4298383 +Current Homeowner, 759 Tossa De Mar Ave, Henderson, NV 89002-6536
4298457 +Current Homeowner, 789 Tossa De Mar Ave, Henderson, NV 89002-6535
4298034 +Current Homeowner, 4640 Arville St Ste D, Las Vegas, NV 89103-5342
4298264 +Current Homeowner, 6804 Rose Mallow St, Las Vegas, NV 89148-4824
4297493 +Current Homeowner, 169 Cascade Lake St, Las Vegas, NV 89148-2792
4298022 +Current Homeowner, 446 25th Ave Apt 2, San Francisco, CA 94121-1989
4298269 +Current Homeowner, 6811 Rose Mallow St, Las Vegas, NV 89148-4824
4298270 +Current Homeowner, 6812 Rose Mallow St, Las Vegas, NV 89148-4824
4298273 +Current Homeowner, 6818 Rose Mallow St, Las Vegas, NV 89148-4825
4298432 +Current Homeowner, 7845 Horsenettle St, Las Vegas, NV 89149-1638
4298277 +Current Homeowner, 6823 Rose Mallow St, Las Vegas, NV 89148-4825
4298279 +Current Homeowner, 6824 Rose Mallow St, Las Vegas, NV 89148-4825
4298282 +Current Homeowner, 6829 Rose Mallow St, Las Vegas, NV 89148-4825
4298606 +Current Homeowner, 9435 W Tropicana Ave # 102-101, Las Vegas, NV 89147-8472
4297569 +Current Homeowner, 19348 Winged Foot Cir, Northridge, CA 91326-1454
4298536 +Current Homeowner, 9123 Iron Cactus Ave, Las Vegas, NV 89148-5125
4298285 +Current Homeowner, 6830 Rose Mallow St, Las Vegas, NV 89148-4825
4298288 +Current Homeowner, 6835 Rose Mallow St, Las Vegas, NV 89148-4825
4298290 +Current Homeowner, 6836 Rose Mallow St, Las Vegas, NV 89148-4825
4297775 +Current Homeowner, 29005 Via Pasatiempo, Laguna Niguel, CA 92677-7615
4297607 +Current Homeowner, 20786 Quiet Brook Pl, Potomac Falls, VA 20165-5862
4297551 +Current Homeowner, 190 Paxon Hollow Ct, Las Vegas, NV 89148-2633
4298294 +Current Homeowner, 6841 Rose Mallow St, Las Vegas, NV 89148-4825
4298296 +Current Homeowner, 6842 Rose Mallow St, Las Vegas, NV 89148-4825
4298300 +Current Homeowner, 6847 Rose Mallow St, Las Vegas, NV 89148-4825
4298301 +Current Homeowner, 6848 Rose Mallow St, Las Vegas, NV 89148-4825
4298305 +Current Homeowner, 6853 Rose Mallow St, Las Vegas, NV 89148-4825
4298308 +Current Homeowner, 6859 Rose Mallow St, Las Vegas, NV 89148-4825
4297729 +Current Homeowner, 271 Trailing Putt Way, Las Vegas, NV 89148-5002
4297830 +Current Homeowner, 3350 Harrison St Apt 217, Kingman, AZ 86409-0704
4298311 +Current Homeowner, 6865 Rose Mallow St, Las Vegas, NV 89148-4841
4298313 +Current Homeowner, 6866 Rose Mallow St, Las Vegas, NV 89148-4841
4297807 +Current Homeowner, 312 Trailing Putt Way, Las Vegas, NV 89148-5003
4298317 +Current Homeowner, 6872 Rose Mallow St, Las Vegas, NV 89148-4841
4297760 +Current Homeowner, 283 Trailing Putt Way, Las Vegas, NV 89148-5002
4297910 +Current Homeowner, 383 Trailing Putt Way, Las Vegas, NV 89148-5003
4297951 +Current Homeowner, 393 Trailing Putt Way, Las Vegas, NV 89148-5003
4298319 +Current Homeowner, 6883 Rose Mallow St, Las Vegas, NV 89148-4841
4298253 +Current Homeowner, 6788 Rose Mallow St, Las Vegas, NV 89148-4824
4297820 +Current Homeowner, 324 Trailing Putt Way, Las Vegas, NV 89148-5003
4297914 +Current Homeowner, 384 Trailing Putt Way, Las Vegas, NV 89148-5003
4297956 +Current Homeowner, 394 Trailing Putt Way, Las Vegas, NV 89148-5003
4297993 Current Homeowner, 4106-65A St, Stettler Alberta Canada T0C, 00000
4298658 Current Homeowner, Postfach 2922, 76016 Karlsruhe Germany, 76016
4298259 +Current Homeowner, 6796 Rose Mallow St, Las Vegas, NV 89148-4824
4297849 +Current Homeowner, 34767 Rumford Ter, Union City, CA 94587-4698

4298091 +Current Homeowner, 530 Halloran Springs Rd, Las Vegas, NV 89148-4470
4298620 +Current Homeowner, 9742 Garrett Cir, Huntington Beach, CA 92646-3643
4297878 +Current Homeowner, 37085 Walnut St Apt C, Newark, CA 94560-2865
4298149 +Current Homeowner, 591 Halloran Springs Rd, Las Vegas, NV 89148-4469
4297355 +Current Homeowner, 1100 Virginia Dr, Fort Washington, PA 19034-3204
4297330 +Current Homeowner, 1000 Technology Dr # Ms-314, O Fallon, MO 63368-2239
4297848 +Current Homeowner, 347 Trailing Putt Way, Las Vegas, NV 89148-5003
4297884 +Current Homeowner, 377 Trailing Putt Way, Las Vegas, NV 89148-5003
4297519 +Current Homeowner, 178 Paxon Hollow Ct, Las Vegas, NV 89148-2633
4297850 +Current Homeowner, 348 Trailing Putt Way, Las Vegas, NV 89148-5003
4297888 +Current Homeowner, 378 Trailing Putt Way, Las Vegas, NV 89148-5003
4298163 +Current Homeowner, 603 Halloran Springs Rd, Las Vegas, NV 89148-4469
4298223 +Current Homeowner, 6711 Gold Yarrow St, Las Vegas, NV 89148-4809
4298224 +Current Homeowner, 6717 Gold Yarrow St, Las Vegas, NV 89148-4809
4297865 +Current Homeowner, 359 Trailing Putt Way, Las Vegas, NV 89148-5003
4298117 +Current Homeowner, 554 Halloran Springs Rd, Las Vegas, NV 89148-4470
4298226 +Current Homeowner, 6723 Gold Yarrow St, Las Vegas, NV 89148-4809
4298227 +Current Homeowner, 6724 Gold Yarrow St, Las Vegas, NV 89148-4809
4298229 +Current Homeowner, 6729 Gold Yarrow St, Las Vegas, NV 89148-4809
4298351 +Current Homeowner, 7255 Baymeadows Way, Jacksonville, FL 32256-6851
4297798 +Current Homeowner, 3090 Morningside Dr, Thousand Oaks, CA 91362-1213
4298231 +Current Homeowner, 6736 Gold Yarrow St, Las Vegas, NV 89148-4809
4298096 +Current Homeowner, 536 Halloran Springs Rd, Las Vegas, NV 89148-4470
4297623 +Current Homeowner, 211 S Painted Mountain Dr, Las Vegas, NV 89148-2722
4298233 +Current Homeowner, 6741 Gold Yarrow St, Las Vegas, NV 89148-4809
4298236 +Current Homeowner, 6747 Gold Yarrow St, Las Vegas, NV 89148-4809
4298237 +Current Homeowner, 6748 Gold Yarrow St, Las Vegas, NV 89148-4809
4298098 +Current Homeowner, 537 Halloran Springs Rd, Las Vegas, NV 89148-4469
4298123 +Current Homeowner, 567 Halloran Springs Rd, Las Vegas, NV 89148-4469
4298152 +Current Homeowner, 597 Halloran Springs Rd, Las Vegas, NV 89148-4469
4297909 +Current Homeowner, 383 Cart Crossing Way, Las Vegas, NV 89148-5213
4298239 +Current Homeowner, 6753 Gold Yarrow St, Las Vegas, NV 89148-4810
4298240 +Current Homeowner, 6754 Gold Yarrow St, Las Vegas, NV 89148-4810
4298242 +Current Homeowner, 6759 Gold Yarrow St, Las Vegas, NV 89148-4810
4297620 +Current Homeowner, 2105 Forest View Ave, Hillsborough, CA 94010-6169
4298245 +Current Homeowner, 6765 Gold Yarrow St, Las Vegas, NV 89148-4810
4298110 +Current Homeowner, 549 Halloran Springs Rd, Las Vegas, NV 89148-4469
4298167 +Current Homeowner, 609 Halloran Springs Rd, Las Vegas, NV 89148-4469
4297881 +Current Homeowner, 375 Cart Crossing Way, Las Vegas, NV 89148-5213
4298246 +Current Homeowner, 6771 Gold Yarrow St, Las Vegas, NV 89148-4810
4298247 +Current Homeowner, 6772 Gold Yarrow St, Las Vegas, NV 89148-4810
4297485 +Current Homeowner, 16571 Flower Glen Dr, Hacienda Heights, CA 91745-3710
4298252 +Current Homeowner, 6783 Gold Yarrow St, Las Vegas, NV 89148-4810
4298254 +Current Homeowner, 6789 Gold Yarrow St, Las Vegas, NV 89148-4810
4298256 +Current Homeowner, 6790 Gold Yarrow St, Las Vegas, NV 89148-4810
4298258 +Current Homeowner, 6796 Gold Yarrow St, Las Vegas, NV 89148-4810
4298614 +Current Homeowner, 9611 N 16th Ave, Phoenix, AZ 85021-2126
4298010 Current Homeowner, 43 Ranchridge Dr NW, Calgary Alberta, Canada T3G 1, 00000
4297806 +Current Homeowner, 312 S Arroyo Dr Apt D, San Gabriel, CA 91776-4341
4298228 +Current Homeowner, 6726 Pastel Camellia St, Las Vegas, NV 89148-4811
4297332 +Current Homeowner, 101 Chateau Whistler Ct, Las Vegas, NV 89148-2728
4297385 +Current Homeowner, 121 Chateau Whistler Ct, Las Vegas, NV 89148-2728
4297433 +Current Homeowner, 141 Chateau Whistler Ct, Las Vegas, NV 89148-2728
4298610 +Current Homeowner, 947 Woodacre Dr, Boulder City, NV 89005-1145
4298230 +Current Homeowner, 6732 Pastel Camellia St, Las Vegas, NV 89148-4811
4298235 +Current Homeowner, 6744 Pastel Camellia St, Las Vegas, NV 89148-4811
4298238 +Current Homeowner, 6750 Pastel Camellia St, Las Vegas, NV 89148-4811
4297362 +Current Homeowner, 1112 Montana Ave Ste 381, Santa Monica, CA 90403-7218
4298244 +Current Homeowner, 6762 Pastel Camellia St, Las Vegas, NV 89148-4811
4297368 +Current Homeowner, 115 Chateau Whistler Ct, Las Vegas, NV 89148-2728
4297396 +Current Homeowner, 125 Chateau Whistler Ct, Las Vegas, NV 89148-2728
4298015 +Current Homeowner, 438 Alhambra Rd, South San Francisco, CA 94080-5615
4298249 +Current Homeowner, 6774 Pastel Camellia St, Las Vegas, NV 89148-4811
4297423 +Current Homeowner, 137 Chateau Whistler Ct, Las Vegas, NV 89148-2728
4298132 +Current Homeowner, 5760 Spring Mountain Rd, Las Vegas, NV 89146-8811
4297606 +Current Homeowner, 2075 Village Center Cir, Las Vegas, NV 89134-6251
4297376 +Current Homeowner, 118 Chateau Whistler Ct, Las Vegas, NV 89148-2730
4297347 +Current Homeowner, 10620 Southern Highlands Pkwy, Las Vegas, NV 89141-4371
4298241 +Current Homeowner, 6756 Pastel Carnelia St, Las Vegas, NV 89148-4811
4297350 +Current Homeowner, 109 Chateau Whistler Ct, Las Vegas, NV 89148-2728
4297402 +Current Homeowner, 129 Chateau Whistler Ct, Las Vegas, NV 89148-2728
4298625 +Current Homeowner, 997 Kennedy Blvd Ste A25, Orlando, FL 32810-6134
4297491 +Current Homeowner, 16835 Algonquin St # 481, Huntington Beach, CA 92649-3810
4297628 +Current Homeowner, 214 Galway Bay, Alameda, CA 94502-7927
4297604 +Current Homeowner, 2049 Century Park E Ste 2500, Los Angeles, CA 90067-3127
4298636 +Current Homeowner, PO Box 241547, Los Angeles, CA 90024-9347
4297852 +Current Homeowner, 35 E Horizon Ridge Pkwy, Ste 110, Henderson, NV 89002-7906
4297875 +Current Homeowner, 37 Hanford Rd, Stoneham, MA 02180-2116
4298527 Current Homeowner, 90 Panamount St N W, Calgary Alberta, Canada T3K0C
4298627 Current Homeowner, Las Vegas, NV 89000

4298029 +Current Homeowner, 4515 Copper Sage St Ste 100, Las Vegas, NV 89115-1881
4298080 +Current Homeowner, 520 Azores Cir, Bay Point, CA 94565-3035
4298037 +Current Homeowner, 470 Newberry Springs Dr, Las Vegas, NV 89148-4474
4298057 +Current Homeowner, 500 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298092 +Current Homeowner, 530 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298118 +Current Homeowner, 560 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298179 +Current Homeowner, 620 Newberry Springs Dr, Las Vegas, NV 89148-4476
4298204 +Current Homeowner, 650 Newberry Springs Dr, Las Vegas, NV 89148-4476
4298014 +Current Homeowner, 4350 Spring Mountain Rd # 106, Las Vegas, NV 89102-8706
4298048 +Current Homeowner, 491 Newberry Springs Dr, Las Vegas, NV 89148-4471
4298082 +Current Homeowner, 521 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298116 +Current Homeowner, 551 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298628 +Current Homeowner, PO Box 1382, Marina, CA 93933-1382
4297487 +Current Homeowner, 16623 Mount Michaelis Cir, Fountain Valley, CA 92708-2644
4298042 +Current Homeowner, 482 Newberry Springs Dr, Las Vegas, NV 89148-4474
4298074 +Current Homeowner, 512 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298103 +Current Homeowner, 542 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298162 +Current Homeowner, 602 Newberry Springs Dr, Las Vegas, NV 89148-4476
4298191 +Current Homeowner, 632 Newberry Springs Dr, Las Vegas, NV 89148-4476
4298061 +Current Homeowner, 503 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298094 +Current Homeowner, 533 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298049 +Current Homeowner, 494 Newberry Springs Dr, Las Vegas, NV 89148-4474
4298131 +Current Homeowner, 574 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298173 +Current Homeowner, 614 Newberry Springs Dr, Las Vegas, NV 89148-4476
4298199 +Current Homeowner, 644 Newberry Springs Dr, Las Vegas, NV 89148-4476
4298106 +Current Homeowner, 545 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298165 +Current Homeowner, 605 Newberry Springs Dr, Las Vegas, NV 89148-4473
4298377 +Current Homeowner, 7548 Hampton Ave Apt 302, West Hollywood, CA 90046-5538
4298038 +Current Homeowner, 476 Newberry Springs Dr, Las Vegas, NV 89148-4474
4298097 +Current Homeowner, 536 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298122 +Current Homeowner, 566 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298166 +Current Homeowner, 606 Newberry Springs Dr, Las Vegas, NV 89148-4476
4298185 +Current Homeowner, 626 Newberry Springs Dr, Las Vegas, NV 89148-4476
4297443 +Current Homeowner, 1457 E 8730 S, Sandy, UT 84093-1554
4297466 +Current Homeowner, 1599 Altham Ct, San Jose, CA 95132-1701
4298084 +Current Homeowner, 527 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298142 +Current Homeowner, 587 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298174 +Current Homeowner, 617 Newberry Springs Dr, Las Vegas, NV 89148-4473
4298629 +Current Homeowner, PO Box 145, Dulzura, CA 91917-0145
4298076 +Current Homeowner, 518 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298154 +Current Homeowner, 598 Newberry Springs Dr, Las Vegas, NV 89148-4475
4298193 +Current Homeowner, 638 Newberry Springs Dr, Las Vegas, NV 89148-4476
4297718 +Current Homeowner, 265 Oliver St, Daly City, CA 94014-1324
4298465 +Current Homeowner, 791 Aurora Way, Blythe, CA 92225-1350
4297876 +Current Homeowner, 37 Sundance Dr, Pomona, CA 91766-4874
4298065 +Current Homeowner, 509 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298100 +Current Homeowner, 539 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298125 +Current Homeowner, 569 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298155 +Current Homeowner, 599 Newberry Springs Dr, Las Vegas, NV 89148-4472
4298054 Current Homeowner, 496-52477 Highway 21, Sherwood Park Ab, CANADA T8A-6K2
4297349 +Current Homeowner, 1084 San Miguel Canyon Rd Apt J, Watsonville, CA 95076-9135
4297405 +Current Homeowner, 13 Candide St, Henderson, NV 89002-6533
4297495 +Current Homeowner, 17 Candide St, Henderson, NV 89002-6533
4297380 +Current Homeowner, 12 Cascade Lake St, Las Vegas, NV 89148-2791
4297639 +Current Homeowner, 22 Cascade Lake St, Las Vegas, NV 89148-2791
4297812 +Current Homeowner, 32 Cascade Lake St, Las Vegas, NV 89148-2791
4297999 +Current Homeowner, 42 Cascade Lake St, Las Vegas, NV 89148-2791
4298175 +Current Homeowner, 62 Cascade Lake St, Las Vegas, NV 89148-2791
4298346 +Current Homeowner, 72 Cascade Lake St, Las Vegas, NV 89148-2791
4298501 +Current Homeowner, 82 Cascade Lake St, Las Vegas, NV 89148-2791
4298537 +Current Homeowner, 92 Cascade Lake St, Las Vegas, NV 89148-2791
4298640 +Current Homeowner, PO Box 371357, Las Vegas, NV 89137-1357
4297678 +Current Homeowner, 24 W State St Apt 8, Granby, MA 01033-9466
4298019 Current Homeowner, 444 W 163rd St, Lawndale, CA 90260
4297535 +Current Homeowner, 1838 Esprit Ct, San Jose, CA 95131-3426
4298004 +Current Homeowner, 4265 W Post Rd, Las Vegas, NV 89118-3921
4298654 +Current Homeowner, PO Box 783, Kingman, AZ 86402-0783
4297657 +Current Homeowner, 228 Hookano St, Hilo, HI 96720-6215
4297348 +Current Homeowner, 1074 Delano St, San Lorenzo, CA 94580-1215
4297452 +Current Homeowner, 1513 71st St, Darien, IL 60561-3611
4297506 +Current Homeowner, 1730 Sacchetti Cir, Stockton, CA 95206-5660
4298533 +Current Homeowner, 9101 W Sahara Ave # 105-B34, Las Vegas, NV 89117-5772
4298634 +Current Homeowner, PO Box 174, Belmont, CA 94002-0174
4297822 Current Homeowner, 3248 Ribble Cresent, Oakville On L6M 0B1 Canada, 00000
4297325 +Current Homeowner, 10 Cobbs Creek Way, Las Vegas, NV 89148-4434
4297428 +Current Homeowner, 14 Cobbs Creek Way, Las Vegas, NV 89148-4434
4297524 +Current Homeowner, 18 Cobbs Creek Way, Las Vegas, NV 89148-4434
4297640 +Current Homeowner, 22 Cobbs Creek Way, Las Vegas, NV 89148-4434
4297708 +Current Homeowner, 26 Cobbs Creek Way, Las Vegas, NV 89148-4434
4297785 +Current Homeowner, 30 Cobbs Creek Way, Las Vegas, NV 89148-4434

4297834 +Current Homeowner, 34 Cobbs Creek Way, Las Vegas, NV 89148-4434
4297874 +Current Homeowner, 37 Cobbs Creek Way, Las Vegas, NV 89148-4435
4298637 +Current Homeowner, PO Box 2718, Daly City, CA 94017-2718
4297994 +Current Homeowner, 4119 121st St, Urbandale, IA 50323-2310
4297651 +Current Homeowner, 2224 Ocana Ave, Long Beach, CA 90815-2125
4297593 +Current Homeowner, 200 SW Elm St, Pullman, WA 99163-2923
4297588 +Current Homeowner, 2 Lakewood Cir, San Mateo, CA 94402-3972
4297619 +Current Homeowner, 21027 Comer Dr, Saratoga, CA 95070-3709
4298427 +Current Homeowner, 7831 W 95th St, Bloomington, MN 55438-2906
4298164 +Current Homeowner, 605 Kaimana St, Kahului, HI 96732-1908
4298385 +Current Homeowner, 760 Ricota Ct, Henderson, NV 89012-7205
4298030 +Current Homeowner, 459 S Azusa Ave Ste F, Azusa, CA 91702-4945
4298608 +Current Homeowner, 94-534 Hokuala St, Mililani, HI 96789-2314
4298356 +Current Homeowner, 73 Rock Run St, Las Vegas, NV 89148-2618
4298400 +Current Homeowner, 77 Rock Run St, Las Vegas, NV 89148-2618
4298505 +Current Homeowner, 83 Rock Run St, Las Vegas, NV 89148-2618
4298535 +Current Homeowner, 91-1048 Kaiau Ave # 16H, Kapolei, HI 96707-1996
4298002 +Current Homeowner, 420 Oberle Pl, Placentia, CA 92870-8226
4297802 +Current Homeowner, 310 County Rd, Demarest, NJ 07627-1112
4297784 +Current Homeowner, 3 Tall Ruff Dr, Las Vegas, NV 89148-5243
4297528 +Current Homeowner, 1812 Maple Park Dr W, Canton, MI 48188-4828
4298012 +Current Homeowner, 4330 Quail Run Ct, Danville, CA 94506-5842
4298102 +Current Homeowner, 54 Olimar Ave, Las Vegas, NV 89148-4461
4298178 +Current Homeowner, 62 Olimar Ave, Las Vegas, NV 89148-4461
4298421 +Current Homeowner, 78 Olimar Ave, Las Vegas, NV 89148-4461
4298515 +Current Homeowner, 86 Olimar Ave, Las Vegas, NV 89148-4461
4298604 +Current Homeowner, 94 Olimar Ave, Las Vegas, NV 89148-4461
4297841 +Current Homeowner, 3411 W River Dr, Mequon, WI 53097-1622
4298538 +Current Homeowner, 920 Haunani Pl, Wailuku, HI 96793-9662
4297354 Current Homeowner, 110 Weser Close, Edmonton Alberta Canada T6M2, 00000
4298462 +Current Homeowner, 790 Telfer Ln, Henderson, NV 89002-6542
4297939 +Current Homeowner, 390 Fringe Ruff Dr, Las Vegas, NV 89148-5206
4298189 +Current Homeowner, 63 Stearns Ln, Sudbury, MA 01776-1916
4298641 +Current Homeowner, PO Box 39459, Downey, CA 90239-0459
4298466 +Current Homeowner, 791 Telfer Ln, Henderson, NV 89002-6542
4298470 +Current Homeowner, 792 Telfer Ln, Henderson, NV 89002-6542
4297844 +Current Homeowner, 342 Fringe Ruff Dr, Las Vegas, NV 89148-5206
4298474 +Current Homeowner, 793 Telfer Ln, Henderson, NV 89002-6542
4298137 +Current Homeowner, 5800 Forbes Dr, Newark, CA 94560-3685
4297456 +Current Homeowner, 1549 Silver Ln, Diamond Bar, CA 91765-4037
4297617 +Current Homeowner, 21 Sahalee Dr, Las Vegas, NV 89148-2713
4298422 +Current Homeowner, 78 Sahalee Dr, Las Vegas, NV 89148-2712
4298503 +Current Homeowner, 82 Sahalee Dr, Las Vegas, NV 89148-2712
4298520 +Current Homeowner, 88 Sahalee Dr, Las Vegas, NV 89148-2712
4297717 +Current Homeowner, 2626 Simms Ave, Kingman, AZ 86401-5239
4297995 +Current Homeowner, 4121 Mantle Ave, N Las Vegas, NV 89084-2653
4298209 +Current Homeowner, 6615 Edna Ave, Las Vegas, NV 89146-5159
4298607 +Current Homeowner, 9449 Lawger Ave, Skokie, IL 60077-1272
4298208 +Current Homeowner, 6607 Babys Tear Pl, Las Vegas, NV 89148-4864
4298433 +Current Homeowner, 785 Telfer Ln, Henderson, NV 89002-6542
4298481 +Current Homeowner, 795 Telfer Ln, Henderson, NV 89002-6542
4297828 +Current Homeowner, 331 Forest Park Ct, Pacifica, CA 94044-1008
4298023 +Current Homeowner, 4464 Lone Tree Way, Antioch, CA 94531-7413
4298263 +Current Homeowner, 680 Vortex Ave, Henderson, NV 89002-6563
4298324 +Current Homeowner, 690 Vortex Ave, Henderson, NV 89002-6564
4298424 +Current Homeowner, 780 Vortex Ave, Henderson, NV 89002-6545
4297416 +Current Homeowner, 1341 W Medinah Ct, Anthem, AZ 85086-1981
4297795 +Current Homeowner, 306 Fringe Ruff Dr, Las Vegas, NV 89148-5206
4298212 +Current Homeowner, 6626 Babys Tear Pl, Las Vegas, NV 89148-4864
4298517 +Current Homeowner, 8663 W Sahara Ave, Las Vegas, NV 89117-5860
4297472 Current Homeowner, 161 Scanlon Hill N W, Calgary Alberta Canada T3L 1, 00000
4298487 +Current Homeowner, 797 Telfer Ln, Henderson, NV 89002-6542
4298268 +Current Homeowner, 681 Vortex Ave, Henderson, NV 89002-6563
4298326 +Current Homeowner, 691 Vortex Ave, Henderson, NV 89002-6564
4298467 +Current Homeowner, 791 Vortex Ave, Henderson, NV 89002-6547
4298215 +Current Homeowner, 6632 Babys Tear Pl, Las Vegas, NV 89148-4864
4298216 +Current Homeowner, 6633 Babys Tear Pl, Las Vegas, NV 89148-4864
4298630 +Current Homeowner, PO Box 1454, San Bruno, CA 94066-7454
4298452 +Current Homeowner, 788 Telfer Ln, Henderson, NV 89002-6542
4298274 +Current Homeowner, 682 Vortex Ave, Henderson, NV 89002-6563
4298471 +Current Homeowner, 792 Vortex Ave, Henderson, NV 89002-6547
4297855 +Current Homeowner, 350 Renton Ave S, Renton, WA 98057-6016
4297811 +Current Homeowner, 318 Fringe Ruff Dr, Las Vegas, NV 89148-5206
4298219 +Current Homeowner, 6644 Babys Tear Pl, Las Vegas, NV 89148-4864
4298456 +Current Homeowner, 789 Telfer Ln, Henderson, NV 89002-6542
4298283 +Current Homeowner, 683 Vortex Ave, Henderson, NV 89002-6563
4298475 +Current Homeowner, 793 Vortex Ave, Henderson, NV 89002-6547
4297934 +Current Homeowner, 389 Fringe Ruff Dr, Las Vegas, NV 89148-5276
4298360 +Current Homeowner, 7399 W Diablo Dr, Las Vegas, NV 89113-1158
4298327 +Current Homeowner, 694 Vortex Ave, Henderson, NV 89002-6564

4298430 +Current Homeowner, 784 Vortex Ave, Henderson, NV 89002-6545
4298478 +Current Homeowner, 794 Vortex Ave, Henderson, NV 89002-6547
4297668 +Current Homeowner, 2310 Antler Ave, Ventura, CA 93003-7036
4298588 +Current Homeowner, 9302 Lemon Mint Ct, Las Vegas, NV 89148-4815
4298590 +Current Homeowner, 9303 Lemon Mint Ct, Las Vegas, NV 89148-4815
4298303 +Current Homeowner, 685 Vortex Ave, Henderson, NV 89002-6563
4298482 +Current Homeowner, 795 Vortex Ave, Henderson, NV 89002-6547
4298598 +Current Homeowner, 9315 Lemon Mint Ct, Las Vegas, NV 89148-4815
4298309 +Current Homeowner, 686 Vortex Ave, Henderson, NV 89002-6564
4298328 +Current Homeowner, 696 Vortex Ave, Henderson, NV 89002-6564
4298439 +Current Homeowner, 786 Vortex Ave, Henderson, NV 89002-6545
4297779 +Current Homeowner, 292 Soggy Ruff Way, Las Vegas, NV 89148-5217
4297664 +Current Homeowner, 23 W 6th St, Antioch, CA 94509-1749
4298316 +Current Homeowner, 687 Vortex Ave, Henderson, NV 89002-6564
4298443 +Current Homeowner, 787 Vortex Ave, Henderson, NV 89002-6547
4297902 +Current Homeowner, 3811 Pecan Ct, Manvel, TX 77578-3223
4298251 +Current Homeowner, 678 Vortex Ave, Henderson, NV 89002-6563
4298318 +Current Homeowner, 688 Vortex Ave, Henderson, NV 89002-6564
4298453 +Current Homeowner, 788 Vortex Ave, Henderson, NV 89002-6547
4298489 +Current Homeowner, 798 Vortex Ave, Henderson, NV 89002-6547
4297585 +Current Homeowner, 19925 Ralph St, Walnut, CA 91789-2248
4297833 +Current Homeowner, 3395 S Jones Blvd # 31, Las Vegas, NV 89146-6729
4298255 +Current Homeowner, 679 Vortex Ave, Henderson, NV 89002-6563
4298320 +Current Homeowner, 689 Vortex Ave, Henderson, NV 89002-6564
4298458 +Current Homeowner, 789 Vortex Ave, Henderson, NV 89002-6547
4297851 +Current Homeowner, 35 Diamond Run St, Las Vegas, NV 89148-4416
4297990 +Current Homeowner, 41 Diamond Run St, Las Vegas, NV 89148-4416
4298008 +Current Homeowner, 43 Diamond Run St, Las Vegas, NV 89148-4416
4298529 +Current Homeowner, 9060 Stange Ave, Las Vegas, NV 89129-3607
4298621 +Current Homeowner, 980 W Pine Ave, Roselle, IL 60172-1867
4297730 +Current Homeowner, 272 Turtle Peak Ave, Las Vegas, NV 89148-2752
4297497 +Current Homeowner, 17015 Jeanette Ave, Cerritos, CA 90703-1214
4297769 +Current Homeowner, 287 Soggy Ruff Way, Las Vegas, NV 89148-5216
4297984 +Current Homeowner, 4027 W Avenue 41, Los Angeles, CA 90065-3730
4297800 +Current Homeowner, 31 Rancho Maria St, Las Vegas, NV 89148-2748
4298070 +Current Homeowner, 51 Rancho Maria St, Las Vegas, NV 89148-2748
4298172 +Current Homeowner, 61 Rancho Maria St, Las Vegas, NV 89148-2748
4298340 +Current Homeowner, 71 Rancho Maria St, Las Vegas, NV 89148-2748
4298499 +Current Homeowner, 81 Rancho Maria St, Las Vegas, NV 89148-2748
4298531 +Current Homeowner, 91 Rancho Maria St, Las Vegas, NV 89148-2748
4297773 +Current Homeowner, 288 Soggy Ruff Way, Las Vegas, NV 89148-5217
4297421 +Current Homeowner, 1350 E Flamingo Rd Ste 529, Las Vegas, NV 89119-5263
4297461 +Current Homeowner, 157 Pavon, Hercules, CA 94547-3754
4297541 +Current Homeowner, 1859 Canton Dr, Milpitas, CA 95035-6064
4297846 +Current Homeowner, 3429 Raven Ave, Las Vegas, NV 89139-8195
4297866 +Current Homeowner, 36 Blaven Dr, Henderson, NV 89002-6548
4297896 +Current Homeowner, 38 Blaven Dr, Henderson, NV 89002-6548
4297976 +Current Homeowner, 40 Blaven Dr, Henderson, NV 89002-6548
4297998 +Current Homeowner, 42 Blaven Dr, Henderson, NV 89002-6548
4298017 +Current Homeowner, 44 Blaven Dr, Henderson, NV 89002-6548
4298025 +Current Homeowner, 45 Blaven Dr, Henderson, NV 89002-6581
4298031 +Current Homeowner, 46 Blaven Dr, Henderson, NV 89002-6581
4298041 +Current Homeowner, 48 Blaven Dr, Henderson, NV 89002-6581
4298045 +Current Homeowner, 49 Blaven Dr, Henderson, NV 89002-6581
4298078 +Current Homeowner, 52 Blaven Dr, Henderson, NV 89002-6581
4298086 +Current Homeowner, 53 Blaven Dr, Henderson, NV 89002-6581
4298101 +Current Homeowner, 54 Blaven Dr, Henderson, NV 89002-6581
4298112 +Current Homeowner, 55 Blaven Dr, Henderson, NV 89002-6581
4298134 +Current Homeowner, 58 Blaven Dr, Henderson, NV 89002-6581
4298144 +Current Homeowner, 59 Blaven Dr, Henderson, NV 89002-6581
4298158 +Current Homeowner, 60 Blaven Dr, Henderson, NV 89002-6581
4298168 +Current Homeowner, 61 Blaven Dr, Henderson, NV 89002-6581
4298187 +Current Homeowner, 63 Blaven Dr, Henderson, NV 89002-6582
4298195 +Current Homeowner, 64 Blaven Dr, Henderson, NV 89002-6582
4298201 +Current Homeowner, 65 Blaven Dr, Henderson, NV 89002-6582
4298206 +Current Homeowner, 66 Blaven Dr, Henderson, NV 89002-6582
4298221 +Current Homeowner, 67 Blaven Dr, Henderson, NV 89002-6582
4298260 +Current Homeowner, 68 Blaven Dr, Henderson, NV 89002-6582
4298321 +Current Homeowner, 69 Blaven Dr, Henderson, NV 89002-6582
4298332 +Current Homeowner, 70 Blaven Dr, Henderson, NV 89002-6582
4298339 +Current Homeowner, 71 Blaven Dr, Henderson, NV 89002-6582
4298355 +Current Homeowner, 73 Blaven Dr, Henderson, NV 89002-6582
4298419 +Current Homeowner, 78 Blaven Dr, Henderson, NV 89002-6587
4298632 +Current Homeowner, PO Box 16665, Irvine, CA 92623-6665
4298192 +Current Homeowner, 6360 Cosmos St, Corona, CA 92880-3593
4297836 +Current Homeowner, 340 Tayman Park Ave, Las Vegas, NV 89148-2846
4297383 +Current Homeowner, 120 Macoby Run St, Las Vegas, NV 89148-2628
4297431 +Current Homeowner, 140 Macoby Run St, Las Vegas, NV 89148-2628
4297469 +Current Homeowner, 160 Macoby Run St, Las Vegas, NV 89148-2628
4297835 +Current Homeowner, 340 Ladies Tee Ct, Las Vegas, NV 89148-5275

4297388 +Current Homeowner, 121 Macoby Run St, Las Vegas, NV 89148-2629
4298090 +Current Homeowner, 530 Elden Dr NE, Atlanta, GA 30342-2036
4298643 +Current Homeowner, PO Box 45235, Phoenix, AZ 85064-5235
4298145 +Current Homeowner, 59 Giotto, Aliso Viejo, CA 92656-1486
4297858 +Current Homeowner, 351 Ladies Tee Ct, Las Vegas, NV 89148-5275
4297411 +Current Homeowner, 132 Macoby Run St, Las Vegas, NV 89148-2628
4297453 +Current Homeowner, 152 Macoby Run St, Las Vegas, NV 89148-2628
4297563 +Current Homeowner, 192 Macoby Run St, Las Vegas, NV 89148-2628
4298639 +Current Homeowner, PO Box 370694, Milwaukee, WI 53237-1794
4298650 +Current Homeowner, PO Box 62055, Boulder City, NV 89006-2055
4297861 +Current Homeowner, 352 Ladies Tee Ct, Las Vegas, NV 89148-5275
4297816 +Current Homeowner, 3225 Rivera St, San Francisco, CA 94116-1536
4297412 +Current Homeowner, 133 Macoby Run St, Las Vegas, NV 89148-2629
4298611 +Current Homeowner, 9544 Stone Oak Ct, Salinas, CA 93907-1144
4298642 +Current Homeowner, PO Box 4405, Chatsworth, CA 91313-4405
4297791 +Current Homeowner, 303 Ladies Tee Ct, Las Vegas, NV 89148-5275
4297537 +Current Homeowner, 184 Macoby Run St, Las Vegas, NV 89148-2628
4297842 +Current Homeowner, 3415 Vision Dr, Columbus, OH 43219-6009
4297397 +Current Homeowner, 125 Macoby Run St, Las Vegas, NV 89148-2629
4297530 +Current Homeowner, 1818 Saint Charles St, Alameda, CA 94501-1119
4298645 +Current Homeowner, PO Box 531421, Henderson, NV 89053-1421
4297483 +Current Homeowner, 16307 Alpine Pl, La Mirada, CA 90638-6529
4297897 +Current Homeowner, 380 Whitly Bay Ave, Las Vegas, NV 89148-2816
4297346 +Current Homeowner, 106 Cassia Way, Henderson, NV 89014-6415
4297809 +Current Homeowner, 315 Ladies Tee Ct, Las Vegas, NV 89148-5275
4297516 +Current Homeowner, 176 Macoby Run St, Las Vegas, NV 89148-2628
4298205 +Current Homeowner, 6571 W Oquendo Rd, Las Vegas, NV 89118-2523
4298119 +Current Homeowner, 5600 Groveland Rd, Holly, MI 48442-9494
4297883 +Current Homeowner, 376 Ladies Tee Ct, Las Vegas, NV 89148-5275
4298494 +Current Homeowner, 800 N Michigan Ave Apt 2301, Chicago, IL 60611-2150
4297857 +Current Homeowner, 3505 Bella Valencia Ct, Las Vegas, NV 89141-3523
4298050 Current Homeowner, 4940 Earl Gros Ave #1, Baton Roughe, LA 70820
4297824 +Current Homeowner, 327 Ladies Tee Ct, Las Vegas, NV 89148-5275
4297925 +Current Homeowner, 387 Ladies Tee Ct, Las Vegas, NV 89148-5275
4297400 +Current Homeowner, 128 Macoby Run St, Las Vegas, NV 89148-2628
4297669 +Current Homeowner, 2310 N Walnut Rd, Las Vegas, NV 89115-5344
4298157 +Current Homeowner, 6 Lakeview Vlg, Chillicothe, MO 64601-1296
4297825 +Current Homeowner, 328 Ladies Tee Ct, Las Vegas, NV 89148-5275
4297932 +Current Homeowner, 388 Ladies Tee Ct, Las Vegas, NV 89148-5275
4297336 +Current Homeowner, 1026 W Webster Rd, Royal Oak, MI 48073-3331
4298059 +Current Homeowner, 5002 Inker St, Houston, TX 77007-3359
4297556 +Current Homeowner, 1911 Alta Oaks Dr, Arcadia, CA 91006-1706
4297711 +Current Homeowner, 2600 Campeche Ct, San Ramon, CA 94583-2016
4297797 +Current Homeowner, 3081 Ashbourne Cir, San Ramon, CA 94583-9197
4298331 +Current Homeowner, 7 Wilson Ave, Dedham, MA 02026-5904
4298647 +Current Homeowner, PO Box 60793, Boulder City, NV 89006-0793
4297480 +Current Homeowner, 1624 Russet Dr, Eugene, OR 97401-1890
4298024 +Current Homeowner, 45 Bay Colony Dr, Westwood, MA 02090-2510
4298365 +Current Homeowner, 7480 Europa Dr, Sparks, NV 89436-2814
4297324 +Current Homeowner, 1 Pangloss St, Henderson, NV 89002-6537
4298056 +Current Homeowner, 5 Pangloss St, Henderson, NV 89002-6537
4298330 +Current Homeowner, 7 Pangloss St, Henderson, NV 89002-6538
4298493 +Current Homeowner, 8 Pangloss St, Henderson, NV 89002-6538
4298526 +Current Homeowner, 9 Pangloss St, Henderson, NV 89002-6538
4297364 +Current Homeowner, 1118 Brunswick St, Daly City, CA 94014-1153
4297810 +Current Homeowner, 3166 Marsh Creek, McCammon, ID 83250-1538
4298651 +Current Homeowner, PO Box 655, Van Nuys, CA 91408-0655
4298000 +Current Homeowner, 42 Cedar Ln Apt F3, Ossining, NY 10562-2424
4298006 +Current Homeowner, 429 Sand Beach Rd, Alameda, CA 94501-5947
4297441 +Current Homeowner, 14505 Figueras Rd, La Mirada, CA 90638-4405
4297394 +Current Homeowner, 12420 Windance Drive, Gulfport, MS 39503-7779
4297871 +Current Homeowner, 3620 Redwood Rd, Oakland, CA 94619-1609
4297832 +Current Homeowner, 337 Velino Ave, Las Vegas, NV 89123-7403
4297906 +Current Homeowner, 382 Broken Par Dr, Las Vegas, NV 89148-5211
4297335 +Current Homeowner, 1016 Stratford Rd, Deerfield, IL 60015-2821
4297799 +Current Homeowner, 31 Castle Creek Ct, Las Vegas, NV 89148-2721
4298648 +Current Homeowner, PO Box 608, Brownsville, CA 95919-0608
4297328 +Current Homeowner, 10 Quail Valley St, Las Vegas, NV 89148-5271
4298649 +Current Homeowner, PO Box 61186, Lafayette, LA 70596-1186
4297864 +Current Homeowner, 35794 Augustine Ct, Fremont, CA 94536-3301
4297859 +Current Homeowner, 3512 Wynn Rd, Las Vegas, NV 89103-1709
4297371 +Current Homeowner, 1156 Lexington Way, Livermore, CA 94550-7164
4297804 +Current Homeowner, 311 Arbour Garden Ave, Las Vegas, NV 89148-2766
4297808 +Current Homeowner, 3130 138th St Apt 3C, Flushing, NY 11354-2611
4297572 +Current Homeowner, 194 Strata Ave, Las Vegas, NV 89148-4449
4298140 +Current Homeowner, 5835 E Ridgemont Ct, Orange, CA 92869-6046
4298062 Current Homeowner, 506 Whitewood Crest, Saskatoon Sk S7J 4L1 Canada, 00000
4297501 +Current Homeowner, 1711 Langley Ave, Irvine, CA 92614-5679
4298337 +Current Homeowner, 7080 W Patrick Ln, Las Vegas, NV 89113-0200
4298020 +Current Homeowner, 4455 W Sunset Rd, Las Vegas, NV 89118-4321

4298325 +Current Homeowner, 6900 Beatrice Dr, Kalamazoo, MI 49009-9559
4297854 +Current Homeowner, 35 Voltaire Ave, Henderson, NV 89002-6553
4297877 +Current Homeowner, 37 Voltaire Ave, Henderson, NV 89002-6553
4297938 +Current Homeowner, 39 Voltaire Ave, Henderson, NV 89002-6553
4298011 +Current Homeowner, 43 Voltaire Ave, Henderson, NV 89002-6553
4298028 +Current Homeowner, 45 Voltaire Ave, Henderson, NV 89002-6553
4298036 +Current Homeowner, 47 Voltaire Ave, Henderson, NV 89002-6553
4298047 +Current Homeowner, 49 Voltaire Ave, Henderson, NV 89002-6553
4298072 +Current Homeowner, 51 Voltaire Ave, Henderson, NV 89002-6553
4298114 +Current Homeowner, 55 Voltaire Ave, Henderson, NV 89002-6553
4298129 +Current Homeowner, 57 Voltaire Ave, Henderson, NV 89002-6553
4298148 +Current Homeowner, 59 Voltaire Ave, Henderson, NV 89002-6553
4298370 +Current Homeowner, 750 Wigan Pier Dr, Henderson, NV 89002-6585
4298386 +Current Homeowner, 760 Wigan Pier Dr, Henderson, NV 89002-6586
4298402 +Current Homeowner, 770 Wigan Pier Dr, Henderson, NV 89002-6584
4298463 +Current Homeowner, 790 Wigan Pier Dr, Henderson, NV 89002-6583
4297327 +Current Homeowner, 10 Pangloss St, Henderson, NV 89002-6538
4297352 +Current Homeowner, 11 Pangloss St, Henderson, NV 89002-6538
4297406 +Current Homeowner, 13 Pangloss St, Henderson, NV 89002-6538
4297448 +Current Homeowner, 15 Pangloss St, Henderson, NV 89002-6538
4297467 +Current Homeowner, 16 Pangloss St, Henderson, NV 89002-6538
4297525 +Current Homeowner, 18 Pangloss St, Henderson, NV 89002-6538
4297549 +Current Homeowner, 19 Pangloss St, Henderson, NV 89002-6538
4297589 +Current Homeowner, 20 Pangloss St, Henderson, NV 89002-6538
4297616 +Current Homeowner, 21 Pangloss St, Henderson, NV 89002-6538
4297641 +Current Homeowner, 22 Pangloss St, Henderson, NV 89002-6539
4297659 +Current Homeowner, 23 Pangloss St, Henderson, NV 89002-6539
4297677 +Current Homeowner, 24 Pangloss St, Henderson, NV 89002-6539
4297690 +Current Homeowner, 25 Pangloss St, Henderson, NV 89002-6539
4297774 +Current Homeowner, 29 Pangloss St, Henderson, NV 89002-6539
4297826 +Current Homeowner, 33 Pangloss St, Henderson, NV 89002-6539
4297853 +Current Homeowner, 35 Pangloss St, Henderson, NV 89002-6539
4297991 +Current Homeowner, 41 Pangloss St, Henderson, NV 89002-6539
4298009 +Current Homeowner, 43 Pangloss St, Henderson, NV 89002-6539
4298027 +Current Homeowner, 45 Pangloss St, Henderson, NV 89002-6539
4298035 +Current Homeowner, 47 Pangloss St, Henderson, NV 89002-6540
4298069 +Current Homeowner, 51 Pangloss St, Henderson, NV 89002-6540
4298089 +Current Homeowner, 53 Pangloss St, Henderson, NV 89002-6540
4298113 +Current Homeowner, 55 Pangloss St, Henderson, NV 89002-6540
4298146 +Current Homeowner, 59 Pangloss St, Henderson, NV 89002-6540
4298171 +Current Homeowner, 61 Pangloss St, Henderson, NV 89002-6540
4298371 +Current Homeowner, 751 Wigan Pier Dr, Henderson, NV 89002-6585
4298387 +Current Homeowner, 761 Wigan Pier Dr, Henderson, NV 89002-6586
4298404 +Current Homeowner, 771 Wigan Pier Dr, Henderson, NV 89002-6584
4298468 +Current Homeowner, 791 Wigan Pier Dr, Henderson, NV 89002-6583
4297363 +Current Homeowner, 1112 Soto Pl, Placentia, CA 92870-5276
4297732 +Current Homeowner, 274 Caddy Bag Ct, Las Vegas, NV 89148-2699
4298388 +Current Homeowner, 7616 Capstick Ave, Las Vegas, NV 89129-5617
4298653 +Current Homeowner, PO Box 675423, Rancho Santa Fe, CA 92067-5423
4297444 +Current Homeowner, 14713 Bruce St, Bellflower, CA 90706-2817
4298390 +Current Homeowner, 762 Wigan Pier Dr, Henderson, NV 89002-6586
4298406 +Current Homeowner, 772 Wigan Pier Dr, Henderson, NV 89002-6584
4298426 +Current Homeowner, 782 Wigan Pier Dr, Henderson, NV 89002-6583
4298472 +Current Homeowner, 792 Wigan Pier Dr, Henderson, NV 89002-6583
4297764 +Current Homeowner, 285 Caddy Bag Ct, Las Vegas, NV 89148-2699
4297831 +Current Homeowner, 3355 N Five Mile Rd # 302, Boise, ID 83713-3925
4298361 +Current Homeowner, 743 Wigan Pier Dr, Henderson, NV 89002-6585
4298373 +Current Homeowner, 753 Wigan Pier Dr, Henderson, NV 89002-6585
4298408 +Current Homeowner, 773 Wigan Pier Dr, Henderson, NV 89002-6584
4297767 +Current Homeowner, 286 Caddy Bag Ct, Las Vegas, NV 89148-2699
4298184 +Current Homeowner, 6217 Anastasia St, Simi Valley, CA 93063-3709
4298659 +Current Homeowner, Psc 470 Box 2869, FPO, AP 96534-0470
4298414 +Current Homeowner, 777 N Rainbow Blvd Ste 250, Las Vegas, NV 89107-1187
4298362 +Current Homeowner, 744 Wigan Pier Dr, Henderson, NV 89002-6585
4298376 +Current Homeowner, 754 Wigan Pier Dr, Henderson, NV 89002-6586
4298392 +Current Homeowner, 764 Wigan Pier Dr, Henderson, NV 89002-6586
4298431 +Current Homeowner, 784 Wigan Pier Dr, Henderson, NV 89002-6583
4297653 +Current Homeowner, 2248 Tanger Ct, Union City, CA 94587-4627
4297743 +Current Homeowner, 277 Caddy Bag Ct, Las Vegas, NV 89148-2699
4298461 +Current Homeowner, 790 Craigmark Ct, Henderson, NV 89002-6580
4297591 +Current Homeowner, 200 Locust Valley Ave, Las Vegas, NV 89148-2635
4297665 +Current Homeowner, 230 Locust Valley Ave, Las Vegas, NV 89148-2635
4298379 +Current Homeowner, 755 Wigan Pier Dr, Henderson, NV 89002-6586
4298393 +Current Homeowner, 765 Wigan Pier Dr, Henderson, NV 89002-6586
4298410 +Current Homeowner, 775 Wigan Pier Dr, Henderson, NV 89002-6584
4298436 +Current Homeowner, 785 Wigan Pier Dr, Henderson, NV 89002-6583
4298484 +Current Homeowner, 795 Wigan Pier Dr, Henderson, NV 89002-6583
4297872 +Current Homeowner, 364 Sweeny St, San Francisco, CA 94134-1123
4297410 +Current Homeowner, 132 Cooks Creek Ct, Las Vegas, NV 89148-1260
4297771 +Current Homeowner, 2870 Cottonwood Dr, San Bruno, CA 94066-2624

4297498 +Current Homeowner, 17034 S Berendo Ave, Gardena, CA 90247-5735
4297484 +Current Homeowner, 16418 Bainbrook Ave, Cerritos, CA 90703-2304
4298413 +Current Homeowner, 776 Wigan Pier Dr, Henderson, NV 89002-6584
4298440 +Current Homeowner, 786 Wigan Pier Dr, Henderson, NV 89002-6583
4298486 +Current Homeowner, 796 Wigan Pier Dr, Henderson, NV 89002-6583
4298032 +Current Homeowner, 4600 Balboa St Apt A, San Francisco, CA 94121-2478
4298644 Current Homeowner, PO Box 4800050, Los Angeles, CA 90048
4298638 +Current Homeowner, PO Box 31511, Las Vegas, NV 89173-1511
4298656 +Current Homeowner, PO Box 98378, Las Vegas, NV 89193-8378
4298363 +Current Homeowner, 747 Wigan Pier Dr, Henderson, NV 89002-6585
4298381 +Current Homeowner, 757 Wigan Pier Dr, Henderson, NV 89002-6586
4298395 +Current Homeowner, 767 Wigan Pier Dr, Henderson, NV 89002-6584
4298416 +Current Homeowner, 777 Wigan Pier Dr, Henderson, NV 89002-6584
4298444 +Current Homeowner, 787 Wigan Pier Dr, Henderson, NV 89002-6583
4298001 +Current Homeowner, 420 Maloney Ct, Suisun City, CA 94585-4147
4298411 +Current Homeowner, 7752 Bear Ridge St, Las Vegas, NV 89113-4024
4297661 +Current Homeowner, 23 Quintessa Cir, Las Vegas, NV 89141-6054
4298143 +Current Homeowner, 59 Big Creek Ct, Las Vegas, NV 89148-2799
4298364 +Current Homeowner, 748 Wigan Pier Dr, Henderson, NV 89002-6585
4298382 +Current Homeowner, 758 Wigan Pier Dr, Henderson, NV 89002-6586
4298418 +Current Homeowner, 778 Wigan Pier Dr, Henderson, NV 89002-6584
4298454 +Current Homeowner, 788 Wigan Pier Dr, Henderson, NV 89002-6583
4297392 +Current Homeowner, 122 Corey Creek Ct, Las Vegas, NV 89148-2625
4298524 +Current Homeowner, 8959 La Manga Ave, Las Vegas, NV 89147-6022
4297652 +Current Homeowner, 224 Locust Valley Ave, Las Vegas, NV 89148-2635
4297538 +Current Homeowner, 1842 Birdie Ln, Henderson, NV 89074-1702
4298366 +Current Homeowner, 749 Wigan Pier Dr, Henderson, NV 89002-6585
4298384 +Current Homeowner, 759 Wigan Pier Dr, Henderson, NV 89002-6586
4298397 +Current Homeowner, 769 Wigan Pier Dr, Henderson, NV 89002-6584
4297393 +Current Homeowner, 123 Corey Creek Ct, Las Vegas, NV 89148-2625
4298646 +Current Homeowner, PO Box 5427, South San Francisco, CA 94083-5427
4298492 +Current Homeowner, 8 Lycett Cir, Daly City, CA 94015-2866
4298655 +Current Homeowner, PO Box 95697, Las Vegas, NV 89193-5697
4297898 +Current Homeowner, 3800 Heather Ave, Kingman, AZ 86401-3843
4297940 +Current Homeowner, 3901 Heather Ave, Kingman, AZ 86401-3840
4297941 +Current Homeowner, 3902 Heather Ave, Kingman, AZ 86401-3841
4297899 +Current Homeowner, 3805 Heather Ave, Kingman, AZ 86401-3846
4297900 +Current Homeowner, 3806 Heather Ave, Kingman, AZ 86401-3843
4297942 +Current Homeowner, 3907 Heather Ave, Kingman, AZ 86401-3840
4297943 +Current Homeowner, 3908 Heather Ave, Kingman, AZ 86401-3841
4297415 +Current Homeowner, 134 Corey Creek Ct, Las Vegas, NV 89148-2625
4298438 +Current Homeowner, 786 Craigmark Ct, Henderson, NV 89002-6580
4297492 +Current Homeowner, 169 Budd Ave, Campbell, CA 95008-4003
4297901 +Current Homeowner, 3811 Heather Ave, Kingman, AZ 86401-3846
4297903 +Current Homeowner, 3812 Heather Ave, Kingman, AZ 86401-3843
4297945 +Current Homeowner, 3913 Heather Ave, Kingman, AZ 86401-3840
4297946 +Current Homeowner, 3914 Heather Ave, Kingman, AZ 86401-3841
4297904 +Current Homeowner, 3817 Heather Ave, Kingman, AZ 86401-3846
4297905 +Current Homeowner, 3818 Heather Ave, Kingman, AZ 86401-3843
4297947 +Current Homeowner, 3919 Heather Ave, Kingman, AZ 86401-3840
4297636 +Current Homeowner, 2172 De Narvik Dr, Henderson, NV 89044-0466
4297425 +Current Homeowner, 138 Cooks Creek Ct, Las Vegas, NV 89148-1260
4297930 +Current Homeowner, 388 Ensign Ln, Redwood City, CA 94065-1004
4297931 +Current Homeowner, 388 Fieldstone Dr, Fremont, CA 94536-1588
4297468 +Current Homeowner, 16 Princeville Ln, Las Vegas, NV 89113-1345
4298441 +Current Homeowner, 787 Craigmark Ct, Henderson, NV 89002-6580
4298626 +Current Homeowner, 9975 Peace Way Unit 2084, Las Vegas, NV 89147-8268
4297948 +Current Homeowner, 3920 Heather Ave, Kingman, AZ 86401-3841
4297907 +Current Homeowner, 3823 Heather Ave, Kingman, AZ 86401-3846
4298496 +Current Homeowner, 804 Fiedale Ln, Garyslake, FL 60030-3201
4297949 +Current Homeowner, 3925 Heather Ave, Kingman, AZ 86401-3840
4297950 +Current Homeowner, 3926 Heather Ave, Kingman, AZ 86401-3841
4297908 +Current Homeowner, 3829 Heather Ave, Kingman, AZ 86401-3846
4297399 +Current Homeowner, 126 Corey Creek Ct, Las Vegas, NV 89148-2625
4297426 +Current Homeowner, 139 Cooks Creek Ct, Las Vegas, NV 89148-1260
4297737 +Current Homeowner, 27531 Courtview Dr, Valencia, CA 91354-1601
4298451 +Current Homeowner, 788 Craigmark Ct, Henderson, NV 89002-6580
4297911 +Current Homeowner, 3830 Heather Ave, Kingman, AZ 86401-3844
4297952 +Current Homeowner, 3931 Heather Ave, Kingman, AZ 86401-3840
4297953 +Current Homeowner, 3932 Heather Ave, Kingman, AZ 86401-3841
4297912 +Current Homeowner, 3835 Heather Ave, Kingman, AZ 86401-3846
4297913 +Current Homeowner, 3836 Heather Ave, Kingman, AZ 86401-3844
4297954 +Current Homeowner, 3937 Heather Ave, Kingman, AZ 86401-3840
4297955 +Current Homeowner, 3938 Heather Ave, Kingman, AZ 86401-3841
4298159 +Current Homeowner, 60 Boatworks Dr, Bayonne, NJ 07002-1245
4298200 +Current Homeowner, 6492 Applegate Ct, San Jose, CA 95119-1901
4297626 +Current Homeowner, 212 Margarita Ave, Palo Alto, CA 94306-2822
4298455 +Current Homeowner, 789 Craigmark Ct, Henderson, NV 89002-6580
4297462 +Current Homeowner, 1575 Boundary Peak Way, Las Vegas, NV 89135-1042
4297915 +Current Homeowner, 3841 Heather Ave, Kingman, AZ 86401-3846

4297916 +Current Homeowner, 3842 Heather Ave, Kingman, AZ 86401-3844
4297957 +Current Homeowner, 3943 Heather Ave, Kingman, AZ 86401-3840
4297917 +Current Homeowner, 3847 Heather Ave, Kingman, AZ 86401-3846
4297918 +Current Homeowner, 3848 Heather Ave, Kingman, AZ 86401-3844
4297958 +Current Homeowner, 3949 Heather Ave, Kingman, AZ 86401-3840
4298622 +Current Homeowner, 9823 Newville Ave, Downey, CA 90240-3530
4298177 +Current Homeowner, 62 Coolwater Rd, Bell Canyon, CA 91307-1005
4297586 +Current Homeowner, 2 Candide St, Henderson, NV 89002-6530
4297783 +Current Homeowner, 3 Candide St, Henderson, NV 89002-6530
4297975 +Current Homeowner, 4 Candide St, Henderson, NV 89002-6531
4298329 +Current Homeowner, 7 Candide St, Henderson, NV 89002-6532
4298491 +Current Homeowner, 8 Candide St, Henderson, NV 89002-6531
4298605 +Current Homeowner, 9405 Low Tide Ct, Las Vegas, NV 89117-0277
4297671 +Current Homeowner, 2325 Cockatoo Dr, N Las Vegas, NV 89084-3135
4298197 +Current Homeowner, 640 Cordova St, Daly City, CA 94014-1445
4297959 +Current Homeowner, 3950 Heather Ave, Kingman, AZ 86401-3842
4297919 +Current Homeowner, 3853 Heather Ave, Kingman, AZ 86401-3846
4297920 +Current Homeowner, 3854 Heather Ave, Kingman, AZ 86401-3844
4297960 +Current Homeowner, 3955 Heather Ave, Kingman, AZ 86401-3840
4297961 +Current Homeowner, 3956 Heather Ave, Kingman, AZ 86401-3842
4297921 +Current Homeowner, 3859 Heather Ave, Kingman, AZ 86401-3846
4297590 +Current Homeowner, 200 Duck Hollow Ave, Las Vegas, NV 89148-4420
4297724 +Current Homeowner, 270 Duck Hollow Ave, Las Vegas, NV 89148-4420
4297446 +Current Homeowner, 15 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4297614 +Current Homeowner, 21 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4297867 +Current Homeowner, 36 Chateau Whistler Ct, Las Vegas, NV 89148-2729
4297873 +Current Homeowner, 37 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4297989 +Current Homeowner, 41 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298018 +Current Homeowner, 44 Chateau Whistler Ct, Las Vegas, NV 89148-2729
4298026 +Current Homeowner, 45 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298046 +Current Homeowner, 49 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298126 +Current Homeowner, 57 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298169 +Current Homeowner, 61 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298202 +Current Homeowner, 65 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298322 +Current Homeowner, 69 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298398 +Current Homeowner, 77 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298498 +Current Homeowner, 81 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298510 +Current Homeowner, 85 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4298586 +Current Homeowner, 93 Chatean Whistler Ct, Las Vegas, NV 89148-2727
4298618 +Current Homeowner, 97 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4297922 +Current Homeowner, 3860 Heather Ave, Kingman, AZ 86401-3844
4297962 +Current Homeowner, 3961 Heather Ave, Kingman, AZ 86401-3840
4297963 +Current Homeowner, 3962 Heather Ave, Kingman, AZ 86401-3842
4297923 +Current Homeowner, 3865 Heather Ave, Kingman, AZ 86401-3846
4297924 +Current Homeowner, 3866 Heather Ave, Kingman, AZ 86401-3844
4297964 +Current Homeowner, 3967 Heather Ave, Kingman, AZ 86401-3840
4297965 +Current Homeowner, 3968 Heather Ave, Kingman, AZ 86401-3842
4297377 +Current Homeowner, 11839 River Rim Rd, San Diego, CA 92126-1150
4297700 +Current Homeowner, 25525 Jones Rd, Little Rock, AR 72223-9476
4297470 +Current Homeowner, 161 Duck Hollow Ave, Las Vegas, NV 89148-4431
4297553 +Current Homeowner, 191 Duck Hollow Ave, Las Vegas, NV 89148-4431
4297622 +Current Homeowner, 211 Duck Hollow Ave, Las Vegas, NV 89148-4421
4297713 +Current Homeowner, 261 Duck Hollow Ave, Las Vegas, NV 89148-4421
4298225 Current Homeowner, 6722 Doolittle Dr, Edwards, CA 93523
4297880 +Current Homeowner, 372 Grandover Ct, Las Vegas, NV 89148-2821
4298343 +Current Homeowner, 7137 Cressida Ct, Las Vegas, NV 89113-0249
4297427 +Current Homeowner, 14 Candlewyck Dr, Henderson, NV 89052-6654
4297357 +Current Homeowner, 1102 W 204th St, Torrance, CA 90502-1401
4297926 +Current Homeowner, 3871 Heather Ave, Kingman, AZ 86401-3846
4297927 +Current Homeowner, 3872 Heather Ave, Kingman, AZ 86401-3844
4297966 +Current Homeowner, 3973 Heather Ave, Kingman, AZ 86401-3840
4297967 +Current Homeowner, 3974 Heather Ave, Kingman, AZ 86401-3842
4297886 +Current Homeowner, 3775 Heather Ave, Kingman, AZ 86401-3849
4297887 +Current Homeowner, 3776 Heather Ave, Kingman, AZ 86401-3848
4297928 +Current Homeowner, 3877 Heather Ave, Kingman, AZ 86401-3846
4297929 +Current Homeowner, 3878 Heather Ave, Kingman, AZ 86401-3844
4297968 +Current Homeowner, 3979 Heather Ave, Kingman, AZ 86401-3840
4297561 +Current Homeowner, 192 Duck Hollow Ave, Las Vegas, NV 89148-4430
4297715 +Current Homeowner, 262 Duck Hollow Ave, Las Vegas, NV 89148-4420
4297398 +Current Homeowner, 12512 Mantilla Rd, San Diego, CA 92128-3010
4297631 +Current Homeowner, 2145 Francesco Ct, Livermore, CA 94550-2529
4297969 +Current Homeowner, 3980 Heather Ave, Kingman, AZ 86401-3842
4297889 +Current Homeowner, 3781 Heather Ave, Kingman, AZ 86401-3849
4297890 +Current Homeowner, 3782 Heather Ave, Kingman, AZ 86401-3848
4297970 +Current Homeowner, 3985 Heather Ave, Kingman, AZ 86401-3840
4297971 +Current Homeowner, 3986 Heather Ave, Kingman, AZ 86401-3842
4297891 +Current Homeowner, 3787 Heather Ave, Kingman, AZ 86401-3849
4297892 +Current Homeowner, 3788 Heather Ave, Kingman, AZ 86401-3848
4298104 +Current Homeowner, 5420 Lindsey Ln, Cypress, CA 90630-3764
4297790 +Current Homeowner, 303 Celebration Dr, Milpitas, CA 95035-8764

4298265 +Current Homeowner, 6806 Baby Jade Ct, Las Vegas, NV 89148-4838
4297504 +Current Homeowner, 173 Duck Hollow Ave, Las Vegas, NV 89148-4431
4297422 +Current Homeowner, 13642 Birchbark Ct, Orland Park, IL 60462-1752
4298341 +Current Homeowner, 7111 Montreal Dr, Lakeland, FL 33810-5377
4298077 +Current Homeowner, 5187 Briar Patch Way, Las Vegas, NV 89118-0319
4297972 +Current Homeowner, 3991 Heather Ave, Kingman, AZ 86401-3840
4297893 +Current Homeowner, 3793 Heather Ave, Kingman, AZ 86401-3849
4297894 +Current Homeowner, 3794 Heather Ave, Kingman, AZ 86401-3848
4297935 +Current Homeowner, 3895 Heather Ave, Kingman, AZ 86401-3847
4297936 +Current Homeowner, 3896 Heather Ave, Kingman, AZ 86401-3845
4297973 +Current Homeowner, 3998 Heather Ave, Kingman, AZ 86401-3842
4297895 +Current Homeowner, 3799 Heather Ave, Kingman, AZ 86401-3849
4297974 +Current Homeowner, 3999 Heather Ave, Kingman, AZ 86401-3840
4297845 +Current Homeowner, 3420 SW 185th Ave, Miramar, FL 33029-5872
4297699 +Current Homeowner, 254 Duck Hollow Ave, Las Vegas, NV 89148-4420
4297366 +Current Homeowner, 11329 Via Spiga Dr, Las Vegas, NV 89138-7566
4297673 +Current Homeowner, 23324 Alamos Ln, Newhall, CA 91321-3505
4298278 +Current Homeowner, 6824 Baby Jade Ct, Las Vegas, NV 89148-4838
4297457 +Current Homeowner, 155 Duck Hollow Ave, Las Vegas, NV 89148-4431
4297539 +Current Homeowner, 185 Duck Hollow Ave, Las Vegas, NV 89148-4431
4297685 +Current Homeowner, 245 Duck Hollow Ave, Las Vegas, NV 89148-4421
4297765 +Current Homeowner, 285 Duck Hollow Ave, Las Vegas, NV 89148-4421
4297988 +Current Homeowner, 406 Fynn Valley Dr, Las Vegas, NV 89148-4455
4297643 +Current Homeowner, 220 Rusty Plank Ave, Las Vegas, NV 89148-4442
4297459 +Current Homeowner, 1556 W 221st St, Torrance, CA 90501-4028
4298284 +Current Homeowner, 6830 Baby Jade Ct, Las Vegas, NV 89148-4838
4298286 +Current Homeowner, 6831 Baby Jade Ct, Las Vegas, NV 89148-4838
4298289 +Current Homeowner, 6836 Baby Jade Ct, Las Vegas, NV 89148-4838
4298291 +Current Homeowner, 6837 Baby Jade Ct, Las Vegas, NV 89148-4838
4297343 Current Homeowner, 10400 NE 881st St, Vancouver, WA 98662
4297575 +Current Homeowner, 196 Duck Hollow Ave, Las Vegas, NV 89148-4430
4297687 +Current Homeowner, 246 Duck Hollow Ave, Las Vegas, NV 89148-4420
4297768 +Current Homeowner, 286 Duck Hollow Ave, Las Vegas, NV 89148-4420
4297597 +Current Homeowner, 201 Rusty Plank Ave, Las Vegas, NV 89148-4443
4298107 +Current Homeowner, 5450 Wesleyan Ct, Las Vegas, NV 89113-1175
4298554 +Current Homeowner, 9256 Dames Rocket Pl, Las Vegas, NV 89148-4804
4298295 +Current Homeowner, 6842 Baby Jade Ct, Las Vegas, NV 89148-4838
4298297 +Current Homeowner, 6843 Baby Jade Ct, Las Vegas, NV 89148-4838
4298302 +Current Homeowner, 6849 Baby Jade Ct, Las Vegas, NV 89148-4838
4297986 +Current Homeowner, 405 Crystal Dr, Grants Pass, OR 97527-9404
4297488 +Current Homeowner, 167 Duck Hollow Ave, Las Vegas, NV 89148-4431
4297634 +Current Homeowner, 217 Duck Hollow Ave, Las Vegas, NV 89148-4421
4297744 +Current Homeowner, 277 Duck Hollow Ave, Las Vegas, NV 89148-4421
4297533 +Current Homeowner, 182 Rusty Plank Ave, Las Vegas, NV 89148-4440
4297600 +Current Homeowner, 202 Rusty Plank Ave, Las Vegas, NV 89148-4442
4297682 +Current Homeowner, 242 Rusty Plank Ave, Las Vegas, NV 89148-4442
4297756 +Current Homeowner, 282 Rusty Plank Ave, Las Vegas, NV 89148-4442
4297726 +Current Homeowner, 270 Spring Hollow Dr, Las Vegas, NV 89148-2502
4297401 +Current Homeowner, 128 Wellington Rd, Indianapolis, IN 46260-4253
4298561 +Current Homeowner, 9261 Dames Rocket Pl, Las Vegas, NV 89148-4804
4298563 +Current Homeowner, 9262 Dames Rocket Pl, Las Vegas, NV 89148-4804
4298565 +Current Homeowner, 9267 Dames Rocket Pl, Las Vegas, NV 89148-4804
4298567 +Current Homeowner, 9268 Dames Rocket Pl, Las Vegas, NV 89148-4804
4297490 +Current Homeowner, 168 Duck Hollow Ave, Las Vegas, NV 89148-4430
4297638 +Current Homeowner, 218 Duck Hollow Ave, Las Vegas, NV 89148-4420
4297676 +Current Homeowner, 238 Duck Hollow Ave, Las Vegas, NV 89148-4420
4297746 +Current Homeowner, 278 Duck Hollow Ave, Las Vegas, NV 89148-4420
4297568 +Current Homeowner, 193 Rusty Plank Ave, Las Vegas, NV 89148-4441
4297627 +Current Homeowner, 213 Rusty Plank Ave, Las Vegas, NV 89148-4443
4298574 +Current Homeowner, 9279 Dames Rocket Pl, Las Vegas, NV 89148-4805
4298310 +Current Homeowner, 6860 Baby Jade Ct, Las Vegas, NV 89148-4839
4298312 +Current Homeowner, 6866 Baby Jade Ct, Las Vegas, NV 89148-4839
4298314 +Current Homeowner, 6867 Baby Jade Ct, Las Vegas, NV 89148-4839
4297723 +Current Homeowner, 269 Duck Hollow Ave, Las Vegas, NV 89148-4421
4297571 +Current Homeowner, 194 Rusty Plank Ave, Las Vegas, NV 89148-4440
4297629 +Current Homeowner, 214 Rusty Plank Ave, Las Vegas, NV 89148-4442
4297733 +Current Homeowner, 274 Rusty Plank Ave, Las Vegas, NV 89148-4442
4297837 +Current Homeowner, 3408 Markridge Rd, La Crescenta, CA 91214-1137
4297757 +Current Homeowner, 282 Spring Hollow Dr, Las Vegas, NV 89148-2502
4298576 +Current Homeowner, 9285 Dames Rocket Pl, Las Vegas, NV 89148-4805
4297507 +Current Homeowner, 1734 N Ogden Dr, Los Angeles, CA 90046-2130
4297513 +Current Homeowner, 175 Rusty Plank Ave, Las Vegas, NV 89148-4441
4297601 +Current Homeowner, 203 Spring Hollow Dr, Las Vegas, NV 89148-2502
4297672 +Current Homeowner, 233 Spring Hollow Dr, Las Vegas, NV 89148-2502
4298579 +Current Homeowner, 9291 Dames Rocket Pl, Las Vegas, NV 89148-4805
4298581 +Current Homeowner, 9292 Dames Rocket Pl, Las Vegas, NV 89148-4805
4298583 +Current Homeowner, 9297 Dames Rocket Pl, Las Vegas, NV 89148-4805
4298591 +Current Homeowner, 9304 Perennial Ave, Las Vegas, NV 89148-4817
4297517 +Current Homeowner, 176 Rusty Plank Ave, Las Vegas, NV 89148-4440
4297721 +Current Homeowner, 266 Rusty Plank Ave, Las Vegas, NV 89148-4442

4298596 +Current Homeowner, 9310 Perennial Ave, Las Vegas, NV 89148-4817
4298597 +Current Homeowner, 9311 Perennial Ave, Las Vegas, NV 89148-4817
4297547 +Current Homeowner, 187 Rusty Plank Ave, Las Vegas, NV 89148-4441
4298601 +Current Homeowner, 9317 Perennial Ave, Las Vegas, NV 89148-4817
4297735 +Current Homeowner, 275 Spring Hollow Dr, Las Vegas, NV 89148-2502
4297341 +Current Homeowner, 10301 Hawk Ravine St, Las Vegas, NV 89178-3530
4297550 +Current Homeowner, 190 Lenape Heights Ave, Las Vegas, NV 89148-2604
4297642 +Current Homeowner, 220 Lenape Heights Ave, Las Vegas, NV 89148-2606
4297725 +Current Homeowner, 270 Lenape Heights Ave, Las Vegas, NV 89148-2606
4297548 +Current Homeowner, 188 Rusty Plank Ave, Las Vegas, NV 89148-4440
4297609 +Current Homeowner, 208 Rusty Plank Ave, Las Vegas, NV 89148-4442
4297704 +Current Homeowner, 258 Rusty Plank Ave, Las Vegas, NV 89148-4442
4298338 +Current Homeowner, 7092 Hawaii Kai Dr Apt 27, Honolulu, HI 96825-3162
4297577 +Current Homeowner, 196 Spring Hollow Dr, Las Vegas, NV 89148-2502
4297741 +Current Homeowner, 276 Spring Hollow Dr, Las Vegas, NV 89148-2502
4298513 +Current Homeowner, 8533 Ranchito Ave, Panorama City, CA 91402-3803
4297649 +Current Homeowner, 221 Lenape Heights Ave, Las Vegas, NV 89148-2607
4297714 +Current Homeowner, 261 Lenape Heights Ave, Las Vegas, NV 89148-2607
4297465 +Current Homeowner, 159 Rusty Plank Ave, Las Vegas, NV 89148-4441
4297655 +Current Homeowner, 226 Bobolink Way, Hercules, CA 94547-1527
4297702 +Current Homeowner, 257 Spring Hollow Dr, Las Vegas, NV 89148-2502
4297770 +Current Homeowner, 287 Spring Hollow Dr, Las Vegas, NV 89148-2502
4297654 +Current Homeowner, 22526 Porter St, Novi, MI 48374-3732
4298623 +Current Homeowner, 9845 Masterful Dr, Las Vegas, NV 89148-4535
4297716 +Current Homeowner, 262 Lenape Heights Ave, Las Vegas, NV 89148-2606
4298450 +Current Homeowner, 788 Antiquity Dr, Fairfield, CA 94534-6613
4298555 +Current Homeowner, 9257 Blue Flax Pl, Las Vegas, NV 89148-4802
4297610 +Current Homeowner, 208 Spring Hollow Dr, Las Vegas, NV 89148-2502
4297705 +Current Homeowner, 258 Spring Hollow Dr, Las Vegas, NV 89148-2502
4297750 +Current Homeowner, 28 Saraceno, Newport Coast, CA 92657-1306
4298547 +Current Homeowner, 9250 Perennial Ave, Las Vegas, NV 89148-4816
4297698 +Current Homeowner, 253 Lenape Heights Ave, Las Vegas, NV 89148-2607
4298459 +Current Homeowner, 79 Dorado Ter, San Francisco, CA 94112-1752
4298562 +Current Homeowner, 9262 Blue Flax Pl, Las Vegas, NV 89148-4802
4298566 +Current Homeowner, 9268 Blue Flax Pl, Las Vegas, NV 89148-4802
4298585 +Current Homeowner, 9299 Blue Fax Pl, Las Vegas, NV 89148-4803
4297387 +Current Homeowner, 121 Hazelmere Ln, Las Vegas, NV 89148-2709
4297408 +Current Homeowner, 131 Hazelmere Ln, Las Vegas, NV 89148-2709
4297527 +Current Homeowner, 181 Hazelmere Ln, Las Vegas, NV 89148-2709
4297554 +Current Homeowner, 191 Hazelmere Ln, Las Vegas, NV 89148-2709
4297574 +Current Homeowner, 195 Paxton Hollow Ct, Las Vegas, NV 89148-2633
4297686 +Current Homeowner, 245 Lenape Heights Ave, Las Vegas, NV 89148-2607
4298577 +Current Homeowner, 9287 Blue Flax Pl, Las Vegas, NV 89148-4803
4298217 +Current Homeowner, 6638 S Dapple Gray Rd, Las Vegas, NV 89148-4800
4297345 +Current Homeowner, 105 N Main St, Grant Park, IL 60940-7106
4298619 +Current Homeowner, 9705 Washburn Rd, Downey, CA 90241-5616
4297450 +Current Homeowner, 1510 Crestwood Dr, San Bruno, CA 94066-1910
4298073 +Current Homeowner, 5109 Stonewood Dr, Riverside, CA 92506-1556
4297684 +Current Homeowner, 2448 Pepperdale Dr, Rowland Heights, CA 91748-5000
4298580 +Current Homeowner, 9291 Perennial Ave, Las Vegas, NV 89148-4817
4297745 +Current Homeowner, 277 Lenape Heights Ave, Las Vegas, NV 89148-2607
4298584 +Current Homeowner, 9297 Perennial Ave, Las Vegas, NV 89148-4817
4298115 +Current Homeowner, 550 Foster Springs Rd, Las Vegas, NV 89148-4467
4298136 +Current Homeowner, 580 Foster Springs Rd, Las Vegas, NV 89148-4467
4297608 +Current Homeowner, 208 Lenape Heights Ave, Las Vegas, NV 89148-2606
4297847 +Current Homeowner, 3430 Bunkerhill Dr # A, N Las Vegas, NV 89032-6011
4297814 +Current Homeowner, 321 Foster Springs Rd, Las Vegas, NV 89148-4478
4297796 +Current Homeowner, 3070 Blue Heron Trce, Medina, OH 44256-6363
4297521 +Current Homeowner, 179 Lenape Heights Ave, Las Vegas, NV 89148-2605
4297611 +Current Homeowner, 209 Lenape Heights Ave, Las Vegas, NV 89148-2607
4298093 +Current Homeowner, 532 Foster Springs Rd, Las Vegas, NV 89148-4467
4298121 +Current Homeowner, 562 Foster Springs Rd, Las Vegas, NV 89148-4467
4298190 +Current Homeowner, 6311 Arrowhead Pl, Los Angeles, CA 90068-1664
4297505 +Current Homeowner, 173 Williamsburg Ct, Albany, NY 12203-5507
4297862 +Current Homeowner, 353 Foster Springs Rd, Las Vegas, NV 89148-4478
4297587 +Current Homeowner, 2 Cascade Lake St, Las Vegas, NV 89148-2791
4298130 +Current Homeowner, 574 Foster Springs Rd, Las Vegas, NV 89148-4467
4298151 +Current Homeowner, 594 Foster Springs Rd, Las Vegas, NV 89148-4467
4297432 +Current Homeowner, 1400 S Lake Park Ave Ste 300, Hobart, IN 46342-6791
4297417 +Current Homeowner, 1345 Carlton Drive, Glendale, CA 91205-1420
4298612 +Current Homeowner, 9562 Lower Azusa Rd, Temple City, CA 91780-4224
4298150 +Current Homeowner, 5913 Amber Station Ave, Las Vegas, NV 89131-2093
4297612 +Current Homeowner, 209 W Highland Dr, Oconto Falls, WI 54154-1014
4298198 +Current Homeowner, 640 E Horizon Dr, Henderson, NV 89015-8467
4297794 +Current Homeowner, 305 Foster Springs Rd, Las Vegas, NV 89148-4478
4297987 +Current Homeowner, 405 Foster Springs Rd, Las Vegas, NV 89148-4468
4298013 +Current Homeowner, 435 Foster Springs Rd, Las Vegas, NV 89148-4468
4298051 +Current Homeowner, 495 Foster Springs Rd, Las Vegas, NV 89148-4468
4298075 +Current Homeowner, 515 Foster Springs Rd, Las Vegas, NV 89148-4477
4298105 +Current Homeowner, 545 Foster Springs Rd, Las Vegas, NV 89148-4477

4298336 +Current Homeowner, 7078 Montcliff Ave, Las Vegas, NV 89147-4430
4298053 +Current Homeowner, 496 Foster Springs Rd, Las Vegas, NV 89148-4466
4298083 +Current Homeowner, 526 Foster Springs Rd, Las Vegas, NV 89148-4467
4298141 +Current Homeowner, 586 Foster Springs Rd, Las Vegas, NV 89148-4467
4297353 +Current Homeowner, 11 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4297618 +Current Homeowner, 21 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4297801 +Current Homeowner, 31 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4297992 +Current Homeowner, 41 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4298071 +Current Homeowner, 51 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4298079 +Current Homeowner, 52 Sunshine Coast Ln, Las Vegas, NV 89148-2731
4298500 +Current Homeowner, 81 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4298532 +Current Homeowner, 91 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4298609 +Current Homeowner, 947 12th Ave, Honolulu, HI 96816-2250
4298039 +Current Homeowner, 477 Foster Springs Rd, Las Vegas, NV 89148-4468
4298652 +Current Homeowner, PO Box 670, Lincoln City, OR 97367-0670
4297580 +Current Homeowner, 19858 Parthenia St, Northridge, CA 91324-3334
4297451 +Current Homeowner, 15105 Matisse Cir, La Mirada, CA 90638-4733
4298040 +Current Homeowner, 478 Foster Springs Rd, Las Vegas, NV 89148-4466
4298063 +Current Homeowner, 508 Foster Springs Rd, Las Vegas, NV 89148-4467
4298124 +Current Homeowner, 568 Foster Springs Rd, Las Vegas, NV 89148-4467
4298153 +Current Homeowner, 598 Foster Springs Rd, Las Vegas, NV 89148-4467
4297738 +Current Homeowner, 2757 Lodestone Dr, Las Vegas, NV 89117-2462
4298544 +Current Homeowner, 924 Woodspring Pl, Diamond Bar, CA 91765-4385
4297933 +Current Homeowner, 389 Foster Springs Rd, Las Vegas, NV 89148-4478
4298507 +Current Homeowner, 837 Gellert Blvd, Daly City, CA 94015-2853
4297508 +Current Homeowner, 1736 E Charleston Blvd # 122, Las Vegas, NV 89104-7900
4297885 +Current Homeowner, 377 Tranquil Ln, Oak Park, CA 91377-3848
4297613 +Current Homeowner, 20913 Costanso St, Woodland Hills, CA 91364-2328
4298055 +Current Homeowner, 498 N Abbott Ave, Milpitas, CA 95035-4202
4297523 +Current Homeowner, 18 Celestine Cir, Ladera Ranch, CA 92694-0829
4298460 +Current Homeowner, 790 Alder Green Ave, Henderson, NV 89002-6541
4297681 +Current Homeowner, 241 Marcella Way, Millbrae, CA 94030-3020
4297788 +Current Homeowner, 301 Lakewood Garden Dr, Las Vegas, NV 89148-2736
4297648 +Current Homeowner, 221 Drysdale Cir, Henderson, NV 89074-4100
4298539 +Current Homeowner, 9211 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4298540 +Current Homeowner, 9217 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4298003 +Current Homeowner, 42410 N 46th Ln, Phoenix, AZ 85086-1410
4298464 +Current Homeowner, 791 Alder Green Ave, Henderson, NV 89002-6541
4298525 +Current Homeowner, 9 Legend Hills Dr, Edgewater, NJ 07020-2123
4297879 +Current Homeowner, 3709 Andreen Ln, Spring Valley, CA 91977-2402
4298541 +Current Homeowner, 9223 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4298542 +Current Homeowner, 9229 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4297751 +Current Homeowner, 2801 S Valley View Blvd Ste 10, Las Vegas, NV 89102-0116
4298593 +Current Homeowner, 9308 Bearded Iris Ave, Las Vegas, NV 89148-4865
4298504 +Current Homeowner, 8227 Heather Rock Ct, Las Vegas, NV 89117-7631
4298469 +Current Homeowner, 792 Alder Green Ave, Henderson, NV 89002-6541
4298615 +Current Homeowner, 9624 Creemore Dr, Tujunga, CA 91042-3414
4298543 +Current Homeowner, 9235 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4298600 +Current Homeowner, 9316 Bearded Iris Ave, Las Vegas, NV 89148-4865
4298342 +Current Homeowner, 7129 NE Antioch Rd, Gladstone, MO 64119-1200
4298473 +Current Homeowner, 793 Alder Green Ave, Henderson, NV 89002-6541
4298516 +Current Homeowner, 8603 Eileen St, Spring Valley, CA 91977-3817
4298545 +Current Homeowner, 9241 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4297817 +Current Homeowner, 323 Montserrat Dr, Redwood City, CA 94065-2807
4298546 +Current Homeowner, 9247 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4298602 +Current Homeowner, 9324 Bearded Iris Ave, Las Vegas, NV 89148-4865
4297944 +Current Homeowner, 3912 Monte Sereno Ter, Fremont, CA 94539-8319
4297688 +Current Homeowner, 2461 E Orangethorpe Ave Ste 200, Fullerton, CA 92831-5302
4298099 +Current Homeowner, 537 Marina Blvd, San Francisco, CA 94123-1021
4298428 +Current Homeowner, 784 Alder Green Ave, Henderson, NV 89002-6541
4298477 +Current Homeowner, 794 Alder Green Ave, Henderson, NV 89002-6541
4297656 +Current Homeowner, 2261 Market St # 329, San Francisco, CA 94114-1600
4298551 +Current Homeowner, 9253 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4298558 +Current Homeowner, 9259 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4298480 +Current Homeowner, 795 Alder Green Ave, Henderson, NV 89002-6541
4298490 +Current Homeowner, 79844 Dandelion Dr, La Quinta, CA 92253-4005
4298060 +Current Homeowner, 5011 Pachic Village Dr, Carpinteria, CA 93013-1415
4298182 +Current Homeowner, 621 Augustina Pl, Chula Vista, CA 91910-7906
4298564 +Current Homeowner, 9265 Tulip Trestle Ave, Las Vegas, NV 89148-4840
4297395 +Current Homeowner, 12474 Sumner Dr, Saratoga, CA 95070-3835
4298437 +Current Homeowner, 786 Alder Green Ave, Henderson, NV 89002-6541
4298485 +Current Homeowner, 796 Alder Green Ave, Henderson, NV 89002-6541
4297645 +Current Homeowner, 22039 Londelius St, West Hills, CA 91304-1357
4297340 +Current Homeowner, 10300 Christine Pl, Chatsworth, CA 91311-1917
4297679 +Current Homeowner, 2406 Hardin Ridge Dr, Henderson, NV 89052-7083
4298553 +Current Homeowner, 9255 Bearded Iris Ave, Las Vegas, NV 89148-4865
4298007 +Current Homeowner, 43 Back Spin Ct, Las Vegas, NV 89148-5240
4297776 +Current Homeowner, 2908 English Rd, Chino Hills, CA 91709-1501
4298348 +Current Homeowner, 721 Jane Eyre Pl, Henderson, NV 89002-0504
4298560 +Current Homeowner, 9261 Bearded Iris Ave, Las Vegas, NV 89148-4865

4298449 +Current Homeowner, 788 Alder Green Ave, Henderson, NV 89002-6541
4298488 +Current Homeowner, 798 Alder Green Ave, Henderson, NV 89002-6541
4297667 +Current Homeowner, 231 Royal Wood Ct, Las Vegas, NV 89148-2726
4297557 +Current Homeowner, 19116 NE 203rd Ct, Woodinville, WA 98077-8886
4298518 +Current Homeowner, 8694 Mesquite Hills St, Las Vegas, NV 89139-6843
4298568 +Current Homeowner, 9270 Bearded Iris Ave, Las Vegas, NV 89148-4865
4298573 +Current Homeowner, 9278 Bearded Iris Ave, Las Vegas, NV 89148-4865
4298512 +Current Homeowner, 8530 Gagnier Blvd, Las Vegas, NV 89113-5200
4297868 +Current Homeowner, 3616 Morningside Dr, El Sobrante, CA 94803-2126
4298587 +Current Homeowner, 9301 Orchid Pansy Ave, Las Vegas, NV 89148-4808
4298589 +Current Homeowner, 9302 Orchid Pansy Ave, Las Vegas, NV 89148-4808
4298592 +Current Homeowner, 9307 Orchid Pansy Ave, Las Vegas, NV 89148-4808
4298599 +Current Homeowner, 9315 Orchid Pansy Ave, Las Vegas, NV 89148-4808
4298582 +Current Homeowner, 9294 Bearded Iris Ave, Las Vegas, NV 89148-4865
4297720 +Current Homeowner, 2657 Windmill Pkwy # 225, Henderson, NV 89074-3384
4297793 +Current Homeowner, 3047 Via Sarafina Dr, Henderson, NV 89052-4031
4298661 +Curtis & Sharon Enk, 9750 Marcelline Ave, Las Vegas, NV 89148-5752
4298662 +Curtis Ching, 98-1234 Iliee Pl, Aiea, HI 96701-3463
4298663 +Curtis Family, 7530 Red Cinder St, Las Vegas, NV 89131-3369
4298664 +Curtis Steel, 4565 Wynn Rd., Las Vegas, NV 89103-5311
4298666 +Cushman & Wakefield Texas,Inc., 1330 Post Oak Boulevard, Suite 2700, Houston, TX 77056-3054
4298665 +Cushman & Wakefield of Arizona, Valuation Services, 2525 East Camelback Road, St 1000, Phoenix, AZ 85016-4232
4642896 +Cushman Wakefield Texas Inc, Attn Bankruptcy Desk/Managing Agent, 1330 Post Oak Boulevard, Suite 2700, Houston TX 77056-3054
4642895 +Cushman Wakefield of Nevada, Attn Bankruptcy Desk/Managing Agent, Valuation Services, 2525 East Camelback Rd Ste 1000, Phoenix AZ 85016-4232
4298668 +Custom Access Systems, 2255 Crestline Loop, North Las Vegas, NV 89030-4101
4642897 +Custom Access Systems, Attn Bankruptcy Desk/Managing Agent, 2255 Crestline Loop, North Las Vegas NV 89030-4101
4642898 Custom Asphalt Paving, Attn Bankruptcy Desk/Managing Agent, 5815 Emerald Avenue, Las Vegas NV 89122-7304
4642899 +Custom Benefit Consultants, Attn Bankruptcy Desk/Managing Agent, 7660 W Cheyenne Suite 109, Las Vegas NV 89129-6758
4298669 +Custom Furniture Rental, PO Box 270037, 273 S. Martin Luther King Blvd., Las Vegas, NV 89106-4307
4642900 +Custom Furniture Rental, Attn Bankruptcy Desk/Managing Agent, P O Box 270037, 301 S Martin Luther King Blvd, Las Vegas NV 89106-4310
4642901 +Custom Hearth Dist Inc, Attn Bankruptcy Desk/Managing Agent, ChristianLeCates, P O Box 335367, N Las Vegas NV 89033-5367
4298670 +Custom Hearth Dist.,Inc., PO Box 335367, N. Las Vegas, NV 89033-5367
4642902 +Custom Insulation LLC, Attn Bankruptcy Desk/Managing Agent, 2255 Crestline Loop, N Las Vegas NV 89030-4101
4298671 +Custom Netting, 3990 W. Dewey Dr. No 4, Las Vegas, NV 89118-2345
4642903 +Custom Netting, Attn Bankruptcy Desk/Managing Agent, Marvin Miranda, 3990 W Dewey Dr 4, Las Vegas NV 89118-2345
4298672 +Custom Specialties, 2255 Crestline Loop, N. Las Vegas, NV 89030-4101
4642904 +Custom Specialties, Attn Bankruptcy Desk/Managing Agent, 2255 Crestline Loop, N Las Vegas NV 89030-4101
4642905 +Custom Stone, Attn Bankruptcy Desk/Managing Agent, Jamie or Terrie, 3816 Civic Center Drive, N Las Vegas NV 89030-7524
4298674 +Cutting Edge Supply, 234 E. O Street, Colton, CA 92324-3400
4298677 +Cybul, Danielle, 9100 West Flamingo Road No 1047, Las Vegas, NV 89147-6400
4298678 +Cynthia Hunter, 1024 Via Canale Dr, Henderson, NV 89011-0802
4298679 +Cynthia Owens-Thompson, 9460 Los Cotos Ct, Las Vegas, NV 89147-8203
4298680 +Cynthia Tafoya, 6816 Williams Island Ct, Las Vegas, NV 89131-1770
4298681 Cypresstree Investment Management Company, DTCC New York Window, Plaza Level 3rd Floor, New York, NY 10010
4298683 D & B, 75 Remittance Drive, Suite 1793, Chicago, IL 60675-1793
4642907 D B, Attn Bankruptcy Desk/Managing Agent, 75 Remittance Drive Suite 1793, Chicago IL 60675-1793
4642908 +D Best Tub Shower Repairs, Attn Bankruptcy Desk/Managing Agent, 5926 Red Rock Circle, Las Vegas NV 89103-0130
4298686 +D D M Properties LLC, 425 Anten Gulley Ct, Las Vegas, NV 89148-2805
4298687 +D Family, 2126 Orchard Mist St, Las Vegas, NV 89135-1562
4642910 +D K Landscape, Attn Bankruptcy Desk/Managing Agent, 4021 E Patrick Lane, Las Vegas NV 89120-3906
4642911 +D L Engineering Controls Inc, Attn Bankruptcy Desk/Managing Agent, 3550 N Central Ave, Suite 1900, Phoenix AZ 85012-2131
4642912 +D L Landscape, Attn Bankruptcy Desk/Managing Agent, 1712 Afton Dr, Las Vegas NV 89117-9023
4298688 +D LPaws LLC, 3993 Howard Hughes Pkwy Ste 830, Las Vegas, NV 89169-5950
4642913 +D Lighted, Attn Bankruptcy Desk/Managing Agent, 5046 Spanish Hills Drive, Las Vegas NV 89148-1402
4642914 D M Babij Welding, Attn Bankruptcy Desk/Managing Agent, P O Box 620092, Las Vegas NV 89162-0092
4298689 +D S C Holdings LLC, 2106 Sewee Indian Ct, Mt Pleasant, SC 29466-8054
4642915 +D Style, Attn Bankruptcy Desk/Managing Agent, c/o Quantum Resources, 13030 Inglewood Ave 200, Hawthorne CA 90250-5177
4298690 +D W Turner Public Relations, 400 Gold Ave SW Suite 700, Albuquerque, NM 87102-3261

4642916 +D W Turner Public Relations, Attn Bankruptcy Desk/Managing Agent, 400 Gold Ave SW Suite 700, Albuquerque NM 87102-3261
4298684 +D and N Nevada Holdings LLC, 3993 Howard Hughes Pkwy Ste 830, Las Vegas, NV 89169-5950
4298685 +D and S Castings Inc, 300 Whitehead Rd, Hamilton, NJ 08619-3253
4298843 +D-Best Tub & Shower Repairs, 5926 Red Rock Circle, Las Vegas, NV 89103-0130
4299037 +D-Lighted, 5046 Spanish Hills Drive, Las Vegas, NV 89148-1402
4298691 D.M. Babij Welding, PO Box 620092, Las Vegas, NV 89162-0092
4298693 +DAB Enterprises LLC, No 395, 7650 S. McClintock Dr. Suite 103, Tempe, AZ 85284-1673
4642917 +DAB Enterprises LLC, Attn Bankruptcy Desk/Managing Agent, 395, 7650 S McClintock Dr Suite 103, Tempe AZ 85284-1673
4797469 +DANA KEPNER COMPANY, ATTN: DAVID A. COLVIN, ESQ., MARQUIS & AURBACH, 10001 PARK RUN DRIVE, LAS VEGAS, NV 89145-8857
4298758 +DAQEM, 500 S. Grand Central Pkwy, PO Box 555210, Las Vegas, NV 89155-4502
4642935 +DAQEM, Attn Bankruptcy Desk/Managing Agent, 500 S Grand Central Pkwy, PO Box 555210, Las Vegas NV 89155-4502
5095947 +DAVID AND CHRISTINE FROHNEN, 11 ISLEWORTH DR, HENDERSON, NV 89052-6458
4298840 +DBA/AC Mobile Repair, 21262 Lemon Tree Lane, Huntington Beach, CA 92646-7544
4298841 +DBA/Agilaire, LLC, 1023 Chestnut Stree, Redwood City, CA 94063-2515
4298842 +DBA/CE Customs, 2430 Mohave Trail, Golden Valley, AZ 86413-9551
4642962 +DBR Enterprises, Attn Bankruptcy Desk/Managing Agent, 3639 El Toro, Las Vegas NV 89121-3553
4298846 +DC Installation Corp, 6185 S. Valley View, Ste G, Las Vegas, NV 89118-3918
4642963 +DC Installation Corp, Attn Bankruptcy Desk/Managing Agent, 6185 S Valley View, Ste G, Las Vegas NV 89118-3918
4298847 +DCD Realty, 616 E. Beale Street, Kingman, AZ 86401-5921
4642964 +DCD Realty, Attn Bankruptcy Desk/Managing Agent, 407 E Beale Street, Kingman AZ 86401-5833
4642981 ++DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577
(address filed with court: Dell Business Credit, Attn Bankruptcy Desk/Managing Agent, Payment Processing Center, PO BOC 5275, Carol Stream IL 60197-5275)
4298904 ++DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577
(address filed with court: Dell Financial Services, Payment Processing Center, 4307 Collections Center Drive, Chicago, IL 60693)
4642984 ++DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577
(address filed with court: Dell Financial Services, Attn Bankruptcy Desk/Managing Agent, Payment Processing Center, 4307 Collections Center Drive, Chicago IL 60693)
4642985 ++DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577
(address filed with court: Dell Financial Services LP, Attn Bankruptcy Desk/Managing Agent, 12234 NIH 35 Bldg B, Austin, TX 78753-1705)
4643026 ++++DEVELOPERS MAINTENANCE, ATTN BANKRUPTCY DESK/MANAGING AGENT, 4080 E LAKE MEAD BLVD STE 200, LAS VEGAS NV 89115-8212
(address filed with court: Developers Maintenance, Attn Bankruptcy Desk/Managing Agent, 4080 E Lake Mead Blvd, 220 C, Las Vegas NV 89115)
4721712 +DEVELOPMENT PLANNING & FINANCING GROUP, INC., ATTN: TAMMY SCOFIELD, DPFG, INC., 27127 CALLE ARROYO, STE 1910, SAN JUAN CAPISTRANO, CA 92675-2765
4298972 DEX, 8400 Innovation Way, Chicago, IL 60682-0084
4643031 +DFS Acceptance, Attn Bankruptcy Desk/Managing Agent, P O Box 99200, Chicago IL 60693-9200
4643040 +DIR OSHA, Attn Bankruptcy Desk/Managing Agent, Division of Industrial Relations, 1301 N Green Valley Pkwy, Henderson NV 89074-6196
4299036 DJB Gas Services Inc, P.O Box 1811, Salt Lake City, UT 84110-1811
4643056 +DMD SPECIAL SITUATIONS FUNDING, Attn Bankruptcy Desk/Managing Agent, Akim Grate/Alexander Chavez, 4445 Willard Ave 12th Floor, Chevy Chase, MD 20815-3692
4299038 +DMD Special Situations LLC, 4445 Willard Ave 12th Floor, Chevy Chase, MD 20815-3692
4299040 +DMR Web Designs Services, 6005 Loganwood Dr, Rockville, MD 20852-3458
4643057 +DMR Web Designs Services, Attn Bankruptcy Desk/Managing Agent, 6005 Loganwood Dr, Rockville MD 20852-3458
4299043 +DNN Enterprises Inc., 7513 Crockett Lane, Flagstaff, AZ 86004-1462
4299119 +DRI Research Foundation, Attn: Hilary Crowley, 755 East Flamingo Road, Las Vegas, NV 89119-7363
4643087 +DRI Research Foundation, Attn Bankruptcy Desk/Managing Agent, Attn Hilary Crowley, 755 East Flamingo Road, Las Vegas NV 89119-7363
4299120 +DRI Residential Corporation, 17182 Armstrong Avenue, Irvine, CA 92614-5718
4643088 +DRI Residential Corporation, Attn Bankruptcy Desk/Managing Agent, Corporate Office, 17182 Armstrong Avenue, Irvine CA 92614-5718
4299124 DS Waters of America LP, PO Box 660579, Dallas, TX 75266-0579
4298692 +DStyle, c/o Quantum Resources, 13030 Inglewood Ave. No 200, Hawthorne, CA 90250-5177
4643090 +DTG Operations Inc, Attn Bankruptcy Desk/Managing Agent, Subrogation Department, Dept 927, Tulsa OK 74182-0001
4298775 +DaSilva, Theresa, 263 Parisian Springs Court, Las Vegas, NV 89148-4405
4642918 +Dae Toon Lee Yee Waho Ho, Attn Bankruptcy Desk/Managing Agent, 11190 Prado Del Ray Ln, Las Vegas NV 89141-3922
4298694 +Daher, David E, 3644 Hammock St., Las Vegas, NV 89147-3756
4642919 +Dahlberg Plumbing, Attn Bankruptcy Desk/Managing Agent, 172 Samoset Court, Las Vegas NV 89148-4444
4298695 +Dahlen, Josh Dennis, 4815 Chino, Golden Valley, AZ 86413-8056
4298696 +Dail, Brant, 309 Taylor St., Kingman, AZ 86401-6032
4298697 +Dailey, Michael, 600 S. Hope Rd., Golden Valley, AZ 86413-9023
4298698 +Daily Family, 7410 Apple Springs Ave, Las Vegas, NV 89131-3366
4298699 +Daisy Tolentino, 4502 Eastbrook Ave, Lakewood, CA 90713-2530
4298700 +Dale & Ann Michaelson, 1021 N Crescent Heights Blvd, Los Angeles, CA 90046-6055
4298701 +Dale & Leslie Kunkel, 6331 N Whaleback Pl, Tucson, AZ 85750-0853
4298702 +Dale & Victoria Baldisseri, 324 Rolling Hills Ave, San Mateo, CA 94403-4321

4298703 +Dale Hiramoto, 7189 S Durango Dr Unit 213, Las Vegas, NV 89113-2021
4298704 +Dale Menning, 241 Via Di Citta Dr, Henderson, NV 89011-0848
4642920 +Dale Rachel Eggers, Attn Bankruptcy Desk/Managing Agent, Dale M Eggers Desert Lumber, 5111 N Cimarron Rd, Las Vegas NV 89149-4732
4298705 +Dale Smith, 629 S. Eloy Road, Golden Valley, AZ 86413-7801
4642921 +Dale s Mobile Welding, Attn Bankruptcy Desk/Managing Agent, P O Box 90004, Henderson NV 89009-0004
4298706 +Damien Patton, 936 Via Stellato St, Henderson, NV 89011-0857
4298707 +Damon Masaki, 1077 Via Prato Ln, Henderson, NV 89011-0600
4642922 +Damon Westphal, Attn Bankruptcy Desk/Managing Agent, 2780 Lincoln Road, Las Vegas NV 89115-4322
4642923 +Dan Bradley s Glass Corp, Attn Bankruptcy Desk/Managing Agent, 4125 W Desert Inn, Ste N 105, Las Vegas NV 89102-7609
4298708 +Dan Bradleys Glass Corp, 4125 W. Desert Inn, Ste N-105, Las Vegas, NV 89102-7609
4642924 +Dan Hart Associates, Attn Bankruptcy Desk/Managing Agent, 3900 Pardise Road Ste 110, Las Vegas NV 89169-0932
4642925 +Dan Melnick Research Inc, Attn Bankruptcy Desk/Managing Agent, dba DMR Web Design Services, 6005 Loganwood Dr, Rockville MD 20852-3458
4298709 +Dan Melnick Research, Inc., dba. DMR Web Design Services, 6005 Loganwood Dr., Rockville, MD 20852-3458
4642926 +Dana Creath Designs, Attn Bankruptcy Desk/Managing Agent, c/o Ogata Associates, 101 Henry Adams Street, San Francisco CA 94103-5219
4298712 +Dana Dicillo, 9050 W Tropicana Ave Unit 1157, Las Vegas, NV 89147-8191
4298713 +Dana Shivers, 7189 S Durango Dr Unit 205, Las Vegas, NV 89113-2021
4298714 +Daniel & Bonita Miramontes, 1221 Hibiscus St, Upland, CA 91784-7354
4298715 +Daniel & Deborah Evertsz, 39 Pelleria Dr, American Canyon, CA 94503-1432
4298716 +Daniel & Farrah Staub, 70 Tall Ruff Dr, Las Vegas, NV 89148-5244
4298718 +Daniel & Linda-Marie Kot, 9025 Rockville Ave, Las Vegas, NV 89143-2304
4298719 +Daniel & Maria Pacheco, 102 Short Ruff Way, Las Vegas, NV 89148-5258
4298720 +Daniel Brennan, 531 Willow Rd E No 2, Staten Island, NY 10314-1679
4298721 +Daniel Briggs, 940 Via Stellato St, Henderson, NV 89011-0857
4642927 +Daniel Brodsky Architect, Attn Bankruptcy Desk/Managing Agent, Assoc Inc, 5320 N 16th St Suite 204, Phoenix AZ 85016-3242
4298722 +Daniel Brodsky Architect &, Assoc., Inc, 5320 N. 16th St. Suite 204, Phoenix, AZ 85016-3242
4642928 +Daniel Chee, Attn Bankruptcy Desk/Managing Agent, 2116 Castleberry Lane, Las Vegas NV 89156-5729
4298724 +Daniel Davis, 3978 Lass Ave., Kingman, AZ 86409-0820
4298725 +Daniel Entenberg, 383 Center Green Dr, Las Vegas, NV 89148-5220
4642929 +Daniel Farrah Staub, Attn Bankruptcy Desk/Managing Agent, 70 Tall Ruff Drive, Las Vegas NV 89148-5244
4298727 +Daniel Goodall, 257 Via Di Citta Dr, Henderson, NV 89011-0848
4298728 +Daniel Gosselin, 7155 S Durango Dr Unit 106, Las Vegas, NV 89113-2038
4298729 +Daniel Hoffman, 7115 S Durango Dr Unit 214, Las Vegas, NV 89113-2055
4298730 +Daniel Hoshiyama, 1436 Moraga St, San Francisco, CA 94122-4406
4298731 +Daniel Keys, PO Box 314, Roxbury, CT 06783-0314
4298732 +Daniel Layman, 5034 Swift River Ct., N. Las Vegas, NV 89031-6250
4298733 +Daniel Lynch, 202 Tall Ruff Dr, Las Vegas, NV 89148-5267
4298734 +Daniel M. Packer, 641 Sole Addiction, Las Vegas, NV 89183-7221
4298735 +Daniel Martinez-Cordova, 848 Hedge Way No 4, Las Vegas, NV 89110-6410
4298736 +Daniel McGinn, 1028 Via Di Olivia St, Henderson, NV 89011-0810
4298737 +Daniel Phee, 149 Honors Course Dr, Las Vegas, NV 89148-0001
4298738 +Daniel Seaver, 469 Via Stretto Ave, Henderson, NV 89011-0837
4298739 Daniel Wathen, 456 Crocus Hill St., Las Vegas, NV 89138-1552
4642931 Daniel Wathen, Attn Bankruptcy Desk/Managing Agent, 456 Crocus Hill St, Las Vegas NV 89138-1552
4298740 +Daniel Westmeyer, 928 Via Stellato St, Henderson, NV 89011-0857
4642930 +Daniel s West, Attn Bankruptcy Desk/Managing Agent, 5415 S Cameron 109, Las Vegas NV 89118-2284
4298741 +Daniela Slaveva, 252 Dog Leg Dr, Las Vegas, NV 89148-2693
4642932 +Danielian Associates, Attn Bankruptcy Desk/Managing Agent, Architecture Planning, Sixty Corporate Park, Irvine,CA 92606-5105
4642933 +Daniell s Septic Tank, Attn Bankruptcy Desk/Managing Agent, Pumping Maintenance Inc, P O Box 1483, Bullhead City AZ 86430-1483
4298742 +Danielle Vetter, 294 Harpers Ferry Ave, Las Vegas, NV 89148-2783
4298743 +Danielles Septic Tank, Pumping & Maintenance, Inc., PO Box 1483, Bullhead City, AZ 86430-1483
4298744 +Daniels, Jeremy Q, 730 Center St. No 8 B, Henderson, NV 89015-6182
4298746 +Danilo & Lolita Fontillas, 12091 Edgecliff Ave, Sylmar, CA 91342-5413
4298747 +Danilo & Yolanda Manalo, 1052 Teakwood St, Oxnard, CA 93033-5108
4298748 +Danilo Manapat, 1011 Rolling Rdg, New Windsor, NY 12553-4904
4298749 +Daniyal Ziyad, 4808 Califa Dr, Las Vegas, NV 89122-7576
4298750 +Danny & Violeta Oliva, 154 Agate Way, Hercules, CA 94547-1747
4298751 +Danny & Yun Kim, 9463 Castillana Ct, Las Vegas, NV 89147-8208
4298752 +Danny J. Velasquez-A., 2600 Arville St B-6, Las Vegas, NV 89102-5742
4298753 +Danny Miranda, 1074 Via Capassi Way, Henderson, NV 89011-0892
4298754 +Danny Nguyen, 189 Tall Ruff Dr, Las Vegas, NV 89148-5246
4298755 +Danny Soloman, 7167 S Durango Dr Unit 209, Las Vegas, NV 89113-2042
4298756 +Danny Winegar, 1204 Olivia Pkwy, Henderson, NV 89011-0801
4298757 +Dannys Alvarez, 9729 Marcelline Ave, Las Vegas, NV 89148-5751

4642934 +Dansby s Trucking, Attn Bankruptcy Desk/Managing Agent, 4740 Cindeella Lane, Las Vegas NV 89102-5799
4298759 +Darbee Smith, 8336 Jeremiahs Lodge Ave, Las Vegas, NV 89131-1525
4298760 +Darby & Rowena Garcia, PO Box 315, Union City, CA 94587-0315
4298761 +Darcy Zavislak, 519 Via Garofano Ave, Henderson, NV 89011-0814
4642936 +Dark Promotional Products Inc, Attn Bankruptcy Desk/Managing Agent, 2450 Chandler Ave Suite18, Las Vegas NV 89120-4059
4298765 Darlak Construction, 141 Industrial Park Road No 305, Henderson, NV 89015-6609
4642937 Darlak Construction, Attn Bankruptcy Desk/Managing Agent, 141 Industrial Park Road 305, Henderson NV 89015-6609
4298766 +Darlene Cook, or Current Homeowner, 181 Lakewood Garden Dr., Las Vegas, NV 89148-2740
4642938 +Darlene Falcon, Attn Bankruptcy Desk/Managing Agent, Walter Budzinski, 595 Double Eagle Ct Suite 2000, Reno NV 89521-9005
4298767 +Darragh, Patrick, 9125 Spoonbill Ridge Place, Las Vegas, NV 89143-4490
4298769 +Darren & Canada Lytle, PO Box 9023, Rapid City, SD 57709-9023
4298770 +Darren Hoelzle, 246 Rustic Club Way, Las Vegas, NV 89148-5201
4298771 +Darren Wang, 289 Hester Ave, San Francisco, CA 94134-2417
4298773 +Darryl & Kelly McCullough, 282 Arbour Garden Ave, Las Vegas, NV 89148-2761
4642939 Darryl C Lattimore E I, Attn Bankruptcy Desk/Managing Agent, 900 W Flamingo Rd, Las Vegas NV 89147
4642940 +Darryl Tatz, Attn Bankruptcy Desk/Managing Agent, Bathtub Sinks Refinishing, PO Box 35591, Las Vegas NV 89133-5591
4298774 +Daryl & Michelle Gilmore, 7411 Cedar Rae Ave, Las Vegas, NV 89131-3392
4642942 +Data Traq, Attn Bankruptcy Desk/Managing Agent, Attn Jan DeMaggio, 3500 Embudito NE, Albuquerque NM 87111-5539
4298776 +Data Traq, Attn: Jan DeMaggio, 3500 Embudito NE, Albuquerque, NM 87111-5539
4298777 +Dave Domingo, 13611 Onyx Ct, Lathrop, CA 95330-9178
4298778 David & Cathleen Wuerth, 4 North 171 Wiant Rd, West Chicago, IL 60185
4298779 +David & Elizabeth McDonald, 10486 Stonewillow Dr, Parker, CO 80134-2503
4298781 +David & Janet Prakken, 4939 Conrad Ct, San Diego, CA 92117-1704
4298782 +David & Jennifer Byron, 32434 Campo Dr, Temecula, CA 92592-6600
4298783 +David & Joanne Stearn, 22765 Sparrowdell Dr, Calabasas, CA 91302-1818
4298784 +David & Kamilah Word, 289 Via Di Citta Dr, Henderson, NV 89011-0849
4298786 +David & Leslie Smythmorse, 7212 Eaglegate St, Las Vegas, NV 89131-8205
4298787 +David & Lien Gordon, 43 Laying Up Ct, Las Vegas, NV 89148-5257
4298788 +David & Lukkana Hodge, 394 Highland Hills Ct, Las Vegas, NV 89148-2787
4298789 +David & Marean Braucher, 1073 Via Saint Andrea Pl, Henderson, NV 89011-0840
4298790 +David & Melissa Gardner, 9661 Waukegan Ave, Las Vegas, NV 89148-5744
4298792 +David & Peggy Jackson, 1022 Via Nandina Pl, Henderson, NV 89011-0822
4298794 +David & Scott Goodman, 9050 W Tropicana Ave Unit 1125, Las Vegas, NV 89147-8189
4298795 +David & Sonja Hand, 9593 Verneda Ct, Las Vegas, NV 89147-8207
4298796 +David & Stephen Seto, 1750 Grant Ave Apt D, San Francisco, CA 94133-3022
4642943 +David A Palmer, Attn Bankruptcy Desk/Managing Agent, 4475 Ambrigo Drive, Golden Valley AZ 86413-7715
4298797 +David Anguiano, 7240 Cottonsparrow St, Las Vegas, NV 89131-8220
4642944 +David B Gensley, Attn Bankruptcy Desk/Managing Agent, 1139 Sierra Laurel Ct, Henderson NV 89014-8701
4298798 +David B. Gensley, 1139 Sierra Laurel Ct., Henderson, NV 89014-8701
4298799 +David Baker, 7185 S Durango Dr Unit 112, Las Vegas, NV 89113-2018
4298800 +David Billingsley, 4507 E Thorn Tree Dr., Cave Creek, AZ 85331-4039
4298801 +David Botbyl, 1028 Via Candle Ave, Henderson, NV 89011-0802
4298802 +David Brent, 4302 Pickwick Cir, Huntington Beach, CA 92649-3133
4298803 +David C. Maldonado, 3212 Stanley, N Las Vegas, NV 89030-7230
4642946 David E Rau, Attn Bankruptcy Desk/Managing Agent, 3114 E Claremont Ave, Phoenix AZ 85016-2356
4298806 +David Failloux, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4298807 +David Family, 41 Chateau Whistler Ct, Las Vegas, NV 89148-2727
4642947 +David Furniture, Attn Bankruptcy Desk/Managing Agent, 711 E Rosecrans Avenue, Los Angeles CA 90059-3508
4298808 +David Gonzalez, 7107 S Durango Dr Unit 304, Las Vegas, NV 89113-2013
4298809 +David Gorka, 395 Apple River Ct, Las Vegas, NV 89148-2785
4298810 +David Groover & Associates, 627 South Seventh Street, Las Vegas, NV 89101-6905
4642948 +David Groover Associates, Attn Bankruptcy Desk/Managing Agent, 627 South Seventh Street, Las Vegas NV 89101-6905
4298811 +David Guetzkow, 7143 S Durango Dr Unit 205, Las Vegas, NV 89113-2002
4298813 +David Kasem, 7520 Brittlethorne Ave, Las Vegas, NV 89131-3303
4642950 +David Kellaway, Attn Bankruptcy Desk/Managing Agent, 9772 Derbyhill Circle, Las Vegas NV 89117-6683
4642951 +David Liu Associates, Attn Bankruptcy Desk/Managing Agent, 10217 Hawk Bay Place, Las Vegas NV 89144-4320
4642952 +David M Brown, Attn Bankruptcy Desk/Managing Agent, 1280 Oliva Parkway, Henderson NV 89011-0834
4298816 +David M. Brown, 1280 Oliva Parkway, Henderson, NV 89011-0834
4298817 +David McReynolds, 2622 Twin Pines Ave., Henderson, NV 89074-1952
4642953 +David N Viger Jr LLC, Attn Bankruptcy Desk/Managing Agent, 1704 Sun Shower Ct, Henderson NV 89074-1767
4298818 +David N. Viger Jr., LLC, 1704 Sun Shower Ct., Henderson, NV 89074-1767
4642954 +David R Belding, Attn Bankruptcy Desk/Managing Agent, Gold Strike Hotel Gambling, P O Box 19278, Jean NV 89019-9278
4298819 +David Raff, 525 N Sycamore Ave Apt 313, Los Angeles, CA 90036-2057

4298820 +David Rizzo, 2215 Utopia Pkwy, Whitestone, NY 11357-4137
4298821 +David Scialabba, 9050 W Warm Springs Rd Unit 1097, Las Vegas, NV 89148-3830
4642955 +David Seto, Attn Bankruptcy Desk/Managing Agent, 1750 Grant Avenue D, San Francisco CA 94133-3022
4298822 +David Shafshak, 9695 Valmeyer Ave, Las Vegas, NV 89148-5741
4298823 +David Sperry, 7103 S Durango Dr Unit 110, Las Vegas, NV 89113-2043
4298825 +David Summers, 806 Buchanan Blvd No 175, Boulder City, NV 89005-2130
4298826 +David Torchek, Leroy M. Thompson, 3373 Wynn Road, Suite C, Las Vegas, NV 89102-8234
4642956 +David Vivanco, Attn Bankruptcy Desk/Managing Agent, P O Box 628, Bell CA 90201-0628
4298828 +David Vo, 9550 Bolsa Ave Ste 106, Westminster, CA 92683-5944
4298829 +Davila Polino, Alberto, 2431 Bassler St., No C, N Las Vegas, NV 89030-6141
4298830 +Davis, Crissy A, 3978 Lass Ave Kingman, AZ 86409, Kingman, AZ 86409-0820
4298831 +Davis, Daniel, 3978 Lass Ave. Kingman, AZ 86409, Kingman, AZ 86409-0820
4298832 +Davis, Lisa, 6060 Allred Place No 103, Henderson, NV 89011-1303
4298833 +Davis, William James, 9727 N. Saddleback Dr., Kingman, AZ 86401-9400
4298834 +Davy & Deanna Chavarria, 11834 Calle Deposito, El Cajon, CA 92019-4001
4298835 +Dawn Anderson, 9050 W Warm Springs Rd Unit 1072, Las Vegas, NV 89148-3829
4298836 +Dawn Francis, 276 White Bluffs St, Las Vegas, NV 89148-2747
4298837 +Dawn Kearns, 1045 Via Panfilo Ave, Henderson, NV 89011-0898
4298838 +Dawn Riddle, 384 Highland Hills Ct, Las Vegas, NV 89148-2787
4298839 +Dawn Stepien, 7185 S Durango Dr Unit 205, Las Vegas, NV 89113-2046
4642957 +Day Night Services Inc, Attn Bankruptcy Desk/Managing Agent, Stacy Chapter cell, 1220 Earth Court, North Las Vegas NV 89032-0756
4642958 +Day Night Sweeping Inc, Attn Bankruptcy Desk/Managing Agent, 7500 W Lake Mead Blvd PMB 473, Las Vegas NV 89128-0297
4642959 +Day Star Construction, Attn Bankruptcy Desk/Managing Agent, 3230 Lark Circle, Las Vegas NV 89121-5109
4642960 +Day Tile, Attn Bankruptcy Desk/Managing Agent, 683 Roddenberry Avenue, Las Vegas NV 89123-3059
4298848 +De Anda, Ernesto, 3650 Geist No E 1, Las Vegas, NV 89115-3114
4298849 +De Aquino, Juan Pablo, 4767 Convaiere Ave No 1, N Las Vegas, NV 89115-7283
4298850 +De Dios, Jose, 3204 Fligler, N Las Vegas, NV 89030-4598
4298851 De Gaona Juarez, Andres, 4791 E. Craig No B, Las Vegas, NV 89115
4298852 +De Jesus Zuluaga, Jose L., 3439 E. Cheyenne Ave, North Las Vegas, NV 89030-5179
4298853 +De La Luz Gonzalez, Jose M., 5801 Evergreen, Las Vegas, NV 89107-3628
4298854 +De La Rosa, Alejandro, 1020 Dumbarton St, Las Vegas, NV 89110-1105
4642965 +De Lage Landen Fin, Attn Bankruptcy Desk/Managing Agent, 111 Old Eagle School Rd, Wayne, IN 19087-1453
4298855 +De Lage Landen Finance, 111 Old Eagle School Road, Wayne, PA 19087-1453
4298856 +De Lage Landen Financial Svcs, Ref No. 000000000515197, PO Box 848411, Dallas, TX 75284-8411
4642966 De Lage Landen Financial Svcs, Attn Bankruptcy Desk/Managing Agent, Ref No 000000000515197, P O Box 848411, Dallas TX 7258-8411
4298857 +De Leon, Armando, 2620 Tonopah, North Las Vegas, NV 89030-7391
4298858 De Loera, Alvaro, 5416 W Washington Ave Apt A, Las Vegas, NV 89107
4298859 +De Los Santos, J. Jesus, 1122 Bonanza Ave., No A, Las Vegas, NV 89106
4298860 +De Los Santos, Jose Mario, 1833 Kenneth, North Las Vegas, NV 89030-7424
4298861 +De Paz, Oscar, 4204 Penwood No 5, Las Vegas, NV 89102-7696
4298882 +DeChirico, Kim, 1908 Placid Ravine, Las Vegas, NV 89117-5961
4298886 +DeHerrera, Ted Jude, 2846 Mahongany Grove, Henderson, NV 89074-3218
4298931 +DePaz, Ramiro, 4600 Sirius St. Apt F90, Las Vegas, NV 89102-7161
4643025 +DeVault Electric, Attn Bankruptcy Desk/Managing Agent, 1655 Thompson Court, Kingman AZ 86409-1997
4298862 +Dean & Dunn Roofing, 5385 South Cameron, Suite 21, Las Vegas, NV 89118-6258
4298863 +Dean & Susanne Griffith, 7540 Red Cinder St, Las Vegas, NV 89131-3369
4642967 +Dean Dunn Roofing, Attn Bankruptcy Desk/Managing Agent, 5385 South Cameron, Suite 21, Las Vegas NV 89118-6258
4298864 +Dean Lazarkis, 8734 Stockholm Ave, Las Vegas, NV 89147-8101
4298865 +Dean Osafi, 4796 Frankfurt Ct, Las Vegas, NV 89147-8174
4298867 +Deandra Young, 9050 W Warm Springs Rd Unit 2153, Las Vegas, NV 89148-3850
4298868 +Deann Boise, 7412 Bedford Pine Ct, Las Vegas, NV 89113-4629
4298869 +Deanna Dobek, 504 Beckton Park Ave, Las Vegas, NV 89178-2403
4642968 +Debbie Gilmore, Attn Bankruptcy Desk/Managing Agent, 7230 Las Vegas NV Blvd A183, Las Vegas NV 89119-4020
4298871 Debbie Packard, 25701 Hitchcock St, Henderson, NV 89052
4298872 +Deberger, Justin M., 9450 Baltinglass St, Las Vegas, NV 89123-6253
4298874 +Deborah Anderson, 9050 W Warm Springs Rd, Unit 2050, Las Vegas, NV 89148-3848
4298875 +Deborah Berlin, 4 Horizon Rd Apt 630, Fort Lee, NJ 07024-6725
4298876 +Deborah Bielak, 7107 S Durango Dr Unit 314, Las Vegas, NV 89113-2014
4298878 +Debra Garcia, Garnishment - Richard Fridley, 897 S. Santa Maria Rd., Golden Valley, AZ 86413-8747
4298880 +Debra Stefan, 620 Via Colmo Ave, Henderson, NV 89011-0864
4642970 Debt Recovery Solutions LLC, Attn Bankruptcy Desk/Managing Agent, P O Box 9001, Westbury NY 11590-9001
4298881 +Dechirico, Danielle D., 1908 Placid Ravine St, Las Vegas, NV 89117-5961
4642971 +Deck Systems Nevada Corp, Attn Bankruptcy Desk/Managing Agent, Erinn Alati, 441 Eastgate Road Suite A, Henderson NV 89011-4090
4642972 Decorating Ideas, Attn Bankruptcy Desk/Managing Agent, P O Box 420235, Palm Coast FL 32142-0235

4642973 +Decorative Crafts, Attn Bankruptcy Desk/Managing Agent, Catherine, 50 Chestnut Street, Greenwich CT 06830-5952
4298884 +Decorators Express, 2055 Randolph Street, Bell Gardens, CA 90255-3537
4642974 +Decorators Express, Attn Bankruptcy Desk/Managing Agent, 2055 Randolph Street, Huntington Park CA 90255-3537
4642975 Decorize Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 504112, St Louis MO 63150-4112
4298885 +Dehart, Deriann, 1551 Managua Drive, Las Vegas, NV 89123-1413
4642977 +Del Grosso Floor Covering Inc, Attn Bankruptcy Desk/Managing Agent, 3170 Ponderosa Way, Las Vegas NV 89118-3148
4298888 +Del Grosso Floor Covering, Inc, 3170 Ponderosa Way, Las Vegas, NV 89118-3148
4298889 Del Norte Dept Child Support, PO Box 66, Crescent City, CA 95531-0066
4298890 +Del Val Soto, Edwgin, 1624 Lenwood, North Las Vegas, NV 89030-5200
4298891 +Del Val-Soto, Gustavo, 3704 Tabor Ave, N Las Vegas, NV 89030-7445
4298892 +Delaney, Brian Scott, 4195 Hwy 68 Box 228, Unit C, Golden Valley, AZ 86413-8115
4298893 +Delarosa Family, 32 Lakewood Cir, San Mateo, CA 94402-3972
4298895 +Delayo Family, 1044 Via Canale Dr, Henderson, NV 89011-0802
4642979 +Delcon Pest Control, Attn Bankruptcy Desk/Managing Agent, PO Box 34167, Las Vegas NV 89133-4167
4298896 +Deletto Family, 465 Via Stretto Ave, Henderson, NV 89011-0837
4298897 +Delfante, Matthew J, 5900 Sky Pointe Dr. No 2096, Las Vegas, NV 89130-4935
4298898 +Delgado, Cirilo F., 6545 Coldwater Bay Dr, Las Vegas, NV 89122-3530
4298899 +Delgado, Isai, 2855 N. Walnut, Las Vegas, NV 89115-3223
4298900 +Delgado, Miguel, 3563 Tokyo Ct, Las Vegas, NV 89115-5253
4298901 +Delgado, Ruben, 3709 Reseda Ct, N Las Vegas, NV 89030-5726
4642980 Dell Account Credit Plan, Attn Bankruptcy Desk/Managing Agent, Dept 57 0005818029, P O Box 9020, Des Moines IA 50368-9020
4298902 Dell Commercial Credit, PO Box 689020, Dept. 50-0059073471, Des Moines, IA 50368-9020
4642982 Dell Commercial Credit, Attn Bankruptcy Desk/Managing Agent, P O Box 689020, Dept 50 0059073471, Des Moines IA 50368-9020
4298903 Dell Computers LP, c/o Dell USA L.P., Dept LA21205, Pasadena, CA 91185-1205
4642983 Dell Computers LP, Attn Bankruptcy Desk/Managing Agent, c/o Dell USA L P, Dept LA21205, Pasadena CA 91185-1205
4298907 Deloitte & Touche LLP, PO Box 7247-6446, Philadelphia, PA 19170-6446
4298906 Deloitte & Touche LLP, PO Box 403568, Atlanta, GA 30384-3568
4298908 +Deloitte Financial Advisory, Services LLP, 13763 Collections Center Dr., Chicago, IL 60693-0137
4642987 +Deloitte Financial Advisory, Attn Bankruptcy Desk/Managing Agent, Services LLP, 13763 Collections Center Dr, Chicago IL 60693-0137
4642988 Deloitte Touche LLP, Attn Bankruptcy Desk/Managing Agent, P O Box 2079, Carol Stream IL 60132-2079
4642989 Deloitte Touche LLP, Attn Bankruptcy Desk/Managing Agent, PO Box 403568, Atlanta GA 30384-3568
4642990 Deloitte Touche LLP, Attn Bankruptcy Desk/Managing Agent, PO BOX 7247 6446, Philadelphia PA 19170-6446
4298909 +Delperdang, William, PO Box 666 Sun City, CA 82586, Sun City, CA 92586-0666
4298910 Delta Economic Consulting, 16869 S.W. 65th Avenue, PMB 379, Portland, OR 97035-7865
4642991 Delta Economic Consulting, Attn Bankruptcy Desk/Managing Agent, 16869 S W 65th Avenue, PMB 379, Portland OR 97035-7865
4298911 +Delta Products, 2570 Metropolitan Drive, Trevose, PA 19053-6797
4298912 Deluca Liquor & Wine LTD, File 50329, Los Angeles, CA 90074-0329
4298913 +Deme Manzur, 278 Via Franciosa Dr, Henderson, NV 89011-0852
4642992 +Dempsey Graphics, Attn Bankruptcy Desk/Managing Agent, Infinity Enterprises Inc, 1932 Bocal Court, Las Vegas NV 89123-3998
4298915 +Deneault, David, 1803 Ghost Trace Ave, Las Vegas, NV 89183-6845
4642993 Denise Longo, Attn Bankruptcy Desk/Managing Agent, 3970 Wainscot Ct, Las Vegas NV 89147-6838
4298916 +Denise Washington, 7221 Cottonsparrow St, Las Vegas, NV 89131-8257
4298917 +Denitza Larsen, 1031 Via Caleria Pl, Henderson, NV 89011-0808
4298918 +Dennis & Alison Carter, 7127 S Durango Dr Unit 208, Las Vegas, NV 89113-2067
4298919 +Dennis & Dorothy Frook, 5740 Sumrall Way, Reno, NV 89502-9000
4298920 +Dennis & Jessica Arca, 4830 Elridge Dr, Rancho Palos Verdes, CA 90275-3904
4298921 +Dennis & Suellen Pirages, 608 Via Colmo Ave, Henderson, NV 89011-0864
4298922 +Dennis & Tessa Khanh, 4649 Stuttgart St, Las Vegas, NV 89147-8102
4298923 +Dennis & Wendy Peck, 231 Arbour Garden Ave, Las Vegas, NV 89148-2762
4298924 +Dennis Brotarlo, 30706 Tidewater Dr, Union City, CA 94587-1614
4642995 +Dennis Fusi Young Kim, Attn Bankruptcy Desk/Managing Agent, 151 Rancho Maria St, Las Vegas NV 89148-2751
4642996 +Dennis James Fanta, Attn Bankruptcy Desk/Managing Agent, 1625 S E 10Th Ave Apt 1003, Ft Lauderdale FL 33316-2980
4298926 +Dennis Medina, 7110 Atheling Way, West Hills, CA 91307-1427
4298927 +Dennis, Dione M., 711 Durham Lane No E, Ventura, CA 93004-3707
4642998 Denver Newspaper Agency, Attn Bankruptcy Desk/Managing Agent, P O Box 17070, Denver CO 80217-0070
4298928 +Deoki & Shanta Sharma, 5 Harvest Ln, Freehold, NJ 07728-7763
4642999 Department of Economic Security, Attn Bankruptcy Desk/Managing Agent, 1717 West Jefferson 050Z 1 Room 119, Phoenix, AZ 85007
4298929 +Department of Employment, Employment Security Division, 500 E. Third Street, Carson City, NV 89713-0002
4643000 +Department of Employment, Attn Bankruptcy Desk/Managing Agent, Employment Security Division, 500 E Third Street, Carson City NV 89713-0002

4298930 Department of Justice, P O Box 14506, Salem, OR 97309-0420
4298932 +Deperio-Santos Family, 4391 Lardo Cantata St, Las Vegas, NV 89135-3505
4298933 Dept Fire Bldg & Life Safety, Office of Manufactured Housing, 1100 West Washington - Ste. 100, Phoenix, AZ 85007-2935
4643001 +Dept of Buildiing, Attn Bankruptcy Desk/Managing Agent, Fire Life Safetly, 1110 W Washington Ste 100, Phoenix AZ 85007-2956
4643002 +Dept of Employment Training Rehab, Attn Bankruptcy Desk/Managing Agent, Employment Security Division, 500 East Third Street, Carson City, NV 89713-0002
4298935 Dept of Motor Vehicles, Registration Division, Las Vegas, NV 89102
4298934 +Dept of Motor Vehicles, Motor Carrier Section, 555 Wright Way, Carson City, NV 89711-0001
4643003 Dept of Motor Vehicles, Attn Bankruptcy Desk/Managing Agent, Registration Division, Las Vegas NV 89102
4643004 +Dept of Motor Vehicles Calif, Attn Bankruptcy Desk/Managing Agent, 2415 1st Ave, Sacramento CA 95818-2698
4298936 Dept. of Child Support Service, CA State Disbursement Unit, PO Box 989067, West Sacramento, CA 95798-9067
4298937 +Derbew & Abrehet Negash, 4777 Ashington St, Las Vegas, NV 89147-8121
4298938 +Derek Dinehart, 7151 S Durango Dr Unit 201, Las Vegas, NV 89113-2032
4643005 +Derek Hofstetter, Attn Bankruptcy Desk/Managing Agent, 300 E Papago Dr, Flagstaff, AZ 86001-6515
4298939 +Derek Sola, 9050 W Tropicana Ave Unit 1178, Las Vegas, NV 89147-8192
4298940 +Derella, Nicholas, 8172 Imperial Lakes St, Las Vegas, NV 89131-4343
4298941 +Derentz Family, 527 Via Garofano Ave, Henderson, NV 89011-0814
4298942 +Desert / Clark County, Lighting Co., PO Box 60451, Las Vegas, NV 89160-0451
4643006 +Desert / Clark County, Attn Bankruptcy Desk/Managing Agent, Lighting Co, PO BOX 60451, Las Vegas NV 89160-0451
4643007 +Desert Communities, Attn Bankruptcy Desk/Managing Agent, 4730 South Fort Apache Road, Las Vegas NV 89147-7945
4643008 +Desert Home Electric, Attn Bankruptcy Desk/Managing Agent, 8635 W Sahara Blvd 441, Las Vegas NV 89117-5858
4298943 +Desert Home Electric, Inc., 8635 W. Sahara Ave. No 441, Las Vegas, NV 89117-5858
4298944 +Desert Lincoln Mercury, 240 North Gibson Road, Henderson, NV 89014-6700
4643009 +Desert Lincoln Mercury, Attn Bankruptcy Desk/Managing Agent, Ann Mooney Henderson NV Chevrole, 240 North Gibson Road, Henderson NV 89014-6700
4298945 +Desert Lumber, 4950 North Berg Street, N Las Vegas, NV 89081-2617
4643010 +Desert Lumber Co, Attn Bankruptcy Desk/Managing Agent, 4950 North Bert, N Las Vegas NV 89081-2617
4298946 +Desert Pipe & Supply, Attn: Kyle, 5245 Procyon Street, Las Vegas, NV 89118-1743
4643012 +Desert Plastering LLC, Attn Bankruptcy Desk/Managing Agent, Manny / Jim, 2602 Losee Road, North Las Vegas NV 89030-4134
4298947 +Desert Plastering, LLC, 2602 Losee Road, North Las Vegas, NV 89030-4134
4643013 +Desert Radiologists, Attn Bankruptcy Desk/Managing Agent, c/o Professional Billing Ltd, 3090 S Durango 200, Las Vegas NV 89117-9192
4298948 +Desert Restaurant Equip. Ser., Inc., 2232 South Nellis Blvd., Las Vegas, NV 89104-6213
4298949 +Desert Ridge Landscaping, 3840 Cholla Drive, Lake Havasu City, AZ 86406-7905
4643014 +Desert Ridge Landscaping, Attn Bankruptcy Desk/Managing Agent, Steve Dodd, 3840 Cholla Drive, Lake Havasu City AZ 86406-7905
4643015 +Desert Sky Realty, Attn Bankruptcy Desk/Managing Agent, 1306 Autumn Wind Way, Henderson NV 89052-3006
4643016 +Desert Specialties Inc, Attn Bankruptcy Desk/Managing Agent, 1401 Trade Drive, N Las Vegas NV 89030-7803
4298950 +Desert Specialty Rigging, 5800 S Valley View Blvd, Ste-107, Las Vegas, NV 89118-3137
4643017 +Desert Springs Pool Spa, Attn Bankruptcy Desk/Managing Agent, Lin Wippel, 550 N Stephanie Rd A, Henderson NV 89014-6401
4298951 +Desert Truss, 4950 North Berg Street, N. Las Vegas, NV 89081-2617
4643018 +Desert Valley Ptg D/W, Attn Bankruptcy Desk/Managing Agent, Dennis, 2958 N Commerce 1, North Las Vegas NV 89030-3945
4298952 +Design Lens LLC, 15 N Vista De La Luna, Laguna Beach, CA 92651-6752
4643019 +Design Lens LLC, Attn Bankruptcy Desk/Managing Agent, 15 N Vista De La Luna, Laguna Beach CA 92651-6752
4643020 +Design Showcase Interiors, Attn Bankruptcy Desk/Managing Agent, 3585 East Patrick Lane Suite 700, Las Vegas NV 89120-6236
4643021 Design Space Modular Buildings, Attn Bankruptcy Desk/Managing Agent, Frank D Amelio, 2235 Encinitas Blvd Ste 111, Encinitas CA 92024-4356
4643022 +Designer Services LLC, Attn Bankruptcy Desk/Managing Agent, 3585 E Patrick Ln 800, Las Vegas NV 89120-6232
4298954 +Designer Window Coverings, 2216 Lucerne Drive, Henderson, NV 89014-4904
4643023 +Designscapes Inc, Attn Bankruptcy Desk/Managing Agent, 5269 Green Forest Way, Las Vegas NV 89118-0654
4298955 +Desiree Miller, 7189 S Durango Dr Unit 210, Las Vegas, NV 89113-2021
4298956 +Detroit Industrial Tool, P.O Box 7916, Van Nuys, CA 91409-7916
4298957 +Deutsche Asset Management / Scudder, 60 Wall Street, NEW YORK, NY 10005-2836
4298958 +Deutsche Bank, 60 Wall Street, New York, NY 10005-2858
4643024 +Deutsche Bank, Attn Bankruptcy Desk/Managing Agent, 60 Wall Street, New York NY 10005-2858
4298959 +Deva McTear, 9050 W Warm Springs Rd Unit 2165, Las Vegas, NV 89148-3837
4298960 +Developers Maintenance, 4080 E. Lake Mead Blvd., No 220-C, Las Vegas, NV 89115-6466
4298961 +Development Planning & Finance, 27127 Calle Arroyo, Suite 1910, San Juan Capistrano, CA 92675-2765
4643027 +Development Planning Finance, Attn Bankruptcy Desk/Managing Agent, 27127 Calle Arroyo, Suite 1910, San Juan Capistrano CA 92675-2765

4298962 +Devine Flooring LLC, 2153 E. Gordon, Ste E, Kingman, AZ 86409-2561
4643028 +Devine Flooring LLC, Attn Bankruptcy Desk/Managing Agent, Cynthia, 2153 E Gordon Ste E, Kingman AZ 86409-2561
4298963 +Devine, Griffin G., 7521 Jockey Ave, Las Vegas, NV 89130-1096
4298966 +Devonshire Group, 1851 East First Street, Suite 1400, Santa Ana, CA 92705-4044
4643029 +Devonshire Group, Attn Bankruptcy Desk/Managing Agent, 1851 East First Street, Suite 1400, Santa Ana CA 92705-4044
4298967 +Devries Family, 91 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4298969 +Devries S W LLC, 8299 Hawkshead SE, Byron Center, MI 49315-8147
4298970 +Dewane Ferrin, 692 Harvester Course Dr, Las Vegas, NV 89148-4482
4643030 +Dewane Ferrin, Attn Bankruptcy Desk/Managing Agent, 692 Harvester Course Dr, Las Vegas NV 89148-4482
4298971 Dewane, David, 4432 Blue Royal Drive, Las Vegas, NV 89031
4298973 +Deyu Gong, 1248 Bretmoor Way, San Jose, CA 95129-3860
4299003 +DiCrescenzo, Cherie Y, 7023 W. 64th St, Chicago, IL 60638-4611
4299012 +DiPietro, Veronica A., 4732 Chase Canyon Court, Las Vegas, NV 89147-8416
4643033 +Dial Reprographics Inc, Attn Bankruptcy Desk/Managing Agent, 330 S 3rd Street Ste 910, Las Vegas NV 89101-6032
4298975 +Diamond Concrete Cutting, 80 Corporate Park Drive, Henderson, NV 89074-8701
4643034 +Diamond Concrete Cutting, Attn Bankruptcy Desk/Managing Agent, 80 Corporate Park Drive, Henderson NV 89074-8701
4643035 +Diamond Construction, Attn Bankruptcy Desk/Managing Agent, Rob Smith, 7885 Westwind Road, Las Vegas NV 89139-6101
4643036 Diamond Patios, Attn Bankruptcy Desk/Managing Agent, 12A Sunset Way, Suite 116, Henderson NV 89014
4298976 +Diamond Spring Water, 2428 Ashfork Ave., Kingman, AZ 86401-4814
4643037 +Diamond Spring Water, Attn Bankruptcy Desk/Managing Agent, 2428 Ashfork Ave, Kingman AZ 86401-4814
4643038 +Diamond Surveying Inc, Attn Bankruptcy Desk/Managing Agent, 5740 S Arville St Suite 205, Las Vegas NV 89118-3071
4298977 +Diamond Surveying, Inc., 5740 S. Arville St., Suite 205, Las Vegas, NV 89118-3071
4298978 +Diana Bryson-Dikes, 473 Via Palermo Dr, Henderson, NV 89011-0825
4298979 +Diana Paris, 370 Broken Par Dr, Las Vegas, NV 89148-5211
4298980 +Diane Fox, 7224 Eaglegate St, Las Vegas, NV 89131-8205
4298981 +Diane Klanitz, 4786 Essen Ct, Las Vegas, NV 89147-8175
4298982 +Diane Roth, PO Box 81746, Las Vegas, NV 89180-1746
4298983 +Diaz De-Leon, Jesus S, 7 Washington Way, Henderson, NV 89015-7038
4298984 +Diaz Family, 1121 Raposa Dr, San Jose, CA 95121-2545
4298985 +Diaz Saldana, Rafael, 530 McKellar Circle, Apt F, Las Vegas, NV 89119-0273
4298986 +Diaz Valtierra, Juan, 530 McKellar Circle, Apt F, Las Vegas, NV 89119-0273
4298987 +Diaz, Carlos, 5916 Old Ridge Road, N Las Vegas, NV 89031-1528
4298988 +Diaz, Eduardo Nunez, 2528 Perliter Avenue, North Las Vegas, NV 89030-7309
4298989 +Diaz, Efren, 4440 E. Ogden Ave, Las Vegas, NV 89110-4649
4298990 +Diaz, Luis A., 4780 Nova Ln. No 2, Las Vegas, NV 89115-6676
4298991 +Diaz, Sara, 3448 College View No B, North Las Vegas, NV 89030-5189
4298992 +Diaz, Simon, 401 Patti Ann Woods, Henderson, NV 89002-9201
4298993 +Diaz-Abendano, Odilia, 2321 Statz No 3, N Las Vegas, NV 89030-6028
4298994 +Diaz-Aragon, Marvin Leonel, 1550 E. Harmon Ave, Las Vegas, NV 89119-5918
4298996 Diaz-Gomez, Enrique, 2001 Sun Ave No A, N Las Vegas, NV 89030
4298997 +Diaz-Gonzalez, Ana D, 3125 N. Pecos Apt No 209, Las Vegas, NV 89115-0642
4298998 +Diaz-Navarro, Sergio A., 2940 Aries Cr, Las Vegas, NV 89115-3202
4298999 +Diaz-Salgado, Ernesto E., 1750 Karen Ave., No 267, Las Vegas, NV 89169-8752
4299000 +Diaz-Santana, Jose L, 4321 Cinderella Ln., Las Vegas, NV 89102-7409
4299001 +Dickinson, Bradley R, 65 Sunset Bay St., Las Vegas, NV 89148-2767
4299002 +Dickinson, Shane, 2713 Knights Bridge Road, Henderson, NV 89074-3306
4299004 +Diego Veronica, 840 Dusk Dr, Las Vegas, NV 89110-2437
4299005 +Dielco Crane Services Inc, 5454 Arville St, Las Vegas, NV 89118-2239
4299006 +Diena Liu, 191 Rancho Maria St, Las Vegas, NV 89148-2751
4299008 +Digiovanni, Charles J., 373 Morning View Dr, Henderson, NV 89015-1701
4643039 +Digitek Inc, Attn Bankruptcy Desk/Managing Agent, 2487 South Gilbert Road, Suite 106 412, Gilbert AZ 85295-2823
4299009 +Digitek, Inc., 2487 South Gilbert Road, Suite 106-412, Gilbert, AZ 85295-2823
4299010 +Dillen, Robert, 1040 Geranium Dr, Henderson, NV 89011-3015
4299011 +Dinnella, Frank, 2126 Davis Ave., Kingman, AZ 86401-4716
4299016 DirecTV, PO Box 60036, Los Angeles, CA 90060-0036
4299013 +Direct Grading & Paving, 2755 N. Lamont, Las Vegas, NV 89115-4517
4643041 +Direct Grading Paving, Attn Bankruptcy Desk/Managing Agent, 2755 N Lamont, Las Vegas NV 89115-4517
4643042 +Directional Concepts Inc, Attn Bankruptcy Desk/Managing Agent, 15137 Woodlawn Avenue, Tustin 92780-6452
4299015 +Directional Concepts Inc., 15137 Woodlawn Avenue, Tustin, CA 92780-6452
4643043 +Dirk Griffith, Attn Bankruptcy Desk/Managing Agent, Dirk, 272 Arbour Gardens Ave, Las Vegas NV 89148-2761
4643044 +Dirt Man, Attn Bankruptcy Desk/Managing Agent, dba Palms Plus, 7845 Haven St, Las Vegas NV 89123-1713
4299019 +Discount Cellular Accessories, 22935 Ventura Blvd, Suite 228, Woodland Hills, CA 91364-5830
4643045 +Discount Cellular Accessories, Attn Bankruptcy Desk/Managing Agent, 22935 Ventura Blvd Suite 228, Woodland Hills CA 91364-5830
4299020 Discount Tire Co., PO Box 29851, Phoenix, AZ 85038-9851
4299021 Discount Tire/Americas Tire, PO Box 29851, Phoenix, AZ 85038-9851

4643046 +Discount Tires Service, Attn Bankruptcy Desk/Managing Agent, 6565 W Sahara AVe, Las Vegas NV 89146-2909
4643047 +Distinctive Clean Up, Attn Bankruptcy Desk/Managing Agent, Alan Skinner, 726 Prospect Avenue, Las Vegas NV 89002-8210
4299023 +Distinctive Homes Magazine, PO Box 9277, Canton, OH 44711-9277
4643048 +Distinctive Homes Magazine, Attn Bankruptcy Desk/Managing Agent, PO Box 9277, Canton OH 44711-9277
4643049 +Distinctive Marble Inc, Attn Bankruptcy Desk/Managing Agent, Tony, 40 North Mojave Road, Las Vegas NV 89101-4804
4299024 +Distinctive Marble Inc., 40 North Mojave Road, Las Vegas, NV 89101-4804
4299025 +Ditillo, Kenneth, 2877 Nikki Ter, Henderson, NV 89074-3275
4643050 +Div of Water Resources, Attn Bankruptcy Desk/Managing Agent, State of Nevada, 123 W Nyle Lane Ste 246, Carson City NV 89706-0899
4299026 +Div. of Water Resources, State of Nevada, 123 W. Nyle Lane, Ste 246, Carson City, NV 89706-0899
4299027 +Diversified Drafting LLC, 5729 Walkingstick Lane, North Las Vegas, NV 89031-1573
4643051 +Diversified Guardian, Attn Bankruptcy Desk/Managing Agent, 4132 S Rainbow Blvd, Suite 216, Las Vegas NV 89103-3106
4643054 +Diversified Realty, Attn Bankruptcy Desk/Managing Agent, 911 N Buffalo Suite 201, Las Vegas NV 89128-0391
4299031 +Divine Enterprises, 3595 S. Highland Dr, Suite No 4, Las Vegas, NV 89103-5711
4643055 +Divine Enterprises, Attn Bankruptcy Desk/Managing Agent, 3595 S Highland Dr, Suite 4, Las Vegas NV 89103-5711
4299033 +Dixon & Christine Keller, 221 Lakewood Garden Dr, Las Vegas, NV 89148-2734
4299034 +Dixon, Jason M, 1620 Chapman Dr., Las Vegas, NV 89104-1812
4299035 +Dixon, William B., 2732 Watkins Glen, Henderson, NV 89052-3868
4299039 +Dmitry & Lyudmila Vorobiev, 361 Tayman Park Ave, Las Vegas, NV 89148-2846
4299042 +Dmytro Pavlenko, 7123 S Durango Dr Unit 303, Las Vegas, NV 89113-2064
4643058 Do It Yourself Magazine, Attn Bankruptcy Desk/Managing Agent, 1716 Locust Street, Des Moines IA 50309-3023
4299044 +Dobbs Family, 222 Cliff Valley Dr, Las Vegas, NV 89148-2708
4299045 Document Event Videography, 6822 Sebring St., Las Vegas, NV 89103-4302
4643059 Document Event Videography, Attn Bankruptcy Desk/Managing Agent, 6822 Sebring St, Las Vegas NV 89103-4302
4299046 +Dodson-Diefenbach, Bruce A., 3879 San Andreas Ave, Las Vegas, NV 89121-6122
4299047 +Dody Gilenson, 7167 S Durango Dr Unit 211, Las Vegas, NV 89113-2042
4643060 +Dog Pony Show, Attn Bankruptcy Desk/Managing Agent, 3395 S Jones Blvd 328, Las Vegas NV 89146-6729
4299049 +Dominador & Josefina Suguitan, 189 Summerwind Dr, Milpitas, CA 95035-2412
4299050 +Dominga & Remegio Alegado, 9050 W Warm Springs Rd Unit 2082, Las Vegas, NV 89148-3835
4299051 +Dominguez, Alejandro, 916 Snug Harbor St No B, Las Vegas, NV 89110-1277
4299052 +Dominguez, Benancio, 2751 E. Bonanza Rd, Las Vegas, NV 89101-3549
4299053 +Dominguez, Jorge, 916 Snug Harbor St. No B, Las Vegas, NV 89110-1277
4299054 +Dominguez, Raul, 1874 Renada Circle, North Las Vegas, NV 89030-5059
4299055 +Dominion Enterprises, PO Box 9277, Canton, OH 44711-9277
4643061 +Dominion Enterprises, Attn Bankruptcy Desk/Managing Agent, PO BOX 9277, Canton OH 44711-9277
4299056 +Domino, PO Box 37760, Boone, IA 50037-0760
4643062 +Domino, Attn Bankruptcy Desk/Managing Agent, P O Box 37760, Boone IA 50037-0760
4299057 +Don & Domina Alvarico, 6470 Aether St, Las Vegas, NV 89148-6734
4299058 +Don Hamlin, 7163 S Durango Dr Unit 310, Las Vegas, NV 89113-2009
4299059 +Don Kletzien, 5180 Cameron Street No 6, Las Vegas, Nv 89118-4906
4643063 +Don Kletzien, Attn Bankruptcy Desk/Managing Agent, Don, 5180 Cameron Street 6, Las Vegas NV 89118-4906
4299060 +Don Mungcal, 255 S Grand Ave Ste 204, Los Angeles, CA 90012-3035
4643064 Don s Office Products, Attn Bankruptcy Desk/Managing Agent, 216 N 5th Street, Kingmen AZ 86401-5818
4299062 +Dona and Bliss Rivera, 2951 Siena Heights Dr No 1321, Henderson, NV 89052-3876
4643065 +Dona and Bliss Rivera, Attn Bankruptcy Desk/Managing Agent, 2951 Siena Heights Dr 1321, Henderson NV 89052-3876
4299063 +Donald & Debbie Tyree, 28692 W Harvest Glen Cir, Cary, IL 60013-2339
4299064 +Donald & Jaclyn Palmer, 9690 Valmeyer Ave, Las Vegas, NV 89148-5741
4299066 +Donald & Robyn Vines, 7204 Buglehorn St, Las Vegas, NV 89131-8260
4643066 +Donald I Rogers, Attn Bankruptcy Desk/Managing Agent, 738 Rocky Trial Road, Henderson NV 89014-0326
4299068 +Donald Rech, 1240 24 Th Rd, Ulysses, NE 68669-6975
4299069 +Donald Reynolds, 7111 S Durango Dr Unit 305, Las Vegas, NV 89113-2052
4299070 +Donald Snyder, 4711 Califa Dr, Las Vegas, NV 89122-1911
4299071 +Donald, Richard S., 5419 Tropicana No 2510, Las Vegas, NV 89103-5071
4299072 +Donaldson Family, 349 Lakewood Garden Dr, Las Vegas, NV 89148-2737
4643068 +Done Right Plumbing Inc, Attn Bankruptcy Desk/Managing Agent, 3872 Raymert Drive, Las Vegas NV 89121-3247
4299073 +Done Right Plumbing Inc., 3872 Raymert Drive, Las Vegas, NV 89121-3247
4299074 +Dong & Kitty Lee, 123 Broken Putter Way, Las Vegas, NV 89148-5255
4299075 +Dong Cho, 21812 Sheppard Dr, Eagle River, AK 99577-9570
4299076 +Dong Family, 1165 Helen Dr, Millbrae, CA 94030-1015
4643069 +Donghia Furniture, Attn Bankruptcy Desk/Managing Agent, Traci Rock/John Bolin, 485 Broadway, New York NY 10013-2607
4299077 +Donna & Benjamin Owyoung, 2213 Delvin Way, South San Francisco, CA 94080-5504
4299078 +Donna Duke, 7189 S Durango Dr Unit 113, Las Vegas, NV 89113-2021

4299079 +Donna Kokosky, 997 Via Canale Dr, Henderson, NV 89011-0830
4299080 +Donna Liu, 535 Via Ripagrande Ave, Henderson, NV 89011-0816
4299081 +Donovan Brothers Trucking, Inc, 3116 La Mesa Drive, Henderson, NV 89014-3614
4299082 +Donovan Burns, 6150 W. 14400 S, Herriman, UT 84096-3963
4299083 +Donovan Burns, 7198 Pine Barrens, Las Vegas, NV 89148-1816
4643071 +Donovan Burns, Attn Bankruptcy Desk/Managing Agent, 7198 Pine Barrens, Las Vegas NV 89148-1816
4643070 +Donovan Burns, Attn Bankruptcy Desk/Managing Agent, 6150 W 14400 S, Herriman UT 84096-3963
4299061 Dons Office Products, 216 N. 5th Street, Kingmen, AZ 86401-5818
4299084 +Doran & Kerry Blanchfield, 7208 Buglehorn St, Las Vegas, NV 89131-8260
4643072 +Dorel Vorindan, Attn Bankruptcy Desk/Managing Agent, 3482 Hera St, Las Vegas NV 89117-1064
4299085 +Dorian Family, 10300 Charleston Blvd No 13-249, Las Vegas, NV 89135-1037
4299086 +Doris Barton, 9420 Angelfish Dr, Las Vegas, NV 89117-0194
4299087 +Doris Basil-Ibegbulam, 1029 Via Latina St, Henderson, NV 89011-0815
4299088 +Doris Miller, 7159 S Durango Dr Unit 104, Las Vegas, NV 89113-2216
4299089 +Doroteo, Rodolfo, 2336 Daley, N Las Vegas, NV 89030-7747
4299090 +Dorothy Cherene, 7167 S Durango Dr Unit 203, Las Vegas, NV 89113-2042
4299091 +Dorothy Garrett, 9568 Los Cotos, Las Vegas, NV 89147-8205
4643074 +Dorothy Garrett, Attn Bankruptcy Desk/Managing Agent, 9568 Los Cotos, Las Vegas NV 89147-8205
4643075 +Dorothy Marbury Trustee, Attn Bankruptcy Desk/Managing Agent, 861 N Nellis Blvd, Las Vegas NV 89110-5386
4299092 +Dorsett, John, 2900 El Camino No 243, Las Vegas, NV 89102-4244
4897207 +Double A Electric, LLC, c/o Bankruptcy Law Center, LLC, 1100 S. 10th Street, Las Vegas, NV 89104-1505
4299093 +Double A Electric, LLC, 2625 E. Craig Unit A, N. Las Vegas, NV 89030-3373
4299095 +Double Tree Security Inc., 5157 Huntington Road, Fort Majave, AZ 86426-6585
4299096 +Doucet, Anna P., 6 Chambers Street, Las Vegas, NV 89115-2632
4299097 +Doug Pfannenstiel, 1032 Via Canale Dr, Henderson, NV 89011-0802
4299098 +Douglas & Jill Forester, 280 Broken Par Dr, Las Vegas, NV 89148-5210
4299099 +Douglas & Kimberly Eckrote, 4484 Normandy Ct, Long Grove, IL 60047-5206
4299100 +Douglas & Mona Canada, 464 Via Palermo Dr, Henderson, NV 89011-0824
4299101 +Douglas & Patricia Foertsch, 976 Via Canale Dr, Henderson, NV 89011-0829
4299102 Douglas & Sylvia Einfeld, 435 Casa Rio Dr, Kelowna Bc Canada V1Z 3L6, 00000
4299103 +Douglas Busch, 7510 Bridlehorne Ave, Las Vegas, NV 89131-3357
4299104 +Douglas Cty. Comm. Dev. Dept., PO Box 218, Minden, NV 89423-0218
4643077 +Douglas E Swallow, Attn Bankruptcy Desk/Managing Agent, 2940 Majestic Heights, Las Vegas NV 89117-2582
4299105 +Douglas E. Swallow, 2940 Majestic Heights, Las Vegas, NV 89117-2582
4643078 Douglas Epley, Attn Bankruptcy Desk/Managing Agent, 11105 N 1115 St 1102, Scottsdale AZ 85259
4299106 Douglas Epley, 11105 N 1115 St No 1102, Scottsdale, AZ 85259
4299107 Douglas Halwa, 8949-107A Ave, Grand Prairie Alberta Canada, 00000
4299108 +Douglas Vetter, 1133 Westchester Ave, White Plains, NY 10604-3516
4299109 Dow Jones & Company, Inc, OCR Processing, PO Box 931, Chicopee, MA 01021-0931
4643079 Dow Jones Company Inc, Attn Bankruptcy Desk/Managing Agent, OCR Processing, P O Box 931, Chicopee MA 01021-0931
4643081 Down Syndrome Organization, Attn Bankruptcy Desk/Managing Agent, of Southern Nevada, 5300 Vegas Drive, Las Vegas NV 89108-2347
4299111 Down Syndrome Organization, of Southern Nevada, 5300 Vegas Drive, Las Vegas, NV 89108-2347
4299110 +Down by the River Finish Carpe, 3108 Leawood Drive No B, Lake Havasu City, AZ 86404-3333
4643080 +Down by the River Finish Carpe, Attn Bankruptcy Desk/Managing Agent, Scott Pinger, 3108 Leawood Drive B, Lake Havasu City AZ 86404-3333
4643082 +Downey Brand LLP, Attn Bankruptcy Desk/Managing Agent, Attorneys at Law, 555 Capitol Mall 10th Floor, Sacramento CA 95814-4601
4299112 +Downey Brand, LLP, Attorneys-at-Law, 555 Capitol Mall, 10th Floor, Sacramento, CA 95814-4601
4643083 +Dr Drywall Paint Too, Attn Bankruptcy Desk/Managing Agent, 2408 Santa Clara St, Las Vegas NV 89104-2648
4643084 +Dr Kincaid Chair Lo, Attn Bankruptcy Desk/Managing Agent, P O Box 925, Lanoir NC 28645-0925
4299113 +Dr. Drywall & Paint Too, 2408 Santa Clara St, Las Vegas, NV 89104-2648
4299114 +Dr. Drywall & Paint, Too, 953 E. Sahara Bldg F No F15, Las Vegas, NV 89104-3005
4643085 +Drake Asphalt Concrete, Attn Bankruptcy Desk/Managing Agent, Systems, PO BOX 231749, Las Vegas NV 89105-1749
4299115 +Dratter Electrical Services, 2681 Industrial Road, Las Vegas, NV 89109-1129
4299116 +Drazan & Tanja Marinovic, 195 Dog Leg Dr, Las Vegas, NV 89148-2696
4299117 +Dream Tubs Inc,, 7388 Scottish Castle Avenue, Las Vegas, NV 89113-3205
4643086 +Drew Asphalt Paving Inc, Attn Bankruptcy Desk/Managing Agent, 4510 N Valadez St, Las Vegas NV 89129-5352
4299118 +Drew Asphalt Paving, Inc., 4510 N. Valadez St., Las Vegas, NV 89129-5352
4299123 +Driskill, Robert Micheal, 26201 Wheat Street Sun City, AC 92585, Sun City, CA 92585-8849
4643089 +DriveSavers Data Recovery Inc, Attn Bankruptcy Desk/Managing Agent, 400 Bel Marin Keys Blvd, Novato CA 94949-5642
4299125 +Duffy, Patrick, 10986 Iris Canyon Lane, Las Vegas, NV 89135-1720
4643091 +Duger Haul It All Inc, Attn Bankruptcy Desk/Managing Agent, 845 Rolling Hills Plz N, Lake Havasu City AZ 86406-7119
4299126 +Duk & Yong Chong, 373 Highland Hills Ct, Las Vegas, NV 89148-2788
4643092 +Dun Bradstreet, Attn Bankruptcy Desk/Managing Agent, 75 Remittance Dr Suite 1793, Chicago IL 60675-1793
4299127 +Duncan, William, 6000 Flaming Coral Lane, Las Vegas, NV 89130-7077

4643093 +Dunn Edwards Corporation, Attn Bankruptcy Desk/Managing Agent, 4885 East 52nd Place, Los Angeles CA 90058-5584
4299128 +Dunn Leasing LLC, PO Box 28100, Las Vegas, NV 89126-2100
4299129 +Duo Darlison, 10809 Silver Lace Ln, Las Vegas, NV 89135-2870
4299130 +Dupont, Raymond C, 6914 E Hawthorne Street Tucson, AZ 8571, Tucson, AZ 85710-1231
4299132 +Duran Onofre, Rigoberto, 3751 S. Nellis No 22, Las Vegas, NV 89121-3148
4299131 +Duran Onofre, Rigoberto, 3512 Orvis St North, N Las Vegas, NV 89030-4630
4299133 Duran, Jorge, 380 Maydelle No F, Las Vegas, NV 89101
4299134 +Duran, Lindsey G, 8876 Contrada Ct, Las Vegas, NV 89148-5903
4299135 +Duron, Alain James, 919 N. Belvedere Ave No 1101 Tuscon, A, Tucson, AZ 85711-8100
4299136 +Dusko & Lidija Zivanovic, 9699 Marcelline Ave, Las Vegas, NV 89148-5750
4643094 +Dust Busters Air Quality LLC, Attn Bankruptcy Desk/Managing Agent, 3433 Losee Road 5, North Las Vegas NV 89030-3322
4643095 +Dust Down Water Trucks, Attn Bankruptcy Desk/Managing Agent, 300 E Houston Avenue, Gilbert AZ 85234-3318
4299137 +Dustin Fitz, 242 Fairway Woods Dr, Las Vegas, NV 89148-5203
4299138 +Dustin Vigil, 9746 Valmeyer Ave., Las Vegas, NV 89148-5743
4299139 +Dutton, Edward J, 11434 Joshua Drive No 22 Yuma, AZ 85365, Yuma, AZ 85365-8486
4643096 +Dwell, Attn Bankruptcy Desk/Managing Agent, P O Box 5100, Harlan IA 51593-0600
4643097 +Dwight Hayes, Attn Bankruptcy Desk/Managing Agent, P O Box 1937, Dolan Springs AZ 86441-1937
4643098 +Dwyan W Woodland, Attn Bankruptcy Desk/Managing Agent, Arrow Air Conditioning, 1776 Cottonwood Lane, Mohave Valley AZ 86440-9339
4299140 +Dyhrkopp, Christopher, 10601 Lessona Street, Las Vegas, NV 89141-0473
4643099 Dylan Ltd, Attn Bankruptcy Desk/Managing Agent, c/o James E Garrett, 4911 Mission Bay Drive, Las Vegas NV 89113-1350
4299141 Dylan Ltd., c/o James E Garrett, 4911 Mission Bay Drive, Las Vegas, NV 89113-1350
4643100 +Dynamic Heating Air, Attn Bankruptcy Desk/Managing Agent, of Nevada Inc, 3315 Birtcher Drive, Las Vegas NV 89118-3855
4643102 +Dynamic Plumbing Systems Inc, Attn Bankruptcy Desk/Managing Agent, 4745 Copper Sage Street, Las Vegas NV 89115-1891
4299143 +Dynamic Plumbing Systems, Inc., 4745 Copper Sage Street, Las Vegas, NV 89115-1891
4643103 +Dynasty Cultured Marble Prod, Attn Bankruptcy Desk/Managing Agent, 3099 Sycamore Ave, Kingman AZ 86409-3615
4299144 +Dynasty Cultured Marble Prod., 3099 Sycamore Ave., Kingman, AZ 86409-3615
4643104 Dyntek Services Inc, Attn Bankruptcy Desk/Managing Agent, Scott, 1453 Paysphere Circle, Chicago IL 60674-0014
4299145 Dyntek Services, Inc., 1453 Payshere Circle, Chicago, IL 60674-0014
4643105 +E D Company PLLC, Attn Bankruptcy Desk/Managing Agent, 4943 N 29th E Ste A, Idaho Falls ID 83401-1314
4643106 E Information Technology, Attn Bankruptcy Desk/Managing Agent, PO BOX 50402, Henderson NV 89016-0402
4643107 +E O C, Attn Bankruptcy Desk/Managing Agent, 1705 Anderson Avenue, Compton CA 90220-5005
4299221 E-Information Technology, PO Box 50402, Henderson, NV 89016-0402
4299146 +E.O.C., 1705 Anderson Avenue, Compton, CA 90220-5005
4879161 +EAGLE PAINTING & DRYWALL, ATTN: CYNTHIA STINE, 6225 HARRISON DRIVE, SUITE #1, LAS VEGAS, NV 89120-4054
4299168 +ECCO, Attention Credit Department, 1417 N Susan Street, Santa Anna, CA 92703-1415
4643121 +ECamSecure Inc, Attn Bankruptcy Desk/Managing Agent, 436 W Walnut St, Gardena CA 90248-3137
4299167 +ECamSecure Inc., 436 W. Walnut St., Gardena, CA 90248-3137
4829579 +EFRAIN AMECUA, 1005 VIRGIL ST, LAS VEGAS, NV 89110-1169
4299237 ++++ELITE REALTY, ALEXIS HARDING, 8605 S EASTERN AVE STE B, LAS VEGAS NV 89123-2869
(address filed with court: Elite Realty, Alexis Harding, 8605 S. Eastern Ave Ste B-102, Las Vegas, NV)
4643145 ++++ELITE REALTY, ATTN BANKRUPTCY DESK/MANAGING AGENT, ALEXIS HARDING, 8605 S EASTERN AVE STE B, LAS VEGAS NV 89123-2869
(address filed with court: Elite Realty, Attn Bankruptcy Desk/Managing Agent, Alexis Harding, 8605 S Eastern Ave Ste B 102, Las Vegas NV)
4643155 EMC Insurance Companies, Attn Bankruptcy Desk/Managing Agent, 16150 N Arrowhead, Fountain Center Dr Suite 350, Peoria AZ 85385
4643159 +EMI Network, Attn Bankruptcy Desk/Managing Agent, 312 Elm Street Suite 1150, Cincinnati OH 45202-2763
4643163 EMPG/St Rose Dominican Hosp, Attn Bankruptcy Desk/Managing Agent, P O Box, Columbus OH 43218-2554
4299281 +EMPIRE SOUTHWEST LLC, PO Box 29879, Phoenix, AZ 85038-9879
4299302 EPMG/ST ROSE DOMINICAN, HOSP SM, PO Box 182554, Columbus, OH 43218-2554
4643183 EPMG/ST ROSE DOMINICAN, Attn Bankruptcy Desk/Managing Agent, HOSP SM, PO BOX 182554, Columbus OH 43218-2554
4643193 +ERP Management FAST LLC, Attn Bankruptcy Desk/Managing Agent, c/o MH2 Technologies Ltd, 5055 Keller Springs Ste 100, Addison TX 75001-6299
4643195 +ES2, Attn Bankruptcy Desk/Managing Agent, Engineering System Solutions, 6380 S Valley View Blvd 406, Las Vegas NV 89118-3907
4299350 +ES2, Engineering System Solutions, 6380 S. Valley View Blvd No 406, Las Vegas, NV 89118-3914
4299395 +ESPN Radio 920, KBAD AM, 8755 W. Flamingo Rd, Las Vegas, NV 89147-8667
4643196 +ESPN Radio 920, Attn Bankruptcy Desk/Managing Agent, KBAD AM, 8755 W Flamingo Rd, Las Vegas NV 89147-8667
4643197 ESRI Inc, Attn Bankruptcy Desk/Managing Agent, File 54630, Los Angeles CA 90074-4630
4299415 +ETS Corporation, 10 Pidgeon Hill Dr., Suite 200, Sterling, VA 20165-6103
5048958 +EVELIA DELAYO, 1044 VIA CANALE DR, HENDERSON, NV 89011-0802

4299453 EZ Go Div of Textron, EZ Go, A Textron Company, 26007 Network Place, Chicago, IL 60673-1260
4299147 +Eade Family, 64 Tall Ruff Dr, Las Vegas, NV 89148-5244
4299148 +Eagle Asphalt, LLC, 686 E HWY 82, Huachuca City, AZ 85616-8162
4299149 +Eagle Chemical Service, PO Box 11033, Fort Mojave, AZ 86427-1033
4643108 +Eagle Chemical Service, Attn Bankruptcy Desk/Managing Agent, P O Box 11033, Fort Mojave AZ 86427-1033
4643109 Eagle Fence Company, Attn Bankruptcy Desk/Managing Agent, Chip Lorin, P O Box 12386, Bullhead City AZ 86429
4299150 +Eagle Jet Aviation, 5220 Haven St., Suite 105, Las Vegas, NV 89119-2405
4643110 +Eagle Jet Aviation, Attn Bankruptcy Desk/Managing Agent, 5220 Haven St, Suite 105, Las Vegas NV 89119-2405
4299151 +Eagle Mountain Const., 3885 E Industrial, Flagstaff, AZ 86004-9457
4299152 +Eagle Painting & Drywall Inc., 6225 Harrison Dr, Suite 1, Las Vegas, NV 89120-4054
4643111 +Eagle Painting Drywall Inc, Attn Bankruptcy Desk/Managing Agent, 6225 Harrison Dr, Suite 1, Las Vegas, NV 89120-4054
4299153 +Eagle Promotions, 4575 W. Post Road Ste 100, Las Vegas, NV 89118-3929
4643112 +Eagle Promotions, Attn Bankruptcy Desk/Managing Agent, 4575 W Post Road, Suite 100, Las Vegas NV 89118-3929
4643113 Eagle Quest, Attn Bankruptcy Desk/Managing Agent, 4312 Evans Ridge Court, Las Vegas NV 89129
4299154 +Eakin, Ryan A., 705 Heritage Point, Henderson, NV 89002-8476
4299155 +Earl Wong, 9668 Ziegler Ave, Las Vegas, NV 89148-5757
4299157 +Earnest Elliott, 157 Honors Course Dr, Las Vegas, NV 89148-0001
4643114 +Earth Development, Attn Bankruptcy Desk/Managing Agent, 7777 Hauck Street, PO Box 36717, Las Vegas NV 89133-6717
4643115 +EarthCalc Inc, Attn Bankruptcy Desk/Managing Agent, 909 15 St Suite 6, Modesto CA 95354-1130
4643116 EarthLink Network Inc, Attn Bankruptcy Desk/Managing Agent, ATTN VANESSA, PO BOX 6452, Carol Stream IL 60197-6452
4299159 EarthLink Network, Inc., PO Box 6452, Carol Stream, IL 60197-6452
4299158 +EarthLink Network, Inc., 1375 Peachtree St. N.E., Atlanta, GA 30309-3100
4299160 +East Valley Partnership, 2500 S. Power Road, Suite 225-1, Mesa, AZ 85209-6690
4643117 +East West Coast Supplies Inc, Attn Bankruptcy Desk/Managing Agent, 3004 Avenue J, Brooklyn NY 11210-3838
4299162 +Eastgate Realty Corp, 7010 165th Pl SW, Edmonds, WA 98026-4926
4299164 Eastgate Realty Corporation, 7019 165th Pl SW, Edmonds, WA 98026
4643118 +Eastridge Temps, Attn Bankruptcy Desk/Managing Agent, 4220 S Maryland Prkwy Ste 205, Las Vegas NV 89119-7523
4299165 +Ebbin Moser + Skaggs LLP, 550 Montgomery St., Suite 900, San Francisco, CA 94111-2539
4643119 +Ebbin Moser Skaggs LLP, Attn Bankruptcy Desk/Managing Agent, 550 Montgomery St Suite 900, San Francisco CA 94111-2539
4643120 +Ecamerafilms com, Attn Bankruptcy Desk/Managing Agent, 60 South 2nd Street, Suite K, Deer Park MD 11729-4717
4299166 +Ecamerafilms.com, 60 South 2nd Street, Suite K, Deer Park, NY 11729-4717
4299169 +Echeverria Family, PO Box 7696, Ventura, CA 93006-7696
4299170 Echo Storage Options, PO Box 6487, Kingman, AZ 86402-6487
4643122 Echo Storage Options, Attn Bankruptcy Desk/Managing Agent, P O Box 6487, Kingman AZ 86402-6487
4299171 +Eclips Family, 343 Harpers Ferry Ave, Las Vegas, NV 89148-2784
4299175 +EcoSure, PO Box 6009, Grand Forks, ND 58206-6009
4299172 Ecolab Pest Elim. Div., PO Box 6007, Grand Forks, ND 58206-6007
4299173 +Econ Appliance, 6630 Arroyo Springs St., Ste 1200, Las Vegas, NV 89113-1948
4643123 +Econ Appliance, Attn Bankruptcy Desk/Managing Agent, 6630 Arroyo Springs St, ste 1200, Las Vegas NV 89113-1948
4299174 +Economy Movers, 4287 W. Swift, PO Box 7624, Fresno, CA 93747-7624
4643124 +Economy Movers, Attn Bankruptcy Desk/Managing Agent, 4287 W Swift, P O Box 7624, Fresno CA 93747-7624
4299176 +Ed & Paige Song, 366 Blackstone River Ave, Las Vegas, NV 89148-2738
4299177 +Eddie & Abundia Pancipanci, 87-126 Helelua St Apt D202, Waianae, HI 96792-4934
4299178 +Eddie & Fannie Lam, 1172 Earnest St, Hercules, CA 94547-2726
4299179 +Eddie Hunter, 7135 S Durango Dr Unit 214, Las Vegas, NV 89113-2076
4643125 +Edelman, Attn Bankruptcy Desk/Managing Agent, Teddy Arthur Edelman, 80 Pickett District Road, New Milford CT 06776-4450
4299180 +Eder, Corey M., 4389 Clear Brooke Pl, Las Vegas, NV 89103-4200
4299181 +Eder, Paul A., 570 Swiss Cottage Ave, Las Vegas, NV 89178-1203
4299182 +Ederlyn & Arnulfo Alcaraz, 9712 Marcelline Ave, Las Vegas, NV 89148-5751
4299183 +Edgar Camey, 307 Yoakum Pkwy Apt 1508, Alexandria, VA 22304-4038
4299184 +Edgar Manvelyan, 466 Riverdale Dr Apt 208, Glendale, CA 91204-3032
4299185 +Edgar McDowell, 7143 S Durango Dr Unit 204, Las Vegas, NV 89113-2002
4299186 +Edgardo & Irma Valdivieso, 30 Laying Up Ct, Las Vegas, NV 89148-5257
4299187 Edgardo & Ligaya Simon, 5499 Carbillo Sur, El Sobrante, CA 94803
4299188 +Edgardo Barrantes, 8438 Capricorn Way Unit 16, San Diego, CA 92126-4692
4299189 +Edin Antonio Vides, 2830 S. Decatur Blvd., Apt 24, Las Vegas, NV 89102-5504
4299190 +Editha & Danilo Santos, 3912 Spyglass Ct, Stockton, CA 95219-1921
4299191 +Edmund & Janet Gyllenhammer, 604 Over Par Ct, Las Vegas, NV 89148-5239
4643127 +Edmund Yen, Attn Bankruptcy Desk/Managing Agent, 614 Shenandoah Street, Thousand Oaks CA 91360-1531
4299192 +Edna & Danilo Paule, 7701 Man O War St, Las Vegas, NV 89131-4103
4299193 +Eduardo & Eloiza Baluyut, 191 Tayman Park Ave, Las Vegas, NV 89148-2836

4299195 +Eduardo Martinez Rodriguez, 3401 Lillis, North Las Vegas, NV 89030-6637
4299196 +Eduardo Nunez, 2528 Perliter Ave, North Las Vegas, NV 89030-7309
4299197 +Edward & Amy Jeter, 7225 Tealwood St, Las Vegas, NV 89131-8219
4299198 +Edward & Anne Kim, 182 Cascade Lake St, Las Vegas, NV 89148-2793
4299199 +Edward & Bua Jones, 7020 Statendam Ct, McLean, VA 22101-5616
4299200 +Edward & Janina Macek, 118 Chateau Whistler Ct, Las Vegas, NV 89148-2730
4299201 +Edward & Marta Devries, 91 Sunshine Coast Ln, Las Vegas, NV 89148-2710
4299202 +Edward & Pearl Watson, 8820 Horizon Ridge Wind Ave No 101, Las Vegas, NV 89178-7761
4299203 +Edward & Vera Vien, 921 SW Washington St Ste 758, Portland, OR 97205-2830
4643128 +Edward A Williams, Attn Bankruptcy Desk/Managing Agent, Misty Williams, 3214 Velvet Rose, Las Vegas NV 89135-2210
4299204 +Edward A. Williams, 3214 Velvet Rose, Las Vegas, NV 89135-2210
4643129 +Edward Kim, Attn Bankruptcy Desk/Managing Agent, 63 Wall Street, Apt 2808, New York NY 10005-3021
4643130 +Edward S Jones, Attn Bankruptcy Desk/Managing Agent, and Bua T Jones, 7020 Statendam Court, McLean VA 22101-5616
4299207 +Edward S. Jones, and Bua T. Jones, 7020 Statendam Court, McLean, VA 22101-5616
4299208 +Edward Sambrano, 350 E Moss St, Chula Vista, CA 91911-2406
4299209 +Edward Shaw, 9050 W Warm Springs Rd Unit 1143, Las Vegas, NV 89148-3831
4299210 +Edward Williams, 9050 W Tropicana Ave Unit 1095, Las Vegas, NV 89147-8187
4643131 Edwards Hale Sturman and, Attn Bankruptcy Desk/Managing Agent, Cushing Ltd, 415 South Sixth Street Suite 300, Las Vegas NV 89101-6937
4299211 +Edwards, Andrew D, 9836 Lenox Crest Pl., Las Vegas, NV 89134-5901
4299212 +Edwards, Betty, PO Box 1001 Tonalea, AZ 86044, Tonalea, AZ 86044-1001
4299213 +Edwige Failloux, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4299214 +Effective Risk Management, Pauline Thomas, CRM,CIC,ARM, 19200 Von Karman Ave, Ste 500, Irvine, CA 92612-8513
4643132 +Effective Risk Management, Attn Bankruptcy Desk/Managing Agent, Pauline Thomas CRM CIC ARM, 19200 Von Karman Ave Ste 500, Irvine CA 92612-8513
4299215 +Efficient Space Planning, 4337 W. Sunset Rd, Las Vegas, NV 89118-3852
4643133 +Efficient Space Planning, Attn Bankruptcy Desk/Managing Agent, 4337 W Sunset Rd, Las Vegas NV 89118-3852
4299216 +Efraim Perez, 4633 N Laramie Ave, Chicago, IL 60630-3605
4299217 +Efrain Casillas-Lopez, 1925 Griffith Ave, Las Vegas, NV 89104-3642
4299218 +Egbert Power and Sound Inc, 3585 S. Highland Dr. No 52, Las Vegas, NV 89103-5731
4299219 +Egbert Power and Sound Inc, All These Cables, 3000 W. Ann Road 102-125, North Las Vegas, NV 89031-7260
4643134 +Egbert Power and Sound Inc, Attn Bankruptcy Desk/Managing Agent, All These Cables, 3000 W Ann Road 102 125, North Las Vegas NV 89031-7260
4299220 +Eggers, Robert L, 7045 W. Agua Fria Drive, Golden Valley, AZ 86413-7968
4299223 +Elaine & Tony Luu, 3605 Hummer Rd, Annandale, VA 22003-1502
4643136 +Elderhorst Bells Inc, Attn Bankruptcy Desk/Managing Agent, 875 Gravel Pike, Palm PA 18070-1115
4299224 +Eldorado High School, 1139 N. Linn Lane, Las Vegas, NV 89110-2628
4643137 +Eldorado High School, Attn Bankruptcy Desk/Managing Agent, 1139 N Linn Lane, Las Vegas NV 89110-2628
4299225 +Eleanor Benitez, 1007 S Central Ave No 212, Glendale, CA 91204-3942
4643138 +Electric Cal Inc, Attn Bankruptcy Desk/Managing Agent, dba/ Reel Sound, 6440 Schirlls Street, Las Vegas NV 89118-6808
4643139 +Electric Lightwave Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 20553, Rochester NY 14602
4299226 +Electric Lightwave, Inc., PO Box 20553, Rochester, NY 14602
4299227 +Element Landscape & Concrete, 27 Painted View St., Henderson, NV 89012-4485
4643140 +Element Landscape Concrete, Attn Bankruptcy Desk/Managing Agent, 27 Painted View St, Henderson NV 89012-4485
4299229 +Elena Elamparo, 5261 Polis Dr, La Palma, CA 90623-1784
4643141 +Elena R Elamparo, Attn Bankruptcy Desk/Managing Agent, 5261 Polis Drive, La Palma CA 90623-1784
4299230 +Elena R. Elamparo, 5261 Polis Drive, La Palma, CA 90623-1784
4299231 +Elena Slaney, 372 Grandover Ct, Las Vegas, NV 89148-2821
4299232 Elena Woodard, 7528 Royal Crystal St, Las Vegas, NV 89149-0170
4643142 Elena Woodard, Attn Bankruptcy Desk/Managing Agent, 7528 Royal Crystal St, Las Vegas NV 89149-0170
4299233 +Elias & Violet Massara, 9050 W Warm Springs Rd Unit 1090, Las Vegas, NV 89148-3844
4643143 +Eliazar Estrada, Attn Bankruptcy Desk/Managing Agent, 316 Roberts St A, Reno, NV 89502-7802
4299235 +Elise Imbert, 1070 Via Saint Andrea Pl, Henderson, NV 89011-0840
4299236 +Elisha McCall, PO Box 4413, Cedar Hill, TX 75106-4413
4643144 +Elite Installations Inc, Attn Bankruptcy Desk/Managing Agent, 9312 Ricardo Lane, Las Vegas NV 89117-0142
4299238 +Elite Specialized Transport, 7700 Man-O-War, Las Vegas, NV 89131-4104
4299239 +Elizabeth & Ernesto Santos, 2351 Flint Ave, San Jose, CA 95148-1718
4299240 +Elizabeth & Richard Huebner, 8960 Lansberry Ct, Las Vegas, NV 89147-8118
4299241 +Elizabeth & Richard Kolkoski, 7501 Hornblower Ave, Las Vegas, NV 89131-3399
4643146 +Elizabeth F Luu, Attn Bankruptcy Desk/Managing Agent, 1576 10th Avenue, San Fancisco CA 94122-3623
4299243 +Elizabeth Hartman, 7225 Cottonsparrow St, Las Vegas, NV 89131-8220
4299242 +Elizabeth Hartman, 7189 S Durango Dr Unit 212, Las Vegas, NV 89113-2021
4643147 +Elizabeth Huang Michael Mok, Attn Bankruptcy Desk/Managing Agent, 2012 Horizon Court, San Leandro CA 94579-2606
4299244 +Elizabeth Luu, 1576 10th Ave, San Francisco, CA 94122-3623

4299245 +Elizabeth Marcha, 9050 W Warm Springs Rd Unit 1101, Las Vegas, NV 89148-3845
4299246 +Elizabeth Montgomery, 7143 S Durango Dr Unit 201, Las Vegas, NV 89113-2002
4299247 +Elizabeth Morales, 7115 S Durango Dr Unit 311, Las Vegas, NV 89113-2084
4299248 +Elizabeth Que, 9970 Waxberry Ct, Las Vegas, NV 89178-4815
4299249 +Elizondo, Alex S, 3750 E. Bonanza Rd. No 149, Las Vegas, NV 89110-6434
4299250 +Elkins, Johnna, 11027 Pentland Downs St, Las Vegas, NV 89141-3998
4299251 +Ellen Kaptain, 424 Via Stretto Ave, Henderson, NV 89011-0835
4299252 +Ellensworth Truck & Auto Mach., 1167 Knollwood Circle, Anaheim, CA 92801-1363
4643148 +Ellensworth Truck Auto Mach, Attn Bankruptcy Desk/Managing Agent, 1167 Knollwood Circle, Anaheim CA 92801-1363
4299253 +Elloitt & Sandra Saferin, 1051 Via Saint Lucia Pl, Henderson, NV 89011-0872
4299254 +Ellsworth, Brandon, 2122 Davis Ave Kingman, AZ 83401, Kingman, AZ 86401-4716
4299255 +Elmer & Maria Gorospe, 362 Dog Leg Dr, Las Vegas, NV 89148-2694
4299256 +Elmira Parker, 374 Banff Ct, Las Vegas, NV 89148-2822
4643149 +Elmira Parker, Attn Bankruptcy Desk/Managing Agent, 374 Banff Ct, Las Vegas NV 89148-2822
4299257 +Elsa Pahang, PO Box 23082, Ketchikan, AK 99901-8082
4299258 +Elsidita Yumul, 803 E Hadler St, Carson, CA 90745-3321
4299259 +Elsinore LLC, 3430 Bunkerhill Dr No A, N Las Vegas, NV 89032-6011
4299260 +Elvie Jimenez, 2131 S Ferrier Ct, La Habra, CA 90631-2057
4643156 +EmCentrix, Attn Bankruptcy Desk/Managing Agent, 4411 Mar Escarpa, San Clemente CA 92673-6412
4299262 Embarq Communications, Inc, PO Box 79255, City of Industry, CA 91716-9255
4643154 +Embarq Deposit, Attn Bankruptcy Desk/Managing Agent, 330 S Valley View Blvd, Attn Subdivision Desk, Las Vegas NV 89107-4361
4299263 +Embarq- Deposit, 330 S. Valley View Blvd., Attn: Subdivision Desk, Las Vegas, NV 89107-4361
4299267 Emedco, PO Box, Buffalo, NY 14240-0369
4643157 Emedco, Attn Bankruptcy Desk/Managing Agent, P O Box, Buffalo NY 14240-0369
4299268 +Emerald Aire Heating & A/C, 2622 Twin Pines Ave., Henderson, NV 89074-1952
4643158 +Emerald Shotcrete, Attn Bankruptcy Desk/Managing Agent, 7150 W Landberg Ave, Las Vegas NV 89178-9245
4299269 +Emeteria Utter, 4878 Califa Dr, Las Vegas, NV 89122-7576
4299270 +Emilia Sambajon, 2 Ibis Court, Henderson, NV 89052-6526
4643160 +Emilia Sambajon, Attn Bankruptcy Desk/Managing Agent, 2 Ibis Court, Henderson NV 89052-6526
4299271 +Emilie Lao, or Current Homeowner, 260 Tayman Park Ave., Las Vegas, NV 89148-2837
4643161 +Emily Choe Keller Williams, Attn Bankruptcy Desk/Managing Agent, 1038 Via Sanguinella Street, 4652 Hollywood Blvd, Los Angeles CA 90027-5408
4299273 +Emily Choe-Keller Williams, 4652 Hollywood Blvd, Los Angeles, CA 90027-5408
4299274 +Emma Healy, 9050 W Warm Springs Rd Unit 2043, Las Vegas, NV 89148-3833
4299275 +Emmanuel Cardenas-Duran, 3295 North Nellis Blvd No 11, Las Vegas, NV 89115-3043
4299276 +Emmanuel Chamberland, 313 Harpers Ferry Ave, Las Vegas, NV 89148-2783
4299277 +Emond & Eden Labat, 3501 Shady Timgber St, Las Vegas, NV 89129-7586
4643164 +Empire Appraisal Services LLC, Attn Bankruptcy Desk/Managing Agent, 5265 S Durango Blvd Suite 100, Las Vegas NV 89113-0185
4299278 +Empire Appraisal Services, LLC, 5265 S Durango Blvd. Suite 100, Las Vegas, NV 89113-0185
4299279 +Empire Cat, PO Box 2985, Phoenix, AZ 85062-2985
4299280 Empire Cat, PO Box 29879, Phoenix, AZ 85038-9879
4643165 +Empire Cat, Attn Bankruptcy Desk/Managing Agent, P O Box 2985, Phoenix AZ 85062-2985
4643166 Empire Southwest LLC, Attn Bankruptcy Desk/Managing Agent, PO BOX 29879, Phoenix AZ 85038-9879
4643167 +Empire Steel LLC, Attn Bankruptcy Desk/Managing Agent, Richard Crook, 1757 Autumn Rust Dr, Las Vegas NV 89119-0409
4299282 +Empire Steel, LLC, 1757 Autumn Rust Dr., Las Vegas, NV 89119-0409
4299283 +Empire Transport, 40 W. Iron Ave., Mesa, AZ 85210-6103
4643168 +Empire Transport, Attn Bankruptcy Desk/Managing Agent, 40 W Iron Ave, Mesa AZ 85210-6103
4643169 +Employment Development Dept, Attn Bankruptcy Desk/Managing Agent, P O Box 66014, Anaheim CA 92816-6014
4299284 Employment Security Division, 500 E. Third St, Carson City, NV 89713-0030
4643170 Enco Southwest Inc, Attn Bankruptcy Desk/Managing Agent, Steve Cottrell, 1426 Pueblo Drive, Boulder City AZ 89005-3207
4299285 +Endura Steel, 1470 East Torrance Rd, Ft. Mohave, AZ 86426-9229
4643171 +Energy Inspectors, Attn Bankruptcy Desk/Managing Agent, 8515 Edna Avenue, Suite 210, Las Vegas NV 89117-4429
4299286 +Engers Family, 8779 Las Olivas Ave, Las Vegas, NV 89147-6040
4643172 +Engineering Solutions Design, Attn Bankruptcy Desk/Managing Agent, 9393 W 110th St Suite 500, Overland Park KS 66210-1464
4299287 +England, Amie, 7265 Larix St, Las Vegas, NV 89113-3223
4643173 +English Garden Florist, Attn Bankruptcy Desk/Managing Agent, at Tiffany Square, 4171 S Maryland Parkway, Las Vegas NV 89119-7546
4299288 +Enid Rivera, 7135 S Durango Dr Unit 115, Las Vegas, NV 89113-2074
4299289 +Enoch & Catherine Wong, 7209 Tealwood St, Las Vegas, NV 89131-8240
4299290 +Enrico Anzalone, 3831 Flickering Star Dr, Las Vegas, NV 89103-2174
4299291 +Enrique & Maribel Ornelas, 468 Punto Vallata Dr, Henderson, NV 89011-0821
4299292 +Enrique Maldonado, 1728 Howard Ave, Las Vegas, NV 89104-3631
4299293 +Enterprise Leasing Company, 3730 Stockton Hill Rd Ste A, Kingman, AZ 86409-3056
4299298 EnviroSpecialist, PO Box 1288, Ft. Worth, TX 76101-1288
4643179 EnviroSpecialist, Attn Bankruptcy Desk/Managing Agent, Jim Smith, PO Box 1288, Ft Worth TX 76101-1288
4643174 +Environmental Health Serv Inc, Attn Bankruptcy Desk/Managing Agent, 3460 W cheyenne Ave, North Las Vegas NV 89032-8242
4299294 +Environmental Health Serv. Inc, 3460 W. Cheyenne Ave., North Las Vegas, NV 89032-8242

4643175 Environmental Management, Attn Bankruptcy Desk/Managing Agent, Solutions, 1214 Wigwam Pkwy 100, Henderson NV 89074-8156
4299296 Environmental Systems Research, ESRI, Inc., File No. 54630, Los Angeles, CA 90074-4630
4643176 Environmental Systems Research, Attn Bankruptcy Desk/Managing Agent, ESRI Inc, File No 54630, Los Angeles CA 90074-4630
4299297 +Environmental Technology Serv, 3020 Builders Avenue, Las Vegas, NV 89101-4904
4643177 +Environmental Technology Serv, Attn Bankruptcy Desk/Managing Agent, 3020 Builders Avenue, Las Vegas NV 89101-4904
4299299 +Envision Concrete, 5655 Reference St., Las Vegas, NV 89122-0251
4643180 +Envision Concrete, Attn Bankruptcy Desk/Managing Agent, 5655 Reference St, Las Vegas NV 89122-0251
4643181 +Envision Landscaping, Attn Bankruptcy Desk/Managing Agent, Mando Del Toro, 5655 Reference Street, Las Vegas NV 89122-0251
4299300 +Epicurean Charitable Foundatio, 8970 West Tropicana Ave, Suite 2, Las Vegas, NV 89147-8137
4643182 +Epicurean Charitable Foundatio, Attn Bankruptcy Desk/Managing Agent, 8970 West Tropicana Ave, Suite 2, Las Vegas NV 89147-8137
4299301 +Epifanio Campos, 1421 Crossdale Ave, Las Vegas, NV 89142-0181
4299304 Equipment Finance & Leasing, NW-8178, PO Box 1450, Minneapolis, MN 55485-8178
4643185 Equipment Finance Leasing, Attn Bankruptcy Desk/Managing Agent, NW 8178, P O Box 1450, Minneapolis MN 55485-8178
4299305 +Eredia, Jose Luis, 1017 W. Cartier Ave, North Las Vegas, NV 89030-3703
4299306 +Erez Atava, 8415 Watson Ranch Rd, San Diego, CA 92129-4637
4299307 +Eric & Brenda Nidiffer, 956 Via Canale Dr, Henderson, NV 89011-0829
4299308 +Eric & Carole Fulks, 7340 Red Cinder St, Las Vegas, NV 89131-3320
4299309 +Eric & Claire Rivera, 810 Poppy Ct, San Pablo, CA 94806-1873
4299310 +Eric & Hsiao Chin Endy, 2037 Cherry Creek Circle, Las Vegas, NV 89135-1567
4299312 +Eric & Kimberly Aitken, 96 Back Spin Ct, Las Vegas, NV 89148-5240
4299313 +Eric & Tamara Stafford, 1002 Via Saint Andrea Pl, Henderson, NV 89011-0832
4299314 +Eric Bonn, 9050 W Warm Springs Rd Unit 1061, Las Vegas, NV 89148-3828
4299315 +Eric Davis, 9050 W Tropicana Ave Unit 1127, Las Vegas, NV 89147-8189
4643186 +Eric Hsiao Chin Endy, Attn Bankruptcy Desk/Managing Agent, 2037 Cherry Creek Circle, Las Vegas NV 89135-1567
4643187 +Eric Kellstadt, Attn Bankruptcy Desk/Managing Agent, 3005 South Even Ave, Joplin MO 64804-9109
4299317 +Eric Lac, 247 Palm Trace Ave, Las Vegas, NV 89148-2735
4299318 +Eric Nicholsen, 4623 Califa Dr, Las Vegas, NV 89122-1910
4299319 +Eric Rangel, 449 Punto Vallata Dr, Henderson, NV 89011-0821
4299322 +Erica Etienne, 7111 S Durango Dr Unit 209, Las Vegas, NV 89113-2051
4299323 +Erica Ramos, 9050 W Warm Springs Rd Unit 2078, Las Vegas, NV 89148-3834
4299325 +Ericka Moya, 7410 Cedar Rae Ave, Las Vegas, NV 89131-3392
4299326 +Erickson, Crystal, 84 Yesterday Dr, Henderson, NV 89074-5850
4299327 +Erickson, Michael, 1809 birch, Las Vegas, NV 89102-4403
4299328 +Erickson, Mike B, 1809 Birch St, Las Vegas, NV 89102-4403
4299329 Erie Cotton Products, PO Box 267, Erie, PA 16512-0267
4299330 +Erika Duncan, 1363 Woodhaven Cir, Taylorsville, UT 84123-4314
4299331 +Erin Grijalva, 9050 W Tropicana No 1171, Las Vegas, NV 89147-8192
4643188 +Erin Grijalva, Attn Bankruptcy Desk/Managing Agent, 9050 W Tropicana 1171, Las Vegas NV 89147-8192
4643189 +Erin Kenny Consulting, Attn Bankruptcy Desk/Managing Agent, 22 Queen Valley Court, Las Vegas NV 89148-2725
4299332 +Erin Mattera, 9050 W Tropicana Ave Unit 1174, Las Vegas, NV 89147-8192
4643190 +Erin Maves, Attn Bankruptcy Desk/Managing Agent, 5897 Huff Mountain Avenue, Las Vegas, NV 89131-2056
4299333 +Erin Reiswerg, 358 Cart Crossing Way, Las Vegas, NV 89148-5212
4299334 +Erin Sandlin, 9793 Kampsville Ave, Las Vegas, NV 89148-5749
4299336 +Erlinda & Vincente Alaban, 693 Berryessa St, Milpitas, CA 95035-4304
4299337 +Erman Porras, 4741 Belmont Rd, Downers Grove, IL 60515-3221
4299338 +Ernest & Peggy Sardella, 9050 W Warm Springs Rd Unit 2046, Las Vegas, NV 89148-3848
4643191 +Ernest C Fagg, Attn Bankruptcy Desk/Managing Agent, 134 Magnesium Street, Henderson NV 89015-7115
4299339 +Ernest C. Fagg, 134 Magnesium Street, Henderson, NV 89015-7115
4299340 +Ernest Scherer, 645 Lake Rd, Glen Ellyn, IL 60137-4249
4299341 +Ernestine Harris, 9050 W Warm Springs Rd Unit 1100, Las Vegas, NV 89148-3845
4299342 +Ernesto & Ermelinda Tumbaga, 1824 Berkshire Dr, Fullerton, CA 92833-4801
4299343 +Ernesto & Gelita Mejia, 3525 Peach Blossom St, National City, CA 91950-3173
4299344 +Ernesto & Isabelita Puruganan, 1025 Alfred Ave, Walnut Creek, CA 94597-2902
4299345 +Ernesto Martinez, 2725 Magnet Street, N Las Vegas, NV 89030-5433
4643192 +Ernst Young LLP, Attn Bankruptcy Desk/Managing Agent, 2049 Century Park East, Los Angeles CA 90067-3101
4643194 +Errol L Montgomery Assoc, Attn Bankruptcy Desk/Managing Agent, Consultants in Hydrogeology, 1550 E Prince Road, Tucson AZ 85719-1943
4299349 +Errol L. Montgomery & Assoc., Consultants in Hydrogeology, 1550 E Prince Road, Tucson, AZ 85719-1943
4299351 +Escalante, Arturo, 235 W. Philadelphia, Las Vegas, NV 89102-4101
4299352 Escamilla, Maria, 1921 Cindy Sue No D, Las Vegas, NV 89105
4299353 +Escobar, Douglas Ernesto, 3904 Via Lucia Dr., Las Vegas, NV 89115-0279
4299354 +Escobar, Jose A., 4954 Larkspur St., Las Vegas, NV 89120-1612
4299355 +Escobar, Jose Luis, 512 S. Maryland Pkwy Apt C, Las Vegas, NV 89101-7211
4299356 +Escobar, Jose O., 1333 Sunpoint, Las Vegas, NV 89108-0851
4299358 +Escobar-Leon, Javier, 2513 Salt Lake St., North Las Vegas, NV 89030-3412

4299360 +Escoboza, Luis, 3955 Algonquin No 222, Las Vegas, NV 89119-5330
4299362 +Escoto, Donna, 747 Descartes Ave, Henderson, NV 89002-6503
4299365 +Eslava, Israel, 1900 Allen Lane, No 2, Las Vegas, NV 89106-1034
4299369 +Esparza Diaz, Jorge, 2528 San Felipe St, Las Vegas, NV 89115-4216
4299371 +Esparza S., Norberto, 4104 Meadow Valley, Las Vegas, NV 89107-4335
4299372 +Esparza, Heriberto, 3416 Heather Ave, N Las Vegas, NV 89030-5950
4299381 +Esparza, Jose, 3311 Coleman St. Las Vegas, NV 89032, Las Vegas, NV 89032-7705
4299375 +Esparza, Jose Luis, 3311 Coleman, N Las Vegas, NV 89032-7705
4299382 +Esparza, Juan, 2260 Dolly Lane Apt B, Las Vegas, NV 89115-5412
4299385 +Esperon Family, 12640 Cherrywood St, Poway, CA 92064-6469
4299387 +Espinoza, Carlos R, 3240 Mary Dee, N Las Vegas, NV 89030-8203
4299389 +Espinoza, Heriberto, 101 Pecos Rd, Las Vegas, NV 89101-4888
4299390 +Espinoza, Israel, 3851 Wynn Rd No 2008, Las Vegas, NV 89103-6014
4299391 +Espinoza, Jesus A., 3800 Wynn Rd No 805, Las Vegas, NV 89103-2800
4299392 +Espinoza, Marcos I., 979 Flapjack, Henderson, NV 89014-3007
4299393 +Espinoza-Cruz, Jorge, 3827 Trouc Lake Ave, Las Vegas, NV 89115-0241
4299397 +Esqueda R., Joel, 3201 E. Tonopah Ave, North Las Vegas, NV 89030-8716
4299399 +Esqueda Ramirez, Hector, 2302 Wilkinson, North Las Vegas, NV 89030-6685
4299400 +Esqueda, Noe, 6341 Shawnee Ave, Las Vegas, NV 89107-0104
4299401 +Esquivel, Juan, 2609 Mesquite No A, Las Vegas, NV 89101-3473
4299402 Essco Wholesale Electric, 3555 N. Essco Street, Kingman, AZ 86409-2755
4299403 +Essie Sineriz, 13240 Arboretum Ave, Bakersfield, CA 93314-9247
4299404 +Estada, Alonso, 5636 E. Lake Mead, Las Vega, NV 89156-6812
4299405 +Esteban Hennings, 965 Via Stellato St, Henderson, NV 89011-0858
4299406 +Estela & Bernardo Ipac, 314 Harpers Ferry Ave, Las Vegas, NV 89148-2783
4299407 +Estela & Roberto Fiel, 3641 Pintail Ter, Fremont, CA 94555-1512
4299408 +Estrada Navarrete, Eliazar, 2204 E. Owens Ave, N Las Vegas, NV 89030-7269
4299409 +Estrada, Cristino, 625 N. 20th St, Las Vegas, NV 89101-2719
4299410 +Estrada, Maximo, 2516 Reynolds Ave, N Las Vegas, NV 89030-7235
4299411 +Estrella Jose, 6050 Riverbank Cir, Stockton, CA 95219-2522
4299412 +Estrella Valdez, 10663 Langmuir Ave, Sun Land, CA 91040-2912
4299413 +Estrella Valdez, 114 Short Ruff Way, Las Vegas, NV 89148-5258
4643198 +Estrella Valdez, Attn Bankruptcy Desk/Managing Agent, 10663 Langmuir Ave, Sun Land CA 91040-2912
4299414 +Estrella, Ezequiel, 2304 Willoughby Ave, Las Vegas, NV 89101-2234
4299416 Etsitty, Dean D., PO Box H44-RRTP, Chinle, AZ 86503
4299417 +Etsitty, Leroy, PO Box 2682, Kayenta, AZ 86033-2682
4299418 +Etsitty, Lucas, PO Box 155, Rockpoint, AZ 86545-0155
4299420 +Eufemia Catapang, 10245 S Maryland Pkwy Unit 2213, Las Vegas, NV 89183-4063
4299421 +Eugene & Barbara Edwards, 24735 Lydon, Redford, MI 48239-3307
4299422 +Eugene & Carmen Carolino, 4080 Loch Meade Dr, Lakeland, TN 38002-9368
4299423 +Eugene & Catherine Dimitri, 35 Sahalee Dr, Las Vegas, NV 89148-2713
4299424 +Eugene & Esperanza Twano, 6474 Bullock Dr, San Diego, CA 92114-7005
4299425 +Eugene & Margaret Frankel, 15233 Magnolia Blvd Unit 302, Sherman Oaks, CA 91403-1145
4299426 +Eugenia Delrosario, 8072 Elgin Ln, Dublin, CA 94568-1504
4299427 +Eulalio Martinez-Garcia, 2241 N. Ellis, N Las Vegas, NV 89030-6048
4643199 +Eurodesign Inc, Attn Bankruptcy Desk/Managing Agent, Kyra Wright, 13428 Benson Avenue, Chino CA 91710-5258
4299430 +Eva Gryczon, 8749 Las Olivas Ave, Las Vegas, NV 89147-6040
4299431 +Evans Recreation Installations, PO Box 42607, Las Vegas, NV 89116-0607
4643200 +Evans Recreation Installations, Attn Bankruptcy Desk/Managing Agent, P O Box 42607, Las Vegas NV 89116-0607
4299432 +Evans, Christopher, 11682 Terenzio Ct, Las Vegas, NV 89183-5636
4299433 +Evelyn & Erica Binuya, 919 Via Canale Dr, Henderson, NV 89011-0828
4643201 +Evelyn Matonovich Trustee, Attn Bankruptcy Desk/Managing Agent, 29 Pheasant Ridge Drive, Henderson NV 89014-2110
4299434 +Evelyn Merrin, 575 Center Green Dr, Las Vegas, NV 89148-5224
4299435 +Evelyne Aguirre, PO Box 220793, Newhall, CA 91322-0793
4299436 +Event 1 Software, 9320 SW Barbur, Suite 240, Portland, OR 97219-5440
4643202 +Event 1 Software, Attn Bankruptcy Desk/Managing Agent, 9320 SW Barbur, Suite 240, Portland OR 97219-5440
4643203 +Ever Electric, Attn Bankruptcy Desk/Managing Agent, P O Box 6653, Kingman AZ 86402-6653
4643204 Ever Pac, Attn Bankruptcy Desk/Managing Agent, 2499 Palmyrita Ave, Riverside CA 92507
4643205 +Ever Ready Glass, Attn Bankruptcy Desk/Managing Agent, 3225 Tompkin Ave, Las Vegas NV 89103-5651
4299439 +Ever-Pac, 1499 Palmyrita Ave., Riverside, CA 92507-1600
4299438 +Everett & Joan Syphus, 7127 S Durango Dr Unit 113, Las Vegas, NV 89113-2066
4299442 +Ewing Brothers Towing, 1200 A Street, Las Vegas, NV 89106-3215
4643207 +Ewing Brothers Towing, Attn Bankruptcy Desk/Managing Agent, 1200 A Street, Las Vegas NV 89106-3215
4299443 +Ewing Family, 9050 W Tropicana Ave Unit 1129, Las Vegas, NV 89147-8189
4643208 Exclusively Legal, Attn Bankruptcy Desk/Managing Agent, c/o Eastridge Personnel of LV, File 55355, Los Angeles CA 90074-5355
4643209 +Executive Painting LLC, Attn Bankruptcy Desk/Managing Agent, 3600 So Highland 9, Las Vegas NV 89103-5712
4643210 +Executive Plastering, Attn Bankruptcy Desk/Managing Agent, 3656 N Rancho Dr Suite 101, Las Vegas NV 89130-3172
4643211 +Executive Plumbing Heating Air, Attn Bankruptcy Desk/Managing Agent, 4170 W Harmon Ave Suite 6, Las Vegas NV 89103-5339
4299445 +Executive Plumbing,Heating,Air, 4170 W. Harmon Ave. Suite No 6, Las Vegas, NV 89103-5362

4299446 Exodus & Corazon Granadosin, 1025 Via Dupre Street, Henderson, NV 89011-0812
4643212 Exodus Corazon Granadosin, Attn Bankruptcy Desk/Managing Agent, 1025 Via Dupre Street, Henderson NV 89011-0812
4643213 +Exotic Millworks Inc, Attn Bankruptcy Desk/Managing Agent, 5034 Swift River Court, North Las Vegas NV 89031-6250
4299447 +Exotic Millworks, Inc., 5034 Swift River Court, North Las Vegas, NV 89031-6250
4643214 +Exoticar Paintworks Inc, Attn Bankruptcy Desk/Managing Agent, 2901 S Highland Bldg 10E, Las Vegas NV 89109-1054
4299448 +Expand A Sign -USA Inc., 621 South Park Drive Unit 1400, Littleton, CO 80120-5681
4643215 +Express Lock N Key, Attn Bankruptcy Desk/Managing Agent, Reliable Lock N Key, 900 E Karen Ave C211, Las Vegas NV 89109-5222
4299449 +Express Lube & Tire, 1861 Chicago Ave, Kingman, AZ 86401-4030
4643216 Express Personnel Services, Attn Bankruptcy Desk/Managing Agent, PO Box 268951, Oklahoma City OK 73126-8951
4299450 Express Tel, Payment Center No 5450, PO Box 410468, Salt Lake City, UT 84141-0468
4643217 Express Tel, Attn Bankruptcy Desk/Managing Agent, Payment Center 5450, P O Box 410468, Salt Lake City UT 84141-0468
4299452 +Extec, Inc., PO Box 355, Essington, PA 19029-0355
4643218 +Exterior Systems, Attn Bankruptcy Desk/Managing Agent, Richard Gerstel, PO Box 716, Scottsdale AZ 85252-0716
4643219 +Extreme Audio Inc, Attn Bankruptcy Desk/Managing Agent, 3420 S Jones Blvd, Las Vegas NV 89146-6709
4299455 +F C D B 8020 R E O LLC, PO Box 105219, Atlanta, GA 30348-5219
4299461 +FACT, 1050 S. Rainbow Blvd, Las Vegas, NV 89145-6231
4643223 +FACT, Attn Bankruptcy Desk/Managing Agent, 1050 S Rainbow Blvd, Las Vegas NV 89145-6231
4643227 FAOP Operating Company LLC, Attn Bankruptcy Desk/Managing Agent, 1120 Las Vegas NV Boulevard So, Las Vegas NV 89104-1312
4643234 FATCO NOTEWORLD, Attn Bankruptcy Desk/Managing Agent, Account Servicing Center, P O Box 34055, Seattle WA 98124-1055
4299481 FATCO-NOTEWORLD, Account Servicing Center, PO Box 34055, Seattle, WA 98124-1055
4299482 FATCO-NOTEWORLD, Account Servicing Center, PO Box 52159, Phoenix, AZ 85072-2159
4299493 ++++FEDERAL NATIONAL MORTGAGE ASSN, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414 (address filed with court: Federal National Mortgage Assn, 400 Countrywide Way No Sv-35, Simi Valley, CA 93065)
4643245 +FFM LLC, Attn Bankruptcy Desk/Managing Agent, C/O Faiss Foley Warren PR, 515 South Seventh Street, Las Vegas NV 89101-6903
4643246 +FILOMENO NAZAL, Attn Bankruptcy Desk/Managing Agent, 127 COREY CREEK, LAS VEGAS NV 89148-2625
4643220 +Fab Tec Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 390, Washington 84780-0390
4299459 +Fab-Tec Inc, PO Box 390, Washington, UT 84780-0390
4299456 Fabian & Clendenin, Attorneys at Law, PO Box 510210, Salt Lake City, UT 84151-0210
4643221 Fabian Clendenin, Attn Bankruptcy Desk/Managing Agent, attorneys at Law, P O Box 510210, Salt Lake City UT 84151-0210
4299457 +Fabrice Charbonneau, 251 Arbour Garden Ave, Las Vegas, NV 89148-2762
4299458 +Fabricut Contract, 9303 East 46th Street, Tulsa, OK 74145-4895
4643222 +Fabricut Contract, Attn Bankruptcy Desk/Managing Agent, Kameron McQueen, 9303 East 46th Street, Tulsa OK 74145-4829
4643224 +Factory, Attn Bankruptcy Desk/Managing Agent, 5555 Brooks St, Montclair CA 91763-4547
4299462 +Fairway Chevrolet, 3100 E Sahara Ave, Las Vegas, NV 89104-4301
4643225 +Fairway Chevrolet, Attn Bankruptcy Desk/Managing Agent, 3100 E Sahara Avenue, Las Vegas NV 89104-4301
4299463 +Fairway GM Parts Center, PO Box 42997, Las Vegas, NV 89116-0997
4643226 +Faith Luthern Jr/Sr High, Attn Bankruptcy Desk/Managing Agent, Attn Beth Holmes Tuition Dept, 2015 S Hualapai Way, Las Vegas NV 89117-6949
4299464 +Faith Luthern Jr/Sr. High, Attn: Beth Holmes -Tuition Dept, 2015 S. Hualapai Way, Las Vegas, NV 89117-6949
4299465 +Faith Luthern Jr/Sr. High, Attn: Irene Tweddy-Tuition Manager, 2015 S. Hualapai Way, Las Vegas, NV 89117-6949
4299466 +Fan Family, 831 Columba Ln, Foster City, CA 94404-2809
4299468 +Fang Family, 2332 Vina Del Mar, Oxnard, CA 93035-3632
4299469 +Farid Ghazali, 177 Dog Leg Dr, Las Vegas, NV 89148-2696
4299470 +Farid Khan, 24362 Hatteras St, Woodland Hills, CA 91367-3938
4299471 +Farideh Deilami, 301 Redlands St, Playa Del Rey, CA 90293-8033
4643228 +Farley Public Affairs Group, Attn Bankruptcy Desk/Managing Agent, 22816 N 48th Place, Phoenix AZ 85054-6125
4643229 Farmer Bros Co, Attn Bankruptcy Desk/Managing Agent, carrie or chris, File 55172, Los Angles CA 90074-5172
4299472 Farmer Bros. Co., File No 55172, Los Angles, CA 90074-5172
4299473 +Farnsworth, Jasun A., 1128 Victorian Hills Ave, Henderson, NV 89015-6914
4643230 +Fast FredAes Inc, Attn Bankruptcy Desk/Managing Agent, 5420 E Forest Dr, Flagstaff AZ 86004-3179
4299474 +Fast Freds Inc., 5420 E. Forest Drive, Flagstaff, AZ 86004-3179
4299475 +Fast Glass, 6255 S. Sandhill Rd., Las Vegas, NV 89120-7206
4299477 +FastFrame, 3827 E. Sunset, Suite A, Las Vegas, NV 89120-3900
4643232 +FastFrame, Attn Bankruptcy Desk/Managing Agent, 3827 E Sunset, Suite A, Las Vegas NV 89120-3900
4299476 Fasteners Inc, PO Box 80536, Las Vegas, NV 891800536
4643231 Fasteners Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 80536, Las Vegas NV 89180-0536
4643233 +Fastrack Transportation, Attn Bankruptcy Desk/Managing Agent, 9098 Princess Ave, Flagstaff AZ 86004-1433

4299478 +Fastrack Transportation, LLC, 9098 Princess Ave., Flagstaff, AZ 86004-1433
4299479 +Fastsigns, 1291 S. Decatur Blvd. No 190, Las Vegas, NV 89102-5520
4299480 +Fastsigns, 4704 W. Sahara Ave No 2, Las Vegas, NV 89102-3591
4299483 +Favela-Martinez, Rene, 2924 Bassler St, N Las Vegas, NV 89030-5233
4299484 +Featheran, Natasha KS, 7720 Golden Talon Ave, Las Vegas, NV 89131-8217
4643236 Fed Ex Kinkos, Attn Bankruptcy Desk/Managing Agent, 671 Mall Ring Cir, Henderson NV 89014-6619
4299498 Fed-Ex Kinkos, 671 Mall Ring Cir, Henderson, NV 89014-6619
4299499 FedEx, PO Box 7221, Pasadena, CA 91109-7321
4643237 FedEx, Attn Bankruptcy Desk/Managing Agent, P O Box 7221, Pasadena CA 91109-7321
4299488 +Federal Home Loan Mortgage Corp, 5000 Plano Pkwy, Carrollton, TX 75010-4900
4299487 +Federal Home Loan Mortgage Corp, 30 Corporate Park Ste 400A, Irvine, CA 92606-3102
4299486 +Federal Home Loan Mortgage Corp, 1410 Spring Hill Rd, McLean, VA 22102-3058
4299485 +Federal Home Loan Mortgage Corp, 1000 Technology Dr, O Fallon, MO 63368-2239
4299489 +Federal Home Loan Mortgage Corp, 801 John Barrow Rd Ste 1, Little Rock, AR 72205-6599
4299491 +Federal National Mortgage Assn, 135 N Los Robles Ave, Pasadena, CA 91101-1758
4299490 +Federal National Mortgage Assn, 1100 Virginia Dr, Fort Washington, PA 19034-3204
4299492 +Federal National Mortgage Assn, 3415 Vision Dr, Columbus, OH 43219-6009
4299494 +Federal National Mortgage Assn, 7255 Baymeadows Way, Jacksonville, FL 32256-6851
4299495 +Federal Washington, 425 Pike St, Seattle, WA 98101-4062
4299496 +Federico Nunez, 2200 N. Torrey Pines Dr, No 2108, Las Vegas, NV 89108-3375
4299500 +Fega LLC, 16010 Valley Vista Blvd, Encino, CA 91436-3457
4643238 +Feinberg Grant Mayfield, Attn Bankruptcy Desk/Managing Agent, Kaneda Litt LLP, 1955 Village Center Circle, Las Vegas NV 89134-6237
4299501 +Feinberg, Grant, Mayfield,, Kaneda & Litt, LLP, 1955 Village Center Circle, Las Vegas, NV 89134-6237
4299502 +Felecia Flowers, 7229 Tealwood St, Las Vegas, NV 89131-8219
4299503 +Felicia Ortiz, 9050 W Tropicana Ave Unit 1166, Las Vegas, NV 89147-8192
4299504 +Felicito & Christine Callejo, 10336 Achilpa St, Las Vegas, NV 89178-8029
4299505 +Felipe Penaloza, 4633 Califa Dr, Las Vegas, NV 89122-1910
4299506 Felix Bernal, Edgar, 1624 Leewod, North Las Vegas, NV 89030
4299507 +Felix Boceta, 9837 Ravari Dr, Cypress, CA 90630-3554
4299508 +Felix Del Val, Jose G, 6008 Golden Sun Ct, Las Vegas, NV 89081-6676
4299509 +Felix Ramirez and, Saralyn San Agustin, 623 N. Abbot Ave, San Jose, CA 95035-3836
4643239 +Felix Ramirez and, Attn Bankruptcy Desk/Managing Agent, Saralyn San Agustin, 623 N Abbot Ave, San Jose CA 95035-3836
4299510 +Felix Salazar, 13917 Anderson St, Paramount, CA 90723-2707
4299511 +Felix, Adrian A., 3115 Twinning St., North Las Vegas, NV 89030-2010
4299512 +Felix, Genaro, 1624 Lenwood, North Las Vegas, NV 89030-5200
4299513 +Felix, Guadalupe, 1624 Lenwood, North Las Vegas, NV 89030-5200
4299514 +Felix, Leonel, 1864 Hasib Ct, Las Vegas, NV 89156-7603
4299515 +Felix-Delval, Jose G, 6008 Golden Sun Ct, Las Vegas, NV 89081-6676
4299516 +Fely Santiago, 668 Spruce Ave, South San Francisco, CA 94080-2750
4299517 +Fen Ou, 4782 Lone Mesa Dr, Las Vegas, NV 89147-7931
4643240 Fennemore Craig, Attn Bankruptcy Desk/Managing Agent, Law Offices, 3003 North Central Ave Ste 2600, Phoenix AZ 85012-2913
4299518 +Ferdinand & Maelecora Rodriguez, 2302 Caves Rd, Owings Mills, MD 21117-2330
4299519 +Ferdinand & Rhodora Castro, 505 Via Palermo Dr, Henderson, NV 89011-0826
4643241 +Ferguson Enterprises Inc, Attn Bankruptcy Desk/Managing Agent, 739 W Sunset Road, Henderson NV 89011-4601
4299520 Ferguson Enterprises Inc. No 675, File No 56809, Los Angeles, CA 90074-6809
4299521 +Ferguson Enterprises, Inc., 3033 South Valley View Blvd., Las Vegas, NV 89102-0710
4299522 Ferguson Waterworks, 740 Cape Horn Drive, Henderson, NV 89011-4020
4299523 +Ferguson, Hugh, 1210 Jaylar Cr, Las Vegas, NV 89102-2409
4299524 +Ferguson, Jill, 2040 Mondo Ct, Las Vegas, NV 89123-1553
4299525 +Fernandez, Juan C., 3151 S. Fortuna Ave Apt.No 18 Yuma, AZ, Yuma, AZ 85365-3475
4299526 +Fernandez-Lopez, Arturo, 3317 Osage, Las Vegas, NV 89101-1875
4299527 +Fernandez-P., Alejandro, 436 N. 21st St., Las Vegas, NV 89101-3303
4299528 +Fernando & Emelita Rivera, 8816 Katherine Ave, Panorama City, CA 91402-2550
4299529 Fernando De Jesus Candido-Clavel, 1723 El Molino Cir, Las Vegas, NV 89108
4299530 +Fernando Simmons, 371 Arbour Garden Ave, Las Vegas, NV 89148-2766
4299531 +Ferraro Marble Companies, 4155 Sobb Avenue, Las Vegas, NV 89118-6859
4643242 +Ferraro Marble Companies, Attn Bankruptcy Desk/Managing Agent, 4155 Sobb Avenue, Las Vegas NV 89118-6859
4299532 Ferrellgas, PO Box 173940, Denver, CO 80217-3940
4643243 Ferrellgas, Attn Bankruptcy Desk/Managing Agent, PO Box 173940, Denver CO 80217-3940
4643244 +Fertile Earth Corporation, Attn Bankruptcy Desk/Managing Agent, 9384 South 670 West, Sandy UT 84070-6667
4299533 +Few, Thomas L., 10030 Tittleton Ave, Las Vegas, NV 89148-7631
4299536 +Fields, Douglas D., 3459 N. Jewel St. Kingman, AZ 864013839, Kingman, AZ 86401-3839
4299537 +Fierro Properties LLC, 7531 N Torrey Pines Dr, Las Vegas, NV 89131-2421
4299538 +Fierro Sosa, Jesus, 1836 S. Brand St, North Las Vegas, NV 89030-7353
4299539 +Fierro Sosa, Rogelio, 2020 McCarran St, North Las Vegas, NV 89030-6405
4299540 +Figueroa, Alfredo, 1824 Crystal Chimes Dr, Las Vegas, NV 89106-1370
4299541 +Figueroa, Raymond, 969 Flamingo Road No 179, Las Vegas, NV 89119-7304
4299542 +Figueroa, Salvador, 2001 Webb Ave, North Las Vegas, NV 89030-7202
4299543 +Figueroa-Torres, Carmen, 6541 Evergreen, Las Vegas, NV 89107-3320
4299544 Fila USA, Inc., PO Box 8500-4630, Philadelphia, PA 19178-4630
4299545 File50523, Los Angeles, CA 90074-0523
4299546 +Filiberto Venegas, 5266 Stampa Ave, Las Vegas, NV 89146-6836

4299547 +Filipowski Family, 1338 Andrew Ln, Manteca, CA 95336-3279
4299548 +Filka Manova, 350 Tayman Park Ave, Las Vegas, NV 89148-2846
4299549 +Filogonio Santiago Maritn, 6500 W Charleston Blvd No 123, Las Vegas, NV 89146-9071
4643247 +Financial Comptroller, Attn Bankruptcy Desk/Managing Agent, 569 Court Street, Elko, NV 89801-3573
4643248 +Financial Comptroller, Attn Bankruptcy Desk/Managing Agent, 2525 East Roosevelt Street, Phoenix, AZ 85008-4948
4643249 Financial Federal Credit Inc, Attn Bankruptcy Desk/Managing Agent, Scarbrough Company, P O Box 201503, Houston TX 77216-1503
4643250 +Find A Local Business, Attn Bankruptcy Desk/Managing Agent, 10 South Riverside Plaza, Suite 1800, Chicago IL 60606-3801
4299550 +Fine Art Lamps, c/o Mitch Zerg & Associates, 31838 Village Center Road, Westlake Village, CA 91361-4315
4643251 +Fine Art Lamps, Attn Bankruptcy Desk/Managing Agent, c/o Mitch Zerg Associates, 31838 Village Center Road, Westlake Village CA 91361-4315
4299551 +Fink, Lawrence S., General Delivery Flagstaff, AZ 86001, Flagstaff, AZ 86004-9999
4299552 +Finley, Olen, 11147 Prado Del Rey Lane, Las Vegas, NV 89141-3920
4299553 +Finnegan, Deborah M., 794 Amy Court, Boulder City, NV 89005-3426
4299554 +Fire Insurance Exchange and, Daniel S. Simon, Esq., 810 S. Casino Center Blvd, Las Vegas, NV 89101-6719
4643253 +Fire Insurance Exchange and, Attn Bankruptcy Desk/Managing Agent, Daniel S Simon Esq, 810 S Casino Center Blvd, Las Vegas NV 89101-6719
4299555 +Fire-N-Ice Heating & Air Conditioning, 2912 S. Highlabd Dr. No E, Las Vegas, NV 89109-1090
4299556 +FirePro, 5130 E. Charleston, Suite 5-142, Las Vegas, NV 89142-1003
4643254 +Firestar Ltd, Attn Bankruptcy Desk/Managing Agent, 3231 Central Park West, Toledo OH 43617-3008
4643255 +Firestop Inc, Attn Bankruptcy Desk/Managing Agent, 4113 Wagon Trail Ave Ste 100, Las Vegas NV 89118-4450
4299557 +Firestop, Inc., 4113 Wagon Trail Ave, Ste. 100, Las Vegas, NV 89118-4450
4299558 First Amer Title - Trust Dept., Post Office Box 52023, Phoenix, AZ 85072-2023
4643256 First Amer Title Trust Dept, Attn Bankruptcy Desk/Managing Agent, Post Office Box 52023, Phoenix AZ 85072-2023
4643257 +First American Bank, Attn Bankruptcy Desk/Managing Agent, Brady Hutka, 8401 N Central Expressway 500, Dallas TX 75225-4405
4643258 First American Bank Texas SSB, Attn Bankruptcy Desk/Managing Agent, Attn Cons /Comm Loan Operations, P O Box 8680, Bryan TX 77805-8680
4299559 +First American Real Estate Sol, 5601 E. La Palma Ave., Attn: Brenda Burns 4th Flr, Anaheim, CA 92807-2109
4643259 +First American Real Estate Sol, Attn Bankruptcy Desk/Managing Agent, 5601 E La Palma Ave, Attn Brenda Burns 4th Flr, Anaheim CA 92807-2109
4299562 +First American Title, 2601 Louisiana Blvd NE, Albuquerque, NM 87110-3603
4643260 +First American Title, Attn Bankruptcy Desk/Managing Agent, 2601 Louisiana Blvd NE, Albuquerque NM 87110-3603
4643261 +First American Title, Attn Bankruptcy Desk/Managing Agent, Account Servicing Center, P O Drawer 487, PinetopAZ 85935-0487
4643262 +First American Title Ins CO, Attn Bankruptcy Desk/Managing Agent, of Mohave Inc, 2213 Stockton Hill Rd, Kingman AZ 86401-4664
4643263 +First American Title Ins Co, Attn Bankruptcy Desk/Managing Agent, 2340 Highway 95, Bullhead City AZ 86442-7303
4643264 +First American Title Ins Co, Attn Bankruptcy Desk/Managing Agent, National Commercial Services, 180 Cassia Way Suite 502, Henderson NV 89014-6696
4299560 +First American Title Ins. Co, of Mohave, Inc., 2213 Stockton Hill Rd, Kingman, AZ 86401-4664
4299561 +First American Title Insurance, Agency of Mohave Inc., PO Box 4029, Kingman, AZ 86402-4029
4643265 +First American Title Insurance, Attn Bankruptcy Desk/Managing Agent, Agency of Mohave Inc, PO Box 4029, Kingman AZ 86402-4029
4299564 First Capital Western Region, PO Box 643382, Cinncinnati, OH 45264-3382
4299565 +First Choice Realty & Finance, 382-B So. Lemon Avenue, Walnut, CA 91789-2715
4643266 +First Choice Realty Finance, Attn Bankruptcy Desk/Managing Agent, 382 B So Lemon Avenue, Walnut CA 91789-2715
4299566 +First Class Sanitation, PO Box 1921, Flagstaff, AZ 86002-1921
4643267 +First Class Sanitation, Attn Bankruptcy Desk/Managing Agent, P O Box 1921, Flagstaff AZ 86002-1921
4299567 First Glass, 4625 E Sunset, Las Vegas, NV
4643268 First Glass, Attn Bankruptcy Desk/Managing Agent, 4625 E Sunset, Las Vegas NV
4643269 First Insurance Funding Corp, Attn Bankruptcy Desk/Managing Agent, 08879 0001 853277 Account, P O Box 66468, Chicago IL 60666-0468
4299568 First Insurance Funding Corp., PO Box 66468, Chicago, IL 60666-0468
4299570 First National Bank, PO Box 62823, Phoenix, AZ 85082-2823
4643270 First National Bank, Attn Bankruptcy Desk/Managing Agent, P O Box 62823, Phoenix AZ 85082-2823
4299569 +First National Bank Of Nevada, 4001 S. Decatur Blvd., Suite 18, Las Vegas, NV 89103-5857
4643271 +First National Bank Of Nevada, Attn Bankruptcy Desk/Managing Agent, Victor Alvarez, 4001 S Decatur Blvd Suite 18, Las Vegas NV 89103-5857
4643272 +First National of America Inc, Attn Bankruptcy Desk/Managing Agent, 188 Mount Airy Road, Basking Ridge NJ 07920-2045
4299571 +First National of America,Inc, 188 Mount Airy Road, Basking Ridge, NJ 07920-2045
4299572 +First Nations Funding Realty, 4500 E. Pacific Coast Hw, Ste 200, Long Beach, CA 90804-3282
4643273 +First Nations Funding Realty, Attn Bankruptcy Desk/Managing Agent, 4500 E Pacific Coast Hw, Ste 200, Long Beach CA 90804-3282

4299573 +First Place Investments Inc, 1167 Cottonwood Ranch Ct, Henderson, NV 89052-5806
4299574 +First Risk Management, The Plaza, 1250 Greenwood Ave.,Suite 3, Jenkintown, PA 19046-2900
4643274 +First Risk Management, Attn Bankruptcy Desk/Managing Agent, The Plaza, 1250 Greenwood Ave Suite 3, Jenkintown PA 19046-2900
4643275 +Fisher Associates LLC, Attn Bankruptcy Desk/Managing Agent, Susan Happek Manager, 1406 Monroe Drive, Atlanta 30324-5312
4299575 +Fisher Associates, LLC, 1406 Monroe Drive, Atlanta, GA 30324-5312
4299576 +Fisher, Deron A., 4325 W. Rome Blvd Apt No 3141, N Las Vegas, NV 89084-5497
4299578 +Flag Truck Center, 4200 E. Route 66, Flagstaff, AZ 86004-2301
4643276 Flags and Marketing Unlimited, Attn Bankruptcy Desk/Managing Agent, Grayner Enterprises, 6120 W Tropicana A 16 362, Las Vegas NV 89103-4694
4299579 +Flagstaff Landscape Products,, PO Box 30326, Flagstaff, AZ 86003-0326
4643277 +Flamingo Durango Self St, Attn Bankruptcy Desk/Managing Agent, 8525 W Flamingo Rd, Las Vegas NV 89147-4101
4299580 +Flamingo-Durango Self St, 8525 W. Flamingo Rd., Las Vegas, NV 89147-4101
4643278 +Flavio Zarattini, Attn Bankruptcy Desk/Managing Agent, 9050 W Warm Springs 2098, Las Vegas NV 89148-3835
4299581 +Fleischmann, Robert, 3165 McLennan Ave, Las Vegas, NV 89081-6526
4299582 +Fleming Enterprises, 3285 Southern Ave, Kingman, AZ 86401-5371
4643279 +Fleming Enterprises, Attn Bankruptcy Desk/Managing Agent, 3285 Southern Ave, Kingman AZ 86401-5371
4299583 +Fleming, Theron, 3285 Southern Ave, Kingman, AZ 86401-5371
4299584 +Flemister-Archila, Charmaine, 580 Kelsford Dr, Las Vegas, NV 89123-0125
4643280 +Fletcher Jones Imports, Attn Bankruptcy Desk/Managing Agent, 7300 W Sahara Avenue, Las Vegas NV 89117-2756
4643281 +Fletcher Jones Mercedes, Attn Bankruptcy Desk/Managing Agent, 444 S Decatur Blvd, Las Vegas NV 89107-2807
4299585 +Fletcher Jones-Mercedes, 444 S. Decatur Blvd, Las Vegas, NV 89107-2807
4299586 +Fletcher, Clifton, 8233 Hercules Dr, Las Vegas, NV 89128-1694
4299587 +Flexsim Software Products, 1577 Technology Way Bldg A, Orem, UT 84097-2395
4643282 +Flexsim Software Products, Attn Bankruptcy Desk/Managing Agent, 1577 Technology Way Bldg A, Orem UT 84097-2395
4643283 Floor Coating Creations, Attn Bankruptcy Desk/Managing Agent, Ted Harris, 4110 West Ali Baba Lane, Las Vegas NV 89118
4643284 Floor Designs of Nevada LLC, Attn Bankruptcy Desk/Managing Agent, 4565 West Post Road, Las Vegas NV 89118-3926
4299588 +Flooring Evolutions, 6001 S. Decatur Blvd., Suite C, Las Vegas, NV 89118-3073
4643285 +Flooring Evolutions, Attn Bankruptcy Desk/Managing Agent, 6001 S Decatur Blvd Suite C, Las Vegas NV 89118-3073
4643286 +Flores Desigh, Attn Bankruptcy Desk/Managing Agent, 4618 Pacific Blvd, Vernon CA 90058-2210
4299591 Flores Gonzalez, Arturo R, 1925 Adwill No A, Las Vegas, NV 89106
4299592 +Flores, Anmi Saddaid, 3755 N. Nellis No 45, Las Vegas, NV 89115-2729
4299593 Flores, Benito Cota, 1650 N. Pecos AptNo 1033, Las Vegas, NV 89115
4299594 +Flores, Calixto, 3879 King Palm Avenue, Las Vegas, NV 89115-8129
4299595 +Flores, Carlos, 3879 King Palm Ave, Las Vegas, NV 89115-8129
4299596 +Flores, Cesar, 4401 Shoen Ave, Las Vegas, NV 89110-3325
4299597 +Flores, Erik, 2244 Mc Caren St., N Las Vegas, NV 89030-7726
4299598 +Flores, Jose A, 3916 Cull Canyon Dr, Las Vegas, NV 89110-1103
4299599 +Flores, Jose Santos, 2950 S. Decatur Blvd No C 24, Las Vegas, NV 89102-7075
4299600 +Flores, Joyquin A., 3904 Via Lucia Dr., Las Vegas, NV 89115-0279
4299601 +Flores, Juana, 3879 King Palm Ave, Las Vegas, NV 89115-8129
4299603 +Flores, Leonardo, 3301 Civic Center Dr. No 15-G, N Las Vegas, NV 89030-4551
4299604 +Flores, Mahomedalid, P. O . Box 271684, N Las Vegas, NV 89127-1684
4299606 +Flores, Omar, 5416 Seabaugh Ave, Las Vegas, NV 89107-1633
4299607 +Flores, Salvadora, 3565 E. Colton, Las Vegas, NV 89115-0452
4299608 +Floro & Margarita Flores, 838 Alcosta Dr, Milpitas, CA 95035-4531
4299609 +Floyd & Kelly Lumpkin, 32932 Canterbury Rd, Avon Lake, OH 44012-1584
4299610 +Flynn, Kenneth, 6954 Emerald Spring Lane, Las Vegas, NV 89113-1375
4643287 +Foamtech Inc, Attn Bankruptcy Desk/Managing Agent, Jermon, 3340 Pepper Lane Suite 110, Las Vegas NV 89120-2734
4299611 +Foamtech, Inc., 3340 Pepper Lane, Suite 110, Las Vegas, NV 89120-2734
4299613 +Folmar, Christopher A., 6501 Vegas Drive No 1035, Las Vegas, NV 89108-7735
4299614 +Fong & A-Lan Yang, 3545 Padua Ave, Claremont, CA 91711-2057
4299615 +Fong Brothers Company, 5731 South Alameda Street, Los Angeles, CA 90058-3471
4643288 +Fong Brothers Company, Attn Bankruptcy Desk/Managing Agent, Craig, 5731 South Alameda Street, Los Angeles CA 90058-3429
4299616 +Fong Family, 108 Honors Course Dr, Las Vegas, NV 89148-0001
4299617 +Foothill High School, 800 College Drive, Henderson, NV 89002-8489
4643289 +Foothill High School, Attn Bankruptcy Desk/Managing Agent, 800 College Drive, Henderson NV 89002-8489
4643290 +Forbes, Attn Bankruptcy Desk/Managing Agent, Forbes Magazine, P O Box 5468, Harlan IA 51593-0968
4299626 Ford, PO Box 542000, Omaha, NE 68154-8000
4643291 Ford, Attn Bankruptcy Desk/Managing Agent, PO Box 542000, Omaha, NE 68154-8000
4299619 +Ford Country, 280 North Gibson Road, Henderson, NV 89014-6700
4299620 +Ford Country, Valley Auto Mall, 280 North Gibson Rd, Henderson, NV 89014-6700
4299622 Ford Credit, PO Box 7172, Pasadena, CA 91109-7172
4643292 +Ford Fort Apache Investments, Attn Bankruptcy Desk/Managing Agent, Attn Farus Farmanali, 6370 W Flamingo Rd 40, Las Vegas NV 89103-2292

4643293 +Ford Motor Credit, Attn Bankruptcy Desk/Managing Agent, Attention Dept A, P O Box 239801, Las Vegas NV 89105-9801
4299625 +Ford Motor Credit, Attention: Dept A, PO Box 239801, Las Vegas, NV 89105-9801
4299624 Ford Motor Credit Company, PO Box 790119, St. Louis, MO 63179-0119
4299627 +Ford, Jon, 7345 S Durango, Las Vegas, NV 89113-3653
4299629 Forest Products Society, 2801 Marshall Ct., Madison, WI 53705-2295
4643294 Forest Products Society, Attn Bankruptcy Desk/Managing Agent, 2801 Marshall Ct, Madison WI 53705-2295
4643295 Forms Surfaces, Attn Bankruptcy Desk/Managing Agent, 6393 Cindy Lane, Carpinteria CA 93013
4299630 +Forss Family, 468 Prospect St, Newport Beach, CA 92663-1918
4299631 +Forsyth, DeAnna, 3177 Degas Tapestry Ave, Henderson, NV 89044-0287
4299632 +Fort Apache Self Storage, 9345 W Flamingo, Las Vegas, NV 89147-6425
4643296 +Fort Apache Self Storage, Attn Bankruptcy Desk/Managing Agent, 9345 W Flamingo, Las Vegas NV 89147-6425
4643297 +Forte Gifts, Attn Bankruptcy Desk/Managing Agent, 10889 Eden Ridge Avenue, Las Vegas NV 89135-1716
4299634 Fortune, Corporate Rate Service, PO Box 61440, Tampa, FL 33661-1440
4643298 Fortune, Attn Bankruptcy Desk/Managing Agent, Corporate Rate Service, P O Box 61440, Tampa FL 33661-1440
4643299 +Fourth Phase Las Vegas, Attn Bankruptcy Desk/Managing Agent, 6050 S Valley View Blvd, Las Vegas NV 89118-3151
4299635 +Fowler, Archie, PO Box 485 Tonalea, AZ 86044, Tonalea, AZ 86044-0485
4299636 +Fox Family, 8513 Copper Falls Ave, Las Vegas, NV 89129-7671
4643300 Fox Security Inc, Attn Bankruptcy Desk/Managing Agent, DBA Gaylord Security, 953 E Sahara ave Suite 255, Las Vegas NV 89104-3096
4299637 Fox Security Inc., DBA Gaylord Security, 953 E. Sahara ave. Suite 255, Las Vegas, NV 89104-3096
4299638 +Foxworth Galbraith, 3060 Airway Ave., Kingman, AZ 86409-3628
4643301 +Foxworth Galbraith, Attn Bankruptcy Desk/Managing Agent, 3060 Airway Ave, Kingman AZ 86409-3628
4643302 +Fradella Iron Works Inc, Attn Bankruptcy Desk/Managing Agent, Jim McCraken, 707 Yucca Sreet, Boulder City AZ 89005-1912
4299639 +Fraga, Raul, 6501 W. Charleston Blvd No 226, Las Vegas, NV 89146-9089
4299640 +Fraga-J., Andres, 1001 N. Pecos, Las Vegas, NV 89101-1811
4299641 +Fran Kaye, 394 NW Breezy Point Loop, Port St Lucie, FL 34986-2670
4299642 +Frances Chelli, 8720 Carlita Joy Ct, Las Vegas, NV 89117-3536
4299645 +Francis Family, 2185 Kershner Rd, Dayton, OH 45414-1209
4299647 +Francis So, 4785 Frankfurt Ct, Las Vegas, NV 89147-8174
4643303 +Francisco Cifuentes, Attn Bankruptcy Desk/Managing Agent, 3456 Civic Center Drive 8, North Las Vegas NV 89030-4588
4299648 +Francisco Cifuentes, 3456 Civic Center Drive, No 8, North Las Vegas, NV 89030-4588
4299649 +Francisco Cruz, 7244 Cottonsparrow St, Las Vegas, NV 89131-8220
4299650 +Francisco Maravillas-Tovar, 3112 Twining, North Las Vegas, NV 89030-2008
4299651 +Francisco Mendoza, 4069 Vicenta, Las Vegas, NV 89115-8217
4299652 +Francisco Mendoza-Cerbera, 3447 College View No B, North Las Vegas, NV 89030-5194
4299653 +Francisco Meneses, 613 N. 12th Street Apt B, Las Vegas, NV 89101-2670
4299654 +Francisco Meza, 501 North 15th Street, Las Vegas, NV 89101-3229
4299655 +Francisco Pimentel, 289 Via Franciosa Dr, Henderson, NV 89011-0852
4299656 +Francisco-Chavez, Marco, 1761 North Nellis No 10, Las Vegas, NV 89115-6610
4299657 +Franco Kam, PO Box 4895, West Hills, CA 91308-4895
4299658 +Frank & Angela Aglio, PO Box 547, San Clemente, CA 92674-0547
4299659 Frank Bilotta, 15615 - 100 St, Edmonton Alberta Canada T5X, 00000
4299660 +Frank Campagnano, 3325 N. Bacobi Road, Golden Valley, AZ 86413-8013
4643304 +Frank Crescentini, Attn Bankruptcy Desk/Managing Agent, Investigations, 7345 S Durango Dr B107 229, Las Vegas NV 89113-3653
4299661 +Frank Crescentini Investigations, 7345 S. Durango Dr B107-229, Las Vegas, NV 89113-3653
4299662 +Frank Crouch, PO Box 11913, San Bernardino, CA 92423-1913
4299663 +Frank Davenport, 3372 Narod St, Las Vegas, NV 89121-4218
4643305 +Frank Rodriquez Services Inc, Attn Bankruptcy Desk/Managing Agent, Frank Rodriguez 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, 3675 S Rainbow 180, Las Vegas NV 89103-1069
4299666 +Frank Rustic, 7127 S Durango Dr Unit 310, Las Vegas, NV 89113-2088
4299667 +Frank Seo, 223 Fairway Woods Dr, Las Vegas, NV 89148-5204
4643306 +Franklin D Church, Attn Bankruptcy Desk/Managing Agent, 2535 Rafferty Creek Court, Las Vegas NV 89156-4950
4299669 +Franklin D. Church, 2535 Rafferty Creek Court, Las Vegas, NV 89156-4950
4299670 +Franklin Document Services, 3111 S. Valley View Blvd., No N-108, Las Vegas, NV 89102-8340
4299671 +Franklin, John B., 2912 Howard Dr, Las Vegas, NV 89104-4250
4299672 +Frantz, Ralph, 7380 So Eastern Ave No 124-190, Las Vegas, NV 89123-1550
4299673 +Franz & Isolde Barth, 937 Rue Grand Paradis Ln, Henderson, NV 89011-0101
4299674 Frausto-Gonzales, Ramon, 3844 E. Carey Ave., Las Vegas, NV 89115
4299675 +Frautschy, Dennis, 4012 S. 104th St, Greenfield, WI 53228-2012
4299676 +Frayre, Daniel Urbano, 1309 E Webb Ave, N Las Vegas, NV 89030-7098
4299677 Frazee Industries, Inc., Dept. No 2510, Los Angeles, CA 90084-2510
4643308 +Frazee Paint, Attn Bankruptcy Desk/Managing Agent, 6625 Miramar Road, P O Box 122471, San Diego CA 92112-2471
4299678 +Fred & Mary Sharp, 5333 S Corning Ave, Los Angeles, CA 90056-1105
4643309 +Fred AND Pamela Eldean, Attn Bankruptcy Desk/Managing Agent, 4828 N Greentree Drive East, Litchfield AZ 85340-5034
4299679 +Fred Haupt, 1513 Tiffany Park Cir, Santa Maria, CA 93455-4540
4299680 +Fred Labaya, 7155 S Durango Dr Unit 311, Las Vegas, NV 89113-2039

4299681 +Fred Oldford, 6608 Crosstimber Court, Las Vegas, NV 89108-5359
4299682 +Fred Oldford, 6608 Crosstimber Ct, Las Vegas, NV 89108-5359
4643310 +Fred Oldford, Attn Bankruptcy Desk/Managing Agent, 6608 Crosstimber Court, Las Vegas NV 89108-5359
4299683 +Fred Stroud, 7155 S Durango Dr Unit 313, Las Vegas, NV 89113-2039
4299684 +Freda Maritz, 364 Broken Par Dr, Las Vegas, NV 89148-5211
4299685 +Frederic & Catherine Cohen, 1142 Olivia Pkwy, Henderson, NV 89011-0800
4299686 +Frederick Chin, President - Lake Las Vegas, 1605 Lake Las Vegas Parkway, Henderson, NV 89011-2803
4643311 +Frederick Chin, Attn Bankruptcy Desk/Managing Agent, President Lake Las Vegas, 1605 Lake Las Vegas NV Parkway, Henderson NV 89011-2803
4299687 +Fredrick & Karen Lombardi, 472 Punto Vallata Dr, Henderson, NV 89011-0845
4299688 Free Wear Fashion, Inc., 108 Sweetwater Lane, Edison, NJ 08837
4643312 +Freedom Security, Attn Bankruptcy Desk/Managing Agent, 2303 E Sahara Ave 204, Las Vegas NV 89104-4138
4643313 +Freedom Underground LLC, Attn Bankruptcy Desk/Managing Agent, 6555 West Gary Avenue, Las Vegas NV 89139-7348
4643314 +Freelance Landscape Mgmt Inc, Attn Bankruptcy Desk/Managing Agent, Jim Rosanaschi, 4465 W Arby, Las Vegas NV 89118-5001
4299689 +Freeling Guinn, 13948 Washburn St, Detroit, MI 48238-2359
4299691 +Freeman, Greg Thomas, 6532 Acacia Rd. Phelan, CA 92371, Phelan, CA 92371-7174
4643316 +Freiday Construction, Attn Bankruptcy Desk/Managing Agent, PO Box 4267, Kingman, AZ 86402-4267
4299693 +Freiday Construction, Inc., PO Box 4267, Kingman, AZ 86402-4267
4299695 +Fremont Emergency Services, Post Office Box 1569, Las Vegas, NV 89125-1569
4643317 +Fremont Emergency Services, Attn Bankruptcy Desk/Managing Agent, Post Office Box 1569, Las Vegas NV 89125-1569
4299696 +French Bouquet Flower Sh, 3265 E. Tropicana Ave, Ste. A-, Las Vegas, NV 89121-7353
4643318 +French Bouquet Flower Sh, Attn Bankruptcy Desk/Managing Agent, Joannie, 3265 E Tropicana Ave Ste A, Las Vegas NV 89121-7353
4299698 +French, Cody W., c/o Office Bar 251 E Center, Pocatella, ID 83201-6339
4643319 +Fresh Squeezed, Attn Bankruptcy Desk/Managing Agent, Toni Whittier, 854 Cypress Pines Way, Henderson NV 89002-9153
4299699 +Freund, Lori, 2056 Lordsburg Lane, Las Vegas, NV 89134-6235
4299700 +Frias, Hector, 3661 Alto Ave, Las Vegas, NV 89115-3137
4299701 +Friday, Charles, PO Box 228 Yucca, AZ 86438, Yucca, AZ 86438-0228
4299702 +Fridley, Richard, 872 S. San Pedro Rd., Golden Valley, AZ 86413-8732
4643320 +Friendly Ford, Attn Bankruptcy Desk/Managing Agent, 660 No Decatur Blvd, Las Vegas NV 89107-1999
4643321 +Friends of Sean Fellows, Attn Bankruptcy Desk/Managing Agent, 1321 Robbers Roost Avenue, Henderson NV 89012-5983
4643322 +Friends of Tanaka Elementary, Attn Bankruptcy Desk/Managing Agent, Wayne, 6583 Peachtree Lane, Las Vegas NV 89103-4306
4299704 Frontier Communications, PO Box 20567, Rochester, NY 14602-0567
4643324 Frontier Communications, Attn Bankruptcy Desk/Managing Agent, P O Box 20567, Rochester NY 14602-0567
4299705 +Frontier Management LLC, 3609 Bison, Scottsbluff, NE 69361-3676
4299707 +Fryatt, Kimberly Michelle, 2891 Painted Lilly Dr, Las Vegas, NV 89135-2049
4299708 +Fuchs, Gary, 113 South Buteo Woods Lane, Las Vegas, NV 89144-4352
4299709 +Fuentes Islas, Alfredo, 3790 Shirebrook No 167, Las Vegas, NV 89115-3200
4299710 +Fuentes, Brian, 3112 Lava Ave, Las Vegas, NV 89101-1718
4299711 Fuentes, Eduardo, 2901 Mulligan St, Las Vegas, NV 89101
4643325 +Full Circle Consult Inc, Attn Bankruptcy Desk/Managing Agent, 3670 N Rancho Dr Suite 103, Las Vegas NV 89130-3192
4299712 +Full Circle Enterprises LLC, 13 Spoonbill Dr, Aliso Viejo, CA 92656-1877
4299713 +Fuller, Leslie, 5628 Bonds Flat St, Las Vegas, NV 89148-7632
4299714 +Fung Chau, 8455 W Flamingo Rd Ste 5, Las Vegas, NV 89147-4159
4299715 +Fung Tsang, 271 Rustic Club Way, Las Vegas, NV 89148-5202
4299716 +Furlinger, Leesa, 2079 Toiyabe Street, Las Vegas, NV 89156-5861
4643326 +Fusion Media LLC, Attn Bankruptcy Desk/Managing Agent, 99 North Main Street, Suite 7, Cedar City UT 84720-2673
4643327 +G C Electric Inc, Attn Bankruptcy Desk/Managing Agent, 4130 Arctic Spring Ave, Suite 1, North Las Vegas NV 89115-1871
4299717 +G M A C Mortgage LLC, 1100 Virginia Dr, Fort Washington, PA 19034-3204
4299718 G Neil, PO Box 451179, Sunrise, FL 33345-1179
4643330 G Neil, Attn Bankruptcy Desk/Managing Agent, P O Box 451179, Sunrise FL 33345-1179
4299721 G Y Property Holdings LLC, 5180 Spanish Heights Dr, Las Vegas, NV 89148
4299722 +G.C. Electric, Inc., 4130 Arctic Spring Ave, Suite 1, North Las Vegas, NV 89115-1871
4299724 +G.C. Wallace, Inc., Robert Avila, Esq., 50 South Jones Blvd., No 203, Las Vegas, NV 89107-2678
4299725 +G.C.Wallace Inc., 1555 S. Rainbow Blvd, Las Vegas, NV 89146-2903
4643333 +GAC Access Controls Inc, Attn Bankruptcy Desk/Managing Agent, 2721 North Losee Road, North Las Vegas NV 89030-4167
4643349 +GARY WILHELMI, Attn Bankruptcy Desk/Managing Agent, 7139 S DURANGO DR, LAS VEGAS NV 89113-3656
4299861 +GCR Tire Center, 2815 N. 32nd Ave, Phoenix, AZ 85009-1514
4299862 +GCR Tire Centers, 2815 N. 32nd Ave., Phoenix, AZ 85009-1514
4643351 +GCR Tire Centers, Attn Bankruptcy Desk/Managing Agent, 2815 N 32nd Ave, Phoenix AZ 85009-1514
4299864 GCSAA, PO Box 419004, Kansa City, MO 64141-6004

4643352 +GDI Ventures LLC, Attn Bankruptcy Desk/Managing Agent, Attn Elaine Feeney, 600 Hersch Ave, Pagosa Springs CO 81147-8717
4299865 +GDI Ventures, LLC, Attn: Elaine Feeney, 688 Tamarisk Court, Louisville, CO 80027-1064
4299869 GE Capital, PO Box 802585, Chicago, IL 60680-2585
4299866 GE Capital Modular Space, PO Box 641595, Pittsburgh, PA 15264-1595
4643354 GE Capital Modular Space, Attn Bankruptcy Desk/Managing Agent, 530 East Swedesford Road, PO Box 641595, Pittsburgh PA 15264-1595
4643356 +GE Consumer Service, Attn Bankruptcy Desk/Managing Agent, 4610 Arville Street, Las Vegas NV 89103-5357
4643361 GENERAL ELECTRIC CAPITAL CORP, Attn Bankruptcy Desk/Managing Agent, Brent Chase, 201 Merritt 7 P O Box 5201, Norwalk, CT 06856-5201
4643373 +GET Roofing, Attn Bankruptcy Desk/Managing Agent, 745 West Sunset Road, Henderson NV 89011-4603
4643375 +GIATI, Attn Bankruptcy Desk/Managing Agent, 101 Henry Adams 136, San Francisco CA 94103-5213
4299967 +GLB Insurance Group of NV, 4455 South Pecos Rd, Las Vegas, NV 89121-5029
4643395 GMAC, Attn Bankruptcy Desk/Managing Agent, P O Box 9001948, Louisville KY 40290-1948
4299988 GMAC, Payment Processing Center, PO Box 9001952, Louisville, KY 40290-1952
4299987 GMAC, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234
4299986 GMAC Payment Processing Center, PO Box 9001948, Louisville, KY 40290-1948
4299989 +GMS AUTOGLASS, 15060 Ventura Blvd., Suite No 212, Sherman Oaks, CA 91403-2436
4643396 +GMS Concrete Inc, Attn Bankruptcy Desk/Managing Agent, Gary Sturm, 4140 Cannoli Circle Suite A, Las Vegas NV 89103-5403
4643415 +GRAM Inc, Attn Bankruptcy Desk/Managing Agent, 8500 Menaul Blvd Suite B 335, Albuquerque NM 87112-2299
4300098 +GRAM, Inc., 8500 Menaul Blvd, Suite B-335, Albuquerque, NM 87112-2299
4643417 +GRAND CENTRAL ASSET TRUST SOLA, Attn Bankruptcy Desk/Managing Agent, 540 W Madison St, Chicago, IL 60661-2591
6895332 +GRETCHEN ROBITAILLE, 8037 SILVER STREAK ST, LAS VEGAS, NV 89131-4811
4643444 +GULF STREAM COMPASS CLO 2003 1, Attn Bankruptcy Desk/Managing Agent, Greg Blaszczynski, 4201 Congress St Suite 475, Charlotte NC 28209-4614
4300189 +GUND, Inc, PO Box 18148, Newark, NJ 07191-8148
4299727 +Gabriel Laborico, 9651 Valmeyer Ave, Las Vegas, NV 89148-5741
4299730 +Gail Bankston-Hill, 558 Evergreen St Apt 15, Inglewood, CA 90302-7014
4299731 +Gail Odlenburg, Benchmark Properties, Inc., 1515 E. Tropicana, Suite 350A, Las Vegas, NV 89119-6520
4299732 +Gainey Ceramics, 1200 Arrow Highway, La Verne, CA 91750-5293
4643334 +Gainey Ceramics, Attn Bankruptcy Desk/Managing Agent, 1200 Arrow Highway, La Verne CA 91750-5293
4299733 +Galan, Ernesto, 6156 Lanning, Las Vegas, NV 89108-2604
4299734 +Galan, Oscar, 6156 Lanning, Las Vegas, NV 89108-2604
4299735 +Galan, Ricardo, 6156 Lanning Ln, Las Vegas, NV 89108-2604
4299736 +Galarza, Alvaro, 3431 Dapple Dr, N Las Vegas, NV 89032-2412
4299737 +Gale & Reynel Glepa, 6442 Aether St, Las Vegas, NV 89148-6726
4299738 +Gale Building Products, 1401 Trade Drive, N Las Vegas, NV 89030-7803
4643335 +Gale Building Products, Attn Bankruptcy Desk/Managing Agent, Joe Camps, 1401 Trade Drive, N Las Vegas NV 89030-7803
4299739 +Gale Insulation, 4195 S. Lynn Dr., Fort Mohave, AZ 86426-6221
4643336 +Gale Insulation, Attn Bankruptcy Desk/Managing Agent, 4195 S Lynn Dr, Fort Mohave AZ 86426-6221
4299741 +Galicia, Bernardo, 3565 E. Colton, Las Vegas, NV 89115-0452
4299742 +Galindo-Lopez, Eduardo, 2300 Saturn Ave Unit D, N Las Vegas, NV 89030-8205
4299743 +Gallagher & Kennedy, P.A., 2575 E. Camelback Rd., Phoenix, AZ 85016-9279
4643337 +Gallagher Kennedy P A, Attn Bankruptcy Desk/Managing Agent, 2575 E Camelback Rd, Phoenix AZ 85016-9279
4299744 +Gallardo, Guillermo, 1504 N 22nd St Unit No 3, Las Vegas, NV 89101-1318
4299745 +Gallardo, Jose, 2829 Western, N Las Vegas, NV 89030-5250
4299746 +Gallardo-Inzunza, Jesus, 3555 E. Lake Mead Blvd No 197, Las Vegas, NV 89115-7356
4299747 +Gallegos Delgado, Fernando, 5500 Seabough Ave, Las Vegas, NV 89107-1623
4299748 +Gallegos, Fernando, 2600 Willoughby, Las Vegas, NV 89101-2329
4299749 +Gallegos-Cortez, Germain, 2617 Harewood, N Las Vegas, NV 89030-8429
4299750 +Gallegos-M., Guillermo, 1401 Meyer St., Las Vegas, NV 89101-1628
4299751 +Galvan, Arturo, 2528 E. Tonopah, North Las Vegas, NV 89030-7313
4643338 +Gamblers General Store Inc, Attn Bankruptcy Desk/Managing Agent, 800 S Main St, Las Vegas NV 89101-6404
4299752 +Gamblers General Store, Inc, 800 S. Main St, Las Vegas, NV 89101-6404
4643339 +Game Time c/o Great Western, Attn Bankruptcy Desk/Managing Agent, Park Playground, PO Box 97 2598 W 5700 S, Wellsville UT 84339-0097
4299753 Gamez-Beristain, Sergio, 1001 Carey Ave, North Las Vegas, NV 89030
4299754 +Gandara, Jose A., 6152 Withrow Downs, North Las Vegas, NV 89081-6637
4299755 +Ganqing Jiang, 185 Honors Course Dr, Las Vegas, NV 89148-0001
4299756 +Gap Trucking, 3596 N. Benton St., Kingman, AZ 86409-3212
4643340 +Gap Trucking, Attn Bankruptcy Desk/Managing Agent, William M Kerbs, 3596 N Benton St, Kingman AZ 86409-3212
4299757 +Garcia Amaya, Oswaldo, 5325 E. Tropicana No 1020, Las Vegas, NV 89122-6752
4299758 Garcia Andrade, Rosalio, 3236 Mary Dee No B, N Las Vegas, NV 89030
4299759 +Garcia Bautista, Mario, 2101 Sandy Lane No E-8, Las Vegas, NV 89115-5234
4299760 +Garcia Calvillo, Jesus, 5101 Kansas Ave, Las Vegas, NV 89107-1809
4299761 +Garcia Jr., Jorge, 715 Aloe Yucca, Henderson, NV 89011-2639
4299762 +Garcia Morales, Maria G., 5920 W Washington Apt C, Las Vegas, NV 89107-4732

4299763 +Garcia Reyna, Azadoc, 1834 Bartoli No 4, Las Vega, NV 89115-3606
4299764 +Garcia Rivera, Roberto, 709 Delta St, Las Vegas, NV 89101-2718
4299765 Garcia, Abel, 4525 Yakima Ave, Las Vegas, NV 89121
4299766 Garcia, Adolfo, 3555 E. Lake Mead No K 113, Las Vegas, NV 89115
4299767 +Garcia, Alejandro, 451 N. Nellis Apt 1139, Las Vegas, NV 89110-5349
4299768 +Garcia, Anthony, 4037 Kristine Lynn Ave, No Las Vegas, NV 89081-4199
4299769 +Garcia, Asuncion, 4519 Sun Valley Drive, Las Vegas, NV 89121-6655
4299770 Garcia, Baltazar, 1016 Jane Ave, Las Vegas, NV 89104
4299771 +Garcia, Cesar, 4125 Yakima Ave, Las Vegas, NV 89121-6160
4299772 +Garcia, Daniel, 5310 Lowell, Las Vegas, NV 89110-3614
4299773 Garcia, David, 6268 Bonillo Dr, Las Vegas, NV 89103
4299774 +Garcia, Edgardo Elias, 4054 Vicenta Ct., Las Vegas, NV 89115-8217
4299775 +Garcia, Esteban Molina, 2522 Statz Apt No 3, No. Las Vegas, NV 89030-6039
4299776 +Garcia, Gerardo, 4303 E. Viking Rd, Las Vegas, NV 89121-4633
4299777 +Garcia, Isidro, 2321 Brooks, N Las Vegas, NV 89030-8404
4299778 +Garcia, Javier, 2850 Cedar Apt No 218, Las Vegas, NV 89101-3834
4299779 +Garcia, Jennifer M., 10824 Wallflower Ave, Las Vegas, NV 89135-2861
4299781 +Garcia, Joaquin, 2100 Christina St No A, North Las Vegas, NV 89030-5627
4299780 +Garcia, Joaquin M., 4480 W. Sirius Ave No 204, Las Vegas, NV 89102-7384
4299782 +Garcia, Jorge, 715 Aloe Yucca, Henderson, NV 89011-2639
4299784 +Garcia, Jose, 1004 N Jones, Las Vegas, NV 89108-1660
4299783 +Garcia, Jose R, 5516 W. Bartlett St, Las Vegas, NV 89108-3226
4299787 +Garcia, Juan, 3751 S. Nellis Blvd, Las Vegas, NV 89121-3121
4299788 +Garcia, Juan, 6300 W. Tropicana No 273, Las Vegas, NV 89103-4427
4299786 +Garcia, Juan, 105 Azalea Ct., Las Vegas, NV 89107-2345
4299785 Garcia, Juan Carlos, 2050 Gran Basin, Las Vegas, NV 89156
4299789 +Garcia, Julian H., 2101 Sandy Lane No H3, Las Vegas, NV 89115-5235
4299790 Garcia, Leonardo, 3555 E. Lake Mead No K 113, Las Vegas, NV 89115
4299791 Garcia, Luis, 1004 N. Jones No C, Las Vegas, NV 89108
4299792 +Garcia, Marcelino, 2001 Howard Ave, Las Vegas, NV 89104-3636
4299793 +Garcia, Marcial, 4125 Yakima Ave, Las Vegas, NV 89121-6160
4299794 +Garcia, Miguel Angel, 5252 Elgin, Las Vegas, NV 89122-7139
4299795 +Garcia, Miguel R., 2321 Brooks, N Las Vegas, NV 89030-8404
4299796 +Garcia, Moises, 6501 W charleston Blvd No 99, Las Vegas, NV 89146-1085
4299797 +Garcia, Octavio Tirado, 2321 Constantine Ave, Las Vegas, NV 89101-2225
4299798 Garcia, Onorio Fragoso, 1008 Wiliom Ave, No Las Vegas, NV 89030
4299799 Garcia, Patricio, 3650 Geist No C 3, Las Vegas, NV 89115
4299800 +Garcia, Rangel, 2101 Sandy Lane No B-5, Las Vegas, NV 89115-5233
4299801 +Garcia, Ricardo, 2152 Crawford, N Las Vegas, NV 89030-6557
4299802 +Garcia, Salvador J, 291 Arbour Garden Dr, Las Vegas, NV 89148-2762
4299803 +Garcia, Sergio, 235 Ventana Heights, Henderson, NV 89074-8053
4299804 +Garcia-Badillo, Isidro, 4650 E. Carey No 60, Las Vegas, NV 89115-4415
4299805 +Garcia-C., Mario, 2101 Sandy Lane No E - 8, Las Vegas, NV 89115-5240
4299806 +Garcia-Diaz, Noe, 3705 Del Rio Dr. North, N Las Vegas, NV 89030-5707
4299807 +Garcia-Garcia, Juan Carlos, 1900 E. Tropicana, Las Vegas, NV 89119-6531
4299808 Garcia-Haro, Jose S, 3232 Figler No A, N Las Vegas, NV 89030
4299809 +Garcia-Hernandez, Jose Antonio, 2608 Brooks Ave, N Las Vegas, NV 89030-8413
4299810 +Garcia-Lopez, Isaac, 816 Langtry, Las Vegas, NV 89107-2025
4299811 Garcia-Magana, Juan C, 4480 Arlington, Las Vegas, NV 89110
4299812 +Garcia-Magana, Rafael, 4480 Arlington Park, Las Vegas, NV 89110-0807
4299813 +Garcia-N., Mario Fco., 3856 Blue Wave Dr, Las Vegas, NV 89115-0270
4299814 +Garcia-Sanchez, Felipe, 3140 Van Deer Meer, Las Vegas, NV 89030-5138
4299815 +Garcia-Sanchez, Johnny D., 4355 S. Jones No 20, Las Vegas, NV 89103-3317
4299816 Garcia-Velazquez, Eduardo, 2240 Statz No C, N Las Vegas, NV 89030
4299817 +Garofalo, Randal, 2317 Robinhood Pl, Orange, CA 92867-1850
4299818 +Garret Larson, 8603 E. Glencove St., Mesa, AZ 85207-4135
4299819 +Garrett Donaldson, PO Box 5087, Goodyear, AZ 85338-0601
4643341 +Garrett Donaldson, Attn Bankruptcy Desk/Managing Agent, PO Box 5087, Goodyear AZ 85338-0601
4299820 +Garrett Family, 9568 Los Cotos Ct, Las Vegas, NV 89147-8205
4299821 +Garrett Wang, 11271 Ventura Blvd No 471, Studio City, CA 91604-3136
4299822 +Garth & Ali Stabley, 531 Via Ripagrande Ave, Henderson, NV 89011-0816
4299824 +Gary & Arlene Shibe, 166 S Brook Hill Ln, Vernon Hills, IL 60061-3142
4299825 +Gary & Diane Ravan, 8724 Stockholm Ave, Las Vegas, NV 89147-8101
4299826 +Gary & Janice Goczkowski, 163 Fletcher Dr, Des Plaines, IL 60016-2223
4299828 +Gary & Jill Burch, 96 Rancho Maria St, Las Vegas, NV 89148-2749
4299829 +Gary & Jonell Young, 7541 Eastgate Rd, Henderson, NV 89011-4058
4299830 +Gary & Karen Philbrook, 13368 March Way, Corona, CA 92879-5352
4299831 +Gary & Rebecca Wooldridge, 564 Via Colmo Ave, Henderson, NV 89011-0863
4299832 +Gary & Susan Waters, 11325 Early Sun Ct, Las Vegas, NV 89135-7832
4299833 +Gary & Ursula Becker, 596 Via Colmo Ave, Henderson, NV 89011-0864
4299834 +Gary Beck, 7107 S Durango Dr Unit 107, Las Vegas, NV 89113-2011
4299835 +Gary Becker, 7027 Cannon Ct., Huntington Beach, CA 92648-6242
4643342 +Gary Becker, Attn Bankruptcy Desk/Managing Agent, 7027 Cannon Ct, Huntington Beach CA 92648-6242
4299836 +Gary Castronuovo, 7163 S Durango Dr Unit 213, Las Vegas, NV 89113-2008
4299838 +Gary Edwards, 274 Fringe Ruff Dr, Las Vegas, NV 89148-5205
4299839 +Gary Frazier, 4120 Erinbird Avenue, North Las Vegas, NV 89084-4807
4643343 +Gary Frazier, Attn Bankruptcy Desk/Managing Agent, 4120 Erinbird Avenue, North Las Vegas NV 89084-4807
4299841 +Gary Herter, 9050 W Warm Springs Rd Unit 1023, Las Vegas, NV 89148-3827

4299842 +Gary Herter, 9050 W Warm Springs Rd Unit 1045, Las Vegas, NV 89148-3828
4299843 +Gary Lennon, 245 Via Franciosa Dr, Henderson, NV 89011-0851
4299844 +Gary Lewey, 5149 Alfingo St, Las Vegas, NV 89135-3216
4299845 +Gary Mattson, 11013 Cliff Swallow Ave, Las Vegas, NV 89144-1436
4299847 +Gary Melnik, 2170 Century Park East No 1110, Los Angeles, CA 90067-2225
4643346 +Gary Melnik, Attn Bankruptcy Desk/Managing Agent, 2170 Century Park East 1110, Los Angeles CA 90067-2225
4643348 +Gary Myers, Attn Bankruptcy Desk/Managing Agent, GRM Real Estate Services, 1423 E Westchester Dr, Chandler AZ 85249-8548
4299848 +Gary Norris, 251 Manzanilla Way, Oceanside, CA 92057-6814
4299849 +Gary Shen, 2870 Peaceful Grove St, Las Vegas, NV 89135-1612
4299850 +Gas Auto Electric LLC, 1500 Western Ave., Las Vegas, NV 89102-2600
4299851 +Gassett, Christopher M., 5580 W. Sandcastle Dr., Golden Valley, AZ 86413-7768
4299852 +Gaston & Linda Lai, 347 Palm Trace Ave, Las Vegas, NV 89148-2733
4299853 +Gates, James M., 509 NorthEast Stanton, Portland, OR 97212-3116
4299854 +Gaudin Porsche, 7200 W. Sahara, Las Vegas, NV 89117-2815
4643350 +Gaudin Porsche, Attn Bankruptcy Desk/Managing Agent, 7200 W Sahara, Las Vegas NV 89117-2815
4299855 +Gauns Tree Service, 7840 Candy Lane, Flagstaff, AZ 86004-9522
4299856 Gavino Family, 1047 Via Gallia St, Henderson, NV 89011
4299857 +Gavino Gutierrez, Omar, 2127 Belmont St No A, N Las Vegas, NV 89030-3601
4299858 +Gavino Gutierrez, Rosalio, 5020 Jacarillo, North Las Vegas, NV 89031-5576
4299859 +Gavino, Pedro, 4328 Santa Clarita, Las Vegas, NV 89115-6002
4299860 +Gayle Nagy, 1368 Kenwood Rd, Santa Barbara, CA 93109-1224
4643357 +Gear For Sports, Attn Bankruptcy Desk/Managing Agent, 9700 Commerce Pkwy, P O Box 14908, Lenexa KS 66285-4908
4299870 +Gedang Family, 2043 Coleman Ct, Simi Valley, CA 93063-5001
4299871 +Gedeon-Guardado, Daniel, 2830 S Decatur Blvd No 16, Las Vegas, NV 89102-5553
4299872 +Gemma Sladky, 4784 Lone Mesa Dr, Las Vegas, NV 89147-7931
4299873 +Genato, Deborah J., 5229 Park Creek Court, N. Las Vegas, NV 89031-3425
4299874 +Gene & Joan Kelly, 7119 S Durango Dr Unit 303, Las Vegas, NV 89113-2060
4299877 +Gene Sugano, 7185 S Durango Dr Unit 110, Las Vegas, NV 89113-2018
4299879 +Gene Wittman, 7159 S Durango Dr Unit 311, Las Vegas, NV 89113-2037
4643358 +Gene s Locksmith, Attn Bankruptcy Desk/Managing Agent, 738 W Sunset Road, Henderson NV 89011-4602
4643360 General Binding Corp, Attn Bankruptcy Desk/Managing Agent, PO Box 71361, Chicago IL 60694-1361
4299881 General Electric Capital Corp, GE Corporate Financial Services, 201 Merritt 7 PO Box 5201, Norwalk, CT 06856-5201
4299882 +General Electric Capital Corporation, 1961 Hirst Drive, Moberly, MO 65270-3046
4643362 +General Electric Co, Attn Bankruptcy Desk/Managing Agent, GE/RCA Consumer Service, PO Box 840255, Dallas TX 75284-0255
4299883 General Petroleum Corporation, PO Box 31001-1235, Pasadena, CA 91110-1234
4643364 Generqal Electric Capital Corp, Attn Bankruptcy Desk/Managing Agent, 11010 Prairie Lakes Dr Ste 150, Eden Prairie, MN 55344-3891
4299880 Genes Locksmith, 738 W. Sunset Road, Henderson, NV 89011-4602
4643365 +Genesis Medical Group, Attn Bankruptcy Desk/Managing Agent, 100 North Green Valley Pkwy, 110, Henderson NV 89074-6392
4299884 +Genesis Medical Group, 100 North Green Valley Pkwy, No 110, Henderson, NV 89074-6391
4299885 +Geneva Harris, 581 Via Di Parione Ct, Henderson, NV 89011-0811
4299886 Geo Tek Inc, 6835 South Escondido Street, Suite A, Las Vegas, NV 89119-3832
4643370 +GeoTek Inc, Attn Bankruptcy Desk/Managing Agent, 6835 S Escondido Street, Suite A, Las Vegas NV 89119-3832
4299910 +GeoTek, Inc., 6835 S. Escondido Street, Suite A, Las Vegas, NV 89119-3832
4299889 +Geoffrey Hsieh, 2559 Purple Heather Pl, Henderson, NV 89052-5628
4299891 +George & Doreen Hanada, 1177 Queen St Apt 2107, Honolulu, HI 96814-4145
4299892 +George & Elena Lu, 11329 Woodmar Ln NE, Albuquerque, NM 87111-6512
4299893 +George & Elisa Uy, 43 Calle Akelia, San Clemente, CA 92673-7038
4299895 +George & Le Capps, 8538 Lambert Dr, Las Vegas, NV 89147-5267
4299896 George & Linda Faithfull, 6031 Eagle Ridge Place, Duncan BC Canada V9L5M9
4299897 +George & Marta Pelayo, 4768 Crakow Ct, Las Vegas, NV 89147-8123
4299898 +George & Roberta O‘Hara, 531 Via Del Corallo Way, Henderson, NV 89011-0879
4299900 +George Blacker, 448 Via Del Foro Dr, Henderson, NV 89011-0103
4643367 +George F Tibsherany Inc, Attn Bankruptcy Desk/Managing Agent, 7150 E Camelback Rd, Suite 500, Scottsdale AZ 85251-1257
4299901 +George F Tibsherany Inc, 7150 E Camelback Rd, Suite No 500, Scottsdale, AZ 85251-1200
4299902 +George Garcia, 7155 S Durango Dr Unit 312, Las Vegas, NV 89113-2039
4299903 +George Huang, 526 Via Ripagrande Ave, Henderson, NV 89011-0816
4299904 +George Juan Nunez, 3802 Palos Verdes, Las Vegas, NV 89119-9433
4643368 +George Q Valdez, Attn Bankruptcy Desk/Managing Agent, 7875 Alameda Creek Street, Las Vegas NV 89113-4053
4299905 +George, Dave A, G4493 Fenton Rd. No 68 Burton, MI 4852, Burton, MI 48529-1943
4299906 +George, David P., Sr., 4605 Chuar Dr., Golden Valley, AZ 86413-8114
4299907 +Georges Upholstery, 4000 N. Arizona St., Kingman, AZ 86409-2734
4299908 +Georgeson, Chad, 9296 Aspen Shadow St, Las Vegas, NV 89178-5512
4643369 +Geostructural Tool Kit Inc, Attn Bankruptcy Desk/Managing Agent, 2804 Longhorn Blvd, Austin TX 78758-7625
4299909 +Geostructural Tool Kit, Inc., 2804 Longhorn Blvd., Austin, TX 78758-7625
4299912 +Gerald & Arlette Lebizay, 7322 S Rainbow Blvd, Las Vegas, NV 89139-0400
4299913 +Gerald & Carol Jeffers, 3065 Olivia Heights Ave, Henderson, NV 89052-8539
4299914 +Gerald & Priscilla Messmer, 1541 Doran Dr, Las Vegas, NV 89123-1422

4299915 +Gerald & Sandra Dubanski, 4568 Califa Dr, Las Vegas, NV 89122-1907
4299916 +Gerald Guarin, 1358 La Crescentia Dr, Chula Vista, CA 91910-7942
4299917 +Gerald Shurley, 7155 S Durango Dr Unit 203, Las Vegas, NV 89113-2217
4299918 +Gerard & Janice Bruce, 8409 Normandy Shores St, Las Vegas, NV 89131-1799
4299919 +Gerard Azoulay, 8911 Lansberry Ct, Las Vegas, NV 89147-8118
4299920 +Gerber, Paul, 888 Bare Branch Ave, Las Vegas, NV 89123-5349
4299921 +Gerlach, Toni, 3150 S. Nellis No 2088, Las Vegas, NV 89121-7518
4299922 +German Velasco Guzman, 4812 Lana Dr, Las Vegas, NV 89121-6950
4299923 +German Velasco-Guzman, 5325 E. Tropicana, Las Vegas, NV 89122-6751
4299924 +Gerolaga, Ricky T., 9766 Silver Pebble, Las Vegas, NV 89183-6849
4299925 +Gerome & Macelsa Guansing, Psc 561 Box 516, FPO, AP 96310-0006
4299926 +Geronimo & Iris Vasquez, 5590 Greeley Pl, Fremont, CA 94538-1022
4299928 +Geronimo Vasquez, Iris Vasquez, 5590 Greeley Place, Fremont, CA 94538-1022
4643371 +Geronimo Vasquez, Attn Bankruptcy Desk/Managing Agent, Iris Vasquez, 5590 Greeley Place, Fremont CA 94538-1022
4299929 +Gerry & Rosaline Devera, 5263 Cedar Bend Dr, North Las Vegas, NV 89031-3423
4299930 +Gesco NV, 1868 Anamor St, Redwood City, CA 94061-2633
4643372 +Gesco NV, Attn Bankruptcy Desk/Managing Agent, 1868 Anamor St, Redwood City CA 94061-2633
4299931 +Geza Balasko, 1028 Via Dupre St, Henderson, NV 89011-0812
4299932 +Ghennet Haile, 9520 Victory Garden Ave, Las Vegas, NV 89149-1613
4299933 +Giacomo Monopoli, 325 Lakewood Garden Dr, Las Vegas, NV 89148-2737
4643374 +Giant Textiles Corporation, Attn Bankruptcy Desk/Managing Agent, Patrick or Amy, PO Box 84228, Seattle WA 98124-5528
4299934 Gibbons, Timothy, 1152 Paradise River Road, Henderson, NV 89002-8933
4299935 +Gibi & Luckose Joseph, 41 Sandy Bunker Ln, Las Vegas, NV 89148-5241
4299936 +Giblin Family, 175 Wicked Wedge Way, Las Vegas, NV 89148-2690
4643376 +Gibson Dunn Crutcher LLP, Attn Bankruptcy Desk/Managing Agent, 333 South Grand Avenue, Los Angeles CA 90071-3197
4299937 +Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071-3197
4299938 +Giese, Josh A., 5244 Rappahanock St, Las Vegas, NV 89122-7007
4299939 +Gieselle & Michael Eastman, 402 Center Green Dr, Las Vegas, NV 89148-5222
4299940 +Gifford Electric Technologies, 5066 W. Post Rd, Las Vegas, NV 89118-4330
4299941 +Gifford, Sarah, 5628 Bonds Flat St, Las Vegas, NV 89148-7632
4299942 +Gil Alcala, Isidro, 3301 Civic Center Dr. No 17 D, North Las Vegas, NV 89030-8153
4299943 +Gil Gomez, Francisco, 5623 Tunis Ave, Las Vegas, NV 89122-7264
4299950 +Gil-Galvez, Fernando, 466 Linn, Las Vegas, NV 89110-3831
4299944 +Gilbert & Mary Landin, 4700 Califa Dr, Las Vegas, NV 89122-1911
4299946 +Gilbert & Susan Boozier, 4 Sanderling, Irvine, CA 92604-2806
4299947 +Gilbert Landin, PO Box 20117, Las Vegas, NV 89112-2117
4299948 +Gildersleeve Family, 57 Arcata, Irvine, CA 92602-0955
4299949 +Giles, Kristen J., 604 Roma Ct. No B, Montrose, CO 81401-5031
4299951 +Gilliam, Roger, 6565 Lorraine Dr. Riverside, CA 92506, Riverside, CA 92506-5125
4299952 +Gilmar A. Martinez, 2300 Mary Dee Ave No A, North Las Vegas, NV 89030-8166
4643377 +Gilmore Joseph Lentz, Attn Bankruptcy Desk/Managing Agent, 6817 S Eastern Ste 102, Las Vegas NV 89119-4684
4299953 +Gilmore, Joseph & Lentz, 6817 S. Eastern Ste 102, Las Vegas, NV 89119-4684
4299954 +Gina Hong, 4756 Lone Mesa Dr, Las Vegas, NV 89147-7931
4299955 +Gina Rummelhart, 192 Short Ruff Way, Las Vegas, NV 89148-5258
4299956 +Ginmir LLC, 5147 Mountain Foliage Dr, Las Vegas, NV 89148-1457
4299957 +Giok & Diandi Wedhas, 10816 Stamfield Dr, Rancho Cucamonga, CA 91730-6607
4299958 +Giordano Family, 924 Via Stellato St, Henderson, NV 89011-0856
4299959 +Giovanna Gurrieri, 1228 Olivia Pkwy, Henderson, NV 89011-0833
4299960 +Giovanna Raccosta, 9905 Deer Ct, Las Vegas, NV 89134-6730
4643378 +Giovanna Raccosta, Attn Bankruptcy Desk/Managing Agent, 9905 Deer Ct, Las Vegas NV 89134-6730
4643379 +Giroux Glass Inc, Attn Bankruptcy Desk/Managing Agent, Brian Comeno, 3620 S Highland, Las Vegas NV 89103-5722
4643380 +Git er Done, Attn Bankruptcy Desk/Managing Agent, 4430 North Adams, Kingman AZ 86409-2612
4299961 +Giudicessi Family, 6816 Dali Ave No E206, Land O Lakes, FL 34637-7851
4299962 +Giuseppe & Marie Milito, 7233 Eaglegate St, Las Vegas, NV 89131-8207
4299963 +Giuseppe & Nancy Saputo, 7420 Cedar Rae Ave, Las Vegas, NV 89131-3392
4299964 +Giuseppe & Roni Bello, 2009 Aspen Brook Dr, Henderson, NV 89074-1520
4643381 +Glant Textile Corporation, Attn Bankruptcy Desk/Managing Agent, PO Box 84228, Seattle WA 98124-5528
4643382 +Glass Block Window Co, Attn Bankruptcy Desk/Managing Agent, J C Harper, 3807 W Adams St, Phoenix AZ 85009-4764
4299965 +Glass Block Window Co., 3807 W. Adams St., Phoenix, AZ 85009-4764
4643384 +Glassic Art, Attn Bankruptcy Desk/Managing Agent, 5850 S Polaris Ste 700, Las Vegas NV 89118-3187
4299968 +Glen & Cheryl Wayne, 7500 Red Cinder St, Las Vegas, NV 89131-3369
4299969 +Glen & Genevieve Hotinski, 7521 Thornbuck Pl, Las Vegas, NV 89131-3371
4299970 +Glen Jones, 544 Plumosa, Vista, CA 92081-4621
4643385 +Glen Jones, Attn Bankruptcy Desk/Managing Agent, 544 Plumosa, Vista CA 92081-4621
4643386 Glen Klanian, Attn Bankruptcy Desk/Managing Agent, 229 White Willow Ave, Las Vegas NV 89123-1102
4299971 +Glenda Tangen, 9050 W Warm Springs Rd Unit 1016, Las Vegas, NV 89148-3827
4299972 +Glenn & Christine Yakabi, 7103 S Durango Dr Unit 207, Las Vegas, NV 89113-2006
4299973 +Glenn Cobb, PO Box 427, Pasadena, CA 91102-0427
4299974 +Glenn Hill, 1136 Via Canale Dr, Henderson, NV 89011-0804

4643388 +Glenn Raynes Trustee, Attn Bankruptcy Desk/Managing Agent, 9817 Canyon Rock Place, Las Vegas NV 89134-6687
4643387 +Glenn and Rene M Raynes, Attn Bankruptcy Desk/Managing Agent, Revocable Family Trust, 1930 Village Center Circle 3 705, Las Vegas NV 89134-6299
4299975 +Glenna Gaudy, 408 Via Stretto Ave, Henderson, NV 89011-0835
4299976 +Global Architectural Models, 3863 S. Valley View No 10, Las Vegas, NV 89103-2944
4643389 +Global Architectural Models, Attn Bankruptcy Desk/Managing Agent, 3863 S Valley View 10, Las Vegas NV 89103-2944
4299977 +Global Insight (USA), Inc., P. O Box 845730, Boston, MA 02284-5730
4643390 +Global Insight USA Inc, Attn Bankruptcy Desk/Managing Agent, 1000 Winter St Ste 4300N, P O Box 845730, Boston MA 02284-5730
4299979 +Global Tour Golf Inc., 1345 Specialty Dr., Suite E, Vista, CA 92081-8533
4299981 Globalstar USA, PO Box 30519, Los Angeles, CA 90030-0519
4643391 Globalstar USA, Attn Bankruptcy Desk/Managing Agent, P O Box 30519, Los Angeles CA 90030-0519
4643392 +Gloria G Robbins, Attn Bankruptcy Desk/Managing Agent, 2495 Autumn Chase Lane, Henderson NV 89052-5840
4299982 +Gloria G. Robbins, 2495 Autumn Chase Lane, Henderson, NV 89052-5840
4299983 +Glorifina Trinidad, 4810 Lone Grove Drive, Las Vegas, NV 89139-8717
4643393 +Glorifina Trinidad, Attn Bankruptcy Desk/Managing Agent, 4810 Lone Grove Drive, Las Vegas NV 89139-8717
4299984 +Glory Ent., LLC, PO Box 3627, Flagstaff, AZ 86003-3627
4299990 +Godela & Ananias Gasacao, 156 Honors Course Dr, Las Vegas, NV 89148-0001
4299991 Godinez-Lucatero, Guillermo, 3204 Figler No B, N Las Vegas, NV 89030
4299992 +Godoy Mateo, Jose, 2945 Clifford No 104, Las Vegas, NV 89115-3100
4299993 Godoy, Carlos, 2200 Torry Pines Dr. No 2108, N Las Vegas, NV 89108
4643397 +Gold Mountain Development Corp, Attn Bankruptcy Desk/Managing Agent, 375 Warm Springs Rd, Suite 100, Las Vegas NV 89119-4260
4643398 +Gold Value California Realty, Attn Bankruptcy Desk/Managing Agent, Len B Diaz, 9135 Langdon Avenue, North Hills CA 91343-3948
4299994 +Goldberg Brian, 7119 S Durango Dr Unit 213, Las Vegas, NV 89113-2059
4299995 +Golden Point Investment LLC, 172 Cliff Valley Dr, Las Vegas, NV 89148-2707
4299996 +Golden Triangle Development, 244 Dark Forest Avenue, Las Vegas, NV 89123-1113
4299997 +Golden Valley, Chamber of Commerce, 3395 N. Verde Rd., Golen Valley, AZ 86413-8633
4643399 +Golden Valley Materials, Attn Bankruptcy Desk/Managing Agent, 2215 Hualapai Mtn Rd H, Kingman AZ 86401-8324
4299998 +Golden West Industrial Supply, 2180 Agate Court, Simi Valley, CA 93065-1840
4643400 +Golden West Industries Inc, Attn Bankruptcy Desk/Managing Agent, Laura, 5505 S E Johnson Creek Blvd, Portland OR 97206-0629
4299999 +Golden West Industries, Inc., 5505 S.E. Johnson Creek Blvd., Portland, OR 97206-0629
4300000 +Goldsmith Joint Revocable Liv Tr, 7173 S Durango Dr Unit 102, Las Vegas, NV 89113-2016
4300001 +Goldy, Joseph, 2326 East Riverview Circle Bullhead, AZ, Bullhead City, AZ 86442-7424
4300002 +Golf Associates Scorecard Co., PO Box 6917, 91 Westside Dr, Asheville, NC 28806-2846
4300004 +Golf Las Vegas Now, 2104 Donlon Court, Henderson, NV 89012-2709
4300005 +Golf Logix Systems, Inc., 16055 N. Dial Blvd., Suite 5, Scottsdale, AZ 85260-1642
4300006 +Golf Sand, Inc., 1011 E. Alexander Road, North Las Vegas,, NV 89030-3206
4300007 +Golf Scorecards, Inc, 9735 SW Sunshine St, Ste 700, Beaverton, OR 97005-4175
4300008 +Golf Ventures West, 5101 Gateway Blvd., Suite 18, Lakeland, FL 33811-2705
4300010 +GolfHero, 15333 N Pima Road, Suite 245, Scottsdale, AZ 85260-2784
4300011 +GolfSwitch, 6380 East Thomas Road, Suite 232, Scottsdale, AZ 85251-7074
4643401 +GolfSwitch Inc, Attn Bankruptcy Desk/Managing Agent, 6390 East Thomas Road, Suite 300, Scottsdale AZ 85251-7051
4300009 Golfers Guide, Mktg. Solutions, PO Box 5926, Hilton Head Is., SC 29938-5926
4643402 +Golightly Tire, Attn Bankruptcy Desk/Managing Agent, 3900 E Huntington Dr, Flagstaff, AZ 86004-9452
4300012 +Golob Family, 5408 San Florentine Ave, Las Vegas, NV 89141-3867
4643403 +Gomez Construction Inc, Attn Bankruptcy Desk/Managing Agent, Armando Gomez, 7204 Shady Springs St, Las Vegas NV 89131-4587
4300013 +Gomez De La Torre, Osvaldo, 400 Ramsey St, Las Vegas, NV 89107-2349
4300014 +Gomez Family, PO Box 6542, Thousand Oaks, CA 91359-6542
4300015 +Gomez Q, Ignacio, 3822 Arizona Ave, Las Vegas, NV 89104-5124
4300016 +Gomez, Armando, 2944 Pecos Rd., No 204, Las Vegas, NV 89115-0635
4300017 +Gomez, Edgar Jordan, 6170 Gunderson Blvd, Las Vegas, NV 89103-3208
4300018 +Gomez, Ernesto L., 3825 Trout Lake Ave, Las Vegas, NV 89115-0241
4300019 +Gomez, Jaime, 2421 Salt Lake St. No C, N Las Vegas, NV 89030-3414
4300020 +Gomez, Mario, 2421 Salt Lake St. No C, Las Vegas, NV 89030-3414
4300021 +Gomez, Percival, 2850 Cedar Ave., No 132, Las Vegas, NV 89101-3865
4300022 +Gomez-Madrigal, Evelio, 2101 Sandy Lane, No E-4, Las Vegas, NV 89115-5234
4300023 +Gomez-Reran, Luis, 1761 N. Nellis No 12, Las Vegas, NV 89115-6610
4300024 +Gonnie, Edison, PO Box 2338, Kayenta, AZ 86033-2338
4300025 +Gonzales Esquijarosa, Yuddenis, 4040 Boulder Hwy Apt 2112, Las Vegas, NV 89121-2539
4300026 +Gonzales, Jaime, 904 N. 20th St. No C, Las Vegas, NV 89101-1216
4300027 Gonzales, Jorge A, 5235 Tropicana No 1098, Las Vegas, NV 89122
4300028 +Gonzales, Jorge L., 2211 Bassler St., No B, N Las Vegas, NV 89030-6134
4300029 +Gonzales-Vasquea, Rafael, 140 N. 20th St., Las Vegas, NV 89101-4456
4300030 +Gonzalez Heredia, Rafael, 1017 W. Cartier Ave, North Las Vegas, NV 89030-3703
4300031 +Gonzalez Lias, Osvaldo, 6867 Bonillo Dr, Las Vegas, NV 89103-2049
4300032 +Gonzalez Talamantes, Jesus, 4624 Beatrice Ave, Las Vegas, NV 89110-4608
4300033 +Gonzalez, Elvia Lucia, 1825 Falcon Ridge, Las Vegas, NV 89142-1270
4300034 +Gonzalez, Ernesto, 3405 Navajo Way, Las Vegas, NV 89108-1043

4300035 +Gonzalez, Gerardo, 3615 Thomas Ave No 3, N Las Vegas, NV 89030-7455
4300036 +Gonzalez, Gilberto M., 3401 N. Walnut Rd. No 7, Las Vegas, NV 89115-0425
4300037 +Gonzalez, Gonzalo, 852 Dusk, Las Vegas, NV 89110-2437
4300038 +Gonzalez, Hector, 6976 Dunsbach Way No B, Las Vegas, NV 89156-6113
4300039 Gonzalez, Henry, 6508 Kimberly Circle, Las Vegas, NV 89107
4300040 +Gonzalez, Jesus Manuel, 325 Page St, Las Vegas, NV 89110-3340
4300041 +Gonzalez, Joaquin, 3324 Mary Ann Ave, Las Vegas, NV 89101-1881
4300043 +Gonzalez, Jorge Alexis, 6012 Ripple Cloud Ct, North Las Vegas, NV 89031-1779
4300042 +Gonzalez, Jorge Alexis, 4801 E. Tropicana, Las Vegas, NV 89121-6732
4300044 +Gonzalez, Joseph A., PO Box 34027, Las Vegas, NV 89133-4027
4300047 +Gonzalez, Juan, 1608 Putnam, N Las Vegas, NV 89030-1818
4300045 +Gonzalez, Juan C., 4125 Dongola Ct, Las Vegas, NV 89110-5774
4300046 +Gonzalez, Juan Carlos, 135 N. Cristy Lane, Las Vegas, NV 89110-0122
4300048 +Gonzalez, Luis A, 1616 Stevens No 2, Las Vegas, NV 89115-6347
4300050 +Gonzalez, Misael, 3220 Figler Apt C 1, N Las Vegas, NV 89030-8185
4300051 +Gonzalez, Omar, 1780 Lucky, Las Vegas, NV 89104-5433
4300052 +Gonzalez, Pedro, 6300 Britanny Way, Las Vegas, NV 89107-3422
4300053 +Gonzalez, Porfirio, 3325 N. Nellis Blvd. No 146, Las Vegas, NV 89115-2843
4300054 Gonzalez, Rodolfo, 57 W. Calle Sauco Sahuarita, AZ 85629, Sahuarita, AZ 85629
4300055 +Gonzalez, Rodrigo, 3040 Charleston No 2198, Las Vegas, NV 89104-2384
4300056 +Gonzalez, Ruben, 2204 Stanley Ave, North Las Vegas, NV 89030-1319
4300057 +Gonzalez-Anaya, Jorge, 1636 Rising Pebble Ct, N Las Vegas, NV 89031-0735
4300058 +Gonzalez-Lopez, Gonzalo, 852 Dusk, Las Vegas, NV 89110-2437
4300059 +Gonzalez-Montoya, Carlos, 1520 Blue Star, Las Vegas, NV 89032-3152
4300060 +Gonzalez-Montoya, Refugio, 1520 Blue Star, Las Vegas, NV 89032-3152
4300061 +Gonzalez-Naranjo, Oscar, 1825 Fallon Ridge, Las Vegas, NV 89142-1270
4300062 +Gonzalez-Orellana, Wildredo Y, 3916 Cull Canyon, Las Vegas, NV 89110-1103
4300063 +Gonzalez-Rodriguez, Miguel, 2293 Miner Way, Las Vegas, NV 89104-5221
4300064 +Gonzalez-Ruiz, Juan, 895 Dalton Dr, Las Vegas, NV 89119-4803
4300065 +Gonzalez-V., Jose G., 1910 Ferrel No 22, Las Vegas, NV 89106-1254
4300066 +Gonzalo & Irma Segura, 4622 Califa Dr, Las Vegas, NV 89122-1910
4300067 Good Technology, Dept CH 17433, Pataline, IL 60055-7433
4643404 Good Technology, Attn Bankruptcy Desk/Managing Agent, Dept CH 17433, Pataline IL 60055-7433
4300069 +Good Vibrations, 5544 Green Ferry Avenue, Las Vegas, NV 89131-2063
4300070 +Goodfellow Corporation, PO Box 60070, Boulder City, NV 89006-0070
4300071 +Goodwin Family, 11122 Cicita St, Las Vegas, NV 89141-0414
4300072 +Goodwyn Production Group, PO Box 33429, Las Vegas, NV 89133-3429
4643405 +Goodwyn Production Group, Attn Bankruptcy Desk/Managing Agent, P O Box 33429, Las Vegas NV 89133-3429
4643406 +Gopher Sport, Attn Bankruptcy Desk/Managing Agent, 220 24th Ave NW, P O Box 998, Owatonna MN 55060-0998
4300073 +Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111-3361
4300074 +Gordon & Rees, LLP, 275 Battery Street, 20th Floor, San Francisco, CA 94111-3367
4300075 +Gordon & Silver, Ltd., Attorneys at Law, 3960 Howard Hughes Pkwy 9th Fl, Las Vegas, NV 89169-5978
4300076 +Gordon Dixon, 9546 Verneda Ct, Las Vegas, NV 89147-8207
4643407 +Gordon Paving Co Inc, Attn Bankruptcy Desk/Managing Agent, 4780 W Harmon Ave Ste 11, Las Vegas NV 89103-5240
4643408 +Gordon Rees LLP, Attn Bankruptcy Desk/Managing Agent, 275 Battery Street 20th Floor, San Francisco CA 94111-3367
4643409 +Gordon Silver Ltd, Attn Bankruptcy Desk/Managing Agent, Attorneys at Law, 3960 Howard Hughes Pkwy Ninth FL, Las Vegas NV 89169-5972
4300077 +Gorski, Ronald, 1875 Mesquite Canyon Dr, Henderson, NV 89012-2270
4643410 Gort Metals Corporation, Attn Bankruptcy Desk/Managing Agent, John, 2336 Whippletree, Las Vegas NV 89119-2860
4300078 +Gorz Family, 1 Oak Brook Club Dr Apt A302, Oak Brook, IL 60523-8624
4300079 +Gossage, Travis, 776 Anne Lane, Henderson, NV 89015-7557
4643411 Gothic Grounds Management, Attn Bankruptcy Desk/Managing Agent, 10005 South 3rd Street, Las Vegas NV 89101
4300080 +Gothic Landscaping, 4565 W. Nevso Drive, Las Vegas, NV 89103-3720
4643412 +Gothic Landscaping, Attn Bankruptcy Desk/Managing Agent, Wess Williams, 4565 W Nevso Drive, Las Vegas NV 89103-3720
4300081 Gothic Landscaping,Inc., 27502 Scott Avenue, Valencia, CA 91355
4300082 +Gourmet Foods, Inc., 3365 Birtcher Dr., Las Vegas, NV 89118-3855
4300084 +Gouvis Engineering, 2150 E. Tahquitz Canyon No 9, Palm Springs, CA 92262-6818
4300083 +Gouvis Engineering Consulting, 2150 E. Tahquitz Canyon, Suite 9, Palm Springs, CA 92262-6818
4643413 +Gouvis Engineering Consulting, Attn Bankruptcy Desk/Managing Agent, 2150 E Tahquitz Canyon, Suite 9, Palm Springs CA 92262-6818
4300085 +Grabbe, Loren A, 2540 Barbara Ave Yuma, AZ 85365, Yuma, AZ 85365-3107
4300086 +Grace & Vivian Chuang, 4265 Kissena Blvd Apt 632, Flushing, NY 11355-3212
4300087 +Grace Diokno, 1361 Branham Ln, San Jose, CA 95118-2505
4300088 +Grace Madrid-Armstrong, 10279 Evening Primrose Ave, Las Vegas, NV 89135-2800
4300089 +Grace Masterson, 299 Bridgewater Heights Dr, Villa Ridge, MO 63089-2062
4300090 +Gracia, Stephan CJ, 9418 South 46th Dr. Laveen, AZ 85339, Laveen, AZ 85339-7762
4300091 +Gracia-Quintana, Martha, 5304 Retablo No A, Las Vegas, NV 89103-3574
4300092 +Graff, Brandon M., 5549 Merriweather, Las Vegas, NV 89113-1124
4300093 +Graff, Larry, 5549 Merriweather Dr, Las Vegas, NV 89113-1124
4300094 +Graham, Jeanette, 9100 West Flamingo Road, Las Vegas, NV 89147-6895

4300095 +Graham, Russell Darwin, 1494 Gould St. San Bernardino, CA 92408, San Bernardino, CA 92408-2976
4300096 +Graham, Steven Russell, 1482 Gould St. San Bernardino, CA 92408, San Bernardino, CA 92408-2976
4643416 +Granada Hills HOA, Attn Bankruptcy Desk/Managing Agent, c/o Horizon Community Mgmt LLC, 601 Whitney Ranch Bldg B 10, Henderson NV 89014-2643
4300099 +Granberry Supply Corp, 2665 S Highland, Las Vegas, NV 89109-1171
4300100 Granberry Supply Corp., PO Box 90550, Phoenix, AZ 850660550
4300101 +Grand Wailea Resort Hotel &Spa, 3850 Wailea Alanul, Wailea Maui, HI 96753-8443
4643418 +Grand Wailea Resort Hotel Spa, Attn Bankruptcy Desk/Managing Agent, 3850 Wailea Alanul, Wailea Maui HI 96753-8443
4643419 +Grand Wailea Weddings, Attn Bankruptcy Desk/Managing Agent, 3850 Wailea Alanui Drive, Wailea, Maui HI 96753-8448
4300102 Granite World, 2360 E. La Madre Way, North Las Vegas, NV 89081
4643420 Granite World, Attn Bankruptcy Desk/Managing Agent, BURT, 2360 E La Madre Way, North Las Vegas NV 89081
4300103 +Grant Brownback, 153 Broken Putter Way, Las Vegas, NV 89148-5255
4300104 +Grant Klein, 407 Ash Street, Henderson, NV 89015-5728
4643421 +Grant Klein, Attn Bankruptcy Desk/Managing Agent, 407 Ash Street, Henderson NV 89015-5728
4300105 +Grant Westphal, PO Box 301, Sandwich, IL 60548-0301
4643422 +Graphisoft U S Inc, Attn Bankruptcy Desk/Managing Agent, One Gateway Center, Suite 302, Newton MA 02458-2811
4300106 +Graphisoft U.S. Inc, One Gateway Center, Suite 302, Newton, MA 02458-2811
4300107 +Gray Family, 7411 Thornbuck Pl, Las Vegas, NV 89131-3370
4300108 +Gray Jr., Robert Steele, 517 Kristin Lane, Henderson, NV 89011-4382
4300109 +Gray, John Brooks, 1829 Moser, Henderson, NV 89011-4311
4300110 +Grazyna Pitucha, 7147 S Durango Dr Unit 211, Las Vegas, NV 89113-2027
4300111 +Great British Lighting, c/o Char Penniman, 467 Via Royal, Walnut Creek, CA 94597-3082
4643423 +Great British Lighting, Attn Bankruptcy Desk/Managing Agent, c/o Char Penniman, 467 Via Royal, Walnut Creek CA 94597-3082
4300112 +Great Buns Bakery, 3270 East Tropicana Ave., Las Vegas, NV 89121-7316
4300113 +Great West Commercial Tire, PO Box 3697, 3101 Armour, Kingman, AZ 86409-0734
4643424 +Great West Commercial Tire, Attn Bankruptcy Desk/Managing Agent, P O Box 3697, 3101 Armour, Kingman AZ 86409-0734
4643425 +Great West HealthCare, Attn Bankruptcy Desk/Managing Agent, Great West Mail Center, 1000 Great West Drive, Kennett MO 63857-3749
4300114 +Great West Truck Center, Inc, PO Box 3697, Kingman, AZ 86402-3697
4300115 +Great Western Park, & Playground, PO Box 97, Wellsville, UT 84339-0097
4643426 +Great Western Park, Attn Bankruptcy Desk/Managing Agent, Playground, P O Box 97, Wellsville UT 84339-0097
4643427 Greater LV Assoc of Realtors, Attn Bankruptcy Desk/Managing Agent, 1750 E Sahara Ave, Las Vegas NV 89104-3706
4300116 Greater LV Assoc. of Realtors, 1750 E. Sahara Ave., Las Vegas, NV 89104-3706
4300117 +Greater Phonenix Capital LLC, 7580 E Gray Rd Ste 202, Scottsdale, AZ 85260-3408
4300118 +Greeley and Hansen LLC, 4625 S Polaris Avenue No 210, Las Vegas, NV 89103-5670
4643428 +Greeley and Hansen LLC, Attn Bankruptcy Desk/Managing Agent, 4625 S Polaris Avenue 210, Las Vegas NV 89103-5670
4643430 +Green Pest Free Naturally, Attn Bankruptcy Desk/Managing Agent, 9384 South 670 West, Sandy UT 84070-6667
4300119 +Green Tree Landscape & Maint., 1010 N. Stephanie St., Suite A6, Henderson, NV 89014-3076
4300121 Green Valley Electric, 5841 E. Charleston Blvd., No 230 - 350, Las Vegas, NV 89142
4643432 Green Valley Electric, Attn Bankruptcy Desk/Managing Agent, 5841 E Charleston Blvd, 230 350, Las Vegas NV 89142
4643433 +Green Valley Ranch, Attn Bankruptcy Desk/Managing Agent, Station Casino, P O Box 230160, Las Vegas NV 89105-0160
4300122 +Green, James M., 3540 W. Sahara No 261, Las Vegas, NV 89102-5816
4643434 +Greenberg Traurig LLP, Attn Bankruptcy Desk/Managing Agent, 3773 Howard Hughes Pkwy, Suite 400 North, Las Vegas NV 89169-5956
4300123 +Greengrass, Christine C, 5938 Candia Court, Las Vegas, NV 89141-0464
4300124 +Greenpoint Mortgage Funding Inc, 2300 Brookstone Centre Pkwy, Columbus, GA 31904-4500
4300125 +Greenskeeper LLC, 4607 Lake View Canyon Rd No 388, Westlake Village, CA 91361-4028
4300126 +Greenspun Media Group, 2290 Corporate Circle Suite 250, Henderson, NV 89074-7713
4643435 +Greenspun Media Group, Attn Bankruptcy Desk/Managing Agent, 2290 Corporate Circle Suite 250, Henderson NV 89074-7713
4300127 +Greer, Kellan, 296 Kyland Cove Ave, Las Vegas, NV 89123-3099
4300128 +Greg Doctolero, 94-556 Laenui St, Waipahu, HI 96797-3844
4300130 Greg Norman, 101 Acquisition, Inc., PO Box 601898, Charlotte, NC 28260-1898
4300131 +Greg Randels, 9050 W Tropicana Ave Unit 1175, Las Vegas, NV 89147-8192
4300132 +Gregorio & Violata Cortez, or Current Homeowner, 254 Sea Rim Ave., Las Vegas, NV 89148-2758
4300133 +Gregorio & Violeta Cortez, 254 Sea Rim Ave, Las Vegas, NV 89148-2758
4300134 +Gregory & Carrie Race, 584 Via Colmo Ave, Henderson, NV 89011-0863
4300135 +Gregory & Mary Stainer, 6840 Iron Oak Dr, Bakersfield, CA 93312-5047
4300136 +Gregory & Shauna Robinson, 7510 Red Cinder St, Las Vegas, NV 89131-3369
4300137 +Gregory & Sxe McConville, 4567 Barnes Ct, Las Vegas, NV 89147-6064
4300138 +Gregory & Sylvia Cook, 405 Via Stretto Ave, Henderson, NV 89011-0835
4300139 +Gregory & Yuliya Valdov, 8719 Las Olivas Ave, Las Vegas, NV 89147-6040
4300141 +Gregory Lyons, 8237 Ducharne Avenue, Las Vegas, NV 89145-4768
4300142 +Gregory Piodela, 1042 Via Nandina Pl, Henderson, NV 89011-0827
4643436 +Gregory S Gilbert Esq, Attn Bankruptcy Desk/Managing Agent, Peel Brimley LLP, 3333 E Serene Ave 200, Las Vegas NV 89074-6571

4300143 +Gregory Wontorek, 420 N McKinley St No 111-487, Corona, CA 92879-8099
4643437 +Greko Romano, Attn Bankruptcy Desk/Managing Agent, 4825 South Fort Apache, Las Vegas NV 89147-7957
4300144 +Gresser, Monica, 6326 Sun Briar Court, Las Vegas, NV 89141-8549
4300147 +Gretchen Ratliff, 4032 Garey Ave, Claremont, CA 91711-2313
4300148 +Griffin Family, 35014 Lilac Loop, Union City, CA 94587-5257
4300149 +Griffin, James, 2619 Valentine Ave., Kingman, AZ 86401-4713
4300150 +Griffith, Dean, 7540 Red Cinder St, Las Vegas, NV 89131-3369
4300151 +Griffith, Dirk, 272 Arbor Garden Ave, Las Vegas, NV 89148-2761
4300152 +Griffith, Kirk, 3154 Greendale St, Las Vegas, NV 89121-2726
4300153 +Grijalva, Brenda, 11147 Prado Del Rey, Las Vegas, NV 89141-3920
4300154 +Grimshaw, Morgan, 8985 Union Gap Road, Las Vegas, NV 89123-3030
4300155 Grinnell Fire Protection, Dept CH 10320, Palatine, IL 60055-0320
4300156 +Griselda & Raul Collazo, 1049 Via Canale Dr, Henderson, NV 89011-0802
4300157 +Griselda Contreras-Mejia, 737 Lilly Ln No 14B, Las Vegas, NV 89101-2837
4300159 +Grissom & Associates, Inc, 1818 Industrial Rd., Suite 202, Las Vegas, NV 89102-2630
4643438 +Grissom Associates Inc, Attn Bankruptcy Desk/Managing Agent, 1818 Industrial Rd, Suite 202, Las Vegas NV 89102-2630
4300160 +Gritton, Wesley, PO Box 231923, Las Vegas, NV 89105-1923
4300161 +Grover & Kayce Dahn, PO Box 666, Dubois, WY 82513-0666
4300162 +Gruber, Amos, PO Box 4103, Yatahey, NM 87375-4103
4300163 +Guadalupe & Isodoro Polanco, 3623 Kutztown Rd, Laureldale, PA 19605-1841
4300164 +Guadalupe Claramunt, 4740 Lone Mesa Dr, Las Vegas, NV 89147-7931
4300165 +Guadalupe Montano, 9050 W Warm Springs Rd Unit 1068, Las Vegas, NV 89148-3829
4300166 +Guadalupe Nunez, 2208 Demetrios, Las Vegas, NV 89101-1423
4300167 +Guang Tsai, 44 Laying Up Ct, Las Vegas, NV 89148-5257
4643440 +Guaranty California Ins Serv, Attn Bankruptcy Desk/Managing Agent, 445 S Figueroa St, Los Angeles CA 90071-1645
4300168 +Guaranty California Ins. Serv. Inc., 445 S. Figueroa St., 36th floor, Los Angeles, CA 90071-1645
4300169 +Guardado, Felipe, 2830 So. Decatur Blvd No 16, Las Vegas, NV 89102-5553
4300170 +Guardado, Isaac Mejia, 4600 W Sirius Ave, Las Vegas, NV 89102-9109
4643441 Guardian, Attn Bankruptcy Desk/Managing Agent, P O Box 51505, Los Angeles CA 90051-5805
4643442 +Guardian Carpet Cleaning, Attn Bankruptcy Desk/Managing Agent, 4132 S Rainbow Blvd Ste 216, Las Vegas NV 89103-3106
4643443 Guardian Insurance Co, Attn Bankruptcy Desk/Managing Agent, 36280 Treasury Center, Chicago IL 60694-6200
4300171 Guardian Insurance Co., 36280 Treasury Center, Chicago, IL 60694-6200
4300172 +Guardian Life Ins Alternate Funding, Attn: Nancy Hieb, 3900 Burgess Place, Bethlehem, PA 18017-9097
4300173 +Guardian Life Ins-Alt. Funding, Attn: Nancy Hieb No 398255-0005, 3900 Burgess Place, Bethlehem, PA 18017-9097
4300174 Guardian Life Insurance Co., PO Box 51505, Los Angeles, CA 90051-5805
4300175 +Guereca, Santos A., 4379 N. Mtn. Meadow Dr. Flagstaff, AZ 8, Flagstaff, AZ 86004-2318
4300176 Guerra, Elmer, 6508 Kimberly Circle, Las Vegas, NV 89107
4300177 +Guerra, Naomi, 239 Fullerton Ave, Henderson, NV 89015-5254
4300178 Guerrero Ramos, Miguel F., 3955 E. Charles Blvd No 145, Las Vegas, NV 89104
4300179 +Guerrero, Jose M., 3712 Loyola St, North Las Vegas, NV 89030-4400
4300180 +Guerrero, Juan M., 2245 La Puente, Las Vegas, NV 89115-5410
4300181 +Guetzolan Family, 22113 Devonshire St, Chatsworth, CA 91311-2843
4300182 Guevara, Antonio, 1315 N Mojave, Las Vegas, NV 89030
4300183 +Guido & Lucy Cacace, 3004 High Tide Ct, Las Vegas, NV 89117-0720
4300184 +Guillermo & Laura Lugo, 9180 Glennon Ave, Las Vegas, NV 89148-2645
4300185 +Guillermo Vega-Bemarbe, 1919 Princeton Street, North Las Vegas, NV 89030-6726
4300186 Guizar Gamas, Juan Ramon, 277 N. Lamb No F, Las Vegas, NV 89101
4300187 +Gulf Stream Asset Management, 4201 Congress Street Suite 475, Charlotte, NC 28209-4614
4300192 +Gunier, Chad, 784 Viscanio Place, Las Vegas, NV 89138-7571
4300191 +Gunier, Chad C., 784 Viscanio Place, Las Vegas, NV 89138-7571
4300193 +Gurliaccio, Nicole D., 1017 N Jones Blvd Apt 102, Las Vegas, NV 89108-1628
4300194 +Gurule, Jonathan P., 7283 Cestrum Rd, Las Vegas, NV 89113-3219
4300195 +Gurule, Robert J., 5155 W. Tropicana No 2029, Las Vegas, NV 89103-7061
4300196 +Gustavo Mercado, 2204 Stanley Ave, North Las Vegas, NV 89030-1319
4300197 +Gustavo P. Viera, 3832 Arizona Ave, Las Vegas, NV 89104-5124
4300198 +Gustavo Viera-Pardo, 3832 Arizona Ave, Las Vegas, NV 89104-5124
4300199 +Guthrie Family, 1225 Monterey St, Redlands, CA 92373-6618
4300200 +Gutierrez Jimenez, Leopoldo, 863 Samoy St, Las Vegas, NV 89110-2772
4300201 +Gutierrez Jimenez, Moises, 1221 Honey Lake St, Las Vegas, NV 89110-5909
4300202 +Gutierrez Martinez, Jose, 1821 Flower Dr, North Las Vegas, NV 89030-7102
4300203 +Gutierrez Ochoa, Joel, 325 Kane Ave, Las Vegas, NV 89110-3536
4300204 +Gutierrez Ochoa, Martin, 863 Samoy St, Las Vegas, NV 89110-2772
4300205 +Gutierrez, Andres, 2809 Holmes St, N Las Vegas, NV 89030-5245
4300206 +Gutierrez, Cortes, Christian Y., 2237 Mc Carren St. No 1, North Las Vegas, NV 89030-7706
4300207 +Gutierrez, Ernesto, 3416 Taylor Ave, N Las Vegas, NV 89030-7430
4300208 +Gutierrez, Fernando, 2813 Stanley Ave, N Las Vegas, NV 89030-7229
4300209 +Gutierrez, Israel, 2800 Samantha, N Las Vegas, NV 89030-4414
4300210 +Gutierrez, Jaime, 2219 Patriotic, North Las Vegas, NV 89032-4834
4300211 +Gutierrez, Jose de Jesus, 1001 E. Carey Ave Apt. 1206, N Las Vegas, NV 89030-1810
4300212 +Gutierrez, Maria, 387 Mancini Ct, Henderson, NV 89014-5157
4300213 +Gutierrez, Omar G, 2920 Daley St, N Las Vegas, NV 89030-5241
4300214 +Gutierrez, Saul, 2000 E. Owens Ave, N Las Vegas, NV 89030-7214

4300215 +Gutierrez-Blanco, Lionso, 7 Washington Way, Henderson, NV 89015-7038
4300216 +Gutierrez-Cortes, Fidencio, 2237 Mc Carren St. No 1, North Las Vegas, NV 89030-7706
4300219 +Gutirrez, Aldo, 3655 E. Sahara No 2126, Las Vegas, NV 89104-4961
4300220 +Guy & Son, 25420 Walsh Center Drive, Murrieta, CA 92562-5975
4300222 +Guy Evans, PO Box 42426, Las Vegas, NV 89116-0426
4643445 +Guy Evans, Attn Bankruptcy Desk/Managing Agent, PO Box 42426, Las Vegas NV 89116-0426
4300221 +Guy Evans Inc, 260 Spectrum Blvd., Las Vegas, NV 89101-4862
4300223 +Guzman Rodriguez, Marcos, 3700 E. Bonanza, Las Vegas, NV 89110-2182
4300224 +Guzman, Enrique, 1607 Rexford, Las Vegas, NV 89104-1407
4300225 Guzman-L, Roberto, 3309 Bassler St, N Las Vegas, NV 89030
4300226 +Gwen Amie, 7520 Arborcrest Ave, Las Vegas, NV 89131-3365
4300227 +Gwendolyn Lo, 2309 Rockefellow Ln, Redondo Beach, CA 90278-3706
4300229 +Gyllstrom, Jan K., 1139 Calvert St, Henderson, NV 89002-3350
4300230 H & H Printers, Inc., 4666 N. Stockton Hill Road, Kingman, AZ 86409-1757
4643446 +H Brown and Company, Attn Bankruptcy Desk/Managing Agent, 4435 Rinker Ln, Las Vegas NV 89147-6177
4643447 H H Printers Inc, Attn Bankruptcy Desk/Managing Agent, 4666 N Stockton Hill Road, Kingman AZ 86409-1757
4643448 +H S Landscape Grading, Attn Bankruptcy Desk/Managing Agent, 2087 Delaware Drive, Kingman AZ 86401-6506
4300231 +H2O Environmental, 4280 N. Pecos, Las Vegas, NV 89115-0170
4643449 +H2O Environmental, Attn Bankruptcy Desk/Managing Agent, 4280 N Pecos, Las Vegas NV 89115-0170
7222423 +HARRY LEAKE, 2549 SHOWCASE DR, LAS VEGAS, NV 89134-8887
5142658 +HARSCH INVESTMENT PROPERTIES - NEVADA LLC, C/O JANICE J BROWN, LEWIS BRISBOIS, 400 SOUTH FOURTH ST., SUIT 500, LAS VEGAS, NV 89101-6207
4300314 +HD Supply Waterworks, Branch - 043, 1420 Torrance Rd., Bullhead City, AZ 86426-9229
4643481 +HD Supply Waterworks, Attn Bankruptcy Desk/Managing Agent, Branch 3032, 855 W Bonanza Rd, Las Vegas NV 89106-3526
4300313 +HD Supply Waterworks Ltd, 6770 Bermuda Rd, Las Vegas, NV 89119-3616
4643482 +HDR Engineering Inc, Attn Bankruptcy Desk/Managing Agent, 271 Turn Pike Drive, Folsom CA 95630-8098
4300344 +HELP of Southern Nevada, 1640 E. Flamingo Rd., No 100, Las Vegas, NV 89119-5280
4643491 +HELP of Southern Nevada, Attn Bankruptcy Desk/Managing Agent, Fuilala Riley, 1640 E Flamingo Rd 100, Las Vegas NV 89119-5280
4643502 HEWETT S ISLAND CDO LTD, Attn Bankruptcy Desk/Managing Agent, Ryan Eckert, 55 Water Street Plaza Level 3rd Fl, New York, NY 10041
4643503 +HI PAC, Attn Bankruptcy Desk/Managing Agent, 3685 Pecos McLeod, Las Vegas NV 89121-3805
4643506 +HIGHLAND CREDIT OPP CDO LTD, Attn Bankruptcy Desk/Managing Agent, Kurt Daum, 13455 Noel Road Suite 800, Dallas, TX 75240-1530
4300457 HIP Nevada LLC, Henderson Commerce Center Unit 21, PO Box 5000, Portland, OR 97208-5000
4300463 +HMX Sportswear, Inc, 610 Uhler Rd, Easton, PA 18040-7001
4300464 +HOA DVD, 2060-D Ave Arboles No 103, Thousand Oaks, CA 91362-1376
4643515 HOA DVD, Attn Bankruptcy Desk/Managing Agent, 2060 D Ave Arboles 103, Thousand Oaks CA 91362
4300481 ++++HOME COUNTRYWIDE, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414 (address filed with court: Home Countrywide, 400 Countrywide Way No Sv-35, Simi Valley, CA 93065)
4300510 HPN Health Ins., PO Box 1388, Las Vegas, NV 89125-1388
4300511 +HR Business Partners, 7525 Rushing Current St, Las Vegas, NV 89131-2513
4643545 +HS Worldwide Parts, Attn Bankruptcy Desk/Managing Agent, 1821 Santa Cruz Street, San Pedro CA 90732-2727
4300513 HSBC Business Solutions, PO Box 5219, Carol Stream, IL 60197-5219
4643546 HSBC Business Solutions, Attn Bankruptcy Desk/Managing Agent, c/o Northern Tool Equipment, P O Box 5219, Carol Stream IL 60197-5219
4300512 HSBC Business Solutions, c/o Northern Tool & Equipment, PO Box 5219, Carol Stream, IL 60197-5219
4643547 +HTA Plumbing Mechanical, Attn Bankruptcy Desk/Managing Agent, 2049 Pabco Road, Henderson NV 89011-2500
4300519 HUB International Milne of AZ, 1750 East Glendale Ave, Phoenix, AZ 85020-5505
4300232 +Ha & Johnny Lim, 9820 Cornwall Crossing Ln, Las Vegas, NV 89147-7706
4300233 +Ha & Myung Oh, 1523 Ridge Point Dr, Bountiful, UT 84010-1006
4300234 +Hae An, 368 Palm Trace Ave, Las Vegas, NV 89148-2733
4300235 +Hagglof Family, 119 Spanish Bay Dr, Aptos, CA 95003-4756
4643450 Haig s Quality Printing Nevada, Attn Bankruptcy Desk/Managing Agent, SUMMIT Financial Resources LP, PO BOX 29680, Phoenix AZ 85038-9680
4300238 +Haigs Quality Printing, 6360 Sunset Corporate Dr., Las Vegas, NV 89120-2795
4300237 Haigs Quality Printing-Nevada, SUMMIT Financial Resources LP, PO Box 29680, Phoenix, AZ 85038-9680
4300239 +Haim Ovaide, 524 Via Del Capitano Ct, Henderson, NV 89011-0805
4300240 +Hal & Michelle Weaver, 9709 Dieterich Ave, Las Vegas, NV 89148-5765
4300241 +Hal Goldblatt, 4513 Del Monte Avenue, Las Vegas, NV 89102-1520
4643451 +Hal Goldblatt, Attn Bankruptcy Desk/Managing Agent, 4513 Del Monte Avenue, Las Vegas NV 89102-1520
4300242 +Half III, Oliver, HC 61 Box 87 Winslow, AZ 86047, Winslow, AZ 86047-9302
4300243 +Hall Family, PO Box 1478, Key West, FL 33041-1478
4300244 +Hall, Daniel, 5592 Chapin Mesa Avenue, Las Vegas, NV 89139-6443
4643452 +Hallmart Collectibles Inc, Attn Bankruptcy Desk/Managing Agent, 11684 Ventura Blvd Suite 953, Studio City CA 91604-2699
4300245 +Halvorsen, Audrey Jo, 2180 E Warm Springs Rd No 1101, Las Vegas, NV 89119-0441

4300246 Hamek Mann, 7088 Quebec St, Vancouver Bc Canada V5X3G7, 00000
4300247 +Hamid Panahi, 1393 Manorwood St, Las Vegas, NV 89135-1333
4643453 +Hammond Caulking Inc, Attn Bankruptcy Desk/Managing Agent, 2485 West Horizon Ridge Parkway, Suite 110, Henderson NV 89052-5949
4300248 +Hammond Caulking, Inc., 2485 West Horizon Ridge Parkway, Suite 110, Henderson, NV 89052-5949
4300249 +Hamor Family, 10635 San Palatina St, Las Vegas, NV 89141-3987
4643454 +Hampton Tedder Tech Serv, Attn Bankruptcy Desk/Managing Agent, Carl Weiss, 4920 Alto Avenue, Las Vegas NV 89115-3409
4300250 +Han Yong, 7185 S Durango Dr Unit 212, Las Vegas, NV 89113-2046
4300251 +Handlos Family, 1220 Sonatina Dr, Henderson, NV 89052-5516
4643455 +Handy Man Green Maintenance, Attn Bankruptcy Desk/Managing Agent, 2815 W Fort Ave 1062, Las Vegas NV 89123-6668
4643456 +Haner Construction, Attn Bankruptcy Desk/Managing Agent, Home voice mail, 5201 Patricia Avenue, Las Vegas NV 89130-2609
4643457 +Hang EM High Crane Serv LLC, Attn Bankruptcy Desk/Managing Agent, 3719 N 4th Street, Kingman AZ 86409-2902
4300252 +Hani Bibo, 4571 Califa Dr, Las Vegas, NV 89122-1907
4300253 +Hani Kim, 7115 S Durango Dr Unit 306, Las Vegas, NV 89113-2056
4300254 +Hank Maze, 263 Sea Rim Ave, Las Vegas, NV 89148-2758
4643459 Hanley Wood LLC, Attn Bankruptcy Desk/Managing Agent, P O Box 75120, Baltimore MD 21275-5120
4300256 +Hanley Wood Market Intelligenc, 555 Anton Blvd Ste 950, Costa Mesa, CA 92626-7001
4643460 +Hanley Wood Market Intelligenc, Attn Bankruptcy Desk/Managing Agent, 555 Anton Blvd Ste 950, Costa Mesa CA 92626-7001
4643458 +Hanley Wood e Media, Attn Bankruptcy Desk/Managing Agent, One Thomas Circle NW Suite 600, Washington DC 20005-5811
4300255 +Hanley Wood e-Media, One Thomas Circle NW, Suite 600, Washington, DC 20005-5811
4300257 Hanley-Wood, LLC, PO Box 75120, Baltimore, MD 21275-5120
4300258 Hanna Family, 1190 Hilary Pl, North Vancouver Bc Canada V7, 00000
4300259 +Hanno, Danielle, 5855 West Rochelle, Las Vegas, NV 89103-3458
4300260 +Hansen, Jacob, 2730 E. Carol Ave Mesa, AZ 85204, Mesa, AZ 85204, AZ 85204-3028
4300263 Harbor Freight Tools, PO Box 6010, Mission Oaks Blvd, Camarillo, CA 93011-6010
4300264 Hardev & Amandeep Mann, 7088 Quebec St, Vancouver Bc Canada V5X 3G7, 00000
4300265 Hardev Mann, 7088 Quebec St, Vancouver Bc V5X 3G7 Canada, 00000
4300266 +Hardin & Sons Inc., 201 West Cheyenne Ave., North Las Vegas, NV 89030-3936
4643461 +Hardin Sons Inc, Attn Bankruptcy Desk/Managing Agent, 201 West Cheyenne Ave, North Las Vegas NV 89030-3936
4643462 Hardwood Creations, Attn Bankruptcy Desk/Managing Agent, Ricky Kimball, P O Box 53843, Irvine CA 92619-3843
4300267 +Hardy, Robert D, 6510 Ansonia Ct, Las Vegas, NV 89118-1874
4300268 +Harley & Mary Delano, 300 Burr Oak Dr, Ann Arbor, MI 48103-2076
4300269 +Harmon Publishing, PO Box 9277, Canton, OH 44711-9277
4643463 +Harmon Publishing, Attn Bankruptcy Desk/Managing Agent, P O Box 9277, Canton OH 44711-9277
4300271 +Harold Graves, 7404 Red Swallow St, Las Vegas, NV 89131-8262
4300273 +Harold Waite, 1626 Wilcox Ave, Los Angeles, CA 90028-6206
4643464 +Harper s Underground, Attn Bankruptcy Desk/Managing Agent, 1740 w Mulberry, Phoenix AZ 85015-5821
4300274 +Harrell, Roland T., 9115 Sandy Slate Way, Las Vegas, NV 89123-3103
4643465 +Harris Consulting Engin, Attn Bankruptcy Desk/Managing Agent, 770 Pilot Road Suite I, Las Vegas NV 89119-9009
4300275 +Harris Family, 423 Pure Rain Ct, Las Vegas, NV 89148-2815
4300276 +Harris, Lori, 6821 Scarlet Flax Street, Las Vegas, NV 89148-4829
4643466 +Harrison Door Co Inc, Attn Bankruptcy Desk/Managing Agent, Dena Goodman, 1951 Ramrod Avenue, Henderson NV 89014-2400
4643468 +Harrison Landscaping, Attn Bankruptcy Desk/Managing Agent, Eric Ludian, 1951 Ramrod Ave, Henderson NV 89014-2400
4300278 +Harrison, Robert W, 259 Enadia St, Henderson, NV 89074-5229
4300279 +Harry & Madelaine Hendricks, 111 Rancho Maria St, Las Vegas, NV 89148-2751
4643469 Harry Bowler, Attn Bankruptcy Desk/Managing Agent, P O Box 80704, Las Vegas NV 89180-0704
4300281 +Harry Ku, 440 Middlesex Rd No D-3B, Tyngsboro, MA 01879-1070
4300282 +Harry Leake, 11835 Portina Dr Unit 1026, Las Vegas, NV 89138-4587
4643470 Harry Mortenson, Attn Bankruptcy Desk/Managing Agent, 3930 El Camino Rd, Las Vegas NV 89103-2221
4300283 +Harsch Inv, c/o Janice Brown, Esq., Lewis Brisbois Bisgarrd & Smith, 400 South 4th Street, Las vegas, Nevada 89101-6207
4300284 Harsch Investment Properties, Henderson Commerce Center, Unit No 21, PO Box 5000, Portland, OR 97208-5000
4300285 +Harshaw Family, 7510 Cedar Rae Ave, Las Vegas, NV 89131-3393
4300287 +Hart, Cinnamon, 5230 Willowdale Court, N Las Vegas, NV 89031-7947
4300288 +Harter, Brian K, 3942 W. Burro Dr., Golden Valley, AZ 86413-8083
4300289 +Hartford Insurance Company, of the Midwest, PO Box 650346, Dallas, TX 75265
4643472 +Hartford Insurance Company, Attn Bankruptcy Desk/Managing Agent, of the Midwest, PO BOX 650346, Dallas TX 75265
4300290 +Hartman Family, 7521 Arborcrest Ave, Las Vegas, NV 89131-3365
4300291 Hartnett Law Group, 350 E. Commonwealth Ave., Fullerton, CA 92832-2017
4300292 +Harvard Business Review, 60 Harvard Way, Boston, MA 02163-1000
4643473 +Harvard Business Review, Attn Bankruptcy Desk/Managing Agent, 60 Harvard Way, Boston MA 02163-1000
4300293 +Harvey & Karen Higa, 9487 Castillana Ct, Las Vegas, NV 89147-8208

4300294 +Harvey & Ramona Trowbridge, 35 W Hayward Ct, Martinez, CA 94553-4433
4300295 +Harvey Jr., Russell Wayne, PO Box 4104 Mesa, AZ 85211, Mesa, AZ 85211-4104
4300296 +Harvey, Nicholas, 4550 West Sahara No 1068, Las Vegas, NV 89102-3638
4300297 +Haseley, Nancy, 6830 Trinity Court, Las Vegas, NV 89146-5168
4300298 +Hasim Rahman, 9461 Verneda Ct, Las Vegas, NV 89147-8206
4300299 +Haskan, Derrick, PO Box 1005, Kayenta, AZ 86033-1005
4300300 +Hastie Family, 488 Via Stretto Ave, Henderson, NV 89011-0838
4300301 +Haswell, Carl W, 1106 E. Hampton Dr., Ozark, MO 65721-8010
4300302 +Haugh, James R., 1217 Charmast Lane, Las Vegas, NV 89102-2403
4300303 +Hauntec, 800 N. Rainbow Blvd. Ste 208, Las Vegas, NV 89107-1193
4643474 +Hauntec, Attn Bankruptcy Desk/Managing Agent, 800 N Rainbow Blvd Ste 208, Las Vegas NV 89107-1193
4643475 +Havasu Doors Inc, Attn Bankruptcy Desk/Managing Agent, 1110 Aviation Drive, Lake Havasu City AZ 86404-2473
4300304 +Havasu Doors, Inc., 1110 Aviation Drive, Lake Havasu City, AZ 86404-2473
4300305 +Havasu Glass & Mirror, Inc., 845 Kiowa Ave., Lake Havasu City, AZ 86403-2836
4643476 +Havasu Glass Mirror Inc, Attn Bankruptcy Desk/Managing Agent, 845 Kiowa Ave, Lake Havasu City AZ 86403-2836
4643477 Have Gloves Will Travel, Attn Bankruptcy Desk/Managing Agent, P O Box 363104, N Las Vegas NV 89036-7104
4300306 Have Gloves! Will Travel!, PO Box 363104, N. Las Vegas, NV 89036-7104
4300307 +Hawk Family, 4627 203rd St NE, Arlington, WA 98223-4715
4300309 +Hawkins, Crystal, 9581 Villa Calera St, Las Vegas, NV 89148-1749
4300310 Hawthorne Village, PO Box 886, Morton Grove, IL 60053-0886
4643479 Hawthorne Village, Attn Bankruptcy Desk/Managing Agent, P O Box 886, Morton Grove IL 60053-0886
4300311 +Hayes, Gene, 561 Castle Stone Court, Las Vegas, NV 89123-1259
4300312 +Hays & Linda Brickell, 4642 Califa Dr, Las Vegas, NV 89122-1910
4643480 Hayward Rubber Stamp, Attn Bankruptcy Desk/Managing Agent, P O Box 351, Hayward CA 94541
4300315 +Head Quarters, 4195 Highway 68 Unit C, PMB 449, Golden Valley, AZ 86413-8115
4643483 +Head Quarters, Attn Bankruptcy Desk/Managing Agent, PO Box 10449, 4120 Hwy 68, Golden Valley AZ 86413-8551
4300316 Health Fitness Corporation, NW 7254, PO Box 1450, Minneapolis, MN 55485-7254
4643484 Health Fitness Corporation, Attn Bankruptcy Desk/Managing Agent, NW 7254, P O Box 1450, Minneapolis MN 55485-7254
4300317 Health Plan of Nevada, No 50501938-1009, PO Box 1388, Las Vegas, NV 89125-1388
4643485 Health Plan of Nevada, Attn Bankruptcy Desk/Managing Agent, P O Box 1388, Las Vegas NV 89125-1388
4643486 +Heartland Automotive Services, Attn Bankruptcy Desk/Managing Agent, DBA Jiffy Lube Region 40, PO BOX 541133, Omaha NE 68154-9133
4300318 +Heath Lliescu, 9780 Ziegler Ave, Las Vegas, NV 89148-5758
4300319 +Heather Collins, 464 Garrafor Bay St, Las Vegas, NV 89138-1529
4300320 +Heather Eckels, 7111 S Durango Dr Unit 210, Las Vegas, NV 89113-2051
4643487 +Heavy Duty LLC, Attn Bankruptcy Desk/Managing Agent, 3451 Losee Road Ste F, N Las Vegas NV 89030-3304
4300321 +Heavy Duty Welding, 2550 N. NBellis Blvd. Suite A, Las Vegas, NV 89115-4521
4300322 +Heavy Equipment Machinery, Inc, 22019 N. 23rd Ave., Phoenix, AZ 85027-1913
4300323 +Hector & Kevin Millare, 273 Via Di Citta Dr, Henderson, NV 89011-0848
4300325 +Hector Martinez, 261 Lenape Heights Ave, Las Vegas, NV 89148-2607
4300326 +Hector Romero, 143 Water Hazard Ln, Las Vegas, NV 89148-5261
4300327 +Hedges, Nicole, 233 Rusty Plank, Las Vegas, NV 89148-4443
4300328 +Hee No, 360 Tayman Park Ave, Las Vegas, NV 89148-2846
4300329 +Heidi Amiri, 4777 Crakow Ct, Las Vegas, NV 89147-8123
4300330 +Heidi F. Zwarg Sheltered, Marital Trust, dated 10-3-96, 1608 Via Lazo, Palos Verdes Estates, CA 90274-1248
4643489 +Heidi Miller, Attn Bankruptcy Desk/Managing Agent, 7531 Apple Springs, Las Vegas NV 89131-3367
4300332 +Heidy Teiefitu, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4300333 +Heights Stiletto, 3855 E 127th Way, Thornton, CO 80241-3170
4300334 +Heika, Richard, 3647 Lanai, Las Vegas, NV 89104-4653
4300335 +Held Family, 920 Via Stellato St, Henderson, NV 89011-0856
4300336 +Helen Chen, PO Box 4360, Mountain View, CA 94040-0360
4300337 +Helen Pham, 8416 Luna Bay Ln, Las Vegas, NV 89128-7171
4300338 +Helen Vick, 7016 Rio Grande Gorge Ct, Las Vegas, NV 89130-1012
4300339 +Helen White, 300 White Bluffs St, Las Vegas, NV 89148-2747
4300340 Helena Chemical Co,, PO Box 6000, File No 73801, San Francisco, CA 94160-3801
4300341 Helena Chemical Co., PO Box 60000, File No 73801, San Francisco, CA 94160-3801
4300343 +HeliNM, 925 Acequia Madre, Santa Fe, NM 87505-2885
4643490 +Helli New Mexico, Attn Bankruptcy Desk/Managing Agent, P O Box 240, 925 Acequia Madre, Santa Fe NM 87505-2885
4300345 +Help U 2 Be Seen, 4690 Deer Forest Dr., Las Vegas, NV 89139-7642
4643492 +Help U 2 Be Seen, Attn Bankruptcy Desk/Managing Agent, 4690 Deer Forest Dr, Las Vegas NV 89139-7642
4300346 +Helvie Family, 2701 Hot Springs Blvd, Las Vegas, NM 87701-4116
4300347 +Henderson Chamber of Commerce, 590 S. Boulder Highway, Henderson, NV 89015-7512
4300348 +Henderson Chevrolet, PO Box 90610, 240 North Gibson Road, Henderson, NV 89014-6700
4643493 +Henderson NV Chamber of Commerce, Attn Bankruptcy Desk/Managing Agent, 590 S Boulder Highway, Henderson NV 89015-7512
4643494 +Henderson NV Chevrolet, Attn Bankruptcy Desk/Managing Agent, PO Box 90610, 240 North Gibson Road, Henderson NV 89014-6700

4643495 Henderson NV Community Foundation, Attn Bankruptcy Desk/Managing Agent, P O Box 95050, Henderson NV 890095050
4643496 +Henderson NV Home News, Attn Bankruptcy Desk/Managing Agent, P O Box 90430, Henderson NV 89009-0430
4300349 +Hendrickson, Adam F., 2836 E. Taylor, N Las Vegas, NV 89030-1312
4300350 +Henningfeld, Hana Pak, 8979 Ellenbrook St, Las Vegas, NV 89148-4981
4643497 +Henri Specialties Co Inc, Attn Bankruptcy Desk/Managing Agent, 280 Orville Wright Court, Las Vegas NV 89119-3502
4300351 +Henri Specialties Co., Inc., 280 Orville Wright Court, Las Vegas, NV 89119-3502
4300352 +Henry & Ermazell Jones, 7539 Hornblower Ave, Las Vegas, NV 89131-3396
4300353 Henry & Henry Laygo, 401 Second St, Palo Alto, CA 94306
4300354 +Henry & Nhattan Pham, 7631 Park Forest Dr, Huntington Beach, CA 92648-6815
4300356 +Henry & Noris Larkin, 15 Baypark Cir, South San Francisco, CA 94080-1593
4300357 +Henry Molenda, 1039 Ashbridge Bay Dr, Pittsburg, CA 94565-7911
4643498 +Henry Noris Larkin, Attn Bankruptcy Desk/Managing Agent, 15 Bay Park Circle, S San Francisco 94080-1593
4300358 +Henry Villanueva, 3937 Spencer St. No 71, Las Vegas, NV 89119-5209
4300359 +Heredia, Jose Palma, 1309 22nd St. No 1, Las Vegas, NV 89101-1460
4300360 +Heritage Cross Apparel, 17100 E. Shea Blvd., Suite 600, Fountain Hills, AZ 85268-6663
4643499 +Heritage Shutter Nevada, Attn Bankruptcy Desk/Managing Agent, 4350 S Arville Street, Suite B2 14, Las Vegas NV 89103-3843
4300361 +Herman & Janis Wooten, 131 Honors Course Dr, Las Vegas, NV 89148-0001
4300362 +Herman & Milagros Escobal, 351 Tayman Park Ave, Las Vegas, NV 89148-2846
4643500 +Herman M Adams, Attn Bankruptcy Desk/Managing Agent, 300 Fremont Street, Suite 110, Las Vegas NV 89101-5608
4300363 +Herminia & Mario Oliveros, 8564 Madeira Ct, Elk Grove, CA 95624-4547
4300364 +Herminia Scannicchio, 3206 Ivanhoe Ranch Rd., El Cajon, CA 92019-4630
4643501 +Herminia Scannicchio, Attn Bankruptcy Desk/Managing Agent, 3206 Ivanhoe Ranch Rd, El Cajon CA 92019-4630
4300365 Hernandez Cruz, Ignacio, 1920 Cindy Sue No C, Las Vegas, NV 89106
4300366 +Hernandez Duran, Abraham, 6078 Judson, Las Vegas, NV 89156-5822
4300367 +Hernandez Duran, Jose Arturo, 6078 Judson Ave, Las Vegas, NV 89156-5822
4300368 +Hernandez Duran, Noe, 6078 Judson, Las Vegas, NV 89156-5822
4300369 +Hernandez Martin, Rodolfo, 7267 West Park, Las Vegas, NV 89147-4625
4300370 +Hernandez Miranda, Pedro, 1553 Silver Meza Way, Las Vegas, NV 89169-2518
4300371 +Hernandez Murgia, Gregorio, 4045 Shady Oak Dr, Las Vegas, NV 89115-0149
4300372 Hernandez Olivares, Victor H, 1428 Arlington St, Las Vegas, NV 89110
4300373 +Hernandez, Adrian, 6453 Evergreen Ave, Las Vegas, NV 89107-3454
4300374 Hernandez, Antonio, 3650 Geist No C 3, Las Vegas, NV 89115
4300376 +Hernandez, Benjamin, 50 N. 21 St. No 18, Las Vegas, NV 89101-5018
4300377 +Hernandez, Cesar, 4125 Comb Cr, Las Vegas, NV 89104-5401
4300381 +Hernandez, DONOTUSE!, 1324 N. 22nd St No 3, Las Vegas, NV 89101-1437
4300378 +Hernandez, Daniel, 2900 El Camino Apt No 247, Las Vegas, NV 89102-4203
4300379 +Hernandez, Dennis A, 3777 Gulliver St, Las Vegas, NV 89115-0367
4300382 +Hernandez, Edel, 50 N. 21st No 18, Las Vegas, NV 89101-5018
4300383 +Hernandez, Efren, 2522 Statz Ave No 3, North Las Vegas, NV 89030-6039
4300384 +Hernandez, Francisco, 1309 22nd St No 1, Las Vegas, NV 89101-1460
4300385 +Hernandez, Freddy, 3623 Kolendo Apt B, Las Vegas, NV 89103-1424
4300386 +Hernandez, Gaspar, 2421 Statz, N Las Vegas, NV 89030-6022
4300387 +Hernandez, Gonzalo A., 2065 Rawhide St, Las Vegas, NV 89119-2834
4300391 +Hernandez, Jose, 3617 Valley Forge Ave No 1174, Las Vegas, NV 89110-1174
4300388 +Hernandez, Jose A, 2445 San Felipe St, Las Vegas, NV 89115-4249
4300389 +Hernandez, Jose S, 5621 Auburn Ave, Las Vegas, NV 89108-3223
4300390 +Hernandez, Jose T, 6413 Britanny Way, Las Vegas, NV 89107-3448
4300392 +Hernandez, Josue M., 1826 Falling Tree Ave, N Las Vegas, NV 89031-1664
4300395 +Hernandez, Juan, 9554 Sunshade Ct, Las Vegas, NV 89147-6715
4300393 +Hernandez, Juan Carlos, 2313 Superior Position, North Las Vegas, NV 89032-3570
4300394 +Hernandez, Juan Diego, 1309 E Webb Ave, N Las Vegas, NV 89030-7098
4300396 +Hernandez, Jubentino, 808 Senbica Heights, Las Vegas, NV 89081-2959
4300397 +Hernandez, Lei, 2300 Poplar Ln, Las Vegas, NV 89101-4011
4300398 +Hernandez, Leonardo, 6124 Evensail Dr, Las Vegas, NV 89156-6965
4300399 +Hernandez, Liborio, 1001 E. Carey No 4-407, N Las Vegas, NV 89030-1804
4300400 +Hernandez, Martin Churape, 1309 E Webb Ave, N Las Vegas, NV 89030-7098
4300401 +Hernandez, Moises Calderon, 1330 Frank Street, Las Vegas, NV 89104-5815
4300402 +Hernandez, Ociel, 5020 Jacarilla, North Las Vegas, NV 89031-5576
4300403 +Hernandez, Rafael, 2001 E. Tonopah Ave Trlr 3, N Las Vegas, NV 89030-7130
4300404 +Hernandez, Ramon, 4162 Queen Isabel Ct, Las Vegas, NV 89115-6461
4300407 +Hernandez, Victor, 2108 Crawford St. No 1, North Las Vegas, NV 89030-6533
4300405 +Hernandez, Victor M, 9193 Spoonbill Ridge, Las Vegas, NV 89143-4491
4300406 +Hernandez, Victor Moreno, 4355 South Jones No 20, Las Vegas, NV 89103-3317
4300408 +Hernandez-Angel, Leonel, 1001 E. Carey Ave No 1401, North Las Vegas, NV 89030-1811
4300409 +Hernandez-Casillas, Julian, 2445 San Felipe St, Las Vegas, NV 89115-4249
4300410 +Hernandez-Cruz, Ignacio, 1921 Cindy Sue Apt 1, Las Vegas, NV 89106-1147
4300411 +Hernandez-Duran, Juan A., 6078 Judson Ave, Las Vegas, NV 89156-5822
4300412 +Hernandez-Flores, Jaime, 1425 Stanley Ave, North Las Vegas, NV 89030-7024
4300413 +Hernandez-Garcia, Manuel, 1425 Stanley Ave, North Las Vegas, NV 89030-7024
4300414 +Hernandez-Gonzalez, Alfredo, 92 Linn, Las Vegas, NV 89110-5516
4300415 +Hernandez-Gonzalez, Luis A, 1740 Breckenwood Ct No 3, Las Vegas, NV 89115-3646
4300416 +Hernandez-Hernandez, David, 3705 Light House, Las Vegas, NV 89110-3016
4300417 +Hernandez-M., Victoriano, 105 Azalea Circle, Las Vegas, NV 89107-2345

4300418 Hernandez-Percastre, Ricardo, 4214 Fairfax Cincler St. No 1, Las Vegas, NV 89119
4300419 +Hernandez-Perez, Javier, 4600 E. Charleston No 19, Las Vegas, NV 89104-5756
4300420 +Hernandez-Ramos, Eberardo, 4301 Tara Ave No 4, Las Vegas, NV 89102-7492
4300421 +Hernandez-Resendiz, Porfirio, 3300 Durham Ave, Las Vegas, NV 89101-1814
4300422 +Hernandez-Roblanda, Hilario, 3623 Kolendo Apt B, Las Vegas, NV 89103-1424
4300423 Hernandez-Salinas, Gonzalo, 1200 BN. Lamb lvd No 79, Las Vegas, NV 89110
4300424 +Hernandez-Sarabia, Roberto, 1324 N. 22 nd St. No 3, Las Vegas, NV 89101-1437
4300425 +Hernandez-Soto, Pedro, 1835 N. Bruce No 3, N Las Vegas, NV 89030-6957
4300426 +Hernanedez-Ramirez, Ubaldo, 2327 Bassler St, N Las Vegas, NV 89030-6191
4300427 +Hernanez-M, Victoriano, 105 Azalea Cr., Las Vegas, NV 89107-2345
4300428 +Herrera Pardo, Victor, 1536 N 22nd St No 3, Las Vegas, NV 89101-1347
4300429 Herrera, Alfonso T, 90 Wilber No B, Pahrump, NV 89048
4300430 +Herrera, Arles A., 1360 E. Desert Inn Rd. No 1, Las Vegas, NV 89169-2451
4300431 +Herrera, Everardo, 616 N. 12th St. No A, Las Vegas, NV 89101-2655
4300432 +Herrera, Genaro, 1360 E. Desert Inn No 1, Las Vegas, NV 89169-2451
4300433 +Herrera, Jose Roman, 4156 Penwood Apt C, Las Vegas, NV 89102-7617
4300434 +Herrera, Martin, 3518 Simmons St, No. Las Vegas, NV 89032-7769
4300435 Herrera, Noe, 6274 Spanish Moss Ave, Las Vegas, NV 89108
4300436 +Herrera, Raul Arellano, 3518 Simmons, No Las Vegas, NV 89032-7769
4300437 +Herrera, Wilber R, 712 Rubber Avenue, North Las Vegas, NV 89032-7683
4300438 +Hew Family, 281 Arbour Garden Ave, Las Vegas, NV 89148-2762
4643504 +Hiatt Furniture MFG Co Inc, Attn Bankruptcy Desk/Managing Agent, 12520 S Chadron Ave, Hawthorne CA 90250-4808
4300439 +Hideki & Chiiko Sasaki, 201 Angels Trace Ct, Las Vegas, NV 89148-2746
4300442 +Highbridge Partners, 9820 Willow Creek Road, Suite 445, San Diego, CA 92131-1115
4643505 +Highbridge Partners, Attn Bankruptcy Desk/Managing Agent, 9820 Willow Creek Road, Suite 445, San Diego CA 92131-1115
4300443 +Higher Ground LLC, PO Box 98378, Las Vegas, NV 89193-8378
4300444 +Highland Capital Management, 13455 Noel Road Suite 800, Dallas, TX 75240-1530
4300446 +Highway Striping and Signs, 3425 Bunkerhill Drive, Suite B, N. Las Vegas, NV 89032-7991
4643508 +Highway Striping and Signs, Attn Bankruptcy Desk/Managing Agent, 3425 Bunkerhill Drive, Suite B, N Las Vegas NV 89032-7991
4643509 +Highway Technologies, Attn Bankruptcy Desk/Managing Agent, PO Box 51581, Los Angelas, CA 90051-5881
4300447 Highway Technologies Inc., PO Box 51581, Los Angeles, CA 900515881
4300448 +Higinio Marco Rodriquez, 2700 Daley Street, North Las Vegas, NV 89030-5426
4643510 +Higinio Marco Rodriquez, Attn Bankruptcy Desk/Managing Agent, 2700 Daley Street, North Las Vegas NV 89030-5426
4300449 +Hila Havdala, 9719 Valmeyer Ave, Las Vegas, NV 89148-5742
4300450 +Hildreth, Christopher W., 6725 Old Valley St, Las Vegas, NV 89149-3232
4643511 +Hill International Inc, Attn Bankruptcy Desk/Managing Agent, Attn Ron Emma, 303 Lippincott Centre, Marlton NJ 08053-4160
4300451 +Hill International, Inc, Attn: Ron Emma, 303 Lippincott Centre, Marlton, NJ 08053-4177
4300452 +Hilman Rollers, 12 Timber Lane, Marlboro, NJ 07746-1444
4643512 +Hilman Rollers, Attn Bankruptcy Desk/Managing Agent, 12 Timber Lane, Marlboro NJ 07746-1444
4300453 Hilti Inc., PO Box 382002, Pittsburg, PA 15250-8002
4300454 +Hime, Bryon P., PO Box 2008 Nipomo, CA 93444, Nipomo, CA 93444-2008
4300455 +Hinojosa-Uribe, Sergio, 1168 Pleasant Brook St, Las Vegas, NV 89142-0133
4300456 +Hinojoza, Carlos, 1168 Pleasant Brook St, Las Vegas, NV 89142-0133
4300460 +Hiroshi & Kazuko Tajima, 276 Brushy Creek Ave, Las Vegas, NV 89148-2771
4300461 +Hirschi Masonry, 4685 Berg St., N. Las Vegas, NV 89081-3700
4643513 +Hirschi Masonry, Attn Bankruptcy Desk/Managing Agent, 4685 Berg St, N Las Vegas NV 89081-3700
4300462 +Hlavaty, Dana, 8017 Nestled Vista, Las Vegas, NV 89128-8270
4643514 +Ho Man Ah Kuen Chiu, Attn Bankruptcy Desk/Managing Agent, 284 Harpers Ferry Avenue, Las Vegas NV 89148-2783
4643516 +Hobbs Ong Associates, Attn Bankruptcy Desk/Managing Agent, 3900 Paradise Rd, Suite 152, Las Vegas NV 89169-0962
4300465 +Hobbs, Ong & Associates, 3900 Paradise Rd Ste 152, Las Vegas, NV 89169-0962
4300466 +Hobbs, Victor Leo, 3849 Cinnamon Wood Way, Las Vegas, NV 89115-1269
4300467 +Hobo Foto, 6170 W. Lake Mead Blvd.No 312, Las Vegas, NV 89108-2661
4643518 +Hobo Foto, Attn Bankruptcy Desk/Managing Agent, Annie Dobb, 6170 W Lake Mead Blvd 312, Las Vegas NV 89108-2661
4300468 Hodzic Family, Postfach 2922, 76016 Karlsruhe Germany, 76016
4300469 +Holcomb, William, 2133 Arpeggio Ave, Henderson, NV 89052-5711
4300470 +Holguin, Manuel, 5867 Willard St, Las Vegas, NV 89122-7413
4643519 +Holiday Inn Express Kingman, Attn Bankruptcy Desk/Managing Agent, 3031 E Andy Devine Ave, Kingman AZ 86401-4206
4643520 +Holiday Lighting Dynamics, Attn Bankruptcy Desk/Managing Agent, 2694 Hollovale Lane, Henderson NV 89052-2847
4643521 +Hollman Inc, Attn Bankruptcy Desk/Managing Agent, 1825 Walnut Hill Lane Suite 110, Irving TX 75038-4453
4300471 +Hollman Inc., 1825 Walnut Hill Lane, Suite 110, Irving, TX 75038-4453
4300472 +Holly Cowden, 324 White Bluffs St, Las Vegas, NV 89148-2747
4643522 +Holman s of Nevada Inc, Attn Bankruptcy Desk/Managing Agent, 4445 S Valley View Blvd 2, Las Vegas NV 89103-4025
4300474 +Holmans of Nevada, Inc., 4445 S. Valley View Blvd, No 2, Las Vegas, NV 89103-4025
4300475 +Holmstrom, Johnny K., 4485 Pennwood, Las Vegas, NV 89102-7210
4300476 +Holts ChemDry, 6217 Saginaw Drive, Las Vegas, Nv 89108-1707
4300477 +Holub - Davis, Patricia, 3129 Frigate Way, North Las Vegas, NV 89084-2479

4300478 +Home Builders Research, 7210 Red Cinder St., Las Vegas, NV 89131-3319
4643523 +Home Builders Research, Attn Bankruptcy Desk/Managing Agent, Dennis, 7210 Red Cinder St, Las Vegas NV 89131-3319
4643524 +Home Buyer s Warranty, Attn Bankruptcy Desk/Managing Agent, 2 10 Home Buyers Warranty, 1417 West Arkansas Lane, Arlington TX 76013-8299
4300482 Home Depot Credit Services, PO Box 6029, Dept. 32 - 2001952575, The Lakes, NV 889016029
4643525 +Home Finishes Inc, Attn Bankruptcy Desk/Managing Agent, 3037 Independence Drive, Suite A, Livermore CA 94551-7672
4643526 +Home Intercom Company, Attn Bankruptcy Desk/Managing Agent, Paul Caspany, 6656 W Fredonia Drive, Las Vegas NV 89108-2721
4643527 +HomeBuilder com, Attn Bankruptcy Desk/Managing Agent, PO Box 13239, Scottsdale AZ 85267
4300483 +HomeBuilder.com, PO Box 13239, Scottsdale, AZ 85267
4643528 +Homer Chee, Attn Bankruptcy Desk/Managing Agent, 1125 Red Iron Way, Las Vegas NV 89110-2550
4300484 +Homer Liwag, 285 Blackstone River Ave, Las Vegas, NV 89148-2702
4300485 +Homer Michaels, 8716 Burning Hide Avenue, Las Vegas, NV 89143-5103
4643529 +Homer Michaels, Attn Bankruptcy Desk/Managing Agent, Homer Michaels, 8716 Burning Hide Avenue, Las Vegas NV 89143-5103
4643530 +Homeready Inc, Attn Bankruptcy Desk/Managing Agent, 7470 Dean Martin Drive, Suite 112, Las Vegas NV 89139-5944
4300486 +Homes & Living, Trader Publishing, PO Box 9277, Canton, OH 44711-9277
4300487 +Homes Howard, 7139 S Durango Dr Unit 202, Las Vegas, NV 89113-2080
4643531 +Homes Living, Attn Bankruptcy Desk/Managing Agent, Trader Publishing, P O Box 9277, Canton OH 44711-9277
4300489 +HomesOnTV, 1501 Ten Palms Court, Las Vegas, NV 89117-1478
4643532 +HomesOnTV, Attn Bankruptcy Desk/Managing Agent, 1501 Ten Palms Court, Las Vegas NV 89117-1478
4300488 +Homesales Inc, 3415 Vision Dr, Columbus, OH 43219-6009
4643533 +Homestore Sales Company Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 13239, Scottsdale AZ 85267
4643534 +Honeywell Mortgage Realty, Attn Bankruptcy Desk/Managing Agent, 6331 Greenleaf Ave Suite B, Whittier CA 90601-3553
4300490 +Hong Wang, 146 Castle Course Ave, Las Vegas, NV 89148-5001
4300491 +Honorato Buscaino, 2449 Creekside Run, Chino Hills, CA 91709-1723
4643535 +Hoolihan s Excavating Inc, Attn Bankruptcy Desk/Managing Agent, 652 Middlegate Road, Henderson NV 89011-2623
4300492 +Hopper Resources, 2951 Marion Drive No 117, Las Vegas, NV 89115-3467
4643536 +Hopper Resources, Attn Bankruptcy Desk/Managing Agent, Chuck Taylor, 2951 Marion Drive 117, Las Vegas NV 89115-3467
4643537 Horizon Precast Inc, Attn Bankruptcy Desk/Managing Agent, 3625 Sunshine Dr, Kingman AZ 86409-3449
4300494 Horizon Precast, Inc., 3625 Sunshine Dr., Kingman, AZ 86409-3449
4300495 +Horst Liebl, 1148 Amberton Ln, Thousand Oaks, CA 91320-3559
4300496 +Hortega Rodriguez, Pedro, 3825 N. Nellis Blvd No 100, Las Vegas, NV 89115-2732
4300497 +Hortense Failloux, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4300498 +Hosea Kim, 275 Soggy Ruff Way, Las Vegas, NV 89148-5216
4643538 +Hospitality Trading Corp, Attn Bankruptcy Desk/Managing Agent, 32 Anacapa Street, Santa Barbara CA 93101-1802
4300499 +Hospitality Trading Corp., 32 Anacapa Street, Santa Barbara, CA 93101-1802
4643539 +Hospitality Works, Attn Bankruptcy Desk/Managing Agent, 655 Deerfield Road Suite 100, Deerfield IL 60015-3241
4300500 +Hotsy Southwest, 2910 S. Highland Drive, Unit L, Las Vegas, NV 89109-1062
4300501 +Houck Family, 2176 Luau Ct, Henderson, NV 89074-1820
4643540 House Garden, Attn Bankruptcy Desk/Managing Agent, Professional Relations, P O Box 37632, Boone IA 50037-0632
4300502 +House of Forgings Inc, 16684 Air Center Blvd, Houston, TX 77032-5142
4300503 +Household Finance Realty Corp Nv, 636 Grand Regency Blvd, Brandon, FL 33510-3942
4300504 Householder, Guy R, 4399 W. Hamblin Flagstaff, AZ 86004, Flagstaff, AZ 86004
4643541 +Houston Stafford Electri, Attn Bankruptcy Desk/Managing Agent, Mike / Chris, 451 Mark Leany Drive, Henderson NV 89011-4038
4300505 +Howard & Jody Goldstein, 616 Chervil Valley Dr, Las Vegas, NV 89138-2003
4300506 +Howard Chin, 13717 Bannon Drive, Cerritos, CA 90703-2336
4643542 +Howard Chin, Attn Bankruptcy Desk/Managing Agent, 13717 Bannon Drive, Cerritos CA 90703-2336
4300508 +Howard Lerner, 249 Via Franciosa Dr, Henderson, NV 89011-0851
4643544 +Howard Logsdon, Attn Bankruptcy Desk/Managing Agent, Logsdon Contracting LLC, 2711 W Windmill Lane, Las Vegas NV 89123-1037
4300509 +Hoys Towel Scent, PO Box 1585, Red Lodge,, MT 59068-1585
4300514 +Hsiu & Sheng Wang, 1500 Atlantic St, Union City, CA 94587-2006
4300515 +Hua Family, 8910 Lansberry Ct, Las Vegas, NV 89147-8118
4643548 +Hua Hui Tseng Huang, Attn Bankruptcy Desk/Managing Agent, 534 N Orange A, La Puente CA 91744-3476
4300516 +Hua Hui Tseng Huang, 534 N. Orange Ave Apt A, La Puente, CA 91744-3476
4300517 +Huang Family, 689 Colonial Dr, Youngstown, OH 44505-2209
4300518 +Huaying Wang, 331 Turtle Peak Ave, Las Vegas, NV 89148-2752
4643549 Hub International Scheer s, Attn Bankruptcy Desk/Managing Agent, Ins Dept, 601 Oakmont Lane Suite 400, Westmont IL 60559-5570
4300520 Hub International Scheers, 601 Oakmont Lane, Suite 400, Westmont, IL 60559-5570
4300521 +Hubbard, Mary Ann, 294 Garwood Court, Henderson, NV 89074-4187
4300522 Hubo Meza, 2528 McCarren St Apt No 3, No Las Vegas, NV 89030
4300523 +Huddleston Family, 281 Turtle Peak Ave, Las Vegas, NV 89148-2752

4300524 +Huerta-Velez, Sebastian, 2700 Marlin Ave No 1, Las Vegas, NV 89101-3922
4300526 +Huffman, Ben W., 3632 Hammock St, Las Vegas, NV 89147-3756
4300527 Hugh Munro, 7926 Hillside Ave, Los Angeles, CA 90046
4300528 Hughes Supply Inc., PO Box 79382, City of Industry, CA 91716-9382
4300529 +Hughes, Lynn E, 4105 Mountain Trek, Las Vegas, NV 89129-3669
4300530 +Hugo Desmarais, 9050 W Warm Springs Rd Unit 2030, Las Vegas, NV 89148-3833
4300531 +Hui Zhang, 197 Short Ruff Way, Las Vegas, NV 89148-5259
4300532 Huizar, Jesus, 3059 Canal Dr. Mohave Valley, AZ 86440, Mohave Valley, AZ 86440
4300533 +Huizar, Juan, 4949 Mesa Verde Dr. Fort Mohave, AZ 864, Ft Mohave, AZ 86426-6682
4300534 Huizar, Manuel, 2131 Riveria Dr. Bullhead, AZ 86442, Bullhead City, AZ 86442
4300535 +Hulsizer, Mathew W., 4312 Del Santos, Las Vegas, NV 89121-6644
4300536 Human Resources Council, PO Box 804441, Kansas City, MO 64180-4441
4643551 Human Resources Council, Attn Bankruptcy Desk/Managing Agent, PO Box 804441, Kansas City MO 64180-4441
4300537 Humphreys & Partners, Architects, 5339 Alpha Road Ste 300, Dallas, TX 75240-7307
4643552 Humphreys Partners, Attn Bankruptcy Desk/Managing Agent, Architects, 5339 Alpha Road Ste 300, Dallas TX 75240-7307
4300538 +Hung & Ai Phuong, 1118 S 9th St, Alhambra, CA 91801-4617
4300540 +Hung Luong, 7189 S Durango Dr Unit 307, Las Vegas, NV 89113-2022
4300541 +Hung Nguyen, 13291 Lee Dr, Westminster, CA 92683-2461
4643553 Hung Shing Tsang, Attn Bankruptcy Desk/Managing Agent, 26 Buckingham Drive, Aurora IL 60506
4300542 +Hunt, Christy, 603 Valley View Dr, Henderson, NV 89002-8405
4300543 +Hurns, Robert, 4394 Cindy Rd. Ft. Mohave, AZ 86426, Ft Mohave, AZ 86426-5328
4300544 +Hurtado Avendano, Alfonso, 4440 E. Ogden Ave, Las Vegas, NV 89110-4649
4643554 +Hutchins Drywall Inc, Attn Bankruptcy Desk/Managing Agent, Mark Hutchins, 2335 Silver Wolf Drive, Henderson NV 89011-4431
4300545 +Hutchins Drywall, Inc., 2335 Silver Wolf Drive, Henderson, NV 89011-4431
4300546 Hutchison, Josh R., 2709 N. Steves Blvd. Flagstaff, AZ 8600, Flagstaff, AZ 86004
4300547 +Huy & Tiet Ly, 7471 Port Orchard Ave, Las Vegas, NV 89113-4022
4300548 +Huy Nguyen, 78 Broken Rutter Wy, Las Vegas, NV 89148-5254
4300549 Huyen Nguyen, 11220 109 Ave, Edmonton Ab T5H11000, 00000
4300550 +Huygens Family, 600 Via Colmo Ave, Henderson, NV 89011-0864
4300551 +Huynh Family, 2018 32nd Ave, San Francisco, CA 94116-1123
4300552 +Huynh Hoa, 224 Wicked Wedge Way, Las Vegas, NV 89148-2691
4643555 +Hy Bar Windows Doors, Attn Bankruptcy Desk/Managing Agent, 6210 Annie Oakley, Las Vegas NV 89120-3959
4643557 +Hyatt Stubblefield P C, Attn Bankruptcy Desk/Managing Agent, 225 Peachtree Street N E, Suite 1200, Atlanta GA 30303-1729
4300556 +Hye Kim, 331 Tayman Park Ave, Las Vegas, NV 89148-2846
4300557 +Hyeon Kim, 191 Waterton Lakes Ave, Las Vegas, NV 89148-2800
4300558 +Hyperion Group Public Affairs, 4413 N. Saddlebag Trail Suite No 1, Scottsdale, AZ 85251-3445
4643560 +Hyperion Group Public Affairs, Attn Bankruptcy Desk/Managing Agent, 4413 N Saddlebag Trail Suite 1, Scottsdale AZ 85251-3445
4300560 +Hyun & Sung Kim, 316 White Bluffs St, Las Vegas, NV 89148-2747
4300561 +Hyun Kang, 4778 Lone Mesa Dr, Las Vegas, NV 89147-7931
4643562 +I Chieh E Wang, Attn Bankruptcy Desk/Managing Agent, 52 Redwood Lane, S Glastonbury CT 06073-2912
4300577 +I-Chieh & Da-Ching Wang, 52 Redwood Ln, South Glastonbury, CT 06073-2912
4300562 +I. Martinez, Juan, 809 Hedge Way No 5, Las Vegas, NV 89110-2127
4643563 +IAAPA, Attn Bankruptcy Desk/Managing Agent, 1448 Duke Street, Alexandria VA 22314-3403
4643565 +IBI International, Attn Bankruptcy Desk/Managing Agent, Business Index, 600 17th Street STE 2800 South, Denver CO 80202-5428
4643567 +ICON Receivables, Attn Bankruptcy Desk/Managing Agent, c/o M T Bank, PO Box 8000 Dept 006, Buffalo NY 14267-0002
4300579 +ID Interior Design, 5564 S. Fort Apache Road, Suite 100, Las Vegas, NV 89148-3601
4300578 +ID Interior Design, 4730 S. Fort Apache Rd, Suite 300, Las Vegas, NV 89147-7947
4643568 +ID Interior Design, Attn Bankruptcy Desk/Managing Agent, 5564 S Fort Apache Road, Suite 100, Las Vegas NV 89148-3601
4643569 IDCSERVCO, Attn Bankruptcy Desk/Managing Agent, ATTN ACCOUNTS RECEIVABLE, PO BOX 1925, CULVER CITY CA 90232-1925
4300581 IDCSERVCO, Attn: Accounts Receivable, PO Box 1925, Culver City, CA 90232-1925
4643573 +IGXG MANAGEMENT LLC, Attn Bankruptcy Desk/Managing Agent, Jessica Raymond, 540 Madison Avenue Suite 21A, New York, NY 10022-3244
4775925 +IKON OFFICE SOLUTIONS, ATTN: SHAUNDOLYN ROBERTSON - BANKRUPTCY, ACCOUNTS RECEIVABLE CENTER, 3920 ARKWRIGHT RD - SUITE 400, MACON, GA 31210-1748
4643576 +IMA Design Group, Attn Bankruptcy Desk/Managing Agent, Vicky, 2500 Michelson Dr Suite 125, Irvine CA 92612-1545
4642193 ++IMPERIAL A I CREDIT COMPANIES INC, 101 HUDSON STREET, 34TH FLOOR, JERSEY CITY NJ 07302-3905 (address filed with court: AICCO Inc, Attn Bankruptcy Desk/Managing Agent, Department 7615, Los Angeles CA 90084-7615)
4295644 ++IMPERIAL A I CREDIT COMPANIES INC, 101 HUDSON STREET, 34TH FLOOR, JERSEY CITY NJ 07302-3905 (address filed with court: AICCO, Inc., 1630 E Shaw Ave Suite 160, Fresno, CA 93710)
4300615 ++INTEGRA TELECOM, 1201 NE LLOYD BLVD, SUITE 500, PORTLAND OR 97232-1259 (address filed with court: Integra Telecom, PO Box 2966, Milwaukee, WI 93201)
4643604 ++INTEGRA TELECOM, 1201 NE LLOYD BLVD, SUITE 500, PORTLAND OR 97232-1259 (address filed with court: Integra Telecom, Attn Bankruptcy Desk/Managing Agent, PO Box 2966, Milwaukee WI 93201)
5111683 +INTERIOR SPECIALISTS, INC., C/O TAMALYN E. LEWIS, RIDENOUR HIENTON & LEWIS, 201 N. CENTRAL AVE. #3300, PHOENIX, AZ 85004-0678

4305283 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: United States Treasury, Internal Revenue Service, Cincinnati, OH 45999-0149)
4305284 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: United States Treasury, Internal Revenue Service, Ogden, UT 84201-0039)
4305286 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: United States Treasury, Internal Revenue Service, PO Box 105078, Atlanta, GA 30348-5078)
4305287 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: United States Treasury, Internal Revenue Service, PO Box 105083, Atlanta, GA 30348-5083)
4645367 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: United States Treasury, Attn Bankruptcy Desk/Managing Agent, Internal Revenue Service, Cincinnati OH 45999-0149)
4300628 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Service, Ogden, UT 84201-0039)
4300629 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Service, Taxpayer Assistance, Ogden, UT 84201)
4643619 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Service, Attn Bankruptcy Desk/Managing Agent, Fresno CA 93888)
4643620 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Service, Attn Bankruptcy Desk/Managing Agent, Taxpayer Assistance, Ogden UT 84201)
4643621 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: Internal Revenue Service, Attn Bankruptcy Desk/Managing Agent, P O Box 21126, DPN 781, Philadelphia, PA 19114)
4742469 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY, P.O. BOX 21126, PHILADELPHIA, PA 19114)
4643632 +IOBP, Attn Bankruptcy Desk/Managing Agent, Institute of Business Publication, 748 Springdale Drive Suite 150, Exton PA 19341-2808
5106481 +IOVINO MASONRY, ATTN: MATTHEW LEWIS, 9260 EL CAMINO RD, LAS VEGAS, NV 89139-7344
4643638 +ISCO Industries LLC, Attn Bankruptcy Desk/Managing Agent, 926 Baxter Avenue, Box 4545, Louisville KY 40204-2066
4300658 +ISCO Industries, LLC, 926 Baxter Avenue, Box 4545, Louisville, KY 40204-2066
4300563 +Ian & Virginia Leslie, 7421 Cedar Rae Ave, Las Vegas, NV 89131-3392
4300564 +Ian Hwang, 7135 S Durango Dr Unit 209, Las Vegas, NV 89113-2089
4300565 +Ian Rosen, 901 Mohawk, Las Vegas, NV 89107-3711
4643564 +Ian Underhill, Attn Bankruptcy Desk/Managing Agent, 332 Jacaranda Arbor Street, Las Vegas NV 89144-4256
4300566 +Ibanez, Miguel Angel, 5554 Halvern, Las Vegas, NV 89110-1720
4300567 +Ibarra Family, 2542 1/4 Folsom St, Los Angeles, CA 90033-3059
4300568 +Ibarra, Juan, 3822 Connie Ave, Las Vegas, NV 89115-4208
4300569 +Ibarra, Julian, 3609 Amazon Ave, Las Vegas, NV 89110-2114
4300570 +Ibarra, Mario E., 1324 Rev Wilson Ave, North Las Vegas, NV 89030-7857
4300571 +Ibarra-Lozano, Daniel, 6413 Brittany Way, Las Vegas, NV 89107-3448
4300572 Ibarra-Nogueda, Mario, 1329 Rev Wilson Ave, North Las Vegas, NV 89030
4300573 +Ibarria Villafana, Jose D., 4474 Lindale Ave, N Las Vegas, NV 89121-2723
4300574 Ibarria Villafana, Julio C, 4970 Chaising Heart Way, Las Vegas, NV 89115
4300575 +Ibarria-Villafina, Luis A, 4474 Lindale Ave, Las Vegas, NV 89121-2723
4643566 +Ice Las Vegas, Attn Bankruptcy Desk/Managing Agent, Robert G Urichuk, 5175 West Diablo Drive Ste 105, Las Vegas NV 89118-6073
4300580 +Idania & Amaury Torres, 4616 S 6th Ave, Tucson, AZ 85714-2871
4300582 +Ideal Electrical Contracting, 3508 E. Charleston Blvd., Suite A, Las Vegas, NV 89104-2318
4643570 +Ideal Electrical Contracting, Attn Bankruptcy Desk/Managing Agent, 3508 E Charleston Blvd, Suite A, Las Vegas NV 89104-2318
4300583 +Ideal Products, PO Box 4090, Ontario, CA 91761-1006
4643571 +Ideal Products, Attn Bankruptcy Desk/Managing Agent, P O Box 4090, Ontario CA 91761-1006
4300585 +Ignacio Martinez Galvez, 6217 Sespe St, Las Vegas, NV 89108-3923
4643572 Ignacio and Sheila Ledesma, Attn Bankruptcy Desk/Managing Agent, 784 S Salt Spray Ct, Las Vegas NV 89139
4643574 +Iklas Dimaya Unlimited Realty, Attn Bankruptcy Desk/Managing Agent, 191 W Wilbur Road, Suite 102, Thousand Oaks 91360-4324
4300587 Ikon Office Solutions, PO Box 7420, Pasadena, CA 91109-7420
4643575 Ikon Office Solutions, Attn Bankruptcy Desk/Managing Agent, PO BOX 7420, Pasadena 91109-7420
4300586 Ikon Office Solutions, PO Box 31001-0850, Pasadena, CA 91110-0850

4300588 +Ileana Fratut-Filip, 492 Via Stretto Ave, Henderson, NV 89011-0838
4300589 +Illini LLC, 3230 S Buffalo Dr Ste 108, Las Vegas, NV 89117-2506
4300590 +Ilsoo Kim, 1049 Via Saint Lucia Pl, Henderson, NV 89011-0872
4643578 +ImEx Ware Inc, Attn Bankruptcy Desk/Managing Agent, 2000 E Maule Avenue, Las Vegas NV 89119-4610
4643577 +Image One, Attn Bankruptcy Desk/Managing Agent, 9360 West Flamingo Road, Suite 110 450, Las Vegas NV 89147-6426
4300592 +Imelda Afable, 234 Via Franciosa Dr, Henderson, NV 89011-0850
4643579 Imperial Headwear, Attn Bankruptcy Desk/Managing Agent, 1 800 933 9444, P O Box 971363, Dallas TX 75397-1363
4300593 +Imperial Headwear,Inc, 1086 Paysphere Cir., Chicago, IL 60674-0001
4643580 Imperial Iron Inc, Attn Bankruptcy Desk/Managing Agent, 4226 Fidus Dr, Las Vegas NV 89103-3709
4300594 Imperial Iron, Inc., 4226 Fidus Dr., Las Vegas, NV 89103-3709
4643581 +Imperial Steel Inc, Attn Bankruptcy Desk/Managing Agent, 4226 Fidus Drive, Las Vegas NV 89103-3709
4300595 +Imperial Steel Inc., 4226 Fidus Drive, Las Vegas, NV 89103-3709
4300596 +Imran Thanvi, 819 Covina Way, Fremont, CA 94539-7407
4300597 +In Business Las Vegas, 2290 Corporate Circle, Suite 250, Henderson, NV 89074-7713
4643582 +In Business Las Vegas, Attn Bankruptcy Desk/Managing Agent, 2290 Corporate Circle, Suite 250, Henderson NV 89074-7713
4643583 +Independent Landscape Services, Attn Bankruptcy Desk/Managing Agent, Rachel, 647 Cape Horn Dr, Henderson NV 89011-4043
4643584 Industrial Comm of Arizona, Attn Bankruptcy Desk/Managing Agent, Division of Occupational Safety, P O Box 19070, Phoenix AZ 85005-9070
4643585 +Industrial Commission of Arizona, Attn Bankruptcy Desk/Managing Agent, 800 West Washington Street, Phoenix, AZ 85007-2903
4300601 Industrial Electronic Services Inc., 15287 Road 28 1/2, Madera, CA 93638-2324
4300602 +Industrial Services, Ace Steam Cleaning, 5420 Kettering Pl., Las Vegas, NV 89107-3702
4643586 IndyMac Bank, Attn Bankruptcy Desk/Managing Agent, P O Box 78826, Phoenix AZ 85062-8826
4300603 +Infante-Martinez, Leonardo, 4348 Silver Dollar, Las Vegas, NV 89102-7443
4300604 +Infinity Enterprises, 3347 S. Highland Dr. Suite 304, Las Vegas, NV 89109-3428
4643587 +Infinity Enterprises, Attn Bankruptcy Desk/Managing Agent, 3347 S Highland Dr Suite 304, Las Vegas NV 89109-3428
4643588 +Infinity Promotions Gp, Attn Bankruptcy Desk/Managing Agent, 6655 W Sahara Avenue D 208, Las Vegas NV 89146-0851
4300605 +Inflight Surf & Sail, 1250 Pacific Coast Hwy, Seal Beach, CA 90740-6236
4643589 +Inflight Surf Sail, Attn Bankruptcy Desk/Managing Agent, 1250 Pacific Coast Hwy, Seal Beach CA 90740-6236
4643591 +Info Stor Of Las Vegas, Attn Bankruptcy Desk/Managing Agent, 1428 Pama Lane, Las Vegas NV 89119-3850
4643592 Info Tech Research Group, Attn Bankruptcy Desk/Managing Agent, 401 Clarence Street 2nd Floor, London Ontario, Canada N6A 3M6
4643593 Information Leasing Corp, Attn Bankruptcy Desk/Managing Agent, 995 Dalton Ave, Cincinnati OH 45203-1101
4300609 Inland Hobbs Material, PO Box 61564, Phoenix, AZ 85082-1564
4643594 +Inland Litho, Attn Bankruptcy Desk/Managing Agent, 4305 E La Palma Avenue, Anaheim CA 92807-1843
4643595 +Innova Champion Discs, Attn Bankruptcy Desk/Managing Agent, Tim Selinske, 11077 Arrow Route, Rancho Cucamonga CA 91730-4866
4643597 +Innovative Carpets, Attn Bankruptcy Desk/Managing Agent, 45 Legion Dr, Cresskill NJ 07626-2138
4300610 +Innovative Prospects Co. LLC, PO Box 668307, Pompano Beach, FL 33066-8307
4643598 Insight, Attn Bankruptcy Desk/Managing Agent, Barb S A/Rx3219, P O Box 78825, Phoenix AZ 85062-8825
4300611 Insight Global Finance, PO Box 100706, Pasadena, CA 91189-0706
4643599 Insight Global Finance, Attn Bankruptcy Desk/Managing Agent, PO BOX 100706, Pasadena CA 91189-0706
4643600 +Institute of Business, Attn Bankruptcy Desk/Managing Agent, Publications, 748 Springdale Dr Suite 150, Exton PA 19341-2808
4643601 +Insulpro Projects, Attn Bankruptcy Desk/Managing Agent, A Masco Company, 697 Corinthian Way, Las Vegas NV 89030-4177
5910957 +Insurance Co. of the State of Pennsylvania, and certain other affiliates of Chartis, C/O Michelle A. Levitt, Esq, 175 Water Street, 18th Floor, New York, NY 10038-4976
4300613 Insurance Support Center, PO Box 53981, Phoenix, AZ 85072-3981
4643602 Insurance Support Center, Attn Bankruptcy Desk/Managing Agent, Sherri Hamilton, P O Box 53981, Phoenix AZ 85072-3981
4643603 +Integra Realty Resources, Attn Bankruptcy Desk/Managing Agent, 1635 Village Center Circle 150, Las Vegas NV 89134-0574
4300614 +Integra Telecom, PO Box 20553, Rochester, NY 14602
4643606 +Integrated Systems Group, Attn Bankruptcy Desk/Managing Agent, 9101 W Sahara Ave Suite 105, Las Vegas NV 89117-5799
4300616 +Integrity Collision Center, 6770 Redwood St, Las Vegas, NV 89118-4630
4643607 +Integrity Masonry Inc, Attn Bankruptcy Desk/Managing Agent, CMA Business Credit Services, 3110 W Cheyenne Ave 100, N Las Vegas, NV 89032-2254
4643608 +Integrity Masonry Inc, Attn Bankruptcy Desk/Managing Agent, Randy, 5330 W Quail Avenue, Las Vegas NV 89118-2806
4300617 +Integrity Masonry, Inc, Richard Dreitzer, Esq., Bullivant, Houser & Bailey, PC, 3883 Howard Hughes Pkwy, No. 550, Las Vegas, NV 89169-6751
4300618 +Integrity Masonry, Inc., 5330 W. Quail Avenue, Las Vegas, NV 89118-2806

4643610 +Intense School Inc, Attn Bankruptcy Desk/Managing Agent, 8211 W Broward Blvd 210, Fort Lauderdale FL 33324-2726
4300620 InterCall, PO Box 281866, Atlanta, GA 30384-1866
4643612 InterCall, Attn Bankruptcy Desk/Managing Agent, PO BOX 281866, Atlanta GA 30384-1866
4643611 +Intera Inc, Attn Bankruptcy Desk/Managing Agent, 9111A Research Blvd, Austin TX 78758-6949
4300619 +Intera Inc., 9111A Research Blvd., Austin, TX 78758-6949
4300621 +Interiano, Jose A Nieto, 1330 Frank Street, Las Vegas, NV 89104-5815
4300623 +Interior Design, 5564 South Fort Apache Road, Suite 110, Las Vegas, NV 89148-3601
4643613 +Interior Design, Attn Bankruptcy Desk/Managing Agent, 5564 South Fort Apache Road, Suite 110, Las Vegas NV 89148-3601
4300622 +Interior Design, 4730 South Fort Apache Blvd., Suite 300, Las Vegas, NV 89147-7947
4300624 +Interior Designs, Inc., 5615 South Cameron St., Suite No 1, Las Vegas, NV 89118-2233
4300625 +Interior Finishworks, 3432 N. Bruce St. No 9, Las Vegas, NV 89030-8023
4643614 +Interior Finishworks, Attn Bankruptcy Desk/Managing Agent, 3432 N Bruce St 9, Las Vegas NV 89030-8023
4643615 +Interior Specialists Inc, Attn Bankruptcy Desk/Managing Agent, 7465 W Sunset Rd, Suite 1200, Las Vegas NV 89113-1944
4300626 +Interior Specialists, Inc., 7465 W. Sunset Rd, Suite 1200, Las Vegas, NV 89113-1944
4643617 +Intermountain Slurry, Attn Bankruptcy Desk/Managing Agent, PO Box 1841, Sparks NV 89432-1841
4643618 +Intermountain Slurry Seal Inc, Attn Bankruptcy Desk/Managing Agent, 4560 Donavan Way Ste K, N Las Vegas NV 89081-4217
4643622 +International Art Prop Inc, Attn Bankruptcy Desk/Managing Agent, 67 San Carlos Avenue, Sausalito CA 94965-2017
4300630 +International Commercial Supp, 3111 Valley View Dr, Ste-P101, Las Vegas, NV 89102-8317
4300631 +International House of Blues, Foundation, 3950 South Las Vegas Blvd., Las Vegas, NV 89119-1005
4643624 +International House of Blues, Attn Bankruptcy Desk/Managing Agent, Foundation, 3950 South Las Vegas NV Blvd, Las Vegas NV 89119-1005
4643625 +International Iron Works Inc, Attn Bankruptcy Desk/Managing Agent, 2501 S Malt Avenue, Los AngelesCA 90040-3203
4300632 +International Iron Works, Inc., 2501 S. Malt Avenue, Los Angeles, CA 90040-3203
4643626 +Internet Corporation Listing, Attn Bankruptcy Desk/Managing Agent, Service, 303 Park Avenue S 1073, New York NY 10010-3601
4643627 +Internet Marketing Report, Attn Bankruptcy Desk/Managing Agent, 370 Technology Drive, P O Box 3019, Malvern PA 19355-0719
4300633 +Interstate Batteries, 4151 W Oquendo Rd, Las Vegas, NV 89118-3024
4300634 +Interstate Battery, 4151 W. Oquendo Road, Las Vegas, NV 89118-3024
4300635 +Interstate Plumbing & A/C, 5520 Stephanie, Las Vegas, NV 89122-0228
4643629 +Intertech Computer Products, Attn Bankruptcy Desk/Managing Agent, 5225 S 39th Street, Phoenix AZ 85040-3985
4300638 Interwest Supply Company, Inc, 330 S Redwood Road, Salt Lake City, UT 84104-3536
4643630 +Intrepid Iron Inc, Attn Bankruptcy Desk/Managing Agent, 3321 Western Avenue, Las Vegas NV 89109-1911
4300639 +Intrepid Iron, Inc., 3321 Western Avenue, Las Vegas, NV 89109-1911
4300640 Inyo County Treasurer, Tax Collector, PO Box O, Independence, CA 93526-0614
4643631 Inyo County Treasurer, Attn Bankruptcy Desk/Managing Agent, Tax Collector, PO Box O, Independence CA 93526-0614
4300641 +Inzunza, Jose H., 2200 Kenneth Rd., North Las Vegas, NV 89030-6634
4300642 +Ion Popescu, 7107 S Durango Dr Unit 315, Las Vegas, NV 89113-2014
4643633 +Iovino Masonry Inc, Attn Bankruptcy Desk/Managing Agent, 9260 El Camino Rd, Las Vegas NV 89139-7344
4300643 +Iovino Masonry Inc., 9260 El Camino Rd., Las Vegas, NV 89139-7344
4643634 +Ira Dizengoff and Phillip Dublin, Attn Bankruptcy Desk/Managing Agent, Akin Gump Strauss Hauer Feld LLP, One Bryant Park, New York, NY 10036-6728
4300644 +Ira Lapp, 500 Via Palermo Dr, Henderson, NV 89011-0826
4300645 +Irene & David Nelson, 857 Whitebirch Ln, Wantagh, NY 11793-1606
4300646 +Irene Avila, 7151 S Durango Dr Unit 214, Las Vegas, NV 89113-2048
4300648 +Irene-Crespo, Ernesto, 4675 Baby Bird, Las Vegas, NV 89115-6591
4300649 +Irina Alexieva, 4796 Lone Mesa Dr, Las Vegas, NV 89147-7931
4300650 +Irina Lebedeff, 7127 S Durango Dr Unit 201, Las Vegas, NV 89113-2067
4300652 +Irla Ladia, 1376 W 1st St, San Pedro, CA 90732-3204
4643635 +Iron Specialists, Attn Bankruptcy Desk/Managing Agent, 1102 Sharp Circle, North Las Vegas NV 89030-8053
4300654 +Ironwood Drywall LLC, 3729 Northfield, Kingman, AZ 86409-0404
4643636 +Irwin Commercial Finance Corp, Attn Bankruptcy Desk/Managing Agent, Equipment Finance, 330 120th Avenue NE Suite 110, Bellevue CA 98005-3014
4300655 +Isaac Martinez-Sandoval, 1500 E. Karen Ave No 338, Las Vegas, NV 89169-8845
4300656 +Isabel Grigorian, 7107 S Durango Dr Unit 210, Las Vegas, NV 89113-2013
4643637 +Isabel Streelman, Attn Bankruptcy Desk/Managing Agent, 19303 SW 4th Street, Pembroke Pines FL 33029-5407
4300657 +Isagani & Virginia Abalos, 140 Honors Course Dr, Las Vegas, NV 89148-0001
4300659 Island Oasis, PO Box 711558, Cincinnati, OH 45271-1558
4643639 Island Oasis Frozen Beverage, Attn Bankruptcy Desk/Managing Agent, 141 Norfolk Street, PO Box 711558, Cincinnati OH 45271-1558
4300660 +Israel & Maria Faustino, 6939 Fenton St, Chino, CA 91710-8130
4300661 +Israel & Romely Gamboa, 250 Soggy Ruff Way, Las Vegas, NV 89148-5217
4300662 +Israel Candido Cabrera, 4054 Vicenta Ct, Las Vegas, NV 89115-8217
4300663 +Italy Service, 2407 S. Highland, Las Vegas, NV 89102-4803

4643640 +Italy Service, Attn Bankruptcy Desk/Managing Agent, 2407 S Highland, Las Vegas NV 89102-4803
4300664 +Itzhak & Angelita Berenholz, 55 Aberdeen Rd, Elizabeth, NJ 07208-2301
4643641 +Ivan Karabachev M D, Attn Bankruptcy Desk/Managing Agent, 3201 S Maryland Pkwy 500, Las Vegas NV 89109-2431
4300665 +Ivan Klimov, 204 Via Mezza Luna Ct, Henderson, NV 89011-0876
4300666 +Ives, William, 2841 N. Walnut Hills Dr. No 4 Flagstaf, Flagstaff, AZ 86004-7116
4643643 +Ivy s Welding, Attn Bankruptcy Desk/Managing Agent, 3292 N Azteck, Golden Valley AZ 86413-8533
4300668 +Ivy, Willie L, 4615 HWY 68, Golden Valley, AZ 86413-8509
4300669 +Ivy, Willie, Jr., 4615 HWY 68, Golden Valley, AZ 86413-8509
4300670 +Ivys Welding, 3292 N. Azteck, Golden Valley, AZ 86413-8533
4300671 +J & C York Trucking, Inc, Hc 31 Box 880, Happy Jack, AZ 86024-9710
4300672 J & P Wholesale & Imports, PO Box, Las Vegas, NV 89132 United States
4643644 J A Vay Sons Inc, Attn Bankruptcy Desk/Managing Agent, 5546 Camino Al Norte 2 256, N Las Vegas NV 89031
4643645 J B Knowles Inc, Attn Bankruptcy Desk/Managing Agent, 31336 Woodshire Ln, Blue River WI 53518-4634
4300673 +J BAR M Trucking LLC, 7936 Perrin Ln., Williams, AZ 86046-8731
4643646 +J D Power Associates, Attn Bankruptcy Desk/Managing Agent, 2625 Townsgate Road, Westlake Village CA 91361-5751
4643647 J E C James Econn Co Ins, Attn Bankruptcy Desk/Managing Agent, 445 South Figueroa Street, 36th Floor, Los Angeles CA 90071-1602
4300675 +J Family, 9545 Los Cotos Ct, Las Vegas, NV 89147-8205
4300674 +J Family, 7531 Apple Springs Ave, Las Vegas, NV 89131-3367
4643648 +J J Enterprises Inc, Attn Bankruptcy Desk/Managing Agent, 5920 W Cougar Ave, Las Vegas NV 89139-6996
4643649 +J J Glass Inc, Attn Bankruptcy Desk/Managing Agent, 3910 W Spring Mountain Rd, Suite B 1, Las Vegas NV 89102-8653
4300676 +J J J O R S Investments LLC, 6168 Natalie Rd, Chino Hills, CA 91709-6376
4300677 +J P Chase Morgan, 450 American St, Simi Valley, CA 93065-6285
4300678 +J P M C Specialty Mortgage LLC, 14800 Frye Rd, Fort Worth, TX 76155-2732
4643651 +J Perry Construction Inc, Attn Bankruptcy Desk/Managing Agent, 4487 Reno, Las Vegas NV 89118-1527
4300679 +J S W Real Estate Invest LLC, 5594 S Fort Apache Rd Ste 100, Las Vegas, NV 89148-3611
4643650 J or J Welding LLC, Attn Bankruptcy Desk/Managing Agent, 203 W Brooks Ave, Ste F, N Las Vegas NV 89030-3927
4300680 +J&J Enterprises, Inc., 5920 W. Cougar Ave., Las Vegas, NV 89139-6996
4300681 +J. F. Manufacturing, Inc., 13760 Mountain Ave., Chino, CA 91710-9020
4300682 +J. Perry Construction Inc., 4487 Reno, Las Vegas, NV 89118-1527
4300683 J.B. Knowles, Inc., 31336 Woodshire Ln., Blue River, WI 53518-4634
4300684 +J.D.I. ENTERPRISES, L.L.C., 1040 S. Schritter Way, Kingman, AZ 86401-5310
4643652 +JACesare and Associates Inc, Attn Bankruptcy Desk/Managing Agent, 671 Professional Ave, Suite 504, Henderson NV 89015-6613
4300688 +JACesare and Associates, Inc., 671 Professional Ave., Suite 504, Henderson, NV 89015-6613
4643664 +JAM Family Trust, Attn Bankruptcy Desk/Managing Agent, 1583 Ashfield Valley Avenue, Las Vegas NV 89123-2472
6265643 JAMES M RHODES, C/O KEVIN N ANDERSON, 215 SOUTH STATE ST. STE 1200, SALT LAKE CITY, UT 84111-2323
4997833 +JAMES RHODES, C/O BRETT A. AXELROD, ESQ., GREENBERG TRAURIG, LLP, 3773 HOWARD HUGHES PARKWAY,, SUITE 400 NORTH, LAS VEGAS, NV 89169-5956
5918507 +JANIECE S. MARSHALL, ANDERSON, MCPHARLIN & CONNERS LLP, 777 NORTH RAINBOW BOULEVARD, SUITE 145, LAS VEGAS, NV 89107-1192
4718206 +JANINA GUTHRIE, 1225 MONTEREY ST., REDLANDS, CA 92373-6618
4300839 +JC Construction, 25413 Juno St., Sun City, CA 92586-3856
4643699 +JC Construction, Attn Bankruptcy Desk/Managing Agent, 25413 Juno St, Sun City CA 92586-3856
4300840 +JC Golf Accessories, 3602 S.Jason Street, Englewood, CO 80110-3431
4300841 +JCI Structural Engineering, 8076 W. Sahara Avenue, Suite B, Las Vegas, NV 89117-7931
4643700 +JCI Structural Engineering, Attn Bankruptcy Desk/Managing Agent, 8076 w Sahara Avenue, Suite B, Las Vegas NV 89117-7931
4300842 +JCI Structural Engineering, 8100 W. Sahara, Suite 200, Las Vegas, NV 89117-1997
4643701 +JCON Skymedia, Attn Bankruptcy Desk/Managing Agent, 181 Cooper Avenue 112, Tonawanda NY 14150-6645
4300923 +JF Manufacturing, Inc., 13760 Mountain Ave., Chino, CA 91710-9020
4300955 +JLS Concrete Pumpimg Inc, P.O Box 667, Oak View, CA 93022-0667
4300956 +JMA Architecture Studios, 10150 Covington Cross Drive, Las Vegas, NV 89144-6567
4643728 +JMA Architecture Studios, Attn Bankruptcy Desk/Managing Agent, 10150 Covington Cross Drive, Las Vegas NV 89144-6567
4300957 +JML Equipment Repair, LLC, PO Box 50146, Parks, AZ 86018-0146
4643729 +JN Holding Inc, Attn Bankruptcy Desk/Managing Agent, 612 Meyer Lane, Ste 11, Redondo Beach CA 90278-5276
4300958 +JN Holding Inc., 612 Meyer Lane, Ste 11, Redondo Beach, CA 90278-5276
5763119 +JOHN SCLAFANI, 9050 W WARM SPRINGS RD #1023, LAS VEGAS NV 89148-3827
4301078 ++++JONES, GLEN ALVIN, 861 S DESERT CANYON WAY, KINGMAN AZ 86401-4385 (address filed with court: Jones, Glen Alvin, 861 Ramirez Family Way, Kingman, AZ 86401)
4643784 +JPL Engineering Inc, Attn Bankruptcy Desk/Managing Agent, 8620 South Eastern Avenue, Suite 8, Las Vegas NV 89123-2836
4643785 JS Pest Control, Attn Bankruptcy Desk/Managing Agent, 3157 N Rainbow Blvd 568, Las Vegas NV 89108-4578

4301234 ++++JUMP START HEAVY EQUIP. REPAIR, 861 S DESERT CANYON WAY, KINGMAN AZ 86401-4385
(address filed with court: Jump Start Heavy Equip. Repair, 861 Ramirez Family Way, Kingman, AZ 86401)
4301237 ++++JUN SUI, 176 SHORT RUFF WAY, LAS VEGAS NV 89148-5258
(address filed with court: Jun Sui, 174 Short Ruff Way, Las Vegas, NV 89148)
4643796 +JW Zunino Associates, Attn Bankruptcy Desk/Managing Agent, 3191 S Jones Blvd, Las Vegas NV 89146-6703
4301249 +JWilliams Staffing, 19762 Mac Arthur Blvd., Suite 120, Irvine, CA 92612-2425
4643797 +JWilliams Staffing, Attn Bankruptcy Desk/Managing Agent, 19762 Mac Arthur Blvd, Suite 120, Irvine CA 92612-2425
4300687 +Jabbar & Nasrin Mirreghabie, 1853 Corre Camino Way, Vista, CA 92084-2850
4300689 +Jack & Colleen Fithian, 288 Via Di Citta Dr, Henderson, NV 89011-0849
4300690 Jack & Pauline Hurford, 407 Village Grove, Sherwood Park Alberta Canada, 00000
4300692 +Jack Phillips, 2261 Lauren Dr, Las Vegas, NV 89134-5530
4643654 +Jack Pots Portables Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 1444, Lake Havasu City AZ 86405-1444
4300693 +Jack Pots Portables, Inc., PO Box 1444, Lake Havasu City, AZ 86405-1444
4300694 +Jack Rose, 341 Tayman Park Ave, Las Vegas, NV 89148-2846
4643653 +Jack and Sons Automotive, Attn Bankruptcy Desk/Managing Agent, 7010 W Russell Road, Las Vegas NV 89113-0258
4643655 +Jackie Hill, Attn Bankruptcy Desk/Managing Agent, 9285 Dames Rocket Place, Las Vegas NV 89148-4805
4300695 +Jackpot Graphics, 4290 Cameron Street, Suite 8, Las Vegas, NV 89103-3768
4643656 +Jackpot Graphics, Attn Bankruptcy Desk/Managing Agent, 4290 Cameron Street, Suite 8, Las Vegas NV 89103-3768
4300696 +Jackpot Sanitation Services, 2440 Marcos Street, Las Vegas, NV 89115-4597
4643657 +Jackpot Sanitation Services, Attn Bankruptcy Desk/Managing Agent, Nikki Miller, 2440 Marcos Street, Las Vegas NV 89115-4597
4300697 +Jacob & Carmel Gonzales, 1024 Via Gallia St, Henderson, NV 89011-0813
4300699 +Jacobs Consulting, Inc., 8100 W. Sahara, Suite 200, Las Vegas, NV 89117-1997
4643661 Jacobsen s Marine, Attn Bankruptcy Desk/Managing Agent, 2300A E Lake Mead Drive, Henderson NV 89015
4300700 +Jacobson, Robert K., 41 Queen Valley Ct, Las Vegas, NV 89148-2725
4300702 +Jacqueline Gilbert, 203 Sea Rim Ave, Las Vegas, NV 89148-2758
4300703 +Jacqueline Guinn, 34626 Yellow Parrot Dr, Zephyrhills, FL 33541-2165
4300704 +Jacqueline Jansen, 311 N Robertson Blvd No 314, Beverly Hills, CA 90211-1705
4300705 +Jacquelyn Taylor, 3901 Cherrywood Ave, Los Angeles, CA 90008-2644
4300706 +Jacques & Jenny Phan, 8930 Lansberry Ct, Las Vegas, NV 89147-8118
4300707 +Jacqulyn Kerr, 8350 W Desert Inn Rd Apt 1085, Las Vegas, NV 89117-9115
4300708 +Jade & Lorraine Anderson, 591 Center Green Dr, Las Vegas, NV 89148-5224
4300709 +Jade Anderson, 591 Center Green Dr, Las Vegas, NV 89148-5224
4300711 +Jadwiga Kuc, 7480 River Dove Ct, Las Vegas, NV 89139-5357
4300712 +Jae Chang, 1518 Quiet Pond Ln, San Jose, CA 95138-2754
4300713 +Jae Ha, 362 Arbour Garden Ave, Las Vegas, NV 89148-2765
4300714 +Jae-yoon Rim, 175 Marco Island St, Las Vegas, NV 89148-2760
4300715 +Jae-youn Baek, 7163 S Durango Dr Unit 208, Las Vegas, NV 89113-2008
4300717 +Jaime & Letty Tycangco, 609 Balboa St, West Covina, CA 91791-2653
4300718 +Jaime & Rosalinda Mallari, PO Box 5427, South San Francisco, CA 94083-5427
4300720 +Jaime Martin Martin, 3750 E. Bonanza Rd No 3, Las Vegas, NV 89110-6424
4643662 +Jaimie Blue, Attn Bankruptcy Desk/Managing Agent, dba Bella Luna Pictures, 6930 Paradise Road 2004, Las Vegas NV 89119-4455
4300722 +Jake & Daniel Rudolph, 176 Broken Putter Way, Las Vegas, NV 89148-5256
4300723 +Jake Blasco, 255 Blackstone River Ave, Las Vegas, NV 89148-2701
4300724 +Jake Sakurai, 7103 S Durango Dr Unit 307, Las Vegas, NV 89113-2007
4300725 +Jake Worline, PO Box 751135, Las Vegas, NV 89136-1135
4300726 +Jakes Wire Rope & Riggings, 3365 W Patrick Lane Ste-B, Las Vegas, NV 89118-3179
4643665 +Jama Huggins, Attn Bankruptcy Desk/Managing Agent, 6865 S Tamaros 101, Las Vegas NV 89119-0389
4300727 +Jama Investments LLC, 1540 Canyon Ledge Ct, Las Vegas, NV 89117-1491
4300728 +Jamal Elkhansa, 9050 W Warm Springs Rd Unit 2077, Las Vegas, NV 89148-3834
4300729 +James & Barbara Hayden, 952 Via Stellato St, Henderson, NV 89011-0857
4300730 +James & Claire Grach, 165 Lakewood Garden Dr, Las Vegas, NV 89148-2739
4300731 +James & Cynthia Cody, 7410 Red Cinder St, Las Vegas, NV 89131-3368
4300732 +James & Cynthia Lupo, 226 Blackstone River Ave, Las Vegas, NV 89148-2701
4300734 +James & Doris Pomerening, 7151 S Durango Dr Unit 110, Las Vegas, NV 89113-2032
4300735 +James & Glynda Rhodes, 4730 S Fort Apache Rd Ste 300, Las Vegas, NV 89147-7947
4300736 +James & Grace Ching, 1812 Canfield Rd, Park Ridge, IL 60068-5624
4300737 +James & Isabel Griego, 4650 73rd St, La Mesa, CA 91942-5729
4300738 +James & Jessie Yee, 5760 Spring Mountain Rd, Las Vegas, NV 89146-8811
4300739 +James & Joyce Divirgilius, 7529 Hornblower Ave, Las Vegas, NV 89131-3396
4300740 +James & Kathrine Davis, 408 20th St, Huntington Beach, CA 92648-3828
4300741 +James & Kim Devlin, 612 Via Colmo Ave, Henderson, NV 89011-0864
4300743 +James & Laraine Miller, 9558 Castillana Ct, Las Vegas, NV 89147-8210
4300744 +James & Lauren Hess, 60 Broken Putter Way, Las Vegas, NV 89148-5254
4300745 +James & Laurie Walker, 5536 Hawley Ct, Las Vegas, NV 89118-1856
4300746 +James & Lea Wozniak, 5954 Windward Way, Portage, IN 46368-6422
4300747 +James & Leslie Haefeli, or Current Homeowner, 173 Lakewood Garden Dr., Las Vegas, NV 89148-2740
4300748 +James & Linda Kracht, 21427 Meteor Dr, Cupertino, CA 95014-1357
4300750 +James & Paola Martin, 9887 Brook Canyon Dr No 228-7476, Las Vegas, NV 89147-8414

4300751 +James & Rosan Barnewolt, 1212 Olivia Pkwy, Henderson, NV 89011-0801
4300752 +James & Simone Cook, 7501 Cedar Rae Ave, Las Vegas, NV 89131-3393
4300753 +James & Susan Damitz, 7221 Tealwood St, Las Vegas, NV 89131-8240
4300754 +James & Terri Longwell, 1053 Via Prato Ln, Henderson, NV 89011-0899
4300755 +James & Theresa Locklar, 120 Short Ruff Way, Las Vegas, NV 89148-5258
4643667 James Beal Dean A Jelmini, Attn Bankruptcy Desk/Managing Agent, Attorneys at Law, c/o Law Offices of Natalie Blake, Los Angeles CA 90025
4300757 +James Braccio, 7143 S Durango Dr Unit 305, Las Vegas, NV 89113-2002
4300759 +James Brooks, 7119 S Durango Dr Unit 106, Las Vegas, NV 89113-2058
4300760 +James Conway, 7159 S Durango Dr Unit 313, Las Vegas, NV 89113-2037
4300761 +James Cronk, 6517 Bethalto St, Las Vegas, NV 89148-5740
4300762 +James Davis, 408 20th Street, Huntington Beach, CA 92648-3828
4643668 +James Davis, Attn Bankruptcy Desk/Managing Agent, 408 20th Street, Huntington Beach CA 92648-3828
4643669 James E Garrett, Attn Bankruptcy Desk/Managing Agent, Jimmy, 4911 Mission Bay Drive, Las Vegas NV 89113-1350
4300763 James E. Garrett, 4911 Mission Bay Drive, Las Vegas, Nv 89113-1350
4643670 +James Econn Company, Attn Bankruptcy Desk/Managing Agent, 445 S Figueroa St 36th Fl, Los Angeles CA 90071-1645
4300764 +James Family, 76 Rancho Maria St, Las Vegas, NV 89148-2749
4300766 James Garrett Trust, c/o James E Garrett, 4911 Mission Bay Drive, Las Vegas, NV 89113-1350
4643672 James Garrett Trust, Attn Bankruptcy Desk/Managing Agent, c/o James E Garrett, 4911 Mission Bay Drive, Las Vegas NV 89113-1350
4643673 +James Glynda Rhodes, Attn Bankruptcy Desk/Managing Agent, 252 Angels Trace Court, Las Vegas NV 89148-2746
4300767 +James Green, 3540 W Sahara No 261, Las Vegas, NV 89102-5816
4300768 +James Hunt, 11441 Allerton Park Dr Unit 211, Las Vegas, NV 89135-3375
4643674 +James J Pisanelli Esq, Attn Bankruptcy Desk/Managing Agent, Brownstein Hyatt Farber Schreck PC, 300 S Fourth St Suite 1200, Las Vegas, NV 89101-6020
4643675 +James Jenkins Equip Rental, Attn Bankruptcy Desk/Managing Agent, 35800 Calle NoPal, Temecula CA 92592-9469
4300769 +James Jenkins Equip. Rental, 35800 Calle NoPal, Temecula, CA 92592-9469
4300770 +James Jennings, 351 Cart Crossing Way, Las Vegas, NV 89148-5213
4300771 +James Kilroy, 7163 S Durango Dr Unit 113, Las Vegas, NV 89113-2044
4300772 +James Kracht, Linda Kracht, 21427 Meteor Drive, Cupertino, CA 95014-1357
4643676 +James Kracht, Attn Bankruptcy Desk/Managing Agent, Linda Kracht, 21427 Meteor Drive, Cupertino CA 95014-1357
4300773 +James Lapelusa, 1178 Olinia Pkwy, Henderson, NV 89011-0801
4300774 +James Lapelusa, 1178 Olivia Pkwy, Henderson, NV 89011-0801
4643678 +James Maiola, Attn Bankruptcy Desk/Managing Agent, 9490 W Ann Road, Las Vegas NV 89149-2344
4300775 +James Marino, 7135 S Durango Dr Unit 113, Las Vegas, NV 89113-2074
4300776 +James Markey, 6557 Harbor Dr NW, Canton, OH 44718-3782
4643679 +James Maureen Siple, Attn Bankruptcy Desk/Managing Agent, 3312 Amish Avenue, N Las Vegas NV 89031-3587
4300777 +James Metzger, 7956 Mission Center Ct Unit H, San Diego, CA 92108-1455
4300778 +James Milkowski, 10137 Dragons Meadow Ct, Las Vegas, NV 89148-6735
4300779 +James Nameth, 1041 Via Prato Ln, Henderson, NV 89011-0899
4300780 +James Nelson, 2843 Via Florentine St, Henderson, NV 89074-1405
4300781 +James Nikopoulos, 7881 Rockwind Ct, Las Vegas, NV 89117-1982
4300782 +James Raymond, 1280 Olivia Pkwy, Henderson, NV 89011-0834
4300783 +James Remmert, 1755 Sunset Blvd, Boulder, CO 80304-4242
4643680 +James Robert Karnuth, Attn Bankruptcy Desk/Managing Agent, 281 Tayman Park Avenue, Las Vegas NV 89148-2837
4300785 +James Severson, 2365 D Wooster Cir, Las Vegas, NV 89108-3238
4643681 +James Severson, Attn Bankruptcy Desk/Managing Agent, 2365 D Wooster Cir, Las Vegas NV 89108-3238
4300786 +James Sidenstricker, 960 Via Vannucci Way, Henderson, NV 89011-0106
4300787 +James Stevens, 9050 W Tropicana Ave Unit 1121, Las Vegas, NV 89147-8189
4643682 +James Swan, Attn Bankruptcy Desk/Managing Agent, 5329 S Cameron St, Ste 109, Las Vegas NV 89118-6214
4300789 +James W. Mentzer, 30 Tukaway Ct, Henderson, NV 89074-6100
4300790 +James Witkowski, 7143 S Durango Dr Unit 304, Las Vegas, NV 89113-2002
4300791 +Jamie Miller, 952 Via Canale Dr, Henderson, NV 89011-0828
4300792 +Jammie Hsu, 7835 S Rainbow Blvd Ste 4, Las Vegas, NV 89139-6456
4643684 +Jammie S K HSU, Attn Bankruptcy Desk/Managing Agent, 7835 South Rainbow Blvd, Suite 4 5, Las Vegas NV 89139-6455
4300793 +Jammie S.K. HSU, 7835 South Rainbow Blvd., Suite 4-5, Las Vegas, NV 89139-6455
4643685 Jams Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 512850, Los Angeles 90051-0850
4300794 +Jan & Wen Stubbs, 7346 Brinco Peak St, Las Vegas, NV 89139-0509
4300796 +Janas Dymon, 385 Apple River Ct, Las Vegas, NV 89148-2785
4300797 +Jane Hoffner, 10 Barlovento Ct, Newport Beach, CA 92663-2358
4643686 +Jane Memmott, Attn Bankruptcy Desk/Managing Agent, 2675 Windmill Parkway 3923, Henderson NV 89074-1946
4300798 +Jane Yee, 4601 El Camino Cabos Dr, Las Vegas, NV 89147-8110
4300799 +Janet Medrano-Abrego, 4728 Califa Dr, Las Vegas, NV 89122-7575
4300800 +Janet Ragon, 9050 W Warm Springs Rd Unit 1133, Las Vegas, NV 89148-3846
4300801 +Janice Greer, 1019 Via Calderia Pl, Henderson, NV 89011-0806
4300802 +Janice McGriff, 1268 Olivia Pkwy, Henderson, NV 89011-0834
4300803 +Janice Stutz, 1150 Olivia Pkwy, Henderson, NV 89011-0800
4300804 +Janna Malizia, 3276 N Polo Dr, Aptos, CA 95003-4130

4300805 +Janna Strickland, 9726 Kampsville Ave, Las Vegas, NV 89148-5748
4300806 +Jaquez, Jose Antonio, 7001 W. Charleston Blvd No 2027, Las Vegas, NV 89117-1657
4300807 +Jara, Jesus, 4780 Nova Ln Apt 2, Las Vegas, NV 89115-6676
4300808 +Jara-Zarate, Victor M., 608 Greenhurst Rd, Las Vegas, NV 89145-6023
4300809 +Jardine, Robert, 2558 Swan Lane, Las Vegas, NV 89121-5218
4300810 +Jared & Pamela Odd, 7115 S Durango Dr Unit 204, Las Vegas, NV 89113-2055
4643687 +Jared Marks Esq, Attn Bankruptcy Desk/Managing Agent, 3753 Howard Hughes Parkway, Suite 200, Las Vegas NV 89169-0952
4643688 +Jared Weiss, Attn Bankruptcy Desk/Managing Agent, 6768 Pastel Camellia, Las Vegas NV 89148-4811
4300811 +Jaroslaw & Jennifer Marciniak, 7219 Amhurst Way, Clearwater, FL 33764-7035
4300813 +Jason & Kimberly Moyer, 7245 Tealwood St, Las Vegas, NV 89131-8219
4300814 +Jason & Lisa Bowling, 7159 S Durango Dr Unit 214, Las Vegas, NV 89113-2037
4300815 +Jason & Sarah Castiglione, 1058 Via Di Olivia St, Henderson, NV 89011-0810
4300816 +Jason & Terry Ono, 1462 Danyelle Ct, Las Vegas, NV 89117-1300
4643689 +Jason Cathcart, Attn Bankruptcy Desk/Managing Agent, 10255 Bright Harbor, Las Vegas NV 89135-2846
4300817 Jason Chan, 3425 Wasatch Dr., Las Vegas, NV 89122
4643690 Jason Chan, Attn Bankruptcy Desk/Managing Agent, 3425 Wasatch Dr, Las Vegas NV 89122
4300819 +Jason Menendez, 9699 Powell Plateau Ct, Las Vegas, NV 89148-1611
4300820 +Jason Miller, 7167 S Durango Dr Unit 311, Las Vegas, NV 89113-2042
4643692 +Jason Rozar, Attn Bankruptcy Desk/Managing Agent, 8916 Egyptian Avenue, Las Vegas NV 89143-1172
4300823 +Jason Woywod, 2260 Villefort Ct., Las Vegas, NV 89117-2770
4643693 +Jason Woywod, Attn Bankruptcy Desk/Managing Agent, 2260 Villefort Ct, Las Vegas NV 89117-2770
4300824 +Jauregui, Jesus, 828 N. 24th St. No B, Las Vegas, NV 89101-2248
4300825 +Jauregui, Jose E., 3266 Gold Run, N Las Vegas, NV 89032-3416
4300826 +Jauregui, Martin, 1542 Jaboneria Dr., Las Vegas, NV 89104-5158
4300827 +Jauregui-Lopez, Jose J, 1001 Carey Ave No 1515, N Las Vegas, NV 89030-1812
4300828 +Jaureguy, Gerardo, 2665 S. Bruce No 293, Las Vegas, NV 89169-1700
4300829 +Javier & Gloria Pacheco, 9678 Valmeyer Ave, Las Vegas, NV 89148-5741
4300830 +Javier Carrillo Hernandez, 3508 Bassler St, North Las Vegas, NV 89030-4614
4300831 +Javier Velazquez-Zendejas, 4055 Tara No 1, Las Vegas, NV 89102-7487
4300832 Jay Abbott, 9222 W. Tropicana Ave., Las Vegas, NV 89147
4643694 Jay Abbott, Attn Bankruptcy Desk/Managing Agent, 9222 W Tropicana Ave, Las Vegas NV 89147
4643695 +Jay Earl Smith Esq, Attn Bankruptcy Desk/Managing Agent, c/o Smith Larsen Wixom, 1935 Village Center Circle, Las Vegas NV 89134-6237
4300833 +Jay Gilder, 18593 Brookhurst St, Fountain Valley, CA 92708-6747
4643696 +Jay H Youngman, Attn Bankruptcy Desk/Managing Agent, PO Box 334, Tahoma CA 96142-0334
4300834 +Jay Kapur, 269 Via Di Citta Dr, Henderson, NV 89011-0848
4643698 +JayLee Development, Attn Bankruptcy Desk/Managing Agent, 3975 West Quail 10, Las Vegas NV 89118-3002
4300835 +Jays Sharpening Service, LLC, 2961 Industrial Road No 509, Las Vegas, NV 89109-1134
4300838 +Jazlin Simeona, 57 Tall Ruff Dr, Las Vegas, NV 89148-5243
4300843 +Jean & Sasha Erramouspe, 257 Via Franciosa Dr, Henderson, NV 89011-0851
4643702 +Jeanine Zeigler, Attn Bankruptcy Desk/Managing Agent, 66 Sunset Bay St, Las Vegas NV 89148-2768
4300844 +Jeanne Bethers, 2059 S 900 E, Bountiful, UT 84010-3147
4300845 +Jeannie Chau, 1083 S Mount Vernon Ave, Colton, CA 92324-4202
4300847 +Jeff & Gina Tomasini, 7159 S Durango Dr Unit 303, Las Vegas, NV 89113-2037
4300848 +Jeff Fegert, 3451 Losee Rd. No E, North Las Vegas, NV 89030-3304
4643703 +Jeff Fegert, Attn Bankruptcy Desk/Managing Agent, 3451 Losee Rd E, North Las Vegas NV 89030-3304
4300849 +Jeff Leonard, 8141 Hydra Lane, Las Vegas, NV 89128-1654
4643704 +Jeff Stemple, Attn Bankruptcy Desk/Managing Agent, 99 Teton Pines Drive, Henderson NV 89074-0698
4300850 +Jeff Strong, 5521 Red Sun Drive, Las Vegas, NV 89149-6674
4643705 +Jeff Strong, Attn Bankruptcy Desk/Managing Agent, Ted, 5521 Red Sun Drive, Las Vegas NV 89149-6674
4300851 +Jeffery Hill, 90 Back Spin Ct, Las Vegas, NV 89148-5240
4300852 +Jeffery, Ryan, 4200 Paradise Rd, Las Vegas, NV 89169-6548
4300854 +Jeffrey & Attyna Dee, 183 Middlefield Dr, San Francisco, CA 94132-1415
4300855 +Jeffrey & Bethany Briney, 31282 Ceanothus Dr, Laguna Beach, CA 92651-6928
4300856 +Jeffrey & Brenda Baker, 7550 Cedar Rae Ave, Las Vegas, NV 89131-3394
4300857 +Jeffrey & Devecia Venuto, 9715 Waukegan Ave, Las Vegas, NV 89148-5745
4300858 +Jeffrey & Emire Stitt, 1240 Olivia Pkwy, Henderson, NV 89011-0833
4300860 +Jeffrey & Kevin Leduff, PO Box 3321, La Habra, CA 90632-3321
4300861 +Jeffrey & Kristina Knebl, PO Box 91656, Henderson, NV 89009-1656
4300862 +Jeffrey & Lee Mix, 225 Via Mezza Luna Ct, Henderson, NV 89011-0876
4300863 +Jeffrey & Linda Hoeck, 1860 Capistrano Way, Burlingame, CA 94010-5715
4300864 +Jeffrey & Lolita Cosio, 1033 Viale Placenza Pl, Henderson, NV 89011-0844
4300865 +Jeffrey & Luanne Lee, 22 Sandy Bunker Ln, Las Vegas, NV 89148-5266
4300867 +Jeffrey Carillo, 304 Broken Par Dr, Las Vegas, NV 89148-5211
4300868 +Jeffrey George, 4624 Stuttgart St, Las Vegas, NV 89147-8102
4643707 +Jeffrey Green Photography, Attn Bankruptcy Desk/Managing Agent, 972 Vegas Valley Drive, Las Vegas NV 89109-1540
4643708 +Jeffrey Guyer Tricia Gaines, Attn Bankruptcy Desk/Managing Agent, 2872 Moonlight Bay Lane, Las Vegas NV 89128-7247
4300869 +Jeffrey Long, 7139 S Durango Dr Unit 308, Las Vegas, NV 89113-2082

4643709 +Jeffrey S Barcy, Attn Bankruptcy Desk/Managing Agent, Ridgeback Partners, 97 Round Hill Road, Tiburon CA 94920-1517
4643710 +Jeffrey S Barcy, Attn Bankruptcy Desk/Managing Agent, 97 Round Hill Road, Tiburon, CA 94920-1517
4300870 +Jeffrey S. Barcy, 97 Round Hill Road, Tiburon, CA 94920-1517
4643711 +Jeffrey W Stempel, Attn Bankruptcy Desk/Managing Agent, 99 Tenton Pines Dr, Henderson NV 89074-0698
4300871 +Jeffrey W. Stempel, 99 Tenton Pines Dr, Henderson, NV 89074-0698
4643712 +Jeffrey Weinberg, Attn Bankruptcy Desk/Managing Agent, 16 W Pacific Ave 2, Henderson NV 89015-7481
4300872 +Jeffries Capital, 11100 Santa Monica Boulevard, Los Angeles, California 90025-3384
4300873 +Jehu Mariscal, 7173 S Durango Dr Unit 311, Las Vegas, NV 89113-2047
4300874 +Jen & Shuyiang Wang, 1809 S 2nd Ave, Arcadia, CA 91006-4706
4300875 +Jenkins, James, 35800 Calle Nopal, Temecula, CA 92592-9469
4300876 +Jennie Hanaoka, 12888 Sundown Ln, Chino Hills, CA 91709-1011
4300878 +Jennifer & Shawn Schai, 480 Via Palermo Dr, Henderson, NV 89011-0825
4300881 +Jennifer Gettle, 7220 Cottonsparrow St, Las Vegas, NV 89131-8257
4300882 +Jennifer Johnson, 9050 W Warm Springs Rd Unit 1071, Las Vegas, NV 89148-3829
4300883 +Jennifer Klee, 3210 Waterford Ct Apt 1003, Rochester Hills, MI 48309-2772
4300885 +Jennifer Noble, 7127 S Durango Dr Unit 214, Las Vegas, NV 89113-2067
4300886 +Jennifer Smith, 171 Dog Leg Dr, Las Vegas, NV 89148-2696
4643713 +Jennifer Somers, Attn Bankruptcy Desk/Managing Agent, 9235 Tulip Trestle, Las Vegas NV 89148-4840
4300887 +Jennifer Thomas, 6448 Aether St, Las Vegas, NV 89148-6726
4300888 +Jenny Ching Ying Li, 282 Rusty Plank Ave, Las Vegas, NV 89148-4442
4643714 +Jenny Ching Ying Li, Attn Bankruptcy Desk/Managing Agent, 282 Rusty Plank Ave, Las Vegas NV 89148-4442
4643715 +Jensen Fencen LLC, Attn Bankruptcy Desk/Managing Agent, 2360 Buckhorn Bend, Kingman AZ 86409-9277
4300889 +Jensen Fencen, LLC, 2360 Buckhorn Bend, Kingman, AZ 86409-9277
4300890 Jensen Pre Cast, 3853 Losee Road, Las Vegas, NV 89030-3326
4643716 Jensen Precast, Attn Bankruptcy Desk/Managing Agent, 3853 Losee Road, North Las Vegas NV 89030-3326
4300891 +Jeom Lee, 9883 Ridgehaven Ave, Las Vegas, NV 89148-4637
4300892 +Jeraldo Jose, 6678 Roanoke Ct, Las Vegas, NV 89148-5753
4300893 +Jeremiah Javier, 9050 W Warm Springs Rd Unit 1113, Las Vegas, NV 89148-3830
4300894 +Jeremy & Beverly Davison, 901 Via Stellato St, Henderson, NV 89011-0856
4300895 +Jeremy Weisbart, 897 Via Stellato St, Henderson, NV 89011-0856
4300896 +Jeremy Zaetz, 189 Dog Leg Dr, Las Vegas, NV 89148-2696
4300897 +Jerez Lemus, Carlos Humberto, 1550 E. Harmon Ave., No 407, Las Vegas, NV 89119-5965
4300898 +Jericho Trust, 4730 South Fort Apache Rd Suite 300, Las Vegas, CA 89147-7947
4300899 +Jerome James Mancini, 1811 Nauarre Lane, Henderson, NV 89014-5101
4643717 +Jerome James Mancini, Attn Bankruptcy Desk/Managing Agent, 1811 Nauarre Lane, Henderson NV 89014-5101
4300900 +Jerry & Maribel Pineda, 43070 Noria Rd, Fremont, CA 94539-5734
4300901 +Jerry Cabebe, 373 Banff Ct, Las Vegas, NV 89148-2822
4300902 +Jerry Kim, 5810 Boulder Brook Ct, Las Vegas, NV 89149-1262
4300903 +Jerry Lapour, 7107 S Durango Dr Unit 103, Las Vegas, NV 89113-2011
4300904 +Jerry Spivey, 7229 Buglehorn St, Las Vegas, NV 89131-8261
4300905 +Jesse & April Parke, 6692 Bristow Falls Ct, Las Vegas, NV 89148-5756
4300906 +Jesse & Sara Tillie, 261 Via Franciosa Dr, Henderson, NV 89011-0851
4300907 +Jesse Curiel, 1066 Via Saint Lucia Pl, Henderson, NV 89011-0873
4643718 Jesse Estrada, Attn Bankruptcy Desk/Managing Agent, 6025 W Flamingo Rd 215, Las Vegas NV 89103-0107
4300908 +Jesse Gould, 131 Sandy Bunker Ln, Las Vegas, NV 89148-5270
4643719 +Jesse Shoop, Attn Bankruptcy Desk/Managing Agent, Mestizo USA, 2245 Seahurst Drive Ste G, Las Vegas NV 89142-2699
4300909 +Jesse Vazquez, 4732 Stavanger Lane, Las Vegas, NV 89147-6046
4643720 +Jesse Vazquez, Attn Bankruptcy Desk/Managing Agent, 4732 Stavanger Lane, Las Vegas NV 89147-6046
4300910 +Jessica Jordan, 72 Back Spin Ct, Las Vegas, NV 89148-5240
4643721 +Jessica s Children, Attn Bankruptcy Desk/Managing Agent, 6691 Ironbound Bay, Las Vegas NV 89139-6131
4300912 +Jessie McNair, 7652 Mesa Vista Ct., Kingman, AZ 86401-9118
4300911 +Jessie McNair, 2255 E. Sunset Road, No 1137, Las Vegas, NV 89119-4947
4300913 +Jesus & Charito Delosreyes, 4250 Birmingham Way, Union City, CA 94587-1538
4300914 +Jesus & Christine Vega, 220 Via Mezza Luna Ct, Henderson, NV 89011-0876
4300915 +Jesus & Marie Florendo, 4726 Ashington St, Las Vegas, NV 89147-6070
4300916 +Jesus Cardenas, 3212 Marry Dee, N Las Vegas, NV 89030-8197
4300917 +Jesus Martinez, 2104 White St., N Las Vegas, NV 89030-5656
4300918 +Jesus Martinez, 5606 Meikle Ln., No C, Las Vegas, NV 89156-6860
4300919 +Jesus O. Madrid Valdez, 4710 Luxor Way No 2218, Las Vegas, NV 89115-3023
4300920 +Jet Nevada, 4511 W. Cheyenne, Suite 3, North Las Vegas, NV 89032-2439
4643723 +Jet Nevada, Attn Bankruptcy Desk/Managing Agent, 4511 W Cheyenne, Suite 3, North Las Vegas NV 89032-2450
4643724 +Jet Source Inc, Attn Bankruptcy Desk/Managing Agent, 2056 Palomar Airport Road, Carlsbad CA 92011-4463
4300921 +Jet Source, Inc, 2056 Palomar Airport Road, Carlsbad, CA 92011-4463
4300922 +Jevgine Avadian, 408 Spencer St, Glendale, CA 91202-1618

4643725 +Jewel Craft Inc, Attn Bankruptcy Desk/Managing Agent, 4122 Olympic Boulevard, Erlanger KY 41018-3507
4300924 +Jia/zhao Family, 1073 Oaktree Dr, San Jose, CA 95129-3147
4300925 +Jianwen Zeng, PO Box 81264, Las Vegas, NV 89180-1264
4643726 +Jianwen Zeng, Attn Bankruptcy Desk/Managing Agent, PO Box 81264, Las Vegas NV 89180-1264
4300926 +Jietao Su, 178 Tall Ruff Dr, Las Vegas, NV 89148-5245
4300927 +Jill & David Boller, 1048 Via Saint Lucia Pl, Henderson, NV 89011-0872
4300929 +Jim & Nhan Taylor, 955 Via Canale Dr, Henderson, NV 89011-0828
4300930 +Jim Barnhardt, 10040 West Cheyenne, Suite 170-22, Laa Vegaa, NV 89129-7719
4300931 +Jim Reichert, PO Box 1, Marion, IL 62959-0001
4300932 +Jim White, 676 Sari Dr., Las Vegas, NV 89110-4227
4300933 +Jim Whitehead, 3915 Fernwood St, San Mateo, CA 94403-4162
4643727 +Jim s House of Glass, Attn Bankruptcy Desk/Managing Agent, 2445 Airway, Kingman AZ 86409-3658
4300934 +Jim, Leonard, PO Box 427 Crownpoint, NM 87313, Crownpoint, NM 87313-0427
4300936 +Jimemez, Ricardo, 33080 Garner Road, Apt A Lake Elsinore,, Lake Elsinore, CA 92530-1485
4300937 +Jimenez III, Rafael, 3373 Wayward Ct., Las Vegas, NV 89129-6743
4300938 +Jimenez Ochoa, Miguel A, 4575 E Chicago Ave, Las Vegas, NV 89104-5611
4300939 +Jimenez Polanco, Alonso, 1001 E. Carey Ave., No 1, N Las Vegas, NV 89030-1804
4300940 +Jimenez Quinones, Adolfo, 9552 W. Tropicana, Las Vegas, NV 89147-8292
4300941 +Jimenez, Alberto, 5140 Farndale Ave No A, Las Vegas, NV 89122-4610
4300942 +Jimenez, Ismael, 725 Lily Ln. No 17 A, Las Vegas, NV 89101-2889
4300943 +Jimenez, Julie, 8211 Broward Lane, Las Vegas, NV 89147-6129
4300944 +Jimenez-Castillo, Abigail, 360 N 15th St No B, Las Vegas, NV 89101-4197
4300945 +Jimmie Vega, 1130 Olivia Pkwy, Henderson, NV 89011-0800
4300946 +Jimmy & Hazel Boone, or Current Homeowner, 382 Grandover Court, Las Vegas, NV 89148-2821
4300947 +Jimmy Charalambous, 525 E Seaside Way Unit 1509, Long Beach, CA 90802-8012
4300948 +Jimmy Chen, 13331 Presidio Pl, Tustin, CA 92782-8608
4300949 +Jimmy Rafferty, 9761 Kampsville Ave, Las Vegas, NV 89148-5749
4300950 +Jimmy Valdez, 123 Tall Ruff Dr, Las Vegas, NV 89148-5246
4300935 +Jims House of Glass, 2445 Airway, Kingman, AZ 86409-3658
4300951 +Jin Jin, 9748 Ziegler Ave, Las Vegas, NV 89148-5758
4300952 +Jing Peng, 8962 Sanibel Shore Ave, Las Vegas, NV 89147-6566
4300953 +Jinglian Jin, 214 Tall Ruff Dr, Las Vegas, NV 89148-5267
4300954 +Jirong Xie, 50 Laying Up Ct, Las Vegas, NV 89148-5257
4300960 +Jo Dittrich, 7167 S Durango Dr Unit 308, Las Vegas, NV 89113-2042
4300961 +Joachim Heumann, 8759 Las Olivas Ave, Las Vegas, NV 89147-6040
4300962 +Joan & Paul Carapucci, 4659 Stuttgart St, Las Vegas, NV 89147-8102
4300963 +Joan Leduc, 7173 S Durango Dr Unit 113, Las Vegas, NV 89113-2016
4300964 +Joan Travis, 10372 Madre Ave, Las Vegas, NV 89135-3207
4643730 +Joan Travis, Attn Bankruptcy Desk/Managing Agent, 10372 Madre Ave, Las Vegas NV 89135-3207
4300966 +Joanna Buckley, 4585 Califa Dr, Las Vegas, NV 89122-1907
4300967 +Joanne Artemis, 9050 W Warm Springs Rd Unit 1112, Las Vegas, NV 89148-3830
4643732 +JobTarget com, Attn Bankruptcy Desk/Managing Agent, Accounting Dept, 22 Masonic St Suite 302, New London 06320-6473
4643731 Jobing com, Attn Bankruptcy Desk/Managing Agent, PO BOX 29386, Phoenix AZ 85038-9386
4300968 +Jocelyn & Ronaldo Fernando, 12719 Goethe Pl, Granada Hills, CA 91344-1420
4643733 +Jock Shop, Attn Bankruptcy Desk/Managing Agent, 5785 W Sahara Blvd, Las Vegas NV 89146-3120
4300970 +Jody McCavitt, 9050 W Warm Springs Rd Unit 2018, Las Vegas, NV 89148-3847
4300971 +Jody Stewart, 7115 S Durango Dr Unit 302, Las Vegas, NV 89113-2056
4300972 +Joe & Jenne Moncada, 413 Pure Rain Ct, Las Vegas, NV 89148-2815
4643734 +Joe AND Carol Ott, Attn Bankruptcy Desk/Managing Agent, 621 Shawow Mountain Drive, Kingman AZ 86409-6977
4300973 +Joe Dirt Excavating Inc., PO Box 3614, Flagstaff, AZ 86003-3614
4300975 +Joe Turner Customer Service, Consulting, 3525 Sandybrook Lane, Napa, CA 94558-5216
4643736 +Joe Turner Customer Service, Attn Bankruptcy Desk/Managing Agent, Consulting, 3525 Sandybrook Lane, Napa CA 94558-5216
4643735 +Joe s Carpet, Attn Bankruptcy Desk/Managing Agent, P O Box 3423, Kingman AZ 86402-3423
4300977 +Joel & Donna Rumph, 267 Soggy Ruff Way, Las Vegas, NV 89148-5216
4300978 +Joel & Gemma Dancel, 4865 Lames Dr, Las Vegas, NV 89122-1906
4300979 +Joel & Katherine Kapland, 577 Via Di Parione Ct, Henderson, NV 89011-0811
4300980 +Joel & Susan Marshall, 1162 Olivia Pkwy, Henderson, NV 89011-0800
4300981 +Joel Koester, 2180 E. Warm Springs Rd., Apt. 2193, Las Vegas, NV 89119-0450
4300982 +Joel M. Ventura, 401 N. 28th St, No 338, Las Vegas, NV 89101-3916
4300983 +Joel Morejon, 1039 Via Sanguinella St, Henderson, NV 89011-0820
4300984 +Joel Payne Associates, 2880 E. Flamingo Rd. Ste E, Las Vegas, NV 89121-5223
4643737 +Joel Payne Associates, Attn Bankruptcy Desk/Managing Agent, 2880 E Flamingo Rd Ste E, Las Vegas NV 89121-5223
4300985 +Joey & Tia Price, 8940 Minsk Ct, Las Vegas, NV 89147-8117
4300986 +Johanna Leyde, 1069 Via Prato Ln, Henderson, NV 89011-0600
4300989 +Johansen, Heather, 417 Via Stretto Avenue, Henderson, NV 89011-0835
4300990 +John & Andrea McKeague, 9050 W Warm Springs Rd Unit 1074, Las Vegas, NV 89148-3829
4300991 +John & Anniebelle Tuquero, 11910 Yearling St, Cerritos, CA 90703-7615
4300992 +John & Brenda Sanchez, 398 Blue Tee Ct, Las Vegas, NV 89148-5253
4300993 +John & Carolyn Discola, 12261 Alison Dr, Santa Rosa Valley, CA 93012-9338
4300994 +John & Dawn Liberti, or Current Homeowner, 261 Tayman Park Ave., Las Vegas, NV 89148-2837
4300995 +John & Dawn Liberti, 261 Tayman Park Ave, Las Vegas, NV 89148-2837
4300996 +John & Denyel Mathisen, 1085 Via Prato Ln, Henderson, NV 89011-0600
4300997 +John & Dorothy Butler, 7119 S Durango Dr Unit 203, Las Vegas, NV 89113-2059
4300998 +John & Gretchen Fox, 9050 W Warm Springs Rd Unit 1166, Las Vegas, NV 89148-3832

4301000 +John & Jin Kim, 162 Sandy Bunker Ln, Las Vegas, NV 89148-5218
4301001 +John & John Carroll, 120 Wicked Wedge Way, Las Vegas, NV 89148-2688
4301002 +John & Judith Stader, 244 Pasqual Ave, Ventura, CA 93004-1318
4301003 +John & Kathryn Danielson, 7321 Chaparral Cove Ln, Las Vegas, NV 89131-3351
4301004 +John & Marie Gargano, 253 Via Franciosa Dr, Henderson, NV 89011-0851
4301005 +John & Melinda Aldrian, 2815 Prospect St, Corona, CA 92881-3517
4301006 +John & Michele Polci, 103 Arcadian Shores St, Las Vegas, NV 89148-2756
4301007 +John & Nicole Schallenkamp, 6036 Sandalwood Dr, Billings, MT 59106-9544
4301009 +John & Pi-Mei Chen, 3395 S Jones Blvd No 31, Las Vegas, NV 89146-6729
4301010 +John & Sandra Dye, 5528 W 123rd Pl, Hawthorne, CA 90250-3433
4301011 +John & Susan Chance, 7571 Jacaranda Bay St, Las Vegas, NV 89139-5313
4301013 +John & Teresa Bogar, 9130 County Rd No 190, Manvel, TX 77578-5016
4643738 +John A Dorsett, Attn Bankruptcy Desk/Managing Agent, 2900 el Camino 243, Las Vegas NV 89102-4244
4301014 +John A. Dorsett, 2900 el Camino No 243, Las Vegas, NV 89102-4244
4643741 +John Brown Fabrics, Attn Bankruptcy Desk/Managing Agent, 11427 North Hwy 59, Gravette 72736-8733
4643742 +John Burwell, Attn Bankruptcy Desk/Managing Agent, 14330 Hill Prince, San Antonio TX 78248-1131
4643743 +John C Jones, Attn Bankruptcy Desk/Managing Agent, 3633 Lily Haven Ave, Las Vegas NV 89120-2559
4301019 +John C. Jones, 3633 Lily Haven Ave, Las Vegas, NV 89120-2559
4301020 +John Caso, 5304 Coral Gables, Las Vegas, NV 89130-2025
4643744 +John Caso, Attn Bankruptcy Desk/Managing Agent, 5304 Coral Gables, Las Vegas NV 89130-2025
4301021 +John Cereso, 400 Via Stretto Ave, Henderson, NV 89011-0835
4643745 +John Chapman Land Plan, Attn Bankruptcy Desk/Managing Agent, 4 Corporate Plaza Suite 202, Newport Beach CA 92660-7906
4301022 +John Collins, 7167 S Durango Dr Unit 207, Las Vegas, NV 89113-2042
4643748 +John E Hampton Associates, Attn Bankruptcy Desk/Managing Agent, Attonreys Consultants at Law, 8235 Douglas Ave Suite 1300, Dallas TX 75225-6013
4301023 +John Fencl, 7143 S Durango Dr Unit 214, Las Vegas, NV 89113-2002
4301024 +John Fratut, 492 Via Stretto Ave, Henderson, NV 89011-0838
4643749 +John Fratut, Attn Bankruptcy Desk/Managing Agent, 492 Via Stretto Ave, Henderson NV 89011-0838
4301025 +John Gatrell, 576 Via Colmo Ave, Henderson, NV 89011-0863
4301026 +John Geng, 281 Waterron Lakes Ave, Las Vegas, NV 89148-2809
4301027 +John Gilje, PO Box 2428, Lake Havasu City, AZ 86405-2428
4301028 John Hancock, Freedom 529 emp code 10471, PO Box 17603, Baltimore, MD 21297-1603
4643750 John Hancock, Attn Bankruptcy Desk/Managing Agent, Freedom 529 emp code 10471, P O Box 17603, Baltimore MD 21297-1603
4301030 +John Harrison, 211 E Ohio St Apt 514, Chicago, IL 60611-3220
4301031 +John Hermann & Pia Flores, or Current Homeowner, 190 Tayman Park Ave., Las Vegas, NV 89148-2836
4301032 +John Hurzel, PO Box 2433, Carson City, NV 89702-2433
4643752 +John J Smith, Attn Bankruptcy Desk/Managing Agent, 9159 W Flamingo, Suite 100, Las Vegas NV 89147-6454
4301033 +John J. Smith, 9159 W. Flamingo, Suite 100, Las Vegas, NV 89147-6454
4643753 +John K Mangum P C, Attn Bankruptcy Desk/Managing Agent, 318 West Roosevelt Street, Phoenix AZ 85003-1423
4301034 +John Mackey, 5250 No Diamond M Ranch Rd, Kingman, AZ 86401-8993
4301035 +John Malinowski, 24 Goodwill Ct, Newport Beach, CA 92663-2347
4301036 +John Mamuscia, 2360 S. Emerson St., Denver, CO 80210-5025
4643754 +John Mamuscia, Attn Bankruptcy Desk/Managing Agent, 2360 S Emerson St, Denver CO 80210-5025
4301038 +John Moczynski, 4708 Califa Dr, Las Vegas, NV 89122-1911
4301039 +John Morgerson, 5310 Silver Wing Blvd, Louisville, KY 40241-1787
4643755 +John Pappageorge Consulting, Attn Bankruptcy Desk/Managing Agent, 3445 Westwind Rd, Las Vegas NV 89146-6754
4643757 +John R Obiniana, Attn Bankruptcy Desk/Managing Agent, 6455 Lake Scene Street, Las Vegas NV 89148-6717
4301041 +John R. Obiniana, 6455 Lake Scene Street, Las Vegas, NV 89148-6717
4301042 +John Roberds Trucking, Inc., 121 East Birch Ave. Ste. 501, Flagstaff, AZ 86001-4621
4301045 +John Scott, 1064 Via Corto St, Henderson, NV 89011-0886
4301046 +John Sheehan, 361 Arbour Garden Ave, Las Vegas, NV 89148-2766
4301047 +John Sidman-St, 9050 W Warm Springs Rd Unit 1135, Las Vegas, NV 89148-3846
4301048 +John Stone, PO Box 1811, Zephyr Cove, NV 89448-1811
4301049 +John Sundell, 2587 Lockleven Wy, Henderson, NV 89044-4407
4301050 +John Tang, 728 Pacific Ave Ste 300, San Francisco, CA 94133-4449
4301051 +John Theiss, 380 Tayman Park Ave, Las Vegas, NV 89148-2846
4301052 +John Thomson, 8950 Minsk Ct, Las Vegas, NV 89147-8117
4301053 +John Villaneuve, 655 Baker St Apt T104, Costa Mesa, CA 92626-4452
4643758 +John Woodbury, Attn Bankruptcy Desk/Managing Agent, Ambient Image Inc, PO Box 26464, Las Vegas NV 89126-0464
4301017 +John and Marie Venteau, PO Box 713, Mattituck, NY 11952-0713
4643740 +John and Marie Venteau, Attn Bankruptcy Desk/Managing Agent, PO Box 713, Mattituck NY 11952-0713
4301054 +Johnny & Alicia Calimlim, 2617 Camino Del Sol, Fullerton, CA 92833-4807
4301055 +Johnny Pulache, 7147 S Durango Dr Unit 108, Las Vegas, NV 89113-2027
4643759 +Johnson Electric, Attn Bankruptcy Desk/Managing Agent, Pat Raebell, 3874 Silvestri Lane, Las Vegas NV 89120-3908
4301057 +Johnson, Amanda, 3450 N. Hualapai, Unit 1080, Las Vegas, NV 89129-8061

4301058 +Johnson, Brent S., 8820 W. Bell Road AptNo 158, Peoria, CO 85382-4743
4301059 +Johnson, Joseph L., 777 E. Quartz No 7747, Sandy Valley, NV 89019-8501
4301060 +Johnson, Lucinda, PO Box 777956, Henderson, NV 89077-7956
4301061 +Johnson, Lynn D., 2108 Calle De Espana, Las Vegas, NV 89102-4013
4301062 +Johnston, Jerry, 1113 Byorick Way, Las Vegas, NV 89128-3823
4643760 +Johnstone Supply, Attn Bankruptcy Desk/Managing Agent, 2314 Western Ave, Las Vegas NV 89102-4800
4301063 +Jolley Urga Wirth & Woodbury, 3800 Howard Hughes Parkway, Wells Fargo Tower 16th Floor, Las Vegas, NV 89169-0975
4643761 +Jolley Urga Wirth Woodbury, Attn Bankruptcy Desk/Managing Agent, 3800 Howard Hughes Parkway, Wells Fargo Tower 16th Floor, Las Vegas NV 89169-0925
4301066 +Jon & Michelle Chir, 560 Via Diacceto Ave, Henderson, NV 89011-0809
4301067 +Jon & Rosa Frankel, 145 Honors Course Dr, Las Vegas, NV 89148-0001
4301068 +Jon Barnhardt, 10040 W. Cheyenne, Suite 170-22, Las Vegas, NV 89129-7719
4301069 +Jon Dorsey, 3121 Birch Grove Ct, Las Vegas, NV 89134-8949
4301070 +Jon Valkenburg, 10993 Ladyburn Ct, Las Vegas, NV 89141-4358
4301071 +Jonas & Vaidas Cikotas, 14012 Labeau Ave, Charlotte, NC 28277-3318
4301073 +Jonathan Zamora, 1090 Via Saint Lucia Pl, Henderson, NV 89011-0873
4301075 +Jones Family, 31 N 700 E No 223, St George, UT 84770-3028
4301074 +Jones Family, 22 Rancho Maria St, Las Vegas, NV 89148-2749
4301076 +Jones Media Inc, 4145 West Teco Avenue, Las Vegas, NV 89118-3885
4643762 +Jones Media Inc, Attn Bankruptcy Desk/Managing Agent, Mary Mahoney, 4145 West Teco Avenue, Las Vegas NV 89118-3885
4301077 +Jones Paint & Glass, 122 S. 1200 East, St. George, UT 84790-5508
4643763 +Jones Paint Glass Inc, Attn Bankruptcy Desk/Managing Agent, 122 S 1200 East, St George UT 84790-5508
4643764 +Jones Vargas Inc, Attn Bankruptcy Desk/Managing Agent, 3773 Howard Hughes Pkwy 3rd Fl, Las Vegas NV 89169-0996
4301079 +Jones, Neal, 10208 E. Lakeview Ave. Mesa, AZ 85209, Mesa, AZ 85209-1234
4301080 +Jones, Nicole M., 10115 Jeffreys St. Unit 1137, Las Vegas, NV 89183-7908
4301081 +Jones, Pilar Sacha, 8985 S. Durango Dr No 1152, Las Vegas, NV 89113-6126
4301082 +Jones, Scott, 2309 Southern, Kingman, AZ 86401-6463
4301083 +Jones, Shannon, 317 Gardenia Lane, Las Vegas, NV 89107-2224
4301084 +Jongluck Mutrais, 415 S Crest Rd, Orange, CA 92868-4109
4643765 +Jongluck Mutrais, Attn Bankruptcy Desk/Managing Agent, 415 South Crest Road, Orange CA 92868-4109
4301085 +Jono Choi, 25425 Colette Way, Calabasas, CA 91302-3150
4301087 Jordan Windows, PO Box 24755, Tempe, AZ 85285-4755
4643767 Jordan Windows, Attn Bankruptcy Desk/Managing Agent, Mike Nester, P O Box 24755, Tempe AZ 85285-4755
4301088 +Jordan Windows, Rock Island Corp, 5865 South Ash Ave, Tempe, AZ 85283-5134
4301089 +Jordan, Barbara L., 2875 McVicar Ave., Kingman, AZ 86409-1464
4301090 +Jorge & Consolacion Blanco, 2517 Lark Sparrow Way, Elk Grove, CA 95757-8178
4301091 +Jorge & Tsuilin Valenzuela, 638 Harvester Course Dr, Las Vegas, NV 89148-4482
4301092 +Jorge Acosta, 5418 Ontario Cmn, Fremont, CA 94555-2927
4301093 +Jorge Andrade, 3904 W 171st St, Torrance, CA 90504-1121
4643768 +Jorge C Zepeda, Attn Bankruptcy Desk/Managing Agent, 5208 Mountain View Drive, Las Vegas NV 89146-1421
4301094 +Jorge Carrillo, 9686 Ziegler Ave, Las Vegas, NV 89148-5757
4301095 +Jorge Lopez, 5256 Prism Place, Las Vegas, NV 89118-1384
4301096 +Jorge Morales, 9050 W Tropicana Ave Unit 1167, Las Vegas, NV 89147-8192
4301097 +Jorge Palacios, 380 Whitly Bay Ave, Las Vegas, NV 89148-2816
4301098 +Jorge Vidales-Barrientos, 5820 Meikle Ln, Las Vegas, NV 89156-7606
4301100 +Jose & Belen Cotay, 2515 Sycamore Hills Dr, Fort Wayne, IN 46814-9391
4301101 +Jose & Josefina Labayo, 17 Jamestown Dr, Michigan City, IN 46360-1979
4301102 +Jose & Linda Catala, 10117 Pinnacle View Pl, Las Vegas, NV 89134-2553
4301103 +Jose & Nelsa Aguilar, 4683 Califa Dr, Las Vegas, NV 89122-1911
4301105 +Jose & Ruth Gamboa, 85 Honors Course Dr, Las Vegas, NV 89148-2500
4301106 +Jose & Shirley Julio, 16 Galileo Dr, East Windsor, NJ 08512-2543
4301107 +Jose & Tina Basilio, 9764 Waukegan Ave, Las Vegas, NV 89148-5746
4301108 +Jose & Zenaida Gan, 1106 E Jay St, Carson, CA 90745-3520
4301109 +Jose Abad, 4338 Helaman Ave, Las Vegas, NV 89120-1518
4301110 +Jose Alfredo Carrillo-S, 1883 Fulstone Way No 2, Las Vegas, NV 89115-6669
4301111 +Jose Alvarez, 7107 S Durango Dr Unit 108, Las Vegas, NV 89113-2012
4301112 +Jose Antonio Vega, 2424 Saint George Street, No B, North Las Vegas, NV 89030-3460
4301113 +Jose Aquino, 1768 Laguna St, Seaside, CA 93955-3743
4301114 +Jose Basilio, Excellence Community Management, 601 Whitney Ranch, Suite B-10, Henderson, NV 89014-2643
4301115 +Jose C. Carrillo, 4192 Tattersall Place, Las Vegas, NV 89115-0380
4301116 +Jose Carrasco-Nunez, 2200 Torrey Pines Dr, Las Vegas, NV 89108-3375
4301118 +Jose Collado, 9050 W Tropicana Ave Unit 1173, Las Vegas, NV 89147-8192
4301119 +Jose Corona, 10022 Amber Field St, Las Vegas, NV 89178-8901
4301120 +Jose Corrales, 109 Wicked Wedge Way, Las Vegas, NV 89148-2689
4301121 +Jose Dones, 9741 Ridgebluff Ave, Las Vegas, NV 89148-4653
4301122 +Jose E. Maldonado-Gutierrez, 3739 Fountain Ct., N Las Vegas, NV 89032-3452
4301123 +Jose Elique, or Current Homeowner, 354 Harpers Ferry Ave., Las Vegas, NV 89148-2784
4301124 +Jose Gutierrez, 4184 Seville St, Las Vegas, NV 89121-6436
4301126 +Jose Jesus Nungarary, 3404 Lillis Cr, N Las Vegas, NV 89030-6637
4301127 +Jose Luis Vasquez, 4012 Via Vaquero, Las Vegas, NV 89102-3715
4301128 +Jose Madrigal, 2101 Sandy Lane No K-2, Las Vegas, NV 89115-5236

4301129 +Jose Magana Gomez, 5464 Stacked Chips Rd No 103, Las Vegas, NV 89122-2664
4301130 +Jose Maldonado, 3041 Carroll St., N Las Vegas, NV 89030-5045
4301131 +Jose Martinez, 102 Azalea, Las Vegas, NV 89107-2302
4301132 +Jose Mendoza, 4770 E. Owens Ave, Las Vegas, NV 89110-1572
4301133 +Jose R. Carbajal-Rocha, 500 W. Miller No 182, North Las Vegas, NV 89030-8624
4301135 Jose Verdin-Chavez, 3224 Figler, No B, N Las Vegas, NV 89030
4301136 +Josefina & Marguerite Kramer, 221 Via Mezza Luna Ct, Henderson, NV 89011-0876
4301137 +Joseluis & Bertha Robledo, 4692 Califa Dr, Las Vegas, NV 89122-1911
4301138 +Joseph & Aida Whetstone, 3939 Ruskin St, Las Vegas, NV 89147-6558
4301140 +Joseph & Angela Stoddard, 439 Hidden Holde Dr, Las Vegas, NV 89148-5269
4301141 +Joseph & Bethany Reding, 7167 S Durango Dr Unit 105, Las Vegas, NV 89113-2041
4301143 +Joseph & Deanna Francis, 9050 W Warm Springs Rd Unit 1154, Las Vegas, NV 89148-3831
4301144 +Joseph & Debra Fries, 270 Rustic Club Way, Las Vegas, NV 89148-5201
4301145 +Joseph & Hope Zerilli, 12 Keats Pl, Greenlawn, NY 11740-2606
4301146 +Joseph & Jamie Ray, 1059 Via Saint Andrea Pl, Henderson, NV 89011-0840
4301148 +Joseph & Judy Pascuzzi, 9780 Waukegan Ave, Las Vegas, NV 89148-5746
4301149 +Joseph & Julia Huang, 8 Freeman St, Newark, NJ 07105-3709
4301150 +Joseph & Kristen Dodd, 3782 Riley Ann Ave, Las Vegas, NV 89139-8187
4301151 +Joseph & Laurie Cifune, PO Box 403, Lyndhurst, NJ 07071-0403
4301152 +Joseph & Lentz, 3027 E. Warm Springs Rd. No 200, Las Vegas, NV 89120-3765
4301153 +Joseph & Maria Dungo, 4705 Shetland Ct, Antioch, CA 94531-9311
4301154 +Joseph & Marie Zerill, 7123 S Durango Dr Unit 207, Las Vegas, NV 89113-2063
4301155 +Joseph & Michelle Randazzo, 3429 Raven Ave, Las Vegas, NV 89139-8195
4301157 +Joseph & Peggy Sartin, 908 Via Del Tramonto St, Henderson, NV 89011-0867
4301158 +Joseph & Sharon Kwok, 860 Meridian Bay Lane No 223, Foster City, CA 94404-4035
4301159 +Joseph & Thomas Keller, 909 Via Stellato St, Henderson, NV 89011-0856
4301160 +Joseph Bostedt, 7182 S Ireland Way, Centennial, CO 80016-1700
4301161 +Joseph Capparelli, 6640 Lavender Lily Drive No 1, N Las Vegas, NV 89084-2854
4301162 +Joseph Chang, 7466 Desertscape Ave, Las Vegas, NV 89178-8801
4301163 +Joseph D. Carratelli, 9599 W. Charleston, No 1014, Las Vegas, NV 89117-6655
4643769 +Joseph E Faris, Attn Bankruptcy Desk/Managing Agent, Assistant, 1359 Rimrock Drive, San Jose CA 95120-5608
4301164 +Joseph E. Faris, 1359 Rimrock Drive, San Jose, CA 95120-5608
4643770 +Joseph Elias, Attn Bankruptcy Desk/Managing Agent, 1359 Rimrock Drive, San Jose CA 95120-5608
4643771 Joseph J Lach Jr, Attn Bankruptcy Desk/Managing Agent, 5012 Hollywood Road, North Las Vegas NV 89031
4301165 +Joseph Kithas & Patricia Moisa, 222-2 Big Horn Dr, Boulder City, NV 89005-1440
4643772 +Joseph Kithas Patricia Moisa, Attn Bankruptcy Desk/Managing Agent, 222 2 Big Horn Dr, Boulder City AZ 89005-1440
4643773 +Joseph Kristen Dodd, Attn Bankruptcy Desk/Managing Agent, 3782 Riley Ann Ave, Las Vegas NV 89139-8187
4301166 +Joseph Lee, 9050 W Warm Springs Rd Unit 2154, Las Vegas, NV 89148-3850
4643774 +Joseph Lentz, Attn Bankruptcy Desk/Managing Agent, 3027 E Warm Springs Rd 200, Las Vegas NV 89120-3765
4643775 +Joseph M Munoz, Attn Bankruptcy Desk/Managing Agent, 2 Brandermill Drive, Henderson NV 89052-6600
4301167 +Joseph M. Karacsonyi, Esq., Hoflanbd & Associates, 228 S. Fourth Street, 1st Floor, Las Vegas, NV 89101-5705
4301168 +Joseph Nastasi, 560 Richland Blvd, Brightwaters, NY 11718-1225
4301169 +Joseph Nguyen, 331 Waterton Lakes Ave, Las Vegas, NV 89148-2809
4643776 +Joseph Sharon Kwok, Attn Bankruptcy Desk/Managing Agent, 860 Meridian Bay Lane 223, Foster City CA 94404-4035
4301171 +Joseph Tsze, 448 First On Dr, Las Vegas, NV 89148-5249
4301172 +Joseph Wolflick, 1039 Via San Gallo Ct, Henderson, NV 89011-0819
4301173 +Josh & Amber Claunch, 200 Via Mezza Luna Ct, Henderson, NV 89011-0876
4301175 +Joshua & Alicia Dobbins, 190 Tall Ruff Dr, Las Vegas, NV 89148-5245
4301176 +Joshua & Kari Skinner, 1043 Via Sanguinella St, Henderson, NV 89011-0820
4643777 +Joshua A Hambarian and, Attn Bankruptcy Desk/Managing Agent, Nicholas Hambarian, 2735 Camino Del Mar, Del Mar CA 92014-2036
4301178 +Joshua A.Hambarian and, Nicholas Hambarian, 2735 Camino Del Mar, Del Mar, CA 92014-2036
4643778 +Joshua Grantz, Attn Bankruptcy Desk/Managing Agent, 1008 Bannockburn Street, Las Vegas NV 89145-8516
4301180 +Joshua Zehner, 7139 S Durango Dr Unit 310, Las Vegas, NV 89113-2082
4301181 +Josielyn Jones, 5863 Ocean Terrace Dr, Rancho Palos Verdes, CA 90275-5758
4301182 +Josue Romero, 6349 Bristol Way, Las Vegas, NV 89107-3429
4643780 +Journey s Appliance Repairs, Attn Bankruptcy Desk/Managing Agent, 4301 S ValleyView Blvd Unit 14, Las Vegas NV 89103-4007
4301183 +Journeys Appliance Repairs, 4301 S.ValleyView Blvd. Unit 14, Las Vegas, NV 89103-4007
4301184 +Jovellanos Family, 4653 Califa Dr, Las Vegas, NV 89122-1910
4301185 +Joven Cruz, 8042 Cantaloupe Ave, Panorama City, CA 91402-6118
4643781 +Joven Cruz, Attn Bankruptcy Desk/Managing Agent, 8042 Cantaloupe Ave, Panorama City CA 91402-6118
4301186 +Jowers, Charlie F., 500 Sinfold Park Ave, Las Vegas, NV 89148-4423
4301187 +Joyce Campbell, 1154 Williamsburg Cir, Grayslake, IL 60030-7904
4301188 +Joyce Leung, 383 Harpers Ferry Ave, Las Vegas, NV 89148-2784
4643782 +Joyce Leung, Attn Bankruptcy Desk/Managing Agent, 383 Harpers Ferry Avenue, Las Vegas NV 89148-2784
4301189 +Joyce Nuss, Taylor Association Management, 259 N. Pecos Road, Suite 100, Henderson, NV 89074-7366

4643783 +Joyce Parco, Attn Bankruptcy Desk/Managing Agent, 9241 Tulip Trestle Avenue, Las Vegas NV 89148-4840
4301190 +Joyce Ulibarri, 7212 Cottonsparrow St, Las Vegas, NV 89131-8257
4301192 +Juan & Eileen Santillan, 4012 S Rainbow Blvd No 745, Las Vegas, NV 89103-2010
4301193 +Juan Cardenas, 2701 N. Rainbow No 1156, Las Vegas, NV 89108-7105
4301194 +Juan Carlos-Lopez, 1271 Garbo Ct, Las Vegas, NV 89142-3702
4301195 +Juan Maldonado, 1728 Howard Ave, Las Vegas, NV 89104-3631
4301196 +Juan Martin-Cruz, 2215 Sleepy, Las Vegas, NV 89106-3699
4301198 +Juan Martinez, 4204 Caliber, Las Vegas, NV 89110-2240
4301197 +Juan Martinez, 2201 Perliter Ave, N Las Vegas, NV 89030-7178
4301199 +Juan Mendoza, 2026 Whipple Tree, Las Vegas, NV 89119-2876
4301200 +Juan Merheb, 265 Via Franciosa Dr, Henderson, NV 89011-0851
4301201 +Juan Sanjurjo, 1029 Via Canale Dr, Henderson, NV 89011-0802
4301203 +Juan Valencia, 9050 W Warm Springs Rd Unit 1177, Las Vegas, NV 89148-3832
4643786 +Juana E Araiza, Attn Bankruptcy Desk/Managing Agent, 476 Via Palermo Dr, Henderson NV 89011-0825
4301204 +Juana E. Araiza, 476 Via Palermo Dr., Henderson, NV 89011-0825
4301205 +Juarez Estrada, Jose A., 605 N. 13th St No D, Las Vegas, NV 89101-2649
4301206 +Juarez Legarra, Moises, 1720 W. Bonanza No 78, Las Vegas, NV 89106-4734
4301207 +Juarez, Heriberto, 1720 W. Bonanza No 78, Las Vegas, NV 89106-4734
4301208 +Juarez, Reynaldo, 605 N. 13th St. No D, Las Vegas, NV 89101-2649
4301209 +Juarez, Samuel, 605 N. 13th St No D, Las Vegas, NV 89101-2649
4301210 Juarez-Cabrera, Gustavo, 2009 W. Tropicana, Las Vegas, NV 89103
4301211 +Juarez-Lopez, Fredy Damian, 1720 W. Bonanza Blvd., No 21, Las Vegas, NV 89106-4779
4301212 +Juarez-Lopez, Gabriel, 1720 W. Bonanza No 21, Las Vegas, NV 89106-4779
4301213 +Jud & Barbara Brown, 314 Sea Rim Ave, Las Vegas, NV 89148-2759
4301215 +Judith White, PO Box 95554, Las Vegas, NV 89193-5554
4301216 +Judson & Gloria Berggren, 7530 Hornblower Ave, Las Vegas, NV 89131-3396
4301217 +Judy Britt, 7578 Catalina Harbor St, Las Vegas, NV 89131-3661
4301218 +Judy Choi, 237 Via Di Citta Dr, Henderson, NV 89011-0848
4301219 +Judy Nelson, 4052 Monthill Ave., Las Vegas, NV 89121-6318
4643788 +Judy Nelson, Attn Bankruptcy Desk/Managing Agent, 4052 Monthill Ave, Las Vegas NV 89121-6318
4301220 +Judy Shallenberger, 191 Wicked Wedge Way, Las Vegas, NV 89148-2690
4301221 +Jui & Duo Lan, 296 Blackstone River Ave, Las Vegas, NV 89148-2702
4643789 +Juice Media LLC, Attn Bankruptcy Desk/Managing Agent, 7433 Cleghorn Canyon Way, Las Vegas NV 89113-3034
4301222 +Jules Kaluna, PO Box 5311, Reno, NV 89513-5311
4301223 +Julia Parrot-Bastos, 7115 S Durango Dr Unit 213, Las Vegas, NV 89113-2055
4301224 +Julia Schwalb, 205 Via Luna Rosa Ct, Henderson, NV 89011-0875
4301225 +Julian & Sophia Lee, 332 Waterton Lakes Ave, Las Vegas, NV 89148-2809
4301226 +Julian Ibarra, 3609 Amazon Ave, Las Vegas, NV 89110-2114
4301227 +Julie & Wilson Abuan, 921 Via Stellato St, Henderson, NV 89011-0856
4301228 +Julie Hicks, 7123 S Durango Dr Unit 111, Las Vegas, NV 89113-2062
4301229 +Julie Torizawa, 9714 Kampsville Ave, Las Vegas, NV 89148-5748
4643790 +Julio Mendoza, Attn Bankruptcy Desk/Managing Agent, ReMax Olson Associates, 11141 Tampa Avenue, Northridge CA 91326-2254
4301231 +Julio Padilla, 372 Turtle Peak Ave, Las Vegas, NV 89148-2753
4301232 +Julius & Sandra Berezovsky, 7139 S Durango Dr Unit 110, Las Vegas, NV 89113-2078
4301233 +Julius Conner, 316 Blackstone River Ave, Las Vegas, NV 89148-2732
4301236 +Jun Chow, 156 Wicked Wedge Way, Las Vegas, NV 89148-2688
4301238 +Jung & Pill Shin, 25609 Mesquite Ct, Valencia, CA 91381-0610
4301239 +Jung Lee, 348 Lakewood Garden Dr, Las Vegas, NV 89148-2737
4301240 +Jurist Family, 101 Sunshine Coast Ln, Las Vegas, NV 89148-2711
4643792 +Just Because Gifts, Attn Bankruptcy Desk/Managing Agent, 3924 Diamond Ridge St, Las Vegas NV 89129-7059
4301241 Just Blueprints, 112 8th Street, Kingman, AZ 86401
4643793 +Just Blueprints, Attn Bankruptcy Desk/Managing Agent, 3142 Stockton Hill Road, Kingman AZ 86401-4164
4301242 +Justin & Jaynell Chambers, 1812 Stockton Hill Road, Kingman, AZ 86401-4670
4301243 +Justin & Renee Bratton, 9789 Marcelline Ave, Las Vegas, NV 89148-5752
4301244 +Justin Cajiuat, 1085 Via Canale Dr, Henderson, NV 89011-0803
4643794 +Justin Jaynell Chambers, Attn Bankruptcy Desk/Managing Agent, Justin cell, 1812 Stockton Hill Road, Kingman AZ 86401-4670
4301246 +Justin Saragoza, 9050 W Warm Springs Rd Unit 2023, Las Vegas, NV 89148-3833
4301247 +Justiniano Jaojoco, 95 Broken Putter Way, Las Vegas, NV 89148-5242
4301248 +Juvenile Diabetes Research, Foundation, 5542 S. Fort Apache Rd Suite 120, Las Vegas, NV 89148-7691
4643795 +Juvenile Diabetes Research, Attn Bankruptcy Desk/Managing Agent, Foundation, 5542 S Fort Apache Rd Suite 120, Las Vegas NV 89148-7691
4301250 +K & D Construction, 4367 W. Sunset Road, Building G Suite A, Las Vegas, NV 89118-3852
4301251 +K & K Plastering, 5795 Rogers Street, Las Vegas, NV 89118-3017
4301252 +K & K Printing, 8665 West Flamingo Road, No 2000, Las Vegas, NV 89147-8626
4643798 +K Brinkerhoff Enterprises, Attn Bankruptcy Desk/Managing Agent, 6998 Stone Meadows Avenue, Las Vegas NV 89142-3708
4643799 +K D CONSTRUCTION, Attn Bankruptcy Desk/Managing Agent, 4367 W Sunset Road, Building G Suite A, Las Vegas NV 89118-3852
4643800 +K D International, Attn Bankruptcy Desk/Managing Agent, 4939 Kaibab Forest Ave, Las Vegas NV 89141-3939
4301253 +K Family, 6612 Gossamer Fog Ave, Las Vegas, NV 89139-6230

4643801 +K H Landscaping Inc, Attn Bankruptcy Desk/Managing Agent, 2595 S Cimarron Road, Suite 206, Las Vegas NV 89117-2698
4301254 K J GROUP LLC, 676 SARI DRIVE, LAS VEGAS, NV 89110-4227
4301256 +K J Investments LLC, 448 Walnut Ave, Arcadia, CA 91007-8336
4301255 +K J Investments LLC, 20530 Earlgate St, Walnut, CA 91789-2909
4643802 +K K Door Trim, Attn Bankruptcy Desk/Managing Agent, Roy Hester, 5620 Cameron Street Suite E, Las Vegas NV 89118-2291
4643803 +K K Plastering, Attn Bankruptcy Desk/Managing Agent, 5795 Rogers Street, Las Vegas NV 89118-3017
4643804 +K K Printing, Attn Bankruptcy Desk/Managing Agent, 8665 West Flamingo Road 2000, Las Vegas NV 89147-8626
4301257 +K S Platinum, PO Box 82182, Las Vegas, NV 89180-2182
4301259 +K. H. Landscaping Inc., 2595 S. Cimarron Road, Suite 206, Las Vegas, NV 89117-2698
4301260 +K. H. Landscaping Inc., 7842 West Sahara Ave, Suite 130, Las Vegas, NV 89117-1944
4301261 +K.D International, 4939 Kaibab Forest Ave, Las Vegas, NV 89141-3939
5109814 +K.H. LANDSCAPE & MAINTENANCE, INC., ATTN: AMY HARRISON, K.H. LANDSCAPING, 8370 W. CHEYENNE AVE. #109-301, LAS VEGAS, NV 89129-8404
5104220 +K.H. LANDSCAPING, INC., 8370 W. CHEYENNE AVE., SUITE 109-301, LAS VEGAS, NV 89129-8404
4643812 +KATONAH IX CLO LTD, Attn Bankruptcy Desk/Managing Agent, Jack Stack, 295 Madison Avenue, New York 10017-6304
4643813 +KATONAH VII LTD, Attn Bankruptcy Desk/Managing Agent, Jack Stack, 295 Madison Avenue, New York 10017-6304
4643816 +KB Home Nevada Inc, Attn Bankruptcy Desk/Managing Agent, 5655 Badura Ave, Las Vegas NV 89118-4713
4301315 +KBC Bank, 140 East 45th Street 41st Floor, New York, NY 10017-3144
4643817 +KBC FINANCL PROD CAYMAN IS LTD, Attn Bankruptcy Desk/Managing Agent, Stephen King, 140 East 45th Street 4th Fl, New York, NY 10017-3144
4643818 +KBI, Attn Bankruptcy Desk/Managing Agent, dba Action Crushing, 931 American Pacific Dr 107, Henderson NV 89014-7905
4301316 +KBI Concrete, 5201 S. Polaris, Las Vegas, NV 89118-1701
4643819 +KBI Concrete, Attn Bankruptcy Desk/Managing Agent, 5201 S Polaris, Las Vegas NV 89118-1701
4301317 +KD International, Kenneth R. Lee, 4939 Kaibab Forest Avenue, Las Vegas, NV 89141-3939
4643820 +KDT Construction, Attn Bankruptcy Desk/Managing Agent, 5130 S Valley View Blvd 110, Las Vegas NV 89118-1776
4301398 +KEY TIME REALTY, 606 E. Beale Street, Kingman, AZ 86401-5921
4301399 +KGDO Holding Co, DBA Terra West, 2655 S Rainbow Blvd, Suite 200, Las Vegas, NV 89146-5185
4643836 +KGMN FM, Attn Bankruptcy Desk/Managing Agent, New West Broadcasting, 812 E Beale St, Kingman AZ 86401-5925
4301400 +KGMN-FM, New West Broadcasting, 812 E. Beale St., Kingman, AZ 86401-5925
4643837 +KI, Attn Bankruptcy Desk/Managing Agent, 600 Townsend Street 100 West, San Francisco CA 94103-4959
4643857 KINGSLAND I LTD, Attn Bankruptcy Desk/Managing Agent, 1325 Avenue of the Americas, 27th Floor, Scottsdale AZ 85267-3239
4643858 +KINGSLAND I LTD, Attn Bankruptcy Desk/Managing Agent, Daniel Giglio, 1325 Avenue of the Americas 27th Floor, New York, NY 10019-6043
4643865 +KJUL FM 104 3, Attn Bankruptcy Desk/Managing Agent, 1455 Tropicana Ste 800, Las Vegas NV 89119-8326
4301455 +KKE Architects, 400 N. Stephanie, Suite 245, Henderson, NV 89014-6676
4643867 +KKE Architects, Attn Bankruptcy Desk/Managing Agent, 400 N Stephanie, Suite 245, Henderson NV 89014-6676
4643868 +KKLZ 96 3 fm Corp, Attn Bankruptcy Desk/Managing Agent, 1455 E Tropicana, Suite 800, Las Vegas NV 89119-8326
4643869 +KLAS, Attn Bankruptcy Desk/Managing Agent, 3228 Channel 8 Drive, Las Vegas NV 89109-9000
4643870 +KLVX, Attn Bankruptcy Desk/Managing Agent, Attn Kurt Mische, 4210 Channel 10 Drive, Las Vegas NV 89119-5413
4643871 +KMR Aviation Inc, Attn Bankruptcy Desk/Managing Agent, 1150 S Vineyard, Ontario CA 91761-7753
4301460 +KMR, Aviation, Inc., 1150 S. Vineyard, Ontario, CA 91761-7753
4301461 KMXB FM, PO Box 100111, Pasadena, CA 91189-0111
4643872 KMXB FM, Attn Bankruptcy Desk/Managing Agent, PO Box 100111, Pasadena CA 91189-0111
4301462 +KND Electric Inc., 9765 E. Blake Ranch Rd., Kingman, AZ 86401-9781
4643879 +KOMP FM, Attn Bankruptcy Desk/Managing Agent, Lotus Broadcasting Corp, 4660 South Decatur, Las Vegas NV 89103-5209
4643881 +KQAS FM, Attn Bankruptcy Desk/Managing Agent, 2725 E Desert Inn Rd Suite 180, Las Vegas NV 89121-3627
4643887 +KRLV AM, Attn Bankruptcy Desk/Managing Agent, 5010 South Spencer Street, Las Vegas NV 89119-2127
4301501 +KRMC Foundation, 3269 Stockton Hill Rd., Kingman, AZ 86409-3619
4643888 +KRMC Foundation, Attn Bankruptcy Desk/Managing Agent, 3269 Stockton Hill Rd, Kingman AZ 86409-3619
4643889 +KSTJ FM, Attn Bankruptcy Desk/Managing Agent, 1455 E Tropicana 800, Las Vegas NV 89119-8326
4756862 +KTGY GROUP, INC., ATTN: GENAE JENKINS, 17922 FITCH, IRVINE, CA 92614-6017
4643890 +KTGY Group Inc, Attn Bankruptcy Desk/Managing Agent, 17922 Fitch, Irvine CA 92614-6017
4301503 +KTGY Group, Inc., 17922 Fitch, Irvine, CA 92614-6017
4643894 +KVBC TV3, Attn Bankruptcy Desk/Managing Agent, 1500 Foremaster Lane, Las Vegas NV 89101-1103
4301517 +KVBC-TV3, 1500 Foremaster Lane, Las Vegas, NV 89101-1103
4643896 +KXPT FM Lotus Broadcasti, Attn Bankruptcy Desk/Managing Agent, Juliette Stern, 8755 W Flamingo Rd, Las Vegas NV 89147-8667
4301524 +KXPT FM-Lotus Broadcasti, 8755 W. Flamingo Rd., Las Vegas, NV 89147-8667

4794401 +KYLE MOYER & COMPANY, JANET BETTS, HOLME ROBERTS & OWEN, LLP, 16427 N. SCOTTSDALE RD, STE 300, SCOTTSDALE, AZ 85254-1597
4301529 +KZKE - FM, 812 East Beale Street, Kingman, AZ 86401-5925
4643899 +KZKE FM, Attn Bankruptcy Desk/Managing Agent, 812 East Beale Street, Kingman AZ 86401-5925
4301263 Kachina Heat Transfer, Inc., 28978 N 70th Avenue, Peoria, AZ 85383-6629
4301265 +Kachinad LLC, 5105 Gentle River Ave, Las Vegas, NV 89130-2932
4301266 +Kahnrad Awalt, 85461330 Metavante Way, Sioux Falls, SD 57186-0001
4301267 +Kai & Lo Lee, 877 Darien Way, San Francisco, CA 94127-2501
4301268 +Kairong & Xiu Gan, 9556 Los Cotos Ct, Las Vegas, NV 89147-8205
4301269 +Kakani Family, 4759 Crakow Ct, Las Vegas, NV 89147-8123
4301270 +Kakavulias Family, 3658 Ambergate Ct, Las Vegas, NV 89147-6552
4301271 +Kam Law, 1030 Winston Ave, San Marino, CA 91108-2130
4301272 +Kam Wong, 2330 W Avenue 33, Los Angeles, CA 90065-2742
4301273 +Kamer Zucker Abbott, Attorneys-at-Law, 3000 W. Charleston Blvd. Ste 3, Las Vegas, NV 89102-1990
4643806 +Kamer Zucker Abbott, Attn Bankruptcy Desk/Managing Agent, Attorneys at Law, 3000 W Charleston Blvd Ste 3, Las Vegas NV 89102-1990
4301274 +Kamins-markese Family, 292 Turtle Peak Ave, Las Vegas, NV 89148-2752
4301275 +Kamrooz Majd, 836 N La Cienega Blvd, Los Angeles, CA 90069-4708
4301276 +Kandise Leong, 116 Honors Course Dr, Las Vegas, NV 89148-0001
4301277 +Karen Barna, 7163 S Durango Dr Unit 302, Las Vegas, NV 89113-2009
4301278 +Karen Bastien, 5903 Preservation Dr, Hamilton, MI 49419-9693
4301279 Karen Luckey, 313 Firestone Dr., Las Vegas, NV 89145-4087
4643807 Karen Luckey, Attn Bankruptcy Desk/Managing Agent, 313 Firestone Dr, Las Vegas NV 89145-4087
4301280 +Karen McChesney, 980 Via Canale Dr, Henderson, NV 89011-0829
4301281 +Kari & Steven Jacobson, 150 Chateau Whistler Ct, Las Vegas, NV 89148-2730
4301283 +Karine Oganesyan, 180 Tayman Park Ave, Las Vegas, NV 89148-2836
4301284 +Karla Galindo, 7345 Misty Glow Ct, Las Vegas, NV 89131-8202
4301285 +Karo, Kevin, 1321 Alderton Lane, Las Vegas, NV 89144-6525
4301286 +Karr, Michael Patch, 7255 W. Sunset, No 1086, Henderson, NV 89113-1906
4301287 +Karstensson, Linne, 67 Contrada Fiore Drive, Henderson, NV 89011-3149
4301288 +Kasha Khongpluem, 6691 Kreb Lake Ct, Las Vegas, NV 89148-5759
4643809 +Kashwere Comforts, Attn Bankruptcy Desk/Managing Agent, 19749 Bahama Street, Northridge CA 91324-3304
4301289 +Katerina Lukjancikova, 9050 W Tropicana Ave Unit 1098, Las Vegas, NV 89147-8187
4301290 +Kathelyn Hill, PO Box 92632, Anchorage, AK 99509-2632
4301291 +Katherine Hammonds, 9050 W Warm Springs Rd Unit 2156, Las Vegas, NV 89148-3837
4301292 +Katherine Heffner, 9050 W Warm Springs Rd Unit 2058, Las Vegas, NV 89148-3834
4301293 +Katherine Lee, 291 Turtle Peak Ave, Las Vegas, NV 89148-2752
4301294 +Katherine McDonald, 7228 Buglehorn St, Las Vegas, NV 89131-8261
4301295 +Kathleen & Terry Bratton, 7212 Buglehorn St, Las Vegas, NV 89131-8260
4301296 +Kathleen Bennett, 523 Via Del Corallo Way, Henderson, NV 89011-0879
4301297 +Kathleen Gant, 1126 Olivia Pkwy, Henderson, NV 89011-0800
4301298 +Kathleen Morocco, 224 Sea Rim Ave, Las Vegas, NV 89148-2758
4643810 +Kathleen Mullinnix, Attn Bankruptcy Desk/Managing Agent, 4 Oro Valley Dr ive, Hendrson NV 89052-6693
4301299 +Kathleen Urbanski, 336 Blackstone River Ave, Las Vegas, NV 89148-2738
4301300 +Kathleen Vansittert, 7131 S Durango Dr Unit 214, Las Vegas, NV 89113-2072
4301301 +Kathryn Turner, 9050 W Warm Springs Rd Unit 2113, Las Vegas, NV 89148-3849
4301302 +Kathy & Paul Puglise, 1304 Sanjo Farms Dr, Chesapeake, VA 23320-8195
4643811 +Kathy Bie Shia Richard C Chu, Attn Bankruptcy Desk/Managing Agent, 7681 River Mist Court, Las Vegas NV 89113-6609
4301303 +Kathy Brown, 4602 Califa Dr, Las Vegas, NV 89122-1910
4301304 +Kathy Liebert, 79 Laying Up Ct, Las Vegas, NV 89148-5257
4301306 +Katie Vidan, 4908 Forest Oaks Dr, Las Vegas, NV 89149-5731
4301307 +Katja Dittmar, 1053 Via Canale Dr, Henderson, NV 89011-0802
4301308 +Katonah Capital, 295 Madison Avenue, New York, NY 10017-7731
4643814 +Kaufman Kaufman Associates, Attn Bankruptcy Desk/Managing Agent, PC Trust Account, 2000 S Eastern Avenue, Las Vegas NV 89104-4100
4301309 +Kaura Heinemann, 7835 So. Rainbow Blvd No 4-21, Las Vegas, NV 89139-6455
4643815 +Kaura Heinemann, Attn Bankruptcy Desk/Managing Agent, 7835 So Rainbow Blvd 4 21, Las Vegas NV 89139-6455
4301310 +Kay Greenawalt, 485 Via Palermo Dr, Henderson, NV 89011-0825
4301311 +Kay Pulliam, 7131 S Durango Dr Unit 106, Las Vegas, NV 89113-2070
4301313 +Kazarian Family, 9050 W Warm Springs Rd Unit 1116, Las Vegas, NV 89148-3830
4301314 +Kazue & Toni Chinda, 32 Queen Valley Ct, Las Vegas, NV 89148-2725
4643821 +Keadrick D Washington, Attn Bankruptcy Desk/Managing Agent, Washington Financial, 3129 S Hacienda Blvd Ste 301, Hacienda Heights CA 91745-6304
4301318 +Keadrick Washington, Washington Financial, 3129 S. Hacienda Blvd. Ste 301, Hacienda Heights, CA 91745-6304
4301319 +Keck Family, 6803 Mataro Dr, Las Vegas, NV 89103-2018
4301321 +Keefe Family, 7185 S Durango Dr Unit 211, Las Vegas, NV 89113-2046
4301322 +Keenan Las Vegas, 831 W. Bonanza Rd, Las Vegas, NV 89106-3526
4301323 +Keep Memory Alive, 8379 W. Sunset Rd., Suite 200, Las Vegas, NV 89113-2243
4301325 +Keiser Family, 445 Punto Vallata Dr, Henderson, NV 89011-0821
4301326 +Keiser vs. Rhodes Homes Avalino, Robert Maddox, Esq., 3811 W. Charleston Blvd., Ste 110, Las Vegas, NV 89102-1860
4301328 +Keith & Janet Oberlander, 972 Via Vannucci Way, Henderson, NV 89011-0106
4301330 +Keith & Wendy Swatsley, 5295 Malta St, Denver, CO 80249-8553

4301331 +Keith Furillo, 1272 Olivia Pkwy, Henderson, NV 89011-0834
4301332 +Keith Tu, 1029 Via Dupre St, Henderson, NV 89011-0812
4643824 +Keller Williams Realty, Attn Bankruptcy Desk/Managing Agent, 4652 Hollywood Blvd, Los Angeles CA 90027-5408
4301334 +Keller, Kathryn, 1641 Turf Dr, Henderson, NV 89002-9312
4643825 +Kellogg Cutler Yenchek, Attn Bankruptcy Desk/Managing Agent, Insurance Services, 330 E Charleston Blvd, Las Vegas NV 89104-1034
4301336 +Kelly & Tammy Pierce, 118 Tall Ruff Dr, Las Vegas, NV 89148-5245
4301337 +Kelly Campbell, 7123 S Durango Dr Unit 308, Las Vegas, NV 89113-2086
4301338 +Kelly Connery, 170 Crooked Putter Dr, Las Vegas, NV 89148-5227
4301339 +Kelly Deverell, 9124 Eagle Ridge Dr, Las Vegas, NV 89134-6309
4301340 +Kelly Dudek, 7189 S Durango Dr Unit 207, Las Vegas, NV 89113-2021
4301341 +Kelly French, 114 Wicked Wedge Way, Las Vegas, NV 89148-2688
4643827 +Kelly s Pipe Supply Co Inc, Attn Bankruptcy Desk/Managing Agent, 2124 Industrial Road, Las Vegas NV 89102-4662
4301345 +Kelly-Hooks, Lisa, 6709 Scavenger Hunt St, N Las Vegas, NV 89084-2682
4301346 Ken & Barbara McPhee, 29-788 Citadel Dr, Port Coouitlam Bc Canada V3C, 00000
4301347 Ken Adams Trucking, Inc, 1700 Hamner Ave, Norco, CA 92860-2963
4643828 +Ken Earl, Attn Bankruptcy Desk/Managing Agent, 9741 Red Bear Ct, Las Vegas NV 89117-6774
4301348 +Ken Hughes Trucking, 8940 West Olive Ave. No 36, Peoria, AZ 85345-9113
4643829 +Ken Sachs, Attn Bankruptcy Desk/Managing Agent, 7113 Honeysuckle Ct, Las Vegas NV 89119-0329
4301350 +Kennedy, Mark, 1113 Via Canale, Henderson, NV 89011-0804
4301351 +Kenneth & Angela Howard, 533 Via Palermo Dr, Henderson, NV 89011-0826
4301352 +Kenneth & Claudette Dean, 2110 Forest Ridge Rd, Saint Charles, IL 60174-5751
4301353 +Kenneth & Irma Gilbert, 7519 Hornblower Ave, Las Vegas, NV 89131-3396
4301354 +Kenneth & Miriam Roberts, 488 Via Del Foro Dr, Henderson, NV 89011-0104
4301355 +Kenneth & Sumi Nakama, 237 Via Franciosa Dr, Henderson, NV 89011-0851
4301356 +Kenneth & Tamera Howay, 242 Crooked Putter Dr, Las Vegas, NV 89148-5265
4301357 Kenneth & Tanya Smith, 55-620C Iosepa St, Laie, HI 96762
4643830 +Kenneth A Seltzer CPA, Attn Bankruptcy Desk/Managing Agent, 17 Candlewyck Drive, Henderson NV 89052-6654
4301358 +Kenneth A Seltzer, CPA, 17 Candlewyck Drive, Henderson, NV 89052-6654
4301359 +Kenneth Antos, 4968 Mountain Foliage Dr, Las Vegas, NV 89148-1429
4301360 +Kenneth Cruz, 1041 Via Canale Dr, Henderson, NV 89011-0802
4301362 +Kenneth Ferguson, 1543 William Way, Concord, CA 94520-3946
4643831 +Kenneth Flynn, Attn Bankruptcy Desk/Managing Agent, 6954 Emerald Spring, Las Vegas NV 89113-1375
4301363 +Kenneth Lombardo, 9050 W Warm Springs Rd Unit 1139, Las Vegas, NV 89148-3831
4301364 +Kenneth Lowman, 7189 S Durango Dr Unit 209, Las Vegas, NV 89113-2021
4301365 +Kenneth Madl, 9798 Marcelline Ave, Las Vegas, NV 89148-5752
4301366 +Kenneth Mumby, or Current Homeowner, 334 Sea Rim Ave., Las Vegas, NV 89148-2759
4301369 +Kenneth Webster, 375 Apple River Ct, Las Vegas, NV 89148-2785
4301370 +Kennith & Deborah Pancake, 7205 Cottonsparrow St, Las Vegas, NV 89131-8257
4301371 +Kenny Chiu, 786 Jackson St No 2, San Francisco, CA 94133-4908
4301372 Kenny Van Hoang, & Huynh Chi Kim, 2133 Carobwood Ln, San Jose, CA 95132-1213
4643832 Kenny Van Hoang, Attn Bankruptcy Desk/Managing Agent, Huynh Chi Kim, 2133 Carobwood Ln, San Jose CA 95132-1213
4643833 +Keno AM Las Vegas, Attn Bankruptcy Desk/Managing Agent, 8755 W Flamingo Rd, Las Vegas NV 89147-8667
4301373 +Keno-AM Las Vegas, 8755 W. Flamingo Rd., Las Vegas, NV 89147-8667
4301374 +Kent & Loris Davis, 5600 Del Rey Ave, Las Vegas, NV 89146-1323
4643834 +Kent s Glass Mirror Inc, Attn Bankruptcy Desk/Managing Agent, 3140 Polaris 38, Las Vegas NV 89102-8362
4301376 +Kenya Jamal, 248 Palm Trace Ave, Las Vegas, NV 89148-2735
4301377 +Kepeng Lu, 329 Falcons Fire Ave, Las Vegas, NV 89148-2744
4301378 +Kerri-ann Siu, 182 Wicked Wedge Way, Las Vegas, NV 89148-2691
4301379 +Kerrie & Joseph Kissane, 250 Crooked Putter Dr, Las Vegas, NV 89148-5265
4301380 +Kerry Cartmill, 2300 Corporate Cir Ste 185, Henderson, NV 89074-7725
4301381 +Kerry Gulino, 75 Tall Ruff Dr, Las Vegas, NV 89148-5243
4301382 +Kesgomol Family, 661 Middlegate Rd, Henderson, NV 89011-2609
4301383 +Ketchum, Ryan, 10599 Pueblo Springs, Las Vegas, NV 89183-4683
4301384 +Kevin & Carrie Cates, 34 Tall Ruff Dr, Las Vegas, NV 89148-5244
4301385 +Kevin & Christina Eclips, 4647 Munich Ct, Las Vegas, NV 89147-8108
4301386 +Kevin & Katherine Mercadante, 7 Digregorio Dr, Worcester, MA 01604-3456
4301387 +Kevin & Lisa Olsen, or Current Homeowner, 311 Turtle Peak Ave., Las Vegas, NV 89148-2752
4301388 +Kevin & Lisa Olsen, 3580 Bayside Rd, Orono, MN 55356-9221
4301389 +Kevin & Violet McKee, 7229 Eaglegate St, Las Vegas, NV 89131-8205
4301390 +Kevin Colosimo, 7213 Buglehorn St, Las Vegas, NV 89131-8260
4301392 +Kevin Fellowes, 7410 Bridlehorne Ave, Las Vegas, NV 89131-3355
4301394 +Kevin Hall, 9050 W Warm Springs Rd Unit 1043, Las Vegas, NV 89148-3828
4301393 +Kevin Hall, 2505 Loring St, San Diego, CA 92109-2306
4643835 +Kevin L Crook Architect Inc, Attn Bankruptcy Desk/Managing Agent, 1360 Reynolds Ave, Suite 110, Irvine 92614-5543
4301395 +Kevin L. Crook Architect, Inc, 1360 Reynolds Ave. Suite 110, Irvine, CA 92614-5543
4301397 +Kevin O'Leary, 501 Via Stretto Ave, Henderson, NV 89011-0838
4301401 +Khalid & Sajida Baig, 451 Pilgrim Loop, Fremont, CA 94539-6281
4301403 +Khiem Cao, 281 Via Di Citta Dr, Henderson, NV 89011-0849
4301404 +Khoa & Shannon Do, 928 Via Stellato St, Henderson, NV 89011-0857
4301405 +Khoa Do, 929 Via Stellato St, Henderson, NV 89011-0857

4301406 +Kids to Kids Spread the Word, Nevada, 260 East Desert Rose Drive, Henderson, NV 89015-8014
4643838 +Kids to Kids Spread the Word, Attn Bankruptcy Desk/Managing Agent, Nevada, 260 East Desert Rose Drive, Henderson NV 89015-8014
4643839 +Kiesling Hess Finishing, Attn Bankruptcy Desk/Managing Agent, Kim Applegate, 13205 Estrella Avenue, Gardena CA 90248-1520
4301407 +Kiet Trinh, 46 Tall Ruff Dr, Las Vegas, NV 89148-5244
4301408 +Kigh & Ken Fong, 338 Dog Leg Dr, Las Vegas, NV 89148-2694
4301409 +Kilby, Nicholas, 7045 Acorn Ct, Las Vegas, NV 89147-4711
4301410 +Kilgore, Michelle, 7138 Quarterhorse Lane, Las Vegas, NV 89148-3818
4301411 Kilian & Elaine Whelan, 3 Pereira Dr, Devonshire Bermuda 01, FL 00000
4301412 +Kilsdonk, Raymond, 5072 Tranquil Stream Ct, Las Vegas, NV 89148-1607
4301413 +Kim DeChirico, 1908 Placid Ravine, Las Vegas, NV 89117-5961
4643840 +Kim DeChirico, Attn Bankruptcy Desk/Managing Agent, 1908 Placid Ravine, Las Vegas NV 89117-5961
4301414 +Kim Horn, 112 Union Street, Suite A, Prescott, AZ 86303-4735
4643841 +Kim Horn, Attn Bankruptcy Desk/Managing Agent, 112 Union Street, Suite A, Prescott AZ 86303-4735
4301415 +Kim Le, 8764 Las Olivas Ave, Las Vegas, NV 89147-6040
4643842 +Kim Rapp, Attn Bankruptcy Desk/Managing Agent, 333 Pleasant Summit Drive, Henderson NV 89012-3487
4301416 +Kim, Edward, 19569 Rinaldi St Unit No 5, Northridge, CA 91326-1641
4301417 +Kimberley Stone, 7143 S Durango Dr Unit 307, Las Vegas, NV 89113-2002
4301418 +Kimberly & David Picciano, 1056 Via Canale Dr, Henderson, NV 89011-0803
4301420 +Kimberly Harrison, 7167 S Durango Dr Unit 304, Las Vegas, NV 89113-2042
4301422 +Kimberly Propson, 9050 W Warm Springs Rd Unit 2034, Las Vegas, NV 89148-3833
4643843 +Kimberly Rombardo, Attn Bankruptcy Desk/Managing Agent, 157 Crooked Tree Way, Las Vegas NV 89148-4439
4301424 +Kincaid Land LLC, 3208 Rugby Dr, Billings, MT 59102-0752
4301426 +Kinesys, Inc., 150 Bellam Blvd., San Rafael, CA 94901-4875
4301427 +King, Daniel, 1930 Village Center Cir, Las Vegas, NV 89134-6299
4643846 +Kingman AZ Area Chamber of Comm, Attn Bankruptcy Desk/Managing Agent, 120 W Andy Devine, P O Box 1150, Kingman AZ 86402-1150
4643847 +Kingman AZ Auto Supply, Attn Bankruptcy Desk/Managing Agent, 2595 Airfield Ave, Kingman, AZ 86401-4211
4643848 Kingman AZ Auto Supply Co Inc, Attn Bankruptcy Desk/Managing Agent, 2910 Airfield, Kingman AZ 86401
4643849 +Kingman AZ Boys Girls Club, Attn Bankruptcy Desk/Managing Agent, P O Box 4362, 301 N 1st Street, Kingman AZ 86402-4362
4643850 +Kingman AZ Daily Miner, Attn Bankruptcy Desk/Managing Agent, 3015 Stockton Hill Road, Kingman AZ 86401-4162
4643851 +Kingman AZ High School Band, Attn Bankruptcy Desk/Managing Agent, Attn Mr Hernandez, 4182 North Bank Street, Kingman AZ 86409-2715
4643852 +Kingman AZ Newspapers, Attn Bankruptcy Desk/Managing Agent, 3015 Stockton Hill Rd, Kingman AZ 86401-4162
4643853 +Kingman AZ Regional Med Found, Attn Bankruptcy Desk/Managing Agent, 3269 Stockton Hill Road, Kingman AZ 86409-3691
4643855 +Kingman AZ True Value Home Center, Attn Bankruptcy Desk/Managing Agent, 3633 Stockton Hill Rd, Kingman AZ 86409-3055
4301428 +Kingman Air and Auto Sponsorsh, 5075 Flightline Dr., Kingman, AZ 86401-6776
4301429 +Kingman Area Chamber of Comm., 120 W. Andy Devine, PO Box 1150, Kingman, AZ 86402-1150
4643845 +Kingman Auto Supply, Attn Bankruptcy Desk/Managing Agent, 2595 Airfield Ave, Kingman AZ 86401-4211
4301430 +Kingman Auto Supply Co., Inc., 2595 Airfield Ave., Kingman, AZ 86401-4211
4301431 Kingman Auto Supply Co., Inc., 2910 Airfield, Kingman, AZ 86401
4301432 +Kingman Boys & Girls Club, PO Box 4362, 301 N. 1st Street, Kingman, AZ 86402-4362
4301433 +Kingman Daily Miner, 3015 Stockton Hill Road, Kingman, AZ 86401-4162
4301435 +Kingman High School Band, Attn: Mr. Hernandez, 4182 North Bank Street, Kingman, AZ 86409-2715
4301436 +Kingman Newspapers, 3015 Stockton Hill Rd., Kingman, AZ 86401-4162
4301437 +Kingman Regional Med. Found., 3269 Stockton Hill Road, Kingman, AZ 86409-3691
4301438 +Kingman Regional Medical Centr, 3269 Stockton Hill Road, Kingman, AZ 86409-3691
4301440 +Kingman True Value Home Center, 3633 Stockton Hill Rd., Kingman, AZ 86409-3055
4643856 +Kingman/Golden Valley MLS, Attn Bankruptcy Desk/Managing Agent, 1923 Kino, Kingman AZ 86409-3063
4301441 +Kingsland Capital Management LLC, 1325 Avenue of the Americas 27th Floor, New York, NY 10019-6043
4301442 +Kinkade Appraisal, 5757 N. Tee Pee Lane, Las Vegas, NV 89149-2333
4643859 +Kinkade Appraisal, Attn Bankruptcy Desk/Managing Agent, 5757 N Tee Pee Lane, Las Vegas NV 89149-2333
4643860 +Kinko s, Attn Bankruptcy Desk/Managing Agent, 4750 West Sahara Avenue, Las Vegas NV 89102-3557
4301443 +Kinkos, 4750 West Sahara Avenue, Las Vegas, NV 89102-3562
4301444 +Kinsey, Bill B, P.O Box 425 Flagstaff, AZ 86004, Flagstaff, AZ 86002-0425
4301445 +Kinsey, Catherine Ann, PO Box 425 Flagstaff, AZ 86001, Flagstaff, AZ 86002-0425
4643861 +Kirco Electric, Attn Bankruptcy Desk/Managing Agent, 2016 Detroit Ave, Kingman AZ 86401-4120
4301446 +Kirk Brynjulson, 155 Wentworth Drive, Henderson, NV 89074-1048
4643862 +Kirk Jue, Attn Bankruptcy Desk/Managing Agent, 2336 28th Street D, Santa Monica CA 90405-1944

4643863 +KirkLand Development LLC, Attn Bankruptcy Desk/Managing Agent, 155 Wentworth Drive, Henderson NV 89074-1048
4301447 +Kirsh Media Group, 700 South Third St., Las Vegas, NV 89101-6703
4643864 +Kirsh Media Group, Attn Bankruptcy Desk/Managing Agent, 700 South Third St, Las Vegas NV 89101-6703
4301448 +Kiser, Kyle, 3625 Maya Circle, Kingman, AZ 86401-6500
4301449 +Kisook Hwang, 2474 Ram Crossing Way, Henderson, NV 89074-8308
4301450 +Kitagawa Family, 712 E 18th St, National City, CA 91950-4632
4301451 +Kitchen, Angie, 179 La Alba St, Henderson, NV 89074-2846
4301452 +Kitec Fitting Lit (Class Action), Harrison Kemp Jones Coulthard, 3800 Howard Hughes Pkwy,, 17th Fl Las Vegas, NV 89169-0925
4301454 +Kivanc Orengil, 3688 E Tompkins Ave, Las Vegas, NV 89121-5926
4301456 +Klima, Mike, 10833 Silver Lace Lane, Las Vegas, NV 89135-2870
4301457 +Klingspor Abrasives Ince, 8709 Kerns St, San Diego, CA 92154-6213
4301458 Klingspor Abrasives, Inc., PO Box 2367, Hickory, NC 28603-2367
4301463 +Knecht, Marcela, 2100 Black Island St No 201, Las Vegas, NV 89128-1010
4301464 +Kneip Family, 27011 Karns Ct Unit 2104, Canyon Country, CA 91387-4959
4301465 +Knell, Aaron P, 704 Bloomingfield Ln, Las Vegas, NV 89145-6039
4301466 +Knell, Travis, 704 Bloomingfield Ln, Las Vegas, NV 89145-6039
4301467 +Knight Electric, 1111 Mary Crest Rd, Suite P, Henderson, NV 89074-8747
4643873 +Knight Electric, Attn Bankruptcy Desk/Managing Agent, 1111 Mary Crest Rd Suite P, Henderson NV 89074-8747
4643874 +Knight Fire Protection, Attn Bankruptcy Desk/Managing Agent, Shane Dowdy, 2101 Western Avenue, Las Vegas NV 89102-4621
4301468 +Knight, Kenneth L, 88 Cora Hills Court, Las Vegas, NV 89148-2807
4301469 +Knight, Lynda, 6779 Flora Dr, Las Vegas, NV 89103-3157
4301470 +Knight, Samira, 1630 Westwind Road, Las Vegas, NV 89146-3337
4643875 +Knox Company, Attn Bankruptcy Desk/Managing Agent, 1601 W Deer Valley Road, Phoenix AZ 85027-2112
4301471 +Koami Acolatse, 1344 Corte Bagalso, San Marcos, CA 92069-7392
4301472 +Kobes, Teresa, 11256 Moratella Ct, Las Vegas, NV 89141-3934
4301473 +Koch & Scow, LLC, 11500 Eastern Avenue, Suite 110, Henderson, NV 89052-5575
4643876 +Koch Scow LLC, Attn Bankruptcy Desk/Managing Agent, 11500 Eastern Avenue, Suite 110, Henderson NV 89052-5575
4301474 +Koch, Nathan, 8005 Gallagher Island St, Las Vegas, NV 89143-4481
4301475 +Koei Liauw, 361 Turtle Peak Ave, Las Vegas, NV 89148-2753
4301476 +Koester, Joel F., 2180 E. Warm Springs Rd No 2193, Las Vegas, NV 89119-0450
4301477 +Kofi Baryeh, 960 Via Columbo St, Henderson, NV 89011-0108
4643877 +Kohler Rental Power Inc, Attn Bankruptcy Desk/Managing Agent, 7766 Collection Center Dr, Suite 714, Chicago IL 60693-0077
4301478 +Kohler Rental Power, Inc., 7766 Collection Center Dr., Suite 714, Chicago, IL 60693-0077
4301479 Kohley, Brian P, 1731 River Gardens Bullhead City, AZ 86, Bullhead City, AZ 86442
4301480 Kohley, Nicholas Shane, 1731 River Gardens Bullhead City, AZ 86, Bullhead City, AZ 86442
4301481 +Kohut, Kenneth, 528 Bet Twice, Henderson, NV 89015-2945
4301482 +Koich, Kimberly, 205 Red Rock Road, Boulder City, NV 89005-1281
4643878 Kolob Industries Inc, Attn Bankruptcy Desk/Managing Agent, 5841 E Charleston Blvd, 230 350, Las Vegas NV 89142
4301483 +Konopnicki, Daniel J., 4515 S. Durango No 2155, Las Vegas, NV 89147-6094
4301484 +Konrad Piatkowski, 143 Short Ruff Way, Las Vegas, NV 89148-5259
4301485 +Koonce, Calvin Harvey, 4815 Chino, Golden Valley, AZ 86413-8056
4643880 +Kosaka Design, Attn Bankruptcy Desk/Managing Agent, 115 West Micheltorena St Suite B, Santa Barbara CA 93101-3087
4301486 +Koutnouyan Family, 4370 Fairlawn Dr, Flintridge, CA 91011-3115
4301487 +Kovacs III, Edward J, 5320 Rock Creek Ln, Las Vegas, NV 89130-1946
4301488 +Kraeger, Jennifer A., 6480 Annie Oakley Dr No 522, Las Vegas, NV 89120-3956
4301489 +Krauth, Jason S., 7565 Durham Hall No 201, Las Vegas, NV 89130-7973
4643882 +Kravet, Attn Bankruptcy Desk/Managing Agent, c/o Ellen Powell Assoc, 939 15th Street 11, Santa Monica CA 90403-3146
4301490 +Kris Yee, 15343 Norton St, San Leandro, CA 94579-2128
4643883 +Kristen Ross, Attn Bankruptcy Desk/Managing Agent, 7240 Rogers Street, Las Vegas NV 89118-5029
4301492 +Kristin Campbell, 150 Wicked Wedge Way, Las Vegas, NV 89148-2688
4301494 +Kristine Becker, 2566 Sykes Creek Dr, Merritt Island, FL 32953-2911
4301495 +Kristine Satamian, 7159 S Durango Dr Unit 211, Las Vegas, NV 89113-2037
4301496 +Kristoffer John Parel, 4561 Tara Drive, Encino, CA 91436-3217
4643884 +Kristoffer John Parel, Attn Bankruptcy Desk/Managing Agent, 4561 Tara Drive, Encino CA 91436-3217
4301499 +Kristy Spackman, 8615 Cherry Creek Court, Wichita, KS 67207-5218
4643885 +Kristy Spackman, Attn Bankruptcy Desk/Managing Agent, 8615 Cherry Creek Court, Wichita 67207-5218
4301500 +Krisztina Stevens, 7768 Eagle Lake Ave, Las Vegas, NV 89147-8504
4643886 +Kritsada Nitaya Bujadham, Attn Bankruptcy Desk/Managing Agent, 1107 E Tropicana Blvd, Las Vegas NV 89119-6629
4301502 +Krueger, Debra S, 519 Emden St, Henderson, NV 89015-4642
4301504 +Kum Kim, 6699 Roanoke Ct, Las Vegas, NV 89148-5753
4301505 +Kumi Watabe, 3550 Carter Dr Apt 48, South San Francisco, CA 94080-5042
4643891 +Kummer Kaempfer Bonner, Attn Bankruptcy Desk/Managing Agent, Renshaw Inc, 3800 Howard Hughes Pkwy, Las Vegas NV 89169-0925
4301506 +Kummer Kaempfer Bonner &, Renshaw, Inc, 3800 Howard Hughes Pkwy., Las Vegas, NV 89169-0925
4301507 +Kuniko Thelander, 46 W Potomae Ave, Lombard, IL 60148-1639

4301508 +Kunio Watanabe, 222 Waterton Lakes Ave, Las Vegas, NV 89148-2800
4301509 +Kunkel, Adam C, 552 Finn Valley, Las Vegas, NV 89148-4457
4301510 +Kunkel, Kyle C., 552 Fynn Valley, Las Vegas, NV 89148-4457
4301511 +Kunsthaus LLC, 511 Center Green Dr, Las Vegas, NV 89148-5224
4301512 +Kuo & Jessica Chang, 945 Ironshoe Ct, Walnut, CA 91789-0909
4301514 +Kurt Torneslog, 5606 West Collins, Golden Valley, AZ 86413-7776
4643892 +Kurt Torneslog, Attn Bankruptcy Desk/Managing Agent, 5606 West Collins, Golden Valley AZ 86413-7776
4301515 +Kusatani Family, 4577 El Camino Cabos Dr, Las Vegas, NV 89147-8107
4643893 +Kustom Kings Inc, Attn Bankruptcy Desk/Managing Agent, 5580 S Decatur Blvd, Las Vegas NV 89118-6259
4301516 +Kustom Kings Inc., 5580 S. Decatur Blvd, Las Vegas, NV 89118-6259
4301519 +Kvilhaug, Katie, 59 E. Agate No 503, Las Vegas, NV 89123-6038
4301520 +Kwan & Jum Yang, 9702 Kampsville Ave, Las Vegas, NV 89148-5748
4301521 +Kwock & Shuet Lam, 98 Sunset Bay St, Las Vegas, NV 89148-2768
4301522 +Kwok & Consuelo Tse, 333 Lakewood Garden Dr, Las Vegas, NV 89148-2737
4301523 +Kwok Chan, 16 W 16th St No 7, New York, NY 10011-6328
4643895 +Kwok Kan Chan, Attn Bankruptcy Desk/Managing Agent, 16W 16th St, APT 7PN, New York 10011-6328
4301525 +Kyle Moyer & Company, LLC, 7525 East Camelback Rd., Suite 104, Scottsdale, AZ 85251-3519
4643897 +Kyle Moyer Company LLC, Attn Bankruptcy Desk/Managing Agent, 7525 East Camelback Rd, Suite 104, Scottsdale AZ 85251-3519
4643898 +Kyle Yahiro Okino, Attn Bankruptcy Desk/Managing Agent, 9050 W Tropicana Ave 1156, Las Vegas NV 89147-8191
4301526 +Kyle Yahiro-Okino, 9050 W Tropicana Ave No 1156, Las Vegas, NV 89147-8191
4301527 +Kyong Osbourne, 9655 Brooks Lake Ave, Las Vegas, NV 89148-4239
4301528 +Kyung Park, 1100 Daytona St, Pahrump, NV 89048-5621
4301530 +L & M Food Service Inc., 885 Airpark Drive, Bullhead City, AZ 86429-5886
4301531 +L & R Trucking, 3655 Hodges Rd, Kingman, AZ 86409-3537
4301532 +L & S Air Conditioning, L & S Mechanical, 290 Sunpac Ave, Henderson, NV 89011-4489
4301533 +L E F Properties LLC, 800 N Michigan Ave Apt 2301, Chicago, IL 60611-2150
4301536 +L Family, 903 E Route 66 Ste D, Glendora, CA 91740-3675
4301534 +L Family, 2720 Sweet Willow Ln, Las Vegas, NV 89135-2327
4301535 +L Family, 7127 S Durango Dr Unit 105, Las Vegas, NV 89113-2066
4301537 +L N S Service, L & S Mechanical, 290 Sunpac Ave, Henderson, NV 89011-4488
4643900 +L R Trucking, Attn Bankruptcy Desk/Managing Agent, 3655 Hodges Rd, Kingman AZ 86409-3537
4643901 +L S Air Conditioning, Attn Bankruptcy Desk/Managing Agent, L S Mechanical, 290 Sunpac Ave, Henderson NV 89011-4488
4643903 +L V Chamber of Commerce, Attn Bankruptcy Desk/Managing Agent, Lana Woodward, 3720 Howard Hughes Parkway, Las Vegas NV 89169-6016
4301538 L.V. Review Journal, PO Box 920, Las Vegas, NV 89125-0920
4301539 +LA County Court Trustee, PO Box 513544, Los Angeles, CA 90051-3544
4643922 +LANDMARK CDO LIMITED, Attn Bankruptcy Desk/Managing Agent, John D Angelo, 6 Lanmark Square, Stamford CT 06901-2704
4643932 ++++LARRY D NOLAN, ATTN BANKRUPTCY DESK/MANAGING AGENT, 18321 N PEACOCK DR, DOLAN SPRINGS AZ 86441-9719
(address filed with court: Larry D Nolan, Attn Bankruptcy Desk/Managing Agent, HC 37 Box 2087, Dolan Springs AZ 86441)
4643937 +LAS Consulting Inc, Attn Bankruptcy Desk/Managing Agent, 856 E Sahara 201, Las Vegas NV 89104-3017
4301599 +LAS Consulting, Inc., 856 E. Sahara No 201, Las Vegas, NV 89104-3017
4692932 LAS VEGAS REVIEW-JOURNAL, CREDIT OFFICE, P.O. BOX 70, LAS VEGAS, NV 89125-0070
5265491 +LAS VEGAS VALLEY WATER DISTRICT, C/O SHERILYN A. OLSEN, HOLLAND & HART LLP, 60 E. SOUTH TEMPLE, SUITE 2000, SALT LAKE CITY, UT 84111-1031
4643970 +LATITUDE CLO I, Attn Bankruptcy Desk/Managing Agent, Charles Strause, 1850 Gateway Drive Suite 650, San Mateo, Ca 94404-4074
4643975 +LB Furniture Industries LLC, Attn Bankruptcy Desk/Managing Agent, Linda Schatz, 99 South Third Street, Hudson NY 12534-2103
4301671 +LB Furniture Industries, LLC, 99 South Third Street, Hudson, NY 12534-2103
4643976 +LCSC Seller Finance, Attn Bankruptcy Desk/Managing Agent, Collection Account, 3637 Sentara Way Ste 303, Virginia Beach VA 23452-4262
4643993 +LEHMAN COMMERCIAL PAPER INC, Attn Bankruptcy Desk/Managing Agent, Bradley Sweeney, 745 Seventh Avenue, New York NY 10019-6801
4644036 LMG Inc, Attn Bankruptcy Desk/Managing Agent, 7220 Industrial Road Suite 300, Las Vegas NV 89118-5230
4644051 +LOVE Engineering Inc, Attn Bankruptcy Desk/Managing Agent, Del Engineering Inc dba LOVE, 3442 North Buffalo Dr, Las Vegas NV 89129-7424
4644054 +LPA Inc, Attn Bankruptcy Desk/Managing Agent, 5161 California Ave, Suite 100, Irvine CA 92617-8002
4301932 +LPA, Inc, 5161 California Ave, Suite 100, Irvine, CA 92617-8002
4301933 LR Nelson Consulting, 6765 W. Russell Rd., Suite 200, Las Vegas, NV 89118-1885
4644055 LR Nelson Consulting, Attn Bankruptcy Desk/Managing Agent, 6765 W Russell Rd, Suite 200, Las Vegas NV 89118-1885
4301934 +LS Construction Consulting Svc, 10120 W. Flamingo Rd., Suite 4-117, Las Vegas, NV 89147-8392
4644063 +LV Engineers com, Attn Bankruptcy Desk/Managing Agent, 1 Cactus Garden Drive, Suite A 17, Henderson NV 89014-2337
4644064 +LV Valley Groundwater Mgmt Pro, Attn Bankruptcy Desk/Managing Agent, c/o So Nevada Water Authority, 1001 S Valley View Blvd, Las Vegas NV 89107-4447

4644065 +LVCMI, Attn Bankruptcy Desk/Managing Agent, 6875 Speedway Blvd Unit U 102, Las Vegas NV 89115-1731
4301970 +LVCMI, 6875 Speedway Blvd Unit U-102, Las Vegas, NV 89115-1731
4301542 +La Jolla Pacific, 9571 Irvine Center Drive, Irvine, CA 92618-4654
4643904 +La Jolla Pacific, Attn Bankruptcy Desk/Managing Agent, 9571 Irvine Center Drive, Irvine CA 92618-4654
4301540 +La Jolla Pacific of Arizona, 9571 Irvine Center Drive, Irvine, CA 92618-4654
4301541 +La Jolla Pacific of Nevada, 9571 Irvine Center Drive, Irvine, CA 92618-4654
4301543 +La Maison T LLC, PO Box 280, Atwood, CA 92811-0280
4643905 +La Quinta Inn Suites, Attn Bankruptcy Desk/Managing Agent, 7101 Cascade Valley Court, Las Vegas NV 89128-0455
4643906 Lab Safety Supply Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 5004, Janesville WI 53547-5004
4301544 Lab Safety Supply,Inc, PO Box 5004, Janesville, WI 53547-5004
4301545 Labor Express, PO Box 15000, Chandler, AZ 85244-5000
4643907 Labor Express, Attn Bankruptcy Desk/Managing Agent, P O Box 15000, Chandler AZ 85244-5000
4301546 Labor Ready Southwest, Inc., PO Box 31001-0257, Pasadena, CA 911100257
4301547 Labor Ready Temporary SW, PO Box 31001-0257, Pasadena, CA 91110-0257
4643908 Labor Ready Temporary SW, Attn Bankruptcy Desk/Managing Agent, P O Box 31001 0257, Pasadena CA 91110-0257
4301548 Labor Systems, PO Box 1205, Chandler, AZ 85244-1205
4643909 Labor Systems, Attn Bankruptcy Desk/Managing Agent, PO Box 1205, Chandler AZ 85244-1205
4301549 +Lae, Mark Anthony, 5315 Sun Meadow Ct, N Las Vegas, NV 89031-7944
4301550 +Lagana Family, 142 Altura Vista, Los Gatos, CA 95032-1160
4643910 Laguna Geosciences Inc, Attn Bankruptcy Desk/Managing Agent, 31642 Sp Pacific Hwy 100, Laguna Beach CA 92651
4301551 Laguna Geosciences, Inc., 31642 Sp. Pacific Hwy. No 100, Laguna Beach, CA 92651
4301553 +Lai Kwok, 4214 California St, San Francisco, CA 94118-1314
4301554 +Laina-Morales, Joniel, 1321 Karilee Ct. No A, Las Vegas, NV 89146-9031
4643911 +Laisure Cooney Outdoor, Attn Bankruptcy Desk/Managing Agent, 1302 West Camelback Road, Phoenix AZ 85013-2107
4301555 +Laizure, Gary R., 8204 Aylesbury Ave, Las Vegas, NV 89129-7341
4301557 +Lake Ridge Realty, PO Box 21885, Bullhead City, AZ 86439-1885
4643913 +Lake Ridge Realty, Attn Bankruptcy Desk/Managing Agent, Cheryl Williams, P O Box 21885, Bullhead City AZ 86439-1885
4301558 +Lakin, Barbara, 5828 Ponderosa Verde Place, Las Vegas, NV 89131-3913
4301559 +Lalley, Jeffrey P., 650 S. Towncenter Dr., No 2120, Las Vegas, NV 89144-4438
4301560 +Lamar Companies, PO Box 96030, Baton Rouge, LA 70896-9030
4643914 +Lamar Companies, Attn Bankruptcy Desk/Managing Agent, Monica, PO Box 96030, Baton Rouge LA 70896-9030
4301561 +Lamar, Roxanne, 2114 Kalmia Ct, Oxnard, CA 93030-6094
4301562 +Lamas-A., Anselmo, 3856 Blue Wave Dr., Las Vegas, NV 89115-0270
4301563 +Lamas-Delgado, Miguel, 3700 Bonanza No 2074, Las Vegas, NV 89110-2192
4301564 +Lamb Family, PO Box 558, Dubois, WY 82513-0558
4301565 +Lambert, Kristen G, 3434 Mineral Park Dr. Bullhead City, AZ, Bullhead City, AZ 86442-8642
4301567 +Lamps Plus Centennial, Attn: Accounts Receivable, 20250 Plummer Street, Chatsworth, CA 91311-5449
4643915 +Lamps Plus Centennial, Attn Bankruptcy Desk/Managing Agent, Gail Forman/6340 S Sandhill Rd, 20250 Plummer Street, Chatsworth CA 91311-5449
4301566 +Lamps Plus Centennial, 6340 S. Sandhill Rd., Ste. 6, Las Vegas, NV 89120-3247
4301568 +Lance Millage, 481 Via Palermo Dr, Henderson, NV 89011-0825
4301569 +Land America Account Servicing, Post Office Box 2986, Phoenix, AZ 85062-2986
4643916 +Land America Account Servicing, Attn Bankruptcy Desk/Managing Agent, Post Office Box 2986, Phoenix AZ 85062-2986
4643917 +Land Title of Nevada, Attn Bankruptcy Desk/Managing Agent, Susan Coleman, P O Box 26239, Las Vegas NV 89126-0239
4301571 +LandAmerica Transnation, 1316 Stocton Hill Road, Kingman, AZ 86401-5170
4643919 +LandAmerica Transnation, Attn Bankruptcy Desk/Managing Agent, 1316 Stocton Hill Road, Kingman AZ 86401-5170
4643918 Landaco Landscaping Grading, Attn Bankruptcy Desk/Managing Agent, Vance, 4660 S Polaris, Las Vegas NV 89103-5615
4301572 +Landiscor Aerial Information, P. O Box 98309, Phoenix, AZ 85038-0309
4643920 +Landiscor Aerial Information, Attn Bankruptcy Desk/Managing Agent, John Lloyd, P O Box 98309, Phoenix AZ 85038-0309
4643921 +Landmark Books LLC, Attn Bankruptcy Desk/Managing Agent, 1601 Cloverfield Boulevard, 2nd Floor South Tower, Santa Monica CA 90404-4082
4301573 +Landmark Books, LLC, 1601 Cloverfield Boulevard, 2nd Floor, South Tower, Santa Monica, CA 90404-4082
4301574 +Landscape Connection, T.L.C.,, 5400 E empire, Falgstaff, AZ 86004-2922
4643923 +Landscape Services Inc, Attn Bankruptcy Desk/Managing Agent, 35 W Mayflower Avenue, North Las Vegas NV 89030-3951
4643924 +Landscapes Unlimited LLC, Attn Bankruptcy Desk/Managing Agent, Southwest Regional Office, 8145 East Evans Rd Ste 7, Scottsdale AZ 85260-3645
4643925 +Landslide Strategic Media LLC, Attn Bankruptcy Desk/Managing Agent, 8408 E Redwing Road, Scottsdale AZ 85250-5740
4301575 +Landslide Strategic Media, LLC, 8408 E. Redwing Road, Scottsdale, AZ 85250-5740
4643926 +Lane Furniture Ind Inc, Attn Bankruptcy Desk/Managing Agent, 5380 Hwy 145, P O Box 1627, Tupelo MS 38802-1627
4301576 +Langford Crane Service, 6130 W. Tropicana, PMB No 218, Las Vegas, NV 89103-4604

4643927 +Langford Crane Service, Attn Bankruptcy Desk/Managing Agent, 6130 W Tropicana PMB 218, Las Vegas NV 89103-4604
4643928 +Language Learning Enterprises, Attn Bankruptcy Desk/Managing Agent, 2654 Valley Ave, Suite J, Winchester VA 22601-2661
4643929 +Lani B Misalucha, Attn Bankruptcy Desk/Managing Agent, 7115 Mountain Den Avenue, Las Vegas NV 89179-1209
4301577 +Lani B. Misalucha, 7115 Mountain Den Avenue, Las Vegas, NV 89179-1209
4301578 +Lanier, Laura, 8780 W Nevso Dr, Las Vegas, NV 89147-0420
4301579 +Lanvin Singtalay, 7151 S Durango Dr Unit 203, Las Vegas, NV 89113-2032
4301580 +Lapadura, Christopher Lee, 2478 E. John Cabot Rd. Phoenix, AZ 8503, Phoenix, AZ 85032-1036
4643930 +Laptop City Online, Attn Bankruptcy Desk/Managing Agent, 1391 N Military Trail, West Palm Beach FL 33409-6016
4301581 +Lara Flores, Fabian, 1817 Bonanza, Las Vegas, NV 89101-3320
4301582 +Lara, Jaime, 1589 Pasture Lane, Las Vegas, NV 89110-0324
4301583 +Lara, Lorenzo Eufracio, 1255 Rawhide St No 1, Las Vegas, NV 89119-2656
4301584 +Larry & Cheryl Mayorga, 947 Evening Dew Dr, Las Vegas, NV 89110-2924
4301585 Larry & Elaine Skinner, 910 Haliburton Rd, Edmonton Alberta Canada T6R, 00000
4301586 +Larry & Mely Idanan, 352 Broken Par Dr, Las Vegas, NV 89148-5211
4301587 +Larry & Regina Beaulac, 4725 Ashington St, Las Vegas, NV 89147-6070
4643931 +Larry Blackwell, Attn Bankruptcy Desk/Managing Agent, 3987 Topawa Drive, Las Vegas NV 89103-2510
4301588 +Larry Castle, 519 Monterey Dr, Oceanside, CA 92058-1111
4301589 +Larry Errthum, 11243 Fiefole, Las Vegas, NV 89141-6050
4643933 +Larry Errthum, Attn Bankruptcy Desk/Managing Agent, 11243 Fiefole, Las Vegas NV 89141-6050
4301590 +Larry Fitch, 7111 S Durango Dr Unit 312, Las Vegas, NV 89113-2083
4301591 +Larry Gurganus, 1441 Foothills Village Dr, Henderson, NV 89012-7266
4301592 +Larry Ivers, 7107 S Durango Dr Unit 202, Las Vegas, NV 89113-2013
4301593 Larry McGovern, 605 Fragrant Orchard St, Henderson, NV 89015
4301594 +Larry Michaels, 7139 S Durango Dr Unit 304, Las Vegas, NV 89113-2082
4301595 +Larry Stewart, 9766 Marcelline Ave, Las Vegas, NV 89148-5752
4643934 +Larry s Towing Transport, Attn Bankruptcy Desk/Managing Agent, 6800 W Gary Ave, Las Vegas NV 89139-7315
4301596 +Larrys Towing & Transport, 6800 W. Gary Ave, Las Vegas, NV 89139-7315
4301597 +Larson & Associates, 4058 S. Industrial Road, Las Vegas, NV 89103-4135
4643936 +Larson Associates, Attn Bankruptcy Desk/Managing Agent, 4058 S Industrial Road, Las Vegas NV 89103-4135
4301601 Las Vegas Authority, Attn: Pat OHara, 10325 Nu-Wav Blvd., Las Vegas, NV 89124
4301602 +Las Vegas Billboards, 5665 S. Valley View BlvdNo 4, Las Vegas, NV 89118-2465
4643938 +Las Vegas Billboards, Attn Bankruptcy Desk/Managing Agent, 5665 S Valley View Blvd 4, Las Vegas NV 89118-2465
4301603 +Las Vegas Bride Magazine, 3320 N. Buffalo, Suite 102, Las Vegas, NV 89129-7410
4301606 +Las Vegas Clark County, Library District, 833 Las Vegas Blvd North 4th Floo, Las Vegas, NV 89101-2004
4301607 +Las Vegas Color Graphics, Inc., 4265 W Sunset Road, Las Vegas, NV 89118-3873
4643939 +Las Vegas Customs, Attn Bankruptcy Desk/Managing Agent, Redlilne Motorsports Inc, 4881 W Hacienda Ave 2, Las Vegas NV 89118-1558
4301608 +Las Vegas DVD Transfer Co., 6732 W. Oak Valley Dr., Las Vegas, NV 89103-3145
4301609 +Las Vegas Golf Adventures, 5524 South Fort Apache Road, Suite 110, Las Vegas, NV 89148-7669
4301610 +Las Vegas Golf Authority, Attn: Pat OHara, 10325 Nu-Wav Kaiv Blvd., Las Vegas, NV 89124-8411
4301611 +Las Vegas Golf.com, 2505 Anthem Village Drive, Suite E-240, Henderson, NV 89052-5505
4301612 +Las Vegas Justice Court, 200 Lewis Avenue, Las Vegas, NV 89155-0001
4643940 +Las Vegas Life LLC, Attn Bankruptcy Desk/Managing Agent, A Greenspun Media Group Pub, 2290 Corporate Circle Suite 250, Henderson NV 89074-7713
4301614 +Las Vegas Limousines, 5010 So. Valley View Blvd., Las Vegas, NV 89118-1705
4643941 +Las Vegas Magazine, Attn Bankruptcy Desk/Managing Agent, Showbiz Weekly Inc, 2290 Corporate Circle Suite 250, Henderson NV 89074-7713
4643942 +Las Vegas Municipal Court, Attn Bankruptcy Desk/Managing Agent, P O Box 9855, Las Vegas NV 89191-0855
4643943 +Las Vegas NV 51 s Baseball, Attn Bankruptcy Desk/Managing Agent, 850 Las Vegas Blvd North, Las Vegas NV 89101-2062
4643945 +Las Vegas NV Chamber of Commerce, Attn Bankruptcy Desk/Managing Agent, Attn Sales Department, 3720 Howard Hughes Parkway, Las Vegas NV 89169-6016
4643946 +Las Vegas NV Chinese Daily News, Attn Bankruptcy Desk/Managing Agent, 4215 Spring Mountain Road, Suite B 208A, Las Vegas NV 89102-8742
4643947 +Las Vegas NV Clark County, Attn Bankruptcy Desk/Managing Agent, Library District, 833 Las Vegas NV Blvd North 4th Floo, Las Vegas NV 89101-2004
4643948 +Las Vegas NV Color Graphics Inc, Attn Bankruptcy Desk/Managing Agent, 4265 W Sunset Road, Las Vegas NV 89118-3873
4643949 +Las Vegas NV DVD Transfer Co, Attn Bankruptcy Desk/Managing Agent, Rens Swann, 6732 W Oak Valley Dr, Las Vegas NV 89103-3145
4643950 +Las Vegas NV Electric, Attn Bankruptcy Desk/Managing Agent, 3305 Meade Avenue, Las Vegas NV 89102-7803
4643951 +Las Vegas NV Entertainment, Attn Bankruptcy Desk/Managing Agent, Productions, 4990 Paradise Rd Ste 103, Las Vegas NV 89119-1235
4643952 +Las Vegas NV Justice Court, Attn Bankruptcy Desk/Managing Agent, 200 Lewis Avenue, Las Vegas NV 89155-0001
4643953 +Las Vegas NV Neurosurgery, Attn Bankruptcy Desk/Managing Agent, Orthopaedics Rehabiliation, 501 S Rancho Dr I 67, Las Vegas NV 89106-4862

4643954 +Las Vegas NV Office Furniture, Attn Bankruptcy Desk/Managing Agent, 7370 S Industrial Road Ste 405, Las Vegas NV 89139-5949
4643957 Las Vegas NV Southwest Rotary Clu, Attn Bankruptcy Desk/Managing Agent, PO Box 70126, University Station, Las Vegas NV 89170-0126
4643958 +Las Vegas NV Stile, Attn Bankruptcy Desk/Managing Agent, 8 Red Fawn Court, Henderson NV 89074-6124
4643959 +Las Vegas NV Underground, Attn Bankruptcy Desk/Managing Agent, 5790 Wynn Road Suite 2, Las Vegas NV 89118-3076
4643960 +Las Vegas NV Valley Water D, Attn Bankruptcy Desk/Managing Agent, 1001 South Valley View Blvd, Las Vegas NV 89153-0001
4301616 +Las Vegas Neurosurgery, Orthopaedics & Rehabiliation, 501 S. Rancho Dr. I-67, Las Vegas, NV 89106-4862
4301617 +Las Vegas Party Tents & Rentals, 4695 Nevso Ave., Las Vegas, NV 89103-3773
4301618 +Las Vegas Paving, 4420 S. Decatur, Las Vegas, NV 89103-5803
4643961 +Las Vegas Paving, Attn Bankruptcy Desk/Managing Agent, 4420 S Decatur, Las Vegas NV 89103-5803
4301620 +Las Vegas Review Journal, PO Box 70, Las Vegas, NV 89125-0070
4301621 Las Vegas Review Journal, PO Box 920, Las Vegas, NV 89125-0920
4643963 +Las Vegas Review Journal, Attn Bankruptcy Desk/Managing Agent, P O Box 70, Las Vegas NV 89125-0070
4301622 Las Vegas Southwest Rotary Clu, PO Box 70126, University Station, Las Vegas, NV 89170-0126
4301623 +Las Vegas Stile, No 8 Red Fawn Court, Henderson, NV 89074-6124
4301624 +Las Vegas Supply, 3250 W. Harmon Ave, Las Vegas, NV 89103-4114
4301625 +Las Vegas Toilet Rentals, 2069 N. Christy Lane, Las Vegas, NV 89156-5600
4643964 +Las Vegas Toilet Rentals, Attn Bankruptcy Desk/Managing Agent, 2069 N Christy Lane, Las Vegas NV 89156-5600
4301626 Las Vegas Towel & Tissue, PO Box 94946, Las Vegas, NV 89193-4946
4301627 +Las Vegas Valley Water D, 1001 South Valley View Blvd, Attn:Remittance Processing, LasVegas, NV 89153-0001
4643968 +LasVegas com, Attn Bankruptcy Desk/Managing Agent, monica peterson, 1111 W Bonanza Road, Las Vegas NV 89106-3545
4643965 +Laser Printer Specialist, Attn Bankruptcy Desk/Managing Agent, 4625 Wynn Road 104, Las Vegas NV 89103-5327
4643966 +Laser World, Attn Bankruptcy Desk/Managing Agent, 1517 W Oakey Blvd, Las Vegas NV 89102-2626
4301628 +Lasley Family, 5116 Rolling Fairway Dr, Valrico, FL 33596-8220
4643967 +Lasting Impressions, Attn Bankruptcy Desk/Managing Agent, 7777 Hauck Street, Las Vegas NV 89139-0101
4301630 +Lauana & Albert Hart, 8572 Whitesails Cir, Huntington Beach, CA 92646-2119
4301631 +Laura Buscaglia, 9050 W Warm Springs Rd Unit 1049, Las Vegas, NV 89148-3828
4301632 +Laura Estrada, 9703 Dieterich Ave, Las Vegas, NV 89148-5765
4301634 +Laura Nelson, 821 Mantis, Las Vegas, NV 89110-6417
4301636 +Laura Tolentino, 9050 W Warm Springs Rd Unit 2094, Las Vegas, NV 89148-3835
4301638 +Laura Yang, or Current Homeowner, 326 Blackstone River Avenue, Las Vegas, NV 89148-2738
4301640 +Laureano & Maria Natividad, 19431 Trentham Ave, Cerritos, CA 90703-7263
4301641 +Lauren & Adrienne Finley, 3254 W Canyon Ave, San Diego, CA 92123-5430
4301642 +Laurence & Victoria Brocato, 1405 Saintsbury Dr, Las Vegas, NV 89144-1142
4301643 +Laurie Paquette, 321 Waterton Lakes Ave, Las Vegas, NV 89148-2809
4301644 +Laurienti, Barbara, 8490 Lambart Drive, Las Vegas, NV 89147-5258
4301645 +Laurienti, Barbara, 8490 Lambert Dr, Las Vegas, NV 89147-5258
4301646 +Lavelle & Johnson, P.C., Lakes Business Park, 8831 W. Sahara, Las Vegas, NV 89117-5865
4643971 +Lavelle Johnson P C, Attn Bankruptcy Desk/Managing Agent, Lakes Business Park, 8831 W Sahara, Las Vegas NV 89117-5865
4301647 +Lavin, William M, 7608 Twisted Pine Ave, North Las Vegas, NV 89131-4780
4301648 +Lavitoria Family, 148 Mandalay Ave, Hercules, CA 94547-2059
4301649 +Lavonne Ritzema, 4225 Dry Fork Rd, Whites Creek, TN 37189-9036
4301650 +Lawrence & Aida Liptak, 9050 W Warm Springs Rd Unit 1126, Las Vegas, NV 89148-3830
4301651 +Lawrence & Kim Grace, 22192 Crane St, Lake Forest, CA 92630-1816
4301652 +Lawrence & Sibel Houck, 2176 Luau Ct, Henderson, NV 89074-1820
4301654 +Lawrie & Saron Wright, 1034 Via Sanguinella St, Henderson, NV 89011-0820
4301656 +Lawson, Perry, 570 Country Apple Ave, Las Vegas, NV 89183-7502
4301657 +Lawton, Cameron, 6300 West Tropicana No 101, Las Vegas, NV 89103-4426
4301659 +Layman Sr., John P, 8512 Lynhurst Dr., Las Vegas, NV 89134-8635
4301660 +Layman, Daniel Joseph, 5034 Swift River Ct, N Las Vegas, NV 89031-6250
4301661 +Layman, Daniel Joseph, 5034 Swift River Ct, North Las Vegas, NV 89031-6250
4301662 +Layman, John, 3917 Sage River St, Las Vegas, NV 89129-8235
4301665 +Layne Christensen Company, 5916 Paysphere Circle, Chicago, IL 60674-0001
4301664 Layne Christensen Company, 12030 E. Riggs Road, Chandler, AZ 85249-3701
4643973 Layne Christensen Company, Attn Bankruptcy Desk/Managing Agent, 12030 E Riggs Road, Chandler AZ 85249-3701
4301666 +Layva Gaspar, Agustin, 2101 Sandi Lane, Las Vegas, NV 89115-5240
4301667 +Lazaro Hernandez, Wilfrido, 924 Macfar Ln, Las Vegas, NV 89101-1659
4301668 +Lazaro Serrano, Jesus, 3851 Wynn No 1051, Las Vegas, NV 89103-6001
4301669 +Lazaro, Ernesto Raymundo, 2101 Sandy Lane, Las Vegas, NV 89115-5240
4301670 +Lazaro, Ivan, 404 Leonard, Las Vegas, NV 89106-2712
4643981 +LeClairRyan a Professional Crp, Attn Bankruptcy Desk/Managing Agent, Riverfront Plaza East Tower, 951 E Bryd Street Eighth Floor, Richmond VA 23219-4040
4301678 +LeClairRyan,a Professional Crp, Riverfront Plaza, East Tower, 951 E. Bryd Street - Eighth Floor, Richmond, VA 23219-4040

4643977 +Leach Johnson Song Gruchow, Attn Bankruptcy Desk/Managing Agent, 5495 S Rainbow Blvd 202, Las Vegas NV 89118-1873
4301672 Leah Gregorio, 7195 Island Oak Ave, Las Vegas, NV 89113
4301673 +Leal, Crystal, 326 Azure Ave, Las Vegas, NV 89031-1358
4301674 +Leal, Ismael, 3750 E. Bonanza Rd. No 144, Las Vegas, NV 89110-6433
4301675 +Leandro & Sharon Galaz, 524 Punto Vallata Dr, Henderson, NV 89011-0823
4643978 +Lear Lear LLP Law Offices, Attn Bankruptcy Desk/Managing Agent, 299 S Main Ste 2200, 808 E South Temple, Salt Lake City UT 84102-1305
4643979 +Learning Assessment Partners, Attn Bankruptcy Desk/Managing Agent, 1325 Airmotive Way, Suite 160, Reno NV 89502-3239
4643980 +Learning for Life, Attn Bankruptcy Desk/Managing Agent, Attn Sponsorships, 7220 South Paradise Road, Las Vegas NV 89119-4403
4301677 +Leboeuf, Cy James, 2364 Mc Vicar, Kingman, AZ 86409-1228
4301679 +Ledesma Hernandez, Rafael, 2030 McCarran St. No 3, North Las Vegas, NV 89030-6494
4301680 +Ledezma Vera, Jose, 2512 High Tree St, N Las Vegas, NV 89030-5924
4301681 +Ledezma, Enrique, 1401 N. Lamb Apt. 125, Las Vegas, NV 89110-1389
4301682 +Lee & Ne Jeong, 190 Dog Leg Dr, Las Vegas, NV 89148-2693
4301683 +Lee & Russell Client Trust Acc, Tax ID No 06-1663241, 7575 Vegas Drive, Ste 150, Las Vegas, NV 89128-0706
4301684 +Lee & Russell, APC, 7575 Vegas Drive, Suite 150, Las Vegas, NV 89128-0706
4301685 +Lee Family, 2924 Copper Beach Ct, Las Vegas, NV 89117-2578
4301686 +Lee Family, 877 Darien Way, San Francisco, CA 94127-2501
4301687 +Lee Grissom, 14556 Newport Ave Unit 2, Tustin, CA 92780-6095
4643982 +Lee Hernandez Kelsey Brooks, Attn Bankruptcy Desk/Managing Agent, Garofalo Blake, 7575 Vegas Drive 150, Las Vegas NV 89128-0706
4643983 +Lee Hernandez Kelsey Brooks, Attn Bankruptcy Desk/Managing Agent, Garofalo Blake c/o David Lee Esq, 7575 Vegas Drive Suite 150, Las Vegas, NV 89128-0706
4301688 +Lee Jofa, 225 Central Avenue South, Bethpage, NY 11714-4940
4643984 +Lee Jofa, Attn Bankruptcy Desk/Managing Agent, 225 Central Avenue South, Bethpage NY 11714-4940
4301689 +Lee Lan, 6480 Spring Mountain Rd Ste 2, Las Vegas, NV 89146-8837
4301692 +Lee Nevada Trust, 476 Punto Vallata Dr, Henderson, NV 89011-0845
4643985 +Lee Russell APC, Attn Bankruptcy Desk/Managing Agent, 7575 Vegas Drive, Suite 150, Las Vegas NV 89128-0706
4643986 +Lee Russell Client Trust Acc, Attn Bankruptcy Desk/Managing Agent, Tax ID 06 1663241, 7575 Vegas Drive Ste 150, Las Vegas NV 89128-0706
4301693 +Lee,Hernandez,Kelsey,Brooks, Garofalo, & Blake, 7575 Vegas Drive No 150, Las Vegas, NV 89128-0706
4301694 +Leeann Stewart-Schencke, 9702 Valmeyer Ave, Las Vegas, NV 89148-5742
4301695 +Leegin Creative Leather, 14022 Nelson Ave., City of Industry, CA 91746-2638
4301696 +Leegin Creative Leather, PO Box 406, La Puente, CA 91747-0406
4301697 +Leepers Stair Products, PO Box 17098, Long Beach, CA 90807-7098
4643987 +Legacy Construction, Attn Bankruptcy Desk/Managing Agent, 4339 No Rancho Rd, Las Vegas NV 89130
4643988 +Legacy Homes Realty Inc, Attn Bankruptcy Desk/Managing Agent, 3700 San Pablo Ave, Suite B 5, Hercules CA 94547-3968
4301698 +Legal Document Solutions, 710 South 8th Street, Las Vegas, NV 89101-7007
4643989 +Legal Document Solutions, Attn Bankruptcy Desk/Managing Agent, 710 South 8th Street, Las Vegas NV 89101-7007
4643990 +Legal Ease of Nevada, Attn Bankruptcy Desk/Managing Agent, 211 North Buffalo Drive Suite C, Las Vegas NV 89145-0302
4301699 +Legend Ranch POA, 1834 Highway 95, Bullhead City, AZ 86442-6803
4643991 +Legend Ranch POA, Attn Bankruptcy Desk/Managing Agent, 1834 Highway 95, Bullhead City AZ 86442-6803
4643992 +Legend Windows for the West, Attn Bankruptcy Desk/Managing Agent, 8050 S Arville 101, Las Vegas NV 89139-7149
4301700 +Leggio Family, 5740 La Seyne Pl, San Jose, CA 95138-2242
4301701 +Legro, Shannon, 8440 S. Las Vegas Blvd No 6247, Las Vegas, NV 89123-1607
4301702 +Lehman Brothers Inc, 745 Seventh Avenue, New York, NY 10019-6801
4301703 +Lehman Family, 4648 Munich Ct, Las Vegas, NV 89147-8108
4301704 +Lei, Joshua, 9314 Cider Springs Ct, Las Vegas, NV 89148-4956
4643994 Leibowitz Shumaker Berger, Attn Bankruptcy Desk/Managing Agent, Rubens LLP, 201 North Civic Drive Suite 180, Walnut Creek CA 94596-8226
4301705 +Leigh Family, 4214 California St, San Francisco, CA 94118-1314
4301706 +Leiter Family, 7510 Brittlethorne Ave, Las Vegas, NV 89131-3303
4301707 +Lemelin, Barbara, 763 Heritage Vista Ave, Henderson, NV 89015-7562
4301708 +Lemoine Family, 7310 Red Cinder St, Las Vegas, NV 89131-3320
4301709 +Lemus Escobar, Rutilio A, 2905 Jamestown Way, Las Vegas, NV 89102-0113
4301710 +Lemus Mejia, Jose G, 2905 Jamestown Way, Las Vegas, NV 89102-0113
4301711 +Lemus, Francisco, 1740 Breckenwood Ct No 3, Las Vegas, NV 89115-3646
4301712 +Lemus, Pablo, 2905 Jamestown Way, Las Vegas, NV 89102-0113
4301713 +Lena Isted, 1132 Via Canale Dr, Henderson, NV 89011-0804
4643995 +Lending Team Mortgage, Attn Bankruptcy Desk/Managing Agent, Sanny Lam, 3000 Alemany Blvd, San Francisco CA 94112-4022
4301714 +Lenell Patrick, 7510 Hornblower Ave, Las Vegas, NV 89131-3396
4301715 +Lenin & Yaneth Rodas, 7111 S Durango Dr Unit 306, Las Vegas, NV 89113-2052
4301716 +Leo May, 97 Arcadian Shores St, Las Vegas, NV 89148-2754
4301717 +Leon Davis, 1313 Spring Meadow Ln, Concord, CA 94521-3422
4301718 +Leon Ho, 7209 Cottonsparrow St, Las Vegas, NV 89131-8257
4301719 +Leon Nguyen, 955 Via Canale Dr, Henderson, NV 89011-0828

4301720 +Leon Pena, Juan, 3704 Haddock Ave, North Las Vegas, NV 89030-5959
4301730 Leon-Cardenas, Marco A, 408 Doches St., N Las Vegas, NV 89030
4301733 +Leon-Rodriguez, Roberto, 408 Duches Ave, N Las Vegas, NV 89030-3897
4301721 +Leonard & Betsy Rhodes, Living Trust, 3024 Highland Falls, Las Vegas, Nv 89134-7452
4301722 +Leonard & Jennifer Taylor, 4925 Woody Valley St, North Las Vegas, NV 89031-5106
4301723 +Leonard & Shirley Mangalindan, 11555 Allen, Tustin, CA 92782-3325
4643996 +Leonard Betsy Rhodes, Attn Bankruptcy Desk/Managing Agent, Living Trust, 3024 Highland Falls, Las Vegas NV 89134-7452
4643997 +Leonard Dicker Schreiber LLP, Attn Bankruptcy Desk/Managing Agent, c/o Michael Rogers Esq, 9430 Olympic Boulevard 400, Beverly Hills, CA 90212-4552
4643998 +Leonard Jennifer Taylor, Attn Bankruptcy Desk/Managing Agent, 4925 Woody Valley St, North Las Vegas NV 89031-5106
4301724 +Leonard Martin, 4892 Stavanger Ln, Las Vegas, NV 89147-6050
4301726 +Leonard Rasho, 20262 Via Cellini, Porter Ranch, CA 91326-4062
4301725 +Leonard Rasho, 192 Sandy Bunker Ln, Las Vegas, NV 89148-5218
4643999 +Leonard Rasho, Attn Bankruptcy Desk/Managing Agent, 20262 Via Cellini, Porter Ranch CA 91326-4062
4301728 +Leonard, Jeffery Martin, 8141 Hydra Lane, Las Vegas, NV 89128-1654
4301729 +Leonardo Katigbak, 3326 Hillside Garden Dr, Las Vegas, NV 89135-2829
4301731 +Leonel Martinez, 1217 N. Jones Blvd. No 103, Las Vegas, NV 89108-1638
4301732 +Leonides & Carolen Alfonso, 973 Seascape Cir, Rodeo, CA 94572-1812
4301735 +Leopoldo & Rosario Frausto, 171 Tayman Park Ave, Las Vegas, NV 89148-2836
4301734 +Leopolds Bakery, 10260 W. Charleston Blvd., Suite 4, Las Vegas, NV 89135-1040
4301736 +Lerna Wending, 190 Chadwell Ct, Henderson, NV 89074-5872
4644001 +Lerna Wending, Attn Bankruptcy Desk/Managing Agent, 190 Chadwell Ct, Henderson NV 89074-5872
4301737 +Lernik Moradian, 1640 Irving Ave, Glendale, CA 91201-1226
4644002 +Leroy s Ace Hardware, Attn Bankruptcy Desk/Managing Agent, 4550 Stockton Hill Rd, Kingman AZ 86409-1755
4301738 +Leroys Ace Hardware, 4550 Stockton Hill Rd, Kingman, AZ 86409-1755
4301739 +Leslie & Kevin Rowens, 477 Punto Vallata Dr, Henderson, NV 89011-0845
4301740 +Leslie & Maria Ackerman, 10102 Gish Ave, Tujunga, CA 91042-2532
4301741 +Leslie & Michelle Levin, 3765 Pama Ln, Las Vegas, NV 89120-2916
4301743 +Leslie Anderson, 9109 Watermelon Seed Ave, Las Vegas, NV 89143-6410
4301744 +Leslie Blasco, or Current Homeowner, 193 Sea Rim Ave., Las Vegas, NV 89148-2758
4301745 +Leslie Brotherton, 7189 S Durango Dr Unit 211, Las Vegas, NV 89113-2021
4644003 Leticia Watson, Attn Bankruptcy Desk/Managing Agent, 10 734 Dabney Drive 57, San Diego CA 92126
4644004 +Letizia Ad Team, Attn Bankruptcy Desk/Managing Agent, 8010 W Sahara Ave Suite 260, Las Vegas NV 89117-7925
4301746 +Leung, Mark, 10632 Chickasaw Cedar Court, Las Vegas, NV 89129-8689
4301747 +Levaux Family, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4301748 +Levent Yilmaz, 9050 W Warm Springs Rd Unit 2056, Las Vegas, NV 89148-3834
4644005 +Leverage Communications, Attn Bankruptcy Desk/Managing Agent, 3111 South Valley View INC, E108, Las Vegas NV 89102-8317
4301750 +Levin Family, 4571 El Camino Cabos Dr, Las Vegas, NV 89147-8107
4301749 +Levin Family, 4565 El Camino Cabos Dr, Las Vegas, NV 89147-8107
4644006 Levitz, Attn Bankruptcy Desk/Managing Agent, 91 S Martin Luther King Blvd, Las Vegas NV 89106-4340
4301751 Levon Stephanian, 210 Crooked Pine Dr, Las Vegas, NV 89148
4301752 +Lewey, Gary L, 8820 Jewel Ridge Ave, Las Vegas, NV 89148-1452
4644007 +Lewis M Etcoff Ph D P C, Attn Bankruptcy Desk/Managing Agent, 8475 S Eastern, Suite 205, Las Vegas NV 89123-2863
4301753 +Lewis M Etcoff, Ph.D., P.C., 8475 S. Eastern, Suite 205, Las Vegas, NV 89123-2863
4301754 +Ley, Fernando R., 5747 Allegro Ave, Las Vegas, NV 89110-4925
4301756 +Ley-Montoya, Rafael, 325 Page St, Las Vegas, NV 89110-3340
4301755 +Leydecker Family, 7119 S Durango Dr Unit 302, Las Vegas, NV 89113-2060
4301757 +Leyva Gaspar, Agustin, 2101 Sandi Lane, Las Vegas, NV 89115-5240
4301758 +Leyva-Serrano, Andrew, 2240 Bassler No 1, North Las Vegas, NV 89030-6158
4301759 +Lezama, Cesar, 5155 W. Tropicana No 2009, Las Vegas, NV 89103-7006
4301760 +Li Li, 257 Palm Trace Ave, Las Vegas, NV 89148-2735
4301761 +Li Tan, 191 Rancho Maria St, Las Vegas, NV 89148-2751
4301762 +Li Tang, 9787 Maple Sugar Leaf Pl, Las Vegas, NV 89148-7639
4301763 +Liao Family, 260 Tayman Park Ave, Las Vegas, NV 89148-2837
4644009 +Libby W Raynes Family Trust, Attn Bankruptcy Desk/Managing Agent, C/O Premier Trust of Nevada, 2700 West Sahara Ave Ste 300, Las Vegas NV 89102-1714
4301764 +Liberty Cutting & Coring, HCR 33 Box 41, Las Vegas, NV 89161-9257
4644010 +Liberty Cutting Coring, Attn Bankruptcy Desk/Managing Agent, HCR 33 Box 41, Las Vegas NV 89161-9257
4644011 +Liberty Fire Service, Attn Bankruptcy Desk/Managing Agent, 1306 West Craig Rd, Suite E 155, N Las Vegas NV 89032-0215
4301765 +Liberty Fire Service, 1306 West Craig Rd., Suite E, No 155, N. Las Vegas, NV 89032-0215
4644012 Liberty Flag Specialty Co, Attn Bankruptcy Desk/Managing Agent, P O Box 398, Reedsburg WI 53959-0398
4301766 +Liberty High School, 3700 Liberty Heights Ave., Henderson, NV 89052-8612
4644013 +Liberty High School, Attn Bankruptcy Desk/Managing Agent, 3700 Liberty Heights Ave, Henderson NV 89052-8612
4644014 +Liberty Realty, Attn Bankruptcy Desk/Managing Agent, 2451 S Buffalo Dr, Las Vegas NV 89117-2771

4644015 +Lied Animal Shelter, Attn Bankruptcy Desk/Managing Agent, Kara Kidwell, 655 North Mojave Road, Las Vegas NV 89101-2801
4644016 +Lied Discovery Children s, Attn Bankruptcy Desk/Managing Agent, Museum, 833 Las Vegas NV Boulevard North, Las Vegas NV 89101-2059
4301767 +Lien Ly, 7135 S Durango Dr Unit 116, Las Vegas, NV 89113-2074
4644017 +Lien Thi Duong, Attn Bankruptcy Desk/Managing Agent, 3000 High View Dr, Henderson NV 89014-0503
4301768 +Lien-Thi Duong, 3000 High View Dr., Henderson, NV 89014-0503
4301769 +Liera, Jeffrey G., 2851 S. Decatur Blvd. No 145, Las Vegas, NV 89102-8923
4301770 +Light, Shawn, 7777 S. Jones Blvd. Apt 1232, Las Vegas, NV 89139-6162
4301771 +Lightpoint Capital Mgmt LLC, 190 S. Lasalle 23rd Floor, Chicago, IL 60603-3421
4301772 +Lili Claire Foundation, 2800 28th Street, Suite 160, Santa Monica, CA 90405-6203
4644018 +Lili Claire Foundation, Attn Bankruptcy Desk/Managing Agent, 2800 28th Street Suite 160, Santa Monica CA 90405-6203
4301773 +Lilia Navarro, 893 Tramway Dr, Milpitas, CA 95035-4505
4644019 +Liliya Zlotnikova and, Attn Bankruptcy Desk/Managing Agent, Afroim Psavko, 12783 Calle De Los Roses, San Diego CA 92129-3065
4301775 +Lily & Howard Chin, 13717 Bannon Dr, Cerritos, CA 90703-2336
4644020 +Lily Jack, Attn Bankruptcy Desk/Managing Agent, Mitch Zerg Associates, 31838 Village Center Rd, Westlake Village CA 91361-4315
4301777 +Lily Sy, 693 Applause Pl, San Jose, CA 95134-2607
4301779 +Lilya Bezinover, 8159 Santa Monica Blvd Ste 201, West Hollywood, CA 90046-4989
4301781 +Lim Family, 88 Sunset Bay St, Las Vegas, NV 89148-2768
4301780 +Lim Family, 391 Center Green Dr, Las Vegas, NV 89148-5220
4301782 +Limon, Maria D, 3708 Internet Avenue, North Las Vegas, NV 89031-4160
4301783 Limon-Ramirez, Vicente, 30011 Paul Ave, Las Vegas, NV 89106
4301784 +Lin Family, 377 Palm Trace Ave, Las Vegas, NV 89148-2733
4301785 +Lin Li, 333 Harpers Ferry Ave, Las Vegas, NV 89148-2783
4301786 +Linares, Alberto, 1536 La Jolla Avenue, Las Vegas, NV 89169-1636
4301787 +Linares, Daniel, 2004 East Mesquite Ave, Las Vegas, NV 89101-3311
4301788 +Linares-Mata, Victor, 2004 East Mesquite Ave, Las Vegas, NV 89101-3311
4644021 +Lincoln Gustafson Cercos, Attn Bankruptcy Desk/Managing Agent, c/o Nicholas B Salerno Esq, 2300 West Sahara Ste 300 Box 2, Las Vegas NV 89102-4375
4301789 +Lincoln,Gustafson,Cercos, Client Trust Account, 2300 West Sahara, Ste 300 Box 2, Las Vegas, NV 89102-4375
4301791 +Linda Aydelott, 2155 Whitewater Dr, Bullhead City, AZ 86442-5235
4301792 +Linda Diver, 227 Piute Lane, Henderson, NV 89015-5545
4644022 +Linda Diver, Attn Bankruptcy Desk/Managing Agent, 227 Piute Lane, Henderson NV 89015-5545
4301793 +Linda Johnson, 383 Highland Hills Ct, Las Vegas, NV 89148-2788
4301794 +Linda Price, 7204 Cottonsparrow St, Las Vegas, NV 89131-8257
4301795 +Linda Sorensen, 7135 S Durango Dr Unit 104, Las Vegas, NV 89113-2074
4301796 +Linda Wallace, 6228 Windfresh Drive, Las Vegas, NV 89148-4705
4644023 +Linda Wallace, Attn Bankruptcy Desk/Managing Agent, 6228 Windfresh Drive, Las Vegas NV 89148-4705
4301798 +Linda Wood, 9462 Verneda Ct, Las Vegas, NV 89147-8206
4301799 Lindau & Associates, 8805 Strafford Springs Drive, Las Vegas, NV 89134
4644024 Lindau Associates, Attn Bankruptcy Desk/Managing Agent, 8805 Strafford Springs Drive, Las Vegas NV 89134
4301800 +Linjun Zhou, 19782 Glen Brae Dr, Saratoga, CA 95070-5016
4301801 +Lino Mejia, 9050 W Warm Springs Rd, Unit 2179, Las Vegas, NV 89148-3837
4301802 +Linton, Miles, 508 Dale Avenue, Apt. No 3, Flagstaff, AZ 86001-1508
4301803 +Lionel Sawyer & Collins, 1700 Bank of America Plaza, 300 S. Fourth Street, Las Vegas, NV 89101-6014
4644026 +Lionel Sawyer Collins, Attn Bankruptcy Desk/Managing Agent, 1700 Bank of America Plaza, 300 S Fourth Street, Las Vegas NV 89101-6014
4301805 +Lip & Hgai Hom, 267 Palm Trace Ave, Las Vegas, NV 89148-2735
4301806 Lisa Brown, 15 Irvine Pl Inverurie, Aberdeenshire, Scotland Ab51
4301807 +Lisa Davis, 6060 Allred PLNo 103, Henderson, NV 89011-1303
4644027 +Lisa Davis, Attn Bankruptcy Desk/Managing Agent, 6060 Allred PL 103, Henderson NV 89011-1303
4301808 +Lisa Larsen, Keller Williams Realty, 2230 Corporate Circle Ste 250, Henderson, NV 89074-6390
4644028 +Lisa Larsen, Attn Bankruptcy Desk/Managing Agent, Keller Williams Realty, 2230 Corporate Circle Ste 250, Henderson NV 89074-6390
4644030 +Lisa M Munoz, Attn Bankruptcy Desk/Managing Agent, 9414 Boulder Creek St, Las Vegas NV 89123-3452
4301809 +Lisa Mai, 10049 Claverton Ct, Las Vegas, NV 89148-4769
4301810 +Lisa Mai, 261 Fairway Woods Dr, Las Vegas, NV 89148-5204
4301811 +Lisa Morales, 7509 Hornblower Ave, Las Vegas, NV 89131-3396
4301812 +Lisa Morgan, 4501 Cedros Ave Apt 332, Sherman Oaks, CA 91403-2840
4301813 +Lisa Povill, 7123 S Durango Dr Unit 214, Las Vegas, NV 89113-2063
4301814 +Lisa Rivera, 137 Short Ruff Way, Las Vegas, NV 89148-5259
4301815 +Lisa Yu, 947 Florida Ave, Pittsburgh, PA 15228-2055
4644031 +Litig tion Document Group Inc, Attn Bankruptcy Desk/Managing Agent, 3800 Howard Huges, Suite 115, Las Vegas NV 89169-0925
4301816 +Little Baja, 3033 Ford Ave., Las Vegas, NV 89139-7860
4644032 +Little Baja, Attn Bankruptcy Desk/Managing Agent, 3033 Ford Ave, Las Vegas NV 89139-7860
4301817 +Little Jr., Waldo M, 3409 Carbury Ct, Las Vegas, NV 89129-6956
4644033 Littler Mendelson PC, Attn Bankruptcy Desk/Managing Agent, PO Box 45547, San Francisco 94145-0547

4301818 Littler Mendelson, PC, PO Box 45547, San Francisco, CA 94145-0547
4301819 +Litton Loan Servicing LP, 250 E John Carpenter Fwy No 300, Irving, TX 75062-2710
4301820 +Liuchu Huang, 224 Crooked Putter Dr, Las Vegas, NV 89148-5263
4644034 +Live Large Promotions, Attn Bankruptcy Desk/Managing Agent, 2285 Coral Ridge Drive, Henderson NV 89052-2370
4644035 +Living Water Lawn Garden, Attn Bankruptcy Desk/Managing Agent, 8322 Sunset Horizon Street, Las Vegas NV 89131-0234
4301821 +Llamas, Alejandro, 1200 N. Lamb Blvd No 68, Las Vegas, NV 89110-1338
4301822 +Llamas, Rey, 4682 Hidalgo Way, Las Vegas, NV 89121-2845
4301823 +Llanos Gomez, Hector, 3224 Mary Dee No A, N Las Vegas, NV 89030-8199
4301824 +Lloren Family, 19451 Red Hawk Rd, Walnut, CA 91789-4701
4301825 +Lloyd & Carmela Curry, 7155 S Durango Dr Unit 104, Las Vegas, NV 89113-2038
4301826 +Lloyd Armstrong, 456 Via Stretto Ave, Henderson, NV 89011-0837
4301827 +Lloyd Tanji, 3395 Hardesty St, Honolulu, HI 96816-2746
4301828 +Lloyd Williams, 6466 Aether St, Las Vegas, NV 89148-6726
4301830 +Lloyds, 5701 W. Sunset Rd, Las Vegas, NV 89118-3451
4301831 Loan Care Account Servicing, PO Box 791340, Baltimore, MD 21279-1340
4644037 Loan Care Account Servicing, Attn Bankruptcy Desk/Managing Agent, P O Box 791340, Baltimore MD 21279-1340
4301832 +Lobato Camarena, Jose A, 3512 Orvis, North Las Vegas, NV 89030-4630
4301833 +Lobato, Victor, 3801 Silver Dollar No 201, Las Vegas, NV 89102-0450
4301834 +Lobota-A., Jose Miguel, 2100 Christina St., North Las Vegas, NV 89030-5627
4301835 +Local Guides, 811 Bridger, Suite 380, Las Vegas, nN 89101-8928
4301836 +Lockhart Collection, 10532 Painter Ave., Santa Fe Springs, CA 90670-4028
4644038 +Lockhart Collection, Attn Bankruptcy Desk/Managing Agent, Joe L, 10532 Painter Ave, Santa Fe Springs CA 90670-4028
4301837 +Lockshop, 4528 W. Diablo Dr. Suite C114, Las Vegas, NV 89118-2274
4644039 +Lockshop, Attn Bankruptcy Desk/Managing Agent, 4528 W Diablo Dr Suite C114, Las Vegas NV 89118-2274
4644040 +Loewenstein Inc, Attn Bankruptcy Desk/Managing Agent, Beata, 1801 N Andrews Ave, Pompano Beach CA 33069-1422
4301839 +Logan, Raymond, 770 Autumn Moon Dr, Las Vegas, NV 89123-0712
4301840 +Logo Apparel Inc., 5445 Desert Point Dr. Suite No A, Las Vegas, NV 89118-6226
4301842 +Logsdon Contracting LLC, 1509 Andrew David Ave., North Las Vegas, NV 89086-1348
4644041 +Logsdon Contracting LLC, Attn Bankruptcy Desk/Managing Agent, 1509 Andrew David Ave, North Las Vegas NV 89086-1348
4301843 +Lohman Family, 4682 Califa Dr, Las Vegas, NV 89122-1911
4644042 +Lois Copple, Attn Bankruptcy Desk/Managing Agent, 393 Highland Hills Ct, Las Vegas NV 89148-2788
4301844 +Lombardo, Alison, 8624 Fenwick Way, Dublin, CA 94568-1078
4301845 +Lomeli-Vega, Ramiro, 451 N. Nellis No 2086, Las Vegas, NV 89110-5355
4301846 +Long, Kasey A, 1950 Golden Gate Ave., Kingman, AZ 86401-4625
4301847 +Lonnie Ward, 5408 Jasper Butte Street, Las Vegas, NV 89130-3710
4644043 +Lonnie Ward, Attn Bankruptcy Desk/Managing Agent, 5408 Jasper Butte Street, Las Vegas NV 89130-3710
4301848 +Lopez Amescua, Roberto, 7717 Partridge, Las Vegas, NV 89145-5900
4301849 +Lopez Family, 523 Via Garofano Ave, Henderson, NV 89011-0814
4301850 +Lopez Garcia, Felipe, 2895 E. Charleston No 1101, Las Vegas, NV 89104-6633
4301851 +Lopez Garza, Miguel A., 4509 San Joaquin, Las Vegas, NV 89102-0627
4301852 +Lopez Moreno, Juan, 1720 W. Bonanza No 21, Las Vegas, NV 89106-4779
4301853 +Lopez Paredes, Jose F, 4805 Nevada Ave, Las Vegas, NV 89104-5717
4301854 Lopez Perez, Carlos, 712 W. McWilliams No B, Las Vegas, NV 89106
4301855 +Lopez Ramirez, Imelda, 2335 Daley St No 4, North Las Vegas, NV 89030-6267
4301856 +Lopez Valdovinos, Leodoro, 309 Paul Ave, Las Vegas, NV 89106-2704
4301857 +Lopez, Agustin, 2005 East Perliter Avenue, No. Las Vegas, NV 89030-7108
4301858 +Lopez, Carlos Felipe, 3038 Carrol St., N Las Vegas, NV 89030-5056
4301859 +Lopez, Emmanuel, 1525 Splinter Rock Way, N Las Vegas, NV 89031-1618
4301860 +Lopez, Feliciano, 4805 Nevada Ave, Las Vegas, NV 89104-5717
4301861 +Lopez, Felipe, 704 Encanto, Las Vegas, NV 89101-2056
4301862 +Lopez, Felix Barron, 4152 Paramoumt St, Las Vegas, NV 89115-2331
4301863 +Lopez, Gonzalo, 883 No. 17th Street, Las Vegas, NV 89101-2101
4301864 +Lopez, Hector, 3815 N. Nellis Blvd No 97, Las Vegas, NV 89115-2720
4301865 +Lopez, Hector, 3950 Silver Dollar No 101, Las Vegas, NV 89102-7558
4301866 Lopez, Ibrahim, 2029 Maronay, Las Vegas, NV 89104
4301867 +Lopez, Isaac, 3228 Mary Dee, N Las Vegas, NV 89030-8201
4301870 +Lopez, Jorge, 6106 Camblata Crt, Las Vegas, NV 89139-6888
4301868 +Lopez, Jorge H, 2101 Sandy Lane No G-5, Las Vegas, NV 89115-5235
4301869 +Lopez, Jorge L., 4600 W. Sirus Avenue No F94, Las Vegas, NV 89102-7162
4301872 +Lopez, Jose, 2424 Statz No 2, N Las Vegas, NV 89030-6041
4301871 +Lopez, Jose L., 1720 W. Bonanza, Las Vegas, NV 89106-4721
4301873 +Lopez, Leonel, 2700 Daley St, N Las Vegas, NV 89030-5426
4301874 +Lopez, Manuel, 1809 1/2 Coolidge St, N Las Vegas, NV 89030-6907
4301875 Lopez, Maria Lourdes, 1850 Garfield St., North Las Vegas, NV 89030
4301876 +Lopez, Mario A., 1900 Ardmore St, Las Vegas, NV 89104-3919
4301877 +Lopez, Pedro, 2508 Stanley Ave, N Las Vegas, NV 89030-7226
4301878 +Lopez, Pedro, 3964 Silver Dollar No 204, Las Vegas, NV 89102-0458
4301879 +Lopez, Rafael, 4840 Novato Way, Las Vegas, NV 89120-1732
4301880 +Lopez, Rodrigo, 6603 Grand Oaks Drive, Las Vegas, NV 89156-5997
4301881 +Lopez-A., Ofelia, 1825 Falcon Ridge, Las Vegas, NV 89142-1270
4301882 +Lopez-Cruz, Omar, 3759 E. Wyoming, Las Vegas, NV 89104-4970

4301883 Lopez-Cruz, Yogan, 3759 W. Wyoming, Las Vegas, NV 89104
4301884 +Lopez-Delgadillo, Leonardo, 3301 Civic Center No 3A, N Las Vegas, NV 89030-8141
4301885 +Lopez-G, Maria G., 2816 Holmes St., N Las Vegas, NV 89030-5246
4301886 +Lopez-Gil, Hector, 4449 Isabella Ave, Las Vegas, NV 89110-4664
4301887 +Lopez-Guzman, Rocio, 3112 E. Bartlett, Las Vegas, NV 89030-6600
4301888 +Lopez-Hinojosa, Armando, 3564 San Pascual Ave, Las Vegas, NV 89115-4224
4301889 +Lopez-Inocence, Misael, 1001 N. Pecos Apt J91, Las Vegas, NV 89101-1811
4301890 +Lopez-Lopez, Jose Antonio, 2650 San Domingo Ln, Las Vegas, NV 89115-4251
4301891 +Lopez-Martin, Gilberto, 8245 Ogee Drive, Las Vegas, NV 89145-4546
4301892 +Lopez-Martinez, Jose J, 3417 E. Carey Ave, North Las Vegas, NV 89030-5985
4301893 +Lopez-Mata, Veronica, 50 N. 21st St. Apt 74, Las Vegas, NV 89101-5026
4301894 +Lopez-Rojo, Jose Luis, 2212 Carroll St No B, North Las Vega, NV 89030-6282
4301895 +Lopez-Rosales, Mario, 432 N. 15th St No C, Las Vegas, NV 89101-7901
4301896 +Lopez-V., Valdemar, 98 S. Martin Luther King Blvd, Las Vegas, NV 89106-4324
4301897 +Lora Salas, 9050 W Warm Springs Rd Unit 1013, Las Vegas, NV 89148-3827
4301898 +Lorena Rios, 120 Chimney Ridge Pl, Sterling, VA 20165-5125
4301899 +Lorenza Coleman, 1065 Via Corto St, Henderson, NV 89011-0886
4301900 +Lorenzo & Carmelita Garcia, 400 E Bay St Ste 806, Jacksonville, FL 32202-2952
4644044 +Lorenzo Carmelita Garcia, Attn Bankruptcy Desk/Managing Agent, 8242 Jose Circle West, Jacksonville FL 32217-3553
4301901 +Lorenzo Family, 240 Taylor St, Staten Island, NY 10310-1915
4301902 +Loreta Arenas, 408 Hidden Hole Dr, Las Vegas, NV 89148-5260
4301903 +Lori & Marc Labrecque, 7401 Cedar Rae Ave, Las Vegas, NV 89131-3392
4301904 +Lori A & Henri Short, Sr., PO Box 8561, Lancaster, CA 93539-8561
4644045 +Lori A Henri Short Sr, Attn Bankruptcy Desk/Managing Agent, PO Box 8561, Lancaster CA 93539-8561
4644046 +Lori Scalleat, Attn Bankruptcy Desk/Managing Agent, Jeff, 4822 Stavenger Lane, Las Vegas NV 89147-6048
4301905 +Lori Whittle, 565 Via Di Parione Ct, Henderson, NV 89011-0811
4301906 +Lori Winchell, 370 Falcons Fire Ave, Las Vegas, NV 89148-2745
4301907 Lorman Education Services, PO Bix 509, Eau Claire, WI 54702-0509
4644047 Lorman Education Services, Attn Bankruptcy Desk/Managing Agent, P O Bix 509, Eau Claire WI 54702-0509
4301908 +Lorraine & Reynaldo Manalo, 33527 Stephano Ct, Fremont, CA 94555-2031
4301909 +Lorraine Coughlin, 9050 W Warm Springs Rd Unit 2147, Las Vegas, NV 89148-3850
4301910 +Lorraine Lazcano, 7143 S Durango Dr Unit 302, Las Vegas, NV 89113-2002
4301911 Los Angeles Freightliner, PO Box 60816, Los Angeles, CA 90060-0816
4644048 Los Angeles Freightliner, Attn Bankruptcy Desk/Managing Agent, PO Box 60816, Los Angeles CA 90060-0816
4301912 +Los Angeles Times LLC, PO Box 60040, General Mail Facility, Los Angeles, CA 90060-0040
4644049 +Los Angeles Times LLC, Attn Bankruptcy Desk/Managing Agent, P O Box 60040, General Mail Facility, Los Angeles CA 90060-0040
4301913 +Louella Lea, 234 Rustic Club Way, Las Vegas, NV 89148-5201
4301914 +Loughrey, Cory, PO Box 50507 Park, AZ 86018, Park, AZ 86018-0507
4644050 +Louie Cordero, Attn Bankruptcy Desk/Managing Agent, P O Box 81147, Las Vegas NV 89180-1147
4301915 +Louie Family, PO Box 3137, South Pasadena, CA 91031-6137
4301917 Louis & Joan Nolan, or Current Homeowner, 252 Lakewood Garden Dr., Las Vegas, NV 89148
4301918 +Louis Rautenberg, 9050 W Warm Springs Rd Unit 1051, Las Vegas, NV 89148-3828
4301919 +Lourdes Vargas, 7119 S Durango Dr Unit 202, Las Vegas, NV 89113-2059
4301921 +Lovelace, Megan, 10571 Fabrica St, Las Vegas, NV 89141-4210
4301922 +Lovella & Dean Malicdem, 285 Via Franciosa Dr, Henderson, NV 89011-0852
4644052 Lowe s Business Account, Attn Bankruptcy Desk/Managing Agent, PO Box 530970, Atlanta GA 30353-0970
4301923 +Lowe, Montgomery, 5329 Striking Point Court, Las Vegas, NV 89130-7056
4301928 +Lowes, 5050 S. Fort Apache Road, Las Vegas, NV 89148-1714
4644053 +Lowes, Attn Bankruptcy Desk/Managing Agent, 5050 S Fort Apache Road, Las Vegas NV 89148-1714
4301924 Lowes Business Account, PO Box 530970, Atlanta, GA 30353-0970
4301929 +Lowry, Lark, 1930 Village Center Circle, Las Vegas, NV 89134-6299
4301930 +Loza, Domingo Rivas, 1925 Griffith Ave, Las Vegas, NV 89104-3642
4301931 +Loza-Varela, Sergio D., 1900 E. Tropicana No 260, Las Vegas, NV 89119-6539
4644056 +Lubawy Associates Inc, Attn Bankruptcy Desk/Managing Agent, 8250 W Charleston Blvd Ste 100, Las Vegas NV 89117-9095
4301935 +Lucas, Bahtia, 6655 Flaminian Lane No 101, N Las Vegas, NV 89084-2179
4644057 +Lucchesi Galati Arc Inc, Attn Bankruptcy Desk/Managing Agent, no 1099 needed, 500 Pilot Road Suite A, Las Vegas NV 89119-3624
4644058 +Lucky Cab Co of Nevada, Attn Bankruptcy Desk/Managing Agent, 4195 W Diablo Dr, Las Vegas NV 89118-2357
4301937 +Lucky Limosine, 4195 W. Diablo Dr., Las Vegas, NV 89118-2357
4301938 +Ludovico & Zenaida Bengson, 1807 By Woods Ln, Stevenson, MD 21153-2004
4301939 +Lufkin Advisors, 1850 Gateway Drive Suite 650, San Mateo, CA 94404-4074
4301940 +Luis & Dorothy Halal, 5 Tutty Cir, Sayreville, NJ 08872-2227
4301941 +Luis & Karmina Ochoa, 1069 Via Canale Dr, Henderson, NV 89011-0803
4301942 +Luis & Maria Crisostomo, PO Box 502546, Saipan, MP 96950-2546
4301943 +Luis & Molly Jayo, PO Box 33968, Reno, NV 89533-3968
4301944 +Luis A. Higareda-E, 2500 McCarran St, N Las Vegas, NV 89030-6129
4301945 +Luis Carrillo-S, 1883 Fulstone Way No 2, Las Vegas, NV 89115-6669
4301946 +Luis Contreras, 9554 Sunshade Ct, Las Vegas, NV 89147-6715
4301947 +Luis Mendoza-Lopez, 4098 Pistachio Nut Ave, Las Vegas, NV 89115-4127
4301948 +Luis Moreno, 1935 Cruiser Ct, Las Vegas, NV 89156-6970

4301949 +Luis Rojas, 497 Via Palermo Dr, Henderson, NV 89011-0825
4301950 +Lujan, Joshua Aaron, 533 Bay Bridge Dr, North Las Vegas, NV 89032-9027
4301953 +Luminita Ionescu, 900 S 4th St No 218, Las Vegas, NV 89101-6805
4301954 +Lun Lin, 2206 Woodlands Dr, Tyler, TX 75703-5880
4301955 +Luna Cruz, Fidel, 4870 Charleston Ave No 15, Las Vegas, NV 89104-6454
4301956 +Luna Fierros, Juan, 3739 Northern Light Dr., Las Vegas, NV 89115-0167
4301957 +Luna, Alejandro, 4706 Tamalpias Ave, Las Vegas, NV 89120-1638
4301958 +Luna, Freddy, 3937 S. Spencer No 165, Las Vegas, NV 89119-5215
4301959 +Luna, Juan, 1524 Cobb Lane, Las Vegas, NV 89101-1339
4301960 +Luna, Lorenzo, 3630 Owens, Las Vegas, NV 89110-1039
4644059 +Lunas Construction Inc, Attn Bankruptcy Desk/Managing Agent, 4830 E Cartier Avenue, Las Vegas NV 89115-4509
4301961 +Lunas Construction, Inc., 4830 E. Cartier Avenue, Las Vegas, NV 89115-4509
4644060 +Lunas Roll Off Rental Inc, Attn Bankruptcy Desk/Managing Agent, 4830 E Cartier Ave, Las Vegas NV 89115-4509
4301962 +Lunas Roll-Off Rental, Inc, 4830 E. Cartier Ave., Las Vegas, NV 89115-4509
4301963 +Lundberg, Brian Kent, 6742 Shelter Lane, Las Vegas, NV 89103-4370
4301964 +Lundeen, David M, 4704 W. Maulding Ave, Las Vegas, NV 89139-5737
4301965 +Lunetta, Lisa, 1849 Lyell Canyon Lane, Las Vegas, NV 89134-6431
4301966 +Lupencio, Noe Marcial, 3028 Glendale, No. Las Vegas, NV 89030-6605
4301967 +Lutfi & Lerzan Surmen, 9050 W Warm Springs Rd Unit 2106, Las Vegas, NV 89148-3835
4301969 +Luxury Las Vegas, Las Vegas Review Journal, 1111 W. Bonanza Road, Las Vegas, NV 89106-3597
4644061 +Luxury Las Vegas, Attn Bankruptcy Desk/Managing Agent, Las Vegas NV Review Journal, 1111 W Bonanza Road, Las Vegas NV 89106-3597
4301971 +Ly & Thuy Nguyen, 1750 Clear Lake Ave, Milpitas, CA 95035-7083
4301972 +Lyddon, Jackie, 7879 Windhamridge Dr, Las Vegas, NV 89139-6141
4644066 +Lynda I Diver, Attn Bankruptcy Desk/Managing Agent, 227 Piute, Henderson NV 89015-5545
4301974 +Lynda I. Diver, 227 Piute, Henderson, NV 89015-5545
4301975 +Lyndsi Pinko, 9050 W Warm Springs Rd Unit 2057, Las Vegas, NV 89148-3834
4301977 +Lynn Mendell, 7159 S Durango Dr Unit 108, Las Vegas, NV 89113-2216
4301978 +Lynne Willis, 977 Via Columbo St, Henderson, NV 89011-0108
4301979 +Lynnmarie Homes LLC, 9913 Fox Springs Dr, Las Vegas, NV 89117-0942
4301980 +Lyudmyla Kovalchuk, 240 Wicked Wedge Way, Las Vegas, NV 89148-2691
4644068 +M A D Painting Inc, Attn Bankruptcy Desk/Managing Agent, Anthony Delgado, 3121 Blossom Glen Drive, Henderson NV 89014-3632
4644069 +M A Engineering Inc, Attn Bankruptcy Desk/Managing Agent, 3281 S Higland Dr Ste 813, Las Vegas NV 89109-1046
4644070 +M A Trailers, Attn Bankruptcy Desk/Managing Agent, 10162 Live Oak Avenue, Fontana 92335-6227
4301981 +M K J New Granada LLC, 112 Honors Course Dr, Las Vegas, NV 89148-0001
4644071 +M M Electric Inc, Attn Bankruptcy Desk/Managing Agent, 3655 W Dewey Drive, Las Vegas NV 89118-2433
4644072 +M M Installation Inc, Attn Bankruptcy Desk/Managing Agent, Melanie, 3315 E Russell Road A4 261, Las Vegas NV 89120-3459
4301982 +M Mariah Nieslanik, 281 29 Rd, Grand Junction, CO 81503-2327
4301983 +M Ming & Stella Quan, 39 Sea Cliff Ave, San Francisco, CA 94121-1122
4644073 +M S Concrete Inc, Attn Bankruptcy Desk/Managing Agent, and Service Rock Products, 3840 North Commerce, Las Vegas NV 89032-8104
4301984 +M S Concrete, Inc., 3840 North Commerce, Las Vegas, NV 89032-8104
4644074 +M S I Landscaping Inc, Attn Bankruptcy Desk/Managing Agent, 4820 Quality Court, Suite B, Las Vegas NV 89103-5221
4301985 +M S I Landscaping, Inc., 4820 Quality Court, Suite B, Las Vegas, NV 89103-5221
4301987 +M&M Electric, Inc, 3655 W. Dewey Drive, Las Vegas, NV 89118-2433
5320968 +M.W. SCHOFIELD, ATTN: TINA POFF, CLARK COUNTY ASSESSOR, 500 S. GRAND CENTRAL PKWY, LAS VEGAS, NV 89155-4502
4644076 +M2 Group Inc, Attn Bankruptcy Desk/Managing Agent, Abby Heyen, 4854 E Baseline Rd Suite 104, Mesa AZ 85206-4636
4644081 +MADISON PARK FUNDING V, Attn Bankruptcy Desk/Managing Agent, Ramin Kamali, Eleven Madison Avenue, New York, NY 10010-3643
4644088 +MAGNETITE V CLO LTD, Attn Bankruptcy Desk/Managing Agent, 40 East 52nd Street, New York, NY 10022-5911
4644306 ++MARLIN MEDCLR INOVISION, 507 PRUDENTIAL ROAD, HORSHAM PA 19044-2308 (address filed with court: NCO Financial Systems Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 41593, Philadelphia PA 19101-1593)
4302716 ++MARLIN MEDCLR INOVISION, 507 PRUDENTIAL ROAD, HORSHAM PA 19044-2308 (address filed with court: NCO Financial Systems, Inc., PO Box 41593, Philadelphia, PA 19101-1593)
7245328 +MASTEC NORTH AMERICA INC, C/O MICHELE LAINE, ESQ, 800 SOUTH DOUGLAS ROAD, 12TH FLR, CORAL GABLES, FL 33134-3125
4644146 +MATLINPATTERSON GLOBAL OPPOR, Attn Bankruptcy Desk/Managing Agent, Robert H Weiss, 520 Madison Avenue 35th Floor, New York, NY 10022-4350
4644154 +MB Consulting LLC, Attn Bankruptcy Desk/Managing Agent, 315 Balsa Street, Henderson NV 89002-8232
4302227 MCARC Foundation Thriftstore, 2050 Airway Ave., Kingman, AZ 86409-3643
4644161 +MDBee, Attn Bankruptcy Desk/Managing Agent, 1905 Lakeside Dr, Bullhead City AZ 86442-5726
4644195 +MGM Grand, Attn Bankruptcy Desk/Managing Agent, Robert Urichuk, 3799 Las Vegas NV Blvd South, Las Vegas NV 89109-4319
4302486 MIS Group, PO Box 678119, Dallas, TX 75267-8119
4644225 MIS Group, Attn Bankruptcy Desk/Managing Agent, PO BOX 678119, Dallas TX 75267-8119
4302498 +MJX Asset Management, 12 East 49th Street 29th Floor, New York, NY 10017-8298

4302499 +MLAN, 3960 Howard Hughes Parkway, Suite 290, Las Vegas, NV 89169-5911
4644230 +MLAN, Attn Bankruptcy Desk/Managing Agent, 3960 Howard Hughes Parkway, Suite 290, Las Vegas NV 89169-5911
4644259 +MORGAN STANLEY PRIME INCOME TR, Attn Bankruptcy Desk/Managing Agent, Philip Yarrow, 522 Fifth Avenue 7th Floor, New York, NY 10036-7601
4302613 +MRJ Arhitects, 4790 W University Ave, Las Vegas, NV 89103-3806
4644270 +MRJ Arhitects, Attn Bankruptcy Desk/Managing Agent, 4790 W University Ave, Las Vegas NV 89103-3806
4644272 +MSE Environmental, Attn Bankruptcy Desk/Managing Agent, 9811 West Charleston Blvd, Suite 2403, Las Vegas NV 89117-7528
4644273 MSI Landscaping Inc, Attn Bankruptcy Desk/Managing Agent, 4820 Quality Ct Suite B, Las Vegas NV 89103-5221
4302614 MSI Landscaping, Inc., 4820 Quality Ct. Suite B, Las Vegas, NV 89103-5221
4644274 +MSIM PECONIC BAY LTD, Attn Bankruptcy Desk/Managing Agent, Philip Yarrow, One Parkview Plaza, Oakbrook Terrace, IL 60181-4400
4302615 +MSP Communications, 220 South Sixth Street, Suite 500, Minneapolis, MN 55402-4507
4302616 +MTS Mobile Welding LLC, 5468 Berchmans Ave, Las Vegas, NV 89122-7216
4644279 MV Cleaning LLC, Attn Bankruptcy Desk/Managing Agent, 1516 Remembrance Hill, Las Vegas NV 89144-5412
4302641 +MV Sport, 88 Spence Street, PO Box 9171, Bay Shore, NY 11706-9171
4301988 +Mac Golf, Golf Art & Awards, PO Box 129, Colleyville, TX 76034-0129
4644077 +Mac Repair, Attn Bankruptcy Desk/Managing Agent, 7075 Redwood Blvd Ste G, Novato CA 94945-4136
4644078 +MacTEK, Attn Bankruptcy Desk/Managing Agent, 8809 Colorful Pines, Las Vegas NV 89143-4400
4301989 +Macfadden Protech,LLC, 333 Seventh Ave., New York, NY 10001-5004
4301990 +Macias Ortiz, Carlos, 4961 Welter Ave, Las Vegas, NV 89104-6247
4301991 +Macias Solis, Omar Alberto, 6557 Fieldmouse, Las Vegas, NV 89142-0996
4301992 +Mack Bradley, 9050 W Warm Springs Rd Unit 2129, Las Vegas, NV 89148-3836
4301993 +Madden Brand High, Madden Corporate Services, Inc., 6810 New Tampa Hwy, Ste 200, Lakeland, FL 33815-3165
4644079 +Madden Brand High, Attn Bankruptcy Desk/Managing Agent, Madden Corporate Services Inc, 6810 New Tampa Hwy Ste 200, Lakeland FL 33815-3165
4644080 +Madelyn Carnate Peralta, Attn Bankruptcy Desk/Managing Agent, 9717 Marcelline Ave, Las Vegas NV 89148-5751
4301994 +Madelyn Carnate-Peralta, 9717 Marcelline Ave, Las Vegas, NV 89148-5751
4301995 +Madrid HOA, 9510 Costilana St., Las Vegas, NV 89147-8209
4644082 +Madrid HOA, Attn Bankruptcy Desk/Managing Agent, 9510 Costilana St, Las Vegas NV 89147-8209
4301996 +Madrigal, Ruben, 4299 Studio St, Las Vegas, NV 89115-2315
4644083 +Magazine Payment Services Inc, Attn Bankruptcy Desk/Managing Agent, Boating World, P O Box 1296, Sausalito CA 94966-1296
4644084 Magazine Publications of LVRJ, Attn Bankruptcy Desk/Managing Agent, 1111 W Bonanza Road, Las Vegas NV 89106-3545
4301997 +Magdalena Wald, 3644 S. Fort Apache No 2146, Las Vegas, NV 89147-3419
4644085 +Magdalena Wald, Attn Bankruptcy Desk/Managing Agent, 3644 S Fort Apache 2146, Las Vegas NV 89147-3419
4301998 +Magi Hsih, 341 Angels Trace Ct, Las Vegas, NV 89148-2665
4644086 +Magic Touch Interior, Attn Bankruptcy Desk/Managing Agent, 4425 E Sahara Avenue, Suite 16, Las Vegas NV 89104-6358
4644087 +Magic Valley Inspection, Attn Bankruptcy Desk/Managing Agent, Bruce 249 4122, 1829 E Charleston 103, Las Vegas NV 89104-1941
4644089 +Maharam, Attn Bankruptcy Desk/Managing Agent, Ramona/Asha, 45 Rasons Court, Hauppauge NY 11788-4238
4301999 +Mahelona Family, 1775 Victoria Way, San Marcos, CA 92069-9401
4302000 +Maher Farah, 732 Towne Lake Dr, Montgomery, AL 36117-6071
4302001 +Mahnaz Eghterafi, 8805 E Cloudview Way, Anaheim, CA 92808-1679
4644090 +Maiker Monteagudo, Attn Bankruptcy Desk/Managing Agent, 211 Wicked Wedge Way, Las Vegas NV 89148-2690
4302002 +Maila Aganon, 67 Honors Course Dr, Las Vegas, NV 89148-2500
4302003 +Maile Concrete, 5031 Sobb Ave, Las Vegas, NV 89118-2817
4644092 +MainAmundson Associates CPAs, Attn Bankruptcy Desk/Managing Agent, 10191 Park Run Drive, Suite 200, Las Vegas NV 89145-8862
4302005 +Maite Copenttipy, 9050 W Warm Springs Rd Unit 1169, Las Vegas, NV 89148-3832
4302006 +Maitlin Paterson Global Partners, 520 Madison Avenue 35th Floor, New York, NY 10022-4350
4302007 +Majarlica Enterprises Inc, 3540 W Sahara Ave No 127, Las Vegas, NV 89102-5816
4644093 Majestic Color, Attn Bankruptcy Desk/Managing Agent, PO Box 13109, Las Vegas NV 89112-1109
4644094 +Majestic Color Growers Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 620150, Las Vegas NV 89162-0150
4644095 +Majestic Plumbing, Attn Bankruptcy Desk/Managing Agent, 3823 Losee Road, No Las Vegas NV 89030-3326
4302008 +Majilite Corp, 2464 22nd Avenue, San Francisco, CA 94116-2435
4644096 +Majilite Corp, Attn Bankruptcy Desk/Managing Agent, 2464 22nd Avenue, San Francisco CA 94116-2435
4302009 Majilite Corporation, c/o Lauren Schulte & Associates, 1530 Broadway Road, Dracut, MA 01826-2830
4644097 Majilite Corporation, Attn Bankruptcy Desk/Managing Agent, c/o Lauren Schulte Associates, 1530 Broadway Road, Dracut MA 01826-2830
4644098 +Major Distributors Inc, Attn Bankruptcy Desk/Managing Agent, 3744 W Meade Avenue, Las Vegas NV 89102-7896
4644099 +Make A Wish Found of So NV, Attn Bankruptcy Desk/Managing Agent, 3885 S Decatur Blvd Suite 1000, Las Vegas NV 89103-5872

4302010 +Make-A-Wish Found. of So. NV, 3885 S. Decatur Blvd., Suite 1000, Las Vegas, NV 89103-5872
4302011 +Makoi Family, 156 Short Ruff Way, Las Vegas, NV 89148-5258
4302012 +Mamie Zhu, 186 Shawnee Ave, San Francisco, CA 94112-3307
4302013 +Mammoth Transportation Services, 4205 W. Tompkins Suite No 7, Las Vegas, NV 89103-5329
4302014 +Mamon, Bryan, 6120 W. Tropicana, Las Vegas, NV 89103-4489
4302015 +Man & Jie Yan, 2015 Peaceful Hills Rd, Walnut, CA 91789-4009
4644100 +Manafortuna Productions Inc, Attn Bankruptcy Desk/Managing Agent, 2756 N Green Valley Pkwy, 777, Henderson NV 89014-2120
4644101 +Manatt Phelps Phillips, Attn Bankruptcy Desk/Managing Agent, 11355 West Olympic Blvd, Los Angeles CA 90064-1631
4302016 +Manatt, Phelps & Phillips, 11355 West Olympic Blvd., Los Angeles, CA 90064-1664
4302017 +Manayan, Marietta, 6023 Quintillion Avenue, Las Vegas, NV 89122-3451
4644102 +Manchester Grand Hyatt, Attn Bankruptcy Desk/Managing Agent, One Market Place, San Diego CA 92101-7714
4302018 +Mancinas-Castro, Genaro, 1721 Linden Ave, Las Vegas, NV 89101-3345
4302019 +Mancini, Jerome, 1900 Magic Canyon Dr, Henderson, NV 89002-8541
4644103 +Mandalay Home Furnishings Inc, Attn Bankruptcy Desk/Managing Agent, 7391 Earl Circle, Huntington Beach CA 92647-4552
4302020 +Mandujano, Arturo, 2309 N. Jones No 2, Las Vegas, NV 89108-3328
4644104 +Manganal Sales, Attn Bankruptcy Desk/Managing Agent, 1240 S Llincoln, Colton CA 92324-3534
4302021 +Manganal Sales Corp., 1240 S. Llincoln, Colton, CA 92324-3534
4302022 +Manish & Anamika Sharma, 3 Precedent Pl, Manalapan, NJ 07726-8670
4644105 +Manning Hall Salisbury LLC, Attn Bankruptcy Desk/Managing Agent, 617 South Eighth Street, Suite A, Las Vegas NV 89101-7082
4302023 +Manning, Hall & Salisbury, LLC, 617 South Eighth Street, Suite A, Las Vegas, NV 89101-7082
4302024 +Manolo & Emelita Robles, 19828 Turtle Springs Way, Northridge, CA 91326-3880
4302025 +Manolo Montes, PO Box 573, Schoolcraft, MI 49087-0573
4302026 +Manpower Temporary Services, 8170 W. Sahara Ave, Suite 207, Las Vegas, NV 89117-1981
4644106 +Manpower Temporary Services, Attn Bankruptcy Desk/Managing Agent, 8170 W Sahara Ave, Suite 207, Las Vegas NV 89117-1981
4302027 +Manuel & Evelyn Casanova, 745 Buhl Morton Rd, Gallipolis, OH 45631-8527
4302030 +Manuel Mancilla Contreras, 1761 N. Nellis No 11, Las Vegas, NV 89115-6610
4302031 +Manuel Venegas, 2101 Sandy Lane No 3, Las Vegas, NV 89115-5240
4302032 Manufacturers News, Inc., 1633 Central St., Evanston, IL 60201-1569
4302033 +Manya Evans, 7189 S Durango Dr Unit 108, Las Vegas, NV 89113-2020
4302034 +MapInfo Corporation, One Global View, Troy, NY 12180-8399
4644107 +MapInfo Corporation, Attn Bankruptcy Desk/Managing Agent, One Global View, Troy NY 12180-8399
4302035 +Marc & Cheryl Vetter, 45 Sunset Bay St, Las Vegas, NV 89148-2767
4302036 +Marc Cohen, 2536 Bechamel Pl, Henderson, NV 89044-0443
4302038 +Marc Szabo, 50485 Via Amante, La Quinta, CA 92253-7554
4644108 +Marc Szabo, Attn Bankruptcy Desk/Managing Agent, 50485 Via Amante, La Quinta CA 92253-7554
4302039 +Marc Webster, 9050 W Warm Springs Rd Unit 1150, Las Vegas, NV 89148-3831
4302040 +Marc Zebrasky, 316 Palm Dr, Hermosa Beach, CA 90254-5152
4302041 +Marcelino Martinez, 2522 Statz Apt No 3, No. Las Vegas, NV 89030-6039
4302042 +Marcello Cardenas, 185 Crooked Putter Dr, Las Vegas, NV 89148-5228
4644109 +March of Dimes AZ, Attn Bankruptcy Desk/Managing Agent, 3550 N Central Ave 610, Phoenix AZ 85012-2108
4644110 +March of Dimes So NV Division, Attn Bankruptcy Desk/Managing Agent, Attn Dale Andreason, 820 Rancho Lane Suite 55, Las Vegas NV 89106-3806
4302043 +March of Dimes So NV Division, Attn: Dale Andreason, 820 Rancho Lane, Suite 55, Las Vegas, NV 89106-3806
4302044 +March of Dimes-AZ, 3550 N. Central Ave No 610, Phoenix, AZ 85012-2108
4302045 +Marci Simmons, 9569 Los Cotos Ct, Las Vegas, NV 89147-8205
4302046 +Marcia & Leonard Poliandro, 7131 S Durango Dr Unit 111, Las Vegas, NV 89113-2070
4302047 +Marcie Fleck, 132 Wicked Wedge Way, Las Vegas, NV 89148-2688
4302048 +Marco & Jennifer Traniello, 2990 Transverse Creek Ln, Las Vegas, NV 89135-1708
4302049 +Marco Crane & Rigging, PO Box 18008, Phoenix, AZ 85005-8008
4302050 +Marco Family, 7103 S Durango Dr Unit 105, Las Vegas, NV 89113-2043
4302051 +Marco Family, 7173 S Durango Dr Unit 204, Las Vegas, NV 89113-2016
4644111 +Marco Rentals Inc, Attn Bankruptcy Desk/Managing Agent, 1501 N Susan St, Santa Ana CA 92703-1457
4302052 +Marco Rentals, Inc., 1501 N. Susan St., Santa Ana, CA 92703-1457
4644112 +Marcoa Publishing Inc, Attn Bankruptcy Desk/Managing Agent, 4415 West Spring Mountain Rd, Suite 205, Las Vegas NV 89102-8758
4302053 +Marcus & Jameail Wilson, 1093 Via Prato Ln, Henderson, NV 89011-0600
4644113 +Margaret A Bean, Attn Bankruptcy Desk/Managing Agent, 6540 Casamar Street, N Las Vegas NV 89086-1425
4302054 +Margaret Domeny, 764 Old Barn Rd, Lake Barrington, IL 60010-1751
4302055 +Margaret Shen, 135 Tall Ruff Dr, Las Vegas, NV 89148-5246
4302056 +Margareta Magyari, 2165 Brigham St No 10, Brooklyn, NY 11229-5601
4644114 +Margarita H Mangondaya, Attn Bankruptcy Desk/Managing Agent, 12850 Covey Lane, Houston TX 77099-2938
4302057 +Margarita H. Mangondaya, 12850 Covey Lane, Houston, TX 77099-2938
4302059 +Maria & Joel Cenabre, 19353 Bryabt St, Northridge, CA 91324-4114
4302063 +Maria & Rodelio Rubi, 132 Pineview Ave, Bardonia, NY 10954-1446
4302064 +Maria & Ulysses Valencerina, 64 Daisy Springs Ct, Las Vegas, NV 89148-4464
4644115 +Maria Bautista, Attn Bankruptcy Desk/Managing Agent, 21 Tidewater Cove, Buena Park CA 90621-1661
4302066 +Maria Bothmann, 7651 Feliz Camino Ave, Las Vegas, NV 89129-5407

4302067 +Maria De Jesus Macias, 3432 Aristos Ave, North Las Vegas, NV 89030-5170
4302068 +Maria Deang, 8581 Hayloft Place, Riverside, CA 92508-7144
4644116 +Maria Deang, Attn Bankruptcy Desk/Managing Agent, 8581 Hayloft Place, Riverside CA 92508-7144
4302069 +Maria Delgadillo, 421 Via Stretto Ave, Henderson, NV 89011-0835
4302070 +Maria Galvez, 4611 Deer Forest Ave, Las Vegas, NV 89139-7641
4302071 +Maria Guerrero, 1131 Compass Ln Apt 105, Foster City, CA 94404-3431
4302072 +Maria Legaspi, 403 First On Dr, Las Vegas, NV 89148-5250
4302073 +Maria Lerda, 378 Palm Trace Ave, Las Vegas, NV 89148-2733
4302074 +Maria Martinez, 232 Dog Leg Dr, Las Vegas, NV 89148-2693
4302075 +Maria Militante, 9050 W Warm Springs Rd Unit 2010, Las Vegas, NV 89148-3832
4302076 +Maria Portnoy, 9050 W Warm Springs Rd Unit 2036, Las Vegas, NV 89148-3833
4302077 +Maria Rodriguez, 7127 S Durango Dr Unit 213, Las Vegas, NV 89113-2067
4302078 +Maria Romano, 7167 S Durango Dr Unit 306, Las Vegas, NV 89113-2042
4302079 +Mariana Ciubotaru, 939 Via Canale Dr, Henderson, NV 89011-0828
4302080 +Mariana Matthews, 4777 Essen Ct, Las Vegas, NV 89147-8175
4302081 +Marianne Deang, 8620 Remick Ave, Sun Valley, CA 91352-2933
4302082 +Marianne Rogers, 7530 Arborcrest Ave, Las Vegas, NV 89131-3365
4302084 +Maricela Marin, 618 Essex East Dr, Las Vegas, NV 89107-4170
4302083 +Maricela Marin, 579 Pomerol Ave, Las Vegas, NV 89123-6211
4302085 +Marie & Jeffrey McMillan, 62 Sahalee Dr, Las Vegas, NV 89148-2712
4644117 +Marie Laserna, Attn Bankruptcy Desk/Managing Agent, 7123 S Durango Dr, Las Vegas NV 89113-2061
4302086 +Marie Laserna, 11650 River Rim Rd, San Diego, CA 92126-1135
4302087 +Marie Pornin, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4302089 +Marilyn & Juan Benitez, 1850 Parkland Way, San Diego, CA 92114-7821
4302090 +Marilyn Samson, 18448 Lemarsh St Unit 50, Northridge, CA 91325-1069
4302091 +Marin, Armando, 4693 San Rafael, Las Vegas, NV 89120-1628
4644118 Marine West Distributors, Attn Bankruptcy Desk/Managing Agent, P O Box 1082, Boulder City AZ 89005
4302092 +Mario & Imelda Pineda, 105 E Roblin St, Carson, CA 90746-1765
4302095 +Mario Felix, 1464 N Estate Dr, Tucson, AZ 85715-4713
4302097 +Mario T. Mendoza-Lucero, 1553 Silver Meza Way, Las Vegas, NV 89169-2518
4644120 +Marion Kelsch, Attn Bankruptcy Desk/Managing Agent, 205 Carol Way, MidVale UT 84047-2168
4302098 +Mariposa Real Estate Advisors, 1613 Chelsea Rd., Unit 204, San Marino, CA 91108-2419
4644121 +Mariposa Real Estate Advisors, Attn Bankruptcy Desk/Managing Agent, 1613 Chelsea Rd, Unit 204, San Marino CA 91108-2419
4302099 +Marisa Castaneda, 3464 Gosling Street, Las Vegas, NV 89117-8418
4644122 +Marisa Castaneda, Attn Bankruptcy Desk/Managing Agent, 3464 Gosling Street, Las Vegas NV 89117-8418
4302100 +Maritoni & Charles Alonzo, 65 Broken Putter Way, Las Vegas, NV 89148-5242
4302101 +Maritza Coles, 7229 Golden Falcon St, Las Vegas, NV 89131-8216
4302102 +Marjilyn Marana, 182 S Commonwealth Ave, Los Angeles, CA 90004-6006
4302103 +Marjorie Hogg, 370 Larkin Vw, Watsonville, CA 95076-8325
4302104 +Mark & Angela Andrews, 9658 Valmeyer Ave, Las Vegas, NV 89148-5741
4302105 +Mark & Betty Curzon, PO Box 347, Sister Bay, WI 54234-0347
4302106 +Mark & Beverly Ford, PO Box 11431, Las Vegas, NV 89111-1431
4302108 +Mark & Charlene Stanford, 500 Via Stretto Ave, Henderson, NV 89011-0838
4302110 +Mark & Dilcia Millen, 290 Via Franciosa Dr, Henderson, NV 89011-0852
4302112 +Mark & Maria Manzi, 77 Water Way, Riverhead, NY 11901-5635
4302113 +Mark & Sandra Kamholz, 57 Brantwood Dr, West Seneca, NY 14224-3101
4302114 +Mark & Stephanie Stefl, 968 Via Vannucci Way, Henderson, NV 89011-0106
4302116 +Mark & Wanda Shumar, 616 Via Colmo Ave, Henderson, NV 89011-0864
4302117 +Mark & Wendy Venuto, 9305 Lexford Way, Brighton, MI 48114-9484
4644123 +Mark A Mesec Associates, Attn Bankruptcy Desk/Managing Agent, 8401 North Central Espressway, Suite 345, Dallas TX 75225-4402
4302118 +Mark Alfrey, 241 Via Franciosa Dr, Henderson, NV 89011-0851
4302119 +Mark Barrett, 3707 Seashosre Palm Ct, Las Vegas, NV 89121-7234
4302120 +Mark Castile, 188 Crooked Putter Dr, Las Vegas, NV 89148-5227
4302121 +Mark Crowe, PO Box 446, Walnut, CA 91788-0446
4644125 +Mark David Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 7924, 621 Southwest St, High Point NC 27260-8108
4302122 +Mark David Inc., 621 Southwest St, High Point, NC 27260-8108
4302123 +Mark Gerardi, 9050 W Warm Springs Rd Unit 1174, Las Vegas, NV 89148-3832
4644126 Mark Glyman MDDDS, Attn Bankruptcy Desk/Managing Agent, Eric D Wanson MDDMD, 2030 E Flamingo Rd Ste 288, Las Vegas NV 89119-5163
4302124 Mark Glyman, MDDDS, Eric D. Wanson, MDDMD, 2030 E. Flamingo Rd.,Ste. 288, Las Vegas, NV 89119-5163
4302125 +Mark Hinkle, 217 Crooked Putter Dr, Las Vegas, NV 89148-5264
4302126 +Mark Hurley, 2501 Calico Street, Las Vegas, NV 89108-3707
4644127 +Mark Hurley, Attn Bankruptcy Desk/Managing Agent, 2501 Calico Street, Las Vegas NV 89108-3707
4302127 +Mark Karoll, 2050 W Warm Springs Rd Unit 121, Henderson, NV 89014-5527
4302128 +Mark Kristo, 7217 Golden Falcon St, Las Vegas, NV 89131-8215
4302129 +Mark Lancaster, 4512 Teen Barnes Rd, Frederick, MD 21703-6960
4302130 +Mark Mayer, 7185 S Durango Dr Unit 102, Las Vegas, NV 89113-2018
4302132 +Mark Nierras, 9050 W Warm Springs Rd Unit 2167, Las Vegas, NV 89148-3837
4302134 +Mark Plebanski, 7103 S Durango Dr Unit 212, Las Vegas, NV 89113-2006
4302136 +Mark Rawsey, 7167 S Durango Dr Unit 213, Las Vegas, NV 89113-2042
4302137 +Mark Resnick, 170 Wicked Wedge Way, Las Vegas, NV 89148-2691

4302138 +Mark Ross Johnson Architect, 4790 W University Avenue, Las Vegas, NV 89103-3806
4644129 +Mark Ross Johnson Architect, Attn Bankruptcy Desk/Managing Agent, 4790 W University Avenue, Las Vegas NV 89103-3806
4302139 +Mark Schonebaum, 216 Via Mezza Luna Ct, Henderson, NV 89011-0876
4644130 +Mark Somerstein, Attn Bankruptcy Desk/Managing Agent, Ropes Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704
4302140 +Mark Thomas, 16811 Noyes Ave, Irvine, CA 92606-5122
4302141 +Mark Wood, 89 Honors Course Dr, Las Vegas, NV 89148-2500
4302142 +Mark Ziga, RMI Management, LLC, 630 Trade Center Drive, Suite 100, Las Vegas, NV 89119-3712
4644131 +Marketing Directions Inc, Attn Bankruptcy Desk/Managing Agent, 14850 Scenic Heights Rd, Suite 155, Eden Prairie MN 55344-2244
4302144 +Marketing Solutions Corp, 10317 Wellside Hill Ave, Las Vegas, NV 89145-8813
4644133 +Marketing Solutions Corp, Attn Bankruptcy Desk/Managing Agent, 10317 Wellside Hill Ave, Las Vegas NV 89145-8813
4644134 +Marlan C Walker, Attn Bankruptcy Desk/Managing Agent, 1885 Eucalyptus Hill Road, Santa Barbara CA 93108-1828
4302146 +Marlene Kalnitz, 9474 Verneda Ct, Las Vegas, NV 89147-8206
4302147 +Marley & Grace Pacpaco, 1431 Feather Hill Ct, Thousand Oaks, CA 91320-6511
4302148 +Marron & Associates, Inc., 7511 Fourth Street NW, Albuquerque, NM 87107-6629
4644136 +Marron Associates Inc, Attn Bankruptcy Desk/Managing Agent, 7511 Fourth Street NW, Albuquerque NM 87107-6629
4644135 +Marron and Associates Inc, Attn Bankruptcy Desk/Managing Agent, 7511 Fourth Street NW, Albuquerque NM 87107-6629
4302149 +Marshall Family, 16435 Carlson Dr, Morgan Hill, CA 95037-9656
4302150 Marshall Hundert, 631 Wotherspoon Close, Edmonton Alberta Canada T6M2, 00000
4302151 +Martin & Cathy Martinez, 4855 Lames Dr, Las Vegas, NV 89122-1906
4302152 +Martin & Laura Gonska, 7520 Bridlehorne Ave, Las Vegas, NV 89131-3357
4302153 +Martin Bassick, 313 Sea Rim Ave, Las Vegas, NV 89148-2759
4302155 +Martin Laursen, 161 Honors Course Dr, Las Vegas, NV 89148-0001
4302156 +Martin Marquez-Flores, 3229 Figler St No B, N Las Vegas, NV 89030-8193
4302157 +Martin Martinez Rojo, 1641 Ingraham St, N Las Vegas, NV 89030-7249
4302158 +Martin Roach, 1034 Via Di Olivia St, Henderson, NV 89011-0810
4302159 +Martin Swanty, Chrysler Dodge Jeep, 2640 E. Andy Devine, Kingman, AZ 86401-4822
4644137 +Martin Swanty, Attn Bankruptcy Desk/Managing Agent, Chrysler Dodge Jeep, 2640 E Andy Devine, Kingman AZ 86401-4822
4302160 +Martin Ventura, 3750 E. Bonanza No 3, Las Vegas, NV 89110-6424
4302161 +Martin, Bacilio, 7108 Powderhorn Circle, Las Vegas, NV 89128-3337
4302162 +Martina Geinzer, PO Box 80808, Las Vegas, NV 89180-0808
4302163 +Martinez & Turek, Inc., 300 South Cedar Avenue, Rialto, CA 92376-9100
4302164 +Martinez & Turek, Inc., Michael Rogers, Esq., Leonard, Dicker & Schreiber, LLP, 9430 Olympic Blvd., Ste 400, Beverly Hills, CA 90212-4552
4644138 +Martinez Turek Inc, Attn Bankruptcy Desk/Managing Agent, 300 South Cedar Avenue, Rialto CA 92376-9100
4302165 +Martires Family, 484 Via Stretto Ave, Henderson, NV 89011-0838
4302167 +Marvic, c/o Sloan Miyasato, 2 Henry Adams St, San Francisco, CA 94103-5016
4644139 +Marvic, Attn Bankruptcy Desk/Managing Agent, c/o Sloan Miyasato, 2 Henry Adams St, San Francisco CA 94103-5016
4302168 +Marvin & Tiffany Matlock, 7143 S Durango Dr Unit 306, Las Vegas, NV 89113-2002
4302169 +Marvin Case, 10062 Flokton Ave, Las Vegas, NV 89148-4573
4302170 +Marwan Salah, 106 N Glendale Ave No 195, Glendale, CA 91206-4451
4302171 Marwan Salah, PO Box 658, Downey, CA 90241
4302172 +Mary & Brian Fallucca, 225 Pershing Rd, Clifton, NJ 07013-3718
4302174 +Mary & Marc Dillon, 8601 E Canyon Vista Dr, Anaheim, CA 92808-1621
4302177 +Mary Clark, 7131 S Durango Dr Unit 213, Las Vegas, NV 89113-2072
4302178 +Mary Galvez, 14765 Apple Valley Rd, Apple Valley, CA 92307-5105
4644141 Mary Joy David San Andres, Attn Bankruptcy Desk/Managing Agent, 5327 Lamoille Circle, Las Vegas NV 89120-2076
4302179 Mary Joy David-San Andres, 5327 Lamoille Circle, Las Vegas, NV 89120-2076
4302180 Mary Muratore, Mail Stop Sv-31A, Simi Valley, CA 93065
4302181 +Maryann Alinas, 2067 Avenida Hacienda, Chino Hills, CA 91709-4701
4302182 +Marylou & Jesus Paras, 6707 Florence Pl, Rancho Cucamonga, CA 91701-8612
4302183 +Maryvi Mendoza, 7973 Dutch Villas St, Las Vegas, NV 89139-6287
4644144 +MasTech North America Inc, Attn Bankruptcy Desk/Managing Agent, 3680 Quail Avenue, Las Vegas NV 89118-3126
4302184 +Masami & Miyuki Abe, 4730 S Fort Apache Rd Ste 300, Las Vegas, NV 89147-7947
4644142 +Masco Builder Cabinet Group, Attn Bankruptcy Desk/Managing Agent, 5353 W US 223, Adrian MI 49221-8901
4302185 +Mass Marketing Inc., 7209 Dixie Hwy., Faorfoe, d, OH 45014-5544
4302186 MassMutual Financial Group, Disability Income, Box 371837, Pittsburgh, PA 15250-7837
4644143 MassMutual Financial Group, Attn Bankruptcy Desk/Managing Agent, Disability Income, Box 371837, Pittsburgh PA 15250-7837
4644145 Masterfile Corporation, Attn Bankruptcy Desk/Managing Agent, 175 Bloor Street East, South Tower 2nd Floor, Toronto, Canada 3R8
4302188 +Mastropieri Family, 8365 Turtle Creek Cir, Las Vegas, NV 89113-0133
4302189 +Mata, Rosa, 3112 Bartlett Ave, Las Vegas, NV 89030-6600
4644147 +Matman Inc, Attn Bankruptcy Desk/Managing Agent, 5015 West Sahara Ave Ste 125, Las Vegas NV 89146-3463
4302190 +Matman, Inc., 5015 West Sahara Ave., Ste 125, Las Vegas, Nv 89146-3463
4302191 +Matrix Media, Inc., 463 E. Town Street, Suite 200, Columbus, OH 43215-4706
4302192 +Matsubara Family, 147 Tall Ruff Dr, Las Vegas, NV 89148-5246

4302194 +Matt Reitzel, 1279 Shimmering Glen Ave, Henderson, NV 89014-8878
4302195 Matt Smith Phyical Therapy, 848 N. Rainbow Blvd 357, Las Vegas, NV 89107-1103
4644148 Matt Smith Phyical Therapy, Attn Bankruptcy Desk/Managing Agent, 848 N Rainbow Blvd 357, Las Vegas NV 89107-1103
4302196 +Matthew & Catherine Paupst, 9757 Marcelline Ave, Las Vegas, NV 89148-5752
4302197 +Matthew & Frank Parvis, 1056 Via Prato Ln, Henderson, NV 89011-0600
4302199 +Matthew & Jennavelle Churlik, 1260 Olivia Pkwy, Henderson, NV 89011-0833
4302200 +Matthew & Joanna Calderone, 3729 Clayton Rd, Concord, CA 94521-2554
4302201 +Matthew & Lillian Romo, 297 Sepulveda Ct, Milpitas, CA 95035-6143
4302202 +Matthew & Michelle Gibson, 1008 Viale Placenza Pl, Henderson, NV 89011-0843
4302205 +Matthew Hennager, 1074 Olivia Pkwy, Henderson, NV 89011-0854
4302207 +Matthew Phan, 1028 Baronet Dr, Las Vegas, NV 89138-7592
4302209 +Matthew Wehling, 399 Blue Tee Ct, Las Vegas, NV 89148-5253
4302210 +Mau & Kim Nguyen, 6263 Narcissus Ave, Newark, CA 94560-4504
4302211 +Maurice & Najla Collins, 7025 Rancho De Taos Ct, Las Vegas, NV 89130-1000
4302212 +Maurice Haber, 7189 S Durango Dr Unit 306, Las Vegas, NV 89113-2022
4302213 +Maurice Kaz, 5123 El Cemonte Ave, Davis, CA 95618-4415
4302214 +Maurice Rodriguez, 7135 S Durango Dr Unit 305, Las Vegas, NV 89113-2077
4644149 +Maurice Seebeck Jr, Attn Bankruptcy Desk/Managing Agent, 2721 Copper Cove Drive, Henderson NV 89074-6930
4302215 +Mauro & Purificacion Cusi, 4547 El Camino Cabos Dr, Las Vegas, NV 89147-8107
4644150 +Maverick Helicopter Tours, Attn Bankruptcy Desk/Managing Agent, 6075 Las Vegas NV Blvd South, Las Vegas NV 89119-3204
4644151 +Maverick Paving, Attn Bankruptcy Desk/Managing Agent, 4535 W Russell Suite 14, Las Vegas NV 89118-2258
4302216 +Max & Carolyn Fisher, 304 Via Di Citta Dr, Henderson, NV 89011-0849
4302217 +Max Christie, 4850 Lames Dr, Las Vegas, NV 89122-1905
4302218 +Maximino Mata, 4818 Califa Dr, Las Vegas, NV 89122-7576
4302219 +Maxine Schneider, 7115 S Durango Dr Unit 102, Las Vegas, NV 89113-2054
4302220 +May & William Domingo, 9718 Marcelline Ave, Las Vegas, NV 89148-5751
4302221 Mayen, Marcelino, 4918 Dobson, Las Vegas, NV 89115
4302222 +Mayes, Timothy, 968 Country Back Rd, Las Vegas, NV 89123-5841
4302223 +Mayrand Publishers, 21 Lawrence Paquette, Industrial Drive, Champlain, NY 12919-4857
4644152 +Mayrand Publishers, Attn Bankruptcy Desk/Managing Agent, 32 Power Dam Way, Suite PA 1 4, Plattsburgh PA 12901-3792
4302224 +Mayumi & David Martinez, 8254 Calmosa Ave, Whittier, CA 90602-2831
4302225 +Maywood Furniture, 23 West Howcoft Rd., Maywood, NJ 07607-1022
4644153 +Maywood Furniture, Attn Bankruptcy Desk/Managing Agent, 23 West Howcoft Rd, Maywood NJ 07607-1022
4302226 +Mazo, Jose A., 810 M St, Las Vegas, NV 89106-3522
4644155 +McAfee Inc, Attn Bankruptcy Desk/Managing Agent, 3965 Freedom Circle, Santa Clara CA 95054-1203
4302229 +McCandless International Truck, 3780 Losee Road, Las Vegas, NV 89030-3300
4644157 +McCandless International Truck, Attn Bankruptcy Desk/Managing Agent, 3780 Losee Road, Las Vegas NV 89030-3300
4302230 +McCann, Matthew D., 9351 Batlinglass St, Las Vegas, NV 89123-6249
4644158 McCarren International Airport, Attn Bankruptcy Desk/Managing Agent, Enforcement Section, P O Box 11005, Las Vegas NV 89111-1005
4302231 +McCarter Family, 4880 Lames Dr, Las Vegas, NV 89122-1905
4302232 +McCarty, Lance, 9490 W Ann Road, Las Vegas, NV 89149-2344
4302233 +McCauley Construction Inc., 206 W. 1st St., Winslow, AZ 86047-3502
4302234 +McClary, Blake, 1601 Havasu Ct, Henderson, NV 89014-0368
4302235 +McCloy, Brian, 381 Grandover Ct, Las Vegas, NV 89148-2821
4302236 McClure, John L, 134 Tedford Bullhead City, AZ 86429, Bullhead City, AZ 86429
4644159 +McConnell Cabinets Inc, Attn Bankruptcy Desk/Managing Agent, Marilyn Vindedal, 3275 Ali Baba Suite 516, Las Vegas NV 89118-1774
4302237 +McConnell Cabinets, Inc., 3275 Ali Baba, Suite 516, Las Vegas, NV 89118-1774
4302238 +McCoy, Brian, 3292 N. Aztec, Golden Valley, AZ 86413-8533
4302239 +McCoy, Ian Scott, 2048 Sweetwater Dr. Bullhead City, AZ 8, Bullhead City, AZ 86442-5251
4302240 +McCoy, Shawn, 4415 N. Canelo Rd., Golden Valley, AZ 86413-5927
4302242 +McCullough, Clint, 1632 Hacienda Horse Court, Henderson, NV 89002-9378
4644160 McDonald Carano Wilson LLP, Attn Bankruptcy Desk/Managing Agent, 2300 West Sahara Avenue, No 10 Suite 1000, Las Vegas NV 89102
4302246 +McGrath, William, 672 Riverbend Place, Henderson, NV 89052-2808
4302247 +McGraw Enterprises, PO Box 211, Joseph City, AZ 86032-0211
4302248 McGraw Hill Construction, 7625 Collection Center Dr., Chicago, IL 60693-0076
4302250 +McIntosh Communications, 4640 S Arville Ste. E., Las Vegas, NV 89103-5342
4302252 +McKenzie, Katina, 510 College Drive No 1423, Henderson, NV 89015-1532
4302254 +McLaughlin, Michael J, 5649 W. Collins Dr., Golden Valley, AZ 86413-7776
4302241 +Mccoy-parenti Family, 7236 Buglehorn St, Las Vegas, NV 89131-8261
4302245 +Mcgarry Investments LLC, 202 Angels Trace Ct, Las Vegas, NV 89148-2746
4302249 +Mcherny, Lisa, 11741 Stonewall Spring Ave, Las Vegas, NV 89138-1577
4302251 +Mcintosh Communications, Inc., 4640 S Arville St Ste E, Las Vegas, NV 89103-5342
4302253 +Mclaughlin Family, 472 Via Palermo Dr, Henderson, NV 89011-0825
4302255 +Mead, Joshua L, 3530 Robin Lane Kingman, AZ 86409, Kingman, AZ 86409-2872
4302256 +Mead, Shayne M., 501 E. Lake Mead No 2323, Henderson, NV 89015-6426
4644162 +Meadows Homeowner Association, Attn Bankruptcy Desk/Managing Agent, c/o Benchmark Association, 1515 E Tropicana Ste 350A, Las Vegas NV 89119-6520
4302258 +Mean-zoun Zeng, 341 Angels Trace Ct, Las Vegas, NV 89148-2665
4302257 +Means, John, 499 Annet Street, Henderson, NV 89052-2615

4302259 +Media Distributors, Attn: Mona, 1219 Folsum Ave., San Francisco, CA 94103-3816
4644163 +Media Distributors, Attn Bankruptcy Desk/Managing Agent, Attn Mona, 1219 Folsum Ave, San Francisco CA 94103-3816
4644164 +MediaTrac LLC, Attn Bankruptcy Desk/Managing Agent, 5000 Executive Parkway, Suite 250, San Ramon CA 94583-4349
4302260 +MediaTrac, LLC, 5000 Executive Parkway, Suite 250, San Ramon, CA 94583-4349
4302261 +Medina Cruz, Edgar, 1013 Meyer, Las Vegas, NV 89101-1663
4302262 +Medina Family, 3728 Rocky Shore Dr, Vallejo, CA 94591-6345
4302263 +Medina Lopez, Miguel A., 3871 Twinkle Star, Las Vegas, NV 89115-1232
4302264 +Medina Medrano, Martin, 3216 Osage Ave, Las Vegas, NV 89101-1838
4302265 +Medina Painting & Drywall, Inc, 4016 Hatch St, North Las Vegas, NV 89032-2802
4644165 +Medina Painting Drywall Inc, Attn Bankruptcy Desk/Managing Agent, 4016 Hatch St, North Las Vegas NV 89032-2802
4302266 +Medina, Carlos A, 4192 Tattersall Place, Las Vegas, NV 89115-0380
4302267 +Medina, Francisco, 4344 Rita Circle, Las Vegas, NV 89115-5455
4302268 +Medina, Martin M, 1883 Fultone Way No 2, Las Vegas, NV 89115-6669
4302269 +Medina, Rigoberto, 1957 Ermosillo, Las Vegas, NV 89115-6376
4302270 +Medina-Jimenez, David, 2433 Saint George St Apt No 4, North Las Vegas, NV 89030-5484
4302271 +Medina-Lima, Rivaldo, 2320 Tucumcari Dr. Apt 2074, Las Vegas, NV 89108-3866
4302272 +Medrano, Arturo, 4433 W. Lake Mead Bkvd, Las Vegas, NV 89108-2831
4302273 +Medrano, Roberto, 3320 Honduras Pl, North Las Vegas, NV 89030-5925
4302274 +Mee & Eric Chang, 199 Real Long Way, Las Vegas, NV 89148-5214
4302275 +Meei Li, 256 Clyde St, Chestnut Hill, MA 02467-2940
4302276 Meeks, Wayne R, 3972 E. Potter Kingman, AZ 86409, Kingman, AZ 86409
4644167 +Meerkat Inc, Attn Bankruptcy Desk/Managing Agent, 960 Hathaway St B, Banning CA 92220-6302
4302277 +Meerkat Inc., 960 Hathaway St. B, Banning, CA 92220-6302
4302278 +Mei Dong Xia, 5170 S. Jones Blvd., Las Vegas, NV 89118-0515
4644168 +Mei Dong Xia, Attn Bankruptcy Desk/Managing Agent, 5170 S Jones Blvd, Las Vegas NV 89118-0515
4644169 +Mei Fang Wang, Attn Bankruptcy Desk/Managing Agent, 2105 Forest View Avenue, Hillsborough CA 94010-6169
4302279 +Meihua Jin, 7123 S Durango Dr Unit 210, Las Vegas, NV 89113-2063
4302280 +Meilin Chiang, 518 First On Dr, Las Vegas, NV 89148-5247
4302281 +Meishach Moore, 8049 Diamond Gorge Rd, Las Vegas, NV 89178-8233
4302282 +Mejia, Eduardo, 6556 Mt Roy Ln, Las Vegas, NV 89156-3747
4302283 +Mejia, Gustavo, 1680 Steven No 2, Las Vegas, NV 89115-6360
4302284 +Mejia, Jjesus, 6556 Mt Roy Ln, Las Vegas, NV 89156-3747
4302285 +Mejia, Juan F., 3632 Kolendo Ct. No B, Las Vegas, NV 89103-1430
4302286 +Mejia, Nortberto, 320 Kane Ave, Las Vegas, NV 89110-3533
4302287 +Mejia, Porfirio, 1906 Santa Paula, Las Vegas, NV 89104-2400
4302288 +Mejia-Salcido, Felipe, 3295 Sandy Ln, Las Vegas, NV 89115-0403
4302289 +Melanie Whitt, 7208 Eagelgate St, Las Vegas, NV 89131-8205
4302290 +Melara-Amaya, Roberto, 5900 Bromley Apt No 7, Las Vegas, NV 89107-1576
4302291 +Melchor & Barbara Funtila, 4236 Frost Way, Modesto, CA 95356-8917
4644170 +Meldrum Family Trust, Attn Bankruptcy Desk/Managing Agent, 3555 Polaris, Las Vegas NV 89103-5708
4302292 +Melendez-Morales, Ottoniel, 3076 Congress Ave, Las Vegas, NV 89121-1326
4302293 +Melina Ismail, 346 Cart Crossing Way, Las Vegas, NV 89148-5212
4302295 +Melissa Mack, 1139 Leeward Ln, Alameda, CA 94502-7043
4302296 +Melissa Patterson, 9050 W Warm Springs Rd Unit 2049, Las Vegas, NV 89148-3848
4644171 +Melissa Rogers, Attn Bankruptcy Desk/Managing Agent, 8912 W Napoll Drive, Las Vegas NV 89117-1181
4302297 +Melissa Rothermel, 7135 S Durango Dr Unit 315, Las Vegas, NV 89113-2077
4302298 +Melissa Spiegel, 7127 S Durango Dr Unit 207, Las Vegas, NV 89113-2067
4302299 +Melo, Arcenio, 2293 Miner Way, Las Vegas, NV 89104-5221
4302300 +Melody Yurasek, Benchmark Properties, Inc., 1515 E. Tropicana, Suite 350A, Las Vegas, NV 89119-6520
4302301 +Melton Daniels, 9050 W Warm Springs Rd Unit 2073, Las Vegas, NV 89148-3834
4302302 +Melvin Armstrong, 8764 Stockholm Ave, Las Vegas, NV 89147-8101
4644173 +Memphis Championshp BBQ, Attn Bankruptcy Desk/Managing Agent, 3380 W Hacienda, Suite 102, Las Vegas NV 89118-1720
4644174 Mendenhall Smith Inc, Attn Bankruptcy Desk/Managing Agent, 3571 Redrock A, Las Vegas, NV 89103
4302303 +Mendenhall Smith Struc Eng, 3571 Red Rock Street, Suite A, Las Vegas, NV 89103-1256
4302304 Mendenhall Smith, Inc., 3571 Redrock No A, Las Vegas,, NV 89103
4302305 +Mendez Sanchez, Raul, 4645 Metpark, Las Vegas, NV 89110-3404
4302306 +Mendez, Alejandro, 3200 McLeod, Las Vegas, NV 89121-2244
4302307 +Mendez, Angel, 2314 MCCarran St, Las Vegas, NV 89030-6201
4302308 Mendez, Francisco J, 1700 Breckenwood Ct Apt No 3, Las Vegas, NV 89115
4302309 +Mendez, Pedro, 2140 Clancy St, Las Vegas, NV 89156-5663
4302310 +Mendez-Alvarado, Angela, 3986 Majestic Grove Dr, Las Vegas, NV 89115-0285
4302311 +Mendieta Leon, Jesus, 3334 Flying Ct, North Las Vegas, NV 89032-2480
4302312 +Mendivil, Carlos Enrique, 3790 Shirebrook Apt No 167, Las Vegas, NV 89115-7412
4302313 +Mendoza Perez, Blademir, 826 Socorro Song, Las Vegas, NV 89052-8642
4644175 +Mentor 4, Attn Bankruptcy Desk/Managing Agent, 4040 South Eastern Ave, Suite 100, Las Vegas NV 89119-0854
4644176 +Mercantile Systems Sur, Attn Bankruptcy Desk/Managing Agent, 1280 Central Blvd Ste E2, BrentwoodCA 94513-2241
4302314 +Mercedes & Ricky Labindalaua, 6 Downing Cir, Salinas, CA 93906-5051

4644177 +Mercedes Benz Credit KY, Attn Bankruptcy Desk/Managing Agent, P O Box 9001880, Louisville KY 40290-1880
4644178 Mercedes Benz Financial, Attn Bankruptcy Desk/Managing Agent, P O Box 9001921, Louisville KY 40290-1921
4302315 Mercedes-Benz Financial, PO Box 9001921, Louisville, KY 40290-1921
4302316 +Mercury LDO, 3325 Pepper Lane, Las Vegas, NV 89120-2739
4302317 +Mercury Reprographics, 3325 Pepper Lane, Las Vegas, NV 89120-2739
4644179 +Mercury Reprographics, Attn Bankruptcy Desk/Managing Agent, 3325 Pepper Lane, Las Vegas NV 89120-2739
4644180 Mercy Air Services Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 31001 0819, Pasadena CA 91110-0819
4644182 Meredith Weinstein Numbers, Attn Bankruptcy Desk/Managing Agent, 115 Ward Street, Larkspur CA 94939-1326
4302319 Meredith, Weinstein & Numbers, 115 Ward Street, Larkspur, CA 94939-1326
4302320 Merino-Ruiz, Jose, 3650 Gietz No 6, Las Vegas, NV 89115
4302321 +Merlo Family, 3712 Aquarius Dr, Huntington Beach, CA 92649-2548
4302322 +Merrill Lynch, 253 Post Road West, Westport, CT 06880-4737
4302323 +Merritt Family, 985 Via Canale Dr, Henderson, NV 89011-0829
4302325 +Merryhill Schools, 5055 S. Durango Dr, Las Vegas, NV 89113-0150
4644183 +Merryhill Schools, Attn Bankruptcy Desk/Managing Agent, Kim/Billing, 5055 S Durango Dr, Las Vegas NV 89113-0150
4302326 +Mertens, 4385 Baker Dr., Kingman, AZ 86409-2316
4644184 +Mertens, Attn Bankruptcy Desk/Managing Agent, 4385 Baker Dr, Kingman AZ 86409-2316
4302328 +Mesquite Material Testing, 752 West Pioneer Blvd, Mesquite, NV 89027-8820
4644185 +Mesquite Material Testing, Attn Bankruptcy Desk/Managing Agent, 752 West Pioneer Blvd, Mesquite NM 89027-8820
4302329 +Mestas Roofing Inc, 5630 Stephanie Street, Suite B, Las Vegas, NV 89122-0263
4644186 +Mestas Roofing Inc, Attn Bankruptcy Desk/Managing Agent, 5630 Stephanie Street, Suite B, Las Vegas NV 89122-0263
4302330 +Mestre Greve Associates, 27812 El Lazo Rd, Laguna Niguel, CA 92677-3915
4644187 +Mestre Greve Associates, Attn Bankruptcy Desk/Managing Agent, 27812 El Lazo Rd, Laguna Niguel AZ 92677-3915
4302332 +Metro Diesel Injection, 12631 Los Nietos Road, Santa Fe Springs, CA 90670-3005
4644189 +Metro Diesel Injection, Attn Bankruptcy Desk/Managing Agent, 12631 Los Nietos Road, Santa Fe SpringsCA 90670-3005
4302333 +Metro Electric, 3315 Birtcher Drive, Las Vegas, NV 89118-3855
4644190 +Metro Electric, Attn Bankruptcy Desk/Managing Agent, 3315 Birtcher Drive, Las Vegas NV 89118-3855
4644191 +Metro Trucking, Attn Bankruptcy Desk/Managing Agent, 4815 Alto, Las Vegas NV 89115-3470
4302334 +Metro Trucking Inc, 4815 Alto, Las Vegas, NV 89115-3470
4302336 +MetroStudy, PO Box 2683, Dept. No 00, Houston, TX 77252-2683
4644193 +MetroStudy, Attn Bankruptcy Desk/Managing Agent, 10370 Richmond Ave St 750, P O Box 2683 Dept 00, Houston, TX 77252-2683
4644192 Metrocall Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 740521, Atlanta GA 30374-0521
4302335 +Metropolitan Outdoor Products, LLC., 6170 West Lake Mead Blvd., Suite 150, Las Vegas, NV 89108-2661
4302337 +Metzoian, Michael V, 286 Sturgeon No 103, Las Vegas, NV 89110-4805
4644194 +Meyers Group, Attn Bankruptcy Desk/Managing Agent, 714 540 8500, 555 Anton Blvd Suite 950, Costa Mesa CA 92626-7001
4302339 +Miagros Pinero, 680 Harvester Course Drive, Las Vegas, NV 89148-4482
4644196 +Miagros Pinero, Attn Bankruptcy Desk/Managing Agent, 680 Harvester Course Drive, Las Vegas NV 89148-4482
4302340 Miao Family, PO Box 112-833, Taipei Taiwan, 00000
4302342 +Michael & Abby Jones, 192 Broken Putter Way, Las Vegas, NV 89148-5256
4302343 +Michael & Alison Orci, 382 Turtle Peak Ave, Las Vegas, NV 89148-2753
4302344 +Michael & Barbara Tricarichi, 341 Arbour Garden Ave, Las Vegas, NV 89148-2766
4302345 +Michael & Carmalon Beal, 10283 Caminito Toronjo, San Diego, CA 92131-2013
4302346 +Michael & Carolyn Brower, 480 Via Del Foro Dr, Henderson, NV 89011-0104
4302347 +Michael & Catherine Rin, 9050 W Warm Springs Rd, Unit 2148, Las Vegas, NV 89148-3850
4302348 +Michael & Christine Cho, 217 Via Mezza Luna Ct, Henderson, NV 89011-0876
4302349 +Michael & Donna Higelmire, 2974 Tyburn St, Los Angeles, CA 90039-2119
4302350 +Michael & Dorothy Furillo, 2724 Altair Ave, Thousand Oaks, CA 91360-3004
4302351 +Michael & Elisabeth Freeland, PO Box 997, El Dorado, CA 95623-0997
4302352 +Michael & Fe Gabriel, 7131 S Durango Dr Unit 107, Las Vegas, NV 89113-2070
4302353 +Michael & Hayley Gaw, 22261 Lantern Ln, Lake Forest, CA 92630-4319
4302354 +Michael & Isabel Kirk, 7229 Cottonsparrow St, Las Vegas, NV 89131-8220
4302355 +Michael & Janet Hughes, 4430 Independence Ave N, New Hope, MN 55428-4757
4302356 +Michael & Joy Pancake, 7237 Tealwood St, Las Vegas, NV 89131-8219
4302357 +Michael & Leonor Kelly, 1035 Via Calderia Pl, Henderson, NV 89011-0808
4302358 +Michael & Maria Barr, 453 Via Stretto Ave, Henderson, NV 89011-0837
4302359 +Michael & Michelle Politi, 964 Via Canale Dr, Henderson, NV 89011-0829
4302360 +Michael & Natividad Gilbert, 56 Sunset Bay St, Las Vegas, NV 89148-2768
4302363 +Michael & Sandra Marranca, 20 Crown Point Ln, Williamsville, NY 14221-1818
4302364 +Michael & Sharon Walker, 363 Harpers Ferry Ave, Las Vegas, NV 89148-2784
4302365 +Michael & Susan Neidenthal, 639 Greenleaf Ave, Smyrna, TN 37167-6236
4302367 +Michael & Susan Rawlins, 500 Via Del Foro Dr, Henderson, NV 89011-0104
4302366 +Michael & Susan Rawlins, 496 Via Del Foro Dr, Henderson, NV 89011-0104
4302369 +Michael & Yulin Nichol, 73 Arcadian Shores St, Las Vegas, NV 89148-2754
4644197 +Michael A Eggers, Attn Bankruptcy Desk/Managing Agent, 6437 Grey Dove Circle, Las Vegas NV 89118-1187

4302370 +Michael A. Mendoza-Lopez, 9103 Harbor Wind Ave, Las Vegas, NV 89178-6278
4302371 +Michael Adari, 1761 Butano Dr, Milpitas, CA 95035-7006
4302373 +Michael Anthony Ingrassi, 1414 White Dr, Las Vegas, NV 89119-4562
4302374 +Michael Artinian, 7111 S Durango Dr Unit 214, Las Vegas, NV 89113-2051
4302375 +Michael Bisone, 175 Chinquapin Ave, No B, Carlsbad, CA 92008-7463
4302376 +Michael Blevens, 1027 Via Calderia Pl, Henderson, NV 89011-0808
4302377 +Michael Bliss, 9732 Kampsville Ave, Las Vegas, NV 89148-5748
4302378 +Michael Conrad, 4100 Bennett Mountain Street, Las Vegas, NV 89129-3268
4644199 +Michael Conrad, Attn Bankruptcy Desk/Managing Agent, 4100 Bennett Mountain Street, Las Vegas NV 89129-3268
4302379 +Michael Corrente, 7139 S Durango Dr Unit 218, Las Vegas, NV 89113-2081
4302380 +Michael Corrigan, 331 Descano Garden Dr, Las Vegas, NV 89148-2742
4302381 +Michael Cramer, 905 Via Del Tramonto St, Henderson, NV 89011-0867
4644200 +Michael DeSilva, Attn Bankruptcy Desk/Managing Agent, 2981 Brighton Creek Court, Las Vegas NV 89135-1715
4302382 +Michael Edwards, 404 Via Stretto Ave, Henderson, NV 89011-0835
4302383 +Michael Fastow, 7167 S Durango Dr Unit 102, Las Vegas, NV 89113-2041
4302384 +Michael Gaboldi, 4366 Spooner Lake Cir, Las Vegas, NV 89147-0404
4302385 +Michael J McKenna MD PC, 6070 S. Fort Apache Road, Suite 100, Las Vegas, NV 89148-5615
4644202 +Michael J McKenna MD PC, Attn Bankruptcy Desk/Managing Agent, 6070 S Fort Apache Road, Suite 100, Las Vegas NV 89148-5615
4644203 +Michael J McLaughlin, Attn Bankruptcy Desk/Managing Agent, 5649 West Collins, Golden Valley AZ 86413-7776
4302386 +Michael Jackness, 9676 Marcelline Ave, Las Vegas, NV 89148-5750
4644204 +Michael Joyce Lewis, Attn Bankruptcy Desk/Managing Agent, Joyce Lewis, 10503 Angelo Tenero Ave, Las Vegas NV 89135-2441
4302387 +Michael Keith, 2 D Altrui Dr, Hillsborough, NJ 08844-2308
4302388 +Michael Kightlinger, 9581 Verneda Ct, Las Vegas, NV 89147-8207
4302389 +Michael Liang, 712 Sharon Hills St, Henderson, NV 89052-5838
4302390 +Michael Loi, 8406 Mondavi Hill Ct, Las Vegas, NV 89139-7166
4302392 +Michael Mason, 7103 S Durango Dr Unit 204, Las Vegas, NV 89113-2006
4302393 +Michael Matoff, 2453 Hill Street, Santa Monica, CA 90405-6003
4644205 +Michael Matoff, Attn Bankruptcy Desk/Managing Agent, 2453 Hill Street, Santa Monica CA 90405-6003
4302394 +Michael Moradian, 9050 W Warm Springs Rd Unit 2101, Las Vegas, NV 89148-3835
4302395 +Michael Mulconrey, 7147 S Durango Dr Unit 111, Las Vegas, NV 89113-2027
4302396 +Michael Mundt, 7127 S Durango Dr Unit 306, Las Vegas, NV 89113-2088
4302398 Michael Parker, 10142 Worahridge, Rancho Cucamonga, CA 91730
4302399 Michael Pasieka, 876 Cloud Pl, Warminster, PA 18974
4302400 +Michael Ribaudo, 4320 W Desert Inn Rd Ste C, Las Vegas, NV 89102-7635
4302401 +Michael Roth, 6681 Kreb Lake Ct, Las Vegas, NV 89148-5759
4302402 +Michael Rubin, 5060 Evanwood Ave, Oak Park, CA 91377-4806
4644206 +Michael S Nakama, Attn Bankruptcy Desk/Managing Agent, 972 Calle Amable, Glendale CA 91208-3005
4302403 +Michael Sarro, 9050 W Warm Springs Rd, Unit 1106, Las Vegas, NV 89148-3830
4302404 Michael Schencke, 7030 Painted Desert St, Las Vegas, NV 89131
4302405 +Michael Stypa, 9050 W Tropicana Ave, Unit 1158, Las Vegas, NV 89147-8191
4302406 +Michael Sutton, 468 Via Palermo Dr, Henderson, NV 89011-0824
4644208 Michael T Fraley, Attn Bankruptcy Desk/Managing Agent, RR HCR Box 729, Sandy Valley NV 89019
4302408 +Michael Tsai, 324 Sea Rim Ave, Las Vegas, NV 89148-2759
4302410 +Michael Watson, 7103 S Durango Dr Unit 112, Las Vegas, NV 89113-2043
4302411 +Michael Xu, 405 Center Green Dr, Las Vegas, NV 89148-5221
4302412 +Michael Zakis, 1083 Via Saint Lucia Pl, Henderson, NV 89011-0873
4302372 +Michael and Laura Ribando, 125 Lucinda Drive, Babylon, NY 11702-3713
4644198 +Michael and Laura Ribando, Attn Bankruptcy Desk/Managing Agent, 125 Lucinda Drive, Babylon NY 11702-3713
4644207 +Michael s Signs Displays, Attn Bankruptcy Desk/Managing Agent, Cell, 660 E Eldorado Lane, Las Vegas NV 89123-0508
4302413 +Michaels Signs & Displays, 660 E. Eldorado Lane, Las Vegas, NV 89123-0508
4302414 +Michal Wszeborowski, 9782 Marcelline Ave, Las Vegas, NV 89148-5752
4302415 +Micheal & Megan Sanchez, 7217 Tealwood St, Las Vegas, NV 89131-8240
4302416 +Michele Gemayel, 923 Hilts Ave, Los Angeles, CA 90024-3212
4302417 +Michele Hansen, 1020 Via Gallia St, Henderson, NV 89011-0813
4302418 +Michelle & Dennis Piedra, 897 Via Del Tramonto St, Henderson, NV 89011-0867
4302419 +Michelle & Preston Dickens, 202 Dog Leg Dr, Las Vegas, NV 89148-2693
4302420 +Michelle Bella, 1025 Via Canale Dr, Henderson, NV 89011-0802
4644209 +Michelle Burns, Attn Bankruptcy Desk/Managing Agent, 193 Tad Moore Avenue, Las Vegas NV 89148-4446
4302421 +Michelle Campbell-Hulsey, 129 Deerbrook Lane, Las Vegas, NV 89107-2411
4302423 +Michelle Johnson, 7163 S Durango Dr Unit 202, Las Vegas, NV 89113-2045
4302424 +Michelle Park, 165 Marco Island St, Las Vegas, NV 89148-2760
4302426 +Michelle Stanek, 281 Dog Leg Dr, Las Vegas, NV 89148-2814
4302427 +Michelle Zhou, 9080 Red Shores Way, Las Vegas, NV 89147-8122
4302428 +Michiyo & Hiroyuki Hojo, 359 Athens St, San Francisco, CA 94112-2117
4302429 +Micki Ly, 80 Mahalani St No M, Wailuku, HI 96793-2531
4644211 +Microsoft TechNet, Attn Bankruptcy Desk/Managing Agent, P O Box 5540, Pleasanton CA 94566-1540
4302430 +Mida Fresquez, 7825 Sea Rock Rd, Las Vegas, NV 89128-6837
4302431 +Midnight Printing, 2721 Losee Road, Suite A, North Las Vegas, NV 89030-4167

4302432 +Midnight Printing, 2721 Losee Road, No A, North Las Vegas, NV 89030-4167
4302433 +Mignea Family, 5929 Coral Flat St, N Las Vegas, NV 89031-3488
4302435 +Miguel Canal, 4574 Armel Ct, Las Vegas, NV 89115-5440
4302436 +Miguel Cancino-Escalante, 1608 Putnam No A, N Las Vegas, NV 89030-1818
4302437 +Miguel Cardenas Gallardo, 5050 Tamarus, Las Vegas, NV 89119-2005
4302438 +Miguel D. Martinez, 1941 Cindy Sue, Las Vegas, NV 89106-1163
4302439 +Miguel Gonzalez, PO Box 30036, Las Vegas, NV 89173-0036
4302440 +Miguel Salido, 251 Dog Leg Dr, Las Vegas, NV 89148-2697
4302441 +Mihwa Bae, 320 Tayman Park Ave, Las Vegas, NV 89148-2846
4302442 +Mike & Amy Jones, 328 Palm Trace Ave, Las Vegas, NV 89148-2733
4302443 +Mike Carr, 1774 Rivergardens Drive, Bullhead City, AZ 86442-5024
4302444 +Mike Carr, 1774 Rivergriden Dr., Bullhead City, AZ 86442-5024
4302445 +Mike Eggers, 6437 Grey Dove Circle, Las Vegas, NV 89118-1187
4644212 +Mike Eggers, Attn Bankruptcy Desk/Managing Agent, 6437 Grey Dove Circle, Las Vegas NV 89118-1187
4302446 +Mike Erickson, 1809 Birch St., Las Vegas, NV 89102-4403
4302447 +Mike Gupta, 104 Pound Hollow Rd, Glen Head, NY 11545-2212
4302448 +Mike Nakama, 972 Calle Amable, Glendale, CA 91208-3005
4644213 +Mike s Drain and Plumbling, Attn Bankruptcy Desk/Managing Agent, 3560 Polaris Ave, Suite 23, Las Vegas NV 89103-5718
4302450 +Mikell & Linda Dale, 7400 Red Cinder St, Las Vegas, NV 89131-3368
4302449 +Mikes Drain and Plumbling, 3560 Polaris Ave, SuiteNo 23, Las Vegas, NV 89103-5709
4302451 +Mikhail & Anastasia Savchenko, 9050 W Warm Springs Rd, Unit 2102, Las Vegas, NV 89148-3835
4302452 +Mikhail & Edita Fikhman, 19321 Califa St, Tarzana, CA 91356-3135
4302453 +Milagros & Leopoldo Delatorre, 5831 196th Pl, Fresh Meadows, NY 11365-2311
4644214 +Milan Starustka, Attn Bankruptcy Desk/Managing Agent, 9827 Antelope Canyon, Las Vegas NV 89147-7738
4302454 +Mildred Deang, 8620 Remick Ave, Sun Valley, CA 91352-2933
4302456 +Miles Simon, 206 Wicked Wedge Way, Las Vegas, NV 89148-2691
4644215 +Milgard Windows Corp, Attn Bankruptcy Desk/Managing Agent, Diane Monachelli, P O Box 53583, Phoenix AZ 85072-3583
4302458 +Milgard Windows Corp., PO Box 53583, Phoenix, AZ 85072-3583
4302460 +Millan, Jose, 2235 Shatz St, Las Vegas, NV 89156-5956
4302461 +Millenium Staffing & Mgmt Svcs, 8230 W. Charleston Blvd, Las Vegas, NV 89117-1219
4644216 +Millenium Staffing MGMT SVCS, Attn Bankruptcy Desk/Managing Agent, Ellen Robinson, P O BOX 931974, Cleveland OH 44193-0004
4644217 +Miller Blades, Attn Bankruptcy Desk/Managing Agent, Jodi Suddarth, PO Box 9000 150, Alta Loma CA 91701-9000
4644218 +Miller Design Group, Attn Bankruptcy Desk/Managing Agent, 10305 Canyon Valley Avenue, Las Vegas NV 89145-8818
4644219 Miller Rentals Inc, Attn Bankruptcy Desk/Managing Agent, 3990 W Dewey Dr Suite 14, Las Vegas NV 89118-2345
4302462 Miller Rentals, Inc., 3990 W. Dewey Dr. Suite No 14, Las Vegas, NV 89118-2345
4302463 +Miller, Brooke A, 1087 Paradise Coach Dr, Henderson, NV 89002-8945
4302464 +Miller, Jeff, 1087 Paradise Coach Dr, Henderson, NV 89002-8945
4302465 +Miller, Morgan, 244 Prairie Sky Ct, Henderson, NV 89074-8040
4302466 +Miller, Thomas, 2858 Utica Cir, Las Vegas, NV 89146-5170
4302467 +Milne, Zackery T., 10501 Horseshoe Falls Ct, Las Vegas, NV 89144-1390
4302468 +Milner, Roselyn, 9990 Prairie Dove Ave, Las Vegas, NV 89117-8449
4302469 +Milton & Lilia Fletcher, 432 Via Stretto Ave, Henderson, NV 89011-0836
4302470 +Milton Philpotts, 7163 S Durango Dr Unit 211, Las Vegas, NV 89113-2008
4302471 +Miltona Turf Products, 11760 Troy Lane N, Maple Grove, MN 55369-9279
4302474 +Minh Cao, 521A 37th Ave, San Francisco, CA 94121-2611
4302476 +Mini Storage of Nevada, 4303 South Arville, Las Vegas, NV 89103-3801
4644221 +Mini Storage of Nevada, Attn Bankruptcy Desk/Managing Agent, 4303 South Arville, Las Vegas NV 89103-3801
4644222 +Minorities in Progress, Attn Bankruptcy Desk/Managing Agent, 21133 Victory Blvd 215, Canoga Park CA 91303-4006
4302477 +Minsk Investment LLC, 7631 Jacaranda Bay St, Las Vegas, NV 89139-5314
4644223 +Miracle Method of Las Vegas, Attn Bankruptcy Desk/Managing Agent, 5151 Procyon St 104, Las Vegas NV 89118-1713
4302479 Miracle Playground Sales SW, 2657 Windmill Parkway No 195, Henderson, NV 89074-3384
4644224 Miracle Playground Sales SW, Attn Bankruptcy Desk/Managing Agent, 2657 Windmill Parkway 195, Henderson NV 89074-3384
4302480 +Mirafuentes Jr., Alfred, 4813 Nara Vista Way No 202, Las Vegas, NV 89103-4775
4302482 +Miramontes, Blas, 3315 Mary Dee No A, N Las Vegas, NV 89030-4581
4302483 +Miramontes-C., Omar, 2512 Carroll St, No B, N Las Vegas, NV 89030-5471
4302484 +Miranda, Jose L, 3301 Civic Center Dr. Apt 10 A, N Las Vegas, NV 89030-4520
4302485 +Mirsada & Ranko Glisic, 4748 Califa Dr, Las Vegas, NV 89122-7575
4302487 +Misael Candelaria Montoya, 1308 Silver Lake Dr, Las Vegas, NV 89108-1156
4302489 +Mission Bank, 2439 Hualapai Mountain Rd, Kingman, AZ 86401-8325
4644226 +Mission Bank, Attn Bankruptcy Desk/Managing Agent, 2439 Hualapai Mountain Road, Kingman AZ 86401-8325
4644227 +Mist Systems Int Inc, Attn Bankruptcy Desk/Managing Agent, 4820 Quality Ct Suite B, Las Vegas NV 89103-5221
4302490 Mister Sausage, 8209 Lauderdale Ct, Las Vegas, NV 89128-7101
4302491 +Mitchell & Kim Sneck, 416 Via Stretto Ave, Henderson, NV 89011-0835
4302492 +Mitchell & Lisa Wieder, 2 Sterling Cir, Dix Hills, NY 11746-6300
4302493 +Mitchell Aronson, 9050 W Tropicana Ave Unit 1159, Las Vegas, NV 89147-8191
4302494 +Mitchell, Kenneth, 5938 Tybalt Court, Las Vegas, NV 89113-0251

4302496 +Miyamoto International Inc, 1450 Halyard Dr, Suite 1, West Sacramento, CA 95691-5038
4644229 +Miyamoto International Inc, Attn Bankruptcy Desk/Managing Agent, 1450 Halyard Dr, Suite 1, West Sacramento CA 95691-5038
4302497 +Mizuno USA, Inc, PO Drawer 101831, Atlanta, GA 30392-1831
4644231 +Mob Morton, Attn Bankruptcy Desk/Managing Agent, PO BOX 4237, Kingman AZ 86402-4237
4302500 Mobil Mini, Inc., PO Box 79149, Phoenix, AZ 85062-9149
4302501 +Mobile Billboards, 5460 Desert Point Drive, Las Vegas, NV 89118-2245
4644232 +Mobile Billboards, Attn Bankruptcy Desk/Managing Agent, www MBBLV com, 5460 Desert Point Drive, Las Vegas NV 89118-2245
4302502 Mobile Mini Inc, PO Box 79149, Phoenix, AZ 85062-9149
4644233 Mobile Mini Inc, Attn Bankruptcy Desk/Managing Agent, Customer Service, PO Box 79149, Phoenix AZ 85062-9149
4302504 +Modesto Family, 13846 W Dublin Dr, Lockport, IL 60491-9120
4302505 +Modular Building Solutions, 60 Sandra Lee Blvd., West Milton, PA 17886-9600
4644234 +Modular Building Solutions, Attn Bankruptcy Desk/Managing Agent, 60 Sandra Lee Blvd, West Milton PA 17886-9600
4302507 Modular Space Corporation, PO Box 641595, Pittsburgh, PA 15264-1595
4644235 Modular Space Corporation, Attn Bankruptcy Desk/Managing Agent, P O BOX 641595, Pittsburgh PA 15264-1595
4302506 +Modular Space Corporation, 12603 Collection Center Drive, Chicago, IL 60693-0126
4302508 +Moffat, Steve Robert, 3537 Bowie Rd., Golden Valley, AZ 86413-9207
4302509 +Mohammad Qasem, 2198 Orchard Mist St, Las Vegas, NV 89135-1562
4644236 Mohave Co and Env Health, Attn Bankruptcy Desk/Managing Agent, P O Box 7000, E Hwy 66 Suite A, Kingman AZ 86402-7000
4302510 Mohave Co. and Env. Health, PO Box 7000, E. Hwy 66 Suite A, Kingman, AZ 86402-7000
4644237 +Mohave County Assessor, Attn Bankruptcy Desk/Managing Agent, 700 W Beale St, PO Box 7000, Kingman AZ 86402-7000
4644238 Mohave County Community, Attn Bankruptcy Desk/Managing Agent, Economic Development, P O Box 7000, Kingman AZ 86402-7000
4302511 Mohave County Community &, Economic Development, PO Box 7000, Kingman, AZ 86402-7000
4302512 Mohave County Fair Association, 2600 Fairgrounds Blvd., Kingman, AZ 86401-4169
4644239 Mohave County Fair Association, Attn Bankruptcy Desk/Managing Agent, 2600 Fairgrounds Blvd, Kingman AZ 86401-4169
4302513 +Mohave County Landowners Assn, PO Box 3877, Kingman, AZ 86402-3877
4644240 +Mohave County Landowners Assoc, Attn Bankruptcy Desk/Managing Agent, P O Box 3877, Kingman AZ 86402-3877
4644241 +Mohave County Sheriff s Office, Attn Bankruptcy Desk/Managing Agent, 600 West Beale Street, P O Box 1191, Kingman AZ 86402-1191
4302514 +Mohave County Tax Assessor, 700 W. Beale St., PO Box 7000, Kingman, AZ 86402-7000
4302516 +Mohave County Treasurer, PO Box 712, 3313 E. Oak Street, Kingman, AZ 86402-0712
4302517 Mohave County Treasurer, PO Box 712, Kingman, AZ 86402-0712
4644242 +Mohave County Treasurer, Attn Bankruptcy Desk/Managing Agent, P O Box 712, 3313 E Oak Street, Kingman AZ 86402-0712
4302515 +Mohave County Treasurer, Lee E. Fabrizio, PO Box 52657, Phoenix, AZ 85072-2657
4302518 +Mohave Electric Cooperative, PO Box 2000, Bullhead City, AZ 86430-2000
4644243 +Mohave Electric Cooperative, Attn Bankruptcy Desk/Managing Agent, P O Box 2000, Bullhead City AZ 86430-2000
4302520 +Mohave Mobile Welding, PO Box 6668, Kingman, AZ 86402-6668
4644245 +Mohave Nut and Bolt LLC, Attn Bankruptcy Desk/Managing Agent, 1711 Stockton Hill Rd 293, Kingman AZ 86401-4673
4302521 +Mohave Nut and Bolt, LLC, 1711 Stockton Hill Rd No 293, Kingman, AZ 86401-4673
4644246 +Mohave State Bank, Attn Bankruptcy Desk/Managing Agent, 3737 Stockton Hill Rd, Kingman AZ 86409-3057
4644247 +Mohave Utility Equipment Corp, Attn Bankruptcy Desk/Managing Agent, 2210 E Airway, Kingman AZ 86409-3660
4302522 +Mohave Utility Equipment Corp., 2210 E. Airway, Kingman, AZ 86409-3660
4644248 Mojave Co Comm Development, Attn Bankruptcy Desk/Managing Agent, P O Box 7000, Kingman AZ 86402-7000
4302523 +Molina, Carlos A, 2604 Jansen AVe, Las Vegas, NV 89101-1525
4302524 +Mona & Tish Lidji, 1215 Anchors Way Dr Spc 280, Ventura, CA 93001-5264
4302525 Mona Tilson, 975 East Ave No 128, Chico, CA 95926
4644250 +Monarch Promotions Inc, Attn Bankruptcy Desk/Managing Agent, 4505 West Hacienda, Las Vegas NV 89118-1509
4302526 +Monarres, Jose, 3705 Struz Ave, Las Vegas, NV 89110-1023
4302527 Monarrez, Raymundo, 3705 Strozts, Las Vegas, NV 89110
4302528 +Mondier Khaira, 77 Sunset Bay St, Las Vegas, NV 89148-2767
4302529 Mondragon, Arturo, 2665 S. Bassler St. No 270, Las Vegas, NV 89109
4302531 +Monica Berge, 1833 Lyell Canyon Lane, Las Vegas, NV 89134-6431
4644251 +Monica Berge, Attn Bankruptcy Desk/Managing Agent, 1833 Lyell Canyon Lane, Las Vegas NV 89134-6431
4302532 +Monique Delgado, 945 Via Stellato St, Henderson, NV 89011-0857
4302533 +Monmouth Fabricators, 5005 Belmar Blvd Suite C6, Farmingdale, NJ 07727-4021
4644252 +Monmouth Fabricators, Attn Bankruptcy Desk/Managing Agent, 5005 Belmar Blvd Suite C6, Farmingdale NJ 07727-4021
4302534 +Monrroy-Reyes, Juvenal, 2001 Howard Ave, Las Vegas, NV 89104-3636
4302537 +Monsen Engineering, 960 South Main, Salt Lake City, UT 84101-2923
4302535 +Monsen Engineering Supply, of Nevada, 5115 S. Valley Vie Blvd., Las Vegas, NV 89118-1726
4644253 +Monsen Engineering Supply, Attn Bankruptcy Desk/Managing Agent, of Nevada, 5115 S Valley Vie Blvd, Las Vegas NV 89118-1726
4644254 Monster com, Attn Bankruptcy Desk/Managing Agent, P O Box 90364, Chicago IL 60696-0364

4302538 Monster.com, PO Box 90364, Chicago, IL 60696-0364
4302539 +Monsuru Ibraheem, 1081 Via Prato Ln, Henderson, NV 89011-0600
4302540 +Montague, Craig, 3609 Odlum Point Ln, North Las Vegas, NV 89032-0507
4302541 +Montano, Guadalupe, 2819 Kim Ave No 197, North Las Vegas, NV 89030-5271
4302542 +Montano, Marco Aurelio, 3308 Osage Ave, Las Vegas, NV 89101-1840
4302543 +Montano-Cordova, Rogelio, 917 Tonopah Ave, North Las Vegas, NV 89030-6901
4302544 Monterroso, Sonymar, 913 Bridgewater No D, Las Vegas, NV 89110
4302545 +Montes de Oca Jr., Luis, 19 Merritt St. Douglas, AZ 85607, Douglas, AZ 85607-1043
4302546 +Montes, Alex M., 3442 Montego Dr, Las Vegas, NV 89121-2844
4302547 Montes, Marco Antonio, 2030 Spear St, N Las Vegas, NV 89030
4302548 +Montes, Rafael Montoya, 1455 E Katie Ave No E16, Las Vegas, NV 89119-8156
4644255 +Montgomery Consulting, Attn Bankruptcy Desk/Managing Agent, Engineers LLC, 9640 W Tropicana Ave 115, Las Vegas NV 89147-2604
4302550 +Montgomery, Heather, 80 Sully Creek Crt, Las Vegas, NV 89148-2774
4302551 +Montoya, T.Jonas, 2016 Bonanza No 2016, Las Vegas, NV 89101-3329
4302552 +Montoya-Martin, Jaime, 1616 Cordoba Lane No C, Las Vegas, NV 89108-2116
4302553 +Monty Brown, 183 E 2300 N, North Ogden, UT 84414-7256
4302555 +Moody Properties LLC Series D, 9994 Nike Way, Las Vegas, NV 89148-5538
4644256 Moody s Investors Service, Attn Bankruptcy Desk/Managing Agent, P O Box 102597, Atlanta GA 30368-0597
4302556 Moodys Investors Service, PO Box 102597, Atlanta, GA 30368-0597
4644257 +Moore Associates Inc, Attn Bankruptcy Desk/Managing Agent, 1755 Laurel Lane, Prescott AZ 86301-4206
4302557 +Moore Media, 2255 Renaissance, Las Vegas, NV 89119-6193
4644258 +Moore Media, Attn Bankruptcy Desk/Managing Agent, 2255 Renaissance, Las Vegas NV 89119-6193
4302558 +Moore, Alain J., 5150 Concho Rd., Golden Valley, AZ 86413-6980
4302559 +Moore, Donna J, 6435 Grass Meadows Dr. No 113, Las Vegas, NV 89142-2847
4302560 +Moore, Mark, 651 Macbrey, Las Vegas, NV 89123-2384
4302561 +Moore, Meishach J., 8049 Diamond Gorge Rd, Las Vegas, NV 89178-8233
4302562 +Moore, Nathan, 6435 Grass Meadows Dr. No 113, Las Vegas, NV 89142-2847
4302563 +Moore, Ryan Keith, 6069 Abbey Rd. Flagstaff, AZ 86004, Flagstaff, AZ 86004-5810
4302564 +Moore, Sofiya, 9745 Edifice Ave, Las Vegas, NV 89117-5993
4302565 Morales, Arturo, 1316 21st No C, Las Vegas, NV 89101
4302566 +Morales, Isidro, 2228 Bassler, North Las Vegas, NV 89030-6103
4302567 +Morales, Salvador, 1313 Meyer Street, Las Vegas, NV 89101-1626
4302568 +Morales-Carrillo, Pedro, 2911 Mitzi, Las Vegas, NV 89101-1635
4302569 +Morales-Villanueva, Francisco, 809 Hedge Way No 5, Las Vegas, NV 89110-2127
4302570 +Moran Espinoza, Margarita, 3425 Sullivan Cir, N Las Vegas, NV 89032-3438
4302571 +Moran Family, 382 Arbour Garden Ave, Las Vegas, NV 89148-2765
4302572 +More, Jason B, 353 W. Chesapeake Way, Las Vegas, NV 89015-7870
4302573 +Moreno, Jorge, 497 Calcaterra No C, Las Vegas, NV 89119-0299
4302574 +Moreno, Marcelo, 325 Page St, Las Vegas, NV 89110-3340
4302575 +Moreno, Miguel A., 4098 Pistachio Nut Ave, Las Vegas, NV 89115-4127
4302576 +Moreno-C., Manuel, 2249 Statz St., No D, N Las Vegas, NV 89030-6021
4302577 +Moreno-Hernandez, Julio, 4355 S. Jones No 20, Las Vegas, NV 89103-3317
4302579 +Morgan Stanley Investment Mgmt Inc, One Parkview Plaza, Oakbrook Terrace, IL 60181-4400
4302578 +Morgan Stanley Investment Mgmt Inc, 522 Fifth Avenue 7th Floor, New York, NY 10036-7601
4302580 +Morgan, Stuart F., PO Box 6201 Kingman, AZ 86402, Kingman, AZ 86402-6201
4302581 +Morin-Nunez, Carlos Z., 2900 El Camino Ave No 295, Las Vegas, NV 89102-4253
4302582 +Morin-Nunez, Julio, 2900 El Camino Ave No 295, Las Vegas, NV 89102-4253
4302583 +Morley Family, 306 Blackstone River Ave, Las Vegas, NV 89148-2732
4302584 +Moroles, Fagin R, 151 Tayman Park Ave, Las Vegas, NV 89148-2836
4302585 +Morones, Salvador G., 4040 S. Boulder Hwy No 2109, Las Vegas, NV 89121-2539
4644260 +Morpace Inc, Attn Bankruptcy Desk/Managing Agent, 31700 Middlebelt Road, Farmington Hills MI 48334-2375
4302586 +Morpace, Inc., 31700 Middlebelt Road, Farmington Hills, MI 48334-2375
4302587 +Morrill, Virginia, 10175 W Spring Mountain Road No 2015, Las Vegas, NV 89117-8475
4302588 +Morris Mattingly, 7173 S Durango Dr Unit 213, Las Vegas, NV 89113-2047
4644261 +Morris Pickering Sanner, Attn Bankruptcy Desk/Managing Agent, 300 S 4th St Suite 900, Las Vegas NV 89101-6027
4302589 +Morris Stockstill, 7167 S Durango Dr Unit 310, Las Vegas, NV 89113-2042
4302590 +Morris, Pickering, & Sanner, 300 S. 4th St. Suite 900, Las Vegas, NV 89101-6027
4302591 +Morris, Robert A., 432 Kiel St, Henderson, NV 89015-4864
4302592 +Morris, Shannon L,, 3125 W Warm Springs No 1224, Henderson, NV 89014-5020
4302593 +Mosley, Charles, 28 Collection River Dr, Henderson, NV 89052-6646
4302594 +Mota, Arturo, 2225 McCarran St No D, N Las Vegas, NV 89030-6246
4302595 +Mota, Jubenal, 2509 Flower Ave, N Las Vegas, NV 89030-7303
4302596 +Mota, Martin, 2533 Taylor Ave, N Las Vegas, NV 89030-7245
4302597 +Mota, Miguel, 3205 Tabor Ave., No B, N Las Vegas, NV 89030-8780
4302598 +Mota, Miguel, 6980 Issac Ave. AptNo 4, Las Vegas, NV 89156-6135
4302599 +Mota, Raul, 3928 New Hopeway, Las Vegas, NV 89110-2175
4644262 +Motivational Systems Inc, Attn Bankruptcy Desk/Managing Agent, 2200 Cleveland Avenue, National City CA 91950-6412
4302600 +Motivational Systems Inc., 2200 Cleveland Avenue, National City, CA 91950-6412
4302603 +Mott, Harold Edward, 1026 Parkview Ave., Kingman, AZ 86401-5541
4302604 +Mountain Spring Funding LLC, 3838 Raymert Dr No 309, Las Vegas, NV 89121-3247
4302605 +Mountain West CPAs LTD, 2701 E. Andy Devine, Suite 100, Kingman, AZ 86401-4889
4302606 +Mousaw, Russell, 1805 Camino Carlos Rey, N Las Vegas, NV 89031-1046
4644264 +Move Sales Inc, Attn Bankruptcy Desk/Managing Agent, Attn Accounts Receivable, P O Box 13239, Scottsdale AZ 85267

4302607 +Move Sales, Inc, Attn: Accounts Receivable, PO Box 13239, Scottsdale, AZ 85267
4302608 +Moyes Storey, 1850 North Central Avenue, Suite 1100, Phoenix, AZ 85004-4541
4644265 +Moyes Storey, Attn Bankruptcy Desk/Managing Agent, 1850 North Central Avenue, Suite 1100, Phoenix AZ 85004-4541
4302609 +Mpower Communications, PO Box 60767, Los Angeles, CA 90060-0767
4644266 +Mpower Communications, Attn Bankruptcy Desk/Managing Agent, PO Box 60767, Los Angeles CA 90060-0767
4644267 +Mr George, Attn Bankruptcy Desk/Managing Agent, PO Box 400334, Las Vegas NV 89140-0334
4644268 +Mr Tractor Sales Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 7200, San Bernardino CA 92411-0200
4302610 +Mr Tractor Sales, Inc., PO 7200, San Bernardino, CA 92411-0200
4644269 +Mr Woo H Choi, Attn Bankruptcy Desk/Managing Agent, W J C L L C, 2824 Dove Run Creek Dr, Las Vegas NV 89135-1797
4302611 +Mr. George, PO Box 400334, Las Vegas, NV 89140-0334
4302612 +Mr. Woo H. Choi, % W.J.C.L.L.C., 2824 Dove Run Creek Dr, Las Vegas, NV 89135-1797
4644271 +Ms Shirley Carasso, Attn Bankruptcy Desk/Managing Agent, 1980 Wesley Drive, Folsom CA 95630-6113
4644275 +Mt Hawley Insurance Crp, Attn Bankruptcy Desk/Managing Agent, 9025 N Lindbergh Drive, Dept 3350, Peoria IL 61615-1499
4302617 +Mubarak Geham, 1506 2nd St, Selma, CA 93662-3927
4302618 +Mubera Kurtagic, 409 Hidden Hole Dr, Las Vegas, NV 89148-5269
4644276 +Mueller Striping, Attn Bankruptcy Desk/Managing Agent, 8591 Fairfield Avenue, Las Vegas NV 89123-2221
4302619 +Mui & Christopher Rothwell, 66 Back Spin Ct, Las Vegas, NV 89148-5240
4302620 +Muije & Varricchio Trust, Account, 302 E. Carson Ave. Ste 550, Las Vegas, NV 89101-5900
4644277 +Muije Varricchio Trust, Attn Bankruptcy Desk/Managing Agent, Account, 302 E Carson Ave Ste 550, Las Vegas NV 89101-5900
4302621 +Multi-Tech, 41519 Cherry Street, Marrieta, CA 92562-9193
4302622 +Munar, Prisca, 8048 Palace Monaco Ave, Las Vegas, NV 89117-2525
4302623 +Munguia-Soto, Carlos, 2526 - C Bulloch St, N Las Vegas, NV 89030-5573
4302624 +Munguia-Soto, Oscar, 2526 - C Bulloch St, N Las Vegas, NV 89030-5573
4302625 +Muniz, Jose Alfredo, 47155 Vanburen St Apt 220, Indio, CA 92201-7161
4302627 +Munoz, Humberto, 1616 Stevens No 2, Las Vegas, NV 89115-6347
4302628 Munoz, Jeremy, 3810 Ames Kingman, AZ 86409, Kingman, AZ 86409
4302630 +Murguia, Armando, 1400 21st St. Apt A, Las Vegas, NV 89101-1366
4302631 +Murguia, Francisco S., 3547 Tokio Court, Las Vegas, NV 89115-5253
4302632 +Murguia, Mariano, 5084 Kell Lane, Las Vegas, NV 89115-6620
4302633 +Murguia, Octavio, 3547 Tokio Ct, Las Vegas, NV 89115-5253
4302634 +Muriel Dejesus, 4797 Essen Ct, Las Vegas, NV 89147-8176
4302635 Murphy, Timothy W., 3851 Wynn Rd, Las Vegas, NV 89031
4302636 Murray Ledarney, 132 Fredson Dr S E, Calgary Alberta T2H1E, CANADA
4644278 +Murray s Iron Works, Attn Bankruptcy Desk/Managing Agent, Richard Kileen, 1801 East 50th Street, Los Angeles CA 90058-1940
4302637 +Murrays Iron Works, 1801 East 50th Street, Los Angeles, CA 90058-1940
4302639 +Mutual of Omaha Bank, 6325 Rainbow Blvd Suite 100, Las Vegas, NV 89118-3278
4302640 +Mutual of Omaha Bank, 9200 E Pima Center Pkwy Suite 260, Scottsdale, AZ 85258-4462
4302642 +My Otero, 1035 Via San Gallo Ct, Henderson, NV 89011-0819
4302643 +Myers Trucking, LLC, PO Box 1489, Yuma, AZ 85366-2367
4302644 +Myers, Jill S., 455 Foster Springs Rd, Las Vegas, NV 89148-4468
4302645 +Myra Serrano, 298 Broken Par Dr, Las Vegas, NV 89148-5210
4302646 +Myrna & Brian Meek, 4122 Long Cove Cir, Corona, CA 92883-0703
4644280 Mystic Electric, Attn Bankruptcy Desk/Managing Agent, Lynda Kemp, 2580 N Liowa Blvd 101, Lake Havasu City AZ 86403
4302647 Mystic Electric, 2580 N. Liowa Blvd. No 101, Lake Havasu City, AZ 86403
4302649 +N Family, 460 Punto Vallata Dr, Henderson, NV 89011-0821
4644281 +N J Shaum Son, Attn Bankruptcy Desk/Managing Agent, Marsha Jensen, PO Box 819, Flagstaff, AZ 86002-0819
4302648 +N and A Lee Family LLC, 8216 Jose Bento Way, Sacramento, CA 95829-8155
4302650 +N. J. Shaum & Son Inc., PO Box 819, Flagstaff, AZ 86002-0819
4644283 +NAHB Research Center Inc, Attn Bankruptcy Desk/Managing Agent, 400 Prince George s Blvd, Upper Marlboro MD 20774-8759
4302657 +NAHB Research Center, Inc., 400 Prince Georges Blvd, Upper Marlboro, MD 20774-8759
4302667 +NAPA Auto Parts Inc., 2545 E. Andy Devine - Rt 66, Kingman, AZ 86401-4805
4302699 ++NATIONWIDE INSURANCE, SERVICE OF PROCESS TEAM, ONE NATIONWIDE PLAZA, MAIL CODE 1-30-403, COLUMBUS OH 43215-2226
(address filed with court: Nationwide Insurance, 1 Nationwide Plaza, Columbus, OH 43215-2220)
4302719 NEC Financial Services Inc., PO Box 100558, Pasadena, CA 91189-0558
4302720 NEC Financial Services LLC, 1 Park 80 West 3rd Floor, Saddle Brook, NJ 07663
4644312 NES Rentals, Attn Bankruptcy Desk/Managing Agent, Local Address, P O Box 951057, Dallas TX 75395-1057
5106372 +NEVADA POWER COMPANY D/B/A NV ENERGY, C/O KIRBY C. GRUCHOW, JR., ESQ., LEACH JOHNSON SONG & GRUCHOW, 5495 SOUTH RAINBOW BOULEVARD, SUITE 202, LAS VEGAS, NV 89118-1873
4302847 NMHG Financial Services, PO Box 643749, Pittsburgh, PA 15264-3749
4644371 NMHG Financial Services Inc, Attn Bankruptcy Desk/Managing Agent, 10 Riverview Dr, Dansbury, CT 06810-6268
4644389 +NP Studios, Attn Bankruptcy Desk/Managing Agent, 1841 N 23rd Ave, Phoenix AZ 85009-2920
4302887 NPG Cable, PO Box 1604, St. Joseph, MO 64502-1604
4302886 +NPG Cable, 2900 Airway, Kingman, AZ 86409-3646

4644390 NPG Cable, Attn Bankruptcy Desk/Managing Agent, P O Box 1604, St Joseph MO 64502-1604
4302888 NRS Corporation, PO Box 1170, Milwaukee, WI 53201-1170
4644391 NRS Corporation, Attn Bankruptcy Desk/Managing Agent, Ken Ahlers, P O Box 1170, Milwaukee WI 53201-1170
4644392 +NU Power Inc, Attn Bankruptcy Desk/Managing Agent, 4015 W Dewey Drive, Las Vegas NV 89118-2312
4644393 NUCO Plastering Inc, Attn Bankruptcy Desk/Managing Agent, Patty, 9611 N 16th Ave, Phoenix AZ 85021-2126
4302891 NUCO Plastering Inc., 9611 N. 16th Ave., Phoenix, AZ 85021-2126
4302906 NV Dept of Taxation, PO Box 52609, Phoenix, AZ 85072-2609
4302908 +NV Div Environmental Protection, 901 S. Stewart Street, Suite 4001, Carson City, NV 89701-5249
4302909 +NV Division of Water Resources, 400 Shadow Lane No 201, Las Vegas, NV 89106-4358
4644395 +NV Division of Water Resources, Attn Bankruptcy Desk/Managing Agent, 400 Shadow Lane 201, Las Vegas NV 89106-4358
4302910 NV Employment Security Div, 500 E Third St, Carson City, NV 89713-0030
4302911 NV Energy, PO Box 30086, Reno, NV 89520-3086
4644396 NV Energy, Attn Bankruptcy Desk/Managing Agent, PO Box 30086, Reno NV 89520-3086
4302912 +NV Environmental Protect, 901 S. Stewart St., Carson City, NV 89701-5267
4644397 +NV Environmental Protect, Attn Bankruptcy Desk/Managing Agent, 901 S Stewart St, Carson City NV 89701-5267
4302913 NV Power, PO Box 30086, Reno, NV 89520-3086
4302914 +NV State Board of Accountancy, 1325 Airmotive Way, Ste 220, Reno, NV 89502-3240
4644398 +NV State Contractors Brd, Attn Bankruptcy Desk/Managing Agent, 2310 Corporate Circle ste 200, Henderson NV 89074-7729
4302652 +Nader & Robyn Sarkhosh, 49 Phillipsburg, Irvine, CA 92620-3265
4302653 +Nadine & Jonathan Endo, 957 Via Piave Ct, Henderson, NV 89011-0107
4644282 +Nadine Giudicessi, Attn Bankruptcy Desk/Managing Agent, Gary Giudiessi, 5840 Michelin Circle, Las Vegas NV 89103-2347
4302654 +Nafen Hu, 18401 Dancy St, Rowland Heights, CA 91748-4755
4302655 +Nagui Nakhla, 3501 Anthony Dr, Las Vegas, NV 89121-3206
4302656 +Nahaleh & Naghmeh Doroudian, 42 Silkwood, Aliso Viejo, CA 92656-2122
4302658 +Najar, Jose Paulo, 2011 Thunder Storm Ave, N Las Vegas, NV 89032-4873
4302659 +Nancy & Dennis Smolak, 8296 Private Ln, Annandale, VA 22003-4470
4302660 +Nancy & James Schaaf, 9891 Star Dr, Huntington Beach, CA 92646-6515
4302662 +Nancy & Rick Campbell, 533 Via Del Capitano Ct, Henderson, NV 89011-0805
4302663 +Nancy Kwon, 7119 S Durango Dr Unit 212, Las Vegas, NV 89113-2059
4302664 +Nancy Macdonald, 7123 S Durango Dr Unit 203, Las Vegas, NV 89113-2063
4302666 +Nancy Susan Camara, PO Box 1776, Nederland, CO 80466-1776
4644284 +Nancy Susan Camara, Attn Bankruptcy Desk/Managing Agent, P O Box 1776, Nederland CO 80466-1776
4302668 +Napa Auto Parts, 1865 E. Butler Ave., Flagstaff, AZ 86001-5908
4644285 +Napa Auto Parts, Attn Bankruptcy Desk/Managing Agent, 1865 E Butler Ave, Flagstaff, AZ 86001-5908
4644286 +Napa Auto Parts, Attn Bankruptcy Desk/Managing Agent, 2545 E Andy Devine RT 66, Kingman AZ 86401-4805
4302669 +Napoles, Cesar Jaurequi, 2665 S. Bruce, Las Vegas, NV 89169-1712
4302670 +Narendra & Meera Mehta, PO Box 18171, Munds Park, AZ 86017-8171
4302671 +Naresh & Nita Chopra, 6662 Silent Harbor Dr, Huntington Beach, CA 92648-2642
4302672 +Narine Gyumushyan, 115 Carr Dr, Glendale, CA 91205-1509
4302673 +Nasrin Shariatpour, 8410 Eldora Ave Unit 2075, Las Vegas, NV 89117-2679
4302674 +Nasser Georges, 6480 Claremore Court, Las Vegas, NV 89110-2864
4644287 +Nasser Georges, Attn Bankruptcy Desk/Managing Agent, 6480 Claremore Court, Las Vegas NV 89110-2864
4302676 +Natalie Blake, Attorney at Law, 12100 Wilshire Blvd, Ste 1125, Los Angeles, CA 90025-7134
4644288 +Natalie Blake, Attn Bankruptcy Desk/Managing Agent, Attorney at Law, 12100 Wilshire Blvd Ste 1125, Los Angeles CA 90025-7134
4302677 +Natalie McKimmey, 8950 Lansberry Ct, Las Vegas, NV 89147-8118
4302678 +Natasha Hampton, 2829 Bridleton Ave, N Las Vegas, NV 89081-6582
4302679 +Nathan Frost, 7224 Tealwood St, Las Vegas, NV 89131-8219
4302680 Nathan James Vecellio, No 1 Hardy Mountain Rd. Oatman, AZ 8643, Oatman, AZ 86433
4302681 +Nathan Lee, 9486 Verneda Ct, Las Vegas, NV 89147-8206
4302683 +Nathan Wagner, 497 Via Stretto Ave, Henderson, NV 89011-0838
4302684 +Nathaniel Cicotello, 1632 Indian Cove Lane, Las Vegas, NV 89128-7314
4644289 +Nathaniel Cicotello, Attn Bankruptcy Desk/Managing Agent, 1632 Indian Cove Lane, Las Vegas NV 89128-7314
4302685 +Nathaniel Larson, 9050 W Tropicana Ave Unit 1100, Las Vegas, NV 89147-8187
4644290 National Assc of Home Builder, Attn Bankruptcy Desk/Managing Agent, PO Box 409889, Atlanta GA 30384-9799
4302686 National Assc. of Home Builder, PO Box 409889, Atlanta, GA 30384-9799
4644291 +National Black Digest, Attn Bankruptcy Desk/Managing Agent, 18653 Ventura Blvd 234, Tarazana CA 91356-4103
4302687 +National Builder Services, 1717 W. Orangewood Ave Suite F, Orange, CA 92868-2040
4644292 +National Builder Services, Attn Bankruptcy Desk/Managing Agent, 1717 W Orangewood Ave Suite F, Orange CA 92868-2040
4644293 National City Commercial Capital Corp, Attn Bankruptcy Desk/Managing Agent, 995 Dalton Ave, Cincinnati, OH 45203-1101
4302688 +National City Golf Finance, PO Box 931034, Cleveland, OH 44193-0004
4302689 +National Construction Rentals, 5675 Puebla St., Las Vegas, NV 89115-1885

4644294 +National Construction Rentals, Attn Bankruptcy Desk/Managing Agent, James Perez, 5675 Puebla St, Las Vegas NV 89115-1885
4302691 +National Fire & Marine, 4016 Farnam Street, Omaha, NE 68131-3016
4644295 +National Flood Insurance Prog, Attn Bankruptcy Desk/Managing Agent, PO Box 650346, Dallas TX 75265
4302692 +National Flood Insurance Prog., PO Box 650346, Dallas, TX 75265
4302693 +National Golf Course Owners Association, 291 Seven Farms Drive, Second Floor, Charleston, SC 29492-7998
4302694 +National Golf Foundation, 1150 S. US Highway 1, Suite 401, Jupiter, FL 33477-7243
4644296 +National Helicopter Service, Attn Bankruptcy Desk/Managing Agent, Engineering Company, P O Box 17150, Encino CA 91416-7150
4644297 +National Hispanic Employment, Attn Bankruptcy Desk/Managing Agent, Review, 15030 Ventura Blvd ste 887, Sherman Oaks CA 91403-5470
4644298 National Info Tech Cntr, Attn Bankruptcy Desk/Managing Agent, 525 K East Market St 302, Leesburg VA 20176
4302695 +National Jewish, Las Vegas Humanitarian Award Dinn, 14724 Ventura Blvd Suite 900, Sherman Oaks, CA 91403-3509
4644299 +National Jewish, Attn Bankruptcy Desk/Managing Agent, Las Vegas NV Humanitarian Award Dinn, 14724 Ventura Blvd Suite 900, Sherman Oaks CA 91403-3509
4644300 National Print Group Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 116424, Atlanta GA 30368-6424
4302696 National Print Group Inc., PO Box 116424, Atlanta, GA 30368-6424
4644301 National Registered Agents Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 927, West Windsor NJ 08550-0927
4302697 National Registered Agents,Inc, PO Box 927, West Windsor, NJ 08550-0927
4302698 National Seminars, PO Box 419107, Kansas City, MO 64141-6107
4644302 National Seminars, Attn Bankruptcy Desk/Managing Agent, PO Box 419107, Kansas City MO 64141-6107
4644303 +National Title, Attn Bankruptcy Desk/Managing Agent, 1094 E Sahara Avenue, Las Vegas NV 89104-3220
4644304 +Natures Partner LLC, Attn Bankruptcy Desk/Managing Agent, 1841 N 23rd Ave, Phoenix AZ 85009-2920
4302700 +Naurry Kwon, 279 Falcons Fire Ave, Las Vegas, NV 89148-2743
4302701 +Nava, Carlos, 2147 Enfield Circle No B, Las Vegas, NV 89156-6041
4302702 +Nava-R, Aaron, 3024 Carey No 3, N Las Vegas, NV 89030-5935
4302703 +Navarette, Luis M., 5820 Meikle Ln, Las Vegas, NV 89156-7606
4302704 +Navarette-B, Victor H., 5820 Meikle Ln, Las Vegas, NV 89156-7606
4302705 +Navarrete, Efrain, 4032 Shady Oak Dr, Las Vegas, NV 89115-0128
4302706 +Navarrete, Israel, 2915 Salt Lake St, N Las Vegas, NV 89030-5438
4302707 +Navarrete-Resendiz, Jesus, 2315 Ellis St. No C, N Las Vegas, NV 89030-6050
4302708 +Navarro, Enrique, 314 Clarges Lane, Las Vegas, NV 89110-4901
4302709 +Navarro-Salazar, Romelia, 3301 Webb, Las Vegas, NV 89030-7290
4302710 +Navdeep & Satvinder Dhillon, 44570 Montclaire Ct, Fremont, CA 94539-6096
4302711 +Navel, David, 4255 W Viking Rd No 537, Las Vegas, NV 89103-5947
4302712 +Navichoc, Armando, 2621 Amarillo St, Las Vegas, NV 89102-0602
4302713 +Navichoc, Edwin O, 2600 Arville St No F 13, Las Vegas, NV 89102-5760
4302714 +Navichoc, Francisco, 2600 Arville St, Las Vegas, NV 89102-5737
4302715 +Navichoc, Luis A, 2600 Arville St No F 13, Las Vegas, NV 89102-5760
4302717 +Neal & Brenda Dastrup, 1061 E Provo Canyon Rd, Provo, UT 84604-9603
4302718 +Neal Lindsley, PO Box 631, Ramona, CA 92065-0631
4302721 +Neff Rentals, 3682 S Valley View Blvd, Las Vegas, NV 89103-1812
4302723 +Neghem Kellow, 441 Via Palermo Dr, Henderson, NV 89011-0824
4302724 +Neil & Nancy Scelsa, or Current Homeowner, 332 Turtle Peak Ave., Las Vegas, NV 89148-2752
4302726 +Nelia Medford, 7195 Woodshawn Dr, San Diego, CA 92114-7253
4302727 +Nellie Hanson, 7709 Falconwing Ave, Las Vegas, NV 89131-8206
4302728 +Nels Bloyer, 9785 Valmeyer Ave, Las Vegas, NV 89148-5743
4302730 +Nelson Contreras, 248 N. 18th St, Las Vegas, NV 89101-4418
4302734 +Nelson Tan, 17916 Holmes Ave, Cerritos, CA 90703-8917
4302735 +Nenad & Zorka Lojanica, 7127 S Durango Drive, Unit 212, Las Vegas, NV 89113-2067
4302736 +Nenita Abbott, 16 Clarendon Rd, Burlingame, CA 94010-2913
4302737 Neofunds By Neopost, PO Box 31021, Tampa, FL 33631-3021
4644309 Neofunds By Neopost, Attn Bankruptcy Desk/Managing Agent, PO Box 31021, Tampa FL 33631-3021
4302739 +Neopost, PO Box 4800, San Francisco, CA 94145-0001
4644310 Neopost Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 45800, San Francisco CA 94145-0800
4302738 Neopost Leasing, PO Box 45822, San Francisco, CA 94145-0822
4644311 Neopost Leasing, Attn Bankruptcy Desk/Managing Agent, P O Box 45822, San Francisco CA 94145-0822
4302740 Neopost, Inc., PO Box 45800, San Francisco, CA 94145-0800
4302742 +Neri-Quinarez, Florentino, 213 Flower, Las Vegas, NV 89101-4557
4302741 +Neria Canonizado, 6760 Mission St, Daly City, CA 94014-2031
4302743 +Nerissa Illustrisimo, 54 Broken Putter Way, Las Vegas, NV 89148-5254
4644313 +Nessen Lighting Inc, Attn Bankruptcy Desk/Managing Agent, Nina Bevilacqua, 420Railroadway, Mamaroneck NY 10543-2257
4302744 +Nestor & Theresa Campos, 12951 Haynes St, N Hollywood, CA 91606-1021
4644314 +Netco Inc, Attn Bankruptcy Desk/Managing Agent, 5581 South Cameron Suite A, Las Vegas NV 89118-6232
4302745 +Netco, Inc, 5581 South Cameron Suite A, Las Vegas, NV 89118-6232
4644315 Network Realty, Attn Bankruptcy Desk/Managing Agent, Anthony Hapiuk - Agent
4302746 Nevada Employment Security Di, 500 E. Third Street, Carson City, NV 89713-0030

4302747 +Nevada Installation Services, 7390 Eastgate Road, Ste 100, Henderson, NV 89011-4024
4644316 +Nevada Association Services, Attn Bankruptcy Desk/Managing Agent, 6224 W Desert Inn Road, Suite A, Las Vegas NV 89146-6612
4644317 Nevada Attorney General, Attn Bankruptcy Desk/Managing Agent, 100 North Carson Street, Carson City, Nevada 89701-4717
4644318 +Nevada Cancer Institute, Attn Bankruptcy Desk/Managing Agent, c/o Rock for the Cure, 10000 West Charleston Blvd 260, Las Vegas NV 89135-1011
4302751 +Nevada Carbide and Cutter,Inc., 2120 South Highland Dr. No F, Las Vegas, NV 89102-4635
4644319 +Nevada Child Seekers, Attn Bankruptcy Desk/Managing Agent, 2880 East Flamingo Rd Suite J, Las Vegas NV 89121-5223
4302753 +Nevada Compressed Gas & Equip, 1820 S. Western Ave, Las Vegas, NV 89102-4616
4644320 +Nevada Construction, Attn Bankruptcy Desk/Managing Agent, Cleanup, 2745 N Nellis Blvd, Las Vegas NV 89115-4508
4644321 +Nevada Contractors, Attn Bankruptcy Desk/Managing Agent, Insurance Company Inc, 1210 S Valley View St 114, Las Vegas NV 89102-1857
4644323 +Nevada Department of Employment, Attn Bankruptcy Desk/Managing Agent, 2800 East Street Louis Avenue, Las Vegas, NV 89104-4267
4302754 Nevada Department of Motor Vehicles, Registration Division, 555 Wright Way, Carson City, NV 897110725
4302756 Nevada Department of Taxation, State of Nv - Sales/Use Tax, PO Box 52609, Phoenix, AZ 85072-2609
4302755 Nevada Department of Taxation, PO Box 52674, Phoenix, AZ 85072-2674
4644324 Nevada Department of Taxation, Attn Bankruptcy Desk/Managing Agent, P O Box 52674, Phoenix AZ 85072-2674
4302757 +Nevada Dept of Public Safety, Division of State Fire Marshal, 107 Jacobsen Way, Carson City, NV 89711-0001
4644326 +Nevada Dept of Taxation, Attn Bankruptcy Desk/Managing Agent, Bankruptcy Section, 555 E Washington Ave 1300, Las Vegas, NV 89101-1046
4302759 +Nevada Dept. of Taxation, PO Box 52609, Phoenix, AZ 85072-2609
4302761 Nevada Division of, Environmental Protection, 901 South Stuart Street Ste 4001, Carson City, NV 89701
4644327 Nevada Division of, Attn Bankruptcy Desk/Managing Agent, Environmental Protection, 901 South Stuart Street Ste 4001, Carson City 89701
4302760 +Nevada Division of, Environmental Protection, 333 W. Nye Lane Room 138, Carson City,, NV 89706-0866
4302762 +Nevada Employment Security Div, Dept.of Employ., Training & Reh, 500 E.Third St., Carson City, NV 89701-4772
4644328 +Nevada Fire Protection, Attn Bankruptcy Desk/Managing Agent, Don Blunt, 6335 So Pecos Suite 28, Las Vegas NV 89120-6227
4644329 +Nevada Glass, Attn Bankruptcy Desk/Managing Agent, 4770 W Nevso Dr Suite B12, Las Vegas NV 89103-3758
4302764 +Nevada Health Sciences System, Jim Rogers, 5550 W. Flamingo, Suite C1, Las Vegas, NV 89103-0137
4644331 +Nevada Health Sciences System, Attn Bankruptcy Desk/Managing Agent, Jim Rogers, 5550 W Flamingo Suite C1, Las Vegas NV 89103-0137
4302765 Nevada Highway Patrol, HazMat Regis & Permit Section, 555 Wright Way, Carson City, NV 89711-0525
4644332 +Nevada Horticultural, Attn Bankruptcy Desk/Managing Agent, 8055 N Tioga Way, Las Vegas NV 89131-1610
4302766 +Nevada House of Hose, 1015 Sharp Cir., N. Las Vegas, NV 89030-8054
4302767 +Nevada House of Hose, 1015 Sharp Circle, North Las Vegas, NV 89030-8054
4644333 +Nevada House of Hose, Attn Bankruptcy Desk/Managing Agent, 1015 Sharp Circle, N Las Vegas NV 89030-8054
4644335 Nevada Injury Prevention, Attn Bankruptcy Desk/Managing Agent, Debbie Kreun President, 4221 W Val Dechiana Ave, Las Vegas NV 89141-4257
4644336 +Nevada Installation Services, Attn Bankruptcy Desk/Managing Agent, 7390 Eastgate Road, Ste 100, Henderson NV 89011-4024
4644337 +Nevada Legal News, Attn Bankruptcy Desk/Managing Agent, 930 S 4th Street Suite 100, Las Vegas NV 89101-6845
4644338 +Nevada Legal Services, Attn Bankruptcy Desk/Managing Agent, 530 S 6th St, c/o Nikki Ashmore, Las Vegas NV 89101-6918
4302769 +Nevada Linen, 3960 W. Mesa Vista Ave., Las Vegas, NV 89118-2336
4302768 +Nevada Linen Supply, 3960 W. Mesa Vista Ave., Las Vegas, NV 89118-2336
4644339 +Nevada Plastering Inc, Attn Bankruptcy Desk/Managing Agent, 153 W Lake Mead Blvd, Bldg 1 Ste 102, Henderson NV 89015-7044
4302770 Nevada Power Co, PO Box 30086, Reno, NV 89520-3086
4644340 +Nevada Public Radio, Attn Bankruptcy Desk/Managing Agent, 1289 S Torrey Pines, Las Vegas NV 89146-1004
4302771 +Nevada Ready Mix, 151 Cassia Way, Henderson, NV 89014-6616
4302773 Nevada Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201
4302774 +Nevada State Contractors Board, 2310 Corporate Circle, Suite 200, Henderson, NV 89074-7729
4302775 +Nevada State Contractors Board, 9670 Gateway Drive Ste 100, Reno, NV 89521-3953
4644342 +Nevada State Contractors Board, Attn Bankruptcy Desk/Managing Agent, 9670 Gateway Drive Ste 100, Reno NV 89521-3953
4302777 Nevada State Treasurer, PO Box 98513, Las Vegas, NV 891938513
4302776 Nevada State Treasurer, 555 Washington Ave No 4200, Las Vegas, NV 89101-1070
4644343 +Nevada Title Company Inc, Attn Bankruptcy Desk/Managing Agent, doreen nudd, 2500 N Buffalo Drive Ste 150, Las Vegas NV 89128-7854
4302778 +Nevada Utilities/Telephone Ser, 1700 S. Main Street, Las Vegas, NV 89104-1202

4644344 +Nevada Utilities/Telephone Ser, Attn Bankruptcy Desk/Managing Agent, 1700 S Main Street, Las Vegas NV 89104-1202
4644345 +Nevadans for Sound Government, Attn Bankruptcy Desk/Managing Agent, 3111 S Valley View Blvd, Suite B 109, Las Vegas NV 89102-8393
4302779 Nevcon Enterprises, 4141 W. Oquendo Rd. Suite No. 1, Las Vegas, NV 89118-3005
4644346 Nevcon Enterprises, Attn Bankruptcy Desk/Managing Agent, 4141 W Oquendo Rd Suite 1, Las Vegas NV 89118-3005
4302780 +Neville, Jessica, 11313 Via Spiga Dr., Las Vegas, NV 89138-7566
4302782 +New Crete LLC, 6639 Schuster Street, Las Vegas, NV 89118-4420
4644348 +New Crete LLC, Attn Bankruptcy Desk/Managing Agent, Andrea Taylor, 6639 Schuster Street, Las Vegas NV 89118-4420
4302781 +New Crete LLC, 4710 W Dewey Drive No. 110, Las Vegas, NV 89118-2287
4644349 +New Freedom Mortgage Corp, Attn Bankruptcy Desk/Managing Agent, Attn Customer Service, 2363 So Foothill Blvd, Salt Lake City UT 84109-1458
4644350 +New Homeowner Magazine, Attn Bankruptcy Desk/Managing Agent, Billing Department, PO BOX 370534, Las Vegas NV 89137-0534
4644351 +New Homes Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 9277, Canton OH 44711-9277
4302783 +New Homes Inc., PO Box 9277, Canton, OH 44711-9277
4644352 +New Horizon Academy, Attn Bankruptcy Desk/Managing Agent, c/o Barry Becker, 50 South Jones Blve, Las Vegas NV 89107-2615
4302784 +New Horizons Computer Learning, Centers, 7674 W Lake Mead Blvd. No 250, Las Vegas, NV 89128-6650
4644353 +New Horizons Computer Learning, Attn Bankruptcy Desk/Managing Agent, Centers, 7674 W Lake Mead Blvd 250, Las Vegas NV 89128-6650
4644354 +New Image Electric, Attn Bankruptcy Desk/Managing Agent, 4315 West Post Rd, Las Vegas NV 89118-3925
4644355 New Life International Church, Attn Bankruptcy Desk/Managing Agent, P O Box 81234, Las Vegas NV 89180-1234
4302785 +New Resident Services, Inc., PO Box 35195, Las Vegas, NV 89133-5195
4644356 New Vision Electric, Attn Bankruptcy Desk/Managing Agent, 1306 W Craig Rd Ste E191, N Las Vegas NV 89032-0215
4302786 +Newcomb Family, 1824 Madera Canyon Pl, Las Vegas, NV 89128-7949
4644357 Newcourt Financial Inc, Attn Bankruptcy Desk/Managing Agent, shirley mosly421, 21146 Network Place, Chicago IL 60673-1211
4644358 +Newman Frey Associates Inc, Attn Bankruptcy Desk/Managing Agent, Jeff Frey, 314 S Las Palmas Ave, Los Angeles CA 90020-4814
4644359 +Newman Garrison Gilmore, Attn Bankruptcy Desk/Managing Agent, NAME, 20401 SW Birch St Suite 200, Newport Beach CA 92660-1796
4302787 +Newman Garrison Gilmore + Partners, 20401 SW Birch St. Suite No 200, Newport Beach, CA 92660-1795
4302788 +Newman-Frey Associates, Inc., 314 S. Las Palmas Ave., Los Angeles, CA 90020-4814
4302789 +News West Publishing, 2435 Miracle Mile, PO Box 21209, Bullhead City, AZ 86439-1209
4644360 +News West Publishing, Attn Bankruptcy Desk/Managing Agent, 2435 Miracle Mile, P O Box 21209, Bullhead City AZ 86439-1209
4302791 +Next Designer Logistics, 10620 Southern Highlands Pkwy, No 110-394, Las Vegas, NV 89141-4371
4644361 Next Designer Logistics, Attn Bankruptcy Desk/Managing Agent, 10620 Southern Highlands Pkwy, 110 394, Las Vegas NV 89141
4302792 +Next Designer Logistics, 11235 Campanile St, Las Vegas, NV 89141-6047
4302793 +NextGen Integrated Solutions, 7165 Bermuda Rd., Las Vegas, NV 89119-4308
4644363 +NextGen Integrated Solutions, Attn Bankruptcy Desk/Managing Agent, 7165 Bermuda Rd, Las Vegas NV 89119-4308
4644362 +Nextel ATTN LOCKBOX 7418, Attn Bankruptcy Desk/Managing Agent, james 2171, 465 N Halstead Suite 160, Pasadena CA 91107-6018
4302794 +Nez, Emerson, PO Box 1001 Tonalea, AZ 860441001, Tonalea, AZ 86044-1001
4302795 +Nez, Richard Owen, PO Box 1849 Parker, AZ 85344, Parker, AZ 85344-1849
4302796 +Nez, Virginia, PO Box 97 Flagstaff, AZ 86002, Flagstaff, AZ 86002-0097
4302797 +Nez, Vita A., PO Box 1001 Tonalea, AZ 86044, Tonalea, AZ 86044-1001
4302800 +Ng-houng Family, 96 Sully Creek Ct, Las Vegas, NV 89148-2774
4302798 +Nga Phan, 227 Palm Trace Ave, Las Vegas, NV 89148-2735
4302799 +Ngai Hom, 258 Palm Trace Ave, Las Vegas, NV 89148-2735
4302801 +Ngo Family, 49 Sully Creek Ct, Las Vegas, NV 89148-2773
4302802 +Nguyen Family, 48 Whitford, Irvine, CA 92602-2446
4302804 +Nhung Phu, 2018 32nd Ave, San Francisco, CA 94116-1123
4302805 +Nicanor & Suzita Granados, 11964 Montfort Cir, Glen Allen, VA 23059-5761
4302806 +Nicholas & Caryn Rivellini, 9592 Los Cotos Ct, Las Vegas, NV 89147-8205
4302807 +Nicholas & Heather Desanto, 1012 Via Latina St, Henderson, NV 89011-0815
4302808 +Nicholas & Karen Zubia, 893 Via Del Tramonto St, Henderson, NV 89011-0867
4302809 +Nicholas Cox, 524 First On Dr, Las Vegas, NV 89148-5247
4302810 +Nicholas Cox, 9659 Kampsville Ave, Las Vegas, NV 89148-5747
4302811 +Nicholas Nguyen, 91 Laying Up Ct, Las Vegas, NV 89148-5257
4302813 +Nicholus & Mindy Starley, 1071 Via Saint Lucia Pl, Henderson, NV 89011-0873
4302815 +Nick Filippides, 4542 Grey Spencer Dr, Las Vegas, NV 89141-4399
4644366 +Nick Rivera, Attn Bankruptcy Desk/Managing Agent, Rivera Auto Detail, 4830 Little Cayman St, Las Vegas NV 89031-0906
4302816 +Nickel, Robert, 1810 W. State St No 423, Boise, ID 83702-3955
4302818 +Nicklaus Engineering, Inc, PO Box 6029, Yuma, AZ 85366-2500
4302819 +Nicolas Sfeir, 9667 Brooks Lake Ave, Las Vegas, NV 89148-4239
4302821 +Nicolas, Martina L., 8975 W. Warm Springs Rd No 1106, Las Vegas, NV 89148-2893
4302822 +Nicole Houng, 97 Sunset Bay St, Las Vegas, NV 89148-2767

4302823 +Nicole Lepore, 1765 Summer Blush Ave, Las Vegas, NV 89183-7996
4302825 +Nicole Ramirez, 7115 S Durango Dr Unit 312, Las Vegas, NV 89113-2084
4302826 +Nicoleta Costia, 253 Sea Rim Ave, Las Vegas, NV 89148-2758
4302828 +Nida Santos, 13543 Pico Ct, Fontana, CA 92336-3454
4302829 +Nida, David Allen, 3755 N. Nellis No 31, Las Vegas, NV 89115-2730
4302830 +Nida, Kenneth C., 3755 N. Nellis No 31, Las Vegas, NV 89115-2730
4302831 Nigel Howard, 23 Decoy Ave, London England United, 00000
4302832 +Night Shift, 5280 South Valley View Blvd., Suite B, Las Vegas, NV 89118-1727
4644368 +Night Shift, Attn Bankruptcy Desk/Managing Agent, 5280 South Valley View Blvd, Suite B, Las Vegas NV 89118-1727
4302833 +Nightingale, Michael, 1811 Cyprus Lane Bullhead City, AZ 8644, Bullhead City, AZ 86442-4616
4302834 +Nigro Family, 245 Winthrop St, Quincy, MA 02169-3138
4302835 Nike USA, PO Box 847648, Dallas, TX 75284-7648
4302837 +Niko Samarxhiu, 146 Broken Putter Way, Las Vegas, NV 89148-5256
4302838 +Nikolina Milovanska-Martchev, 2880 Red Rock St, Las Vegas, NV 89146-5360
4644369 +Nile Leatham Timothy P Thomas Esq, Attn Bankruptcy Desk/Managing Agent, Wells Fargo Financial Center, 3320 W Sahara Ave, Las Vegas, NV 89102-3223
4302839 +Nileen Lugo, 142 Castle Course Ave, Las Vegas, NV 89148-5001
4302840 +Nim Tang, PO Box 5025, Charleston, OR 97420-0639
4302841 +Nitin Goel, 593 Over Par Ct, Las Vegas, NV 89148-5239
4644370 +Nitz Walton Heaton, Attn Bankruptcy Desk/Managing Agent, Trust Account, 601 S 10th Street, Las Vegas NV 89101-7027
4302842 +Nitz, Walton, Heaton, Trust Account, 601 S. 10th Street, Las Vegas, NV 89101-7027
4302844 Nivel Parts & Mafg. Co., LLC, 6358 Payshere Circle, Chicago, IL 606674
4302845 +Nivel Parts & Manufacturing Co, Inc, 6358 Paysphere Circle, Chicago, IL 60674-0001
4302846 +Nixon, Marvin F, 8701 Tangle Wood Dr, McKinney, TX 75070-8346
4302849 No F-206, Kingman, AZ 86409
4644372 +Nobilis, Attn Bankruptcy Desk/Managing Agent, 20 Locust Avenue, Berkeley Heights NJ 07922-1602
4302850 +Noble Family, 7185 S Durango Dr Unit 204, Las Vegas, NV 89113-2046
4302851 +Noble House, 21220 Devonshire No 102, Chatsworth, CA 91311-8224
4644373 +Noble House, Attn Bankruptcy Desk/Managing Agent, 21220 Devonshire 102, Chatsworth CA 91311-8224
4302853 +Noble, JLyn M., 509 Indian Bluff St., No 103, Las Vegas, NV 89145-4575
4302854 +Nobuyama, Monica A., 1423 Silent Sunset Ave, N Las Vegas, NV 89084-2012
4302855 +Noe Marin-Miranda, 1016 June Ave, Las Vegas, NV 89104-4606
4302856 +Noe Vazquez, 2121 Ullom Dr., Las Vegas, NV 89108-2884
4302857 +Noel & Carina Mateo, 20912 Raintree Ln, Trabuco Canyon, CA 92679-3391
4302858 +Noel & Marina Ignacio, 295 Blackstone River Ave, Las Vegas, NV 89148-2702
4302860 +Noel & Sylvie Coia, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4644374 Noel A Bejarano, Attn Bankruptcy Desk/Managing Agent, 1739 22nd Avenue, San Francisco CA 94122-4419
4302862 +Noel Coia, 91 E Agate Ave Unit 409, Las Vegas, NV 89123-6056
4302863 +Noel Maramba, 23031 Mission Dr, Carson, CA 90745-4954
4302864 +Noel-Pena, Dolores, 4041 Deerfield Ave, Las Vegas, NV 89147-4541
4302865 +Noemi Andro-Vasko, 7139 S Durango Dr Unit 107, Las Vegas, NV 89113-2078
4302866 +Noi Hoang, 365 Dog Leg Dr, Las Vegas, NV 89148-2698
4302867 +Nolan Family, 253 Lakewood Garden Dr, Las Vegas, NV 89148-2734
4302869 +Nora Lanting, 4830 Agnes Ave, Temple City, CA 91780-3906
4302870 +Norair Antonyan, 6463 Gilson Ave, N Hollywood, CA 91606-1222
4302871 +Noriega, Erick, 2105 Mariposa Ave, Las Vegas, NV 89104-3827
4302872 +Norma Gigante, 1725 E Woodridge Cir, West Covina, CA 91792-1956
4302873 +Norma Gutin, 519 Meyer Ln No 346, Redondo Beach, CA 90278-5258
4644375 +Norman Ching, Attn Bankruptcy Desk/Managing Agent, 4220 California St 202, San Francisco CA 94118-1393
4644376 +Norman Sylvia Rosencrantz, Attn Bankruptcy Desk/Managing Agent, 23852 Villena, Mission Viejo CA 92692-1819
4302874 Normans Nursery, 8665 East Duarte Rd., San Gabriel, CA 91775-1139
4644378 North American Media Ltd, Attn Bankruptcy Desk/Managing Agent, P O Box 97714, Las Vegas NV 89193-7714
4302876 +North Las Vegas Municipal Cour, 2332 Las Vegas Blvd., North, No 100, North Las Vegas, NV 89030-5856
4644379 +North Las Vegas NV Municipal Cour, Attn Bankruptcy Desk/Managing Agent, 2332 Las Vegas NV Blvd North, 100, North Las Vegas NV 89030-5857
4302877 +North Star Materials, 2014 Main Street, Kingman, AZ 86401-4639
4644380 +North Star Materials, Attn Bankruptcy Desk/Managing Agent, 2014 Main Street, Kingman AZ 86401-4639
4302878 +Northern Arizona Creditors, Service, Inc., 543 E. Andy Devine Ave., Kingman, AZ 86401-5905
4644381 +Northern Arizona Saw Cutting, Attn Bankruptcy Desk/Managing Agent, 4330 E Navajo Ln, Rimrock, AZ 86335-5638
4302879 +Northern Arizona Sawcutting, 4330 E Navajo Lane, Rimrock, AZ 86335-5638
4644382 +Northern Mechanical, Attn Bankruptcy Desk/Managing Agent, 3340 Sunrise Avenue 103, Las Vegas NV 89101-4830
4644383 Northern Safety Co Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 4250, Utica NY 13504-4250
4302880 Northern Safety Co. INC, PO Box 4250, Uticca, NY 13504-4250
4302881 Northern Safety Co. Inc., PO Box 4250, Utica, NY 13504-4250
4302882 Northern Tool & Equipment Co., PO Box 5219, Carol Stream, IL 60197-5219
4302883 Northland Exploration Surveys, 528 West Aspen Avenue, Flagstaff, AZ 86001-5308

4644384 +Northland Exploration Surveys, Attn Bankruptcy Desk/Managing Agent, Ken Krenky, 528 W Aspen Ave, Flagstaff, AZ 86001-5308
4644385 +Northstar Marine Survey, Attn Bankruptcy Desk/Managing Agent, 3215 S Tenaya Way, Las Vegas NV 89117-3131
4644386 +Northwest Lock Safe Inc, Attn Bankruptcy Desk/Managing Agent, 2131 Northern Avenue, Kingman AZ 86409-2589
4302884 Northwest Security Inc., 2131 Northern Ave., Kingman, AZ 86409-2589
4644387 Notepro Inc, Attn Bankruptcy Desk/Managing Agent, 3519 East Shea Blvd, Suite 136, Phoenix AZ 85028-3343
4644388 Nova Display, Attn Bankruptcy Desk/Managing Agent, 1626 Piner Road, Santa Rosa CA 95403-1908
4302885 +Novak Family, 7155 S Durango Dr Unit 306, Las Vegas, NV 89113-2039
4302889 +Nu World Graphics, 1801 Western Avenue, Las Vegas, NV 89102-4615
4302893 +Nucrane Machinery, 6361 Dean Martin Dr, Las Vegas, NV 89118-3842
4302894 +Nugent Family, 7107 S Durango Dr Unit 313, Las Vegas, NV 89113-2014
4302895 Number One International, 1775 S Fledwood Road, Salt Lake City, UT 84104
4302896 +Numeriano & Virginia Judal, 30269 Willowbrook Rd, Hayward, CA 94544-6673
4302897 +Nunes, Jr., Rocky, 2558 Swan Lane, Las Vegas, NV 89121-5218
4302898 +Nunez Avalos, Juan, 2200 N. Torrey Pines No 2108, Las Vegas, NV 89108-3386
4302899 +Nunez Diaz, Erasmo, 5308 Padua Way, Las Vegas, NV 89107-0404
4302901 +Nunez, Alvaro, 1834 Jefferson St, Las Vegas, NV 89030-6956
4302902 +Nunez, Eduardo, 2528 Perliter Ave, Las Vegas, NV 89030-7309
4302903 +Nuvis Landscape Architec, 3151 Airway Avenue Suite J1-J3, Costa Mesa, CA 92626-4607
4644394 +Nuvis Landscape Architec, Attn Bankruptcy Desk/Managing Agent, Bob Stone, 3151 Airway Avenue Suite J1 J3, Costa Mesa CA 92626-4624
4302904 +Nuvis Landscape Architect, 3151 Airway Avenue No J-3, Costa Mesa, CA 92626-4640
4302905 +Nuzhat Bukhari, 9686 Waukegan Ave, Las Vegas, NV 89148-5744
4302915 +Nye & David Myrick, 230 Via Franciosa Dr, Henderson, NV 89011-0850
4302916 Nye County Treasurer, PO Box 473, Tonopah, NV 89049-0473
4644399 Nye County Treasurer, Attn Bankruptcy Desk/Managing Agent, P O Box 473, Tonopah NV 89049-0473
4644400 Nystrom Building Product, Attn Bankruptcy Desk/Managing Agent, NW 7845, PO Box 1450, Minneapolis MN 55485-7845
4644401 +O Neal Billiard Mechanics, Attn Bankruptcy Desk/Managing Agent, 17048 Queenside Dr, Covina CA 91722-3128
4302917 +O R A W A LLC, 9101 W Sahara Ave No 105-F28, Las Vegas, NV 89117-5772
4302918 ODonnell, Sean M., 5855 Hickory Glen Road, Las Vegas, NV 89179
4729712 +OFFICE DEPOT, ATTN: KATHLEEN LARAMORE, 6600 N. MILITARY TRAIL -S413G, BOCA RATON, FL 33496-2434
4302976 +ON TRACK MECHANICAL, 9360 Byham Lane, Cherry Valley, CA 92223-3603
4302993 ORCO Construction Supply, Dept. 05891, PO Box 39000, San Francisco, CA 94139-5891
4644434 ORCO Construction Supply, Attn Bankruptcy Desk/Managing Agent, Dept 05891, PO Box 39000, San Francisco CA 94139-5891
4644439 +OSHA, Attn Bankruptcy Desk/Managing Agent, 1301 N Green Valley Pkwy, Henderson NV 89074-6197
4644446 +OWS CLO I LTD, Attn Bankruptcy Desk/Managing Agent, Bill Lemberg, 200 Park Ave 7th Floor, New York, NY 10166-0090
4302919 Oakley, Inc., File 55716, Los Angeles, CA 90074-5716
4644402 Oakstone Publishing LLC, Attn Bankruptcy Desk/Managing Agent, P O Box 381116, Birmingham AL 35238-1116
4302921 +Oasis Pool Maintenance, 4 Bergholt Crest Avenue, Henderson, NV 89002-3363
4644404 +Oasis Pool Maintenance, Attn Bankruptcy Desk/Managing Agent, 4 Bergholt Crest Avenue, Henderson NV 89002-3363
4302922 +Oblek, Joseph J., 6908 Lunar Light St., No 3, Las Vegas, NV 89128-3462
4302923 Occupational Health Centers of, the Southwest, P.A., PO Box 5950, Sparks, NV 89432-5950
4644405 Occupational Health Centers of, Attn Bankruptcy Desk/Managing Agent, the Southwest P A, P O Box 5950, Sparks NV 89432-5950
4302924 +Ocegueda, Romaldo, 2321 Statz No 2, N Las Vegas, NV 89030-6028
4302925 +Ochoa P., Joel F., 73 Sacramento Dr., Las Vegas, NV 89110-4427
4302926 Ochoa Romero, Adelina, 33 Lilly Lane No 15B, Las Vegas, NV 89101
4302927 +Ochoa, Giblerto, 2534 Salt Lake St., North Las Vegas, NV 89030-5442
4302928 +Ochoa-Diaz, Gonzalo M., 3528 Saguaro Valley, N Las Vegas, NV 89030-4687
4302929 Octavio Martinez, 724 Delta St, N Las Vegas, NV 89030
4302930 +Odis Reid, 7350 Red Cinder St, Las Vegas, NV 89131-3320
4302931 +Odor Masters, 4616 W. Sahara Ave Pmb 178, Las Vegas, NV 89102-3654
4644406 +Odor Masters, Attn Bankruptcy Desk/Managing Agent, Judy, 4616 W Sahara Ave Pmb 178, Las Vegas NV 89102-3654
4302934 +Odyssey Consulting, 7804 Arden Grove St, Las Vegas, NV 89113-4029
4302933 +Odyssey Consulting, 6440 Sky Pointe Dr, Las Vegas, NV 89131-4047
4644407 +Odyssey Consulting, Attn Bankruptcy Desk/Managing Agent, 7804 Arden Grove St, Las Vegas NV 89113-4029
4644408 +Off Shore Marine, Attn Bankruptcy Desk/Managing Agent, 1090 E Lake Mead Drive, Henderson NV 89015-5559
4302938 Office Depot, Dept. 56 - 4220066145, PO Box 689020, Des Moines, IA 50368-9020
4302939 Office Depot, PO Box 689020, Des Moines, IA 50368-9020
4302940 Office Depot, PO Box 70025, Los Angeles, CA 90074-0025
4644409 Office Depot, Attn Bankruptcy Desk/Managing Agent, Robert Parsons, P O Box 70025, Los Angeles CA 90074-0025
4302936 Office Depot 6011 1600 5110 850, Dept. 60-05110850, PO Box 6716, The Lakes, NV 88901-6716
4302937 Office Depot Credit Plan, Dept 56 - 8402272686, PO Box 9020, Des Moines, IA 50368-9020

4302941 Office Depot, Inc., PO Box 9020, Des Moines, IA 50368-9020
4302942 +Office Furniture Pros, 7111 Garden Grove BlvD, SuitNo 103, Garden Grove, CA 92841-4222
4644411 +Office Furniture USA, Attn Bankruptcy Desk/Managing Agent, 3211 Builders Ave, Las Vegas NV 89101-4857
4302943 Office Max, HSBC Business Solutions, PO Box 5239, Carol Stream, IL 60197-5239
4644412 +Office Max, Attn Bankruptcy Desk/Managing Agent, HSBC Business Solutions, P O Box 5239, Carol Stream IL 60197-5239
4644414 Office Of The Attorney General, Attn Bankruptcy Desk/Managing Agent, AG Case 009433499, P O Box 659791, San Antonio TX 78265-9791
4302945 +Office Plus, 3201 Builders Ave, Las Vegas, NV 89101-4857
4644417 +Office Plus, Attn Bankruptcy Desk/Managing Agent, melissa, 3201 Builders Ave, Las Vegas NV 89101-4857
4302946 Office Team, FILE 73484, PO Box 60000, San Francisco, CA 94160-3484
4644418 Office Team, Attn Bankruptcy Desk/Managing Agent, FILE 73484, P O Box 60000, San Francisco CA 94160-3484
4302944 +Office of Manufactured Housing, 1110 W. Washingtong Ste. 100, Phoenix, AZ 85007-2957
4644413 +Office of Manufactured Housing, Attn Bankruptcy Desk/Managing Agent, 1110 W Washingtong Ste 100, Phoenix AZ 85007-2957
4644415 +Office of the Labor Commissioner, Attn Bankruptcy Desk/Managing Agent, 555 East Washington Avenue Suite 4100, Las Vegas, NV 89101-1069
4644419 OfficeMax Credit Plan, Attn Bankruptcy Desk/Managing Agent, Dept 58 3600826415, P O Box 9020, Des Moines IA 50638-9020
4644421 +Oishi Properties, Attn Bankruptcy Desk/Managing Agent, Carol Crawley Manager, 2301 East Sahara Avenue, Las Vegas NV 89104-4103
4302948 +Okada Family, PO Box 1175, Kailua Kona, HI 96745-1175
4302949 +Olaes, Alena P, 8777 Maule Avenue No 2183, Las Vegas, NV 89148-4885
4302950 +Old Trails Mobile Home Transpo, PO Box 3847, Kingman, AZ 86402-3847
4302951 +Oldford, Frederick N., 6608 Crosstimber Ct., Las Vegas, NV 89108-5359
4302952 +Oleg Baklanov, 371 Tayman Park Ave, Las Vegas, NV 89148-2846
4302955 +Oleron & Theresa Pascual, 10241 Deerfield Ln, Northridge, CA 91324-1269
4302956 +Olga & Christian Izquierdo, 306 Via Franciosa Dr, Henderson, NV 89011-0853
4302958 +Olga Evdokimova, 7135 S Durango Dr Unit 218, Las Vegas, NV 89113-2076
4302959 +Olguin & Lona Moreno, 7123 S Durango Dr Unit 212, Las Vegas, NV 89113-2063
4302960 +Olivar Family, 1511 Maxwell Ln, Vista, CA 92084-3465
4302961 +Olivas-Medina, Guillermo, 3028 Glendale, North Las Vegas, NV 89030-6605
4644422 +Oliver Lee, Attn Bankruptcy Desk/Managing Agent, International Realty Group, 3855 S Valley View Blvd 7, Las Vegas NV 89103-2900
4302962 +Oliver, Brandon M., 7809 Robinglen Ave, Las Vegas, NV 89131-8211
4302963 +Oliveros, Cuautemoc, 5198 Greene Lane No B, Las Vegas, NV 89119-1726
4302964 +Olivia & Dedrik Elliott, 1288 Olivia Pkwy, Henderson, NV 89011-0834
4302965 +Olivia Pan, 1031 Ximeno Ave, Long Beach, CA 90804-4304
4302966 +Olvera Resendiz, Emmanuel, 4732 Nova Ln No 4, Las Vegas, NV 89115-6673
4302967 +Olvera, Rogaciano, 4732 Nova Ln No 2, Las Vegas, NV 89115-6673
4302968 +Olvera-Recendiz, Lino, 4743 Aventura Canyon, Las Vegas, NV 89139-7653
4302969 +Olvera-Valladares, Sergio, 625 N. 13th St No C, Las Vegas, NV 89101-2619
4302970 +Omar Mendoza, 5325 E Tropicana, Las Vegas, NV 89122-6751
4302971 +Omar Rendon, 3149 E. Desert Inn RdNo 52, Las Vegas, NV 89121-3839
4644423 +Omar Rendon, Attn Bankruptcy Desk/Managing Agent, 3149 E Desert Inn Rd 52, Las Vegas NV 89121-3839
4302972 +Omar Toribio, 6255 W. Tropicana Ave No 99, Las Vegas, NV 89103-4639
4644424 +Omar Toribio, Attn Bankruptcy Desk/Managing Agent, 6255 W Tropicana Ave 99, Las Vegas NV 89103-4639
4302973 +Omer Bloyd, 515 Via Ripagrande Ave, Henderson, NV 89011-0816
4302974 +Omer Zaheer, 1017 Ocean Ave Apt B, Santa Monica, CA 90403-3500
4644425 Omni Management Group, Attn Bankruptcy Desk/Managing Agent, 16501 Ventura Boulevard, Suite 440, Encino CA 91436-2068
4644426 +On Demand Sedan Limousine, Attn Bankruptcy Desk/Managing Agent, 90 West Oakey, Las Vegas NV 89102-2711
4302975 +On Time Signs, 4960 South Fort Apache, Ste 440, Las Vegas, NV 89148-1743
4644427 +On Time Signs, Attn Bankruptcy Desk/Managing Agent, 4960 South Fort Apache Ste 440, Las Vegas NV 89148-1743
4644428 +On Track Mechanical, Attn Bankruptcy Desk/Managing Agent, 9360 Byham Lane, Cherry Valley CA 92223-3603
4302986 OnStar Subscription Center, PO Box 77000, Detroit, MI 48277-0246
4644430 OnStar Subscription Center, Attn Bankruptcy Desk/Managing Agent, PO Box 77000, Detroit MI 48277-0246
4302977 +One Community, 2699 N Tenaya Way, Las Vegas, NV 89128-0427
4302978 +One Putt Printing, 1702 Western, No. C, Las Vegas, NV 89102-2629
4302979 One Stop Automotive, 290 Metcalf Road, Kingman, AZ 86401-5701
4302980 One Stop Hydraulics, 294 Metcalf Rd., Kingman, AZ 86401
4644429 One Stop Hydraulics, Attn Bankruptcy Desk/Managing Agent, 294 Metcalf Rd, Kingman AZ 86401
4302981 Onofre, Francisco, 215 Twining Ave, North Las Vegas, NV 89030
4302982 +Onofre, Gregorio, 1305 J St, Las Vegas, NV 89106-2803
4302983 +Onofre, Jose, 2100 Christina St No A, North Las Vegas, NV 89030-5627
4302984 +Onofre-C., Reinaldo, 3604 Bartlett Ave, North Las Vegas, NV 89030-2000
4302985 +Onofre-Melo, Rogelio, 924 Macfar Ln, Las Vegas, NV 89101-1659
4302987 +Ontiveros-Rojos, Ontoniel, 2225 Mc Carran, North Las Vegas, NV 89030-7742
4302988 +Oothoudt Bros. Inc., PO Box 2493, 823 North Industrial Drive, Camp Verde, AZ 86322-2493
4644431 +Opportunity Village ARC INC, Attn Bankruptcy Desk/Managing Agent, 6300 West Oakey Boulevard, Las Vegas NV 89146-1122

4302989 Opportunity Village ARC.INC, 6300 West Oakey Boulevard, Las Vegas, NV 89146-1122
4302990 +Oralia Molinero, 7111 S Durango Dr Unit 203, Las Vegas, NV 89113-2051
4302991 +Orange County Register, 625 N. Grand Ave, Santa Ana, CA 92701-4347
4644433 +Orange County Register, Attn Bankruptcy Desk/Managing Agent, 625 N Grand Ave, Santa Ana CA 92701-4347
4302992 +Orbit Enterprises, 13024 Beverly Park Road, Suite 102, Mukilteo, WA 98275-5857
4302994 +Ordonez-Ramirez, Gerardo, 1912 Rexford, Las Vegas, NV 89104-2424
4302995 Oregon Dept. of Justice, IDNo 043AC8587C41 - Michael Dailey, PO Box 14506, Salem, OR 97309-0420
4302996 +Orellana, Javier, 1372 Honolulu, Las Vegas, NV 89104-4651
4302999 +Orkin Pest Control, 5740 Arville St Suite 201, Las Vegas, NV 89118-3071
4302998 +Orkin Pest Control, 4550 Ziebart Pl., Ste A, Las Vegas, NV 89103-5676
4644435 +Orkin Pest Control, Attn Bankruptcy Desk/Managing Agent, 5740 Arville St Suite 201, Las Vegas NV 89118-3071
4303000 +Orlando Campos Medina, 1532 Vala, Las Vegas, NV 89101-1679
4644436 +Orlando Rivera, Attn Bankruptcy Desk/Managing Agent, 11653 Elianto Street, Las Vegas NV 89183-5553
4303001 +Orozco, Virgilio, 1305 J St., Las Vegas, NV 89106-2803
4303002 +Ortega, Fabian, 1309 22nd St. No. 1, Las Vegas, NV 89101-1460
4303003 +Ortega, Federico, 1512 Lucille St, Las Vegas, NV 89101-1616
4303004 +Ortega, Jose Angel, 6336 Garwood, Las Vegas, NV 89107-2560
4303005 +Ortega-Silva, Ernesto, 3982 Chasing Heart Way, Las Vegas, NV 89115-3504
4303006 +Ortiz Montes, Julio Cesar, 3762 N. Cedar Ave No 212, Fresno, CA 93726-6031
4303007 +Ortiz Vega, Luis Fernando, 829 Parkhurst St, Las Vegas, NV 89110-2108
4303008 +Ortiz, Francisco Javier, 883 No 17th Street, Las Vegas, NV 89101-2101
4303009 +Ortiz, Jesus, 4951 Holt Avenue, Las Vegas, NV 89115-5552
4303010 +Ortiz, Jose Del Carmen, 2815 Samantha Ct., North Las Vegas, NV 89030-4413
4303011 +Ortiz, Jose F., 3285 Sandy Lane No 2, Las Vegas, NV 89115-0402
4303012 +Ortiz-Magana, Javier, 4961 Wellter Ave, Las Vegas, NV 89104-6247
4303013 +Ortiz-Mata, Jose, 376 N. 15th St. No. A, Las Vegas, NV 89101-4199
4303014 +Oryan Corporation, 825 Calle Arroyo, San Dimas, CA 91773-3905
4644437 +Osborn Architects Engineers, Attn Bankruptcy Desk/Managing Agent, Brian K Happel, 1300 East Ninth Street Ste 1500, Cleveland OH 44114-1573
4303015 +Osborn Architects-Engineers, 1300 East Ninth Street, Ste 1500, Cleveland, OH 44114-1573
4303016 +Osborn, Sally R., 10918 Civiletti St, Las Vegas, NV 89141-3909
4303017 +Osborne, Mihaela Ciobanu, 6575 West Tropicana Avenue No 2104, Las Vegas, NV 89103-4745
4303018 +Oscar Cardona, 4500 Cool Valley Dr, Las Vegas, NV 89110-2377
4303019 +Oscar Maldonado Padilla, 236 W. Philadelphia No 6, Las Vegas, NV 89102-2844
4303020 +Oscar Parel, 4561 Tara Dr, Encino, CA 91436-3217
4644438 +Oscar Parel, Attn Bankruptcy Desk/Managing Agent, 4561 Tara Del, Encino CA 91436-3217
4303022 +Ostheimer & Company, 13981 Alyssum Way, Tucson, AZ 85755-7179
4644440 +Ostheimer Company, Attn Bankruptcy Desk/Managing Agent, james, 13981 Alyssum Way, Tucson AZ 85755-7179
4303023 +Oswaldo & Cecilia Cachola, PO Box 612701, San Jose, CA 95161-2701
4303024 +Otto Family, 321 Arbour Garden Ave, Las Vegas, NV 89148-2766
4303025 +Otto Trucking, Inc, 4025 E Presdidio, Mesa, AZ 85215-1122
4303026 +Oumer Kass, 9762 Kampsville Ave, Las Vegas, NV 89148-5749
4303027 +Ounjian, Salpirose, 5504 Via Rosa Court, Las Vegas, NV 89130-5177
4644441 +Outdoor Furniture Liquidators, Attn Bankruptcy Desk/Managing Agent, 6767 W Tropicana Ave Ste 212, Liquidators, Las Vegas NV 89103-4760
4303028 +Outdoor Solutions, 7935 W. Sahara Avenue, Suite 201, Las Vegas, NV 89117-7909
4644442 +Outdoor Solutions, Attn Bankruptcy Desk/Managing Agent, 7935 W Sahara Avenue, Suite 201, Las Vegas NV 89117-7909
4644443 +Ovation Development Corp, Attn Bankruptcy Desk/Managing Agent, 1175 American Pacific Drive, Suite F, Henderson NV 89074-8768
4303029 +Over Bored Incorporated, PMBNo 143, 13680 Bear Valley Rd., E-4, Victorville, CA 92392-8513
4303030 +Ovist, Susan, 2548 Silver Beach Drive, Henderson, NV 89052-2665
4644444 +Owens Geotechnical, Attn Bankruptcy Desk/Managing Agent, 4480 West Hacienda Avenue, Suite 104, Las Vegas NV 89118-4908
4303031 +Owens Geotechnical Inc., 4480 W. Hacienda Ave. No 104, Las Vegas, NV 89118-4908
4303032 +Owens Mobile Home, Service Inc., 1932 Smith St., Las Vegas, NV 89108-2433
4644445 +Owens Mobile Home, Attn Bankruptcy Desk/Managing Agent, Service Inc, 1932 Smith St, Las Vegas NV 89108-2433
4644447 +Ozzo Design, Attn Bankruptcy Desk/Managing Agent, Ozzie Thoreson, 36 A Alapapa Place, Kailua CA 96734-3119
4644448 P I P E S, Attn Bankruptcy Desk/Managing Agent, 43141 Business Center Pkwy, Suite 201, Lancaster MO 63535
4644449 +P L Fencing Iron, Attn Bankruptcy Desk/Managing Agent, 8414 W Farm Rd Ste 180 475, Las Vegas NV 89131-8170
4303034 +P&L Fencing & Iron, 8414 W. Farm Rd Ste 180 475, Las Vegas, NV 89131-8170
4303035 +P. Bernard, 14044 Rose Ave, Fontana, CA 92337-7047
4644499 +PBS J, Attn Bankruptcy Desk/Managing Agent, 2270 Corporate Circle 100, Henderson NV 89074-7755
4303181 +PBS&J, 2270 Corporate Circle No 100, Henderson, NV 89074-7755
4644500 +PC Club, Attn Bankruptcy Desk/Managing Agent, 3441 W Sahara Blvd, D, Las Vegas NV 89102-6061
4303182 +PCBC, 1215 K Street, Suite 1200, Sacramento, CA 95814-3947
4644501 +PCBC, Attn Bankruptcy Desk/Managing Agent, 1215 K Street, Suite 1200, Sacramento CA 95814-3947

4840632 +PEACOCK MOUNTAIN RANCH ASSOCIATION, ATTN: JAMES T. SPILLERS, P.O. BOX 4734, HUALAPAI, AZ 86412-4734
4644505 +PEM Inc, Attn Bankruptcy Desk/Managing Agent, 3390 Wynn Road Ste A, Las Vegas NV 89102-8203
4303250 ++PERFORMANCE PLUS ENGINEERING, 41951 REMINGTON AVE STE 160, TEMECULA CA 92590-2554 (address filed with court: Performance Plus Engineering, 27740 Jefferson Avenue, Suite 320, Temecula, CA 92590)
4644512 ++PERFORMANCE PLUS ENGINEERING, 41951 REMINGTON AVE STE 160, TEMECULA CA 92590-2554 (address filed with court: Performance Plus Engineering, Attn Bankruptcy Desk/Managing Agent, 27740 Jefferson Avenue, Suite 320, Temecula CA 92590)
4303251 PERI Formwork Systems, Inc, P.O Box 631914, Baltimore, MD 21263-1914
4303286 +PGA Magazine, 2600 Philmont Avenue, Suite 119, Huntingdon Valley, PA 19006-5307
4303287 +PGM Safety Services, LLC, 575 S Saliman Rd, Carson City, NV 89701-5000
4303376 PRAXAIR, PO Box 120812, Dept. 0812, Dallas, TX 75312-0812
4644563 ++++PRECISION SIMULATIONS, ATTN BANKRUPTCY DESK/MANAGING AGENT, 396 CIVIC DR STE D, PLEASANT HILL CA 94523-1952 (address filed with court: Precision Simulations, Attn Bankruptcy Desk/Managing Agent, 396 Civic Drive Suite B, Pleasant Hill CA 94523)
4644573 +PREMIUM LOAN TRUST I, Attn Bankruptcy Desk/Managing Agent, 190 S Lasalle 23rd Fl, Chicago IL 60603-3421
4644575 +PRG Scenic Technologies, Attn Bankruptcy Desk/Managing Agent, 6050 S Valley View Blvd, Las Vegas NV 89118-3151
4303416 +PSI Exam Services, 3210 East Tropicana Ave, las Vegas, NV 89121-7308
4303417 PTO Sales Corporation, PO Box 1207, La Mirada, CA 90637-1207
4303036 +Pablo & Elida Flores, 7233 Cottonsparrow St, Las Vegas, NV 89131-8220
4303037 +Pablo Macias, 2609 Mesquite No A, Las Vegas, NV 89101-3473
4644450 +Pac Van Inc, Attn Bankruptcy Desk/Managing Agent, 2693 Paysphere Circle, Chicago IL 60674-0001
4644451 +Pac Van n, Attn Bankruptcy Desk/Managing Agent, 652 Middlegate Suite B, Henderson NV 89011-2624
4303055 +Pac-Van, Inc, 2693 Paysphere Circle, Chicago, IL 60674-0001
4303038 Pacer Transport, PO Box 841742, Dallas, TX 75284-1742
4303039 +Pacheco, Felipe, 2737 Daley St., N Las Vegas, NV 89030-5425
4303040 +Pacheco, William, 3555 E. Lake Mead No 171, Las Vegas, NV 89115-7354
4303041 +Pacheco-Olivas, Adan, 1820 Brand St, N Las Vegas, NV 89030-7353
4303042 +Pacheco-Rodriguez, Franco, 3661 Alto Ave, Las Vegas, NV 89115-3137
4303043 +Pachulski Stang Ziehl & Jones, 10100 Santa Monica Blvd., Los Angeles, CA 90067-4003
4644452 +Pachulski Stang Ziehl Jones, Attn Bankruptcy Desk/Managing Agent, 10100 Santa Monica Blvd, Los Angeles CA 90067-4003
4303051 +PacifiCare, PO Box 53507, 4601 E Hilton Ave, Phoenix, AZ 85034-6407
4644454 +PacifiCare, Attn Bankruptcy Desk/Managing Agent, File U25141, 4601 E Hilton Ave, Phoenix AZ 85034-6406
4303045 +Pacific Property Consultants, 12725 Stowe Drive, Poway, CA 92064-6821
4644453 +Pacific Property Consultants, Attn Bankruptcy Desk/Managing Agent, 12725 Stowe Drive, Poway CA 92064-6821
4303046 Pacific Stair Products, PO Box 941245, Plano, TX 75094-1245
4303048 +Pacific Truss & Components Inc, 5805 Emerald Ave, Las Vegas, NV 89122-7304
4303050 Pacificare Life Assurance Co., PO Box 53507, Phoenix, AZ 85072-3507
4303052 +Packard, Debra E., 2570 Hitchcock St, Henderson, NV 89052-4930
4303053 +Packer, Daniel L, 320 Hedgehope Drive, Las Vegas, NV 89183-4637
4303054 Packer, Taylor J, 320 Hedge Dr, Las Vegas, NV 89123
4303057 +Padilla Moreno, Samuel, 236 Philadelphia No 6, Las Vegas, NV 89102-2844
4303058 +Padilla Padilla, Genaro, 1311 S. 11th St, Las Vegas, NV 89104-1611
4303059 +Padilla, Ricardo, 1135 E. Desert Inn No 1, Las Vegas, NV 89109-2822
4303060 +Padilla-Bautista, Luis, 912 Hassett, Las Vegas, NV 89104-2862
4303061 +Padilla-Fraga, Enrique, 1917 Belmont St, Las Vegas, NV 89030-7393
4303062 +Padilla-Garcia, Raul, 2650 Gran Basin, Las Vegas, NV 89156-3732
4303063 +Padilla-Moreno, Enrique, 236 W. Philadelphia No 6, Las Vegas, NV 89102-2844
4644456 Padma s Plantation, Attn Bankruptcy Desk/Managing Agent, 1375 England Drive, Batavia IL 60510
4303064 +Paige, Adam N., 921 Cedarcliff Ave, Las Vegas, NV 89123-0574
4303065 +Paint & Paperworks, 4310 S. Cameron St., Las Vegas, NV 89103-3826
4644457 +Paint Paperworks, Attn Bankruptcy Desk/Managing Agent, 4310 S Cameron St, Las Vegas NV 89103-3826
4303066 +Palacio Family, 881 Glenview Dr, San Bruno, CA 94066-2721
4303067 Paldi Steel, 2220 Creastline Loop, N Las Vegas, NV 89030-4102
4644458 Palecek, Attn Bankruptcy Desk/Managing Agent, Dept 05898, P O Box 39000, San Francisco CA 94139-5898
4303068 +Palemon Mendoza-Lamadrid, 3317 Lockwood Ave, North Las Vegas, NV 89030-4232
4303069 +Paleta, Jose M., 3432 College View Apt No B, N Las Vegas, NV 89030-5151
4644459 Pallas Textiles, Attn Bankruptcy Desk/Managing Agent, Nichole, Bin 088, Milwaukee WI 53288-0088
4644460 +Palm Carpet Tile LLC, Attn Bankruptcy Desk/Managing Agent, 7652 Ribbon Rock St, Las Vegas NV 89139-5616
4644461 +Palm Garden Corporation, Attn Bankruptcy Desk/Managing Agent, 4730 S Fort Apache Road, Suite 300, Las Vegas NV 89147-7947
4644462 +Palm Gardens Ltd, Attn Bankruptcy Desk/Managing Agent, 4730 S Fort Apache Road, Suite 300, Las Vegas NV 89147-7947
4644463 Palm Hills HOA, Attn Bankruptcy Desk/Managing Agent, C/O US Bank, P O Box 500377, San Diego CA 92150-0377
4303071 Palmblad, Shawn, 2596 Camino Del Rio Bullhead, AZ 86442, Bullhead City, AZ 86442

4644464 +Palmer Electric Inc, Attn Bankruptcy Desk/Managing Agent, Phillip Palmer, 1412 Western Ave, Las Vegas NV 89102-2602
4303072 +Palmer Electric Inc., 1412 Western Ave., Las Vegas, NV 89102-2602
4303073 +Palmer, Rachel, PO Box 30051, Las Vegas, NV 89173-0051
4644465 +Pamela Boulden, Attn Bankruptcy Desk/Managing Agent, 9245 Tisha Renee Ave, Las Vegas NV 89147-6878
4303074 +Pamela Moore, 7230 Elderly Ave, Las Vegas, NV 89131-3220
4303075 +Pamela Nichol, 7159 S Durango Dr Unit 310, Las Vegas, NV 89113-2037
4303076 +Pammy P P P Inc, 5760 Spring Mountain Rd, Las Vegas, NV 89146-8811
4644466 +Panda Windows Doors, Attn Bankruptcy Desk/Managing Agent, 3415 Bellington Rd, Ste A190, N Las Vegas NV 89030-4405
4303077 +Pando-shorts Family, 7401 Apple Springs Ave, Las Vegas, NV 89131-3366
4303078 +Pangburn, Scott, 6804 Endora Dr, Las Vegas, NV 89103-2047
4303079 Pantoja, Benicio, 78 W. Tropicana, Las Vegas, NV 89103
4303080 +Pantoja, Julio, PO Box 31536, Las Vegas, NV 89173-1536
4644468 +Paper Signatures, Attn Bankruptcy Desk/Managing Agent, 1133 Broadway, Suite 217, New York 10010-8301
4644469 +Par 3 Landscape, Attn Bankruptcy Desk/Managing Agent, 4610 Wynn Rd B, Las Vegas, NV 89103-5314
4303082 +Par 3 Landscape & Maintenance, 4610 Wynn Rd., Suite B, Las Vegas, NV 89103-5314
4644470 +Par 5 Enterprises, Attn Bankruptcy Desk/Managing Agent, 409 Club Court, Las Vegas, NV 89144-0838
4303083 +Par 5 Enterprises Inc., 409 Club Court, Las Vegas, NV 89144-0838
4303084 Paradigm Engineering, PO Box 676049, Dallas, TX 75267-6049
4644471 Paradigm Engineering LLC, Attn Bankruptcy Desk/Managing Agent, 972 829 8100 main office, P O Box 202387, Dallas TX 75320-2387
4644472 +Paradise Pools, Attn Bankruptcy Desk/Managing Agent, 5110 N Buffalo Drive, Las Vegas NV 89149-5232
4303085 +Paramaz Kossayan, 277 Via Di Citta Dr, Henderson, NV 89011-0849
4303087 Paramount Destination Services, PO Box 19330, Las Vegas, NV 89132-0330
4644474 Paramount Destination Services, Attn Bankruptcy Desk/Managing Agent, PO Box 19330, Las Vegas NV 89132-0330
4303088 +Paramount Rodeo, Sandy Margolin, 17501 Ventura Blvd, Encion, CA 91316-3836
4644475 +Paramount Rodeo, Attn Bankruptcy Desk/Managing Agent, Sandy Margolin, 17501 Ventura Blvd, Encion CA 91316-3836
4303089 +Paredes, Armando, 1505 E. Wilson Ave, Las Vegas, NV 89101-2686
4303090 +Parfitt, Nigel G, 9360 W Flamingo No 110-420, Las Vegas, NV 89147-6426
4303091 +Park Avenue Cleaners, 7210 W. Lake Mead, Suite 2, Las Vegas, NV 89128-8353
4644477 +Park Avenue Cleaners, Attn Bankruptcy Desk/Managing Agent, 7210 W Lake Mead, Suite 2, Las Vegas NV 89128-8353
4303092 +Parker Family, 509 NE 196th Ave, Camas, WA 98607-7702
4303093 +Parker, John, 581 Burton St, Henderson, NV 89015-7414
4303094 +Parker, Taryn, 10120 W Flamingo Rd Ste 4-171, Las Vegas, NV 89147-8392
4303095 +Parminder & Paul Janda, 521 E Sherherd Ave, Fresno, CA 93720-1659
4303096 +Parra Parra , Emeterio, 3406 E. Diana Dr, North Las Vegas, NV 89030-5108
4303097 +Parraguirre Family, 63 Arcadian Shores St, Las Vegas, NV 89148-2754
4303098 +Parry, Lisa, 383 Fox Lake Avenue, Las Vegas, NV 89148-3811
4303100 +Parsons Bros Rockeries, 710 W. Sunset Road No 110, Henderson, NV 89011-4609
4644480 +Parsons Bros Rockeries, Attn Bankruptcy Desk/Managing Agent, Denise Wright, 710 W Sunset Road 110, Henderson NV 89011-4609
4644482 +PassKey, Attn Bankruptcy Desk/Managing Agent, 4395 S Polaris, Las Vegas NV 89103-4198
4303102 +Pastrana Arroyo, Raul A., 2500 Ellingson Dr., Las Vegas, NV 89106-1625
4303103 +Pat Davies, 2300 Iron Point Rd Apt 2022, Folsom, CA 95630-8702
4303104 +Pat Decarbo, 9050 W Warm Springs Rd Unit 2069, Las Vegas, NV 89148-3834
4644483 +Patch Co Inc, Attn Bankruptcy Desk/Managing Agent, 2922 Serene, Henderson NV 89074-6536
4644484 Patient Financial Services, Attn Bankruptcy Desk/Managing Agent, Mayo Clinic Scottsdale, P O Box 52557, Phoenix AZ 85072-2557
4303106 +Patino Diaz, David, 2321 Ellis St. No 2, North Las Vegas, NV 89030-8812
4303107 +Patrice Edwards, 9601 Soquel Dr, Aptos, CA 95003-4163
4644485 +Patricia Becker, Attn Bankruptcy Desk/Managing Agent, 11464 Glowing Sunset Lane, Las Vegas NV 89135-1674
4303108 +Patricia Eyster, 25582 Starboard Dr, Dana Point, CA 92629-1511
4644486 +Patricia Farley Saavedra, Attn Bankruptcy Desk/Managing Agent, 7525 Rushing Current St, Las Vegas NV 89131-2513
4303109 +Patricia Farley-Saavedra, 7525 Rushing Current St, Las Vegas, NV 89131-2513
4303111 +Patricia Hinds, 289 Falcons Fire Ave, Las Vegas, NV 89148-2743
4303112 +Patricia Pena, 7147 S Durango Dr Unit 213, Las Vegas, NV 89113-2027
4303114 +Patricia Saunders, 140 Dog Leg Dr, Las Vegas, NV 89148-2692
4303115 +Patricia Sharp, 7167 S Durango Dr Unit 108, Las Vegas, NV 89113-2041
4303116 +Patricia Smith, 7521 Apple Springs Ave, Las Vegas, NV 89131-3367
4303119 +Patrick & Carmen Day, 7510 Apple Springs Ave, Las Vegas, NV 89131-3367
4303120 +Patrick & Monica Cheng, 3999 Golden Terrace Ln, Chino Hills, CA 91709-4936
4303121 +Patrick & Sarah OReilly, 13683 Woodcock Ave, Sylmar, CA 91342-1146
4303122 +Patrick Avakian, 936 N Howard St, Glendale, CA 91207-1719
4644487 +Patrick Hartmann, Attn Bankruptcy Desk/Managing Agent, 1005 Jupiter Lane, Colorado Springs CO 80905-7732
4303125 +Patrick Kelly, PO Box 6990, Hilo, HI 96720-8937
4303126 +Patrick Rush, 335 Blackstone River Ave, Las Vegas, NV 89148-2738
4303127 +Patrick Thomas, 7431 Hornblower Ave, Las Vegas, NV 89131-3395
4303128 +Patrick Ziade, 9746 Valmeyer Ave, Las Vegas, NV 89148-5743

4303129 +Patrina Lee, 331 Forest Park Ct, Pacifica, CA 94044-1008
4303130 +Paul & Deborah Hayes, 9724 Dieterich Ave, Las Vegas, NV 89148-5765
4303131 +Paul & Deborah Owens, 13929 Blackbeard Dr, Corpus Christi, TX 78418-6322
4303133 +Paul & Kimberly Lipkin, 115 Manor Dr, Piedmont, CA 94611-4148
4303134 +Paul & Kyung Arusell, 185 Short Ruff Way, Las Vegas, NV 89148-5259
4303135 +Paul & Nancy Link, 867 Diamond Ridge Cir, Castle Rock, CO 80108-7812
4303136 +Paul & Shelli Zamensky, 973 Via Canale Dr, Henderson, NV 89011-0829
4303137 +Paul & Vivianne Niemela, 7119 S Durango Dr Unit 313, Las Vegas, NV 89113-2085
4303139 +Paul Barulich, 9050 W Warm Springs Rd Unit 2114, Las Vegas, NV 89148-3849
4303140 +Paul Bendigo, 9050 W Warm Springs Rd Unit 2150, Las Vegas, NV 89148-3850
4303141 +Paul Benson, 320 Dog Leg Drive, Las Vegas, NV 89148-2694
4644488 +Paul Benson, Attn Bankruptcy Desk/Managing Agent, 320 Dog Leg Drive, Las Vegas NV 89148-2694
4303142 +Paul Butz, 9684 Valmeyer Ave, Las Vegas, NV 89148-5741
4303143 +Paul Cho, 4613 El Camino Cabos Dr, Las Vegas, NV 89147-6055
4303144 +Paul Davis Restoration, 1818 Industrial Road,Ste 210, Las Vegas, NV 89102-2636
4644489 +Paul Davis Restoration, Attn Bankruptcy Desk/Managing Agent, 1818 Industrial Road Ste 210, Las Vegas NV 89102-2636
4303145 +Paul DeLong Heavy Haul, P.O Box 750609, Las Vegas, NV 89136-0609
4303147 +Paul Elliott, 7167 S Durango Dr Unit 302, Las Vegas, NV 89113-2042
4303148 +Paul Felix, 7131 S Durango Dr Unit 304, Las Vegas, NV 89113-2073
4303149 Paul Gerber, Las Vegas, NV
4303152 +Paul Lirette, 1021 Viale Placenza Pl, Henderson, NV 89011-0843
4303153 +Paul Maciejewski, 279 Fairway Woods Dr, Las Vegas, NV 89148-5204
4303155 +Paul Morway, 44030 Pinto Creek Cir, Indian Wells, CA 92210-7592
4303157 +Paul Petty, 957 Via Stellato St, Henderson, NV 89011-0857
4303159 +Paul Rutherford, 1084 Via Corto St, Henderson, NV 89011-0887
4644492 Paul Thompson, Attn Bankruptcy Desk/Managing Agent, 1440 Via Savona Dr, Henderson NV 89052-3126
4303160 +Paul Velez, 155 Castle Course Ave, Las Vegas, NV 89148-5001
4303161 +Paul Weiland, 7143 S Durango Dr Unit 309, Las Vegas, NV 89113-2025
4303163 +Paul, Beverly J., 2242 S. Dragoon Rd., Golden Valley, AZ 86413-9124
4303164 +Paula Forry, 369 Falcons Fire Ave, Las Vegas, NV 89148-2745
4303165 +Paula Holmwood, 241 Fairway Woods Dr, Las Vegas, NV 89148-5204
4303167 +Paula Puia, 4236 Charles Street, Dearborn, MI 48126-3431
4644493 +Paula Puia, Attn Bankruptcy Desk/Managing Agent, 4236 Charles Street, Dearborn MI 48126-3431
4303168 +Paula Solimini, 217 Brett Cir Unit B, Wauconda, IL 60084-1578
4303169 +Paula Vargas, 9050 W Tropicana Ave Unit 1160, Las Vegas, NV 89147-8191
4303170 +Paulette Cloutier, 6641 Brentwood Dr, Huntington Beach, CA 92648-6655
4303171 +Pauline & Rodolfo L. Kabigting, 24 Stonyhill Lane, W. Nyack, NY 10994-2016
4303172 +Pauline Novak, 9050 W Warm Springs Rd Unit 2047, Las Vegas, NV 89148-3848
4644494 +Pauline Novak, Attn Bankruptcy Desk/Managing Agent, 5557 Gold Mint Lane, Las Vegas NV 89122-8398
4644495 +Pauline Rodolfo L Kabigting, Attn Bankruptcy Desk/Managing Agent, 24 Stonyhill Lane, W Nyack 10994-2016
4303173 Paulson Reporting Services, PO Box 79509, City of Industry, CA 91716-9509
4644496 Paulson Reporting Services, Attn Bankruptcy Desk/Managing Agent, P O Box 79509, City of Industry CA 91716-9509
4644497 +Paver Module Of Nevada LLC, Attn Bankruptcy Desk/Managing Agent, 1013 E Delhi, N Las Vegas NV 89030-8077
4303174 +Payan Camacho, Esmeralda, 2225 McCarran St No C, North Las Vegas, NV 89030-6246
4303175 Payan-Rubio, Gregorio, 2812 Haddock No C, Las Vegas, NV 89110
4303176 +Paz Rodriguez, Jesus, 4205 Timpani Dr, Las Vegas, NV 89110-2245
4303177 +Paz, Eder, 1809 Linden Ave, Las Vegas, NV 89101-3300
4303178 +Paz-Saldana, Gerardo O, 904 N. 20th St, Las Vegas, NV 89101-1216
4303179 +Paz-Vivar, Jose L, 4205 Timpani Dr, Las Vegas, NV 89110-2245
4303183 +Peachtree Business Checks & Forms, PO Box 910, Milton, WA 98354-0910
4303184 +Peachtree Forms, PO Box 850, Milton, WA 98354-0850
4644502 +Peacock Mountain Ranch Assc, Attn Bankruptcy Desk/Managing Agent, P O Box 4734 HB, Hualapai AZ 86412-4734
4303185 +Peacock Mountain Ranch Assc., PO Box 4734 HB, Hualapai, AZ 86412-4734
4644503 +Peak Hour Traffic Data, Attn Bankruptcy Desk/Managing Agent, Collectors, 197 Carlsbad Caverns St, Henderson NV 89012-5806
4303186 +Pearce, Christopher S., 8510 Gagnier Blvd, Las Vegas, NV 89113-5200
4303187 +Pearl & Rolando Bayot, 340 Lakewood Garden Dr, Las Vegas, NV 89148-2737
4303188 +Pearl Neal, or Current Homeowner, 237 Palm Trace, Las Vegas, NV 89148-2735
4303189 +Peavy, Scott L., 10215 Ghost Rider Trail Flagstaff, AZ 8, Flagstaff, AZ 86004-1325
4303190 +Pebley, Willie, 2640 Simms Ave., Kingman, AZ 86401-5239
4644504 +Peccole Little League Baseball, Attn Bankruptcy Desk/Managing Agent, Sponsorship, P O Box 371352, Las Vegas NV 89137-1352
4303191 +Pedraza Murillo, Fidel, 4428 Halbert Ave, Las Vegas, NV 89110-5474
4303192 +Pedro & Alina Mouriz, 1088 Via Corto St, Henderson, NV 89011-0887
4303194 +Pedro & Teresita Lacap, 105 Sunset Bay St, Las Vegas, NV 89148-2769
4303195 +Pedro Contreras-Araujo, 3555 Lake Mead, Las Vegas, NV 89115-6385
4303196 +Pedro Gonzalez, 892 Via Del Tramonto St, Henderson, NV 89011-0867
4303197 +Pedro Nunez, 4009 Sunrise Ave, Las Vegas, NV 89110-4428
4303198 +Pedro Vidales, 4716 Shoen Avenue, Las Vegas, NV 89110-3547
4303199 +Pei Lee, 18571 Nottingham Ln, Rowland Heights, CA 91748-6100
4303200 +Peilai Qian, 269 Falcons Fire Ave, Las Vegas, NV 89148-2743

4303201 +Peinado, Reyes Quezada, 213 Stanford St, Las Vegas, NV 89107-1849
4303202 +Pelayo, George, 4768 Crakow Court, Las Vegas, NV 89147-8123
4303203 +Pelayo, Jorge, 4768 Crakow Court, Las Vegas, NV 89147-8123
4644506 +Pen Cal Administrators Inc, Attn Bankruptcy Desk/Managing Agent, 6210 Stoneridge Mall Rd Ste 300, Pleasanton CA 94588-3265
4303205 +Pen-Cal, 6210 Stoneridge Mall Rd., Ste 300, Pleasanton, CA 94588-3265
4303204 +Pena, Benito, 4829 Ballantine Dr., Las Vegas, NV 89110-4761
4644507 Peninsula Floors Inc, Attn Bankruptcy Desk/Managing Agent, Bought out by Carpets N More, P O Box 951404, Dallas TX 75395-1404
4303207 Peninsula Floors, Inc., PO Box 951404, Dallas, TX 75395-1404
4303208 +Penny Capener, 397 Red Eucalyptus St, Henderson, NV 89015-7485
4303209 +Penuelas, Jorge, 2119 White St, North Las Vegas, NV 89030-5655
4303210 Pepsi Bottling Group, PO Box 75948, Chicago, IL 60675-5948
4303211 Pepsi-Cola, PO Box 841828, Dallas, TX 75284-1828
4303212 +Peraldo, Linda, 9999 West Katie Ave No 1170, Las Vegas, NV 89147-8366
4303214 +Peralta, Juan, 1001 E. Carey Avenue No 715, No. Las Vegas, NV 89030-1808
4303215 +Perea-Medina, Ricardo, 4098 Pistachio Nut Ave, Las Vegas, NV 89115-4127
4644508 +Perennials, Attn Bankruptcy Desk/Managing Agent, Lisa Bergman, 3225 E Carpenter Freeway, Irving TX 75062-4935
4303216 Perez Ateaga, Elvia, 1924 Cindy Sue No C, Las Vegas, NV 89106
4303217 +Perez Gonzalez, Eduaro, 2516 Herrod Dr, N Las Vegas, NV 89030-5922
4303218 +Perez Gutierrez, Austreberto, 3381 Athens St., No 4, Las Vegas, NV 89169-2871
4303219 +Perez Macias, Hugo E., 1324 22nd St, Las Vegas, NV 89101-1437
4303220 +Perez Macias, Roberto, 1324 22th St. No. 4, Las Vegas, NV 89101-1437
4303221 Perez Martinez, Antonio, 380 Maydelle No F, Las Vegas, NV 89101
4303222 +Perez Noyola, Librado S., 5855 Woodfield Dr, Las Vegas, NV 89142-1619
4303223 +Perez, Abel, 572 River Bed St, Las Vegas, NV 89110-3280
4303224 +Perez, Angel, 451 N Nellis Apt No 1107, Las Vegas, NV 89110-5340
4303225 +Perez, Christina, 3787 Poinsetta Way, Las Vegas, NV 89147-4461
4303226 +Perez, Elizabeth, 1921 Cindy Sue No. 1, Las Vegas, NV 89106-1147
4303227 +Perez, Elvia, 1924 Cindysue Street Apt C, Las Vegas, NV 89106-1131
4303228 +Perez, Genaro, 2932 Marlin No 1, Las Vegas, NV 89101-4754
4303229 +Perez, Gerardo, 6101 Cairo Cir, Las Vegas, NV 89107-3782
4303230 +Perez, Gustavo, 1311 S. 11th St, Las Vegas, NV 89104-1611
4303231 +Perez, Javier, 1421 Henry Dr., No A, Las Vegas, NV 89110-1282
4303232 +Perez, Jorge, 5554 Halvern Ave, Las Vegas, NV 89110-1720
4303233 +Perez, Jose, 2908 N. Pecos Rd No. 104, Las Vegas, NV 89115-0629
4303234 +Perez, Lucio, 5050 Tamarus St No 319, Las Vegas, NV 89119-2059
4303235 +Perez, Ramon, 3220 Figler Apt B, N Las Vegas, NV 89030-8185
4303236 Perez, Raul, 4215 Dongola Ct, Las Vegas, NV 89110
4303237 +Perez, Ricardo, 2686 S. Decatur, Las Vegas, NV 89102-8582
4303238 +Perez, Sergio, 6309 Brittany Way, Las Vegas, NV 89107-3424
4303239 Perez-Arteaga, Elvia, 1924 Cindy Sue No C, Las Vegas, NV 89106
4303240 +Perez-Castillos, Daniel, 813 Hyattsville, Las Vegas, NV 89110-1445
4303241 +Perez-Gaspar, Oscar, 4379 Studio, Las Vegas, NV 89115-2338
4303242 +Perez-Guzman, Miguel A., 3990 La Brea Ct., Las Vegas, NV 89110-4406
4303243 +Perez-Munoz, Remigio, 2516 Herrod Dr, N Las Vegas, NV 89030-5922
4303244 +Perez-Ruiz, Ricardo, 2686 S. Decatur Blvd, Las Vegas, NV 89102-8582
4303245 Perez-Sanchez, Alfonso, 3220 Figler No B, N Las Vegas, NV 89030
4303246 +Perez-Vega, Adolfo, 2650 Gran Basin, Las Vegas, NV 89156-3732
4303247 +Perfect Raingutters, Jarrett Jamieson, 6295 Harrison No 9, Las Vegas, NV 89120-4057
4644509 +Perfect Raingutters, Attn Bankruptcy Desk/Managing Agent, Jarrett Jamieson, 6295 Harrison 9, Las Vegas NV 89120-4057
4303248 +Perfecto & Dina Arca, 23222 Rosanna Ct, Torrance, CA 90502-2939
4644510 +Perfecto and Dina Arca, Attn Bankruptcy Desk/Managing Agent, 23222 Rosanna Court, Torrance CA 90502-2939
4303249 +Performance Plastering, 4840 East Cartier Avenue, Las Vegas, NV 89115-4509
4644511 +Performance Plastering, Attn Bankruptcy Desk/Managing Agent, 4840 East Cartier Avenue, Las Vegas NV 89115-4509
4644513 +Peridian International, Attn Bankruptcy Desk/Managing Agent, 2600 Newport Blvd Suite 130, Newport Beach CA 92663-3747
4303252 Perkins Coie Brown & Bain, 1201 Third Avenue, 40th Floor, Seattle, WA 98101-3099
4644514 Perkins Cole Brown Bain, Attn Bankruptcy Desk/Managing Agent, Accounting number, 1201 Third Avenue 40th Floor, Seattle WA 98101-3099
4644515 +Perlman Architects Inc, Attn Bankruptcy Desk/Managing Agent, 2230 Corporate Circle Ste 290, Henderson NV 89074-6390
4303255 +Perreira, Robert, 3340 Giliam Court, Las Vegas, NV 89129-6182
4303256 Perry Brothers, PO Box 348355, Sacramento, CA 95834-8355
4303257 +Personnel Concepts, PO Box 3353, San Dimas, CA 91773-7353
4303258 +Pesin Real Estate LLC, 10620 Southern Highlands Pkwy, Las Vegas, NV 89141-4371
4644516 +Pete King, Attn Bankruptcy Desk/Managing Agent, 2575 E Lone Mountain Road, N Las Vegas NV 89081-2651
4303261 +Pete Pochiro, Benchmark Properties, Inc., 1515 E. Tropicana, Suite 350A, Las Vegas, NV 89119-6520
4303262 +Peter & Angelee Bobeck, 2312 Ladue Ln, Fort Wayne, IN 46804-2795
4303263 +Peter & Dolores Reicher, 36765 Melbourne Dr, Sterling Heights, MI 48312-3342
4303264 +Peter & Eleanor Collins, 526 Via Del Corallo Way, Henderson, NV 89011-0879
4303265 +Peter & Michelle Nowicki, 244 Dog Leg Dr, Las Vegas, NV 89148-2693
4303266 +Peter & Soona Tabuntschikow, PO Box 1829, Blaine, WA 98231-1829
4303268 +Peter Choi, 182 Crooked Putter Dr, Las Vegas, NV 89148-5227

4303269 +Peter Collins, 526 Via Del Corallo Way, Henderson, NV 89011-0879
4644518 +Peter Collins, Attn Bankruptcy Desk/Managing Agent, 526 Via Del Corallo Way, Henderson NV 89011-0879
4303271 +Peter Ko, 8739 Las Olivas Ave, Las Vegas, NV 89147-6040
4303270 +Peter Ko, 2084 Savannah River St, Henderson, NV 89044-0132
4303272 +Peter Kung, 108 Carl St, San Francisco, CA 94117-3925
4303274 +Peter Nguyen, 1261 Thornbury Ln, San Jose, CA 95138-2720
4644519 +Peter Price, Attn Bankruptcy Desk/Managing Agent, 442 Sunrise Villa Dr, Las Vegas NV 89110-4042
4644520 +Peter R Pezzani, Attn Bankruptcy Desk/Managing Agent, 1754 Franklin Chase, Henderson NV 89012-3422
4303275 +Peter R. Pezzani, 1754 Franklin Chase, Henderson, NV 89012-3422
4303277 +Peter Rho, 196 Dog Leg Dr, Las Vegas, NV 89148-2693
4303278 +Peter Tibone, 521 Punto Vallata Dr, Henderson, NV 89011-0823
4303279 +Peter Tomaino, 227 Clay St, Reno, NV 89501-1704
4303280 +Peter Tripp, 18077 Coastline Dr Apt 24, Malibu, CA 90265-5732
4303281 +Peter Wetherall, 311 Arbour Garden Ave, Las Vegas, NV 89148-2766
4303267 +Peter and Susan Malik, 1104 Arabian Sand Court, Las Vegas, NV 89144-1669
4644517 +Peter and Susan Malik, Attn Bankruptcy Desk/Managing Agent, 1104 Arabian Sand Court, Las Vegas NV 89144-1669
4303283 +Petrick, John, 213 Lailani St, Las Vegas, NV 89110-5114
4303284 +Petrozza, William J., 6744 Pastel Camellia, Las Vegas, NV 89148-4811
4644521 +Pettigru Counseling Associates, Attn Bankruptcy Desk/Managing Agent, 405 Pettigru Street, Greenville SC 29601-3114
4303285 +Peyrolo Family, 35525 Georgetown Dr, Sterling Heights, MI 48312-4419
4303289 +Phase One Consulting Eng, 6136 Cottontail Cove Street, Las Vegas, NV 89130-1353
4303288 +Phase One Consulting Eng, 5135 Camino Al Norte, Suite 250, North Las Vegas, NV 89031-2389
4644522 +Phase One Consulting Eng, Attn Bankruptcy Desk/Managing Agent, Brian P Norris, 6136 Cottontail Cove Street, Las Vegas NV 89130-1353
4303290 +Phil & Joe Su, 200 Crooked Putter Dr, Las Vegas, NV 89148-5263
4303292 +Phil Deoferio, 175 Real Long Way, Las Vegas, NV 89148-5214
4303291 +Phil and Cindy Shipley, 7804 SW 193rd Street, Miami, FL 33157-7391
4644523 +Phil and Cindy Shipley, Attn Bankruptcy Desk/Managing Agent, 7804 SW 193rd Street, Miami FL 33157-7391
4303293 +Philip & Amanda Fleming, 9050 W Warm Springs Rd Unit 2157, Las Vegas, NV 89148-3837
4303294 +Philip & Eugenia Davis, 545 Via Ruscello Way, Henderson, NV 89011-0831
4303295 +Philip & Grace Secondez, 500 Foerster St, San Francisco, CA 94127-2337
4303298 +Philippe Ziade, 9746 Valmeyer Ave, Las Vegas, NV 89148-5743
4303299 +Phillip & Janet Schoenwetter, 30511 Palos Verdes Dr E, Rancho Palos Verdes, CA 90275-6351
4303300 +Phillip & Maria Buenvenida, 31825 59th Ave S, Auburn, WA 98001-3812
4303301 +Phillip & Terri Fontenelle, 10693 Bonchester Hill St, Las Vegas, NV 89141-3899
4303303 +Phillip Friedman, 960 Via Stellato St, Henderson, NV 89011-0858
4303304 +Phillip Pineda, 7131 S Durango Dr Unit 313, Las Vegas, NV 89113-2073
4303305 +Phillips Family, 363 Selkirk Dr, Corona, CA 92881-0942
4303306 +Phillips, Charles, PO Box 3443, Kayenta, AZ 86033-3443
4303307 +Phillips, Kenneth, 4034 Ridgewood, Las Vegas, NV 89120-1423
4303308 +Phineas Family, 307 W Sandison St, Wilmington, CA 90744-2049
4644524 +Phoenix Draperies Internationa, Attn Bankruptcy Desk/Managing Agent, Sid Nellis, 2460 Malt Avenue, City of Commerce CA 90040-3202
4644525 +Phoenix Pest Termite Control, Attn Bankruptcy Desk/Managing Agent, P O Box 11067, Phoenix AZ 85061-1067
4644526 +Phoenix Precast Products Inc, Attn Bankruptcy Desk/Managing Agent, 1856 E Deer Valley Road, Phoenix AZ 85024-5605
4303310 +Phong Le, 9498 Verneda Ct, Las Vegas, NV 89147-8206
4644527 +Photo Research LLC, Attn Bankruptcy Desk/Managing Agent, Dennis, 2919 B Mead, Las Vegas NV 89102-0748
4303312 +Phu Duong, 8612 W 72nd Ter, Overland Park, KS 66204-1752
4303313 +Phuong Kim Ong, 8501 University Ave, No. 2085, Las Vegas, NV 89147-6157
4644528 +Phuong Kim Ong, Attn Bankruptcy Desk/Managing Agent, 8501 University Ave, 2085, Las Vegas NV 89147-6174
4303314 +Pickett, Lori A, 5554 Tunis Ave, Las Vegas, NV 89122-7214
4303315 +Picornell Family, 18 Winsor Ct, Sayreville, NJ 08872-1371
4644529 +Pictographics, Attn Bankruptcy Desk/Managing Agent, 4830 W Oquendo, Las Vegas NV 89118-2834
4644530 +Picture Perfect Ent, Attn Bankruptcy Desk/Managing Agent, 702 375 1688, 5046 Spanish Hills Dr, Las Vegas NV 89148-1402
4644531 +Pierce Eislen, Attn Bankruptcy Desk/Managing Agent, 7201 East Camelback Road, Suite 245, Scottsdale AZ 85251-3350
4303317 +Piezon Family, 7430 Cedar Rae Ave, Las Vegas, NV 89131-3392
4303318 +Pillsbury, Jessica, 9044 Sierra Palms Way, Henderson, NV 89074-6968
4303319 +Pimental, David, 3250 Orange Sun, Las Vegas, NV 89135-1765
4303320 +Pin, Gordon, 655 Barbary Pl., Gladstone, OR 97027-4612
4303321 +Pinardi, Jeffrey D., PO Box 11147, Mohave, AZ 86427-1147
4303322 +Pineda, Alberto, 3004 Black Forest Dr., Las Vegas, NV 89102-0607
4303323 +Pineda, Ivan, 311 Paul Ln., Las Vegas, NV 89106-2704
4303324 +Pineda, Jose, 2820 S. Decatur Blvd, Las Vegas, NV 89102-5580
4303325 +Ping Ge, 710 Cayman Ln, Foster City, CA 94404-3770
4303327 Ping, Inc, PO Box 52450, Phoenix, AZ 85072-2450
4303328 +Pinnacle Architectural Studio, 9755 West Charleston Blvd., Las Vegas, NV 89117-7536
4644532 +Pinnacle Architectural Studio, Attn Bankruptcy Desk/Managing Agent, Quinn Boesenecker, 9755 West Charleston Blvd, Las Vegas NV 89117-7536

4303330 +Pinnacle Printing, 3347 South Highland Drive, Las Vegas, NV 89109-3429
4644534 +Pinnacle Printing, Attn Bankruptcy Desk/Managing Agent, 3347 South Highland Drive, Las Vegas NV 89109-3429
4303331 +Pinto, Raul, 314 Clarges Ln, Las Vegas, NV 89110-4901
4303332 +Pioneer Overhead Door, 4046 West Ponerosa Way, Las Vegas, NV 89118-3013
4644535 +Pioneer Overhead Door, Attn Bankruptcy Desk/Managing Agent, 4046 West Ponerosa Way, Las Vegas NV 89118-3013
4644536 +Pioneer Woodworking LTD, Attn Bankruptcy Desk/Managing Agent, Chris, 4125 W Dewey Dr Suite B, Las Vegas NV 89118-2363
4303334 +Piper Plastics, 7260 Dean Martin Drive, Suite 1000, Las Vegas, NV 89118-5233
4644538 +Piper Plastics LLC, Attn Bankruptcy Desk/Managing Agent, 7260 Dean Martin Drive, Suite 1000, Las Vegas NV 89118-5233
4303339 +Pivotal Sandia, L.L.C., 2515 S. Palm Dr., Tempe, AZ 85282-2339
4303340 Pizano-Meza, Sergio, 1842 Estanfor, N Las Vegas, NV 89030
4303341 +Placencia, Raul N, 8401 W. Charleston Blvd. No 2037, Las Vegas, NV 89117-1297
4303342 +Plan B Productions, 1055 N. Victory Place, Burbank, CA 91502-1634
4644542 +Plan B Productions, Attn Bankruptcy Desk/Managing Agent, 1055 N Victory Place, Burbank CA 91502-1634
4644543 Planned Parenthood, Attn Bankruptcy Desk/Managing Agent, Attn Liz, 320 West Charleston, Las Vegas NV 89102
4644544 +Plantworks, Attn Bankruptcy Desk/Managing Agent, 3930 Graphic Center Drive, Las Vegas NV 89118-1764
4303343 +Plasencia H., Oscar, 232 W. Philadelphia No 2, Las Vegas, NV 89102-2843
4644545 +Platinum Finish, Attn Bankruptcy Desk/Managing Agent, 5462 Jacobs Field Street, Las Vegas NV 89148-4616
4303344 +Player Lane Properties LLC, 17821 17th St Ste 193, Tustin, CA 92780-2137
4644546 +Playscapes Inc, Attn Bankruptcy Desk/Managing Agent, Children s Environments, 2600 Daniels Street, Madison WI 53718-6771
4303345 +Plotnick, Robert James, 9349 Dancing Daffodil, Las Vegas, NV 89129-6988
4303346 +Plotnick, Ryan S., 6116 Shadow Springs, Las Vegas, NV 89130-7049
4644547 Plumb Level Art Installation, Attn Bankruptcy Desk/Managing Agent, 4375 W Desert Inn C 219, Las Vegas NV 89102
4303347 +Po & Carol Wong, 253 Crooked Putter Dr, Las Vegas, NV 89148-5265
4303348 +Pocasangre, Mario, 1409 Labrador Dr., Las Vegas, NV 89142-1187
4303349 +Polar Air & Heating, 5030 Harrison Drive, Las Vegas, NV 89120-1031
4644548 +Polar Air Heating, Attn Bankruptcy Desk/Managing Agent, 5030 Harrison Drive, Las Vegas NV 89120-1031
4303350 +Polina Chebotareva, 650 Harvester Course Dr, Las Vegas, NV 89148-4482
4303351 +Polito, Giselle, 2742 Mansville Ave, Henderson, NV 89052-3858
4303352 +Polk, Mark Duane, 2925 W. Campo Bello Dr., Phoenix, AZ 85053-1929
4303354 +Pollack & Associates, c/o Donghia Textiles, 150 Varick Street 10th Fl., New York, NY 10013-1218
4303353 +Pollack & Associates, c/o Donghia Textiles, 101 Henry Adams St. No 144, San Francisco, CA 94103-5213
4644549 +Pollack Associates, Attn Bankruptcy Desk/Managing Agent, c/o Donghia Textiles, 150 Varick Street 10th Fl, New York NY 10013-1218
4644550 +Pollack Associates, Attn Bankruptcy Desk/Managing Agent, c/o Donghia, 101 Henry Adams St 144, San Francisco CA 94103-5213
4303355 +Polly Family, 473 Punto Vallata Dr, Henderson, NV 89011-0845
4644551 +Polo Cleaners, Attn Bankruptcy Desk/Managing Agent, 4985 Port Apache Dr Ste 101, Las Vegas NV 89148-1703
4644552 +Pompeii Furniture, Attn Bankruptcy Desk/Managing Agent, c/o Mitch Zerg Associates, 9860 Gidley St, EL Monte CA 91731-1110
4303356 +Ponce, Karina, 1935 Cruiser Ct, Las Vegas, NV 89156-6970
4303357 +Ponce, Oliberto, 825 N. Lamb No 46, Las Vegas, NV 89110-2317
4303358 +Pondscape Designs, 40 Boardman Poland Road, Youngstown, OH 44512-4601
4303359 +Poole, Kourtney L, 4281 Parkway Lane, Little River, SC 29566-7899
4303361 +Poor Boys Trucking, 20612 N. 36th Ave, Glendale, AZ 85308-2106
4644556 +Portaframe Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 594, Dexter MO 63841-0594
4303362 +Portaframe, Inc, PO Box 594, Dexter, MO 63841-0594
4303363 Posada-Briseno, Felipe, 101 N. 13th St. No. 612, Las Vegas, NV 89101
4303365 +Post Tension of Nevada, 1179 Center Point Dr, Henderson, NV 89074-8816
4644558 +Post Tension of Nevada, Attn Bankruptcy Desk/Managing Agent, 1179 Center Point Dr, Henderson NV 89074-8816
4303366 +Poster Compliance Center, 3687 Mt Diablo Blvd Ste B100, Lafayette, CA 94549-3777
4644559 +Poster Compliance Center, Attn Bankruptcy Desk/Managing Agent, 3687 Mt Diablo Blvd Ste B100, Lafayette CA 94549-3777
4303367 +Pouya Mohajer, 144 Wicked Wedge Way, Las Vegas, NV 89148-2688
4303368 +Powell, James C., 256 S. Lake Havasu Ave Apt. C74 Lake Hav, Lake Havasu City, AZ 86403-6586
4644560 Power Motoryacht, Attn Bankruptcy Desk/Managing Agent, P O Box 57544, Boulder CO 80321-7544
4644561 +Power Plus Inc, Attn Bankruptcy Desk/Managing Agent, 3131 Olive Street, Las Vegas NV 89104-4423
4303370 +Power Plus, Inc, 3131 Olive Street, Las Vegas, NV 89104-4423
4303371 Powerplan, 21310 Network Place, Chicago, IL 60673-1213
4303372 +Pozos Salazar, Miguel, 6948 Donsbach Way No D, Las Vegas, NV 89156-6119
4303373 Prado, Jose R., 277 N. Lamb No F, Las Vegas, NV 89101
4303374 +Prado-Magallanes, Julio A, 3630 E. Owens Ave No 1009, Las Vegas, NV 89110-1053
4303375 +Prashant & Rupali Gupte, or Current Homeowner, 161 Tayman Park Ave., Las Vegas, NV 89148-2836

4644562 Praxair, Attn Bankruptcy Desk/Managing Agent, 310 Praxair Distribution Inc, P O Box 120812 Dept 0812, Dallas TX 75312-0812
4303378 Prem Signh, 9301 Thonder Court, Las Vegas, NV 89149
4644565 Prem Signh, Attn Bankruptcy Desk/Managing Agent, 9301 Thonder Court, Las Vegas NV 89149
4303379 +Premier New Homes, Attn: Summer Betting, 15555 N. 79th Place Suite 200, Scottsdale, AZ 85260-1681
4644567 +Premier New Homes, Attn Bankruptcy Desk/Managing Agent, Attn Summer Betting, 15555 N 79th Place Suite 200, Scottsdale AZ 85260-1681
4644569 +Premier Sportscar Service Inc, Attn Bankruptcy Desk/Managing Agent, 4005 W Dewey Drive, Las Vegas NV 89118-2312
4303381 +Premier Sportscar Service Inc., 4005 W. Dewey Drive, Las Vegas, NV 89118-2312
4644570 +Premier Trust of NV Inc, Attn Bankruptcy Desk/Managing Agent, Custodian for Rene Raynes IRA, 411 Bonneville Suite 1, Las Vegas NV 89101-6632
4644572 Premium Financing Specialists, Attn Bankruptcy Desk/Managing Agent, National Accounts, P O Box 419090, Kansas City MO 64141-6090
4303383 +Present Family, PO Box 92165, Henderson, NV 89009-2165
4303385 +Prestige Flag, 591 Camino de la Reina, Suite 917, San Diego, CA 92108-3146
4644574 +Prestige Plastering Inc, Attn Bankruptcy Desk/Managing Agent, 790 Lake Havasu Ave, Suite 7, Lake Havasu City AZ 86403-2967
4303386 +Pribyl, Anthony, 5450 S Fort Apache Road No 168, Las Vegas, NV 89148-4690
4303387 +Price, Bart, 10001 Peace Way, Las Vegas, NV 89147-8399
4303388 +Priddy, Matthew, 398 Blue Tee Court, Las Vegas, NV 89148-5253
4303389 +Prime Color of Nevada Inc., PO Box 177, Blue Diamond, NV 89004-0177
4303390 +Princeton Advisory Group, 700 Alexander Park Suite 201, Princeton, NJ 08540-6351
4644576 Principal Life, Attn Bankruptcy Desk/Managing Agent, Dept 900, P O Box 14416, Des Moines 50306-3416
4303391 +Principe, Peter, 5421 E Harmon Avenue Q11, Las Vegas, NV 89122-6047
4303392 +Pringle, David J., 2617 Lenna St, Las Vegas, NV 89102-5701
4644577 +Print International, Attn Bankruptcy Desk/Managing Agent, 345 Hudson Street, Fifth Floor, New York 10014-4502
4303393 +Priority Building Services, 521 Mercury Ln., Brea, CA 92821-4831
4303394 +Priscilla & Robert Magsalin, 4792 Frankfurt Ct, Las Vegas, NV 89147-8174
4644578 +Prism LLC, Attn Bankruptcy Desk/Managing Agent, 1222 Silver Knoll Ave, Las Vegas NV 89123-3877
4303395 +Prlina, John, 6225 Racel St, Las Vegas, NV 89131-1908
4644579 +Pro Color Inc, Attn Bankruptcy Desk/Managing Agent, 6280 S Valley View, Suite 110, Las Vegas NV 89118-3814
4644580 +Pro Group Management, Attn Bankruptcy Desk/Managing Agent, 175 East Reno, Suite c9, Las Vegas NV 89119-1102
4644581 +Pro Specialties Group Inc, Attn Bankruptcy Desk/Managing Agent, 8295 Aero Place, Suite 260, San Diego CA 92123-2029
4644582 +Pro Sweep of Las Vegas, Attn Bankruptcy Desk/Managing Agent, 4830 N Serene Drive, Las Vegas NV 89130-1804
4303396 +Pro Tech, 4428 David Rd, Kingman, AZ 86409-2824
4644583 +Pro Tech, Attn Bankruptcy Desk/Managing Agent, 4428 David Rd, Kingman AZ 86409-2824
4303397 +Pro Tect Security, 3511 S.Eastern Avenue, Las Vegas, NV 89169-3314
4644584 +Pro Tect Security, Attn Bankruptcy Desk/Managing Agent, 3511 S Eastern Avenue, Las Vegas NV 89169-3314
4303398 Pro Turf Products, Inc., 1011 E. Alexander Rd., N. Las Vegas, NV 89030-3206
4644585 +Production Plumbing, Attn Bankruptcy Desk/Managing Agent, Robert Kahre, 1555 Bledsoe Lane, Las Vegas NV 89110-1612
4644586 Production Resource Group, Attn Bankruptcy Desk/Managing Agent, PRG Scenic Technologies, P O Box 41261, Santa Ana CA 92799-1261
4303399 +Professional Billing Ltd, 59 Big Creek Ct, Las Vegas, NV 89148-2799
4303400 +Professional Document Products, 3371 W. Oquendo Road, Las Vegas, NV 89118-3197
4644587 +Professional Document Products, Attn Bankruptcy Desk/Managing Agent, 3371 W Oquendo Road, Las Vegas NV 89118-3197
4303401 Professional Door & Millworks, 2951 Morion Dr Ste No. 117B, Las Vegas, NV 89115
4644588 Professional Door Millworks, Attn Bankruptcy Desk/Managing Agent, Sandy, 2951 Morion Dr Ste 117B, Las Vegas NV 89115
4303402 Professional Golfers Assoc., PGA of America, PO Box 30017, Tampa, FL 33630-3017
4644589 +Progressive Business Pub, Attn Bankruptcy Desk/Managing Agent, 370 Technology Drive, PO Box 3019, Malvern PA 19355-0719
4644591 Progressive Wholesales, Attn Bankruptcy Desk/Managing Agent, PO BOX 95127, Las Vegas NV 89193-5127
4303404 +Prokopchuk, Scott, 760 San Jacoma Pl, Las Vegas, NV 89138-7568
4303406 +Promotions & Event Management, 3390 Wynn Road, Suite A, Las Vegas, NV 89102-8203
4644592 +Promotions Event Management, Attn Bankruptcy Desk/Managing Agent, INC, 3390 Wynn Road Suite A, Las Vegas NV 89102-8203
4644593 +Property Management Systems, Attn Bankruptcy Desk/Managing Agent, Tops Software, 364 C Christopher Avenue, Gaithersburg MD 20879-3512
4303407 +Props By Chefs LLC, 1417 Romanesca Dr, Henderson, NV 89052-5517
4303408 +Proshop Motorsports And Marine, 575 West Lake Mead Parkway, Henderson, NV 89015-7015
4303410 Protection One, PO Box 5714, Carol Stream, IL 60197-5714
4303409 +Protection One, 353 Pilot Rd. Ste. No B, Las Vegas, NV 89119-3520
4644594 +Province Real Estate Advisors, Attn Bankruptcy Desk/Managing Agent, 2275 Corporate Circle, Suite 275, Henderson NV 89074-7766
4303411 +Prudential Americana Group, Christopher Koman - Realtor, 7475 W. Sahara Ave, Ste 100, Las Vegas, NV 89117-2768

4644595 +Prudential Americana Group, Attn Bankruptcy Desk/Managing Agent, Christopher Koman Realtor, 7475 W Sahara Ave Ste 100, Las Vegas NV 89117-2768
4644596 +Prudential Mohave Realtors, Attn Bankruptcy Desk/Managing Agent, 2202 Stockton Hill Rd Suite C, Kingman AZ 86401-4622
4303412 +Prudential Mohave, Realtors, 2202 Stockton Hill Rd., Suite C, Kingman, AZ 86401-4622
4303413 +Prudential Overall Supply, 3915 West Hacienda, Las Vegas, NV 89118-1786
4303414 +Prudential Overall Supply, PO box 11210, Santa Ana, CA 92711-1210
4644597 +Prudential Overall Supply, Attn Bankruptcy Desk/Managing Agent, 3915 West Hacienda, Las Vegas NV 89118-1786
4303415 +Prus Family, 7111 S Durango Dr Unit 102, Las Vegas, NV 89113-2050
4303418 +Puckett, Jason, 2090 Western Ave, Norco, CA 92860-2562
4303419 +Pudwill, Dennis, 38 Hookrum Loop Evening Shade, AR 72532, Evening Shade, AZ 72532-9387
4303420 +Puerta, Jose, 217 Jackson, Las Vegas, NV 89106-3021
4303422 +Pulido Construction, 3540 Sahara Ave No 572, Las Vegas, NV 89102-5816
4644598 +Pulido Construction, Attn Bankruptcy Desk/Managing Agent, 3540 Sahara Ave 572, Las Vegas NV 89102-5816
4303424 +Pulido Fuentes, Raul, 120 Frad Ave, North Las Vegas, NV 89031-4000
4303425 +Pulido, Jose Luis, 6025 Bryce Canyon Ave, Las Vegas, NV 89156-5860
4644600 +Putting Greens Direct of NV, Attn Bankruptcy Desk/Managing Agent, 5550 S Cameron Suite H, Las Vegas NV 89118-6221
4303428 +Q Media, 8565 W Craig Rd, Las Vegas, NV 89129-2201
4644601 +Q Media, Attn Bankruptcy Desk/Managing Agent, 8565 W Craig Rd, Las Vegas NV 89129-2201
4303429 +QED and Reel Sound, LLC, 1111 Mary Crest Dr. Suite P, Henderson, NV 89074-8747
4303455 +QVS, 2731 Crimson Canyon, Las Vegas, NV 89128-0803
4644620 +QVS, Attn Bankruptcy Desk/Managing Agent, 2731 Crimson Canyon, Las Vegas NV 89128-0803
4303430 +Qiong Tang, 4790 Lone Mesa Dr, Las Vegas, NV 89147-7931
4303431 Qualcomm, File No. 54210, Los Angeles, CA 90074-4210
4644603 +Quality Built, Attn Bankruptcy Desk/Managing Agent, 12725 Stowe Dr, Poway CA 92064-6821
4303433 +Quality Cabinets, 865 Pilot Rd, Las Vegas, NV 89119-3726
4303432 Quality Cabinets of Nevada, Lock Box 842520, Dallas, TX 75284-2520
4644604 Quality Cabinets of Nevada, Attn Bankruptcy Desk/Managing Agent, 865 Pilot Road, Lock Box 842520, Dallas TX 75284-2520
4644605 +Quality Carpet Upholst Clean, Attn Bankruptcy Desk/Managing Agent, Mike, 5700 Negril Ave, Las Vegas NV 89130-7210
4644606 Quality Concrete Surfaces, Attn Bankruptcy Desk/Managing Agent, Jon Forsyth, 347 S 700 W C, Cedar City UT 84720
4644607 +Quality Design Products LLC, Attn Bankruptcy Desk/Managing Agent, Joe Ervin, 6373 Industrial Road, Las Vegas AZ 89118-3842
4303434 Quality Ford Trucks, 4150 Donaven Way, Las Vegas, NV
4644608 Quality Ford Trucks, Attn Bankruptcy Desk/Managing Agent, 4150 Donaven Way, Las Vegas NV
4303435 +Quality Impressions, 6295 Harrison Dr., Suite 29, Las Vegas, NV 89120-4096
4644609 +Quality Impressions, Attn Bankruptcy Desk/Managing Agent, 6295 Harrison Dr, Suite 29, Las Vegas, NV 89120-4096
4303436 +Quality Inn, 1400 E. Andy Devine Ave., Kingman, AZ 86401-6254
4644610 +Quality Inn, Attn Bankruptcy Desk/Managing Agent, 1400 E Andy Devine Ave, Kingman AZ 86401-6254
4644611 Quality Interiors Inc, Attn Bankruptcy Desk/Managing Agent, Rick Merigold President, 104 S Maple Street, Corona CA 92880-1704
4303437 Quality Interiors, Inc, 104 S. Maple Street, Corona, CA 92880-1704
4644612 +Quality Screen Print Corp, Attn Bankruptcy Desk/Managing Agent, 127 Jefferson NE Ste B, Albuquerque NM 87108-1477
4303440 +Quality Wood Products, 3001 N. Nellis, Las Vegas, NV 89115-3412
4644614 +Quality Wood Products, Attn Bankruptcy Desk/Managing Agent, 3001 N Nellis, Las Vegas NV 89115-3412
4303441 Quantum Collections, PO Box 364389, North Las Vegas, NV 89036-8389
4644615 Quantum Collections, Attn Bankruptcy Desk/Managing Agent, P O BOX 364389, North Las Vegas NV 89036-8389
4644616 +Quantum Resources, Attn Bankruptcy Desk/Managing Agent, Sharon/Steve, 13030 Inglewood Ave 200, Hawthorne CA 90250-5177
4303442 Quest Diagnostics, PO Box 79025, Phoenix, AZ 85062-9025
4644617 Quest Diagnostics, Attn Bankruptcy Desk/Managing Agent, P O Box 79025, Phoenix AZ 85062-9025
4303443 +Quezada, Jose, 213 Stanford St, Las Vegas, NV 89107-1849
4303444 Quick Crete Products Crp, PO Box 639, Norco, CA 92860-0639
4644618 Quick Crete Products Crp, Attn Bankruptcy Desk/Managing Agent, P O Box 639, Norco CA 92860-0639
4303445 +Quicks Radiator Service, 2925 N. Las Vegas Blvd., Suite A-B, N. Las Vegas, NV 89030-5758
4644619 +Quiet Technology Systems, Attn Bankruptcy Desk/Managing Agent, David Dempsey, 255 N Pasadena Street, Gilbert AZ 85233-4515
4303446 +Quiles, Moises, 2945 Clifford No 104, Las Vegas, NV 89115-3100
4303447 +Quinn, Mark, 2608 Los Verdes, Las Vegas, NV 89102-5900
4303448 +Quinncie & Khanh Do, PO Box 769, Rosemead, CA 91770-0769
4303449 +Quinones Alvarez, Marcelo, 8117 N Tenaya Way, N Las Vegas, NV 89131-1603
4303450 +Quinones-Zuniga, Heriberto, 5685 W. Rochelle No 108, Las Vegas, NV 89103-3441
4303451 +Quinonez, Jesus R., 3312 Deacon Ave, Las Vegas, NV 89101-1806
4303452 +Quintana, Antonio, 8109 Hercules Dr, Las Vegas, NV 89128-2014
4303453 +Quira Manthei, 4655 Hamburg St, Las Vegas, NV 89147-6011
4303454 +Quiroz-M., Jaime, 7626 Lone Mountain Rd No 14, Las Vegas, NV 89129-5342
4303457 R Brian Roces, 7173 Durango St, Las Vegas, NV 89120
4303458 +R F 2 Investments LLC, PO Box 400686, Las Vegas, NV 89140-0686

4303460 +R Family, 6257 Mighty Flotilla Ave, Las Vegas, NV 89139-6408
4303459 +R Family, 588 Via Colmo Ave, Henderson, NV 89011-0863
4303462 +R M & Susan Ameng, PO Box 1304, Las Vegas, NV 89125-1304
4644621 +R O I Appraisal Ltd, Attn Bankruptcy Desk/Managing Agent, 2700 East Sunset Road Ste C 20, Las Vegas NV 89120-3506
4303463 +R P L Consulting Group LLC, 256 N Racetrack Rd, Henderson, NV 89015-5608
4644622 +R P Weddell Sons Co, Attn Bankruptcy Desk/Managing Agent, 4945 E Carey, Las Vegas NV 89115-5531
4644623 +R R Equities LLC, Attn Bankruptcy Desk/Managing Agent, 5238 Spring Canyon Street, North Las Vegas NV 89081-2916
4644624 +R Ranch Ventures, Attn Bankruptcy Desk/Managing Agent, c/o of Irma Au, 1385 Sierra Madre Villa Avenue, Pasadena CA 91107-1532
4303465 +R Ranch Ventures, c/o of Irma Au, 1385 Sierra Madre Villa Avenue, Pasadena, CA 91107-1532
4644625 +R Ranch Ventures LLC, Attn Bankruptcy Desk/Managing Agent, c/o Irma Au, 1385 Sierra Madre Villa Avenue, Pasadena CA 91107-1532
4303464 +R Ranch Ventures LLC, 531 Towne Ave, Los Angeles, CA 90013-2126
4644626 +R S Herman Architects Inc, Attn Bankruptcy Desk/Managing Agent, 6009 Melrose Ave, Los Angeles CA 90038-3651
4644627 +R Scott Dugan Appraisal Co, Attn Bankruptcy Desk/Managing Agent, 6767 W Tropicana, Suite 110, Las Vegas NV 89103-4755
4644628 +R W Turner Sons, Attn Bankruptcy Desk/Managing Agent, Pump Windmill Co Inc, 3471 Hwy 89N, Chino Valley AZ 86323-5105
4303466 +R&R Products, 3334 E. Milber Street, Tuscon, AZ 85714-2029
4303467 +R. Scott Dugan Appraisal Co., 6767 W. Tropicana, Suite No 110, Las Vegas, NV 89103-4755
4303468 +R.O. Truck & Equiptment, Inc., 4120 Losee Rd, North Las Vegas, NV 89030-3302
4303469 +R.S. Herman Architects, Inc, 6009 Melrose Ave., Los Angeles, CA 90038-3651
4303470 +R.W. Turner & Sons, Pump & Windmill Co., Inc, 3471 Hwy 89N, Chino Valley, AZ 86323-5105
4303582 +RBC Builder Finance, 11011 Richmond Avenue, Suite 850, Houston, TX 77042-6792
4644644 +RBC Builder Finance, Attn Bankruptcy Desk/Managing Agent, 11011 Richmond Avenue, Suite 850, Houston TX 77042-6792
4644645 +RBF Consulting, Attn Bankruptcy Desk/Managing Agent, 14725 Altron Pkwy, Irvine CA 92618-2069
4644646 +RCD MECHANICAL, Attn Bankruptcy Desk/Managing Agent, Tim Naas, 1820 Willow Trail, Las Vegas NV 89108-1927
4303583 +RCD Mechanical, Inc., 1820 Willow Trail, Las Vegas, NV 89108-1927
4303584 +RCR Plumbing & Mechanical Inc., 5165 Schrills, Las Vegas, NV 89118-1625
4644647 +RCR Plumbing Mechanical Inc, Attn Bankruptcy Desk/Managing Agent, Tom Powers, 5165 Schrills, Las Vegas NV 89118-1625
4644648 +RCS Real Estate Appraisal, Attn Bankruptcy Desk/Managing Agent, Red Cliffs Professional Park, 321 North Mall Drive Ste X 101, St George UT 84790-7343
4644649 +RD Cust Welding Fabrication, Attn Bankruptcy Desk/Managing Agent, 1953 Lucille, Kingman AZ 86401-4628
4303585 RDO Equipment Co, Powerplan OIB, 21310 Network Place, Chicago, IL 60673-1213
4644675 +REEF Colonial LLC, Attn Bankruptcy Desk/Managing Agent, c/o The Equity Group, P O Box 98813, Las Vegas NV 89193-8813
4303615 +REEF Colonial, LLC, c/o The Equity Group, 8367 W. Flamingo , Suite 201, Las Vegas, NV 89147-4153
4303616 +REEF Colonial, LLC, c/o The Equity Group, PO Box 98813, Las Vegas, NV 89193-8813
4644706 +RGR Group LLC, Attn Bankruptcy Desk/Managing Agent, 6763 W Charleston Blvd, Las Vegas NV 89146-1049
4303678 RH Donnelley, 8400 Innovation Way, Chicago, IL 60682-0084
5106470 +RHODES RANCH ASSOCIATION, INC., C/O KIRBY C. GRUCHOW, JR., ESQ., LEACH JOHNSON SONG & GRUCHOW, 5495 SOUTH RAINBOW BOULEVARD, SUITE 202, LAS VEGAS, NV 89118-1873
4644736 RKA Enterprises, Attn Bankruptcy Desk/Managing Agent, Sign Xpress, 3271 S Highland Dr 711, Las Vegas NV 89109-1051
4644737 +RMI Management LLC, Attn Bankruptcy Desk/Managing Agent, Lisa Smith, 630 Trade Center Drive, Las Vegas NV 89119-3712
4303791 +RNM Architecture, 4611 Teller Avenue, Newport Beach, CA 92660-2104
4644738 +RNM Design Inc, Attn Bankruptcy Desk/Managing Agent, 2 Corporate Park Suite 100, Irvine CA 92606-5103
4303792 +RNM Design, Inc., 2 Corporate Park Suite 100, Irvine, CA 92606-5103
5478915 +ROBERT RAY EDGAR, 791 MIDDLEGATE ROAD, HENDERSON, NV 89011-2636
4644773 ROLLables Ink, Attn Bankruptcy Desk/Managing Agent, P O Box 201, Palmyra NJ 08065-0201
4644787 +ROSEDALE CLO II LTD, Attn Bankruptcy Desk/Managing Agent, Troy Isaksen, 700 Alexander Park Suite 201, Princeton, NJ 08540-6351
4644788 +ROSEDALE CLO LTD, Attn Bankruptcy Desk/Managing Agent, Troy Isaksen, 700 Alexander Park Suite 201, Princeton, NJ 08540-6351
4304070 +RS Consulting, PO Box 50511, Parks, AZ 86018-0511
4644802 +RS Consulting, Attn Bankruptcy Desk/Managing Agent, P O Box 50511, Parks AZ 86018-0511
4304071 +RS Crow, 21300 River Road, Perris, CA 92570-8390
4644803 +RSM McGladrey Inc, Attn Bankruptcy Desk/Managing Agent, 300 S 4th Street, Suite 600, Las Vegas NV 89101-6017
4304073 +RSM McGladrey, Inc., 300 S. 4th Street, Suite 600, Las Vegas, NV 89101-6017
4304074 +RSVP Party Rentals Inc., 4445 S. Valley View No. 7, Las Vegas, NV 89103-4025
4644804 +RSVP Party Rentals, Attn Bankruptcy Desk/Managing Agent, 4445 S Valley View Suite 7, Las Vegas NV 89103-4025
4644805 +RTS Concrete, Attn Bankruptcy Desk/Managing Agent, Robert, 4524 Orange Heights Streets, Las Vegas NV 89129-3260
4304104 RUSH TRUCK CENTER, Regions Interstate Billing Center, Dept. 1265 PO Box 2153, Birmingham, AL 35287-1265

4644808 +RVI Planning, Attn Bankruptcy Desk/Managing Agent, 712 Congress Avenue Ste 30, Austin TX 78701-3291
4644809 +RVI Planning Landscape Arch, Attn Bankruptcy Desk/Managing Agent, 712 Congress Ave, Suite 300, Austin TX 78701-3260
4303471 +Rachael Brown, 1092 Via Corto St, Henderson, NV 89011-0887
4303472 +Rachel & Song Ngo, 157 Short Ruff Way, Las Vegas, NV 89148-5259
4303473 +Rachelle Rabago, 217 Via Franciosa Dr, Henderson, NV 89011-0850
4303474 +Rafael & Elsa Alaban, 2804 Fresno St, Santa Clara, CA 95051-3724
4303475 +Rafael Madrid-Leyva, 5222 Starter St, Las Vegas, NV 89156-5673
4303476 +Rafael Serrano, 7163 S Durango Dr Unit 205, Las Vegas, NV 89113-2045
4303477 +Rafael Vazquez-Hernandez, 2244 Statz St, N Las Vegas, NV 89030-6042
4303478 +Rafael Vergara, 3917 Nellis Blvd No 221, Las Vegas, NV 89115-2786
4303479 +Rafaela, Socrates Ivan, 4022 Silver Dollar No 104, Las Vegas, NV 89102-7577
4303480 +Rafik & Irina Kasparian, 10387 Grizzly Forest Dr, Las Vegas, NV 89178-3522
4644629 +Rags To Riches Inc, Attn Bankruptcy Desk/Managing Agent, Pete Aguilar, 5420 S Cameron Suite 109, Las Vegas NV 89118-2252
4303481 +Rahill, Peter, 9683 Kampsville Road, Las Vegas, NV 89148-5747
4644630 +Rain 2 Day Inc, Attn Bankruptcy Desk/Managing Agent, 4850 E Cartier Ave, Las Vegas NV 89115-4509
4303482 +Rain 2 Day Inc., 4850 E. Cartier Ave., Las Vegas, NV 89115-4509
4303483 +Rain 2 Day Inc., 7065 W Ann Rd Ste No 130-438, Las Vegas, NV 89130-3865
4644631 +Rainbow International, Attn Bankruptcy Desk/Managing Agent, 6442 Windy Street 2, Las Vegas NV 89119-3212
4303484 +Rajender Thakran, 14762 Kinai Rd, Apple Valley, CA 92307-5120
4303485 +Rajinder Bajwa, 3247 Vintage Oaks Ct, San Jose, CA 95148-3825
4644632 +Rakeman Plumbing, Attn Bankruptcy Desk/Managing Agent, 3823 Losee Road, North Las Vegas NV 89030-3326
4303486 +Ralp Productions, 151 Haskins Way, Unit E, South San Francisco, CA 94080-6200
4303487 +Ralph & Alice Zanfardino, 9050 W Warm Springs Rd Unit 1178, Las Vegas, NV 89148-3832
4303488 +Ralph & Fely Powelson, 7616 McNulty Ave, Winnetka, CA 91306-2129
4303489 +Ralph & Kathleen Keeling, 4839 Lames Dr, Las Vegas, NV 89122-1906
4303490 +Ralph & Lois Nicosia, 973 Via Columbo St, Henderson, NV 89011-0108
4303491 Ralph & Patricia Ramsay, 2314 Martell Ln N W, Emonton Alberta Canada T6R 0, 00000
4303492 +Ralph & Pearl Perry, 7147 S Durango Dr Unit 105, Las Vegas, NV 89113-2027
4303493 +Ralph & Tammy Neely, 9498 Castillana Ct, Las Vegas, NV 89147-8208
4303494 Ralph Jones Display, 2576 East Charleston Blvd, Las Vegas, NV 89104-2323
4644633 Ralph Jones Display, Attn Bankruptcy Desk/Managing Agent, 2576 East Charleston Blvd, Las Vegas NV 89104-2323
4644634 +Ralph Productions, Attn Bankruptcy Desk/Managing Agent, 151 Haskins Way Unit E, South San Francisco CA 94080-6200
4303496 +Ralph Waroe, 3558 Procyon St, Las Vegas, NV 89103-1908
4303497 +Ralph Waroe, 54 Suklly Creek Ct, Las Vegas, NV 89148-2774
4303498 +Ralston, William, 385 Fynn Valley Dr, Las Vegas, NV 89148-4454
4303499 +Raman Kapur, 470 Sierra Ave, Mountain View, CA 94041-2143
4303500 +Ramesh & Renu Khitri, 1065 Via Canale Dr, Henderson, NV 89011-0803
4303501 +Rami & Bonnie Avischai, 8665 Martinique Bay Ln, Las Vegas, NV 89147-6554
4303502 +Ramiel & Elsie Gutierrez, 28 Nelson Ct, Daly City, CA 94015-2820
4303503 +Ramierez Munguia, Sebastian, 2508 Stanley, N Las Vegas, NV 89030-7226
4303504 Ramierez-Lopez, Antelmo, 2215 Englestar, Las Vegas, NV 89105
4303505 +Ramirez Family, 7717 Falconwing Ave, Las Vegas, NV 89131-8206
4303506 +Ramirez Hernandez, Diego, 2300 Poplar, Las Vegas, NV 89101-4011
4303507 Ramirez, Andres, 709 Delta Wilson, Las Vegas, NV 89101
4303508 +Ramirez, Byron, 4054 Vicenta Ct, Las Vegas, NV 89115-8217
4303509 +Ramirez, Edmond, 10913 Calistoga Springs Ct, Las Vegas, NV 89144-4007
4303510 +Ramirez, Fidel, 5464 Stacked Chips Rd, Las Vegas, NV 89122-2663
4303511 +Ramirez, Francisco, 174 Emden Dr., Henderson, NV 89015-5636
4303512 +Ramirez, Jaimez A., 2421 Statz, N Las Vegas, NV 89030-6022
4303513 +Ramirez, Jose A, 211 Paul Ave, Las Vegas, NV 89106-2703
4303515 +Ramirez, Juan, 2916 Bassler St, North Las Vegas, NV 89030-5233
4303514 +Ramirez, Juan, 2817 Holmes St, North Las Vegas, NV 89030-5245
4303516 +Ramirez, Julian, 3409 Blake Ave, Las Vegas, NV 89030-4639
4303517 +Ramirez, Luis Fernando, 2895 E. Charleston No 1101, Las Vegas, NV 89104-6633
4303518 +Ramirez, Maria De Lourdes, 604 N. 9th St, Las Vegas, NV 89101-2506
4303519 +Ramirez, Mario A, 1700 Leslie Ave, Las Vegas, NV 89101-2104
4303520 +Ramirez, Roberto, 508 Julian St., No A, Las Vegas, NV 89101-8047
4303521 +Ramirez, Roberto, 528 Julian St., No A, Las Vegas, NV 89101-8052
4303522 +Ramirez, Samuel, 1886 Shannon Christine Dr, Las Vegas, NV 89104-5045
4303523 +Ramirez, Victor, 4509 San Joaquin, Las Vegas, NV 89102-0627
4303524 +Ramirez-Aguilar, Oscar, 2806 Tonopah Ave, North Las Vegas, NV 89030-7392
4303525 +Ramirez-De La Torre, Francisco, 320 Maggie Brook Ave, Henderson, NV 89015-6351
4303526 +Ramirez-Quirarte, Sabas, 2404 St. George St., North Las Vegas, NV 89030-5454
4303527 Ramirez-Rivera, Rigoberto, 709 Delta Wilson, Las Vegas, NV 89101
4303528 +Ramirez-Sanchez, Crecencio, 2933 Salt Lake, N Las Vegas, NV 89030-5438
4303529 +Ramirez-Tlahuetl, Leonel, 3153 Downing Pl, Las Vegas, NV 89121-5628
4303530 +Ramirez-Torres, Salvador, 1814 S. Fairfield, Las Vegas, NV 89102-2816
4303531 +Ramiro Cancino, 1608 Putnam No A, N Las Vegas, NV 89030-1818
4303532 Ramiro Velay, 4021 Paula St., Las Vegas, NV 89103
4303534 +Ramon Nakhla, 9796 Waukegan Ave, Las Vegas, NV 89148-5746
4303535 +Ramon Sanchez, 162 Wicked Wedge Way, Las Vegas, NV 89148-2688
4303536 +Ramoncito & Socorro Formoso, 187 Crooked Putter Dr, Las Vegas, NV 89148-5228

4303537 +Ramos Alvarez, Jose Alfredo, 2200 Torrey Pines Dr. No 2108, Las Vegas, NV 89108-3386
4303538 +Ramos Solorzano, Manuel, 4523 Calico Cliff Ct, N Las Vegas, NV 89031-4335
4303539 +Ramos, Eleazar, 3301 Civic Center Dr. No 17 D, North Las Vegas, NV 89030-8153
4303540 +Ramos, Locadio, 2233 McCarran St. No A, North Las Vegas, NV 89030-6249
4303541 +Ramos, Mauricio, 2200 N. Torrey Pines Dr. No 2108, Las Vegas, NV 89108-3386
4303542 +Ramos, Peter, 3647 N. Hoover Rd., Golden Valley, AZ 86413-8600
4303543 +Ramos, Woody, 8958 Rufina, Las Vegas, NV 89148-4942
4303545 +Ramos-Estrada, Israel, 500 W. Miller No 182, N Las Vegas, NV 89030-8624
4303544 +Ramoser, Michael, 1190 Nakoa Court, Henderson, NV 89002-8560
4303546 +Ramy Salch, 16144 Bighorn Ct, Chino Hills, CA 91709-3392
4303547 +Ranch Rhodes, 4730 S Fort Apache Rd Ste 300, Las Vegas, NV 89147-7947
4303549 +Randall & Anita Warren, 2368 Pieper Ln, Tustin, CA 92782-1290
4644636 Random Lengths, Attn Bankruptcy Desk/Managing Agent, P O Box 867, Eugene OR 97440-0867
4303551 +Randy & Deborah Rolfsness, 538 Via Ripagrande Ave, Henderson, NV 89011-0816
4303553 +Randy & Wesley Marx, 145 Wicked Wedge Way, Las Vegas, NV 89148-2689
4303555 +Randy Hughes, 1050 Via Di Olivia St, Henderson, NV 89011-0810
4303556 +Randy Verhoeven, 5468 W. Chino Rd., Golden Valley, AZ 86413-7952
4303557 Rangle-Estrella, Hugo, 1916 Cindy Sue No D, Las Vegas, NV 89106
4644637 +Ransom Benjamin Publishers, Attn Bankruptcy Desk/Managing Agent, P O Box 160,
Mystic CT 06355-0160
4303558 +Ransom, Lucienne, 1657 Bent Arrow Drive, N Las Vegas, NV 89031-1559
4303559 +Ransom, Wendy L., 124 Water Hazard Lane, Las Vegas, NV 89148-5261
4303560 +Raphail & Ludmilla Rubinov, 917 Via Stellato St, Henderson, NV 89011-0856
4644638 +Rapid Color Inc, Attn Bankruptcy Desk/Managing Agent, 3314 South Highland Drive,
Las Vegas NV 89109-3427
4303561 +Rapid Color, Inc., 3314 South Highland Drive, Las Vegas, NV 89109-3427
4303562 +Rapid Refill Ink, 7375 S. Durango Dr., Las Vegas, NV 89113-3607
4644639 +Rapid Refill Ink, Attn Bankruptcy Desk/Managing Agent, 7375 S Durango Dr,
Las Vegas NV 89113-3654
4303563 +Raquel Bonsignore, 1020 Via Dupre St, Henderson, NV 89011-0812
4303564 +Raquel Nash, 1865 N. Walnut Rd. Apt 105, Las Vegas, NV 89115-6468
4644640 +Raquel Nash, Attn Bankruptcy Desk/Managing Agent, 1865 N Walnut Rd Apt 105,
Las Vegas NV 89115-6468
4303565 +Rau, David E., 3114 E Claremont Ave, Phoeniz, AZ 85016-2356
4303566 +Raul Ang, 7510 Arborcrest Ave, Las Vegas, NV 89131-3365
4303567 +Raul Machin, 9050 W Tropicana Ave Unit 1097, Las Vegas, NV 89147-8187
4303568 +Ray Laymon, 7131 S Durango Dr Unit 208, Las Vegas, NV 89113-2071
4644641 +Ray M Chavarria, Attn Bankruptcy Desk/Managing Agent, 1052 Via Canale Drive,
Henderson NV 89011-0802
4303569 +Ray M. Chavarria, 1052 Via Canale Drive, Henderson, NV 89011-0802
4303570 Ray Mhelona, 7195 S. Durango Drive, Ste 105, Las Vegas, NV 89113
4303572 +Raymon Falzone, 7189 S Durango Dr Unit 202, Las Vegas, NV 89113-2021
4303573 +Raymond & Marie Collins, 130 Chestnut St, Camden, ME 04843-2226
4303574 Raymond & Patricia Danton, 75 Pacific Dr, Port Macquarie Nsw 2444, 00000
4303575 +Raymond Almanzan, 940 Via Canale Dr, Henderson, NV 89011-0828
4303576 +Raymond Aragon, 973 Via Stellato St, Henderson, NV 89011-0858
4303577 +Raymond Cortenbach, 10620 Southern Highlands Pkwy, Las Vegas, NV 89141-4371
4644642 +Raymond Delia Valdez, Attn Bankruptcy Desk/Managing Agent, 49 Hunt Valley Trail,
Henderson NV 89052-6673
4303579 +Raymond Mielniczek, 1124 Via Canale Dr, Henderson, NV 89011-0804
4303580 +Raymund Eusebio, 308 Palm Trace Ave, Las Vegas, NV 89148-2733
4303581 +Razmic & Elda Setaghaian, 700 Roselli St, Burbank, CA 91501-2530
4644689 +ReMax One, Attn Bankruptcy Desk/Managing Agent, 5135 Camino El Norte,
North Las Vegas NV 89031-2391
4644690 +ReMax Realty, Attn Bankruptcy Desk/Managing Agent, 4435 S Buffalo Dr,
Las Vegas NV 89147-5006
4303587 +Reachi-Mayo, Jose, 5408 Del Ray Ave, Las Vegas, NV 89146-1319
4644651 +Real Estate Advertising Serv, Attn Bankruptcy Desk/Managing Agent, 4520 Enterprise Street,
Fremont CA 94538-6315
4303588 +Real Estate Broker, Jess Medina, 7445 S. Durango Dr. Ste 104, Las Vegas, NV 89113-3611
4644652 +Real Estate Broker, Attn Bankruptcy Desk/Managing Agent, Jess Medina,
7445 S Durango Dr Ste 104, Las Vegas NV 89113-3611
4303589 +Real Estate Economics, 30131 Town Center Drive, Ste 270, Laguna Niguel, CA 92677-2082
4644653 +Real Estate Economics, Attn Bankruptcy Desk/Managing Agent, 30131 Town Center Drive,
Ste 270, Laguna Niguel CA 92677-2082
4303590 Real Estate Temps, PO Box 18857, Irvine, CA 92623-8857
4644654 Real Estate Temps, Attn Bankruptcy Desk/Managing Agent, 2465 Campus Dr 1st FL, PO Box 18857,
Irvine CA 92623-8857
4644655 +Realm of Design Inc, Attn Bankruptcy Desk/Managing Agent, 1188 Center Point Drive,
Henderson NV 89074-8748
4644656 +Realty 600, Attn Bankruptcy Desk/Managing Agent, 1840 Glendale Blvd,
Los Angeles CA 90026-1762
4303591 +Realty Executives, 2601 Stockton Hill Road, Suite B, Kingman, AZ 86401-4192
4644657 +Realty Executives, Attn Bankruptcy Desk/Managing Agent, 2601 Stockton Hill Road, Suite B,
Kingman AZ 86401-4192
4644658 +Realty West Inc, Attn Bankruptcy Desk/Managing Agent, nicole, 1100 Mary Crest Road,
Henderson NV 89074-7816
4303593 +Ream, Gail Rothstein, 476 Newberry Springs Dr, Las Vegas, NV 89148-4474
4303594 Rebecca Gober, Psc 94 Box 1301, APO, AE 09824

4644660 +Rebel Oil, Attn Bankruptcy Desk/Managing Agent, 2200 S Highland Dr, Las Vegas, NV 89102-4629
4303596 +Rebel Oil Co., Inc., 2200 South Highland Dr., Las Vegas, NV 89102-4629
4303597 +Rebel Party Rental, 4231 Bertos Drive, Las Vegas, NV 89103-3738
4644662 +Rebel Party Rental, Attn Bankruptcy Desk/Managing Agent, 4231 Bertos Drive, Las Vegas NV 89103-3738
4303598 +Rebel Party Rentals, 4215 Bertsos Drive, Las Vegas, NV 89103-3791
4303600 Recall, PO Box 101057, Atlanta, GA 30392-1057
4303599 Recall Total Information, Management, Inc., PO Box 841693, Dallas, TX 75284-1693
4644663 Recall Total Information, Attn Bankruptcy Desk/Managing Agent, Management Inc, PO Box 841693, Dallas TX 75284-1693
4644664 +Recat Inc, Attn Bankruptcy Desk/Managing Agent, 325 West Rider St, Perris CA 92571-3247
4303601 Recendiz-Gonzalez, Romaldo, 465 Frederick Ave, Las Vegas, NV 89106
4303602 +Red Apple Grill, 1989 Redwood Street, Las Vegas, NV 89146-2912
4644665 +Red Apple Grill, Attn Bankruptcy Desk/Managing Agent, 1989 Redwood Street, Las Vegas NV 89146-2912
4303603 Red Bull North America Inc., Dept 9691, Los Angeles, CA 90084-9691
4303604 Red Burn Tire Company, PO Box 14828, Phoenix, AZ 85063-4828
4644666 +Red Lion Hotel, Attn Bankruptcy Desk/Managing Agent, 1021 NE Grand Avenue, Portland OR 97232-2060
4644667 +Red Rock Mechanical LLC, Attn Bankruptcy Desk/Managing Agent, 6311 Dean Martin Dr, Las Vegas NV 89118-3842
4303605 +Red Rock Mechanical, LLC, 6311 Dean Martin Dr., Las Vegas, NV 89118-3842
4303606 +Red Rose Roofing, 4530 N. Walnut Rd., N. Las Vegas, NV 89081-2735
4644668 +Red Rose Roofing, Attn Bankruptcy Desk/Managing Agent, 4530 N Walnut Rd, N Las Vegas NV 89081-2735
4644669 +Red Star Automotive, Attn Bankruptcy Desk/Managing Agent, 2147 North Decatur, Las Vegas NV 89108-2909
4303609 +Redburn, 4710 East Cartier, Las Vegas, NV 89115-4504
4303608 Redburn Tire Company, PO Box 14828, Phoenix, AZ 85063-4828
4303607 +Redburn Tire Company, 4710 East Cartier, Las Vegas, NV 89115-4504
4644671 Redburn Tire Company, Attn Bankruptcy Desk/Managing Agent, 4710 East Cartier NV 89115, PO BOX 14828, Phoenix AZ 85063-4828
4644670 +Redburn Tire Company, Attn Bankruptcy Desk/Managing Agent, 3801 W Clarendon Ave, Phoenix, AZ 85019-3783
4303610 +Redden, Charlton P., 39 Fantasia Ln, Henderson, NV 89074-3323
4303611 +Reddy Ice - Las Vegas, 1201 Searles Ave., Las Vegas, NV 89101-1199
4303612 +Redman, Wallace, PO Box 9564, Pahrump, NV 89060-9564
4644672 +Redrock, Attn Bankruptcy Desk/Managing Agent, 24401 Halsted Road, Farmington Hills MI 48335-1669
4644673 +Redrock Communications, Attn Bankruptcy Desk/Managing Agent, 15530 Rockfield Blvd, Suite B1, Irvine CA 92618-2723
4303613 +Reed Construction Data Inc., 30 Technology Pkwy South, Suite 100, Norcross, GA 30092-2925
4303614 +Reed, Wesley, 4473 Vicobello, Las Vegas, NV 89141-4254
4644674 +Reef Colonial LLC, Attn Bankruptcy Desk/Managing Agent, P O Box 98898, Drawer 2002, Las Vegas NV 89125-2002
4303617 +Reef Colonial, LLC, PO Box 98898, Drawer 2002, Las Vegas, NV 89125-2002
4303618 +Reel Sound, 1111 Mary Crest, Suite P, Henderson, NV 89074-8747
4644676 +Reel Sound, Attn Bankruptcy Desk/Managing Agent, 1111 Mary Crest Suite P, Henderson NV 89074-8747
4644677 +Reeves Evans McBride Zhang, Attn Bankruptcy Desk/Managing Agent, 2285 Renaissance Dr Suite E, Las Vegas NV 89119-6752
4303619 +Reeves, Evans, McBride,& Zhang, 2285 Renaissance Dr., Suite E, Las Vegas, NV 89119-6752
4303620 +Reezwan Dossa, 429 Center Green Dr, Las Vegas, NV 89148-5221
4303621 +Regal Corporation, 1624 Riverside Dr., Knoxville, TN 37915-3208
4644678 +Regal Materials Inc, Attn Bankruptcy Desk/Managing Agent, 1013 E Delhi, N Las Vegas NV 89030-8077
4303622 +Regal Materials Inc., 1013 E Delhi, N Las Vegas, NV 89030-8077
4303623 +Regalado-Vega, Jose, 3416 Heather Ave, N Las Vegas, NV 89030-5950
4303626 +Regions Interstate Billing, 1025 5th Avenue SE, Decatur, AL 35601-3913
4644680 +Regions Interstate Billing, Attn Bankruptcy Desk/Managing Agent, 1025 5th Avenue SE, Decatur AL 35601-3913
4644681 +Registrar of Contractors, Attn Bankruptcy Desk/Managing Agent, 800 W Washington 6th Floor, Phoenix AZ 85007-2945
4303627 +Rehman Family, 4595 El Camino Cabos Dr, Las Vegas, NV 89147-8109
4303628 +Reid & Jennifer Glaser, PO Box 566, Vista, CA 92085-0566
4303630 +Reid, Joseph, 9050 W. Warm Springs No 2052, Las Vegas, NV 89148-3848
4303631 +Reiji Serratore, 9333 W Sunset Rd, Las Vegas, NV 89148-4845
4303632 +Reinold, Michael S., 1620 E. Chapman, Las Vegas, NV 89104-1812
4303633 +Reinoso-Valdez, Carlos, 4961 Welter Ave, Las Vegas, NV 89104-6247
4303634 +Reis Family, 2082 Catalina Blvd, San Diego, CA 92107-2644
4303635 +Reiss, Traci M., 6691 Ironbound Bay, Las Vegas, NV 89139-6131
4644682 +Relax Inn, Attn Bankruptcy Desk/Managing Agent, 3016 E Andy Devine, Kingman AZ 86401-4207
4644683 +Reliable Pump Inc, Attn Bankruptcy Desk/Managing Agent, dba Reliable Pump Motor, PO Box 31115, Las Vegas NV 89173-1115
4644684 Reliable Service Company, Attn Bankruptcy Desk/Managing Agent, 2626 Westwood Drive, Las Vegas NV 89109-1118
4644685 +Relocating in Las Vegas, Attn Bankruptcy Desk/Managing Agent, P O Box 100001, PO Box 8680, Prairie Village KS 66208-0680

4644686 +Relocation Resources LLC, Attn Bankruptcy Desk/Managing Agent, accounting, 1415 Louisiana Ste 3475, Houston TX 77002-7391
4644687 +Remax of Cherry Hill, Attn Bankruptcy Desk/Managing Agent, Attn Debra Campbell, 1736 Route 70 East, Cherry Hill NJ 08003-2307
4303638 Remedy Golf, Inc., 5125 Convoy St. No 209, Henderson, NV 89011
4303639 +Rena Bellinger, 259 Crooked Putter Dr, Las Vegas, NV 89148-5265
4644691 +Renaissance Catering Inc, Attn Bankruptcy Desk/Managing Agent, 3999 Renate Drive, Las Vegas NV 89103-1804
4303640 +Renaldo Cabico, 7237 Cottonsparrow St, Las Vegas, NV 89131-8220
4303641 +Rendon, Juan, 3990 Savoy, Las Vegas, NV 89115-0316
4303642 +Rendon, Salvador, 3337 Coarra Dr. Kingman, AZ 86409, Kingman, AZ 86409-8455
4303643 +Rendon, Simon, 706 W. Grand Caynon Apt. No 5 Flagsta, Flagstaff, AZ 86001-5445
4303644 +Rene Olmos Martinez, 705 14th St, Las Vegas, NV 89101-2600
4303645 +Renee Borba, 6696 Keyesport Ct, Las Vegas, NV 89148-5754
4303646 +Renee Perillo, 1051 Via Di Olivia St, Henderson, NV 89011-0810
4303647 +Renee Rapisura, 7143 S Durango Dr Unit 310, Las Vegas, NV 89113-2025
4303648 +Renegade Trucking, PO Box 2451, Lakeside, AZ 85929-2451
4303649 +Rensberger, Alan N., 1369 Bacobi Rd., Golden Valley, AZ 86413-7712
4644692 Rent A Center, Attn Bankruptcy Desk/Managing Agent, 6140 W Tropicana C 1, Las Vegas NV 89103
4644693 +Rent A Center, Attn Bankruptcy Desk/Managing Agent, 3280 Stockton Hill Rd, Suite A, Kingman AZ 86409-3674
4303650 +Rent A Center, 6140 W. Tropicana No C-1, Las Vegas, NV 89103-4695
4303651 +Rent-A-Center, 3280 Stockton Hill Rd., Suite A, Kingman, AZ 86409-3674
4303652 +Renteria, Aimee, 3450 N. Hualapai Way No 1166, Las Vegas, NV 89129-8071
4303653 +Renteria, Jose, 3346 Iberia St, Las Vegas, NV 89146-6561
4303654 +Renzo & Lorie Marini, 7139 S Durango Dr Unit 209, Las Vegas, NV 89113-2080
4644694 +Republic Furniture MFG Inc, Attn Bankruptcy Desk/Managing Agent, 930 East 61st Street, Los Angeles CA 90001-1027
4303655 +Republic Furniture MFG. Inc, 930 East 61st Street, Los Angeles, CA 90001-1027
4644695 +Republic Furniture Mfg Inc, Attn Bankruptcy Desk/Managing Agent, Judy, 930 East 61st Street, Los Angeles CA 90001-1027
4303656 +Republic Mortgage, 5598 S. Fort Apache, Las Vegas, NV 89148-7657
4644696 +Republic Mortgage, Attn Bankruptcy Desk/Managing Agent, 5598 S Fort Apache, Las Vegas NV 89148-7657
4644697 +Republic Serv of So NV, Attn Bankruptcy Desk/Managing Agent, 770 E Sahara Avenue, Las Vegas NV 89104-2943
4303657 +Republic Serv. of So. NV, 770 E. Sahara Avenue, Las Vegas, NV 89104-2943
4303659 +Republic Services, Inc./Sloan, Acct No : 72-00134 7, Acct No : 74-00179 3, 770 E. Sahara Ave, Las Vegas, NV 89104-2909
4644699 Residential Funding Corp, Attn Bankruptcy Desk/Managing Agent, P O Box 93895, Chicago IL 60661
4644700 Residential Warranty Corp, Attn Bankruptcy Desk/Managing Agent, 5300 Derry St, Harrisburg PA 17111-3598
4644702 +Resun Leasing Inc, Attn Bankruptcy Desk/Managing Agent, Bank of America Lockbox Services, 12603 Collection Center Drive, Chicago IL 60693-0126
4644703 Retail Association of Nevada, Attn Bankruptcy Desk/Managing Agent, RAN, 410 S Minnesota Street, Carson City NV 89703-4272
4303661 +Reuben & Norma Flores, 37 Pine Grove Dr, Nelsonville, OH 45764-9456
4644704 +Revco International, Attn Bankruptcy Desk/Managing Agent, 18720 Crenshaw Blvd, Torrance CA 90504-5904
4303662 +Rex Smith, 7520 Cedar Rae Ave, Las Vegas, NV 89131-3393
4303663 +Reyes Garbalena, Jose A, 3918 Blackford, Las Vegas, NV 89102-7826
4303664 Reyes Gonzalez, Miguel Angel, 812 Hyattsbille, Las Vegas, NV 89110
4303665 +Reyes Hernandez, Jesus, 2300 Poplar, Las Vegas, NV 89101-4011
4303666 +Reyes Lopez, Eleuterio, 5304 Regina Rose, Las Vegas, NV 89081-2411
4303667 +Reyes Mendoza, 5500 Seavaugh, Las Vegas, NV 89107-1623
4303668 +Reyes, Hilario, 1001 E. Carey Ave No 1008, North Las Vegas, NV 89030-1809
4303669 +Reyes, Juan Carlos, 1409 Sombrero Dr, Las Vegas, NV 89169, Reyes, Juan Carlos, 1409 Sombrero Dr. No 1, Las Vegas, NV 89169-9226
4303670 +Reyes, Juvenal Monroy, 2001 Howard Ave, Las Vegas, NV 89104-3636
4303671 +Reyes, Miguel, 4412 Cool Valley, Las Vegas, NV 89110-2375
4303672 Reyes-Mares, Luis A, 2820 Maryln No D, Las Vegas, NV 89101
4303673 +Reynaldo & Perlita Cabusas, 2028 Northcrest Ct, Modesto, CA 95355-1893
4303674 +Reynaldo DeLaCruz, PO Box 337, St. Clairsville, OH 43950-0337
4644705 +Reynaldo DeLaCruz, Attn Bankruptcy Desk/Managing Agent, PO BOX 337, St Clairsville OH 43950-0337
4303675 +Reynaldo Garcia, 3112 Harbison Way, National City, CA 91950-3946
4303676 +Reynozo, Robert, 3020 Spear St., N Las Vegas, NV 89030-5044
4303677 Reza & Ellen Sefidi, 148 Shepard Strut, Hercules, CA 94547
4644707 Rhinotek Computer Products, Attn Bankruptcy Desk/Managing Agent, 2301 E Del Amo Blvd, Carson CA 902200
4644708 +Rhodes Deborah L, Attn Bankruptcy Desk/Managing Agent, Debbie, 8789 Spanish Mountain, Las Vegas NV 89148-1426
4644709 +Rhodes Engineering, Attn Bankruptcy Desk/Managing Agent, 4630 S Arville St, Suite A, Las Vegas, NV 89103-5341
4303680 +Rhodes Framing, 470 Mirror Court, Suite No B - 105 & 106, Henderson, NV 89011-4045
4644710 +Rhodes Framing, Attn Bankruptcy Desk/Managing Agent, 470 Mirror Court, Suite B 105 106, Henderson NV 89011-4045

4644711 +Rhodes Holding Limited P, Attn Bankruptcy Desk/Managing Agent, 3024 N Highland Falls Dr, Las Vegas NV 89134-7452
4644712 +Rhodes James M, Attn Bankruptcy Desk/Managing Agent, Jim, 5068 Spanish Heights Drive, Las Vegas NV 89148-1408
4644713 +Rhodes Ranch Country Clu, Attn Bankruptcy Desk/Managing Agent, 20 Rhodes Ranch Parkway, Las Vegas NV 89148-2700
4644714 Rhodes Ranch HOA, Attn Bankruptcy Desk/Managing Agent, 4730 Sourth Fort Apache Rd, Suite 300, Las Vegas NV 89148
4303682 +Rhodes, Deborah L., 8789 Spanish Mountain, Las Vegas, NV 89148-1426
4303683 +Rhodes, James, 252 Angels Trace Court, Las Vegas, NV 89148-2746
4303684 +Rhodes, John, 2113 Hillsgate St, Las Vegas, NV 89134-0369
4303685 +Rhodes, Michael, 252 Angels Trace Court, Las Vegas, NV 89148-2746
4303686 +Rian Applebaum, 9050 W Warm Springs Rd Unit 2143, Las Vegas, NV 89148-3836
4644715 +Ribeiro Management Co LLC, Attn Bankruptcy Desk/Managing Agent, 195 E Reno Avenue Suite A, Las Vegas NV 89119-1123
4303687 +Ricardo & Flora Hernandez, 17779 Riverbend Rd, Salinas, CA 93908-1425
4303688 +Ricardo & Jeannie Molato, 12834 Via Donatello, Porter Ranch, CA 91326-4451
4303689 +Ricardo & Maridel Cortez, 4284 Coventry Way, Union City, CA 94587-2578
4303690 +Ricardo & Nenita Rodriguez, 262 Via Franciosa Dr, Henderson, NV 89011-0851
4303691 +Ricardo & Ramelo Ruma, 4305 Lisa Dr, Union City, CA 94587-3915
4303693 +Ricardo Daza, 1050 W. College View Dr., Apt 6, Monterey Park, CA 91754-6238
4644716 +Ricardo Daza, Attn Bankruptcy Desk/Managing Agent, 1050 W College View Dr, Apt 6, Monterey Park CA 91754-6238
4303694 +Ricardo Verman Lopez, 1830 Santa Paula, Las Vegas, NV 89104
4303695 +Ricardo, Marco Antonio, 1237 Hassell Ave, Las Vegas, NV 89106-2325
4303696 +Rice II, Clayton, 4291 San Alivia Court, Las Vegas, NV 89141-6067
4303698 +Rice-Sanchez, Marina, 111 Casa Montana, Boulder City, NV 89005-1253
4644718 +Rich Bowen, Attn Bankruptcy Desk/Managing Agent, 29381 Old U S 33, West Elkhart MD 46516-1427
4303699 +Rich Leroy, PO Box 2784, Malibu, CA 90265-7784
4303700 +Rich, Daniel L, 10041 Basalt Hollow Ave, Las Vegas, NV 89148-1655
4303701 +Richard & Allie Williams, 7520 Red Cinder St, Las Vegas, NV 89131-3369
4303702 +Richard & Amy Stevens, 4733 Califa Dr, Las Vegas, NV 89122-7575
4303703 +Richard & Audrey Kanthack, 7500 Cedar Rae Ave, Las Vegas, NV 89131-3393
4303704 +Richard & Bie-Shia Chu, 7681 River Mist Ct, Las Vegas, NV 89113-6609
4303705 +Richard & Elissa Palmer, 9804 Concord Downs Ave, Las Vegas, NV 89117-0733
4303706 +Richard & Evelyn Yale, 4549 La Tuna Ct, Camarillo, CA 93012-4034
4303707 +Richard & Glenda Lisle, 1408 Splendido Dr, Las Vegas, NV 89117-0854
4303708 +Richard & June Laubinger, 209 Via Mezza Luna Ct, Henderson, NV 89011-0876
4303709 +Richard & Katherine Artuso, 535 Green Gables Ave, Las Vegas, NV 89183-7202
4303710 +Richard & Kendra Ellerman, 11900 E 350 Hwy, Raytown, MO 64138-2661
4303711 +Richard & Lauren Slocum, 532 Via Colmo Ave, Henderson, NV 89011-0863
4303713 +Richard & Margie Popovits, 11436 S Drake Ave, Chicago, IL 60655-3519
4303714 +Richard & Maryhelen Smith, 8941 Lansberry Ct, Las Vegas, NV 89147-8118
4303715 +Richard & Monica Sarthou, 3015 Cornwall Dr, Glendale, CA 91206-1911
4303716 +Richard & Nicole Hammond, 1024 Viale Placenza Pl, Henderson, NV 89011-0844
4303717 +Richard & Norma Niemiec, 19302 SE 178th Pl, Renton, WA 98058-0710
4303718 +Richard & Norma Tompkins, 527 Center Green Dr, Las Vegas, NV 89148-5224
4303719 +Richard & Patricia Olson, 213 Lakewood Garden Dr, Las Vegas, NV 89148-2734
4303720 +Richard & Sharon Heimburger, 4840 Lames Dr, Las Vegas, NV 89122-1905
4303721 +Richard & Sonya Holdsworth, 75 Sully Creek Ct, Las Vegas, NV 89148-2773
4303722 +Richard & Victoria Marcoux, 927 Via Canale Dr, Henderson, NV 89011-0828
4303724 +Richard Belt, 271 Arbour Garden Ave, Las Vegas, NV 89148-2762
4303725 +Richard Boyd, 15463 Woodcrest Dr, Whittier, CA 90604-3236
4644719 +Richard Chad Williams, Attn Bankruptcy Desk/Managing Agent, 4416 W Del Monte Circle, Las Vegas NV 89102-1519
4303726 +Richard Chen, 644 Harvester Course Dr, Las Vegas, NV 89148-4482
4303727 +Richard Cunningham, 7159 S Durango Dr Unit 110, Las Vegas, NV 89113-2216
4303728 +Richard Dolphin, 7107 S Durango Dr Unit 115, Las Vegas, NV 89113-2012
4303731 +Richard Fontela, 8072 Elgin Ln, Dublin, CA 94568-1504
4303732 +Richard Hines, 885 Via Del Tramonto St, Henderson, NV 89011-0867
4644720 Richard Klutman Nereida Klutma, Attn Bankruptcy Desk/Managing Agent, Haney Woloson Mullins Nehme, Tomaka Associates, Las Vegas NV
4303733 +Richard Klutman,Nereida Klutma, Haney,Woloson & Mullins & Nehme-, 400 S 4th St, #300, Las Vegas, NV 89101-6206
4303735 +Richard Lieberman, PO Box 400563, Las Vegas, NV 89140-0563
4303736 +Richard Luke Architects, 9061 W. Sahara Avenue, Las Vegas, NV 89117-5797
4644721 +Richard Luke Architects, Attn Bankruptcy Desk/Managing Agent, Karen, 9061 W Sahara Avenue, Las Vegas NV 89117-7092
4303737 +Richard McConiga, 7159 S Durango Dr Unit 113, Las Vegas, NV 89113-2035
4303738 +Richard Ngo, 18 Celestine Cir, Ladera Ranch, CA 92694-0829
4303739 +Richard Sanders, 8788 Las Olivas Ave, Las Vegas, NV 89147-6040
4303740 +Richard Stgermain, 2607 Western Ave Apt 211, Seattle, WA 98121-1332
4303741 +Richard Teh, 416 Lake Windemere St, Las Vegas, NV 89138-3004
4303742 Richard Vigil, 7922 Soaring Brook St, Las Vegas, NV 89131
4303744 +Richard Yee, 361 Grandover Ct, Las Vegas, NV 89148-2821
4303745 +Richards Family, 4674 Stuttgart St, Las Vegas, NV 89147-8102
4303746 +Richey, Kenneth S, 1625 April Shower, Las Vegas, NV 89144-1603
4303747 +Richey, Lance E., 8162 Beaver Brook Way, Las Vegas, NV 89123-0804
4303748 +Richie Cortez, 158 Dog Leg Dr, Las Vegas, NV 89148-2692

4303749 +Rick & Barbara Marrazzo, 2439 Maple St, Franklin Park, IL 60131-3412
4644722 +Rick Hildreth, Attn Bankruptcy Desk/Managing Agent, 3599 Hammock Drive, Las Vegas NV 89147-3755
4644723 +Rick Pam Meitzler, Attn Bankruptcy Desk/Managing Agent, 5550 Mallaro Lane, Hoffman Estates IL 60192-4561
4644724 +Rick Williams, Attn Bankruptcy Desk/Managing Agent, 4416 Del Monte Circle, Las Vegas NV 89102-1519
4303750 +Ricketts, Tracy, 9225 W. Charleston No 1145, Las Vegas, NV 89117-7054
4303751 +Rickey & Doris Lofton, 9474 Castillana Ct, Las Vegas, NV 89147-8208
4303752 +Ricky & Sherry Culler, 4668 Munich Ct, Las Vegas, NV 89147-8108
4303753 +Ricky Lee, 280 Falcons Fire Ave, Las Vegas, NV 89148-2743
4303754 +Ricky Lee, 322 Karen Ave Unit 203, Las Vegas, NV 89109-0413
4644725 +Righellis PC, Attn Bankruptcy Desk/Managing Agent, A Professional Corporation, 2328 Timberline Way, Las Vegas NV 89117-5808
4303755 +Righellis PC,, A Professional Corporation, 2328 Timberline Way, Las Vegas, NV 89117-5808
4303757 Rim Rock Engineering, 7433 W. Lake Mead Blvd, Suite 100, Las Vegas, NV 89128
4644726 Rim Rock Engineering, Attn Bankruptcy Desk/Managing Agent, 7433 W Lake Mead Blvd, Suite 100, Las Vegas NV 89128
4303758 Rinaldi & Associates, PO Box 90157, Henderson, NV 89009-0157
4644727 Rinaldi Associates, Attn Bankruptcy Desk/Managing Agent, P O Box 90157, Henderson NV 89009-0157
4303759 +Rincon Cabrera, Raul, 2850 E. Bonanza, Las Vegas, NV 89101-3600
4303760 +Rincon, Alejandro, 521 N. 16th Street, Las Vegas, NV 89101-3211
4303761 Rinker Materials, PO Box 73261, Chicago, IL 60673-3261
4644728 +Rinker Materials, Attn Bankruptcy Desk/Managing Agent, 5030 N Lamb Boulevard, Las Vegas NV 89115-1809
4644729 +Rio All Suite Hotel Casino, Attn Bankruptcy Desk/Managing Agent, 3700 W Flamingo Road, Las Vegas NV 89103-4046
4303762 Rios, Christian Nunez, 2829 Geist Ave, Las Vegas, NV 89115
4303763 +Rios-Cruiz, Angel, 3515 Thomas Ave No 4, N Las Vegas, NV 89030-7460
4303764 +Ripberger, Jason, 12741 Cortaro (PO Box 426), Topock, AZ 86436-0426
4303765 +Rise & Run, Inc., 1995 Whitney Mesa, Henderson, NV 89014-2041
4644730 +Rise Run Inc, Attn Bankruptcy Desk/Managing Agent, 1995 Whitney Mesa, Henderson NV 89014-2041
4644731 +Risk Enterprise Management Ltd, Attn Bankruptcy Desk/Managing Agent, c/o Clarendon America Ins Co, P O Box 600, Brea CA 92822-0600
4303766 +Rivas Ramirez, Alfredo, 2400 Wooly Rose, Las Vegas, NV 89106-1460
4303767 +Rivas, Daniel, 1925 Griffith Ave, Las Vegas, NV 89104-3642
4303768 +Rivas, Guadalupe, 1750 E. Karen Ave No 343 Bld 40, Las Vegas, NV 89169-8783
4303769 +Rivas, Juan, 9554 Sunshade Ct, Las Vegas, NV 89147-6715
4303770 +Rivas, Martiniano, 1925 Griffith, Las Vegas, NV 89104-3642
4303771 Rivas, Miguel, 1750 E. Karen No 277, N Las Vegas, NV 89030
4303772 +Rivas, Samuel, 526 River Bed St., Las Vegas, NV 89110-3284
4303773 +Rivas, William, 8450 W. Charleston Blvd. No 1038, Las Vegas, NV 89117-9012
4303774 +Rivas-Alvarez, Jose Antonio, 9040 Debonair Ave, Las Vegas, NV 89147-6826
4644732 +River Cities Excavating LLC, Attn Bankruptcy Desk/Managing Agent, Mike Bradley, 2504 Lillie Ave, Kingman AZ 86401-6430
4303775 River City Petroleum, Inc., PO Box 235, West Sacramento, CA 95691-0235
4644734 +River Doors, Attn Bankruptcy Desk/Managing Agent, 4075 Arcadia Lane, Fort Mohave AZ 86426-9319
4303776 +River Valley Air Conditioning, 221 F Street, Needles, CA 92363-2711
4644735 +River Valley Air Conditioning, Attn Bankruptcy Desk/Managing Agent, 221 F Street, Needles CA 92363-2711
4303777 +Rivera Calderon, Humberto, 4221 Blooming Desert Ct, Las Vegas, NV 89115-4366
4303778 +Rivera Cruz, Natalio, 3317 Lockwood Ave, North Las Vegas, NV 89030-4232
4303779 +Rivera, Elmer, 3004 Black Forest, Las Vegas, NV 89102-0607
4303780 +Rivera, Hector L, 4710 Obannon Dr No B, Las Vegas, NV 89102-3580
4303781 +Rivera, Ruperto, 4221 Blooming Desert Ct, Las Vegas, NV 89115-4366
4303782 +Rivera-Amaya, Baldemar, 2900 E. Charleston Blvd No 145, Las Vegas, NV 89104-2351
4303783 +Rivera-Bustillos, Erycke E, 2600 Arville St No B-6, Las Vegas, NV 89102-5742
4303784 +Rivera-Mejia, Franklin Adrian, 3650 E. Lakemead Blvd No 159, Las Vegas, NV 89115-7328
4303785 +Rivera-Vazquez, Victor, 1951 Jones Blvd No E201, Las Vegas, NV 89108-0103
4303786 Riveria-Jimenez, Luis, 155 Vale, Las Vegas, NV 89115
4303787 +Rivers Revital, 8754 Stockholm Ave, Las Vegas, NV 89147-8101
4303788 +Riversource Investments, 100 N Sepulveda Boulevard Suite 650, El Segundo, CA 90245-5645
4303789 +Rives, Ellen, 9166 Vintage Wine Ave, Las Vegas, NV 89148-4905
4303790 +Riza, Mergim Marco, 8985 S. Durango Dr No 1152, Las Vegas, NV 89113-6126
4303793 +Roa Garia, Edgar, 1536 Emerald Dr. Bullhead City, AZ 8644, Bullhead City, AZ 86442-7109
4644739 +Road Runner Fire Safety Eq, Attn Bankruptcy Desk/Managing Agent, 2175 N Kiowa Blvd 105, Lake Havasu AZ 86403-3000
4303794 Road Runner Sanitary, Supplies, Inc., 1600 W. Acoma BL No 45, Lake Havasu City, AZ 86403-2898
4644740 Road Runner Sanitary, Attn Bankruptcy Desk/Managing Agent, Supplies Inc, 1600 W Acoma BL 45, Lake Havasu City AZ 86403-2898
4644741 +Roadsafe Traffic Systems Inc, Attn Bankruptcy Desk/Managing Agent, Jason Woods, 908 Sharp Circle, North Las Vegas NV 89030-8052
4303795 +Roadsafe Traffic Systems, Inc., 908 Sharp Circle, North Las Vegas, NV 89030-8052
4303796 +Roanoke, John, 7925 Enchanted Pool St, Las Vegas, NV 89139-6128
4303797 +Robert & Alecia Nelson, 7185 S Durango Dr Unit 213, Las Vegas, NV 89113, Robert & Angela Casto, 7103 S Durango Dr Unit 106, Las Vegas, NV 89113-2043

4303798 +Robert & Ann Brown, 4658 Munich Ct, Las Vegas, NV 89147-8108
4303799 +Robert & Annaliese Parlanti, 1080 Via Saint Lucia Pl, Henderson, NV 89011-0873
4303800 +Robert & Bernice Pearson, 1089 Via Prato Ln, Henderson, NV 89011-0600
4303801 +Robert & Betty Campbell, 1919 E Blue Flame St, Kingman, AZ 86409-7763
4303802 +Robert & Brenda Thomas, 7520 Apple Springs Ave, Las Vegas, NV 89131-3367
4303804 +Robert & Diane Gardner, 7420 Bridlehorne Ave, Las Vegas, NV 89131-3355
4303805 +Robert & Eva-Marie Miller, 9772 Canyon Walk Ave, Las Vegas, NV 89147-8241
4303806 +Robert & Francine Nichols, 161 Wicked Wedge Way, Las Vegas, NV 89148-2689
4303807 +Robert & Gail Irwin, 448 Via Stretto Ave, Henderson, NV 89011-0837
4303808 +Robert & Glenna Stuart, 4021 Meadows Ln, Las Vegas, NV 89107-3117
4303809 +Robert & Jeanne Weich, 7111 S Durango Dr Unit 309, Las Vegas, NV 89113-2052
4303810 +Robert & Joyce Gaza, 489 Via Stretto Ave, Henderson, NV 89011-0838
4303811 +Robert & Joyce Irving, 7240 Buglehorn St, Las Vegas, NV 89131-8261
4303812 +Robert & Leanor Valenzuela, 13480 Forrestwood Way, Lathrop, CA 95330-8924
4303813 +Robert & Linda OBrien, 1471 Marchall St, Elmont, NY 11003-1331
4303814 +Robert & Lorraine Anthonisen, 7520 Hornblower Ave, Las Vegas, NV 89131-3396
4303816 +Robert & M Isabel Rijke, 10247 Maggira Pl, Las Vegas, NV 89135-3249
4303817 +Robert & Marcia Schellhase, 501 Via Palermo Dr, Henderson, NV 89011-0826
4303818 +Robert & Marie Deleon, 37 Chesney Dr, Henderson, NV 89074-2707
4303819 +Robert & Myrna Danganan, 5463 Country View Dr, El Sobrante, CA 94803-7301
4303820 +Robert & Samantha Heller, 1080 Via Corto St, Henderson, NV 89011-0887
4303821 +Robert & Siew Moran, 1049 Viale Placenza Pl, Henderson, NV 89011-0844
4303823 +Robert & Thucuc Haight, 4664 Stuttgart St, Las Vegas, NV 89147-8102
4303824 +Robert & Tinni Thompson, 7031 Tuscany Way, El Dorado Hills, CA 95762-5410
4303825 +Robert Allen Group, 2660 Paysphere Circle, Chicago, IL 60674-0001
4644742 +Robert Allen Group, Attn Bankruptcy Desk/Managing Agent, 2660 Paysphere Circle,
Chicago IL 60674-0001
4303826 +Robert Allen Group, 55 Cabot Blvd., Mansfield, MA 02048-1137
4303828 +Robert Baldwin Tr, c/o Renee Reuther, Rice, Silbey Reuther & Sullivan, LLP,
3960 Howard Hughes Pkwy, Ste 700, Las Vegas, NV 89169-5983
4303829 +Robert Beare, 496 Via Stretto Ave, Henderson, NV 89011-0838
4303830 +Robert Beyer, 2777 Paradise Rd Unit 502, Las Vegas, NV 89109-9093
4644745 +Robert Brown, Attn Bankruptcy Desk/Managing Agent, 4658 Munich Ct, Las Vegas NV 89147-8108
4644747 +Robert D DePrez, Attn Bankruptcy Desk/Managing Agent, 11057 Clear Meadows Dr,
Las Vegas NV 89134-7236
4303831 +Robert DAmelio, 9050 W Tropicana Ave Unit 1145, Las Vegas, NV 89147-8190
4303832 +Robert Davidson, 86 Lexington Ave, Rochelle Park, NJ 07662-4313
4303833 +Robert Diver, 227 Piute Lane, Henderson, NV 89015-5545
4644748 +Robert Diver, Attn Bankruptcy Desk/Managing Agent, 227 Piute Lane, Henderson NV 89015-5545
4303834 +Robert Downs, 7 Gregoria Ct, Baltimore, MD 21212-1059
4303835 +Robert Gevorkian, 9499 Castillana Ct, Las Vegas, NV 89147-8208
4303837 +Robert Grant, 7185 Portia Court, Las Vegas, NV 89113-0247
4644749 +Robert Grant, Attn Bankruptcy Desk/Managing Agent, 7185 Portia Court,
Las Vegas NV 89113-0247
4644750 +Robert Half Finance, Attn Bankruptcy Desk/Managing Agent, Accounting,
3980 Howard Hughes Pkwy Suite 380, Las Vegas NV 89169-5954
4303838 +Robert Half Finance& Accounting, 3980 Howard Hughes Pkwy Suite 380, Las Vegas, NV 89169-5954
4303839 +Robert Jacoby, 30462 Terracina Pl, Castaic, CA 91384-4783
4303840 +Robert Jankovics, 43 Market St, Poughkeepsie, NY 12601-3207
4303841 +Robert Jawelski, 7107 S Durango Dr Unit 201, Las Vegas, NV 89113-2013
4303842 +Robert Johnson, 160 Castle Course Ave, Las Vegas, NV 89148-5001
4303843 +Robert Kelly III, 16369 Sun Summit Dr, Riverside, CA 92503-0508
4644751 +Robert Kelly III, Attn Bankruptcy Desk/Managing Agent, 16369 Sun Summit Dr,
Riverside CA 92503-0508
4303844 +Robert Kessler, 710 Canary Wharf Dr, Las Vegas, NV 89178-1275
4303845 +Robert Khachatourians, 20808 Tulsa St, Chatsworth, CA 91311-1534
4303846 +Robert Larivee, 1078 Via Capassi Way, Henderson, NV 89011-0892
4303847 +Robert Mann, 52 Rancho Maria St, Las Vegas, NV 89148-2749
4303848 +Robert Mariani, 6735 N. Talman Avenue, Chicago, IL 60645-4508
4644752 +Robert Mariani, Attn Bankruptcy Desk/Managing Agent, 6735 N Talman Avenue,
Chicago IL 60645-4508
4303849 +Robert Marinas, 5125 Beran St, Torrance, CA 90503-6803
4303850 +Robert May, 460 Via Del Foro Dr, Henderson, NV 89011-0103
4303851 +Robert Meissner, 413 Via Stretto Ave, Henderson, NV 89011-0835
4303852 +Robert Merrick, 7151 S Durango Dr Unit 212, Las Vegas, NV 89113-2034
4303854 +Robert Osvald, 30 E Neck Rd, Huntington, NY 11743-1513
4303855 +Robert Price, 84 Newmiller St, Henderson, NV 89002-0513
4644753 +Robert R Gonzales, Attn Bankruptcy Desk/Managing Agent, 697 Fort Slocum Street,
Las Vegas NV 89183-4062
4644754 +Robert Reynolds Esq, Attn Bankruptcy Desk/Managing Agent, 823 Las Vegas NV Blvd South,
Las Vegas NV 89101-6727
4303856 +Robert Reynolds Esq., 823 Las Vegas Blvd. South, Las Vegas, NV 89101-6727
4303857 +Robert Reynozo, 3020 Spear St, N Las Vegas, NV 89030-5044
4303858 +Robert Robinson, 8940 Lansberry Ct, Las Vegas, NV 89147-8118
4303859 +Robert Rosenberger, 7173 S Durango Dr. Unit 303, Las Vegas, NV 89113-2047
4303860 +Robert Sabatini, 231 Tayman Park Ave., Las Vegas, NV 89148-2837
4303861 +Robert Sanders, 5421 E. Harmon Ave. No P-21, Las Vegas, NV 89122-6036
4303862 +Robert Santwer, 7586 Aspen Color St., Las Vegas, NV 89139-5696
4644755 +Robert Santwer, Attn Bankruptcy Desk/Managing Agent, 7586 Aspen Color St,
Las Vegas NV 89139-5696

4303863 +Robert Siddall, 7151 S Durango Dr Unit 306, Las Vegas, NV 89113-2034
4303864 +Robert Siddall, 7185 S Durango Dr Unit 109, Las Vegas, NV 89113-2018
4303865 +Robert Stringer Computer Consultant, 1405 Nedla Ct., Las Vegas, NV 89104-5132
4303868 +Robert Timoshuk, 449 Via St+retto Ave, Henderson, NV 89011-0837
4303869 +Robert Zaragoza, 1329 Curtiss Ave, San Jose, CA 95125-2322
4303870 +RobertHoffman, 522 Via Del Corallo Way, Henderson, NV 89011-0879
4303872 +Roberto & Julita Mendoza, 4621 Ruth Way, Union City, CA 94587-5051
4303874 +Roberto & San Ochoa, 4778 Califa Dr, Las Vegas, NV 89122-7575
4303875 +Roberto Carlos Mendoza, 1892 N. Gateway Rd., Las Vegas, NV 89115-6441
4644756 +Roberts Glass and Mirror, Attn Bankruptcy Desk/Managing Agent, 5216 So Procyon, Las Vegas NV 89118-1742
4644757 +Robertson Industries Inc, Attn Bankruptcy Desk/Managing Agent, 4145 W Mercury Way, Suite 200, Chandler AZ 85226-3706
4303876 +Robertson Industries, Inc., 4145 W. Mercury Way, Suite 200, Chandler, AZ 85226-3706
4303877 +Robertson, Joe, 1251 Stokes St, Las Vegas, NV 89110-1741
4303878 +Robi & Robert Burns, 517 Via Palermo Dr, Henderson, NV 89011-0826
4303879 +Robin Delagarza, 504 Via Palermo Dr, Henderson, NV 89011-0826
4303880 +Robin Gallaway, 7143 S Durango Dr Unit 111, Las Vegas, NV 89113-2002
4303881 +Robin Morello, 7205 Tealwood St, Las Vegas, NV 89131-8240
4644758 +Robinson Golf Design Inc, Attn Bankruptcy Desk/Managing Agent, Nina Richardson, 361 Forest Avenue Suite 200, Laguna Beach CA 92651-2147
4303883 +Robinson, Joseph H., 3666 Margarita Way, Las Vegas, NV 89103-1033
4303884 +Robinson, Nicholas S, 126 Breezy Shore, North Las Vegas, NV 89031-7988
4303885 +Robinson, Tom, 9416 Greenham Cir, Las Vegas, NV 89117-7200
4303886 +Robinson, William, 1155 E. Twain Ave No 108-210, Las Vegas, NV 89169-4208
4644759 +Robison Engineering Co, Attn Bankruptcy Desk/Managing Agent, 35 High Ridge Court, Reno NV 89511-7717
4303887 +Robles Galarza, Jose, 3417 Fishers Landing, N Las Vegas, NV 89032-1415
4303888 +Robles Moro, J. Jesus, 5508 Burkshire Dr, Las Vegas, NV 89142-0110
4303889 Robles, Amber, 2800 E Eastern Avenue No 914, Las Vegas, NV 89109
4303890 +Robles, Baltazar, 713 Delta St, Las Vegas, NV 89101-2718
4303891 +Robles, Juan, 4515 Solar Eclipse Dr., Las Vegas, NV 89115-3809
4303893 +Robles, Pedro, 809 Taylor Ave, N Las Vegas, NV 89030-7077
4303892 +Robles, Pedro, 3421 Coleman St. Las Vegas, NV 89032, Las Vegas, NV 89032-7707
4303894 +Robles, Ramon, 4515 Solar Eclipse, Las Vegas, NV 89115-3809
4303895 +Robyn Family, 5130 S Fort Apache Rd No 215-243, Las Vegas, NV 89148-1719
4303896 +Robyn Jones, 7135 S Durango Dr Unit 310, Las Vegas, NV 89113-2077
4303897 +Roces, Estee, 195 Crooked Putter Drive, Las Vegas, NV 89148-5228
4303898 +Rocha Angulo, Israel, 713 Starks Dr, Las Vegas, NV 89107-2073
4303899 +Rocha Cabrera, Jesus, 1536 N. 22nd St No 3, Las Vegas, NV 89101-1347
4303900 +Rocha, Daniel, 2104 White St, N Las Vegas, NV 89030-5656
4303901 +Rocha, Jose, 2612 Lincoln Ave, North Las Vegas, NV 89030-8420
4303902 +Rochiel Wallers, 7177 Lansbrook Avenue, Las Vegas, NV 89131-1790
4644760 +Rochiel Wallers, Attn Bankruptcy Desk/Managing Agent, 7177 Lansbrook Avenue, Las Vegas NV 89131-1790
4644761 +Rock Hard Concrete, Attn Bankruptcy Desk/Managing Agent, 100 E Laval Drive, P O Box 90127, Henderson NV 89009-0127
4644763 Rock Wood Casual Furniture, Attn Bankruptcy Desk/Managing Agent, 1273 N Jervice Rd E, Oakville l6H1A7, Canada
4303905 Rockhurst University, Continuing Education Center, Inc, PO Box 419107, Kansas City, MO 64141-6107
4644764 Rockhurst University, Attn Bankruptcy Desk/Managing Agent, Continuing Education Center Inc, P O Box 419107, Kansas City MO 64141-6107
4644765 +Rocky Mountain Equipment, Attn Bankruptcy Desk/Managing Agent, Chara Stewart, P O Box 61237, Boulder City NV 89006-1237
4303906 +Rocky Nash Photography, Raquel Tasha Nash, 1865 N. Walnut Road, No 105, Las Vegas, NV 89115-6468
4644766 +Rocky Nash Photography, Attn Bankruptcy Desk/Managing Agent, Raquel Tasha Nash, 1865 N Walnut Road 105, Las Vegas NV 89115-6468
4303907 +Rocky Top, 44 W. Mayflower Avenue, North Las Vegas, NV 89030-3950
4644767 +Rocky Top, Attn Bankruptcy Desk/Managing Agent, www rockytopnv com, 44 W Mayflower Avenue, North Las Vegas NV 89030-3950
4303909 +Rodelo Pinili, 9725 Kampsville Ave, Las Vegas, NV 89148-5748
4303910 +Rodeo Event Sponsors, 4666 Stockton Hill Rd, Kingman, AZ 86409-1757
4644768 +Rodeo Event Sponsors, Attn Bankruptcy Desk/Managing Agent, 4666 Stockton Hill Rd, Kingman AZ 86409-1757
4303912 +Rodney & Lyda Harris, 7500 Hornblower Ave, Las Vegas, NV 89131-3399
4303913 +Rodney & Portia Stewart, 4771 Crakow Ct, Las Vegas, NV 89147-8123
4644770 +Rodney M Jean, Attn Bankruptcy Desk/Managing Agent, Lionel Sawyer Collins, 300 S Fourth Street 1700, Las Vegas, NV 89101-6053
4303914 +Rodney Rubi, 6779 Heritage Dr, Poplar Bluff, MO 63901-8659
4303915 +Rodolfo & Anita Lopez, 6270 Hannon Ct, San Diego, CA 92117-3327
4303916 +Rodolfo & Fairlie Gutierrez, 1808 Ashton Ave, Burlingame, CA 94010-5713
4303917 +Rodolfo & Rebecca Galgana, 106 Tall Ruff Dr, Las Vegas, NV 89148-5245
4303918 +Rodolfo & Rosalie Martinez, 1728 Trestle Glen Rd, Piedmont, CA 94610-1868
4303919 +Rodolfo A. Ventura, PO Box 370991, Las Vegas, NV 89137-0991
4303920 +Rodolfo Nino, 7151 S Durango Dr Unit 104, Las Vegas, NV 89113-2032
4644771 Rodolph Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 1249, Sonoma CA 95476-1249
4303921 +Rodrigo & Zoila Gutierrez, 809 Danbury St, Salinas, CA 93906-4806
4303922 +Rodriguez Barboza, Juan Carlos, 73 Sacremento Dr., Las Vegas, NV 89110-4427

4303923 +Rodriguez Morales, Sergio, 2521 Webb, North Las Vegas, NV 89030-7206
4303924 +Rodriguez, Daniel, 4625 Little Finch, Las Vegas, NV 89115-6590
4303925 +Rodriguez, Don, 1115 Mariposa, Boulder City, NV 89005-3139
4303926 +Rodriguez, Efrain, 3550 E. Lake Mead Blvd., No 223, Las Vegas, NV 89115-7304
4303927 +Rodriguez, Erica, 4155 Twain Ave, Las Vegas, NV 89103-6316
4303928 +Rodriguez, Francisco, 7626 W. Lone Mountain Rd No 14, Las Vegas, NV 89129-5342
4303929 +Rodriguez, Gustavo, 3133 Gustis Cir, N Las Vegas, NV 89030-5143
4303930 +Rodriguez, Hijinio, 5625 Big Sea St, Las Vegas, NV 89110-4955
4303932 +Rodriguez, Jaime, 3750 E. Bonanza Rd No 17, Las Vegas, NV 89110-6424
4303931 +Rodriguez, Jaime E., 9752 Villa La Mora, Las Vegas, NV 89147-8443
4303933 +Rodriguez, Jorge, 2850 E. Bonanza No 2043, Las Vegas, NV 89101-8202
4303936 +Rodriguez, Jose, 432 N. 15th St. No 3, Las Vegas, NV 89101-7939
4303935 +Rodriguez, Jose, 2534 Salt Lake St, North Las Vegas, NV 89030-5442
4303934 +Rodriguez, Jose I., 2125 Webster No 2, N Las Vegas, NV 89030-6459
4303940 +Rodriguez, Juan, 3140 Van Deer Meer, N Las Vegas, NV 89030-5138
4303937 +Rodriguez, Juan Carlos, 765 Remington Drive, Las Vegas, NV 89110-3819
4303938 Rodriguez, Juan J., 1294 E. Hacienda No B, Las Vegas, NV 89119
4303939 +Rodriguez, Juan M, 5250 Retablo, Las Vegas, NV 89103-3548
4303941 +Rodriguez, Julio Cesar, 2708 Webster, N Las Vegas, NV 89030-5466
4303942 +Rodriguez, Martin, 2946 N. Walnut Road, Las Vegas, NV 89115-3216
4303943 +Rodriguez, Melody, 2030 Rawhide St, Las Vegas, NV 89119-2833
4303944 +Rodriguez, Miguel, 2720 Menlo Square No C, Las Vegas, NV 89101-4671
4303945 +Rodriguez, Nasry K, 2500 E. Karen Ave No 188, Las Vegas, NV 89121-1123
4303946 +Rodriguez, Oscar, 4054 Vicenta Ct, Las Vegas, NV 89115-8217
4303947 +Rodriguez, Sergio, 2030 Rawhide St, Las Vegas, NV 89119-2833
4303948 +Rodriguez, Walter, 2700 Daley St, N Las Vegas, NV 89030-5426
4303949 +Rodriguez-Angulo, Jose, 3133 Curtis Cir, N Las Vegas, NV 89030-5143
4303950 +Rodriguez-Fuentes, Jesus A., 828 N. 24th St. No A, Las Vegas, NV 89101-2248
4303951 +Rodriguez-Gonzalez, Carlos, 1508 Cobb St. No 2, Las Vegas, NV 89101-1335
4303952 +Rodriguez-Morales, Efrain, 1124 Stone River, North Las Vegas, NV 89030-5314
4303953 +Rodriguez-Reyes, Jose Noel, 390 N. 13th St., Las Vegas, NV 89101-4156
4303954 +Rogelio Vazquez-Peralta, 1750 E. Karen Ave, Las Vegas, NV 89169-8701
4303955 +Roger & Nicole Rose, 76 Tall Ruff Dr, Las Vegas, NV 89148-5244
4303957 Roger Gilliam, kingman, AZ 86413
4303958 +Rojas, Carlos R., 7587 Bermuda Rd., Las Vegas, NV 89123-1209
4303959 Rojas, Fernando, 714 Nelson No K, North Las Vegas, NV 89030
4303960 +Rojas, Jorge, 1512 N. 21st Street No 8, Las Vegas, NV 89101-1357
4303961 +Rojas-Valentin, Ramon, 1809 Linden, Las Vegas, NV 89101-3300
4303962 +Rojo-Ayala, Juan Carlos, 2437 Statz Ave No 3, North Las Vegas, NV 89030-6030
4303963 +Rolando & Agnes Silverio, 955 Pierpont St, Rahway, NJ 07065-3114
4303964 +Rolando & Joselyn Sy, 369 Longhill Ct, San Jose, CA 95138-1392
4303965 +Rolando & Norma Navarro, 3913 Long Beach Blvd, Long Beach, CA 90807-2614
4303968 +Rolando Madrid, 913 Bridgewater Ave, Las Vegas, NV 89110-5733
4644772 +Rolando Susan Aguila, Attn Bankruptcy Desk/Managing Agent, 122 Solidago Avenue, Las Vegas NV 89183-5582
4303969 Rollabels, Ink, Inc, PO Box 201, Palmyra, NJ 08065-0201
4303970 +Rolland Lawson, 3354 E Jaeger Cir, Mesa, AZ 85213-3232
4303971 +Rolondo Garcia, 357 Deanne Ln, Daly City, CA 94014-2971
4303972 +Roman, Perlita, 1708 Changing Seasons St, Las Vegas, NV 89144-1631
4303973 +Roman, Robert, 3509 Mastercraft Ave, N Las Vegas, NV 89031-7219
4303974 Roman, Zarai, 2421 Statz No B, N Las Vegas, NV 89030
4303975 +Romano, Rosario J Jr., 8713 Sherwood Park Dr, Las Vegas, NV 89131-1763
4303976 +Romeo & Imelda Ladia, 1376 W 1st St, San Pedro, CA 90732-3204
4303978 +Romer & Juliet Paulino, 9632 Hillview Rd, Anaheim, CA 92804-3424
4303979 +Romero Zeledon, Byron, 305 S. 15th St., Las Vegas, NV 89101-5200
4303980 +Romero, Eulalio, 2720 Menlo Square No D, Las Vegas, NV 89101-4671
4303981 +Romero, Jaime, 2720 Menlo Square Dr., No D, Las Vegas, NV 89101-4671
4303983 Romero, Jesus, 607 Triest No C, Las Vegas, NV 89110
4303982 +Romero, Jesus, 2225 Crawford St. Apt No 2, N Las Vegas, NV 89030-0140
4303984 +Romero, Josue, 6349 Bristol Way, Las Vegas, NV 89107-3429
4303985 +Romero, Lynn Rachel, 9588 Fresh Crown Court, Las Vegas, NV 89148-4269
4303986 +Romero, Miguel A., 1215 Cobble Lake, N Las Vegas, NV 89081-3288
4303987 +Romero, Pedro J, 3565 E Colton Ave, Las Vegas, NV 89115-0452
4303988 +Rommel & Mary Antonio, 914 E Olive Ave, Burbank, CA 91501-1428
4303991 +Romo, Anthony R., 3400 Cabana Rd No 2118, Las Vegas, NV 89122-4248
4303992 +Romo-Rizo Jr., Jose Jesus, 5831 W. La Madre Way, Las Vegas, NV 89130-2129
4303993 +Romualdo & Michael Deguzman, 6484 Aether St, Las Vegas, NV 89148-6734
4303994 +Romulus Archeri, PO Box 28533, Las Vegas, NV 89126-2533
4644775 +Romulus Archeri, Attn Bankruptcy Desk/Managing Agent, P O BOX 28533, Las Vegas NV 89126-2533
4303995 +Romy & Dorene Ocampo, 72 Broken Putter Way, Las Vegas, NV 89148-5254
4303996 +Ron & Maria America, 4312 San Marino Ct, Elk Grove, CA 95758-6093
4303997 +Ron & Michelle Faithfull, 3325 W Torino Ave, Las Vegas, NV 89139-7811
4644776 +Ron D Morgan Sr AND, Attn Bankruptcy Desk/Managing Agent, Kayla J Morgan, 23232 Solano Rd, Corning CA 96021-9768
4303999 +Ron D. Morgan Sr. AND, Kayla J. Morgan, 23232 Solano Rd., Corning, CA 96021-9768
4304000 +Ron Faithfull, 9050 W Warm Springs Rd, Unit 1095, Las Vegas, NV 89148-3844
4304002 +Ron Gorski, 1875 Mesquite Canyon Dr, Las Vegas, NV 89012-2270
4644778 +Ron Gorski, Attn Bankruptcy Desk/Managing Agent, 1875 Mesquite Canyon Dr, Las Vegas NV 89012-2270

4644779 +Ron Solis, Attn Bankruptcy Desk/Managing Agent, 6872 Rose Mallow St, Las Vegas NV 89148-4841
4304004 +Ronald & Carol Lerman, 26822 Calle Maria, Mission Viejo, CA 92691-3411
4304005 +Ronald & Irene Hillger, 896 Via Del Tramonto St, Henderson, NV 89011-0867
4304006 +Ronald & Loretta Shak, 17015 Jeanette Avenue, Cerritos, CA 90703-1214
4304008 +Ronald & Mary Aldinger, 6009 Golden Saddle St, Las Vegas, NV 89130-7914
4304009 +Ronald & Melissa Dejonge, 7201 Cottonsparrow St, Las Vegas, NV 89131-8257
4304010 +Ronald & Michelle Faithfull, 3378 W Pebble Rd, Las Vegas, NV 89139-7804
4304011 +Ronald & Miya Staton, 62 Rancho Maria St, Las Vegas, NV 89148-2749
4304012 +Ronald & Roberta Leonardo, 112 Don Miguel Cir, Palm Desert, CA 92260-2122
4304013 +Ronald & Sandra Hindmarch, 7135 S Durango Dr Unit 212, Las Vegas, NV 89113-2076
4304014 +Ronald & Tammy Tabura, 7151 S Durango Dr Unit 105, Las Vegas, NV 89113-2032
4644782 +Ronald Loretta Shak, Attn Bankruptcy Desk/Managing Agent, 17015 Jeanette Avenue, Cerritos CA 90703-1214
4304017 +Ronald Manfredini, 7127 S Durango Dr Unit 107, Las Vegas, NV 89113-2066
4644784 +Ronald McDonald House, Attn Bankruptcy Desk/Managing Agent, 2323 Potosi St, Las Vegas NV 89146-3344
4304018 +Ronald Yates, 339 Cart Crossing Way, Las Vegas, NV 89148-5213
4304019 +Ronaldo & Susan Deang, 124 Honors Course Dr, Las Vegas, NV 89148-0001
4304020 +Ronda Gutierrez, 948 Via Stellato St, Henderson, NV 89011-0857
4304022 +Rong Fang, 125 Connemara Way Apt 18, Sunnyvale, CA 94087-3285
4304023 +Ronnel Mendoza, 283 Sea Rim Ave, Las Vegas, NV 89148-2759
4304024 +Ronnie Yesharim, 17401 Ventura Blvd Ste A17, Encino, CA 91316-3861
4304026 +Ronquilla Sigala, Oscar, 6411 W. Deer Springs, Las Vegas, NV 89131-3115
4304027 +Ropp, Cynthia, 1445 San Felipe Dr, Boulder City, NV 89005-3208
4304028 +Roque-Flores, Carlos Magno, 5190 Champion Ave, Las Vegas, NV 89142-2553
4304029 +Rorie, Christopher, 386 Center Green Dr, Las Vegas, NV 89148-5219
4304030 Rosa & Julio Mendoza, 18648 Hillsboro Rd, Northridge, CA 91326
4304032 +Rosalba and Gino Ferraro, 10254 Sofferto Ave, Las Vegas, NV 89135-3247
4644785 +Rosalba and Gino Ferraro, Attn Bankruptcy Desk/Managing Agent, 10254 Sofferto Ave, Las Vegas NV 89135-3247
4304033 +Rosales R., Jose, 3204 E. Carey Ave, North Las Vegas, NV 89030-1903
4304034 +Rosales, Luis, 4747 Lucite Ln, No 3, Las Vegas, NV 89115-7246
4304036 +Rosalinda Mallari, 243 Crooked Tree Drive, Las Vegas, NV 89148-4419
4644786 +Rosalinda Mallari, Attn Bankruptcy Desk/Managing Agent, 243 Crooked Tree Drive, Las Vegas NV 89148-4419
4304037 +Rosalyn Ordonez, 94-1080 Halelehua St, Waipahu, HI 96797-3701
4304038 +Rosario & Ricardo Apacionado, 8045 Hamlin Ave, Skokie, IL 60076-3403
4304039 +Rosario & Rizalindo Rebong, 1023 Via Calderia Pl, Henderson, NV 89011-0808
4304040 +Rose Family, 391 Center Green Dr, Las Vegas, NV 89148-5220
4304041 +Rose Law Group, 6613 N. Scottsdale Road, Suite 200, Scottsdale, AZ 85250-7804
4304042 +Rose Preciado, Legacy Homes Realty, Inc., 3700 San Pablo Ave, Suite B-5, Hercules, CA 94547-3968
4304043 +Rose Smith, 7143 S Durango Dr Unit 308, Las Vegas, NV 89113-2025
4304044 +Roseanne Scarola, 7420 Apple Springs Ave, Las Vegas, NV 89131-3366
4304045 +Rosemarie & Reynaldo Celario, 153 Honors Course Dr, Las Vegas, NV 89148-0001
4304046 +Rosemary Cunningham, 224 Via Luna Rosa Ct, Henderson, NV 89011-0875
4644789 +Rosemary H Cooley, Attn Bankruptcy Desk/Managing Agent, 1993 S Mesa Drive, Palm Springs CA 92264-2604
4304047 +Rosemary H. Cooley, 1993 S. Mesa Drive, Palm Springs, CA 92264-2604
4304048 +Rosemary Kline, 2550 Glenkerry Dr, Anchorage, AK 99504-3239
4304049 +Rosen, Ian, 901 Mohawk St, Las Vegas, NV 89107-3711
4644790 +Rosenfeld Hansen LLP, Attn Bankruptcy Desk/Managing Agent, 3800 Howard Hughes Parkway, Suite 650, Las Vegas NV 89169-5906
4644791 +Rosenfeld Money LLP, Attn Bankruptcy Desk/Managing Agent, 3800 Howard Hughes Pkwy 650, Las Vegas NV 89169-5906
4304050 +Rosenlund, Saralyn, 5493 Railroad River Avenue, Las Vegas, NV 89139-5674
4304051 +Rosette Blow, 9050 W Warm Springs Rd Unit 2104, Las Vegas, NV 89148-3835
4644792 +Rosita Nicolas Preciado, Attn Bankruptcy Desk/Managing Agent, 3700 San Pablo Avenue, Hercules CA 94547-3968
4644793 +Rosita Preciado, Attn Bankruptcy Desk/Managing Agent, Legacy Homes Realty Inc, 3700 San Pablo Avenue, Hercules CA 94547-3968
4304052 +Ross Brough, 363 Highland Hills Ct, Las Vegas, NV 89148-2788
4304054 +Ross Woodard, 9700 Dieterich Ave, Las Vegas, NV 89148-5765
4304055 +Roth Family, 9734 Ziegler Ave, Las Vegas, NV 89148-5758
4644795 Roth Staffing Companies, Attn Bankruptcy Desk/Managing Agent, Dept 8892, Los Angeles CA 90084-8892
4644796 +Roto Rooter Services Co, Attn Bankruptcy Desk/Managing Agent, 5372 Collection Center Drive, Chicago IL 60693-0053
4304056 +Roto Rooter Services Co., 5372 Collection Center Drive, Chicago, IL 60693-0053
4304057 +Roto-Rooter Services Co., 5672 Collections Center Dr., Chicago, IL 60693-0056
4304058 +Rouben Papikian, 1551 N La Brea Ave Ph, Hollywood, CA 90028-7003
4304059 +Route 66 Motorsports, 2501 Beverly Ave., Kingman, AZ 86409-3630
4644797 +Route 66 Motorsports, Attn Bankruptcy Desk/Managing Agent, 2501 Beverly Ave, Kingman AZ 86409-3630
4304060 +Rowena & Emmanuel Dela Cruz, 1138 Olivia Parkway, Henderson, NV 89011-0800
4644798 +Rowena Emmanuel Dela Cruz, Attn Bankruptcy Desk/Managing Agent, 1138 Olivia Parkway, Henderson NV 89011-0800
4304062 +Roy & Octavia Brown, 249 Ramo Dr, Rochester, NY 14606-4625
4304063 Roy & Susan Moralde, 200006 Tanager Ct, Santa Clarita, CA 91351

4644799 +Royal Custom Design Inc, Attn Bankruptcy Desk/Managing Agent, Jack Sissoyev, 1449 Industrial Park St, Covina CA 91722-3414
4304066 +Royal Custom Design, Inc., 1449 Industrial Park St., Covina, CA 91722-3414
4644800 Royal Festivals Inc, Attn Bankruptcy Desk/Managing Agent, 3675 S Rainbow Blvd, 107 131, Las Vegas NV 89103
4304067 +Royal Festivals, Inc., 3675 S. Rainbow Blvd, No. 107-131, Las Vegas, NV 89103-1069
4644801 +Royal Security Inc, Attn Bankruptcy Desk/Managing Agent, 2770 S Maryland Pkwy Ste 312, Las Vegas NV 89109-1566
4304068 +Royce Industries, 11 West Brooks Ave., N. Las Vegas, NV 89030-3949
4304069 +Royce Industries, L.C., 11 West Brooks Ave, No. Las Vegas, NV 89030-3949
4304075 +Ruano, Sergio, 828 N. 24th St. No. A, Las Vegas, NV 89101-2248
4304076 +Ruben Herrera-Huizar, 2305 Theresa Ave, Las Vegas, NV 89101-1425
4304078 +Rubio Orozco, Rogelio, 4511 Calico Cliff, N Las Vegas, NV 89031-4335
4304079 +Rubio, Bartolo, 3751 Majesty Palm Dr, Las Vegas, NV 89115-8135
4304080 +Rubio, Simon, 2509 Reynolds Ave, N Las Vegas, NV 89030-7236
4304081 +Rubio, Willi, 6013 Cedar Lake Court, Las Vegas, NV 89110-1871
4304082 +Ruby Rieta, 24072 Madeiros Ave, Hayward, CA 94541-4461
4304083 +Ruby Sherbert, 7137 Cressida Ct, Las Vegas, NV 89113-0249
4304084 +Rudy & Lindsay Miller, 7725 Falconwing Ave, Las Vegas, NV 89131-8206
4304085 +Rudy & Shirley Carrasco, 1980 Wesley Dr, Folsom, CA 95630-6113
4644806 +Rudy Glass Co Inc, Attn Bankruptcy Desk/Managing Agent, 1920 Holly Ave, Lake Havasu City AZ 86403-2801
4304086 +Rudy Glass Co., Inc., 1920 Holly Ave, Lake Havasu City, AZ 86403-2801
4304087 +Ruelas, Joel, 451 N. Nellis No. 2086, Las Vegas, NV 89110-5355
4304089 +Rugby Industrial Products, 4545 W. Diablo, Suite B, Las Vegas, NV 89118-6217
4304090 +Rui Dong, 9330 Horse Canyon Dr, Las Vegas, NV 89178-5705
4304091 +Ruiz Gomez, Juan Manuel, 1325 Torrington Dr, Las Vegas, NV 89108-1811
4304092 +Ruiz Lira, Nancy, 305 S. 15th St, Las Vegas, NV 89101-5200
4304093 +Ruiz Miranda, Susano, 3301 Civic Center Dr., N Las Vegas, NV 89030-4513
4304094 +Ruiz, Alberto, 1001 E. Carey Ave No. 1402, North Las Vegas, NV 89030-1811
4304095 +Ruiz, Hugo C, 2212 Carroll St, North Las Vegas, NV 89030-6281
4304096 +Ruiz, Jose Antonio, 3660 Ala Dr. No. 2, Las Vegas, NV 89103-1474
4304097 +Ruiz, Juan C., 1513 Virgil St, Las Vegas, NV 89110-1173
4304098 +Ruiz, Mauro, 1304 North Jones Blvd, Las Vegas, NV 89108-1612
4304099 +Ruiz, Moises, 2220 E. Owens Ave, North Las Vegas, NV 89030-7269
4304101 +Ruiz, Victor, 3417 E. Cheyenne Ave No. 175, North Las Vegas, NV 89030-4221
4304100 +Ruiz, Victor, 2725 E. Evans, No. 151, N Las Vegas, NV 89030-5494
4304102 +Ruiz-A., Gaudencio, 1835 N. Bruce St, N Las Vegas, NV 89030-7906
4304105 +Russell & Eugenia Bond, 9050 W Warm Springs Rd Unit 1060, Las Vegas, NV 89148-3828
4304106 +Russell & Ina Medina, 457 Via Stretto Ave, Henderson, NV 89011-0837
4304107 +Russell Phillips, 261 Broken Par Dr, Las Vegas, NV 89148-5209
4304108 +Russell, Allie L., 24927 Camino de Oro Way, Moreno Valley, CA 92557-6407
4304109 +Russo, Giuseppe, 7804 Golden Talon, Las Vegas, NV 89131-8218
4304110 +Russo, Nicole, 7804 Golden Talon Ave, Las Vegas, NV 89131-8218
4304111 +Russo, Rosario, 7804 Golden Talon Ave, Las Vegas, NV 89131-8218
4644807 +Rusty Setser, Attn Bankruptcy Desk/Managing Agent, 1000 Park Newport 31, Newport Beach CA 92660-5076
4304112 +Ruth & Douglas Williams, 3404 Coy Dr, Sherman Oaks, CA 91423-4530
4304113 +Ruth Gebremedhen, 268 Palm Trace Ave, Las Vegas, NV 89148-2735
4304114 +Ruth Summa, 115 Nathan St, Waterbury, CT 06708-1915
4304115 +Ryan & Marjorie Kelley, 6527 Bethalto St, Las Vegas, NV 89148-5740
4304116 +Ryan Barnes, 1733 Kudu Ct, Draper, UT 84020-9375
4304117 +Ryan Blanchard, 7155 S Durango Dr Unit 214, Las Vegas, NV 89113-2039
4304119 +Ryan Gillian, 2900 El Camino Ave No 98, Las Vegas, NV 89102-4220
4644810 +Ryan Gillian, Attn Bankruptcy Desk/Managing Agent, 2900 El Camino Ave 98, Las Vegas NV 89102-4220
4304120 +Ryan Hayes, 9741 Marcelline Ave, Las Vegas, NV 89148-5752
4304121 +Ryan Ketchum, 10599 Pueblo Springs, Las Vegas, NV 89183-4683
4304122 +Ryan Klosterman, 7061 W Glenn Dr, Glendale, AZ 85303-2680
4644811 +Ryan Plotnick, Attn Bankruptcy Desk/Managing Agent, 2150 N Tenaya, Las Vegas NV 89128-0402
4644812 +Ryan Rapp Underwood P L C, Attn Bankruptcy Desk/Managing Agent, 3101 N Central Avenue, Suite 1500, Phoenix AZ 85012-2681
4304124 +Ryan Soucie, 607 Orchard Course Dr, Las Vegas, NV 89148-4481
4304125 +S & B Mechanical LLC, 2325 Jacaranda St., Mesa, AZ 85213-2917
4304126 +S & L Equipment, LLC, 4346 E. Magnolia St., Phoenix, AZ 85034-7308
4304128 +S & S Paint & Drywall, 4708 Elm Ave, Las Vegas, NV 89110-3521
4304127 +S & S Paint & Drywall, 4612 Hayes Place, Las Vegas, NV 89107-4144
4644813 +S B Mechanical, Attn Bankruptcy Desk/Managing Agent, 2325 Jacaranda St, Mesa, AZ 85213-2917
4644814 +S S Paint Drywall, Attn Bankruptcy Desk/Managing Agent, Jason Stephens, 4708 Elm Ave, Las Vegas NV 89110-3521
4304129 +S.C. Services, 3540 W. Sahara Ave., Suite 553, Las Vegas, NV 89102-5816
4644817 SAFECO Insurance Co, Attn Bankruptcy Desk/Managing Agent, P O Box 34685, Seattle WA 98124-1685
5048872 +SAFETY RAILS OF NEVADA, INC, ATTN: RANDY LOFQUIST, 3447 RINGSTAR RD., LAS VEGAS, NV 89030-4473
4644854 SBC, Attn Bankruptcy Desk/Managing Agent, P O Box 989045, West Sacramento CA 95798-9045
4304277 +SC Fuels, Cardlock Fuels, PO Box 14014, Orange, CA 92863-1414
4644855 +SC Fuels, Attn Bankruptcy Desk/Managing Agent, Cardlock fuels, P O Box 14014, Orange CA 92863-1414
4644856 +SC Fuels, Attn Bankruptcy Desk/Managing Agent, PO Box 14014, Orange, CA 92863-1414

4304279 +SCARBROUGH CO., 7372 Walnut Ave Suite X, Buena Park, CA 90620-1774
4644859 SCF Arizona, Attn Bankruptcy Desk/Managing Agent, P O Box 33049, Phoenix AZ 85067-3049
4304282 SCF of Arizona, PO Box 33049, Phoenix, AZ 85067-3049
4304297 +SCINC Marketing, 10624 S. Eastern Ave, Ste. A-763, Henderson, NV 89052-2982
4644861 +SCINC Marketing, Attn Bankruptcy Desk/Managing Agent, 10624 S Eastern Ave, Ste A 763, Henderson NV 89052-2982
4644866 +SCR Development, Attn Bankruptcy Desk/Managing Agent, PO Box 2407, Cottonwood, AZ 86326-2407
4304321 SDA Electric, 6430 Lookout Mountain Dr., Las Vegas, NV 89110
4644868 SDA Electric Inc, Attn Bankruptcy Desk/Managing Agent, 6403 Lookout Mountain Drive, Las Vegas NV 89110-1910
4644869 +SDG Com Serv, Attn Bankruptcy Desk/Managing Agent, P O Box 28547, Las Vegas NV 89126-2547
4644887 +SELLING ON HOLD, Attn Bankruptcy Desk/Managing Agent, 1400 PRESTON RD STE 300, PLANO TX 75093-3603
4304351 +SER MAC Inc., 2601 S. Highland Drive, Las Vegas, NV 89109-1180
5106533 +SHAYLON HOMEOWNERS' ASSOCIATION, C/O KIRBY C. GRUCHOW, JR., ESQ., LEACH JOHNSON SONG & GRUCHOW, 5495 SOUTH RAINBOW BOULEVARD, SUITE 202, LAS VEGAS, NV 89118-1873
4304452 SHRM, Society for Human Resource Mgmt., PO Box 79482, Baltimore, MD 21298-8614
4644912 SHRM, Attn Bankruptcy Desk/Managing Agent, Society for Human Resource Mgmt, PO BOX 79482, Baltimore MD 21298-8614
4304451 +SHRM Store, 1650 Blugrass Lakes, PKY, Alpharetta, GA 30004-7714
4644913 +SHRM Store, Attn Bankruptcy Desk/Managing Agent, 1650 Blugrass Lakes PKY, Alpharetta GA 30004-7714
4644919 +SIERRA WEST PUBLISHING, Attn Bankruptcy Desk/Managing Agent, 170 NORTH 200 WEST, ST GEORGE UT 84770-2708
4644950 +SMS Financial LLC, Attn Bankruptcy Desk/Managing Agent, 2645 North 7th Avenue, Phoenix AZ 85007-1101
4304543 +SNHRA, PO Box 80625, Las Vegas, NV 89180-0625
4644957 +SOA Sales Office Access Inc, Attn Bankruptcy Desk/Managing Agent, 7211 Patterson Drive, Garden Grove CA 92841-1421
4304555 +SOA Sales Office Access., Inc., 7211 Patterson Drive, Garden Grove, CA 92841-1421
4644966 +SORIN REAL ESTATE CDO I LTD, Attn Bankruptcy Desk/Managing Agent, Cameron Kirby, 420 LEXINGTON AVE SUITE 2356, NEW YORK, NY 10170-2331
4304645 ++SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949
(address filed with court: Sprint, PO Box 4181, Carol Stream, IL 60197-4181)
4304646 ++SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949
(address filed with court: Sprint, PO Box 79357, City of Industry, CA 91716-9357)
4304638 ++SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949
(address filed with court: Sprint (Cell Phones), PO Box 79357, City of Industry, CA 91716-9357)
4304641 ++SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949
(address filed with court: Sprint PCS, PO Box 4181, Carol Stream, IL 60197-4181)
4304642 ++SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949
(address filed with court: Sprint PCS, PO Box 79357, City of Industry, CA 91716-9357)
4645015 ++SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949
(address filed with court: Sprint PCS, Attn Bankruptcy Desk/Managing Agent, P O Box 4181, Carol Stream IL 60197-4181)
4645018 ++SPRINT NEXTEL CORRESPONDENCE, ATTN BANKRUPTCY DEPT, PO BOX 7949, OVERLAND PARK KS 66207-0949
(address filed with court: Sprint Yellow Pages, Attn Bankruptcy Desk/Managing Agent, daynisha, PO Box 805056, Kansas City MO 64180-5056)
4729587 +STAFFMARK, ATTN: TERRI AYERS, 435 ELM ST. STE 300, CINCINNATI, OH 45202-2644
4304775 ++++STIMULUS TECHNOLOGIES, 6100 MOUNTAIN VISTA ST STE 130, HENDERSON NV 89014-2045
(address filed with court: Stimulus Technologies, 6100 S. Mountain Vista St., Suite D, Henderson, NV 89014)
4645081 STRATEGIC VALUE MASTER FUND, Attn Bankruptcy Desk/Managing Agent, Alan Liu, 100 West Putnam Alan Liu, Greenwich, CT 06830
4304813 +SUN- UP TRUCKING, 129 Palo Verde, Cottonwood, AZ 86326-4041
5103751 +SUNRISE MECHANICAL INC, ATTN: BONNIE L REAVES, 7380 COMMERCIAL WAY, HENDERSON, NV 89011-6627
5133826 +SURFACE SOLUTIONS, ATTN: EULALIO MORENO, P.O. BOX 335112, 2305 DALTON RIDGE CT., NORTH LAS VEGAS, NV 89031-3805
4304869 +SYKIA Imports LLC, dba SIGMA-CAD, 158 Wold Ct., Eau Claire, WI 54701-4760
4645133 +SYKIA Imports LLC, Attn Bankruptcy Desk/Managing Agent, dba SIGMA CAD, 158 Wold Ct, Eau Claire WI 54701-4760
4304130 Saarinen, Raili, 8904 Milo Way, Las Vegas, NV 89102
4304131 +Sabalza-Carmona, J Fausto, 2601 E. Stewart Ave Apt 1, Las Vegas, NV 89101-4658
4644815 +Sacon Construction, Attn Bankruptcy Desk/Managing Agent, 7385 Prairie Falcon Rd 110, Las Vegas NV 89128-0814
4644816 Sacramento Bee Newspaper, Attn Bankruptcy Desk/Managing Agent, Mark Chow Classifieds, Sacramento CA
4644818 Safeguard Business Syste, Attn Bankruptcy Desk/Managing Agent, Bill Maxwell, PO Box 910947, Los Angeles CA 90091-0947

4304132 Safeguard Business Systems, PO Box 88043, Chicago, IL 60680-1043
4644819 Safeguard Business Systems, Attn Bankruptcy Desk/Managing Agent, PO Box 88043, Chicago IL 60680-1043
4304133 Safelite Auto Glass, PO Box 633197, Cincinnati, OH 45263-3197
4644820 Safelite Auto Glass, Attn Bankruptcy Desk/Managing Agent, P O Box 633197, Cincinnati OH 45263-3197
4644822 +Safety Meeting Outlines Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 700, Frankfort IL 60423-0700
4304135 +Safety Meeting Outlines, Inc., PO Box 700, Frankfurt, IL 60423-0700
4644823 +Safety Rails of NV Inc, Attn Bankruptcy Desk/Managing Agent, Mike Kramer, 3447 Ringstar Road, Las Vegas NV 89030-4473
4304136 +Safety Rails of NV Inc., 3447 Ringstar Road, Las Vegas, NV 89030-4473
4644824 +Saffles Construction Inc, Attn Bankruptcy Desk/Managing Agent, Sharon, 1350 E Flamingo Rd 210, Las Vegas NV 89119-5263
4304139 +Sage Construction, 2752 Abelf Lane, Las Vegas, NV 89115-4454
4644825 +Sage Construction, Attn Bankruptcy Desk/Managing Agent, 2752 Abelf Lane, Las Vegas NV 89115-4454
4304140 +Sage Construction, 3112 N. Nellis Blvd, Las Vegas, NV 89115-3452
4304141 +Sage Software, 15195 NW Greenbrier Parkway, Beaverton, OR 97006-5701
4644827 +Sagebrush Enterprises In, Attn Bankruptcy Desk/Managing Agent, 4730 S Fort Apache Road, Suite 300, Las Vegas NV 89147-7947
4304142 +Sagebrush Enterprises Inc, 4730 South Fort Apache Rd Suite 300, Las Vegas, NV 89147-7947
4644828 +Sagebursh Enterprises Inc, Attn Bankruptcy Desk/Managing Agent, 4730 S Fort Apache Road, Suite 300, Las Vegas, NV 89147-7947
4304143 +Sahagun-Palomera, Cesar, 1205 Orange Ave, Las Vegas, NV 89108-1047
4304144 +Sai & Pauline Yip, 364 Highland Hills Ct, Las Vegas, NV 89148-2787
4644829 Sail Magazine, Attn Bankruptcy Desk/Managing Agent, Magazine Payment Services Inc, P O Box 1296, Sausalito CA 94966-1296
4304145 +Sakurai, David T., 516 Purcell Dr, Las Vegas, NV 89107-1004
4304146 +Salah Elbakri, 2350 Clipper St, San Mateo, CA 94403-1006
4304147 +Salas Castaneda, Manuel, 1204 N. 23rd St, Las Vegas, NV 89101-1414
4304148 +Salazar, Edgar, 1221 Honey Lake Ct, Las Vegas, NV 89110-5909
4304149 +Salazar, Gilberto, 1333 Rexsford P-2, Las Vegas, NV 89104-1405
4304150 +Salazar, Jose, 6919 Dunsbach Way No B, Las Vegas, NV 89156-6131
4304151 +Salazar, Maria M, 3532 Chelsea Grove, Las Vegas, NV 89122-3635
4304152 Salazar, Roberto Hernandez, 1728 Cordova Lane No C, Las Vegas, NV 89108
4304153 +Salazar, Robin, 1033 Green Way, Las Vegas, NV 89108-1355
4304154 +Salazar, Sergio, 4816 Via Renaldo, Las Vegas, NV 89103-2632
4304155 +Salazar, Valentin, 3404 Lillis Cr, N Las Vegas, NV 89030-6637
4304156 +Salcido-Lopez, Teodulo, 2101 Sandy Lane, Las Vegas, NV 89115-5240
4304157 +Saldana, Jose Luis, 2812 Desert Song Drive, Las Vegas, NV 89106-1334
4304158 +Saldi Family, 139 Crooked Putter Dr, Las Vegas, NV 89148-5228
4304159 +Salem Family, 384 Harpers Ferry Ave, Las Vegas, NV 89148-2784
4304161 +Salestraq, 16 Taperdero Lane, Las Vegas, NV 89135-7852
4304163 +Salgado, Jose A, 3930 Silver Dollar Ave Apt 201, Las Vegas, NV 89102-0456
4304164 +Salgado-Laurel, Santiago, 1309 22nd St No 1, Las Vegas, NV 89101-1460
4304165 +Salinas T, Ramon, 2119 Webster St, North Las Vegas, NV 89030-6475
4304166 +Salinas, Jose Roberto, 4716 Shoen Avenue, Las Vegas, NV 89110-3547
4304167 +Salinas, Miguel A., 3208 Taylor, N Las Vegas, NV 89030-7262
4304168 +Salinas-E, Alfonzo, 3142 Richford Pl, Las Vegas, NV 89102-7847
4304169 +Salinas-Magana, Alan, 4716 Shoen Ave, Las Vegas, NV 89110-3547
4304170 +Salinias T., Ramon, 2119 Webster St, N Las Vegas, NV 89030-6475
4644832 +Sally Balecha, Attn Bankruptcy Desk/Managing Agent, The Force Realty, 7251 W Lake Mead 300, Las Vegas NV 89128-8380
4304171 +Sally Bengoechea, 229 Via Di Citta, Henderson, NV 89011-0848
4644833 +Sally Bengoechea, Attn Bankruptcy Desk/Managing Agent, 229 Via Di Citta, Henderson NV 89011-0848
4304172 +Salomon & Lilian Deras, 18827 Clearbrook St, Northridge, CA 91326-2126
4304173 +Salvador & Eleanor Garcia, 291 Arbour Garden Ave, Las Vegas, NV 89148-2762
4304174 +Salvador, Eric F., 7773 N. Nathan Hale Ave., Tucson, AZ 85741-1530
4304175 +Salvatore, William, 4466 Regalo Bello St, Las Vegas, NV 89135-2529
4304176 +Sam & Donella Boyd, 5138 Spanish Hills Dr, Las Vegas, NV 89148-1410
4304177 +Sam & Shirley Williams, 2609 8th Ave, Oakland, CA 94606-2112
4304178 +Sam Tsai, 7 Susan Pl, Edison, NJ 08817-2822
4644834 +Sam s Club, Attn Bankruptcy Desk/Managing Agent, 7175 Spring Mountain Road, Las Vegas NV 89117-3819
4304181 +Samantha Carrillo, 2804 Quail Lakes Court, Las Vegas, NV 89117-2434
4304182 +Samantha Radak, 9050 W Warm Springs Rd Unit 1037, Las Vegas, NV 89148-3828
4304183 +Samantha Wimmer, 7151 S Durango Dr Unit 307, Las Vegas, NV 89113-2034
4304184 +Sambuco Family, 6 Spruce Ln, Valley Stream, NY 11581-2604
4304185 +Same Day Banner & Print Supplies, 4000 W. Ali Baba Lane, Ste. A, Las Vegas, NV 89118-1675
4644835 +Same Day Banner Print, Attn Bankruptcy Desk/Managing Agent, Supplies, 4000 W Ali Baba Lane Ste A, Las Vegas NV 89118-1675
4304186 +Same Day Paint & Body Center, 704 W. Sunset Rd., Henderson, NV 89011-4615
4644836 +Sammy Lam, Attn Bankruptcy Desk/Managing Agent, 2146 18th Avenue, San Francisco 94116-1856
4304187 +Sampson, Jason, 6201 Sweetbriar, Las Vegas, NV 89146-3015
4304188 +Samran & Khoraphin Thomloi, 5145 Colfax Ave, North Hollywood, CA 91601-3635
4304179 +Sams Club, 7175 Spring Mountain Road, Las Vegas, NV 89117-3819
4304180 Sams Club/GECF, PO Box 530970, Atlanta, GA 30353-0970
4304189 +Samsul Family, 153 Crooked Putter Dr, Las Vegas, NV 89148-5228

4304190 +Samuel & Flora Wallace, 7540 Jackaranda Bay St, Las Vegas, NV 89139-5313
4304191 +Samuel Elmore IV, 1030 Weather Board, Henderson, NV 89011-3100
4644837 +Samuel Elmore IV, Attn Bankruptcy Desk/Managing Agent, 1030 Weather Board, Henderson NV 89011-3100
4304192 +Samuel Ho, 43643 Southerland Way, Fremont, CA 94539-5933
4304193 +Samuel Martinez, 7917 Dappled Light Ave, Las Vegas, NV 89131-8302
4304194 +Samuel Shin, 4733 Ashington St, Las Vegas, NV 89147-6070
4644838 San Bernardino County, Attn Bankruptcy Desk/Managing Agent, 670 E Gilbert St, San Bernardino CA 92415-0133
4304195 +San Gabriel Construction, 10120 W. Flamingo Rd., STE 4-195, Las Vegas, NV 89147-8392
4644839 +San Gabriel Construction, Attn Bankruptcy Desk/Managing Agent, 10120 W Flamingo Rd STE 4 195, Las Vegas NV 89147-8392
4644840 +San Jose Business Journal, Attn Bankruptcy Desk/Managing Agent, 96 N 3rd Street, Suite 100, San Jose CA 95112-7703
4304196 +San Miguel, Maria, 91 Cora Hills Ct, Las Vegas, NV 89148-2807
4304197 +Sanabria, Fernando J., 2235 Shatz St, Las Vegas, NV 89156-5956
4304198 +Sanabria, Israel Juan, 2235 Shatz, Las Vegas, NV 89156-5956
4304199 Sanchez Cornejo, David De Jesus, 2216 W. Owens Ave, North Las Vegas, NV 89030
4304200 +Sanchez Family, 430 Talbot Dr, Hollister, CA 95023-7028
4304201 +Sanchez Hurtado, Joel, 517 N. 28th St No 48, Las Vegas, NV 89101-3639
4304202 +Sanchez Jimenez, Romeo, PO Box 43935, Las Vegas, NV 89116-1935
4304203 +Sanchez Lopez, Efrain, 2417 Arrowhead, North las Vegas, NV 89030-5402
4304204 +Sanchez V, Jorge, 3301 Civic Center Dr No 17 D, North Las Vegas, NV 89030-8153
4304205 +Sanchez, Antonio, 1823 Fulstone Way No 1, Las Vegas, NV 89115-3616
4304206 +Sanchez, Barba, Alfredo, 2558 San Felipe St, Las Vegas, NV 89115-4216
4304207 +Sanchez, Bryan N., 2664 Spruce Creek Dr, Las Vegas, NV 89135-2099
4304208 +Sanchez, Josafat, 1324 Kari Lee, Las Vegas, NV 89146-9023
4304212 +Sanchez, Jose, 5004 S. Maryland Pkwy No 10, Las Vegas, NV 89119-1655
4304209 Sanchez, Jose A., 1936 Cindy Sue No. D, Las Vegas, NV 89106
4304210 +Sanchez, Jose F., 6063 Shenandoah Ave, Las Vegas, NV 89156-4736
4304211 +Sanchez, Jose J, 248 E. Foster Ave, Henderson, NV 89011-1100
4304213 +Sanchez, Librado S., 8632 Yamamoto St, Las Vegas, NV 89131-2085
4304214 +Sanchez, Luis, 816 Judson Ave, North Las Vegas, NV 89030-5618
4304215 +Sanchez, Maria Del Rosario, 1814 Hoover St, N Las Vegas, NV 89030-6912
4304217 +Sanchez, Martin, 3964 Silver Dollar Ave., No 3964, Las Vegas, NV 89102-0491
4304216 +Sanchez, Martin, 1760 N. Decatur Blvd., No 27, Las Vegas, NV 89108-2246
4304218 +Sanchez, Oscar F, 1846 Bartoli No 2, Las Vegas, NV 89115-3608
4304219 +Sanchez, Shane K, 10085 Chestnut Wood Ave, Las Vegas, NV 89148-5560
4304220 +Sanchez-Monteon, Pedro, 3301 Civic Center No 3A, N Las Vegas, NV 89030-8141
4304221 +Sanchez-Soto, Mario R., 841 Park Hurst St, Las Vegas, NV 89110-2108
4644841 +Sanders Construction Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 92707, Henderson NV 89009-2707
4304222 +Sanders Family, 284 White Bluffs St, Las Vegas, NV 89148-2747
4304224 +Sanders, Robert, 5421 E Harmon Ave. No P-21, Las Vegas, NV 89122-6036
4304223 +Sanders, Robert, 1750 E. Karen Ave No. 324, Las Vegas, NV 89169-8788
4304225 +Sandi Berendji, 252 Waterton Lakes Ave, Las Vegas, NV 89148-2800
4304226 +Sandi Menta, 901 Via Del Tramonto St, Henderson, NV 89011-0867
4304229 +Sandoval Sanabia, Maura, 3325 N. Nellis Blvd No 171, Las Vegas, NV 89115-2841
4304228 +Sandoval Sanabia, Maura, 2335 Daley St No. 4, N Las Vegas, NV 89030-6267
4304230 +Sandoval, Anna P, 579 Pomerol Ave, Las Vegas, NV 89123-6211
4304231 +Sandoval, Francisco, 3038 Carroll St., N Las Vegas, NV 89030-5056
4304232 +Sandoval-Arias, Teodoro, 2524 McCarren Apt 6, North Las Vegas, NV 89030-6124
4304233 +Sandra & Warren Warren, 9581 Los Cotos Ct, Las Vegas, NV 89147-8205
4304234 +Sandra Fletes, 1044 Via Prato Ln, Henderson, NV 89011-0899
4304235 +Sandra Garcia, 15353 Patronella Ave, Gardena, CA 90249-3915
4644843 +Sandra Garcia, Attn Bankruptcy Desk/Managing Agent, 15353 Patronella Ave, Gardena CA 90249-3915
4644844 +Sandra M Welpman, Attn Bankruptcy Desk/Managing Agent, 3014 Lake Blakely Rd, Henderson NV 89052-8516
4304236 +Sandra M. Welpman, 3014 Lake Blakely Rd., Henderson, NV 89052-8516
4304237 +Sandra Perry, 9050 W Warm Springs Rd Unit 2029, Las Vegas, NV 89148-3833
4304239 +Sandrowitz, Kelly, 7421 Lattimore, Las Vegas, NV 89128-3220
4644846 +Sandvick Equipment and, Attn Bankruptcy Desk/Managing Agent, Supply Company, P O Box 8220, Phoenix AZ 85066-8220
4304240 +Sandy McBride, 1306 Autumn Wind Way, Henderson, NV 89052-3006
4644847 +Sandy McBride, Attn Bankruptcy Desk/Managing Agent, Sandy, 1306 Autumn Wind Way, Henderson NV 89052-3006
4304241 +Sanhapit Sampatisiri, 10530 Wilshire Blvd Apt 406, Los Angeles, CA 90024-4543
4644848 +Santa Fe Pacific R R, Attn Bankruptcy Desk/Managing Agent, c/o Newmont Realty Company, 1700 Lincoln Street, Denver CO 80203-4500
4644849 +Santa Fe Ranch P O A, Attn Bankruptcy Desk/Managing Agent, 1834 Highway 95, Bullhead City AZ 86442-6803
4304242 +Santa Fe Ranch POA., 1834 Highway 95, Bullhead City, AZ 86442-6803
4304243 +Santa Monica Airport, 3223 Donald Douglas Loop South, Suite 3, Santa Monica, CA 90405-3213
4644850 +Santa Monica Airport, Attn Bankruptcy Desk/Managing Agent, 3223 Donald Douglas Loop South, Suite 3, Santa Monica CA 90405-3213
4304244 +Santaella Arellano, Ricardo, 5350 Tropicana Ave, Las Vegas, NV 89122-6736
4304245 +Santana, Omar R, 1915 Crawford, North Las Vegas, NV 89030-7337
4304246 +Santiago Garcia, Candido, 409 Crestline Dr, Las Vegas, NV 89107-1394
4304247 +Santiago Martinez, Rafael, 409 Crestline, Las Vegas, NV 89107-1394

4304248 +Santiago, Alexis, 5528 Great Divide, N Las Vegas, NV 89031-0640
4304249 +Santiago, Juan A, 409 Crestline, Las Vegas, NV 89107-1394
4304250 +Santiago, Juan M., 5266 Stampa Ave, Las Vegas, NV 89146-6836
4304251 +Santiago-Cruz, Oscar, 409 Crestline, Las Vegas, NV 89107-1394
4304252 +Santiago-Martinez, Ivan, 409 Crestline No D, Las Vegas, NV 89107-1394
4304253 +Santini Family, 4710 Laguna Vista St, Las Vegas, NV 89147-6043
4304254 +Santoro Driggs ET AL., 400 S. 4th St., 3rd floor, Las Vegas, NV 89101-6206
4644851 +Santoro Driggs Walch, Attn Bankruptcy Desk/Managing Agent, Kearney Johnson Thompson, 400 S Fourth St 3rd Floor, Las Vegas NV 89101-6206
4644852 +Santoro Driggs Walch Kearney, Attn Bankruptcy Desk/Managing Agent, Holley Thompson c/o Nicholas Santoro, 400 South Fourth Street 3rd Floor, Las Vegas, NV 89101-6206
4304255 +Santoro, Driggs, Walch,, Kearney, Johnson & Thompson, 400 S. Fourth St. 3rd Floor, Las Vegas, NV 89101-6206
4304257 +Santos-Lazaro, Joel, 2100 Christina St., North Las Vegas, NV 89030-5627
4304258 +Santos-Linares, Leonardo, 1413 Henri Dr Apt A, Las Vegas, NV 89110-1246
4304259 +Sanucci, Kathryn, 7230 Shallowford Ave, Las Vegas, NV 89131-3375
4304260 +Sara Efraim, 7163 S Durango Dr Unit 206, Las Vegas, NV 89113-2045
4304261 +Sara Grimaldo, 7216 Cottonsparrow St, Las Vegas, NV 89131-8257
4304262 Sarabia, Gabriel Quinto, 1498 Arlington Heights, Las Vegas, NV 89110
4304263 +Sarabria-Rivero, Jorge, 1842 Stanford, N Las Vegas, NV 89030-6729
4304265 +Sarah Gura, 2868 Reef Bay Ln, Las Vegas, NV 89128-7270
4304266 +Sarah Thornton, 9616 Port Orange Ln, Las Vegas, NV 89134-0415
4644853 +Sarah Thornton, Attn Bankruptcy Desk/Managing Agent, 9616 Port Orange Ln, Las Vegas NV 89134-0415
4304267 +Sarah Wolff, 7155 S Durango Dr Unit 210, Las Vegas, NV 89113-2039
4304268 +Sari Grossman, 511 Via Ripagrande Ave, Henderson, NV 89011-0816
4304269 +Sarindar & Paramjit Dhillon, 43542 Gallegos Ave, Fremont, CA 94539-5756
4304270 +Sassan Sadigh, 335 1st St, Los Altos, CA 94022-3604
4304271 +Saul Mendoza-Gonzalez, 1072 Leesburg St, Las Vegas, NV 89110-2578
4304272 Saunders Brothers, 1285 Bixby Drive, City of Industry, CA 91745-1708
4304273 +Savalza, Ramon, 2217 Sunrise Ave, Las Vegas, NV 89101-8136
4304274 +Saveera Lamwar, 1201 Folsom St, San Francisco, CA 94103-3816
4304275 Savings Colonial, 2626 A West Freeway, Fort Worth, TX 76102
4304276 +Saw Horse LLC, 2281 Candlestick Ave, Henderson, NV 89052-2361
4304278 +Scaffidi, Krystle, 9461 Borough Park, Las Vegas, NV 89178-8294
4644857 +Scarbrough Company, Attn Bankruptcy Desk/Managing Agent, 7372 Walnut Avenue X, Buena Park CA 90620-1774
4304280 +Scarbrough, Tyler, 1511 Beach Comber Seal Beach, CA 90740, Seal Beach, CA 90740-5735
4304281 Scenic Technologies, 6050 S. Valley View Blvd No C, Las Vegas, NV 89118-3152
4644858 Scenic Technologies, Attn Bankruptcy Desk/Managing Agent, 6050 S Valley View Blvd C, Las Vegas NV 89118-3152
4304283 +Schall, Richard, 1185 Orchard St Golden, CO 80401, Golden, CO 80401-2936
4304284 +Scharpnick Family, 12 Via Potenza Ct, Henderson, NV 89011-2213
4304285 Scheers Inc., 601 Oakmont Lane, Suite 400, Westmont, IL 60559-5570
4304286 +Schencke, Michael J., 9702 Valmeyer Ave, Las Vegas, NV 89148-5742
4304287 +Schermerhorn, David, 3305 La Cascada Venue, N Las Vegas, NV 89031-3551
4304288 +Schneider, Mark, 2321 Kalkaska Dr, Henderson, NV 89044-4515
4304290 +Schreck Brignone, Attorneys at Law, 300 South Fourth Street, Ste 1200, Las Vegas, NV 89101-6020
4644860 +Schreck Brignone, Attn Bankruptcy Desk/Managing Agent, Attorneys at Law, 300 South Fourth Street Ste 1200, Las Vegas NV 89101-6020
4304291 +Schuller Family, 6607 234th St SW, Mountlake Terrace, WA 98043-2719
4304293 +Schwartz Family, 2844 Westwood Blvd, Los Angeles, CA 90064-4115
4304294 +Schwartz, Arnold, 3001 W. Warm Springs No 4112, Henderson, NV 89014-4583
4304295 +Schwartz, Vincent A., 6905 Cornflower No 4, Las Vegas, NV 89128-3457
4304296 +Schweit Family, 3029 Misty Harbour Dr, Las Vegas, NV 89117-3504
4304299 ScoreGolf Canada, 5397 Eglinton Ave. W., Suite 101, Toronto, Ontario M9C 5K6 Canada
4304300 +Scott & Arsenia Alderman, 7232 Buglehorn St, Las Vegas, NV 89131-8261
4304302 +Scott & Debbie Hager, 632 Harvester Course Dr, Las Vegas, NV 89148-4482
4304303 +Scott & Joanne Thomas, 1074 Via Saint Lucia Pl, Henderson, NV 89011-0873
4304304 +Scott & Jugatx Hartung, 969 Via Columbo St, Henderson, NV 89011-0108
4304305 +Scott & Nancy Camero, 7159 S Durango Dr Unit 212, Las Vegas, NV 89113-2037
4644862 +Scott A Stewart, Attn Bankruptcy Desk/Managing Agent, 573 Duran St, Henderson NV 89015-6972
4304306 +Scott Andrle, 298 Palm Trace Ave, Las Vegas, NV 89148-2735
4644863 +Scott Architectural Lighting, Attn Bankruptcy Desk/Managing Agent, 355 Watt Drive, Fairfield CA 94534-4207
4304307 +Scott Brokaw, 659 Springbrook Dr, Grand Junction, CO 81504-7070
4304308 +Scott Carey, 3540 W Sahara Ave No 736, Las Vegas, NV 89102-5816
4304309 +Scott Eric Nelson, 3374 W. McConnico Road, Kingman, AZ 86413-8331
4304310 +Scott Family, 1082 Olivia Pkwy, Henderson, NV 89011-0854
4304311 +Scott Flanigan, 2516 Malaga Dr, San Jose, CA 95125-5836
4304313 +Scott Poletto, 952 Via Vannucci Way, Henderson, NV 89011-0106
4644864 +Scott R Hoopingarner, Attn Bankruptcy Desk/Managing Agent, 10175 Spencer St 2, Las Vegas NV 89183-6875
4304314 Scott Scarbrough, 1511 Beachcomber, Seal Beach, CA 90740-5735
4304315 +Scott Segars, 492 Via Del Foro Dr, Henderson, NV 89011-0104
4304316 +Scott Sims, 9695 Kampsville Ave, Las Vegas, NV 89148-5747
4304317 +Scott Smith, 7159 S Durango Dr Unit 302, Las Vegas, NV 89113-2037
4304318 +Scott Stewart, 212 Via Mezza Luna Ct, Henderson, NV 89011-0876

4644865 +Scott Wilkins, Attn Bankruptcy Desk/Managing Agent, P O Box 743204, Los Angeles CA 90004-0937
4304319 +Scott-Gauthier, Debra, 4650 W Oakey No 2064, Las Vegas, NV 89102-1521
4304320 +Scoular & Laura Reid, 10128 Coluter Pine Ave, Las Vegas, NV 89129-8175
4644867 +Screenmobile, Attn Bankruptcy Desk/Managing Agent, 2141 Henniker Way, Las Vegas NV 89134-0344
4304322 +Sea Breeze Beverages, 9811 W. Charleston Blvd., Suite 2449, Laa Vegas, NV 89117-7528
4644870 +Sealco Inc, Attn Bankruptcy Desk/Managing Agent, 875 Silverado Ranch Blvd, Suite 1164, Las Vegas NV 89183-5920
4304323 +Sean & Suzanne Broadbent, 933 Via Stellato St, Henderson, NV 89011-0857
4304324 +Sean Callan, 19401 Highridge Way, Portola Hills, CA 92679-1621
4644871 +Sean Chatman, Attn Bankruptcy Desk/Managing Agent, 1 Pine St 2106, San Francisco CA 94111-5320
4644872 +Sean Gallagher, Attn Bankruptcy Desk/Managing Agent, 813 Old Mine Creek Lane, Las Vegas NV 89134-0530
4304326 +Sean McManus, 1054 Via Saint Andrea Pl, Henderson, NV 89011-0840
4304327 +Sean Zahniser, 9050 W Tropicana Ave Unit 1153, Las Vegas, NV 89147-8191
4644873 +Sear Brown Group Inc, Attn Bankruptcy Desk/Managing Agent, 300 Meridian Centre, Suite 250, Rochester NY 14618-3984
4304328 +Searchlight Township, Justice Court, PO Box 815, Searchlight, NV 89046-0815
4644874 +Searchlight Township, Attn Bankruptcy Desk/Managing Agent, Justice Court, P O Box 815, Searchlight NV 89046-0815
4644875 Sears Commercial One, Attn Bankruptcy Desk/Managing Agent, PO Box 689131, Des MoinesIA 50368-9131
4304329 +Sears Contract Sales, 74 Horseweed Circle, Henderson, NV 89002-3310
4644876 +Sears Contract Sales, Attn Bankruptcy Desk/Managing Agent, Bob Eustice, 74 Horseweed Circle, Henderson NV 89002-3310
4304330 +Seaton Jr., Randall Scott, 4618 North Eden Rd., Golden Valley, AZ 86413-9127
4304331 +Seaton, Randall Scott, 4618 N. Eden Rd., Golden Valley, AZ 86413-9127
4304332 +Sebastian & Andrea Crapanzano, 1013 E 12th St, Brooklyn, NY 11230-4143
4304334 +Sebastian & Tamany Silvestri, 1060 Via Canale Dr, Henderson, NV 89011-0803
4304335 +Sebastian, Diego, 1417 Brooks Ave, North Las Vegas, NV 89030-5097
4304336 +Secco Family, 265 Blackstone River Ave, Las Vegas, NV 89148-2701
4304337 +Secretary Housing and Urban Dev, 13832 N 32nd St No D-150, Phoenix, AZ 85032-5645
4304338 +Secretary Housing and Urban Dev, 5312 Bolsa Ave Ste 200, Huntington Beach, CA 92649-1062
4304341 +Secretary Of State, 204 North Carson Street, Suite 1, Carson City, NV 89701-4520
4304342 Secretary of State, Status Division, 202 North Carson St., Carson City, NV 89701-4201
4644877 Secretary of State, Attn Bankruptcy Desk/Managing Agent, 202 North Carson Street, Carson City NV 89701-4201
4304339 +Secretary of State - AZ, 1700 W. Washington, Phoenix, AZ 85007-2888
4644878 +Secretary of State AZ, Attn Bankruptcy Desk/Managing Agent, 1700 W Washington, Phoenix AZ 85007-2888
4644879 +Secretary of State CA, Attn Bankruptcy Desk/Managing Agent, State of California, 1500 11th Street 3rd Floor, Sacramento CA 95814-5701
4304340 +Secretary of State Dean Heller, 101 North Carson St, No. 3, Carson City, NV 89701-3714
4644880 +Secretary of State Dean Heller, Attn Bankruptcy Desk/Managing Agent, 101 North Carson St 3, Carson City NV 89701-3714
4644881 +Security One, Attn Bankruptcy Desk/Managing Agent, 3100 S Valley View, Las Vegas NV 89102-8309
4644882 +Security Title Acc t Servicing, Attn Bankruptcy Desk/Managing Agent, Post Office Box 33279, Phoenix AZ 85067-3279
4304343 +Security Title Acct Servicing, Post Office Box 33279, Phoenix, AZ 85067-3279
4644883 +Security Title Agency, Attn Bankruptcy Desk/Managing Agent, 4645 N 32nd St A 100, Phoenix AZ 85018-3389
4644884 +Securtech Inc, Attn Bankruptcy Desk/Managing Agent, 7155 Bermuda Road Suite A, Las Vegas NV 89119-4372
4304344 +Sedora Holdings LLC, 4730 South Fort Apache Rd Suite 300, Las Vegas, CA 89147-7947
4304345 +Seerup, Michael S, 9749 Tumble Lake Ct, Las Vegas, NV 89147-6749
4304346 +Seibert, Hillary, 2790 E. Serene, Henderson, NV 89074-6437
4304347 +Seibert, Rocky, 2685 E Northfield Ave., Kingman, AZ 86409-1823
4644885 +Select Build of Nevada Inc, Attn Bankruptcy Desk/Managing Agent, Attn Window Dept, 4339 Corporate Circle Dr Ste 108, North Las Vegas NV 89030-7553
4644886 +SelectBuild Nevada Inc, Attn Bankruptcy Desk/Managing Agent, Attn Roofing Dept, 4339 Corporate Circle Dr Ste 108, North Las Vegas NV 89030-7553
4304349 +Sellers Petroleum, 821 Pacific Avenue, Yuma, AZ 85365-2117
4304352 +Serena Evans, 6690 Kreb Lake Ct, Las Vegas, NV 89148-5759
4304353 +Sergeant, Randy Ray, 1660 Lakeside Dr. PMB 436, Bullhead City, AZ 86442-6544
4304354 +Sergio & Maria Medina, 4718 Califa Dr, Las Vegas, NV 89122-1911
4304355 +Sergio Blasco, 7173 S Durango Dr Unit 309, Las Vegas, NV 89113-2047
4304356 +Sergio Morote, 7139 S Durango Dr Unit 106, Las Vegas, NV 89113-2078
4304357 +Serna Serna, Gabriel, 5210 E. Owens, Las Vegas, NV 89110-1642
4304358 +Serna, Jose Carrillo, 1883 Fulstone Way No. 2, Las Vegas, NV 89115-6669
4304359 +Serna, Teodoro, 5210 E Owens Ave No. A, Las Vegas, NV 89110-1642
4304360 +Serrano Perez, L. Bacilio, 98 S. Martin Luther King No. 208, Las Vegas, NV 89106-4319
4304361 +Serrano, Ronald A., 5621 Auburn St, Las Vegas, NV 89108-3223
4304362 +Serrano-Oliva, Mauricio, 2513 Salt Lake St. No. A, North Las Vegas, NV 89030-3427
4304363 +Serrato, Dionicio, 3528 Orvis St., N Las Vegas, NV 89030-4630
4304364 +Serratos Quinonez, Edgar Omar, 1931 Ona Marie, North Las Vegas, NV 89032-4867
4304366 +Serv Pro Northwest Las Vegas, 791 Middlegate Rd., Henderson, NV 89011-2636

4644888 +Serv Pro Northwest Las Vegas, Attn Bankruptcy Desk/Managing Agent, Jeff Lalley, 791 Middlegate Rd, Henderson NV 89011-2636
4304373 +ServPro, 791 Middlegate Rd., Henderson, NV 89011-2636
4304368 +Service Pros., 3600 Highland Dr. Ste No 2, Las Vegas, NV 89103-5739
4304369 Service Rock Products, 151 Cassia Way, Henderson, NV 89014-6616
4644891 Service Rock Products, Attn Bankruptcy Desk/Managing Agent, 151 Cassia Way, Henderson NV 89014-6616
4304371 +Service Software, LLC, 3929 E. Arapahoe Rd, Building 6-210, Centennial, CO 80122-2074
4304372 +ServiceMaster by Cox, 675 Marina Blvd, Bullhead City, AZ 86442-5414
4304374 +Seth & Michele Robinson, 9685 Dieterich Ave, Las Vegas, NV 89148-5738
4304375 +Setser, Rusty, 1000 Park Newport No 311, Newport Beach, CA 92660-5003
4304376 +Seventy Three Inc, 8020 Festivity Cir, Las Vegas, NV 89145-5992
4304377 +Severo Martinez, 3432 College View Dr. No B, N Las Vegas, NV 89030-5151
4304379 +Severson, Matthew, 1906 Nixon, Idaho Falls, ID 83404-5649
4304378 +Severson, Matthew E., 5055 W. Hacienda Avenue No. 2069, Las Vegas, NV 89118-0356
4304380 +Sevilla Family, 166 Flying Hills Ave, Las Vegas, NV 89148-2630
4304381 +Sew What Marine Fabrication, 6349 Waterdragon Ave., Las Vegas, NV 89110-2883
4644893 +Sew What Marine Fabrication, Attn Bankruptcy Desk/Managing Agent, 6349 Waterdragon Ave, Las Vegas NV 89110-2883
4304383 +Shadi & Luba Girgis, 173 Honors Course Dr, Las Vegas, NV 89148-0001
4304384 +Shafer, T. Mechelle, 742 Solitude Pointe Ave, Henderson, NV 89012-5494
4304385 +Shafqaat Bukhari, 265 Rustic Club Way, Las Vegas, NV 89148-5202
4304386 +Shafqaat Bukhari, 9697 Waukegan Ave, Las Vegas, NV 89148-5744
4304387 +Shahnad Kim, 9313 Shoshone Ave, Northridge, CA 91325-2326
4644894 +Shallbetter Inc, Attn Bankruptcy Desk/Managing Agent, Dept 5315, P O Box 3090, Milwaukee WI 53201-3090
4304388 +Shallbetter Inc., Dept. No 5315, PO Box 3090, Milwaukee, WI 53201-3090
4304389 +Shamoun, Rem, 5933 Horsehair Blanket Dr, N Las Vegas, NV 89081-3017
4304390 +Shan O-Yuan, 9707 Valmeyer Ave, Las Vegas, NV 89148-5742
4304391 +Shane Monaco, 9050 W Tropicana Ave Unit 1131, Las Vegas, NV 89147-8189
4304393 +Shane Stephens, 1121 Via Canale Dr, Henderson, NV 89011-0804
4304394 +Shanease Bauman-Caldwell, 7163 S Durango Dr Unit 312, Las Vegas, NV 89113-2009
4304395 +Shanett Leliveld, 7185 S Durango Dr Unit 108, Las Vegas, NV 89113-2018
4304396 +Shanhri-La Tea Of So. Nevada, 3775 W. Teco Ave., Suite 6, Las Vegas, NV 89118-6827
4304397 +Shani Family, 7400 Arborcrest Ave, Las Vegas, NV 89131-3364
4304398 +Shannon D. Maho, 3430 N. Bern St., Flagstaff, AZ 86004-4002
4304399 +Shannon Shiang, 95 Wall St Apt 717, New York, NY 10005-4220
4304400 +Shannon Smith, 585 Via Di Parione Ct, Henderson, NV 89011-0811
4304402 +Shari Robbins, 12 Highpoint Pl, West Windsor, NJ 08550-5239
4304405 +Sharon Harrell, 2101 Diamond Peak Ct, Las Vegas, NV 89117-1868
4304408 +Sharron Scott, 7163 S Durango Dr Unit 108, Las Vegas, NV 89113-2044
4304409 +Shaun Shiraishi, 45-180 Mahalani Pl Apt 19, Kaneohe, HI 96744-2725
4304411 +Shawn Koehn, PO Box 401244, Las Vegas, NV 89140-1244
4304412 +Shawn Marion, 2500 Northwinds Pkwy Ste 275, Alpharetta, GA 30009-2265
4304413 +Shay Bassett, 7127 S Durango Dr Unit 102, Las Vegas, NV 89113-2066
4304414 +Shaylon Homeowners, Association, Inc, 133 Rhodes Ranch Parkway, Las Vegas, NV 89148-5273
4644898 +Shaylon Homeowners, Attn Bankruptcy Desk/Managing Agent, Association Inc, 133 Rhodes Ranch Parkway, Las Vegas NV 89148-5273
4644899 Shearing Family Trust, Attn Bankruptcy Desk/Managing Agent, 8506 West Desert Inn Road, Las Vegas NV 89117
4304415 +Sheets Clothing, 4360 Acroplis Avenue, N. Las Vegas, NV 89031-3442
4644900 +Sheets Clothing, Attn Bankruptcy Desk/Managing Agent, 4360 Acroplis Avenue, N Las Vegas NV 89031-3442
4304416 +Sheetz, Debbie, 232 Country Greens Avenue, Las Vegas, NV 89148-2870
4304417 +Sheikh Family, 221 Via Franciosa Dr, Henderson, NV 89011-0850
4304418 +Sheila Heidt, 7841 Sea Rock Rd, Las Vegas, NV 89128-6837
4304419 +Shelby Williams Industries, 8687 Melrose Ave., Los Angeles, CA 90069-5701
4644901 +Shelby Williams Industries, Attn Bankruptcy Desk/Managing Agent, John Harrington, 8687 Melrose Ave, Los AngelesCA 90069-5701
4304421 +Shelly Cain, 7115 S Durango Dr Unit 212, Las Vegas, NV 89113-2055
4304422 +Shelly Leipham, 4654 Stuttgart St, Las Vegas, NV 89147-8102
4644902 +Shelly Merlino, Attn Bankruptcy Desk/Managing Agent, 5055 Jeffreys St Apt B 115, Las Vegas NV 89119-7708
4304423 +Shelton Battery, 3731 S. Valley View Blvd., Las Vegas, NV 89103-2927
4304424 +Shelton, Eberle, 1322 S. Estrella Road, Golden Valley, AZ 86413-7849
4304425 +Shelton, Tania, 8952 Miller Point, Las Vegas, NV 89149-2977
4304427 +Sheng Xue, 4794 Lone Mesa Dr, Las Vegas, NV 89147-7931
4304429 +Sher, Gerald R., 6480 Annie Oakley Dr. No. 214, Las Vegas, NV 89120-3955
4644903 +Sheraton New Orleans, Attn Bankruptcy Desk/Managing Agent, 500 Canal Street, New orleans LA 70130-2306
4304430 +Sherese & Francis Nguyen, 205 Via Franciosa Dr, Henderson, NV 89011-0850
4304431 +Sheriff of Mohave County, PO Box 1191, Kingman, AZ 86402-1191
4644904 +Sheriff of Mohave County, Attn Bankruptcy Desk/Managing Agent, P O box 1191, Kingman AZ 86402-1191
4304432 +Sherri Cox, 9664 Kampsville Ave, Las Vegas, NV 89148-5747
4304434 +Shiel, Carla, 829 Valley Brush St., Henderson, NV 89052-3812
4304435 +Shigeki & Konomi Ueda, 241 Cliff Valley Dr, Las Vegas, NV 89148-2705
4304436 +Shiho Ishige, 9050 W Warm Springs Rd Unit 2139, Las Vegas, NV 89148-3836
4304437 +Shimshon Adani, 341 Waterton Lakes Ave, Las Vegas, NV 89148-2809
4304438 +Shin Shih, 9657 Valmeyer Ave, Las Vegas, NV 89148-5741

4304439 +Shin Thomson, 7898 Blue Venice Ct, Las Vegas, NV 89117-2514
4304440 +Shinn, Denney, 6575 W Tropicana Avenue No 2061, Las Vegas, NV 89103-4743
4304441 +Shiou Yeh, 183 Castle Course Ave, Las Vegas, NV 89148-5001
4644905 Shiow Mei Guo, Attn Bankruptcy Desk/Managing Agent, 6130 W Flamingo Rd 211, Las Vegas NV 89103-2280
4304442 Shiow Mei-Guo, 6130 W. Flamingo Rd., No. 211, Las Vegas, NV 89103-2280
4304443 +Shirish & Smita Patel, 13411 San Remo, Tustin, CA 92782-8812
4304444 +Shirley & William Lee, 728 Pacific Ave Ste 706, San Francisco, CA 94133-4492
4644906 Shirley B Parraguirre, Attn Bankruptcy Desk/Managing Agent, County Clerk ATTN FFN, PO BOX 551604, Las Vegas NV 89155-1604
4304445 +Shirley Best, 1041 Viale Placenza Pl, Henderson, NV 89011-0844
4644907 +Shirley Iles Johnson, Attn Bankruptcy Desk/Managing Agent, 1256 Whitehall Drive, Longmont CO 80504-2666
4644908 +Shirley Santos, Attn Bankruptcy Desk/Managing Agent, 6862 Scarlet Flax St, Las Vegas NV 89148-4830
4304446 +Shirleys Plan Service, 425 S Plumer, Tucson, AZ 85719-6359
4304448 +Shizue Takeuchi, 10734 Dabney Dr Apt 62, San Diego, CA 92126-2649
4644909 +Shonkwiler Marcoux Advertising, Attn Bankruptcy Desk/Managing Agent, 7180 Pollock Drive Ste 100, Las Vegas NV 89119-9004
4644910 +Short Entrerprises LLC, Attn Bankruptcy Desk/Managing Agent, dba Arthur s Sales and Service, 523 E Andy Devine Ave, Kingman AZ 86401-5910
4304449 +Short, Steven M., 4615 HWY 68, Golden Valley, AZ 86413-8509
4304450 +Showcase Investments Ltd, 8879 W Flamingo Rd Ste 201, Las Vegas, NV 89147-8733
4644911 Showcase Publishing Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 8680, Prairie Village KS 66208-0680
4304453 +Shumei & Peter Kam, 857 Gainsborough Dr, Pasadena, CA 91107-5511
4644914 +Shutter House, Attn Bankruptcy Desk/Managing Agent, 6675 S Tenaya Way, Suite 160, Las Vegas NV 89113-1932
4304456 +Si Xuan, 68 Laying Up Ct, Las Vegas, NV 89148-5257
4304457 +Siarhei Kudrevich, 74 Tamarron Cliffs St, Las Vegas, NV 89148-2776
4304458 +Sicoli Family, 232 Waterton Lakes Ave, Las Vegas, NV 89148-2800
4644915 +Siemens Bldg Technologies Inc, Attn Bankruptcy Desk/Managing Agent, Desirae Pierce Accounting, 7850 Collections Center Drive, Chicago IL 60693-0078
4304459 +Siemens Bldg Technologies, Inc, 7850 Collections Center Drive, Chicago, IL 60693-0078
4644916 +Sierra Ready Mix, Attn Bankruptcy Desk/Managing Agent, 4150 Smiley Road, North Las Vegas NV 89081-2795
4644917 +Sierra Summit Consulting LLC, Attn Bankruptcy Desk/Managing Agent, PO Box 11907, Zephyr Cove NV 89448-3907
4304460 +Sierra Summit Consulting, LLC, PO Box 11907, Zephyr Cove, NV 89448-3907
4304461 +Sierra Vista High School, 8100 West Robindale Road, Las Vegas, NV 89113-3700
4644918 +Sierra Vista High School, Attn Bankruptcy Desk/Managing Agent, 8100 West Robindale Road, Las Vegas NV 89113-3700
4304462 +Sierra West Publishing, 170 North 200 West, St George, UT 84770-2708
4304463 +Sierra, Tony, 2655 E. Deer Spring Way No 1165, Las Vegas, NV 89086-1461
4304468 +Signal Gates, 1800 South 5th Avenue, Tucson, AZ 85713-2919
4644922 +Signal Gates, Attn Bankruptcy Desk/Managing Agent, 1800 South 5th Avenue, Tucson AZ 85713-2919
4304469 +Signature Carpet Services, 18606 W. Rebel Road, Hauser Lake, ID 83854-4587
4644923 +Signature Carpet Services, Attn Bankruptcy Desk/Managing Agent, 3170 Polaris Ave Suite 10, 18606 W Rebel Road, Hauser Lake ID 83854-4587
4644925 +Signs West Inc, Attn Bankruptcy Desk/Managing Agent, Mary Jo, 1100 Mary Crest RD, Henderson NV 89074-7816
4304470 +Signs for Success, 2813 E. Alexander Road, N. Las Vegas, NV 89030-7590
4644924 +Signs for Success, Attn Bankruptcy Desk/Managing Agent, Albert, 2813 E Alexander Road, N Las Vegas NV 89030-7590
4304473 +Siguenza, Israel, 6101 Cromwell Cr., Las Vegas, NV 89107-2513
4304474 +Silas & Stephanie Walker, 136 Tall Ruff Dr, Las Vegas, NV 89148-5245
4304475 +Silva P, Eduardo, 1324 Kari Lee Ct No. D, Las Vegas, NV 89146-9023
4304476 Silva, Salvador, 1324 Kary Lee No. D, Las Vegas, NV 89110
4304477 +Silva-Perez, Enrique, 3112 Brady Ave, North Las Vegas, NV 89101-1757
4304478 +Silva-Solis, Jaime, 4975 Duneville St. No 134, Las Vegas, NV 89118-1269
4304479 +Silver Queen Inn, 3285 E. Andy Devine Ave, Kingman, AZ 86401-3701
4304480 +Silver State Bank, 8901 W. Sahara Ave, 2nd Floor, Las Vegas, NV 89117-5826
4644926 +Silver State Bank, Attn Bankruptcy Desk/Managing Agent, 8901 W Sahara Ave, 2nd Floor, Las Vegas NV 89117-5826
4304482 +Silver State Builder Services, 4205 W Tompkins Ave Ste No 3, Las Vegas, NV 89103-5351
4304481 +Silver State Builder Services, 3555 W. Quail Ave, Ste. A, Las Vegas, NV 89118-3173
4644927 +Silver State Builder Services, Attn Bankruptcy Desk/Managing Agent, Gib Ganschow, 4205 W Tompkins Ave Ste 3, Las Vegas NV 89103-5329
4304483 +Silver State Exterminator Corp, 5965 Harrison Dr., Suite 1, Las Vegas, NV 89120-2461
4644928 +Silver State Exterminator Corp, Attn Bankruptcy Desk/Managing Agent, 5965 Harrison Dr, Suite 1, Las Vegas NV 89120-2461
4304484 +Silver State Fireplaces, 3555 W. Quail Road, Ste A, Las Vegas, NV 89118-3173
4644929 +Silver State Fireplaces, Attn Bankruptcy Desk/Managing Agent, Danny Check, 3555 W Quail Road Ste A, Las Vegas NV 89118-3173
4304485 +Silver State Golf Carts, 342 Sunpac Court, Henderson, NV 89011-4433
4304486 +Silver State Golf Carts, 350 Sunpac Ct. Ste.No 1, Henderson, NV 89011-4441
4644930 Silver State Materials, Attn Bankruptcy Desk/Managing Agent, 2025 E Financial Way Glendora, Dept No 7409, Los Angeles CA 90084-7409
4304487 Silver State Materials, DBA CalPortland Company, Dept No 7409, Los Angeles, CA 90084-7409

4304489 +Silver State Steel Group, 3680 W. Reno, Las Vegas, NV 89118-1791
4644932 +Silver State Steel Group, Attn Bankruptcy Desk/Managing Agent, Pete Agular, 3680 W Reno, Las Vegas NV 89118-1791
4304490 +Silver State Steel Group, c/o BFC, PO Box 80538, Las Vegas, NV 89180-0538
4304491 +Silverado Self Storage, 9545 West Russell Road, Las Vegas, NV 89148-5531
4644933 +Silverado Self Storage, Attn Bankruptcy Desk/Managing Agent, 9545 West Russell Road, Las Vegas NV 89148-5531
4304492 +Silverbrook Group LLC, 9891 Wonderful Day Dr, Las Vegas, NV 89148-4594
4304493 +Silverstate Materials, 4005 Dean Martin Drive, Las Vegas, NV 89103-4137
4304494 +Silverstone Investment Group, 23679 Calabasas Rd Suite 777, Calabasas, CA 91302-1502
4644934 +Silverstone Investment Group, Attn Bankruptcy Desk/Managing Agent, 23679 Calabasas Rd Suite 777, Calabasas CA 91302-1502
4304495 +Sim Family, 8776 Las Olivas Ave, Las Vegas, NV 89147-6040
4304496 +Simmons, Brooke, 6255 W. Arby Avenue No 197, Las Vegas, NV 89118-4651
4304497 +Simo, Fernando M., 3266 Gold Run, N Las Vegas, NV 89032-3416
4304498 +Simon A. Mendoza, 2881 Prestonwood St, Las Vegas, NV 89156-3757
4304499 +Simon, Christopher, 30313 Marne Way Mewifee, CA 82584, Mewifee, CA 92584-8155
4304500 Simplex Grinnell, Dept. CH 10320, Palatine, IL 60055-0320
4304502 +SimplexGrinnell, 1545 Pama Lane, Las Vegas, NV 89119-3835
4304501 +SimplexGrinnell, 1110 Palms Airport Drive, Las Vegas, NV 89119-3700
4644935 +SimplexGrinnell, Attn Bankruptcy Desk/Managing Agent, 1545 Pama Lane, Las Vegas NV 89119-3835
4304503 Simplot Partners, Dept. 1136, Los Angeles, CA 90084-1136
4304504 Simpson Norton Corp., PO Box 52534, Phoenix, AZ 85072-2534 USA
4304505 +Simpson, Brent, 7278 Westpark Ave, Las Vegas, NV 89147-4626
4644936 +Sin City Auto Detailing, Attn Bankruptcy Desk/Managing Agent, 2209 Sunland Ave, Las Vegas NV 89106-3958
4304506 Sinay-A, Fernando, 2500 Paradise Way, Las Vegas, NV 89120
4304507 +Sinesia Shumaker, 7115 S Durango Dr Unit 206, Las Vegas, NV 89113-2055
4304508 +Singleton, Anthony, 982 Rhyolite Terrace, Henderson, NV 89011-3056
4304509 +Singleton, Teresa, 10245 S. Maryland Pkwy No 107, Las Vegas, NV 89183-7398
4644937 +Sirmos Lighting, Attn Bankruptcy Desk/Managing Agent, 30 00 47th Avenue, Long Island City NY 11101-3433
4304510 +Sisinio & Fe Lim, 9411 Neenah Ave, Morton Grove, IL 60053-1458
4304511 Siskiyou Modoc Regional DCSS, CA State Disbursement Unit, PO Box 989067, West Sacramento, CA 95798-9067
4304513 +Siti Ma, 179 Crooked Putter Dr, Las Vegas, NV 89148-5228
4304514 +Siu Chan, 225 Blackstone River Ave, Las Vegas, NV 89148-2701
4644938 +Siu Yuet Leigh, Attn Bankruptcy Desk/Managing Agent, 4214 California Street, San Francisco CA 94118-1314
4644939 +Six Feathers Holding LLC, Attn Bankruptcy Desk/Managing Agent, 470 Mirror Court, Suite B 106, Henderson NV 89011-4045
4304515 +Sixtos, Onesimo, 217 Jackson, Las Vegas, NV 89106-3021
4644940 +Skadden Arps Slate Meagher, Attn Bankruptcy Desk/Managing Agent, And Affiliates, P O Box 1764, White Plains NY 10602-1764
4304516 +Skadden, Arps, Slate,Meagher, And Affiliates, PO Box 1764, White Plains, NY 10602-1764
4644941 +Skaggs Companies Inc, Attn Bankruptcy Desk/Managing Agent, 3828 South Main Street, Salt Lake City UT 84115-4426
4304517 +Skar, Courtney L., 2056 17th Ave, Rice Lake, WI 54868-8565
4304518 +Skipworth, Laura, 5880 Boulder Falls, Henderson, NV 89011-4929
4644943 +SkyRye, Attn Bankruptcy Desk/Managing Agent, 315 Pleasant Summit, Henderson NV 89012-3486
4644944 Skyword Marketing Inc, Attn Bankruptcy Desk/Managing Agent, 4636 East Elwood Suite 5, Phoenix AZ 85040-1963
4304520 +Sladky, Gemma, 4784 Lone Mesa Drive, Las Vegas, NV 89147-7931
4304521 +Slate, Ronald Joe, 3756 North Eden Rd., Golden Valley, AZ 86413-5976
4304522 +Slater Hanifan Group, 5740 S Arville No 216, Las Vegas, NV 89118-3070
4644945 +Slater Hanifan Group, Attn Bankruptcy Desk/Managing Agent, 5740 S Arville 216, Las Vegas NV 89118-3070
4304523 +Sloane Sealey, 7115 S Durango Dr Unit 201, Las Vegas, NV 89113-2055
4644946 Slobodan Mijajlovic, Attn Bankruptcy Desk/Managing Agent, 1213 Highway 70 East, New Bern NC 28560-6615
4304524 +Slowtalker, Carl, 609 Sunset Ct. Barstow, CA 92311, Barstow, CA 92311-5659
4304526 +Smallwood Family, 94 1041 Kaloli Loop, Waipahu, HI 96797-5410
4304527 +Smart, David, 9745 Grand Teton Drive, Apt No 1073, Las Vegas, NV 89166-1017
4644947 SmartMoney, Attn Bankruptcy Desk/Managing Agent, Professional Subscription Service, P O Box 7538, Red Oak IA 51591-0538
4304528 +Smith Family, 4595 Califa Dr, Las Vegas, NV 89122-1907
4644948 +Smith Larsen Wixom, Attn Bankruptcy Desk/Managing Agent, 1935 Village Center Circle, Las Vegas NV 89134-6237
4304529 +Smith, Alina, 4040 Browndeer Circle, Las Vegas, NV 89129-6552
4304530 +Smith, Bruce, 1598 Falling Leaf Lane, Las Vegas, NV 89142-1150
4304531 +Smith, Charles, 7700 Catalina Harbor St, Las Vegas, NV 89131-3683
4304532 +Smith, David, 214 Valerian St, Henderson, NV 89015-2422
4304533 +Smith, Gregory, 5905 Everview Court, Las Vegas, NV 89148-5527
4304534 +Smith, John J., 10209 Huxley Cross, Las Vegas, NV 89144-1359
4304535 +Smith, Merle, 505 Ollar Ln. Heavener, OK 74937, Heavener, OK 74937-2259
4304536 +Smith, Taylor, 10209 Huxley Cross Lane, Las Vegas, NV 89144-1359
4304538 +Smith, Timothy, 10925 Southern Highlands, No 2174, Las Vegas, NV 89141-4302
4304537 +Smith, Timothy K, 7280 Hwy. 68, Golden Valley, AZ 86413-6552
4304539 Smith,Maria, 625 S Eloy Road, Golden Valley, AZ 86413

4644949 +Smooth Jazz105 7, Attn Bankruptcy Desk/Managing Agent, Riviera Broacasting Group, 2725 E Desert Inn Ste 180, Las Vegas NV 89121-3627
4304540 +Snack Man Inc., 7380 Eastgate Rd., Suite 180, Henderson, NV 89011-4019
4304541 +Snap-On Tools, 4405 Baker Drive, Kingman, AZ 86409-2318
4304542 +Snell & Wilmer , LLP, One Arizona Center, Phoenix, AZ 85004-2281
4644951 +Snell Wilmer LLP, Attn Bankruptcy Desk/Managing Agent, One Arizona Center, Phoenix AZ 85004-2281
4644952 +Snipper Wainer Markoff, Attn Bankruptcy Desk/Managing Agent, 270 N Canon Dr, Penthouse, Beverly Hills CA 90210-5312
4304544 +Snipper, Wainer & Markoff, 270 N. Canon Dr., Penthouse, Beverly Hills, CA 90210-5312
4304545 Snodgrass, Ashley, 4399 N. Hamblin Flagstaff, AZ 86004, Flagstaff, AZ 86004
4304546 +Snowden, Loretta, 2771 Eldora Cir D, Las Vegas, NV 89146-5443
4304547 +Snyder, Everett, 8975 W. Warm Springs Rd No 1127, Las Vegas, NV 89148-2894
4304548 +Snyder, James L., 4200 Paradise Rd., No 1106, Las Vegas, NV 89169-6554
4304549 +So NV Home Bldrs Assoc, 3685 South Pecos McLeod, Las Vegas, NV 89121-3805
4644955 +So NV Home Bldrs Assoc, Attn Bankruptcy Desk/Managing Agent, 3685 South Pecos McLeod, Las Vegas NV 89121-3805
4644956 So NV New Homes Guide, Attn Bankruptcy Desk/Managing Agent, Jackie Simmons, PO Box 920, Las Vegas NV 89125-0920
4644953 +So Nevada Paving Co, Attn Bankruptcy Desk/Managing Agent, Jeff Thompson, 4040 Frehner Rd, N Las Vegas NV 89030-3336
4644954 +So Nevada Pest Control, Attn Bankruptcy Desk/Managing Agent, Jim, 4301 Production Way, Las Vegas NV 89115-0183
4304552 So. NV Health District, Environmental Health, File 50523, Los Angeles, CA 90074-0523
4304553 So. NV. New Homes Guide, PO Box 920, Las Vegas, NV 89125-0920
4304550 +So. Nevada Golf Assoc., 2625 N. Green Valley Parkway, Suite 100, Henderson, NV 89014-0279
4304551 +So. Nevada Paving Co., 4040 Frehner Rd., N. Las Vegas, NV 89030-3336
4304554 +So.Nevada Hydroseed DBA Soil Tech, 6420 South Cameron, Suite 207, Las Vegas, NV 89118-4339
4644958 +Social Security Administration, Attn Bankruptcy Desk/Managing Agent, 333 Las Vegas Blvd South Suite 8016, Las Vegas, NV 89101-7075
4644959 Social Security Administration, Attn Bankruptcy Desk/Managing Agent, 702 West Jerome Avenue, Phoenix, AZ 85003
4304556 +Socrates Roussos, 5201 S Torrey Pines Dr Unit 1273, Las Vegas, NV 89118-0965
4304557 +Sofia & Don Cavales, 364 Banff Ct, Las Vegas, NV 89148-2822
4304558 +Sohrabi Family, PO Box 230668, Encinitas, CA 92023-0668
4644960 +Soil Tech, Attn Bankruptcy Desk/Managing Agent, 5375 South Cameron, Suite L, Las Vegas NV 89118-2221
4304560 +Solano Juarez, Manuel, 2324 Tessa Ct, Las Vegas, NV 89032-4856
4304561 +Solano Vega, Fidencio, 2940 Daley St, North Las Vegas, NV 89030-5241
4304562 +Solano-Castro, Raul, 3809 Cecile Ave No 201, Las Vegas, NV 89115-3167
4644961 +Solar Etc Inc, Attn Bankruptcy Desk/Managing Agent, 934 Palmetto St, Henderson NV 89015-5748
4644962 Solar Industries, Attn Bankruptcy Desk/Managing Agent, Paul Shulman, P O Box 27337, Tucson AZ 85726-7337
4304563 +Solberg & Kennedy, 5320 N. 16th St, Phoenix, AZ 85016-3242
4644963 +Solberg Kennedy, Attn Bankruptcy Desk/Managing Agent, 5320 N 16th St, Phoenix AZ 85016-3220
4304564 +Soledad McCarter, 5455 Zelzah Ave Apt 106, Encino, CA 91316-2253
4304565 +Solis, Sijifredo, 1160 May Ave, Las Vegas, NV 89104-4620
4304566 +Solis-Barojas, Fernando, 5205 Hillman Ave, Las Vegas, NV 89142-1793
4304567 +Solmarin, James, 106 Cloud Crest Dr, Henderson, NV 89015-8562
4304568 +Solomon Dwiggins & Freer, Attorneys At Law, 7881 W. Charleston Blvd., Ste 24, Las Vegas, NV 89117-8327
4644964 +Solomon Dwiggins Freer, Attn Bankruptcy Desk/Managing Agent, Attorney s At Law, 7881 W Charleston Blvd Ste 24, Las Vegas NV 89117-8323
4304569 Solorzano Huerta, Luis F., 2206 Statz No B, N Las Vegas, NV 89030
4304571 +Solus Alternative Asset Mgmt, 540 West Madison Street, Chicago, IL 60661-2591
4304570 +Solus Alternative Asset Mgmt, 430 Park Avenue 9th Floor, New York, NY 10022-3514
4304572 +Sommer, Cody, 1152 Orphington Court, Henderson, NV 89002-0502
4304573 Somrudee Amatayakul, 94 Ekamai Rd, Bankok Thailand, 00000
4304574 +Somsubhra Sikdar, 5692 Country Club Pkwy, San Jose, CA 95138-2220
4304575 +Son Chung, 209 S Stephanie St No B213, Henderson, NV 89012-5501
4304576 +Son Lee, 204 Sea Rim Ave, Las Vegas, NV 89148-2758
4304577 +Song & Millie Ngo, 103 Cascade Lake St, Las Vegas, NV 89148-2792
4304578 +Sonia Bautista, 1371 Fernwood Dr, McKinleyville, CA 95519-6402
4304579 +Sonia Fleming, 9050 W Warm Springs Rd Unit 1073, Las Vegas, NV 89148-3829
4304581 +Sonia Stansmore, 260 65th St Apt 30K, Brooklyn, NY 11220-4849
4644965 +Sonia Stansmore, Attn Bankruptcy Desk/Managing Agent, 9050 W Warms Springs Rd 1092, Las Vegas NV 89148-3844
4304582 +Sorida Klinhormhual, 258 Rustic Club Way, Las Vegas, NV 89148-5201
4304584 +Sorin Capital Management LLC, 20 Lexington Avenue Suite 2356, New York, NY 10010
4304585 +Sosa Galingdo, Arturo, 1501 Teton, Las Vegas, NV 89101-1884
4304586 +Sosa Vargas, Daniel I., 1501 Teton St., Las Vegas, NV 89101-1884
4304587 +Sosa, Maria L., 10961 Pentland Downs St, Las Vegas, NV 89141-3997
4304588 +Sosa, Silbia, 3921 Delta Down, N Las Vegas, NV 89032-0447
4304589 +Soto Diamond Investment LLC, 39 Tall Ruff Dr, Las Vegas, NV 89148-5243
4304590 +Soto Mayor, Hector A., 1811 Fulstone No 3, Las Vegas, NV 89115-3615
4304591 +Soto, Omar, 693 Daffodil Dr., Bullhead City, AZ 86442-5025
4304592 +Soto-Estrada, Aroldo, 5554 Halverm Ave, Las Vegas, NV 89110-1720
4304593 Soto-Garcia, Samuel, 976 Miller Ave, N Las Vegas, NV 89030
4304594 +Soto-Hernandez, Ramiro, 3216 Tabor Ave, N Las Vegas, NV 89030-8721

4304595 Soto-Paez, Dario, 976 Miller Ave, N Las Vegas, NV 89030
4304596 +Soucie, Ilene, 133 Wicked Wedge Way, Las Vegas, NV 89148-2689
4304597 +Soucie, Ryan, 133 Wicked Wedge Way, Las Vegas, NV 89148-2689
4644968 +Sound Plumbing Heating, Attn Bankruptcy Desk/Managing Agent, 6209 Industrial Road, Las Vegas NV 89118-3803
4644969 South Dakota Secretary, Attn Bankruptcy Desk/Managing Agent, of State, 400 E Capitol Ave, Pierre SD 57501
4304598 South Dakota Secretary of State, 400 E. Capitol Ave, Pierre, SD 57501
4644970 +South Data Inc, Attn Bankruptcy Desk/Managing Agent, 1401 Boggs Drive, Mount Airy NC 27030-2147
4304599 +South Valley Trucking, LLC, PO Box 5758, Mohave Valley, AZ 86446-5758
4304600 Southern Accents, PO Box 62331, Tampa, FL 33662-3311
4644971 Southern Accents, Attn Bankruptcy Desk/Managing Agent, P O Box 62331, TampaFL 33662-3311
4644972 +Southern Arizona Paving Inc, Attn Bankruptcy Desk/Managing Agent, 4102 East Illinois St, Tucson AZ 85714-2201
4304602 Southern Hills Hospital, 04468, PO Box 538620, Atlanta, GA 30353-8620
4644973 Southern Hills Hospital, Attn Bankruptcy Desk/Managing Agent, 4468, P O Box 538620, Atlanta GA 30353-8620
4644979 +Southern NV Pest Control Inc, Attn Bankruptcy Desk/Managing Agent, 4301 Production Way, Las Vegas NV 89115-0183
4644974 Southern Nevada Glass Inc, Attn Bankruptcy Desk/Managing Agent, 4770 W Nevso Drive 12, Las Vegas NV 89103-3766
4304603 +Southern Nevada Golf Association, 3590 East Patrick Lane, Suite C, Las Vegas, NV 89120-3259
4644975 +Southern Nevada Health Dist, Attn Bankruptcy Desk/Managing Agent, 625 Shadow Lane, P O Box 4426, Las Vegas NV 89106-4118
4304604 +Southern Nevada Health Dist., 625 Shadow Lane, PO Box 4426, Las Vegas, NV 89106-4118
4644976 +Southern Nevada Inspect, Attn Bankruptcy Desk/Managing Agent, Patrick K Miller, 6113 Fawn Circle, Las Vegas, 89107-1470
4644980 Southern Section Nevada APA, Attn Bankruptcy Desk/Managing Agent, Attn Laura Martin Comm Devel, P O Box 95050, Henderson NV 89009-5050
4304601 Southern and Comstock, PO Box 19299, Las Vegas, NV 89132-0299
4644981 +Southwest Air Conditioning Inc, Attn Bankruptcy Desk/Managing Agent, Megan, 3020 South Valley View Blvd, Las Vegas NV 89102-7805
4304607 +Southwest Consulting Group, 11858 Bernardo Plaza Ct., Suite 101C, San Diego, CA 92128-2440
4644982 +Southwest Consulting Group, Attn Bankruptcy Desk/Managing Agent, 11858 Bernardo Plaza Ct, Suite 101C, San Diego CA 92128-2440
4644984 +Southwest Draperies, Attn Bankruptcy Desk/Managing Agent, 5530 Evaline St, Las Vegas NV 89120-3335
4304608 +Southwest Engineering In, 3610 N. Rancho Drive, Las Vegas, Nv 89130-3149
4644985 +Southwest Engineering In, Attn Bankruptcy Desk/Managing Agent, 3610 N Rancho Drive, Las Vegas NV 89130-3149
4304609 +Southwest Gas Corp, PO Box 98890, Las Vegas, NV 89193-8890
4644986 Southwest Gas Corp, Attn Bankruptcy Desk/Managing Agent, P O Box 98890, Las Vegas NV 89150-0101
4304610 +Southwest Gas Corporation, PO Box 98512, Las Vegas, NV 89193-8512
4304611 +Southwest Hospitality, 4030 Stockton Hill Rd No 12, Kingman, AZ 86409-2452
4644987 +Southwest Hospitality, Attn Bankruptcy Desk/Managing Agent, 4030 Stockton Hill Rd 2, Kingman AZ 86409-2452
5106868 +Southwest Iron Works, LLC, Brian K. Berman, Esq., 721 Gass Avenue, Las Vegas, NV 89101-7021
4304613 +Southwest Ironworks, 5050 East Russell Road, Las Vegas, NV 89122-8002
4644989 +Southwest Ironworks, Attn Bankruptcy Desk/Managing Agent, 5050 East Russell Road, Las Vegas NV 89122-8002
4644990 +Southwest Linen, Attn Bankruptcy Desk/Managing Agent, 6335 Sunset Corporate Drive, Las Vegas NV 89120-2796
4304614 +Southwest Masonry, 4425 E. Colton Avenue, Suite 110, Las Vegas, NV 89115-1315
4644991 +Southwest Masonry, Attn Bankruptcy Desk/Managing Agent, 4425 E Colton Avenue, Las Vegas NV 89115-1308
4644992 +Southwest Tree Company LLC, Attn Bankruptcy Desk/Managing Agent, 2538 Anthem Village Drive 100, Henderson NV 89052-5551
4304615 +Southwestern Pavers, 6585 S. Arville St., Las Vegas, NV 89118-4328
4304616 +Sova LLC, 3651 Lindell Rd Ste G, Las Vegas, NV 89103-1200
4304617 +Spackman, Kristy, 6063 Hidden Rock Drive, North Las Vegas, NV 89031-1608
4644993 +Spanish Hills HOA, Attn Bankruptcy Desk/Managing Agent, c/o RMI Management LLC, 630 Trade Center Drive, Las Vegas NV 89119-3712
4304618 +Spanish Hills HOA, c/o RMI Management, LLC, 630 Trade Center Drive, Las Vegas, NV 89119-3712
4644994 Sparklett s Drinking Wat, Attn Bankruptcy Desk/Managing Agent, Terry, P O Box 660579, Dallas TX 75266-0579
4304620 Sparkletts, PO Box 660579, Dallas, TX 75266-0579
4304619 +Sparkletts Drinking Wat, PO Box 515326, Los Angeles, CA 90051
4644995 +Spec Construction, Attn Bankruptcy Desk/Managing Agent, Dana Stanley, 1999 Whitney Mesa Dr Suite D, Las Vegas NV 89014-2042
4644996 +Specialty Advertising Products, Attn Bankruptcy Desk/Managing Agent, Inc, 24705 Silverwood Rd, Howey-In-The-Hills FL 34737-3702
4304621 +Specialty Advertising Products Inc., 24705 Silverwood Rd., Howey-In-The-Hills, FL 34737-3702
4644997 +Specialty Engineering Design, Attn Bankruptcy Desk/Managing Agent, 6380 S Valley View Blvd 406, Las Vegas NV 89118-3914
4644998 +Specialty Financial, Attn Bankruptcy Desk/Managing Agent, P O Box 838, 6160 Plumas St, Reno NV 89519-6073

4644999 Specialty Technical Publishers, Attn Bankruptcy Desk/Managing Agent, 1225 E Keith Rd Unit 10, North Vancouver V7J 1J3, Canada
4304622 Specialty Technical Publishers, 1225 E. Keith Rd Unit 10, North Vancouver, B.C. V7J 1J3
4304624 Spence, Dusty Lee, 3972 E Potter Kingman, AZ 86409, Kingman, AZ 86409
4304625 +Spencer, David, 6132 Skokie Court, Las Vegas, NV 89130-1382
4304626 +Spinale, James D., PO Box 94113, Las Vegas, NV 89193-4113
4304627 +Spinrod Family, 1870 Castle Oaks Ct, Walnut Creek, CA 94595-2358
4304628 +Spirit Underground, and Contech Construction, 3525 West Hacienda, Las Vegas, NV 89118-1730
4645000 +Spirit Underground LLC, Attn Bankruptcy Desk/Managing Agent, Samantha Hicks, 3525 W Hacienda, Las Vegas NV 89118-1730
4304629 +Splash Window & Screen Cleaning, PO Box 10471, Fort Mohave, AZ 86427-0471
4645001 +Splash Window Screen, Attn Bankruptcy Desk/Managing Agent, Cleaning, P O Box 10471, Fort Mohave AZ 86427-0471
4645002 +Sports Entertainment LLC, Attn Bankruptcy Desk/Managing Agent, 806 Buchanan Blvd 115 303, Boulder City NV 89005-2130
4645003 Sports Illustrated, Attn Bankruptcy Desk/Managing Agent, P O Box 60001, Tampa FL 33660-0001
4304630 +Sports Turf Irrigation, 1019 A S. Melrose St., Placentia, CA 92870-7129
4304631 +Sportswear Design International Inc, 502 West 300 South, Salt Lake City, UT 84101-1118
4304633 +Spring Mountain Resources LLC, 5415 W Harmon Ave Unit 1023, Las Vegas, NV 89103-7012
4304634 +Spring Mountain Resources LLC, 7021 Bright Springs Ct, Las Vegas, NV 89113-1341
4304635 +Spring Valley High School, 3750 South Buffalo Drive, Las Vegas, NV 89147-7488
4645004 +Spring Valley High School, Attn Bankruptcy Desk/Managing Agent, 3750 South Buffalo Drive, Las Vegas NV 89147-7488
4304636 +Springer Golf Ball Company, 12505 Reed Road Suite 200, Sugar Land, TX 77478-2852
4304637 +Sprint - TX, PO Box 650270, Dallas, TX 75265
4645006 Sprint AZ, Attn Bankruptcy Desk/Managing Agent, PO Box 79133, Phoenix AZ 85062-9133
4304639 Sprint CA, PO Box 79255, City of Industry, CA 91716-9255
4645009 Sprint CA, Attn Bankruptcy Desk/Managing Agent, P O Box 79255, City of Industry CA 91716-9255
4645007 Sprint CA, Attn Bankruptcy Desk/Managing Agent, P O Box 79357, City of Industry CA 91716-9357
4645008 Sprint CA, Attn Bankruptcy Desk/Managing Agent, P O Box 54977, Los Angeles CA 90054-0977
4304640 +Sprint Deposit, 330 S. Valley View Blvd., Attn: Subdivision Desk, Las Vegas, NV 89152-0001
4645010 +Sprint Deposit, Attn Bankruptcy Desk/Managing Agent, 330 S Valley View Blvd, Attn Subdivision Desk, Las Vegas NV 89152-0001
4645011 +Sprint IL, Attn Bankruptcy Desk/Managing Agent, PO Box 4181, Carol Stream IL 60197-4181
4645012 Sprint MO, Attn Bankruptcy Desk/Managing Agent, PO Box 872212, Kansas City MO 64187-2212
4645013 Sprint NC, Attn Bankruptcy Desk/Managing Agent, PO Box 96031, Charlotte NC 28296-0031
4645014 Sprint North Supply Leas, Attn Bankruptcy Desk/Managing Agent, P O Box 550599, Jacksonville FL 32255-0599
4645017 +Sprint TX, Attn Bankruptcy Desk/Managing Agent, P O Box 650270, Dallas TX 75265
4645016 Sprint Telimagine Inc, Attn Bankruptcy Desk/Managing Agent, nina penney, PO Box 98789, Las Vegas NV 89193
4304643 Sprint Yellow Pages, PO Box 660068, Dallas, TX 75266-0068 USA
4304647 Sprint-AZ, PO Box 79133, Phoenix, AZ 85062-9133
4304648 Sprint-CA, PO Box 79357, City of Industry, CA 91716-9357
4304649 +Sprint-IL, PO Box 4181, Carol Stream, IL 60197-4181
4645019 Sprint/Central Telephone, Attn Bankruptcy Desk/Managing Agent, 8882718694, P O Box 79133, Phoenix AZ 85062-9133
4645020 +Spur Trucking, Attn Bankruptcy Desk/Managing Agent, John Cynthia Burt Owner, 2525 Jagerson, Kingman AZ 86409-1327
4304650 +Srdjan Nikolich, 7189 S Durango Dr Unit 204, Las Vegas, NV 89113-2021
4304652 Srixon Sports USA, Inc., PO Box 102674, Atlanta, GA 30368-2674
4645022 +St Rose Dominican Health, Attn Bankruptcy Desk/Managing Agent, Foundation, 3001 St Rose Parkway, Henderson NV 89052-3839
4304653 +St. Rose Dominican Health Foundation, 3001 St. Rose Parkway, Henderson, NV 89052-3839
4304654 +Staci & Timothy McHale, 63 Tall Ruff Dr, Las Vegas, NV 89148-5243
4304655 +Stacy & Xavier Warren, 22 Tall Ruff Dr, Las Vegas, NV 89148-5244
4304656 +Stacy Bertheas, 7123 Clearwater Ave, Las Vegas, NV 89147-4512
4645023 +Stacy Hulsing, Attn Bankruptcy Desk/Managing Agent, P O Box 1672, Dubois WY 82513-1672
4304657 +Stacy Thornton, 655 Lewelling Blvd No 2950, San Leandro, CA 94579-1831
4645024 +Staffmark Inc, Attn Bankruptcy Desk/Managing Agent, 3360 W Sahara Avenue, Suite 210, Las Vegas NV 89102-6069
4304658 +Staffmark, Inc., 3360 W. Sahara Avenue, Suite 210, Las Vegas, NV 89102-6069
4304659 +Stafford, Dean, 6810 Fallona, Las Vegas, NV 89156-6020
4304660 +Stafford, Eric, 1027 Via Calderia Pl, Henderson, NV 89011-0808
4304661 +Stafford, Jonathan, 2857 Prestonwood St, Las Vegas, NV 89156-3756
4645025 +Stan Toloczko, Attn Bankruptcy Desk/Managing Agent, 10416 Rocky Waters Ave, Las Vegas NV 89129-8158
4304662 +Stan Wittz, 5900 Melo Ave., Las Vegas, NV 89131-2911
4645026 +Stan Wittz, Attn Bankruptcy Desk/Managing Agent, 5900 Melo Ave, Las Vegas NV 89131-2911
4304664 +Standard Battery Systems, 4350 Production Ct., Las Vegas,, NV 89115-0182
4304665 +Standard Plumbing Supply Co., PO Box 708490, Sandy, UT 84070-8490
4645028 +Standard Wholesale, Attn Bankruptcy Desk/Managing Agent, 855 W Bonanza Road, P O Box 4157 Annex, Las Vegas NV 89106-3526
4645027 +Standard and Poor s, Attn Bankruptcy Desk/Managing Agent, 2542 Collection Center Drive, Chicago IL 60693-0025
4304663 +Standard and Poors, 2542 Collection Center Drive, Chicago, IL 60693-0025
4304667 +Stanley & Sherri Yucha, 964 Via Vannucci Way, Henderson, NV 89011-0106

4304668 +Stanley Consultant, P. Douglas Folk, Esq., One Columbus Plaza, Suite 600, 3636 N. Central Ave.,, Phoenix, AZ 85012-1927
4645029 +Stanley Consultants Inc, Attn Bankruptcy Desk/Managing Agent, Dave Frohnen, 5820 S Eastern Avenue, Las Vegas NV 89119-3002
4304669 +Stanley Consultants, Inc, 5820 S. Eastern Avenue, Suite 140, Las Vegas, NV 89119-3003
5104453 +Stanley Consultants, Inc., 5820 S. Eastern Avenue, #140, Las Vegas, NV 89119-3003
4304670 +Stanley Fox, 2215 E 24th St, Brooklyn, NY 11229-4953
4304671 +Stanley Guardado, Richard, 2300 La Puente St., Las Vegas, NV 89115-5448
4304672 +Stanley Schiff, 2024 Paddock Ln, Williamstown, NJ 08094-8746
4304673 +Stanley, Charles J., Sr., PO Box 8571 Ft. Mohave, AZ 86427, Ft Mohave, AZ 86427-8571
4304674 Staples Credit Plan, PO Box 689020, Dept. 51 - 7819803072, Des Moines, IA 50368-9020
4304675 Staples Credit Plan, PO Box 689020, Des Moines, IA 50368-9020
4645030 Staples Credit Plan, Attn Bankruptcy Desk/Managing Agent, PO Box 689020, Des Moines IA 50368-9020
4645031 +Staples Inc, Attn Bankruptcy Desk/Managing Agent, 2195 N University Park Blvd, Layton UT 84041-1263
4304676 +Staples, Inc., 2195 N. University Park Blvd., Layton, UT 84041-1263
4304678 Star International, 30322 Esperanza, Suite 100, Rncho Sta Margarita, CA 92688-2138
4645032 Star International, Attn Bankruptcy Desk/Managing Agent, 30322 Esperanza, Suite 100, Rancho Santa Margarita CA 92688-2138
4304679 +Starla Gales, 1075 Via Saint Lucia Pl, Henderson, NV 89011-0873
4304682 +Start To Finish, 2595 S. Cimarron Rd., Suite No 103, Las Vegas, NV 89117-7613
4645033 +Start To Finish, Attn Bankruptcy Desk/Managing Agent, 2595 S Cimarron Rd Suite 103, Las Vegas NV 89117-2697
4304681 +Start to Finish Cleaning, 3975 W. Quail Suite 8, Las Vegas, NV 89118-3002
4645034 +Start to Finish Cleaning, Attn Bankruptcy Desk/Managing Agent, 3975 W Quail Suite 8, Las Vegas NV 89118-3002
4304683 +Starwood, 2040 S Teneya Way, Las Vegas, NV 89117-2007
4304684 +State Bar of Arizona, 4201 North 24th St Suite 200, Phoenix, AZ 85016-6288
4645035 +State Bar of Arizona, Attn Bankruptcy Desk/Managing Agent, 4201 North 24th St Suite 200, Phoenix AZ 85016-6288
4304685 +State Bar of Nevada, 600 E. Charleston Blvd, Las Vegas, NV 89104-1563
4645036 +State Bar of Nevada, Attn Bankruptcy Desk/Managing Agent, 600 E Charleston Blvd, Las Vegas NV 89104-1563
4304686 State Coll & Disb Unit-SCADU, CASENo 769684000A - Charles Friday, PO Box 98950, Las Vegas, NV 89193-8950
4645037 +State Collection Disb, Attn Bankruptcy Desk/Managing Agent, Unit SCADU, P O Box 98950, Las Vegas NV 89193-8950
4645038 +State Collection Disb, Attn Bankruptcy Desk/Managing Agent, P O Box 989067, West Sacramento CA 95798-9067
4304687 State Collection&Disbursements, PO Box 989067, West Sacramento, CA 95798-9067
4304688 +State Contractors Board NV, 9670 Gateway Drive, Suite 100, Reno, NV 89521-3953
4304689 +State Farm Insurance Co, 6332 South Rainbow Blv. Ste 100, Las Vegas, NV 89118-3235
4645039 +State Farm Insurance Co, Attn Bankruptcy Desk/Managing Agent, Amber, 6332 South Rainbow Blv Ste 100, Las Vegas NV 89118-3235
4304690 +State Farm Insurance Co, 6370 W Flamingo, Ste 21, Las Vegas, NV 89103-2272
4304692 +State Of Nevada AR, PO Box 52685, Phoenix, AZ 85072-2685
4304697 +State Restaurant Equipment Co., 3163 So. Highland Drive, Las Vegas, NV 89109-1070
4304699 +State Security Services, PO Box 407, Kingman, AZ 86402-0407
4645048 +State Security Services, Attn Bankruptcy Desk/Managing Agent, P O Box 407, Kingman AZ 86402-0407
4304698 +State Security Services, 902 Center St., Kingman, AZ 86401-6127
4645040 State of California, Attn Bankruptcy Desk/Managing Agent, Board of Equalization, P O Box 942879, Sacramento CA 94279-0001
4645041 State of California, Attn Bankruptcy Desk/Managing Agent, Franchise Tax Board, P O Box 942867, Sacramento CA 94267-0011
4645047 +State of NV Div of Water Res, Attn Bankruptcy Desk/Managing Agent, 123 W Nye Lane, Room 246, Carson City NV 89706-0899
4304694 State of Nevada, Business License Renewal, PO Box 52614, Phoenix, AZ 85072-2614
4645042 State of Nevada, Attn Bankruptcy Desk/Managing Agent, Business License Renewal, P O Box 52614, Phoenix AZ 85072-2614
4304696 +State of Nevada, Department of Taxation-AR Payment, PO Box 52685, Phoenix, AZ 85072-2685
4304695 +State of Nevada, Department of Taxation, 1550 E. College Parkway, Ste 115, Carson City, NV 89706-7939
4645043 +State of Nevada, Attn Bankruptcy Desk/Managing Agent, Department of Taxation, 1550 E College Parkway Ste 115, Carson City 89706-7939
4645045 State of Nevada, Attn Bankruptcy Desk/Managing Agent, Employment Security Division, 500 East Third Street, Carson City NV 89713-0030
4645044 +State of Nevada, Attn Bankruptcy Desk/Managing Agent, Department of Taxation AR Payment, P O Box 52685, Phoenix AZ 85072-2685
4645046 +State of Nevada DMV, Attn Bankruptcy Desk/Managing Agent, Attn Legal Division, 555 Wright Way, Carson City, NV 89711-0001
4304693 +State of Nevada Department of, Employment Security, 500 E Third Street, Carson City, NV 89713-0002
4304700 +Statewide Fire Protection, 3130 Westwood Drive, Las Vegas, NV 89109-1066
4645049 +Statewide Fire Protection, Attn Bankruptcy Desk/Managing Agent, 3130 Westwood Drive, Las Vegas NV 89109-1066
4645050 +Statewide Lighting, Attn Bankruptcy Desk/Managing Agent, Gail Foreman, 800 E Sahara, Las Vegas NV 89104-3018

4645051 Steam Whirl, Attn Bankruptcy Desk/Managing Agent, 3775 W Teco Avenue 5, Las Vegas NV 89118-6827
4304702 Steam-Whirl, 3775 W. Teco Avenue No 5, Las Vegas, NV 89118-6827
4304701 +Steamatic of Southern Nevada, 2851 Synergy Street, Las Vegas, NV 89030-4194
4645052 +Steamatic of Southern Nevada, Attn Bankruptcy Desk/Managing Agent, 2851 Synergy Street, Las Vegas NV 89030-4194
4304703 +Steel Engineers Inc, 716 West Mequite Ave, Las Vegas, NV 89106-4612
4645053 +Steel Engineers Incorporated, Attn Bankruptcy Desk/Managing Agent, 716 W Mesquite, Las Vegas NV 89106-4612
4304704 +Stefanie Encarnacion, 21921 Rashdall Ave, Carson, CA 90745-2931
4304705 +Stefano Arcoleo, 9050 W Warm Springs Rd Unit 1007, Las Vegas, NV 89148-3827
4304706 +Stegall Family, 1067 Via Saint Lucia Pl, Henderson, NV 89011-0873
4304707 +Steifle, David Michael, 234 Summit Vista St, Henderson, NV 89052-2317
4304708 +Stella Yim-Wong, 168 Castle Course Ave, Las Vegas, NV 89148-5001
4304709 +Stephan Bonnar, 208 Via Luna Rosa Ct, Henderson, NV 89011-0875
4304710 +Stephanie & Tim Koutras, 385 S Lemon Ave No E139, Walnut, CA 91789-2727
4304713 +Stephanie Juric, 332 White Bluffs St, Las Vegas, NV 89148-2747
4304714 +Stephanie Lee, 10548 Meadow Mist Ave, Las Vegas, NV 89135-2029
4645055 +Stephanie Limperis, Attn Bankruptcy Desk/Managing Agent, 964 Aspen Breeze Ave, Las Vegas NV 89123-3191
4304715 +Stephanie Roberts, 8951 Lansberry Ct, Las Vegas, NV 89147-8118
4304716 +Stephen & Bernadette Andaya, 7103 S Durango Dr Unit 108, Las Vegas, NV 89113-2043
4304717 +Stephen & Colomba Hribik, 4775 N Tee Pee Ln, Las Vegas, NV 89129-2636
4304718 +Stephen & Donna Makein, 549 Via Ruscello Way, Henderson, NV 89011-0831
4304720 +Stephen & Kasia Craig, 9462 Malasana Ct, Las Vegas, NV 89147-8200
4304721 +Stephen & Mayleen Ang, 52 Lakewood Dr, Centralia, IL 62801-3700
4304723 +Stephen Gabrielsen, 12484 N. 76 th St., Scottsdale, AZ 85260-4814
4304724 +Stephen Gradney, 51 Tall Ruff Dr, Las Vegas, NV 89148-5243
4645056 +Stephen Lee Seto, Attn Bankruptcy Desk/Managing Agent, 1750 Grant Avenue D, San Francisco CA 94133-3022
4304726 +Stephen Miller, 7173 S Durango Dr Unit 310, Las Vegas, NV 89113-2047
4304725 +Stephen Miller, 4828 Califa Dr, Las Vegas, NV 89122-7576
4304727 +Stephen Olson, 7131 S Durango Dr Unit 207, Las Vegas, NV 89113-2071
4304729 +Stephen Robison, 8309 Garnet Canyon Ln, Las Vegas, NV 89129-4897
4304730 +Stephen Schweyen, 245 Via Di Citta Dr, Henderson, NV 89011-0848
4304731 +Stephen Shaffer, 429 Via Stretto Ave, Henderson, NV 89011-0835
4304732 Stephens Media Group, PO Box 70, Las Vegas, NV 89125-0070
4645057 Stephens Media Group, Attn Bankruptcy Desk/Managing Agent, P O Box 70, Las Vegas NV 89125-0070
4304733 +Stephens, Christopher, 18 Wade Hampton Trail, Henderson, NV 89052-6635
4645058 Sterling Education Services, Attn Bankruptcy Desk/Managing Agent, P O Box 3127, Eau Claire WI 54702-3127
4645059 +Sterling Nevada LLC, Attn Bankruptcy Desk/Managing Agent, 2825 Coleman Street, N Las Vegas NV 89032-3822
4304734 +Sterling Nevada, LLC, 2825 Coleman Street, N. Las Vegas, NV 89032-3822
4304735 +Stern Family, 5707 Wish Ave, Encino, CA 91316-1411
4304736 +Steuerle, John, 4521 N. Thruman Dr., Golden Valley, AZ 86413-9678
4304737 +Steve & Anita Wong, 8931 Lansberry Ct, Las Vegas, NV 89147-8118
4304738 +Steve & Lily Paris, 122 Ocean Harbour Ln, Las Vegas, NV 89148-2716
4304739 +Steve & Marla McClintock, 225 Via Luna Rosa Ct, Henderson, NV 89011-0875
4645061 +Steve Beyer Productions Inc, Attn Bankruptcy Desk/Managing Agent, 133 N Gibson Road, Henderson NV 89014-6797
4304740 +Steve Beyer Productions, Inc., 133 N. Gibson Road, Henderson, NV 89014-6797
4304741 +Steve Biron, 564 Manhattan Place, San Jose, CA 95136-3954
4645062 +Steve Biron, Attn Bankruptcy Desk/Managing Agent, 564 Manhattan Place, San Jose CA 95136-3954
4645063 +Steve Kemnitzer, Attn Bankruptcy Desk/Managing Agent, 192 Pocono Manor Ct, Las Vegas NV 89148-2632
4304744 +Steve Triplett, 39817 Amberley Cir, Temecula, CA 92591-7009
4304745 +Steve Wheeler, 313 So. Aztec Rd., Golden Valley, AZ 86413-8837
4645065 +Steve Wolf Assoc Inc, Attn Bankruptcy Desk/Managing Agent, 9602 Santiago Blvd, Villa Park CA 92867-2521
4304746 +Steven & Brenda Cowart, 9701 Valmeyer Ave, Las Vegas, NV 89148-5742
4304747 +Steven & Dianne Macdonald, 7733 Falconwing Ave, Las Vegas, NV 89131-8206
4304748 +Steven & Edward Cushman, 7119 S Durango Dr Unit 211, Las Vegas, NV 89113-2059
4304749 +Steven & Jennifer Rhodes, 5014 Spanish Hills Dr, Las Vegas, NV 89148-1402
4304751 +Steven & Kelly Hendricks, 9050 W Warm Springs Rd Unit 2063, Las Vegas, NV 89148-3834
4304752 +Steven & Mindy Thomas, 444 Via Del Foro Dr, Henderson, NV 89011-0103
4304753 +Steven & Nancy Mihovich, 10147 Dragons Meadow Ct, Las Vegas, NV 89148-6735
4304754 +Steven & Robin Bell, 107 Oldham Pl, Ambler, PA 19002-2880
4304756 +Steven & Theresa Em, 213 Via Luna Rosa Ct, Henderson, NV 89011-0875
4304757 +Steven & Theresa Taylor, 4858 Califa Dr, Las Vegas, NV 89122-7576
4304758 +Steven Atkinson, 9574 Marina Valley Ave, Las Vegas, NV 89147-8042
4304759 +Steven Destefano, 2050 W Warm Springs Rd Unit 3821, Henderson, NV 89014-5536
4645066 Steven Enterprises Inc, Attn Bankruptcy Desk/Managing Agent, PO BOX 16307, Irvine CA 92623-6307
4304760 Steven Enterprises, Inc, PO Box 16307, Irvine, CA 92623-6307
4304761 +Steven Kang, 9512 Montanza Way, Buena Park, CA 90620-4262
4304762 +Steven Kinkade, PO Box 391, Garden Valley, ID 83622-0391

4645067 +Steven L Rhodes D D S, Attn Bankruptcy Desk/Managing Agent, 501 South Rancho Drive, E 29, Las Vegas NV 89106-4833
4304763 +Steven L. Rhodes, D.D.S., 501 South Rancho Drive, E-29, Las Vegas, NV 89106-4833
4304765 +Steven Saxon, 1284 Olivia Pkwy, Henderson, NV 89011-0834
4304767 +Steven Youles, 9050 W Tropicana Ave Unit 1099, Las Vegas, NV 89147-8187
4304768 +Stevenson Family, 374 Rancho La Costa St, Las Vegas, NV 89138-1570
4304769 +Stevenson Jr., Gary, 7255 West Sunset Road No 10479, Las Vegas, NV 89113-1902
4304770 +Stewart Archibald & Barney LLP, 7881 W. Charleston Blvd., Suite 250, Las Vegas, NV 89117-8327
4645069 +Stewart Archibald Barney LLP, Attn Bankruptcy Desk/Managing Agent, 7881 W Charleston Blvd, Suite 250, Las Vegas NV 89117-8327
4645070 +Stewart Occhipinti LLP, Attn Bankruptcy Desk/Managing Agent, Attorneys Counselors at Law, 65 West 36th Street 7th Floor, New York NY 10018-8018
4304771 +Stewart Occhipinti, LLP, Attorneys & Counselors at Law, 65 West 36th Street, 7th Floor, New York, NY 10018-8018
4645071 +Stewart Sundell Concrete, Attn Bankruptcy Desk/Managing Agent, Bob Bledsoe, 1760 West Brooks Avenue, North Las Vegas NV 89032-3688
4304772 Stewart USA Trust, 21421-111 Ave N W, Edmonton Alberta Canada T5S, 00000
4304773 +Stewart, Lacy, 8109 Tilkuni Drive, Las Vegas, NV 89166-3722
4304774 +Stewart, Michael L., 2601 S. Grand Canyon Dr. No 1068, Las Vegas, NV 89117-3667
4645072 +Stimulus Technologies, Attn Bankruptcy Desk/Managing Agent, 6100 S Mountain Vista St, Suite 100, Henderson NV 89014-2045
4304776 +Stitch Monsters, 550 Bracken Ave., Las Vegas, NV 89104-1417
4645073 +Stitch Monsters, Attn Bankruptcy Desk/Managing Agent, 550 Bracken Ave, Las Vegas NV 89104-1417
4645074 +Stockbridge Northwest Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 6061, Kingman AZ 86402-6061
4304777 +Stockbridge Northwest Inc., PO Box 6061, Kingman, AZ 86402-6061
4304778 +Stockhausen, Nicole C., 14 Old Lake Cir, Henderson, NV 89074-6143
4645076 +Stone Masons Inc, Attn Bankruptcy Desk/Managing Agent, 5581 S Cameron Suite A, Las Vegas NV 89118-6232
4304780 +Stone Masons, Inc, 5581 S. Cameron Suite A, Las Vegas, NV 89118-6232
4304781 +Stone, Cameron M, 2177 Rathke Dr Bullhead City, AZ 86442, Bullhead City, AZ 86442-5273
4304782 +Stone, F. Greg, 121 Wicked Wedge Way, Las V egas, NV 89148-2689
4645078 +Storage One at Rhodes Ranch, Attn Bankruptcy Desk/Managing Agent, 8777 W Warm Springs Road, Las Vegas NV 89148-1815
4304785 +Stoudnor, Troy, 3604 Harrier Court, N Las Vegas, NV 89084-2401
4645079 +Stout Lighting, Attn Bankruptcy Desk/Managing Agent, A Div of Stout Electric, 6440 Schirils St, Las Vegas NV 89118-6808
4304786 +Stout, Vanessa M., 3908 Sage River St, Las Vegas, NV 89129-8233
4304787 +Stow Away, 921 Olsen Street, Henderson, NV 89011-3082
4645080 +Stow Away, Attn Bankruptcy Desk/Managing Agent, 921 Olsen Street, Henderson NV 89011-3082
4304788 +Straight-Line, Inc., 8820 El Camino Rd, Las Vegas, NV 89139-6801
4304789 +Strategic Value Partners LLC, 100 West Putnam, Greenwich, CT 06830-5342
4645082 +Stratton Consulting, Attn Bankruptcy Desk/Managing Agent, 22 Kittansett Loop, Henderson NV 89052-6694
4304790 +Street, Michael, 2415 Harrod, Kingman, AZ 86401-6317
4304791 +Streetscape, 15641 Product Lane, Suite 7, Huntington Beach, CA 92649-1347
4645083 +Streetscape, Attn Bankruptcy Desk/Managing Agent, 15641 Product Lane, Suite 7, Huntington Beach CA 92649-1347
4304792 +Strickland Family, 7833 Lonesome Harbor Ave, Las Vegas, NV 89131-5002
4304793 +Striker, Timothy J., 7675 Hampton Cove Ln, Las Vegas, NV 89113-3247
4645084 +Striping Solutions, Attn Bankruptcy Desk/Managing Agent, 4181 W Oquendo Road, Las Vegas NV 89118-3024
4304794 +Structural Design & Management, 2288 S Southwood Drive, Warsaw, IN 46580-7487
4304795 +Stull, Tate, 9365 Lotus Elan Dr, Las Vegas, NV 89117-7104
4645085 +Style Wise Interactive, Attn Bankruptcy Desk/Managing Agent, richard, 6600 Amelia Earhart Court, Las Vegas NV 89119-3534
4304796 +Suarez Galan, Rafael, 2617 E. Mesquite Ave No D, Las Vegas, NV 89101-3448
4304797 +Subias-Ibarra, Cesar, 2016 Bonanza No 2016, Las Vegas, NV 89101-3329
4304798 +Subiaz, Marsial, 2650 San Domingo, Las Vegas, NV 89115-4251
4304799 Subscription Order Services, PO Box 162685, Altamonte Springs, FL 32716-2685
4304800 +Sugarman Family, 3350 Palm Center Dr, Las Vegas, NV 89103-5668
4304801 +Sugeiry, Castro, 831 Sleepy Moon Ave, Henderson, NV 89012-2626
4304802 +Suk Huang, 287 Palm Trace Ave, Las Vegas, NV 89148-2735
4304803 +Sulett, Leah, 574 Newberry Springs Drive, Las Vegas, NV 89148-4475
4645087 +Sullivan Group Real Estate Adv, Attn Bankruptcy Desk/Managing Agent, 12555 High Bluff Drive, Suite 210, San Diego CA 92130-3096
4304804 +Sullivan, Michael Bryan, 981 Whitney Ranch Dr. Apt. No 1227, Henderson, NV 89014-2566
4304805 +Suman Tandra, 55 River Dr S Apt 2201, Jersey City, NJ 07310-2757
4304806 +Summerlin Bridal Show, 3320 N. Buffalo Drive No 102, Las Vegas, NV 89129-7410
4645088 Summerlin Hosp Med Ctr LLC, Attn Bankruptcy Desk/Managing Agent, P O Box 31001 0827, Pasadena CA 91110-0827
4304807 Summerlin Hosp Med Ctr, LLC, PO Box 31001-0827, Pasadena, CA 91110-0827
4645089 +Summers Electrical Engineering, Attn Bankruptcy Desk/Managing Agent, 1129 Gallant Fox Avenue, Henderson NV 89015-2988
4645090 +Sun Cat Skylight, Attn Bankruptcy Desk/Managing Agent, Joan Georgens, 4485 Emerald Ave, Las Vegas NV 89120-2126
4645091 +Sun City Landscaping, Attn Bankruptcy Desk/Managing Agent, 4270 West Patrick Lane, Las Vegas NV 89118-6858

4645092 +Sun Country Systems LLC, Attn Bankruptcy Desk/Managing Agent, 4500 Delancy Unit 3, Las Vegas NV 89103-3755
4304808 +Sun Flowers Florist, 3250 N. Tenaya Way, Suite 106, Las Vegas, NV 89129-7406
4645093 +Sun Flowers Florist, Attn Bankruptcy Desk/Managing Agent, 3250 N Tenaya Way, Suite 106, Las Vegas NV 89129-7406
4645094 +Sun Outdoor Advertising LLC, Attn Bankruptcy Desk/Managing Agent, Terry Palmer, 5630 District Blvd Suite 126, Bakersfield CA 93313-2182
4304809 +Sun Outdoor Advertising LLC, 5630 District Blvd., Suite No 126, Bakersfield, CA 93313-2109
4304811 +Sun State Components, 4915 N Berg St, No Las Vegas, NV 89081-2618
4645095 +Sun State Components of N AZ, Attn Bankruptcy Desk/Managing Agent, P O Box 4077, Kingman AZ 86402-4077
4304810 +Sun State Components of N. AZ, PO Box 4077, Kingman, AZ 86402-4077
4304812 +Sun State Lumber, PO Box 3699, Kingman, AZ 86402-3699
4645096 +Sun State Lumber, Attn Bankruptcy Desk/Managing Agent, P O Box 3699, Kingman AZ 86402-3699
4304814 Sunbelt Rentals, PO Box 409211, Atlanta, GA 30384-9211
4645098 +Sunburst Construction Inc, Attn Bankruptcy Desk/Managing Agent, 5180 Cameron St Suite 6, Las Vegas NV 89118-4906
4304815 +Sunburst Construction, Inc., 5180 Cameron St SuiteNo 6, Las Vegas, NV 89118-4906
4645099 +Sunburst Painting Inc, Attn Bankruptcy Desk/Managing Agent, Brad, 3770 E Desert Inn Road 273, Las Vegas NV 89121-3339
4304816 +Sunburst Painting, Inc., 3770 E. Desert Inn Road, No 273, Las Vegas, NV 89121-3339
4304817 +Sunburst Shutters, 6480 W. Flamingo Road, Las Vegas, NV 89103-7128
4645100 +Sunburst Shutters, Attn Bankruptcy Desk/Managing Agent, Stan, 6480 W Flamingo Road, Las Vegas NV 89103-7128
4645101 +Sundance Helicopters, Attn Bankruptcy Desk/Managing Agent, 5596 Haven Street, Las Vegas NV 89119-2415
4304818 +Sunflowers, 3250 N. Tenaya Way No 106, Las Vegas, NV 89129-7406
4645102 +Sunflowers, Attn Bankruptcy Desk/Managing Agent, 3250 N Tenaya Way 106, Las Vegas NV 89129-7406
4304819 +Sunga, Melvin, 375 Center Green Dr, Las Vegas, NV 89148-5220
4304820 +Sunim Mitchell, 9050 W Warm Springs Rd Unit 2122, Las Vegas, NV 89148-3836
4645105 +Sunrise Mechanical Inc, Attn Bankruptcy Desk/Managing Agent, 7380 Commercial Way, Henderson NV 89011-6627
4304823 +Sunrise Mechanical, Inc., 7380 Commercial Way, Henderson, NV 89011-6627
4304824 +Sunrise Mountain Avionics, 2830 N. Rancho Drive, Las Vegas, NV 89130-3347
4645106 +Sunrise Mountain Avionics, Attn Bankruptcy Desk/Managing Agent, 2830 N Rancho Drive, Las Vegas NV 89130-3347
4645107 +Sunrise Paving Inc, Attn Bankruptcy Desk/Managing Agent, 5562 Mountain Vista St, Las Vegas NV 89120-2199
4304825 +Sunrise Paving,Inc, 5562 Mountain Vista St., Las Vegas, NV 89120-2199
4645108 +Sunrise Solar Screen, Attn Bankruptcy Desk/Managing Agent, Blind Company, 2454 Losee Rd Suite A, Las Vegas NV 89030-4182
4304826 +Sunrise Solar Screen &, Blind Company, 2454 Losee Rd. Suite A, Las Vegas, NV 89030-4182
4304827 +Sunrise Support, 19841 N 14th St., Phoenix, AZ 85024-8229
4304828 +Sunscape Window Coverings, PO Box 621811, Las Vegas, NV 89162-1811
4645109 +Sunscape Window Coverings, Attn Bankruptcy Desk/Managing Agent, P O Box 621811, Las Vegas NV 89162-1811
4645110 +Sunset Oasis Landscape, Attn Bankruptcy Desk/Managing Agent, 4575 West Cougar, Las Vegas NV 89139-7625
4304830 Sunshine Support, 19841 N. 14th Street, Phoenix, AZ 85024-8229
4304832 +Sunstate Components, 4915 N. Berg St., N. Las Vegas, NV 89081-2618
4304833 Sunstate Equipment, P.O Box 52581, Phoenix, AZ 85072-2581
4304834 +Sunthary Delcastillo, 4158 Walnut Ave, Long Beach, CA 90807-3023
4304835 +Sunworld Landscape LLC, 3020 Builders Avenue, Las Vegas, NV 89101-4904
4645112 +Sunworld Landscape LLC, Attn Bankruptcy Desk/Managing Agent, Deanne Beer, 3020 Builders Avenue, Las Vegas NV 89101-4904
4304837 +Super Color Digital, 4495 W. Sunset Rd, Las Vegas, NV 89118-4321
4645113 +Super Color Digital, Attn Bankruptcy Desk/Managing Agent, 4495 W Sunset Rd, Las Vegas NV 89118-4321
4645114 +Superior Frame Trim, Attn Bankruptcy Desk/Managing Agent, 1642 North McCulloch Blvd, Lake Havasu City AZ 86403-0961
4645115 Support Payment Clearing House, Attn Bankruptcy Desk/Managing Agent, Case FC2002090434, P O Box 52107, Phoenix AZ 85072-2107
4304838 +Supreme Court of Arizona, 1501 W. Washington Ste 104, Phoenix, AZ 85007-3235
4645116 +Supreme Court of Arizona, Attn Bankruptcy Desk/Managing Agent, 1501 W Washington Ste 104, Phoenix AZ 85007-3235
4304839 +Suresh Sadineni, 284 Sea Rim Ave, Las Vegas, NV 89148-2759
4304840 +Surface Solutions, PO Box 335112, North Las Vegas, NV 89033-5112
4645117 +Surface Solutions, Attn Bankruptcy Desk/Managing Agent, Eulalio Moreno, P O Box 335112, North Las Vegas NV 89033-5112
4304841 +Surface Specialists of Nevada, 2756 N. Green Valley Pkwy, PMB 458, Henderson, NV 89014-2120
4645118 +Surface Specialists of Nevada, Attn Bankruptcy Desk/Managing Agent, 2756 N Green Valley Pkwy, PMB 458, Henderson NV 89014-2120
4304842 +Surgical Arts Center, 9499 W Charleston 250, Las Vegas, NV 89117-7148
4645119 +Surgical Arts Center, Attn Bankruptcy Desk/Managing Agent, 9499 W Charleston 250, Las Vegas NV 89117-7148
4645120 +Surya Carpet Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 324, Adairsville GA 30103-0324
4304843 +Susan & Gregg Schell, 7412 Red Swallow St, Las Vegas, NV 89131-8262

4304844 +Susan & Richard Baldwin, 1122 Olivia Pkwy, Henderson, NV 89011-0800
4304845 +Susan Caramico, 7511 Apple Springs Ave, Las Vegas, NV 89131-3367
4304846 +Susan Cobb, 7131 S Durango Dr Unit 315, Las Vegas, NV 89113-2073
4645121 +Susan L Engelke, Attn Bankruptcy Desk/Managing Agent, 5904 Pavilion Lakes Ave, Las Vegas NV 89122-3406
4304847 +Susan L. Engelke, 5904 Pavilion Lakes Ave., Las Vegas, NV 89122-3406
4304848 +Susan Lawson, 7147 S Durango Dr Unit 205, Las Vegas, NV 89113-2027
4645122 +Susan Miller Zapper, Attn Bankruptcy Desk/Managing Agent, 2764 Lake Sahara Dr, Ste 111, Las Vegas NV 89117-3400
4304849 +Susan Miller-Zapper, 2764 Lake Sahara Dr, Ste. 111, Las Vegas, NV 89117-3400
4304850 +Susan Nielson, 7135 S Durango Dr Unit 202, Las Vegas, NV 89113-2075
4304851 +Susan Ovist, 2548 Silvser Beach Drive, Las Vegas, NV 89052-2665
4645123 +Susan Ovist, Attn Bankruptcy Desk/Managing Agent, 2548 Silvser Beach Drive, Las Vegas NV 89052-2665
4645124 +Susan Shook Associates, Attn Bankruptcy Desk/Managing Agent, 240 Newport Center Drive, Suite 220, Newport Beach CA 92660-7513
4304854 +Susan Wong, 165 Honors Course Dr, Las Vegas, NV 89148-0001
4304855 Susan Zabolotniuk, 2109-16 Yonge St, Toronto Ontario, Canada M5E2
4304856 +Susanna & Sammy Yip, 447-32Nd Avenue, San Francisco, CA 94121-1723
4645125 +Susanna Yip, Attn Bankruptcy Desk/Managing Agent, 447 32nd Avenue, San Francisco CA 94121-1723
4645126 +Susie L Lee, Attn Bankruptcy Desk/Managing Agent, 860 Meridian Bay Lane 223, Foster City CA 94404-4035
4645127 +Susteen Inc, Attn Bankruptcy Desk/Managing Agent, 8001 Irvine Center Dr, Suite 1500, Irvine CA 92618-3003
4304857 +Sutherland Family, 5046 Spanish Hills Dr, Las Vegas, NV 89148-1402
4645128 +Sutherland Perennials, Attn Bankruptcy Desk/Managing Agent, c/o Shears Windows, 101 Henry Adams St 256, San Francisco CA 94103-5221
4304858 +Suzan McFarland, 7167 S Durango Dr Unit 208, Las Vegas, NV 89113-2042
4304859 +Suzana Rutar, 1950 E Warm Springs Road, Las Vegas, NV 89119-4522
4645129 +Suzana Rutar, Attn Bankruptcy Desk/Managing Agent, 1950 E Warm Springs Road, Las Vegas NV 89119-4522
4304862 +Suzanne Simone, 9050 W Warm Springs Rd Unit 2017, Las Vegas, NV 89148-3832
4304863 +Svoma, Ronald, 20 Kieth Drive PO Box 50511, Parks, AZ 86018-0511
4304864 +Swaner, Richard, 3375 West Pebble Road, Las Vegas, NV 89139-7813
4645132 +Swarts Manning Associates, Attn Bankruptcy Desk/Managing Agent, 10091 Park Run Drive 200, Las Vegas NV 89145-8868
4304865 +Sy & Lo-Wei Deng, 165 Tall Ruff Dr, Las Vegas, NV 89148-5246
4304866 +Syang Su, 6025 Marigold Point Ct, Las Vegas, NV 89120-2565
4304867 +Sydney Wang, 120 Honors Course Dr, Las Vegas, NV 89148-0001
4304868 +Syed Ali, 9710 Waukegan Ave, Las Vegas, NV 89148-5745
4645134 +Sylvan Learning Center, Attn Bankruptcy Desk/Managing Agent, 1181 South Buffalo Drive 120, Las Vegas NV 89117-8312
4645135 +Symmetry Products Group, Attn Bankruptcy Desk/Managing Agent, c/o Lance Industries Inc, 55 Industrial Circle, Lincoln RI 02865-2606
4304870 +Sysco Food Svcs of Las Vegas, PO Box 93537, Las Vegas, NV 89193-3537
4645136 +Syscon Consulting, Attn Bankruptcy Desk/Managing Agent, Jerry Slater, 2255 Loring Avenue, Henderson NV 89074-5371
4304871 +Szabo, Mary, 10409 Sacre Court, Las Vegas, NV 89135-3275
4304872 +T & R Paint & Drywall, 235 W. Brooks, N. Las Vegas, NV 89030-3925
4304873 +T K B Properties LLC, 6364 Mighty Flotilla Ave, Las Vegas, NV 89139-6409
4304874 +T LP Trust, 1029 Via Di Olivia St, Henderson, NV 89011-0810
4645138 T Mobile, Attn Bankruptcy Desk/Managing Agent, P O Box 742596, Cincinnati OH 45274-2596
4645139 +T P S Painting Drywall Inc, Attn Bankruptcy Desk/Managing Agent, 358 Beesley Dr, Las Vegas NV 89110-5006
4645140 +T R Paint Drywall, Attn Bankruptcy Desk/Managing Agent, 235 W Brooks, N Las Vegas NV 89030-3925
4305117 T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596
4305220 +T-Time Designs Inc., PO Box 295, Rushville, IN 46173-0295
4304876 +T. Virgils, 10624 S Eastern Suite A Unit 327, Henderson, NV 89052-2983
4304877 +T.Warnock Trucking, Inc, 13302 1/2 Bridges Ave, Yuma, AZ 85365-7750
4304878 +T2 Green, PO Box 55191, Sherman Oaks, CA 91413-0191
4304921 +TEF Design, 1939 Wikieup No 1, Kingman, AZ 86401-5179
4645151 TEHAMA, Attn Bankruptcy Desk/Managing Agent, 1 800 955 9400 ext 1023, P O Box 1079, Denver CO 80256-1079
4645170 +TGN Enterprises, Attn Bankruptcy Desk/Managing Agent, P O Box 881411, San Diego CA 92168-1411
4305024 THERMO FLUIDS Inc, 39354 Treasury Center, Chicago, IL 60694-9300
4645254 +THK Associates Inc, Attn Bankruptcy Desk/Managing Agent, 2953 South Peoria Street, Suite 101, Aurora CO 80014-5716
4305027 +THK Associates, Inc., 2953 South Peoria Street, Suite 101, Aurora, CO 80014-5716
4305074 ++TIBERTI COMPANY, 1806 INDUSTRIAL ROAD, LAS VEGAS NV 89102-2681
(address filed with court: Tiberti Co, 4975 Rogers St, Las Vegas, NV 89118)
4933612 +TRIBES HOLDINGS, LLC, 4730 SOUTH FORT APACHE SUITE 300, LAS VEGAS, NV 89147-7947
4645328 +TSCS, Attn Bankruptcy Desk/Managing Agent, Texas State Construction Systems, 9100 SW Freeway Suite 100, Houston TX 77074-1523
4645331 +TSS Enterprises, Attn Bankruptcy Desk/Managing Agent, Gary Simler, 2827 E Ellini St, Phoenix, AZ 85040-8620
4305222 +TUG/Timberline Users Group, 5210 Eagle Ridge Lane, Sylvania, OH 43560-1301

4645332 +TUG/Timberline Users Group, Attn Bankruptcy Desk/Managing Agent, 5210 Eagle Ridge Lane, Sylvania OH 43560-1301
4645341 +TV Real Estate Show, Attn Bankruptcy Desk/Managing Agent, Rich Newman, 1412 S Jones Boulevard, Las Vegas NV 89146-1231
4304879 +Tabarez Martinez, Jose, 1641 Ingraham St, North Las Vegas, NV 89030-7249
4304880 +Tadeo, Esteban, 6453 Evergreen Ave, Las Vegas, NV 89107-3454
4304881 +Tadeo-Valentinez, Juan, 3517 Thomas Ave Apt No 3, North Las Vegas, NV 89030-7459
4304882 +Tadeo-Valentinez, Mario, 3517 Thomas Ave Apt No 3, North Las Vegas, NV 89030-7459
4304883 +Taemi Park, 7103 S Durango Dr Unit 205, Las Vegas, NV 89113-2006
4304885 Tait & Associates, Inc., Attn: Accounts Receivable, PO Box 11118, Santa Ana, CA 92711-1118
4304884 +Tait & Associates, Inc., 701 North Parkcenter Drive, Santa Ana, CA 92705-3541
4304886 +Tak & Siu Yeung, 1451 Bonita Ter, Monterey Park, CA 91754-2222
4645141 +Take It From The Top Talent, Attn Bankruptcy Desk/Managing Agent, 3658 Moon Lit Rain Drive, Las Vegas NV 89135-7801
4304887 +Talayumptewa, Orville, PO Box 318 Village Plaza Kykotsmovi, A, Kykotsmovi, AZ 86039-0318
4304888 +Talayumptewa, Travis, PO Box 318 Village Plaza Kykotsmovi, A, Kykotsmovi, AZ 86039-0318
4304889 +Talton, Brandon C., 9625 W. Russell Rd., No 2007, Las Vegas, NV 89148-4546
4304890 +Talton, Jr., Carl L., 9625 W. Russell Rd., No 2007, Las Vegas, NV 89148-4546
4304892 +Tamara Chamberlain, 555 Via Ripagrande Ave, Henderson, NV 89011-0817
4304893 +Tamara Garner, 7430 Hornblower Ave, Las Vegas, NV 89131-3395
4304894 +Tami Zuehlsdorf, 9050 W Warm Springs Rd Unit 1125, Las Vegas, NV 89148-3830
4304895 +Tammy & David Garcia, 436 Via Stretto Ave, Henderson, NV 89011-0836
4304896 +Tammy Warden, 9050 W Warm Springs Rd Unit 1148, Las Vegas, NV 89148-3831
4304897 +Tangerine Office Systems, 1175 American Pacific Drive, Suite F, Henderson, NV 89074-8768
4304898 +Tank Sharks, 9633 Kelly Creek Avenue, Las Vegas, NV 89129-7846
4645142 +Tank Sharks, Attn Bankruptcy Desk/Managing Agent, 9633 Kelly Creek Avenue, Las Vegas NV 89129-7846
4304899 Tanner, Jude, 7100 West Alex St, Las Vegas, NV 89129
4304900 +Tara & David Russell, 4680 Laguna Vista St, Las Vegas, NV 89147-6043
4304901 +Tara & Mark Alexander, 1133 Via Canale Dr, Henderson, NV 89011-0804
4304902 +Tara Rogers, 9050 W Warm Springs Rd Unit 1004, Las Vegas, NV 89148-3827
4645143 +Tarbell Realtors, Attn Bankruptcy Desk/Managing Agent, 18356 Irvine Blvd, 2nd floor, Tustin CA 92780-3413
4304903 +Tarelo, Alfredo, 1338 Smoke Tree Ave, Las Vegas, NV 89108-1158
4645144 Target National Bank, Attn Bankruptcy Desk/Managing Agent, P O Box 59317, Minneapolis MN 55459-0317
4304904 +Tarwater, Dan, 2144 Banner Wood St, Henderson, NV 89044-0152
4304905 +Tatyana Antokhina, 374 Banff Ct, Las Vegas, NV 89148-2822
4645145 +Taunton Direct Inc, Attn Bankruptcy Desk/Managing Agent, 63 S Main Street, PO Box 5507, Newton CT 06470-0934
4304906 +Taunton Direct, Inc., 63 S. Main Street, PO Box 5507, Newton, CT 06470-0934
4645146 +Taylor Hastings, Attn Bankruptcy Desk/Managing Agent, 3725 N Kenneth Rd, Kingman, AZ 86409-3124
4304907 +Taylor Made / Adidas, File 56431, Los Angeles, CA 90074-0001
4304908 +Taylor Zink, 10209 Huxlely Cross Lane, Las Vegas, NV 89144-1359
4645147 +Taylor Zink, Attn Bankruptcy Desk/Managing Agent, 10209 Huxlely Cross Lane, Las Vegas NV 89144-1359
4304909 +Taylor, Aaron J, 7725 Cobden Ct, Las Vegas, NV 89147-5158
4304910 +Taylor, James A, 7725 Cobden Ct, Las Vegas, NV 89147-5158
4304911 +Taylor, Sharla D, 242 Lantana Breeze Drive, Las Vegas, NV 89183-5649
4645148 +Te s By Kim, Attn Bankruptcy Desk/Managing Agent, 1402 Eastern, Kingman AZ 86401-5210
4645149 Technicom Services Inc, Attn Bankruptcy Desk/Managing Agent, 4130 N Losee Road, N Las Vegas NV 89030-3302
4304912 Technicom Services, Inc., 4130 N. Losee Road, N. Las Vegas, NV 89030-3302
4304914 +Ted & Patricia Wilkes, 249 Via Di Citta Dr, Henderson, NV 89011-0848
4304915 Ted DeHerrera, 2846 Mahongany, Henderson, NV 89074
4304916 +Ted Wiens Tire & Auto Center, 1701 Las Vegas Blvd., So., Las Vegas, NV 89104-1397
4304917 +Ted Wiens Truck Tire Centers, 3810 Spring Mountain Road, Las Vegas, NV 89102-8616
4304920 +Tedros Kebede and, Emebet Haillu, 302 Island Reef Avenue, Henderson, NV 89012-5445
4645150 +Tedros Kebede and, Attn Bankruptcy Desk/Managing Agent, Emebet Haillu, 302 Island Reef Avenue, Henderson NV 89012-5445
4304922 Tek Systems, PO Box 198568, Atlanta, GA 30384-8568
4645152 Tek Systems, Attn Bankruptcy Desk/Managing Agent, Will Moore, P O Box 198568, Atlanta GA 30384-8568
4304923 TelePacific Communications, PO Box 526015, Sacramento, CA 95852-6015
4645153 TelePacific Communications, Attn Bankruptcy Desk/Managing Agent, P O Box 526015, Sacramento CA 95852-6015
4645154 +Television Monitoring Services, Attn Bankruptcy Desk/Managing Agent, 4132 S Rainbow Blvd 213, Las Vegas NV 89103-3106
4645155 Telimagine, Attn Bankruptcy Desk/Managing Agent, PO Box 98789, Las Vegas NV 89193
4304924 +Tempe, City of, 31 E. 5th, Tempe, AZ 85281-3680
4304925 +Templin, Joseph, 7304 Coffeyville Ave, Las Vegas, NV 89147-4831
4645156 +Ten Compass North, Attn Bankruptcy Desk/Managing Agent, 1080 Mary Crest Road, Henderson NV 89074-7818
4304926 +Tena, Mario, 11640 Rossovino St, Las Vegas, NV 89183-5560
4304927 +Tengan, Lawrence, 504 Edgefield Ridge Pl, Henderson, NV 89012-4543
4304928 +Teodulo Nuno, 1809 1/2 Coolidge St, N Las Vegas, NV 89030-6907
4304929 +Teofilo Bonilla, 5919 Tybalt Ct, Las Vegas, NV 89113-0251
4304930 +Teresa Castillo, 2969 Ingledale Ter, Los Angeles, CA 90039-1718
4304931 +Teresa Erickson, 1809 Birch St, Las Vegas, NV 89102-4403

4304933 +Teresa Erickson, TO THE TE DESIGN, 1809 BIRCH ST, LAS VEGAS, NV 89102-4403
4645157 +Teresa Erickson, Attn Bankruptcy Desk/Managing Agent, TO THE TE DESIGN, 1809 BIRCH ST, LAS VEGAS NV 89102-4403
4304934 +Teresa Karam, 496 Via Palermo Dr, Henderson, NV 89011-0825
4304935 +Teresa Norris, 177 Broken Putter Way, Las Vegas, NV 89148-5255
4304936 +Teresita & N R Rabanera, 6670 Mount Whitney Dr, Buena Park, CA 90620-4238
4304938 +Teresita Buhay, 128 Broken Putter Way, Las Vegas, NV 89148-5256
4304939 +Teresita Kamel, 7111 S Durango Dr Unit 105, Las Vegas, NV 89113-2050
4304940 +Teriza Arguelles-Anicete, 594 Monterey Blvd, San Francisco, CA 94127-2416
4645158 +Terra Contracting Inc, Attn Bankruptcy Desk/Managing Agent, Justin Anderson, 5980 West Cougar, Las Vegas NV 89139-6996
4304941 +Terra Contracting Inc., 5980 West Cougar, Las Vegas, NV 89139-6996
4645159 +Terra West Property Mgmt, Attn Bankruptcy Desk/Managing Agent, 2655 S Rainbow Blvd Suite 200, Las Vegas NV 89146-5185
4304942 +Terra West Property Mgmt., 2655 S. Rainbow Blvd. Suite 200, Las Vegas, NV 89146-5185
4304944 +Terrones, J. Pablo, 1825 Falcon Ridge St., Las Vegas, NV 89142-1270
4304945 Terry & Bev Brisebois, 2805-12 St N E, Calgary Ab Canada T2E 7J2, 00000
4304947 +Terry & Laura Hopper, 1 Rocky Mtn, Coto De Caza, CA 92679-5226
4304948 +Terry & Peggy Gibson, 7139 S Durango Dr Unit 203, Las Vegas, NV 89113-2080
4304949 +Terry Gregory, 9050 W Warm Springs Rd Unit 2142, Las Vegas, NV 89148-3836
4304950 +Terry Hickman, 7501 Apple Springs Ave, Las Vegas, NV 89131-3367
4645162 +Terry Linda Ono, Attn Bankruptcy Desk/Managing Agent, 1462 Danyelle Court, Las Vegas NV 89117-1300
4645163 +Terry Ono Trustee, Attn Bankruptcy Desk/Managing Agent, 1462 Danyelle Ct, Las Vegas NV 89117-1300
4304951 +Terry Ono, Trustee, 1462 Danyelle Ct, Las Vegas, NV 89117-1300
4304952 +Terry Page, 1618 Navajo Point, Henderson, NV 89074-2931
4645164 +Terry Page, Attn Bankruptcy Desk/Managing Agent, 1618 Navajo Point, Henderson NV 89074-2931
4304953 Terry Thompson Enterprises, PO Box 3457, Kingman, AZ 86402-3457
4645165 +Terryberry Company LLC, Attn Bankruptcy Desk/Managing Agent, 2033 Oak Industrial Drive N E, Grand Rapids MI 49505-6076
4304954 +Tessy Lake, 568 Foster Springs Rd, Las Vegas, NV 89148-4467
4645166 Tetra Tech Inc, Attn Bankruptcy Desk/Managing Agent, Infrastructure Services Group, File 55701 13, Los Angeles CA 90074-5701
4304955 +Texmo Oil Company, 2950 E. Andy Devine Ave., Kingman, AZ 86401-4205
4645167 +Texmo Oil Company, Attn Bankruptcy Desk/Managing Agent, 2950 E Andy Devine Ave, Kingman AZ 86401-4205
4645168 Textron Financial Corp, Attn Bankruptcy Desk/Managing Agent, 1451 Marvin Griffin Rd, Augusta GA 30906-3852
4645169 +Textron Financial Corp, Attn Bankruptcy Desk/Managing Agent, 40 Westminster St, Providence, RI 02903-2503
4304958 +Thacker, Kendall R., 9113 Tantalizing Ave, Las Vegas, NV 89149-3101
4304959 +Thang O, 237 Lakewood Garden Dr, Las Vegas, NV 89148-2734
4304960 +Thanh La, 1062 Via Saint Lucia Pl, Henderson, NV 89011-0873
4304961 +Thanh-van Vu, 1208 Stellar Way, Milpitas, CA 95035-6238
4304962 +That Extra Touch, 3017 Sheridan St. Ste 2, Las Vegas, NV 89102-7816
4645171 +That Extra Touch, Attn Bankruptcy Desk/Managing Agent, 3017 Sheridan St Ste 2, Las Vegas NV 89102-7816
4304963 +Thatcher Company of Nevada Inc., PO Box 27407, Salt Lake City, UT 84127-0407
4304964 +Thayer Family, 7511 Cedar Rae Ave, Las Vegas, NV 89131-3393
4304965 +The Bureau of National Affairs, Inc., 1231 25th Street, N.W., Washington, DC 20037-1106
4645172 +The Ad Guys, Attn Bankruptcy Desk/Managing Agent, HCR 33 Box 2953, Las Vegas NV 89161-9250
4645174 +The Andre Agassi Charitable, Attn Bankruptcy Desk/Managing Agent, Foundation, 3960 Howard Hughes Pkwy Ste 750, Las Vegas NV 89169-5973
4304967 +The Animal Foundation, Lied Animal Shelter, 655 North Mojave Road, Las Vegas, NV 89101-2801
4645175 +The Animal Foundation, Attn Bankruptcy Desk/Managing Agent, Lied Animal Shelter, 655 North Mojave Road, Las Vegas NV 89101-2801
4645176 +The Art Group, Attn Bankruptcy Desk/Managing Agent, 3119 W Post Road, Las Vegas NV 89118-3840
4645177 +The Barrel Company Inc, Attn Bankruptcy Desk/Managing Agent, 3433 Losee Rd 3, N Las Vegas NV 89030-3322
4304968 +The Barrel Company Inc., 3433 Losee Rd No 3, N. Las Vegas, NV 89030-3322
4304969 +The Battery Source, 5015 W. Sahara Ave. No 124, Las Vegas, NV 89146-3407
4645178 +The Battery Source, Attn Bankruptcy Desk/Managing Agent, 5015 W Sahara Ave 124, Las Vegas NV 89146-3407
4645179 The Bilco Company, Attn Bankruptcy Desk/Managing Agent, c/o Mitchell Associates, 5229 N 7th Avenue Suite 102, Phoenix AZ 85013-1963
4304970 +The Bobbit Group, PO Box 1346, Hoopa, CA 95546-1346
4645180 +The Bobbit Group, Attn Bankruptcy Desk/Managing Agent, PO Box 1346, Hoopa CA 95546-1346
4304971 +The Bostedt Corp, 8683 W. Sahara Ave, Ste 100, Las Vegas, NV 89117-5884
4645181 +The Bostedt Corp, Attn Bankruptcy Desk/Managing Agent, 8683 W Sahara Ave, Ste 100, Las Vegas NV 89117-5884
4645182 +The Bureau of National, Attn Bankruptcy Desk/Managing Agent, Affairs Inc, 1231 25th Street N W, Washington DC 20037-1106
4304972 +The Butler Did It, 6729 Airdale Circle, Las Vegas, NV 89103-4379
4645183 +The Butler Did It, Attn Bankruptcy Desk/Managing Agent, 6729 Airdale Circle, Las Vegas NV 89103-4379
4304976 The CIT Group, File No 55603, Los Angeles, CA 90074-5603
4304977 +The CIT Group, PO Box 1079, Denver, CO 80201-1079

4645187 The CIT Group/Equipment Financing, Attn Bankruptcy Desk/Managing Agent, PO Box 27248, Tempe, AZ 85285-7248
4645188 +The CIT Group/Sales Financing, Attn Bankruptcy Desk/Managing Agent, 715 S Metropolitan Avenue, P O Box 24330, Oklahoma City OK 73124-0330
4304973 +The Cabinet Guy, 1070 Daytona Ave., Pahrump, NV 89048-5608
4645184 +The Cabinet Guy, Attn Bankruptcy Desk/Managing Agent, 1070 Daytona Ave, Pahrump NV 89048-5608
4645185 +The Carroll School, Attn Bankruptcy Desk/Managing Agent, Dana Blackhurst, 25 Baker Bridge Road, Lincoln MA 01773-3104
4304974 The Cawley Company, PO Box 2110, Manitowoc, WI 54221-2110
4645186 +The Chandler Collection, Attn Bankruptcy Desk/Managing Agent, 5548 Lindbergh Lane, Bell CA 90201-6410
4304978 The CiT Group/EF, File No 54224, Los Angeles, CA 90074-4224
4304980 +The Cleaning Gals, 2025 Maya Dr., Kingman, AZ 86401-6502
4645189 +The Cleaning Gals, Attn Bankruptcy Desk/Managing Agent, Jeanette, 2025 Maya Dr, Kingman AZ 86401-6502
4304981 +The Clubs at Rhodes Ranch, 8975 W. Warm Springs, Las Vegas, NV 89148-2889
4645190 +The Clubs at Rhodes Ranch, Attn Bankruptcy Desk/Managing Agent, 8975 W Warm Springs, Las Vegas NV 89148-2889
4645191 +The Corporate Search Group Inc, Attn Bankruptcy Desk/Managing Agent, Recruitment of Professionals, P O Box 7303, La Verne CA 91750-7303
4645192 The Council on Education, Attn Bankruptcy Desk/Managing Agent, P O Box 340023, Boston MA 02241-0423
4645193 +The Counselors of Real Estate, Attn Bankruptcy Desk/Managing Agent, 430 North Michigan Avenue, Chicago IL 60611-4011
4645194 The Economist, Attn Bankruptcy Desk/Managing Agent, Subscription Department, P O Box 50402, Boulder CO 80322-0402
4304982 +The Falls HOA, 4730 South Fort Apache Road, Suite 300, Las Vegas, NV 89147-7947
4645195 +The Falls HOA, Attn Bankruptcy Desk/Managing Agent, 4730 South Fort Apache Road, Suite 300, Las Vegas NV 89147-7947
4645196 The Falls Rhodes Ranch, Attn Bankruptcy Desk/Managing Agent, c/o Castle Management, P O Box 94707, Las Vegas NV 89193-4707
4304983 The Falls@Rhodes Ranch, c/o Castle Management, PO Box 94707, Las Vegas, NV 89193-4707
4645197 +The Food Hotline, Attn Bankruptcy Desk/Managing Agent, 3351 S Highland Ste 208, Las Vegas NV 89109-3430
4304984 The Game, LLC, 16 Downing Drive, PO Box 2516, Phenix, AL 36868-2516
4304986 +The Garage Door Center, 150 Cassia Way No 100, Henderson, NV 89014-6632
4645198 +The Garage Door Center, Attn Bankruptcy Desk/Managing Agent, 150 Cassia Way 100, Henderson NV 89014-6632
4304988 The Home Depot, Dept 32 - 2013142843, PO Box 6029, The Lakes, NV 88901-6029
4304987 The Home Depot Credit Services, Dept. 32 - 2017234646, PO Box 6029, The Lakes, NV 88901-6029
4645199 The Home Depot Credit Services, Attn Bankruptcy Desk/Managing Agent, Dept 32 2017234646, P O Box 6029, The Lakes NV 88901-6029
4304989 +The Home Show, 1501 Ten Palms Court, Las Vegas, NV 89117-1478
4645200 +The Home Show, Attn Bankruptcy Desk/Managing Agent, 1501 Ten Palms Court, Las Vegas NV 89117-1478
4304990 +The Kingsmen, PO Box 6211, Kingmen, AZ 86402-6211
4645201 +The Kingsmen, Attn Bankruptcy Desk/Managing Agent, Bob Rose, P O Box 6211, Kingman AZ 86402-6211
4645202 +The Kingsmen Golf Committee, Attn Bankruptcy Desk/Managing Agent, P O Box 6211, Kingman AZ 86402-6211
4645203 +The Koko Company, Attn Bankruptcy Desk/Managing Agent, 4402 11th Street, Suite 503, Long Island City NY 11101-5192
4645204 +The LanDesign Consultant Inc, Attn Bankruptcy Desk/Managing Agent, 1134 Castle Point Avenue, Las Vegas NV 89074-8835
4304991 +The LanDesign Consultant, Inc., 3650 E. Post Road, Suite D, Las Vegas, NV 89120-6297
4304992 +The Landscape Connection TLC, 5400 E. Empire Ave., Flagstaff, AZ 86004-2922
4645206 +The Law Firm of, Attn Bankruptcy Desk/Managing Agent, John E Hampton Associates, 8235 Douglas Ave Suite 1300, Dallas TX 75225-6013
4645207 +The Law Offices of, Attn Bankruptcy Desk/Managing Agent, Kermitt L Waters, 704 South 9th Street, Las Vegas NV 89101-7015
4645208 +The Lawrence Company, Attn Bankruptcy Desk/Managing Agent, 52 First Street Suite 210, San Jose CA 95113-2419
4304994 +The Light House, 425 West 10th St, San Pedro, CA 90731-3213
4645210 +The Magic World of Plants, Attn Bankruptcy Desk/Managing Agent, 4535 W Sahara 105, Las Vegas NV 89102-3736
4645211 +The Masonry Group Nevada Inc, Attn Bankruptcy Desk/Managing Agent, 4685 Berg Street, North Las Vegas NV 89081-3700
4304995 +The Masonry Group Nevada, Inc., 4685 Berg Street, North Las Vegas, NV 89081-3700
4304996 The McFletcher Corporation, 8700 East Vista Bonita Dr., Suite 220, Scottsdale, AZ 85255-3201
4645212 The McFletcher Corporation, Attn Bankruptcy Desk/Managing Agent, 8700 East Vista Bonita Dr, Suite 220, ScottsdaleAZ 85255-3201
4645213 The McGraw Hill Companies, Attn Bankruptcy Desk/Managing Agent, P O Box 4182, Los Angeles CA 90096-4182
4304997 +The McGraw-Hill Companies, PO Box 4182, Los Angeles, CA 90051-2182
4645214 +The Meadows School, Attn Bankruptcy Desk/Managing Agent, 8601 Scholar Lane, Las Vegas NV 89128-7302
4304998 +The Mili Group Inc, 330 E. Warm Springs Road, Las Vegas, NV 89119-4225

4645215 +The Mili Group Inc, Attn Bankruptcy Desk/Managing Agent, 330 E Warm Springs Road, Las Vegas NV 89119-4225
4645216 +The Mili Grp Eric Santos, Attn Bankruptcy Desk/Managing Agent, 330 E Warm Springs Rd, Ste A 15, Las Vegas NV 89119-4225
4304999 +The Mili Grp-Eric Santos, 330 E. Warm Springs Rd, Ste A-15, Las Vegas, NV 89119-4225
4645218 +The Neon Museum, Attn Bankruptcy Desk/Managing Agent, 821 Las Vegas NV Blvd North, Las Vegas NV 89101-2030
4305001 +The News, 2290 Corporate Circle, Suite 250, Henderson, NV 89074-7713
4645219 +The News, Attn Bankruptcy Desk/Managing Agent, Vince Durocher Sales Rep, 2290 Corporate Circle Suite 250, Henderson NV 89074-7713
4645220 +The Office of the Labor, Attn Bankruptcy Desk/Managing Agent, Commissioner, 555 E Washington Ave Suite 4100, Las Vegas NV 89101-1069
4305002 +The Orleans Hotel & Casino, 4500 W. Tropicana Ave., Las Vegas, NV 89103-5450
4645221 +The Orleans Hotel Casino, Attn Bankruptcy Desk/Managing Agent, 4500 W Tropicana Ave, Las Vegas NV 89103-5450
4305003 +The Osborne Engineering Compan, 1300 East Ninth St, Suite 1500, Cleveland, OH 44114-1573
4645222 +The Osborne Engineering Compan, Attn Bankruptcy Desk/Managing Agent, Robert venorsky, 1300 East Ninth St Suite 1500, Cleveland OH 44114-1573
4645223 +The Paving Stone Company, Attn Bankruptcy Desk/Managing Agent, Bryan, 3995 Industrial Rd, Las Vegas NV 89103-4144
4305004 +The Permit Company, 789 S. Arroyo Parkway, Pasadena, CA 91105-3234
4305005 +The Plantworks, 3930 Graphics Center Drive, Las Vegas, NV 89118-1764
4645224 +The Plantworks, Attn Bankruptcy Desk/Managing Agent, 3930 Graphics Center Drive, Las Vegas NV 89118-1764
4645225 +The Plastic Man, Attn Bankruptcy Desk/Managing Agent, 3919 Renate Drive, Las Vegas NV 89103-1804
4645226 +The Popcorn Factory, Attn Bankruptcy Desk/Managing Agent, 1600 Stewart Avenue, Westbury CT 11590-6696
4305006 +The Preserves at Elkhorn HOA, Benchmark Association Services, 1515 E. Tropicana Avenue,Ste 350A, Las Vegas, NV 89119-6520
4645228 +The Preserves at Elkhorn HOA, Attn Bankruptcy Desk/Managing Agent, Benchmark Association Services, 1515 E Tropicana Avenue Ste 350A, Las Vegas NV 89119-6520
4645227 +The Preserves at Elkhorn HOA, Attn Bankruptcy Desk/Managing Agent, c/o Kallfelz Team Assoc Mgmt LLC, 7900 West Tropical Pkwy 130, Las Vegas NV 89149-4560
4305007 +The Preserves at Elkhorn HOA, c/o Kallfelz Team Assoc.Mgmt, LLC, 7900 West Tropical Pkwy No 130, Las Vegas, NV 89149-4560
4305008 +The Project for, Arizonas Future, 913 W. McDowell, Phoenix, AZ 85007-1729
4645229 +The Project for, Attn Bankruptcy Desk/Managing Agent, Arizona s Future, 913 W McDowell, Phoenix AZ 85007-1729
4645230 +The Public Education Foundatio, Attn Bankruptcy Desk/Managing Agent, 3360 West Sahara Avenue, Suite 160, Las Vegas NV 89102-6071
4305009 +The Public Education Foundation, 3360 W Sahara Ave, Suite 160, Las Vegas, NV 89102-6071
4645231 +The Randall Company, Attn Bankruptcy Desk/Managing Agent, 8920 West Tropicana Avenue, Suite 105, Las Vegas NV 89147-8132
4645234 +The Rug Market America, Attn Bankruptcy Desk/Managing Agent, 5370 W Jefferson Blvd, Los AngelesCA 90016-3714
4305010 The San Diego Union Tribune, PO Box 120191, San Diego, CA 92112-0191
4645235 The San Diego Union Tribune, Attn Bankruptcy Desk/Managing Agent, P O Box 120191, San Diego CA 92112-0191
4305011 +The Shade Tree, Attn: Heather Estus, PO Box 669, Las Vegas, NV 89125-0669
4645236 +The Shade Tree, Attn Bankruptcy Desk/Managing Agent, Attn Heather Estus, P O Box 669, Las Vegas NV 89125-0669
4645237 +The Sports Authority, Attn Bankruptcy Desk/Managing Agent, 5120 S Fort Apache Road, Las Vegas NV 89148-1717
4305012 +The Standard, 221 E. Beale St., Kingman, AZ 86401-5829
4645238 +The Standard, Attn Bankruptcy Desk/Managing Agent, 221 E Beale St, Kingman AZ 86401-5829
4645239 +The Stoneyard LLC, Attn Bankruptcy Desk/Managing Agent, 2 Spectacle Pond Road, Littleton MA 01460-1102
4645240 +The Sullivan Group LLC, Attn Bankruptcy Desk/Managing Agent, Real Estate Advisors, 12555 High Bluff Drive Suite 210, San Diego CA 92130-3096
4305013 +The Sullivan Group, LLC, Real Estate Advisors, 12555 High Bluff Drive, Ste 210, San Diego, CA 92130-3096
4305014 +The Tire Store Inc., 704 W. Sunset Rd., Bldg No D, Henderson, NV 89011-4616
4645241 +The Tribune, Attn Bankruptcy Desk/Managing Agent, 120 W First Ave, Mesa AZ 85210-1372
4645242 +The UPS Store 1104, Attn Bankruptcy Desk/Managing Agent, 9030 W Sahara Avenue, Las Vegas NV 89117-5746
4305015 +The UPS Store No 1104, 9030 W. Sahara Avenue, Las Vegas, NV 89117-5746
4645243 The Urban Land Institute, Attn Bankruptcy Desk/Managing Agent, Department 186, Washington DC 20055-0186
4645244 +The Villas HOA, Attn Bankruptcy Desk/Managing Agent, 4730 S Fort Apache Suite 300, Las Vegas NV 89147-7947
4645245 +The Wall Street Journal, Attn Bankruptcy Desk/Managing Agent, Attn Manager Subscriber Service, P O Box 7007, Chicopee MA 01021-7007
4305016 +The Water Man, 1449 Carrizo Rd., Golden Valley, AZ 86413-7829
4645246 +The Water Man, Attn Bankruptcy Desk/Managing Agent, 1449 Carrizo Rd, Golden Valley AZ 86413-7829
4645247 +The Web Group, Attn Bankruptcy Desk/Managing Agent, 208 Rudolph Ave, Elmwood Park NJ 07407-1933
4645248 The Weber Group L C, Attn Bankruptcy Desk/Managing Agent, Fred Tregaskes, 16825 South Weber Dr, Chandler AZ 85226-4112

4645249 +The Wheel Thing Inc, Attn Bankruptcy Desk/Managing Agent, 5312 Palm Drive, LaCanada CA 91011-1660
4305017 +The Wheel Thing, Inc., 5312 Palm Drive, LaCanada, CA 91011-1660
4645250 +The Windo Pro/Dwight Hayes, Attn Bankruptcy Desk/Managing Agent, PO Box 1937, Dolan Springs AZ 86441-1937
4305018 +Thelma & Manuel Diago, 254 Jefferson Ave, Brentwood, NY 11717-2206
4305019 +Theodore Bryla, 7530 Cedar Rae Ave, Las Vegas, NV 89131-3394
4305020 +Theresa Brown, 2301 Effingham St, Portsmouth, VA 23704-6619
4305021 +Theresa Dinkins, 626 Harvester Course Dr, Las Vegas, NV 89148-4482
4645251 +Theresa P Dinkins, Attn Bankruptcy Desk/Managing Agent, P O BOX 2382, Dublin CA 94568-0238
4305022 +Theresa P. Dinkins, PO Box 2382, Dublin, CA 94568-0238
4305023 +Theresita Bourdeaux, 378 Highland Dr, Pineville, LA 71360-5806
4645252 +Thien H Vu Kristina Tran, Attn Bankruptcy Desk/Managing Agent, 30806 Wisteria Circle, Murrieta CA 92563-2612
4305026 +Think Big Ballons, 6170 W. Lake Mead Blvd, No 298, Las Vegas, NV 89108-2661
4645253 +Think Big Ballons, Attn Bankruptcy Desk/Managing Agent, 6170 W Lake Mead Blvd, 298, Las Vegas NV 89108-2661
4305028 +Thomas & Alberta Fox, 7173 S Durango Dr Unit 203, Las Vegas, NV 89113-2016
4305029 +Thomas & Constance Pender, 4870 Lames Dr, Las Vegas, NV 89122-1905
4305030 +Thomas & Crystal Haselton, PO Box 10912, Pleasanton, CA 94588-0912
4305031 +Thomas & E Suzette Phillips, 556 Via Colmo Ave, Henderson, NV 89011-0863
4305032 +Thomas & Evelyn Daumeyer, 461 Punto Vallata Dr, Henderson, NV 89011-0821
4305033 +Thomas & Janet Lombino, 155 Marco Island St, Las Vegas, NV 89148-2760
4305034 +Thomas & Karan Sims, 489 Via Palermo Dr, Henderson, NV 89011-0825
4305035 +Thomas & Keiko Riggins, 926 Via Canale Dr, Henderson, NV 89011-0828
4305036 +Thomas & Kelli Sanchez, 7201 Buglehorn St, Las Vegas, NV 89131-8260
4305037 +Thomas & Lori Shanahan, 266 Brushy Creek Ave, Las Vegas, NV 89148-2771
4305038 +Thomas & Mun Crandall, 7111 S Durango Dr Unit 302, Las Vegas, NV 89113-2052
4305039 +Thomas & Pamela Dahlen, 9929 Laurel Springs Ave, Las Vegas, NV 89134-6701
4305041 +Thomas & Sandra Donaldson, 349 Lakewood Garden Dr, Las Vegas, NV 89148-2737
4305042 +Thomas & Susan Cavanaugh, 8540 Dune Lake Rd SE, Moses Lake, WA 98837-8228
4305043 +Thomas & Virginia Schwab, PO Box 426, Capitola, CA 95010-0426
4305045 +Thomas Coletto, 7185 S Durango Dr Unit 309, Las Vegas, NV 89113-2109
4305047 +Thomas Corey, 956 Via Vannucci Way, Henderson, NV 89011-0106
4305048 +Thomas Crooks, 1033 Via Panfilo Ave, Henderson, NV 89011-0897
4305049 +Thomas Digiola, 900 Via Del Tramonto St, Henderson, NV 89011-0867
4305050 +Thomas Dzikowski, 7173 Duragno Dr No 201, Las Vegas, NV 89113-2016
4645256 +Thomas Ford, Attn Bankruptcy Desk/Managing Agent, P O Box 743204, Los Angeles CA 90004-0937
4645257 +Thomas Hovorka, Attn Bankruptcy Desk/Managing Agent, P O Box 1454, San Bruno CA 94066-7454
4305052 +Thomas Isbell, 11837 Love Orchid Ln, Las Vegas, NV 89138-6069
4645258 +Thomas J Puhek DDS, Attn Bankruptcy Desk/Managing Agent, 3431 E Sunset Rd Suite 301, Las Vegas NV 89120-3257
4305053 +Thomas J. Puhek, DDS, 3431 E. Sunset Rd., Suite 301, Las Vegas, NV 89120-3257
4305054 +Thomas Kelly, 334 Cart Crossing Way, Las Vegas, NV 89148-5212
4305055 +Thomas Martin, 7811 W. Abrigo Dr., Golden Valley, AZ 86413-7832
4645259 +Thomas Perkins Associates, Attn Bankruptcy Desk/Managing Agent, 6285 S Valley View Blvd Ste H, Las Vegas NV 89118-3896
4305057 +Thomas Ryan, N96 W14663 Emerald Ln, Germantown, WI 53022-6616
4305059 +Thomas Tran, 2462 Strathmore Ave, Rosemead, CA 91770-3160
4305060 +Thomas Trieu, 302 Turtle Peak Ave, Las Vegas, NV 89148-2752
4305061 +Thomas, Bruce A., PO Box 4818, Hualapai, AZ 86412-4818
4305062 +Thomas, Edwin C., 650 Rolling Valley Way, Henderson, NV 89015-5978
4305063 +Thomas, Kelly, 2728 Briarcliff, Henderson, NV 89074-1251
4305064 +Thomas, Peterson, PO Box 3501, Indian Wells, AZ 86031-3501
4645260 Thompson Learning, Attn Bankruptcy Desk/Managing Agent, P O Box 95999, Chicago IL 60694-5999
4305065 +Thompson, Adrian B, PO Box 131, Mexican Springs, NM 87320-0131
4305066 +Thompson, Alden, 3818 Heather Ave., Kingman, AZ 86401-3843
4305067 +Thompson, James, 635 W. Ensueno Ct, Gilbert, AZ 85233-7212
4305068 +Thompson, Robert B., 1369 S. Bacobi Rd, Golden Valley, AZ 86413-7712
4305069 +Thompson, Rov D, 286 Sturgeon Ln, Las Vegas, NV 89110-4805
4305070 Thomson West, P.O BOX 6292, Carol Stream, IL 60197-6292
4645261 Thomson West, Attn Bankruptcy Desk/Managing Agent, P O BOX 6292, Carol Stream IL 60197-6292
4645262 +Thorburn Associates Inc, Attn Bankruptcy Desk/Managing Agent, 2867 Grove Way, PO Box 20399, Castro Valley CA 94546-8399
4305071 +Through The Eyes of a Child, 420 Red Canvas Place, Las Vegas, NV 89144-1332
4645263 +Through The Eyes of a Child, Attn Bankruptcy Desk/Managing Agent, 420 Red Canvas Place, Las Vegas NV 89144-1332
4305072 +Thu Truong, 1927 Reed Hill Dr., Windermere, FL 34786-6236
4645264 +Thu Truong, Attn Bankruptcy Desk/Managing Agent, 1927 Reed Hill Dr, Windermere FL 34786-6236
4305073 +Thy Tran, 9475 Castillana Ct, Las Vegas, NV 89147-8208
4645265 +Thybony, Attn Bankruptcy Desk/Managing Agent, 3720 N Kedzie Ave, Chicago IL 60618-4596
4645266 +Tiberti Fence Co, Attn Bankruptcy Desk/Managing Agent, 4975 Rogers Street, Las Vegas NV 89118-1506
4305075 +Tiberti Fence Co., 4975 Rogers Street, Las Vegas, NV 89118-1506
4305076 +Tiee Family, 7421 Thornbuck Pl, Las Vegas, NV 89131-3370
4305078 +Tiffany Bellotti, 9050 W Tropicana Ave Unit 1126, Las Vegas, NV 89147-8189
4305079 +Tiffany Jew, 176 Marbly Ave, Daly City, CA 94015-2725
4305080 +Tifosi Optics, Inc, 1051 Industrial Blvd., Watkinsville,Ga 30677-2740

4305081 +Tiger Consulting, 618 Tustin Avenue, Newport Beach, CA 92663-5401
4645268 +Tiger Consulting, Attn Bankruptcy Desk/Managing Agent, Larry Van Pelte, 618 Tustin Avenue, Newport Beach CA 92663-5401
4305082 +Tiger, Brett, 18375 S Cottonwood Drive Somerton, AZ 8, Somerton, AZ 85350-9780
4645269 +Tim LuCarelli, Attn Bankruptcy Desk/Managing Agent, 6737 Costa Brava Road, Las Vegas NV 89146-6573
4305083 Timberline Software, Sage Software, Inc., PO Box 728, Beaverton, OR 97075-0728
4645270 Timberline Software, Attn Bankruptcy Desk/Managing Agent, Sage Software Inc, P O Box 728, Beaverton OR 97075-0728
4305085 Timmers, Ryan, 7456 W, Cancero Ave, Las Vegas, NV 89113
4305086 +Timothy & Altagracia Anderson, 530 Via Ripagrande Ave, Henderson, NV 89011-0816
4305087 +Timothy & Gerald Norman, 9675 Marcelline Ave, Las Vegas, NV 89148-5750
4305088 +Timothy & Laura Canale, 238 Palm Trace Ave, Las Vegas, NV 89148-2735
4305089 +Timothy & Stacey Sam, 262 Fringe Ruff Dr, Las Vegas, NV 89148-5205
4645272 Timothy D Rasmussen, Attn Bankruptcy Desk/Managing Agent, 3400 Casana Dr Unit 1071, Las Vegas NV 89122
4305090 Timothy D. Rasmussen, 3400 Casana Dr. Unit 1071, Las Vegas, NV 89122
4305091 +Timothy Fitzgerald, 7147 S Durango Dr Unit 214, Las Vegas, NV 89113-2027
4305092 +Timothy Hastie, 1236 Olivia Pkwy, Henderson, NV 89011-0833
4305093 +Timothy Kusz, 7500 Brittlethorne Ave, Las Vegas, NV 89131-3303
4305094 +Timothy Madison, 6225 Humus Ave, Las Vegas, NV 89139-5456
4305095 +Timothy Malagon, 639 Orchard Course Dr, Las Vegas, NV 89148-4481
4305096 +Timothy Mersch, 4847 Lames Dr, Las Vegas, NV 89122-1906
4305097 +Timothy Waters, 205 Dandelion Ln, San Ramon, CA 94582-5566
4305098 +Tin Cheung, 2346 Indian Creek Rd, Diamond Bar, CA 91765-3391
4305099 +Tin Kerine Cheung, 2346 Indian Creek Road, Diamond Bar, CA 91765-3391
4645274 +Tin Kerine Cheung, Attn Bankruptcy Desk/Managing Agent, 2346 Indian Creek Road, Diamond Bar CA 91765-3391
4305101 +Tina Licata, 9 Campbell St, New Hyde Park, NY 11040-1605
4305102 +Tina Yao, 14007 Blue Ribbon Ln, Corona, CA 92880-3039
4305103 +Tina Zardiashvili, 332 Broken Par Dr, Las Vegas, NV 89148-5211
4305100 +Tina and/or William C Goldberg, PO Box 4016, Kingman, AZ 86402-4016
4305104 +Tinat LLC, 5450 Wesleyan Ct, Las Vegas, NV 89113-1175
4305105 +Tinoco, Marco Antonio, 2831 Kim Ln. Apt 151, Norht Las Vegas, NV 89030-5267
4305106 +Tirado, Jose L., 4187 Jacqueline Way, Las Vegas, NV 89115-4105
4305107 +Tire Works, 9590 W. Tropicana Ave., Las Vegas, NV 89147-8463
4645275 +Tire Works, Attn Bankruptcy Desk/Managing Agent, 9590 W Tropicana Ave, Las Vegas NV 89147-8463
4305108 +Tire World, 3311 East Andy Devine, Kingman, AZ 86401-3703
4305109 +TireMasters/KKL, 5680 North Simmons, N. Las Vegas, NV 89031-7283
4645276 +TireMasters/KKL, Attn Bankruptcy Desk/Managing Agent, 5680 North Simmons, N Las Vegas NV 89031-7283
4305110 +Titan Stairs & Trim Inc., 5325 South Valley View, Las Vegas, NV 89118-2469
4645278 +Titan Stairs Trim Inc, Attn Bankruptcy Desk/Managing Agent, Dave Poisson, 5325 South Valley View, Las Vegas NV 89118-2469
4305112 +Tito Luna and Stacey Dowing, 7777 S. Jones Blvd No 1075, Las Vegas, NV 89139-6154
4645280 +Tito Luna and Stacey Dowing, Attn Bankruptcy Desk/Managing Agent, 7777 S Jones Blvd 1075, Las Vegas NV 89139-6154
4305114 +Tjia Family, 7730 Airport Business Pkwy, Van Nuys, CA 91406-1720
4305113 +Tjia Family, 25395 Prado De La Felicidad, Calabasas, CA 91302-3652
4305115 +Tmax Gear, 2701 Loker Avenue West, Carlsbad, CA 92010-6639
4305116 Tmax Gear, Wells Fargo Century, PO Box 360286, Pittsburgh, PA 15250-6286
4645281 +To Go By Jo Catering, Attn Bankruptcy Desk/Managing Agent, 9101 W Sahara Avenue, Suite 105 E23, Las Vegas NV 89117-5772
4305118 +Tobacco Leaf, 7175 W. Lake Mead Blvd., No 120, Las Vegas, NV 89128-1302
4305119 +Toby & Yvonne Lee, 331 Forest Park Ct, Pacifica, CA 94044-1008
4305120 +Toby & Yvonne Lee, 4214 California St, San Francisco, CA 94118-1314
4305121 +Todays News Herald, 2225 West Acoma Blvd., Lake Havasu City, AZ 86403-2995
4305122 +Todd & Brigette Hajduk, 9317 Mountain Rise Ave, Las Vegas, NV 89129-7821
4305123 +Todd & Karen Kennedy, 9794 Kampsville Ave, Las Vegas, NV 89148-5749
4305125 +Todd Brunson, 4895 Stavanger Ln, Las Vegas, NV 89147-6050
4305126 +Todd Hopkins, 4615 Pico St Apt 5, San Diego, CA 92109-3853
4305127 +Todd McLean, 136 Maria Dr, Petaluma, CA 94954-3648
4305128 +Toddes III, Walter E, 51 Big Creek Court, Las Vegas, NV 89148-2799
4305129 +Toenyes, Preston D, 221 W. Highlands, Henderson, NV 89015-7705
4305130 +Tom & Hien Trang, 4205 E Summer Creek Ln, Anaheim, CA 92807-2842
4305131 +Tom Frank, 114 Tucker Plaza, Suite 5, Kingman, AZ 86401-4210
4645282 +Tom Frank, Attn Bankruptcy Desk/Managing Agent, 1939 Wikieup 1, 114 Tucker Plaza Suite 5, Kingman AZ 86401-4210
4645283 +Tom Mulso, Attn Bankruptcy Desk/Managing Agent, 2600 S Town Center Dr 2045, Las Vegas NV 89135-2075
4305133 +Tomislav & Rozalija Buntic, 615 Orchard Course Dr, Las Vegas, NV 89148-4481
4305134 +Tomo Aihara, 28 Tall Ruff Dr, Las Vegas, NV 89148-5244
4645284 +Toney L Earl, Attn Bankruptcy Desk/Managing Agent, 37 Williams Avenue, Spring Valley NY 10977-3005
4305135 +Toni Delellis, 7131 S Durango Dr Unit 209, Las Vegas, NV 89113-2071
4645285 +Tonia Holmes Sutton M Ed, Attn Bankruptcy Desk/Managing Agent, Andre Aggasi College Preparatory, 1201 West Lake Mead Blvd, Las Vegas NV 89106-2411
4305136 +Tonia Holmes-Sutton, M.Ed, Andre Aggasi College Preparatory, 1201 West Lake Mead Blvd., Las Vegas, NV 89106-2411

4305137 +Tonika Lyle, 9050 W Warm Springs Rd Unit 2170, Las Vegas, NV 89148-3837
4305138 +Tony & Georgeea Grissom, 2502 Serenity Ct, Henderson, NV 89074-8336
4305139 +Tony & Wai Chow, 662 Harvester Course Dr, Las Vegas, NV 89148-4482
4305141 +Tony Manitta, 7100 West Alexander Blvd., Bldg. 2, Apt. 1013, Las Vegas, NV 89129-6596
4645286 +Tony Manitta, Attn Bankruptcy Desk/Managing Agent, 7100 West Alexander Blvd, Bldg 2 Apt 1013, Las Vegas NV 89129-6596
4645287 +Tony Mostajir, Attn Bankruptcy Desk/Managing Agent, Landcor, 4465 S Jones 9, Las Vegas NV 89103-3307
4305143 +Tool Service, 2912 S. Highland Dr., Ste C, Las Vegas, NV 89109-1035
4305144 +Toothman, Davis E., 9655 S. Las Vegas Blvd No 222, Las Vegas, NV 89123-3391
4645288 +Top Brass, Attn Bankruptcy Desk/Managing Agent, 1719 Whitehead Road, Baltimore 21207-4004
4305145 +Top Marks Construction, LLC, 3150 W. Wigwam Ave, Las Vegas, NV 89139-7867
4305146 +Top Notch Services, 9260 El Camino Rd, Las Vegas, NV 89139-7344
4645290 +Top Notch Services, Attn Bankruptcy Desk/Managing Agent, 9260 El Camino Rd, Las Vegas NV 89139-7344
4305147 Topete, Jose G, 516 Princess Ave, Las Vegas, NV 89101
4645291 +Tops Software LLC, Attn Bankruptcy Desk/Managing Agent, 364 C Christopher Ave, Gaithersburg MD 20879-3512
4305148 +Tops Software, LLC, 364 C. Christopher Ave, Gaithersburg, MD 20879-3512
4305149 Toribio, Mario A, 12629 Walcraft St, Lakewood, CA 90715-1911
4305150 +Toro Concrete, 5655 Reference Street, Las Vegas, NV 89122-0251
4645292 +Toro Concrete, Attn Bankruptcy Desk/Managing Agent, 5655 Reference Street, Las Vegas NV 89122-0251
4645293 +Toro Underground Inc, Attn Bankruptcy Desk/Managing Agent, 1916 N Boulder Hwy Bldg A, Henderson NV 89011-4150
4305151 +Torres Companies LLC, 884 Loma Bonita Pl, Las Vegas, NV 89138-5005
4645294 +Torres Lawn Service More, Attn Bankruptcy Desk/Managing Agent, Tel L Corral, 2815 W Ford Apt 1062, Las Vegas NV 89123-6668
4305152 +Torres Lopez, Miguel, 1408 E. Nelson St. No E, North Las Vegas, NV 89030-1877
4305153 Torres Robles, Ricardo, 3311 Coleman, Las Vegas, NV 89101
4305154 +Torres, Cruz, 6053 Glenborough St., Las Vegas, NV 89115-6016
4305155 +Torres, Fidel, 777 Quartz Ave PMB 7724, Sandy Valley, NV 89019-8501
4305157 +Torres, Gonzalo, 2516 Ellis St. No 1, North Las Vegas, NV 89030-6057
4305158 +Torres, Jorge, 3901 Olive St, Las Vegas, NV 89104-5109
4305159 +Torres, Rene, 2707 Thunders Struck, N Las Vegas, NV 89030-4779
4305160 +Torres, Roberto, 344 Upland Blvd, Las Vegas, NV 89107-2655
4305161 +Torres-Cristosomo, Manuel, 311 Paul Ln, Las Vegas, NV 89106-2704
4305162 Torres-Hernandez, Diego, 290 E. Bonanza No 2166, Las Vegas, NV 89101
4305163 +Torrez De La Cruz, Alfonso, 1920 Cedar Ave, Las Vegas, NV 89101-4112
4305164 +Toscano, Jesus, 3320 Tomas Ave No A, N Las Vegas, NV 89030-8749
4305166 Toshiba Business Solutions, File 57202, Los Angeles, CA 90074-7202
4305167 Toshiba Financial Services, PO Box 31001-0271, Pasadena, CA 91110-0271
4305170 +TotTurf, 4145 W. Mercury Way, Chandler, AZ 85226-3706
4645298 +TotTurf, Attn Bankruptcy Desk/Managing Agent, 4145 W Mercury Way, Chandler AZ 85226-3706
4645295 +Total Concrete LLC, Attn Bankruptcy Desk/Managing Agent, 3823 Losee Road, N Las Vegas NV 89030-3326
4305168 +Total Concrete, LLC, 3823 Losee Road, N. Las Vegas, NV 89030-3326
4645296 +Total Home Works, Attn Bankruptcy Desk/Managing Agent, David, 4955 South Durango Suite 207, Las Vegas NV 89113-0156
4305169 +Total Sign Systems, 3021 S. Valley View No 108, Las Vegas, NV 89102-0724
4645297 +Total Sign Systems, Attn Bankruptcy Desk/Managing Agent, 3021 S Valley View 108, Las Vegas NV 89102-0724
4645300 +Towbin Jeep, Attn Bankruptcy Desk/Managing Agent, 5555 West Sahara Ave, Las Vegas NV 89146-3328
4645301 +Towbin Motorcars, Attn Bankruptcy Desk/Managing Agent, 2550 S Jones Blvd, Las Vegas NV 89146-5302
4645303 +Town Country, Attn Bankruptcy Desk/Managing Agent, P O Box 7182, Red Oak IA 51591-0182
4305173 +Toyoko Calderone, 7151 S Durango Dr Unit 302, Las Vegas, NV 89113-2034
4305172 +Toyoko Calderone, 7107 S Durango Dr Unit 216, Las Vegas, NV 89113-2013
4305174 +Traasdahl, Amber N., 4045 Buffalo Drive No A101-258, Las Vegas, NV 89147-7479
4645304 +Traci Chrisagis Photography, Attn Bankruptcy Desk/Managing Agent, 1068 Nordyke Ave, Henderson NV 89015-8518
4305175 +Tracie Williams, 7159 S Durango Dr Unit 109, Las Vegas, NV 89113-2216
4305176 +Tracy Pryor, 1045 Viale Placenza Pl, Henderson, NV 89011-0844
4305177 +Tracy Thomas, 9050 W Warm Springs Rd Unit 2145, Las Vegas, NV 89148-3836
4305178 +Trademark Electric, 2119 Roy Rodgers Way, Kingman, AZ 86409-0922
4645305 +Trademark Electric, Attn Bankruptcy Desk/Managing Agent, 2119 Roy Rodgers Way, Kingman AZ 86409-0922
4645306 +Traffic Control Safety, Attn Bankruptcy Desk/Managing Agent, 5380 Cameron Street Suite 10, Las Vegas NV 89118-2219
4645307 +Traffic Control Service Inc, Attn Bankruptcy Desk/Managing Agent, Elva, P O Box 4180, Fullerton CA 92834-4180
4305180 +Traffic Control Service, Inc., PO Box 4180, Fullerton, CA 92834-4180
4305181 +Trailer Tech, 5495 South Valley View Blvd, Las Vegas, NV 89118-2463
4305182 +Trang Tran, 161 Sandy Bunker Ln, Las Vegas, NV 89148-5270
4305185 +Trans-West Truck Center, PO Box 1220, 10150 Cherry Ave, Fontana, CA 92335-5282
4645308 +Transnation Title Ins Co, Attn Bankruptcy Desk/Managing Agent, 3880 Stockton Hill Road, Suite 104, Kingman AZ 86409-0595
4305183 +Transnation Title Ins. Co, 3880 Stockton Hill Road, Suite 104, Kingman, AZ 86409-0595
4305186 +Trapp, Douglas L., 1117 Pleasant Brooks St., Las Vegas, NV 89142-0139

4305187 +Travel Lodge @ Kingman, 3275 E. Andy Devine Ave, Kingman, AZ 86401-3701
4305188 +TravelHero.com, 7201 East Camelback Road, Suite 295, Scottsdale, AZ 85251-3327
4305189 +Travers & Associates, PO Box 220519, Saint Louis, MO 63122-0519
4645310 +Travers Associates, Attn Bankruptcy Desk/Managing Agent, 20 Allen Ave Ste 310, P O Box 220519, Saint Louis MO 63122-0519
4305190 +Travis Mathew Apparel, 15547 Graham St, Huntington Beach, CA 92649-1613
4305191 +Treesdale Golf and Country Club, One Arnold Palmer Drive, Gibsonia, PA 15044-6133
4305192 +Trend Curve Marketing, Directions, Inc., 14850 Scenic Heights Rd. Ste. 155, Eden Prairie, MN 55344-2244
4645311 +Trend Curve Marketing, Attn Bankruptcy Desk/Managing Agent, Directions Inc, 14850 Scenic Heights Rd Ste 155, Eden Prairie MN 55344-2244
4305193 +Trendell, Timothy, 2427 Ping Dr, Henderson, NV 89074-8314
4645312 +Trenlink/Compulink, Attn Bankruptcy Desk/Managing Agent, 4211 W Sahara Avenue A, Las Vegas NV 89102-3716
4305194 +Trevor & Maria Lothian, 7103 S Durango Dr Unit 208, Las Vegas, NV 89113-2006
4645313 +Tri Power Scooters Inc, Attn Bankruptcy Desk/Managing Agent, 4375 W Reno Avenue Ste 6, Las Vegas NV 89118-1632
4645317 +TriNova Inc, Attn Bankruptcy Desk/Managing Agent, 722 W Broadway, Glendale CA 91204-1010
4305199 +TriNova, Inc., 722 W. Broadway, Glendale, CA 91204-1010
4645314 +Triadic Enterprises Inc, Attn Bankruptcy Desk/Managing Agent, 121 W Hemlock, P O Box 471, Deming NM 88031-0471
4305195 +Tribble, Gregory, 10175 Spring Mountain Road No 2115, Las Vegas, NV 89117-8481
4305197 +Trina Phinizy, 5514 Megan Faye St, N Las Vegas, NV 89031-3564
4305198 +Trinh Tran, 9745 Kampsville Ave, Las Vegas, NV 89148-5749
4305200 +Tristar Worldwide, 6280 S Valley View Blvd, Ste-604, Las Vegas, NV 89118-3809
4305203 +Triton Grading & Paving LLC, 4220 Arcata Way, Bldg B Suite 1, N Las Vegas, NV 89030-3316
4305202 +Triton Grading & Paving LLC, 2247 Crestline Loop, Suite B, N Las Vegas, NV 89030-1106
4645318 +Triton Grading Paving LLC, Attn Bankruptcy Desk/Managing Agent, 4220 Arcata Way, Bldg B Suite 1, N Las Vegas NV 89030-3316
4645319 +Trophies of Las Vegas, Attn Bankruptcy Desk/Managing Agent, 4295 S Arville Suite A, Las Vegas NV 89103-3774
4305204 +Tropicana 3, 9590 W. Tropicana Ave, Las Vegas, NV 89147-8463
4645320 +Tropicana 3, Attn Bankruptcy Desk/Managing Agent, 9590 W Tropicana Ave, Las Vegas NV 89147-8463
4645321 +Tropicana Durango Inves, Attn Bankruptcy Desk/Managing Agent, 4730 S Fort Apache Road, Suite 300, Las Vegas NV 89147-7947
4645322 +Tropicana Durango Ltd I, Attn Bankruptcy Desk/Managing Agent, 4730 S Fort Apache Road, Suite 300, Las Vegas NV 89147-7947
4305205 +Tropicana Express, 2121 South Casino Drive, Laughlin, NV 89029-1519
4305206 +Troy & Dana Burnett, 209 Via Franciosa Dr, Henderson, NV 89011-0850
4305207 +Troy & Tony Alvarez, 7189 S Durango Dr Unit 309, Las Vegas, NV 89113-2022
4305208 +Troy Smith, 20071 Lawson Ln, Huntington Beach, CA 92646-4920
4305209 +Truck Parts & Equipment Co., 4120 Donovan Way, N. Las Vegas, NV 89030-7512
4645323 +Truck Parts Equipment Co, Attn Bankruptcy Desk/Managing Agent, 4150 Donovan way, N Las Vegas NV 89030-7512
4305210 +Truck Tub International, PO Box 2111, Pismo Beach, CA 93448-2111
4645324 +Truck Tub International, Attn Bankruptcy Desk/Managing Agent, PO Box 2111, Pismo Beach, CA 93448-2111
4305212 +Trueba Martinez, Eduardo, 4860 Milorie Court, Las Vegas, NV 89130-7281
4645326 Truesdell Residential Inc, Attn Bankruptcy Desk/Managing Agent, 3529 E Wood St, Phoenix AZ 85040-1834
4305213 +Trust Galper, 9594 Castillana Ct, Las Vegas, NV 89147-8210
4305214 +Trustee Clark County Treasurer, 4612 Califa Dr, Las Vegas, NV 89122-1910
4305215 +Tryton Enterprises, 742 E. Mahala Dr., Camp Verde, AZ 86322-6417
4305218 +Tsosie, Ruthie, 2612 Wikiup Ave., Kingman, AZ 86401-5253
4305219 +Tsun Young, 46 Sunset Bay St, Las Vegas, NV 89148-2768
4305221 +Tuan Tran, 223 Crooked Putter Dr, Las Vegas, NV 89148-5264
4305224 +Tung Family, 801 Franklin St Apt 1239, Oakland, CA 94607-4238
4305225 +Turcios Ramirez, Raul E., 7012 Starwood Dr, Las Vegas, NV 89147-4412
4645333 +Turf Depot Direct LLC, Attn Bankruptcy Desk/Managing Agent, www turfdepotdirect com, 7618 Carlton Oaks, Las Vegas NV 89113-3265
4305226 +Turf Diagnostics, 1858 Pleasantville Rd. No 168, Briarcliff Manor, NY 10510-1025
4645334 +Turf Equipment, Attn Bankruptcy Desk/Managing Agent, 3558 S Procyon Ave, Las Vegas NV 89103-1992
4305227 +Turf Equipment Source, 10512 E. Cholla St., Scottsdale, AZ 85259-6528
4305228 +Turf Equipment Supply Co., 4022 Ponderosa Way, Las Vegas, NV 89118-3013
4305229 +Turf Tech, Inc., 806 Buchanan No 115-276, Boulder City, NV 89005-2130
4645335 Turfgrass America LP, Attn Bankruptcy Desk/Managing Agent, P O Box 848420, Dallas TX 752848420
4305230 +Turner Green Afrasiabi, & Arledge LLP, 535 Anton Blvd., Suite 850, Costa Mesa, CA 92626-7062
4645336 +Turner Green Afrasiabi, Attn Bankruptcy Desk/Managing Agent, Arledge LLP, 535 Anton Blvd Ste 850, Costa Mesa CA 92626-7062
4305231 +Turner Reporting & Captioning, 8308 Slate Harbor Circle, Suite 9246, Las Vegas, NV 89128-7745
4645337 +Turner Reporting Captioning, Attn Bankruptcy Desk/Managing Agent, 8308 Slate Harbor Circle, Suite 9246, Las Vegas NV 89128-7745
4305232 +Turner, Chelsea, 32 Sandy Bunker Ln, Las Vegas, NV 89148-5266
4305233 +Tuscany Apartments, 725 South Hualapai Way, Las Vegas, NV 89145-8834

4645338 +Tuscany Apartments, Attn Bankruptcy Desk/Managing Agent, 725 South Hualapai Way, Las Vegas NV 89145-8834
4305234 +Tuscany Cable TV, PO Box 23277, Bullhead City, AZ 86439-3277
4645339 +Tuscany Cable TV, Attn Bankruptcy Desk/Managing Agent, P O Box 23277, Bullhead City AZ 86439-3277
4305235 +Tuscany Master Association, 133 Rhodes Ranch Parkway, Las Vegas, NV 89148-5273
4645340 +Tuscany Master Association, Attn Bankruptcy Desk/Managing Agent, 133 Rhodes Ranch Parkway, Las Vegas NV 89148-5273
4305236 Tweedy, Michael, 1346 S. Date Mesa, AZ 85210, Mesa, AZ 85210
4305237 +Twist Family, 2469 Bench Reef Pl, Henderson, NV 89052-5202
4305238 +Twylla Williford, 302 Waterton Lakes Ave, Las Vegas, NV 89148-2809
4305239 +Ty & Marianne Darien, 4780 Essen Ct, Las Vegas, NV 89147-8175
4305240 +Ty A Magdos, 9732 Cathedral Stairs C, Las Vegas, NV 89148-1616
4305241 +Tye & Kimberly Homerding, 7241 Chaparral Cove Ln, Las Vegas, NV 89131-3350
4305242 +Tygart, James L., 5901 Reiter Ave, Las Vegas, NV 89108-3179
4305243 +Tyler & Karen Dion, 452 Punto Vallata Dr, Henderson, NV 89011-0821
4305245 +Tyrone Hicks, 7500 Arborcrest Ave, Las Vegas, NV 89131-3365
4305246 +Tyrus & Lisa Washington, 469 Punto Vallata Dr, Henderson, NV 89011-0821
4305247 +Tyson S. Townsend, 6659 Cave Rock Ave, Las Vegas, NV 89110-2943
4305248 +Tze & Alice Chen, 64 Arcadian Shores St, Las Vegas, NV 89148-2755
4645343 +U S Loan Servicing, Attn Bankruptcy Desk/Managing Agent, 3225 S Rainbow, Suite 107, Las Vegas NV 89146-6216
4305249 +U.S. Dept. Of Agriculture, 8775 Technology Way, Reno, NV 89521-4878
4305250 U.S. Fish & Wildlife Service, 911 N.E. 11th Ave., Portlland, OR 97232-4181
4305251 U.S. Plumbing, 201 East Brooks Ave., N. Las Vegas, NV 89030-3920
4305252 +UC Regents, 404 Camino del Rio South, Ste-102, San Diego, CA 92108-3586
4305253 +UCN, Payment Center No 5450, PO Box 410468, Salt Lake City, UT 84141-0468
4645344 +UCN, Attn Bankruptcy Desk/Managing Agent, Payment Center 5450, P O Box 410468, Salt Lake City UT 84141-0468
4645345 +UDOA Enterprise, Attn Bankruptcy Desk/Managing Agent, 82 Margaret Street Suite 203, Plattsburg NY 12901-2925
4645346 ULI The Urban Land Insitute, Attn Bankruptcy Desk/Managing Agent, Department 186, Washington DC 20055-0186
4305257 +ULINE, 2200 S. Lakeside Dr., Waukegan, IL 60085-8311
4645347 +ULINE, Attn Bankruptcy Desk/Managing Agent, 2200 S Lakeside Dr, Waukegan IL 60085-8311
4645350 +ULTRA MASTER LTD, Attn Bankruptcy Desk/Managing Agent, Terry Conner Graham, 430 Park Avenue 9th Floor, New York, NY 10022-3514
4305274 UNITED RENTALS NORTHWEST, PO Box 846394, Dallas, TX 75284-6394
4305298 +UNLV, 4505 Maryland Parkway Box 456004, Las Vegas, NV 89154-9900
4645374 +UNLV, Attn Bankruptcy Desk/Managing Agent, 4505 Maryland Parkway Box 456004, Las Vegas NV 89154-9900
4645375 +UNLV ASCE, Attn Bankruptcy Desk/Managing Agent, 4505 Maryland Pkwy, Box 454017, Las Vegas NV 89154-9900
4305297 UNLV Foundation, PO Box 456025, Las Vegas, NV 89154-6025
4645376 UNLV Foundation, Attn Bankruptcy Desk/Managing Agent, PO Box 456025, Las Vegas NV 89154-6025
4305300 UPS, PO Box 894820, Los Angeles, CA 90189-4820
4645377 UPS, Attn Bankruptcy Desk/Managing Agent, P O Box 894820, Los Angeles CA 90189-4820
4645378 UPS Consulting Inc, Attn Bankruptcy Desk/Managing Agent, Attn Donna Cobarris, 303 Peachtree Center Avenue 100, Alpharetta, GA 30303
4305299 UPS Delivery Service, LockBox 577, Carol Stream, IL 60132-0577
4645379 UPS Delivery Service, Attn Bankruptcy Desk/Managing Agent, LockBox 577, Carol Stream IL 60132-0577
4645380 +UPS Supply Chain Solutions Inc, Attn Bankruptcy Desk/Managing Agent, Attn Customs Brokerage Services, P O Box 34486, Louisville KY 40232-4486
4645383 URS Corporation, Attn Bankruptcy Desk/Managing Agent, Dept 1028, PO Box 121028, Dallas TX 75312-1028
4296710 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 (address filed with court: Cardmember Services, PO Box 790408, St. Louis, MO 63179-0408)
4642615 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 (address filed with court: Cardmember Services, Attn Bankruptcy Desk/Managing Agent, P O Box 790408, St Louis MO 63179-0408)
4643135 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 (address filed with court: Elan Financial Services, Attn Bankruptcy Desk/Managing Agent, P O Box 790408, St Louis MO 63179-0408)
4305309 US Bank, PO Box 230789, Portland, OR 97281-0789
4645384 US Bank, Attn Bankruptcy Desk/Managing Agent, PO Box 230789, Portland, OR 97281-0789
4305310 US DOT Haz Mat Reg, PO Box 70985, Charlotte, NC 28272-0985
4305311 US Express Leasing, Dept No 1608, Denver, CO 802911608
4645385 US Express Leasing Inc, Attn Bankruptcy Desk/Managing Agent, 300 Lanidex Plz, Parsippany, NJ 07054-2723
4305312 +US Fish & Wildlife Services, PO Box 709, Albuquerque, NM 87103-0709
4645386 +US Fish Wildlife Services, Attn Bankruptcy Desk/Managing Agent, PO Box 709, Albuquerque NM 87103-0709
4645387 US Yellow, Attn Bankruptcy Desk/Managing Agent, National Yellow Pages, P O Box 3110, Jersey City NJ 07303-3110
4305315 +USBancorp Equipment Finance, 13010 SW 68th Parkway, Portland, OR 97223-9621
4645389 +USBancorp Equipment Finance, Attn Bankruptcy Desk/Managing Agent, P O Box 230789, 13010 SW 68th Parkway, Portland OR 97223-9621
4305316 +USFWS, Nevada Dept. Of Wildlife, 4747 Vegas Drive, Las Vegas, NV 89108-2135

4645390 USPS, Attn Bankruptcy Desk/Managing Agent, P O Box 894715, Los Angeles CA 90189-4715
4305254 +Udayan Patel, 908 Post St, San Francisco, CA 94109-5812
4305256 +Ugartechea, Jason Orlando, 3159 Rainbow St. Kingman, AZ 86409, Kingman, AZ 86401-4365
4305258 +Ullman Family, 7511 Brittlethorne Ave, Las Vegas, NV 89131-3303
4305259 Ulloa Lopez, Ricardo, 3212 Mary Dee No B, N Las Vegas, NV 89030
4305260 +Ulloa Ramirez, Jose Luis, 3301 Civic Center No 16B, N Las Vegas, NV 89030-4551
4305261 +Ulloa, Niury M, 2065 Rawhide St, Las Vegas, NV 89119-2834
4305262 Ulloa-Lopez, Braulio, 3315 Mary Dee No B, N Las Vegas, NV 89030
4305263 Ulloa-Lopez, Juan M., 3212 Mary Dee No B, N Las Vegas, NV 89030
4305264 +Ulpiano & Marilyn Sivila, 4183 Astin Canyon Ct, San Jose, CA 95121-1978
4645349 Ultimate Staffing Services, Attn Bankruptcy Desk/Managing Agent, Dept 8892, Los Angeles CA 90084-8892
4305265 +UniFirst Corporation, 568 Parkson Rd., Henderson, NV 89011-4022
4645354 +UniSource Energy Service Gas, Attn Bankruptcy Desk/Managing Agent, P O Box 659581, San Antonio TX 78265
4305267 UniSource Energy Service-Gas, PO Box 80078, Prescott, AZ 86304-8078
4305266 +UniSource Energy Service-Gas, PO Box 3099, Kingman, AZ 86402-3099
4305268 UniSource Energy Services, 2498 Airway Avenue, PO Box 3099, Kingman, AZ 86402-3099
4645355 UniSource Energy Services, Attn Bankruptcy Desk/Managing Agent, 2498 Airway Avenue, P O Box 3099, Kingman AZ 86402-3099
4645356 +UniSource Energy Services Elec, Attn Bankruptcy Desk/Managing Agent, P O Box 659564, San Antonio TX 78265
4305269 +UniSource Energy Services-Elec, PO Box 659564, San Antonio, TX 78265
4305270 UniSource Energy Services-Elec, PO Box 80079, Prescott, AZ 86304-8079
4645351 +Unique Signs USA Inc, Attn Bankruptcy Desk/Managing Agent, 4665 S Procyon St K, Las Vegas NV 89103-5611
4645352 +Unique Tile Marble Inc, Attn Bankruptcy Desk/Managing Agent, 9361 W Gilmore Avenue, Las Vegas NV 89129-7871
4645353 Unishippers LV, Attn Bankruptcy Desk/Managing Agent, 12235 Beach Blvd, Suite 9, Stanton CA 90680-3943
4645357 +United Financial Mgmt Co, Attn Bankruptcy Desk/Managing Agent, Attn Controller United Title, 3980 Howard Hughes Parkway, Las Vegas NV 89169-0992
4305271 +United Financial Mgmt Co, Attn: Controller - United Title, 3980 Howard Hughes Parkway, Las Vegas, NV 89169-0992
4645358 +United Grafix Inc, Attn Bankruptcy Desk/Managing Agent, William Roop, 10890 General Drive, Orlando FL 32824-8507
4305272 United Parcel Service, PO Box 894820, Los Angeles, CA 90189-4820
4305279 United Rentals, Highway Technologies, PO Box 51581, Los Angeles, CA 90051-5881
4645359 United Rentals, Attn Bankruptcy Desk/Managing Agent, Highway Technologies, P O Box 51581, Los Angeles CA 90051-5881
4645360 United Rentals Highway, Attn Bankruptcy Desk/Managing Agent, Technologies Inc, PO Box 51581, Los Angeles CA 90051-5881
4305273 United Rentals Inc., File 51122, Los Angeles, CA 90074-1122
4645363 +United Rentals Northwest Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 79334, City of Industry CA 91716-9334
4645361 +United Rentals Northwest Inc, Attn Bankruptcy Desk/Managing Agent, 1595 Riverview Dr, Bullhead City, AZ 86442-7526
4305277 United Rentals Northwest, Inc., PO Box 79337, City of Industry, CA 91716-9337
4305275 +United Rentals Northwest, Inc., Credit Office No 576, 450 Glass Lane No C, Modesto, CA 95356-9287
4305276 United Rentals Northwest, Inc., File 51122, Los Angeles, CA 90074-1122
4305278 +United Rentals Nothwest, Inc., PO Box 79334, City of Industry, CA 91716-9334
4305280 United Road Services Inc, dba Quality Towing & SST Towing, 2201 N Commerce Street, Las Vegas, NV 89030-4148
4645364 +United Site Services of Nevada, Attn Bankruptcy Desk/Managing Agent, PO Box 231567, Las Vegas NV 89105-1567
4645365 +United States Attorney s Office, Attn Bankruptcy Desk/Managing Agent, 333 Las Vegas Blvd South, Suite 5000, Las Vegas, NV 89101-7071
4305281 United States Golf Association, Golf House, PO Box 708, Far Hills, NJ 07931-0708
4305282 +United States Postal Service, 1001 E. Sunset, Las Vegas, NV 89199-5104
4645366 +United States Postal Service, Attn Bankruptcy Desk/Managing Agent, 1001 E Sunset, Las Vegas NV 89199-5104
4305285 United States Treasury, Internal Revenue Service, Philadelphia Service Center, Philadelphia, PA 19255-0072
4305288 United States Treasury, Internal Revenue Service, PO Box 660095, Dallas, TX 75266-0095
4645368 +United Title of NV Corp, Attn Bankruptcy Desk/Managing Agent, 5550 W Flamingo, Suite B 1, Las Vegas NV 89103-0136
4645369 +United Valley LLC, Attn Bankruptcy Desk/Managing Agent, Richard Chu, 7681 River Mist Court, Las Vegas NV 89113-6609
4305289 +United Valley, LLC, Richard Chu, 7681 River Mist Court, Las Vegas, NV 89113-6609
4305290 +United Western Properties LLC, PO Box 400700, Las Vegas, NV 89140-0700
4305291 +Universal Automotive & Engine, 212 West Utah Street, Las Vegas, NV 89102-2715
4305292 Universal Brass, 5475 Wynn Rd, Suite 400, Las Vegas, NV 89118-2349
4645370 Universal Brass, Attn Bankruptcy Desk/Managing Agent, 5475 Wynn Rd, Suite 400, Las Vegas NV 89118-2349
4305293 Universal Cylinder Exchange, Inc, 692 N. Cypress, B, Orange, CA 92867
4305294 +Universal Door & Trim, 3840 N. Commerce St., N. Las Vegas, NV 89032-8104
4645371 +Universal Door Trim, Attn Bankruptcy Desk/Managing Agent, Patricia or Shirli, 3840 N Commerce St, N Las Vegas NV 89032-8104

4645372 Univest Commercial LLC, Attn Bankruptcy Desk/Managing Agent, 4600 N Scottsdale Rd, Suite 1400, Scottsdale AZ 89231
4305296 Univest Commercial, LLC, 4600 N. Scottsdale Rd., Suite 1400, Scottsdale, AZ 89231
4645373 +Unlimited Glass Repair, Attn Bankruptcy Desk/Managing Agent, Marsha, 9090 Fisher Ave, Las Vegas NV 89149-3423
4305301 +Uranda, Jose, 1120 Mt. Everest, Las Vegas, NV 89110-2548
4305302 +Urban Land Institute, 1025 Thomas Jefferson St. NW, Suite 500, Washington, DC 20007-5230
4645381 +Urban Land Institute, Attn Bankruptcy Desk/Managing Agent, 1025 Thomas Jefferson St NW, Suite 500, Washington DC 20007-5230
4305303 +Urbano Magboo, 1835 Kickapoo Ct, Morgan Hill, CA 95037-9018
4305304 Urias Communications, PO Box 14935, Scottsdale, AZ 85267-4935
4305305 +Urias-Hernandez, Jose A., 1845 Mother Of Pearl St, Las Vegas, NV 89106-1842
4305306 +Uribe-Valdivia, Robert C., 3236 Figler No 4, N Las Vegas, NV 89030-8188
4305307 +Urichuk Family, 148 Honors Course Dr, Las Vegas, NV 89148-0001
4305308 Urology Specialists of Nevada, 5701 W. Charleston Blvd Ste 201, Las Vegas, NV 89146-0903
4645382 Urology Specialists of Nevada, Attn Bankruptcy Desk/Managing Agent, 5701 W Charleston Blvd Ste 201, Las Vegas NV 89146-0903
4645391 +Utilico Underground, Attn Bankruptcy Desk/Managing Agent, Pat, P O Box 34985, Las Vegas, NV 89133-4985
4645399 +VAN KAMPEN DYNAMIC CRED OPP FN, Attn Bankruptcy Desk/Managing Agent, Gerard Fogarty, One Parkview Plaza, Oakbrook Terrace, IL 60181-4400
4645415 +VENTURE II CDO 2002 LIMITED, Attn Bankruptcy Desk/Managing Agent, Christine Tang, 12 East 49th Street 29th Floor, New York, NY 10017-1028
4305482 +VMC ENTERPRISES, INC, 25550 West Highway 85, Buckeye, AZ 85326-5216
4305483 +VMN Consulting LLC, 625 Sunrise Ave., Kingman, AZ 86409-3940
4645441 +VMN Consulting LLC, Attn Bankruptcy Desk/Managing Agent, Valerie M Neal owner, 625 Sunrise Ave, Kingman AZ 86409-3940
4305484 +VMN Trucking, 6030 N Smoke Rise Dr, Flagstaff, AZ 86004-2734
4305491 +VTAT, Inc,, Walls & Wires, Div. of VTAT, 3062 Via Del Corso Court, Henderson, NV 89052-4137
4305317 +Vahe & Dorine Aharonian, 4940 Collett Ave, Encino, CA 91436-1417
4305318 +Vahe Markarian, 11774 Thunderbird Ave, Porter Ranch, CA 91326-1450
4305319 +Vahik & Lilit Baghdassarian, 6961 Rubio Ave, Van Nuys, CA 91406-4621
4305320 +Valdez Barrera, Ariel, 2850 Cedar Ave., No 132, Las Vegas, NV 89101-3865
4305321 +Valdez, Juan, 3544 Labrusca Vines Court, N Las Vegas, NV 89081-4063
4305322 +Valdez-Jimenez, Juan, 4423 Pine Grove St, Las Vegas, NV 89147-4734
4305323 +Valdivia, Jose De Leon, 213 Cervantes St, Las Vegas, NV 89101-4408
4305324 +Valdovino Lopez, Leonel, 309 Paul Ave, Las Vegas, NV 89106-2704
4305325 +Valdovinos-Martinez, Ricardo, 3070 S. Nellis Blvd No 2190, Las Vegas, NV 89121-2063
4305326 Valencia County Treasurer, Diana Martinez-Coplen, PO Box 939, Los Lunas, NM 87031-0939
4645394 Valencia County Treasurer, Attn Bankruptcy Desk/Managing Agent, Diana Martinez Coplen, P O Box 939, Los Lunas NM 87031-0939
4305327 +Valencia Mendoza, Juan M., 4770 E. Owens Ave No 207, Las Vegas, NV 89110-1572
4305328 +Valencia, Gerardo, 4770 E. Owens, Las Vegas, NV 89110-1572
4305329 +Valencia, Jose Julian, 1650 N Pecos No 3038, Las Vegas, NV 89115-0605
4305330 +Valencia-L, Luis, 1825 Howard Ave, Las Vegas, NV 89104-3632
4305331 +Valencia-Vazquez, Victor, 917 Tonopah Ave, North Las Vegas, NV 89030-6901
4305332 +Valentina Fields, 176 Crooked Putter Dr, Las Vegas, NV 89148-5227
4305333 +Valenziaz, Carlos, 2233 N. Jones Blvd No 3, Las Vegas, NV 89108-3336
4305334 +Valenzuela Aguayo, Rodolfo, 4898 E. Monroe, Las Vegas, NV 89110-1500
4305335 +Valenzuela, Angel, 3879 Jontue St, Las Vegas, NV 89115-2417
4305336 +Valenzuela, Gustavo, 3401 Heather Ave, N Las Vegas, NV 89030-5981
4305337 +Valenzuela, Jose A., 3879 Jontue St., Las Vegas, NV 89115-2417
4305338 +Valenzuela-Rojo, Mario, 1720 W. Bonanza., No 78, Las Vegas, NV 89106-4734
4305339 +Valeriano & Gladys Morejon, 1039 Via Sanguinella St, Henderson, NV 89011-0820
4305340 +Valerie Angles, 460 Peralta Ave, Long Beach, CA 90803-2218
4305343 +Valerio, Hector, 604 N. 9th, Las Vegas, NV 89101-2506
4305344 +Valiente Family, 4915 E Boston Ave, Las Vegas, NV 89104-6203
4305345 +Valimont, Randy, 9501 W Sahara Ave, Las Vegas, NV 89117-5303
4305346 +Valladares-Flores, Enrique, 625 N. 13th St. No C, Las Vegas, NV 89101-2619
4305347 +Valle, Jeovany A., 1372 Honolulu, Las Vegas, NV 89104-4651
4305348 +Valle-Anaya, Raul O., 1372 Honolulu St, Las Vegas, NV 89104-4651
4305349 +Vallejo, Jorge, 3401 Lillis Cir, N Las Vegas, NV 89030-6637
4305350 +Valles-Martinez, Nicolas, 1212 Putnam Ave, N Las Vegas, NV 89030-1800
4305351 +Valley Air Conditioning &, Refrigeration, Inc., PO Box 93061, Las Vegas, NV 89193-3061
4645395 +Valley Air Conditioning Inc, Attn Bankruptcy Desk/Managing Agent, 9225 Mann Street, Las Vegas NV 89139-7335
4305352 +Valley Air Conditioning Inc., 9225 Mann Street, Las Vegas, NV 89139-7335
4305353 +Valley Green Landscaping, 5516 Boulder HWY 2F-288, Las Vegas, NV 89122-6000
4645396 +Valley Green Landscaping, Attn Bankruptcy Desk/Managing Agent, P O Box 620150, 5516 Boulder HWY 2F 288, Las Vegas NV 89122-6000
4305354 +Valley Pioneers Water, Company Inc., 5998 W. Chino Drive, Golden Valley, AZ 86413-5907
4645397 +Valley Pioneers Water, Attn Bankruptcy Desk/Managing Agent, Company Inc, 5998 W Chino Drive, Golden Valley IL 86413-5907
4305356 +Valley, Michael J., 6925 Water Pipet Ave, North Las Vegas, NV 89084-2644
4305357 +Vallez, Caleb D, 6925 Water Pipet Ave, North Las Vegas, NV 89084-2644
4305358 +Vallez, Danny B, 6235 Guadalupe Ave, Las Vegas, NV 89108-3354
4305359 +Vallez, Gilbert B., 660 Gritty Garnet Ave, Las Vegas, NV 89183-6258
4305360 +Vallez, Justin D., 6235 Guadlupe Ave, Las Vegas, NV 89108-3354
4305361 +Valmore, Mark, 5712 Pacesetter St, N Las Vegas, NV 89081-6493

4305362 +Valverde-Valdivinos, Jose E, 3204 Fligler, N Las Vegas, NV 89030-4598
4305363 +Vamsi Surapaneni, 172 Sandy Bunker Ln, Las Vegas, NV 89148-5218
4645398 +Van C Durrer II, Attn Bankruptcy Desk/Managing Agent, Skadden Arps Slate Meagher Flom LLP, 300 South Grand Avenue 3400, Los Angeles, CA 90071-3137
4305365 +Van Kampen, One Parkview Plaza, Oakbrook Terrace, IL 60181-4742
4305366 +Vanderwork, Jasen C., 2890 Shenandoah Rd. Riverside, CA 92506, Riverside, CA 92506-3327
4305367 +Vargas, Arnulfo, 6666 W. Washington No K-138, Las Vegas, NV 89107-1349
4305368 +Vargas, Carlos, 4346 Scarlet Sea Ave, N Las Vegas, NV 89031-0449
4305369 +Vargas, Cristian, 1711 Rawhide No 1127, Las Vegas, NV 89119-2724
4305370 +Vargas, Juan Guillermo, 3200 South Arville No 99, Las Vegas, NV 89102-7646
4305371 +Vargas, Juan Ramirez, 4518 Sun Vista, Las Vegas, NV 89104-5453
4305372 +Vargas, Martin, 4628 Grasshopper Dr, Las Vegas, NV 89122-6123
4305373 +Vargas-Flores, Carlos Alberto, 6312 Tanzanite, Las Vegas, NV 89130-3721
4305374 +Vargas-Flores, Faustino, 5225 Pebble Beach Blvd, Las Vegas, NV 89108-1425
4305375 +Vargas-Sosa, Arnoldo, 3955 E. Charleston Blvd., No 256, Las Vegas, NV 89104-6608
4305376 +Vartouhie Partamian, 233 Via Franciosa Dr, Henderson, NV 89011-0850
4305377 +Vasileva, Marieta, 5535 Cresent Valley, Las Vegas, NV 89148-4673
4305378 +Vasileva, Valentina, 5535 Cresent Valley St, Las Vegas, NV 89148-4673
4305379 +Vasquez Villalta, Isais, 4400 Halbert Ave, Las Vegas, NV 89110-5474
4305380 +Vaughn Family, 21922 Jinetes, Mission Viejo, CA 92691-1116
4305381 +Vaunda Broadhead, 3053 West Craig Road, Suite E, North Las Vegas, NV 89032-5128
4305382 +Vaunda Broadhead, 843 W. 400 So., Heyburn, ID 83336-9796
4645400 +Vaunda Broadhead, Attn Bankruptcy Desk/Managing Agent, 3053 West Craig Road Suite E, North Las Vegas NV 89032-5128
4305383 +Vava Schroeder, 307 Palm Trace Ave, Las Vegas, NV 89148-2733
4305384 +Vazquez, Fernando Diaz, 3401 N Walnut No 360, Las Vegas, NV 89115-0440
4645401 +Vazzana Underground Inc, Attn Bankruptcy Desk/Managing Agent, Donita, 6690 N Tenaya Way, Las Vegas NV 89131-3401
4645402 +Vector Structural Engineering, Attn Bankruptcy Desk/Managing Agent, 9138 S State St, Suite 101, Sandy AZ 84070-2677
4305385 +Veerachart Sritongsook, 179 Honors Course Dr, Las Vegas, NV 89148-0001
4305386 +Vega Properties LLC, 542 Malicoat Ave, Oakley, CA 94561-2761
4645403 +Vegas Bar Restaraunt Supply, Attn Bankruptcy Desk/Managing Agent, 4375 S Valley View Ste G, Las Vegas NV 89103-4000
4305388 Vegas Golfer, File 749051, Los Angeles, CA 90074-9051
4645406 +Vegas Painters, Attn Bankruptcy Desk/Managing Agent, The Professionals, 2820 South Jones Blvd Suite 1, Las Vegas NV 89146-5650
4305390 +Vegas Propane, Inc., 4610 Eaker St, N Las Vegas, NV 89081-2744
4645408 +Vegas Valley District Co Inc, Attn Bankruptcy Desk/Managing Agent, 3725 S Industrial Road, Las Vegas NV 89109-3436
4305392 +Vegas Valley Fire, Protection, 5740 South Arville St, Ste 203, Las Vegas, NV 89118-3071
4645409 +Vegas Valley Fire, Attn Bankruptcy Desk/Managing Agent, Protection, 5740 South Arville St Ste 203, Las Vegas NV 89118-3071
4645410 +Vegas Valley Locking Systems, Attn Bankruptcy Desk/Managing Agent, 6243 Industrial Road, Las Vegas NV 89118-3800
4645411 +Vegas Verticals, Attn Bankruptcy Desk/Managing Agent, P O Box 1545, Logandale NV 89021-1545
4645404 +Vegas com LLC, Attn Bankruptcy Desk/Managing Agent, 2290 Corporate Circle Drive, Suite 250, Henderson NV 89074-7713
4305393 +Vegas.com, LLC, 2290 Corporate Circle Drive, Suite 250, Henderson, NV 89074-7713
4645412 +VegasGolfer Magazine, Attn Bankruptcy Desk/Managing Agent, 2290 Corporate Circle Suite 250, Henderson NV 89074-7713
4305394 Velibor & Olivera Djuric, 160 Somerglen Common SW, Calgary Ab T2Y 4E8 Canada, 00000
4645413 +Veneklasen Associates, Attn Bankruptcy Desk/Managing Agent, 1711 Sixteenth St, Santa Monica CA 90404-4401
4645414 +Venicio Inc, Attn Bankruptcy Desk/Managing Agent, John Dunia, 5301 Shelia Street, Commerce CA 90040-2101
4305395 +Venko & Heike Nikolov, 8085 Canto Ave, Las Vegas, NV 89147-5611
4305396 +Vera Raicevic, 268 Dog Leg Dr, Las Vegas, NV 89148-2694
4645416 +Veranda, Attn Bankruptcy Desk/Managing Agent, P O Box 7115, Red Oak IA 51591-0115
4305398 +Veronica Rader, 4612 El Camino Cabos Dr, Las Vegas, NV 89147-6055
4305400 +Vestin, 6149 S Rainbow Blvd, Las Vegas, NV 89118-3250
4645418 +Vestin, Attn Bankruptcy Desk/Managing Agent, 6149 S Rainbow Blvd, Las Vegas NV 89118-3250
4305401 +Via Direct Marketing, 502 Beneficial Place, Henderson, NV 89012-7231
4645419 +Via Direct Marketing, Attn Bankruptcy Desk/Managing Agent, 502 Beneficial Place, Henderson NV 89012-7231
4305402 +ViaDirect Marketing, 5989 McLeod Drive, Las Vegas, NV 89120-3404
4305403 +Viapiana Family, 9050 W Warm Springs Rd Unit 2097, Las Vegas, NV 89148-3835
4645420 +Vic s Portable Machining Inc, Attn Bankruptcy Desk/Managing Agent, 159 N East End Ave, Pomona CA 91767-5801
4305405 +Vicente Vazquez, 2013 Carver Ave, North Las Vegas, NV 89032-3552
4305406 +Vickey Murray-Garcia, 7400 Hornblower Ave, Las Vegas, NV 89131-3395
4305409 +Vicki Murray-Garcia, 7410 Hornblower Ave, Las Vegas, NV 89131-3395
4305410 +Vickie & Michael Martin, 7224 Golden Falcon St, Las Vegas, NV 89131-8216
4645422 +Vico Software Inc, Attn Bankruptcy Desk/Managing Agent, 120 Washington Street, Suite 202 C, Salem MA 01970-3523
4305411 +Vico Software, Inc., 120 Washington Street, Suite 202-C, Salem, MA 01970-3523
4305404 +Vics Portable Machining, Inc., 159 N. East End Ave., Pomona, CA 91767-5801
4305412 +Victor & Josephine Pascual, 3982 Hemway Ct, Simi Valley, CA 93063-2848
4305413 +Victor & Kathryn Gielisse, 26 Huyler Dr, Hyde Park, NY 12538-1582
4305414 +Victor & Melania Calomfirescu, 243 Sea Rim Ave, Las Vegas, NV 89148-2758

4305415 +Victor & Michelle Haehnel, 4742 Ashington St, Las Vegas, NV 89147-6070
4305416 +Victor Caruso, 6170 East Sahara No 1024, Las Vegas, NV 89142-3900
4305417 +Victor Chill, 7139 S Durango Dr Unit 113, Las Vegas, NV 89113-2090
4305418 +Victor Gerodias, 7155 S Durango Dr Unit 113, Las Vegas, NV 89113-2217
4305419 +Victor Martinez Bautista, 402 Spencer St, Las Vegas, NV 89101-5239
4305420 +Victor Salinas, 7139 S Durango Dr Unit 201, Las Vegas, NV 89113-2080
4305422 +Victor Wu, 2160 Shelburne Way, Torrance, CA 90503-7370
4645423 +Victoria C Rose, Attn Bankruptcy Desk/Managing Agent, 2118 Ashley Ridge Court, San Jose CA 95138-2402
4305423 +Victoria C. Rose, 2118 Ashley Ridge Court, San Jose, CA 95138-2402
4305424 +Victoria Leigh, 7400 Bridlehorne Ave, Las Vegas, NV 89131-3355
4305425 +Victoria Macari, 1575 W. Warm Springs Road, Henderson, NV 89014-3588
4305426 Victoriano Adina, 9863 Ridgehaven Ave., Las Vegas, NV 89148-4636
4645424 Victoriano Adina, Attn Bankruptcy Desk/Managing Agent, 9863 Ridgehaven Ave, Las Vegas NV 89148-4636
4305427 +Victorino & Lily Gerodias, 7139 S Durango Dr Unit 207, Las Vegas, NV 89113-2080
4305428 +Victoriya Gentsar, 231 Waterton Lakes Ave, Las Vegas, NV 89148-2800
4305429 +Vietmeier, Maria, 6308 Silver Edge St, N Las Vegas, NV 89031-3801
4305430 Viking Office Products, PO Box 88040, Chicago,, IL 60680-1040
4645425 Viking Office Products, Attn Bankruptcy Desk/Managing Agent, PO Box 88040, Chicago, IL 60680-1040
4305432 +Vilas Balakrishna, 105 Tall Ruff Dr, Las Vegas, NV 89148-5246
4305433 +Villa Gil, Armando, 1711 Yale St. No 104, North Las Vegas, NV 89030-6855
4305434 Villa Grande, Maer, 1936 Cindy Sue No D, Las Vegas, NV 89106
4305435 +Villa Guzman, Henoch, 3335 Hauck No 1058, Las Vegas, NV 89146-8028
4305436 +Villa Guzman, Jose Vicente, 5675 Ritter, Las Vegas, NV 89118-1351
4305437 +Villa, Jose, 3335 Hauck, Las Vegas, NV 89146-8022
4645426 +Village View Lighting Inc, Attn Bankruptcy Desk/Managing Agent, Rob Keegan, 490 East Easy Street 1, Simi Valley 93065-1833
4305438 +Villalfana Sandoval, Hipolito, 3301 Civic Center Dr. No 17 D, North Las Vegas, NV 89030-8153
4305439 +Villalobos, Jesus M., 2104 Whit St, N Las Vegas, NV 89030-5656
4305440 +Villalta, Ricardo, 4247 Ridgedale Ave, Las Vegas, NV 89121-2649
4305441 +Villanueva, Edwin, 6349 Bristol Way, Las Vegas, NV 89107-3429
4305442 +Villanueva, Henry, 3937 Spencer St. No 71, Las Vegas, NV 89119-5209
4305443 +Villanueva, Henry, 6349 Bristol Way, Las Vegas, NV 89107-3429
4305444 +Villard, Keith W., 5315 Sun Meadows Ct, N Las Vegas, NV 89031-7944
4305445 +Villareal, Juan M., 2139 Statz No 4, N Las Vegas, NV 89030-6092
4645427 Villas at Kingman AZ HOA, Attn Bankruptcy Desk/Managing Agent, c/o Parker Finch Management, P O Box 503310, San Diego CA 92150-3310
4645428 +Villas in Kingman AZ Homeowner, Attn Bankruptcy Desk/Managing Agent, Association, 3838 N Central Avenue Suite 1100, Phoenix AZ 85012-1988
4305448 +Villasenor, Salvador, 1304 N. Jones Blvd, Las Vegas, NV 89108-1612
4305449 +Villegas, Manolo, 329 Nellis No 72, Las Vegas, NV 89110
4305450 Villegas-Montoya, Ignacio, 2214 Statz No G, North Las Vegas, NV 89030
4305451 +Vilma & Nimrod Kempis, 1537 Silver Pond Ln, San Jose, CA 95138-2759
4305452 +Vinay Benjamin, 7205 Buglehorn St, Las Vegas, NV 89131-8260
4305453 +Vincent & Annette Alonzi, 9583 Malasana Ct, Las Vegas, NV 89147-8202
4645429 Vincent B Luna, Attn Bankruptcy Desk/Managing Agent, and Violeta Pingol Luna, 20 Laurelhurst Dr, Ladera Ranch CA 92694-0203
4305454 Vincent B. Luna, and Violeta Pingol Luna, 20 Laurelhurst Dr., Ladera Ranch, CA 92694-0203
4305455 +Vincent Jones, 156 Castle Course Ave, Las Vegas, NV 89148-5001
4305456 +Vincent Lopez, 7147 S Durango Dr Unit 210, Las Vegas, NV 89113-2027
4305457 +Viramontes-Garica, Juan D, 2812 Magnet St., N Las Vegas, NV 89030-5224
4305458 +Virgen, Jesus, 5231 San Anselmo St., Las Vegas, NV 89120-1778
4305459 +Virgilio & Ann Paredes, 3 Mayapple Rd, Sicklerville, NJ 08081-1640
4305460 +Virgilio Berto, or Current Homeowner, 269 Lakewood Garden Dr., Las Vegas, NV 89148-2734
4305461 +Virginia & Brian Kaplan, 118 Water Hazard Ln, Las Vegas, NV 89148-5261
4305462 +Virginia & Demos Fournier, 4652 Califa Dr, Las Vegas, NV 89122-1910
4305464 +Virginia Darcy, 7151 S Durango Dr Unit 310, Las Vegas, NV 89113-2034
4305465 +Virginia Fluet, 631 Ofarrell St Apt 710, San Francisco, CA 94109-7427
4305466 +Virginia Martin, 1082 Via Capassi Way, Henderson, NV 89011-0892
4305467 +Virginia, Richard, 827 Manor Shores Rd., Henderson, NV 89002-9157
4645431 +Virtual Design Group, Attn Bankruptcy Desk/Managing Agent, 3035 Croyden Bay, Costa Mesa 92626-6914
4645432 +Vision Air, Attn Bankruptcy Desk/Managing Agent, PO Box 35260, Las Vegas NV 89133-5260
4305468 +Vision Drywall & Paint, 2600 Losee Road, N. Las Vegas, NV 89030-4134
4645433 +Vision Drywall Paint, Attn Bankruptcy Desk/Managing Agent, 2600 Losee Road, N Las Vegas NV 89030-4134
4305469 +Vision Landscape & Design, PO Box 3073, Kingman, AZ 86402-3073
4645434 +Vision Landscape Design, Attn Bankruptcy Desk/Managing Agent, P O Box 3073, Kingman AZ 86402-3073
4305470 Vision Perfect Software, 1875 West 12600 South, PO Box 310, Riverton, UT 84065-0310
4645435 Vision Service Plan NV, Attn Bankruptcy Desk/Managing Agent, File 73279, P O Box 60000, San Francisco CA 94160-3279
4305471 +Vista Bella Homeowners Assoc., PO Box 6341, Scottsdale, AZ 85261-6341
4305473 +Vista Landscape Centers, 951 E. Wigwam Pkwy., Henderson, NV 89014-6771
4645437 +Vista Landscape Centers, Attn Bankruptcy Desk/Managing Agent, 951 E Wigwam Pkwy, Henderson NV 89014-6771
4645438 Vistage Worldwide Inc, Attn Bankruptcy Desk/Managing Agent, File 57158, Los Angeles CA 90074-7158

4305474 Vistage Worldwide, Inc, File 57158, Los Angeles, CA 90074-7158
4305476 +Visual Motion, PO Box 5741, Twin Falls, ID 83303-5741
4645439 +Visual Motion, Attn Bankruptcy Desk/Managing Agent, P O Box 5741, Twin Falls ID 83303-5741
4305478 +Vivan Nguyen, 487 Coelho St, Milpitas, CA 95035-2857
4305479 +Vivar, Antonio, 5354 Corral Court, Las Vegas, NV 89119-2815
4645440 +Vivian Narssa Suzan Malik, Attn Bankruptcy Desk/Managing Agent, P O Box 31324, Las Vegas NV 89173-1324
4305480 +Vivien Fabro, 7524 Salvadora Pl, Las Vegas, NV 89113-3288
4305481 +Vladimir Sosnine, 168 Dog Leg Dr, Las Vegas, NV 89148-2692
4305485 +Vold, Thomas, 8443 Waterford Bend, Las Vegas, NV 89123-2303
4305487 +Vora, Payal D, 8600 W Charleston Blvd No 1036, Las Vegas, NV 89117-5409
4305488 +Vortex Industries, 3198-M Airport Loop, Costa Mesa, CA 92626-3413
4305489 +Vowles, Brad, 1016 Via Latina, Henderson, NV 89011-0815
4305490 +Vowles, Carson B., 1016 Via Latina St, Henderson, NV 89011-0815
4305492 +Vu Investment Group LLC, 9779 Waukegan Ave, Las Vegas, NV 89148-5746
4305493 +Vuong Family, 59 Living Edens Ct, Las Vegas, NV 89148-2812
4305495 +W M C Mortgage Corp, PO Box 650070, Dallas, TX 75265-0070
4305551 +WBJ Industries, 2929 Ensalmo Way, Laughlin, NV 89029-0733
4645464 +WCR, Attn Bankruptcy Desk/Managing Agent, Rebecca Reid Treasurer, 5785 W Tropicana 7, Las Vegas NV 89103-4849
4645465 +WDC Exploration Well, Attn Bankruptcy Desk/Managing Agent, 1421 S 39th Avenue, Phoenix AZ 85009-6105
5085821 +WELLS FARGO BANK, NATIONAL ASSOCIATION,, AS ADMINISTRATIVE AGENT, ATTN: DAVID BERGSTROM, ASST VICE PRES., WELLS FARGO BANK, N.A., CORPORATE TRUST, 625 MARQUETTE AVE., MINNEAPOLIS, MN 55402-2308
4645541 +WJR Consulting Services LLC, Attn Bankruptcy Desk/Managing Agent, 339 Hollilns Hall Street, Las Vegas NV 89145-8716
4305718 +WJR Consulting Services, LLC, 339 Hollilns Hall Street, Las Vegas, NV 89145-8716
4645542 +WLC Nevada, Attn Bankruptcy Desk/Managing Agent, 4580 S Polaris Avenue, Las Vegas NV 89103-5613
4645554 +WRG Design Inc, Attn Bankruptcy Desk/Managing Agent, 5415 SW Westgate Drive, Suite 100, Portland OR 97221-2409
4305496 +Wagner Family, 528 Via Del Capitano Ct, Henderson, NV 89011-0805
4305497 +Wagner, Kathleen, 1121 Cahill Ave, Las Vegas, NV 89128-3335
4305498 +Waite Family, 9689 Geiger Peak Ct, Las Vegas, NV 89148-1644
4305499 +Waite, Steven L, 10616 Grand Cypress Ave, Las Vegas, NV 89134-5307
4305500 +Wakimoto Farms, PO Box 5748, Mohave Valley, AZ 86446-5748
4305501 +Waldrop, Allen J, 125 Chateau Whistler Ct, Las Vegas, NV 89148-2728
4305502 +Walid & Faiza Yousif, or Current Homeowner, 312 Turtle Peak Ave., Las Vegas, NV 89148-2752
4305503 +Walid & Faiza Yousif, 312 Turtle Peak Ave, Las Vegas, NV 89148-2752
4645442 +Walker Electric Inc, Attn Bankruptcy Desk/Managing Agent, 1711 Stockton Hill Rd 281, Kingman AZ 86401-4673
4305504 +Walker Electric, Inc., 1711 Stockton Hill Rd. No 281, Kingman, AZ 86401-4673
4645443 +Walker Family Limited, Attn Bankruptcy Desk/Managing Agent, Partnership, 1885 Eucalyptus Hill Road, Santa Barbara CA 93108-1828
4645444 +Walker Furniture Corp, Attn Bankruptcy Desk/Managing Agent, 301 S Martin Luther King Blvd, Las Vegas NV 89106-4310
4305505 +Walker Jr., Lawrence L, 4650 W. Oakey Blvd No 1072, Las Vegas, NV 89102-1512
4305507 +Walker, Janet, 7732 Beach Falls Court, Las Vegas, NV 89149-5175
4305508 +Wall Concepts, 1675 N. Kiowa Blvd No 5, Lake Havasu City, AZ 86403-2899
4305509 +Wall Constructors Inc, 6015 Mcleod, Las Vegas, NV 89120-3454
4645446 +Wall Constructors Inc, Attn Bankruptcy Desk/Managing Agent, 6015 Mcleod, Las Vegas NV 89120-3454
4305510 +Wall Family, 4672 Califa Dr, Las Vegas, NV 89122-1911
4645447 +Wall Street Journal, Attn Bankruptcy Desk/Managing Agent, 200 Burnett Rd, Chicopee MA 01020-4615
4645449 +Wall Systems Inc Paint, Attn Bankruptcy Desk/Managing Agent, Roxanne at CA office, 6015 McLeod Drive, Las Vegas NV 89120-3454
4305513 +Wallace Dunlap, 7205 Eaglegate St, Las Vegas, NV 89131-8205
4645450 +Wallace Morris Surveying Inc, Attn Bankruptcy Desk/Managing Agent, Nicole Parker, 5740 S Arville Street Suite 206, Las Vegas NV 89118-3071
4305514 +Wallace Morris Surveying, Inc., 5740 S. Arville Street Suite No 206, Las Vegas, NV 89118-3069
4305515 +Wallace, Linda, 6228 Windfresh Drive, Las Vegas, NV 89148-4705
4305516 +Walsh, Brian, 744 Asbury Park St, Henderson, NV 89052-5213
4305517 +Walt Walters, 2461 E Orangehorpe Ave No 200, Fullerton, CA 92831-5302
4305518 +Walter & Irene Drechsler, 716 Ontario St, Oak Park, IL 60302-2133
4305519 +Walter & Karen Goodhart, 7420 Arborcrest Ave, Las Vegas, NV 89131-3364
4305520 +Walter & Sylvia Valbuena, 7089 Vettuno Ct, Rancho Cucamonga, CA 91701-8536
4645451 +Walter Breckan Title I School, Attn Bankruptcy Desk/Managing Agent, 1200 N 27th Street, Las Vegas NV 89101-1517
4645452 +Walter Hahn Ph D, Attn Bankruptcy Desk/Managing Agent, Real Estate Consulting, 2102 Business Center Dr Ste 206E, Irvine CA 92612-1001
4305521 +Walter Hahn, Ph.D., Real Estate Consulting, 2102 Business Center Dr. Ste 206E, Irvine, CA 92612-1001
4645453 +Walter Karl Inc, Attn Bankruptcy Desk/Managing Agent, Two Blue Hill Plaza, PO Box 1662, Pearl River NY 10965-3115
4305522 +Walter Karl Inc., Two Blue Hill Plaza, PO Box 1662, Pearl River, NY 10965-3115
4305523 +Walter Stewart, 59 S 4th St, Lewisburg, PA 17837-1801
4645454 +Walters Wicker Inc, Attn Bankruptcy Desk/Managing Agent, c/o Mitch Zerg Assoc, 65 Bancker Streert, Englewood NJ 07631-4105

4305524 +Wamco National Inc., 676 Sari Drive, Las Vegas, NV 89110-4227
4305525 +Wan Pak, 5760 Spring Mountain Rd, Las Vegas, NV 89146-8811
4305526 +Wang Family, 2185 Alcova Ridge Dr, Las Vegas, NV 89135-1571
4305527 +Wang Family, 9065 Circle Lake Dr, Grand Blanc, MI 48439-9310
4305528 +Wang Son, 7163 S Durango Dr Unit 304, Las Vegas, NV 89113-2009
4305529 +Ward, Brenda, 9465 W. Post Rd Apt. No 1065, Las Vegas, NV 89148-5782
4305530 Ward, Landon, 652NW 120 Roas Harper, KS 67058, Harper, KS 67058
4305531 +Warm Springs RV & Mini Storage, 721 Capehorn Dr, Henderson, NV 89011-4020
4645455 +Warner s Nursey Landscape, Attn Bankruptcy Desk/Managing Agent, 1101 E Butler Ave, Flagstaff, AZ 86001-5914
4305533 +Warners Nursery & Landscape, 1101 E. Butler Ave, Flagstaff, AZ 86001-5914
4305534 +Warren & Judith Krasnow, 7501 Bridlehorne Ave, Las Vegas, NV 89131-3358
4645456 +Warren s Homework, Attn Bankruptcy Desk/Managing Agent, P O Box 80090, Las Vegas NV 89180-0090
4305535 +Warrens Homework, PO Box 80090, Las Vegas, NV 89180-0090
4305536 +Warrington, Clinton, 532 Federal St, Henderson, NV 89015-7419
4305537 +Washburn Equipment Rental, LLC, 22365 El Toro Rd., PMB 116, Lake Forest, CA 92630-5053
4305538 Washington Mutual, PO Box 78148, Phoenix, AZ 85062-8148
4645457 Washington Mutual, Attn Bankruptcy Desk/Managing Agent, P O Box 78148, Phoenix AZ 85062-8148
4305540 Washington State Support Reg., PO Box 45868, Olympia, WA 98504-5868
4305541 +WatchGuard Services, 215 ONeill Ave., Belmont, CA 94002-4001
4645458 +WatchGuard Services, Attn Bankruptcy Desk/Managing Agent, 215 O Neill Ave, Belmont CA 94002-4001
4305543 +Water FX, Custom Pools, Spas & Fountains LLC, 4690 W. Post Rd, Las Vegas, NV 89118-4345
4645459 +Water FX, Attn Bankruptcy Desk/Managing Agent, Custom Pools Spas Fountains LLC, 4690 W Post Rd, Las Vegas NV 89118-4345
4305542 +Water FX, Custom Pools, Spas & Fountains LLC, 4535 W. Russel Rd. No 7, Las Vegas, NV 89118-2258
4645460 +Water Movers, Attn Bankruptcy Desk/Managing Agent, PO BOX 66693, Phoenix AZ 85082-6693
4305544 +Water Movers Equipment Rental, PO Box 66693, Phoenix, AZ 85082-6693
4645461 +Water Movers Equipment Rental, Attn Bankruptcy Desk/Managing Agent, P O Box 66693, Phoenix AZ 85082-6693
4305545 Waterproof Supply, 4212 Bertsos Dr., Ste No 2, Las Vegas, NV 89103
4305546 +Watts Family, 4693 Califa Dr, Las Vegas, NV 89122-1911
4645462 +Wayne O Norris, Attn Bankruptcy Desk/Managing Agent, 3189 Lauren Nicole Ln, Buford GA 30519-7426
4305547 +Wayne O. Norris, 3189 Lauren Nicole Ln, Buford, GA 30519-7426
4305548 +Wayne Prosser, 1012 Via Dupre St, Henderson, NV 89011-0812
4305549 +Wayne Tran, 14426 Clymer St, Mission Hills, CA 91345-2301
4645466 +We Mail, Attn Bankruptcy Desk/Managing Agent, 3111 South Valley View, Bldg D101, Las Vegas NV 89102-8330
4645467 +Wealth Management Group, Attn Bankruptcy Desk/Managing Agent, 3770 Howard Hughes Pkwy, Suite 200, Las Vegas NV 89169-0914
4305552 Wear Mobil Truck & Equipment, 15758 S. Wilmot Rd., Sahuarita, AZ 85629
4305553 +Weaver, Danielle, 3757 E. Potter Ave. Kingman, AZ 86409, Kingman, AZ 86409-0842
4305554 +Webb, Jason D, 411 Scenic Dr, Henderson, NV 89002-8337
4305555 +Webb, Kristen, 373 Rushing Creek Ct, Henderson, NV 89014-5181
4305556 +Webster, Joseph, 303 S. Bacobi, Golden Valley, AZ 86413-8864
4305557 +Wei & Jonathan Yee, 1265 Manor Dr, Pittsburgh, PA 15241-2837
4305558 +Wei Wang, 5111 Hillside Pl, Palmdale, CA 93551-5739
4305559 +Weilbrenner, Travis A., 5580 W. Sandcastle Dr., Golden Valley, AZ 86413-7768
4305560 +Weiner Family, 515 S Flower St Ste 2700, Los Angeles, CA 90071-2216
4645468 +Weintraub Organization, Attn Bankruptcy Desk/Managing Agent, Attn Accounting Department, 6000 East Evans Ave 2 100, Denver CO 80222-5416
4305561 +Weintraub Organization, Attn: Accounting Department, 6000 East Evans Ave.,No 2-100, Denver, CO 80222-5416
4305562 +Weintraub, Alana R, 8301 W. Flamingo Rd. No 2080, Las Vegas, NV 89147-4146
4645469 Welch Plastics, Attn Bankruptcy Desk/Managing Agent, 3111 S Valley View B 103, Las Vegas NV 89141
4305574 +Wells Fargo, 1030 5th Ave-Remittance Proces, PO. Box 23003, Columbus, GA 31902-3003
4645470 +Wells Fargo, Attn Bankruptcy Desk/Managing Agent, 1030 5th Ave Remittance Proces, P O Box 23003, Columbus GA 31902-3003
4305575 +Wells Fargo, 3940 Stockton Hill Rd, Kingman, AZ 86409-3002
4645471 +Wells Fargo 10 ton Dump Trucks, Attn Bankruptcy Desk/Managing Agent, 733 Marquette Ave, Minneapolis, MN 55402-2309
4645472 Wells Fargo Auto Finance, Attn Bankruptcy Desk/Managing Agent, 1 800 559 3557, P O Box 410448, Salt Lake City UT 84141-0448
4645473 Wells Fargo Bank N A, Attn Bankruptcy Desk/Managing Agent, Trust Operations, NW 5159 P O Box 1450, Minneapolis MN 55485-5159
4645474 +Wells Fargo Bank National Association, Attn Bankruptcy Desk/Managing Agent, Attn Michael Pinzon, 45 Broadway 17th Floor, New York, NY 10006-3007
4305563 +Wells Fargo Bank Trust, Flex Spending Account, 381 East Broadway Ste 110, Salt Lake City, UT 84111-2696
4645475 Wells Fargo Bank Trust, Attn Bankruptcy Desk/Managing Agent, Flex Spending Account, 381 East Broadway Ste 110, Salt Lake City UT 84111-2684
4305564 Wells Fargo Bank, N.A., Trust Operations, NW 5159, PO Box 1450, Minneapolis, MN 55485-5159
4645476 +Wells Fargo Bell, Attn Bankruptcy Desk/Managing Agent, 733 Marquette Ave, Minneapolis, MN 55402-2309

4645477 Wells Fargo Bk Trust Operation, Attn Bankruptcy Desk/Managing Agent, NW 5159, P O Box 1450, Minneapolis MN 55485-5159
4645478 Wells Fargo Card Service, Attn Bankruptcy Desk/Managing Agent, 800 247 8101, P O Box 30086, Los Angeles CA 90030-0086
4645479 Wells Fargo Equipment, Attn Bankruptcy Desk/Managing Agent, Finance NW 8178, P O Box 1450, Minneapolis MN 55485-8178
4305566 Wells Fargo Equipment Finance, File No 55603, Los Angeles, CA 90074-5603
4305565 +Wells Fargo Equipment Finance, 733 Marquette Ave, Minneapolis, MN 55402-2309
4305567 Wells Fargo Equipment Finance, NW-5934, PO Box 1450, Minneapolis, MN 55485-5934
4645480 +Wells Fargo Equipment Finance, Attn Bankruptcy Desk/Managing Agent, 733 Marquette Ave, Minneapolis, MN 55402-2309
4645481 Wells Fargo Equipment Finance Inc, Attn Bankruptcy Desk/Managing Agent, 1540 W Fountainhead Pkwy, Tempe, AZ 85282-1839
4305568 Wells Fargo Equipment Finance, NW-8178, PO Box 1450, Minneapolis, MN 55485-8178
4305570 Wells Fargo Flex Benefit Serv, PO Box 45600, Salt Lake City, UT 84145-0600
4305569 +Wells Fargo Flex Benefit Serv, 381 East Broadway No 110, Salt Lake City, UT 84111-2684
4645482 Wells Fargo Flex Benefit Serv, Attn Bankruptcy Desk/Managing Agent, PO Box 45600, Salt Lake City UT 84145-0600
4305571 +Wells Fargo Health Benefit Ser, 299 South Main Street, 4th Floor, Salt Lake City, UT 84111-2387
4645483 +Wells Fargo Health Benefit Ser, Attn Bankruptcy Desk/Managing Agent, 299 South Main Street, 4th Floor, Salt Lake City UT 84111-2387
4305573 Wells Fargo Home Mortgage, PO Box 8417, Carol Stream, IL 60197-8417
4645484 Wells Fargo Home Mortgage, Attn Bankruptcy Desk/Managing Agent, P O Box 8417, Carol Stream IL 60197-8417
4645485 +Wells Fargo Tractor/Heavy Trailer, Attn Bankruptcy Desk/Managing Agent, 733 Marquette Ave, Minneapolis, MN 55402-2309
4305576 +Wells, Michael Dale, 3066 Loma Vista, Las Vegas, NV 89120-3017
4305577 +Wells, Ryan A., 838 Lime Rock Road, Boulder City, NV 89005-1289
4305579 Welsh, Dayton, 3020 Hammond Circle Mohave Valley, AZ 8, Mohave Valley, AZ 86440
4305580 +Welsh, Harley Greg, 3815 N. Nellis Blvd. No 45 Las Vegas,, Las Vegas, NV 89115-2706
4305581 +Wen Family, 4448 Fiore Bella Blvd, Las Vegas, NV 89135-2460
4305582 +Wen Jiang, 220 Dog Leg Dr, Las Vegas, NV 89148-2693
4305583 +Wendi Pickford, 7131 S Durango Dr Unit 205, Las Vegas, NV 89113-2071
4305585 +Wendy Butensky, 1038 Via Nandina Pl, Henderson, NV 89011-0827
4305586 +Wendy Chouinard, 7119 S Durango Dr Unit 214, Las Vegas, NV 89113-2059
4305588 +Wendy Schummer, 4662 Califa Dr, Las Vegas, NV 89122-1911
4305589 +Wendy Zink, 520 Via Del Capitano Ct, Henderson, NV 89011-0805
4305591 +Werdco BC Inc, 4660 Flippin Street, Las Vegas, NV 89115-4429
4305592 +Werho, Paul R., 2102 Citroen St, Las Vegas, NV 89142-1703
4305593 +Wesley & Jeanne Heu, 94-457 Kuakahi Pl, Waipahu, HI 96797-2865
4305594 +Wesley & Jill Baker, 1300 Olivia Pkwy, Henderson, NV 89011-0834
4305595 +Wessel Family, 70 Sully Creek Ct, Las Vegas, NV 89148-2774
4645487 +West Coast Environmental Inc, Attn Bankruptcy Desk/Managing Agent, 5131 Keswick Road, North Las Vegas NV 89031-0345
4305596 +West Coast Turf, PO Box 4563, Palm Desert, CA 92261-4563
4305597 +West Family, 9050 W Warm Springs Rd Unit 1075, Las Vegas, NV 89148-3829
4305598 West Regional Landfill Cell 3, 2595 N. Sagebrush Rd., Huachuca City, AZ 85616-8307
4645488 +West Tropicana Propertie, Attn Bankruptcy Desk/Managing Agent, 4630 So Arville Suite B, Las Vegas NV 89103-5341
4305602 +WestCor Construction Cor, dba Southwest Glazing, 5620 Stephanie Street, Las Vegas, NV 89122-0200
4645492 +WestCor Construction DBA, Attn Bankruptcy Desk/Managing Agent, Southwest Glazing, 5620 Stephanie St, Las Vegas NV 89122-0200
4645489 Westar Credit Union, Attn Bankruptcy Desk/Managing Agent, P O BOX 94138, LAS VEGAS NV 89193-4138
4755778 +Westar Kitchen & Bath, LLC, c/o Donald H. Williams, Esq., 612 South Tenth Street, Las Vegas, Nevada 89101-7001
4305600 +Westar Kitchens & Bath, 9025 S. Kyrene Road, Tempe, AZ 85284-2939
4305599 +Westar Kitchens & Bath, 7370 S. Dean Martin Dr, Las Vegas, NV 89139-5948
4645490 +Westar Kitchens Bath, Attn Bankruptcy Desk/Managing Agent, Richard Kerner, 9025 S Kyrene Road, Tempe AZ 85284-2939
4305601 +Westbrook, Larry l, PO Box 452 Ash Fork, AZ 86320, Ash Fork, AZ 86320-0452
4305604 +Western Heavy Haul, Inc., PO Box 672, 2260 NW Industrial Park Way, Prineville, OR 97754-9352
4305605 +Western Landscape & Geotextile, 5065 Colorado Blvd., Denver, CO 80216-3117
4645494 +Western Landscape Construction, Attn Bankruptcy Desk/Managing Agent, 4021 West Carey Avenue, North Las Vegas NV 89032-3544
4305607 +Western National Mutual Ins Co, 5350 W 78th St, Edina, MN 55439-3101
4645496 +Western Outdoor Inc, Attn Bankruptcy Desk/Managing Agent, Patty, 3060 Business Lane, Las Vegas NV 89103-4128
4645497 +Western Outdoor Land Lse, Attn Bankruptcy Desk/Managing Agent, 3060 Business Lane, Las Vegas NV 89103-4128
4645498 Western Progress Company, Attn Bankruptcy Desk/Managing Agent, c/o Fred R Eldean, 4828 N Greentr4ee Drive East, Litchfield AZ 85340
4645499 +Western Shower Door Inc, Attn Bankruptcy Desk/Managing Agent, Rhonda Smith, 121 N Gibson Road, Henderson NV 89014-6713
4305609 +Western Shower Door, Inc, 121 N. Gibson Road, Henderson, NV 89014-6713
4305610 +Western Sign & Flag Inc, 4181 W. Oquendo Road, Las Vegas, NV 89118-3024

4645500 +Western Sign Flag Inc, Attn Bankruptcy Desk/Managing Agent, Monique, 4181 W Oquendo Road, Las Vegas NV 89118-3024
4645502 Western States Hydro Hoi, Attn Bankruptcy Desk/Managing Agent, 12 D V Farms Drive, Dammeron ValleyUT 84783
4645503 Western Technologies Inc, Attn Bankruptcy Desk/Managing Agent, 3611 West Tompkins Ave, Las Vegas NV 89103-5618
4305611 Western Technologies, Inc, 2400 East Huntington Drive, Flagstaff, AZ 86004-8934
4305612 Western Technologies, Inc., 3611 West Tompkins Ave, Las Vegas, NV 89103-5618
4305613 +Western Transport, Inc., 1016 W. University Ave, Suite 108, Flagstaff, AZ 86001-2995
4645504 +WesternInteriors and Design, Attn Bankruptcy Desk/Managing Agent, 5410 Wilshire Blvd, Suite 200 West, Los Angeles CA 90036-4216
4305615 +Westgate Horizons, 333 South Grand Avenue Suite 4100, Los Angeles, CA 90071-1571
4305616 +Westland Properties LLC, 537 Marina Blvd, San Francisco, CA 94123-1021
4645505 Westside Disposal, Attn Bankruptcy Desk/Managing Agent, P O Box 10129, Golden Valley AZ 86413
4305617 +Westside Disposal, 7107 N. Hwy 93, Golden Valley, AZ 86413-8054
4645506 +Weststar Loan Servicing Corp, Attn Bankruptcy Desk/Managing Agent, P O Box 29503, Las Vegas NV 89126-9503
4645507 Westwood Partners LTD, Attn Bankruptcy Desk/Managing Agent, 7881 S Durango Dr, Las Vegas NV 89113
4305618 +Whatley, Joseph L., 8 Skybird Court, Las Vegas, NV 89135-7865
4645508 Wheaton World Wide Moving, Attn Bankruptcy Desk/Managing Agent, P O Box 50800, Indianapolis IN 46250-0800
4305619 +Wheeler, Jennifer, 9025 Teetering Rock, Las Vegas, NV 89143-5410
4305620 +Wheeler, Steven, 4206 N. Everest St. Mesa, AZ 85215, Mesa, AZ 85215-0869
4645509 +Whirlpool Appliances, Attn Bankruptcy Desk/Managing Agent, Tiffany Miracle, 10180 Tree Bark St, Las Vegas NV 89183-4246
4305621 White & Case, LLP, 633 West Fifth Street, Suite 1900, Los Angeles, CA 90071-2007
4305623 White Cap Construction Supply, Dept 0998, Los Angeles, CA 90088-0998
4305622 +White Cap Construction Supply, 125 Corporate Park Drive, Henderson, NV 89074-8724
4305624 +White Cap Industries, 125 Corporate Park Dr, Henderson, NV 89074-8724
4645510 White Case LLP, Attn Bankruptcy Desk/Managing Agent, 633 West Fifth Street Suite 1900, Los Angeles CA 90071-2007
4305625 +White, David Howard, 1370 May Ave, Las Vegas, NV 89104-4642
4305626 +White, Glenn David, 1370 May Ave, Las Vegas, NV 89104-4642
4305628 +White, William, 1370 May Ave, Las Vegas, NV 89104-4642
4305629 Whitewater West Industries, 6700 McMillan Way, Richmond, BC V6W-1J7, Canada
4645513 Whitewater West Industries, Attn Bankruptcy Desk/Managing Agent, 6700 McMillan Way, Richmond, BC, Canada V6W-1J7
4305630 +Whitscell, Paul, 7924 Quill Gordon Ave, Las Vegas, NV 89149-5168
4305631 Whitson, Dillon W, 775 Bullhead Pwy Bullhead City, AZ 8642, Bullhead City, AZ 86429
4305632 +Whitted, Charmayne M., 8093 Terecita Ave, Las Vegas, NV 89147-5034
4645514 Who s Calling, Attn Bankruptcy Desk/Managing Agent, P O Box 3675, Seattle WA 98124-3675
4645515 +Wholesale Builders Suppl, Attn Bankruptcy Desk/Managing Agent, Vince Catiglione, 5625 S Valley View, Las Vegas NV 89118-2411
4305634 +Wholesale WC Connection, 6280 S. Valley View Blvd., Las Vegas, NV 89118-3809
4645516 +Wholesale WC Connection, Attn Bankruptcy Desk/Managing Agent, 6280 S Valley View Blvd, Las Vegas NV 89118-3809
4305635 +Wiedemer, Michael B., 6153 Browning Way, Las Vegas, NV 89130-1970
4305636 +Wiggins Family, 7401 Arborcrest Ave, Las Vegas, NV 89131-3364
4645517 +Wild At Heart Inc, Attn Bankruptcy Desk/Managing Agent, 31840 N 45th Street, Cave Creek AZ 85331-5455
4305637 +Wild At Heart, Inc., 31840 N. 45th Street, Cave Creek, AZ 85331-5455
4645518 +Wild Streak Talent, Attn Bankruptcy Desk/Managing Agent, 3355 W Spring Mt Rd 264, Las Vegas NV 89102-8634
4645519 +Wild West Properties L L C, Attn Bankruptcy Desk/Managing Agent, 8101 Camino Paisano NW, Albuquerque NM 87120-5917
4305638 +Wildwood Lamps, 516 Paul Street, Rocky Mount, NC 27803-3545
4645520 +Wildwood Lamps, Attn Bankruptcy Desk/Managing Agent, David Jaegar, 516 Paul Street, Rocky Mount NC 27803-3545
4305639 +Wiley Auto Group, 3601 Stockton Hill Rd, Kingman, AZ 86409-3055
4305641 +Wilfredo Sanchez, 9706 Dieterich Ave, Las Vegas, NV 89148-5765
4305642 +Wilhelmi Family, 7139 S Durango Dr Unit 111, Las Vegas, NV 89113-2078
4305643 +Wilhelmina & Rolando Granados, 112 Honors Course Dr, Las Vegas, NV 89148-0001
4305644 +Wilkie, Marlene J., 2532 Valencia Pl, Henderson, NV 89074-6222
4305645 +Willard Burke, 5493 Cholla Cactus Ave, Las Vegas, NV 89141-8624
4305646 +Willard Shelton, NAG - Neighborhood Association Group, 133 Rhodes Ranch Parkway, Las Vegas, NV 89148-5273
4305647 +Willey, Timothy, 7045 Eldora Ave, Las Vegas, NV 89117-3013
4305648 +William & Bonnie Abbott, 1134 Olivia Pkwy, Henderson, NV 89011-0800
4305649 +William & Dale Anderson, 4042 Elderberry Cir, Corona, CA 92882-7996
4305650 +William & Douglas Lee, 728 Pacific Ave Ste 706, San Francisco, CA 94133-4492
4305651 +William & Georgia Nidiffer, 935 Via Canale Dr, Henderson, NV 89011-0828
4305652 +William & Jacqueline Terry, 38360 Kingsbury Dr, N Ridgeville, OH 44039-9711
4305653 +William & Joyce Adamson, 983 N Sunset Dr, Washington, UT 84780-8488
4305654 +William & Lynda Kerekes, 6806 E Telegraph St, Yuma, AZ 85365-8891
4305655 +William & Marika Lamancusa, 9716 Ziegler Ave, Las Vegas, NV 89148-5758
4305657 +William & Susan Dendiu, 241 Arbour Garden Ave, Las Vegas, NV 89148-2762
4305658 +William & Teresa McNair, 65975 Avenida Ladera, Desert Hot Springs, CA 92240-1513
4305659 +William & Theresa Gibbs, 8961 Lansberry Ct, Las Vegas, NV 89147-8118

4305660 +William & Vicky Stgeorge, 3450 Bella Sovana Ct, Las Vegas, NV 89141-3520
4305661 +William Abbott, 1134 Olivia Pkwy, Henderson, NV 89011-0800
4645521 +William Abbott, Attn Bankruptcy Desk/Managing Agent, 1134 Olivia Pkwy, Henderson NV 89011-0800
4645522 +William Baker, Attn Bankruptcy Desk/Managing Agent, 3209 Mason Avenue, Las Vegas NV 89102-1936
4305662 +William Barnes, 7115 S Durango Dr Unit 304, Las Vegas, NV 89113-2056
4305663 +William Briscoe, 7119 S Durango Dr Unit 309, Las Vegas, NV 89113-2085
4645523 +William C Polly, Attn Bankruptcy Desk/Managing Agent, 26 Via Di Roma, Long Beach CA 90803-4153
4305664 +William C. Polly, 26 Via Di Roma, Long Beach, CA 90803-4153
4305665 +William Castellanos, 102 Sunset Bay St, Las Vegas, NV 89148-2770
4305667 +William Cuva, 2923 W Sahara Ave, Las Vegas, NV 89102-4349
4305668 +William Dibenedetto, 1064 Via Canale Dr, Henderson, NV 89011-0803
4645525 +William E Fears, Attn Bankruptcy Desk/Managing Agent, 5880 Duneville Court, Las Vegas NV 89103-2322
4305671 +William Ensign, 5170 Rustic Ridge Dr, Las Vegas, NV 89148-1454
4305673 +William Farnsworth, 7143 S Durango Dr Unit 213, Las Vegas, NV 89113-2002
4645527 +William G Ford, Attn Bankruptcy Desk/Managing Agent, 28453 Horeshoe Circle, Santa Clarita CA 91390-5708
4305674 +William G. Ford, 28453 Horeshoe Circle, Santa Clarita, CA 91390-5708
4305675 +William Gentry, 2400 Historic Decatur Rd, San Diego, CA 92106-6158
4305676 +William Howell, 80345 Pebble Beach Dr, Indio, CA 92201-4992
4645528 +William J Kincaid, Attn Bankruptcy Desk/Managing Agent, 4653 Park Drive B, Carlsbad CA 92008-4250
4305677 +William Johnson, 235 Blackstone River Ave, Las Vegas, NV 89148-2701
4645529 +William Mary Domingo, Attn Bankruptcy Desk/Managing Agent, 9718 Marcelline Ave, Las Vegas NV 89148-5751
4305679 +William Omar Nunez, 3663 S. Valley View Apt 306, Las Vegas, NV 89103-1822
4305680 +William Orrison, 7173 S Durango Dr Unit 107, Las Vegas, NV 89113-2016
4645530 William R Binetti, Attn Bankruptcy Desk/Managing Agent, Attorney at Law, 801 Newman Rd, Racine WI 53406-4035
4305681 William R. Binetti, Attorney at Law, 801 Newman Rd., Racine, WI 53406-4035
4305683 +William Smith, 7167 S Durango Dr Unit 307, Las Vegas, NV 89113-2042
4305684 +William Swanson, PO Box 401385, Las Vegas, NV 89140-1385
4305687 +William Washington, 5435 Pomeroy Cr., Las Vegas, NV 89142-1787
4645532 +William Washington, Attn Bankruptcy Desk/Managing Agent, 5435 Pomeroy Cr, Las Vegas NV 89142-1787
4305689 +Williams Family, 3625 Gundry Ave, Long Beach, CA 90807-4209
4305688 +Williams Family, 1001 S Meadows Pkwy Apt 1712, Reno, NV 89521-5988
4305690 +Williams Family, 7311 Chaparral Cove Ln, Las Vegas, NV 89131-3351
4645533 Williams Scotsman Inc, Attn Bankruptcy Desk/Managing Agent, danielle, File 91975, Chicago IL 60693-1975
4305691 Williams Scotsman, Inc., PO Box 91975, Chicago, IL 60693-1975
4305692 +Williams, Bracy B., 6709 Coble Azul No 102, Las Vegas, NV 89108-0330
4305693 +Williams, Bryan Lee, 5055 Duneville blvd Apt 147 Bldg 26, Las Vegas, NV 89118-1253
4305694 +Williams, Christopher, 10919 Paradise Road, Henderson, NV 89052-8650
4305695 +Williams, Kenneth Jermane, 10500 N. 76th Dr. Peoria, AZ 85345, Peoria, AZ 85345-0738
4305696 +Williams,Carolyn, 1746 Detroit Ave, Kingman, AZ 86401, AZ 86401-4013
4645534 +Willis Roof Consulting Inc, Attn Bankruptcy Desk/Managing Agent, 4755 W Dewey Drive, Las Vegas NV 89118-2244
4305697 +Willis Roof Consulting, Inc., 4755 W. Dewey Drive, Las Vegas, NV 89118-2244
4305698 +Wilmar Contracting Inc, 4525 W. Hacienda Ste 1, Las Vegas, NV 89118-1510
4645535 +Wilmar Contracting Inc, Attn Bankruptcy Desk/Managing Agent, Veda Cascone, 4525 W Hacienda Ste 1, Las Vegas NV 89118-1510
4305699 +Wilmer & Jennifer Morejon, 1039 Via Sanguinella St, Henderson, NV 89011-0820
4305700 +Wilson Property Trust, 4613 Califa Dr, Las Vegas, NV 89122-1910
4305701 +Wilson, John R, 2600 S Towncentr No 1049, Las Vegas, NV 89135-2066
4305702 +Wilson, Robert, 5824 Mary Way, Las Vegas, NV 89108-4703
4305703 +Wilson, Stephanie, 452 Center Green Dr, Las Vegas, NV 89148-5222
4305704 +Wilvert Crawford, 9050 W Warm Springs Rd Unit 1103, Las Vegas, NV 89148-3845
4645536 Window Depot Inc, Attn Bankruptcy Desk/Managing Agent, Debbie Adcock, P O Box 27337, Tucson AZ 85726-7337
4305705 Window Depot Inc., PO Box 27337, Tucson, AZ 85726-7337
4305706 +Winger, Glenn O., 4750 Nambe Dr, Las Vegas, NV 89121-6006
4305707 +Winkler, Vanessa, 2857 Prestonwood St, Las Vegas, NV 89156-3756
4645537 +Winning Technologies Inc, Attn Bankruptcy Desk/Managing Agent, 1 Stoney Brook Lane, O FallonMO 63368-3567
4645538 +Winning Wigwam Windfall, Attn Bankruptcy Desk/Managing Agent, c/o John Horvat, 4045 Spencer 118, Las Vegas NV 89119-5246
4305708 +Winroc, 3775 East Sahara, Las Vegas, NV 89104-4977
4645539 +Winroc, Attn Bankruptcy Desk/Managing Agent, 3775 East Sahara, Las Vegas NV 89104-4977
4305709 +Winston Markeseion, 3736 Lone Oak, Las Vegas, NV 89115-0311
4305710 Winston, Markeseion, 3630 W. Owens No 2060, Las Vegas, NV 89115
4305711 +Winter, Christopher C., 6604 Escalon Dr., Las Vegas, NV 89108-2715
4305712 +Winzer Corporation, PO Box 671482, Dallas, TX 75267-1482
4305713 +Wireless Consulting Corporatio, 4955 S. Durango Dr., Suite 151, Las Vegas, NV 89113-1055
4645540 +Wireless Consulting Corporatio, Attn Bankruptcy Desk/Managing Agent, 4955 S Durango Dr, Suite 151, Las Vegas NV 89113-1055
4305714 Wisdek Business Development Co., 1183 Finch Ave. W, Suite No 600-PH, Toronto M3J-2G2 Canada

4305715 +Wise, Courtney, c/o The Office Bar 251 E Center St, Pocatella, ID 83201-6339
4305716 +Witham Family, 1932 Altozano Dr, El Cajon, CA 92020-1002
4305717 +Wittek, 3865 Commercial Ave, Northbrook, IL 60062-1826
4305719 +Wojtowitz, Jon M., 9768 Dream Brook Ct, Las Vegas, NV 89149-1113
4305720 +Womack, James L., 5718 Smoke Ranch Rd, Las Vegas, NV 89108-3722
4305721 +Wong Family, 3575 Griffith Park Blvd, Los Angeles, CA 90027-1404
4305722 +Woo Shin, 179 Castle Course Ave, Las Vegas, NV 89148-5001
4305723 +Wood Rodgers, 3301 C Street, Bldg. 100-B, Sacramento, CA 95816-3350
4645545 +Wood Rodgers Inc, Attn Bankruptcy Desk/Managing Agent, 3301 C Street, Bldg 100 B, Sacramento CA 95816-3350
4645546 +Wood Smith Henning Berman, Attn Bankruptcy Desk/Managing Agent, 4175 S Riley Street, Suite 204, Las Vegas NV 89147-8717
4305724 +Wood, Smith, Henning & Berman, 4175 S. Riley Street, Suite 204, Las Vegas, NV 89147-8717
4305729 WoodWorks Software, 3380 Sheridan Dr., Ste 306, Amherst, NY 14226-1499
4645549 WoodWorks Software, Attn Bankruptcy Desk/Managing Agent, 3380 Sheridan Dr Ste 306, Amherst NY 14226-1499
4645547 +Woodard Furniture, Attn Bankruptcy Desk/Managing Agent, c/o Quantum Resources, 13030 Inglewood Ave 200, Hawthorne CA 90250-5177
4645548 Woodard LLC, Attn Bankruptcy Desk/Managing Agent, P O Box 73014, Chicago IL 60673-7014
4305725 +Woods, Matthew C., 280 Cattlebaron Terrace, Henderson, NV 89012-3404
4305726 +Woodty, Trenton, PO Box 318 Village Plaza Kykotsmovi, A, Kykotsmovi, AZ 86039-0318
4305728 +Woodworkers Emporium, 5461 S Arville, Las Vegas, NV 89118-2240
4305730 +Woon & Jina Ra, 31 Laying Up Ct, Las Vegas, NV 89148-5257
4305731 +Work Zone Traffic Services, 4280 W. Reno Ave. Suite H, Las Vegas, NV 89118-1616
4645550 +Work Zone Traffic Services, Attn Bankruptcy Desk/Managing Agent, 4280 W Reno Ave Suite H, Las Vegas NV 89118-1616
4645551 +World Capital Funding In, Attn Bankruptcy Desk/Managing Agent, Attn Rosie Asuncion RE Broker, 10 East Vivian Drive, Pleasant Hill CA 94523-3056
4645552 +World Financial Marking, Attn Bankruptcy Desk/Managing Agent, Rosie Asuncion, 1838 Colfax Street, Concrod CA 94520-2118
4305732 +World Variety Produce Inc., PO Box 21127, Los Angeles, CA 90021-0127
4305734 +Wright Engineers, 7425 Peak Drive, Las Vegas, NV 89128-9011
4645555 +Wright Engineers, Attn Bankruptcy Desk/Managing Agent, 7425 Peak Drive, Las Vegas NV 89128-9011
4305735 +Wright Judd & Winckler, Bank of America Plaza, 300 S. 4th St. Suite-701, Las Vegas, NV 89101-6023
4645556 +Wright Painting/Drywall, Attn Bankruptcy Desk/Managing Agent, Robert Kahre, 6270 Kimberly Suite D, Las Vegas NV 89122-7655
4305736 +Wright Painting/Drywall, 6270 Kimberly, Suite No D, Las Vegas, NV 89122-7655
4305737 Wright Stanish & Winckler, 300 S. 4th St. No 701 BOA Plaza, Las Vegas, NV 89101
4645557 Wright Stanish Winckler, Attn Bankruptcy Desk/Managing Agent, 300 S 4th St 701 BOA Plaza, Las Vegas NV 89101
4305738 +Wright, Ronald E., 8122 W. Flamingo Rd, Las Vegas, NV 89147-7470
4305739 +Wyman Dun, 3658 Ivy Canyon Ct, San Jose, CA 95121-1971
4305741 +Wynona Byrd, 7107 S Durango Dr Unit 104, Las Vegas, NV 89113-2011
4645558 +Wyoming Child Support, Attn Bankruptcy Desk/Managing Agent, Enforcement 37236, P O Box 1027, Cheyenne WY 82003-1027
4645559 X it Homeowner s Association, Attn Bankruptcy Desk/Managing Agent, 333 Rhodes Ranch Parkway, Las Vegas NV 89148
4305756 +X-It At 215 LLC, 16021 Royal Oak Rd, Encino, CA 91436-3913
4305762 +X-Press Trux Inc., 9120 Doney Park Lane, Flagstaff, AZ 86004-1100
4305757 X-it Homeowners Association, 333 Rhodes Ranch Parkway, Las Vegas, NV 89148
4305760 XM Satellite Radio, PO Box 78054, Phoenix, AZ 85062-8054
4645566 XM Satellite Radio, Attn Bankruptcy Desk/Managing Agent, P O Box 78054, Phoenix AZ 85062-8054
4645567 +XN Ross, Attn Bankruptcy Desk/Managing Agent, 3182 Pradera Circle, Las Vegas NV 89121-3823
4305761 +XO Communications, 14239 Collections Center Drive, Chicago, IL 60693-0142
4305742 +Xanadu Family, 3745 Las Vegas Blvd S, Las Vegas, NV 89109-4308
4305743 +Xanadu SJ&C, c/o Renee Reuther, Rice, Silbey Reuther & Sullivan, 3960 Howard Hughes Pkwy, Ste 700, Las Vegas, NV 89169-5983
4305746 Xerox Corporation, PO Box 7413, Pasadena, CA 91109-7413
4645562 Xerox Corporation, Attn Bankruptcy Desk/Managing Agent, P O Box 7413, Pasadena CA 91109-7413
4305747 +Xiao Huang, 6688 Roanoke Ct, Las Vegas, NV 89148-5753
4305748 +Xiao Tang, 4741 Ashington St, Las Vegas, NV 89147-6070
4305749 +Xiao Yang, 127 Honors Course Dr, Las Vegas, NV 89148-0001
4305750 Xiaodong Yang, Las Vegas Nv 89113
4305751 +Xiaoping Li, 1438 S Blaney Ave, San Jose, CA 95129-3710
4305752 +Xiaping Zhang, 9060 Red Shores Way, Las Vegas, NV 89147-8122
4305753 +Xie Bin, 111 Red Tee Ln, Las Vegas, NV 89148-5262
4305754 Xijuan Xu, 12845 Crestfield Court, Rancho Cucamonga, CA 91739-8011
4645563 +Xijuan Xu, Attn Bankruptcy Desk/Managing Agent, 12845 Crestfield Court, Rancho Cucamonga CA 91739-8011
4645564 Xikui Xu, Attn Bankruptcy Desk/Managing Agent, 12845 Crestfield Court, Rancho Cucamonga CA 91739-8011
4305755 +Xin Shi, 16628 China Berry Ct, Chino Hills, CA 91709-6392
4305759 +Xiuxia Xu, PO Box 30391, Las Vegas, NV 89173-0391
4645565 +Xiuxia Xu, Attn Bankruptcy Desk/Managing Agent, P O Box 30391, Las Vegas NV 89173-0391
4305763 +Xuan Liu, 6 Cerrito, Irvine, CA 92612-2603
4305764 +Xueping Jiang, 6761 Crosby Ct, San Jose, CA 95129-2818

4305765 +Yabut Family, 9966 Liberty View Rd, Las Vegas, NV 89148-5508
4305766 +Yaksitch, Melissa, 9522 Swiss Stone Court, Las Vegas, NV 89123-3566
4645568 +Yamas Controls, Attn Bankruptcy Desk/Managing Agent, 3951 Preformance Dr Ste C, Sacramento CA 95838-3264
4305767 +Yamashita Family, 8727 Stockholm Ave, Las Vegas, NV 89147-8101
4645569 +Yamil Rodriguez, Attn Bankruptcy Desk/Managing Agent, 508 Foster Springs, Las Vegas NV 89148-4467
4645570 +Yan Li, Attn Bankruptcy Desk/Managing Agent, 809 Ville Franche, Las Vegas NV 89145-8656
4305768 +Yan Li, 9773 Marcelline Ave, Las Vegas, NV 89148-5752
4305769 +Yanping Bagg, 4350 Spring Mountain Rd Ste 116, Las Vegas, NV 89102-8737
4305770 +Yao He, 2605 Las Verdes St, Las Vegas, NV 89102-5913
4305771 +Yao Tan, 430 N Sandhill Blvd, Mesquite, NV 89027-4900
4305773 +Yaskin Family, 631 Orchard Course Dr, Las Vegas, NV 89148-4481
4305774 +Yasmin Aquino, 91 Back Spin Ct, Las Vegas, NV 89148-5240
4305775 +Yazzie, Doyle W., PO Box 7148, Winslow, AZ 86047-7148
4305777 +Yazzie, Julio, PO Box 178, Brimhall, NM 87310-0178
4305776 +Yazzie, Julio C, PO Box 178, Brimhall, NM 87310-0178
4305778 +Yazzie, Rufus, PO Box 1152, Kayenta, AZ 86033-1152
4305780 +Yazzie, Troy, PO Box 7229, Winslow, AZ 86047-7229
4305779 +Yazzie, Troy C, PO Box 142, Brimhall, NM 87310-0142
4305781 +Yazzie, Vandy K., PO Box 7148, Winslow, AZ 86047-7148
4645571 +Yee Wah Ho, Attn Bankruptcy Desk/Managing Agent, 20514 E Pacific Dr, Walnut CA 91789-4452
4305782 +Yelena Campbell, 1520 Via Cassia, Henderson, NV 89052-4121
4305783 +Yelena Groce, 352 Turtle Peak Ave, Las Vegas, NV 89148-2753
4645572 Yellow Pages Distribution, Attn Bankruptcy Desk/Managing Agent, Service, P O Box 222045, Dallas TX 75222-2045
4305784 +Yellow Pages Processing Center, PO Box 471902, Tulsa, OK 74147-1902
4305785 Yellow Pages United, PO Box 95450, Atlanta, GA 30347-0450
4645574 Yellow Pages United, Attn Bankruptcy Desk/Managing Agent, PO Box 95450, Atlanta GA 30347-0450
4305786 +Yellowhair, Darrel, PO Box 656, Tuba City, AZ 86045-0656
4305787 +Yen Miller, 318 Palm Trace Ave, Las Vegas, NV 89148-2733
4305788 +Yen-hsi & Grace Chu, 1018 Aquamarine Ter, Union City, CA 94587-1486
4305789 +Yeon Mun, 44 Sully Creek Ct, Las Vegas, NV 89148-2774
4305790 +Yeranouhi Anispekyan, 1933 Tamarind Ave Apt 3, Los Angeles, CA 90068-3583
4305791 +Yerena Hernandez, Alfonso, 432 N. 15th St No C, Las Vegas, NV 89101-7901
4305792 +Yerena Orosco, Crispin, 1305 McDonald Ave, N Las Vegas, NV 89030-5592
4305793 +Yerena-Pena, Manuel, 2850 E. Bonanza, Las Vegas, NV 89101-3600
4305794 +Yeuklin Gong, 2498 Western Ave, Altamont, NY 12009-9483
4305795 +Yi Li, 97 Back Spin Ct, Las Vegas, NV 89148-5240
4305796 +Yichang Lee, 128 Honors Course Dr, Las Vegas, NV 89148-0001
4305797 +Yoguis, Luis, 9554 Sunshade Ct, Las Vegas, NV 89147-6715
4305799 +Yoko Kamino, 322 Karen Ave Unit 203, Las Vegas, NV 89109-0413
4305800 +Yolanda Tabucanon, 4748 Lone Mesa Dr, Las Vegas, NV 89147-7931
4305801 +Yong Parknavy, 8857 University Blvd No A, Moon Township, PA 15108-4212
4305802 +Yosef Avi-Izak, 9050 W Warm Springs Rd Unit 2098, Las Vegas, NV 89148-3835
4305803 +Young & Ok Park, 5657 Doubleday St, Las Vegas, NV 89118-6023
4645575 +Young At Heart, Attn Bankruptcy Desk/Managing Agent, Ann Marie Vadala, 813 New Season Ct, Las Vegas NV 89123-3697
4305804 +Young Cho, 1086 Via Capassi Way, Henderson, NV 89011-0892
4305806 +Young, John W., PO Box 632, Topock, AZ 86436-0632
4305807 +Young, Skyler, 231 W. Horizon Ridge No 1121, Henderson, NV 89012-5421
4645576 +Younger Brothers Windows NV, Attn Bankruptcy Desk/Managing Agent, 4815 W Russell Road, Suite 3C, Las Vegas NV 89118-6242
4645577 +Your Cleaning Choice Inc, Attn Bankruptcy Desk/Managing Agent, 5115 S Industrial Road, Suite 102, Las Vegas NV 89118-1744
4305808 +Yu Jiang, 162 Castle Course Ave, Las Vegas, NV 89148-5001
4305809 +Yu Liu, 7107 S Durango Dr Unit 205, Las Vegas, NV 89113-2013
4305810 +Yuan & Shin-Lan Chang, 7483 S Chapparal Cir E, Centennial, CO 80016-2106
4305811 +Yuan Cheng, 23605 Ridge Line Rd, Diamond Bar, CA 91765-3368
4305812 +Yue, Alan, 9162 Herrera Ave, Las Vegas, NV 89129-3693
4305813 +Yuen & Wing Fong, 2207 NW Queens Way, Grants Pass, OR 97526-3386
4305815 +Yui & Joyce Chan, 1 Forest Gate Cir, Oak Brook, IL 60523-2129
4305817 +Yukio & Toshiko Yoshimoto, 209 Via Luna Rosa Ct, Henderson, NV 89011-0875
4305819 +Yule Park, 268 W Duarte Rd, Arcadia, CA 91007-6921
4305820 +Yuma Title Account Servicing, 1690 S 4th Avenue, Post Office Box 2765, Yuma, AZ 85366-2573
4645579 +Yuma Title Account Servicing, Attn Bankruptcy Desk/Managing Agent, 1690 S 4th Avenue, Post Office Box 2765, Yuma AZ 85366-2573
4305823 +Yun Chao, 1708 Paseo Maravilla, Camarillo, CA 93012-4021
4305824 +Yun Choi, 9050 W Warm Springs Rd Unit 2076, Las Vegas, NV 89148-3834
4305825 +Yung Yao, 1122 Pescadero St, Milpitas, CA 95035-3013
4645580 +Yupayao Carl, Attn Bankruptcy Desk/Managing Agent, 6572 Kell Lane, Las Vegas NV 89156-7016
4305827 +Yuriy Karapetyan, 5173 Hollywood Blvd Apt 207, Los Angeles, CA 90027-6118
4305829 +Yvette Dang, or Current Homeowner, 351 Turtle Peak Ave., Las Vegas, NV 89148-2753
4305830 +Yvette Dang, 351 Turtle Peak Ave, Las Vegas, NV 89148-2753
4305831 +Yvonne & Guadalupe Cisneros, 6687 Keyesport Ct, Las Vegas, NV 89148-5754
4305832 +Yvonne Chartier, 7103 S Durango Dr Unit 213, Las Vegas, NV 89113-2006
4305833 +Yvonne Lee, 4214 California St, San Francisco, CA 94118-1314
4305834 +Yvonne Skrzeczyna, 303 Sea Rim Ave, Las Vegas, NV 89148-2759
4305835 +Zahra Sobhi, 273 Via Franciosa Dr, Henderson, NV 89011-0852

4305836 +Zaldy Antioquia, 1087 Via St Lucia Pl, Henderson, NV 89011-0873
4305837 +Zambada, David, 3800 SNellis St No 204, Las Vegas, NV 89121-3145
4305838 +Zamora, Luis, 3851 Wynn No 1051, Las Vegas, NV 89103-6001
4305839 +Zamudio, Rupert R., 3515 Trotting Horse Rd., North Las Vegas, NV 89032-2468
4305840 +Zanabia, David, 6453 Evergreen Ave, Las Vegas, NV 89107-3454
4305841 +Zanabia, Guillermo, 6453 Evergreen Ave, Las Vegas, NV 89107-3454
4305842 +Zanabia-Gonzalez, Salvador, 7904 Copper Canyon Rd, Las Vegas, NV 89128-4102
4305843 +Zaragoza, Isai, 2328 McCarran St No B, N Las Vegas, NV 89030-7714
4305844 +Zaremba, Robert J., 3724 Marmalane, Las Vegas, NV 89108-5369
4305845 +Zavala, Jina, 8401 Tilted Cart, Las Vegas, NV 89143-6412
4305846 +Zaya Ochana, 3 Greenridge Rd, Elgin, IL 60120-3117
4305847 +Zazueta, David J., 1864 Hasib Ct., Las Vegas, NV 89156-7603
4305848 +Zbigniew & Danuta Korepta, 27 Tall Ruff Dr, Las Vegas, NV 89148-5243
4305849 +Zbigniew Cabaj, 12997 Pipilo Ct, San Diego, CA 92129-3561
4305850 +Zec, Devon, 252 Angels Trace, Las Vegas, NV 89148-2746
4305851 Zee Medical Service, 1618 West Oakey, Las Vegas, NV 89102-2612
4645582 Zee Medical Service, Attn Bankruptcy Desk/Managing Agent, JoAnne, 1618 West Oakey, Las Vegas NV 89102-2612
4645583 +Zee s Artistries, Attn Bankruptcy Desk/Managing Agent, 2505 Antem Village Dr, Ste E577, Henderson NV 89052-5505
4305852 +Zees Artistries, 2505 Antem Village Dr., Ste E577, Henderson, NV 89052-5505
4305853 +Zeevi Family, 4644 Stuttgart St, Las Vegas, NV 89147-8102
4305854 +Zeh, Kris, 9550 W. Sahara Ave. No 3031, Las Vegas, NV 89117-5393
4305855 +Zeigler Family, 66 Sunset Bay St, Las Vegas, NV 89148-2768
4305856 +Zeledon, Leslia M., 2650 Pomona Dr., Las Vegas, NV 89156-4971
4305857 +Zelendon Rodriguez, Yesenia, 2650 Pomona Dr, Las Vegas, NV 89156-4971
4305858 +Zenaida & Edgardo Cruz, 3257 Santa Isabella Ct, Union City, CA 94587-2735
4305859 +Zenaida Munson, 401 1st Ave Apt 2A, New York, NY 10010-4008
4305860 +Zendejas Jr, Manuel, 3908 Centura Ave, Las Vegas, NV 89110-3105
4305861 +Zepeda, Carlos, 2001 Jade Hills Ct, Las Vegas, NV 89106-1804
4305862 +Zepeda, Josue, 1540 N. 22nd St., No 3, Las Vegas, NV 89101-1351
4305864 +Zhen Ye, 1161 York Ave Apt 11A, New York, NY 10065-7977
4305865 +Zhihua Huang, 184 Tall Ruff Dr, Las Vegas, NV 89148-5245
4305866 +Zhijun Tong, 44832 Vista Del Sol, Fremont, CA 94539-4900
4305867 +Zhimin Situ, 1025 Via Di Olivia St, Henderson, NV 89011-0810
4305868 +Zhongrui Xia, 4176 Bell Cmn, Fremont, CA 94536-6900
4305869 +Zia Zia, 5822 Chesterfield Ct, San Jose, CA 95138-2367
4305870 +Ziad Karam, 725 Secret London Ave, Las Vegas, NV 89178-1279
4645584 +Ziad Karam, Attn Bankruptcy Desk/Managing Agent, 725 Sercret London Ave, Las Vegas NV 89178-1279
4305871 +Zimmer, Kathleen, 8321 W Florine Ave, Las Vegas, NV 89129-4855
4305872 +Zimmerman, Kerri, 7885 W Flamingo Road, Las Vegas, NV 89147-7423
4305873 +Zimmerman, Stephan E, 3507 Greenwick Dr., North Las Vegas, NV 89032-3428
4305874 +Zippmann Family, 297 Palm Trace Ave, Las Vegas, NV 89148-2735
4305875 +Ziv Davis, 55 Grant Avenue, SanFrancisco, CA 94108-5814
4645585 +Ziv Davis, Attn Bankruptcy Desk/Managing Agent, 55 Grant Avenue, San Francisco CA 94108-5810
4305876 +Zohren Behin-Ain, 1026 Via Nandina Pl, Henderson, NV 89011-0822
4305877 +Zokik Pirijanian, 1640 Irving Ave, Glendale, CA 91201-1226
4305878 +Zoran & Vera Malesevic, 9660 Dieterich Ave, Las Vegas, NV 89148-5738
4305879 +Zorik Pirijanian, 1640 Irving Ave, Glendale, CA 91201-1226
4305881 +Zottoli Family, 951 Via Canale Dr, Henderson, NV 89011-0828
4305883 +Zoubir Mouaki-Benani, 9050 W Warm Springs Rd, Unit 2152, Las Vegas, NV 89148-3850
4305884 +Zoubir Mouaki-C, 488 Center Green Dr, Las Vegas, NV 89148-5222
4305885 +Zubias, Julio, 840 Held Rd., No C, Las Vegas, NV 89101-2122
4305886 +Zulfia Alimova, 9050 W Warm Springs Rd Unit 2095, Las Vegas, NV 89148-3835
4305887 +Zuluaga, Jose, 5075 Spy Glass Hill Dr. No 204, Las Vegas, NV 89142-2776
4305888 Zuluaga, Salvador, 5812 W. Washington No C, Las Vegas, NV 89107
4305889 Zulvaga, Salvador, 18115 W. Washington No C, Las Vegas, NV 89107
4305890 +Zuniga M, Faustino, 1941 Cindy Sue, Las Vegas, NV 89106-1163
4305891 +Zuniga, Francisco J., 1920 Alwil St. No D, Las Vegas, NV 89106-1200
4305892 +Zurich Recovery Services, PO Box 64944, Chicago, IL 60664-0944
4645586 Zurich Services Corporation, Attn Bankruptcy Desk/Managing Agent, Barbara Taylor, P O Box 66944, Chicago IL 60666-0944
4643184 +eProvided com, Attn Bankruptcy Desk/Managing Agent, 5485 Spur Cross Trail, Attn Data Recovery, Parker CO 80134-5257
4299303 +eProvided.com, 5485 Spur Cross Trail, Attn: Data Recovery, Parker, CO 80134-5257
4299441 +eVisolutions, 2360 S. Emerson St., Denver, CO 80210-5025
4643206 +eVisolutions, Attn Bankruptcy Desk/Managing Agent, 2360 S Emerson St, Denver CO 80210-5025
4299720 +g photographic.com, George Bekich II, 1290 Capital Gains No 1, Henderson, NV 89074-8906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4295645 E-mail/Text: accountsreceivable@aicpa.org Aug 19 2011 05:26:22 AICPA, PO Box 10069, Newark, NJ 07101-3069
4642194 E-mail/Text: accountsreceivable@aicpa.org Aug 19 2011 05:26:22 AICPA, Attn Bankruptcy Desk/Managing Agent, P O Box 10069, Newark NJ 07101-3069
4642382 +E-mail/Text: L.CARON@ATIWINDOWS.COM Aug 19 2011 05:14:05 ATI Windows, Attn Bankruptcy Desk/Managing Agent, 4181 W Oquendo 89118, 401 A Street, Upland CA 91786-5345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

4295585 E-mail/Text: courtney_brightman@acushnetgolf.com Aug 19 2011 05:26:39 Acushnet, PO Box 88111, Chicago, IL 60695-1111
4642315 +E-mail/Text: jeff@appliedutilities.com Aug 19 2011 05:14:55 Applied Utility Services, Attn Bankruptcy Desk/Managing Agent, Jeffery A Neal Manager, 7651 North Jones Boulevard, Las Vegas NV 89131-2120
4296044 E-mail/Text: bankruptcy@aps.com Aug 19 2011 05:12:54 Arizona Public Services, PO Box 2906, Phoenix, AZ 85062-2906
4296047 +E-mail/Text: bankruptcy@land.az.gov Aug 19 2011 05:14:29 Arizona State Land Department, 1616 W. Adams, Phoenix, AZ 85007-2614
4642344 +E-mail/Text: bankruptcy@land.az.gov Aug 19 2011 05:14:29 Arizona State Land Department, Attn Bankruptcy Desk/Managing Agent, 1616 W Adams, Phoenix AZ 85007-2614
4296135 +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Aug 19 2011 05:14:28 Aurora Loan Services LLC, 327 Inverness Dr S, Englewood, CO 80112-6012
4296134 +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Aug 19 2011 05:14:28 Aurora Loan Services LLC, 2617 College Park, Scottsbluff, NE 69361-2294
4296442 +E-mail/Text: cathy@blaineequipment.com Aug 19 2011 05:26:35 Blaine Equipment Company, Inc, PO Box 15125, Las Vegas, NV 89114-5125
4296647 Fax: 916-636-2600 Aug 19 2011 05:34:37 CA State Disbursement Unit, PO Box 989067, West Sacramento, CA 95798-9067
4297305 E-mail/Text: tammie.bennett@wolterskluwer.com Aug 19 2011 05:13:44 CT Corporation, PO Box 4349, Carol Stream, IL 60197-4349
4642889 E-mail/Text: tammie.bennett@wolterskluwer.com Aug 19 2011 05:13:44 CT Corporation, Attn Bankruptcy Desk/Managing Agent, P O Box 4349, Carol Stream IL 60197-4349
4296674 Fax: 916-636-2600 Aug 19 2011 05:34:37 California State Disbursement, Case No 0730603864452 - Robert Hurns, PO Box 989067, West Sacramento, CA 95798-9067
4296675 Fax: 916-636-2600 Aug 19 2011 05:34:37 California State Disbursement, No 0310010521-01/53312-Robert Hurns, PO Box 989067, West Sacramento, CA 95798-9067
4642631 E-mail/Text: credit_department@cashmanequipment.com Aug 19 2011 05:14:52 Cashman Equipment Rental Company, Attn Bankruptcy Desk/Managing Agent, 3101 E Craig Rd, North Las Vegas, NV 89030-7501
4642675 E-mail/Text: c.damus@damuslaw.com Aug 19 2011 05:27:06 Charles M Damus Esq P C, Attn Bankruptcy Desk/Managing Agent, 624 South Sixth Street, Las Vegas NV 89101-6920
4297204 E-mail/Text: WBGNVLV.AR@WIRTZBEV.COM Aug 19 2011 05:26:35 Coors of Las Vegas, File 50335, Los Angeles, CA 90074-0335
4297221 +E-mail/Text: KBooth@WestCorCompanies.com Aug 19 2011 05:14:54 Coronado Concrete, 5620 Stephanie St., Las Vegas, NV 89122-0200
4642844 +E-mail/Text: KBooth@WestCorCompanies.com Aug 19 2011 05:14:54 Coronado Concrete, Attn Bankruptcy Desk/Managing Agent, AKA Coronado Masonry, 5620 Stephanie St, Las Vegas NV 89122-0200
4297222 +E-mail/Text: KBooth@WestCorCompanies.com Aug 19 2011 05:14:54 Coronado Masonry, 5620 Stephanie St., Las Vegas, NV 89122-0200
4297225 +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Aug 19 2011 05:14:53 Corporation Service Company, 2711 Centerville Road, Wilmington, DE 19808-1646
4642848 +E-mail/Text: BANKRUPTCYNOTICE@CSCINFO.COM Aug 19 2011 05:14:53 Corporation Service Company, Attn Bankruptcy Desk/Managing Agent, 2711 Centerville Road, Wilmington DE 19808-1646
4297251 +E-mail/Text: bankruptcy@cox.com Aug 19 2011 05:13:47 Cox Communications, 121 S. Martin Luther King, Las Vegas, NV 89106-4309
4642864 +E-mail/Text: bankruptcy@cox.com Aug 19 2011 05:13:47 Cox Communications, Attn Bankruptcy Desk/Managing Agent, 121 S Martin Luther King, Las Vegas NV 89106-4309
4297253 E-mail/Text: bankruptcy@cox.com Aug 19 2011 05:13:47 Cox Communications, PO Box 6059, Cypress, CA 90630-0059
4297268 +E-mail/PDF: megan@cbcnv.com Aug 19 2011 05:35:14 Credit Bureau Central, 2355 Red Rock Street, Suite 200, Las Vegas, NV 89146-3106
4642876 +E-mail/PDF: megan@cbcnv.com Aug 19 2011 05:35:14 Credit Bureau Central, Attn Bankruptcy Desk/Managing Agent, 2355 Red Rock Street, Suite 200, Las Vegas NV 89146-3106
4297269 +E-mail/PDF: megan@cbcnv.com Aug 19 2011 05:35:14 Credit Bureau Central, PO Box 29299, Las Vegas, NV 89126-3299
4298673 E-mail/Text: kevin.oclaire@cutterbuck.com Aug 19 2011 05:26:37 Cutter & Buck, PO Box 34855, Seattle, WA 98124-1855
4643032 E-mail/Text: bankruptcy.cr.dept@dhl.com Aug 19 2011 05:26:24 DHL Express, Attn Bankruptcy Desk/Managing Agent, P O Box 4723, Houston TX 77210-4723
4298974 E-mail/Text: bankruptcy.cr.dept@dhl.com Aug 19 2011 05:26:24 DHL Express (USA) Inc., PO Box 4723, Houston, TX 77210-4723
4299161 E-mail/Text: msanches@summitgolfbrands.com Aug 19 2011 05:14:55 Eastern Pacific Apparel, P O Box 72, Brattlrboro, VT 05302-0072
4299264 E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:31 Embarq, PO Box 660068, Dallas, TX 75266-0068
4643151 E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:32 Embarq, Attn Bankruptcy Desk/Managing Agent, PO Box 79133, Phoenix AZ 85062-9133
4643150 E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:32 Embarq, Attn Bankruptcy Desk/Managing Agent, PO Box 660068, Dallas TX 75266-0068
4299265 E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:31 Embarq, PO Box 79133, Phoenix, AZ 85062-9133
4299266 E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:32 Embarq, PO Box 96031, Charlotte, NC 28296-0031
4643152 E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:32 Embarq, Attn Bankruptcy Desk/Managing Agent, PO Box 96031, Charlotte NC 28296-0031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

4643153 +E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:32 Embarq Communications Inc, Attn Bankruptcy Desk/Managing Agent, PO BOX 219008, Kansas City MO 64121-9008
4299261 +E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:33 Embarq Communications, Inc, PO Box 219008, Kansas City, MO 64121-9008
4299618 E-mail/Text: courtney_brightman@acushnetgolf.com Aug 19 2011 05:26:39 FOOTJOY, PO Box 88111, Chicago, IL 60695-1111
4299628 +E-mail/Text: alina_alvarez@nivelparts.com Aug 19 2011 05:27:21 Fore-Par Group, 7650 Stage Rd, Buena Park, CA 90621-1226
4643323 E-mail/Text: BANKRUPTCYNOTIFICATION@FRONTIERCORP.COM Aug 19 2011 05:14:03 Frontier, Attn Bankruptcy Desk/Managing Agent, P O Box 3609, P O Box 20550, Rochester NY 14602-0550
4299706 E-mail/Text: BANKRUPTCYNOTIFICATION@FRONTIERCORP.COM Aug 19 2011 05:14:03 Frontier, PO Box 20550, Rochester, NY 14602-0550
4300011 +E-mail/Text: account_us@golfswitch.com Aug 19 2011 05:27:25 GolfSwitch, 6380 East Thomas Road, Suite 232, Scottsdale, AZ 85251-7074
4643414 E-mail/Text: SCD_BankruptcyNotices@Grainger.com Aug 19 2011 05:27:14 Grainger, Attn Bankruptcy Desk/Managing Agent, 2401 Western Ave, Las Vegas NV 89102-4815
4300097 E-mail/Text: SCD_BankruptcyNotices@Grainger.com Aug 19 2011 05:27:14 Grainger, Dept 847532843, PO Box 419267, Kansas City, MO 64141-6267
4300480 +E-mail/Text: BANKRUPTCY@2-10.COM Aug 19 2011 05:14:21 Home Buyers Warranty, 2-10 Home Buyers Warranty, 1417 West Arkansas Lane, Arlington, TX 76013-8299
4300576 +E-mail/Text: administration@goibs.com Aug 19 2011 05:26:23 IBS, 12201 Gayton Rd., Suite 100, Richmond, VA 23238-8203
4300599 E-mail/Text: Phil.Webb@indoff.com Aug 19 2011 05:27:00 Indoff Incorporated, PO Box 790120, St Louis, MO 63179-0120
4300600 E-mail/Text: Phil.Webb@indoff.com Aug 19 2011 05:27:01 Indoff Incorporated, PO Box 842808, Kansas City, MO 64184-2808
4300636 +E-mail/Text: dhann@ipair.com Aug 19 2011 05:14:36 Interstate Plumbing & A/C, 7201 West Post Road, Las Vegas, NV 89113-6610
4643628 +E-mail/Text: dhann@ipair.com Aug 19 2011 05:14:36 Interstate Plumbing A/C, Attn Bankruptcy Desk/Managing Agent, 7201 West Post Road, Las Vegas NV 89113-6610
4300637 +E-mail/Text: dhann@ipair.com Aug 19 2011 05:14:36 Interstate Services, 7201 West Post Rd, Las Vegas, NV 89113-6610
4300685 E-mail/Text: bkrptnotices@jjkeller.com Aug 19 2011 05:15:17 J.J. Keller & Associates, Inc., PO Box 548, Neenah, WI 54957-0548
4643844 +E-mail/Text: BKAdmin@kimley-horn.com Aug 19 2011 05:14:56 Kimley Horn Associates, Attn Bankruptcy Desk/Managing Agent, 2080 Flamingo Rd, Ste 210, Las Vegas NV 89119-5178
4301423 +E-mail/Text: BKAdmin@kimley-horn.com Aug 19 2011 05:14:56 Kimley-Horn & Associates, 2080 Flamingo Rd, Ste 210, Las Vegas, NV 89119-5178
4301655 +E-mail/Text: creditadministration@lawsonproducts.com Aug 19 2011 05:26:41 Lawson Products, INC, 2689 Paysphere Circle, Chicago, IL 60674-0001
4643974 +E-mail/Text: debra@laytontechnology.com Aug 19 2011 05:27:12 Layton Technology Inc, Attn Bankruptcy Desk/Managing Agent, 3710 Corporex Park Dr Ste 100, Suite 2500, Tampa FL 33619-1160
4301927 +E-mail/Text: dan@danlowell.com Aug 19 2011 05:27:17 Lowell Family, 23 Arcadian Shores St, Las Vegas, NV 89148-2754
4301926 E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2011 05:15:06 Lowes, PO Box 530954, Atlanta, GA 30353-0954
4301925 E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2011 05:44:56 Lowes Companies Inc., PO Box 530954, Atlanta, GA 30353-0954
4644307 E-mail/Text: litigation@neclease.com Aug 19 2011 05:14:30 NEC Financial Services Inc, Attn Bankruptcy Desk/Managing Agent, 300 Frank W Burr Blvd, Teaneck, NJ 07666-6704
4302748 E-mail/Text: twoodrum@nevbev.com Aug 19 2011 05:26:23 Nevada Beverage Company, File 50950, Los Angeles, CA 90074-0950
4644330 +E-mail/Text: josh@nvgypsum.com Aug 19 2011 05:27:14 Nevada Gypsum Floors Inc, Attn Bankruptcy Desk/Managing Agent, Rick Ellison, 3588 So Valley View, Las Vegas NV 89103-1899
4302763 +E-mail/Text: josh@nvgypsum.com Aug 19 2011 05:27:15 Nevada Gypsum Floors, Inc, 3588 So. Valley View, Las Vegas, NV 89103-1899
4302920 +E-mail/Text: jprince@personalbest.com Aug 19 2011 05:14:27 Oakstone Wellness, PO Box 263, Chelsea, AL 35043-0263
4644403 +E-mail/Text: jprince@personalbest.com Aug 19 2011 05:14:27 Oakstone Wellness, Attn Bankruptcy Desk/Managing Agent, P O Box 263, Chelsea AL 35043-0263
4644416 +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov Aug 19 2011 05:12:39 Office of the United States Trustee, Attn Bankruptcy Desk/Managing Agent, 300 Las Vegas Blvd South, Suite 4300, Las Vegas, NV 89101-5803
4303180 E-mail/Text: bankruptcy@pb.com Aug 19 2011 05:13:42 PBCC, Pitney Bowes Credit Corporation, PO Box 856460, Louisville, KY 40285-6460
4644498 E-mail/Text: bankruptcy@pb.com Aug 19 2011 05:13:42 PBCC, Attn Bankruptcy Desk/Managing Agent, Pitney Bowes Credit Corporation, P O Box 856460, Louisville KY 40285-6460
4303099 +Fax: 801-536-6111 Aug 19 2011 05:34:37 Parsons Behle & Latimer, 201 S Main St, Ste 1800, Salt Lake City, UT 84111-2218
4644479 +Fax: 801-536-6111 Aug 19 2011 05:34:37 Parsons Behle Latimer, Attn Bankruptcy Desk/Managing Agent, 201 S Main St, Ste 1800, Salt Lake City UT 84111-2218
4303309 +E-mail/Text: jmellor@phoenixchamber.com Aug 19 2011 05:15:16 Phoenix Chamber of Commerce, 201 North Central Avenue, 27th Floor, Phoenix, AZ 85004-2715
4303338 E-mail/Text: bankruptcy@pb.com Aug 19 2011 05:13:42 Pitney Bowes, PO Box 856390, Louisville, KY 40285-6390

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

4303336 E-mail/Text: bankruptcy@pb.com Aug 19 2011 05:13:42 Pitney Bowes Global Financial, PO Box 856460, Louisville, KY 40285-6460
4644540 E-mail/Text: bankruptcy@pb.com Aug 19 2011 05:13:42 Pitney Bowes Inc, Attn Bankruptcy Desk/Managing Agent, Sales General Info, P O Box 856390, Louisville KY 40285-6390
4644541 E-mail/Text: bankruptcy@pb.com Aug 19 2011 05:13:43 Pitney Bowes Purchase Power, Attn Bankruptcy Desk/Managing Agent, P O Box 856042, Louisville KY 40285-6042
4303337 E-mail/Text: bankruptcy@pb.com Aug 19 2011 05:13:43 Pitney Bowes Purchase Power, PO Box 856042, Louisville, KY 40285-6042
4303421 E-mail/Text: bkreinbrink@pukkaheadwear.com Aug 19 2011 05:26:25 Pukka Inc., 231232 Momentum Place, Chicago, IL 60689-5311
4303426 E-mail/Text: bankruptcy@pb.com Aug 19 2011 05:13:43 Purchase Power, PO Box 856042, Louisville, KY 40285-6042
4303427 +E-mail/Text: gina@purduemarion.com Aug 19 2011 05:27:15 Purdue Marion & Assoc., 3455 Cliff Shadows Pkwy, Suite 190, Las Vegas, NV 89129-1076
4644599 +E-mail/Text: gina@purduemarion.com Aug 19 2011 05:27:15 Purdue Marion Assoc, Attn Bankruptcy Desk/Managing Agent, 3455 Cliff Shadows Pkwy, Suite 190, Las Vegas NV 89129-1076
4303456 E-mail/Text: bklaw@qwest.com Aug 19 2011 05:13:48 Qwest, PO Box 29039, Phoenix, AZ 850389039
4644698 E-mail/Text: RSSNBankruptcy@repsrv.com Aug 19 2011 05:27:08 Republic Services, Attn Bankruptcy Desk/Managing Agent, PO Box 78040, Phoenix AZ 85062-8040
4303658 E-mail/Text: RSSNBankruptcy@repsrv.com Aug 19 2011 05:27:08 Republic Services, PO Box 78040, Phoenix, AZ 85062-8040
4303681 +E-mail/Text: nichole.mousaw@dunhillhomes.com Aug 19 2011 05:27:18 Rhodes Ranch HOA, 133 Rhodes Ranch Pkwy, Las Vegas, NV 89148-5273
4303697 +E-mail/Text: rreuther@rsrslaw.com Aug 19 2011 05:14:28 Rice Silbey Reuther & Sullivan, 3960 Howard Hughes Parkway, Suite 700, Las Vegas, NV 89169-5983
4644717 +E-mail/Text: rreuther@rsrslaw.com Aug 19 2011 05:14:28 Rice Silbey Reuther Sullivan, Attn Bankruptcy Desk/Managing Agent, 3960 Howard Hughes Parkway, Suite 700, Las Vegas NV 89169-5983
4644733 +E-mail/Text: lmolzahn@havasunews.com Aug 19 2011 05:27:20 River City Newspapers LLC, Attn Bankruptcy Desk/Managing Agent, 2225 West Acoma Blvd, Lake Havasu City 86403-2907
4644769 +E-mail/Text: jcmedfor@rodey.com Aug 19 2011 05:11:58 Rodey Dickason Sloan Akin, Attn Bankruptcy Desk/Managing Agent, Robb P A, 201 3rd St N W Suite 2200, Albuquerque NM 87102-3380
4303911 +E-mail/Text: jcmedfor@rodey.com Aug 19 2011 05:11:59 Rodey, Dickason, Sloan, Akin,, & Robb, P.A., 201 3rd St., N.W., Suite 2200, Albuquerque, NM 87102-3380
4304138 E-mail/Text: Bankruptcy@safety-kleen.com Aug 19 2011 05:25:41 SAFETY-KLEEN SYSTEMS, INC, PO Box 7170, Pasadena, CA 91109-7170
4895881 +E-mail/Text: MAHANNA@SIMPLEXGRINNELL.COM Aug 19 2011 05:14:27 SIMPLEX GRINNELL, ATTN: BANKRUPTCY, 50 TECHNOLOGY DRIVE, WESTMINSTER, MA 01441-0001
4644967 +E-mail/Text: credit@sosstaffing.com Aug 19 2011 05:14:33 SOS Staffing, Attn Bankruptcy Desk/Managing Agent, P O Box 27008, Salt Lake City UT 84127-0008
4304691 E-mail/Text: srcu-r7bankruptcy@dhw.idaho.gov Aug 19 2011 05:26:34 STATE OF IDAHO, CASE No 087212 - Monte Aguas, PO Box 70008, Boise, ID 83707-0108
4644821 +E-mail/Text: Bankruptcy@safety-kleen.com Aug 19 2011 05:25:41 Safety Kleen, Attn Bankruptcy Desk/Managing Agent, 5400 Legacy Drive, Cluster II Bldg 3, Plano TX 75024-3105
4304134 +E-mail/Text: Bankruptcy@safety-kleen.com Aug 19 2011 05:25:41 Safety Kleen, 5400 Legacy Drive,, Cluster II Bldg. 3, Plano, TX 75024-3105
4304137 +E-mail/Text: ssc@safetyservicescompany.com Aug 19 2011 05:27:01 Safety Service Company, PO Box 6408, Yuma, AZ 85366-2518
4644826 E-mail/Text: creditmanagement@sage.com Aug 19 2011 05:26:34 Sage Software Inc, Attn Bankruptcy Desk/Managing Agent, 15195 NW Greenbrier Parkway, Beaverton OR 97006-5701
4644830 +E-mail/Text: larry@salestraq.com Aug 19 2011 05:15:10 Salestraq, Attn Bankruptcy Desk/Managing Agent, Larry Murphy, 9101 Alta Dr 1406, Las Vegas NV 89145-8501
4304162 +E-mail/Text: larry@salestraq.com Aug 19 2011 05:15:10 Salestraq, 9101 Alta Dr. No 1406, Las Vegas, NV 89145-8501
4644892 +E-mail/Text: danl@servicesoftwareinc.com Aug 19 2011 05:14:36 Service Software LLC, Attn Bankruptcy Desk/Managing Agent, 2100 West Littleton Blvd, Suite 100, Littleton CO 80120-5708
4304370 +E-mail/Text: danl@servicesoftwareinc.com Aug 19 2011 05:14:36 Service Software, LLC, 2100 West Littleton Blvd, Suite 100, Littleton, CO 80120-5708
4304466 +E-mail/Text: shelray@lvcoxmail.com Aug 19 2011 05:26:41 Sign A Rama, 2707 E Craig Rd, Unit B, N. Las Vegas, NV 89030-3370
4644920 +E-mail/Text: shelray@lvcoxmail.com Aug 19 2011 05:26:41 Sign A Rama, Attn Bankruptcy Desk/Managing Agent, 2707 E Craig Rd, Unit B, N Las Vegas NV 89030-3370
4304644 E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:31 Sprint, PO Box 219100, Kansas City, MO 64121-9100
4645005 E-mail/Text: bankruptcy@centurylink.com Aug 19 2011 05:13:31 Sprint, Attn Bankruptcy Desk/Managing Agent, P O Box 219100, Kansas City MO 64121-9100
4304677 +E-mail/Text: tish.taylor@starequipco.com Aug 19 2011 05:14:33 Star Equipment, 4025 W. Nevso Dr., Las Vegas, NV 89103-4016
4304919 +E-mail/Text: jtitus@tedwiens.biz Aug 19 2011 05:14:05 Ted Wiens, 3810 Spring Mountain Rd, Las Vegas, NV 89102-8616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

4304918 +E-mail/Text: jtitus@tedwiens.biz Aug 19 2011 05:14:05 Ted Wiens, 1701 Las Vegas Blvd, Las Vegas, NV 89104-1301
4304956 E-mail/Text: BANKRUPTCYNOTICES@TEXTRONFINANCIAL.COM Aug 19 2011 05:26:34 Textron Business Services Inc., Dept. At 40219, Atlanta, GA 31192-0219
4304957 E-mail/Text: BANKRUPTCYNOTICES@TEXTRONFINANCIAL.COM Aug 19 2011 05:26:34 Textron Financial, Dept. AT 40219, Atlanta, GA 31192-0219
4645173 +E-mail/Text: wwangberg@tagnv.com Aug 19 2011 05:15:07 The Advantage Group, Attn Bankruptcy Desk/Managing Agent, 1695 Meadow Wood Lane 200, Reno NV 89502-6564
4304975 +E-mail/Text: citjaxbankruptcy@cit.com Aug 19 2011 05:12:08 The CIT Group, 4600 Touchton RD. East, Bldg. 100 Suite-300, Jacksonville, FL 32246-8299
4305084 +E-mail/Text: kaysong70@gmail.com Aug 19 2011 05:27:13 Timberline Users Group, PO Box 697, Sylvania, OH 43560-0697
4645271 +E-mail/Text: kaysong70@gmail.com Aug 19 2011 05:27:13 Timberline Users Group Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 697, SylvaniaOH 43560-0697
4645279 E-mail/Text: courtney_brightman@acushnetgolf.com Aug 19 2011 05:26:39 Titleist, Attn Bankruptcy Desk/Managing Agent, Acushnet Company, P O Box 965, Fairhaven MA 02719-0965
4305111 E-mail/Text: courtney_brightman@acushnetgolf.com Aug 19 2011 05:26:39 Titleist/Acushnet, PO Box 88112, Chicago, IL 60695-1112
4645289 +E-mail/Text: jprince@personalbest.com Aug 19 2011 05:14:27 Top Health, Attn Bankruptcy Desk/Managing Agent, PO Box 263, Chelsea AL 35043-0263
4305313 E-mail/Text: sharon.cawley@usfood.com Aug 19 2011 05:26:30 US Foodservice, Las Vegas Division, PO Box 3911, Las Vegas, NV 89127-3911
4645388 +E-mail/Text: svlucas@gannett.com Aug 19 2011 05:15:21 USA Today, Attn Bankruptcy Desk/Managing Agent, 7950 Jones Branch Dr, Mc Lean VA 22102-3302
4305314 +E-mail/Text: svlucas@gannett.com Aug 19 2011 05:15:20 USA Today, 7950 Jones Branch Dr., Mc Lean, VA 22102-3302
5033264 +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 19 2011 05:34:41 VERIZON WIRELESS, PO BOX 3397, BLOOMINGTON, IL 61702-3397
4305397 E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 19 2011 05:34:42 Verizon Wireless, PO Box 9622, Mission Hills, CA 91346-9622
4645417 E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 19 2011 05:34:40 Verizon Wireless, Attn Bankruptcy Desk/Managing Agent, PO Box 9622, Mission Hills CA 91346-9622
4645445 +E-mail/Text: mmain@walkerzanger.com Aug 19 2011 05:26:28 Walker Zanger, Attn Bankruptcy Desk/Managing Agent, 4701 S Cameron St, Suite P, Las Vegas NV 89103-5238
4305506 +E-mail/Text: mmain@walkerzanger.com Aug 19 2011 05:26:28 Walker Zanger, 4701 S. Cameron St., Suite P, Las Vegas, NV 89103-5238
4645491 +E-mail/Text: KBooth@WestCorCompanies.com Aug 19 2011 05:14:54 WestCor Construction, Attn Bankruptcy Desk/Managing Agent, Framing, 5620 Stephanie Street, Las Vegas NV 89122-0200
4305603 +E-mail/Text: KBooth@WestCorCompanies.com Aug 19 2011 05:14:54 Westcor Windows, 5620 Stephanie Street, Las Vegas, NV 89122-0200
4645493 +E-mail/Text: KBooth@WestCorCompanies.com Aug 19 2011 05:14:54 Westcor Windows, Attn Bankruptcy Desk/Managing Agent, Craig Osterhoudt, 5620 Stephanie Street, Las Vegas NV 89122-0200
4305633 E-mail/Text: LegalBK@reyrey.com Aug 19 2011 05:15:18 Whos Calling, PO Box 3675, Seattle, WA 98124-3675
4645561 E-mail/Text: Vanessa.Adams@xerox.com Aug 19 2011 05:26:27 XEROX CORPORATION, Attn Bankruptcy Desk/Managing Agent, P O BOX 650361, DALLAS TX 75265-0361
4645560 E-mail/Text: Vanessa.Adams@xerox.com Aug 19 2011 05:26:27 Xerox Corp, Attn Bankruptcy Desk/Managing Agent, PO Box 7405, Pasadena CA 91109-7405
4305744 E-mail/Text: Vanessa.Adams@xerox.com Aug 19 2011 05:26:27 Xerox Corp., PO Box 7405, Pasadena, CA 91109-7405
4305745 E-mail/Text: Vanessa.Adams@xerox.com Aug 19 2011 05:26:27 Xerox Corporation, PO Box 650361, Dallas, TX 75265-0361
4645573 E-mail/Text: jsanceri@yellowpagesinc.com Aug 19 2011 05:26:20 Yellow Pages Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 60007, Anaheim CA 92812-6007

TOTAL: 139

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

4305893 73203-001\DOCS_LA:199203.4
4305895 73203-001\DOCS_LA:199203.4
4305894 73203-001\DOCS_LA:199203.42
4295985 Antonio Quiogue, 27 A Arquilla St, San Lorenzo Village Makati, 00000
4642328 Arclight Systems LLC, Attn Bankruptcy Desk/Managing Agent, Attn Steve Lawrence, 7000 Cardinal Place, Dublin 473017
4642507 Box Brothers Nevada, Attn Bankruptcy Desk/Managing Agent, Corporate Office, 6384 W Sahara Blvd, Las Vegas
4296596 Bryan L. Hermanson, California Mortgage & Realty
4296690 Cameron Properties LLC, 3 Pereira Dr, 3 Pereira Dr Devonshire, FL 00000
4642624 Carolyn Duarte, Attn Bankruptcy Desk/Managing Agent, Full and Final Settlement, of all Clamis
4298660 Current Homeowner, R4-1402 #9 Cao Qiao Xin Yuan, Fent Tai District Beijing, 00000
4298763 Darina Gueorguieva, Al Mankhool Rd, Al Durrah 3 Bldg App 702 Bur, 00000
4298894 Delaware Secretary of State, Vendor No 51-6000279
4642978 Delaware Secretary of State, Attn Bankruptcy Desk/Managing Agent, Vendor 51-6000279
4298964 Devita, Edward, 3990 N. Stockton Hill Rd.

***** BYPASSED RECIPIENTS (continued) *****

4643467 Harrison Kemp Jones, Attn Bankruptcy Desk/Managing Agent, Trust Account, FBO Rainbow Development Corp
4300277 Harrison, Kemp & Jones, Trust Account, FBO Rainbow Development Corp.
4300721 Jaimee Rodriquez
4300969 Jodee Slaazar
4301174 Josh Chesley
4301230 Julio Mendoza, ReMax Olson & Associates
4644062 LV Clark County Library Dist, Attn Bankruptcy Desk/Managing Agent, Performing Arts Center
4301976 Lynette Boggs McDonald, For County Commissioner
4644067 Lynette Boggs McDonald, Attn Bankruptcy Desk/Managing Agent, For County Commissioner
4302166 Martyn Wall, PO Box 75056, Rpo West Hills Calgary, 00000
4644140 Marvic Textiles USA LTD, Attn Bankruptcy Desk/Managing Agent, Unit I Westpoint Trading Est, Alliance Rd Action, London, W3 ORA
4302331 Method 123, 33A Napier Avenue, Takapuna, Auckland, NZ
4644188 Method 123, Attn Bankruptcy Desk/Managing Agent, 33A Napier Avenue, Takapuna, Auckland
4302530 MoneyTree, Inc. and, Dubowsky Law Office CHTD.
4302638 Mushkin & Hafer, Peter and Joyce Kwan
4644367 Nicolas Hernandez, Attn Bankruptcy Desk/Managing Agent, Fire Insurance Exchange and, Daniel S Simon, Esq
4302861 Noel and Eduarda Manaloto, and John Henry Wright, ESQ.
4303282 Peterson & Price Client Trust, Account, San Diego County Case 056984
4644602 QED Inc Shane Clifford Esq, Attn Bankruptcy Desk/Managing Agent, District Court Case A534449
4303636 Reliable Pump, Inc, dba Reliable Pump & Motor, PO Box 31115, Las Vegas, NV 89173, Relocating in Las Vegas, PO Box 8680
4304035 Rosalie & Efren Cruz, 21 San Miguel Cor A Rita Sts, San Juan City Metro, Manila
4305132 Tom R. Grimmett, Chapter 7, Trustee for the Bankruptcy Estate, of Concrete, Inc.
4305772 Yaro Salgado, Pro Lock & Safe, Master Locksmith
5140029* +APPLE MASONRY, INC., ATTN: SHARON K. APPLE, 4547 N. RANCHO DR. #D, LAS VEGAS, NV 89130-3432
5423212* +BANCROFT, SUSA & GALLOWAY, 3955 E FT LOWELL RD SUITE 115, TUCSON, AZ 85712-1049
5425617* +BANCROFT, SUSA & GALLOWAY, 3955 E FT LOWELL RD SUITE 115, TUCSON, AZ 85712-1049
5426641* +BANCROFT, SUSA & GALLOWAY, 3955 E. FT LOWELL RD. STE 115, TUCSON, AZ 85712-1049
5426648* +BANCROFT, SUSA & GALLOWAY, 3955 E FT LOWELL RD STE. 115, TUCSON, AZ 85712-1049
5423249* +Bancroft, Susa & Galloway, 3955 E Ft Lowell Rd. Suite 115, Tucson, AZ 85712-1049
4297243* ++++COUNTRYWIDE HOME LOANS INC, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414 (address filed with court: Countrywide Home Loans Inc, 400 Countrywide Way No Sv-88, Simi Valley, CA 93065)
4297978* ++++CURRENT HOMEOWNER, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414 (address filed with court: Current Homeowner, 400 Countrywide Way # Sv-35, Simi Valley, CA 93065)
4297979* ++++CURRENT HOMEOWNER, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414 (address filed with court: Current Homeowner, 400 Countrywide Way # Sv-35, Simi Valley, CA 93065)
4297980* ++++CURRENT HOMEOWNER, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414 (address filed with court: Current Homeowner, 400 Countrywide Way # Sv-35, Simi Valley, CA 93065)
4297981* ++++CURRENT HOMEOWNER, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414 (address filed with court: Current Homeowner, 400 Countrywide Way # Sv-35, Simi Valley, CA 93065)
4297982* ++++CURRENT HOMEOWNER, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414 (address filed with court: Current Homeowner, 400 Countrywide Way # Sv-35, Simi Valley, CA 93065)
4297983* ++++CURRENT HOMEOWNER, 400 NATIONAL WAY, SIMI VALLEY CA 93065-6414 (address filed with court: Current Homeowner, 400 Countrywide Way # Sv-35, Simi Valley, CA 93065)
4296870* +Charley, Benison, PO Box 666, Crownpoint, NM 87313-0666
4297062* +Clark County-Building Dept, 4701 West Russell Road, Las Vegas, NV 89118-2231
4297101* +Club Forms, 100-C Bishop Street, Winston-Salem, NC 27104-2855
4297150* +Community Bank of Nevada, Attn: Matt Lanning, 8945 West Russell Rd., Ste 300, Las Vegas, NV 89148-1227
4297748* +Current Homeowner, 2780 Lake Vista Dr, Lewisville, TX 75067-3884
4298335* +Current Homeowner, 701 Corporate Center Dr, Raleigh, NC 27607-5084
4297419* +Current Homeowner, 135 N Los Robles Ave, Pasadena, CA 91101-1758
4297420* +Current Homeowner, 135 N Los Robles Ave, Pasadena, CA 91101-1758
4298161* +Current Homeowner, 601 5th Ave, Scottsbluff, NE 69361-3581
4297839* +Current Homeowner, 341 Angels Trace Ct, Las Vegas, NV 89148-2665
4297840* +Current Homeowner, 341 Angels Trace Ct, Las Vegas, NV 89148-2665
4298068* +Current Homeowner, 51 N Painted Mountain Dr, Las Vegas, NV 89148-2779
4297697* +Current Homeowner, 252 Angels Trace Ct, Las Vegas, NV 89148-2746
4297778* +Current Homeowner, 292 Angels Trace Ct, Las Vegas, NV 89148-2746
4297382* +Current Homeowner, 12 Via Del Cielo, Rancho Palos Verdes, CA 90275-2510
4298446* +Current Homeowner, 7879 Elk Mountain St, Las Vegas, NV 89113-3060
4298447* +Current Homeowner, 7879 Elk Mountain St, Las Vegas, NV 89113-3060
4298448* +Current Homeowner, 7879 Elk Mountain St, Las Vegas, NV 89113-3060
4298595* +Current Homeowner, 931 Corporate Center Dr, Pomona, CA 91768-2642
4297474* +Current Homeowner, 1610 E Saint Andrew Pl, Santa Ana, CA 92705-4931
4297475* +Current Homeowner, 1610 E Saint Andrew Pl, Santa Ana, CA 92705-4931
4297476* +Current Homeowner, 1610 E Saint Andrew Pl, Santa Ana, CA 92705-4931
4298181* +Current Homeowner, 6203-97Th Ave Court West, University Place, WA 98467-1051
4297338* +Current Homeowner, 10279 Evening Primrose Ave, Las Vegas, NV 89135-2800

***** BYPASSED RECIPIENTS (continued) *****

4298435* +Current Homeowner, 785 Tossa De Mar Ave, Henderson, NV 89002-6535
4297356* +Current Homeowner, 1100 Virginia Dr, Fort Washington, PA 19034-3204
4298352* +Current Homeowner, 7255 Baymeadows Way, Jacksonville, FL 32256-6851
4298133* +Current Homeowner, 5760 Spring Mountain Rd, Las Vegas, NV 89146-8811
4298176* +Current Homeowner, 62 Cascade Lake St, Las Vegas, NV 89148-2791
4298534* +Current Homeowner, 9101 W Sahara Ave # 105-B34, Las Vegas, NV 89117-5772
4298521* +Current Homeowner, 88 Sahalee Dr, Las Vegas, NV 89148-2712
4298633* +Current Homeowner, PO Box 16665, Irvine, CA 92623-6665
4297860* +Current Homeowner, 3512 Wynn Rd, Las Vegas, NV 89103-1709
4297372* +Current Homeowner, 1156 Lexington Way, Livermore, CA 94550-7164
4298657* +Current Homeowner, PO Box 98378, Las Vegas, NV 89193-8378
4297662* +Current Homeowner, 23 Quintessa Cir, Las Vegas, NV 89141-6054
4297663* +Current Homeowner, 23 Quintessa Cir, Las Vegas, NV 89141-6054
4298108* +Current Homeowner, 5450 Wesleyan Ct, Las Vegas, NV 89113-1175
4298109* +Current Homeowner, 5450 Wesleyan Ct, Las Vegas, NV 89113-1175
4298519* +Current Homeowner, 8694 Mesquite Hills St, Las Vegas, NV 89139-6843
4299041* +DMR Web Designs Services, 6005 Loganwood Dr, Rockville, MD 20852-3458
4298995* +Diaz-De Leon, Jesus S., 7 Washington Way, Henderson, NV 89015-7038
4299007* +Diena Liu, 191 Rancho Maria St, Las Vegas, NV 89148-2751
4299014* +Direct Grading & Paving, 2755 N. Lamont, Las Vegas, NV 89115-4517
5005743* +EAGLE PAINTING & DRYWALL, ATTN: CYNTHIA STINE, 6225 HARRISON DRIVE, SUITE #1, LAS VEGAS, NV 89120-4054
4299163* +Eastgate Realty Corporation, 7010 165th Pl SW, Edmonds, WA 98026-4926
4299228* +Element Landscape & Concrete, 27 Painted View St., Henderson, NV 89012-4485
4299429* +Eurodesign, Inc, 13428 Benson Avenue, Chino, CA 91710-5258
4299451* Express Tel, Payment Center No 5450, PO Box 410468, Salt Lake City, UT 84141-0468
4299612* +Foamtech, Inc., 3340 Pepper Lane, Suite 110, Las Vegas, NV 89120-2734
4299621* +Ford Country, Valley Auto Mall, 280 North Gibson Rd, Henderson, NV 89014-6700
4299623* Ford Credit, PO Box 7172, Pasadena, CA 91109-7172
4299633* +Fort Apache Self Storage, 9345 W Flamingo, Las Vegas, NV 89147-6425
4299665* +Frank Rodriquez Services, Inc., 3675 S. Rainbow, No 180, Las Vegas, NV 89103-1069
4299694* +Freiday Construction, Inc., PO Box 4267, Kingman, AZ 86402-4267
4299697* +French Bouquet Flower Sh, 3265 E. Tropicana Ave, Ste. A-, Las Vegas, NV 89121-7353
4299723* +G.C. Electric, Inc., 4130 Arctic Spring Ave, Suite 1, North Las Vegas, NV 89115-1871
4299868* GE Capital, PO Box 6229, Carol Stream, IL 60197-6229
4299740* +Gale Insulation, 4195 S. Lynn Dr., Fort Mohave, AZ 86426-6221
4299827* +Gary & Janice Goczkowski, 163 Fletcher Dr, Des Plaines, IL 60016-2223
4299911* +GeoTek, Inc., 6835 S. Escondido Street, Suite A, Las Vegas, NV 89119-3832
4299978* +Global Insight (USA), Inc., P. O Box 845730, Boston, MA 02284-5730
4299980* +Global Tour Golf, 1345 Specialty Dr., Suite E, Vista, CA 92081-8533
4300049* +Gonzalez, Luis A., 1616 Stevens No 2, Las Vegas, NV 89115-6347
4300068* Good Technology, Dept CH 17433, Pataline, IL 60055-7433
4300217* +Gutierrez-Jimenez, Leopoldo, 863 Samoy St, Las Vegas, NV 89110-2772
4300218* +Gutierrez-Jimenez, Moises, 1221 Honey Lake St, Las Vegas, NV 89110-5909
4300270* +Harmon Publishing, PO Box 9277, Canton, OH 44711-9277
4300331* +Heidi F. Zwarg Sheltered, Marital Trust, dated 10-3-96, 1608 Via Lazo, Palos Verdes Estates, CA 90274-1248
4300355* +Henry & Nhattan Pham, 7631 Park Forest Dr, Huntington Beach, CA 92648-6815
4300375* Hernandez, Antonio, 3650 Geist No C 3, Las Vegas, NV 89115
4300380* +Hernandez, Dennis A., 3777 Gulliver St, Las Vegas, NV 89115-0367
4300479* +Home Builders Research, INC, 7210 Red Cinder St, Las Vegas, NV 89131-3319
4300493* +Hopper Resources, 2951 Marion Drive No 117, Las Vegas, NV 89115-3467
4301012* +John & Susan Chance, 7571 Jacaranda Bay St, Las Vegas, NV 89139-5313
4301015* +John A. Dorsett, 2900 el Camino No 243, Las Vegas, NV 89102-4244
4301258* +K&D CONSTRUCTION, 4367 W. Sunset Road, Building G Suite A, Las Vegas, NV 89118-3852
4301262* +K.H. Landscaping, 2595 S. Cimarron Road, Suite 206, Las Vegas, NV 89117-2698
4301518* +KVBC-TV3, 1500 Foremaster Lane, Las Vegas, NV 89101-1103
4301425* +Kincaid Land LLC, 3208 Rugby Dr, Billings, MT 59102-0752
4301663* +Layman, John, 3917 Sage River St, Las Vegas, NV 89129-8235
4301727* +Leonard Rasho, 20262 Via Cellini, Porter Ranch, CA 91326-4062
4301804* +Lionel Sawyer & Collins, 1700 Bank of America Plaza, 300 S. Fourth Street, Las Vegas, NV 89101-6014
4302536* +Monsen Engineering Supply, of Nevada, 5115 S. Valley Vie Blvd., Las Vegas, NV 89118-1726
4302601* +Motivational Systems Inc., 2200 Cleveland Avenue, National City, CA 91950-6412
4302848* NMHG Financial Services, Inc., PO Box 643749, Pittsburgh, PA 15264-3749
4302892* NUCO Plastering Inc., 9611 N. 16th Ave., Phoenix, AZ 85021-2126
4302690* +National Construction Rentals, 5675 Puebla St., Las Vegas, NV 89115-1885
4302749* Nevada Beverage, File 50950, Los Angeles, CA 90074-0950
4302790* +News West Publishing, 2435 Miracle Mile, PO Box 21209, Bullhead City, AZ 86439-1209
4302820* +Nicolas Sfeir, 9667 Brooks Lake Ave, Las Vegas, NV 89148-4239
4302836* Nike USA, Inc., PO Box 847648, Dallas, TX 75284-7648
4302843* +Nitz, Walton, Heaton, Trust Account, 601 S. 10th Street, Las Vegas, NV 89101-7027
4302852* +Noble House, 21220 Devonshire No 102, Chatsworth, CA 91311-8224
4302875* Normans Nursery, 8665 East Duarte Road, San Gabriel, CA 91775-1139
4302890* Nu World Graphics, Inc., 1801 Western Ave., Las Vegas, NV 89102-4615
4302900* +Nunez Diaz, Erasmo, 5308 Padua Way, Las Vegas, NV 89107-0404
4302932* +Odor Masters, 4616 W. Sahara Ave Pmb 178, Las Vegas, NV 89102-3654
4303146* +Paul Delong Heavy Haul, PO Box 750609, Las Vegas, NV 89136-0609
4303423* +Pulido Construction, 3540 Sahara Ave No 572, Las Vegas, NV 89102-5816

***** BYPASSED RECIPIENTS (continued) *****
4303571* Ray Mhelona, 7195 S. Durango Drive, Ste 105, Las Vegas, NV 89113
4644661* +Rebel Oil Co Inc, Attn Bankruptcy Desk/Managing Agent, 2200 S Highland Drive, Las Vegas NV 89102-4629
4304256* +Santoro, Driggs, Walch,, Kearney, Johnson & Thompson, 400 S. Fourth St 3rd Floor, Las Vegas, NV 89101-6206
5104883* +Stanley Consultants, Inc., 5820 S. Eastern Avenue, #140, Las Vegas, NV 89119-3003
4304913* Technicom Services, Inc., 4130 N. Losee Road, N. Las Vegas, NV 89030-3302
4304932* +Teresa Erickson, 1809 Birch St., Las Vegas, NV 89102-4403
4304979* The CIT Group/EF, File No 55603, Los Angeles, CA 90074-5603
4305025* Thermo Fluids, Inc., 39354 Treasury Center, Chicago, IL 60694-9300
4305040* +Thomas & Pamela Dahlen, 9929 Laurel Springs Ave, Las Vegas, NV 89134-6701
4305156* +Torres, Fidel, 777 Quartz Ave PMB 7724, Sandy Valley, NV 89019-8501
4305255* +Udayan Patel, 908 Post St, San Francisco, CA 94109-5812
4305295* +Universal Door & Trim, Inc, 3840 N. Commerce St., N. Las Vegas, NV 89032-8104
4305475* Vistage Worldwide, Inc, File 57158, Los Angeles, CA 90074-7158
4305532* +Warm Springs RV & Mini Storage, 721 Capehorn Drive, Henderson, NV 89011-4020
4305539* Washington Mutual, PO Box 78148, Phoenix, AZ 85062-8148
4305816* +Yui & Joyce Chan, 1 Forest Gate Cir, Oak Brook, IL 60523-2129
4305880* +Zorik Pirijanian, 1640 Irving Ave, Glendale, CA 91201-1226
4642108 ##+702 Sports, Attn Bankruptcy Desk/Managing Agent, 2505 Dog Leg Trail, McKinney TX 75069-8059
4295521 ##+702 Sports, 2505 Dog Leg Trail, McKinney, TX 75069-8059
4642112 ##+A 1 Rubber Stamp Engraving, Attn Bankruptcy Desk/Managing Agent, 3111 South Valley View Blvd, O 103, Las Vegas NV 89102-8341
4295527 ##+A A Betke, 236 Dog Leg Dr, Las Vegas, NV 89148-2693
4642118 ##+A A Uniforms Inc, Attn Bankruptcy Desk/Managing Agent, 3111 S Valley View Blvd, Suite J 101, Las Vegas NV 89102-8336
4642126 ##+A Friendly Drain Cleaner, Attn Bankruptcy Desk/Managing Agent, 8665 W Flamingo Rd 2025, Las Vegas NV 89147-8621
4642130 ##+A Perfect Finish, Attn Bankruptcy Desk/Managing Agent, Adam Fisher, 6376 Canyon Dawn Avenue, Las Vegas NV 89108-0800
4295534 ##+A Perfect Finish, 6376 Canyon Dawn Avenue, Las Vegas, NV 89108-0800
4642144 ##+ABC Logistics, Attn Bankruptcy Desk/Managing Agent, 6160 Stevenson Way A, Las Vegas NV 89120-5705
4642204 ##+AL TER Computers, Attn Bankruptcy Desk/Managing Agent, 28075 Avenue Stanford, Valencia CA 91355-1104
4295858 ##+AMPAM-RCR PLUMBING, 3985 W Post Rd, Las Vegas, NV 89118-6826
4295988 ##+AOK Cleaning Professionals, 6024 Puesta Del Sol St, N. Las Vegas, NV 89081-6656
4642304 ##+AOK Cleaning Professionals, Attn Bankruptcy Desk/Managing Agent, 6024 Puesta Del Sol St, N Las Vegas NV 89081-6656
4642368 ##++ASPEN CONCRETE, ATTN BANKRUPTCY DESK/MANAGING AGENT, 4155 E HUNTINGTON DR, FLAGSTAFF AZ 86004-9404
(address filed with court: Aspen Concrete, Attn Bankruptcy Desk/Managing Agent, 4177 E Huntington Dr, Flagstaff, AZ 86004)
4296108 ##++ASPEN CONCRETE INC., 4155 E HUNTINGTON DR, FLAGSTAFF AZ 86004-9404
(address filed with court: Aspen Concrete Inc., 4177 E. Huntington Dr., Flagstaff, AZ 86004)
4296122 ##+ATR Fitness a division of, AMCO Distributing Services, Inc., 23610 S. Banning Blvd., Carson, CA 90745-6220
4295550 ##+Abbott, Steven, 6521 Chatterer St, N Las Vegas, NV 89084-2254
4295557 ##+Able Lock & Key, P.O Box 620539, Las Vegas, NV 89162-0539
4295569 ##+Ace Glass Tinting, 2325 Airway Ave., Kingman, AZ 86409-3661
4295575 ##+Acosta Ibarra, Simon, 1224 W. Washington Ave, Las Vegas, NV 89106-3543
4295581 ##+Action Party Rentals, 4350 S. Arville Bldg C26, Las Vegas, NV 89103-3845
4642163 ##+Action Party Rentals, Attn Bankruptcy Desk/Managing Agent, 4350 S Arville, Bldg C26, Las Vegas NV 89103-3845
4295582 ##+Action Signs & Promotions, 13681 Newport Ave, Ste 8-312, Tustin, CA 92780-4689
4642164 ##+Action Signs Promotions, Attn Bankruptcy Desk/Managing Agent, 13681 Newport Ave, Ste 8 312, Tustin CA 92780-4689
4295597 ##+Adir Ionov, 218 Wicked Wedge Way, Las Vegas, NV 89148-2691
4295599 ##+Adnan & Rita Khamoo, 2613 Palomino Ln, Modesto, CA 95355-2012
4295602 ##+Adrian Markezic, 7123 Clearwater Ave, Las Vegas, NV 89147-4512
4642179 ##+Advanced Demolition Technologi, Attn Bankruptcy Desk/Managing Agent, 3125 W Ali Baba Lane, Suite 713, Las Vegas NV 89118-1610
4642184 ##Advantage Tennis Courts, Attn Bankruptcy Desk/Managing Agent, POBox 80744, Las Vegas NV 89180-0744
4295611 ##Affirmative Security, PO Box 50396, Henderson, NV 89016-0396
4642186 ##Affirmative Security, Attn Bankruptcy Desk/Managing Agent, P O Box 50396, Henderson NV 89016-0396
4295613 ##+Aggregate Transport Company, PO Box 4829, Hualapai, AZ 86412-4829
4642188 ##+Aggregate Transport Company, Attn Bankruptcy Desk/Managing Agent, P O Box 4829, Hualapai AZ 86412-4829
4295626 ##+Aguilar, Billy Garcia, 2321 Daisy Hill, Las Vegas, NV 89106-1779
4295652 ##+Air Quality Services of Nevada, 8031 Denevin Street, Las Vegas, NV 89131-2051
4295662 ##+Alan Guan, 2095 Alcova Ridge Dr, Las Vegas, NV 89135-1569
4295678 ##+Albert Kamatoy, 334 Harpers Ferry Ave, Las Vegas, NV 89148-2784
4295682 ##+Alberto & Milagros Jones, 294 Sea Rim Ave, Las Vegas, NV 89148-2759
4295694 ##+Alejandro C. Martinez, 4560 E. Monroe Ave, Las Vegas, NV 89110-1315
4295704 ##+Alesia Romanov, 7233 Buglehorn St, Las Vegas, NV 89131-8261
4295710 ##+Alex Sang, 1129 Via Canale Dr, Henderson, NV 89011-0804

***** BYPASSED RECIPIENTS (continued) *****

4295711 ##+Alexander Acuna, 9050 W Tropicana Ave Unit 1094, Las Vegas, NV 89147-8187
4295714 ##+Alexander Elizalde, 7103 S Durango Dr Unit 109, Las Vegas, NV 89113-2043
4295712 ##+Alexander and Alfred Chuang, 2416 Greenwich St, San Francisco, CA 94123-3306
4295716 ##+Alexandru Nedelcu, 7264 Morrison St, Las Vegas, NV 89148-1802
4295733 ##+Alifia Alimova, 244 Soggy Ruff Way, Las Vegas, NV 89148-5217
4642209 ##+AlixPartners LLP, Attn Bankruptcy Desk/Managing Agent, 9 West 57th Street, Suite 3420, New York NY 10019-2701
4642217 ##+All Valley Wallcovering, Attn Bankruptcy Desk/Managing Agent, 4705 Illustrious Street, Las Vegas NV 89147-5108
4295754 ##+Alliance Mortgage, ATT: Stacie Martin, 3230 S. Buffalo Drive, Suite 106, Las Vegas, NV 89117-2506
4642232 ##+Alrus Consulting, Attn Bankruptcy Desk/Managing Agent, 615 Sierra Rose Drive Ste 1, Reno NV 89511-4009
4642235 ##+Alternative Shopping, Attn Bankruptcy Desk/Managing Agent, 3400 W Desert Inn Suite 13, Las Vegas NV 89102-8355
4295776 ##+Alumacast, 611 N. Main Street, Las Vegas, NV 89101-1924
4642236 ##+Alumacast, Attn Bankruptcy Desk/Managing Agent, 611 N Main Street, Las Vegas NV 89101-1924
4295790 ##+Alvarez and Marsal, 633 West Fifth Street Suite 2560, Los Angeles, CA 90071-2068
4295801 ##+Alvin Tam, 7155 S Durango Dr Unit 307, Las Vegas, NV 89113-2039
4642252 ##+American Asphalt Grading Co, Attn Bankruptcy Desk/Managing Agent, 3624 Goldfield St, N Las Vegas, NV 89032-3208
4295828 ##+American Asphalt and Grading Co, 3624 Goldfield St., N. Las Vegas, NV 89032-3208
4642269 ##+American Maintenance Co, Attn Bankruptcy Desk/Managing Agent, Art Atwood, 7801 Aplin Avenue, Las Vegas NV 89145-4925
4642277 ##+American Turf Tree, Attn Bankruptcy Desk/Managing Agent, P O Box 530576, Henderson NV 89053-0576
4295860 ##+Amy & Terence Chuang, 2416 Greenwich St, San Francisco, CA 94123-3306
4295862 ##+Amy Dallman, 5024 Milange Street, North Las Vegas, NV 89031-2307
4295864 ##+Amy Soydara, 1816 McCune Ave, Yuba City, CA 95993-6082
4295867 ##+An Mai, 9663 Marcelline Ave, Las Vegas, NV 89148-5750
4642285 ##+Ana Adina, Attn Bankruptcy Desk/Managing Agent, 7010 Mulberry Ct, Dublin CA 94568-1266
4295869 ##+Ana Adina, 7010 Mulberry Ct., Dublin, CA 94568-1266
4295900 ##+Andres Carrillo, 2050 S. Magic No 220, Henderson, NV 89002-8639
4295911 ##+Andrew & Crystal Markowicz, 493 Via Stretto Ave, Henderson, NV 89011-0838
4295915 ##+Andrew Hoelzel, 1016 Via Dupre St, Henderson, NV 89011-0812
4295917 ##Andys Mobile Fuel Service Inc, PO Box 64806, Tucson, AZ 857284806
4295929 ##+Angie Han, 4790 Essen Ct, Las Vegas, NV 89147-8175
4295943 ##Anita De Dios, 4791 Avenida Del Diablo, Las Vegas, NV 89121-6001
4642295 ##Anita De Dios, Attn Bankruptcy Desk/Managing Agent, 4791 Avenida Del Diablo, Las Vegas NV 89121-6001
4295965 ##+Anthony Maglio, 5301 La Patera Lane, Las Vegas, NV 89149-6409
4642301 ##+Anthony N Sanders, Attn Bankruptcy Desk/Managing Agent, 2300 East Silverado Ranch Blvd, 2126, Las Vegas NV 89183-3977
4295983 ##+Antonio Litonjua, 365 Blackstone River Ave, Las Vegas, NV 89148-2738
4642311 ##+Apple Masonry Inc, Attn Bankruptcy Desk/Managing Agent, 1265 Rockpebble Avenue, N Las Vegas NV 89030-1200
4295995 ##+Apple Masonry, Inc., 1265 Rockpebble Avenue, N. Las Vegas, NV 89030-1200
4642321 ##+Arapahoe Cleaning LLC, Attn Bankruptcy Desk/Managing Agent, 470 Mirror Court Suite B 106, Henderson NV 89011-4045
4296001 ##+Arapahoe Cleaning LLC, 470 Mirror Court, Suite B-106, Henderson, NV 89011-4045
4296002 ##+Ararat Oustian, 4767 Ashington St, Las Vegas, NV 89147-8121
4296042 ##+Arizona Land Quest LLC, 1608 Buffalo Trail, Henderson, NV 89014-0359
4642339 ##+Arizona Land Quest LLC, Attn Bankruptcy Desk/Managing Agent, 1608 Buffalo Trail, Henderson NV 89014-0359
4296051 ##+Arlene Montano, 1109 Via Canale Dr, Henderson, NV 89011-0804
4296054 ##+Arman Pirim, 5710 Wallis Ln, Woodland Hills, CA 91367-5325
4296056 ##+Armando Campos, 208 Circle Dr, Las Vegas, NV 89101-5225
4296060 ##+Armen Sarkisian, 290 Tayman Park Ave, Las Vegas, NV 89148-2837
4296064 ##+Arno Zwarg, 1608 Via Lazo, Palos Verdes Estates, CA 90274-1248
4296065 ##+Arnold & Alma Santos, 1217 Dream Brodge Dr, Las Vegas, NV 89144-1616
4642351 ##+Arnold Alma Santos, Attn Bankruptcy Desk/Managing Agent, 1217 Dream Brodge Dr, Las Vegas NV 89144-1616
4296068 ##+Arnold Pierce, 7151 S Durango Dr Unit 213, Las Vegas, NV 89113-2034
4296079 ##+Arrow Air Conditioning, 5200 Lakewood Road, Fort Mohave, AZ 86426-6503
4296095 ##+Arturo Luna, 637 Belsay Castle Ct, Las Vegas, NV 89178-1287
4642367 ##+Asian Week, Attn Bankruptcy Desk/Managing Agent, 809 Sacramento Street, San Francisco CA 94108-2116
4296124 ##+Atrium Door & Window, 690 S. 91st Ave. Bldg. A, Tolleson, AZ 85353-9378
4296131 ##+Aunt Hatties, Holsum Bakery, PO Box 29192, Phoenix, AZ 85038-9192
4296132 ##+Aurealyn & Michael Mirabel, 4287 Clarinbridge Cir, Dublin, CA 94568-7213
4296138 ##+Austin Hardwoods, 4245 W Sunset Road, Las Vegas, NV 89118-3873
4296167 ##+Awesome Tutors, PO Box 70911, Las Vegas, NV 89170-0911
4642396 ##+Awesome Tutors, Attn Bankruptcy Desk/Managing Agent, P O Box 70911, Las Vegas NV 89170-0911
4642405 ##+B M Office Products Inc, Attn Bankruptcy Desk/Managing Agent, 3175 W Ali Baba Lane, Suite 809, Las Vegas NV 89118-1611
4296455 ##+B-Lure Painting, Inc., 4175 W. Tompkins Avenue, Las Vegas, NV 89103-5349
4642571 ##+BYL Collection Services, Attn Bankruptcy Desk/Managing Agent, 3305 Springmountain Rd unit 46, Las Vegas NV 89102-8622
4296213 ##+Bancroft, Susa & Galloway, 4713 E. Camp Lowell Drive, Tucson, AZ 85712-1256

***** BYPASSED RECIPIENTS (continued) *****

4296224 ##+Bank Deutsche National Tr Co Trs, 7495 New Horizon Way, Frederick, MD 21703-8388
4296228 ##+Bank H S B C USA N A Trs, 7495 New Horizon Way, Frederick, MD 21703-8388
4296241 ##Bank Of Oklahoma, Payment Processing Center, PO Box 268800, Oklahoma City, OK 73126-8800
4296249 ##+Bank U S National Assn Trs, 7495 New Horizon Way, Frederick, MD 21703-8388
4296271 ##+Barbara & Michael Victor, 506 21st St, Huntington Beach, CA 92648-3303
4296277 ##+Barbara Mylar, 186 Short Ruff Way, Las Vegas, NV 89148-5258
4296279 ##+Barbara Reynolds, 3868 Hillington Ln, Lake Havasu City, AZ 86404-8706
4296304 ##+Barron & Barbara Ramos, 32 Sandy Bunker Ln, Las Vegas, NV 89148-5266
4296334 ##Bearing Belt Chain, PO Box 14867, Las Vegas, NV 89114-4867
4642439 ##+Beckwith Printing Corp, Attn Bankruptcy Desk/Managing Agent, 4580 W Hacienda, Las Vegas NV 89118-1532
4296343 ##+Bedrock Concrete Pumping, P.O Box 750309, Las Vegas, NV 89136-0309
4296356 ##+Bell, Boyd & Lloyd, 1615 L Street N.W. Ste 1200, Washington, DC 20036-5625
4642449 ##+Belle Miller, Attn Bankruptcy Desk/Managing Agent, 4138 Vicksburg, North Highlands CA 95660-5473
4296358 ##+Belle Miller, 4138 Vicksburg, North Highlands, CA 95660-5473
4296368 ##+Ben Huffman, 3632 Hammock St, Las Vegas, NV 89147-3756
4642451 ##+Benchmark Consulting Services, Attn Bankruptcy Desk/Managing Agent, 1120 Town Center Drive, Suite 220, Las Vegas NV 89144-6300
4296370 ##+Benchmark Consulting Services, 1120 Town Center Drive, Suite 220, Las Vegas, NV 89144-6300
4296375 ##+Benita Fontenette, 1027 Regatta Pt, Hercules, CA 94547-2604
4296404 ##+Bernard McCarron, 72 Arcadian Shores St, Las Vegas, NV 89148-2755
4296405 ##+Bernardo & Jeslisa Anonuevo, 66 Big Creek Ct, Las Vegas, NV 89148-2798
4642459 ##+Best Agency, Attn Bankruptcy Desk/Managing Agent, 5565 S Decatur Blvd, Suite 106, Las Vegas NV 89118-6249
4296414 ##+Bethany & Scott Riley, 9691 Waukegan Ave, Las Vegas, NV 89148-5744
4642463 ##Better Business Bureau, Attn Bankruptcy Desk/Managing Agent, 2301 Palomino Lane, Las Vegas NV 89107-4503
4296416 ##Better Business Bureau of So. NV., 2301 Palomino Lane, Las Vegas, NV 89107-4503
4296426 ##+Bik Leong, 344 Harpers Ferry Ave, Las Vegas, NV 89148-2784
4296465 ##+Bobby & Kimberly Williamson, 7500 Apple Springs Ave, Las Vegas, NV 89131-3367
4642496 ##+Bobby Kimberly Williamson, Attn Bankruptcy Desk/Managing Agent, 7500 Apple Springs Ave, Las Vegas NV 89131-3367
4642501 ##+Bonny Yau, Attn Bankruptcy Desk/Managing Agent, 5418 Ontario Comm, Fremont CA 94555-2927
4642512 ##+Brad Vowles, Attn Bankruptcy Desk/Managing Agent, 6428 Wheelharrow Peak Drive, Las Vegas NV 89108-5715
4296508 ##+Bradstone, 1013 E Delhi, N. Las Vegas, NV 89030-8077
4642516 ##+Branding Innovations Inc, Attn Bankruptcy Desk/Managing Agent, 7096 Spring Beauty Ave, Las Vegas NV 89131-0136
4296511 ##+Branding Innovations, Inc, 7096 Spring Beauty Ave., Las Vegas, NV 89131-0136
4296516 ##+Brandon Ilic, 7107 S Durango Dr Unit 213, Las Vegas, NV 89113-2013
4296518 ##+Brandon Maldonado, 246 Via Franciosa Dr, Henderson, NV 89011-0851
4296531 ##+Brenda & Shawn Bloomer, 7541 Arborcrest Ave, Las Vegas, NV 89131-3365
4296548 ##+Brian & Kari Hermanson, 444 Punto Vallata Dr, Henderson, NV 89011-0821
4296553 ##+Brian Kim, 1038 Via Sanguinella St, Henderson, NV 89011-0820
4642530 ##+Bricker Construction Inc, Attn Bankruptcy Desk/Managing Agent, 121 Industrial Park Road, Suite 101, Henderson NV 89015-6605
4296559 ##+Bricker Construction Inc., 121 Industrial Park Road, Suite 101, Henderson, NV 89015-6605
4296575 ##+Brooks & Leigh Bowman, 931 Via Canale Dr, Henderson, NV 89011-0828
4296588 ##+Bruce Jorgenson, 923 S 80th St, Mesa, AZ 85208-4659
4296612 ##+Builders Information Group, 111 West Washington St., Ste. 450, Chicago, IL 60602-2817
4296615 ##Bull Concrete Corp, 6045 Hauck Street, Las Vegas, NV 89118-2819
4642568 ##+Business Objects Americas, Attn Bankruptcy Desk/Managing Agent, 3030 Orchard Parkway, San Jose CA 95134-2028
4296637 ##+Byron Irby, 465 Punto Vallata Dr, Henderson, NV 89011-0821
4296639 ##+C & N Performance, 323 Sunpac Ct, Henderson, NV 89011-4433
4296644 ##+C Construction, dba Select Build, 5201 South Polaris, Las Vegas, NV 89118-1701
4895907 ##+CABINETEC, INC., ATTN: TRACY L GOLDSACK, 2711 EAST CRAIG RD, #A, NORTH LAS VEGAS, NV 89030-3367
4296797 ##+CCI Painting, 224 N. Lincoln Avenue, Corona, CA 92882-1893
4642706 ##+CID Reserve Studies LLC, Attn Bankruptcy Desk/Managing Agent, 3838 N Central Avenue, Suite 1100, Phoenix AZ 85012-1988
4756906 ##+CM PAINTING INC., ATTN: CHASON MEMMOTT, 10967 LAMPIONE ST, LAS VEGAS, NV 89141-3924
4642773 ##+CM Painting Inc, Attn Bankruptcy Desk/Managing Agent, Chason Memmott, 10967 Lampione Street, Las Vegas NV 89141-3924
4642582 ##+Cabinetec Inc, Attn Bankruptcy Desk/Managing Agent, 2711 E Craig Road Suite A B, North Las Vegas NV 89030-3367
4296652 ##+Cabinetec, Inc., 2711 E. Craig Road Suite A & B, North Las Vegas, NV 89030-3367
4642603 ##+Canyon Creative Design Inc, Attn Bankruptcy Desk/Managing Agent, 4375 S Polaris Avenue Suite 4, Las Vegas NV 89103-4150
4296719 ##+Carlito & Adelina Paule, 589 Via Di Parione Ct, Henderson, NV 89011-0811
4296726 ##+Carlos Delasheras, 216 Via Luna Rosa Ct, Henderson, NV 89011-0875
4296735 ##+Carol Callahan, 275 Blackstone River Ave, Las Vegas, NV 89148-2702
4296750 ##Cart Parts, Inc., PO Box 821810, Pembroke Pines, FL 33082-1810
4296757 ##+Casey W. High, 4960 Harrison Dr No 125, Las Vegas, NV 89120-1056
4642636 ##+Catalina Draperies, Attn Bankruptcy Desk/Managing Agent, 6340 Sunset Corporate Drive, Las Vegas NV 89120-2795
4296790 ##+Catherine Picucci, 7340 W Russell Rd Apt 1024, Las Vegas, NV 89113-0707
4296801 ##+Cedco,Inc., 7210 Placid Street, Las Vegas, NV 89119-4228

***** BYPASSED RECIPIENTS (continued) *****

4296813 ##+Century 21 Amber Realty, 23705 Crenshaw Blvd. No 100, Torrance, CA 90505-5277
4296817 ##+Century Steel Inc., 6655 S Eastern Ave, Las Vegas, NV 89119-3915
4642669 ##+Champion Movers LLC, Attn Bankruptcy Desk/Managing Agent, 3003 S Valley View Blvd Ste 120, Las Vegas NV 89102-7878
4296839 ##+Champion Movers, LLC, 3003 S. Valley View Blvd. Ste 120, Las Vegas, NV 89102-7878
4296846 ##+Chaodong Li, 3269 Quail Hollow Dr, Fairfield, CA 94534-8300
4296849 ##+Charito & Timoteo Paule, 6 Orino Ct, Matawan, NJ 07747-9733
4296855 ##+Charles & Jill Hatfield, 1066 Via Saint Andrea Pl, Henderson, NV 89011-0840
4296865 ##+Charles Sakura, 9416 Arcadia Woods Court, Las Vegas, NV 89149-1619
4296912 ##+Cherry Rodrigo, 111 Honors Course Dr, Las Vegas, NV 89148-0001
4642694 ##+Chicago Title Insurance Co, Attn Bankruptcy Desk/Managing Agent, 2699 E Andy Devine Ave, PO Box 3599, Kingman AZ 86402-3599
4296932 ##+Chicago Title Insurance Co., 2699 E. Andy Devine Ave., PO Box 3599, Kingman, AZ 86402-3599
4296941 ##+Chow Chuang, 73 Laying Up Ct, Las Vegas, NV 89148-5257
4296944 ##+Chris Alston, PO Box 6224, Kingman, AZ 86402-6224
4296945 ##+Chris Burley, 2240 Runabout Drive, Lake Havasu City, AZ 86403-3043
4296952 ##+Christina Madson, PO Box 1028, Santa Ynez, CA 93460-1028
4642701 ##+Christine Yan Xie, Attn Bankruptcy Desk/Managing Agent, 6836 Baby Jade Ct, Las Vegas NV 89148-4838
4296957 ##+Christine Yan Xie, 6836 Baby Jade Ct, Las Vegas, NV 89148-4838
4296966 ##+Christopher & Patricia Nance, 1194 Melia Pl, Placentia, CA 92870-5262
4296973 ##+Christopher Marian, 2312 Silvereye Dr, N Las Vegas, NV 89084-2261
4296976 ##+Christopher Thweny, 7119 S Durango Dr Unit 305, Las Vegas, NV 89113-2060
4296977 ##+Christopher Tromba, 7221 Eaglegate St, Las Vegas, NV 89131-8205
4296978 ##+Christopher Trott, 9050 W Warm Springs Rd Unit 2066, Las Vegas, NV 89148-3834
4296980 ##+Christopher Zepeda, 299 Falcons Fire Ave, Las Vegas, NV 89148-2743
4296990 ##+Churie Grose, 7163 S Durango Dr Unit 311, Las Vegas, NV 89113-2009
4297073 ##+Classic Architectural Precast, 1701 Athol Ave., Henderson, NV 89011-4073
4642760 ##+Classic Architectural Precast, Attn Bankruptcy Desk/Managing Agent, 1701 Athol Ave, Henderson NV 89011-4073
4297077 ##+Claudette Allen, 5181 Hickory Cir, Cypress, CA 90630-2928
4297096 ##+Clint Sherrill & Assoc., Inc., 730 San Mateo SE, Albuquerque, NM 87108-3604
4642771 ##+Clint Sherrill Assoc Inc, Attn Bankruptcy Desk/Managing Agent, 730 San Mateo SE, Albuquerque NM 87108-3604
4297124 ##+Colin & Fe McGregor, 8056 Old Exchange Dr, Colorado Springs, CO 80920-4807
4642785 ##+Colonial Bank, Attn Bankruptcy Desk/Managing Agent, 4670 South Fort Apache 250, Las Vegas NV 89147-7961
4297139 ##+Combined Marketing Group, 711 NE Btler Market Rd, Bend,, OR 97701-8083
4642796 ##+Commerce Title Company, Attn Bankruptcy Desk/Managing Agent, 8970 W Tropicana, Las Vegas NV 89147-8137
4297144 ##+Commerce Title Company, 8970 W. Tropicana, Las Vegas, NV 89147-8137
4297151 ##+Community Bank, 7676 W. Lake Mead Blvd., Las Vegas, NV 89128-6642
4297148 ##+Community Bank of Nevada, 370 N Stephanie, Henderson, NV 89014-8723
4297149 ##+Community Bank of Nevada, Attn: Matt Lanning, 8945 West Russell Rd., Ste 300, Las Vegas, NV 89148-1227
4642807 ##+Competitive Edge, Attn Bankruptcy Desk/Managing Agent, 5021 Ixworth Place, Westminster CA 92683-4829
4297153 ##+Competitive Edge, 5021 Ixworth Place, Westminster, CA 92683-4829
4297166 ##+Connie Ficarrotta, 35 Sunset Bay St, Las Vegas, NV 89148-2767
4297177 ##+Consolidated Office Systems, 118 W. Commonwealth Ave., Fullerton, CA 92832-1809
4297193 ##+Contreras Jr., Eduardo, 257 E. San Jacinto, Perris, CA 92570-1923
4297202 ##+Cooper Research, 3396 Skyline View Dr, Reno, NV 89509-5067
4642837 ##+Cooper Research, Attn Bankruptcy Desk/Managing Agent, 3396 Skyline View Dr, Reno NV 89509-5067
4642840 ##+Copy Right Video, Attn Bankruptcy Desk/Managing Agent, 1554 18th Street, Santa Monica CA 90404-3404
4297245 ##+Countrywide Realty, 1401 E. Charleston Blvd., Las Vegas, NV 89104-1723
4642857 ##+Countrywide Realty, Attn Bankruptcy Desk/Managing Agent, 1401 E Charleston Blvd, Las Vegas NV 89104-1723
4642861 ##+Court Trustee BY 0666304, Attn Bankruptcy Desk/Managing Agent, P O Box 513544, Los Angeles CA 90051-3544
4297258 ##+Craftwork Fence Inc., 4430 N. Arizona St, Kingman, AZ 86409-2738
4297261 ##+Craig Hammond, 9050 W Warm Springs Rd Unit 2177, Las Vegas, NV 89148-3837
4642881 ##+Criterion Group, Attn Bankruptcy Desk/Managing Agent, 2701 Crimson Canyon Drive, Ste 120, Las Vegas NV 89128-0806
4297301 ##+Crystal Erickson, 84 Yesterday Dr, Henderson, NV 89074-5850
4297319 ##+Cunha Construction Inc, 904 Eugene Cernan St., Las Vegas, NV 89145-6129
4642894 ##+Cunha Construction Inc, Attn Bankruptcy Desk/Managing Agent, 904 Eugene Cernan St, Las Vegas NV 89145-6129
4298667 ##+Custodio, Jesus Neria, 1308 Silverlake, Las Vegas, NV 89108-1156
4642909 ##+D C Installation Corp, Attn Bankruptcy Desk/Managing Agent, 4690 Panoramic Court, Las Vegas NV 89129-1617
4642961 ##DBH Resources Inc, Attn Bankruptcy Desk/Managing Agent, 999 North Sepulveda Blvd Ste 400, El Segundo CA 90245-2731
4298844 ##+DBH Resources, Inc., 3415 S. Sepulveda Blvd. Ste900, Los Angeles, CA 90034-6981
4298845 ##DBH Resources, Inc., 999 North Sepulveda Blvd. Ste 400, El Segundo, CA 90245-2731
4299121 ##+DRI Residential Corporation, 5025 W. Diablo Drive, Las Vegas, NV 89118-6069
4776047 ##+DYNAMIC HEATING & AIR OF NEVADA, INC., ATTN: MICHAEL MAHONY, 3315 BIRTCHER DRIVE, LAS VEGAS, NV 89118-3855

***** BYPASSED RECIPIENTS (continued) *****

4298710 ##+Dan Packer, 320 Hedgehope Drive, Las Vegas, NV 89183-4637
4298711 ##+Dan Regester, 2255 E. Sunset Rd. No 2056, Las Vegas, , CA 89119-4954
4298717 ##+Daniel & Judy Delrossi, 7741 Falconwing Ave, Las Vegas, NV 89131-8255
4298723 ##+Daniel Carbajal, 4125 Comb Cr, Las Vegas, NV 89104-5401
4298726 ##+Daniel Espinoza, 270 Falcons Fire Ave, Las Vegas, NV 89148-2743
4298745 ##+Danilo & Emma Mupas, 1087 Moonstone Pl, Chula Vista, CA 91913-2819
4298762 ##+Darin & Jeannie Olson, 7135 S Durango Dr Unit 217, Las Vegas, NV 89113-2076
4298764 ##+Darla Maclean, 10316 Willamette Pl, Las Vegas, NV 89134-5151
4298768 ##+Darrel Hanway, 268 Tie Breaker Ct, Las Vegas, NV 89148-5200
4298772 ##+Darrin & Heather Bagnuolo, 5126 Somerset Dr, Las Vegas, NV 89120-1545
4642941 ##+Dart Helicopter Services, Attn Bankruptcy Desk/Managing Agent, PO Box 430, 414 Industrial Park Rd, Piney Flats TN 37686-4419
4298780 ##+David & Griselda McCasey, 7311 Citrus Valley Ave, Corona, CA 92880-9078
4298785 ##+David & Laurie Kellaway, 2975 Lullingstone St, Las Vegas, NV 89135-2246
4298791 ##+David & Mira Kim, 187 Real Long Way, Las Vegas, NV 89148-5214
4298793 ##+David & Sandra Henderson, 7135 S Durango Dr Unit 111, Las Vegas, NV 89113-2074
4642945 ##+David Castle, Attn Bankruptcy Desk/Managing Agent, 6242 Ordaz Avenue 103, Henderson NV 89011-1002
4298804 ##+David Castle, 6242 Ordaz Avenue No 103, Henderson, NV 89011-1002
4298805 ##+David Due, 7147 S Durango Dr Unit 306, Las Vegas, NV 89113-2029
4642949 ##+David Haislip, Attn Bankruptcy Desk/Managing Agent, 10876 E Santa Fe Trail, Scottsdale AZ 85262-3441
4298812 ##+David Haislip, 10876 E. Santa Fe Trail, Scottsdale, AZ 85262-3441
4298814 ##+David Liu & Associates, 10217 Hawk Bay Place, Las Vegas, NV 89144-4320
4298815 ##+David Lo, 609 Over Par Ct, Las Vegas, NV 89148-5239
4298824 ##+David Strong, PO Box 90744, Henderson, NV 89009-0744
4298827 ##+David Vapnitsky, 195 Crooked Putter Dr, Las Vegas, NV 89148-5228
4298866 ##+Dean Tajima, 7167 S Durango Dr Unit 201, Las Vegas, NV 89113-2042
4298870 ##+Debbie Packard, 2570 Hitchcock Street, Henderson, NV 89052-4930
4298873 ##+Debora Pope, 396 Apple River Ct, Las Vegas, NV 89148-2786
4298877 ##+Deborah Brunnmeier, 7173 S Durango Dr Unit 308, Las Vegas, NV 89113-2047
4642969 ##+Deborah Natansohn, Attn Bankruptcy Desk/Managing Agent, 2824 NE 24 Place, Ft Lauderdale FL 33305-2822
4298879 ##+Debra Packard, 2570 Hitchcock Street, Henderson, NV 89052-4930
4298883 ##+Deck Systems Nevada Corp, 441 Eastgate Road Suite A, Henderson, NV 89011-4090
4642976 ##+Del Engineering Inc, Attn Bankruptcy Desk/Managing Agent, 4965 N Dapple Gray Road, Las Vegas NV 89149-3539
4298887 ##+Del Engineering, Inc., 4965 N. Dapple Gray Road, Las Vegas, NV 89149-3539
4298905 ##+Dell Service Sales, P.O Box 22130, Oakland, CA 94623-2130
4642986 ##+Dell Service Sales, Attn Bankruptcy Desk/Managing Agent, P O Box 22130, Oakland CA 94623-2130
4298914 ##+Demetrius & Darelyn Finister, 643 Chervil Valley Dr, Las Vegas, NV 89138-2004
4642994 ##+Denise Marshall, Attn Bankruptcy Desk/Managing Agent, 8965 Edgeworth Place, Las Vegas NV 89123-3085
4298925 ##+Dennis McDonald, 449 Wright Way, Henderson, NV 89015-6852
4642997 ##+Dennis McDonald, Attn Bankruptcy Desk/Managing Agent, 449 Wright Way, Henderson NV 89015-6852
4643011 ##+Desert Messenger, Attn Bankruptcy Desk/Managing Agent, Walter Akin, P O Box 1187, Quartzsite AZ 85346-1187
4298953 ##Design Space Modular Buildings, Accounts Receivable, 2235 Encinitas Blvd., Ste 111, Encinitas, CA 92024-4356
4298965 ##+Devon Turner, 7143 S Durango Dr Unit 206, Las Vegas, NV 89113-2002
4298968 ##+Devries Jr., Richard, 3273 E. Flamingo Rd. No 102, Las Vegas, NV 89121-7408
4299017 ##+Dirk Griffith, 272 Arbour Garden Ave, Las Vegas, NV 89148-2761
4299018 ##+Dirk Griffith, 272 Arbour Gardens Ave, Las Vegas, NV 89148-2761
4299022 ##+Distinctive Designs 21, Inc., 24835 E. La Palma Ave. No J, Yorba Linda, CA 92887-5532
4643052 ##+Diversified Interests Inc, Attn Bankruptcy Desk/Managing Agent, 10777 W Twain Avenue 333, Las Vegas NV 89135-3038
4299028 ##+Diversified Interests, Inc., 10777 W. Twain Avenue No 333, Las Vegas, NV 89135-3038
4299029 ##+Diversified Protection Systems, 6672 Boulder Highway, Suite 1, Las Vegas, NV 89122-7722
4643053 ##+Diversified Protection Systems, Attn Bankruptcy Desk/Managing Agent, 6672 Boulder Highway, Suite 1, Las Vegas NV 89122-7722
4299030 ##+Diversified Safety, PO Box 694, Boca Raton, FL 33429-0694
4299032 ##+Divix Golf Inc., 1050 Pioneer Way, Suite G, El Cajon, CA 92020-1943
4299048 ##+Domenico Ferraro, 187 Wicked Wedge Way, Las Vegas, NV 89148-2690
4299065 ##+Donald & Lisa Anderson, 7411 Hornblower Ave, Las Vegas, NV 89131-3395
4299067 ##+Donald Klement, 956 Via Stellato St, Henderson, NV 89011-0857
4643067 ##+Donald Nelson, Attn Bankruptcy Desk/Managing Agent, P O Box 36790, Las Vegas NV 89133-6790
4643073 ##+Doris Basil Ibegbulam, Attn Bankruptcy Desk/Managing Agent, 6265 Canebrake Court, Las Vegas NV 89141-8562
4643076 ##+Double A Electric LLC, Attn Bankruptcy Desk/Managing Agent, 580 West Cheyenne Avenue Ste 100, N Las Vegas NV 89030-3978
4299094 ##+Double A Electric, LLC, 580 West Cheyenne Avenue Ste 100, N. Las Vegas, NV 89030-3978
4299122 ##+Drina Fried, 120 Westbluff Ct, Bakersfield, CA 93305-1349
4299142 ##+Dynamic Heating & Air, of Nevada, Inc., 3315 Birtcher Drive, Las Vegas, NV 89118-3855
4643101 ##+Dynamic Heating Air Conditioning, Attn Bankruptcy Desk/Managing Agent, 3315 Birtcher Drive, Las Vegas, NV 89118-3855
4299156 ##+Earnest & Rachel Coe, 247 Dog Leg Dr, Las Vegas, NV 89148-2697

***** BYPASSED RECIPIENTS (continued) *****

4643126 ##+Edgardo Asuncion, Attn Bankruptcy Desk/Managing Agent, 242 Angels Trace Court, Las Vegas NV 89148-2746
4299194 ##+Eduardo & Isabel Ramirez, 7189 S Durango Dr Unit 106, Las Vegas, NV 89113-2020
4299205 ##+Edward Cruz, 923 Via Canale Dr, Henderson, NV 89011-0828
4299206 ##+Edward Rosales, PO Box 1082, Carpinteria, CA 93014-1082
4299222 ##+Elaina Hartman, 9657 Marcelline Ave, Las Vegas, NV 89148-5750
4299234 ##+Elias H. Martinez, 4600 Vegas Dr. No 125, Las Vegas, NV 89108-2158
4299272 ##+Emily Choe, 1038 Via Sanguinella St, Henderson, NV 89011-0820
4643162 ##Emp Benefits Inst of Amer, Attn Bankruptcy Desk/Managing Agent, P O Box 33410, Seattle WA 98133-0410
4299295 ##Environmental Management, Solutions, 1214 Wigwam Pkwy No 100, Henderson, NV 89074-8156
4643178 ##+Environmental Washout Sytems, Attn Bankruptcy Desk/Managing Agent, 2552 Shellsburg Avenue, P O Box 777400, Henderson NV 89077-7400
4299311 ##+Eric & Josefina Galero, 9582 Verneda Ct, Las Vegas, NV 89147-8207
4299316 ##+Eric Dobberstein & Associates, 1399 Galleria Drive, Suite 201, Henderson, NV 89014-6664
4299320 ##+Eric Strauss, 1232 Olivia Pkwy, Henderson, NV 89011-0833
4299321 ##+Eric Young, 5525 Pine Ave, Chino Hills, CA 91709-6504
4299324 ##+Erica Yi, 384 Banff Ct, Las Vegas, NV 89148-2822
4299335 ##+Erlinda & Julian Eusebio, 3714 Wild Lily Ct, Las Vegas, NV 89147-4290
4299346 ##+Ernesto Martinez, PO Box 5048, Chatsworth, CA 91313-5048
4299347 ##+Ernesto Perez, 7459 Manfre St, Las Vegas, NV 89148-2675
4299348 ##+Ernie White, 7155 S Durango Dr Unit 302, Las Vegas, NV 89113-2039
4299419 ##+Eufemia & Clemente Cristobal, 2932 S Barcelona St, Spring Valley, CA 91977-6713
4299428 ##+Eurodesign, Inc, 13428 Benson Avenue, Chino, CA 91710-5258
4299437 ##+Events & More By Dee, Inc., 1877 Morthgate Blvd. Ste 1, Sarasota, FL 34234-2115
4299440 ##+Ever-Ready Glass, 3225 Tompkin Ave, Las Vegas, NV 89103-5651
4299444 ##+Executive Plastering, 3656 N. Rancho Dr. Suite 101, Las Vegas, NV 89130-3172
4299454 ##+Ezra & Esther Ainhoren, 1900 Mountain Hills Ct Apt 204, Las Vegas, NV 89128-2712
4299497 ##+FEDEx Freight, PO Box 649002, San Jose, CA 95164-9002
4299534 ##+FFM, LLC, C/O Faiss Foley Warren PR, 515 South Seventh Street, Las Vegas, NV 89101-6903
4299460 ##+Face Forward Technologies, LLC, 445 Union Blvd., Suite 208, Lakewood, CO 80228-1241
4299467 ##+Fan Financial 18 LLC, 425 NW 10th Ave Ste 307, Portland, OR 97209-3128
4643235 ##+Fe Taboada, Attn Bankruptcy Desk/Managing Agent, 2218 Bell Street, 2, Harlingen TX 78550-8328
4299535 ##+Fidelino Cortez, 263 Dog Leg Dr, Las Vegas, NV 89148-2697
4643252 ##+Fire Hydrant Serv Const Inc, Attn Bankruptcy Desk/Managing Agent, 5770 Wynn Road Suite 1, Las Vegas NV 89118-3078
4299563 ##+First American Title, Account Servicing Center, PO Drawer 487, Pinetop, AZ 85935-0487
4299577 ##+Five Star Parts, Inc, 439 E Harrison St, Unit A, Corona, CA 92879-1316
4299589 ##+Florence Doyle, 7167 S Durango Dr Unit 205, Las Vegas, NV 89113-2042
4299590 ##+Florentino Martin Santiago, 6500 W. Charleston No 123, Las Vegas, NV 89146-9071
4299602 ##+Flores, Junior Ivan, 1413 Rev Wilson, Las Vegas, NV 89030-7862
4299605 ##+Flores, Noel Garcia, 913 Salem Drive, Las Vegas, NV 89107-3421
4299643 ##+Francesca Ervin, 7143 S Durango Dr Unit 311, Las Vegas, NV 89113-2025
4299644 ##+Francis & Gwendolyn Pascoe, 16755 W Cherry Stage Rd, Colorado Springs, CO 80921-3417
4299646 ##+Francis McKenzie, 7111 S Durango Dr Unit 212, Las Vegas, NV 89113-2051
4299664 ##+Frank Rodriquez Services, 3675 S. Rainbow, No 180, Las Vegas, NV 89103-1069
4299668 ##+Frank Stone, 121 Wicked Wedge Way, Las Vegas, NV 89148-2689
4643307 ##+Franklin Document Services, Attn Bankruptcy Desk/Managing Agent, 3111 S Valley View Blvd, N 108, Las Vegas NV 89102-8340
4643315 ##FreeSanity com, Attn Bankruptcy Desk/Managing Agent, 1001 E Sunset Rd, P O Box 96716, Las Vegas NV 89193-6716
4299692 ##FreeSanity.com, 1001 E. Sunset Rd., PO Box 96716, Las Vegas, NV 89193-6716
4299690 ##+Freeman & Nina Johnson, 7225 Buglehorn St, Las Vegas, NV 89131-8261
4299703 ##+Friends of Tanaka Elementary, 6583 Peachtree Lane, Las Vegas, NV 89103-4306
4643328 ##G C Wallace Inc, Attn Bankruptcy Desk/Managing Agent, 6655 South Cimarron Road, Las Vegas NV 89113-2132
4643329 ##+G Force Restoration Inc, Attn Bankruptcy Desk/Managing Agent, 2550 Chandler Avenue, Suite 52, Las Vegas NV 89120-4017
4299726 ##G.C.Wallace Inc., 6655 South Cimarron Road, Las Vegas, NV 89113-2132
4299863 ##GCS Service, Inc., PO Box 64373, St. Paul, MN 55164-0373
4299867 ##GE Capital, PO Box 6229, Carol Stream, IL 60197-6229
4643353 ##GE Capital, Attn Bankruptcy Desk/Managing Agent, PO Box 6229, Carol Stream, IL 60197-6229
4643355 ##+GE Concrete Inc, Attn Bankruptcy Desk/Managing Agent, 114 Tucker St Suite 6, Kingman AZ 86401-4210
4643439 ##+GSG Construction Management, Attn Bankruptcy Desk/Managing Agent, 3960 Howard Hughes Parkway, Suite 200, Las Vegas NV 89169-5968
4299728 ##+Gabriela Luna, 7159 S Durango Dr Unit 209, Las Vegas, NV 89113-2037
4299729 ##+Gabriela Ramzi, 9193 Hombard Ave., Las Vegas, NV 89148-2613
4643332 ##+Gabriela Ramzi, Attn Bankruptcy Desk/Managing Agent, 9193 Hombard Ave, Las Vegas NV 89148-2613
4299823 ##+Gary & Ann Herter, 9050 W Warm Springs Rd Unit 1114, Las Vegas, NV 89148-3830
4299837 ##+Gary D Jacobson, 29139 Outrigger, Lake Elsinor, CA 92530-1208
4643344 ##+Gary Garcia, Attn Bankruptcy Desk/Managing Agent, 174 Catron, Oakland 94603-3526
4299840 ##+Gary Garcia, 174 Catron, Oakland, CA 94603-3526
4643345 ##+Gary H Kent Inc, Attn Bankruptcy Desk/Managing Agent, 2950 S Rancho Drive Ste 200A, Las Vegas NV 89102-0740
4299846 ##+Gary McAdams, 9544 Los Cotos Ct, Las Vegas, NV 89147-8205
4643347 ##+Gary Morgan, Attn Bankruptcy Desk/Managing Agent, 18894 E Milan Pl, Aurora CO 80013-3643

***** BYPASSED RECIPIENTS (continued) *****

4299875 ##+Gene & Mary Mabasa, 464 Via Stretto Ave, Henderson, NV 89011-0837
4299876 ##+Gene Heckerman, 244 Wicked Wedge Way, Las Vegas, NV 89148-2691
4643359 ##+Gene T Porter LTD, Attn Bankruptcy Desk/Managing Agent, 2850 Horizon Ridge Pkwy, Suite 300, Henderson NV 89052-4395
4299878 ##+Gene T. Porter, LTD, 2850 Horizon Ridge Pkwy, Suite 300, Henderson, NV 89052-4395
4643363 ##+General Steel Corp, Attn Bankruptcy Desk/Managing Agent, 1075 S Yukon St, Suite 250, Lakewood CO 80226-4359
4643366 ##+Geocon Inland Empire Inc, Attn Bankruptcy Desk/Managing Agent, 6280 South Valley View Blvd, Suite 624, Las Vegas NV 89118-6831
4299887 ##+Geocon Inland Empire, Inc., 6280 South Valley View Blvd., Suite 624, Las Vegas, NV 89118-6831
4299888 ##+Geoffrey & Genevieve Kwong, PO Box 5898, Sherman Oaks, CA 91413-5898
4299890 ##+George & Cynthia Gay, 1154 Olivia Pkwy, Henderson, NV 89011-0800
4299894 ##+George & Geraldine Bender, 39297 Beringer Dr, Murrieta, CA 92563-6890
4299899 ##+George Ambrose, 1240 Harvard Avenue, Salt Lake City, UT 84105-1906
4299927 ##+Geronimo Plumbing, LLC, 470 Mirror Court, Suite B-106, Henderson, NV 89011-4045
4299945 ##+Gilbert & Patricia Brill, 3250 S Town Center Dr Unit 2063, Las Vegas, NV 89135-2254
4299966 ##+Glass Doctor, 1125 American Pacific Dr., Suite D, Henderson, NV 89074-8764
4643383 ##+Glass Doctor, Attn Bankruptcy Desk/Managing Agent, 1125 American Pacific Dr, Suite D, Henderson NV 89074-8764
4643394 ##+Glynda Rhodes, Attn Bankruptcy Desk/Managing Agent, 252 Angels Trace Court, Las Vegas NV 89148-2746
4299985 ##+Glynda Rhodes, 252 Angels Trace Court, Las Vegas, NV 89148-2746
4300003 ##+Golf Design, Inc., 11621 Markon Drive, Garden Grove, CA 92841-1810
4643429 ##+Green Frog Art, Attn Bankruptcy Desk/Managing Agent, 5150 Palm Valley Road 300, Ponte Vedra Beach FL 32082-4632
4300120 ##+Green Tree Landscape & Maint., 110 West Mayflower Ave, N. Las Vegas, NV 89030-3953
4643431 ##+Green Tree Landscape Maint, Attn Bankruptcy Desk/Managing Agent, 110 West Mayflower Ave, N Las Vegas NV 89030-3953
4300129 ##+Greg Martyak, 1448 Evening Song Ave, Henderson, NV 89012-4465
4300140 ##+Gregory Bashant, 171 Sandy Bunker Ln, Las Vegas, NV 89148-5270
4300145 ##+Gretchen Apple, 7200 Buglehorn St, Las Vegas, NV 89131-8260
4300146 ##+Gretchen Hessinger, 7185 S Durango Dr Unit 308, Las Vegas, NV 89113-2109
4300158 ##+Griselda McCasey, 7311 Citrus Valley Ave, Corona, CA 92880-9078
4300188 ##+Gunaseelan Rajendran, 9772 Ziegler Ave, Las Vegas, NV 89148-5758
4300190 ##+Gung Ho Concrete, 470 Mirror Ct., Ste B-106, Henderson, NV 89011-4045
4300228 ##+Gwendolyn Williams, 7107 S Durango Dr Unit 207, Las Vegas, NV 89113-2013
4300236 ##+Haig Cholakian, 311 Waterton Lakes Ave, Las Vegas, NV 89148-2809
4300261 ##+Hao Gu, 7111 S Durango Dr Unit 307, Las Vegas, NV 89113-2052
4300262 ##+Haoning & Christine Wang, 31 Sage Canyon Rd, Pomona, CA 91766-4868
4300272 ##+Harold Lee, 6460 Aether St, Las Vegas, NV 89148-6726
4300280 ##+Harry & Patricia Williams, 604 Via Colmo Ave, Henderson, NV 89011-0864
4643471 ##+Hart Consulting LLC, Attn Bankruptcy Desk/Managing Agent, Attn Joe Hart, 3020 Hualapai Mountain Road, Kingman AZ 86401-5077
4300286 ##+Hart Consulting, LLC, Attn: Joe Hart, 3020 Hualapai Mountain Road, Kingman, AZ 86401-5077
4300308 ##+Hawk Ridge Systems, 3100 Mill Street, Suite 214, Reno, NV 89502-2217
4643478 ##+Hawk Ridge Systems, Attn Bankruptcy Desk/Managing Agent, 3100 Mill Street, Suite 214, Reno NV 89502-2217
4300324 ##+Hector Carrasco, 4111 Annie Oakey Dr, Las Vegas, NV 89121-6301
4643488 ##+Heidi F Zwarg Sheltered, Attn Bankruptcy Desk/Managing Agent, Arno I Zwarg, 1608 Via Lazo, Palos Verdes Estates CA 90274-1248
4300342 ##+Helena Detmer, 9050 W Warm Springs Rd Unit 2108, Las Vegas, NV 89148-3835
4300440 ##+Hien & Gladys Truong, 7425 Bugler Swan Way, North Las Vegas, NV 89084-2317
4300441 ##+Hien Le, 215 Blackstone River Ave, Las Vegas, NV 89148-2701
4300445 ##+Highway Rentals Inc, 4533 Andrews St., N. Las Vegas, NV 89081-2727
4643507 ##+Highway Rentals Inc, Attn Bankruptcy Desk/Managing Agent, 4533 Andrews St, N Las Vegas NV 89081-2727
4300458 ##+Hippo Golf Company, 2270 Cosmos Ct, Suite 120, Carlsbad, CA 92011-1558
4300459 ##+Hiroko Hashimoto, 9050 W Warm Springs Rd Unit 2071, Las Vegas, NV 89148-3834
4643517 ##+Hobbytown USA, Attn Bankruptcy Desk/Managing Agent, 5085 West Sahara, Suite 134, Las Vegas NV 89146-3408
4300473 ##+Holly Dapp, 7111 S Durango Dr Unit 202, Las Vegas, NV 89113-2051
4643543 ##+Howard F Scheuner, Attn Bankruptcy Desk/Managing Agent, 2850 Fisher Rd, Howell MI 48855-9780
4300507 ##+Howard F. Scheuner, 2850 Fisher Rd., Howell, MI 48855-9780
4300525 ##+Huff Commercial Interiors, 4077 South Industrial Road, Las Vegas, NV 89103-4140
4643550 ##+Huff Commercial Interiors, Attn Bankruptcy Desk/Managing Agent, 4077 South Industrial Road, Las Vegas NV 89103-4140
4300539 ##+Hung Hoang, 1029 Via Vallia St, Henderson, NV 89011-0813
4643556 ##+Hyacinth Ligutom, Attn Bankruptcy Desk/Managing Agent, 3558 Harbor Tides Street, Las Vegas NV 89147-3774
4300553 ##+Hyacinth Ligutom, 3558 Harbor Tides Street, Las Vegas, NV 89147-3774
4300554 ##+Hydro Arch, 980 Mary Crest Road Suite B, Henderson, NV 89014-7875
4643558 ##+Hydro Arch, Attn Bankruptcy Desk/Managing Agent, 980 Mary Crest Road Suite B, Henderson NV 89014-7875
4643559 ##+HydroHoist SouthWest Ltd, Attn Bankruptcy Desk/Managing Agent, P O Box 60517, Boulder City NV 89006-0517
4300555 ##+Hye & Keum Kang, 60 S Painted Mountain Dr, Las Vegas, NV 89148-2723

***** BYPASSED RECIPIENTS (continued) *****

4643561 ##+Hyphen Solutions Ltd, Attn Bankruptcy Desk/Managing Agent, 5055 Keller Springs Road 200, Addison TX 75001-6209
4300559 ##+Hyphen Solutions, Ltd., 5055 Keller Springs, Ste 200, Addison, TX 75001-6209
4300584 ##+IFS Enterprises, PO Box 5758, Los Alamitos, CA 90721-5758
4300591 ##+IMA Design Group, 2500 Michelson Dr. Suite 125, Irvine, CA 92612-1545
4643642 ##+IVS Associates Inc, Attn Bankruptcy Desk/Managing Agent, 111 Continental Dr, Suite 210, Newark DE 19713-4330
4300667 ##+IVS Associates Inc., 111 Continental Dr., Suite 210, Newark, DE 19713-4330
4300598 ##+Independent Landscape Services, 647 Cape Horn Dr., Henderson, NV 89011-4043
4300606 ##+Info Cubic LLC, 9250 E Costilla Ave, Ste 230, Greenwood Village, CO 80112-3662
4643590 ##+Info Cubic LLC, Attn Bankruptcy Desk/Managing Agent, 9250 E Costilla Ave, Ste 230, Greenwood Village CO 80112-3662
4300607 ##+Ingar Carlson, 292 Fairway Woods Dr, Las Vegas, NV 89148-5203
4300608 ##Ingersoll-Rand Financial Svcs, Div. of CitiCapital Comm. Corp., PO Box 6229, Carol Stream, IL 60197-6229
4643596 ##+Innovative Access Control, Attn Bankruptcy Desk/Managing Agent, 4365 South Cameron, Suite A, Las Vegas NV 89103-3833
4300612 ##Insight, PO Box 78825, Phoenix, AZ 85062-8825
4643605 ##+Integrated Flight Systems, Attn Bankruptcy Desk/Managing Agent, P O Box 12697, Reno NV 89510-2697
4643609 ##+Intellicept, Attn Bankruptcy Desk/Managing Agent, 1444 Pioneer Way 13, El Cajon CA 92020-1640
4300627 ##+Interisk Limited, 901 Dover Drive Ste 200, Newport Beach, CA 92660-5500
4643616 ##+Interisk Limited, Attn Bankruptcy Desk/Managing Agent, 901 Dover Drive Ste 200, Newport Beach 92660-5500
4300647 ##+Irene Mindo, 7386 Calle Real Apt 1, Goleta, CA 93117-1225
4300651 ##+Irina Petrova, 9708 Valmeyer Ave, Las Vegas, NV 89148-5742
4300653 ##+Irma Ledesma, 5716 La Seyne Pl, San Jose, CA 95138-2242
4300686 ##+Ja Ha, 340 Broken Par Dr, Las Vegas, NV 89148-5211
4300691 ##+Jack Ji, 326 Dog Leg Dr, Las Vegas, NV 89148-2694
4643658 ##+Jacks Vision LLC, Attn Bankruptcy Desk/Managing Agent, 141 Industrial Park Road, Suite 307, Henderson NV 89015-6609
4300698 ##+Jacob Hansen, 2730 E. Carol Avenue, Mesa, AZ 85204-3028
4643659 ##+Jacob Hansen, Attn Bankruptcy Desk/Managing Agent, 2730 E Carol Avenue, Mesa AZ 85204-3028
4643660 ##+Jacobs Consulting Inc, Attn Bankruptcy Desk/Managing Agent, 8076 w Sahra Avenue, Suite B, Las Vegas NV 89117-7931
4300701 ##+Jacqueline Benjamin, 9688 Dieterich Ave, Las Vegas, NV 89148-5738
4300710 ##+Jade Haviland, 1052 Nia Prato Ln, Henderson, NV 89011-0899
4300716 ##+Jaffer Yaseyyedi, 2076 Ridgeline Ave, Vista, CA 92081-8810
4300719 ##+Jaime Jover, 7115 S Durango Dr Unit 309, Las Vegas, NV 89113-2056
4643663 ##+Jalene Rogers, Attn Bankruptcy Desk/Managing Agent, 9149 Rusty Rifle Ave, Las Vegas NV 89143-1167
4300733 ##+James & Diawanti Anselmo, 7173 S Durango Dr Unit 210, Las Vegas, NV 89113-2047
4300742 ##+James & Kimberly Boone, 460 Via Stretto Ave, Henderson, NV 89011-0837
4300749 ##+James & Maureen Siple, 3312 Amish Avenue, N. Las Vegas, NV 89031-3587
4643666 ##+James A Bevan, Attn Bankruptcy Desk/Managing Agent, 679 Vortex Ave, Henderson NV 89002-6563
4300756 ##+James A. Bevan, 679 Vortex Ave, Henderson, NV 89002-6563
4300758 ##+James Breeden, 7185 S Durango Dr Unit 105, Las Vegas, NV 89113-2018
4643671 ##+James G Coyne, Attn Bankruptcy Desk/Managing Agent, 22 Indian Run Way, Las Vegas NV 89148-4433
4300765 ##+James G. Coyne, 22 Indian Run Way, Las Vegas, NV 89148-4433
4643677 ##+James Ludwig, Attn Bankruptcy Desk/Managing Agent, P O Box 93325, Las Vegas NV 89193-3325
4300784 ##+James Sarubbi, 483 Via Del Foro Dr, Henderson, NV 89011-0104
4300788 ##+James Truss Company, 4220 Donovan Way, N. Las Vegas, NV 89030-7500
4643683 ##+James Truss Company, Attn Bankruptcy Desk/Managing Agent, 4220 Donovan Way, N Las Vegas NV 89030-7500
4300795 ##+Janaki Sutton, 238 Via Franciosa Dr, Henderson, NV 89011-0851
4300812 ##+Jason & Amy Harrison, 457 Punto Vallata Dr, Henderson, NV 89011-0821
4300818 ##+Jason Faber, 9050 W Tropicana Ave Unit 1118, Las Vegas, NV 89147-8188
4643691 ##+Jason Newitt, Attn Bankruptcy Desk/Managing Agent, 9050 W Tropicana Ave 1150, Las Vegas NV 89147-8190
4300821 ##+Jason Newitt, 9050 W Tropicana Ave Unit 1150, Las Vegas, NV 89147-8190
4300822 ##+Jason Spronk, 960 Via Canale Dr, Henderson, NV 89011-0829
4300837 ##+Jayar Manufacturing Company, 7370 Commercial Way, Henderson, NV 89011-6627
4643697 ##+Jayar Manufacturing Company, Attn Bankruptcy Desk/Managing Agent, 7370 Commercial Way, Henderson NV 89011-6627
4300836 ##+Jayar Manufacturing Company, 5225 S. Valley View Blvd. No 3-6, Las Vegas, NV 89118-1602
4300846 ##+Jeannie Lee, 236 Wicked Wedge Way, Las Vegas, NV 89148-2691
4300853 ##+Jeffrey & Angelina Welch, 82 Sunset Bay St, Las Vegas, NV 89148-2768
4300859 ##+Jeffrey & Joanna McCoy, 9050 W Warm Springs Rd Unit 2060, Las Vegas, NV 89148-3834
4300866 ##+Jeffrey and Meredith Harris, 2989 Via Della Amore, Henderson, NV 89052-4029
4643706 ##+Jeffrey and Meredith Harris, Attn Bankruptcy Desk/Managing Agent, 2989 Via Della Amore, Henderson NV 89052-4029
4300877 ##+Jennifer & Michael Pascucci, 7155 S Durango Dr Unit 201, Las Vegas, NV 89113-2217
4300879 ##+Jennifer Burris, 5938 Sakhalin Ave, Las Vegas, NV 89139-6292
4300880 ##+Jennifer Enyart, 1256 Olivia Pkwy, Henderson, NV 89011-0833
4300884 ##+Jennifer Martinez, 4632 Califa Dr, Las Vegas, NV 89122-1910
4643722 ##+Jessie McNair, Attn Bankruptcy Desk/Managing Agent, 2255 E Sunset Road, 1137, Las Vegas NV 89119-4952

***** BYPASSED RECIPIENTS (continued) *****

4300928 ##+Jillian Tindall, 1101 Via Canale Dr, Henderson, NV 89011-0804
4300959 ##+Jo Barrett, 7135 S Durango Dr Unit 106, Las Vegas, NV 89113-2074
4300965 ##+Joann Wilson, 7221 Golden Falcon St, Las Vegas, NV 89131-8215
4300974 ##+Joe Perez, 3206 Fontana Colony Ct, North Las Vegas, NV 89031-0808
4300976 ##+Joel & Celia Solloway, 3889 Wild Cherry Oval, Beachwood, OH 44122-7416
4300987 ##+Johanna Tressler, 9050 W Warm Springs Rd Unit 2013, Las Vegas, NV 89148-3832
4300988 ##+Johannes Gottschalk, 2765 Brands Hatch Ct, Henderson, NV 89052-4398
4300999 ##+John & Jill Chambers, 7216 Buglehorn St, Las Vegas, NV 89131-8260
4301008 ##+John & Nonita Leary, 42 Sandy Bunker Ln, Las Vegas, NV 89148-5266
4301016 ##+John Accardi, 362 Randoever St., Las Vegas, NV 89148-2821
4643739 ##+John Accardi, Attn Bankruptcy Desk/Managing Agent, 362 Randoever St, Las Vegas NV 89148-2821
4301018 ##+John Ashburn, 95-462 Mahuli St, Mililani, HI 96789-3033
4643746 ##+John Charles Designs Inc, Attn Bankruptcy Desk/Managing Agent, 6600 Caballero Blvd, Buena Park CA 90620-1132
4643747 ##+John D Brown, Attn Bankruptcy Desk/Managing Agent, 7450 S Eastern Ave 2081, Las Vegas NV 89123-1565
4301029 ##+John Hanna & Associates,inc, 444South Cedros Ave No 260, Solana Beach, CA 92075-1975
4643751 ##+John Hanna Associates inc, Attn Bankruptcy Desk/Managing Agent, 444South Cedros Ave 260, Solana Beach CA 92075-1975
4301037 ##+John Masse, 1045 Via Saint Lucia Pl, Henderson, NV 89011-0872
4301040 ##+John Person, 4040 Perfect Lure St, Las Vegas, NV 89129-6089
4643756 ##+John R Cooper, Attn Bankruptcy Desk/Managing Agent, 3396 Skyline View DR, Reno 89509-5067
4301043 ##+John Roberts, 192 Angels Trace Ct, Las Vegas, NV 89148-2666
4301044 ##+John Scarselli, 6685 Aviston St, Las Vegas, NV 89148-5755
4301056 ##+Johnson Electric, 3874 Silvestri Lane, Las Vegas, NV 89120-3908
4301064 ##+Jolynn Smith, 1003 Via Calderia Pl, Henderson, NV 89011-0806
4301065 ##+Jon & Anneliese Purser, 1029 Via Sacra St, Henderson, NV 89011-0818
4301072 ##+Jonathan & Lisa Davis, 1304 Olivia Pkwy, Henderson, NV 89011-0834
4301086 ##+Jordan Engineering Group, 4908 East McDowell Rd, Suite 103, Phoenix, AZ 85008-7718
4643766 ##+Jordan Engineering Group, Attn Bankruptcy Desk/Managing Agent, 4908 East McDowell Rd, Suite 103, Phoenix AZ 85008-7718
4301099 ##+Jose & Annie Dejesus, 24341 Sunnycrest Ct, Diamond Bar, CA 91765-4393
4301104 ##+Jose & Roxasita Yasul, 4553 El Camino Cabos Dr, Las Vegas, NV 89147-8107
4301117 ##+Jose Cipriano, 9050 W Warm Springs Rd Unit 2149, Las Vegas, NV 89148-3850
4301125 ##+Jose Hernandez, 4749 Califa Dr, Las Vegas, NV 89122-7575
4301134 ##+Jose Vela, 1925 Crawford St, North Las Vegas, NV 89030-7337
4301139 ##+Joseph & Amy Muckleroy, 9716 Waukegan Ave, Las Vegas, NV 89148-5745
4301142 ##+Joseph & Cheryl Yancey, 1068 Via Canale Dr, Henderson, NV 89011-0803
4301147 ##+Joseph & Judy Pascuzzi, 9232 Dalmahoy Pl, Las Vegas, NV 89145-8722
4301156 ##+Joseph & Michelle Scibetta, 251 Tie Breaker Ct, Las Vegas, NV 89148-5200
4301170 ##+Joseph Solla, 576 Via Di Parione Ct, Henderson, NV 89011-0811
4301177 ##+Joshua & Lindsay Hahn, 9050 W Tropicana Ave Unit 1176, Las Vegas, NV 89147-8192
4643779 ##+Joshua Igeleke Jr, Attn Bankruptcy Desk/Managing Agent, 2705 Kingclaven Drive, Henderson NV 89044-0237
4301179 ##+Joshua Igeleke, Jr., 2705 Kingclaven Drive, Henderson, NV 89044-0237
4301191 ##+Juan & Anabel Camacho, 4738 Califa Dr, Las Vegas, NV 89122-7575
4301202 ##+Juan V. Alcala, 3401 Lockwood Ave, North Las Vegas, NV 89030-4233
4643787 ##+Judith Langen, Attn Bankruptcy Desk/Managing Agent, 10141 Somerdale Cy, Las Vegas NV 89148-4703
4301214 ##+Judith Langen, 10141 Somerdale Cy, Las Vegas, NV 89148-4703
4301235 ##+Jumpstart Heavy Equipment, Glen A. Jones, 625 Ebbcreek Drive No D, Corona, CA 92880-7714
4643791 ##+Jumpstart Heavy Equipment, Attn Bankruptcy Desk/Managing Agent, Glen A Jones, 625 Ebbcreek Drive D, Corona CA 92880-7714
4301245 ##+Justin Rivera, 417 Via Stretto Ave, Henderson, NV 89011-0835
4643866 ##KKB Cleaning Service Inc, Attn Bankruptcy Desk/Managing Agent, Scott Gershman, P O Box 370597, Las Vegas NV 89137-0597
4301459 ##+KLVX, Attn: Kurt Mische, 4210 Channel 10 Drive, Las Vegas, NV 89119-5413
4643805 ##Kachina Heat Transfer Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 41115, Phoenix AZ 85080-1115
4301264 ##Kachina Heat Transfer, Inc., PO Box 41115, Phoenix, AZ 85080-1115
4643808 ##+Karey Gottschall, Attn Bankruptcy Desk/Managing Agent, 324 Summer Palace Way, Las Vegas NV 89144-4118
4301282 ##+Karin Huang, 9692 Ziegler Ave, Las Vegas, NV 89148-5757
4301305 ##+Kathy Moreno, 9050 W Warm Springs Rd Unit 1065, Las Vegas, NV 89148-3829
4301312 ##+Kayla Mai, 274 Ladies Tee Ct, Las Vegas, NV 89148-5208
4301320 ##+Kee Wong, 213 Sea Rim Ave, Las Vegas, NV 89148-2758
4301324 ##+Keep Memory Alive, 9101 West Sahara Ave, PMB 105-177, Las Vegas, NV 89117-5772
4643822 ##+Keep Memory Alive, Attn Bankruptcy Desk/Managing Agent, 9101 West Sahara Ave, PMB 105 177, Las Vegas NV 89117-5772
4301327 ##+Keith & Eddie Murillo, 820 Canterra St Unit 1054, Las Vegas, NV 89138-4592
4301329 ##+Keith & Karyl Dennison, 7754 Galloping Hills St, Las Vegas, NV 89113-3018
4301333 ##Keller Equipment Company, PO Box 60485, Phoenix, AZ 85082-0485
4643823 ##Keller Equipment Company, Attn Bankruptcy Desk/Managing Agent, P O Box 60485, Phoenix AZ 85082-0485
4301335 ##+Kelly & Carol Faltis, 968 Via Canale Dr, Henderson, NV 89011-0829
4301342 ##Kelly Ortiz, 178 Tamarron Cliffs Street, Las Vegas, NV 89148-2794
4643826 ##Kelly Ortiz, Attn Bankruptcy Desk/Managing Agent, 178 Tamarron Cliffs Street, Las Vegas NV 89148-2794

***** BYPASSED RECIPIENTS (continued) *****

4301343 ##+Kelly Steele, 3663 E Oquendo Rd, Las Vegas, NV 89120-2513
4301344 ##+Kelly Thomas, 7119 S Durango Dr Unit 206, Las Vegas, NV 89113-2059
4301349 ##+Ken Pak, 125 Lakewood Garden Dr, Las Vegas, NV 89148-2739
4301361 ##+Kenneth D. Abbott, 4124 Swept Plains St, Las Vegas, NV 89129-3290
4301367 ##+Kenneth O'Neill, 6679 Roanoke Ct, Las Vegas, NV 89148-5753
4301368 ##+Kenneth Slockbower, 9580 Los Cotos Ct, Las Vegas, NV 89147-8205
4301375 ##+Kent Reichert, 9050 W Warm Springs Rd Unit 1119, Las Vegas, NV 89148-3830
4301391 ##+Kevin Cusick, 527 Via Del Corallo Way, Henderson, NV 89011-0879
4301396 ##+Kevin Labombard, 7135 S Durango Dr Unit 201, Las Vegas, NV 89113-2075
4301402 ##+Khamsone & Sounanh Luangrath, 1040 Via Saint Lucia Pl, Henderson, NV 89011-0872
4301419 ##+Kimberly Harrison, 6607 Costa Brava Rd, Las Vegas, NV 89146-6554
4301421 ##+Kimberly Oleson, 1037 Viale Placenza Pl, Henderson, NV 89011-0844
4643854 ##+Kingman AZ Tools Plus, Attn Bankruptcy Desk/Managing Agent, 532 E Beale St, Kingman AZ 86401-5919
4301434 ##+Kingman Equipment Service, 4355 N Bank St STE G, Kingman, AZ 86409-2749
4301439 ##+Kingman Tools Plus, 532 E. Beale St., Kingman, AZ 86401-5919
4301453 ##+Kitty Lepnis, 385 Hidden Hole Dr, Las Vegas, NV 89148-5269
4301491 ##+Kristen Recklitis, 7135 S Durango Dr Unit 213, Las Vegas, NV 89113-2076
4301493 ##+Kristina Kegeyan, 10911 Hesby St Apt 4, North Hollywood, CA 91601-5157
4301497 ##+Kristopher Derentz, 1034 Via San Gallo Ct, Henderson, NV 89011-0819
4301498 ##+Kristopher Mohfanz, 9050 W Tropicana Ave Unit 1116, Las Vegas, NV 89147-8188
4301513 ##+Kuo-chu & Nancy Hsu, 6741 Sea Swallow St, N Las Vegas, NV 89084-3107
4643902 ##+L T R D Corporation, Attn Bankruptcy Desk/Managing Agent, 3531 E Russell Road Ste G, Las Vegas NV 89120-2246
4644008 ##+LGS Architects Nevada, Attn Bankruptcy Desk/Managing Agent, 2444 Dupont Drive, Irvine CA 92612-1523
4301552 ##+Lai & Nancy Lee, 9677 Kampsville Ave, Las Vegas, NV 89148-5747
4301556 ##+Lake & Cobb PLC, 10429 S. 51st St., Suite 215, Phoenix, AZ 85044-5237
4643912 ##+Lake Cobb PLC, Attn Bankruptcy Desk/Managing Agent, 10429 S 51st St, Suite 215, Phoenix AZ 85044-5237
4301570 ##+Landaco Landscaping & Grading, 4660 S. Polaris, Las Vegas, NV 89103-5615
4643935 ##+Larry Sip, Attn Bankruptcy Desk/Managing Agent, 1008 Kanavi Way, Ivins UT 84738-6514
4301598 ##+Lartrell Redmond, 6711 Surfbird St, N Las Vegas, NV 89084-2255
4301600 ##+Las Vegas Art Museum, 9600 West Sahara, Las Vegas, NV 89117-5959
4301604 ##+Las Vegas Chamber Of Commerce, 3720 Howard Hughes Parkway, Las Vegas, NV 89169-6016
4301605 ##+Las Vegas Chamber of Commerce, Attn: Sales Department, 3720 Howard Hughes Parkway, Las Vegas, NV 89169-6016
4301613 ##+Las Vegas Life, A Greenspun Media Group Pub., 2290 Corporate Circle, Suite 250, Henderson, NV 89074-7713
4301615 ##+Las Vegas Magazine +, Showbiz Weekly, 2290 Corporate Circle Suite 250, Henderson, NV 89074-7713
4643944 ##+Las Vegas NV Art Museum, Attn Bankruptcy Desk/Managing Agent, 9600 West Sahara, Las Vegas NV 89117-5959
4643955 ##+Las Vegas NV Reprographics, Attn Bankruptcy Desk/Managing Agent, 5329 S Cameron, Suite 112, Las Vegas NV 89118-6214
4643956 ##Las Vegas NV Shed Company, Attn Bankruptcy Desk/Managing Agent, P O Box 36790, Las Vegas NV 89133-6790
4643962 ##+Las Vegas Publications LLC, Attn Bankruptcy Desk/Managing Agent, 8689 W Sahara Ave, Suite 260, Las Vegas NV 89117-5872
4301619 ##+Las Vegas Publications, LLC, 8689 W. Sahara Ave, suite 260, Las Vegas, NV 89117-5872
4301629 ##Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007
4643969 ##Latham Watkins LLP, Attn Bankruptcy Desk/Managing Agent, 633 West Fifth Street, Suite 4000, Los Angeles CA 90071-2007
4301633 ##+Laura Jebe, 4618 El Camino Cabos Dr, Las Vegas, NV 89147-6055
4301635 ##+Laura Romo, 7103 S Durango Dr Unit 206, Las Vegas, NV 89113-2006
4301637 ##+Laura Vallenari, 1055 Via San Gallo Ct, Henderson, NV 89011-0819
4301639 ##+Laura Yang, 326 Blackstone River Ave, Las Vegas, NV 89148-2738
4643972 ##Lawrence Wlezien Inc, Attn Bankruptcy Desk/Managing Agent, 30131 Town Center Drive, Suite 268, Laguna Niguel CA 92677-2082
4301653 ##Lawrence Wlezien, Inc., 30131 Town Center Drive, Suite 268, Laguna Niguel, CA 92677-2082
4301658 ##+Layman IV, John P, 3917 Sage River St, Las Vegas, NV 89129-8235
4301676 ##+Lear & Lear LLP Law Offices, 299 South Main Suite 2200, Wells Fargo Center, Salt Lake City, UT 84111-2288
4301690 ##+Lee Markholt, PO Box 1225, Eatonville, WA 98328-1225
4301691 ##+Lee Mitchell, 7 Wayfaire, Rancho Santa Margarita, CA 92688-5500
4644000 ##+Leopoldo M Asuncion, Attn Bankruptcy Desk/Managing Agent, 242 Angels Trace Court, Las Vegas NV 89148-2746
4301742 ##+Leslie Anderson, 8221 Harvest Spring Pl, Las Vegas, NV 89143-6407
4301774 ##+Lillian Melgar, 9070 Red Shores Way, Las Vegas, NV 89147-8122
4301776 ##+Lily Jack, Mitch Zerg & Associates, 31838 Village Center Rd, Westlake Village, CA 91361-4315
4301778 ##+Lily Tian, 211 Wicked Wedge Way, Las Vegas, NV 89148-2690
4301790 ##+Linda & Christopher Robertson, 7540 Apple Springs Ave, Las Vegas, NV 89131-3367
4301797 ##+Linda Warren, 7163 S Durango Dr Unit 214, Las Vegas, NV 89113-2008
4644025 ##+Linfield Design Associates, Attn Bankruptcy Desk/Managing Agent, 2136 F Rutland Drive, Austin TX 78758-5218
4644029 ##+Lisa Lunetta, Attn Bankruptcy Desk/Managing Agent, 77 Fulton Street, Apt 21G, New York NY 10038-1824
4301829 ##+Lloyds Refrigeration Inc., 3550 W. Tompkins, Las Vegas, NV 89103-5656

***** BYPASSED RECIPIENTS (continued) *****

4301838 ##+Loewenstein Inc., 1801 N. Andrews Ave., Pompano Beach, FL 33069-1422
4301841 ##+Logo Golf Chips, Inc., 10924 Hess Blvd., Morongo valley, CA 92256-9718
4301916 ##+Louis & Dolores D'Amico, 31 Sahalee Dr, Las Vegas, NV 89148-2713
4301920 ##+Love Engineering, Inc., 3442 North Buffalo Dr., Las Vegas, NV 89129-7424
4301936 ##+Lucheng Mailloux, 598 Over Par Ct, Las Vegas, NV 89148-5239
4301951 ##+Lukas Kratochvil, 7103 S Durango Dr Unit 210, Las Vegas, NV 89113-2006
4301952 ##+Lumber Services, 5555 South Arville, Las Vegas, NV 89118-2243
4301968 ##+Luthien Melchior, PO Box 80112, Las Vegas, NV 89180-0112
4301973 ##+Lydwine Zamor, 930 Via Canale Dr, Henderson, NV 89011-0828
4644075 ##+M Staff Solutions LLC, Attn Bankruptcy Desk/Managing Agent, 2921 N Tenaya Way, Suite 201, Las Vegas NV 89128-1418
4301986 ##+M Staff Solutions, LLC, 2921 N. Tenaya Way, Suite 201, Las Vegas, NV 89128-1418
4644091 ##+Mailmax Mailing Solutions LLC, Attn Bankruptcy Desk/Managing Agent, 3960 Howard Hughes Pkwy, Suite 100, Las Vegas NV 89169-5917
4302004 ##+Mailmax Mailing Solutions LLC, 3960 Howard Hughes Pkwy, Suite 100, Las Vegas, NV 89169-5917
4302028 ##+Manuel & Teresa Artiga, 484 Via Palermo Dr, Henderson, NV 89011-0825
4302029 ##+Manuel Gallegus, 6464 Bryn Mawr Dr, Los Angeles, CA 90068-2811
4302037 ##+Marc Davis, 1024 Via Dupre St, Henderson, NV 89011-0812
4302058 ##+Maria & Edward Elayda, 1618 Mount Tamalpais Ave, Chula Vista, CA 91913-2930
4302060 ##+Maria & Otis Jones, 2445 Crocker Way, Antioch, CA 94531-8552
4302061 ##+Maria & Patrick Cummings, 9772 Valmeyer Ave, Las Vegas, NV 89148-5743
4302062 ##+Maria & Robert Antikoll, 1066 Via Capassi Way, Henderson, NV 89011-0892
4302065 ##+Maria Arches, 169 Honors Course Dr, Las Vegas, NV 89148-0001
4302088 ##+Marie Zhang, 669 Kew Gardens Dr, Las Vegas, NV 89178-1281
4302093 ##+Mario & Nora Marin, 9154 Pershing Ave, Orangevale, CA 95662-4708
4644119 ##+Mario E Diaz Assoc, Attn Bankruptcy Desk/Managing Agent, 2525 E Arizona Builtmore Cir, Suite A 117, Phoenix AZ 85016-2129
4302094 ##+Mario E. Diaz & Assoc., 2525 E. Arizona Builtmore Cir, Suite A-117, Phoenix, AZ 85016-2129
4302096 ##+Mario Martin Martin, 6500 W. Charleston No 123, Las Vegas, NV 89146-9071
4302107 ##+Mark & Carrie Ayala, 7701 Falconwing Ave, Las Vegas, NV 89131-8206
4302109 ##+Mark & Darsann Chase, 2367 Chasing Star Ave., Las Vegas, NV 89123-4307
4302111 ##+Mark & Jill Buntrock, 5465 Cardinal Ridge Ct Unit 104, Las Vegas, NV 89149-4855
4302115 ##+Mark & Tracey Prough, 1036 Via Saint Lucia Pl, Henderson, NV 89011-0871
4644124 ##+Mark Darsann Chase, Attn Bankruptcy Desk/Managing Agent, 2367 Chasing Star Ave, Las Vegas NV 89123-4307
4302131 ##+Mark Miller, 42 Uia Anadeja, Rancho Santa Margarita, CA 92688-3426
4302133 ##+Mark Pelzman, 8350 W. Desert Inn Rd. No 1019, Las Vegas, NV 89117-9111
4644128 ##+Mark Pelzman, Attn Bankruptcy Desk/Managing Agent, 8350 W Desert Inn Rd 1019, Las Vegas NV 89117-9111
4302135 ##+Mark Purdy, 9050 W Tropicana Ave Unit 1096, Las Vegas, NV 89147-8187
4644132 ##+Marketing Results Plus LLC, Attn Bankruptcy Desk/Managing Agent, P O Box 231085, Las Vegas NV 89105-1085
4302143 ##+Marketing Results Plus, LLC, PO Box 231085, Las Vegas, NV 89105-1085
4302145 ##+Marko Blagojevic, 9740 Ziegler Ave, Las Vegas, NV 89148-5758
4302154 ##+Martin Deliyski, 9050 W Warm Springs Rd Unit 2051, Las Vegas, NV 89148-3848
4302173 ##+Mary & Gary Owens, 1880 Arapahoe St Apt 2005, Denver, CO 80202-1856
4302175 ##+Mary Avens, PO Box 400775, Las Vegas, NV 89140-0775
4302176 ##+Mary Castro, 1596 Teak Ave, Merced, CA 95340-1631
4302187 ##+Master Trenching Inc., 3805 White Quail, Las Vegas, NV 89032-9064
4302193 ##+Matt Eaker, 1042 Via Di Olivia St, Henderson, NV 89011-0810
4302198 ##+Matthew & Grace Graham, 7237 Buglehorn St, Las Vegas, NV 89131-8261
4302203 ##+Matthew Bendik, 7163 S Durango Dr Unit 303, Las Vegas, NV 89113-2009
4302204 ##+Matthew Fox, 9050 W Warm Springs Rd Unit 1134, Las Vegas, NV 89148-3846
4302206 ##+Matthew Kodlick, 391 Centerton Rd, Bridgeton, NJ 08302-5971
4302208 ##Matthew Priddy, 398 Blue Tee Ct., Las Vegas, NV 89148-5253
4302228 ##+McCaffery Reserve Consulting, 230 Playa Del Norte Street, La Jolla, CA 92037-5964
4644156 ##+McCaffery Reserve Consulting, Attn Bankruptcy Desk/Managing Agent, 230 Playa Del Norte Street, La Jolla CA 92037-5964
4302243 ##+McFadden-Dale Industrial Hardw, 4477 West Reno Ave, Las Vegas, NV 89118-1527
4302244 ##+McFadden-Dale Industries, 4477 West Reno Ave., Las Vegas, NV 89118-1527
4644166 ##+Meeks Partners, Attn Bankruptcy Desk/Managing Agent, 20401 SW Birch Street, Suite 200, Newport Beach CA 92660-1796
4302294 ##+Melissa Garcia, 6454 Aether St, Las Vegas, NV 89148-6726
4644172 ##+Melvin Denny AKO Inc, Attn Bankruptcy Desk/Managing Agent, Melvin Ako, 25492 Terreno Dr, Mission Viejo CA 92691-5510
4302318 ##+Meredith McGhan, 3955 Swenson No 34, Las Vegas, NV 89119-7238
4644181 ##+Meredith McGhan, Attn Bankruptcy Desk/Managing Agent, 3955 Swenson 34, Las Vegas NV 89119-7238
4302324 ##+Merry Carnahan, 7131 S Durango Dr Unit 307, Las Vegas, NV 89113-2073
4302327 ##+Meskerem Degefu, 9786 Kampsville Ave, Las Vegas, NV 89148-5749
4302338 ##+Mia & Michael Pavicich, 9050 W Tropicana Ave Unit 1149, Las Vegas, NV 89147-8190
4302341 ##+Miao Su, 1555 E Rochelle Ave No 123-2, Las Vegas, NV 89119-5563
4302361 ##+Michael & Paige Russell, 4651 Munich Ct, Las Vegas, NV 89147-8108
4302362 ##+Michael & Patricia Dudek, 5606 San Florentine Ave, Las Vegas, NV 89141-3866
4302368 ##+Michael & Trinidad Anderson, 3220 Longview Dr, San Bruno, CA 94066-1648
4644201 ##+Michael J Gauthier, Attn Bankruptcy Desk/Managing Agent, PO Box 46764, Las Vegas NV 89114-6764
4302391 ##+Michael Lott, 33 Via Ermitas, Rancho Santa Margarita, CA 92688-2970
4302397 ##+Michael Napolitano, 889 Via Del Tramonto St, Henderson, NV 89011-0867

***** BYPASSED RECIPIENTS (continued) *****

4302407 ##+Michael Tissera, 2043 W El Camino Real Apt 313, Mountain View, CA 94040-2286
4302409 ##+Michael Valiente, 4915 E Boston Ave, Las Vegas, NV 89104-6203
4644210 ##+Michelle Gulli, Attn Bankruptcy Desk/Managing Agent, 9325 Desert Inn 126, Las Vegas NV 89117-6704
4302422 ##+Michelle Gulli, 9325 Desert Inn No 126, Las Vegas, NV 89117-6704
4302425 ##+Michelle Shaver, 9712 Dieterich Ave, Las Vegas, NV 89148-5765
4302434 ##+Miguel & Israelita Delapaz, 6715 Marianne Dr, Suitland, MD 20746-4608
4302455 ##+Milena Danev, 9461 Los Cotos Ct, Las Vegas, NV 89147-8203
4302457 ##+Milgard Windows Corp., 7600 Eastgate Road, Henderson, NV 89011-4088
4302459 ##+Milivoj Maric, 7439 Parnell Ave, Las Vegas, NV 89147-4899
4644220 ##+Mind Theatre Audio Inc, Attn Bankruptcy Desk/Managing Agent, 3485 W Harmon Suite 100, Las Vegas NV 89103-4108
4302472 ##+Mind Theatre Audio, Inc, 3485 W. Harmon, Suite 100, Las Vegas, NV 89103-4108
4302473 ##+Ming Hung, 9313 Queen Charlotte Dr, Las Vegas, NV 89145-8709
4302475 ##+Minh Ly, 8920 Minsk Ct, Las Vegas, NV 89147-8117
4302478 ##+Mira & David Kim, 187 Real Long Way, Las Vegas, NV 89148-5214
4302481 ##+Mirajoy Rayo, 441 Punto Vallata Dr, Henderson, NV 89011-0821
4302488 ##+Misbah Khan, 1918 Mountain Aspen Ln, Kingwood, TX 77345-2164
4302495 ##+Mixed - Media, 3585 E Patrick Lane Ste 800, Las Vegas, NV 89120-6232
4644228 ##+Mixed Media, Attn Bankruptcy Desk/Managing Agent, 3585 E Patrick Lane Ste 800, Las Vegas NV 89120-6232
4302503 ##+Mobile Mini, Inc., 3101 Westwood Drive, Las Vegas, NV 89109-1024
4644244 ##+Mohave Engineering Associates, Attn Bankruptcy Desk/Managing Agent, 2202 Stockton Road, Kingman AZ 86401-4622
4302519 ##+Mohave Engineering Associates, 2202 Stockton Road, Kingman, AZ 86401-4622
4644249 ##+Monarch Media Group, Attn Bankruptcy Desk/Managing Agent, 3665 Dove Road, Port Huron MI 48060-4762
4302549 ##+Montgomery Consulting, Engineers, LLC, 5673 Cameron Street, Las Vegas, NV 89118-2204
4302554 ##+Moo & Jung Chaing, 6000 W Harmon Ave Apt 117, Las Vegas, NV 89103-4566
4644263 ##+Moto Xpress, Attn Bankruptcy Desk/Managing Agent, 829 Sand Primrose Street, Las Vegas NV 89138-7533
4302602 ##+Moto-Xpress, 829 Sand Primrose Street, Las Vegas, NV 89138-7533
4302626 ##+Munoz Perez Jr., Jose, 3206 Fontana Colony Ct, N Las Vegas, NV 89031-0808
4302629 ##+Muoi Thai, 4765 Crakow Ct, Las Vegas, NV 89147-8123
4644347 ##++NEW CONCEPT STONE WORK, ATTN BANKRUPTCY DESK/MANAGING AGENT, 6100 MOUNTAIN VISTA ST STE 110, HENDERSON NV 89014-2045
(address filed with court: New Concept Stone Work, Attn Bankruptcy Desk/Managing Agent, 6100 Mountain Vista Buite B, Henderson NV 89014)
4302907 ##NV Dept of Taxation-business license, PO Box 52614, Phoenix, AZ 85072-2614
4302651 ##+Nadeem Ahmad, 350 W 50th St Apt 35D, New York, NY 10019-6679
4302661 ##+Nancy & Kenneth Jahr, 16505 Kiwi Way, Lake Elsinore, CA 92530-1729
4302665 ##+Nancy Ruscito, 7155 S Durango Dr Unit 209, Las Vegas, NV 89113-2039
4302675 ##+Natalia Zelazny, 7167 S Durango Dr Unit 107, Las Vegas, NV 89113-2041
4302682 ##+Nathan Lencioni, 4838 Califa Dr, Las Vegas, NV 89122-7576
4644305 ##Navajo Pump b Supply Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 1299, Peoria IL 85380-1299
4644308 ##+Negham Kellow, Attn Bankruptcy Desk/Managing Agent, 2120 Pont National Drive, Henderson NV 89044-2005
4302722 ##+Negham Kellow, 2120 Pont National Drive, Henderson, NV 89044-2005
4302725 ##+Neil Milanes, 8744 Stockholm Ave, Las Vegas, NV 89147-8101
4302729 ##+Nelson & Erica Garcia, 6478 Aether St, Las Vegas, NV 89148-6734
4302731 ##+Nelson Herrera, 1360 E. Desert Inn Rd. No 1, Las Vegas, NV 89169-2451
4302732 ##+Nelson Mascarenas, 10216 Singing View Ct, Las Vegas, NV 89129-8132
4302733 ##+Nelson Pham, 4559 El Camino Cabos Dr, Las Vegas, NV 89147-8107
4302750 ##+Nevada Cancer Institute, c/o Rock for the Cure, 10000 West Charleston Blvd No 260, Las Vegas, NV 89135-1011
4302752 ##+Nevada Child Seekers, 2880 East Flamingo Rd.,Suite J, Las Vegas, NV 89121-5223
4644322 ##+Nevada Countertop Corp, Attn Bankruptcy Desk/Managing Agent, 4031 Industrial Center Dr, Suite 703, N Las Vegas NV 89030-7597
4302758 ##Nevada Dept of Taxation, PO Box 52614, Phoenix, AZ 85072-2614
4644325 ##Nevada Dept of Taxation, Attn Bankruptcy Desk/Managing Agent, P O Box 52614, Phoenix AZ 85072-2614
4644334 ##+Nevada Ilumination Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 42201, Las Vegas NV 89116-0201
4302772 ##+Nevada School of the Arts, 4170 South Decatur Blvd., Suite A-4, Las Vegas, NV 89103-5862
4644341 ##+Nevada School of the Arts, Attn Bankruptcy Desk/Managing Agent, 4170 South Decatur Blvd, Suite A 4, Las Vegas NV 89103-5862
4302803 ##+Nhung Bach, 103 Honors Course Dr, Las Vegas, NV 89148-0001
4302812 ##+Nicholas R. Carratelli, Jr., 9912 Via Toro Ave, Las Vegas, NV 89117-7510
4644364 ##+Nick Bowers, Attn Bankruptcy Desk/Managing Agent, 2014 Main St, Kingman AZ 86401-4639
4302814 ##+Nick Brunson, 9944 Swimming Hole Street, Las Vegas, NV 89183-7158
4644365 ##+Nick Brunson, Attn Bankruptcy Desk/Managing Agent, 9944 Swimming Hole Street, Las Vegas NV 89183-7158
4302817 ##+Nickie & Jennifer James, 972 Via Canale Dr, Henderson, NV 89011-0829
4302824 ##+Nicole Nance, 208 Tall Ruff Dr, Las Vegas, NV 89148-5267
4302827 ##+Nicolette Tucker, 1042 Via San Gallo Ct, Henderson, NV 89011-0819
4302859 ##+Noel & Maryjean Yraola, 175 Castle Course Ave, Las Vegas, NV 89148-5001
4302868 ##+Nora & John Kuder, 7143 S Durango Dr Unit 202, Las Vegas, NV 89113-2002

***** BYPASSED RECIPIENTS (continued) *****

4644377 ##+Norpac Construction, Attn Bankruptcy Desk/Managing Agent, 4125 W Dewey Dr Suite A, Las Vegas NV 89118-2363
4302947 ##+OFFSITE DEVELOPMENT INC, 4700 Copper Sage St, Suite C, Las Vegas, NV 89115-0909
4644420 ##+OFFSITE DEVELOPMENT INC, Attn Bankruptcy Desk/Managing Agent, 4700 Copper Sage St, Suite C, Las Vegas NV 89115-0909
4302935 ##+Ofelia & Nestor Viloria, 115 Short Ruff Way, Las Vegas, NV 89148-5259
4644410 ##+Office Furniture Pros, Attn Bankruptcy Desk/Managing Agent, 7111 Garden Grove BlvD, Suit 103, Garden Grove CA 92841-4295
4302953 ##+Oleksandr Pylypenko, 7119 S Durango Dr Unit 306, Las Vegas, NV 89113-2060
4302954 ##+Oleksiy Mogylnyy, 287 Dog Leg Dr, Las Vegas, NV 89148-2814
4302957 ##+Olga Albicki, 333 Sea Rim Ave, Las Vegas, NV 89148-2759
4644432 ##+Opulence Studios, Attn Bankruptcy Desk/Managing Agent, 1900 Western Ave, Las Vegas NV 89102-4606
4302997 ##+Oren Adani, 9652 Valmeyer Ave, Las Vegas, NV 89148-5741
4303021 ##+Osteen Jr., Joe Allen, PO Box 294321 Phelan, CA 92329, Phelan, CA 92329-4321
4303033 ##P & S Metals & Supply Co., 5160 S. Rogers St., Las Vegas, NV 89118-1543
4718208 ##+PALECEK, PO BOX 225, RICHMOND, CA 94808-0225
4303044 ##+Pacific Coast Steel, 7155 Mission Gorge Road, San Diego, CA 92120-1130
4303047 ##+Pacific Suppliers Co, 8541 Lankershim Blvd, Sun Valley, CA 91352-3127
4303049 ##+Pacific West Brokers, 8767 Sunshine Ave, Flagstaff, AZ 86004-9615
4644455 ##+Padilla Construction Co of NV, Attn Bankruptcy Desk/Managing Agent, 1605 N O Donnell Way, Orange CA 92867-3634
4303056 ##+Padilla Construction Co. of NV, 1605 N. ODonnell Way, Orange, CA 92867-3634
4303070 ##+Palm West Leather, PO Box 661, Gilbert, AZ 85299-0661
4644467 ##+Paola Martin, Attn Bankruptcy Desk/Managing Agent, 7109 Painted Butte, Las Vegas NV 89178-8034
4303081 ##+Paola Martin, 7109 Painted Butte, Las Vegas, NV 89178-8034
4644473 ##+Paramount Capital Corporation, Attn Bankruptcy Desk/Managing Agent, 1918 Filbert Street, Suite 101, San Francisco CA 94123-3547
4303086 ##+Paramount Capital Corporation, 1918 Filbert Street, Suite 101, San Francisco, CA 94123-3547
4644476 ##+Parisi Inc, Attn Bankruptcy Desk/Managing Agent, 2002 Jimmy Durante Blvd 308, Del Mar CA 92014-2258
4644478 ##+Parker Finch Associates LLC, Attn Bankruptcy Desk/Managing Agent, 3838 N Central Ave, Ste 1100, Phoenix AZ 85012-1988
4644481 ##+Party Supermart, Attn Bankruptcy Desk/Managing Agent, 2521 E Bonanza Rd, Las Vegas NV 89101-2855
4303101 ##+Party Supermart, 2521 E. Bonanza Rd, Las Vegas, NV 89101-2855
4303105 ##Patient Financial Services, Mayo Clinic Scottsdale, PO Box 52557, Phoenix, AZ 85072-2557
4303110 ##+Patricia Frankola, 7111 S Durango Dr Unit 204, Las Vegas, NV 89113-2051
4303113 ##+Patricia Renna, 102 Rancho Maria St, Las Vegas, NV 89148-2750
4303117 ##+Patricia Smith, PO Box 335609, N Las Vegas, NV 89033-5609
4303118 ##+Patrick & Anna Espinoza, 8910 Minsk Ct, Las Vegas, NV 89147-8117
4303123 ##+Patrick Bergsrud, 7159 S Durango Dr Unit 201, Las Vegas, NV 89113-2035
4303124 ##+Patrick Ferry, 245 Fairway Woods Dr, Las Vegas, NV 89148-5204
4303132 ##+Paul & Diona Greenbaum, 7201 Tealwood St, Las Vegas, NV 89131-8240
4303138 ##+Paul & Wanda Murray, 7111 S Durango Dr Unit 106, Las Vegas, NV 89113-2050
4303150 ##+Paul Hornikx, 25314 SE 36th Ct, Issaquah, WA 98029-7719
4303151 ##+Paul Huygens, 600 Via Colmo, Henderson, NV 89011-0864
4644490 ##+Paul Huygens, Attn Bankruptcy Desk/Managing Agent, 600 Via Colmo, Henderson NV 89011-0864
4303154 ##+Paul Martin, 9050 W Tropicana Ave Unit 1115, Las Vegas, NV 89147-8188
4303156 ##+Paul Ostermiller, 7721 Falconwing Ave, Las Vegas, NV 89131-8206
4644491 ##+Paul Renneker, Attn Bankruptcy Desk/Managing Agent, 1104 Norellat Rd, Henderson NV 89011-3093
4303158 ##+Paul Renneker, 1104 Norellat Rd., Henderson, NV 89011-3093
4303162 ##+Paul Werho, 2102 Citroen St, Las Vegas, NV 89142-1703
4303166 ##+Paula Iral, 213 Via Franciosa Dr, Henderson, NV 89011-0850
4303193 ##+Pedro & Modesta Mallari, 9050 W Warm Springs Rd Unit 1077, Las Vegas, NV 89148-3829
4303206 ##+Penelope Raety, 7107 S Durango Dr Unit 209, Las Vegas, NV 89113-2013
4303213 ##+Peralta Trucking, 6060 N. Smoke Rise Dr., Flagstaff, AZ 86004-2734
4303253 ##+Perlman Architects, Inc., 2230 Corporate Circle Ste 200, Henderson, NV 89074-6387
4303254 ##+Perpetua Gatan, 285 Via Di Citta Dr, Henderson, NV 89011-0849
4303260 ##+Pete Passman, 8050 Arville St No 107, Las Vegas, NV 89139-7149
4303259 ##+Pete Passman Moulding, Inc., 8050 Arville St No 107, Las Vegas, NV 89139-7149
4303273 ##+Peter Luk, 9680 Ziegler Ave, Las Vegas, NV 89148-5757
4303276 ##+Peter Rapone, 7119 S Durango Dr Unit 109, Las Vegas, NV 89113-2058
4303296 ##+Philip & Meiken Alexander, 305 Via Di Citta Dr, Henderson, NV 89011-0849
4303297 ##+Philip Marrow, 1480 Thrush Ave Apt 36, San Leandro, CA 94578-5503
4303302 ##+Phillip Campagna, 11621 Longhirst Hall Ln, Las Vegas, NV 89138-6034
4303311 ##+Photo Research LLC, 2919 B Mead, Las Vegas, NV 89102-0748
4303316 ##+Pierce Eislen, 7201 East Camelback Road, Suite 245, Scottsdale, AZ 85251-3350
4303326 ##+Ping Ni, 9667 Waukegan Ave, Las Vegas, NV 89148-5744
4303329 ##+Pinnacle Grading & Heavy Equip, 313 So. Aztec Rd, Golden Valley, AZ 86413-8837
4644533 ##+Pinnacle Grading LLC, Attn Bankruptcy Desk/Managing Agent, 313 South Aztec Road, Golden Valley AZ 86413-8837
4644537 ##+Pipe Maintenance Serv Inc, Attn Bankruptcy Desk/Managing Agent, 412 E Gowan Road, N Las Vegas NV 89032-8040
4303333 ##+Pipe Maintenance Serv. Inc., 412 E Gowan Road, N Las Vegas, NV 89032-8040
4303335 ##+Piracle, 2302 South Presidents Drive, Suite B, Salt Lake City, UT 84120-2318

***** BYPASSED RECIPIENTS (continued) *****

4644539 ##+Piracle, Attn Bankruptcy Desk/Managing Agent, 2302 South Presidents Drive, Suite B, Salt Lake City UT 84120-2318
4644553 ##+Pool Tables Plus Inc, Attn Bankruptcy Desk/Managing Agent, 6985 W Sahara 117, Las Vegas NV 89117-2800
4644554 ##+Pools by Grube, Attn Bankruptcy Desk/Managing Agent, 961 Empire Mesa Way, Henderson NV 89011-1800
4303360 ##+Pools by Grube, 961 Empire Mesa Way, Henderson, NV 89011-1800
4644555 ##+Porsha Revesz, Attn Bankruptcy Desk/Managing Agent, 298 Belair View Ct, Henderson NV 89074-4171
4303364 ##+Post Tensioing Institute Store, 8601 North Black Canyon Hwy, Ste. 103, Phoenix, AZ 85021-4155
4644557 ##+Post Tensioing Institute Store, Attn Bankruptcy Desk/Managing Agent, 8601 North Black Canyon Hwy, Ste 103, Phoenix AZ 85021-4155
4303369 ##+Powen Li, 2935 Judah St, San Francisco, CA 94122-1320
4644564 ##+Precision Surveys, Attn Bankruptcy Desk/Managing Agent, P O Box 94928, 8414 D Jefferson St NE, Albuquerque NM 87113-1622
4303377 ##+Precision Surveys, PO Box 94928, 8414-D Jefferson St. NE, Albuquerque, NM 87113-1622
4644566 ##+Premier Business Solutions, Attn Bankruptcy Desk/Managing Agent, 15909 B East Gale Ave, Hacienda Heights CA 91745-1644
4644568 ##+Premier Office Systems Inc, Attn Bankruptcy Desk/Managing Agent, 1210 South Valley View Blvd, Suite 215, Las Vegas NV 89102-1857
4303380 ##+Premier Office Systems, Inc, 1210 South Valley View Blvd., Suite 215, Las Vegas, NV 89102-1857
4644571 ##Premium Financing Spec, Attn Bankruptcy Desk/Managing Agent, P O Box 25287, Tempe AZ 85285-5287
4303382 ##+Premysl Placek, 10040 Basalt Hollow Ave, Las Vegas, NV 89148-1655
4303384 ##+Presley Howell, 4734 Ashington St, Las Vegas, NV 89147-6070
4303405 ##+ProLink Solutions, 410 S. Benson Lane, Chandler, AZ 85224-6458
4303403 ##+Progressive Drywall Systems, PO Box 3595, Lake Havasu, AZ 86405-3595
4644590 ##+Progressive Drywall Systems, Attn Bankruptcy Desk/Managing Agent, P O Box 3595, Lake Havasu AZ 86405-3595
4303438 ##+Quality Paper Rolls, 6645 W. Badura, Bldg B1, Las Vegas, NV 89118-4677
4644613 ##+Quality Towing, Attn Bankruptcy Desk/Managing Agent, 2201 N Commerce, N Las Vegas NV 89030-4148
4303439 ##+Quality Towing, 2201 North Commerce Street, North Las Vegas, NV 89030-4148
4303461 ##+R K Properties LLC, 2920 S Rainbow Blvd Ste 130, Las Vegas, NV 89146-6214
4922474 ##+REEF COLONIAL, LLC, C/O ROSENFELD ROBERSON, BART K. LARSEN, ESQ., 6725 VIA AUSTI PARKWAY, SUITE 200, LAS VEGAS, NV 89119-3552
4304072 ##+RSC Equipment Rental, 3380 St Rose Pkwy, Henderson, NV 89052-3985
4303495 ##+Ralph Montemalo, 151 Castle Course Ave, Las Vegas, NV 89148-5001
4303533 ##+Ramon & Lydia Dy-Ragos, 4411 Alexis Dr, Las Vegas, NV 89103-8724
4644635 ##+Randal C Garofalo, Attn Bankruptcy Desk/Managing Agent, 2317 Robinhood Place, Orange CA 92867-1850
4303548 ##+Randal Garofalo, 2317 Robinhood Pl., Orange, CA 92867-1850
4303550 ##+Randle Walther, 9050 W Warm Springs Rd Unit 2158, Las Vegas, NV 89148-3837
4303552 ##+Randy & Kittie Harris, 1025 Via Sacra St, Henderson, NV 89011-0818
4303554 ##+Randy Broussard, 9050 W Warm Springs Rd Unit 1063, Las Vegas, NV 89148-3829
4644643 ##+Raymond M Logan, Attn Bankruptcy Desk/Managing Agent, 770 Autumn Moon Dr, Las Vegas NV 89123-0712
4303578 ##+Raymond M. Logan, 770 Autumn Moon Dr, Las Vegas, NV 89123-0712
4303586 ##+Re/Max Elite, 9931 W. Charleston Blvd., Suite 2, Las Vegas, NV 89117-7518
4644650 ##+Re/Max Elite, Attn Bankruptcy Desk/Managing Agent, 9931 W Charleston Blvd, Suite 2, Las Vegas NV 89117-7518
4644688 ##+ReMax Olson Assoc, Attn Bankruptcy Desk/Managing Agent, 16842 Devonshire St, Granda Hills CA 91344-7404
4303637 ##+ReMax Olson Assoc., 16842 Devonshire St., Granda Hills, CA 91344-7404
4303592 ##+Realty West Inc., 1100 Mary Crest Road, Henderson, NV 89074-7816
4303595 ##+Rebecca Sanchez, 411 S Virgil Ave Apt 202, Los Angeles, CA 90020-1412
4644659 ##+Rebel Builders Inc, Attn Bankruptcy Desk/Managing Agent, 9165 South Jones Blvd, Las Vegas NV 89139-7308
4303624 ##+Reghis Romero, 7931 Long Beach St, Las Vegas, NV 89139-8720
4303625 ##+Regina Edwards, 235 Crooked Putter Dr, Las Vegas, NV 89148-5264
4644679 ##+Reginald Asuncion, Attn Bankruptcy Desk/Managing Agent, 242 Angels Trace Court, Las Vegas NV 89148-2746
4303629 ##+Reid Hamilton, 1704 Queen Victoria Street No 203, Las Vegas, NV 89144-6896
4644701 ##+Resource Technology Associates, Attn Bankruptcy Desk/Managing Agent, 1111 E Touhy Ave, Suite 230, Des Plaines IL 60018-5830
4303660 ##+Resource Technology Associates, 1111 E. Touhy Ave, Suite 230, Des Plaines, IL 60018-5830
4303679 ##+Rheyburt & Rhodora Villafuerte, 4576 Califa Dr, Las Vegas, NV 89122-1907
4303692 ##+Ricardo Byers, 7151 S Durango Dr Unit 208, Las Vegas, NV 89113-2032
4303712 ##+Richard & Leslie Novick, 9050 W Tropicana Ave Unit 1128, Las Vegas, NV 89147-8189
4303723 ##+Richard Adam Townsend, 3411 N. Mayer Rd., Golden Valley, AZ 86413-6855
4303729 ##+Richard E. Johnson, 185 Jonathan Drive, Stamford, CT 06903-1523
4303730 ##+Richard Flemke, PO Box 82223, Las Vegas, NV 89180-2223
4303734 ##+Richard Lee, 9050 W Warm Springs Rd Unit 2126, Las Vegas, NV 89148-3836
4303743 ##+Richard Vitale, 245 E 54th St Apt 27N, New York, NY 10022-4724
4303756 ##+Rigoberto M. Carrasco, 3104 Wright Ave, North Las Vegas, NV 89030-8709
4303803 ##+Robert & Constance Gamiero, 623 Orchard Course Dr, Las Vegas, NV 89148-4481
4303815 ##+Robert & Lydia Akers, 972 S Pinewood Ln, Nixa, MO 65714-7031

***** BYPASSED RECIPIENTS (continued) *****

4303822 ##+Robert & Tam Simons, 7111 Montreal Dr, Lakeland, FL 33810-5377
4644746 ##+Robert C Maddox Associates, Attn Bankruptcy Desk/Managing Agent, 595 Double Eagle Ct Suite 2000, Reno NV 89521-9005
4303836 ##+Robert Goce, 1408 W Farrington St, W Covina, CA 91790-3354
4303853 ##+Robert Olaya, 33 Tall Ruff Dr, Las Vegas, NV 89148-5243
4303866 ##+Robert Sullivan, 909 Purdy Lodge St, Las Vegas, NV 89138-6043
4303867 ##+Robert Sutherland, 229 Lakewood Garden Dr, Las Vegas, NV 89148-2734
4303827 ##+Robert and Deborah Berlinger, 11232 Golden Chestnut Place, Las Vegas, NV 89135-1700
4644743 ##+Robert and Deborah Berlinger, Attn Bankruptcy Desk/Managing Agent, 11232 Golden Chestnut Place, Las Vegas NV 89135-1700
4644744 ##+Robert and Ruby Lou Duque, Attn Bankruptcy Desk/Managing Agent, 246 Duck Hollow, Las Vegas NV 89148-4420
4303871 ##+Roberto & Gwendolyn Hernandez, 436 First On Dr, Las Vegas, NV 89148-5249
4303873 ##+Roberto & Maria Antikoll, 1066 Via Capassi Way, Henderson, NV 89011-0892
4303882 ##+Robinson Golf Design Inc, 361 Forest Avenue, Suite 200, Laguna Beach, CA 92651-2147
4644762 ##+Rock Solutions Inc, Attn Bankruptcy Desk/Managing Agent, 2410 E Gowan Rd, N Las Vegas NV 89030-4458
4303903 ##+Rock Solutions, Inc., 2410 E. Gowan Rd., N. Las Vegas, NV 89030-4458
4303904 ##+Rockbreakers Contracting, Inc., 8055 North 24th Ave, Phoenix, AZ 85021-4865
4303908 ##+Rodel & Jeannette Usam, 9662 Waukegan Ave, Las Vegas, NV 89148-5744
4303956 ##+Roger & Wanda Johnson, 7530 Bridlehorne Ave, Las Vegas, NV 89131-3357
4303966 ##+Rolando & Susan Aguila, 122 Solidago Avenue, Las Vegas, NV 89183-5582
4303967 ##+Rolando Laus, 41 Broken Putter Way, Las Vegas, NV 89148-5242
4303977 ##+Romeo Velikov, 9763 Waukegan Ave, Las Vegas, NV 89148-5746
4303989 ##+Rommel & Milagros Barbadillo, 7655 Ironwood Knoll Avenue, Las Vegas, NV 89113-3051
4303990 ##+Rommel Barbadillo, 7655 Ironwood Knoll Avenue, Las Vegas, NV 89113-3051
4644774 ##+Rommel Barbadillo, Attn Bankruptcy Desk/Managing Agent, Milagros Barbadillo mother, 7655 Ironwood Knoll Avenue, Las Vegas NV 89113-3051
4303998 ##+Ron & Sarit Lugashi, 9727 Dieterich Ave, Las Vegas, NV 89148-5765
4304001 ##+Ron Gillette, 9534 Castillana Court, Las Vegas, NV 89147-8210
4644777 ##+Ron Gillette, Attn Bankruptcy Desk/Managing Agent, 9534 Castillana Court, Las Vegas NV 89147-8210
4644780 ##+Ron Warfield Trucking, Attn Bankruptcy Desk/Managing Agent, 2345 N Beth Way, Flagstaff, AZ 86001-0923
4304003 ##+Ron Warfield Trucking, 2345 N Beth Way, Flagstaff, AZ 86001-0923
4304007 ##Ronald & Marci Turkel, 1018 Sheldon Avenue, Staten Island, NY 10309-2115
4644781 ##+Ronald F Stevenson II, Attn Bankruptcy Desk/Managing Agent, 374 Rancho La Costa St, Las Vegas NV 89138-1570
4304015 ##+Ronald F. Stevenson II, 374 Rancho La Costa St., Las Vegas, NV 89138-1570
4304016 ##+Ronald Hermida, 420 Hidden Hole Dr, Las Vegas, NV 89148-5260
4644783 ##Ronald Marci Turkel, Attn Bankruptcy Desk/Managing Agent, 1018 Sheldon Avenue, Staten Island NY 10309-2115
4304021 ##+Ronen Arad, 1906 E Desert Ln, Phoenix, AZ 85042-6844
4304025 ##+Ronny & Catherine Charry, 248 Wicked Wedge Way, Las Vegas, NV 89148-2691
4304031 ##+Rosa Marquez, 126 Wicked Wedge Way, Las Vegas, NV 89148-2688
4304053 ##+Ross Woodard, 9657 Belle Amour Lane, Las Vegas, NV 89123-3419
4644794 ##+Ross Woodard, Attn Bankruptcy Desk/Managing Agent, 9657 Belle Amour Lane, Las Vegas NV 89123-3419
4304061 ##+Roxanne M. Hamilton, 1409 Unbridled Cir, Las Vegas, NV 89117-6610
4304064 ##+Roy Adams, 22797 Watson Heights Cir, Ashburn, VA 20148-7306
4304065 ##+Roy Theiss, 266 Via Franciosa Dr, Henderson, NV 89011-0851
4304077 ##+Ruben Reyes, 783 Esperanza Pl, Chula Vista, CA 91914-2436
4304088 ##+Rufina Corpuz, 13122 Bella Vista Ct, Chino Hills, CA 91709-1046
4304103 ##+Rumany Long, 425 Via Stretto Ave, Henderson, NV 89011-0835
4304118 ##+Ryan Christ, 9050 W Warm Springs Rd Unit 2075, Las Vegas, NV 89148-3834
4304123 ##+Ryan Soucie, 133 Wicked Wedge Way, Las Vegas, NV 89148-2689
4304298 ##+SCNS Sports Foods, 1527. W. 13th St., Suite H, Upland, CA 91786-7530
4644896 ##+SHARON SHINA, Attn Bankruptcy Desk/Managing Agent, 91 BOWLER SPRINGS, LAS VEGAS NV 89148-2622
4304784 ##++STORM AUTO GLASS, 3510 SHOSHONE, FLAGSTAFF AZ 86001-4110 (address filed with court: Storm Auto Glass, 78 N. Shoshone St., Flagstaff, AZ 86001)
4304160 ##+Salestraq of New Mexico, PO Box 16025, Albuquerque, NM 87191-6025
4644831 ##+Salestraq of New Mexico, Attn Bankruptcy Desk/Managing Agent, P O Box 16025, Albuquerque NM 87191-6025
4644842 ##+Sandlin Lumber Company Inc, Attn Bankruptcy Desk/Managing Agent, 5555 South Arville, Las Vegas NV 89118-2243
4304227 ##+Sandlin Lumber Company, Inc, 5555 South Arville, Las Vegas, NV 89118-2243
4644845 ##+Sandra Stacey, Attn Bankruptcy Desk/Managing Agent, 5114 Scenic Ridge Dr, Las Vegas NV 89148-1406
4304238 ##+Sandra Stacey, 5114 Scenic Ridge Dr, Las Vegas, NV 89148-1406
4304264 ##+Sarah & Braly Joy, 199 Crooked Putter Dr, Las Vegas, NV 89148-5228
4304289 ##+Schramm Jr., Joseph H., 6666 W Washington Ave Apt 210, Las Vegas, NV 89107-1348
4304292 ##Schwab Sales, LLC, PO Box 979, Gilbert, AZ 85299-0979
4304301 ##+Scott & Cara Sathrum, 9655 Waukegan Ave, Las Vegas, NV 89148-5744
4304312 ##+Scott Lebaron, 245 Lakewood Garden Dr, Las Vegas, NV 89148-2734
4304325 ##+Sean Chatman, 323 Montserrat Dr, Redwood City, CA 94065-2807
4304333 ##+Sebastian & Melissa Vallet, 1028 Via Latina St, Henderson, NV 89011-0815
4304348 ##+SelectBuild Nevada, Inc., Attn: Roofing Dept, 4339 Corporate Circle Dr., Ste 108, North Las Vegas, NV 89030-7553

***** BYPASSED RECIPIENTS (continued) *****

4304350 ##+Seong & Hyang Kim, 3833 Pahoa Ave, Honolulu, HI 96816-4141
4304365 ##+Sertac Padir, 7155 S Durango Dr Unit 303, Las Vegas, NV 89113-2039
4644889 ##+Service Motor Parts Co, Attn Bankruptcy Desk/Managing Agent, 1501 Beach Street, Montebello CA 90640-5431
4304367 ##+Service Motor Parts Co., 1501 Beach Street, Montebello, CA 90640-5431
4644890 ##+Service Pros, Attn Bankruptcy Desk/Managing Agent, 3600 Highland Dr Ste 2, Las Vegas NV 89103-5712
4304382 ##+Sewer Cable Equipment Co., PO Box 12687, Las Vegas, NV 89112-0687
4304392 ##+Shane Rensmon, 9050 W Tropicana Ave Unit 1101, Las Vegas, NV 89147-8187
4304401 ##+Sharelle Snow, 6474 Aether St, Las Vegas, NV 89148-6734
4304403 ##+Sharlene & David Dickinson, 1070 Olivia Pkwy, Henderson, NV 89011-0854
4304404 ##+Sharon Berrett, 27605 N 74th St, Scottsdale, AZ 85266-4118
4644895 ##+Sharon Berrett, Attn Bankruptcy Desk/Managing Agent, 27605 N 74th Street, Scottsdale AZ 85266-4118
4304406 ##+Sharon Nasser, 9050 W Warm Springs Rd Unit 2127, Las Vegas, NV 89148-3836
4644897 ##Sharp Plumbing Inc, Attn Bankruptcy Desk/Managing Agent, 4842 North Berg Street, North Las Vegas NV 89081-2621
4304407 ##Sharp Plumbing, Inc., 4842 North Berg Street, North Las Vegas, NV 89081-2621
4304410 ##+Shawn Bowen, 1036 Via Canale Dr, Henderson, NV 89011-0802
4304420 ##+Shelley & James Gitomer, 4600 El Camino Cabos Dr, Las Vegas, NV 89147-8110
4304426 ##+Shemy Pak, 125 Lakewood Garden Dr, Las Vegas, NV 89148-2739
4304428 ##+Shenghua Li, 177 Tall Ruff Dr, Las Vegas, NV 89148-5246
4304433 ##+Shevon Collins, 1420 North Rockridge, Flagstaff, AZ 86001-1148
4304447 ##+Shiu Cheung, 676 Harvester Course Dr, Las Vegas, NV 89148-4482
4304454 ##+Shun Wu, 212 Waterton Lakes Ave, Las Vegas, NV 89148-2800
4304455 ##+Shutter House, 6675 S. Tenaya Way, Suite 160, Las Vegas, NV 89113-1932
4304464 ##+Siew Chong, 9980 Waxberry Ct, Las Vegas, NV 89178-4815
4304465 ##+Sigifredi J. Cardenas, 1848 Goldfield, North Las Vegas, NV 89030-6712
4644921 ##+Sign City USA, Attn Bankruptcy Desk/Managing Agent, 4810 W University Ave, Las Vegas NV 89103-3827
4304467 ##+Sign City, USA, 4810 W. University Ave., Las Vegas, NV 89103-3827
4304472 ##+Signs West, Inc., 1100 Mary Crest RD, Henderson, NV 89074-7816
4304471 ##+Signs for Success, 3432 N. Bruce St, Suite 15, N. Las Vegas, NV 89030-8023
4644931 ##+Silver State Specialties LLC, Attn Bankruptcy Desk/Managing Agent, 3115 E Lone Mountain Road, Suite 1500, Las Vegas NV 89081-2670
4304488 ##+Silver State Specialties, LLC, 3115 E. Lone Mountain Road, Suite 1500, Las Vegas, NV 89081-2670
4304512 ##+Sitech Southwest, LLC, 4202 E. Elwood St., Suite 1, Phoenix, AZ 85040-1954
4644942 ##+Skyline Insulation Inc, Attn Bankruptcy Desk/Managing Agent, 4151 Industrial Center Drive, Suite 800, N Las Vegas NV 89030-7519
4304519 ##+Skyline Insulation, Inc., 4151 Industrial Center Drive, Suite 800, N Las Vegas, NV 89030-7519
4304525 ##+Smail Kheddar, 2400 Mountain Oak Rd, Bakersfield, CA 93311-1678
4304559 ##Soil Foodweb Oregon, LLC, 728 SW Wake Robin Ave, Corvallis, OR 97333-1612
4304580 ##+Sonia Sanabria, 900 Las Vegas Blvd S Unit 1108, Las Vegas, NV 89101-6861
4304583 ##+Sorin Busicescu, 259 Dog Leg Dr, Las Vegas, NV 89148-2697
4644977 ##+Southern Nevada Paving Inc, Attn Bankruptcy Desk/Managing Agent, 3920 West Hacienda, Las Vegas NV 89118-1781
4304605 ##+Southern Nevada Paving, Inc, 3920 West Hacienda, Las Vegas, NV 89118-1781
4644978 ##+Southern Nevada Pools, Attn Bankruptcy Desk/Managing Agent, 10345 S Eastern Ave, Henderson NV 89052-3962
4304606 ##+Southern Nevada Welding Supply, 4375 West Reno No 3, Las Vegas, NV 89118-1632
4644983 ##+Southwest Design Group Inc, Attn Bankruptcy Desk/Managing Agent, 2020 W Bonanza Street, Las Vegas NV 89106-4710
4644988 ##+Southwest Iron LLC, Attn Bankruptcy Desk/Managing Agent, 2606 Losee Rd, North Las Vegas NV 89030-4134
4304612 ##+Southwest Ironworks, 2606 Losee Road, North Las Vegas, NV 89030-4134
4304623 ##+Spectra Southwest Inc, 4202 E Elwood St., Suite 1, Phoenix, AZ 85040-1954
4304632 ##+Spring Johnson, 9050 W Warm Springs Rd Unit 2162, Las Vegas, NV 89148-3837
4304651 ##+Sretko & Mirjana Lojanica, 7135 S Durango Dr Unit 206, Las Vegas, NV 89113-2089
4645021 ##+St of NV Real Estate Div, Attn Bankruptcy Desk/Managing Agent, 788 Fairview Dr Suite 200, Carson City NV 89701-5491
4304666 ##+Stanley & Felicia Schrier, 4594 El Camino Cabos Dr, Las Vegas, NV 89147-8109
4304680 ##+Starr Equipment Co., 4025 West Nevso Drive, Las Vegas, NV 89103-4016
4304711 ##+Stephanie Barile, 149 Sullivan Ave, Farmingdale, NY 11735-5022
4645054 ##+Stephanie Hoelzel, Attn Bankruptcy Desk/Managing Agent, 600 Via Colmo Ave, Henderson NV 89011-0864
4304712 ##+Stephanie Hoelzel, 600 Via Colmo, Henderson, NV 89011-0864
4304719 ##+Stephen & Joseph Wancha, 1209 Washington Ave Ste 509, Saint Louis, MO 63103-2002
4304722 ##+Stephen & Rong Richardson, 191 Honors Course Dr, Las Vegas, NV 89148-0001
4304728 ##+Stephen Rennie, 8709 Villa Pablo Ln, Las Vegas, NV 89147-8703
4645060 ##+Steve Artinger, Attn Bankruptcy Desk/Managing Agent, 602 Fynn Valley Drive, Las Vegas NV 89148-4451
4304742 ##+Steve Selbrede, 1 Woodland Ct, Novato, CA 94947-7504
4304743 ##+Steve Strom, 1030 Weatherboard Street, Henderson, NV 89011-3100
4645064 ##+Steve Strom, Attn Bankruptcy Desk/Managing Agent, 1030 Weatherboard Street, Henderson NV 89011-3100
4304750 ##+Steven & Kathy Barrett, 87 Sunset Bay St, Las Vegas, NV 89148-2767
4304755 ##+Steven & Souksathit Gordon, 1025 Viale Placenza Pl, Henderson, NV 89011-0844

***** BYPASSED RECIPIENTS (continued) *****

4304764 ##+Steven Ralphs, 7232 Eaglegate St, Las Vegas, NV 89131-8207
4304766 ##+Steven Slepion, 9050 W Warm Springs Rd Unit 2088, Las Vegas, NV 89148-3835
4645068 ##+Steven Slepion, Attn Bankruptcy Desk/Managing Agent, 9050 W Warm Springs 2088, Las Vegas NV 89148-3835
4645075 ##+Stone Age Design LLC, Attn Bankruptcy Desk/Managing Agent, 2043 Pabco Road, Henderson NV 89011-2500
4304779 ##+Stone Age Design, LLC, 2043 Pabco Road, Henderson, NV 89011-2500
4645077 ##+Stonewall Publishing Inc, Attn Bankruptcy Desk/Managing Agent, 2408 Pardee Place, Las Vegas NV 89104-3469
4304783 ##+Stonewall Publishing, Inc, 2408 Pardee Place, Las Vegas, NV 89104-3469
4645086 ##+Subdivision Acceptance, Attn Bankruptcy Desk/Managing Agent, 285 Sunpac Rd, Henderson NV 89011-4436
4645097 ##+Sun Valley Bumper, Attn Bankruptcy Desk/Managing Agent, 2551 Airway Ave, P O Box 806, Kingman AZ 86402-0806
4304821 ##+Sunland Asphalt, PO Box 20814, Bullhead City, AZ 86439-0814
4645103 ##+Sunland Asphalt, Attn Bankruptcy Desk/Managing Agent, PO Box 20814, Bullhead City, AZ 86439-0814
4304822 ##Sunrise Fire, PO Box 82034, Las Vegas, NV 89180-2034
4645104 ##+Sunrise Fire Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 82034, Las Vegas NV 89180-2034
4304829 ##+Sunshine Concrete & Materials, 500 Lake Havasu Ave. N. Ste.D-100, Lake Havasu City, AZ 86403-3612
4645111 ##+Sunstate Companies Inc, Attn Bankruptcy Desk/Managing Agent, 4435 E Colton Ave, Suite 101, Las Vegas NV 89115-1311
4304831 ##+Sunstate Companies, Inc, 4435 E. Colton Ave, Suite 101, Las Vegas, NV 89115-1311
4304836 ##+Supavadee Srisakorn, 5574 Golden Palms Ct, Las Vegas, NV 89148-7644
4304852 ##+Susan Sachanko, 1276 Olivia Pkwy, Henderson, NV 89011-0834
4304853 ##+Susan Tokunaga, 2406 Rue De Bourdeaux, Henderson, NV 89074-6300
4304860 ##+Suzanne & Philip Richards, 925 Via Stellato St, Henderson, NV 89011-0856
4304861 ##+Suzanne Kage, 9050 W Warm Springs Rd Unit 1047, Las Vegas, NV 89148-3828
4645130 ##+Swan Advertising, Attn Bankruptcy Desk/Managing Agent, 2880 Meade Avenue Suite 202, Las Vegas NV 89102-0713
4645131 ##+Swany Pool Service Inc, Attn Bankruptcy Desk/Managing Agent, PO Box 371000, Las Vegas NV 89137-1000
4645137 ##+T Brothers Tile LLC, Attn Bankruptcy Desk/Managing Agent, 3450 S Polaris, Las Vegas NV 89102-8374
4304875 ##+T. Brothers Tile, LLC, 3450 S. Polaris, Las Vegas, NV 89102-8374
4756851 ##+THE TWT GROUP TWT, INC. (DBA THE WHEEL THING), DANIEL L. COATS, 11982 KIOWA AVE. #204, LOS ANGELES, CA 90049-5980
4746437 ##+TRINITY GREEN SERVICES, LLC, ATTN: GAYLE HENNIG, 1165 S. STEMMONS FRWY. STE. 100, LEWISVILLE, TX 75067-5365
4645327 ##+TSA of Nevada LLP, Attn Bankruptcy Desk/Managing Agent, 3110 S Rainbow Blvd, Suite 104, Las Vegas NV 89146-6211
4305216 ##+TSA of Nevada, LLP, 3110 S. Rainbow Blvd, Suite 104, Las Vegas, NV 89146-6211
4645329 ##+TSI Monitoring LLC, Attn Bankruptcy Desk/Managing Agent, 8550 W Charleston Blvd 110, Las Vegas NV 89117-9080
4645330 ##+TSI Sales and Installation LLC, Attn Bankruptcy Desk/Managing Agent, 8550 W Charleston Blvd 110, Las Vegas NV 89117-9080
4305217 ##+TSI Sales and Installation LLC, 8550 W. Charleston Blvd No 110, Las Vegas, NV 89117-9080
4304891 ##+Tamara & Anthony Cicchetti, 192 Waterton Lakes Ave, Las Vegas, NV 89148-2800
4304937 ##+Teresita Africano, 7185 S Durango Dr Unit 208, Las Vegas, NV 89113-2046
4304943 ##+Terri Castro, 2049 Jesse Scott St, Las Vegas, NV 89106-2160
4645160 ##+Terri Castro, Attn Bankruptcy Desk/Managing Agent, 2049 Jesse Scott St, Las Vegas NV 89106-2160
4304946 ##+Terry & Joyce Harris, 4860 Lames Dr, Las Vegas, NV 89122-1905
4645161 ##+Terry Corneil, Attn Bankruptcy Desk/Managing Agent, 1408 Diamond Country Drive, Reno NV 89521-5185
4304966 ##+The Andre Agassi Charitable, Foundation, 3960 Howard Hughes Pkwy, Ste. 750, Las Vegas, NV 89169-5973
4304985 ##The Game, LLC, PO Box 1831, Columbus, GA 31902-1831
4645205 ##+The Las Vegas NV Press, Attn Bankruptcy Desk/Managing Agent, 1385 Pama Ln, 111, Las Vegas NV 89119-3849
4304993 ##+The Learning Center, 2975 S. Rainbow Blvd., Suite D1, Las Vegas, NV 89146-6597
4645209 ##+The Learning Center, Attn Bankruptcy Desk/Managing Agent, 2975 S Rainbow Blvd, Suite D1, Las Vegas NV 89146-6597
4645217 ##+The Mobile Storage Group, Attn Bankruptcy Desk/Managing Agent, 7590 North Glen Oaks Blvd, PO Box 10999, Burbank CA 91510-0999
4305000 ##+The Mobile Storage Group, PO Box 10999, Burbank, CA 91510-0999
4645232 ##+The Rogich Communications Grou, Attn Bankruptcy Desk/Managing Agent, 3980 Howard Hughes Pkwy, Suite 550, Las Vegas NV 89169-5905
4645233 ##+The Rosenfeld Law Group, Attn Bankruptcy Desk/Managing Agent, 6725 Via Austi Parkway, Suite 200, Las Vegas NV 89119-3552
4645255 ##+Thomas Carroll and Associates, Attn Bankruptcy Desk/Managing Agent, 5860 South Pecos Suite 400, Las Vegas NV 89120-5429
4305044 ##+Thomas Carroll and Associates, 5860 South Pecos, Suite 400, Las Vegas, NV 89120-5429
4305046 ##+Thomas Connolly, 327 Cart Crossing Way, Las Vegas, NV 89148-5213
4305051 ##+Thomas Groce, 7420 Red Cinder St, Las Vegas, NV 89131-3368
4305056 ##+Thomas Patufka, 7123 S Durango Dr Unit 309, Las Vegas, NV 89113-2086
4305058 ##+Thomas Takeuchi, 398 Lunalilo Home Rd, Honolulu, HI 96825-1801

***** BYPASSED RECIPIENTS (continued) *****

4645267 ##+Tiffany Banks, Attn Bankruptcy Desk/Managing Agent, 5809 La Jolla Way, Las Vegas NV 89108-4773
4305077 ##+Tiffany Banks, 5809 La Jolla Way, Las Vegas, NV 89108-4773
4645273 ##+Timothy Giles, Attn Bankruptcy Desk/Managing Agent, 7809 Flagler Street, Las Vegas NV 89139-5787
4645277 ##+Tishara Cousino, Attn Bankruptcy Desk/Managing Agent, 5015 W Sahara Ste 125 217, Las Vegas NV 89146-3469
4305124 ##+Todd & Priscila Lee, 5509 Sunview Way, Antioch, CA 94531-8596
4305140 ##+Tony Howard, 4760 Crakow Ct, Las Vegas, NV 89147-8123
4305142 ##+Tony Wood, 241 Tayman Park Ave, Las Vegas, NV 89148-2837
4305165 ##+Tosh Monday, 9050 W Warm Springs Rd Unit 2124, Las Vegas, NV 89148-3836
4645299 ##+Touch LLC, Attn Bankruptcy Desk/Managing Agent, 2121 South Industrial Road, Las Vegas NV 89102-4631
4645302 ##+Tower Builders LLC, Attn Bankruptcy Desk/Managing Agent, 3656 N Rancho Drive, Suite 101, Las Vegas NV 89130-3172
4305171 ##+Tower Builders, LLC, 3656 N. Rancho Drive, Suite 101, Las Vegas, NV 89130-3172
4305179 ##+Trademark Golf, 7107 Crossroads Blvd, Suite 107, Brentwood, TN 37027-2805
4305184 ##+Transnation Title Insurance, 1316 Stockton Hill Road, Kingman, AZ 86401-5170
4645309 ##+Transnation Title Insurance, Attn Bankruptcy Desk/Managing Agent, 1316 Stockton Hill Road, Kingman AZ 86401-5170
4305201 ##+Tri-State Auto Glass, 4030 Stockton Hill Rd Ste 10, Kingman, AZ 86409-2452
4645315 ##+Tribes Holdings LLC, Attn Bankruptcy Desk/Managing Agent, 470 Mirror Ct, Suite B 106, Henderson NV 89011-4045
4305196 ##+Tribes Holdings, LLC, 470 Mirror Ct. Ste. B-106, Henderson, NV 89011-4045
4645316 ##Tribune, Attn Bankruptcy Desk/Managing Agent, P O Box 78317, Phoenix AZ 85062-8317
4645325 ##+True Marketing, Attn Bankruptcy Desk/Managing Agent, 12 Sunset Way, Building B Ste 202, Henderson NV 89014-2005
4305211 ##+True Marketing, 12 Sunset Way, Building B, Ste 202, Henderson, NV 89014-2005
4305223 ##Tulare Dept. of Child Support, P O 45383, San Francisco, CA 94145-0383
4305244 ##+Tyona Brandt, 4644 E. Desert Trail, Kingman, AZ 86401-6549
4645342 ##+Tyona Brandt, Attn Bankruptcy Desk/Managing Agent, 4644 E Desert Trail, Kingman AZ 86401-6549
4645348 ##+Ultimate Electronics, Attn Bankruptcy Desk/Managing Agent, 741 S Rainbow Blvd, Las Vegas NV 89145-6241
4645362 ##United Rentals Northwest Inc, Attn Bankruptcy Desk/Managing Agent, 3521 N Rancho Dr, Las Vegas, NV 89130-3123
4645392 ##V2 Creative Inc, Attn Bankruptcy Desk/Managing Agent, 900 S Pavilion Center Drive, 180, Las Vegas NV 89144-4584
4645430 ##+VINYL INDUSTRIAL PRODUCTS INC, Attn Bankruptcy Desk/Managing Agent, 1700 DOBBS ROAD, ST AUGUSTINE FL 32084-6224
4645393 ##+Valdez Enterprises LLC, Attn Bankruptcy Desk/Managing Agent, Steve Valdez, 600 Wilshire Ave, Kingman AZ 86409-3555
4305341 ##+Valerie Scherschligt, 370 Clarence House Ave Unit 102, North Las Vegas, NV 89032-6198
4305342 ##+Valerie Thornton, 480 W 10 N, Orem, UT 84057-1974
4305355 ##+Valley Placers Inc., 3921 W. Oquendo Rd., Las Vegas, NV 89118-3010
4305364 ##+Van & Pamela Hudson, 220 Via Luna Rosa Ct, Henderson, NV 89011-0875
4305387 ##+Vegas Golfer Magazine, 2290 Corporate Circle, Suite 250, Henderson, NV 89074-7713
4645405 ##+Vegas Magazine Partners LLC, Attn Bankruptcy Desk/Managing Agent, 2290 Corporate Circle Suite 250, Henderson NV 89074-7713
4305389 ##+Vegas Magazine Partners, LLC, 2290 Corporate Circle, Suite 250, Henderson, NV 89074-7713
4645407 ##+Vegas Seminar, Attn Bankruptcy Desk/Managing Agent, 16 Tapadero Lane, Las Vegas NV 89135-7852
4305391 ##+Vegas Seminar, 16 Tapadero Lane, Las Vegas, NV 89135-7852
4305399 ##+Vesselka Rizova, 9704 Waukegan Ave, Las Vegas, NV 89148-5745
4305407 ##+Vicki Glass, 2987 Kala Kaua Ave No 302, Honolulu, HI 96815-4633
4645421 ##+Vicki Glass, Attn Bankruptcy Desk/Managing Agent, 2987 Kala Kaua Ave 302, Honolulu HI 96815-4633
4305408 ##+Vicki Lan, 9050 W Warm Sptings Rd No 1141, Las Vegas, NV 89148-3831
4305421 ##+Victor Uy, 940 S Camerford Ln, Anaheim, CA 92808-2324
4305431 ##+Viktoria Voltshek, 7107 S Durango Dr Unit 309, Las Vegas, NV 89113-2014
4305446 ##Villas at Kingman HOA, c/o Parker Finch Management, PO Box 503310, San Diego, CA 92150-3310
4305447 ##+Villas in Kingman Homeowner, Association, 3838 N. Central Avenue Suite 1100, Phoenix, AZ 85012-1988
4305463 ##+Virginia Casa, 85 Bay Ave W, Hampton Bays, NY 11946-2507
4305472 ##+Vista Chevrolet, 5501 Drexel Road, Las Vegas, NV 89130-1619
4645436 ##+Vista Chevrolet, Attn Bankruptcy Desk/Managing Agent, 5501 Drexel Road, Las Vegas NV 89130-1619
4305477 ##+Vivan Campbell, 71 Broken Putter Way, Las Vegas, NV 89148-5242
4305486 ##+Volvo Rents, 5255 S Valley View Blvd, Las Vegas, NV 89118-1710
4305494 ##+W Larry & Duhngdao Whitesell, 109 Lakewood Garden Dr, Las Vegas, NV 89148-2739
4645553 ##+WREDCo Inc, Attn Bankruptcy Desk/Managing Agent, P O Box 81526, Las Vegas NV 89180-1526
4305733 ##+WREDCo, Inc., PO Box 81526, Las Vegas, NV 89180-1526
4305740 ##++WYMAT, LLC, 4155 E HUNTINGTON DR, FLAGSTAFF AZ 86004-9404
(address filed with court: Wymat, LLC, 4177 E. Huntington Dr., Flagstaff, AZ 86004)
4305511 ##+Wall Systems Inc - Paint, 6015 McLeod Drive, Las Vegas, NV 89120-3454
4645448 ##+Wall Systems Inc Drywall, Attn Bankruptcy Desk/Managing Agent, 6015 McLeod Drive, Las Vegas NV 89120-3454
4305512 ##+Wall Systems Inc-Drywall, 6015 McLeod Drive, Las Vegas, NV 89120-3454

***** BYPASSED RECIPIENTS (continued) *****

4305550 ##+Wazuu Design, 4175 S. Riley Road, Suite 104, Las Vegas, NV 89147-8719
4645463 ##+Wazuu Design, Attn Bankruptcy Desk/Managing Agent, 4175 S Riley St, 104, Las Vegas NV 89147-8719
4305572 ##Wells Fargo Home Mortgage, PO Box 54017, Los Angeles, CA 90054-0017
4305578 ##+Welsh Plastics, 3111 S. Valley View B-103, Las Vegas, NV 89102-8328
4305584 ##+Wendie Aston, 932 Via Stellato St, Henderson, NV 89011-0857
4305587 ##+Wendy Harrison, 2953 Via Meridiana, Henderson, NV 89052-3840
4645486 ##+Wendy Harrison, Attn Bankruptcy Desk/Managing Agent, 2953 Via Meridiana, Henderson NV 89052-3840
4305590 ##+Wenran Lin, 4786 Lone Mesa Dr, Las Vegas, NV 89147-7931
4305606 ##+Western Landscape Construction, 4670 S. Polaris Avenue, Las Vegas, NV 89103-5615
4645495 ##+Western Landscape Construction, Attn Bankruptcy Desk/Managing Agent, 4670 S Polaris Avenue, Las Vegas NV 89103-5615
4305608 ##+Western Outdoor Inc, 3060 Business Lane, Las Vegas, NV 89103-4128
4645501 ##+Western States Contracting, Attn Bankruptcy Desk/Managing Agent, 2810 N Nellis Blvd, Las Vegas NV 89115-3411
4305614 ##+WesternInteriors and Design, 5410 Wilshire Blvd., Suite 200 West, Los Angeles, CA 90036-4216
4645511 ##+White Mountain Framers, Attn Bankruptcy Desk/Managing Agent, 470 Mirror Court Suite B106, Henderson NV 89011-4045
4645512 ##+White Valley Construction, Attn Bankruptcy Desk/Managing Agent, 671 Professional Avenue Ste 514, Henderson NV 89015-6613
4305627 ##+White, Michael, 5402 S. Sir Richard Dr, Las Vegas, NV 89110-4863
4305640 ##+Wilfredo & Anacleta Rillera, 2150 Walden St, Oxnard, CA 93033-8018
4305656 ##+William & Rica Colbert, 274 Sea Rim Ave, Las Vegas, NV 89148-2759
4305666 ##+William Choy, 299 Dog Leg Dr, Las Vegas, NV 89148-2814
4645524 ##+William Dively, Attn Bankruptcy Desk/Managing Agent, 10473 Burensburg Ave, Las Vegas NV 89135-1070
4305669 ##+William Dively, 10473 Burensburg Ave, Las Vegas, NV 89135-1070
4305670 ##+William Dunbar, 275 Dog Leg Dr, Las Vegas, NV 89148-2814
4305672 ##+William Eversole, PO Box 60172, Las Vegas, NV 89160-0172
4645526 ##+William Eversole, Attn Bankruptcy Desk/Managing Agent, P O Box 60172, Las Vegas NV 89160-0172
4305678 ##+William Nail, 7163 S Durango Dr Unit 109, Las Vegas, NV 89113-2044
4645531 ##+William R Duncan, Attn Bankruptcy Desk/Managing Agent, 6000 Flaming Coral Lane, Las Vegas NV 89130-7077
4305682 ##+William Richards, 9793 Valmeyer Ave, Las Vegas, NV 89148-5743
4305685 ##+William Thurston, 7400 Apple Springs Ave, Las Vegas, NV 89131-3366
4305686 ##+William Wang, 1750 W Romneya Dr Apt 247, Anaheim, CA 92801-1814
4645543 ##+Wm J Hotz Structural, Attn Bankruptcy Desk/Managing Agent, 1609 Changing Seasons St, Las Vegas NV 89144-1629
4645544 ##+Wonravee Chavalit, Attn Bankruptcy Desk/Managing Agent, 3720 Fountain Ct, North Las Vegas NV 89032-3452
4305727 ##+Woodworkers Emporium, 125 N. Gibson St., Henderson, NV 89014-6713
4305758 ##+Xiu Xu, 252 Rustic Club Way, Las Vegas, NV 89148-5201
4645578 ##+YP com, Attn Bankruptcy Desk/Managing Agent, 101 Convention Center Dr, Suite 1002, Las Vegas NV 89109-2033
4305798 ##+Yoko Allen, 303 Saint Thomas Dr Apt D, Newport News, VA 23606-4382
4305805 ##+Young Wee, 342 Turtle Peak Ave, Las Vegas, NV 89148-2752
4305814 ##+Yugu Tang, 9774 Marcelline Ave, Las Vegas, NV 89148-5752
4305818 ##+Yuko Dubois, 7151 S Durango Dr Unit 202, Las Vegas, NV 89113-2032
4305821 ##+Yumei Cao, 5055 W Hacienda Ave Unit 2216, Las Vegas, NV 89118-0346
4305822 ##+Yumi Malinis, 9700 Marcelline Ave, Las Vegas, NV 89148-5751
4305826 ##+Yunhee Kim, 625 S Berendo St Apt 507, Los Angeles, CA 90005-1753
4645581 ##+Yurri Shiller, Attn Bankruptcy Desk/Managing Agent, 2382 Falsetto Ave, Henderson NV 89052-6463
4305828 ##+Yurri Shiller, 2382 Falsetto Ave, Henderson, NV 89052-6463
4305863 ##+Zhao Xu, 7131 S Durango Dr Unit 202, Las Vegas, NV 89113-2071
4305882 ##+Zoubir Mouaki-Benani, 207 Wicked Wedge Way, Las Vegas, NV 89148-2690
4643331 ##+g photographic com, Attn Bankruptcy Desk/Managing Agent, George Bekich II, 11597 Andorra St, Las Vegas NV 89183-5616
4299719 ##+g photographic.com, George Bekich II, 11597 Andorra St, Las Vegas, NV 89183-5616

TOTALS: 37, * 130, ## 1138

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2011** **Signature:** Joseph Speetjens

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

**Entered on Docket**
**August 18, 2011**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

KEVIN N. ANDERSON
Nevada Bar No. 4512
**FABIAN & CLENDENIN, P.C.**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: 801-531-8900
Facsimile: 801-596-2814
Email: kanderson@fabianlaw.com

*Counsel for James M. Rhodes*

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, #400
Las Vegas, Nevada 89145
Telephone: 702-362-7800
Facsimile: 702-362-9472
Email: nleatham@klnevada.com
and
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
aqureshi@akingump.com
mlahaie@akingump.com

*Counsel for* ***Reorganized Debtors***

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors. | CASE NO. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br><br>☒ All Reorganized Debtors | **STIPULATION AND ORDER REGARDING CONTIUNANCE OF HEARING**<br><br>Old Hearing Date: August 30, 2011 at 1:30 p.m.<br>**New Hearing Date: September 27, 2011 at 10:30 a.m.** |

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

James M. Rhodes ("Rhodes"), through counsel, Fabian & Clendenin, and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), through counsel, Kolesar & Leatham and Akin Gump Strauss Hauer & Feld LLP, respectfully submit this Stipulation and Order Regarding Continuance of Hearing (the "Stipulation"). Rhodes and the Reorganized Debtors are collectively referred to herein as the "Parties." The Parties stipulate and agree as follows:

WHEREAS, on August 2, 2011, this Court held a hearing (the "Hearing") regarding on the Reorganized Debtors' objection to the Greenway Partners Claim and the Scheduled Claims (the "Remaining Claims");

WHEREAS, to the extent set forth in the record, the Court continued the Hearing to August 30, 2011 at 1:30 p.m.;

WHEREAS, the Parties have agreed to a further continuance of the Hearing with regard to the Remaining Claims; and

WHEREAS it is the Parties' understanding that September 27, 2011 at 10:30 a.m. is an available date on which the continued Hearing may be held;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that the Hearing shall be continued to September 27, 2011 at 10:30 a.m. (PDT).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FABIAN & CLENDENIN, P.C.**

By *___/s/ Kevin N. Anderson___*
KEVIN N. ANDERSON
Nevada Bar No. 4512
601 South Tenth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 233-4444

*Counsel for James M. Rhodes*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By *___/s/ Abid Qureshi___*
PHILIP C. DUBLIN
New York Bar No. 2959344
ABID QURESHI
New York Bar No. 2684637
MEREDITH LAHAIE
New York Bar No. 4518023
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

and

NILE LEATHAM
Nevada Bar No. 002838
400 South Rampart Blvd., Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800

*Counsel for the Reorganized Debtors*

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472