# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**

In re: (Name of Debtor)
    THE RHODES COMPANIES, LLC
    C/O DUNHILL HOMES
    ATTN: GENERAL COUNSEL
    6345 S JONES, SUITE 400
    LAS VEGAS, NV 89118

Social Security No.:

### ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by Eric D. Madden is approved.

Dated: 8/23/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court