RECEIVED

Aug 22  3 2⁻ PM '11

*[stamp: MARY A. SCHOTT, CLERK, U.S. BANKRUPTCY COURT]*

Steven Youles
2305 Windjammer Way
Las Vegas NV 89107

August 18, 2011

United States Bankruptcy Court
District of Nevada
Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd South
Las Vegas, NV 89101

**Case No. 09-14814-lbr**
**In re: The Rhodes Companies LLC**

Dear Sir or Madam

I am an interested party in the above-referenced case, and wish to inform you of my new address. I was previously at 9050 W Tropicana #1099, Las Vegas NV 89147.

Please send all correspondence to my new address, which is:

Steven Youles
2305 Windjammer Way
Las Vegas NV 89107

Many thanks for your assistance.

Yours faithfully,

Steven Youles