**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>THE RHODES COMPANIES, LLC,<br>Aka "Rhodes Homes", *et al.*,<br><br>Reorganized Debtors.[1] | Case No. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☒ All Debtors<br>☐ The following Debtor(s) | **ORDER REQUIRING FINANCIAL INSTITUTIONS TO PRODUCE CUSTODIAN OF RECORDS FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No hearing required] |

The Litigation Trust of The Rhodes Companies, LLC, *et al.* (the "Litigation Trust" having filed an Omnibus Motion for Order Requiring Production of Custodian of Records for Examination In Accordance With Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that the following financial institutions:

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC 90206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Ralty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Clubb, LLC (7132); Pinnacle Grading, LLC (4838).

American Express Company
UBS Financial Services, Inc.
Town & Country Bank, Inc.
Consolidated Mortgage Company
American Commonwealth Mortgage Company
Bank of Oklahoma
Alliance Mortgage, LLC
BofA ML Asset Holding f/k/a Merrill Lynch
The Bank of New York
Mutual of Omaha Bank
Nevada State Bank
Wells Fargo Bank, N.A.

produce their respective custodian of records for examination and produce requested documents on a business day fourteen (14) days after the entry of this Order, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

Prepared by:
**DIAMOND MCCARTHY LLP**

By: *Jacob J. Roberts* /s/ Jacob J. Roberts
Eric D. Madden, (*pro hac vice*)
Michael J. Yoder (*pro hac vice* pending)
Jacob J. Roberts (*pro hac vice*)
1201 Elm Street, 34th Floor
Dallas, Texas 75270
Phone: 214-389-5300
Facsimile: 214-389-5399

*Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.*

**LAW OFFICE OF BRIAN SHAPIRO**

By: */s/ Brian D. Shapiro*
Brian D. Shapiro, NV Bar No. 5772
400 E. Bonneville, Suite 300
Las Vegas, Nevada 89101
Phone: 702-386-8600
Facsimile: 702-383-0994

*Local Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.*

###