IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA



RECEIVED

AuG 29  1 55 m '11

BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes", et al.,<br><br>　　　Reorganized Debtors. | CASE NO. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

It is hereby requested that Ebbin Moser +Skaggs, LLP be removed from the list of creditors.


**EBBIN MOSER + SKAGGS, LLP**

By: _____
DAVID E. MOSER, Creditor
550 Montgomery Street, Suite 900
San Francisco, CA 94111
(415) 362-5050

**Entered on Docket**
**August 18, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

KEVIN N. ANDERSON
Nevada Bar No. 4512
**FABIAN & CLENDENIN, P.C.**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: 801-531-8900
Facsimile: 801-596-2814
Email: kanderson@fabianlaw.com

*Counsel for James M. Rhodes*

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, #400
Las Vegas, Nevada 89145
Telephone: 702-362-7800
Facsimile: 702-362-9472
Email: nleatham@klnevada.com
and
PHILIP C. DUBLIN (NY Bar No. 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail:   pdublin@akingump.com
          aqureshi@akingump.com
          mlahaie@akingump.com

*Counsel for **Reorganized Debtors***

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>            Reorganized Debtors.<br><br>Affects:<br><br>☒   All Reorganized Debtors | CASE NO. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br><br>**STIPULATION AND ORDER REGARDING CONTIUNANCE OF HEARING**<br><br>Old Hearing Date: August 30, 2011 at 1:30 p.m.<br>**New Hearing Date: September 27, 2011 at 10:30 a.m.** |

995643 (7540-1)

- 1 -

029870

1 | **IT IS SO ORDERED.**

2 | Prepared and respectfully submitted by:

3 | **FABIAN & CLENDENIN, P.C.**            **AKIN GUMP STRAUSS HAUER &**
4 |                                          **FELD LLP**

5 | By___*/s/ Kevin N. Anderson*___          By___*/s/ Abid Qureshi*___
    KEVIN N. ANDERSON                        PHILIP C. DUBLIN
6 | Nevada Bar No. 4512                      New York Bar No. 2959344
    601 South Tenth Street, Suite 102        ABID QURESHI
7 | Las Vegas, Nevada 89101                  New York Bar No. 2684637
    Telephone: (702) 233-4444                MEREDITH LAHAIE
8 |                                          New York Bar No. 4518023
9 | *Counsel for James M. Rhodes*            One Bryant Park
                                             New York, NY 10036
10|                                          Telephone: (212) 872-1000

11|                                                    and

12|                                          NILE LEATHAM
13|                                          Nevada Bar No. 002838
                                             400 South Rampart Blvd., Suite 400
14|                                          Las Vegas, NV 89145
                                             Telephone: (702) 362-7800
15|
16|                                          *Counsel for the Reorganized Debtors*

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

27 | *In re: The Rhodes Companies, LLC, et al.*/Case No. BK-S-09-14814-LBR
     Stipulation and Order Regarding Continuance of Hearing
28 |

995643 (7540-1)                  - 3 -

029870                           7310402989026