E-Filed on 8/30/2011

**DIAMOND MCCARTHY LLP**
1201 Elm Street, 34th Floor
Dallas, Texas 75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)

Eric D. Madden, TX Bar No. 24013079
Email: emadden@diamondmccarthy.com
Michael J. Yoder, TX Bar No. 24056572
Email: myoder@diamondmccarthy.com
Jacob J. Roberts, TX Bar No. 24065982
Email: jroberts@diamondmccarthy.com

*Counsel for the Litigation Trust
of The Rhodes Companies, LLC, et al.*

**LAW OFFICE OF BRIAN D. SHAPIRO, A NEVADA LLC**
411 E. Bonneville Ave., Suite 300
Las Vegas, Nevada  89101
 (702) 386-8600 (telephone)
 (702) 383-0994 (facsimile)

Brian D. Shapiro, NV Bar No. 5772
Email:  bshapiro@brianshapirolaw.com

*Local Counsel for the Litigation Trust of
The Rhodes Companies, LLC, et al.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>THE RHODES COMPANIES, LLC,<br>   Aka "Rhodes Homes", *et al.*,<br><br>                    Reorganized Debtors.[1]<br><br>Affects:<br>☒  All Debtors<br>☐  The following Debtor(s) | Case No. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**OMNIBUS MOTION FOR ORDER REQUIRING PRODUCTION OF ONE OR MORE CORPORATE REPRESENTATIVES FOR EXAMINATION IN ACCORDANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No hearing required] |

In accordance with Federal Rule of Bankruptcy Procedure 2004, the Litigation Trust of

The Rhodes Companies, LLC, *et al.* (the "<u>Litigation Trust</u>" or "<u>Movant</u>") hereby moves this

Court for an order requiring that the following title companies:

Chicago Title of Nevada, Inc.
First American Title Company
Fidelity National Financial, Inc.

[1]   The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC 90206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Ralty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Clubb, LLC (7132); Pinnacle Grading, LLC (4838).

Commerce Title Company
Transnation Title Agency
Security Title of Nevada, LLC
Stewart Title Company
Yuma Title

(the "Title Companies") produce one or more corporate representatives for examination on a business day no earlier than fourteen (14) business days after the entry of an order granting this Motion, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

This Motion is further explained in the following Memorandum.

**Memorandum**

The Litigation Trust seeks information concerning the Reorganized Debtors and their pre-bankruptcy acts, conduct, property, liabilities and financial condition. Specifically, the Litigation Trust seeks information concerning services provided by each of the Title Companies to the Reorganized Debtors. The Litigation Trust seeks this information from the Title Companies to assist in the collection of the assets and the investigation of the liabilities of the Reorganized Debtors.

The requested discovery from the Title Companies is within the scope of examination permitted under Rule 2004, which includes:

[t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or … any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[2]

---

[2] FED.R. BANKR. P. 2004(b).

MOTION FOR RULE 2004 EXAMINATION — PAGE 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## Conclusion

Accordingly, the Litigation Trust requests that this Court enter the form of order submitted with this Motion.

Dated:  August 30, 2011.

**DIAMOND MCCARTHY LLP**                    **LAW OFFICE OF BRIAN SHAPIRO**

By:    /s/ Jacob J. Roberts                          By:    /s/ Brian D. Shapiro
Eric D. Madden, (*pro hac vice*)                 Brian D. Shapiro,
Michael J. Yoder, (*pro hac vice* pending)       411 E. Bonneville, Suite 300
Jacob J. Roberts, (*pro hac vice*)               Las Vegas, Nevada 89101
1201 Elm Street, 34th Floor                      (702) 386-8600 (telephone)
Dallas, Texas 75270                              (702) 383-0994 (facsimile)
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)                       *Local Counsel for the Litigation Trust of*
                                                 *The Rhodes Companies, LLC, et al.*
*Counsel for the Litigation Trust of*
*The Rhodes Companies, LLC, et al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that I am employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 30th day of August 2011, a true and correct copy of the foregoing **OMNIBUS MOTION FOR ORDER REQUIRING PRODUCTION OF ONE OR MORE CORPORATE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** was served by the Court's CM/ECF system to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com;
msheffield@foxrothschild.com; ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com; kgallegos@maclaw.com;
tszostek@maclaw.com

NATALIE M. COX on behalf of Plaintiff EUGENE DAVIS
ncox@klnevada.com, bankruptcy@klnevada.com; ckishi@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com,bankruptcy@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@jonesvargas.com, enunez@jonesvargas.com; ehardy@jonesvargas.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@jonesvargas.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com;
bschmidt@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor IN RE KITEC FITTING LITIGATION CLASS
PLAINTIFFS
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com;
mstow@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES
CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com;
nbaig@swlaw.com; nunzueta@swlaw.com; docket_las@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@larsonlawnv.com, sstanton@larsonlawnv.com; akosina@larsonlawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
LENDERS
nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
car@amclaw.com; lom@amclaw.com; crb@amclaw.com; csh@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
smyers@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
olster@lbbslaw.com, sallade@lbbslaw.com

ERIC RANSAVAGE on behalf of Creditor LESLIE BLASCO, ET AL.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com; ckishi@klnevada.com; bbroussard@klnevada.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
veralynn@tthomaslaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor WESTAR KITCHEN & BATH, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com.


 _/s/  Catherine A. Burrow_____
Catherine A. Burrow
Legal Assistant
Diamond McCarthy LLP