

**Entered on Docket**
**August 30, 2011**

*Mary A. Schott*
_____
**Mary A. Schott, Clerk**
**United States Bankruptcy Court**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>THE RHODES COMPANIES, LLC,<br>   Aka "Rhodes Homes", *et al.,*<br><br>                  Reorganized Debtors.[1]<br><br>Affects:<br>☒ All Debtors<br>☐ The following Debtor(s) | Case No. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER REQUIRING TITLE COMPANIES TO PRODUCE ONE OR MORE CORPORATE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No hearing required] |

The Litigation Trust of The Rhodes Companies, LLC, *et al.* (the "Litigation Trust" having filed an Omnibus Motion for Order Requiring Production of One or More Corporate Representatives for Examination In Accordance With Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that the following title companies:

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC 90206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Ralty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Clubb, LLC (7132); Pinnacle Grading, LLC (4838).

114513.1

Chicago Title of Nevada, Inc.
First American Title Company
Fidelity National Financial, Inc.
Commerce Title Company
Transnation Title Agency
Security Title of Nevada, LLC
Stewart Title Company
Yuma Title

produce one or more corporate representatives for examination on a business day no earlier than fourteen (14) days after the entry of this Order, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

Prepared by:

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LAW OFFICE OF BRIAN SHAPIRO** |
| By:  */s/ Jacob J. Roberts* | By:  */s/ Brian D. Shapiro* |
| Eric D. Madden, (*pro hac vice*) | Brian D. Shapiro, NV Bar No. 5772 |
| Michael J. Yoder (*pro hac vice* pending) | 400 E. Bonneville, Suite 300 |
| Jacob J. Roberts (*pro hac vice*) | Las Vegas, Nevada 89101 |
| 1201 Elm Street, 34th Floor | Phone:  702-386-8600 |
| Dallas, Texas 75270 | Facsimile:  702-383-0994 |
| Phone:  214-389-5300 | |
| Facsimile:  214-389-5399 | *Local Counsel for the Litigation Trust of Rhodes Companies, LLC, et al.* |
| *Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.* | |

###