CARLETON R. BURCH, ESQ.
Nevada Bar No. 010527
**crb@amclaw.com**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 006150
**stc@amclaw.com**
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Telephone: (702) 479-1010 ♦ Facsimile: (702) 479-1025
Attorneys for Creditor
*Stanley Consultants, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC,<br><br>Debtor. | Case No. BK-S-09-14814-LBR<br><br>Chapter 11<br><br>**EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

Carleton R. Burch, Esq. and Sue Trazig Cavaco, Esq., attorneys of record for Creditor Stanley Consultants, Inc. in the above-entitled action, hereby file their Ex Parte Motion to Withdraw and Remove Counsel from CM/ECF Service List and Mailing Matrix ("Motion"). Creditor Stanley Consultants, Inc. is no longer an active party in this litigation due to a Settlement Agreement. Accordingly, counsel herein respectfully requests that their names be removed from both the CM/ECF Service List and Mailing Matrix.

DATED this  1st  day of September, 2011.

ANDERSON, McPHARLIN & CONNERS LLP

By _____
Carleton R. Burch, Esq.
Nevada Bar No. 010527
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Attorneys for Creditor
Stanley Consultants, Inc.

890489.1 5835.005