Name of Attorney  David R. Hague

Bar Number  A11660

City  Salt Lake City,

State  Utah

Phone #  801-531-8900

E-mail address  dhague@fabianlaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>        Reorganized Debtors. | Bankruptcy No. 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter No. 11<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>EFFECTIVE _____<br>FILING FEE IS **$175.00** |

David R. Hague, Petitioner, respectfully represents to the Court:

    1.    That Petitioner resides in Salt Lake City, Utah.

    2.    That Petitioner is an attorney at law and a member of the law firm of Fabian & Clendenin with offices at 215 South State Street, Suite 1200, Salt Lake City, UT 84111-2323. Telephone: 801-531-8900.

    3.    That Petitioner has been retained as a member of the law firm by James M. Rhodes ("**Rhodes**") to provide legal representation in connection with the above-entitled case now

pending before this Court.

4. That since October 30, 2007, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Utah, where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts and the Tenth Circuit Court of Appeals on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts:

| Court | Date Admitted |
|---|---|
| U.S. District Court, Central District of Utah | October 30, 2007 |
| 10th Circuit Court of Appeals | 2010 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

None

8. That Petitioner is a member of good standing in the following Bar Associations:

Utah State Bar

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as

counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Case | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 31, 2008 | In re Robert Edward Swadkins And Christy Ann Swadkins (Debtors) | NV Bankruptcy Court | Granted: January 5, 2009 |

(If necessary, please attach a statement of additional applications)

10.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: September 2, 2011.

/s/ David R. Hague
Petitioner's Signature

- 3 -

STATE OF UTAH        )
                     )
COUNTY OF SALT LAKE  )

David R. Hague, Petitioner, being first duly sworn, deposes and says that the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 2nd day of September, 2011.

_____
Notary public

(SEAL)

DIANE P. ROMERO
Notary Public State of Utah
My Commission Expires on:
May 27, 2014
Comm. Number: 582800

ND: 4840-9173-1210, v. 1

- 4 -