1  Name of Attorney   David R. Hague

2  Bar Number  A11660

3  City   Salt Lake City,

4  State   Utah

5  Phone #   801-531-8900

6  E-mail address   dhague@fabianlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | ) | |
|---|---|---|
| | ) | Bankruptcy No. 09-14814-LBR |
| THE RHODES COMPANIES, LLC, aka | ) | (Jointly Administered) |
| "Rhodes Homes," et al., | ) | |
| | ) | Chapter No. 11 |
| | ) | |
| Reorganized Debtors. | ) | **DESIGNATION OF LOCAL** |
| | ) | **COUNSEL AND CONSENT** |
| | ) | **THERETO** |
| | ) | |
| _____ | ) | |

　　The undersigned, attorney of record for James M. Rhodes ("**Rhodes**"), has submitted to the Court a "*Verified Petition for Permission to Practice in this Case Only*." Not being admitted to the bar of this Court, and it to be in the best interests of the client to designate Kevin N. Anderson, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled court, as associate local counsel in this action. The address of said designated Nevada Counsel is: Bar Code #4512, 601 South Tenth Street, Suite 102, Las Vegas, NV 89101, Telephone: 702-233-4444; kanderson@fabianlaw.com.

　　By this designation, the undersigned attorneys agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel.

Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

DATED this 2nd day of September, 2011.

/s/ David R. Hague_____
David R. Hague, Attorney at Law
*Counsel for James M. Rhodes*

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ Kevin N. Anderson_____
Kevin N. Anderson
Designated Nevada Counsel

ND: 4845-9832-5002, v. 1

- 2 -