**Entered on Docket
September 06, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

CARLETON R. BURCH, ESQ.
Nevada Bar No. 010527
crb@amclaw.com
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 006150
stc@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard, Suite 145
Las Vegas, Nevada 89107
Telephone: (702) 479-1010 ♦ Facsimile: (702) 479-1025

Attorneys for Creditor
*Stanley Consultants, Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-09-14814-LBR |
| THE RHODES COMPANIES, LLC, | Chapter 11 |
| Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

Upon Ex Parte Motion to Withdraw and Remove Counsel from CM/ECF Service List and Mailing Matrix ("Motion") filed by counsel for Creditor Stanley Consultants, Inc., good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court is hereby directed to discontinue notice in the above-captioned matter by removing Carleton R. Burch, Esq. and Sue Trazig Cavaco,

890499.1 5835.005

1  Esq. of the law firm of Anderson, McPharlin & Conners, LLP from both the CM/ECF Service List
2  and Mailing Matrix.
3  ###
4
5  Submitted by:
6  ANDERSON, McPHARLIN & CONNERS LLP
7
8  _____
   Carleton R. Burch, Esq.
9  Nevada Bar No. 010527
   777 North Rainbow Boulevard, Suite 145
10 Las Vegas, Nevada 89107
   Attorneys for Creditor
11 Stanley Consultants, Inc.

890499.1 5835.005

2