RECEIVED & FILED

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

'11 SEP -6 P3 46

U.S. [illegible]

THE LANDSCAPE CONNECTION, TLC, INC.
5400 E. Empire Ave.
Flagstaff, AZ. 86004
(928) 526-9052

In Re:

| | | |
|---|---|---|
| THE RHODES COMPANIES, LLC, aka | ) | Chapter 11 |
| "Rhodes Homes," et al. | ) | CASE NO: BK-S-09-14814-LBR |
| | ) | MOTION FOR REMOVAL FROM MAILING LIST |
| Reorganized Debtor | ) | FOR NOTICES TO CREDITORS |

COMES NOW THE DEBTOR LISTED as The Landscape Connection, TLC, Inc. We, the creditor, were paid in full in October, 2009. We are still receiving all notices as creditors.

As of September 1, 2011, please remove our company from the mailing list for all future mailings.

RESPECTFULLY SUBMITTED this 1st day of September, 2011.

By: _Gillian Bleeker sec/tres_
Gillian Bleeker
Its: Corporate Secretary

Copies Mailed to:
Jones Vargas
Tracy A. Difillippo
3773 Howard Hughes Parkway 3rd Floor South
Las Vegas, NV. 89169

Akin Gump Strauss Hauer & Feld, LLP
Philip Dublin
One Bryant Park
New York, NY 10036