```
                        United States Bankruptcy Court
                              District of Nevada
In re:                                                    Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                 Chapter 11
        Debtor               CERTIFICATE OF NOTICE

District/off: 0978-2        User: espinozal          Page 1 of 1        Date Rcvd: Sep 07, 2011
                            Form ID: ovpbk           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2011.
aty          +Kevin N. Anderson,   Fabian & Clendenin,   601 S. 10th Street,   Suite 102,
               Las Vegas, NV 89101-7027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2011**                    **Signature:** _Joseph Speetjens_

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**

In re: (Name of Debtor)
    THE RHODES COMPANIES, LLC
    C/O DUNHILL HOMES
    ATTN: GENERAL COUNSEL
    6345 S JONES, SUITE 400
    LAS VEGAS, NV 89118

Social Security No.:

### ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by DAVID R HAGUE is approved.

Dated: 9/7/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court