DANIEL BOGDEN
United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>Rhodes Homes, et al.,<br><br>Debtors. | ) BK-S-09-14814 LBR<br>) (Jointly Administered)<br>) Chapter 11<br>)<br>) Hearing Date: September 27, 2011<br>) Time: 10:30 a.m.<br>) |

DECLARATION OF VIRGINIA CRONAN LOWE

I, Virginia Cronan Lowe, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am an attorney with the United States Department of Justice, Tax Division located at Washington, D.C. I have been assigned to the above-captioned matter and am in possession of the Department of Justice files and a portion of the Internal Revenue Service's administrative file concerning this matter. I have reviewed the Department of Justice and Internal Revenue Service's files in my possession in making the representations below.

2. Attached hereto as Exhibit 1 is a true and correct copy of portions of the trial transcript in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 24, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of portions of the trial transcript in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 6, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of portions of the trial transcript in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 7, 2009.

- 1 -

1  5. Attached hereto as Exhibit 4 is a true and correct copy of portions of the trial transcript in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for June 30, 2009.

2  6. Attached hereto as Exhibit 5 are true and correct copies of pay sheets and invoices with regard to payroll for Bravo, Inc.

3  7. Attached hereto as Exhibit 6 is a true and correct copy of portions of the trial transcript in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 21, 2009.

4  8. Attached hereto as Exhibit 7 is a true and correct copy of portions of the trial transcript in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 15, 2009.

DATED this 15th day of September, 2011.

        DANIEL BOGDEN  
        United States Attorney

        /s/ Virginia Cronan Lowe  
        VIRGINIA CRONAN LOWE  
        Trial Attorney, Tax Division  
        U.S. Department of Justice  
        Post Office Box 683  
        Ben Franklin Station  
        Washington, D.C.  20044  
        Telephone: (202) 307-6484

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing DECLARATION OF VIRGINIA CRONAN LOWE has been made this 15th day of September, 2011, using the Court's CM/ECF system to:

Shirley S. Cho, Esq. at scho@pszjlaw.com

Zachariah Larson, Esq. at ecf@lslawnv.com

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

- 3 -