# EXHIBIT 2

1

1    UNITED STATES DISTRICT COURT

2     DISTRICT OF NEVADA

3 THE HON. DAVID A. EZRA, U.S. DISTRICT JUDGE,

4      PRESIDING

5

6 UNITED STATES OF AMERICA,  )
           )
7    Plaintiff,   ) Case No.
           ) 2:05-cr-121-DAE-RJJ
8   vs.      )
           ) *COPY*
9 ROBERT DAVID KAHRE, et al. )
           )
10   Defendants.  )
           )

11

12

13

14

15  REPORTER'S PARTIAL TRANSCRIPT OF JURY TRIAL

16   (TESTIMONY OF HEIDI MOLESWORTH)

17     JULY 6, 2009

18

19

20

21 APPEARANCES: (See page 2)

22

23

24

25 Court Reporter: Gayle Pichierri, RPR, CRR

2:05-cr-121-DAE-RJJ - July 6, 2009

2

1    APPEARANCES:

2    For the Plaintiff:

3                    J. GREGORY DAMM, ESQ.
                     **Assistant United States Attorney**
4                    333 Las Vegas Boulevard South
                     Suite 5000
5                    Las Vegas, Nevada 89101
                     (702) 388-6336
6
                     CHRISTOPHER J. MAIETTA, ESQ.
7                    **U.S. Department of Justice**
                     Tax Division
8                    P. O. Box 972
                     Washington, D.C. 20044
9                    (202) 514-4661

10   For the Defendant Robert David Kahre:

11                   **WILLIAM A. COHAN, ESQ.**
                     **WILLIAM A. COHAN, P.C.**
12                   P. O. Box 3448
                     Rancho Santa Fe, California 92067
13                   (858) 832-1632

14   For the Defendant Robert David Kahre:
     (Local counsel)
15
                     **LISA RASMUSSEN, ESQ.**
16                   **LAW OFFICE OF LISA RASMUSSEN**
                     616 South 8th Street
17                   Las Vegas, Nevada 89101
                     (702) 461-1436
18
     For the Defendant Alexander C. Loglia:
19
                     **JOEL F. HANSEN, ESQ.**
20                   415 South 6th Street
                     Las Vegas, Nevada 89101
21                   (702) 385-5533

22   * * *

23   * * *

24   * * *

25

*PRESTIGE COURT REPORTING*
(702) 525-2997

2:05-cr-121-DAE-RJJ - July 6, 2009

3

1  | APPEARANCES:
   | (Continued.)
2  |
   | For the Defendant Lori Kahre:
3  |
4  |            MICHAEL J. KENNEDY, ESQ.
   |            First Assistant Federal Defender
   |            411 East Bonneville Street
5  |            Suite 250
   |            Las Vegas, Nevada 89101
6  |            (702) 388-6577
7  |
   | For the Defendant Danille Cline:
8  |
9  |            LYNN E. PANAGAKOS, ESQ.
   |            345 Queen Street
   |            Honolulu, Hawaii 96813
10 |            (808) 521-3336
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |

2:05-cr-121-DAE-RJJ - July 6, 2009

4

1                          --oOo--
2                    I N D E X
   WITNESS                              PAGE
3
   HEIDI MOLESWORTH
4
   Direct examination by Mr. Damm...............6
5
   Voir Dire Exam by Mr. Kennedy.....48,58,88,119
6
   Voir Dire Exam by Ms. Rasmussen.....63, 68, 80
7

8                  E X H I B I T S
9  Government's                        Received

10
   6.54.1-6.64.1-3                       51
11
   6.68.1-11                             59
12
   6.107.1                               70
13
   9.10.1-125                           121
14
   9.10.126-173                         123
15

16

17

18

19

20

21

22

23

24

25

2:05-cr-121-DAE-RJJ-July 6, 2009

5

1    LAS VEGAS, NEVADA; JULY 6, 2009; 1:49 P.M.

2                      --oOo--

3              P R O C E E D I N G S

4

5              MR. DAMM:  Yes, Your Honor.  We would

6    call Ms. Heidi Rasmussen Molesworth.

7              THE COURT:  All right.

8              THE CLERK:  Raise your right hand,

9    please.

10             Do you solemnly swear the testimony

11   you are about to give before this Court shall

12   be the truth, the whole truth and nothing but

13   the truth, so help you God?

14             THE WITNESS:  Yes, I do.

15             THE CLERK:  Okay.  Please have a

16   seat.  State your name for the record and

17   spell your first and last name.

