# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT

 2                   DISTRICT OF NEVADA

 3    THE HON. DAVID A. EZRA, U.S. DISTRICT JUDGE,

 4                       PRESIDING

 5

 6   UNITED STATES OF AMERICA,     )
                                   )
 7            Plaintiff,           )  Case No.
                                   )  2:05-cr-121-DAE-RJJ
 8       vs.                       )
                                   )  *COPY*
 9   ROBERT DAVID KAHRE, et al.    )
                                   )
10            Defendants.          )
                                   )
11   _____

12

13

14

15      REPORTER'S PARTIAL TRANSCRIPT OF JURY TRIAL

16            (TESTIMONY OF GEORGE RODRIGUEZ)

17                     June 30, 2009

18

19

20

21
     APPEARANCES: (See page 2)
22

23

24

25   Court Reporter:   Gayle Pichierri, RPR, CRR
```

PRESTIGE COURT REPORTING
(702) 525-2997

```
 1   APPEARANCES:

 2   For the Plaintiff:

 3              J. GREGORY DAMM, ESQ.
                Assistant United States Attorney
 4              333 Las Vegas Boulevard South
                Suite 5000
 5              Las Vegas, Nevada 89101
                (702) 388-6336
 6
                CHRISTOPHER J. MAIETTA, ESQ.
 7              U.S. Department of Justice
                Tax Division
 8              P. O. Box 972
                Washington, D.C. 20044
 9              (202) 514-4661

10   For the Defendant Robert David Kahre:

11              WILLIAM A. COHAN, ESQ.
                WILLIAM A. COHAN, P.C.
12              P. O. Box 3448
                Rancho Santa Fe, California 92067
13              (858) 832-1632

14   For the Defendant Robert David Kahre:
     (Local counsel)
15
                LISA RASMUSSEN, ESQ.
16              LAW OFFICE OF LISA RASMUSSEN
                616 South 8th Street
17              Las Vegas, Nevada 89101
                (702) 461-1436
18
     For the Defendant Alexander C. Loglia:
19
                JOEL F. HANSEN, ESQ.
20              415 South 6th Street
                Las Vegas, Nevada 89101
21              (702) 385-5533

22   ***

23   ***

24   ***

25
```

```
 1   APPEARANCES:
     (Continued.)
 2
     For the Defendant Lori Kahre:
 3
              MICHAEL J. KENNEDY, ESQ.
 4            First Assistant Federal Defender
              411 East Bonneville Street
 5            Suite 250
              Las Vegas, Nevada 89101
 6            (702) 388-6577

 7
     For the Defendant Danille Cline:
 8
              LYNN E. PANAGAKOS, ESQ.
 9            345 Queen Street
              Honolulu, Hawaii 96813
10            (808) 521-3336

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         --oOo--

 2                         I N D E X
      WITNESS                                              PAGE
 3
      GEORGE RODRIGUEZ
 4
      Direct examination by Mr. Damm                       6
 5    Cross-examination by Mr. Kennedy                     89
      Cross-examination by Mr. Cohan                       204
 6    Voir Dire examinations by Mr. Damm                   108
                                                           112
 7    . . .                                                127
      . . .                                                138
 8    . . .                                                145
      . . .                                                149
 9    . . .                                                158
      . . .                                                163
10

11                       E X H I B I T S
      Government's                                       Received
12
      6.65.132-137                                         15
13
      6.65.140-145                                         15
14
      -139                                                 15
15
      9.6.1-9.6.402                                        51
16

17
      Defendants'
18
      1162-1164 (redacted)                                 131
19
      1165                                                 110
20
      1157                                                 115
21
      1166                                                 122
22
      1500-1504                                            140
23
      1158-1161                                            159
24
      1167                                                 166
25
```

```
1    LAS VEGAS, NEVADA; JUNE 30, 2009; 9:28 A.M.
2                        --oOo--
3                     P R O C E E D I N G S
4
5         MR. DAMM:  Your Honor, we would call
6    Mr. George Rodriguez.
7         THE COURT:  Okay.
8         THE CLERK:  Raise your right hand.
9         Do you solemnly swear the testimony
10   you are about to give before this Court shall
11   be the truth, the whole truth and nothing but
12   the truth, so help you God?
13        THE WITNESS:  Yes.
14        THE CLERK:  You can be seated.  If
15   you will state your name and spell your first
16   and last name for the record.
17        THE WITNESS:  George Rodriguez,
18   G-E-O-R-G-E, R-O-D-R-I-G-U-E-Z.
19
20                   GEORGE RODRIGUEZ,
21   called as a witness on behalf of the plaintiff,
22   having been duly sworn, was examined and
23   testified as follows:
24   ///
25   ///
```

1  of 2005?
2      A.  Correct.
3      Q.  All right.  So what I am talking
4  about is that time period.
5      A.  Right.
6      Q.  Okay.
7          MR. KENNEDY:  Thank you, Your Honor.
8      Q.  Now, with respect to Big Bear
9  Concrete, this is now a fourth company that
10 you are aware of in the Las Vegas Valley;
11 right?
12     A.  Right.
13     Q.  That was paid in gold and silver
14 coin?
15     A.  Right.
16     Q.  Exactly the way you were; right?
17     A.  Yes.
18     Q.  And they had the option of keeping
19 the gold and silver coin?
20     A.  Yes.
21     Q.  And that was left up to each
22 individual worker who was paid that way;
23 right?
24     A.  Yes.
25     Q.  Another company was -- that you were

1   aware of is Bravo, Inc.?

2       A.  Yes.

3       Q.  Now, Bravo, Inc., were you aware that

4   Jim Rhodes is involved with that company?

5       A.  Yes.

6       Q.  Okay.  And so Bravo, Inc.'s workers

7   were paid the exact same way you were, in gold

8   and silver coin?

9       A.  Yes.

10      Q.  And they each had the option of

11  keeping that gold and silver coin, just like

12  you did?

13      A.  Right.

14      Q.  Moving on to Bricker Construction

15  Company, this is another company that you were

16  aware of; right?

17      A.  Yes.

18      Q.  And they, too, had the option of

19  keeping the gold and silver coin that they

20  were paid in?

21      A.  Yes.

22      Q.  And they were paid in gold and silver

23  coin; right?

24      A.  Yes.

25      Q.  And each individual had the option