# EXHIBIT 5

Invoice

## UNION PACIFIC CONSTRUCTION

6049 Boulder Hwy.
Las Vegas, Nevada 89122
454-9221  454-9256

| DATE | INVOICE # |
|---|---|
| 9/27/00 | 2577 |

**BILL TO**

BRAVO, INC.
3525 W. HACIENDA #C
LAS VEGAS, NV 89118
739-9145

| QUANTITY | DESCRIPTION | P.O. NO. | TERMS | PROJECT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | BILLING FOR FRAMING: | | | | | |
| | | | | | 3,640.00 | 3,640.00 |
| | | | | | 673.00 | 673.00 |

IMF/FRN VALUE_____
DOLLARS PAID IN GOLD AND SILVER_____

**Total**  $4,313.00

132_C048_2876

132_C048_2876

BRAVO, INC
September 29, 2000

attn: Laurie
454-9258

Group 1 - Smiley

| | |
|---|---|
| Fernando Guitierez | 372 |
| Jesus Bernabe | 372 |
| Elias Bernabe | 372 |
| Angel Sierra | 372 |
| Carlos Vasquez | 465 |
| Moises Figueroa | 465 |
| Miguel Guitierez | 635 |

Group 2 - Andres

| | |
|---|---|
| Ernesto Reynoso | 344 |
| Valentin Mejia | 243 |

| | |
|---|---|
| Sub-total | $ 3,640.00 |
| Brd | $   673.40 |
| Total | $ 4,313.40 |

Dean Griffith

132_C048_2877

132_C048_2877

# Invoice

UNION PACIFIC CONSTRUCTION
1555 BLEDSOE LANE
LAS VEGAS, NV 89110

| DATE | INVOICE # |
|---|---|
| 4/10/01 | 2115 |

**BILL TO**
BRAVO, INC.
3525 W. HACIENDA #C
LAS VEGAS, NV 89118
739-9145

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  |  |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | BILLING FOR FRAMING: |  |  |
|  |  | 21,500.00 | 21,500.00 |
|  |  | 3,978.00 | 3,978.00 |

**Total** $25,478.00

162_D028_0237

162_D028_0237

APR-10-2001 TUE 01:20 PM BRAVO                FAX NO. 7027399145                P. 01

**BRAVO, INC**  454-9258
April 13, 2000

Group 1 - Smiley

| | |
|---|---|
| Jesus Bernabe | $1,000 |
| Lupe San Juan | $1,000 |
| Elian Bernabe | $1,000 |
| Salvador Bernabe | $1,500 |
| Juan Quiles | $1,500 |
| Pedro Tadeo | $1,500 |

Group 2 - Andres

| | |
|---|---|
| Raul Pastrana | $1,050 |
| Jose Lobato | $1,050 |
| Virgilio Orosco | $1,050 |
| Ernesto Reynoso | $1,050 |
| Carlos Viera | $1,050 |
| Valentine Mejia | $1,050 |
| Gustavo Perez | $1,050 |
| Abel Zoto | $1,050 |

Group 3 - Joaquin

| | |
|---|---|
| Jose Bracamontes | $1,400 |
| Juan Nol Contreras | $1,400 |
| Ernesto Baltazar | $1,400 |
| Jesus Alvarez | $1,400 |

| | | |
|---|---|---|
| Sub-total | | $21,500 |
| Brd | $ | 3,978 |
| Total | $ | 25,478 |

Dean Griffith

*Laurie,*
*Cashier's check will be ready for pick-up Friday after 8am*
*thanks - please call w/any questions*
*Mona*

162_D028_0238

162_D028_0238

# Invoice

UNION PACIFIC CONSTRUCTION

1555 BLEDSOE LANE
LAS VEGAS, NV 89110

| DATE | INVOICE # |
|---|---|
| 3/29/01 | 2093 |

**BILL TO**

BRAVO, INC.
3525 W. HACIENDA #C
LAS VEGAS, NV  89118
739-9145

| QUANTITY | DESCRIPTION | P.O. NO. | TERMS | PROJECT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | BILLING FOR FRAMING: | | | | | |
| | | | | | 53,312.00 | 53,312.00 |
| | | | | | 9,863.00 | 9,863.00 |

**Total**  $63,175.00

162_D028_0233

BRAVO, INC  
March 16, 2001

Fax: 454-9258

Group 1 - Smiley

|  |  |
|---|---|
| Elias Bernabe | $ 2,346 |
| Jesus Bernabe | $ 2,346 |
| Juan Tadeo | $ 2,346 |
| Gerardo Bernabe | $ 2,346 |
| Pedro Tadeo | $ 2,346 |
| Juan Camacho | $ 2,346 |
| San Juan Lupe | $ 2,346 |
| Miguel Guitierrez | $ 2,346 |
| Pedro Guitierrez | $ 2,346 |
| Juan Quiles | $ 2,346 |

Group 2 - Andres

|  |  |
|---|---|
| Jaime Garcia | $ 1,744 |
| Raul Pastrana | $ 1,748 |
| Ernesto Reynoso | $ 1,744 |
| Jose Lobato | $ 1,744 |
| Virgilio Orosco | $ 1,744 |
| Valentin Mejia | $ 1,744 |
| Gustavo Perez | $ 1,744 |
| Abel Zoto | $ 1,744 |
| Carlos Viera | $ 1,744 |

