# EXHIBIT 6

Case 2:05-cr-00121-DAE-RJJ   Document 2750   Filed 07/22/10   Page 1 of 174
Case 09-14814-gwz   Doc 1541-6   Entered 09/15/11 13:41:49   Page 2 of 7
2:05-CR-121-DAE-RJJ - July 21, 2009                    1

```
 1                  UNITED STATES DISTRICT COURT
 2                       DISTRICT OF NEVADA
 3        THE HON. DAVID A. EZRA, U.S. DISTRICT JUDGE, PRESIDING
 4
 5  UNITED STATES OF AMERICA,    )
                                 )
 6              Plaintiff,       )  Case No. 2:05-cr-121-DAE-RJJ
                                 )
 7       vs.                     )  *COPY*
                                 )
 8  ROBERT DAVID KAHRE, et al.   )
                                 )
 9              Defendants.      )
                                 )
10  _____)
11
12
13
14             REPORTER'S TRANSCRIPT OF JURY TRIAL
15                       JULY 21, 2009
16
17
18
19
    APPEARANCES: (See page 2)
20
21
22
23
24  Court Reporter:  Gayle Pichierri, RPR, CRR
25
```

Case 2:05-cr-00121-DAE-RJJ   Document 2750   Filed 07/22/10   Page 2 of 174
Case 09-14814-gwz   Doc 1541-6   Entered 09/15/11 13:41:49   Page 3 of 7

2:05-CR-121-DAE-RJJ - July 21, 2009                    2

```
 1  APPEARANCES:

 2  For the Plaintiff:

 3                      J. GREGORY DAMM, ESQ.
                        Assistant United States Attorney
 4                      333 Las Vegas Boulevard South
                        Suite 5000
 5                      Las Vegas, Nevada 89101
                        (702) 388-6336
 6
                        CHRISTOPHER J. MAIETTA, ESQ.
 7                      U.S. Department of Justice
                        Tax Division
 8                      P. O. Box 972
                        Washington, D.C. 20044
 9                      (202) 514-4661

10  For the Defendant Robert David Kahre:

11                      WILLIAM A. COHAN, ESQ.
                        WILLIAM A. COHAN, P.C.
12                      P. O. Box 3448
                        Rancho Santa Fe, California 92067
13                      (858) 832-1632

14  For the Defendant Robert David Kahre:
    (Local counsel)
15

16                      LISA RASMUSSEN, ESQ.
                        LAW OFFICE OF LISA RASMUSSEN
                        616 South 8th Street
17                      Las Vegas, Nevada 89101
                        (702) 461-1436
18
    For the Defendant Alexander C. Loglia:
19
                        JOEL F. HANSEN, ESQ.
20                      415 South 6th Street
                        Las Vegas, Nevada 89101
21                      (702) 385-5533

22

23  ***

24  ***

25  ***
```

Case 2:05-cr-00121-DAE-RJJ   Document 2750   Filed 07/22/10   Page 3 of 174
Case 09-14814-gwz   Doc 1541-6   Entered 09/15/11 13:41:49   Page 4 of 7

2:05-CR-121-DAE-RJJ - July 21, 2009                3

```
 1  APPEARANCES:
    (Continued.)
 2
    For the Defendant Lori Kahre:
 3
                    MICHAEL J. KENNEDY, ESQ.
 4                  First Assistant Federal Defender
                    411 East Bonneville Street
 5                  Suite 250
                    Las Vegas, Nevada 89101
 6                  (702) 388-6577

 7
    For the Defendant Danille Cline:
 8
                    LYNN E. PANAGAKOS, ESQ.
 9                  345 Queen Street
                    Honolulu, Hawaii 96813
10                  (808) 521-3336

11
                         *   *   *   *   *
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:05-cr-00121-DAE-RJJ   Document 2750   Filed 07/22/10   Page 4 of 174
Case 09-14814-gwz   Doc 1541-6   Entered 09/15/11 13:41:49   Page 5 of 7

2:05-CR-121-DAE-RJJ - July 21, 2009                    4

1                           --oOo--

2                          **I N D E X**

3  WITNESS                                              PAGE

4

5     RYAN RICKEY

6        Direct examination by Mr. Damm               46
         Cross-examination by Mr. Kennedy            147
7

8

9

10

11

12                       **E X H I B I T S**

13 **Government's**                                   **Received**

14        1.119.1 - 1.119.767                           68

Case 2:05-cr-00121-DAE-RJJ   Document 2750   Filed 07/22/10   Page 46 of 174
Case 09-14814-gwz   Doc 1541-6   Entered 09/15/11 13:41:49   Page 6 of 7
2:05-CR-121-DAE-RJJ - July 21, 2009                    46

```
 1                    RYAN RICKEY,
 2   called as a witness on behalf of the plaintiff, having been duly
 3          sworn, was examined and testified as follows:
 4
 5                    DIRECT EXAMINATION
 6
 7   BY MR. DAMM:
 8   Q.  Mr. Rickey, where are you employed?
 9   A.  I'm employed with the Internal Revenue Service, specifically
10   with the criminal investigation division.
11   Q.  And how long have you been employed there?
12   A.  I've been employed with IRS CI since approximately June of
13   2005.
14   Q.  Can you give us a little history regarding your educational
15   background?
16   A.  Sure.  I have a Bachelor's of Business Administration with
17   an emphasis in accounting from the University of Nevada Las
18   Vegas.  I also have a associate degree of accounting from the
19   Community College of Southern Nevada.  And I also graduated high
20   school here locally in Las Vegas.
21   Q.  After you graduated from the University of Nevada or
22   sometime before, did you go to work for the Internal Revenue
23   Service?
24   A.  I did.  I was finishing up my bachelor -- my bachelor's
25   degree at UNLV.  I received a internship or a co-op position
```

Case 2:05-cr-00121-DAE-RJJ   Document 2750   Filed 07/22/10   Page 71 of 174
Case 09-14814-gwz   Doc 1541-6   Entered 09/15/11 13:41:49   Page 7 of 7
2:05-CR-121-DAE-RJJ - July 21, 2009                                    71

1  in this trial. So just proceed.
2          MR. DAMM:
3  Q. Maybe we can ask Mr. Rickey. Can you tell us the difference
4  between the last summary and this summary?
5  A. Yes. These two summaries summarize different documents.
6  The summary that we just looked at it summarizes like we looked
7  at on the screen, the invoices and the backup documentation
8  between Mr. Kahre's companies and the other contractors.
9          This summarizes the bank transactions wherein if we
10 look at the end of this exhibit, a total of 137 million --
11 approximately $137 million was cashed by Mr. Kahre during the
12 time period of 1998 and 2003. So this one summarizes
13 transactions that took place at the banks and the checks that
14 are used as evidence of those transactions.
15 Q. Now, to be fair to Mr. Cohan, there may be a correlation
16 between Summary 2 and Summary 3. Is that --
17 A. Yes, there is a correlation. Those contractors that were
18 using Mr. Kahre's payroll company would issue a check to
19 Mr. Kahre in their business name, be it D and L Framing or First
20 Premier, different contractors' names, and then Mr. Kahre would
21 take those checks to the banks and cash them and then use that
22 cash to pay the workers of those companies. So there is a
23 correlation between the two.
24 Q. So a payment by a contractor might show up on the invoices
25 in Summary 2?