Kevin N. Anderson
Nevada Bar No. 4512
David R. Hague (Admitted Pro Hac Vice)
**FABIAN & CLENDENIN**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:     801-531-8900
Facsimile:     801-596-2814
Email:     kanderson@fabianlaw.com
              dhague@fabianlaw.com

*Counsel for James M. Rhodes*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Chapter 11 |
| | **ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO QUASH ORDERS OF RULE 2004 EXAMINATION AND CORRESPONDING SUBPOENAS AND/OR FOR PROTECTIVE ORDERS** |
| Reorganized Debtors | |
| ☒ Affects all Debtors | Hearing Date: _____ |
| ☐ Affects the following Debtors | Hearing Time: _____ |
| | Place:     Courtroom 1 |

The Court having considered James M. Rhodes ("**Rhodes**") *Ex Parte Motion for Order Shortening Time and Hearing on Motion to Quash Orders of Rule 2004 Examination and Corresponding Subpoenas and/or for Protective Orders* (the "**Motion**") and good cause appearing therefor, it is hereby

ORDERED that the Motion is granted, and that notice is hereby shortened to 12 days, and that the hearing on the Motion shall be conducted on September 27, 2011 at 10:30 a.m., and that

1  any opposition be filed and served upon Rhodes' attorney by September 23, 2011, and that any
2  reply be filed and served upon the Litigation Trust's attorney by September 26, 2011.
3      DATED this __ day of September, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

4827-7138-7146, v. 1