Kevin N. Anderson
Nevada Bar No. 4512
David R. Hague (Admitted Pro Hac Vice)
**FABIAN & CLENDENIN**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:    801-531-8900
Facsimile:    801-596-2814
Email:    kanderson@fabianlaw.com
         dhague@fabianlaw.com

*Counsel for James M. Rhodes*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors<br><br>☒ Affects all Debtors<br><br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**<br><br>Hearing Date: _____<br>Hearing Time: _____<br>Place:    Courtroom 1 |

Pursuant to Local Rule 9006, I provided notice or attempted to provide notice to the following parties, or their counsel, of the proposed Order Shortening Time. They agree or disagree to the time being shortened as indicated below:

| NAME | AGREE/DISAGREE | HOW/WHEN CONTACTED |
|---|---|---|
| The Rhodes Companies, LLC<br>Jacob J. Roberts, Esq<br>(713) 333-5100 | Disagree | Telephone – 9/15/2011 |

1  COMMENTS RE: ATTEMPTS TO PROVIDE NOTICE:  See above.

2       DATED this 15th day of September, 2011.

                        /s/ Kevin N. Anderson

Kevin N. Anderson
David R. Hague
FABIAN & CLENDENIN
*Attorneys for James M. Rhodes*

4840-9645-9530, v.  1