Michael B. Wixom
Nevada Bar No. 2812                    Email:  9/16/2011
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone:  (702) 252-5002
Facsimile:  (702) 252-5006
Email: mbw@slwlaw.com

Attorneys for Mutual of Omaha Bank

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                        CASE NO.  BK-09-14814-LBR
                                              (Jointly Administered)
THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,                       Chapter 11

                    Reorganized Debtors.

Affects:

☒      All Reorganized Debtors

## CERTIFICATE OF SERVICE

1.      On the 16th day of September, 2011, I served the following document(s):

        • Objection to Subpoena for Rule 2004 Examination

2.      I served the above-named documents by the following means to the persons as listed below.

***(Check all that apply)***

a.      ☐  **ECF System** *(You must attach the "notice of Electronic Filing, or list all persons and addresses and attach additional paper if necessary)*

b.      ☒  **United States mail, postage fully prepaid** *(List persons and addresses. Attach additional paper if necessary)*

        ***See Attached Service List***

**c.** ☐ **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

    ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place or abode with someone of suitable age and discretion residing there.

**d.** ☐ **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the person at the email addresses listed below. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

**e.** ☐ **By fax transmission** *(List persons and fax numbers. Attached additional paper if necessary)*

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**f.** ☐ **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by messenger must be attached to this Certificate of Service).*

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 16th day of September, 2011.

*Elise Jossum*

an employee of Smith Larsen & Wixom

2

THE RHODES COMPANIES, LLC
c/o DUNHILL HOMES
ATTN:  GENERAL COUNSEL
6345 S. JONES, SUITE 400
LAS VEGAS, NV 89118-3334

ACCELERON GROUP
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

JAMES RHODES
C/O KEVIN N. ANDERSON
FABIAN & CLENDENIN
601 S. 10TH STREET
SUITE 102
LAS VEGAS, NV 89101

BLEEKER'S BOXES
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
c/o JANICE J. BROWN
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

WELLS FARGO BANK, N.A.
c/o DON S DEAMICIS
I INTERNATIONAL PL
BOSTON, MA 02210

STEERING COMMITTEE OF SENIOR SECURED LENDERS
c/o IRA S. DIZENGOFF
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

STEERING COMMITTEE OF SENIOR SECURED LENDERS
c/o CHRISTINE D. DONIAK
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

STEERING COMMITTEE OF SENIOR SECURED LENDERS
c/o PHILIP C. DUBLIN
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

EBB IN MOSER + SKAGGS LLP
c/o DAVID E MOSER
550 MONTGOMERY ST., STE 900
SAN FRANCISCO, CA 94111

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

SHARELLE SNOW HENLE
12667N GENTLE RAIN DRIVE
MARANA, AZ 85658

CHARLES BAGLEY
c/o TROY L ISAACSON
3811 WCHARLESTONBLVD#110
LAS VEGAS, NY 89102

JOHN HANCOCK FREEDOM 529
P O BOX 17603
BALTIMORE, MD 21297-1603

HARRY LEAKE
2549 SHOWCASE DR
LAS VEGAS, NV 89134

CREDIT SUISSE, CAYMAN ISLAND BRANCH
c/o JAMES B MACROBBIE
SYLVESTER & POLEDNAK, LTD
7371 PRAIRIE FALCON, STE 120
LAS VEGAS, NV 89128

WIRSBO CLAIMANTS
c/o ROBERT C. MADDOX
3811 W CHARLESTON BLVD, # II 0
LAS VEGAS, NY 89012

MASTEC NORTH AMERICA INC
c/o MICHELE LAINE, ESQ
800 SOUTH DOUGLAS RD., 12TH FLR
CORAL GABLES, FL 33134

OMNI MANAGEMENT GROUP
16501 VENTURA BLVD., #440
ENCINO, CA 91436

PALECEK
PO BOX 225
RICHMOND, CA 94804

PRINCETON ADVISORY GROUP
PO BOX 89
4428 ROUTE 27, BLDG C, UNIT I
KINGSTON, NJ 08528-1004

STEERING COMMITTEE OF SENIOR SECURED LENDERS
c/o ABID QURESHI
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

STEERING COMMITTEE OF SENIOR SECURED LENDERS
c/o ELIZABETH RASKIN
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

GRETCHENM. ROBITAILLE
8037 SILVER STREAK ST
LAS VEGAS, NV 89131

CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
c/o MARVIN C. RUTH
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

STEERING COMMITTEE OF SENIOR SECURED LENDERS
c/o CHRISTOPHER T SCHULTEN
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

THE RHODES COMPANIES, LLC
c/o JAMES I STANG
10100 SANTA MONICA BLVD#IIOO
LOS ANGELES, CA 90067

STATE OF NEVADA OFFICE OF THE STATE TREASURER
555 E. WASHINGTON AVE SUITE 4200
LAS VEGAS, NV 89101-1075

THE LANDSCAPE CONNECTION TLC INC
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

THE PRESERVE AT ELKHORN SPRINGS
HOMEOWNERS ASSOCIATION, INC.
c/o FEINBERG GRANT MAYFIELD KANEDA & LIT
1955 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

STEVEN YOULES
2305 WINDJAMMER WAY
LAS VEGAS, NV 89107