DANIEL BOGDEN
United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada   89101

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) BK-S-09-14814 LBR |
| | ) (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka | ) Chapter 11 |
| Rhodes Homes, et al., | ) |
| | ) Hearing Date: September 27, 2011 |
| Debtors. | ) Time: 10:30 a.m. |
| | ) |

## AMENDED DECLARATION OF VIRGINIA CRONAN LOWE1/

I, Virginia Cronan Lowe, pursuant to 28 U.S.C. § 1746, hereby declare that:

1.  I am an attorney with the United States Department of Justice, Tax Division located at Washington, D.C.  I have been assigned to the above-captioned matter and am in possession of the Department of Justice files and a portion of the Internal Revenue Service's administrative file concerning this matter.  I have reviewed the Department of Justice and Internal Revenue Service's files in my possession in making the representations below.

2.  Attached hereto as Exhibit 1 is a true and correct copy of portions of the trial transcript in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 24, 2009.

3.  Attached hereto as Exhibit 2 is a true and correct copy of portions of the trial transcript in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 6, 2009.

4.  Attached hereto as Exhibit 3 is a true and correct copy of portions of the trial transcript in *United*

---

1/This amended declaration is being filed solely to correct Exhibit 7 which was missing a page.

- 1 -

1  *States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 7, 2009.

2      5. Attached hereto as Exhibit 4 is a true and correct copy of portions of the trial transcript in *United*

3  *States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for June 30, 2009.

4      6. Attached hereto as Exhibit 5 are true and correct copies  of pay sheets and invoices with regard

5  to payroll for Bravo, Inc.

6      7. Attached hereto as Exhibit 6 is a true and correct copy of portions of the trial transcript in *United*

7  *States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 21, 2009.

8      8. Attached hereto as Exhibit 7 is a true and correct copy of portions of the trial transcript in *United*

9  *States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) for July 15, 2009.

10     DATED this 16th day of September, 2011.

11                                    DANIEL BOGDEN
                                       United States Attorney

12

13                                    /s/ Virginia Cronan Lowe
                                       VIRGINIA CRONAN LOWE
14                                    Trial Attorney, Tax Division
                                       U.S. Department of Justice
15                                    Post Office Box 683
                                       Ben Franklin Station
16                                    Washington, D.C.  20044
                                       Telephone: (202) 307-6484
17

18

19

20

21

22

23

24

25

26

27

28
                                       - 2 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing AMENDED DECLARATION OF VIRGINIA CRONAN LOWE has been made this 16th day of September, 2011, using the Court's CM/ECF system to:

Shirley S. Cho, Esq. at scho@pszjlaw.com

Zachariah Larson, Esq. at ecf@lslawnv.com

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

- 3 -