# EXHIBIT 5

Invoice

# UNION PACIFIC CONSTRUCTION

6049 Boulder Hwy.
Las Vegas, Nevada 89122
454-9221  454-9256

| DATE | INVOICE # |
|---|---|
| 9/27/00 | 2577 |

**BILL TO**

BRAVO, INC.
3525 W. HACIENDA #C
LAS VEGAS, NV 89118
739-9145

| QUANTITY | DESCRIPTION | P.O. NO. | TERMS | PROJECT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | BILLING FOR FRAMING: | | | | | |
| | | | | | 3,640.00 | 3,640.00 |
| | | | | | 673.00 | 673.00 |

IMF/FRN VALUE_____
DOLLARS PAID IN GOLD AND SILVER_____

**Total**  $4,313.00

132_C048_2876

132_C048_2876

BRAVO, INC
September 29, 2000

attn: Laurie
454-9258

Group 1 - Smiley

| | |
|---|---|
| Fernando Guitierez | 372 |
| Jesus Bernabe | 372 |
| Elias Bernabe | 372 |
| Angel Sierra | 372 |
| Carlos Vasquez | 465 |
| Moises Figueroa | 465 |
| Miguel Guitierez | 635 |

Group 2 - Andres

| | |
|---|---|
| Ernesto Reynoso | 344 |
| Valentin Mejia | 243 |

| | |
|---|---|
| Sub-total | $ 3,640.00 |
| Brd | $ 673.40 |
| Total | $ 4,313.40 |

Dean Griffith

132_C048_2877

132_C048_2877

# Invoice

**UNION PACIFIC CONSTRUCTION**
1555 BLEDSOE LANE
LAS VEGAS, NV 89110

| DATE | INVOICE # |
|---|---|
| 4/10/01 | 2115 |

**BILL TO**
BRAVO, INC.
3525 W. HACIENDA #C
LAS VEGAS, NV 89118
739-9145

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | BILLING FOR FRAMING: | | |
| | | 21,500.00 | 21,500.00 |
| | | 3,978.00 | 3,978.00 |

**Total**  $25,478.00

162_D028_0237

BRAVO, INC                           454-9258
April 13, 2000

Group 1 - Smiley

| | | |
|---|---|---|
| | Jesus Bernabe | $1,000 |
| | Lupe San Juan | $1,000 |
| | Elian Bernabe | $1,000 |
| | Salvador Bernabe | $1,500 |
| | Juan Quiles | $1,500 |
| | Pedro Tadeo | $1,500 |

Group 2 - Andres

| | | |
|---|---|---|
| | Raul Pastrana | $1,050 |
| | Jose Lobato | $1,050 |
| | Virgilio Orosco | $1,050 |
| | Ernesto Reynoso | $1,050 |
| | Carlos Viera | $1,050 |
| | Valentine Mejia | $1,050 |
| | Gustavo Perez | $1,050 |
| | Abel Zoto | $1,050 |

Group 3 - Joaquin

| | | |
|---|---|---|
| | Jose Bracamontes | $1,400 |
| | Juan Nol Contreras | $1,400 |
| | Ernesto Baltazar | $1,400 |
| | Jesus Alvarez | $1,400 |

| | | |
|---|---|---|
| Sub-total | | $21,500 |
| Brd | $ | 3,978 |
| Total | $ | 25,478 |

Dean Griffith

*Laurie,*
*Cashier's check will be ready for pick-up Friday after 8am*
*thanks — please call w/any questions*
*Mona*

162_D028_0238

162_D028_0238

UNION PACIFIC CONSTRUCTION

1555 BLEDSOE LANE
LAS VEGAS, NV 89110

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/29/01 | 2093 |

**BILL TO**

BRAVO, INC.
3525 W. HACIENDA #C
LAS VEGAS, NV 89118
739-9145

| QUANTITY | DESCRIPTION | P.O. NO. | TERMS | PROJECT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | BILLING FOR FRAMING: | | | | | |
| | | | | | 53,312.00 | 53,312.00 |
| | | | | | 9,863.00 | 9,863.00 |

**Total** $63,175.00

162_D028_0233

162_D028_0233

BRAVO, INC                                        Fax: 454-9258
March 16, 2001

Group 1 - Smiley

| | | |
|---|---|---:|
| | Elias Bernabe | $ 2,346 |
| | Jesus Bernabe | $ 2,346 |
| | Juan Tadeo | $ 2,346 |
| | Gerardo Bernabe | $ 2,346 |
| | Pedro Tadeo | $ 2,346 |
| | Juan Camacho | $ 2,346 |
| | San Juan Lupe | $ 2,346 |
| | Miguel Guitierrez | $ 2,346 |
| | Pedro Guitierrez | $ 2,346 |
| | Juan Quiles | $ 2,346 |

Group 2 - Andres

| | | |
|---|---|---:|
| | Jaime Garcia | $ 1,744 |
| | Raul Pastrana | $ 1,748 |
| | Ernesto Reynoso | $ 1,744 |
| | Jose Lobato | $ 1,744 |
| | Virgilio Orosco | $ 1,744 |
| | Valentin Mejia | $ 1,744 |
| | Gustavo Perez | $ 1,744 |
| | Abel Zolo | $ 1,744 |
| | Carlos Viera | $ 1,744 |

Group 3 - Joaquin

| | | |
|---|---|---:|
| | Jose Bracamontes | $ 3,538.00 |
| | Jesus Alvarez | $ 3,538.00 |
| | Ernesto Baltazar | $ 3,538.00 |
| | Juan Nol Contreras | $ 3,538.00 |

| | | |
|---|---|---:|
| Sub-total | $ | 53,312 |
| Brd | $ | 9,863 |
| Total | $ | 63,175 |


