# EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THE HON. DAVID A. EZRA, U.S. DISTRICT JUDGE, PRESIDING

UNITED STATES OF AMERICA, Plaintiff,

vs.

ROBERT DAVID KAHRE, et al. Defendants.

**Case No. 2:05-cr-121-DAE-RJJ**

***COPY***

**REPORTER'S TRANSCRIPT OF JURY TRIAL**

**JULY 21, 2009**

**APPEARANCES: (See page 2)**

**Court Reporter: Gayle Pichierri, RPR, CRR**

**APPEARANCES:**

**For the Plaintiff:**

**J. GREGORY DAMM, ESQ.**
**Assistant United States Attorney**
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

**CHRISTOPHER J. MAIETTA, ESQ.**
**U.S. Department of Justice**
Tax Division
P. O. Box 972
Washington, D.C. 20044
(202) 514-4661

**For the Defendant Robert David Kahre:**

**WILLIAM A. COHAN, ESQ.**
**WILLIAM A. COHAN, P.C.**
P. O. Box 3448
Rancho Santa Fe, California 92067
(858) 832-1632

**For the Defendant Robert David Kahre:**
(Local counsel)

**LISA RASMUSSEN, ESQ.**
**LAW OFFICE OF LISA RASMUSSEN**
616 South 8th Street
Las Vegas, Nevada 89101
(702) 461-1436

**For the Defendant Alexander C. Loglia:**

**JOEL F. HANSEN, ESQ.**
415 South 6th Street
Las Vegas, Nevada 89101
(702) 385-5533

***

***

***

**APPEARANCES:**
(Continued.)

**For the Defendant Lori Kahre:**

**MICHAEL J. KENNEDY, ESQ.**
First Assistant Federal Defender
411 East Bonneville Street
Suite 250
Las Vegas, Nevada 89101
(702) 388-6577

**For the Defendant Danille Cline:**

**LYNN E. PANAGAKOS, ESQ.**
345 Queen Street
Honolulu, Hawaii 96813
(808) 521-3336

* * * * *

--oOo--

**I N D E X**

| WITNESS | PAGE |
|---|---|
| RYAN RICKEY | |
| Direct examination by Mr. Damm | 46 |
| Cross-examination by Mr. Kennedy | 147 |

**E X H I B I T S**

| **Government's** | **Received** |
|---|---|
| 1.119.1 - 1.119.767 | 68 |

RYAN RICKEY,

called as a witness on behalf of the plaintiff, having been duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. DAMM:

*Q.* Mr. Rickey, where are you employed?

***A.*** I'm employed with the Internal Revenue Service, specifically with the criminal investigation division.

*Q.* And how long have you been employed there?

***A.*** I've been employed with IRS CI since approximately June of 2005.

*Q.* Can you give us a little history regarding your educational background?

***A.*** Sure. I have a Bachelor's of Business Administration with an emphasis in accounting from the University of Nevada Las Vegas. I also have a associate degree of accounting from the Community College of Southern Nevada. And I also graduated high school here locally in Las Vegas.

*Q.* After you graduated from the University of Nevada or sometime before, did you go to work for the Internal Revenue Service?

***A.*** I did. I was finishing up my bachelor -- my bachelor's degree at UNLV. I received a internship or a co-op position

in this trial. So just proceed.

MR. DAMM:

Q. Maybe we can ask Mr. Rickey. Can you tell us the difference between the last summary and this summary?

**A.** Yes. These two summaries summarize different documents. The summary that we just looked at it summarizes like we looked at on the screen, the invoices and the backup documentation between Mr. Kahre's companies and the other contractors.

This summarizes the bank transactions wherein if we look at the end of this exhibit, a total of 137 million -- approximately $137 million was cashed by Mr. Kahre during the time period of 1998 and 2003. So this one summarizes transactions that took place at the banks and the checks that are used as evidence of those transactions.

Q. Now, to be fair to Mr. Cohan, there may be a correlation between Summary 2 and Summary 3. Is that --

**A.** Yes, there is a correlation. Those contractors that were using Mr. Kahre's payroll company would issue a check to Mr. Kahre in their business name, be it D and L Framing or First Premier, different contractors' names, and then Mr. Kahre would take those checks to the banks and cash them and then use that cash to pay the workers of those companies. So there is a correlation between the two.

Q. So a payment by a contractor might show up on the invoices in Summary 2?