This matter wil be set on shortened time as a Status Hearing only.

The matter will
argument of the

**Entered on Docket
September 20, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

1  K
   Nevada Bar No. 4
2  David R. Hague (Admitted Pro Hac Vice)
   **FABIAN & CLENDENIN**
3  215 South State Street, Suite 1200
   Salt Lake City, Utah 84111-2323
4  Telephone:   801-531-8900
   Facsimile:   801-596-2814
5  Email:   kanderson@fabianlaw.com
            dhague@fabianlaw.com
6
   *Counsel for James M. Rhodes*
7

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 09-14814-LBR |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | (Jointly Administered) |
| | Chapter 11 |
| Reorganized Debtors | **ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO QUASH ORDERS OF RULE 2004 EXAMINATION AND CORRESPONDING SUBPOENAS AND/OR FOR PROTECTIVE ORDERS** |
| ☒ Affects all Debtors | Status Hearing Date: September 27, 2011 |
| ☐ Affects the following Debtors | Status Hearing Time: 10:30 a.m. |
| | Place: Courtroom 1 |

The Court having considered James M. Rhodes ("**Rhodes**") *Ex Parte Motion for Order Shortening Time and Hearing on Motion to Quash Orders of Rule 2004 Examination and Corresponding Subpoenas and/or for Protective Orders* (the "**Motion**") and good cause appearing therefor, it is hereby

ORDERED that the Motion is granted, and that notice is hereby shortened to 12 days, and that a Status hearing on the Motion shall be conducted on September 27, 2011 at 10:30 a.m., and

1  that any opposition be filed and served upon Rhodes' attorney by September 23, 2011, and that
2  any reply be filed and served upon the Litigation Trust's attorney by September 26, 2011.
3      DATED this __ day of September, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE

4827-7138-7146, v. 1