Kevin N. Anderson
Nevada Bar No. 4512
David R. Hague (Admitted Pro Hac Vice)
**FABIAN & CLENDENIN**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:    801-531-8900
Facsimile:    801-596-2814
Email:    kanderson@fabianlaw.com
        dhague@fabianlaw.com

*Counsel for James M. Rhodes*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors<br><br>☒ Affects all Debtors<br><br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF CHRISTOPHER STEPHENS**<br><br>Hearing Date: _____<br>Hearing Time: _____<br>Place:    Courtroom 1 |

I, Christopher Stephens, make the following statement under the penalty of perjury of the laws of the United States of America and the laws of the State of Nevada.

1.   I am over the age of eighteen (18).

2.   I was employed by Debtors, specifically Rhodes Design & Development Corp. ("**Rhodes Design**"), as Executive Vice President from mid-2006 through mid-2008.

3.   To avoid disruptive conflicts in the Debtors' offices related to the amount of compensation negotiated, James Rhodes ("**Rhodes**") personally paid a portion of my salary.

1  DATED this 27th day of September, 2011.

4  /s/ Christopher Stephens
Christopher Stephens

4812-2291-9435, v. 1