Gregory F. Wilson, Esq.
(Nevada Bar #2517)
(California Bar # 78598)
WILSON & QUINT LLP
417 West Plumb Lane
Reno, Nevada  89509
Telephone:  775.786.7600
Facsimile:   775.786.7764
E-mail: gfwilson@wilsonquint.com

Electronically Filed on October 3, 2011

Attorneys for Santoro, Driggs, Walch,
Kearney, Holley & Thompson

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-09-14814-LBR |
| **THE RHODES COMPANIES, LLC, et al.,** | (Jointly Administered) |
| Reorganized Debtors. | Chapter 11 |
| Affects All Debtors | |

## OBJECTIONS TO SUBPOENA FOR RULE 2004 EXAMINATION SERVED ON THE LAW FIRM OF SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

Pursuant to Fed.R.Civ.P. Rule 45 (c)(2)(B), made applicable to these proceedings pursuant to Fed.R.Bankr.P. Rule 906, and further pursuant to the September 15, 2011 Notice re Subpoena [Dkt. 1542] and the September 29, 2011 Second Notice re Subpoena [Dkt. 1561], the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson ("SDW"), by and through its undersigned counsel, hereby makes its written objections to the Subpoena for Rule 2004 Examination issued by counsel for the Litigation Trust of The Rhodes Companies, LLC, et al., dated August 31, 2011 ("Subpoena") as follows.

**OBJECTIONS TO SUBPOENA**

1. SDW objects to the Subpoena, including but not limited to the "Definitions" set out in Exhibit B to the Subpoena at paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 11 and 12 and the "Instructions" set out in the Subpoena, to the extent the Subpoena attempts to impose obligations or burdens greater than or different from those set out by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of this United States Bankruptcy Court or other applicable law.

2. SDW objects to the Subpoena as overly broad, vague, ambiguous, burdensome and oppressive, including but not limited to by reason of the "Definitions" set out in Exhibit B to the Subpoena at paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 11 and 12 and by reason of the "Instructions" set out in the Subpoena.

3. SDW objects to the Subpoena to the extent it seeks information protected by the attorney-client privilege.

4. SDW objects to the Subpoena to the extent it seeks information protected by the attorney work product doctrine.

5. SDW objects to the Subpoena to the extent it seeks information that is confidential in nature, including but not limited to financial information protected by the Right to Financial Privacy Act.

6. SDW objects to the Subpoena to the extent it seeks information or documents containing personal, private or confidential information, privileged attorney-client information or privileged attorney work product information regarding SDW's clients, former clients, attorneys and employees, including but not limited to the documents requested in Category 18 of the Subpoena calling for "all personnel files, including any and all performance reviews for Your attorneys who performed any services or work for any of the Entities, Debtors, and/or Individuals," and including but not limited to the documents requested in Category 19 of the

Subpoena calling for "all calendars, diaries, notes and desk files of Your attorneys who performed any services or work for any of the Entities, Debtors, and/or Individuals."

### **FURTHER RESPONSE TO SUBPOENA**

Without waiver of the foregoing Objections, SDW further responds to the Subpoena as follows.

Counsel for SDW and counsel for the Litigation Trust of The Rhodes Companies, LLC, et al. have discussed by telephone limiting the scope of the Subpoena to a preliminary production of certain redacted billing statements for the period January 2005 to March 2009.  Counsel have agreed to hold further discussions on limiting the scope of the Subpoena by telephone on October 7, 2011.

DATED:   October 3, 2011

/s/ *Gregory F. Wilson*

_____

Gregory F. Wilson, Esq.
Nevada Bar No. 2517
California Bar No. 78598
WILSON & QUINT LLP
417 West Plumb Lane
Reno, Nevada 89509
Telephone: 775.786.7600
Facsimile:  775.786.7764

Attorneys for Santoro, Driggs, Walch, Kearney, Holley & Thompson