LORI N. BROWN, ESQ.
Nevada Bar No. 8858
HARMON & DAVIES, P.C.
1428 S. Jones Blvd.
Las Vegas, NV 89146
T: (702) 733-0036;
F: (702) 733-1774
lbrown@h-dlaw.com
*Attorneys for Las Vegas Supply, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors. | Case No. BK-S-09-14814-LBR<br><br>Chapter 11<br><br>**EX PARTE MOTION TO BE REMOVED FROM MAILING MATRIX** |

LAS VEGAS SUPPLY, INC., by and through the undersigned counsel, hereby moves this Court for removal of Las Vegas Supply, Inc., located at 3250 W. Harmon Avenue, Las Vegas, NV 89103 from the mailing service lists in this matter effective immediately.

DATED this 11th day of October, 2011.

        HARMON & DAVIES, P.C.

        /s/ Lori N. Brown
        LORI N. BROWN, ESQ.
        Nevada Bar No. 8858
        1428 S. Jones Blvd.
        Las Vegas, NV 89146
        Attorneys for Las Vegas Supply, Inc.