LORI N. BROWN, ESQ.
Nevada Bar No. 8858
HARMON & DAVIES, P.C.
1428 S. Jones Blvd.
Las Vegas, NV 89146
T: (702) 733-0036;
F: (702) 733-1774
lbrown@h-dlaw.com
*Attorneys for Las Vegas Supply, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors. | Case No. BK-S-09-14814-LBR<br><br>Chapter 11<br><br>**[PROPOSED] ORDER REMOVING LAS VEGAS SUPPLY, INC. FROM MAILING MATRIX** |

WHEREAS, the Court, having considered LAS VEGAS SUPPLY INC.'S **EX PARTE MOTION TO BE REMOVED FROM MAILING MATRIX** and such other matters as the Court deemed appropriate,

. . .

. . .

. . .

1

IT IS HEREBY ORDERED that Las Vegas Supply, Inc's Motion is GRANTED. Las Vegas Supply, Inc. shall be removed from the mailing matrix in the above-captioned case.

DATED this _____ day of _____, 2011.

                                      IT IS SO ORDERED.

                                      _____
                                      United States District Judge

Prepared and Submitted by:

_____
LORI N. BROWN, ESQ.
Nevada Bar No. 8858
1428 S. Jones Blvd.
Las Vegas, NV 89146
T: (702) 733-0036; F: (702) 733-1774
Attorneys for Las Vegas Supply, Inc.

2