**Entered on Docket**
**October 13, 2011**

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**KOLESAR & LEATHAM**
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
Email: nleatham@klnevada.com
        ssherman@klnevada.com

*Local Counsel for the Reorganized Debtors*

**FABIAN & CLENDENIN, P.C.**
KEVIN N. ANDERSON
Nevada Bar No. 004512
DAVID R. HAGUE
Admitted Pro Hac Vice
601 South Tenth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 233-4444
Facsimile: (702) 894-9466
Email: kanderson@fabianlaw.com

*Counsel for James M. Rhodes*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>               Reorganized Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Chapter 11<br><br>Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>**SCHEDULING ORDER REGARDING THE GREENWAY PARTNERS CLAIM AND THE SCHEDULED CLAIMS**<br><br>**Hearing Date:** 9/27/2011<br>**Hearing Time:** 10:30 a.m. (PST)<br>**Courtroom 1** |

James M. Rhodes ("Rhodes"), by and through his undersigned counsel, Fabian & Clendenin,

P.C., and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), by and

through their undersigned counsel, Kolesar & Leatham  and Akin Gump Strauss Hauer & Feld LLP,

respectfully submit this Scheduling Order Regarding the Greenway Partners Claim and the Scheduled

1

1    Claims (as defined below) (the "Order").  Rhodes and the Reorganized Debtors are collectively referred

2    to herein as the "Parties."

3        WHEREAS, on August 2, 2011, this Court held a hearing (the "Hearing") regarding the

4    Reorganized Debtors' objection to Rhodes's proof of claim (the "Proof of Claim") seeking, among

5    other things, $868,849 allegedly advanced to Greenway Partners, LLC (the "Greenway Partners

6    Claim") and continued the hearing with respect to certain Scheduled Claims unrelated to the Proof

7    of Claim.  The Greenway Partners Claim and the Scheduled Claims are collectively referred to

8    herein as the "Remaining Claims";

9        WHEREAS, the Hearing on the Remaining Claims was continued to September 27, 2011;

10        WHEREAS, on September 27, 2011, this Court heard further arguments with respect to the

11    Greenway Partners Claim and initial arguments regarding certain obligations reflected in the

12    Reorganized Debtors' April 30, 2009 schedules of assets and liabilities—specifically, Rhodes

13    Homes Arizona's alleged obligation to compensate Rhodes for certain services (the "Compensation

14    Claim"), Pinnacle Grading, LLC's alleged obligation to make certain equipment rental payments to

15    Pinnacle Equipment Rental, LLC (the "Pinnacle Equipment Claim"), and Heritage Land Company's

16    alleged obligation to repay Sedora Holdings, LLC for its payment of certain litigation expenses (the

17    "Sedora Claim" and, together with the Compensation Claim and the Pinnacle Equipment Claim, the

18    "Scheduled Claims");

19        WHEREAS, on September 27, 2011 this Court heard arguments with respect to the

20    declaration of Christopher Stephens, filed on behalf of Rhodes (the "Declaration");

21        WHEREAS, for the reasons set forth in the transcript, this Court sustained the Reorganized

22    Debtors' objection as to the Pinnacle Equipment Claim and ordered that the declaration of

23    Christopher Stephens be stricken from the record;

24        WHEREAS, with respect to the Greenway Partners Claim, the Compensation Claim and the

25    Sedora Claim, this Court held that a material issue of fact remains with respect to whether or not

26    there was a course of conduct sufficient to establish the existence of a contract between the Parties;

27        WHEREAS, in furtherance of the Court's ruling on September 27th, the Parties hereby set

28    forth the following:

1        IT IS HEREBY ORDERED THAT,

2        1.  An evidentiary hearing with respect to the Greenway Partners Claim, the Compensation

3    Claim and the Sedora Claim has been scheduled for December 5, 2011 at 9:30 a.m. (PST).

4        2.  The Parties shall agree on a proposed schedule with respect to pre-trial submissions and

5    shall present it to the Court for consideration.

6

7    **SUBMITTED BY:**                 **APPROVED BY:**

8    **KOLESAR & LEATHAM**          **FABIAN & CLENDENIN, P.C**

9

10   By: _____       By:  _/s/ Kevin Anderson_____
         NILE LEATHAM, ESQ.           KEVIN N. ANDERSON

11       Nevada Bar No. 002838          Nevada Bar No. 004512
         SHLOMO S. SHERMAN, ESQ.    DAVID R. HAGUE

12       Nevada Bar No. 009688          Admitted Pro Hac Vice
         400 South Rampart Boulevard, Suite 400  601 South Tenth Street, Suite 102

13       Las Vegas, NV 89145           Las Vegas, Nevada 89101

14       and                     *Counsel for James M. Rhodes*

15       AKIN GUMP STRAUSS HAUER & FELD LLP

16       Philip C. Dublin (NY Bar No. 2959344)
         Abid Qureshi (NY Bar No. 2684637)

17       Meredith Lahaie (NY Bar No. 4518023)
         One Bryant Park

18       New York, NY 10036
         (212) 872-1000 (Telephone)

19       (212) 872-1002 (Facsimile)
         pdublin@akingump.com

20       aqureshi@akingump.com
         mlahaie@akingump.com

21

22       *Counsel for the Reorganized Debtors*

23                        # # #

24

25

26

27

28