Entered on Docket
October 14, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**KOLESAR & LEATHAM**
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
Email: nleatham@klnevada.com
       ssherman@klnevada.com

*Local Counsel for the Reorganized Debtors*

**DANIEL BOGDEN**
United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101

**VIRGINIA CRONAN LOWE**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484

*Attorneys for the United States of America*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Case No. BK-S-09-14814-LBR (Jointly Administered) |
| Reorganized Debtors. | **SCHEDULING ORDER REGARDING THE IRS CLAIM** |
| ☒ Affects all Debtors<br>☐ Affects the following Debtors | Hearing Date: 9/27/2011<br>Hearing Time: 10:30 a.m. (PST)<br>Courtroom 1 |

The Internal Revenue Service ("IRS"), by and through the United States Department of Justice, and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, Kolesar & Leatham, Pachulski Stang Ziehl & Jones, LLP and Akin Gump

Strauss Hauer & Feld LLP, respectfully submit this Scheduling Order Regarding the IRS Claim (as defined below) (the "Order"). The IRS and the Reorganized Debtors are collectively referred to herein as the "Parties."

WHEREAS, on September 25, 2009, the IRS filed proof of claim No. 7-1 as a priority claim in the amount of $1,285,683.50 against debtor, Bravo, Inc., case number 09-14825;

WHEREAS, on April 13, 2010, the IRS filed amended proof of claim No. 7-2 also against Bravo, Inc. as a priority claim in the amount of $1,326,068.11 and as an unsecured claim in the amount of $2,560,388.64, for a total claim of $3,886,456.75 (the "IRS Claim");

WHEREAS, on March 31, 2011, the Reorganized Debtors filed the *Objection to Claim No. 7 File by the Internal Revenue Service against Debtor Bravo, Inc., Etc.* [Docket No. 1377] (the "Claim Objection");

WHEREAS, on March 31, 2011, the Court scheduled a hearing for June 24, 2011, to consider the Claim Objection;

WHEREAS, on June 22, 2011, this Court entered the Order approving the Scheduling Stipulation re the Objection [Docket No. 1445] entered into between the Parties continuing the June 24, 2011 hearing regarding the IRS Claim;

WHEREAS, on June 22, 2011, this Court scheduled a hearing regarding the IRS Claim for September 27, 2011 at 10:30 a.m. (PST) (the "Hearing");

WHEREAS, on September 15, 2011, the IRS filed the Opposition to Debtors' Objection to IRS Claim Filed Against Bravo, Inc.

WHEREAS, on September 27, 2011, this Court heard oral argument with respect to the IRS Claim and, for the reasons set forth in the record, set the matter down for trial subject to the timeline outlined below.

**IT IS HEREBY ORDERED THAT:**

1. The pre-trial hearing will be held on January 31, 2012 at 10:30 a.m. (PST);
2. Pre-trial statements will be due from both Parties by January 26, 2012 at 2 p.m. (PST);
3. The Parties shall submit simultaneous opening briefs by February 6, 2012 at 2 p.m. (PST);
4. The Parties shall submit simultaneous reply briefs by February 20, 2012 at 2 p.m. (PST);

- 2 -

5. Trial for the IRS Claim will be held on March 5, 2012 at 9:30 a.m. (PST).

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| **KOLESAR & LEATHAM** | **DANIEL BOGDEN**<br>United States Attorney |

By: _/s/_<br>
NILE LEATHAM, ESQ.<br>
Nevada Bar No. 002838<br>
SHLOMO S. SHERMAN, ESQ.<br>
Nevada Bar No. 009688<br>
400 South Rampart Boulevard, Suite 400<br>
Las Vegas, NV 89145

   and

**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>
PHILIP C. DUBLIN<br>
New York Bar No. 2959344<br>
ABID QURESHI<br>
New York Bar No. 2684637<br>
MEREDITH LAHAIE<br>
New York Bar No. 4518023<br>
One Bryant Park<br>
New York, NY 10036<br>
Telephone: (212) 872-1000

   and

**PACHULSKI STANG ZIEHL & JONES LLP**<br>
JAMES I. STANG, Esq. (CA Bar No. 94435)<br>
SHIRLEY S. CHO, Esq. (CA Bar No. 192616)<br>
WERNER DISSE, Esq. (CA Bar No. 143458)<br>
10100 Santa Monica Blvd., 11th Floor<br>
Loas Angeles, CA 90067-4100<br>
Telephone: (310) 277-6910<br>
Facsimile: (310) 201-0760<br>
Email: jstang@pszjlaw.com<br>
       scho@pszjlaw.com<br>
       wdisse@pszjlaw.com

*Counsel for the Reorganized Debtors*

By: _/s/ Virginia Cronan Lowe_<br>
VIRGINIA CRONAN LOWE<br>
Trial Attorney, Tax Division<br>
U.S. Department of Justice<br>
Post Office Box 683<br>
Ben Franklin Station<br>
Washington, D.C. 20044<br>
Telephone: (202) 307-6484

*Attorneys for the United States of America*

### #