Entered on Docket
October 14, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**KOLESAR & LEATHAM**
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
Email: nleatham@klnevada.com
ssherman@klnevada.com

*Local Counsel for the Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Chapter 11<br><br>Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>**ORDER AUTHORIZING THE REORGANIZED DEBTORS TO EXPUNGE AND OTHERWISE DISALLOWING THE PINNACLE EQUIPMENT SCHEDULED CLAIM**<br><br>Hearing Date: 9/27/2011<br>Hearing Time: 10:30 a.m. (PST)<br>Courtroom 1 |
|---|---|

The Court, having considered the pleadings filed by the parties with respect to this matter; and having jurisdiction to consider those pleadings and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested therein being a core

1

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, and the facts being as follows:

WHEREAS, on August 2, 2011, this Court held a hearing (the "Hearing") regarding the Reorganized Debtors' objection to Rhodes's proof of claim (the "Proof of Claim") seeking, among other things, $868,849 allegedly advanced to Greenway Partners, LLC (the "Greenway Partners Claim") and continued the hearing with respect to certain Scheduled Claims (as defined below) unrelated to the Proof of Claim. The Greenway Partners Claim and the Scheduled Claims are collectively referred to herein as the "Remaining Claims";

WHEREAS, the Hearing was continued to September 27, 2011;

WHEREAS, on September 27, 2011, this Court heard further arguments with respect to the Greenway Partners Claim and initial arguments regarding certain obligations reflected in the Reorganized Debtors' April 30, 2009 schedules of assets and liabilities—specifically, Rhodes Homes Arizona's alleged obligation to compensate Rhodes for certain services (the "Compensation Claim"), Pinnacle Grading, LLC's alleged obligation to make certain equipment rental payments to Pinnacle Equipment Rental, LLC (the "Pinnacle Equipment Claim"), and Heritage Land Company's alleged obligation to repay Sedora Holdings, LLC for its payment of certain litigation expenses (the "Sedora Claim" and, together with the Compensation Claim and the Pinnacle Equipment Claim, the "Scheduled Claims");

WHEREAS, for the reasons set forth in the transcript, this Court sustained the Reorganized Debtors' objection as to the Pinnacle Equipment Claim.

**IT IS HEREBY ORDERED THAT:**

1. The Reorganized Debtors may amend the Schedules to expunge the Pinnacle Equipment Claim and the Pinnacle Equipment Claim is hereby disallowed; and

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| **KOLESAR & LEATHAM** | **FABIAN & CLENDENIN, P.C.** |

By: *[signature]*
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
Meredith Lahaie (NY Bar No. 4518023)
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
pdublin@akingump.com
aqureshi@akingump.com
mlahaie@akingump.com

*Counsel for the Reorganized Debtors*

By: */s/ Kevin Anderson*
KEVIN N. ANDERSON
Nevada Bar No. 4512
DAVID R. HAGUE
Admitted Pro Hac Vice
601 South Tenth Street, Suite 102
Las Vegas, Nevada 89101

*Counsel for James M. Rhodes*

**LR 9021(c) Certification:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Party | Approved | Disapproved | Failed to Respond |
|---|---|---|---|
| Kevin N. Anderson, Esq. | X | | |

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### ###