```
                              United States Bankruptcy Court
                                     District of Nevada

In re:                                                                      Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                                   Chapter 11
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0978-2          User: devaneyha               Page 1 of 2                Date Rcvd: Oct 14, 2011
                              Form ID: pdf910               Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2011.
db           +THE RHODES COMPANIES, LLC,    C/O DUNHILL HOMES,    ATTN: GENERAL COUNSEL,
               6345 S JONES, SUITE 400,    LAS VEGAS, NV 89118-3334
aty          +DON S DEAMICIS,    1 INTERNATIONAL PL,    BOSTON, MA 02110-2602
aty          +JAMES B MACROBBIE,    SYLVESTER & POLEDNAK, LTD,    7371 PRAIRIE FALCON, STE 120,
               LAS VEGAS, NV 89128-0834
aty          +JAMES I STANG,    10100 SANTA MONICA BLVD #1100,    LOS ANGELES, CA 90067-4111
aty          +Kevin N. Anderson,    Fabian & Clendenin,    601 S. 10th Street,    Suite 102,
               Las Vegas, NV 89101-7027
aty          +ROBERT C. MADDOX,    3811 W CHARLESTON BLVD, #110,    LAS VEGAS, NV 89102-1860
aty          +TROY L ISAACSON,    3811 W CHARLESTON BLVD #110,    LAS VEGAS, NV 89102-1860
consult      +ACCELERON GROUP,    2791 SOFT HORIZON WAY,    LAS VEGAS, NV 89135-1789
cr           +BLEEKER'S BOXES,    5400 E EMPIRE AVE,    FLAGSTAFF, AZ 86004-2922
cr           +CATERPILLAR FINANCIAL SERVICES CORPORATION,     c/o Snell & Wilmer L.L.P.,
               3883 Howard Hughes Parkway, Suite 1100,    Las Vegas, NV 89169-0965
cr           +CHARLES BAGLEY,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
               LAS VEGAS, NV 89102-1860
cr           +COMMERCE ASSOCIATES, LLC,    c/o Janet L. Chubb,    Jones Vargas,    100 West Liberty St 12th Flr,
               P.O.Box 281,    Reno, NV 89504-0281
cr           +CREDIT SUISSE, CAYMAN ISLANDS BRANCH,    c/o SYLVESTER & POLEDNAK, LTD.,    7371 PRAIRIE FALCON RD.,
               SUITE 120,    LAS VEGAS, NV 89128-0834
cr           +DANA KEPNER COMPANIES, LLC,    MARQUIS & AURBACH,    ATTN: DAVID A. COLVIN, ESQ.,
               10001 PARK RUN DRIVE,    LAS VEGAS, NV 89145-8857
cr           +DORIS LOFTON,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
               LAS VEGAS, NV 89102-1860
cr           +EBBIN MOSER + SKAGGS LLP,    C/O DAVID E MOSER,    550 MONTGOMERY ST., STE 900,
               SAN FRANCISCO, CA 94111-2539
cr           +GRETCHEN M. ROBITAILLE,    8037 SILVER STREAK ST,    LAS VEGAS, NV 89131-4811
cr           +HARRY LEAKE,    2549 SHOWCASE DR,    LAS VEGAS, NV 89134-8887
cr           +JAMES RHODES,    c/o BRETT A. AXELROD, ESQ.,    GREENBERG TRAURIG, LLP,    3773 HOWARD HUGHES PKWY.,
               SUITE 400 NORTH,    LAS VEGAS, NV 89169-5956
cr           +JANINA GUTHRIE,    1225 MONTEREY ST.,    REDLANDS, CA 92373-6618
cr            JOHN HANCOCK FREEEDOM 529,    PO BOX 17603,    BALTIMORE, MD 21297-1603
cr           +Las Vegas Supply, Inc.,    3250 W. Harmon Avenue,    Las Vegas, NV 89103-4114
cr           +Leslie Blasco, et al.,    Shinnick, Ryan & Ransavage P.C.,    2881 Business Park Ct.,    Suite 210,
