Kevin N. Anderson (SBN 4512)
David R. Hague (Pro Hac Vice)
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:    801-531-8900
Facsimile:    801-596-2814
Email:    kanderson@fabianlaw.com
          dhague@fabianlaw.com

*Attorneys for James M. Rhodes*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," *et al.*,<br><br>                    Reorganized Debtors<br><br><br><br>☒ Affects all Debtors<br><br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**JAMES RHODES' NOTICE OF APPEAL** |

Pursuant to 28 U.S.C. § 158(a), Fed. R. Bankr. P. 8001 *et seq.*, and Local Rule 8001 *et seq.,* James M. Rhodes ("**Rhodes**"), through counsel, hereby appeals from the *Order Denying Motion to Quash Rule 2004 Examination and Corresponding Subpoenas* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on October 12, 2011 [Docket No. 1570], a true and correct copy of which is attached hereto.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys** |
|---|---|
| *The Litigation Trust of The Rhodes Companies, LLC, et al.* | Eric D. Madden<br>Michael J. Yoder<br>Jacob J. Roberts<br>Diamond McCarthy LLP<br>1201 Elm Street, 34th Floor<br>Dallas, Texas 75270<br>Telephone No. (214) 389-5300<br>Facsimile No. (214) 389-5399<br>E-Mail: emadden@diamondmccarthy.com<br>myoder@diamondmccarthy.com<br>jroberts@diamondmccarthy.com |
| | Brian D. Shapiro<br>Law Office of Brian Shapiro<br>400 E. Bonneville, Suite 300<br>Las Vegas, Nevada 89101<br>Telephone No. (702) 386-8600<br>Facsimile No. (702) 383-0994<br>E-mail: mail@brianshapirolaw.com |

Other interested parties to this appeal may include the following:

| | |
|---|---|
| *Reorganized Debtors* | Nile Leatham<br>Natalie M. Cox<br>Kolesar & Leatham, CHTD<br>3320 West Sahara Avenue, Suite 380<br>Las Vegas, Nevada 89102-3202<br>Telephone No. (702) 362-7800<br>Facsimile No. (702) 362-9472<br>E-Mail: nleatham@klnevada.com<br>ncox@klnevada.com |
| | Philip C. Dublin<br>Abid Qureshi<br>Meredith A. Lahaie<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Telephone No. (212) 872-1000<br>Facsimile No. (212) 872-1002<br>E-Mail: pdublin@akingump.com |

1    aqureshi@akingump.com
     mlahaie@akingump.com

2

3    *Subpoenaed Parties*              UBS Financial Services Inc.
                                       By and Through Its Registered Agent:

4                                      CSC Services of Nevada, Inc.
                                       2215-B Renaissance Drive

5                                      Las Vegas, NV  89119

6                                      Chicago Title of Nevada, Inc.

7                                      By and Through Its Registered Agent:
                                       Corporation Trust Company of Nevada

8                                      311 South Division Street
                                       Carson City, NV  89703

9

10                                     Alvarez & Marshal North America, LLC
                                       By and Through Its Registered Agent:

11                                     CSC Services of Nevada, Inc.
                                       2215-B Renaissance Drive

12                                     Las Vegas, NV  89119

13                                     Santoro, Driggs, Walch, Kearney,
                                       Holley & Thompson, Ltd.

14                                     Attn:  Any Officer or Director

15                                     400 South Fourth Street, 3rd Floor
                                       Las Vegas, NV  89101

16

17                                     Nevada State Bank
                                       By and Through Its Registered Agent:

18                                     CSC Services of Nevada, Inc.
                                       2215-B Renaissance Drive

19                                     Las Vegas, NV  89119

20                                     Mutual of Omaha Bank
                                       By and Through Its Registered Agent:

21                                     CSC Services of Nevada, Inc.
                                       2215-B Renaissance Drive

