# EXHIBIT A



**Entered on Docket**
**October 12, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>THE RHODES COMPANIES, LLC,<br>Aka "Rhodes Homes", *et al.,*<br><br>Reorganized Debtors.[1]<br><br>Affects:<br>☒ All Debtors<br>☐ The following Debtor(s) | Case No. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER DENYING MOTION TO QUASH RULE 2004 EXAMINATION AND CORRESPONDING SUBPOENAS**<br><br>Hearing Date: October 5, 2011<br>Hearing Time: 9:30 a.m. |

Upon consideration of the Motion to Quash Rule 2004 Examination and Corresponding Subpoenas and/or Protective Order (the "Motion") filed by James M. Rhodes ("Rhodes"); the Response filed by the Litigation Trust of the Rhodes Companies, LLC, *et al.* (the "Litigation

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC 90206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Ralty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Clubb, LLC (7132); Pinnacle Grading, LLC (4838).

114513.1

Trust"); the other related papers and pleadings filed in these jointly administered bankruptcy cases; and the arguments of counsel; it is hereby

ORDERED that the Motion is hereby DENIED.

Prepared by:

| **DIAMOND MCCARTHY LLP** | **LAW OFFICE OF BRIAN SHAPIRO** |
|---|---|
| By: ___/s/ Jacob J. Roberts_____ | By: ___/s/ Brian D. Shapiro_____ |
| Eric D. Madden, (*pro hac vice*) | Brian D. Shapiro, NV Bar No. 5772 |
| Michael J. Yoder (*pro hac vice* pending) | 400 E. Bonneville, Suite 300 |
| Jacob J. Roberts (*pro hac vice*) | Las Vegas, Nevada 89101 |
| 1201 Elm Street, 34th Floor | Phone:  702-386-8600 |
| Dallas, Texas 75270 | Facsimile:  702-383-0994 |
| Phone:  214-389-5300 | |
| Facsimile:  214-389-5399 | *Local Counsel for the Litigation Trust of Rhodes Companies, LLC, et al.* |
| *Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.* | |

###

CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_\_\_    The Court has waived the requirement of approval under LR 9021

\_\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

 X     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

Kevin N. Anderson          Approved */s/ Kevin Anderson*

DATED: October 7, 2011

 */s/ Michael J. Yoder*
Michael J. Yoder

3