Kevin N. Anderson (SBN 4512)
David R. Hague (Pro Hac Vice)
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:     801-531-8900
Facsimile:     801-596-2814
Email:         kanderson@fabianlaw.com
               dhague@fabianlaw.com

*Attorneys for James M. Rhodes*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," *et al*.,<br><br>Reorganized Debtors<br><br>☒ Affects all Debtors<br><br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**JAMES RHODES' STATEMENT OF ELECTION TO APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

On October 18, 2011, James M. Rhodes ("**Rhodes**") filed a notice of appeal from the *Order Denying Motion to Quash Rule 2004 Examination and Corresponding Subpoenas* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on October 12, 2011 [Docket No. 1570].

Pursuant to 28 U.S.C. § 158(c)(1)(A), Fed. R. Bankr. P. 8001(e)(1), and Local Rule 8001(c), Rhodes now hereby elects in this separate writing to have his appeal heard by the United States District Court for the District of Nevada.

DATED this 18th day of October, 2011.

/s/ Kevin N. Anderson

Kevin N. Anderson
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone No. (801) 531-8900
E-Mail: kanderson@fabianlaw.com
*Attorneys for James M. Rhodes*

4849-9808-4876, v.  1