# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 09–14814–lbr**
**Chapter 11**
**Appeal Reference Number 11–35**

In re:
    THE RHODES COMPANIES, LLC
                     Debtor(s)

---

JAMES M. RHODES
                     Appellant(s)

vs

THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET AL, REORGANIZED DEBTORS
                     Appellee(s)

---

## NOTICE OF REFERRAL OF APPEAL
## TO UNITED STATES DISTRICT COURT

TO:   ALL PARTIES IN APPEAL
        U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by JAMES M. RHODES with the Clerk of the Bankruptcy Court on 10/18/2011. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 10/20/11

                                                       BY THE COURT

                                                       *Mary A. Schott*

                                                       Mary A. Schott
                                                       Clerk of the Bankruptcy Court