Kevin N. Anderson (SBN 4512)
David R. Hague (Pro Hac Vice)
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:    801-531-8900
Facsimile:    801-596-2814
Email:    kanderson@fabianlaw.com
         dhague@fabianlaw.com

*Attorneys for James M. Rhodes*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," *et al*.,<br><br>Reorganized Debtors<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**JAMES RHODES' NOTICE OF APPEAL** |

Pursuant to 28 U.S.C. § 158(a), Fed. R. Bankr. P. 8001 *et seq.*, and Local Rule 8001 *et seq.*, James M. Rhodes ("**Rhodes**"), through counsel, hereby appeals from the *Order Denying Motion to Quash Rule 2004 Examination and Corresponding Subpoenas* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on October 12, 2011 [Docket No. 1570], a true and correct copy of which is attached hereto.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys** |
|---|---|
| *The Litigation Trust of The Rhodes Companies, LLC, et al.* | Eric D. Madden<br>Michael J. Yoder<br>Jacob J. Roberts<br>Diamond McCarthy LLP<br>1201 Elm Street, 34th Floor<br>Dallas, Texas 75270<br>Telephone No. (214) 389-5300<br>Facsimile No. (214) 389-5399<br>E-mail: emadden@diamondmccarthy.com<br>        myoder@diamondmccarthy.com<br>        jroberts@diamondmccarthy.com |
| | Brian D. Shapiro<br>Law Office of Brian Shapiro<br>400 E. Bonneville, Suite 300<br>Las Vegas, Nevada 89101<br>Telephone No. (702) 386-8600<br>Facsimile No. (702) 383-0994<br>E-mail: mail@brianshapirolaw.com |

Other interested parties to this appeal may include the following:

| | |
|---|---|
| *Reorganized Debtors* | Nile Leatham<br>Natalie M. Cox<br>Kolesar & Leatham, CHTD<br>3320 West Sahara Avenue, Suite 380<br>Las Vegas, Nevada 89102-3202<br>Telephone No. (702) 362-7800<br>Facsimile No. (702) 362-9472<br>E-Mail: nleatham@klnevada.com<br>        ncox@klnevada.com |
| | Philip C. Dublin<br>Abid Qureshi<br>Meredith A. Lahaie<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Telephone No. (212) 872-1000<br>Facsimile No. (212) 872-1002<br>E-Mail: pdublin@akingump.com |

| | | |
|---|---|---|
| 1 | | aqureshi@akingump.com |
| 2 | | mlahaie@akingump.com |
| 3 | *Subpoenaed Parties* | UBS Financial Services Inc.<br>By and Through Its Registered Agent: |
| 4 | | CSC Services of Nevada, Inc.<br>2215-B Renaissance Drive |
| 5 | | Las Vegas, NV  89119 |
| 6 | | |
| 7 | | Chicago Title of Nevada, Inc.<br>By and Through Its Registered Agent:<br>Corporation Trust Company of Nevada |
| 8 | | 311 South Division Street<br>Carson City, NV  89703 |
| 9 | | |
| 10 | | Alvarez & Marshal North America, LLC<br>By and Through Its Registered Agent: |
| 11 | | CSC Services of Nevada, Inc.<br>2215-B Renaissance Drive |
| 12 | | Las Vegas, NV  89119 |
| 13 | | Santoro, Driggs, Walch, Kearney, |
| 14 | | Holley & Thompson, Ltd.<br>Attn:  Any Officer or Director |
| 15 | | 400 South Fourth Street, 3rd Floor<br>Las Vegas, NV  89101 |
| 16 | | |
| 17 | | Nevada State Bank<br>By and Through Its Registered Agent: |
| 18 | | CSC Services of Nevada, Inc.<br>2215-B Renaissance Drive |
| 19 | | Las Vegas, NV  89119 |
| 20 | | Mutual of Omaha Bank |
| 21 | | By and Through Its Registered Agent:<br>CSC Services of Nevada, Inc. |
| 22 | | 2215-B Renaissance Drive<br>Las Vegas, NV  89119 |
| 23 | | |
| 24 | | Town & Country Bank, Inc.<br>By and Through Its Registered Agent: |
| 25 | | Philip M. Burns<br>8620 W. Tropicana Avenue |
| 26 | | Las Vegas, NV  89103 |

| | |
|---|---|
| 1 | |
| 2 | Alliance Mortgage, LLC<br>By and Through Its Registered Agent: |
| 3 | Sara M. Huchinson<br>11920 Southern Highlands Parkway, #101 |
| 4 | Las Vegas, NV  89141 |
| 5 | American Commonwealth Mortgage |
| 6 | Company<br>By and Through Its Registered Agent: |
| 7 | David J. Cabral<br>536 E. St. Louis Ave. |
| 8 | Las Vegas, NV  89104 |
| 9 | Wells Fargo Bank, N.A. |
| 10 | By and Through Its Registered Agent:<br>CSC Services of Nevada, Inc. |
| 11 | 2215-B Renaissance Drive<br>Las Vegas, NV  89119 |
| 12 | |
| 13 | BNY Mellon f/k/a The Bank of New York<br>Attn:  Any Officer or Director |
| 14 | One Wall Street<br>New York, NY  10286 |
| 15 | |
| 16 | Transnation Title Agency<br>Attn:  Any Officer or Director |
| 17 | 1500 East Woolford Road<br>Show Low, AZ  85901 |
| 18 | |
| 19 | Stewart Title Company<br>By and Through Its Registered Agent: |
| 20 | Corporation Trust Company of Nevada<br>311 S. Division Street |
| 21 | Carson City, NV  89703 |
| 22 | Yuma Title |
| 23 | Attn:  Carrie Safranek, Manager<br>11611 S. Foothills Blvd., #A |
| 24 | Yuma, AZ  85367-5845 |
| 25 | |
| 26 | |

