```
                          United States Bankruptcy Court
                                District of Nevada

In re:                                                          Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                       Chapter 11
        Debtor             CERTIFICATE OF NOTICE

District/off: 0978-2           User: garrettme           Page 1 of 2         Date Rcvd: Oct 20, 2011
                               Form ID: apbrefdc         Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2011.
aty          +ABID QURESHI,   AKIN GUMP STRAUSS HAUER & FELD LLP,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
aty          +MEREDITH A. LAHAIE,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
aty           NATALIE M. COX,   3320 WEST SAHARA AVENUE, SUITE 380,   LAS VEGAS, NV 89102-3202
aty          +PHILIP C. DUBLIN,   AKIN GUMP STRAUSS HAUER & FELD,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
             +ALLIANCE MORTGAGE, LLC,   BY AND THROUGH ITS REGISTERED AGENT,   SARA M. HUTCHINSON,
               11920 SOUTHERN HIGHLANDS PKWY, #101,   LAS VEGAS, NV 89141-3273
intp         +ALVAREZ & MARSAL NORTH AMERICA, LLC,   BY & THRU ITS REGISTERED AGENT:,
               CSC SERVICES OF NEVADA, INC.,   2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
             +AMERICAN COMMONWEALTH MORTGAGE COMPANY,   BY AND THROUGH ITS REGISTERED AGENT,   DAVID J. CABRAL,
               536 E. ST. LOUIS AVE.,   LAS VEGAS, NV 89104-2559
intp         +AMERICAN EXPRESS COMPANY,   CORPORATION TRUST COMPANY OF NEVADA,
               BY AND THROUGH ITS REGISTERED AGENT,   311 S. DIVISION STREET,   CARSON CITY, NV 89703-4202
             +B OF A ML ASSET HOLDING,   F/K/A MERRILL LYNCH,   BY AND THROUGH ITS REGISTERED AGENT,
               CORPORATION TRUST COMPANY OFNEVADA,   311 S. DIVISION STREET,   CARSON CITY, NV 89703-4202
intp         +BANCROFT SUSA & GALLOWAY P.C.,   ATTN: PAUL D. BANCROFT,   3955 E. FT. LOWELL DRIVE, #115,
               TUCSON, AZ 85712-1049
intp         +BANK OF OKLAHOMA,   ATTN: ANY OFFICER OR DIRECTOR,   5727 S. LEWIS AVENUE,   TULSA, OK 74105-7149
intp         +BNY MELLON F/K/A THE BANK OF NEW YORK,   ATTN: ANY OFFICER OR DIRECTOR,   ONE WALL STREET,
               NEW YORK, NY 10286-0001
intp         +CHICAGO TITLE AGENCY OF NEVADA, INC.,   BY & THRU ITS REGISTERED AGENT:,
               CORP. TRUST COMPANY OF NEVADA,   311 SOUTH DIVISION STREET,   CARSON CITY, NV 89703-4202
intp         +COMMERCE TITLE COMPANY,   BY AND THROUGH ITS REGISTERED AGENT,   NATIONAL REGISTERED AGENTS, INC.,
               2875 MICHELLE DR., STE. 100,   IRVINE, CA 92606-1024
intp         +CONSOLIDATED MORTGAGE COMPANY, LLC,   BY AND THROUGH ITS REGISTERED AGENT,   SHEA & CARLYON LTD.,
               701 E. BRIDGER AVE., STE. 850,   LAS VEGAS, NV 89101-8959
intp         +FIDELITY NATIONAL FINANCIAL, INC.,   CT CORPORATION SYSTEM,   BY AND THROUGH ITS REGISTERED AGENT,
               818 W. SEVENTH ST.,   LOS ANGELES, CA 90017-3425
intp         +FIRST AMERICAN TITLE COMPANY,   BY AND THROUGH ITS REGISTERED AGENT:,
               CORPORATION SERVICE COMPANY,   2730 GATEWAY OAKS DRIVE, STE. 100,   SACRAMENTO, CA 95833-3503
intp          GIBSON DUNN & CRUTCHER LLP,   ATTN: ANY OFFICER, PARTNER OR DIRECTOR,   333 SOUTH GRAND AVENUE,
               LOS ANGELES, CA  90071-3197
intp         +MUTUAL OF OMAHA BANK,   BY & THRU ITS REGISTERED AGENT:,   CSC SERVICES OF NEVADA, INC.,
               2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp         +NEVADA STATE BANK,   BY & THRU ITS REGISTERED AGENT:,   CSC SERVICES OF NEVADA, INC.,
               2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp         +SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON,   400 SOUTH FOURTH STREET, 3RD FLR,
               LAS VEGAS, NV 89101-6206
intp         +SECURITY TITLE OF NEVADA, LLC,   BY AND THROUGH ITS REGISTERED AGENT,
               CORPORATION TRUST COMPANY OF NEVADA,   311 S. DIVISION STREET,   CARSON CITY, NV 89703-4202
intp         +SMS FINANCIAL LLC,   RESIDENT AGENTS OF NEVADA, INC.,   BY AND THROUGH ITS REGISTERED AGENT,
               711 S. CARSON ST., STE. 4,   CARSON CITY, NV 89701-5292
intp         +STEWART OCCHIPINTI, LLP,   ATTN: ANY PRINCIPAL,   65 WEST 36TH STREET, 7TH FLOOR,
               NEW YORK, NY 10018-8018
intp         +STEWART TITLE COMPANY,   CORPORATION TRUST COMPANY OF NEVADA,
               BY AND THROUGH ITS REGISTERED AGENT,   311 S. DIVISION STREET,   CARSON CITY, NV 89703-4202
intp         +TOWN & COUNTRY BANK,   BY & THRU ITS REGISTERED AGENT:,   PHILIP M. BURNS,
               8620 W. TROPICANA AVENUE,   LAS VEGAS, NV 89147-8172
intp         +TRANSNATION TITLE AGENCY,   ATTN: ANY OFFICER OR DIRECTOR,   1500 EAST WOOLFORD ROAD,
               SHOW LOW, AZ 85901-7105
intp         +UBS FINANCIAL SERVICES,   BY & THRU ITS REGISTERED AGENT:,   CSC SERVICES OF NEVADA, INC.,
               2215-b RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp         +WELLS FARGO BANK, N.A.,   CSC SERVICES OF NEVADA, INC.,   BY AND THROUGH ITS REGISTERED AGENT,
               2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp          YUMA TITLE,   ATTN: CARRIE SAFRANEK, MANAGER,   11611 S. FOOTHILLS BLVD., #A,
               YUMA, AZ  85367-5845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0978-2          User: garrettme              Page 2 of 2                    Date Rcvd: Oct 20, 2011
                              Form ID: apbrefdc            Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 22, 2011**                                 **Signature:**        *Joseph Speetjens*

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>09–14814–lbr</u>
**Chapter 11**
**Appeal Reference Number** <u>11–35</u>

In re:

    THE RHODES COMPANIES, LLC
                    Debtor(s)

JAMES M. RHODES
                    Appellant(s)

vs

THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET AL, REORGANIZED DEBTORS
                    Appellee(s)

## NOTICE OF REFERRAL OF APPEAL
## TO UNITED STATES DISTRICT COURT

TO:  ALL PARTIES IN APPEAL
       U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by JAMES M. RHODES with the Clerk of the Bankruptcy Court on 10/18/2011. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 10/20/11

                                  BY THE COURT

                                  *Mary A. Schott*

                                  Mary A. Schott
                                  Clerk of the Bankruptcy Court