```
                            United States Bankruptcy Court
                                   District of Nevada

In re:                                                           Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                        Chapter 11
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0978-2           User: garrettme              Page 1 of 2              Date Rcvd: Oct 20, 2011
                               Form ID: apbtusdc            Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2011.
aty          +ABID QURESHI,   AKIN GUMP STRAUSS HAUER & FELD LLP,    ONE BRYANT PARK,   NEW YORK, NY 10036-6728
aty          +MEREDITH A. LAHAIE,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
aty           NATALIE M. COX,   3320 WEST SAHARA AVENUE, SUITE 380,   LAS VEGAS, NV 89102-3202
aty          +PHILIP C. DUBLIN,   AKIN GUMP STRAUSS HAUER & FELD,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
intp         +ALVAREZ & MARSAL NORTH AMERICA, LLC,   BY & THRU ITS REGISTERED AGENT:,
               CSC SERVICES OF NEVADA, INC.,   2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp         +AMERICAN EXPRESS COMPANY,   CORPORATION TRUST COMPANY OF NEVADA,
               BY AND THROUGH ITS REGISTERED AGENT,   311 S. DIVISION STREET,   CARSON CITY, NV 89703-4202
intp         +BANCROFT SUSA & GALLOWAY P.C.,   ATTN: PAUL D. BANCROFT,   3955 E. FT. LOWELL DRIVE, #115,
               TUCSON, AZ 85712-1049
intp         +BANK OF OKLAHOMA,   ATTN: ANY OFFICER OR DIRECTOR,   5727 S. LEWIS AVENUE,   TULSA, OK 74105-7149
intp         +BNY MELLON F/K/A THE BANK OF NEW YORK,   ATTN: ANY OFFICER OR DIRECTOR,   ONE WALL STREET,
               NEW YORK, NY 10286-0001
intp         +CHICAGO TITLE AGENCY OF NEVADA, INC.,   BY & THRU ITS REGISTERED AGENT:,
               CORP. TRUST COMPANY OF NEVADA,   311 SOUTH DIVISION STREET,   CARSON CITY, NV 89703-4202
intp         +COMMERCE TITLE COMPANY,   BY AND THROUGH ITS REGISTERED AGENT,   NATIONAL REGISTERED AGENTS, INC.,
               2875 MICHELLE DR., STE. 100,   IRVINE, CA 92606-1024
intp         +CONSOLIDATED MORTGAGE COMPANY, LLC,   BY AND THROUGH ITS REGISTERED AGENT,   SHEA & CARLYON LTD.,
               701 E. BRIDGER AVE., STE. 850,   LAS VEGAS, NV 89101-8959
intp         +DAVID J CABRAL,   REGISTERED AGENT FOR:,   AMERICAN COMMONWEALTH MORTGAGE COMPANY,
               536 E. ST. LOUIS AVE.,   LAS VEGAS, NV 89104-2559
intp         +F/KA MERRILL LYNCH B OF A ML ASSET HOLDING,   BY AND THROUGH ITS REGISTERED AGENT,
               CORPORATION TRUST COMPANY OF NEVADA,   311 SOUTH DIVISION STREET,   CARSON CITY, NV 89703-4202
intp         +FIDELITY NATIONAL FINANCIAL, INC.,   CT CORPORATION SYSTEM,   BY AND THROUGH ITS REGISTERED AGENT,
               818 W. SEVENTH ST.,   LOS ANGELES, CA 90017-3425
intp         +FIRST AMERICAN TITLE COMPANY,   BY AND THROUGH ITS REGISTERED AGENT:,
               CORPORATION SERVICE COMPANY,   2730 GATEWAY OAKS DRIVE, STE. 100,   SACRAMENTO, CA 95833-3503
intp          GIBSON DUNN & CRUTCHER LLP,   ATTN: ANY OFFICER, PARTNER OR DIRECTOR,   333 SOUTH GRAND AVENUE,
               LOS ANGELES, CA  90071-3197
intp         +MUTUAL OF OMAHA BANK,   BY & THRU ITS REGISTERED AGENT:,   CSC SERVICES OF NEVADA, INC.,
               2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp         +NEVADA STATE BANK,   BY & THRU ITS REGISTERED AGENT:,   CSC SERVICES OF NEVADA, INC.,
               2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp         +SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON,   400 SOUTH FOURTH STREET, 3RD FLR,
               LAS VEGAS, NV 89101-6206
intp         +SARA M. HUCHINSON,   REGISTERED AGENT FOR:,   ALLIANCE MORTGAGE, LLC,
               11920 SOUTHERN HIGHLANDS PKWY, #101,   LAS VEGAS, NV 89141-3273
intp         +SECURITY TITLE OF NEVADA, LLC,   BY AND THROUGH ITS REGISTERED AGENT,
               CORPORATION TRUST COMPANY OF NEVADA,   311 S. DIVISION STREET,   CARSON CITY, NV 89703-4202
intp         +SMS FINANCIAL LLC,   RESIDENT AGENTS OF NEVADA, INC.,   BY AND THROUGH ITS REGISTERED AGENT,
               711 S. CARSON ST., STE. 4,   CARSON CITY, NV 89701-5292
intp         +STEWART OCCHIPINTI, LLP,   ATTN: ANY PRINCIPAL,   65 WEST 36TH STREET, 7TH FLOOR,
               NEW YORK, NY 10018-8018
intp         +STEWART TITLE COMPANY,   CORPORATION TRUST COMPANY OF NEVADA,
               BY AND THROUGH ITS REGISTERED AGENT,   311 S. DIVISION STREET,   CARSON CITY, NV 89703-4202
intp         +TOWN & COUNTRY BANK,   BY & THRU ITS REGISTERED AGENT:,   PHILIP M. BURNS,
               8620 W. TROPICANA AVENUE,   LAS VEGAS, NV 89147-8172
intp         +TRANSNATION TITLE AGENCY,   ATTN: ANY OFFICER OR DIRECTOR,   1500 EAST WOOLFORD ROAD,
               SHOW LOW, AZ 85901-7105
intp         +UBS FINANCIAL SERVICES,   BY & THRU ITS REGISTERED AGENT:,   CSC SERVICES OF NEVADA, INC.,
               2215-b RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp         +WELLS FARGO BANK, N.A.,   CSC SERVICES OF NEVADA, INC.,   BY AND THROUGH ITS REGISTERED AGENT,
               2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp          YUMA TITLE,   ATTN: CARRIE SAFRANEK, MANAGER,   11611 S. FOOTHILLS BLVD., #A,
               YUMA, AZ  85367-5845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0


Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0978-2          User: garrettme            Page 2 of 2                Date Rcvd: Oct 20, 2011
                              Form ID: apbtusdc          Total Noticed: 30

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2011**                    **Signature:** _/s/ Joseph Speetjens_

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**
**Appeal Reference Number 11–35**
**BAP Number**
**USDC Case Number**

In re:
    THE RHODES COMPANIES, LLC
                    Debtor(s)

JAMES M. RHODES
                    Appellant(s)

vs

THE LITIGATION TRUST OF THE RHODES
COMPANIES, LLC, ET AL, REORGANIZED
DEBTORS
                    Appellee(s)

TRANSMITTAL FORM, DISTRICT OFFICE NO. 0978/ 2

To: U.S. DISTRICT COURT
Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | YES |
| Bankruptcy Judge | LINDA B. RIEGLE |
| Date Notice of Appeal Filed | 10/18/2011 |
| Date of Entry of Order Appealed | 10/12/2011 |
| Date Bankruptcy Filed | 3/31/2009 |
| Other | |

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court