```
                           United States Bankruptcy Court
                                  District of Nevada

In re:                                                              Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                           Chapter 11
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0978-2       User: garrettme            Page 1 of 2         Date Rcvd: Oct 20, 2011
                           Form ID: aplmemo           Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2011.
```
aty          +ABID QURESHI,    AKIN GUMP STRAUSS HAUER & FELD LLP,    ONE BRYANT PARK,    NEW YORK, NY 10036-6728
aty          +MEREDITH A. LAHAIE,    ONE BRYANT PARK,    NEW YORK, NY 10036-6728
aty           NATALIE M. COX,    3320 WEST SAHARA AVENUE, SUITE 380,    LAS VEGAS, NV 89102-3202
aty          +PHILIP C. DUBLIN,    AKIN GUMP STRAUSS HAUER & FELD,    ONE BRYANT PARK,    NEW YORK, NY 10036-6728
intp         +ALVAREZ & MARSAL NORTH AMERICA, LLC,     BY & THRU ITS REGISTERED AGENT:,
               CSC SERVICES OF NEVADA, INC.,    2215-B RENAISSANCE DRIVE,    LAS VEGAS, NV 89119-6727
intp         +AMERICAN EXPRESS COMPANY,    CORPORATION TRUST COMPANY OF NEVADA,
               BY AND THROUGH ITS REGISTERED AGENT,    311 S. DIVISION STREET,    CARSON CITY, NV 89703-4202
intp         +BANCROFT SUSA & GALLOWAY P.C.,    ATTN: PAUL D. BANCROFT,    3955 E. FT. LOWELL DRIVE, #115,
               TUCSON, AZ 85712-1049
intp         +BANK OF OKLAHOMA,    ATTN: ANY OFFICER OR DIRECTOR,    5727 S. LEWIS AVENUE,    TULSA, OK 74105-7149
intp         +BNY MELLON F/K/A THE BANK OF NEW YORK,    ATTN: ANY OFFICER OR DIRECTOR,    ONE WALL STREET,
               NEW YORK, NY 10286-0001
intp         +CHICAGO TITLE AGENCY OF NEVADA, INC.,    BY & THRU ITS REGISTERED AGENT:,
               CORP. TRUST COMPANY OF NEVADA,    311 SOUTH DIVISION STREET,    CARSON CITY, NV 89703-4202
intp         +COMMERCE TITLE COMPANY,    BY AND THROUGH ITS REGISTERED AGENT,    NATIONAL REGISTERED AGENTS, INC.,
               2875 MICHELLE DR., STE. 100,    IRVINE, CA 92606-1024
intp         +CONSOLIDATED MORTGAGE COMPANY, LLC,    BY AND THROUGH ITS REGISTERED AGENT,    SHEA & CARLYON LTD.,
               701 E. BRIDGER AVE., STE. 850,    LAS VEGAS, NV 89101-8959
intp         +DAVID J CABRAL,    REGISTERED AGENT FOR:,    AMERICAN COMMONWEALTH MORTGAGE COMPANY,
               536 E. ST. LOUIS AVE.,    LAS VEGAS, NV 89104-2559
intp         +F/KA MERRILL LYNCH B OF A ML ASSET HOLDING,    BY AND THROUGH ITS REGISTERED AGENT,
               CORPORATION TRUST COMPANY OF NEVADA,    311 SOUTH DIVISION STREET,    CARSON CITY, NV 89703-4202
intp         +FIDELITY NATIONAL FINANCIAL, INC.,    CT CORPORATION SYSTEM,    BY AND THROUGH ITS REGISTERED AGENT,
               818 W. SEVENTH ST.,    LOS ANGELES, CA 90017-3425
intp         +FIRST AMERICAN TITLE COMPANY,    BY AND THROUGH ITS REGISTERED AGENT:,
               CORPORATION SERVICE COMPANY,    2730 GATEWAY OAKS DRIVE, STE. 100,    SACRAMENTO, CA 95833-3503
intp          GIBSON DUNN & CRUTCHER LLP,    ATTN: ANY OFFICER, PARTNER OR DIRECTOR,    333 SOUTH GRAND AVENUE,
               LOS ANGELES, CA  90071-3197
intp         +MUTUAL OF OMAHA BANK,    BY & THRU ITS REGISTERED AGENT:,    CSC SERVICES OF NEVADA, INC.,
               2215-B RENAISSANCE DRIVE,    LAS VEGAS, NV 89119-6727
intp         +NEVADA STATE BANK,    BY & THRU ITS REGISTERED AGENT:,    CSC SERVICES OF NEVADA, INC.,
