Kevin N. Anderson (SBN 4512)
David R. Hague (SBN 12389)
FABIAN & CLENDENIN
 a Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:    801-531-8900
Facsimile:     801-596-2814
Email:     kanderson@fabianlaw.com
               dhague@fabianlaw.com

*Attorneys for James M. Rhodes*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | District Court No. 2:11-cv-01705-PMP-GWF |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," *et al.*, | Bankruptcy Case No.: 09-14814-LBR (Jointly Administered) |
| Reorganized Debtors | Chapter 11 |
| _____ | **APPELLANT'S DESIGNATION OF RECORD ON APPEAL** |
| JAMES M. RHODES, | |
| Appellant, | |
| v. | |
| THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, *et al.,* | |
| Appellee. | |

On October 18, 2011, Appellant James M. Rhodes ("**Appellant**") filed a notice of appeal from the *Order Denying Motion to Quash Rule 2004 Examination and Corresponding Subpoenas* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on October 12, 2011.

Pursuant to Fed. R. Bankr. P. 8006 and Local Rule 8001, Appellant hereby designates the following documents, pleadings, papers, and transcripts from the above-entitled case as part of the record on his appeal:

| DOCUMENT DESCRIPTION | DOCUMENT NUMBER | DOCUMENT FILING DATE |
|---|---|---|
| Proof of Claim No. 33-1 | 33-1 | 07/17/09 |
| Amended Chapter 11 Plan Number Third Amended Filed by NILE LEATHAM on behalf of STEERING COMMITTEE OF SENIOR SECURED LENDERS (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(LEATHAM, NILE) (Entered: 02/18/2010) | 1013 | 02/28/10 |
| Omnibus Motion for 2004 Examination *of Financial Institutions* with Proposed Order with Certificate of Service filed by JACOB J ROBERTS on behalf of THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC (Attachments # 1 Proposed Order) (ROBERTS, JACOB) (Entered: 08/25/2011) | 1503 | 08/25/11 |
| ORDER DENIED (Order Requiring Financial Institutions to Produce Custodian of Records for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004) (Related document(s) 1503 ) (lme) Modified on 8/30/2011 to Reflect Title of Order (Lakas, WM). (Entered: 08/26/2011) | 1508 | 08/26/11 |
| Omnibus Motion for 2004 Examination *of Financial Institutions* with Proposed Order with Certificate of Service Filed by JACOB J ROBERTS on behalf of THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC (Attachments: # 1 Proposed Order)(ROBERTS, JACOB) (Entered: 08/29/2011) | 1511 | 08/29/11 |
| Order Requiring Financial Institutions to Produce One or More Corporate Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Related document(s) 1511 ) (lme) Modified on 8/30/2011 to Reflect Title of Order (Lakas, WM). (Entered: 08/30/2011) | 1512 | 08/30/11 |
| Motion for 2004 Examination *of Law Firms* with Proposed Order with Certificate of Service Filed by JACOB J ROBERTS on behalf of THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC (Attachments: # 1 Proposed Order)(ROBERTS, JACOB) (Entered: 08/30/2011) | 1514 | 08/30/11 |
| Motion for 2004 Examination *of Title Companies* with Proposed Order with Certificate of Service Filed by JACOB J ROBERTS on behalf of THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC (Attachments: # 1 Proposed Order)(ROBERTS, JACOB) (Entered: 08/30/2011) | 1515 | 08/30/11 |

| | | | |
|---|---|---|---|
| 1 2 3 | Motion for 2004 Examination *of Other Professionals* with Proposed Order with Certificate of Service Filed by JACOB J ROBERTS on behalf of THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC (Attachments: # 1 Proposed Order)(ROBERTS, JACOB) (Entered: 08/30/2011) | 1516 | 08/30/11 |
| 4 5 | Order Requiring Title Companies to Produce One or More Corporate Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Related document(s) 1515) (lme) (Entered: 08/30/2011) | 1517 | 08/30/11 |
| 6 7 | Order Requiring Law Firms to Produce One or More Corporate Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Related document(s) 1514 ) (lme) (Entered: 08/30/2011) | 1518 | 08/30/11 |
| 8 9 | Order Requiring Professionals to Produce One or More Corporate Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (Related document(s) 1516 ) (lme) (Entered: 08/31/2011) | 1519 | 08/31/11 |
| 10 11 12 13 | Motion to Quash *Orders of Rule 2004 Examination and Corresponding Subpoenas and/or for Protective Orders* Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1517 Order on Motion for Examination, 1518 Order on Motion for Examination, 1519 Order on Motion for Examination)(ANDERSON, KEVIN) (Entered: 09/14/2011) | 1538 | 09/14/11 |
| 14 15 16 17 | Supporting Motion to Quash *Memorandum of Law in Support of Motion to Quash Orders of Rule 2004 Examination and Corresponding Subpoenas and/or for Protective Orders* Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1538 Motion to Quash filed by Creditor JAMES RHODES) (Attachments: # 1 Exhibit A - American Commonwealth Mortgage Company Subpoena# 2 Exhibit B - Fabian Subpoena)(ANDERSON, KEVIN) (Entered: 09/14/2011) | 1539 | 09/14/11 |
| 18 19 20 21 22 | Ex Parte Motion for Order Shortening Time *for Notice and Hearing on Motion to Quash Orders of Rule 2004 Examination and Corresponding Subpoenas and/or for Protective Orders* with Proposed Order Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1538 Motion to Quash filed by Creditor JAMES RHODES) (Attachments: # 1 Exhibit Text of Proposed Order)(ANDERSON, KEVIN) (Entered: 09/15/2011) | 1543 | 09/15/11 |
| 23 24 25 26 | Declaration Of: Kevin N. Anderson in Support of Ex Parte Motion for Order Shortening Time for Notice and Hearing on Motion to Quash Orders of Rule 2004 Examination and Corresponding Subpoenas and/or for Protective Orders Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1543 Ex Parte Motion for Order Shortening Time Filed by KEVIN N. ANDERSON on | 1545 | 09/15/11 |

