1  Kevin N. Anderson (SBN 4512)
   David R. Hague (SBN 12389)
2  FABIAN & CLENDENIN
    a Professional Corporation
3  215 South State Street, Suite 1200
   Salt Lake City, Utah 84111-2323
4  Telephone:    801-531-8900
   Facsimile:    801-596-2814
5  Email:    kanderson@fabianlaw.com
             dhague@fabianlaw.com
6
   *Attorneys for James M. Rhodes*
7

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | District Court No. 2:11-cv-01705-PMP-GWF |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," *et al*., | Bankruptcy Case No.: 09-14814-LBR (Jointly Administered) |
| Reorganized Debtors | Chapter 11 |
| _____ | **APPELLANT'S STATEMENT OF ISSUES ON APPEAL** |
| JAMES M. RHODES, | |
| Appellant, | |
| v. | |
| THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, *et al.,* | |
| Appellee. | |

On October 18, 2011, Appellant James M. Rhodes ("**Appellant**") filed a notice of appeal from the *Order Denying Motion to Quash Rule 2004 Examination and Corresponding Subpoenas* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on October 12, 2011.

Pursuant to Fed. R. Bankr. P. 8006, Appellant hereby submits the following statement of the issues on appeal:

**Issue**: Did the Bankruptcy Court err when it (1) denied Appellant's *Motion to Quash Orders of Rule 2004 Examination and Corresponding Subpoenas and/or for Protective Orders*, (2) determined that Rhodes did not have standing to challenge the orders of Rule 2004 examination and corresponding subpoenas, and (3) determined that Rhodes was required to confer with other affected parties in an effort to resolve the dispute without court action and did not make a good faith attempt to resolve the matters concerning the orders of Rule 2004 examination and corresponding subpoenas?

DATED this  1st  day of November, 2011.

/s/ Kevin N. Anderson
Kevin N. Anderson
David R. Hague
FABIAN & CLENDENIN
 a Professional Corporation
*Attorneys for James M. Rhodes*

4842-9638-9901, v. 1