# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**
**Appeal Reference Number 11–35**
**BAP Number**
**USDC Number 11–cv–1705**

In re:

THE RHODES COMPANIES, LLC

                      Debtor(s).

---

JAMES M. RHODES , Appellant(s)

vs

THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET AL, REORGANIZED DEBTORS , Appellee(s)

---

CERTIFICATE OF READINESS

TO:    ☐ CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
       ☑ CLERK OF THE UNITED STATES DISTRICT COURT

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete. The record will be so transmitted upon request from the Clerk of the United States District Court.

Dated: 11/15/11

                                BY THE COURT

                                *Mary A. Schott*

                                Mary A. Schott
                                Clerk of the Bankruptcy Court