Entered on Docket
November 15, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| **KOLESAR & LEATHAM**<br>NILE LEATHAM, ESQ.<br>Nevada Bar No. 002838<br>SHLOMO S. SHERMAN, ESQ.<br>Nevada Bar No. 009688<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br>Telephone: (702) 362-7800<br>Facsimile: (702) 362-9472<br>Email: nleatham@klnevada.com<br>ssherman@klnevada.com<br><br>*Local Counsel for the Reorganized Debtors* | **FABIAN & CLENDENIN, P.C.**<br>KEVIN N. ANDERSON<br>Nevada Bar No. 004512<br>DAVID R. HAGUE<br>Nevada Bar No. 012389<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br>Facsimile: (702) 894-9466<br>Email: kanderson@fabianlaw.com<br>dhague@fabianlaw.com<br><br>*Counsel for James M. Rhodes* |

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>                  Reorganized Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Chapter 11<br><br>Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>**STIPULATION AND ORDER REGARDING THE BRIEFING SCHEDULE FOR THE GREENWAY PARTNERS CLAIM AND THE SCHEDULED CLAIMS**<br><br>Hearing Date: 12/5/2011<br>Hearing Time: 9:30 a.m. (PST)<br>Courtroom 1 |

James M. Rhodes ("Rhodes"), by and through his undersigned counsel, Fabian & Clendenin, P.C., and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, Kolesar & Leatham and Akin Gump Strauss Hauer & Feld LLP,

1

respectfully submit this Stipulation and Order Regarding the Briefing Schedule for the Greenway Partners Claim and the Scheduled Claims (as defined below) (the "Order"). Rhodes and the Reorganized Debtors are collectively referred to herein as the "Parties."

WHEREAS, on August 2, 2011, this Court held a hearing (the "Hearing") regarding the Reorganized Debtors' objection to Rhodes's proof of claim (the "Proof of Claim") seeking, among other things, $868,849 allegedly advanced to Greenway Partners, LLC (the "Greenway Partners Claim") and continued the hearing with respect to certain Scheduled Claims unrelated to the Proof of Claim. The Greenway Partners Claim and the Scheduled Claims are collectively referred to herein as the "Remaining Claims";

WHEREAS, the Hearing on the Remaining Claims was continued to September 27, 2011;

WHEREAS, on September 27, 2011, this Court heard further arguments with respect to the Greenway Partners Claim and initial arguments regarding certain obligations reflected in the Reorganized Debtors' April 30, 2009 schedules of assets and liabilities—specifically, Rhodes Homes Arizona's alleged obligation to compensate Rhodes for certain services (the "Compensation Claim"), Pinnacle Grading, LLC's alleged obligation to make certain equipment rental payments to Pinnacle Equipment Rental, LLC (the "Pinnacle Equipment Claim"), and Heritage Land Company's alleged obligation to repay Sedora Holdings, LLC for its payment of certain litigation expenses (the "Sedora Claim" and, together with the Compensation Claim and the Pinnacle Equipment Claim, the "Scheduled Claims");

WHEREAS, on September 27, 2011, this Court heard arguments with respect to the declaration of Christopher Stephens, filed on behalf of Rhodes (the "Declaration");

WHEREAS, for the reasons set forth in the transcript, this Court sustained the Reorganized Debtors' objection as to the Pinnacle Equipment Claim and ordered that the declaration of Christopher Stephens be stricken from the record;

WHEREAS, with respect to the Greenway Partners Claim, the Compensation Claim and the Sedora Claim, this Court held that a material issue of fact remains with respect to whether or not there was a course of conduct sufficient to establish the existence of a contract between the Parties;

WHEREAS, on October 13, 2011, the Parties filed a scheduling order (the "Scheduling Order") stipulating that the evidentiary hearing with respect to the Greenway Partners Claim, the Compensation Claim and the Sedora Claim had been scheduled for December 5, 2011 at 9:30 a.m. (PST);

WHEREAS, the Scheduling Order further stated that the Parties would agree on a proposed schedule with respect to pre-trial submissions and would present it to the Court for consideration;

WHEREAS, the Parties have agreed upon a schedule with respect to pre-trial submissions and depositions.

**IT IS HEREBY ORDERED THAT,**

1. Rhodes shall file his opening brief in support of the Greenway Partners Claim, the Compensation Claim and the Sedora Claim ("Rhodes's Opening Brief") on or before November 16, 2011.

2. The Reorganized Debtors shall file any reply brief in opposition to Rhodes's Opening Brief on or before November 23, 2011.

3. Rhodes shall file any reply in support of Rhodes's Opening Brief on or before November 28, 2011.

4. The Parties shall exchange witness and exhibit lists on or before November 28, 2011.

5. The Parties shall hold depositions related to the Greenway Partners Claim, the Compensation Claim and the Sedora Claim on November 30, 2011.

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| SUBMITTED BY:<br><br>KOLESAR & LEATHAM<br><br>By: /s/ signature<br>NILE LEATHAM, ESQ.<br>Nevada Bar No. 002838<br>SHLOMO S. SHERMAN, ESQ.<br>Nevada Bar No. 009688<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br><br>and<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Philip C. Dublin (NY Bar No. 2959344)<br>Abid Qureshi (NY Bar No. 2684637)<br>Meredith Lahaie (NY Bar No. 4518023)<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000 (Telephone)<br>(212) 872-1002 (Facsimile)<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>mlahaie@akingump.com<br><br>*Counsel for the Reorganized Debtors* | APPROVED BY:<br><br>FABIAN & CLENDENIN, P.C<br><br>By: /s/ *David Hague*<br>KEVIN N. ANDERSON<br>Nevada Bar No. 004512<br>DAVID R. HAGUE<br>Nevada Bar No. 012389<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br><br>*Counsel for James M. Rhodes* |

# # #