

1

2

3

Entered on Docket
November 21, 2011

*May A. Schott*

_____
**Mary A. Schott, Clerk**
**United States Bankruptcy Court**

4

5

6

7

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

8

9

10

IN RE:

THE RHODES COMPANIES, LLC,
  Aka "Rhodes Homes", *et al.,*

Reorganized Debtors.[1]

Case No. BK-09-14814-LBR
(Jointly Administered)

Chapter 11

11

12

13

14

15

Affects:
☒ All Debtors
☐ The following Debtor(s)

**ORDER REQUIRING TITLE COMPANIES TO PRODUCE ONE OR MORE CORPORATE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

[No hearing required]

16

17

18

19

    The Litigation Trust of The Rhodes Companies, LLC, *et al.* (the "Litigation Trust" having filed an Omnibus Motion for Order Requiring Production of One or More Corporate Representatives for Examination In Accordance With Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

20

21

22

23

24

25

26

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC 90206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Ralty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Clubb, LLC (7132); Pinnacle Grading, LLC (4838).

114513.1

IT IS HEREBY ORDERED that the following title companies:

Nevada Title Company
Land Title of Nevada, Inc.
United Title of Nevada, Inc.
Equity Title of Nevada, LLC
National Title Company

produce one or more corporate representatives for examination on a business day no earlier than

fourteen (14) days after the entry of this Order, or at such other mutually agreeable location, date,

and time, and continuing from day to day thereafter until completed.

Prepared by:

**DIAMOND MCCARTHY LLP**

By: ____ */s/ Jacob J. Roberts* ____
Eric D. Madden, (*pro hac vice*)
Michael J. Yoder (*pro hac vice*)
Jacob J. Roberts (*pro hac vice*)
1201 Elm Street, 34th Floor
Dallas, Texas 75270
Phone:  214-389-5300
Facsimile:  214-389-5399

*Counsel for the Litigation Trust of*
*The Rhodes Companies, LLC, et al.*

**LAW OFFICE OF BRIAN SHAPIRO**

By: ____ */s/ Brian D. Shapiro* ____
Brian D. Shapiro, NV Bar No. 5772
228 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
Phone:  702-386-8600
Facsimile:  702-383-0994

*Local Counsel for the Litigation Trust of*
*Rhodes Companies, LLC, et al.*

###

2