**Entered on Docket**
**November 22, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | |
|---|---|
| **FABIAN & CLENDENIN, P.C.**<br>KEVIN N. ANDERSON<br>Nevada Bar No. 004512<br>DAVID R. HAGUE<br>Nevada Bar No. 012389<br>601 South Tenth Street, Suite 102<br>Las Vegas, Nevada 89101<br>Telephone: (702) 233-4444<br>Facsimile: (702) 894-9466<br>Email: kanderson@fabianlaw.com<br>          dhague@fabianlaw.com<br>*Counsel for James M. Rhodes* | **KOLESAR & LEATHAM**<br>NILE LEATHAM, ESQ.<br>Nevada Bar No. 002838<br>SHLOMO S. SHERMAN, ESQ.<br>Nevada Bar No. 009688<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br>Telephone: (702) 362-7800<br>Facsimile: (702) 362-9472<br>Email: nleatham@klnevada.com<br>          ssherman@klnevada.com<br>*Local Counsel for the Reorganized Debtors* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>                    Reorganized Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Chapter 11<br><br>Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION TO VACATE THE BRIEFING SCHEDULE AND EVIDENTIARY HEARING REGARDING THE GREENWAY PARTNERS CLAIM AND THE SCHEDULED CLAIMS** |

The Court, having considered the Stipulation to Vacate the Briefing Schedule and Evidentiary Hearing Regarding the Greenway Partners Claim and the Scheduled Claims (the "Stipulation") entered into by and between James M. Rhodes ("Rhodes"), by and through his undersigned counsel, Fabian & Clendenin, P.C., and the above-captioned reorganized debtors (the "Reorganized Debtors"), by and

1067012 (7540-1)

1

through their undersigned counsel, Kolesar & Leatham and Akin Gump Strauss Hauer & Feld LLP, (collectively referred to hereinafter as the "Parties"); and for good cause appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is hereby approved;

2. The current briefing schedule relating to the Greenway Partners Claims and the Scheduled Claims, as described in the Stipulation, is hereby vacated;

3. The Evidentiary Hearing currently scheduled for December 5, 2011 at 9:30 a.m. (PST) is hereby vacated; and

4. The Parties and/or the Reorganized Debtors shall file a 9019 motion with respect to the Settlement Agreement with this Court no later than December 1, 2011.

**SUBMITTED BY:**

**KOLESAR & LEATHAM**

By: /s/ [signature]
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145

and

AKIN GUMP STRAUSS HAUER & FELD LLP
Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
Meredith Lahaie (NY Bar No. 4518023)
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
pdublin@akingump.com
aqureshi@akingump.com
mlahaie@akingump.com

*Counsel for the Reorganized Debtors*

**APPROVED BY:**

**FABIAN & CLENDENIN, P.C**

By: /s/ David R. Hague
KEVIN N. ANDERSON
Nevada Bar No. 004512
DAVID R. HAGUE
Nevada Bar No. 012389
601 South Tenth Street, Suite 102
Las Vegas, Nevada 89101

*Counsel for James M. Rhodes*

### #