1  NILE LEATHAM, ESQ.
   Nevada Bar No. 002838
2  SHLOMO S. SHERMAN, ESQ.
   Nevada Bar No. 009688
3  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada  89145
   Telephone:  (702) 362-7800
5  Facsimile:  (702) 362-9472
   E-Mail:  nleatham@klnevada.com
6           ssherman@klnevada.com

7  Attorneys for Creditor
   REORGANIZED DEBTORS

8

9

10              **UNITED STATES BANKRUPTCY COURT**

11                    **DISTRICT OF NEVADA**

12                           * * *

13  IN RE:                              Case No. BK-S-09-14814-LBR

14  THE RHODES COMPANIES, LLC,          Chapter 11

15           Debtor.                    **Date of Hearing:     12/5/2011**
                                        **Time of Hearing:      9:30 a.m.**
16
   ☒ Affects All Debtors
17   ☐ Affects the following Debtors:

18

19       **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO VACATE THE**
         **BRIEFING SCHEDULE AND EVIDENTIARY HEARING REGARDING THE**
20         **GREENWAY PARTNERS CLAIM AND THE SCHEDULED CLAIMS**

21            NOTICE IS HEREBY GIVEN that the ORDER APPROVING STIPULATION TO

22  VACATE THE BRIEFING SCHEDULE AND EVIDENTIARY HEARING REGARDING

23  THE GREENWAY PARTNERS CLAIM AND THE SCHEDULED CLAIMS, was entered

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1067579.doc (7540-1)                    - 1 -

herein on this Court's docket on November 22, 2011, as Document No. 1607.  A copy of said

Order is attached hereto.

DATED this 22nd day of November, 2011.

**KOLESAR & LEATHAM.**

By: ___/s/ Shlomo S. Sherman_____
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145

Attorneys for Creditor
REORGANIZED DEBTORS

**CERTIFICATE OF SERVICE**

1.      On November 22, 2011, I served the following document(s) (*specify*):

**Notice of Entry of Order Approving Stipulation to Vacate the Briefing Schedule and**

**Evidentiary Hearing Regarding the Greenway Partners Claim and the Scheduled**

**Claims**

2.      I served the above-named document(s) by the following means to the persons as listed

below:

(*Check all that apply*)

☒      **a.      ECF System (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)**

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH
    ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com;
    rdittrich@foxrothschild.com; msheffield@foxrothschild.com;
    ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES,
    LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES,
    LLC
dcolvin@maclaw.com, mwalters@maclaw.com; kgallegos@maclaw.com;
    tszostek@maclaw.com

NATALIE M. COX on behalf of Plaintiff EUGENE DAVIS
ncox@klnevada.com, bankruptcy@klnevada.com; kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com;
    jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE
    ASSOCIATES, LLC
tdifillippo@jonesvargas.com, enunez@jonesvargas.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES,
    LLC
cflynn@jonesvargas.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;
    kfarney@greeneinfusolaw.com; bschmidt@greeneinfusolaw.com;
    cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER
    COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation
    Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands
    Branch
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;
    bklsclv@lionelsawyer.com; mstow@lionelsawyer.com

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL
SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;
cdossier@swlaw.com; nbaig@swlaw.com; bgriffith@swlaw.com;
nunzueta@swlaw.com; docket_las@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@larsonlawnv.com, sstanton@larsonlawnv.com;
akosina@larsonlawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF
SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;
bankruptcy@klnevada.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com;
rdittrich@foxrothschild.com; msheffield@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF
AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST
OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

JANIECE S MARSHALL on behalf of Creditor STANLEY
CONSULTANTS, INC.
car@amclaw.com; crb@amclaw.com; csh@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE -
LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands
Branch
smyers@lacsn.org, emontes@lacsn.org; bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT
PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST
   OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST
   OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;
   brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com;
   candice@brianshapirolaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED
   DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com;
   bbroussard@klnevada.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE
   LLP
rsr@morrislawgroup.com, bkv@morrislawgroup.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK,
   N.A.
mark.somerstein@ropesgray.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL
   LEWIN REZ & ENGEL
stephens@sullivanhill.com, calderone@sullivanhill.com;
   vidovich@sullivanhill.com; roberts@sullivanhill.com;
   hill@sullivanhill.com; Manning@sullivanhill.com;
   stein@sullivanhill.com; iriarte@sullivanhill.com;
   benoit@sullivanhill.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE,
   CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE
   OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath,
   LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS,
   WALCH, KEARNEY, HOLLEY & THOMPSON
gfwilson@wilsonquint.com, pwilson@wilsonquint.com

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF
   OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

<div style="float:left; writing-mode:vertical">

**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

</div>

1  MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST
    OF THE RHODES COMPANIES, LLC
2  myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

3  ☐  **b.**  **United States mail, postage fully prepaid**
    (*List persons and addresses.  Attach additional paper if necessary*)
4

5  ☐  **c.**  **Personal Service (*List persons and addresses.  Attach additional paper if necessary*)**
6

7  I personally delivered the document(s) to the persons at these addresses:

8  ☐  For a party represented by an attorney, delivery was made by
    handing the document(s) to the attorney or by leaving the
9    documents(s) at the attorney's office with a clerk or other person in
    charge, or if no one is in charge by leaving the documents(s) in a
10   conspicuous place in the office.

