E-Filed on 11/30/2011

**DIAMOND MCCARTHY LLP**
1201 Elm Street, 34th Floor
Dallas, Texas 75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)

Eric D. Madden, TX Bar No. 24013079
Email:  emadden@diamondmccarthy.com
Michael J. Yoder, TX Bar No. 24056572
Email:  myoder@diamondmccarthy.com
Jacob J. Roberts, TX Bar No. 24065982
Email:  jroberts@diamondmccarthy.com

*Counsel for the Litigation Trust*
*of The Rhodes Companies, LLC, et al.*

**LAW OFFICE OF BRIAN D. SHAPIRO, A NEVADA LLC**
228 S. 4th Street, Suite 300
Las Vegas, Nevada  89101
 (702) 386-8600 (telephone)
 (702) 383-0994 (facsimile)

Brian D. Shapiro, NV Bar No. 5772
Email:  bshapiro@brianshapirolaw.com

*Local Counsel for the Litigation Trust of*
*The Rhodes Companies, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>THE RHODES COMPANIES, LLC,<br>   Aka "Rhodes Homes", *et al.,*<br><br>                    Reorganized Debtors.[1]<br><br>Affects:<br>☒   All Debtors<br>☐   The following Debtor(s) | Case No. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF JACOB J. ROBERTS IN SUPPORT OF LITIGATION TRUST'S RESPONSE TO MOTION TO STAY THE ORDER DENYING MOTION TO QUASH RULE 2004 EXAMINATION AND CORRESPONDING SUBPOENAS**<br><br>Hearing Date:  January 6, 2012<br>Hearing Time:  9:30 a.m. |

I, Jacob J. Roberts, counsel for the Litigation Trust of The Rhodes Companies, LLC, *et al.* (the "Litigation Trust"), under penalty of perjury, hereby declare on this 30th day of November 2011 that:

---

[1]   The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC 90206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Ralty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Clubb, LLC (7132); Pinnacle Grading, LLC (4838).

1. I am an associate in the law firm of Diamond McCarthy LLP. I am an attorney licensed to practice in the State of Texas, before the federal district court in the Southern District of Texas, and before the Ninth Circuit Court of Appeals. I have also been admitted to practice, on a *pro hac vice* basis, before this Court and the United States District Court for the District of Nevada.

2. I am one of the attorneys serving as special litigation counsel to the Litigation Trust.

3. As special litigation counsel to the Litigation Trust, I have personal knowledge of the facts stated herein, except where I state my knowledge on information and belief, and if called to do so, could and would testify competently hereto.

4. I provide this declaration in support of the Litigation Trust's Response to the Motion to Stay the Order Denying Motion to Quash Rule 2004 Examination and Corresponding Subpoenas (the "Response").

5. A true and correct excerpt from the September 27, 2011 hearing transcript (p. 63) is attached as Exhibit A.

6. A true and correct copy of the October 5, 2011 hearing transcript is attached as Exhibit B.

7. Kevin Anderson and David Hague of Fabian Clendenin did not contact me before filing the Motion to Quash (DE 1538) on September 14, 2011. I was first contacted by them on September 15, 2011. The purpose of our September 15, 2011 telephone conversation was to inquire whether the Litigation Trust would stipulate to the Motion to Quash being heard on an expedited basis. The substance of the Motion to Quash was not discussed during the September 15, 2011 telephone conversation.

I executed this declaration on November 30, 2011, in Houston, Texas.

  */s/ Jacob J. Roberts*  
Jacob J. Roberts

# CERTIFICATE OF SERVICE

I hereby certify that I am employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 30th day of November 2011, a true and correct copy of the foregoing **MOTION TO STAY THE ORDER DENYING MOTION TO QUASH RULE 2004 EXAMINATION AND CORRESPONDING SUBPOENAS** was filed with the Court and served by the Court's CM/ECF system to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; msheffield@foxrothschild.com; ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com; kgallegos@maclaw.com; tszostek@maclaw.com

NATALIE M. COX on behalf of Plaintiff EUGENE DAVIS
ncox@klnevada.com, bankruptcy@klnevada.com; ckishi@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com,bankruptcy@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@jonesvargas.com, enunez@jonesvargas.com; ehardy@jonesvargas.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@jonesvargas.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com; bschmidt@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor IN RE KITEC FITTING LITIGATION CLASS PLAINTIFFS
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; nbaig@swlaw.com; nunzueta@swlaw.com; docket_las@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@larsonlawnv.com, sstanton@larsonlawnv.com; akosina@larsonlawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
car@amclaw.com; lom@amclaw.com; crb@amclaw.com; csh@amclaw.com

1  EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
2  edward.m.mcdonald@usdoj.gov

3  SUSAN L. MYERS on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
   smyers@lionelsawyer.com, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com
4

5  JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
6  olster@lbbslaw.com, sallade@lbbslaw.com

7  ERIC RANSAVAGE on behalf of Creditor LESLIE BLASCO, ET AL.
   eransavage@ssllplaw.com, agutierrez@ssllplaw.com
8

9  SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
   ssherman@klnevada.com, bankruptcy@klnevada.com; ckishi@klnevada.com;
10  bbroussard@klnevada.com

11  MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
    mark.somerstein@ropesgray.com
12

13  JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
14  jeff@sylvesterpolednak.com

15  TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
16  veralynn@tthomaslaw.com

17
    U.S. TRUSTEE - LV - 11
18  USTPRegion17.lv.ecf@usdoj.gov

19  DONALD H. WILLIAMS on behalf of Creditor WESTAR KITCHEN & BATH, LLC
    DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com.
20

21    /s/ Catherine A. Burrow
    Catherine A. Burrow
22  Legal Assistant
    Diamond McCarthy LLP
23

24

25

26