NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: nleatham@klnevada.com
ssherman@klnevada.com

*Counsel for the Reorganized Debtors*

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
MEREDITH A. LAHAIE (NY Bar No. 4518023)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
aqureshi@akingump.com
mlahaie@akingump.com

*Counsel for the Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors.[1]<br><br>Affects:<br><br>☒ All Debtors<br>☐ The Following Debtor(s): | CASE NO. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

1. On December 1, 2011, I served the following document(s) (*specify*):

   **(A)   Motion of the Reorganized Debtors for Entry of and Order Approving Settlement Between James Rhodes and the Reorganized Debtors [#1615];**

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

1071639.doc (7540-1)                                            - 1 -

**(B)  Declaration of Justin Bono in Support of Motion of the Reorganized Debtors for Entry of and Order Approving Settlement Between James Rhodes and the Reorganized Debtors [#1616]; and**

**(B)  Notice of Hearing on Motion of the Reorganized Debtors for Entry of and Order Approving Settlement Between James Rhodes and the Reorganized Debtors [#1617].**

2. I served the above-named document(s) by the following means to the persons as listed below:

(*Check all that apply*)

☒   **a.**   **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; msheffield@foxrothschild.com; ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com; kgallegos@maclaw.com; tszostek@maclaw.com

NATALIE M. COX on behalf of Plaintiff EUGENE DAVIS
ncox@klnevada.com, bankruptcy@klnevada.com; kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com; jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
2  tdifillippo@jonesvargas.com, enunez@jonesvargas.com

3  CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
4  cflynn@jonesvargas.com

5  PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
   banknv@rocgd.com, mburgener@rocgd.com
6
   REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
7  ecf@parsonsbehle.com

8  JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
   jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;
9      kfarney@greeneinfusolaw.com; bschmidt@greeneinfusolaw.com;
       cwalton@greeneinfusolaw.com
10
   KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER
11     COMPANY
   hkelley@leachjohnson.com
12
   DAVID R HAGUE on behalf of Creditor JAMES RHODES
13 dhague@fabianlaw.com, dromero@fabianlaw.com

14 CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation
       Class Plaintiffs
15 c.harris@kempjones.com, ade@kempjones.com

16 RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands
       Branch
17 RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;
       bklsclv@lionelsawyer.com; mstow@lionelsawyer.com
18
   ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL
19     SERVICES CORPORATION
   rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;
20     cdossier@swlaw.com; nbaig@swlaw.com; bgriffith@swlaw.com;
       nunzueta@swlaw.com; docket_las@swlaw.com
21
   KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
22 law@lawyersinarizona.com, bank@lawyersinarizona.com

23 BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
   blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com
24
   ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
25 cshurtliff@larsonlawnv.com, sstanton@larsonlawnv.com;
       akosina@larsonlawnv.com
26
   NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF
27     SENIOR SECURED LENDERS
   nleatham@klnevada.com,
28     ckishi@klnevada.com,bankruptcy@klnevada.com

1071639.doc (7540-1)                    - 3 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1   ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
    aloraditch@foxrothschild.com, pkois@foxrothschild.com;
2       rdittrich@foxrothschild.com; msheffield@foxrothschild.com

3   VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF
        AMERICA - INTERNAL REVENUE SERVICE
4   virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

5   ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST
        OF THE RHODES COMPANIES, LLC
6   emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

7   JANIECE S MARSHALL on behalf of Creditor STANLEY
        CONSULTANTS, INC.
8   car@amclaw.com; crb@amclaw.com; csh@amclaw.com

9   EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE -
        LV - 11
10  edward.m.mcdonald@usdoj.gov

11  SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands
        Branch
12  smyers@lacsn.org, emontes@lacsn.org; bklsclv@lionelsawyer.com

13  JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT
        PROPERTIES - NEVADA, LLC
14  sallade@lbbslaw.com

15  OMNI MANAGEMENT GROUP, LLC (bo)
    bosborne@omnimgt.com, sewing@omnimgt.com
16
    ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
17  eransavage@ssllplaw.com, agutierrez@ssllplaw.com

18  JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST
        OF THE RHODES COMPANIES, LLC
19  jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

