Kevin N. Anderson
Nevada Bar No. 4512
David R. Hague
Nevada Bar No. 12389
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
(801) 531-8900 (telephone)
(801) 596-2814 (facsimile)
kanderson@fabianlaw.com
dhague@fabianlaw.com
*Counsel for James M. Rhodes*

Eric D. Madden, TX Bar No. 24013079
Michael J. Yoder, TX Bar No. 24056572
Jacob J. Roberts, TX Bar No. 24065982
DIAMOND MCCARTHY LLP
1201 Elm Street, Suite 3400
Dallas, Texas 75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)
emadden@diamondmccarthy.com
myoder@diamondmccarthy.com
jroberts@diamondmccarthy.com
*Counsel for the Litigation Trust of
The Rhodes Companies, LLC, et al.*

Brian D. Shapiro, NV Bar No. 5772
LAW OFFICE OF BRIAN D. SHAPIRO
228 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
(702) 386-8600 (telephone)
(702) 383-0994 (facsimile)
bshapiro@brianshapirolaw.com
*Local Counsel for the Litigation Trust of
The Rhodes Companies, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors<br><br>☒ Affects all Debtors<br><br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**STIPULATION TO VACATE HEARING ON MOTION TO STAY**<br><br>Hearing Date:   January 6, 2012<br>Hearing Time:   9:30 AM<br>Place:          Courtroom 1 |

James M. Rhodes ("**Rhodes**"), by and through his undersigned counsel, and the Litigation Trust of The Rhodes Companies, LLC, et al. (the "**Litigation Trust**"), through their undersigned counsel, (collectively referred to hereinafter as the "**Parties**"), respectfully submit this *Stipulation to Vacate Hearing on Motion to Stay* (the "**Stipulation**") and agree and stipulate as follows:

WHEREAS, on November 9, 2011, Rhodes filed his *Motion to Stay the Order Denying Motion to Quash Rule 2004 Examinations and Corresponding Subpoenas* (the "**Motion to Stay**") with the Court;

WHEREAS, on November 30, 2011, the Litigation Trust filed their *Response to Motion to Stay the Order Denying Motion to Quash Rule 2004 Examinations and Corresponding Subpoenas* (the "**Response**") with the Court;

WHEREAS, a hearing on the Motion to Stay has been scheduled for January 6, 2012 at 9:30 a.m. (PST);

WHEREAS, Rhodes has agreed to withdraw the Motion to Stay.

WHEREFORE IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Parties respectfully request the Court vacate the hearing on the Motion to Stay currently scheduled for January 6, 2012 at 9:30 a.m. (PST).

| | |
|---|---|
| **SUBMITTED BY:** | **APPROVED BY:** |
| **FABIAN & CLENDENIN** | **DIAMOND MCCARTHY LLP** |

/s/ David R. Hague
Kevin N. Anderson
Nevada Bar No. 4512
David R. Hague
Nevada Bar No. 12389
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
*Attorneys for James M. Rhodes*

/s/ Eric D. Madden (with permission)
Eric D. Madden, (*pro hac vice*)
Michael J. Yoder, (*pro hac vice*)
Jacob J. Roberts, (*pro hac vice*)
1201 Elm Street, Suite 3400
Dallas, Texas 75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)
*Counsel for the Litigation Trust of
The Rhodes Companies, LLC, et al.*

**LAW OFFICE OF BRIAN SHAPIRO**

/s/ Brian D. Shapiro (with permission)
Brian D. Shapiro,
228 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
(702) 386-8600 (telephone)
(702) 383-0994 (facsimile)
*Local Counsel for the Litigation Trust of
The The Rhodes Companies, LLC, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2011, I caused the foregoing document to be filed electronically via the electronic filing system of the United States Bankruptcy Court for the District of Nevada, which caused a true and correct copy of the foregoing to thereafter be served electronically via the Bankruptcy Court's ECF noticing system upon those parties registered to receive electronic service in this case.

/s/ David R. Hague

4817-1879-4766, v. 2