Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
December 21, 2011

Kevin N. Anderson
Nevada Bar No. 4512
David R. Hague
Nevada Bar No. 12389
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
(801) 531-8900 (telephone)
(801) 596-2814 (facsimile)
kanderson@fabianlaw.com
dhague@fabianlaw.com
*Counsel for James M. Rhodes*

Eric D. Madden, TX B[illegible]
Michael J. Yoder, TX [illegible]
Jacob J. Roberts, TX B[illegible]
DIAMOND MCCARTHY LLP
1201 Elm Street, Suite 3400
Dallas, Texas 75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)
emadden@diamondmccarthy.com
myoder@diamondmccarthy.com
jroberts@diamondmccarthy.com
*Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.*

Brian D. Shapiro, NV Bar No. 5772
LAW OFFICE OF BRIAN D. SHAPIRO
228 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
(702) 386-8600 (telephone)
(702) 383-0994 (facsimile)
bshapiro@brianshapirolaw.com
*Local Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,

Reorganized Debtors

☒ Affects all Debtors

☐ Affects the following Debtors

Case No.: 09-14814-LBR
(Jointly Administered)

Chapter 11

**ORDER APPROVING STIPULATION TO VACATE HEARING ON MOTION TO STAY**

Hearing Date: January 6, 2012
Hearing Time: 9:30 AM
Place: Courtroom 1

The Court, having considered the *Stipulation to Vacate Hearing on Motion to Stay* (the "**Stipulation**") entered into by and between James M. Rhodes ("**Rhodes**"), by and through his undersigned counsel, and the Litigation Trust of The Rhodes Companies, LLC, et al. (the "**Litigation Trust**"), through their undersigned counsel, (collectively referred to hereinafter as the "**Parties**"); and for good cause appearing therefor:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation is hereby approved; and

2. The hearing on the *Motion to Stay the Order Denying Motion to Quash Rule 2004 Examinations and Corresponding Subpoenas*, which was filed on November 9, 2011, currently scheduled for January 6, 2012 at 9:30 a.m. (PST) is hereby vacated.

**SUBMITTED BY:**

**FABIAN & CLENDENIN**

/s/ David R. Hague

Kevin N. Anderson
Nevada Bar No. 4512
David R. Hague
Nevada Bar No. 12389
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
*Attorneys for James M. Rhodes*

**APPROVED BY:**

**DIAMOND MCCARTHY LLP**

/s/ Eric D. Madden (with permission)

Eric D. Madden, (*pro hac vice*)
Michael J. Yoder, (*pro hac vice*)
Jacob J. Roberts, (*pro hac vice*)
1201 Elm Street, Suite 3400
Dallas, Texas 75270
(214) 389-5300 (telephone)
(214) 389-5399 (facsimile)
*Counsel for the Litigation Trust of The Rhodes Companies, LLC, et al.*

**LAW OFFICE OF BRIAN SHAPIRO**

/s/ Brian D. Shapiro (with permission)

Brian D. Shapiro,
228 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
(702) 386-8600 (telephone)
(702) 383-0994 (facsimile)
*Local Counsel for the Litigation Trust of The The Rhodes Companies, LLC, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2011, I caused the foregoing document to be filed electronically via the electronic filing system of the United States Bankruptcy Court for the District of Nevada, which caused a true and correct copy of the foregoing to thereafter be served electronically via the Bankruptcy Court's ECF noticing system upon those parties registered to receive electronic service in this case.

/s/ David R. Hague

4812-5552-0270, v. 2