James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com

Nile Leatham (NV Bar No. 002838)
KOLESAR & LEATHAM CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone:  702/362-7800
Facsimile:   702/362-9472
Email: nleatham@klnevada.com

E-File:  December 27, 2011

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka
"Rhodes Homes," et al.,[1]

Debtors.

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:240471.1 73203-002

**SEVENTH NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.**

TO THE HONORABLE LINDA B. RIEGLE AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that as required by Article VI.D of the *Third Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al*. (the "Plan"),[2] the Reorganized Debtors hereby file this list of Claims that have been adjusted on the Claims Register since the filing of the sixth notice pursuant to Article VI.D of the Plan on June 28, 2011 [Docket No. 1451]:

**PLEASE TAKE FURTHER NOTICE** that Exhibit A hereto identifies all Claims that remain open since September 26, 2011.

DATED this 27th day of December, 2011.

                                                        **KOLESAR & LEATHAM CHTD.**

                                                   /s/ Nile Leatham, Esq.
                                                  Nile Leatham, Bar No. 002838
                                                  400 South Rampart Boulevard, Suite 400
                                                  Las Vegas, NV 89145
                                                  Telephone:  702/362-7800
                                                  Facsimile:  702/362-9472
                                                  Email:  nleatham@klnevada.com

                                                  Attorneys for Reorganized Debtors

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

# EXHIBIT A

EXHIBIT A
Open Claims

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| Internal Revenue Service | Bravo, Inc. | 7 | 3,886,456.75 |
| JAMES RHODES | The Rhodes Companies, LLC | 33 | 10,598,000.00 |
|  |  |  | **14,484,456.75** |