**Marquis Aurbach Coffing**                                      **E-Filed: January 10, 2012**
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
E-mail: zlarson@maclaw.com
*Attorneys for Reorganized Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1]<br><br>            Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☒    All Debtors<br>☐    Affects the following Debtor(s) | |

**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND EMAIL ADDRESS**

PLEASE TAKE NOTICE that Zachariah Larson and Shara Larson, Local Counsel for

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

M&A:pleading state 1/10/2012 4:11 PM

*(Left margin: MARQUIS AURBACH COFFING, 10001 Park Run Drive, Las Vegas, Nevada 89145, (702) 382-0711 FAX: (702) 382-5816)*

Reorganized Debtors and Debtors in Possession, have changed law firms effective, January 3, 2012 from:

> Zachariah Larson, Esq.
> zlarson@larsonlawnv.com
> Shara Larson, Esq.
> slarson@larsonlawnv.com
> Larson & Larson
> 810 S. Casino Center Blvd., #104
> Las Vegas, NV 89101

To:

> Zachariah Larson, Esq.
> zlarson@maclaw.com
> Shara Larson, Esq.
> slarson@maclaw.com
> Marquis Aurbach Coffing
> 10001 Park Run Drive
> Las Vegas, NV 89145

DATED this 10th day of January, 2012.

> MARQUIS AURBACH COFFING
>
> By: /s/ Zachariah Larson, Esq.
> Zachariah Larson, Esq.
> Nevada Bar No. 7787
> 10001 Park Run Drive
> Las Vegas, Nevada  89145
> Attorneys for Reorganized Debtors and
> Debtors in Possession

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2012, I caused the foregoing document to be filed electronically via the electronic filing system of the United States Bankruptcy Court for the District of Nevada, which caused a true and correct copy of the foregoing to thereafter be served electronically via the Bankruptcy Court's ECF noticing system upon those parties registered to receive electronic service in the case.

> /s/ Carey Shurtliff
> Carey Shurtliff, an employee of
> Marquis Aurbach Coffing

M&A:pleading state 1/10/2012 4:11 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816