

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 11, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: § | Case No. 09-14814-LBR |
| § | (Jointly Administered) |
| THE RHODES § | |
| COMPANIES, LLC, § | |
| aka "Rhodes Homes," *et al.*, § | Chapter 11 |
| § | |
| Reorganized Debtors.[1] § | Hearing Date: January 6, 2012 |
| § | Hearing Time: 9:30 a.m. (PST) |
| § | Courtroom 1 |
| Affects: § | |
| ☒ All Debtors § | |
| ☐ Affects the following § | |
| Debtor(s) § | |

**ORDER APPROVING MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF AN ORDER APPROVING SETTLEMENT BETWEEN JAMES RHODES AND THE REORGANIZED DEBTORS**

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

Upon consideration of the *Motion of the Reorganized Debtors for Entry of an Order Approving Settlement Between James Rhodes and the Reorganized Debtors* (the "Motion") [Docket No. 1615], and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Settlement[2] is approved, and the Settled Claims shall be allowed in the amount of $500,000 for all purposes under the Plan as more specifically set forth in the Motion.

3. The Reorganized Debtors are authorized to take such actions as may be reasonably necessary to consummate the Settlement.

DATED this 9th day of January, 2012.

PREPARED AND SUBMITTED BY:

_____
Nile Leatham (NV Bar No. 002838)
Shlomo S. Sherman (NV Bar No. 009688)
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
(702) 362-7800 (Telephone)
(702) 362-9472 (Facsimile)

and

Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
Meredith A. Lahaie (NY Bar No. 4518023)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

**LR 9021(C) CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_   The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_   No party appeared at the hearing or filed an objection to the motion.

__X__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:  Kevin N. Anderson – *Approved*;

Unrepresented parties appearing:  None;

Trustee: No Appearance at Hearing;

No additional Service required.

\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

*In re The Rhodes Companies, LLC*/Case No. BK-S-09-14814-LBR
Order Approving Motion of the Reorganized Debtors for Entry of An Order Approving Settlement Between James Rhodes and the Reorganized Debtors

3