NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: nleatham@klnevada.com
         ssherman@klnevada.com

Attorneys for REORGANIZED DEBTORS

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| IN RE:<br><br>THE RHODES COMPANIES, LLC,<br>aka "Rhodes Homes," *et al.*,<br><br>Reorganized Debtors.[1]<br><br>☒ Affects All Debtors<br>☐ Affects the following Debtors: | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br><br><br>Date of Hearing:  1/6/2012<br>Time of Hearing:  9:30 a.m. |
|---|---|

**NOTICE OF ENTRY OF ORDER APPROVING MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF AN ORDER APPROVING SETTLEMENT BETWEEN JAMES RHODES AND THE REORGANIZED DEBTORS**

NOTICE IS HEREBY GIVEN that the ORDER APPROVING MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF AN ORDER APPROVING SETTLEMENT

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

BETWEEN JAMES RHODES AND THE REORGANIZED DEBTORS, was entered herein on this Court's docket on January 11, 2012, as Document No. 1631. A copy of said Order is attached hereto.

DATED this 11th day of January, 2012.

KOLESAR & LEATHAM.

By: /s/ Nile Leatham
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for REORGANIZED DEBTORS

## CERTIFICATE OF SERVICE

1. On January 11, 2012, I served the following document(s) (*specify*):

**Notice of Entry of Order Approving Motion of the Reorganized Debtors for Entry of an Order Approving Settlement Between James Rhodes and the Reorganized Debtors**

2. I served the above-named document(s) by the following means to the persons as listed below:

(***Check all that apply***)

☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; msheffield@foxrothschild.com; ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

1091492.doc (7540-1)                - 2 -

| | |
|---|---|
| 1 | LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.<br>minute@legalcounselors.com |
| 2 | |
| 3 | SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC<br>scho@pszjlaw.com |
| 4 | JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC |
| 5 | bsalinas@armstrongteasdale.com |
| 6 | DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC |
| 7 | dcolvin@maclaw.com, mwalters@maclaw.com; kgallegos@maclaw.com; tszostek@maclaw.com |
| 8 | |
| 9 | NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS<br>ncox@klnevada.com, bankruptcy@klnevada.com; kdunn@klnevada.com |
| 10 | |
| 11 | THOMAS E. CROWE on behalf of Creditor SHANE SMITH<br>tcrowelaw@yahoo.com |
| 12 | DAMON K. DIAS on behalf of Creditor X-It at 215, LLC<br>ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com; |
| 13 | jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com |
| 14 | TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC |
| 15 | tdifillippo@jonesvargas.com, enunez@jonesvargas.com |
| 16 | CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC |
| 17 | cflynn@jonesvargas.com |
| 18 | PHILIP S. GERSON on behalf of Creditor CLARK COUNTY<br>banknv@rocgd.com, mburgener@rocgd.com |
| 19 | |
| 20 | REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE<br>ecf@parsonsbehle.com |
| 21 | JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS<br>jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; |
| 22 | kfarney@greeneinfusolaw.com; bschmidt@greeneinfusolaw.com; cwalton@greeneinfusolaw.com |
| 23 | |
| 24 | KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY<br>hkelley@leachjohnson.com |
| 25 | |
| 26 | DAVID R HAGUE on behalf of Creditor JAMES RHODES<br>dhague@fabianlaw.com, dromero@fabianlaw.com |
| 27 | CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs |
| 28 | c.harris@kempjones.com, ade@kempjones.com |

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; nbaig@swlaw.com; bgriffith@swlaw.com; nunzueta@swlaw.com; docket_las@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com; mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com; akosina@maclaw.com; mwalters@maclaw.com; kgallegos@maclaw.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; msheffield@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
car@amclaw.com; crb@amclaw.com; csh@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org; bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

1091492.doc (7540-1)

