**KOLESAR & LEATHAM**
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
Email: nleatham@klnevada.com
　　　　ssherman@klnevada.com

*Local Counsel for the Reorganized Debtors*

**DANIEL BOGDEN**
United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101

and

**VIRGINIA CRONAN LOWE**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484

*Attorneys for the United States of America*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>　　　　Reorganized Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Chapter 11<br><br>Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br><br><br>**Trial Date: 3/5/2012**<br>**Trial Time: 9:30 a.m. (PST)**<br>**Courtroom 1** |

**STIPULATION TO EXTEND BRIEFING SCHEDULE IN CONNECTION WITH THE REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 7 FILED BY THE INTERNAL REVENUE SERVICE AGAINST DEBTOR BRAVO, INC., ETC.**

The Internal Revenue Service ("IRS"), by and through the United States Department of Justice, and the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), by and through their undersigned counsel, Kolesar & Leatham, Pachulski Stang Ziehl & Jones, LLP and Akin Gump Strauss Hauer & Feld LLP (collectively, the "Parties"), hereby agree and stipulate as follows:

WHEREAS in its Scheduling Order Regarding the IRS Claim entered on October 14, 2011 (the "Scheduling Order"), this Court ordered that trial with respect to the Reorganized Debtors'

1  Objection to Claim No. 7 File by the Internal Revenue Service against Debtor Bravo, Inc., Etc. (the
2  "IRS Claim") will be held on March 5, 2012 at 9:30 a.m.;
3      WHEREAS the Court further ordered that the Parties are to submit simultaneous opening
4  briefs by February 6, 2012 at 2:00 p.m., and simultaneous reply briefs by February 20, 2012 at 2:00
5  p.m.; and
6      WHEREAS the Parties have agreed to a brief extension of the briefing deadlines, without
7  any continuance of the trial date;
8      IT IS HEREBY STIPULATED THAT:
9      1. The deadline for the Parties to submit their opening briefs is hereby extended to
10        Monday, February 13, 2012 at 2:00 p.m.;
11     2. The deadline for the Parties to submit their reply briefs is hereby extended to Monday,
12        February 27, 2012 at 2:00 p.m.; and
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3. All other provisions of the Scheduling Order shall remain as set forth therein.

DATED this 24 day of January, 2012.

**KOLESAR & LEATHAM**

By: _____
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145

and

**AKIN GUMP STRAUSS HAUER & FELD LLP**
PHILIP C. DUBLIN
New York Bar No. 2959344
ABID QURESHI
New York Bar No. 2684637
MEREDITH LAHAIE
New York Bar No. 4518023
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

and

**PACHULSKI STANG ZIEHL & JONES LLP**
JAMES I. STANG, Esq. (CA Bar No. 94435)
SHIRLEY S. CHO, Esq. (CA Bar No. 192616)
WERNER DISSE, Esq. (CA Bar No. 143458)
10100 Santa Monica Blvd., 11th Floor
Loas Angeles, CA 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com
        wdisse@pszjlaw.com

*Counsel for the Reorganized Debtors*

DATED this 24 day of January, 2012.

**DANIEL BOGDEN**
United States Attorney


By:  /s/ *Virginia Lowe*
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6484

*Attorneys for the United States of America*