

Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**January 25, 2012**

**KOLESAR & LEATHAM**
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
Email: nleatham@klnevada.com
          ssherman@klnevada.com

*Local Counsel for the Reorganized Debtors*

**DANIEL BOGDEN**
United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101

and

**VIRGINIA CRONAN LOWE**
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484

*Attorneys for the United States of America*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>               Reorganized Debtors.<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Chapter 11<br><br>Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br><br><br><br>**Trial Date:  3/5/2012**<br>**Trial Time:  9:30 a.m. (PST)**<br>**Courtroom 1** |

<u>**ORDER APPROVING STIPULATION TO EXTEND BRIEFING SCHEDULE IN CONNECTION WITH THE REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 7 FILED BY THE INTERNAL REVENUE SERVICE AGAINST DEBTOR BRAVO, INC., ETC.**</u>

1  The Court, having considered the Stipulation to Extend Briefing Schedule in Connection With

2  the Reorganized Debtors' Objection to Claim No. 7 Filed By the Internal Revenue Service Against

3  Debtor Bravo, Inc., Etc. (the "Stipulation") filed by the Reorganized Debtors; and for good cause

4  appearing:

5     IT IS HERBEY ORDERD that the Stipulation is APPROVED.

6     IT IS FURTHER ORDERED that the deadline for the Parties to submit their opening briefs is

7  hereby extended to Monday, February 13, 2012 at 2:00 p.m.; and

8     IT IS FURTHER ORDERED that the deadline for the Parties to submit their reply briefs is

9  hereby extended to Monday, February 27, 2012 at 2:00 p.m.

10  **SUBMITTED BY:**                    **APPROVED BY:**

11  **KOLESAR & LEATHAM**                **DANIEL BOGDEN**
                                         United States Attorney
12
13  By: _____
    NILE LEATHAM, ESQ.
14  Nevada Bar No. 002838               By: ____/s/ *Virginia Lowe*____
    SHLOMO S. SHERMAN, ESQ.             VIRGINIA CRONAN LOWE
15  Nevada Bar No. 009688               Trial Attorney, Tax Division
    400 South Rampart Boulevard, Suite 400  U.S. Department of Justice
16  Las Vegas, NV 89145                 Post Office Box 683
                                        Ben Franklin Station
17     and                              Washington, D.C.  20044

18  **AKIN GUMP STRAUSS HAUER & FELD LLP**
    PHILIP C. DUBLIN                    *Attorneys for the United States of America*
19  New York Bar No. 2959344
    ABID QURESHI
20  New York Bar No. 2684637
    MEREDITH LAHAIE
21  New York Bar No. 4518023
    One Bryant Park
22  New York, NY 10036

23     and

    **PACHULSKI STANG ZIEHL & JONES LLP**
24  JAMES I. STANG, Esq. (CA Bar No. 94435)
    SHIRLEY S. CHO, Esq. (CA Bar No. 192616)
25  WERNER DISSE, Esq. (CA Bar No. 143458)
    10100 Santa Monica Blvd., 11th Floor
26  Los Angeles, CA 90067-4100

27  *Counsel for the Reorganized Debtors*

28

- 2 -