Kevin N. Anderson
Nevada Bar No. 4512
David R. Hague
Nevada Bar No. 12389
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
(801) 531-8900 (telephone)
(801) 596-2814 (facsimile)
kanderson@fabianlaw.com
dhague@fabianlaw.com

*Attorneys for James M. Rhodes*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors<br><br>☒ Affects all Debtors<br>☐ Affects the following Debtors | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>**JAMES RHODES' STATEMENT OF ELECTION TO APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |

On January 25, 2012, James M. Rhodes ("**Rhodes**") filed a notice of appeal from the *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on November 16, 2010.

1  Pursuant to 28 U.S.C. § 158(c)(1)(A) and Fed. R. Bank. P. 8001(e), Rhodes now hereby
2  elects in this separate writing to have his appeal heard by the United States District Court for the
3  District of Nevada.
4  DATED this 25th day of January, 2012.

/s/ David R. Hague
Kevin N. Anderson
David R. Hague
FABIAN & CLENDENIN
*Attorneys for James M. Rhodes*

4833-2935-6302, v. 1