**JOHN A. DICICCO**
Principal Deputy Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
Daniel Bogden
United States Attorney

*Attorneys for the United States of America*

| | |
|---|---|
| **KOLESAR & LEATHAM** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| NILE LEATHAM, ESQ. | PHILIP C. DUBLIN, ESQ. |
| Nevada Bar No. 002838 | New York Bar No. 2959344 |
| SHLOMO S. SHERMAN, ESQ. | ABID QURESHI, ESQ. |
| Nevada Bar No. 009688 | New York Bar No. 2684637 |
| 400 South Rampart Boulevard, Suite 400 | JUSTIN BELL, ESQ. |
| Las Vegas, NV 89145 | New York Bar No. 4497848 |
| Telephone: (702) 362-7800 | One Bryant Park |
| Facsimile: (702) 362-9472 | New York, NY 10036 |
| Email: nleatham@klnevada.com | Telephone: (212) 872-1000 |
| ssherman@klnevada.com | |
| | *Counsel for Reorganized Debtors* |
| *Local Counsel for the Reorganized Debtors* | |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Case No. BK-S-09-14814-LBR (Jointly Administered) |
| Reorganized Debtors. | **Trial Date: 3/5/2012**<br>**Trial Time: 9:30 a.m. (PST)**<br>**Courtroom 1** |
| ☒ Affects all Debtors<br>☐ Affects the following Debtors | |

### JOINT PRE-TRIAL STATEMENT

Pursuant to the Court's Order Regarding Pretrial and Trial Matters, the above-captioned debtors (collectively, the "Reorganized Debtors"), and the United States submit the following pre-trial statement.

**I.      Disclosures Required by Fed. R. Civ. P. 26(a)(3)**

Discovery in the above-captioned matter is currently ongoing, and the following lists of witnesses and exhibits are based upon the best information currently available to the parties. The parties reserve their rights to supplement these lists upon the completion of discovery.

**(i)      the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises:**

The Reorganized Debtors expect to present at trial the following witness:

1.      Dean Griffith

7540 Red Cinder Street, Las Vegas, NV 89131

The United States expects to present at trial the following witnesses:

1.      Pamela Garner

4670 Hoeker Way, Las Vegas, NV 89147

2.      James Garner

4670 Hoeker Way, Las Vegas, NV 89147

3.      Sergio Juarez

2636 Bed Knoll Ct., Las Vegas, NV 89031

4.      Marlene Marcus

1109 Sulpher Springs, Unit 101, Las Vegas, NV 89128

**(ii)      the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition**

No testimony is expected to be presented by deposition.

**(iii)      an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.**

The Log of Exhibits the United States expects to offer at trial is filed herewith as Attachment 1.

1   The Log of Exhibits the Reorganized Debtors expect to offer at trial is filed herewith

2   as Attachment 2.

3   **II.    Concise Statement of the Nature of the Action and Contentions of the Parties**

4   On April 13, 2010, the IRS filed amended proof of claim No. 7-2 with regard to Bravo, Inc.

5   (hereinafter "Bravo"), one of the jointly administered debtors herein.  The amended proof of claim

6   included federal employment tax liabilities for the quarters ending September 30, 2000, December 31,

7   2000, all four calendar quarters of the years 2001 and 2001, and the quarters ending March 31, 2003

8   and June 30, 2003.  The proof of claim set forth an unsecured priority claim in the total amount of

9   $1,326,068.11 and an unsecured general claim in the amount of $2,560,388.64. On March 31, 2011, the

10  Reorganized Debtors filed an objection to the amended proof of claim.  At issue in this proceeding is

11  who is responsible for paying the employment taxes set forth on the amended proof of claim.

12  The Reorganized Debtors contend that Bravo hired Union Pacific Construction ("Union

13  Pacific") as a subcontractor for Bravo, and that Union Pacific—not Bravo—is the employer of the

14  laborers at issue.  Accordingly, the Reorganized Debtors contend that Union Pacific alone is responsible

15  for the employment taxes set forth on the proof of claim.  The Reorganized Debtors further contend that

16  they have produced sufficient evidence to rebut the allegations set forth in the proof of claim and,

17  accordingly, that the burden of proof reverts to the United States.  Therefore, the Reorganized Debtors

18  contend, the United States must prove by a preponderance of the evidence that Union Pacific acted

19  merely as a payroll processor for Bravo and was not the employer of the employees at issue.

20  The United States contends as follows:  During the periods at issue included on the proof of

21  claim, Bravo had an agreement with Robert Kahre for Kahre to provide payroll services for Bravo

22  employees. The Bravo employees that were paid through Kahre's payroll system were hired by Bravo,

23  supervised by Bravo and provided with the materials to perform their work by Bravo.  Under Kahre's

24  payroll system no taxes were withheld from the employees' wages; he did not provide the employees'

25  with a W-2 at the end of the year; and he did not file any quarterly employment tax returns with the

26  IRS. Although, the United States contends, Bravo entered into an agreement with Kahre to participate

27  in his fraudulent cash payroll system, that agreement does not relieve Bravo, the actual employer, of the

28  obligation to pay the employment taxes.  The United States maintains that the Reorganized Debtors

1  have not come forward with evidence to show that the IRS' determination in this matter is arbitrary,

2  excessive or without foundation and therefore the burden of proof has not shifted to the United States.

3  **III.    Statement of Jurisdiction**

4          This contested matter seeks disallowance of the IRS Claim under 11 U.S.C. § 502(b). It is a core

5  proceeding pursuant to 28 U.S.C. § 157(b)(2)(B).

6  **IV.    Stipulated Facts**

7          1.      On April 13, 2010, the IRS filed amended proof of claim No. 7-2 with regard to Bravo,

8  one of the jointly administered debtors herein. Bravo was previously in the business of framing houses

9  for the Debtors' various homebuilding operations.

