# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>09–14814–lbr</u>
**Chapter 11**
**Appeal Reference Number** <u>12–05</u>

In re:

    THE RHODES COMPANIES, LLC
                Debtor(s)

---

JAMES M. RHODES
                Appellant(s)

vs

REORGANIZED DEBTORS
                Appellee(s)

---

## NOTICE OF REFERRAL OF APPEAL
## TO UNITED STATES DISTRICT COURT

TO:   ALL PARTIES IN APPEAL
        U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by JAMES M. RHODES with the Clerk of the Bankruptcy Court on 1/25/2012. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 1/27/12

                                          BY THE COURT

                                          *Mary A. Schott*

                                          Mary A. Schott
                                          Clerk of the Bankruptcy Court