# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>09–14814–lbr</u>
**Chapter 11**
**Appeal Reference Number** <u>12–05</u>
**BAP Number**
**USDC Case Number**

In re:

    THE RHODES COMPANIES, LLC
                      Debtor(s)

JAMES M. RHODES
                      Appellant(s)

vs

REORGANIZED DEBTORS
                      Appellee(s)

TRANSMITTAL FORM, DISTRICT OFFICE NO. 0978/ 2

To: U.S. DISTRICT COURT
Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | YES |
| Bankruptcy Judge | LINDA B. RIEGLE |
| Date Notice of Appeal Filed | 1/25/2012 |
| Date of Entry of Order Appealed | 11/16/2010 |
| Date Bankruptcy Filed | 3/31/2009 |
| Other | |

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court