Debra Carrigan, pro se
7757 Radcliff Street
Las Vegas, Nevada 89123
702-340-7750

RECEIVED
AND F[ILED]

JAN 26  1 06 PM '12

U.S. [BANKRUPTCY] COURT
HAR[RY] [...] [CL]ERK

Carrigan Communication Inc. BK=S=23534-LBR
Debra Carrigan, BK-S-91-24974

## AMICUS CURIAE
### Bankruptcy Court
### Judge nLinda Riegle

In Re: The Rhodes Companies
Case #0914814-LBR

I am filing this brief as a friend of the court regarding Bankruptcy Court Judge Linda Riegle.

I have decided to file this Amicus Brief after reading in the newspaper that Judge Reigle refused to recuse herself from the above Bankruptcy case of Rhodes Company.

I had a similar experience with Judge Riegle refusing to recuse herself in my case Debra Carrigan vs Alverson Taylor Mortenson,(ATM) BK-S-91-23534-LBR. Harry Reid is a partner of this law firm. The lawsuit was for millions of dollars.

The case got past the motion to dismiss and advanced to discovery. During that time I read in the newspaper that Senator Harry Reid partner of ATM nominated Judge Linda Riegle EXHIBIT 1 to the position of Federal Judge. Upon learning of this I asked Judge Riegle to recuse herself due to Conflict of Interest, she got very angry and told me "I'm offended" and refused to recuse herself, shortly after that she dismissed the case saying the defendant had immunity even though Ervin Nelson a partner of ATM who was heading up both cases, Carrigan Communications and Debra Carrigtan, told Judge Riegle that he was giving me the authority to sue his law firm.

I believe her actions violated many Judicial rules and judgment required of a Bankruptcy Judge.



/ 9 3

I would testify to these facts under oath.

DATED this 23rd day of January, 2012.

RECEIVED AND FILED

JAN 26  1 07 PM '12

U.S. ~~~~
MARY ~~~~

Respectfully Submitted:

By: _Debra Carrigan_
7757 Radcliff St
Las Vegas, Nevada 89123
(702) 340-7750

STATE OF NEVADA
COUNTY OF CLARK
SUBSCRIBED & SWORN BEFORE ME THIS
23 DAY OF January 2012 BY
Debra Carrigan * * * *
_Pamela El Gergi_
NOTARY

Notary Public - State Of Nevada
COUNTY OF CLARK
PAMELA EL GERGI
My Appointment Expires
March 26, 2015
No. 11-4431-1

**CERTIFICATE OF SERVICE**

I have this 26 day of January mailed by US Postal Service First class mail to the following people:

See attached pg 3

_Nancy Stewart_
Nancy Stewart
702-353-2237

JNTADMN, LEAD, BAPCPA, CLMAGT, APPEAL

# U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
### Bankruptcy Petition #: 09-14814-lbr

*Date filed:* 03/31/2009

*Assigned to:* LINDA B. RIEGLE
Chapter 11
Voluntary
Asset

| | |
|---|---|
| **Debtor**<br>**THE RHODES COMPANIES, LLC**<br>C/O DUNHILL HOMES<br>ATTN: GENERAL COUNSEL<br>6345 S JONES, SUITE 400<br>LAS VEGAS, NV 89118<br>CLARK-NV<br>Tax ID / EIN: 20-3613060 | represented by **DAVID S. LEE**<br>7575 VEGAS DR., #150<br>LAS VEGAS, NV 89128<br>(702) 880-9750<br>Email: dlee@lee-lawfirm.com<br>*TERMINATED: 06/15/2009*<br><br>**JAMES I STANG**<br>10100 SANTA MONICA BLVD #1100<br>LOS ANGELES, CA 90067<br><br>**SHIRLEY S. CHO**<br>10100 SANTA MONICA BLVD 11TH FLOOR<br>LOS ANGELES, CA 90067<br>(310) 277-6910<br>Email: scho@pszjlaw.com<br><br>**ZACHARIAH LARSON**<br>MARQUIS AURBACH COFFING<br>10001 PARK RUN DRIVE<br>LAS VEGAS, NV 89145<br>(702) 382-1170<br>Fax : (702) 382-1169<br>Email: cshurtliff@maclaw.com |
| **Claims Agent**<br>**OMNI MANAGEMENT GROUP, LLC (bo)**<br>OMNI MANAGEMENT GROUP, LLC<br>16501 VENTURA BLVD, STE 440<br>ENCINO, CA 91436<br>(818) 906-8300 | |
| **U.S. Trustee**<br>**U.S. TRUSTEE - LV - 11**<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101 | represented by **EDWARD M. MCDONALD**<br>OFFICE OF U.S. TRUSTEE<br>300 LAS VEGAS BLVD., SO., STE 4300<br>LAS VEGAS, NV 89101<br>(702) 388-6600 |

# Two women wait to break judicial nomination logjam

Yet another one of U.S. Senate Majority Leader Harry Reid's federal nominees isn't moving forward, at least for now.

