United States Bankruptcy Court
District of Nevada

In re:                                                          Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                       Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2          User: garrettme          Page 1 of 3          Date Rcvd: Jan 27, 2012
                             Form ID: apbrefdc         Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2012.
aty          +ABID QURESHI,   AKIN GUMP STRAUSS HAUER & FELD LLP,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
aty          +MEREDITH A. LAHAIE,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
aty          +PHILIP C. DUBLIN,   AKIN GUMP STRAUSS HAUER & FELD,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jan 29, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0978-2          User: garrettme          Page 2 of 3          Date Rcvd: Jan 27, 2012
                              Form ID: apbrefdc        Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:
          ANNE M. LORADITCH   on behalf of Creditor JAMES RHODES aloraditch@foxrothschild.com,
          pkois@foxrothschild.com;rditrich@foxrothschild.com
          BART K. LARSEN   on behalf of Creditor  Reef Colonial, LLC blarsen@klnevada.com,
          jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
          BRETT A. AXELROD   on behalf of Creditor  SAGEBRUSH ENTERPRISES, INC. baxelrod@foxrothschild.com,
          pkois@foxrothschild.com;rditrich@foxrothschild.com;ldupree@foxrothschild.com
          BRIAN D. SHAPIRO   on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
          bshapiro@brianshapirolaw.com,
          ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapi
          rolaw.com;jessie@brianshapirolaw.com
          CAROL L. HARRIS   on behalf of Creditor  In re Kitec Fitting Litigation Class Plaintiffs
          c.harris@kempjones.com,  ade@kempjones.com
          CONOR P. FLYNN   on behalf of Creditor  COMMERCE ASSOCIATES, LLC cflynn@jonesvargas.com
          DAMON K. DIAS   on behalf of Creditor  X-It at 215, LLC ddias@diaslawgroup.com,
          bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com
          DAVID A. COLVIN   on behalf of Creditor  DANA KEPNER COMPANIES, LLC dcolvin@maclaw.com,
          mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
          DAVID R HAGUE   on behalf of Creditor JAMES RHODES dhague@fabianlaw.com,  dromero@fabianlaw.com
          DONALD H. WILLIAMS   on behalf of Creditor  Westar Kitchen & Bath, LLC
          DonaldWilliamsLaw@gmail.com,  taylorsellers@gmail.com
          EDWARD M. MCDONALD   on behalf of U.S. Trustee  U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov
          ELIZABETH E. STEPHENS   on behalf of Attorney  SULLIVAN HILL LEWIN REZ & ENGEL
          stephens@sullivanhill.com,
          calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.c
          om;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.c
          om;ggarcia@sullivanhill.com
          ERIC  RANSAVAGE   on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com,
          agutierrez@ssllplaw.com
          ERIC D. MADDEN   on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
          emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          GREGORY F WILSON   on behalf of Witness  SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
          gfwilson@wilsonquint.com,  pwilson@wilsonquint.com
          J. THOMAS BECKETT   on behalf of Creditor  CREDITORS COMMITTEE ECF@parsonsbehle.com
          JACOB J ROBERTS   on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
          jroberts@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          JAMES D. GREENE   on behalf of Plaintiff EUGENE DAVIS jgreene@greeneinfusolaw.com,
          fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;bschmidt@greeneinfusolaw.com;cwalton@gre
          eneinfusolaw.com
          JANET L. CHUBB   on behalf of Creditor  COMMERCE ASSOCIATES, LLC bsalinas@armstrongteasdale.com
          JANIECE S MARSHALL   on behalf of Creditor  STANLEY CONSULTANTS, INC.
