United States Bankruptcy Court
District of Nevada

In re:  
THE RHODES COMPANIES, LLC  
    Debtor

Case No. 09-14814-lbr  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0978-2      User: garrettme      Page 1 of 3      Date Rcvd: Jan 27, 2012  
                         Form ID: apbtusdc      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2012.  
aty      +ABID QURESHI,   AKIN GUMP STRAUSS HAUER & FELD LLP,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728  
aty      +PHILIP C. DUBLIN,   AKIN GUMP STRAUSS HAUER & FELD,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2012**      **Signature:** _Joseph Speetjens_

```
District/off: 0978-2          User: garrettme              Page 2 of 3                  Date Rcvd: Jan 27, 2012
                              Form ID: apbtusdc            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:
              ANNE M. LORADITCH    on behalf of Creditor JAMES RHODES aloraditch@foxrothschild.com,
               pkois@foxrothschild.com;rdittrich@foxrothschild.com
              BART K. LARSEN    on behalf of Creditor  Reef Colonial, LLC blarsen@klnevada.com,
               jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
              BRETT A. AXELROD    on behalf of Creditor  SAGEBRUSH ENTERPRISES, INC. baxelrod@foxrothschild.com,
               pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com
              BRIAN D. SHAPIRO    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               bshapiro@brianshapirolaw.com,
               ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapi
               rolaw.com;jessie@brianshapirolaw.com
              CAROL L. HARRIS    on behalf of Creditor  In re Kitec Fitting Litigation Class Plaintiffs
               c.harris@kempjones.com, ade@kempjones.com
              CONOR P. FLYNN    on behalf of Creditor  COMMERCE ASSOCIATES, LLC cflynn@jonesvargas.com
              DAMON K. DIAS    on behalf of Creditor  X-It at 215, LLC ddias@diaslawgroup.com,
               bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com
              DAVID A. COLVIN    on behalf of Creditor  DANA KEPNER COMPANIES, LLC dcolvin@maclaw.com,
               mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
              DAVID R HAGUE    on behalf of Creditor JAMES RHODES dhague@fabianlaw.com, dromero@fabianlaw.com
              DONALD H. WILLIAMS    on behalf of Creditor  Westar Kitchen & Bath, LLC
               DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com
              EDWARD M. MCDONALD    on behalf of U.S. Trustee  U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov
              ELIZABETH E. STEPHENS    on behalf of Attorney  SULLIVAN HILL LEWIN REZ & ENGEL
               stephens@sullivanhill.com,
               calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.c
               om;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.c
               om;ggarcia@sullivanhill.com
              ERIC  RANSAVAGE    on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com,
               agutierrez@ssllplaw.com
              ERIC D. MADDEN    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com
              GREGORY F WILSON    on behalf of Witness  SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
               gfwilson@wilsonquint.com, pwilson@wilsonquint.com
              J. THOMAS BECKETT    on behalf of Creditor  CREDITORS COMMITTEE ECF@parsonsbehle.com
              JACOB J ROBERTS    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
              JAMES D. GREENE    on behalf of Plaintiff EUGENE DAVIS jgreene@greeneinfusolaw.com,
               fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;bschmidt@greeneinfusolaw.com;cwalton@gre
               eneinfusolaw.com
              JANET L. CHUBB    on behalf of Creditor  COMMERCE ASSOCIATES, LLC bsalinas@armstrongteasdale.com
              JANIECE S MARSHALL    on behalf of Creditor  STANLEY CONSULTANTS, INC.
