United States Bankruptcy Court
District of Nevada

In re:                                                                 Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                              Chapter 11
          Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0978-2          User: garrettme          Page 1 of 3          Date Rcvd: Jan 27, 2012
                              Form ID: aplmemo         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2012.
aty           +ABID QURESHI,   AKIN GUMP STRAUSS HAUER & FELD LLP,    ONE BRYANT PARK,    NEW YORK, NY 10036-6728
aty           +MEREDITH A. LAHAIE,    ONE BRYANT PARK,    NEW YORK, NY 10036-6728
aty           +PHILIP C. DUBLIN,   AKIN GUMP STRAUSS HAUER & FELD,    ONE BRYANT PARK,    NEW YORK, NY 10036-6728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 29, 2012**                    Signature:       _Joseph Speetjens_

```
District/off: 0978-2          User: garrettme              Page 2 of 3                    Date Rcvd: Jan 27, 2012
                              Form ID: aplmemo             Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:
          ANNE M. LORADITCH    on behalf of Creditor JAMES RHODES aloraditch@foxrothschild.com,
           pkois@foxrothschild.com;rdittrich@foxrothschild.com
          BART K. LARSEN    on behalf of Creditor  Reef Colonial, LLC blarsen@klnevada.com,
           jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
          BRETT A. AXELROD    on behalf of Creditor  SAGEBRUSH ENTERPRISES, INC. baxelrod@foxrothschild.com,
           pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com
          BRIAN D. SHAPIRO    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
           bshapiro@brianshapirolaw.com,
           ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapi
           rolaw.com;jessie@brianshapirolaw.com
          CAROL L. HARRIS    on behalf of Creditor  In re Kitec Fitting Litigation Class Plaintiffs
           c.harris@kempjones.com,  ade@kempjones.com
          CONOR P. FLYNN    on behalf of Creditor  COMMERCE ASSOCIATES, LLC cflynn@jonesvargas.com
          DAMON K. DIAS    on behalf of Creditor   X-It at 215, LLC ddias@diaslawgroup.com,
           bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com
          DAVID A. COLVIN    on behalf of Creditor   DANA KEPNER COMPANIES, LLC dcolvin@maclaw.com,
           mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
          DAVID R HAGUE    on behalf of Creditor JAMES RHODES dhague@fabianlaw.com,   dromero@fabianlaw.com
          DONALD H. WILLIAMS    on behalf of Creditor  Westar Kitchen & Bath, LLC
           DonaldHWilliamsLaw@gmail.com,  taylorsellers@gmail.com
          EDWARD M. MCDONALD    on behalf of U.S. Trustee  U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov
          ELIZABETH E. STEPHENS    on behalf of Attorney   SULLIVAN HILL LEWIN REZ & ENGEL
           stephens@sullivanhill.com,
           calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.c
           om;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.c
           om;ggarcia@sullivanhill.com
          ERIC  RANSAVAGE    on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com,
           agutierrez@ssllplaw.com
          ERIC D. MADDEN    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
           emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          GREGORY F WILSON    on behalf of Witness  SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
           gfwilson@wilsonquint.com,  pwilson@wilsonquint.com
          J. THOMAS BECKETT    on behalf of Creditor   CREDITORS COMMITTEE ECF@parsonsbehle.com
          JACOB J ROBERTS    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
           jroberts@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          JAMES D. GREENE    on behalf of Plaintiff EUGENE DAVIS jgreene@greeneinfusolaw.com,
           fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;bschmidt@greeneinfusolaw.com;cwalton@gre
           eneinfusolaw.com
          JANET L. CHUBB    on behalf of Creditor  COMMERCE ASSOCIATES, LLC bsalinas@armstrongteasdale.com
          JANIECE S MARSHALL    on behalf of Creditor  STANLEY CONSULTANTS, INC.
