


Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
February 08, 2012

Kevin N. Anderson (NV Bar. No. 4512)
David R. Hague (NV Bar. No. 012389)
FABIAN & CLENDENIN
  A Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone:     801-531-8900
Facsimile:     801-596-2814
Email:     kanderson@fabianlaw.com
           dhague@fabianlaw.com

*Counsel for James M. Rhodes*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | Case No.: 09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | (Jointly Administered) |
|  | Chapter 11 |
| Reorganized Debtors | Hearing Date:  January 6, 2012 |
|  | Hearing Time:  9:30 a.m. (PST) |
|  | Place:  Courtroom 1 |

☒ Affects all Debtors

☐ Affects the following Debtors

### ORDER DENYING MOTION FOR RECUSAL

Upon consideration of the *Motion for Recusal* filed by James M. Rhodes on November 14, 2011(the "**Motion**") [Docket No. 1598], and for the reasons set forth on the record at the hearing on January 6, 2012,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is DENIED.

Dated this _____ day of February, 2012.

Prepared and Submitted By:

/s/ David R. Hague
Kevin N. Anderson (NV Bar. No. 4512)
David R. Hague (NV Bar. No. 012389)
FABIAN & CLENDENIN
 A Professional Corporation
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323

**LR 9021(c) CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  The court has waived the requirement set forth in LR 902 1(b)(1).

_____  No party appeared at the hearing or filed an objection to the motion.

  X   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____Abid Qureshi_____ - *Approved.*

Unrepresented parties appearing:  None;

Trustee:  No Appearance at Hearing;

No additional Service required.

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### 

4842-4279-7326, v. 1

3