Kevin N. Anderson (NV Bar. No. 4512)
David R. Hague (NV Bar. No. 12389)
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
(801) 531-8900 (telephone)
(801) 596-2814 (facsimile)
kanderson@fabianlaw.com
dhague@fabianlaw.com

*Attorneys for James M. Rhodes*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors<br>_____<br><br>JAMES M. RHODES,<br><br>Appellant,<br><br>v.<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., Reorganized Debtors,<br><br>Appellee. | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>District Court No.: 2:12-cv-00139-LRH-VCF<br><br>**APPELLANT'S STATEMENT OF ISSUES ON APPEAL** |

On January 11, 2012, the Bankruptcy Court entered an *Order Approving Motion of the Reorganized Debtors for Entry of an Order Approving Settlement Between James Rhodes and the Reorganized Debtors* (the "**Settlement Order**"). The Settlement Order was the final order on James Rhodes' Proof of Claim No. 814-33 and the objection to the Proof of Claim. On January

25, 2012, Appellant James M. Rhodes ("**Appellant**") timely filed a notice of appeal from the *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on November 16, 2010.

Pursuant to Fed. R. Bankr. P. 8006, Appellant hereby submits the following statement of the issues on appeal:

**Issue**: Did the Bankruptcy Court err when it determined that Appellant is not a creditor of the above-captioned bankruptcy estate and does not hold a claim for the reimbursement of taxes found in proof of claim number 33-1?

DATED this 8th day of February, 2012.

/s/ David R. Hague
Kevin N. Anderson
David R. Hague
FABIAN & CLENDENIN
*Attorneys for James M. Rhodes*

4851-2203-3422, v. 1