Kevin N. Anderson (NV Bar. No. 4512)
David R. Hague (NV Bar. No. 12389)
FABIAN & CLENDENIN
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
(801) 531-8900 (telephone)
(801) 596-2814 (facsimile)
kanderson@fabianlaw.com
dhague@fabianlaw.com

*Attorneys for James M. Rhodes*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors<br>_____<br><br>JAMES M. RHODES,<br><br>Appellant,<br><br>v.<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., Reorganized Debtors,<br><br>Appellee. | Case No.: 09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>District Court No.: 2:12-cv-00139-LRH-VCF<br><br>**APPELLANT'S DESIGNATION OF RECORD ON APPEAL** |

On January 11, 2012, the Bankruptcy Court entered an *Order Approving Motion of the Reorganized Debtors for Entry of an Order Approving Settlement Between James Rhodes and the Reorganized Debtors* (the "**Settlement Order**"). The Settlement Order was the final order on James Rhodes' Proof of Claim No. 814-33 and the objection to the Proof of Claim. On January

25, 2012, Appellant James M. Rhodes ("**Appellant**") timely filed a notice of appeal from the *Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33* (the "**Order**") entered in this case by the Honorable Linda B. Riegle on November 16, 2010.

Pursuant to Fed. R. Bankr. P. 8006, Appellant hereby designates the following documents, pleadings, papers, and transcripts from the above-entitled case as part of the record on his appeal:

| DOCUMENT DESCRIPTION | DOCUMENT NUMBER | DATE |
|---|---|---|
| Proof of Claim No. 33-1 | 33-1 | 7/17/09 |
| (copy) Motion on Shortened Notice of the First Lien Steering Committee for an Order Directing the Appointment of a Trustee Pursuant to 11 U.S.C. 1104(A) or, in the Alternative, Dismissing the Debtors' Chapter 11 Cases Pursuant to 11 U.S.C. 1112(b). Filed by TIMOTHY P. THOMAS on behalf of STEERING COMMITTEE OF SENIOR SECURED LENDERS (mdf) (Entered: 04/16/2009) | 68 | 4/7/09 |
| Schedule[s] A, Real Property Amount: $ 0.00, B, Personal Property Amount: $ 2541316.98, D, Creditors Holding Secured Claims Amount: $ 392895340.00, E, Creditors Holding Unsecured Priority Claims Amount: $ 0.00, F, Creditors Holding Unsecured Nonpriority Claims Amount: $ 9729151.00, G, H, Summary of Schedules, Declaration Concerning Debtor[s] Schedules, Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC (LARSON, ZACHARIAH) (Entered: 04/30/2009) | 131 | 4/30/09 |
| Notice *To Vacate Hearing On Motion On Shortened Notice Of The First Lien Steering Committee For An Order Directing The Appointment Of A Trustee Pursuant To 11 U.S.C. §1104(A), Or In The Alternative, Dismissing The Debtors' Chapter 11 Cases Pursuant To 11 U.S.C. §1112(b)* Filed by TIMOTHY P. THOMAS on behalf of STEERING COMMITTEE OF SENIOR SECURED LENDERS (Related document(s) 68 Motion to Appoint Trustee filed by Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS, Motion to Dismiss Case) (THOMAS, TIMOTHY) (Entered: 05/06/2009) | 136 | 5/6/09 |
| Amended Statement of Financial Affairs Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC (LARSON, ZACHARIAH) (Entered: 07/02/2009) | 300 | 7/02/09 |
| Amended Schedule[s] B, Personal Property Amount: $ 2717518.58, F, Creditors Holding Unsecured Nonpriority Claims Amount: $ 9886171.58, Summary of Schedules, Declaration Concerning Debtor[s] Schedules, Filed by ZACHARIAH LARSON on behalf of THE RHODES COMPANIES, LLC (LARSON, ZACHARIAH) (Entered: 07/02/2009) | 301 | 7/02/09 |
| Amended Chapter 11 Plan Number Third Amended Filed by NILE LEATHAM on behalf of STEERING COMMITTEE OF SENIOR | 1013 | 2/18/10 |

