1   Name of Attorney  Justin H. Bell
2   Bar Number  4497848 (New York)
3   City  Brooklyn
4   State   New York
5   Phone #   212-872-8084
6   E-mail address  bellj@akingump.com
7
8                UNITED STATES BANKRUPTCY COURT
9                     DISTRICT OF NEVADA

10  In re:                                    )    Bankruptcy No. BK-S-09-14814-LBR
                                              )
11  THE RHODES COMPANIES, LLC,                )    Chapter No. 11
    aka "Rhodes Homes," et al.,               )
12                                            )    VERIFIED PETITION FOR
                                              )    PERMISSION TO PRACTICE
13               Reorganized Debtors.         )    IN THIS CASE ONLY BY
                                              )    ATTORNEY NOT ADMITTED
14  _____               )    TO THE BAR OF THIS COURT
                                              )
15  Affects:                                  )
                                              )
16  X       All Debtors                       )    EFFECTIVE NOVEMBER 1, 2011
                                              )    FILING FEE IS $200.00
17
18          Justin H. Bell
    _____, Petitioner, respectfully represents to the Court:
19
20      1.    That Petitioner resides in  Brooklyn          ,  New York          .
                                              (City)                  (State)
21
22      2.    That Petitioner is an attorney at law and a member of the law firm of _____
23  Akin Gump Strauss Hauer & Feld LLP                              with offices at
24  One Bryant Park                                                                      ,
                                (street address)
25  New York, New York           ,  10036    ,  212.872.8084              .
        (city)                       (zip code)      (area code + telephone number)
26      3.    That Petitioner has been retained personally or as a member of the law firm by
27  Reorganized Debtors
    _____ to provide legal representation in connection with
28             [client(s)]
    the above-entitled case now pending before this Court.

4.    That since <u>October 17, 2007</u>, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of <u>New York</u>
(state)
where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.                      Date Admitted

| | |
|---|---|
| U.S.D.C., Eastern District of New York | 1/1/2008 |
| U.S.D.C., Southern District of New York | 1/1/2008 |

6.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

7.  That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of ever denied admission):

None.

_____

_____

8.  That Petitioner is a member of good standing in the following Bar Associations:

New York State Bar

_____

_____

9.  Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 3, 2009 | No. 09-14778-LBR | Bankr. D. Nev. | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1          That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3    DATED: _2 / 9 / 2012_          _Justin H. Bell_

                                                   Petitioner's Signature

4
5    STATE OF _New York_      )

    COUNTY OF _Kings_       )

6
7        _Justin H. Bell_     , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                       _Justin H. Bell_

                                                   Petitioner's Signature

10    (SEAL)

11    Subscribed and sworn to before me this

12    _9_ day of _February_ , _2012_ .

13    _Melissa A Rudko (Melissa A Lynce)_

               Notary public

14
15            **MELISSA ANNE RUDKO**
       **Notary Public, State of New York**
16              **No. 01RU6218106**
        **Qualified in New York County**
      **Commission Expires May 24, 2014**

17
18
19
20
21
22
23
24
25
26
27
28

                                               4



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

---

**I, Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Justin Harris Bell** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **17 th** day of **October 2007,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **February 03, 2012.**

Clerk of the Court