| | |
|---|---|
| **KOLESAR & LEATHAM** | E-File: February 16, 2011 |
| NILE LEATHAM, ESQ. | |
| Nevada Bar No. 002838 | |
| SHLOMO S. SHERMAN, ESQ. | |
| Nevada Bar No. 009688 | |
| 400 South Rampart Boulevard, Suite 400 | |
| Las Vegas, NV 89145 | |
| Telephone: 702.362.7800 | |
| Facsimile: 702.362.9472 | |
| E-Mail: nleatham@klnevada.com | |
| ssherman@klnevada.com | |

*Attorneys for Reorganized Debtors*

and

| | |
|---|---|
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | JOHN A. DICICCO, ESQ. |
| PHILIP C. DUBLIN, ESQ. | Principal Deputy Assistant Attorney General |
| New York Bar No. 2959344 | VIRGINIA CRONAN LOWE, ESQ. |
| ABID QURESHI, ESQ. | Trial Attorney, Tax Division |
| New York Bar No. 2684637 | U.S. Department of Justice |
| One Bryant Park | P.O. Box 683 Ben Franklin Station |
| New York, NY 10036 | Washington, D.C. 20044-0683 |
| Telephone: 212.872.1000 | Telephone: 202.307.6484 |
| Facsimile: 212.872.1002 | E-mail: virginiacronan.lowe@usdoj.gov |
| E-Mail: pdublin@akingump.com | |
| aqureshi@akingump.com | Of Counsel: |
| | Daniel Bogden |
| | United States Attorney |
| *Attorneys for Reorganized Debtors* | *Attorneys for the United States of America* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes, et al.,"[1] | Chapter 11 |
| Debtors. | **JOINT AMENDED WITNESS LIST** |
| Affects: | Trial Date: March 5, 2012 |
| ☐ All Debtors | Trial Time: 9:30 a.m. |
| ☒ Affects the following Debtor(s): | Courtroom 1 |
| Bravo, Inc. 09-14825 | |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-

**TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:**

The above-captioned debtors (collectively, the "Reorganized Debtors") and the United States (together with the Reorganized Debtors, the "Parties") submit the following joint amended witness list (the "Joint Amended Witness List"). The Joint Amended Witness List amends the witness list as set forth in the joint pre-trial statement submitted by the Parties on January 26, 2012, by adding three additional witnesses expected to be presented.

The Reorganized Debtors expect to present at trial the following witnesses:

1. Dean Griffith

    7540 Red Cinder Street, Las Vegas, NV 89131

2. Jim Bevan

    8268 Avens Place, Las Vegas, NV 89117

The United States expects to present at trial the following witnesses:

3. Pamela Garner

    4670 Hoeker Way, Las Vegas, NV 89147

4. James Garner

    4670 Hoeker Way, Las Vegas, NV 89147

5. Sergio Juarez

    2636 Bed Knoll Ct., Las Vegas, NV 89031

6. Marlene Marcus

    1109 Sulpher Springs, Unit 101, Las Vegas, NV 89128

///

---

14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

7. Jorge Fernandez

    6370 North Grand Canyon Drive, Las Vegas, NV 89149

8. George Rodriguez

    7487 Majestic Bay Street, Las Vegas, NV 89131

DATED February 16, 2012.

| | |
|---|---|
| **KOLESAR & LEATHAM** | JOHN A. DICICCO |
| | Principal Deputy Assistant Attorney General |
| /s/ *signature* | |
| NILE LEATHAM, ESQ. | /s/ *Virginia Cronan Lowe* |
| Nevada Bar No. 002838 | VIRGINIA CRONAN LOWE |
| SHLOMO S. SHERMAN, ESQ. | Trial Attorney, Tax Division |
| Nevada Bar No. 009688 | U.S. Department of Justice |
| 400 South Rampart Boulevard, Suite 400 | P.O. Box 683 Ben Franklin Station |
| Las Vegas, NV 89145 | Washington, D.C. 20044-0683 |
| | |
| -and- | Of Counsel: |
| | DANIEL BOGDEN |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | United States Attorney |
| PHILIP C. DUBLIN, ESQ. | *Attorneys for the United States of America* |
| New York Bar No. 2959344 | |
| ABID QURESHI, ESQ. | |
| New York Bar No. 2684637 | |
| One Bryant Park | |
| New York, NY 10036 | |
| | |
| *Attorneys for Reorganized Debtors* | |

3