# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number 09–14814–lbr
Chapter 11
Appeal Reference Number 12–05
BAP Number
USDC Number 12–cv–00139–LRH–VCF

In re:
THE RHODES COMPANIES, LLC
               Debtor(s).

---

JAMES M. RHODES , Appellant(s)

vs

REORGANIZED DEBTORS , Appellee(s)

---

## CERTIFICATE OF READINESS

TO:  ☐ CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
      ☒ CLERK OF THE UNITED STATES DISTRICT COURT

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete. The record will be so transmitted upon request from the Clerk of the United States District Court.

Dated: 2/24/12

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court