JOHN A. DICICCO
Principal Deputy Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
Daniel Bogden
United States Attorney

Attorneys for the United States of America

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) BK-S-09-14814 LBR |
| | ) (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka | ) Chapter 11 |
| Rhodes Homes, et al., | ) |
| | ) Trial Date: March 5, 2012 |
| Debtors. | ) Time: 9:30 a.m. |
| | ) |

SECOND DECLARATION OF VIRGINIA CRONAN LOWE

I, Virginia Cronan Lowe, pursuant to 28 U.S.C. § 1746, hereby declare that:

1. I am an attorney with the United States Department of Justice, Tax Division located at Washington, D.C. I have been assigned to the above-captioned matter and am in possession of the Department of Justice files concerning this matter. I have reviewed the Department of Justice files in my possession in making the representations below.

2. Attached hereto as U.S. Exhibit 1 is a true and correct copy of Criminal Indictment Third Superceding filed on November 20, 2007 in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) (Dkt. No. 1671) that I printed from the United States District Court for the District of Nevada's electronic case filing system.

3. Attached hereto as U.S. Exhibit 2 is a true and correct copy of Judgment In A Criminal Case filed

in *United States v. Robert David Kahre, et al,* Case No. 2:05-cr-121-DAE-RJJ (D. Nevada) (Dkt. No. 2615), that I printed from the United States District Court for the District of Nevada's electronic case filing system.

DATED this 27th day of February, 2012.

JOHN A. DICICCO
Principal Deputy Assistant Attorney General

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

Of Counsel:
DANIEL BOGDEN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing SECOND DECLARATION OF VIRGINIA CRONAN LOWE has been made this 27th day of February, 2012, using the Court's CM/ECF system to:

    Nile Leatham, Esq. at nleatham@klnevada.com
    Abid Qureshi, Esq., at aqureshi@akingump.com

    /s/ Virginia Cronan Lowe
    VIRGINIA CRONAN LOWE
    Trial Attorney, Tax Division
    U.S. Department of Justice