**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
311 South Division Street
Carson City, NV 89703

800 592 9023 tel
www.ctcorporation.com

'12 APR 16 P1:59

U.S.
MA

April 10, 2012

Zachariah Larson
10001 Park Run Drive,,
Las Vegas, NV 89145

Re: In Re: The Rhodes Companies, LLC // To: American Express Company

Case No. 0914814LBR

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company of Nevada as the purported agent for service of process for American Express Company

American Express Company is inactive on the records of the State NV. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Misty Guasch
CT Rep

Log# 520300786

FedEx Tracking# 793447556778

cc: District of Nevada - U.S. Bankruptcy Court
    300 Las Vegas Blvd South,
    Las Vegas, NV 89101

# United States Bankruptcy Court
## District of Nevada

Case No. 09-14814-lbr
Chapter 11

In re:
THE RHODES COMPANIES, LLC

## NOTICE OF FILING OFFICIAL TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Please take notice that a transcript has been filed on April 3, 2012 for the proceeding held on 3/5/2012. The deadline for filing a *Request for Redaction* is April 24, 2012.

If a Request for Redaction is filed, the redacted transcript is due May 4, 2012. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is July 2, 2012, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the CM/ECF Help Desk at 1-866-232-1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 4/3/12

BY THE COURT

Mary A. Schott

Mary A. Schott
Clerk of the Bankruptcy Court

THU-S9505 0978-2 mscrpt 09-14814
ZACHARIAH LARSON
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

017160 17160 1 AT 0.371 89703 5 6 6982-0-17160
AMERICAN EXPRESS COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703-4202