RECEIVED & FILED

'12 APR 26 P4 :02

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re:

THE RHODES COMPANIES, LLC

                          Debtor(s).

Bankruptcy No.:09-14814
Chapter 11

NOTICE & ORDER AUTHORIZING DESTRUCTION OF EXHIBITS PURSUANT TO LOCAL RULE 5003(b)(5)

Hearing Date: March 5, 2012
Hearing Time: 11:00 a.m.
Continued Date: April 26, 2012
Continued Time: 9:30 a.m.

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 5003(b)(5) that if the exhibits received in this case regarding __Trial re: Objection to Claim of the Internal Revenue Service__ are not withdrawn twenty-one (21) days after the time for appeal has expired, the clerk, upon closing of the case, will destroy or make other disposition as the court may direct of any such exhibits without further notice.

Date:__4/26/12_____

BY THE COURT
Mary A. Schott, Clerk

_Darla Sharp_
Bankruptcy Deputy Clerk

Noticed to:

**ABID QURESHI**
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

**VIRGINIA CRONAN LOWE**
U.S. DEPT OF JUSTICE, TAX DIVISION
POB 683
BEN FRANKLIN STATION
WASHINGTON, DC 20044

Exh. Log # 12-018