United States Bankruptcy Court
District of Nevada

In re:  
THE RHODES COMPANIES, LLC  
    Debtor

Case No. 09-14814-lbr  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0978-2     User: marroccom     Page 1 of 3     Date Rcvd: Apr 26, 2012  
                          Form ID: pdf985     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2012.  
aty        +ABID QURESHI,  AKIN GUMP STRAUSS HAUER & FELD LLP,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2012**                          **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 0978-2           User: marroccom            Page 2 of 3            Date Rcvd: Apr 26, 2012
                               Form ID: pdf985           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2012 at the address(es) listed below:

```
              ANNE M. LORADITCH     on behalf of Creditor JAMES RHODES aloraditch@foxrothschild.com,
               pkois@foxrothschild.com;ldupree@foxrothschild.com;rdittrich@foxrothschild.com
              BART K. LARSEN     on behalf of Creditor  Reef Colonial, LLC blarsen@klnevada.com,
               jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
              BRETT A. AXELROD     on behalf of Creditor  SAGEBRUSH ENTERPRISES, INC. baxelrod@foxrothschild.com,
               pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com
              BRIAN D. SHAPIRO     on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               bshapiro@brianshapirolaw.com,
               ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapi
               rolaw.com;jessie@brianshapirolaw.com
              CAROL L. HARRIS     on behalf of Creditor   In re Kitec Fitting Litigation Class Plaintiffs
               c.harris@kempjones.com,   ade@kempjones.com
              CONOR P. FLYNN     on behalf of Creditor   COMMERCE ASSOCIATES, LLC cflynn@jonesvargas.com
              DAMON K. DIAS    on behalf of Creditor   X-It at 215, LLC ddias@diaslawgroup.com,
               bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com
              DAVID A. COLVIN     on behalf of Creditor   DANA KEPNER COMPANIES, LLC dcolvin@maclaw.com,
               mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
              DAVID R HAGUE     on behalf of Creditor JAMES RHODES dhague@fabianlaw.com,   dromero@fabianlaw.com
              DONALD H. WILLIAMS     on behalf of Creditor   Westar Kitchen & Bath, LLC
               DonaldHWilliamsLaw@gmail.com,   taylorsellers@gmail.com
              EDWARD M. MCDONALD     on behalf of U.S. Trustee   U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov
              ELIZABETH E. STEPHENS     on behalf of Attorney   SULLIVAN HILL LEWIN REZ & ENGEL
               stephens@sullivanhill.com,
               calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.c
               om;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.c
               om;ggarcia@sullivanhill.com
              ERIC  RANSAVAGE     on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com,
               agutierrez@ssllplaw.com
              ERIC D. MADDEN     on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               emadden@diamondmccarthy.com,   cburrow@diamondmccarthy.com
              GREGORY F WILSON     on behalf of Witness  SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
               gfwilson@wilsonquint.com,   pwilson@wilsonquint.com
              J. THOMAS BECKETT     on behalf of Creditor   CREDITORS COMMITTEE ECF@parsonsbehle.com
              JACOB J ROBERTS     on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               jroberts@diamondmccarthy.com,   cburrow@diamondmccarthy.com
              JAMES D. GREENE     on behalf of Plaintiff EUGENE DAVIS jgreene@greeneinfusolaw.com,
               fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
              JANET L. CHUBB     on behalf of Creditor   COMMERCE ASSOCIATES, LLC bsalinas@armstrongteasdale.com
              JANIECE S MARSHALL     on behalf of Creditor   STANLEY CONSULTANTS, INC.
               car@amclaw.com;crb@amclaw.com;csh@amclaw.com
              JEANETTE E. MCPHERSON     on behalf of Defendant   KB HOME NEVADA, INC. bkfilings@s-mlaw.com
              JEFFREY D. OLSTER     on behalf of Creditor   HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
               sallade@lbbslaw.com
              JEFFREY R. SYLVESTER    on behalf of Creditor   CREDIT SUISSE, CAYMAN ISLANDS BRANCH
               jeff@sylvesterpolednak.com,   gina@sylvesterpolednak.com
              KEITH S. KNOCHEL     on behalf of Creditor VALERIE SILVAS law@lawyersinarizona.com,
               bank@lawyersinarizona.com
              KEVIN N. ANDERSON     on behalf of Creditor JAMES RHODES kanderson@fabianlaw.com,
               sburdash@fabianlaw.com
