MORRIS LAW GROUP
Rosa Solis-Rainey, Bar No. 7921
Email: rsr@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone No.:   (702) 474-9400
Facsimile No.:    (702) 474-9422

Electronically Filed May 2, 2012

Attorneys for Deloitte & Touche LLP
and Deloitte Tax, LLP

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) BK No. BK-S-09-14814-LBR |
| | ) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | ) **REQUEST TO REMOVE COUNSEL FROM SERVICE LIST** |
| Debtor(s). | ) |

The undersigned counsel respectfully asks that the Clerk of the Court be permitted to remove Rosa Solis-Rainey, Nevada Bar No. 7921, from the Court's CM/ECF service list for this case.

Deloitte & Touche LLP and Deloitte Tax, LLP, were defendants in a related adversary action in Bankruptcy Court entitled EUGENE I. DAVIS, AS TRUSTEE OF THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, et al., Plaintiffs, v. DELOITTE & TOUCHE LLP and DELOITTE TAX, LLP, Defendants, Adversary No. 11-01103-LBR. The undersigned counsel was attorney-of-record for defendants. Since that

case has settled and the Court closed the case on March 14, 2012, there is no reason for Ms. Solis-Rainey to remain on the service list.

MORRIS LAW GROUP


By: /s/ Rosa Solis-Rainey
Rosa Solis-Rainey, Bar No. 7921
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Deloitte & Touche LLP and Deloitte Tax, LLP