MORRIS LAW GROUP
Rosa Solis-Rainey, Bar No. 7921
Email: rsr@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Electronically Filed May 2, 2012

Attorneys for Deloitte & Touche LLP
And Deloitte Tax LLP

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES LLC, et al.,

      Debtors.

Case No.: 09-14814 (LBR)

Chapter 11

## CERTIFICATE OF SERVICE

1. On May 2, 2012, I served the following document(s):

**REQUEST TO REMOVE COUNSEL FROM SERVICE LIST**

2. I served the above-named documents by the following means to the person(s) as listed below:

☒ **a. ECF System and/or via Electronic Mail**

See attached Notice of Electronic Filing

☐  b.  United States mail, postage fully prepaid

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 2, 2012

                                        /s/ Brenda Valzez
                                        An Employee of Morris Law Group

**File a Motion:**

09-14814-lbr THE RHODES COMPANIES, LLC
Type: bk           Chapter: 11 v           Office: 2 (Las Vegas)
Assets: y          Judge: lbr
Case Flag: JNTADMN, LEAD, BAPCPA, CLMAGT, APPEAL, EXHS

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from ROSA SOLIS-RAINEY entered on 5/2/2012 at 4:00 PM PDT and filed on 5/2/2012
**Case Name:**       THE RHODES COMPANIES, LLC
**Case Number:**     09-14814-lbr
**Document Number:** 1695

**Docket Text:**
Motion To Remove Name from E-Mail Service List Filed by ROSA SOLIS-RAINEY on behalf of Deloitte Tax, LLP, Deloitte & Touche LLP (SOLIS-RAINEY, ROSA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Req Remove from E-Serv List.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/2/2012] [FileNumber=22326078-0]
[71adacdb6113a7c1ad1b7e7a5d9f0cb01a16a92780941e6eba0336a233747e360b9e
bea9905905d2e4d831d0adc3d20f9f964d1dc16939571be9cb1770334b85]]

**09-14814-lbr Notice will be electronically mailed to:**

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.G

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@jonesvargas.com, enunez@jonesvargas.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@jonesvargas.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com;ldupree@foxrothschild.com;rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
car@amclaw.com;crb@amclaw.com;csh@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;jessie@brianshapirolaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com, bkv@morrislawgroup.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
stephens@sullivanhill.com,
calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.com;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanh

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com, gina@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
gfwilson@wilsonquint.com, pwilson@wilsonquint.com

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

09-14814-lbr Notice will not be electronically mailed to:

ACCELERON GROUP
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

ALVAREZ & MARSAL NORTH AMERICA, LLC
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

AMERICAN EXPRESS COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

Kevin N. Anderson on behalf of Creditor JAMES RHODES
Fabian & Clendenin
601 S. 10th Street
Suite 102
Las Vegas, NV 89101

F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

BANCROFT SUSA & GALLOWAY P.C.
ATTN: PAUL D. BANCROFT
3955 E. FT. LOWELL DRIVE, #115
TUCSON, AZ 85712

BANK OF OKLAHOMA
ATTN: ANY OFFICER OR DIRECTOR
5727 S. LEWIS AVENUE
TULSA, OK 74105-7119

BLEEKER'S BOXES
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

BNY MELLON F/K/A THE BANK OF NEW YORK
ATTN: ANY OFFICER OR DIRECTOR
ONE WALL STREET
NEW YORK, NY 10286

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DAVID J CABRAL
REGISTERED AGENT FOR:
AMERICAN COMMONWEALTH MORTGAGE COMPANY
536 E. ST. LOUIS AVE.
LAS VEGAS, NV 89104,

DEBRA CARRIGAN
7757 RADCLIFF STREET
LAS VEGAS, NV 89123

CHICAGO TITLE AGENCY OF NEVADA, INC.
BY & THRU ITS REGISTERED AGENT:
CORP. TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

COMMERCE TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT

NATIONAL REGISTERED AGENTS, INC.
2875 MICHELLE DR., STE. 100
IRVINE, CA 92606

CONSOLIDATED MORTGAGE COMPANY, LLC
BY AND THROUGH ITS REGISTERED AGENT
SHEA & CARLYON LTD.
701 E. BRIDGER AVE., STE. 850
LAS VEGAS, NV 89101

