Case 09-14814-gwz    Doc 1698    Entered 05/03/12 12:59:18    Page 1 of 2

*Mary A. Schott*
_____
Mary A. Schott
Clerk of Court



Entered on Docket
May 03, 2012
_____

MORRIS PETERSON
Rosa Solis-Rainey, Bar No. 7921
Email: rsr@morrislawgroup.com
Jean-Paul Hendricks, Bar No. 10079
Email: jph@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone: (702) 474-9400
Facsimile:   (702) 474-9422

Attorneys for Defendants Deloitte & Touche LLP
and Deloitte Tax LLP

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| THE RHODES COMPANIES LLC, et al, | Case No.: 09-14814 (LBR) |
| Debtors. | **ORDER** |
| | Request to Remove from Service List |

      This matter is before the Court on non-parties Deloitte & Touche LLP and Deloitte Tax, LLP's Request to Remove Counsel from Service List (#1695), filed May 2, 2012.  Deloitte & Touche LLP and Deloitte Tax, LLP,

1

1  were defendants in a related adversary action in Bankruptcy Court entitled
2  EUGENE I. DAVIS, AS TRUSTEE OF THE LITIGATION TRUST OF THE
3  RHODES COMPANIES, LLC, et al., Plaintiffs, v. DELOITTE & TOUCHE
4  LLP and DELOITTE TAX, LLP, Defendants, Adversary No. 11-01103-LBR.
5  That matter settled and the Court closed the case on March 14, 2012.
6      IT IS HEREBY ORDERED that non-parties Deloitte & Touche LLP
7  and Deloitte Tax, LLP's Request to Remove Counsel From Service
8  List (#1695) is **granted**. The Clerk of the Court shall terminate Deloitte &
9  Touche LLP and Deloitte Tax, LLP as interested parties in this action and
10 remove their counsel, Rosa Solis-Rainey, Nevada Bar No. 7921, from the
11 CM/ECF service list.

###