18             THE WITNESS:  Heidi Molesworth.

19   H-E-I-D-I, M-O-L-E-S-W-O-R-T-H.

20

21             HEIDI MOLESWORTH,

22   called as a witness on behalf of the plaintiff,

23   having been duly sworn, was examined and

24   testified as follows:

25             THE COURT:  Are we still having

2:05-cr-121-DAE-RJJ-July 6, 2009

6

1   trouble with that mic?  Okay.  Why don't you

2   bring over one of those portable mics?

3            THE WITNESS:  My name is Heidi.

4            THE COURT:  Can you hear that?

5            JUROR:  Yes.

6            Spell the last name, please.

7            THE WITNESS:  M-O-L-E-S-W-O-R-T-H.

8            THE COURT:  I don't want anybody to

9   say we don't have juror questioning in this

10  trial.

11           You may proceed.

12           MR. DAMM:  Thank you, Your Honor.

13

14                DIRECT EXAMINATION

15  BY MR. DAMM:

16      Q.  Good afternoon, Ms. Molesworth.

17      A.  Hello.

18      Q.  How are you?

19      A.  Fine, thank you.  And yourself?

20      Q.  I'm very good.  Thank you for asking.

21           Did you previously use the name

22  "Rasmussen"?

23      A.  Yes, I did.

24      Q.  And was that your former husband's

25  last name?

7

1     A.   Yes, it is.

2     Q.   And you are no longer married to

3   Mr. Rasmussen?

4     A.   No, I'm not.

5     Q.   Ms. Molesworth --

6          THE COURT:   I think we should make it

7   clear that this is not the Mr. Rasmussen who

8   was previously here and testified.

9          MR. DAMM:   Yes, that's correct.

10    Q.   What was your husband's first name?

11    A.   Kirk.

12    Q.   Was he related to Kelly Rasmussen?

13    A.   Yes.

14    Q.   How were they related?

15    A.   Brothers.

16    Q.   Do you currently live in Las Vegas,

17  Nevada?

18    A.   No, I don't.

19    Q.   Did you previously live here in Las

20  Vegas, Nevada?

21    A.   Yes, I did.

22    Q.   For what period of time?

23    A.   From 1990 to 2005.

24    Q.   During the time that you lived here

25  in Las Vegas, did you at one point in time

2:06-CR-121-DAE-RJJ-July 6, 2009

8

1    work for Mr. Robert Kahre?

2        A.   Yes, I did.

3        Q.   And do you recall the time frame that

4    you worked for Mr. Kahre?

5        A.   '97 to 2005.

6        Q.   And how was it that you came to work

7    for Mr. Kahre?

8        A.   Lori Kahre called me one afternoon

9    and asked me if I was interested in working

10   there.

11       Q.   And how is it that you knew Lori

12   Kahre?

13       A.   She was Kelly's husband -- wife.

14       Q.   That's Kelly Rasmussen?

15       A.   Yes.

16            THE COURT:   That's your former

17   brother-in-law we are talking about.

18            THE WITNESS:   Yes, sir.

19            MR. DAMM:

20       Q.   And did you know, from your

21   association with Ms. Lori Kahre, what it was

22   that her brother did?

23       A.   Yes, I did.

24       Q.   And what type of work was that?

25       A.   Construction.

2:06-CR-121-DAE-RJJ-July 6, 2009

42

1  companies?

2      A.  Yes.

3      Q.  And did Lori Kahre indicate to you

4  what amount of money Mr. Kahre was making from

5  his own companies?

6      A.  Yeah.

7      Q.  And what did she indicate to you?

8      A.  How much it was?

9      Q.  Yes.

10     A.  You're asking me how much it was?

11     Q.  I'm asking you what she would have

12  told you.

13     A.  It was his salary for those

14  companies.

15     Q.  And did she give you a figure?

16     A.  Yes.

17     Q.  And what was that?

18     A.  It varied from company to company.

19     Q.  What --

20     A.  I don't remember because there were

21  different figures for each company.  Right off

22  the top of my head, I don't remember.

23     Q.  Now, in addition, did Mr. Kahre

24  receive income from another source?

25     A.  Yes.

2:06-CR-121-DAE-RJJ-July 6, 2009

43

1    Q.   And what was that?

2    A.   The fees he charged to do the payroll

3    companies.

4    Q.   And can you tell me about that

5    portion of his business?

6    A.   He did payroll for other construction

7    companies.

8    Q.   And how did that work?

9    A.   The same way it worked for his own

10   companies.

11   Q.   Were workers all required to sign a

12   contract?