Group 3 - Joaquin

|  |  |
|---|---|
| Jose Bracamontes | $ 3,538.00 |
| Jesus Alvarez | $ 3,538.00 |
| Ernesto Baltazar | $ 3,538.00 |
| Juan Nol Contreras | $ 3,538.00 |

| Sub-total | $ | 53,312 |
|---|---|---|
| Brd | $ | 9,863 |
| Total | $ | 63,175 |

Dean Griffith

162_D028_0234

162_D028_0234

# Invoice

UNION PACIFIC CONSTRUCTION
6270 KIMBERLY #D
LAS VEGAS, NV 89122

| DATE | INVOICE # |
|---|---|
| 8/22/02 | 3401 |

**BILL TO**

BRAVO, INC.
252 ANGELS TRACE COURT
LAS VEGAS, NV  89148
730-4399

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  |  |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | BILLING FOR FRAMING: |  |  |
|  |  | 38,358.00 | 38,358.00 |
|  |  | 7,096.00 | 7,096.00 |

**Total**     $45,454.00

196_D078_0172

196_D078_0172

Bravo, Inc.
Union Pacific Payroll
Weekending 8/16/2002
Paid Week of 8/23/2002

Group 1 - Smiley

| | |
|---|---:|
| Jesus Bernabe | $ 3,980.00 |
| Moises Gutierrez | $ 2,227.00 |
| Pedro San Juan | $ 1,035.00 |
| Santiago Vasquez | $ 624.00 |
| Florentino Martin | $ 1,377.00 |
| Abelardo Martin | $ 1,710.00 |
| Julio Soto | $ 945.00 |
| Juan Ochoa | $ 934.00 |
| Elias Bernabe | $ 3,147.00 |
| Ismael Curiel | $ 240.00 |
| Erasmo Castrejon | $ 409.00 |
| Jose Garcia | $ 707.00 |
| Oscar Sanchez | $ 521.00 |
| Hector Martinez | $ 729.00 |
| Joel Arellano | $ 446.00 |
| Juan C Lopez | $ 212.00 |
| Joel Martin | $ 704.00 |
| Jorge Amarilla | $ 631.00 |
| Roberto Ramirez | $ 92.00 |
| Isrrobel Nunez | $ 725.00 |
| Manuel Valenzuela | $ 1,544.00 |
| Taurino Dominguez | $ 437.00 |
| Octavio Acevedo | $ 1,536.00 |
| Guillermo Fierro | $ 275.00 |
| Juan Jara | $ 649.00 |
| Juventino Coronado | $ 325.00 |
| Martin Medina | $ 447.00 |
| Teodoro Serna | $ 1,260.00 |
| Efren Silva | $ 186.00 |
| Vicente San Juan | $ 716.00 |
| Jesus Marroquin | $ 316.00 |
| David Garcia | $ 387.00 |
| Damian Martinez | $ 428.00 |
| Daniel Medina | $ 402.00 |
| Rolis Flores | $ 112.00 |
| Gilbert Rivas | $ 317.00 |
| | $ 30,932.00 |

Group 2 - Andres

| | | |
|---|---|---:|
| Valentin Mejia | | $ 1,525.00 |
| Joel Santos | | $ 1,525.00 |
| Zenon Lobato | | $ 1,526.00 |
| Jose Lobato | | $ 1,525.00 |
| Jaime Garcia | | $ 1,525.00 |
| | | $ 7,626.00 |
| Joel Santos | Employee Purchase | $ (200.00) |
| | | $ 7,426.00 |

| | | |
|---|---:|---|
| Total | $ 38,358 | |
| Burden 18.5% | $ 7,096 | |
| | $ 45,454 | |

Dean Griffith

# Invoice

UNION PACIFIC CONSTRUCTION
6270 KIMBERLY #D
LAS VEGAS, NV 89122

| DATE | INVOICE # |
|---|---|
| 4/16/2003 | 3951 |

**BILL TO**

BRAVO, INC.
252 ANGELS TRACE COURT
LAS VEGAS, NV 89148
730-4399

| QUANTITY | DESCRIPTION | P.O. NO. | TERMS | PROJECT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | BILLING FOR FRAMING: | | | | | |
| | | | | | 39,125.00 | 39,125.00 |
| | | | | | 7,238.00 | 7,238.00 |

**Total**  $46,363.00

197_D079_0970

197_D079_0970

|  |  |
|---|---|
| Oscar Sanchez Orozco | 396.00 |
| Pedro Posadas | 432.00 |
| Ramon Renteria | 629.00 |
| Roberto Rios | 395.00 |
| Sergio Alvarez | 540.00 |
| Taurino Dominguez | 368.00 |
| Teodoro Serna | 360.00 |
| Vincente San Juan | 605.00 |
| Zimon Vazquez | 260.00 |
| Abelardo Martin | 2,835.00 |
| Angel Cervtus | 600.00 |
| Florentino Martin | 3,051.00 |
| Jesus Bernabe | 819.00 |
| Julio Soto | 1,008.00 |
| Santigo Vasgnez | 1,350.00 |
| Miguel Mateos | 1,866.00 |
|  | 35,146.00 |

Group 2 - Andres

|  |  |
|---|---|
| Joaquin Garcia | 994.00 |
| Joel Santos | 994.00 |
| Senon Lobato | 994.00 |
| Valentin Mejia | 997.00 |
|  | 3,979.00 |

| Total |  | 39,125.00 |
|---|---|---|
| Burden 18.5% |  | 7,238.13 |
|  | $ | 46,363 |

Dean Griffith, General Manager