Dean Griffith

162_D028_0234

162_D028_0234

UNION PACIFIC CONSTRUCTION

6270 KIMBERLY #D
LAS VEGAS, NV 89122

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/22/02 | 3401 |

**BILL TO**

BRAVO, INC.
252 ANGELS TRACE COURT
LAS VEGAS, NV 89148
730-4399

| QUANTITY | DESCRIPTION | P.O. NO. | TERMS | PROJECT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | BILLING FOR FRAMING: | | | | | |
| | | | | | 38,358.00 | 38,358.00 |
| | | | | | 7,096.00 | 7,096.00 |

**Total**     $45,454.00

196_D078_0172

196_D078_0172

Bravo, Inc.
Union Pacific Payroll
Weekending 8/16/2002
Paid Week of 8/23/2002

Group 1 - Smiley

| | | |
|---|---:|---:|
| Jesus Bernabe | $ | 3,980.00 |
| Moises Gutierrez | $ | 2,227.00 |
| Pedro San Juan | $ | 1,035.00 |
| Santiago Vasquez | $ | 624.00 |
| Florentino Martin | $ | 1,377.00 |
| Abelardo Martin | $ | 1,710.00 |
| Julio Soto | $ | 945.00 |
| Juan Ochoa | $ | 934.00 |
| Elias Bernabe | $ | 3,147.00 |
| Ismael Curiel | $ | 240.00 |
| Erasmo Castrejon | $ | 409.00 |
| Jose Garcia | $ | 707.00 |
| Oscar Sanchez | $ | 521.00 |
| Hector Martinez | $ | 729.00 |
| Joel Arellano | $ | 446.00 |
| Juan C Lopez | $ | 212.00 |
| Joel Martin | $ | 704.00 |
| Jorge Amarilla | $ | 631.00 |
| Roberto Ramirez | $ | 92.00 |
| Isrrobel Nunez | $ | 725.00 |
| Manuel Valenzuela | $ | 1,544.00 |
| Taurino Dominguez | $ | 437.00 |
| Octavio Acevedo | $ | 1,536.00 |
| Guillermo Fierro | $ | 275.00 |
| Juan Jara | $ | 649.00 |
| Juventino Coronado | $ | 325.00 |
| Martin Medina | $ | 447.00 |
| Teodoro Serna | $ | 1,260.00 |
| Efren Silva | $ | 186.00 |
| Vicente San Juan | $ | 716.00 |
| Jesus Marroquin | $ | 316.00 |
| David Garcia | $ | 387.00 |
| Damian Martinez | $ | 428.00 |
| Daniel Medina | $ | 402.00 |
| Rolis Flores | $ | 112.00 |
| Gilbert Rivas | $ | 317.00 |
| | $ | 30,932.00 |

Group 2 - Andres

| | | | |
|---|---|---:|---:|
| Valentin Mejia | | $ | 1,525.00 |
| Joel Santos | | $ | 1,525.00 |
| Zenon Lobato | | $ | 1,526.00 |
| Jose Lobato | | $ | 1,525.00 |
| Jaime Garcia | | $ | 1,525.00 |
| | | $ | 7,626.00 |
| Joel Santos | Employee Purchase | $ | (200.00) |
| | | $ | 7,426.00 |

| | | |
|---|---:|---:|
| Total | $ | 38,358 |
| Burden 18.5% | $ | 7,096 |
| | $ | 45,454 |

*Dean Griffith*

# Invoice

UNION PACIFIC CONSTRUCTION
6270 KIMBERLY #D
LAS VEGAS, NV 89122

| DATE | INVOICE # |
|---|---|
| 4/16/2003 | 3951 |

**BILL TO**

BRAVO, INC.
252 ANGELS TRACE COURT
LAS VEGAS, NV 89148
730-4399

| QUANTITY | DESCRIPTION | P.O. NO. | TERMS | PROJECT | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | BILLING FOR FRAMING: | | | | | |
| | | | | | 39,125.00 | 39,125.00 |
| | | | | | 7,238.00 | 7,238.00 |

**Total**     $46,363.00

197_D079_0970

197_D079_0970

|  |  |  |
|---|---|---|
|  | Oscar Sanchez Orozco | 396.00 |
|  | Pedro Posadas | 432.00 |
|  | Ramon Renteria | 629.00 |
|  | Roberto Rios | 395.00 |
|  | Sergio Alvarez | 540.00 |
|  | Taurino Dominguez | 368.00 |
|  | Teodoro Serna | 360.00 |
|  | Vincente San Juan | 605.00 |
|  | Zimon Vazquez | 260.00 |
|  | Abelardo Martin | 2,835.00 |
|  | Angel Cervtus | 600.00 |
|  | Florentino Martin | 3,051.00 |
|  | Jesus Bernabe | 819.00 |
|  | Julio Soto | 1,008.00 |
|  | Santigo Vasguez | 1,350.00 |
|  | Miguel Mateos | 1,866.00 |
|  |  | 35,146.00 |
| Group 2 - Andres |  |  |
|  | Joaquin Garcia | 994.00 |
|  | Joel Santos | 994.00 |
|  | Senon Lobato | 994.00 |
|  | Valentin Mejia | 997.00 |
|  |  | 3,979.00 |
| Total |  | 39,125.00 |
| Burden 18.5% |  | 7,238.13 |
|  | $ | 46,363 |

Dean Griffith, General Manager

197_D079_0971

197_D079_0971