               Las Vegas, NV 89128-9020
cr           +MASTEC NORTH AMERICA INC,    C/O MICHELE LAINE, ESQ,    800 SOUTH DOUGLAS RD., 12TH FLR,
               CORAL GABLES, FL 33134-3125
intp         +MUTUAL OF OMAHA BANK,    C/O MICHAEL B.WIXOM,    1935 VILLAGE CENTER CR,    LAS VEGAS, NV 89134-6237
cr           +NEVADA POWER COMPANY,    LEACH JOHNSON SONG & GURCHOW,    5495 S. RAINBOW BLVD, STE 202,
               ATTN: KIRBY C. GRUCHOW JR., ESQ.,    LAS VEGAS, NV 89118-1873
intp         +OMNI MANAGEMENT GROUP,    16501 VENTURA BLVD., #440,    ENCINO, CA 91436-2068
cr           +PRINCETON ADVISORY GROUP,    PO BOX 89,    4428 ROUTE 27, BLDG C, UNIT 1,    KINGSTON, NJ 08528-0089
cr           +RICKEY LOFTON,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
               LAS VEGAS, NV 89102-1860
cr           +Reef Colonial, LLC,    Deaner, Deaner, Scann, Malan & Larsen,    Paul R. Connaghan, Esq,
               720 S. Fourth St, Suite 300,    Las Vegas, NV 89101-6743
cr           +SAGEBRUSH ENTERPRISES, INC.,    c/o BRETT AXELROD, ESQ.,    GREENBERG TAURIG, LLP,
               3773 HOWARD HUGHES PARKWAY,    SUITE 400 NORTH,    LAS VEGAS, NV 89169-5956
cr           +SHANE SMITH,    7381 W. Charleston,    Suite 110,    Las Vegas, NV 89117-1571
cr           +SHARELLE SNOW HENLE,    12667 N GENTLE RAIN DRIVE,    MARANA, AZ 85658-4394
intp         +STATE OF NEVADA OFFICE OF THE STATE TREASURER,    555 E. WASHINGTON AVE SUITE 4200,
               LAS VEGAS, NV 89101-1070
intp         +STEVEN YOULES,    2305 WINDJAMMER WAY,    LAS VEGAS, NV 89107-2337
cr           +THE LANDSCAPE CONNECTION TLC INC,    5400 E EMPIRE AVE,    FLAGSTAFF, AZ 86004-2922
cr           +THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIA,    C/O FEINBERG GRANT MAYFIELD KANEDA & LIT,
               1955 VILLAGE CENTER CIRCLE,    LAS VEGAS, NV 89134-6237
cr           +WENDY BAGLEY,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
               LAS VEGAS, NV 89102-1860
cr           +Westar Kitchen & Bath, LLC,    c/o Williams & Wiese,    612 South Tenth Street,
               Las Vegas, NV 89101-7001
cr           +X-It at 215, LLC,    C/O Damon K. Dias,    601 S. Sixth Street,    Las Vegas, NV 89101-6919

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CLARK COUNTY
cr              CREDITORS COMMITTEE
cr              HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
cr              In re Kitec Fitting Litigation Class Plaintiffs
cr              Inc. Integrity Masonry
intp            REORGANIZED DEBTORS
wit             SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
cr              STANLEY CONSULTANTS, INC.
```

```
District/off: 0978-2           User: devaneyha              Page 2 of 2                  Date Rcvd: Oct 14, 2011
                               Form ID: pdf910              Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****
cr              STEERING COMMITTEE OF SENIOR SECURED LENDERS
op              THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
cr              UNITED STATES OF AMERICA - INTERNAL REVENUE SERVIC
cr              US-Yellow
cr              VIRGINIA SPRINGALL-SMITH,   7381 W. CHARLESTON BLVD.,   SUITE 110,   LAS VEGAS
cr              WELLS FARGO BANK, N.A.