22                                     Las Vegas, NV  89119

23

24                                     Town & Country Bank, Inc.
                                       By and Through Its Registered Agent:

25                                     Philip M. Burns
                                       8620 W. Tropicana Avenue

26                                     Las Vegas, NV  89103

3

1

2    Alliance Mortgage, LLC
     By and Through Its Registered Agent:
3    Sara M. Huchinson
     11920 Southern Highlands Parkway, #101
4    Las Vegas, NV  89141

5    American Commonwealth Mortgage
     Company
6    By and Through Its Registered Agent:
     David J. Cabral
7    536 E. St. Louis Ave.
     Las Vegas, NV  89104
8

9    Wells Fargo Bank, N.A.
     By and Through Its Registered Agent:
10   CSC Services of Nevada, Inc.
     2215-B Renaissance Drive
11   Las Vegas, NV  89119

12
     BNY Mellon f/k/a The Bank of New York
13   Attn:  Any Officer or Director
     One Wall Street
14   New York, NY  10286

15   Transnation Title Agency
     Attn:  Any Officer or Director
16   1500 East Woolford Road
     Show Low, AZ 85901
17

18   Stewart Title Company
     By and Through Its Registered Agent:
19   Corporation Trust Company of Nevada
     311 S. Division Street
20   Carson City, NV  89703

21
     Yuma Title
22   Attn:  Carrie Safranek, Manager
     11611 S. Foothills Blvd., #A
23   Yuma, AZ  85367-5845

24

25

26

American Express Company
By and Through Its Registered Agent:
Corporation Trust Company of Nevada
311 S. Division Street
Carson City, NV  89703

Stewart Occhipinti, LLP
Attn:  Any Principal
65 West 36th Street, 7th Floor
New York, NY  10018

Security Title of Nevada, LLC
By and Through Its Registered Agent:
Corporation Trust Company of Nevada
311 S. Division Street
Carson City, NV  89703

Commerce Title Company
By and Through Its Registered Agent:
National Registered Agents, Inc.
2875 Michelle Drive, Suite 100
Irvine, CA  92606

Fidelity National Financial, Inc.
By and Through Its Registered Agent:
CT Corporation System
818 W. Seventh Street
Los Angeles, CA  90017

First American Title Company
By and Through Its Registered Agent:
Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA  95833

SMS Financial LLC
By and Through Its Registered Agent:
Resident Agents of Nevada, Inc.
711 S. Carson Street, Suite 4
Carson City, NV  89701

1

2

3

Bancroft Susa & Galloway P.C.
Attn:  Paul D. Bancroft
3955 E. Ft. Lowell Drive, #115
Tucson, AZ  85712

4

5

6

Gibson Dunn & Crutcher LLP
Attn:  Any Officer, Partner or Director
333 South Grand Avenue
Los Angeles, CA  90071-3197

7

8

9

10

BofA ML Asset Holding
f/k/a Merrill Lynch
By and Through Its Registered Agent:
Corporation Trust Company of Nevada
311 South Division Street
Carson City, NV  89703

11

12

13

Bank of Oklahoma
Attn:  Any Officer or Director
5727 S. Lewis Avenue
Tulsa, OK  74105-7119

14

15

16

Consolidated Mortgage Company, LLC
By and Through Its Registered Agent:
Shea & Carlyon Ltd.
701 E. Bridger Avenue, Suite 850
Las Vegas, NV  89101

17

18

19

20

U.S. Trustee

Edward M. McDonald
Office of the U.S. Trustee
300 Las Vegas Blvd., So. STE 4300
Las Vegas, Nevada 89101
Telephone No. (702) 388-6600
E-Mail: edward.m.mcdonald@usdoj.gov

21

22

23

24

25

26

6

DATED this 18th day of October, 2011.

/s/ Kevin N. Anderson

Kevin N. Anderson
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone No. (801) 531-8900
E-Mail: kanderson@fabianlaw.com
*Attorneys for James M. Rhodes*