American Express Company
By and Through Its Registered Agent:
Corporation Trust Company of Nevada
311 S. Division Street
Carson City, NV 89703

Stewart Occhipinti, LLP
Attn: Any Principal
65 West 36th Street, 7th Floor
New York, NY 10018

Security Title of Nevada, LLC
By and Through Its Registered Agent:
Corporation Trust Company of Nevada
311 S. Division Street
Carson City, NV 89703

Commerce Title Company
By and Through Its Registered Agent:
National Registered Agents, Inc.
2875 Michelle Drive, Suite 100
Irvine, CA 92606

Fidelity National Financial, Inc.
By and Through Its Registered Agent:
CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

First American Title Company
By and Through Its Registered Agent:
Corporation Service Company
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

SMS Financial LLC
By and Through Its Registered Agent:
Resident Agents of Nevada, Inc.
711 S. Carson Street, Suite 4
Carson City, NV 89701

| | | |
|---|---|---|
| 1 | | Bancroft Susa & Galloway P.C. |
| 2 | | Attn: Paul D. Bancroft |
| | | 3955 E. Ft. Lowell Drive, #115 |
| 3 | | Tucson, AZ 85712 |
| 4 | | Gibson Dunn & Crutcher LLP |
| | | Attn: Any Officer, Partner or Director |
| 5 | | 333 South Grand Avenue |
| | | Los Angeles, CA 90071-3197 |
| 6 | | |
| 7 | | BofA ML Asset Holding |
| | | f/k/a Merrill Lynch |
| 8 | | By and Through Its Registered Agent: |
| | | Corporation Trust Company of Nevada |
| 9 | | 311 South Division Street |
| 10 | | Carson City, NV 89703 |
| 11 | | Bank of Oklahoma |
| | | Attn: Any Officer or Director |
| 12 | | 5727 S. Lewis Avenue |
| | | Tulsa, OK 74105-7119 |
| 13 | | |
| 14 | | Consolidated Mortgage Company, LLC |
| | | By and Through Its Registered Agent: |
| 15 | | Shea & Carlyon Ltd. |
| | | 701 E. Bridger Avenue, Suite 850 |
| 16 | | Las Vegas, NV 89101 |
| 17 | U.S. Trustee | Edward M. McDonald |
| | | Office of the U.S. Trustee |
| 18 | | 300 Las Vegas Blvd., So. STE 4300 |
| 19 | | Las Vegas, Nevada 89101 |
| | | Telephone No. (702) 388-6600 |
| 20 | | E-Mail: edward.m.mcdonald@usdoj.gov |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

DATED this 18th day of October, 2011.

/s/ Kevin N. Anderson
_____
Kevin N. Anderson
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone No. (801) 531-8900
E-Mail: kanderson@fabianlaw.com
*Attorneys for James M. Rhodes*

# EXHIBIT A



Entered on Docket
October 12, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

THE RHODES COMPANIES, LLC,
  Aka "Rhodes Homes", *et al.,*

        Reorganized Debtors.[1]

Affects:
☒ All Debtors
☐ The following Debtor(s)

Case No. BK-09-14814-LBR
(Jointly Administered)

Chapter 11

**ORDER DENYING MOTION TO QUASH RULE 2004 EXAMINATION AND CORRESPONDING SUBPOENAS**

Hearing Date: October 5, 2011
Hearing Time: 9:30 a.m.

Upon consideration of the Motion to Quash Rule 2004 Examination and Corresponding Subpoenas and/or Protective Order (the "Motion") filed by James M. Rhodes ("Rhodes"); the Response filed by the Litigation Trust of the Rhodes Companies, LLC, *et al.* (the "Litigation

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC 90206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Ralty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Clubb, LLC (7132); Pinnacle Grading, LLC (4838).

114513.1

Trust"); the other related papers and pleadings filed in these jointly administered bankruptcy cases; and the arguments of counsel; it is hereby

ORDERED that the Motion is hereby DENIED.

Prepared by:

| **DIAMOND MCCARTHY LLP** | **LAW OFFICE OF BRIAN SHAPIRO** |
|---|---|
| By: ___/s/ Jacob J. Roberts_____ | By: ___/s/ Brian D. Shapiro_____ |
| Eric D. Madden, (*pro hac vice*) | Brian D. Shapiro, NV Bar No. 5772 |
| Michael J. Yoder (*pro hac vice* pending) | 400 E. Bonneville, Suite 300 |
| Jacob J. Roberts (*pro hac vice*) | Las Vegas, Nevada 89101 |
| 1201 Elm Street, 34th Floor | Phone: 702-386-8600 |
| Dallas, Texas 75270 | Facsimile: 702-383-0994 |
| Phone: 214-389-5300 | |
| Facsimile: 214-389-5399 | *Local Counsel for the Litigation Trust of Rhodes Companies, LLC, et al.* |
| *Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.* | |

###

2

CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_\_\_    The Court has waived the requirement of approval under LR 9021

\_\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

  X     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

Kevin N. Anderson            Approved */s/ Kevin Anderson*

DATED:  October 7, 2011

 */s/ Michael J. Yoder*
Michael J. Yoder

3