               2215-B RENAISSANCE DRIVE,    LAS VEGAS, NV 89119-6727
intp         +SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON,    400 SOUTH FOURTH STREET, 3RD FLR,
               LAS VEGAS, NV 89101-6206
intp         +SARA M. HUCHINSON,    REGISTERED AGENT FOR:,    ALLIANCE MORTGAGE, LLC,
               11920 SOUTHERN HIGHLANDS PKWY, #101,    LAS VEGAS, NV 89141-3273
intp         +SECURITY TITLE OF NEVADA, LLC,    BY AND THROUGH ITS REGISTERED AGENT,
               CORPORATION TRUST COMPANY OF NEVADA,    311 S. DIVISION STREET,    CARSON CITY, NV 89703-4202
intp         +SMS FINANCIAL LLC,    RESIDENT AGENTS OF NEVADA, INC.,    BY AND THROUGH ITS REGISTERED AGENT,
               711 S. CARSON ST., STE. 4,    CARSON CITY, NV 89701-5292
intp         +STEWART OCCHIPINTI, LLP,    ATTN: ANY PRINCIPAL,    65 WEST 36TH STREET, 7TH FLOOR,
               NEW YORK, NY 10018-8018
intp         +STEWART TITLE COMPANY,    CORPORATION TRUST COMPANY OF NEVADA,
               BY AND THROUGH ITS REGISTERED AGENT,    311 S. DIVISION STREET,    CARSON CITY, NV 89703-4202
intp         +TOWN & COUNTRY BANK,    BY & THRU ITS REGISTERED AGENT:,    PHILIP M. BURNS,
               8620 W. TROPICANA AVENUE,    LAS VEGAS, NV 89147-8172
intp         +TRANSNATION TITLE AGENCY,    ATTN: ANY OFFICER OR DIRECTOR,    1500 EAST WOOLFORD ROAD,
               SHOW LOW, AZ 85901-7105
intp         +UBS FINANCIAL SERVICES,    BY & THRU ITS REGISTERED AGENT:,    CSC SERVICES OF NEVADA, INC.,
               2215-b RENAISSANCE DRIVE,    LAS VEGAS, NV 89119-6727
intp         +WELLS FARGO BANK, N.A.,    CSC SERVICES OF NEVADA, INC.,    BY AND THROUGH ITS REGISTERED AGENT,
               2215-B RENAISSANCE DRIVE,    LAS VEGAS, NV 89119-6727
intp          YUMA TITLE,    ATTN: CARRIE SAFRANEK, MANAGER,    11611 S. FOOTHILLS BLVD., #A,
               YUMA, AZ  85367-5845
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0978-2          User: garrettme           Page 2 of 2              Date Rcvd: Oct 20, 2011
                              Form ID: aplmemo          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2011**           **Signature:**   _Joseph Speetjens_

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**
**Appeal Reference Number 11–35**
**BAP Number**
**USDC Case Number**

In re:
THE RHODES COMPANIES, LLC
                    Debtor(s).

---

JAMES M. RHODES , Appellant(s)

vs

THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET AL, REORGANIZED DEBTORS , Appellee(s)

---

## MEMORANDUM

To:    ALL PARTIES IN APPEAL

From:  U.S. Bankruptcy Court
       300 Las Vegas Blvd., South
       Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

**PLEASE NOTE THE FOLLOWING REGARDING THE RECORD ON APPEAL:**

Pursuant to Local Rule 8009(a), **Excerpts of Record** shall be filed by the parties on appeals to the District Court in the same manner as required by Federal Rules Bankruptcy Procedures 8009(b) for appeals to the Bankruptcy Appellate Panel. A party filing excerpts of record with the District Court shall file two copies to be bound separately from the briefs. A party filing excerpts of record with the Bankruptcy Appellate Panel shall file the number of copies as required by the 9th Circuit Bankruptcy Appellate Panel. Copies of the designated record no longer need to be delivered to the Clerk of the Bankruptcy Court unless there is a separate request per Local Rule 8006(a)(2).

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court