| | | | |
|---|---|---|---|
| 1 2 | behalf of JAMES RHODES) (ANDERSON, KEVIN) Modified on 9/16/2011 to relate to #1543 in place of #1538 (DeVaney, HA). (Entered: 09/15/2011) | | |
| 3 4 | Attorney Information Sheet *for Proposed Order Shortening Time* Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1538 Motion to Quash filed by Creditor JAMES RHODES) (ANDERSON, KEVIN) (Entered: 09/15/2011) | 1546 | 09/15/11 |
| 5 6 7 8 | Order Shortening Time for Notice and Hearing on Motion to Quash Orders of Rule 2004 Examination and Corresponding Subpoenas and/or for Protective Orders (Related document(s) 1543). Hearing scheduled 9/27/2011 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s) 1538 Motion to Quash filed by Creditor JAMES RHODES.) (lme) (Entered: 09/20/2011) | 1552 | 09/20/11 |
| 9 10 11 | Response *to Motion to Quash Subpoenas* with Certificate of Service Filed by MICHAEL YODER on behalf of THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC (Related document(s) 1538 Motion to Quash filed by Creditor JAMES RHODES.) (YODER, MICHAEL) (Entered: 09/23/2011) | 1555 | 09/23/11 |
| 12 13 14 15 | Declaration Of: JACOB J. ROBERTS *in Support of LITIGATION TRUST'S Response to Motion to Quash Subpoena* with Certificate of Service Filed by MICHAEL YODER on behalf of THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC (Related document(s) 1555 Response filed by Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC) (YODER, MICHAEL) (Entered: 09/23/2011) | 1556 | 09/23/11 |
| 16 17 18 | Notice of Hearing *on Motion to Quash* Hearing Date: 10/5/2011 Hearing Time: 9:30 A.M. Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1538 Motion to Quash filed by Creditor JAMES RHODES) (ANDERSON, KEVIN) (Entered: 09/27/2011) | 1560 | 09/27/11 |
| 19 20 21 | Reply *Memorandum in Support of Motion to Quash Orders of Rule 2004 Examination and Corresponding Subpoenas and/or for Protective Orders* Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1538 Motion to Quash filed by Creditor JAMES RHODES.) (ANDERSON, KEVIN) (Entered: 09/30/2011) | 1563 | 09/30/11 |
| 22 23 24 | Declaration Of: Kevin N. Anderson Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1538 Motion to Quash filed by Creditor JAMES RHODES) (ANDERSON, KEVIN) (Entered: 09/30/2011) | 1564 | 09/30/11 |
| 25 26 | Order Denying Motion To Quash Rule 2004 Examination and Corresponding Subpoenas(Related document(s) 1538 ) (lme) (Entered: 10/12/2011) | 1570 | 10/12/11 |

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | Notice of Appeal. Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES. Fee Amount $255 (Related document(s) 1570 Order on Motion To Quash.) (Attachments: # 1 Exhibit A - Order Denying Motion to Quash Rule 2004 Examination and Corresponding Subpoenas)(ANDERSON, KEVIN) (Entered: 10/18/2011) | 1577 | 10/18/11 |
| 4<br>5<br>6 | Election to Appeal to District Court. Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1577 Notice of Appeal filed by Creditor JAMES RHODES.)(ANDERSON, KEVIN) (Entered: 10/18/2011) | 1578 | 10/18/11 |
| 7<br>8<br>9<br>10 | Transcript regarding Hearing Held on 09/27/11. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Nile Leatham, Esq. Redaction Request Due By 11/22/2011. Redacted Transcript Submission Due By 12/2/2011. Transcript access will be restricted through 01/30/2012. (CLINE TRANSCRIPTION SERVICES) (Entered: 11/01/2011) | 1589 | 11/01/11 |
| 11<br>12<br>13<br>14<br>15 | Transcript regarding Hearing Held on 10/05/11. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Kevin Anderson, Esq. Redaction Request Due By 11/22/2011. Redacted Transcript Submission Due By 12/2/2011. Transcript access will be restricted through 01/30/2012. (CLINE TRANSCRIPTION SERVICES) (Entered: 11/01/2011) | 1590 | 11/01/11 |

DATED this 1st day of November, 2011.

        /s/ Kevin N. Anderson
        Kevin N. Anderson
        David R. Hague
        FABIAN & CLENDENIN
         a Professional Corporation
        *Attorneys for James M. Rhodes*

4840-4774-6061, v. 1