11  ☐  For a party, delivery was made by handing the document(s) to the
    party or by leaving the document(s) at the person's dwelling house
12   or usual place of abode with someone of suitable age and discretion
    residing there.

13  ☐  **d.**  **By direct email (as opposed to through the ECF System)**
    (*List persons and email addresses.  Attach additional paper if necessary*)
14

15  Based upon the written agreement of the parties to accept service by email
    or a court order, I caused the document(s) to be sent to the persons at the
16   email addresses listed below.  I did not receive, within a reasonable time
    after the transmission, any electronic message or other indication that the
17   transmission was unsuccessful.

18  ☐  **e.**  **By fax transmission (*List persons and fax numbers.  Attach additional paper if necessary*)**
19

20  Based upon the written agreement of the parties to accept service by fax
    transmission or a court order, I faxed the document(s) to the persons at the
21   fax numbers listed below.  No error was reported by the fax machine that I
    used.  A copy of the record of the fax transmission is attached.

22  ☐  **f.**  **By messenger (*List persons and addresses.  Attach additional paper if necessary*)**
23

24  I served the document(s) by placing them in an envelope or package
    addressed to the persons at the addresses listed below and providing them to
25   a messenger for service.  (***A declaration by the messenger must be attached
    to this Certificate of Service***).

26  **I declare under penalty of perjury that the foregoing is true and correct.**

27
28                    */s/ Cindy Kishi*
                      *Declarant*

1067579.doc (7540-1)                - 6 -

**Entered on Docket**
**November 22, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**FABIAN & CLENDENIN, P.C.**
KEVIN N. ANDERSON
Nevada Bar No. 004512
DAVID R. HAGUE
Nevada Bar No. 012389
601 South Tenth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 233-4444
Facsimile: (702) 894-9466
Email: kanderson@fabianlaw.com
        dhague@fabianlaw.com
*Counsel for James M. Rhodes*

**KOLESAR & LEATHAM**
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
Email: nleatham@klnevada.com
        ssherman@klnevada.com
*Local Counsel for the Reorganized Debtors*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,

                    Reorganized Debtors.

☒ Affects all Debtors
☐ Affects the following Debtors

Chapter 11

Case No. BK-S-09-14814-LBR
(Jointly Administered)

**ORDER APPROVING STIPULATION TO
VACATE THE BRIEFING SCHEDULE
AND EVIDENTIARY HEARING
REGARDING THE GREENWAY
PARTNERS CLAIM AND THE
SCHEDULED CLAIMS**

The Court, having considered the Stipulation to Vacate the Briefing Schedule and Evidentiary

Hearing Regarding the Greenway Partners Claim and the Scheduled Claims (the "Stipulation") entered

into by and between James M. Rhodes ("Rhodes"), by and through his undersigned counsel, Fabian &

Clendenin, P.C., and the above-captioned reorganized debtors (the "Reorganized Debtors"), by and

1067012 (7540-1)                                    1

1  through their undersigned counsel, Kolesar & Leatham and Akin Gump Strauss Hauer & Feld LLP,

2  (collectively referred to hereinafter as the "Parties"); and for good cause appearing therefor:

3       IT IS HEREBY ORDERED AS FOLLOWS:

4     1.  The Stipulation is hereby approved;

5     2.  The current briefing schedule relating to the Greenway Partners Claims and the Scheduled

6  Claims, as described in the Stipulation, is hereby vacated;

7     3.  The Evidentiary Hearing currently scheduled for December 5, 2011 at 9:30 a.m. (PST) is

8  hereby vacated; and

9     4.  The Parties and/or the Reorganized Debtors shall file a 9019 motion with respect to the

10  Settlement Agreement with this Court no later than December 1, 2011.

11

12  **SUBMITTED BY:**                               **APPROVED BY:**

13  **KOLESAR & LEATHAM**               **FABIAN & CLENDENIN, P.C**

14

15  By:_____         By:____*/s/ David R. Hague*_____

16      NILE LEATHAM, ESQ.                  KEVIN N. ANDERSON
    Nevada Bar No. 002838                 Nevada Bar No. 004512

17      SHLOMO S. SHERMAN, ESQ.          DAVID R. HAGUE
    Nevada Bar No. 009688                 Nevada Bar No. 012389

18      400 South Rampart Boulevard, Suite 400    601 South Tenth Street, Suite 102
    Las Vegas, NV 89145                Las Vegas, Nevada 89101

19      and                                  *Counsel for James M. Rhodes*

20      AKIN GUMP STRAUSS HAUER & FELD LLP
    Philip C. Dublin (NY Bar No. 2959344)

21      Abid Qureshi (NY Bar No. 2684637)
    Meredith Lahaie (NY Bar No. 4518023)

22      One Bryant Park
    New York, NY 10036

23      (212) 872-1000 (Telephone)
    (212) 872-1002 (Facsimile)

24      pdublin@akingump.com
    aqureshi@akingump.com

25      mlahaie@akingump.com

26      *Counsel for the Reorganized Debtors*

27                         # # #

28