20  BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST
        OF THE RHODES COMPANIES, LLC
21  bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;
        brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com;
22      candice@brianshapirolaw.com; jessie@brianshapirolaw.com

23  SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED
        DEBTORS
24  ssherman@klnevada.com, bankruptcy@klnevada.com;
        bbroussard@klnevada.com
25
    ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE
26      LLP
    rsr@morrislawgroup.com, bkv@morrislawgroup.com
27

28

1071639.doc (7540-1)                    - 4 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1   MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
2   mark.somerstein@ropesgray.com

3   ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
4   stephens@sullivanhill.com, calderone@sullivanhill.com; vidovich@sullivanhill.com; roberts@sullivanhill.com;
5   hill@sullivanhill.com; Manning@sullivanhill.com; stein@sullivanhill.com; iriarte@sullivanhill.com;
6   benoit@sullivanhill.com

7   JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
8   jeff@sylvesterpolednak.com

9   TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
10  , veralynn@tthomaslaw.com

11  U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov
12
    DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
13  DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com
14
    GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
15  gfwilson@wilsonquint.com, pwilson@wilsonquint.com
16
    MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
17  mbw@slwlaw.com, ef@slwlaw.com
18
    MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
19  myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
20

21  3.  On **December 2, 2011**, I served the documents referred to above by the following means to the persons as listed below:
22

23      ☒   **b.  United States mail, postage fully prepaid**
            (*List persons and addresses. Attach additional paper if necessary*)
24
            EDWARD M. MCDONALD JR., ESQ.
25          OFFICE OF THE UNITED STATES TRUSTEE
            U.S. DEPARTMENT OF JUSTICE
26          FOLEY FEDERAL BUILDING
            300 LAS VEGAS BOULEVARD, SOUTH, SUITE 4300
27          LAS VEGAS, NV  89101

28

1071639.doc (7540-1)                - 5 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