- 4 -

| | |
|---|---|
| 1 | OMNI MANAGEMENT GROUP, LLC (bo)<br>bosborne@omnimgt.com, sewing@omnimgt.com |
| 2 | |
| 3 | ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.<br>eransavage@ssllplaw.com, agutierrez@ssllplaw.com |
| 4 | JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 5 | jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 6 | BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 7 | bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com; |
| 8 | candice@brianshapirolaw.com; jessie@brianshapirolaw.com |
| 9 | SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS |
| 10 | ssherman@klnevada.com, bankruptcy@klnevada.com; bbroussard@klnevada.com |
| 11 | |
| 12 | ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP |
| 13 | rsr@morrislawgroup.com, bkv@morrislawgroup.com |
| 14 | MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A. |
| 15 | mark.somerstein@ropesgray.com |
| 16 | ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL |
| 17 | stephens@sullivanhill.com, calderone@sullivanhill.com; vidovich@sullivanhill.com; roberts@sullivanhill.com; hill@sullivanhill.com; Manning@sullivanhill.com; |
| 18 | stein@sullivanhill.com; iriarte@sullivanhill.com; benoit@sullivanhill.com; ggarcia@sullivanhill.com |
| 19 | |
| 20 | JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH |
| 21 | jeff@sylvesterpolednak.com |
| 22 | TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 23 | , veralynn@tthomaslaw.com |
| 24 | U.S. TRUSTEE - LV - 11<br>USTPRegion17.lv.ecf@usdoj.gov |
| 25 | DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC |
| 26 | DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com |
| 27 | GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
| 28 | gfwilson@wilsonquint.com, pwilson@wilsonquint.com |

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1091492.doc (7540-1)                - 5 -

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

☐ b. **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**
(*List persons and email addresses. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

/ / /
/ / /
/ / /
/ / /
/ / /

1091492.doc (7540-1)            - 6 -

☐    f.    **By messenger (*List persons and addresses. Attach additional paper if necessary*)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

_____Cindy Kuhn_____
Declarant

Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 11, 2012

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

IN RE:

THE RHODES COMPANIES, LLC,
aka "Rhodes Homes," *et al.*,

Reorganized Debtors.[1]

Affects:
☒ All Debtors
☐ Affects the following Debtor(s)

Case No. 09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date: January 6, 2012
Hearing Time: 9:30 a.m. (PST)
Courtroom 1

**ORDER APPROVING MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF AN ORDER APPROVING SETTLEMENT BETWEEN JAMES RHODES AND THE REORGANIZED DEBTORS**

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: 212.872.1000 Facsimile: 212.872.1002 / akingump.com

Upon consideration of the *Motion of the Reorganized Debtors for Entry of an Order Approving Settlement Between James Rhodes and the Reorganized Debtors* (the "<u>Motion</u>") [Docket No. 1615], and good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. The Settlement[2] is approved, and the Settled Claims shall be allowed in the amount of $500,000 for all purposes under the Plan as more specifically set forth in the Motion.

3. The Reorganized Debtors are authorized to take such actions as may be reasonably necessary to consummate the Settlement.

DATED this 9th day of January, 2012.

PREPARED AND SUBMITTED BY:

/s/ [signature]

Nile Leatham (NV Bar No. 002838)
Shlomo S. Sherman (NV Bar No. 009688)
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
(702) 362-7800 (Telephone)
(702) 362-9472 (Facsimile)

and

Philip C. Dublin (NY Bar No. 2959344)
Abid Qureshi (NY Bar No. 2684637)
Meredith A. Lahaie (NY Bar No. 4518023)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

**LR 9021(C) CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirement set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Kevin N. Anderson – *Approved*;

Unrepresented parties appearing: None;

Trustee: No Appearance at Hearing;

No additional Service required.

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### # #

*In re The Rhodes Companies, LLC*/Case No. BK-S-09-14814-LBR
Order Approving Motion of the Reorganized Debtors for Entry of An Order Approving Settlement Between James Rhodes and the Reorganized Debtors

3