10         2.      The IRS amended proof of claim No. 7-2 included federal employment tax liabilities for

11  the quarters ending September 30, 2000, December 31, 2000, all four calendar quarters of the years

12  2001 and 2001, and the quarters ending March 31, 2003 and June 30, 2003 (hereinafter "the periods at

13  issue"). The proof of claim set forth a unsecured priority claim in the total amount of $1,326,068.11

14  and an unsecured general claim in the amount of $2,560,388.64.

15         3.      On March 31, 2011, the Reorganized Debtors filed the Objection to Claim No. 7 Filed by

16  the Internal Revenue Service Against Debtor Bravo, Inc., etc.

17         4.      On November 15, 2011, the United States' filed the Response in Opposition to Debtors'

18  Objection to IRS Claim Filed Against Bravo, Inc.

19         5.      On November 21, 2011, the Reorganized Debtors filed the Reply in Support of

20  Objection to Claim No. 7.

21         6.      On November 20, 2007, a Criminal Indictment Third Superseding (Dkt. No. 1671) was

22  filed in *United States v. Robert D. Kahre*, CR-S-05-121 DAE (RJJ) (D. Nevada).

23         7.      On December 3, 2009, a Judgment In A Criminal Case (Dkt. No. 2615) was filed in

24  *United States v. Robert D. Kahre*, CR-S-05-121 DAE (RJJ) (D. Nevada) which found Robert Kahre

25  guilty on courts 1, 2-50, 51, 52-55, 56 and 59 of the 3rd Superseding Indictment.

26  **V.    Contested Issues of Law with Concise Memorandum of Authority.**

27         The issue before the Court is whether Bravo is the employer responsible for payment of the

28  employment taxes set forth on the amended proof of claim.

1    Given that this Court has ordered the submission of simultaneous pre-trial legal briefs on

2  February 13, 2012, and simultaneous reply briefs on February 27, 2012, the parties will set forth in

3  detail their legal positions in those briefs.

4  **VI.**    **Log of Exhibits**

5    The Logs of Exhibits that the parties expect to offer at trial are filed herewith.

6  **VII.**    **List of Witnesses, with their Addresses, Expected to Be Called.**

7    The Reorganized Debtors expect to call the following witnesses at trial:

8    1.    Dean Griffith

9        7540 Red Cinder Street, Las Vegas, NV 89131

10    The United States expects to call the following witnesses at trial:

11    1.    Pamela Garner

12        4670 Hoeker Way, Las Vegas, NV 89147

13    2.    James Garner

14        4670 Hoeker Way, Las Vegas, NV 89147

15    3.    Sergio Juarez

16        2636 Bed Knoll Ct., Las Vegas, NV 89031

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1        4.      Marlene Marcus

2                1109 Sulpher Springs, Unit 101, Las Vegas, NV 89128

3        DATED this 26th day of January, 2012.

4    **JOHN A. DICICCO**
     Principal Deputy Assistant Attorney General

5

6        /s/ *Virginia Cronan Lowe*

7    VIRGINIA CRONAN LOWE
     Trial Attorney, Tax Division
     U.S. Department of Justice

8

9    **KOLESAR & LEATHAM**

10

11   NILE LEATHAM, ESQ.
     Nevada Bar No. 002838

12   SHLOMO S. SHERMAN, ESQ.
     Nevada Bar No. 009688

13   400 South Rampart Boulevard, Suite 400
     Las Vegas, NV 89145

14   Telephone: (702)362-7800
     Email: nleatham@klnevada.com

15          ssherman@klnevada.com

16        - and -

17   **AKIN GUMP STRAUSS HAUER & FELD LLP**
     PHILIP C. DUBLIN, ESQ

18   New York Bar No. 2959344
     ABID QURESHI, ESQ

19   New York Bar No. 2684637
     JUSTIN BELL, ESQ.

20   New York Bar No. 4497848
     One Bryant Park

21   New York, NY 10036
     Telephone: (212) 872-1000

22

23

24

25

26

27

28   *In re The Rhodes Companies, LLC, aka, Rhodes Homes, et al*/BK-S-09-14814-LBR
     Joint Pre-Trial Statement

- 6 -

# ATTACHMENT 1

# ATTACHMENT 1

Hearing Date: March 5, 2012                    LBR

| EXHIBITS | | Case Title | BK: | 09-14814 |
|---|---|---|---|---|
| | | The Rhodes Companies, LLC, Reorganized Debtors. | ADV: | |

| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
|---|---|---|---|---|---|
| | | # | | | |
| | | 1 | | Criminal Indictment Third Superceding filed 11/20/07 in US v. Kahre, CR-S-05-0121 | |
| | | 2 | | Judgment in a Civil Case filed 12/03/09 in U.S. v. Kahre, CR-S-05-0121 | |
| | | 3 | | Invoice and pay sheets bates nos. 164_D031_0192-0205 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Please leave the shaded areas blank for court personnel usage.                    NV_9017(ExhibitList12-09).wpd

# ATTACHMENT 2

ATTACHMENT 2

Hearing Date: March 5, 2012                          LBR

| EXHIBITS | Case Title | BK: 09-14814-LBR |
| --- | --- | --- |
| | In re The Rhodes Companies, LLC, aka Rhodes Homes, et al. | ADV: |

| Offered | Admitted | Identification | | Description | Offers Objections Rulings Exception |
| --- | --- | --- | --- | --- | --- |
| | | # | | | |
| | | 1 | | Declaration of Dean Griffiths in Support of Debtors' Objection to Claim No. 7 [Docket No. 1532] dated 09/07/2011 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Please leave the shaded areas blank for court personnel usage.          NV_9017(ExhibitList12-09).wpd