But the postponement of Las Vegas attorney Ariel Stern's nomination to be a federal judge has opened the door for another candidate.

District Judge Elissa Cadish is coming full circle. She was the law clerk for the judge she is now poised to replace, according to multiple sources.

In 1989, Cadish moved to Las Vegas to become a law clerk for U.S. District Judge Philip Pro, who took senior status in December, creating a vacancy for another federal judge on the Nevada bench.

Cadish has 20 years of legal experience and became a state judge in 2007. She receives high marks from attorneys. In the most recent "Judging the Judges" report, 88 percent said she deserved to be retained on the bench. I've known her since she was a law clerk and respect her.

### Jane Ann Morrison
COMMENTARY

If all goes smoothly, she won't have to run anymore; she'll be recommended by Reid for the job and for a lifetime appointment. No more begging for campaign dollars.

The FBI is conducting background checks on Cadish, a preliminary step to Reid's recommending her at a future date.

Reid interviewed Cadish in 2009 but chose Deputy District Attorney Gloria Navarro instead.

Last May, Reid recommended Stern to replace Pro, who continues to work as most senior judges do.

Stern doesn't quite have the 12 years experience the American Bar Association likes to see in a judicial candidate for a job that's a lifetime appointment. He and his wife both worked in Reid's office.

But if U.S. District Judge Kent Dawson decides to take senior status later this year, Stern probably will be recommended again by Reid, who as senior senator from the party in the White House, holds nominating rights.

"Ariel Stern remains under active consideration for a future District Court vacancy," Reid spokeswoman Kristen Orthman said.

"In consultation with the White House and Mr. Stern, we determined a delay in his nomination would make him a stronger candidate and would contribute to a smoother confirmation process."

If the Republicans take the White House, however, that could all change because Reid wouldn't be making the pick. Reid has been nominating women and minorities in recent years after he nominated a string of white, male Mormon judges.

Stern was born in Mexico, and his father is a Cuban Jew. Navarro's parents are Cuban immigrants.

Reid's nominations include three firsts on the District Court bench. Johnnie Rawlinson was the first African-American, and Navarro was the first Hispanic woman. Brian Sandoval, now governor, was the first Hispanic~~...~~

~~Nominees are former U.S. Attorney Kathy Landreth and U.S. Bankruptcy Judge Linda Riegle and Eva Garcia-Mendoza, who all said they got tired of waiting for confirmation and withdrew their names. Landreth and Garcia-Mendoza also cited personal reasons.~~

Not everyone pulls out. Reid nominated Miranda Du of Reno to replace another judge who took senior status, Roger Hunt. She is awaiting a vote by the full Senate. An immigrant from Vietnam, Du would be the first Asian-American federal judge in Nevada.

President Barack Obama nominated Du on Aug. 11, but she is No. 11 on the list of federal judges awaiting Senate confirmation. She probably agreed with Obama, who in his State of the Union speech Tuesday asked the Senate "to pass a simple rule that all judicial and public service nominations receive a simple up or down vote within 90 days."

Last time I wrote about Nevada's federal bench in August 2009, the bench was all male, not counting bankruptcy and magistrates. I suggested it was time again for Reid to recommend qualified females.

Reid is doing exactly that with Miranda Du and Elissa Cadish.

Now, will the Senate confirm, especially in an election year?

*Jane Ann Morrison's column appears Monday, Thursday and Saturday. Email her at jane@reviewjournal.com or call her at (702) 383-0275. She also blogs at lvrj.com/blogs/Morrison*

[an error occurred while processing this directive]

Las Vegas | Donrey
Review-Journal

HOME PAGE

• HEADLINES •
SECTIONS
NEWS
SPORTS
  Betting Line
BUSINESS
LIFESTYLES
NEON
  Dining
  Showguide
  Nightlife
  Movies
  TV Listings
OPINION
  Columnists
OBITUARIES
CLASSIFIEDS
  Auto Guide
WEATHER
REAL ESTATE

Subscribe to the

Archive
**Fun Stuff**
  Crosswords
  Kids Area
  Gallery
**Extras**
  Newspaper Subscription
  Contact Us

Saturday, February 19, 2000
Copyright © Las Vegas Review-Journal

Printable version of this story

# Reid pick for judge opts out

Nevada's senior senator selects a bankruptcy judge, Linda Riegle, as his newest choice for U.S. District Court.

By A.D. Hopkins
Review-Journal

Linda Riegle, a Las Vegas federal bankruptcy judge, is Sen. Harry Reid's new choice to fill a U.S. District Court judgeship in Nevada.

Eva Garcia-Mendoza

Las Vegas attorney Eva Garcia-Mendoza, previously announced as Reid's choice, said she had withdrawn her name from consideration.