          car@amclaw.com;crb@amclaw.com;csh@amclaw.com
          JEFFREY D. OLSTER   on behalf of Creditor  HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
          salladade@lbbslaw.com
          JEFFREY R. SYLVESTER   on behalf of Creditor  CREDIT SUISSE, CAYMAN ISLANDS BRANCH
          jeff@sylvesterpolednak.com
          KEITH S. KNOCHEL   on behalf of Creditor VALERIE SILVAS law@lawyersinarizona.com,
          bank@lawyersinarizona.com
          KEVIN N. ANDERSON   on behalf of Creditor JAMES RHODES kanderson@fabianlaw.com,
          sburdash@fabianlaw.com
          KIRBY C. GRUCHOW   on behalf of Creditor  NEVADA POWER COMPANY hkelley@leachjohnson.com
          LORI  BROWN   on behalf of Creditor  Las Vegas Supply, Inc. minute@legalcounselors.com
          MARK R. SOMERSTEIN   on behalf of Creditor  WELLS FARGO BANK, N.A. mark.somerstein@ropesgray.com
          MICHAEL  YODER   on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
          myoder@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          MICHAEL B WIXOM   on behalf of Interested Party  MUTUAL OF OMAHA BANK mbw@slwlaw.com,
          ef@slwlaw.com
          NATALIE M. COX   on behalf of Interested Party  REORGANIZED DEBTORS ncox@klnevada.com,
          bankruptcy@klnevada.com;kdunn@klnevada.com
          NILE  LEATHAM   on behalf of Creditor  STEERING COMMITTEE OF SENIOR SECURED LENDERS
          nleatham@klnevada.com,  ckishi@klnevada.com;bankruptcy@klnevada.com
          OMNI MANAGEMENT GROUP, LLC (bo)   bosborne@omnimgt.com,  sewing@omnimgt.com
          PHILIP S. GERSON   on behalf of Creditor  CLARK COUNTY banknv@rocgd.com,  mburgener@rocgd.com
          REW R. GOODENOW   on behalf of Creditor  CREDITORS COMMITTEE ecf@parsonsbehle.com
          ROBERT R. KINAS   on behalf of Creditor  CATERPILLAR FINANCIAL SERVICES CORPORATION
          rkinas@swlaw.com,
          jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@s
          wlaw.com;docket_las@swlaw.com
          RODNEY M. JEAN   on behalf of Creditor  Credit Suisse, Cayman Islands Branch
          RJEAN@LIONELSAWYER.COM,  gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com
          ROSA  SOLIS-RAINEY   on behalf of Defendant  DELOITTE & TOUCHE LLP rsr@morrislawgroup.com,
          bkv@morrislawgroup.com
          SHIRLEY S. CHO   on behalf of Debtor  THE RHODES COMPANIES, LLC scho@pszjlaw.com
          SHLOMO S. SHERMAN   on behalf of Interested Party  REORGANIZED DEBTORS ssherman@klnevada.com,
          bankruptcy@klnevada.com;bbroussard@klnevada.com
          SUSAN L. MYERS   on behalf of Creditor  Credit Suisse, Cayman Islands Branch smyers@lacsn.org,
          emontes@lacsn.org;bklsclv@lionelsawyer.com
          THOMAS E. CROWE   on behalf of Creditor SHANE SMITH tcrowelaw@yahoo.com
```

```
District/off: 0978-2          User: garrettme          Page 3 of 3            Date Rcvd: Jan 27, 2012
                              Form ID: apbrefdc         Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          TIMOTHY P. THOMAS   on behalf of Creditor  STEERING COMMITTEE OF SENIOR SECURED LENDERS ,
           veralynn@tthomaslaw.com
          TRACY A. DIFILLIPPO   on behalf of Creditor  COMMERCE ASSOCIATES, LLC tdifillippo@jonesvargas.com,
           enunez@jonesvargas.com
          U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
          VIRGINIA CRONAN LOWE   on behalf of Creditor  UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
           virginiacronan.lowe@usdoj.gov,  Western.Taxcivil@usdoj.gov
          ZACHARIAH  LARSON   on behalf of Debtor  APACHE FRAMING, LLC cshurtliff@maclaw.com,
           sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com
                                                                                  TOTAL: 46
```

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**
**Appeal Reference Number 12–05**

In re:

THE RHODES COMPANIES, LLC
                          Debtor(s)

_____

JAMES M. RHODES
                          Appellant(s)

vs

REORGANIZED DEBTORS
                          Appellee(s)

_____

### NOTICE OF REFERRAL OF APPEAL
### TO UNITED STATES DISTRICT COURT

TO:  ALL PARTIES IN APPEAL
       U.S. TRUSTEE

'

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by JAMES M. RHODES with the Clerk of
the Bankruptcy Court on 1/25/2012. By virtue of orders of the Judicial Council of the Ninth Circuit and the District
Court for this district, the above appeal has been referred to the U.S. District Court as the Appellant has filed an
Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 1/27/12                                    BY THE COURT

                                                  *Mary A. Schott*

                                                  Mary A. Schott
                                                  Clerk of the Bankruptcy Court