               car@amclaw.com;crb@amclaw.com;csh@amclaw.com
              JEFFREY D. OLSTER    on behalf of Creditor  HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
               sallade@lbbslaw.com
              JEFFREY R. SYLVESTER    on behalf of Creditor  CREDIT SUISSE, CAYMAN ISLANDS BRANCH
               jeff@sylvesterpolednak.com
              KEITH S. KNOCHEL    on behalf of Creditor VALERIE SILVAS law@lawyersinarizona.com,
               bank@lawyersinarizona.com
              KEVIN N. ANDERSON    on behalf of Creditor JAMES RHODES kanderson@fabianlaw.com,
               sburdash@fabianlaw.com
              KIRBY C. GRUCHOW    on behalf of Creditor  NEVADA POWER COMPANY hkelley@leachjohnson.com
              LORI  BROWN    on behalf of Creditor  Las Vegas Supply, Inc. minute@legalcounselors.com
              MARK R. SOMERSTEIN    on behalf of Creditor  WELLS FARGO BANK, N.A. mark.somerstein@ropesgray.com
              MICHAEL  YODER    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
              MICHAEL B WIXOM    on behalf of Interested Party  MUTUAL OF OMAHA BANK mbw@slwlaw.com,
               ef@slwlaw.com
              NATALIE M. COX    on behalf of Interested Party  REORGANIZED DEBTORS ncox@klnevada.com,
               bankruptcy@klnevada.com;kdunn@klnevada.com
              NILE  LEATHAM    on behalf of Creditor  STEERING COMMITTEE OF SENIOR SECURED LENDERS
               nleatham@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com
              OMNI MANAGEMENT GROUP, LLC (bo)    bosborne@omnimgt.com, sewing@omnimgt.com
              PHILIP S. GERSON    on behalf of Creditor  CLARK COUNTY banknv@rocgd.com, mburgener@rocgd.com
              REW R. GOODENOW    on behalf of Creditor  CREDITORS COMMITTEE ecf@parsonsbehle.com
              ROBERT R. KINAS    on behalf of Creditor  CATERPILLAR FINANCIAL SERVICES CORPORATION
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@s
               wlaw.com;docket_las@swlaw.com
              RODNEY M. JEAN    on behalf of Creditor  Credit Suisse, Cayman Islands Branch
               RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com
              ROSA  SOLIS-RAINEY    on behalf of Defendant  DELOITTE & TOUCHE LLP rsr@morrislawgroup.com,
               bkv@morrislawgroup.com
              SHIRLEY S. CHO    on behalf of Debtor  THE RHODES COMPANIES, LLC scho@pszjlaw.com
              SHLOMO S. SHERMAN    on behalf of Interested Party  REORGANIZED DEBTORS ssherman@klnevada.com,
               bankruptcy@klnevada.com;bbroussard@klnevada.com
              SUSAN L. MYERS    on behalf of Creditor  Credit Suisse, Cayman Islands Branch smyers@lacsn.org,
               emontes@lacsn.org;bklsclv@lionelsawyer.com
              THOMAS E. CROWE    on behalf of Creditor SHANE SMITH tcrowelaw@yahoo.com
```

```
District/off: 0978-2          User: garrettme              Page 3 of 3                  Date Rcvd: Jan 27, 2012
                              Form ID: apbtusdc            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          TIMOTHY P. THOMAS   on behalf of Creditor   STEERING COMMITTEE OF SENIOR SECURED LENDERS ,
           veralynn@tthomaslaw.com
          TRACY A. DIFILLIPPO   on behalf of Creditor   COMMERCE ASSOCIATES, LLC tdifillippo@jonesvargas.com,
           enunez@jonesvargas.com
          U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
          VIRGINIA CRONAN LOWE    on behalf of Creditor   UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
           virginiacronan.lowe@usdoj.gov,   Western.Taxcivil@usdoj.gov
          ZACHARIAH LARSON    on behalf of Debtor   APACHE FRAMING, LLC cshurtliff@maclaw.com,
           sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com
                                                                                           TOTAL: 46

# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number <u>09–14814–lbr</u>
Chapter 11
Appeal Reference Number <u>12–05</u>
BAP Number
USDC Case Number

In re:
    THE RHODES COMPANIES, LLC
                      Debtor(s)

---

JAMES M. RHODES
                      Appellant(s)

vs

REORGANIZED DEBTORS
                      Appellee(s)

---

TRANSMITTAL FORM, DISTRICT OFFICE NO. 0978/ 2

To: U.S. DISTRICT COURT
Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | YES |
| Bankruptcy Judge | LINDA B. RIEGLE |
| Date Notice of Appeal Filed | 1/25/2012 |
| Date of Entry of Order Appealed | 11/16/2010 |
| Date Bankruptcy Filed | 3/31/2009 |
| Other | |

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court