           car@amclaw.com;crb@amclaw.com;csh@amclaw.com
          JEFFREY D. OLSTER    on behalf of Creditor   HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
           sallade@lbbslaw.com
          JEFFREY R. SYLVESTER    on behalf of Creditor  CREDIT SUISSE, CAYMAN ISLANDS BRANCH
           jeff@sylvesterpolednak.com
          KEITH S. KNOCHEL    on behalf of Creditor VALERIE SILVAS law@lawyersinarizona.com,
           bank@lawyersinarizona.com
          KEVIN N. ANDERSON    on behalf of Creditor JAMES RHODES kanderson@fabianlaw.com,
           sburdash@fabianlaw.com
          KIRBY C. GRUCHOW    on behalf of Creditor  NEVADA POWER COMPANY hkelley@leachjohnson.com
          LORI  BROWN    on behalf of Creditor  Las Vegas Supply, Inc. minute@legalcounselors.com
          MARK R. SOMERSTEIN    on behalf of Creditor  WELLS FARGO BANK, N.A. mark.somerstein@ropesgray.com
          MICHAEL  YODER    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
           myoder@diamondmccarthy.com,  cburrow@diamondmccarthy.com
          MICHAEL B WIXOM    on behalf of Interested Party   MUTUAL OF OMAHA BANK mbw@slwlaw.com,
           ef@slwlaw.com
          NATALIE M. COX    on behalf of Interested Party  REORGANIZED DEBTORS ncox@klnevada.com,
           bankruptcy@klnevada.com;kdunn@klnevada.com
          NILE  LEATHAM    on behalf of Creditor  STEERING COMMITTEE OF SENIOR SECURED LENDERS
           nleatham@klnevada.com,  ckishi@klnevada.com,bankruptcy@klnevada.com
          OMNI MANAGEMENT GROUP, LLC (bo)   bosborne@omnimgt.com,  sewing@omnimgt.com
          PHILIP S. GERSON    on behalf of Creditor  CLARK COUNTY banknv@rocgd.com,  mburgener@rocgd.com
          REW R. GOODENOW    on behalf of Creditor  CREDITORS COMMITTEE ecf@parsonsbehle.com
          ROBERT R. KINAS    on behalf of Creditor  CATERPILLAR FINANCIAL SERVICES CORPORATION
           rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@s
           wlaw.com;docket_las@swlaw.com
          RODNEY M. JEAN    on behalf of Creditor  Credit Suisse, Cayman Islands Branch
           RJEAN@LIONELSAWYER.COM,  gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com
          ROSA  SOLIS-RAINEY    on behalf of Defendant  DELOITTE & TOUCHE LLP rsr@morrislawgroup.com,
           bkv@morrislawgroup.com
          SHIRLEY S. CHO    on behalf of Debtor  THE RHODES COMPANIES, LLC scho@pszjlaw.com
          SHLOMO S. SHERMAN    on behalf of Interested Party  REORGANIZED DEBTORS ssherman@klnevada.com,
           bankruptcy@klnevada.com;bbroussard@klnevada.com
          SUSAN L. MYERS    on behalf of Creditor  Credit Suisse, Cayman Islands Branch smyers@lacsn.org,
           emontes@lacsn.org;bklsclv@lionelsawyer.com
          THOMAS E. CROWE    on behalf of Creditor SHANE SMITH tcrowelaw@yahoo.com

```
District/off: 0978-2          User: garrettme              Page 3 of 3                   Date Rcvd: Jan 27, 2012
                              Form ID: aplmemo             Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              TIMOTHY P. THOMAS    on behalf of Creditor   STEERING COMMITTEE OF SENIOR SECURED LENDERS ,
               veralynn@tthomaslaw.com
              TRACY A. DIFILLIPPO    on behalf of Creditor   COMMERCE ASSOCIATES, LLC tdifillippo@jonesvargas.com,
               enunez@jonesvargas.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
              VIRGINIA CRONAN LOWE    on behalf of Creditor   UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
               virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov
              ZACHARIAH  LARSON    on behalf of Debtor   APACHE FRAMING, LLC cshurtliff@maclaw.com,
               sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com
                                                                                             TOTAL: 46
```

# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  09–14814–lbr
Chapter 11
Appeal Reference Number 12–05
BAP Number
USDC Case Number

In re:
THE RHODES COMPANIES, LLC
                    Debtor(s).

---

JAMES M. RHODES , Appellant(s)

vs

REORGANIZED DEBTORS , Appellee(s)

---

MEMORANDUM

To:    ALL PARTIES IN APPEAL

From:  U.S. Bankruptcy Court
       300 Las Vegas Blvd., South
       Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

**PLEASE NOTE THE FOLLOWING REGARDING THE RECORD ON APPEAL:**

Pursuant to Local Rule 8009(a), **Excerpts of Record** shall be filed by the parties on appeals to the District Court in the same manner as required by Federal Rules Bankruptcy Procedures 8009(b) for appeals to the Bankruptcy Appellate Panel. A party filing excerpts of record with the District Court shall file two copies to be bound separately from the briefs. A party filing excerpts of record with the Bankruptcy Appellate Panel shall file the number of copies as required by the 9th Circuit Bankruptcy Appellate Panel. Copies of the designated record no longer need to be delivered to the Clerk of the Bankruptcy Court unless there is a separate request per Local Rule 8006(a)(2).

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court