| | | | |
|---|---|---|---|
| 1 | SECURED LENDERS (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(LEATHAM, NILE) (Entered: 02/18/2010) | | |
| 2 | Proposed Findings of Fact, Conclusions of Law, and Order Confirming the First Lien Steering Committee's Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, ET AL. (Related document(s) 1013 Amended Chapter 11 Plan filed by Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS.) (vap) (Entered: 03/12/2010) | 1053 | 3/12/10 |
| 3 | *Objection to James Rhodes' Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (LEATHAM, NILE) Modified on 5/28/2010 to capture SARD statistical data (Fisher, MD). (Entered: 05/27/2010) | 1149 | 5/27/10 |
| 4 | Opposition *to the Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedule of Assets and Liabilities* Filed by ANNE M. LORADITCH on behalf of JAMES RHODES (Related document(s) 1149 Document filed by Debtor REORGANIZED DEBTORS.) (LORADITCH, ANNE) (Entered: 06/17/2010) | 1176 | 6/17/10 |
| 5 | Declaration Of: James M. Rhodes *in support of the Opposition to the Reorganized Debtors Objection to James Rhodes Proof of Claim No. 814-33 and Notice of Amendment of Schedule of Assets and Liabilities* Filed by ANNE M. LORADITCH on behalf of JAMES RHODES (Related document(s) 1176 Opposition filed by Creditor JAMES RHODES) (Attachments: # 1 Exhibit 1-Part I# 2 Exhibit 1-Part 2# 3 Exhibit 1-Part 3# 4 Exhibit 2# 5 Exhibit 3) (LORADITCH, ANNE) (Entered: 06/17/2010) | 1177 | 6/17/10 |
| 6 | Errata Filed by ANNE M. LORADITCH on behalf of JAMES RHODES (Related document(s) 1176 Opposition filed by Creditor JAMES RHODES, 1177 Declaration filed by Creditor JAMES RHODES) (LORADITCH, ANNE) (Entered: 06/17/2010) | 1178 | 6/17/10 |
| 7 | Stipulation By REORGANIZED DEBTORS and Between James M. Rhodes *[Stipulated Facts]* Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS, 1176 Opposition filed by Creditor JAMES RHODES, 1177 Declaration filed by Creditor JAMES RHODES, 1178 Errata filed by Creditor JAMES RHODES) (LEATHAM, NILE) (Entered: 09/17/2010) | 1290 | 9/17/10 |
| 8 | Objection *(Supplemental Memorandum of Law in Support of Objection to Tax Claim Included in James Rhodes' Proof of Claim No. 814-33)* Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS.) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F) (LEATHAM, NILE) (Entered: 09/17/2010) | 1292 | 9/17/10 |
| 9 | Stipulation and Order Regarding Briefing Schedule (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS.) (lme) (Entered: 09/27/2010) | 1296 | 9/27/10 |
| 10 | Supplemental Response *to Objection of Reorganized Debtors to Proof* | 1299 | 9/27/10 |