              KIRBY C. GRUCHOW     on behalf of Creditor   NEVADA POWER COMPANY hkelley@leachjohnson.com
              LORI  BROWN     on behalf of Creditor   Las Vegas Supply, Inc. minute@legalcounselors.com
              MARK R. SOMERSTEIN     on behalf of Creditor   WELLS FARGO BANK, N.A. mark.somerstein@ropesgray.com
              MARVIN C. RUTH     on behalf of Creditor   CEMEX CONSTRUCTION MATERIALS SOUTH, LLC MRuth@LRLaw.com
              MICHAEL  YODER     on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               myoder@diamondmccarthy.com,   cburrow@diamondmccarthy.com
              MICHAEL B WIXOM     on behalf of Interested Party  MUTUAL OF OMAHA BANK mbw@slwlaw.com,
               ef@slwlaw.com
              NATALIE M. COX     on behalf of Interested Party   REORGANIZED DEBTORS ncox@klnevada.com,
               bankruptcy@klnevada.com;kdunn@klnevada.com
              NILE  LEATHAM     on behalf of Creditor   STEERING COMMITTEE OF SENIOR SECURED LENDERS
               nleatham@klnevada.com,   ckishi@klnevada.com,bankruptcy@klnevada.com
              OMNI MANAGEMENT GROUP, LLC (bo)     bosborne@omnimgt.com,   sewing@omnimgt.com
              PHILIP R. BYRNES     on behalf of Creditor   CITY OF LAS VEGAS PBYRNES@LASVEGASNEVADA.GOV,
               CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGA
               SNEVADA.GOV
              PHILIP S. GERSON     on behalf of Creditor   CLARK COUNTY banknv@rocgd.com,   mburgener@rocgd.com
              REW R. GOODENOW     on behalf of Creditor   CREDITORS COMMITTEE ecf@parsonsbehle.com
              ROBERT R. KINAS     on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORPORATION
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@s
               wlaw.com;docket_las@swlaw.com
              RODNEY M. JEAN     on behalf of Creditor   Credit Suisse, Cayman Islands Branch
               RJEAN@LIONELSAWYER.COM,   gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com
              ROSA  SOLIS-RAINEY     on behalf of Defendant   DELOITTE & TOUCHE LLP rsr@morrislawgroup.com,
               bkv@morrislawgroup.com
              SHIRLEY S. CHO     on behalf of Debtor   THE RHODES COMPANIES, LLC scho@pszjlaw.com
              SHLOMO S. SHERMAN     on behalf of Interested Party   REORGANIZED DEBTORS ssherman@klnevada.com,
               bankruptcy@klnevada.com;bbroussard@klnevada.com
```

```
District/off: 0978-2          User: marroccom              Page 3 of 3                   Date Rcvd: Apr 26, 2012
                              Form ID: pdf985              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              SUSAN L. MYERS    on behalf of Creditor   Credit Suisse, Cayman Islands Branch smyers@lacsn.org,
               emontes@lacsn.org;bklsclv@lionelsawyer.com
              THOMAS E. CROWE    on behalf of Creditor SHANE SMITH tcrowelaw@yahoo.com
              TIMOTHY P. THOMAS    on behalf of Creditor    STEERING COMMITTEE OF SENIOR SECURED LENDERS ,
               veralynn@tthomaslaw.com
              TRACY A. DIFILLIPPO    on behalf of Creditor    COMMERCE ASSOCIATES, LLC tdifillippo@jonesvargas.com,
               enunez@jonesvargas.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
              VIRGINIA CRONAN LOWE    on behalf of Creditor    UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
               virginiacronan.lowe@usdoj.gov,    Western.Taxcivil@usdoj.gov
              ZACHARIAH  LARSON    on behalf of Debtor    APACHE FRAMING, LLC cshurtliff@maclaw.com,
               sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com
                                                                                             TOTAL: 49
```

RECEIVED & FILED

'12 APR 26 P4 :02

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

THE RHODES COMPANIES, LLC

              Debtor(s).

Bankruptcy No.:09-14814
Chapter 11

NOTICE & ORDER AUTHORIZING
DESTRUCTION OF EXHIBITS
PURSUANT TO LOCAL RULE 5003(b)(5)

Hearing Date: March 5, 2012
Hearing Time: 11:00 a.m.
Continued Date: April 26, 2012
Continued Time: 9:30 a.m.

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 5003(b)(5) that if the exhibits received in this case regarding __Trial re: Objection to Claim of the Internal Revenue Service__ are not withdrawn twenty-one (21) days after the time for appeal has expired, the clerk, upon closing of the case, will destroy or make other disposition as the court may direct of any such exhibits without further notice.

Date:__4/26/12_____

BY THE COURT
Mary A. Schott, Clerk

/s/ Darla Sharp
Bankruptcy Deputy Clerk

Noticed to:

**ABID QURESHI**
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

**VIRGINIA CRONAN LOWE**
U.S. DEPT OF JUSTICE, TAX DIVISION
POB 683
BEN FRANKLIN STATION
WASHINGTON, DC 20044

Exh. Log # 12-018