CT CORPORATION
311 S. DIVISION STREET
CARSON CITY, NV 89703

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

EBBIN MOSER + SKAGGS LLP
C/O DAVID E MOSER
550 MONTGOMERY ST., STE 900
SAN FRANCISCO, CA 94111

FIDELITY NATIONAL FINANCIAL, INC.
CT CORPORATION SYSTEM
BY AND THROUGH ITS REGISTERED AGENT
818 W. SEVENTH ST.
LOS ANGELES, CA 90017

FIRST AMERICAN TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
2730 GATEWAY OAKS DRIVE, STE. 100
SACRAMENTO, CA 95833

GIBSON DUNN & CRUTCHER LLP
ATTN: ANY OFFICER, PARTNER OR DIRECTOR
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
,

SHARELLE SNOW HENLE
12667 N GENTLE RAIN DRIVE
MARANA, AZ 85658

SARA M. HUCHINSON
REGISTERED AGENT FOR:
ALLIANCE MORTGAGE, LLC
11920 SOUTHERN HIGHLANDS PKWY, #101
LAS VEGAS, NV 89141

TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

Inc. Integrity Masonry
,

JOHN HANCOCK FREEEDOM 529
PO BOX 17603
BALTIMORE, MD 21297-1603

MEREDITH A. LAHAIE on behalf of Interested Party REORGANIZED DEBTORS
ONE BRYANT PARK

NEW YORK, NY 10036

HARRY LEAKE
2549 SHOWCASE DR
LAS VEGAS, NV 89134

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
SYLVESTER & POLEDNAK, LTD
7371 PRAIRIE FALCON, STE 120
LAS VEGAS, NV 89128

ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS
3811 W CHARLESTON BLVD, #110
LAS VEGAS, NV 89012

MASTEC NORTH AMERICA INC
C/O MICHELE LAINE, ESQ
800 SOUTH DOUGLAS RD., 12TH FLR
CORAL GABLES, FL 33134

MUTUAL OF OMAHA BANK
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

NEVADA STATE BANK
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

OMNI MANAGEMENT GROUP
16501 VENTURA BLVD., #440
ENCINO, CA 91436

PALECEK
PO BOX 225
RICHMOND, CA 94804

PRINCETON ADVISORY GROUP
PO BOX 89
4428 ROUTE 27, BLDG C, UNIT 1
KINGSTON, NJ 08528-1004

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS H AUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

GRETCHEN M. ROBITAILLE
8037 SILVER STREAK ST
LAS VEGAS, NV 89131

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, 3RD FLR
LAS VEGAS, NV 89101

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

SECURITY TITLE OF NEVADA, LLC
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 S. DIVISION STREET
CARSON CITY, NV 89703

SMS FINANCIAL LLC
RESIDENT AGENTS OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
711 S. CARSON ST., STE. 4
CARSON CITY, NV 89701

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

STATE OF NEVADA OFFICE OF THE STATE TREASURER

555 E. WASHINGTON AVE SUITE 4200
LAS VEGAS, NV 89101-1075

STEWART OCCHIPINTI, LLP
ATTN: ANY PRINCIPAL
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NY 10018

STEWART TITLE COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

THE LANDSCAPE CONNECTION TLC INC
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
1955 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

TOWN & COUNTRY BANK
BY & THRU ITS REGISTERED AGENT:
PHILIP M. BURNS
8620 W. TROPICANA AVENUE
LAS VEGAS, NV 89103

TRANSNATION TITLE AGENCY
ATTN: ANY OFFICER OR DIRECTOR
1500 EAST WOOLFORD ROAD
SHOW LOW, AZ 85901

UBS FINANCIAL SERVICES
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-b RENAISSANCE DRIVE
LAS VEGAS, NV 89119

US-Yellow
,

WELLS FARGO BANK, N.A.
CSC SERVICES OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

STEVEN YOULES
2305 WINDJAMMER WAY
LAS VEGAS, NV 89107

YUMA TITLE
ATTN: CARRIE SAFRANEK, MANAGER
11611 S. FOOTHILLS BLVD., #A
YUMA, AZ 85367-5845