13   A.   As far as I know.

14   Q.   And how would -- can you walk me

15   through that process and tell me how that

16   process worked with the other contractors?

17   A.   You mean how he got the information?

18   Q.   Yes.

19   A.   Early on in the week they would fax

20   over an amount, and Lori would put together an

21   invoice and send it back over to them along

22   with a fee that was -- the fee that Mr. Kahre

23   charged for doing the payroll.  And then on

24   whatever day they would be paid, it would go

25   the same way as the other -- as his companies

2:06-CR-121-DAE-RJJ-July 6, 2009

44

1   did.
2           The envelopes would be pre made.  The
3   list of people and amounts were listed.  So
4   when we stuffed the cash in the envelopes, we
5   knew.  And then the whole process, it was all
6   the same.  It didn't vary because they were --
7   you know, Bobby didn't own the companies.
8           Q.  So the process was for the same --
9   the payment process was the same for the other
10  contractors as it was for the workers for
11  Mr. Kahre's company?
12          A.  Yes.
13          Q.  Did Lori Kahre tell you how much
14  money Mr. Robert Kahre was making from that
15  portion of the business on a monthly basis?
16          A.  No.
17          MR. KENNEDY:  Objection on asked and
18  answered, Your Honor.
19          THE COURT:  She said she didn't know
20  anyway.
21          MR. DAMM:
22          Q.  Do you recall at one point in time --
23          THE COURT:  All right.  We need to
24  take a short recess.  One of the jurors needs
25  to use the rest room.

2:06-CR-121-DAE-RJJ-July 6, 2009

54

1   in a plastic zip -- plastic like Ziploc bag.

2       Q.   And what would you do with the money

3   once it got to the payroll office?

4       A.   I would open it up and verify it

5   against what was ordered from the bank to make

6   sure it was all there.

7       Q.   So in this particular instance, would

8   you count the money to determine whether or

9   not there was $161,447 in the bag from the

10   bank?

11       A.   Yes.

12       Q.   Then what would happen with the

13   money?

14       A.   I would separate it out by company.

15   Sometimes there was a couple of different

16   companies paid under Union Pacific.  Separate

17   it out that way.

18         And then I would count each company

19   separately and stuff it in the envelope --

20   stuff the cash in the envelopes.

21       Q.   And how would you know how much money

22   to put in each envelope?

23       A.   There is a list of names and amounts

24   with the envelopes that we had.

25       Q.   And so you would fill the envelopes

2:06-CR-121-DAE-RJJ-July 6, 2009

55

1    with the amount of money listed on the list

2    associated with those envelopes?

3        A.   Yes.

4             MR. DAMM:   Now, if we can take a

5    look, Ms. King, at 6.55.1.

6             MS. KING:   I'm sorry, Mr. Damm.   55?

7             MR. DAMM:   Yes, 6.55.1.

8        Q.   Now, Ms. Molesworth, can you tell me

9    what this exhibit represents?

10       A.   A cash order sheet for the bank.

11       Q.   And for what company is this

12   associated with?

13       A.   Customer name says T and F Marble.

14       Q.   And was T and F Marble one of

15   Mr. Kahre's companies?

16       A.   No.

17       Q.   And what was Mr. Kahre's association

18   with T and F Marble?

19       A.   We did their payroll.

20       Q.   And was the payroll handled in the

21   same fashion that you have just discussed?

22       A.   Yes.

23            MR. DAMM:   Ms. King, if we could take

24   a look at 6.56.3.

25       Q.   And, Ms. Molesworth, can you tell us

2:06-CR-121-DAE-RJJ-July 6, 2009

56

1  what this document represents?

2      A.  How much cash divided up for each

3  company is listed here.

4      Q.  And are these Mr. Kahre's companies?

5      A.  I don't believe so.  I believe the

6  payroll company's.

7      Q.  Would these be other contractors?

8      A.  You mean the companies that

9  contracted Bobby to do their payroll?

10     Q.  Yes.

11     A.  Yes.

12     Q.  And at the top one is Bricker and the

13  other one is Bravo?

14     A.  Yes.

15     Q.  And down at the middle of the page,

16  if we can take a look at the other names, do

17  you recognize those names, Ms. Molesworth?

18     A.  Yes, I do.

19     Q.  And are these again other contractors

20  for which Mr. Kahre was handling the payroll?

21     A.  Yes.

22     Q.  And are all of these cash order

23  sheets through 6.64?  Are they all cash order

24  sheets?

25     A.  Yes, they are.