cr              WIRSBO CLAIMANTS
cr              ##+PALECEK,   PO BOX 225,   RICHMOND, CA 94808-0225
                                                                                    TOTALS: 15, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2011**                    **Signature:**      _Joseph Speetjens_

Entered on Docket
October 14, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**KOLESAR & LEATHAM**
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
Email: nleatham@klnevada.com
ssherman@klnevada.com

*Local Counsel for the Reorganized Debtors*

**DANIEL BOGDEN**
United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101

**VIRGINIA CRONAN LOWE**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484

*Attorneys for the United States of America*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Chapter 11<br><br>Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>**SCHEDULING ORDER REGARDING THE IRS CLAIM**<br><br>**Hearing Date: 9/27/2011**<br>**Hearing Time: 10:30 a.m. (PST)**<br>**Courtroom 1** |

The Internal Revenue Service ("IRS"), by and through the United States Department of Justice, and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, Kolesar & Leatham, Pachulski Stang Ziehl & Jones, LLP and Akin Gump

1  Strauss Hauer & Feld LLP, respectfully submit this Scheduling Order Regarding the IRS Claim (as
2  defined below) (the "Order"). The IRS and the Reorganized Debtors are collectively referred to herein
3  as the "Parties."
4    WHEREAS, on September 25, 2009, the IRS filed proof of claim No. 7-1 as a priority claim in
5  the amount of $1,285,683.50 against debtor, Bravo, Inc., case number 09-14825;
6    WHEREAS, on April 13, 2010, the IRS filed amended proof of claim No. 7-2 also against
7  Bravo, Inc. as a priority claim in the amount of $1,326,068.11 and as an unsecured claim in the
8  amount of $2,560,388.64, for a total claim of $3,886,456.75 (the "IRS Claim");
9    WHEREAS, on March 31, 2011, the Reorganized Debtors filed the *Objection to Claim No.*
10  *7 File by the Internal Revenue Service against Debtor Bravo, Inc., Etc.* [Docket No. 1377] (the
11  "Claim Objection");
12    WHEREAS, on March 31, 2011, the Court scheduled a hearing for June 24, 2011, to
13  consider the Claim Objection;
14    WHEREAS, on June 22, 2011, this Court entered the Order approving the Scheduling
15  Stipulation re the Objection [Docket No. 1445] entered into between the Parties continuing the June
16  24, 2011 hearing regarding the IRS Claim;
17    WHEREAS, on June 22, 2011, this Court scheduled a hearing regarding the IRS Claim for
18  September 27, 2011 at 10:30 a.m. (PST) (the "Hearing");
19    WHEREAS, on September 15, 2011, the IRS filed the Opposition to Debtors' Objection to
20  IRS Claim Filed Against Bravo, Inc.
21    WHEREAS, on September 27, 2011, this Court heard oral argument with respect to the IRS
22  Claim and, for the reasons set forth in the record, set the matter down for trial subject to the timeline
23  outlined below.
24  **IT IS HEREBY ORDERED THAT:**
25  1. The pre-trial hearing will be held on January 31, 2012 at 10:30 a.m. (PST);
26  2. Pre-trial statements will be due from both Parties by January 26, 2012 at 2 p.m. (PST);
27  3. The Parties shall submit simultaneous opening briefs by February 6, 2012 at 2 p.m. (PST);
28  4. The Parties shall submit simultaneous reply briefs by February 20, 2012 at 2 p.m. (PST);

- 2 -

5. Trial for the IRS Claim will be held on March 5, 2012 at 9:30 a.m. (PST).

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| **KOLESAR & LEATHAM** | **DANIEL BOGDEN**<br>United States Attorney |
| By: /s/ *[signature]*<br>NILE LEATHAM, ESQ.<br>Nevada Bar No. 002838<br>SHLOMO S. SHERMAN, ESQ.<br>Nevada Bar No. 009688<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145 | By: /s/ Virginia Cronan Lowe<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6484 |
| and | |
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>MEREDITH LAHAIE<br>New York Bar No. 4518023<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000 | *Attorneys for the United States of America* |
| and | |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>JAMES I. STANG, Esq. (CA Bar No. 94435)<br>SHIRLEY S. CHO, Esq. (CA Bar No. 192616)<br>WERNER DISSE, Esq. (CA Bar No. 143458)<br>10100 Santa Monica Blvd., 11th Floor<br>Loas Angeles, CA 90067-4100<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jstang@pszjlaw.com<br>         scho@pszjlaw.com<br>         wdisse@pszjlaw.com | |
| *Counsel for the Reorganized Debtors* | |

### # # #