| | |
|---|---|
| 1 | ACCELERON GROUP |
| | 2791 SOFT HORIZON WAY |
| 2 | LAS VEGAS, NV 89135 |
| 3 | ALVAREZ & MARSAL NORTH AMERICA, LLC |
| | BY & THRU ITS REGISTERED AGENT: |
| 4 | CSC SERVICES OF NEVADA, INC. |
| | 2215-B RENAISSANCE DRIVE |
| 5 | LAS VEGAS, NV 89119 |
| 6 | AMERICAN EXPRESS COMPANY |
| | CORPORATION TRUST COMPANY OF NEVADA |
| 7 | BY AND THROUGH ITS REGISTERED AGENT |
| | 311 S. DIVISION STREET |
| 8 | CARSON CITY, NV 89703 |
| 9 | F/KA MERRILL LYNCH B OF A ML ASSET HOLDING |
| | BY AND THROUGH ITS REGISTERED AGENT |
| 10 | CORPORATION TRUST COMPANY OF NEVADA |
| | 311 SOUTH DIVISION STREET |
| 11 | CARSON CITY, NV 89703 |
| 12 | BANCROFT SUSA & GALLOWAY P.C. |
| | ATTN: PAUL D. BANCROFT |
| 13 | 3955 E. FT. LOWELL DRIVE, #115 |
| | TUCSON, AZ 85712 |
| 14 | |
| | BANK OF OKLAHOMA |
| 15 | ATTN: ANY OFFICER OR DIRECTOR |
| | 5727 S. LEWIS AVENUE |
| 16 | TULSA, OK 74105-7119 |
| 17 | BLEEKER'S BOXES |
| | 5400 E EMPIRE AVE |
| 18 | FLAGSTAFF, AZ 86004 |
| 19 | BNY MELLON F/K/A THE BANK OF NEW YORK |
| | ATTN: ANY OFFICER OR DIRECTOR |
| 20 | ONE WALL STREET |
| | NEW YORK, NY 10286 |
| 21 | |
| | JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT |
| 22 | PROPERTIES - NEVADA, LLC |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 23 | 400 SOUTH FOURTH STREET, SUITE 500 |
| | LAS VEGAS, NV 89101 |
| 24 | |
| | DAVID J CABRAL |
| 25 | REGISTERED AGENT FOR: |
| | AMERICAN COMMONWEALTH MORTGAGE COMPANY |
| 26 | 536 E. ST. LOUIS AVE. |
| | LAS VEGAS, NV 89104, |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | CHICAGO TITLE AGENCY OF NEVADA, INC.<br>BY & THRU ITS REGISTERED AGENT: |
| 2 | CORP. TRUST COMPANY OF NEVADA<br>311 SOUTH DIVISION STREET |
| 3 | CARSON CITY, NV 89703 |
| 4 | COMMERCE TITLE COMPANY<br>BY AND THROUGH ITS REGISTERED AGENT |
| 5 | NATIONAL REGISTERED AGENTS, INC.<br>2875 MICHELLE DR., STE. 100 |
| 6 | IRVINE, CA 92606 |
| 7 | CONSOLIDATED MORTGAGE COMPANY, LLC<br>BY AND THROUGH ITS REGISTERED AGENT |
| 8 | SHEA & CARLYON LTD.<br>701 E. BRIDGER AVE., STE. 850 |
| 9 | LAS VEGAS, NV 89101 |
| 10 | DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.<br>1 INTERNATIONAL PL |
| 11 | BOSTON, MA 02210 |
| 12 | EBBIN MOSER + SKAGGS LLP<br>C/O DAVID E MOSER |
| 13 | 550 MONTGOMERY ST., STE 900<br>SAN FRANCISCO, CA 94111 |
| 14 | |
| 15 | FIDELITY NATIONAL FINANCIAL, INC.<br>CT CORPORATION SYSTEM |
| 16 | BY AND THROUGH ITS REGISTERED AGENT<br>818 W. SEVENTH ST.<br>LOS ANGELES, CA 90017 |
| 17 | |
| 18 | FIRST AMERICAN TITLE COMPANY<br>BY AND THROUGH ITS REGISTERED AGENT:<br>CORPORATION SERVICE COMPANY |
| 19 | 2730 GATEWAY OAKS DRIVE, STE. 100<br>SACRAMENTO, CA 95833 |
| 20 | |
| 21 | GIBSON DUNN & CRUTCHER LLP<br>ATTN: ANY OFFICER, PARTNER OR DIRECTOR<br>333 SOUTH GRAND AVENUE |
| 22 | LOS ANGELES, CA 90071-3197 |
| 23 | JANINA GUTHRIE<br>1225 MONTEREY ST. |
| 24 | REDLANDS, CA 92373 |
| 25 | SHARELLE SNOW HENLE<br>12667 N GENTLE RAIN DRIVE |
| 26 | MARANA, AZ 85658 |
| 27 | |
| 28 | |

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1071639.doc (7540-1)                           - 7 -

| | |
|---|---|
| 1 | SARA M. HUCHINSON |
| | REGISTERED AGENT FOR: |
| 2 | ALLIANCE MORTGAGE, LLC |
| | 11920 SOUTHERN HIGHLANDS PKWY, #101 |
| 3 | LAS VEGAS, NV 89141 |
| 4 | TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY |
| | 3811 W CHARLESTON BLVD #110 |
| 5 | LAS VEGAS, NV 89102 |
| | JOHN HANCOCK FREEEDOM 529 |
| 6 | PO BOX 17603 |
| | BALTIMORE, MD 21297-1603 |
| 7 | |
| | HARRY LEAKE |
| 8 | 2549 SHOWCASE DR |
| | LAS VEGAS, NV 89134 |
| 9 | |
| | ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS |
| 10 | 3811 W CHARLESTON BLVD, #110 |
| | LAS VEGAS, NV 89012 |
| 11 | |
| | MASTEC NORTH AMERICA INC |
| 12 | C/O MICHELE LAINE, ESQ |
| | 800 SOUTH DOUGLAS RD., 12TH FLR |
| 13 | CORAL GABLES, FL 33134 |
| 14 | MUTUAL OF OMAHA BANK |
| | BY & THRU ITS REGISTERED AGENT: |
| 15 | CSC SERVICES OF NEVADA, INC. |
| | 2215-B RENAISSANCE DRIVE |
| 16 | LAS VEGAS, NV 89119 |
| 17 | NEVADA STATE BANK |
| | BY & THRU ITS REGISTERED AGENT: |
| 18 | CSC SERVICES OF NEVADA, INC. |
| | 2215-B RENAISSANCE DRIVE |
| 19 | LAS VEGAS, NV 89119 |
| 20 | OMNI MANAGEMENT GROUP |
| | 16501 VENTURA BLVD., #440 |
| 21 | ENCINO, CA 91436 |
| 22 | PALECEK |
| | PO BOX 225 |
| 23 | RICHMOND, CA 94804 |
| 24 | PRINCETON ADVISORY GROUP |
| | PO BOX 89 |
| 25 | 4428 ROUTE 27, BLDG C, UNIT 1 |
| | KINGSTON, NJ 08528-1004 |
| 26 | |
| | GRETCHEN M. ROBITAILLE |
| 27 | 8037 SILVER STREAK ST |
| | LAS VEGAS, NV 89131 |
| 28 | |