"I still wanted to have a woman for that spot," Reid said Friday. "Because the year is winding down legislatively, I needed somebody who I could get approved quickly."

Because Riegle has experience on the federal bench, her appointment can be expected to move more quickly than another candidate's might. The Democratic senator is forwarding Riegle's name to the White House for consideration for the presidential appointment, which requires Senate confirmation.

Garcia-Mendoza became the second person to withdraw in a few months -- and the fourth in recent years -- after being picked by Reid for a coveted lifetime appointment on the federal bench. Steve Walther, a Reno attorney, backed out in December after Reid selected him in October for the 9th U.S. Circuit Court of Appeals. Walther cited his wife's birth of a child as his reason for withdrawal. Reid then chose Johnnie Rawlinson, who now sits on the U.S. District Court bench in Las Vegas, for the appeals seat. Reid selected Garcia-Mendoza, then Riegle, to fill the seat Rawlinson will vacate.

A year ago, Chief Deputy District Attorney

Victoria Villegas withdrew her name from consideration for a judgeship after Reid recommended her, citing frustration with the protracted nomination and confirmation process. Reid nominated Villegas in 1997 at the same time he announced he was recommending U.S. Attorney Kathryn Landreth for a position being vacated by U.S. District Judge Lloyd George, who took senior status in 1997. Landreth also withdrew her name, saying that she needed time "to address some other personal missions." She also expressed concern that it could take as long as two years to win approval.

Speed is important, said Reid's staff, because the judges of the Nevada federal district carry some of the heaviest caseloads in the nation and can ill afford vacancies in their ranks. However, Republican senators have been slow with presidential nominations, hoping to delay many until a Republican occupies the White House and can fill the positions.

Riegle, 51, was appointed to the bankruptcy court in 1988 and was the first woman to serve on the federal bench in Nevada. From 1993 to 1999 she was the court's chief bankruptcy judge. Previously she practiced both bankruptcy and commercial law at Lionel, Sawyer & Collins, where she became the first female partner in 1983.

"She's just a very nicely balanced person, rich in common sense," said George, who ruled on many cases she brought to court as a lawyer and also worked with her as a colleague. "She also deals nicely with people in the administration of a court, which is very important in having people get along."

Riegle could not be reached for comment, but Reid's staff quoted her as saying she was "honored and humbled" her name is being forwarded for consideration.

Growing up on a farm near Greenville, Ohio, Riegle used to get teased about her love of debate, she told a Review-Journal reporter in 1983. "People would say you should be a lawyer," she related.

She took them at their word and graduated from Albany Law School in New York after undergraduate studies at Shepherd College in West Virginia. She first worked for Lionel, Sawyer & Collins as a law school intern and was

hired full time in 1977.

Garcia-Mendoza said, "Riegle is a dynamite lady, extremely bright and quick to grasp issues. ... She'll be good."

Garcia-Mendoza said she withdrew after fully considering the opportunity, which came up on short notice in December, when Reid floated her name. "I never got a chance to talk to the senator about this. He called my husband on a Sunday and said, 'I've selected Eva.' My husband said it was a great opportunity, but the more I got into it, the more I saw it would affect our lives. And it's not where we want to go. We don't want to change our lives that much."

Garcia-Mendoza is married to John Mendoza, who formerly served as a judge in Clark County District Court.

She worked as a translator in that court before attending law school and being admitted to the Nevada Bar in 1981. Now 49, Garcia-Mendoza has been active in immigration law issues. On the Martindale-Hubbell Web site, which rates lawyers by confidential opinion from other attorneys, she is rated BV. The rating indicates "high to very high legal ability and very high ethical standards."

Garcia-Mendoza said she wasn't dissuaded by the scrutiny that would come with the federal investigation preceding all nominations to the federal bench. "My file never got that far," she said, "but my career is pretty much an open book."

She was once disciplined lightly by the Nevada State Bar for splitting fees with a private detective. "The state bar said it would have been all right to give him a bonus at the end of the year, but to do it on a per case basis was wrong. That was news to him and news to me and probably every member of the bar," she said.

Reid has two other selections pending approval for new seats on the District Court. They are Kent Dawson, a Henderson justice of the peace, and Roger Hunt, a federal magistrate.

"We're moving along very well now," Reid said. "I think we should get the Rawlinson appointment very soon, and the others will take a little longer." He said the mandatory Justice Department investigation of Rawlinson and approval by a committee of the American Bar Association are complete, and nothing else is

LAS VEGAS RJ:NEWS: Reid pick for judge opts out                                      Page 4 of 4

required in her case except the president's approval and the Senate's agreement.

—7    If all are approved, the judges of the Nevada District will select replacements for Hunt and Riegle's current positions, a Reid spokesman said.

**E-mail this story to a friend:**