| | | | |
|---|---|---|---|
| 1 2 | *of Claim* Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s) 1292 Objection filed by Interested Party REORGANIZED DEBTORS.) (ANDERSON, KEVIN) (Entered: 09/27/2010) | | |
| 3 4 5 | Reply *Memorandum of Law in Support of Objection to Tax Claim of James Rhodes' Proof of Claim No. 814-33* Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS.) (LEATHAM, NILE) (Entered: 10/04/2010) | 1302 | 10/4/10 |
| 6 7 | Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No 814-33 (Related document(s) 1149 Document filed by Interested Party REORGANIZED DEBTORS.) (lme) (Entered: 11/16/2010) | 1318 | 11/16/10 |
| 8 9 10 | Transcript regarding Hearing Held on 11/04/2010. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Avtranz, Telephone number 602-263-0885. Purchasing Party: Kevin Anderson. Redaction Request Due By 12/15/2010. Redacted Transcript Submission Due By 12/27/2010. Transcript access will be restricted through 02/22/2011. (AVTRANZ) (Entered: 11/24/2010) | 1321 | 11/24/10 |
| 11 | Notice of Filing Official Transcript. (Related document(s) 1321 Transcript) (lme) (Entered: 11/29/2010) | 1322 | 11/29/10 |
| 12 13 14 | Notice of Appeal. Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES. Fee Amount $255 (Attachments: 1 Exhibit Doc 1318 Signed Order Sustaining Reorganized Debtors' Objection to James' Rhodes Entitlement to the Tax Claim Found in Proof of Claim No. 814-33)(ANDERSON, KEVIN) (Entered: 11/30/2010) | 1323 | 11/30/2010 |
| 15 16 | Election to Appeal to District Court . Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1323 Notice of Appeal filed by Creditor JAMES RHODES.)(ANDERSON, KEVIN) (Entered: 11/30/2010) | 1325 | 11/30/2010 |
| 17 | Appeal Reference Number 10-35 (Related document(s)1323 Notice of Appeal filed by Creditor JAMES RHODES.)(mkl) (Entered: 12/01/2010) | 1327 | 12/1/2010 |
| 18 19 | Notice of Referral of Appeal to USDC. Appeal Reference # 10-35 (Related document(s)1323 Notice of Appeal filed by Creditor JAMES RHODES.)(mkl) (Entered: 12/01/2010) | 1328 | 12/1/2010 |
| 20 | Transmittal Form (USDC). Appeal Reference # 10-35 (Related document(s)1323 Notice of Appeal filed by Creditor JAMES RHODES.)(mkl) (Entered: 12/01/2010) | 1329 | 12/1/2010 |
| 21 22 | Appeal Memorandum (USDC). Appeal Reference # 10-35 (Related document(s)1323 Notice of Appeal filed by Creditor JAMES RHODES.)(mkl) (Entered: 12/01/2010) | 1330 | 12/1/2010 |
| 23 24 25 | Statement of Issues. Appeal Reference # 10-35 U.S. District Court # 2:10-cv-02101 Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1323 Notice of Appeal filed by Creditor JAMES RHODES, 1325 Election to Appeal filed by Creditor JAMES RHODES.)(ANDERSON, KEVIN) (Entered: 12/10/2010) | 1336 | 12/10/2010 |
| 26 | Transmittal of Record for Preliminary Hearing to District Court . Appeal Reference # 10-35 U.S. District Court # 2:10-cv-02101 Filed by | 1337 | 12/10/2010 |