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1071639.doc (7540-1)                     - 8 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION
   MATERIALS SOUTH, LLC
2  LEWIS AND ROCA LLP
   40 N. CENTRAL AVENUE, SUITE 1900
3  PHOENIX, AZ 85004

4  SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
   400 SOUTH FOURTH STREET, 3RD FLR
5  LAS VEGAS, NV 89101
   SECURITY TITLE OF NEVADA, LLC
6  BY AND THROUGH ITS REGISTERED AGENT
   CORPORATION TRUST COMPANY OF NEVADA
7  311 S. DIVISION STREET
   CARSON CITY, NV 89703
8
   SMS FINANCIAL LLC
9  RESIDENT AGENTS OF NEVADA, INC.
   BY AND THROUGH ITS REGISTERED AGENT
10 711 S. CARSON ST., STE. 4
   CARSON CITY, NV 89701
11
   JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
12 10100 SANTA MONICA BLVD #1100
   LOS ANGELES, CA 90067
13
   STATE OF NEVADA OFFICE OF THE STATE TREASURER
14 555 E. WASHINGTON AVE SUITE 4200
   LAS VEGAS, NV 89101-1075
15
   STEWART OCCHIPINTI, LLP
16 ATTN: ANY PRINCIPAL
   65 WEST 36TH STREET, 7TH FLOOR
17 NEW YORK, NY 10018

18 STEWART TITLE COMPANY
   CORPORATION TRUST COMPANY OF NEVADA
19 BY AND THROUGH ITS REGISTERED AGENT
   311 S. DIVISION STREET
20 CARSON CITY, NV 89703

21 THE LANDSCAPE CONNECTION TLC INC
   5400 E EMPIRE AVE
22 FLAGSTAFF, AZ 86004

23 THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS
   ASSOCIATION, INC.
24 C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
   1955 VILLAGE CENTER CIRCLE
25 LAS VEGAS, NV 89134

26 TOWN & COUNTRY BANK
   BY & THRU ITS REGISTERED AGENT:
27 PHILIP M. BURNS
   8620 W. TROPICANA AVENUE
28 LAS VEGAS, NV 89103

1071639.doc (7540-1)     - 9 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

|  |  |
|---|---|
| 1 | TRANSACTION TITLE AGENCY |
|  | ATTN: ANY OFFICER OR DIRECTOR |
| 2 | 1500 EAST WOOLFORD ROAD |
|  | SHOW LOW, AZ 85901 |

TRANSACTION TITLE AGENCY
ATTN: ANY OFFICER OR DIRECTOR
1500 EAST WOOLFORD ROAD
SHOW LOW, AZ 85901

UBS FINANCIAL SERVICES
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-b RENAISSANCE DRIVE
LAS VEGAS, NV 89119

WELLS FARGO BANK, N.A.
CSC SERVICES OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

STEVEN YOULES
2305 WINDJAMMER WAY
LAS VEGAS, NV 89107

YUMA TITLE
ATTN: CARRIE SAFRANEK, MANAGER
11611 S. FOOTHILLS BLVD., #A
YUMA, AZ 85367-5845

☐  **c.**  **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d.**  **By direct email (as opposed to through the ECF System)**
(*List persons and email addresses. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e.**  **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax

1071639.doc (7540-1)                                                     - 10 -

numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  December 2, 2011.

*/s/  Cindy Kishi*
DECLARANT

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1071639.doc (7540-1)            - 11 -