| | | | |
|---|---|---|---|
| | KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1323 Notice of Appeal filed by Creditor JAMES RHODES, 1325 Election to Appeal filed by Creditor JAMES RHODES.)(ANDERSON, KEVIN) (Entered: 12/10/2010) | | |
| | USDC Appeal Court Case# 10-cv-02101-GMN -RJJ (Related document(s) 1323 Notice of Appeal filed by Creditor JAMES RHODES.)(mkl) (Entered: 12/16/2010) | 1341 | 12/16/2010 |
| | Virtual Minute Entry in reference to hearing On: 12/17/2010 | 1342 | 12/17/2010 |
| | Stipulation By JAMES RHODES and Between The Reorganized Debtors and Order to Stay Proceedings with Proposed Order Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (ANDERSON, KEVIN) Modified on 12/27/2010 to add with proposed order (DeVaney, HA). (Entered: 12/23/2010) | 1346 | 12/23/2010 |
| | Stipulation and Order to Stay Proceedings (Related document(s)1346 Stipulation filed by Creditor JAMES RHODES.) (wml) (Entered: 01/03/2011) | 1350 | 1/3/2011 |
| | Final Order Re: Appeal. Appeal Reference # 10-.35 U.S. District Court # 10-cv-02101-GMN-GWF Close Appeal 5/18/2011. (Related document(s)1323 Notice of Appeal filed by Creditor JAMES RHODES.)(mag) (Entered: 04/20/2011) | 1394 | 4/19/2011 |
| | Motion to Reconsider Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33 Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1318 Order Re: Objection to Claim)(ANDERSON, KEVIN) (Entered: 06/02/2011) | 1428 | 6/2/2011 |
| | Support Memorandum of Law in Support Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1428 Motion to Reconsider filed by Creditor JAMES RHODES) (ANDERSON, KEVIN) (Entered: 06/02/2011) | 1429 | 6/2/2011 |
| | Notice of Hearing Hearing Date: 08/02/2011 Hearing Time: 10:30 a.m. Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1428 Motion to Reconsider filed by Creditor JAMES RHODES) (ANDERSON, KEVIN) (Entered: 06/06/2011) | 1430 | 6/6/2011 |
| | Hearing Scheduled/Rescheduled. Hearing scheduled 8/2/2011 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s)1428 Motion to Reconsider filed by Creditor JAMES RHODES) (lme) (Entered: 06/07/2011) | 1431 | 6/7/2011 |
| | Supplement *James M. Rhodes' Memorandum of Law in Support of His Opposition to Reorganized Debtors' Objection to the Greenway Partners Claim Found in Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1176 Opposition filed by Creditor JAMES RHODES) (Attachments: 1 Exhibit A - Rhodes Declaration2 Exhibit B - Relevant Pages Main Amundson Report3 Exhibit C - Debtors' Pre-Petition Books and Records4 Exhibit D - Relevant Pages Main Amundson Report5 Exhibit E - Copies Debtors' Pre-Petition Books and Records6 Exhibit F - Relevant Pages Credit Agreement) (ANDERSON, KEVIN) (Entered: 07/19/2011) | 1463 | 7/19/2011 |
| | Declaration Of: Paul D. Huygens *in Support of James M. Rhodes'* | 1464 | 7/19/2011 |

| | | | |
|---|---|---|---|
| 1 2 3 4 5 | *Supplemental Memorandum of Law in Support of His Opposition to Reorganized Debtors' Objection to the Greenway Partners Claim Found in Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities* Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1463 Supplement filed by Creditor JAMES RHODES) (Attachments: 1 Exhibit A - Books and Records of Rhodes Home Arizona2 Exhibit B - Copies of Books and Records3 Exhibit C - Relevant Pages Credit Agreement) (ANDERSON, KEVIN) (Entered: 07/19/2011) | | |
| 6 7 8 | Opposition to James Rhodes' Motion to Reconsider Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33 Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s)1428 Motion to Reconsider filed by Creditor JAMES RHODES.) (LEATHAM, NILE) (Entered: 07/19/2011) | 1465 | 7/19/2011 |
| 9 10 11 | Objection to Claim 814-33 of James Rhodes in the amount of $10,598,000.00 (Reorganized Debtors' Objection to Rhodes' Greenway Partners Claim and Notice of Amendment of Schedules of Assets and Liabilities) Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Attachments: 1 Exhibit A2 Appendix B3 Exhibit C4 Exhibit D5 Exhibit E6 Exhibit F7 Exhibit G)(LEATHAM, NILE) (Entered: 07/19/2011) | 1466 | 7/19/2011 |
| 12 13 14 15 | Reply Memorandum of Law in Support of Motion to Reconsider Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No. 814-33 Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1465 Opposition filed by Interested Party REORGANIZED DEBTORS.) (Attachments: 1 Exhibit Attachment-Summary Chart) 1428 Motion to Reconsider) (ANDERSON, KEVIN) Modified on 7/27/2011 to relate to #1428 also (Fisher, MD). (Entered: 07/26/2011) | 1469 | 7/26/2011 |
| 16 17 18 | Reply Memorandum in Support of Reorganized Debtors' Objection to Rhodes' Greenway Partners Claim and Notice of Amendment of Schedules of Assets and Liabilities Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s)1466 Objection to Claim filed by Interested Party REORGANIZED DEBTORS.) (LEATHAM, NILE) (Entered: 07/26/2011) | 1470 | 7/26/2011 |
| 19 20 21 22 | Reply Memorandum in Support of Opposition to Reorganized Debtors' Objection to the Greenway Partners Claim Found in Proof of Claim No. 814-33 and Notice of Amendment of Schedules of Assets and Liabilities Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1466 Objection to Claim filed by Interested Party REORGANIZED DEBTORS.) (ANDERSON, KEVIN) 1176 Opposition filed by Anne Loraditch) Modified on 7/27/2011 to relate to #1176 also (Fisher, MD). (Entered: 07/26/2011) | 1472 | 7/26/2011 |
| 23 24 | Order Denying James Rhodes' Motion to Reconsider Order Sustaining Reorganized Debtors' Objection to James Rhodes' Entitlement to the Tax Claim Found in Proof of Claim No 814-33 (Related document(s) 1428) (lme) (Entered: 08/09/2011) | 1480 | 8/9/2011 |
| 25 26 | Notice of Filing Official Transcript. (Related document(s)1479 Transcript) (had) (Entered: 08/10/2011) | 1481 | 8/10/2011 |

| | | | |
|---|---|---|---|
| 1 2 3 | Scheduling Order Regarding the Greenway Partners Claim and the Scheduled Claims. Evidentiary Hearing scheduled for 12/5/2011 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. (Related document(s)1466 Objection to Claim filed by Interested Party REORGANIZED DEBTORS.) (lgb) (Entered: 10/13/2011) | 1571 | 10/13/2011 |
| 4 5 6 7 | Transcript regarding Hearing Held on 09/27/11. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Nile Leatham, Esq.. Redaction Request Due By 11/22/2011. Redacted Transcript Submission Due By 12/2/2011. Transcript access will be restricted through 01/30/2012. (CLINE TRANSCRIPTION SERVICES) (Entered: 11/01/2011) | 1589 | 11/1/2011 |
| 8 9 10 11 | Transcript regarding Hearing Held on 10/05/11. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: Kevin Anderson, Esq.. Redaction Request Due By 11/22/2011. Redacted Transcript Submission Due By 12/2/2011. Transcript access will be restricted through 01/30/2012. (CLINE TRANSCRIPTION SERVICES) (Entered: 11/01/2011) | 1590 | 11/1/2011 |
| 12 | Stipulation and Order Regarding the Briefing Schedule for the Greenway Partners Claim and the Scheduled Claims (lme) (Entered: 11/15/2011) | 1600 | 11/15/2011 |
| 13 14 15 | Supplement Memorandum of Law in Support of the Greenway Partners Claim, the Compensation Claim and the Sedora Claim Filed by KEVIN N. ANDERSON on behalf of JAMES RHODES (Related document(s)1600 Stipulated/Agreed Order) (ANDERSON, KEVIN) (Entered: 11/16/2011) | 1601 | 11/16/2011 |
| 16 17 18 | Stipulation By REORGANIZED DEBTORS and Between James M. Rhodes (Stipulation to Vacate the Briefing Schedule and Evidentiary Hearing Regarding the Greenway Partners Claim and the Scheduled Claims) Filed by SHLOMO S. SHERMAN on behalf of REORGANIZED DEBTORS (Related document(s)1466 Objection to Claim filed by Interested Party REORGANIZED DEBTORS) (SHERMAN, SHLOMO) (Entered: 11/22/2011) | 1606 | 11/22/2011 |
| 19 20 21 | Order Approving Stipulation to Vacate the Briefing Schedule and Evidentiary Hearing Regarding the Greenway Partners Claim and the Scheduled Claims (Related document(s)1606 Stipulation filed by Interested Party REORGANIZED DEBTORS.) (lme) (Entered: 11/22/2011) | 1607 | 11/22/2011 |
| 22 23 24 | Notice of Entry of Order Approving Stipulation to Vacate the Briefing Schedule and Evidentiary Hearing Regarding the Greenway Partners Claim and the Scheduled Claims with Certificate of Service Filed by SHLOMO S. SHERMAN on behalf of REORGANIZED DEBTORS (Related document(s)1607 Order Approving Stipulation) (SHERMAN, SHLOMO) (Entered: 11/22/2011) | 1609 | 11/22/2011 |
| 25 26 | Motion to Approve Compromise under Rule 9019 (Motion for Entry of an Order Approving Settlement Between James Rhodes and the Reorganized Debtors) with Proposed Order Filed by NILE LEATHAM | 1615 | 12/1/2011 |

| | | | |
|---|---|---|---|
| 1 | on behalf of REORGANIZED DEBTORS (LEATHAM, NILE) (Entered: 12/01/2011) | | |
| 2 | Declaration Of: Justin Bono in Support of Motion for Entry of an Order Approving Settlement Between James Rhodes and the Reorganized Debtors Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s)1615 Motion to Approve Compromise under Rule 9019 filed by Interested Party REORGANIZED DEBTORS) (LEATHAM, NILE) (Entered: 12/01/2011) | 1616 | 12/1/2011 |
| 3 | Notice of Hearing on Motion for Entry of an Order Approving Settlement Between James Rhodes and the Reorganized Debtors Hearing Date: 01/06/2012 Hearing Time: 9:30 a.m. Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s)1615 Motion to Approve Compromise under Rule 9019 filed by Interested Party REORGANIZED DEBTORS) (LEATHAM, NILE) (Entered: 12/01/2011) | 1617 | 12/1/2011 |
| | Hearing Scheduled/Rescheduled. Hearing scheduled 1/6/2012 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s)1615 Motion to Approve Compromise under Rule 9019 filed by Interested Party REORGANIZED DEBTORS) (mdf) (Entered: 12/02/2011) | 1618 | 12/2/2011 |
| | Certificate of Service Filed by NILE LEATHAM on behalf of REORGANIZED DEBTORS (Related document(s)1615 Motion to Approve Compromise under Rule 9019 filed by Interested Party REORGANIZED DEBTORS, 1616 Declaration filed by Interested Party REORGANIZED DEBTORS, 1617 Notice of Hearing filed by Interested Party REORGANIZED DEBTORS) (LEATHAM, NILE) (Entered: 12/02/2011) | 1619 | 12/2/2011 |
| | Order Approving Motion of the Reorganized Debtors for Entry of an Order Approving Settlement Betwen James Rhodes and the Reorganized Debtors (Related document(s) 1615) (lme) (Entered: 01/11/2012) | 1631 | 1/11/2012 |
| | Transcript regarding Hearing Held on 01/06/12. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Cline Transcription Services, Inc., Telephone number (702) 644-1123. Purchasing Party: David R. Hague, Esq.. Redaction Request Due By 02/13/2012. Redacted Transcript Submission Due By 02/23/2012. Transcript access will be restricted through 04/23/2012. (CLINE TRANSCRIPTION SERVICES) (Entered: 01/23/2012) | 1633 | 1/23/2012 |
| | Notice of Filing Official Transcript. (Related document(s)1633 Transcript) (lme) (Entered: 01/24/2012) | 1634 | 1/24/2012 |

DATED this 8th day of February, 2012.

/s/ David R. Hague
_____
Kevin N. Anderson
David R. Hague
FABIAN & CLENDENIN
*Attorneys for James M. Rhodes*

4842-3244-7758, v. 1