# Exhibit A

Recording Requested by:
First American Title Insurance Agency of Mohave, Inc.

When recorded mail to:
American Land Management, LLC
4730 S. Fort Apache Rd Suite 300
Las Vegas, NV 89147



MICROFILMED

2005143646 BK 6022 PG 800
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
12/22/2005 11:26A PAGE 1    OF 2
FIRST AMERICAN TITLE INS CO
RECORDING FEE 14.00

*Exempt ARS II 1134B2*

# SPECIAL WARRANTY DEED

(Trust)

File No. **292-4356992 (pib)**

2006002365 BK 6048 PG 209
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
01/09/2006 04:10P PAGE 1    OF 2
FIRST AMERICAN TITLE INS CO
RECORDING FEE 14.00

Trust No. **4315**

For the consideration of TEN AND NO/100 DOLLARS, and other valuable considerations, **FIRST AMERICAN TITLE INSURANCE AGENCY OF MOHAVE INC., AN ARIZONA CORPORATION**, as TRUSTEE, under Trust No. **4315**, and not personally the GRANTOR herein, does hereby convey to

**American Land Management, LLC, a South Dakota limited liability company**, the GRANTEE,

the following described property situate in **Mohave** County, **Arizona**:

Township ~~23~~ 24 North, Range 14 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona:

That part of Section 31 lying South of the Southerly right-of-way line of the Atchison, Topeka and Santa Fe Railway:

EXCEPT the station grounds of the Atchison, Topeka and Santa Fe Railway Company:

EXCEPT THEREFROM all coal, oil, gas and mineral deposits as reserved in instrument recorded in Book 75 of Deeds, Page 329.

EXCEPT an undivided one-half interest in all unreserved minerals, as reserved in Deed recorded in Book 289 of Deeds, Page 332.

THIS DEED BEING RE-RECORDED TO CORRECT SECTIONAL
The disclosure of trust beneficiaries is recorded in **BOOK 1628 PAGE 190**.

**Subject To:**   Existing taxes, assessments, covenants, conditions, restrictions, rights of way and easements of record.

And the GRANTOR binds itself and its successors to warrant the title as against its acts and none other, subject to the matters set forth.

DATED: December 22, 2005

**First American Title Insurance Agency of Mohave, Inc.**,
as TRUSTEE, and not personally,

By: *Patricia O. Stalhut*
**Patricia Stalhut, Trust Officer**, Trust Officer

A.P.N.:

Warranty Deed - continued

File No.: **292-4356992 (plb)**

STATE OF   AZ                          )
                                       )ss.
County of   _Mohave                    )

PAGE 2   OF 2
BK 6022 PG 801   FEE#2005143646

On _December 22,2005_____, before me, the undersigned Notary Public, personally appeared
**PATRICIA STALHUT** __, personally known to me (or proved to me on the basis of satisfactory evidence) to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies) and that his/her/their signature(s) on the
instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

My Commission Expires:

Notary Public

"OFFICIAL SEAL"
Deborah L. Terlosky
Notary Public-Arizona
Mohave County
My Commission Expires 2/21/07

PAGE 2   OF 2
BK 6048 PG 210   FEE#2006002365

# Exhibit B



RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
7345 S DURANGO DR, #B107-147
LAS VEGAS, NV 89113

ESCROW NO.: 01509983 - 270 - JP6

2006007103 BK 6069 PG 542
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
01/23/2006 03:57P PAGE 1    OF 2
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Kristina Voordeckers, a married woman, as her sole & separate property and Eric Voordeckers, a married man, as his sole & separate property** , each who was unmarried at the time of acquisition being April, 10 1984.
do/does hereby convey to

**South Dakota Conservancy, LLC, a South Dakota limited liability company**
the following real property situated in Mohave County, ARIZONA:

**Lot 31, GATEWAY ACRES, Tract 8, Section 1, according to the Plat thereof recorded March 12, 1930, in the office of the Recorder of Mohave County, Arizona**

**EXCEPT all gas, oil and minerals as reserved in Deed recorded in Book 56 of Deeds, page 402, records of Mohave County, Arizona.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: December 28, 2005

**SELLERS:**

Kristina Voordeckers

Eric Voordeckers

State of UTAH
County of DAVIS          } SS:

On JAN. 3          , 2006 before me personally appeared **Kristina Voordeckers and Eric Voordeckers** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: 2/25/2007

NOTARY PUBLIC
JOE S JACKSON
2275 W 2300 S
Syracuse, UT 84075
My Commission Expires Feb. 25, 2007
State of Utah

**Exhibit A Legal Description**

PAGE 2  OF 2
BK 6069 PG 543   FEE#2006007103

Lot 31, GATEWAY ACRES, Tract 8, Section 1, according to the Plat thereof recorded March 12, 1930, in the office of the Recorder of Mohave County, Arizona

EXCEPT all gas, oil and minerals as reserved in Deed recorded in Book 56 of Deeds, page 402, records of Mohave County, Arizona.



DOR Form 82162

(Revised 5/2003)

# Exhibit C



RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
7345 S DURANGO DR, #B107-147
LAS VEGAS, NV 89113

ESCROW NO.: 01509979 - 270 - JP6

2006005189 BK 4060 PG 726
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
01/18/2006 10:49A PAGE 1    OF 1
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Darrin Stewart Egly, a single person**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

**The Southeast quarter of the Northeast quarter of Section 13, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;**

> **EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: December 28, 2005

**SELLER:**


_____
Darrin Stewart Egly


State of <u>Arizona</u>
County of <u>Mohave</u>          } SS:


On <u>Dec 28</u>, 2005 before me personally appeared <u>**Darrin Stewart Egly**</u>, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

OFFICIAL SEAL
SARAH STRAUBE
NOTARY PUBLIC - State of Arizona
MOHAVE COUNTY
My Comm. Expires June 14, 2009

_____
Notary Public
Commission Expires: <u>6/14/09</u>

# Exhibit D

3A

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01511575 - 270 - JP6

2006014833 BK 6103 PG 486
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
02/10/2006 10:48A PAGE 1    OF 3
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Michael D. Leifer, a married man as his sole and separate property and Robyn McRae, a married woman as her sole and separate property and Sandi Leifer Mines, a married woman as her sole and separate property**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota limited liability company**

the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 10, 2006

**SELLERS:**

_____           _____
Michael D. Leifer                                              Robyn McRae

_____
Sandi Leifer Mines

State of _New Jersey_
County of _Bergen_                    } SS:

On _January 17,_ _____, 2006, before me personally appeared **Michael D. Leifer**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

_____
Notary Public
Commission Expires: _____

MICHAEL J. MAYNARD
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 21, 2010

Escrow No.: **01511575 - 270 - JP6**

PAGE 2   OF 3
BK 6103 PG 487   FEE\$2006014833

State of _New Jersey_ }
County of _Bergen_ } SS:

On _January 17,_____, 2006, before me personally appeared **Robyn McRae** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

Notary Public
Commission Expires: _____

MICHAEL J. MARINARO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 21, 2010

State of _New Jersey_ }
County of _Bergen_ } SS:

On _January 17_____, 2006, before me personally appeared **Sandi Leifer Mines** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

Notary Public
Commission Expires: _____

MICHAEL J. MARINARO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 21, 2010

PAGE 3  OF 3
BK 6103 PG 488  FEE#2006014833

**Exhibit A**

<u>**PARCEL 1:**</u>

The Southeast quarter of the Northwest quarter of Section 27, township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found, upon or under said lands as reserved to Santa Fe Pacific Railroad Company as set out in Docket 17 page 32-38.

<u>**PARCEL 2:**</u>

The Southwest quarter of the Northwest quarter of Section 27, Township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found, upon or under said lands as reserved to Santa Fe Pacific Railroad Company as set out in Docket 17 page 32-38.


Unofficial Copy

# Exhibit E

**RECORDING REQUESTED BY**
Transnation Title Insurance Company
**AND WHEN RECORDED MAIL TO:**

**SOUTH DAKOTA CONSERVANCY, L.L.C**
4075 S. DUGANGO DRIVE
STE. 11 BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01510591 - 270 - JP6

PAGE: 1 of 8        FEE # 2006026777

**B:6157 P:317**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

3/15/06  4:17 PM  Fee: $19.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**David M. Neglia, a married man, as his sole & separate property and Joseph P. Neglia, a married man, as his sole &
separate property and Norma N. Moate, a married woman, as her sole & separate property and Diane C. Woznicki, a***
~~married woman, as her sole & separate property~~ and Lenora C. Lawrence, a married woman, as her sole & separate
property**        *and Lenora C. Lawrence as Personal Representatives of the Estate of
do/does hereby convey to        Orrie Steenland, deceased,

**South Dakota Conservancy, L.L.C, a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**The Northeast quarter of the Southeast quarter of Section 5, Township 25 North, Range 16 West, of the Gila and
Salt River Base and Meridian, Mohave County, Arizona;**

> **EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161,
> records of Mohave County, Arizona.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances,
liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 5, 2006

**SELLERS:**

_____
David M. Neglia

_____
Norma N. Moate by David M. Neglia, as Attorney-in-fact

_____
Joseph P. Neglia by David M. Neglia, as Attorney-in-fact

_____
Diane C. Woznicki

_____
Lenora C. Lawrence

2006026777    Page: 2 of 8

318

Escrow No.: **01510591 - 270 - JP6**

State of _____
County of _____ } SS:

On _____, 2006, before me personally appeared **David M. Neglia** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _2-26-09_

STEPHEN R. EDERSHEIM
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES FEBRUARY 26, 2009

State of _____
County of _____ } SS:

On _____, 2006, before me personally appeared Joseph P. Neglia by David M. Neglia, as Attorney-in-fact , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _2-26-09_

STEPHEN R. EDERSHEIM
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES FEBRUARY 26, 2009

State of _____
County of _____ } SS:

On _____, 2006, before me personally appeared Norma N. Moate by David M. Neglia, as Attorney-in-fact , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _2-26-09_

STEPHEN R. EDERSHEIM
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES FEBRUARY 26, 2009

State of _____
County of _____ } SS:

On _____, 2006, before me personally appeared **Diane Woznicki** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _____

State of _____
County of _____ } SS:

2006026777    Page: 3 of 8

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C
7345 S. DUGANGO DRIVE
#B 107-147
LAS VEGAS, NV 89113

ESCROW NO.: **01510591 - 270 - JP6**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**David M. Neglia, a married man, as his sole & separate property and Joseph P. Neglia, a married man, as his sole & separate property and Norma M.. Moate, a married woman, as her sole & separate property and Diane C. Woznicki,** ~~a married woman, as her sole & separate property~~ **and Lenora C. Lawrence, a married woman, as her sole & separate property** *and Lenora C. Lawrence as Personal Representatives of the Estate of* do/does hereby convey to    Orrie Steenland, deceased,

**South Dakota Conservancy, L.L.C, a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**The Northeast quarter of the Southeast quarter of Section 5, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona,**

**EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 5, 2006

**SELLERS:**

_____
David M. Neglia

_____
Joseph P. Neglia by David M. Neglia, as Attorney-in-fact

_____
Norma M.. Moate by David M. Neglia, as Attorney-in-fact

*Diane C. Woznicki* (signature)
_____
Diane C. Woznicki

_____
Lenora C. Lawrence

2006026777    Page: 4 of 8

County of_____ } SS:

On _____, 2006, before me personally appeared **David M. Neglia** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _____

State of_____
County of_____ } SS:

On _____, 2006, before me personally appeared **Joseph P. Neglia** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _____

State of_____
County of_____ } SS:

On _____, 2006, before me personally appeared **Norma L. Moate** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _____

State of_____
County of_____ } SS:

On _January 28_____, 2006, before me personally appeared **Diane Woznicki** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _6-19-08_

**VIRGINIA F. DeFINIS**
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires June 19, 2008

State of _New Jersey_
County of _____ } SS:

2006026777    Page: 5 of 8

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C
7345 S. DUGANGO DRIVE
#B 107-147
LAS VEGAS, NV 89113

ESCROW NO.: 01510591 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**David M. Neglia, a married man, as his sole & separate property and Joseph P. Neglia, a married man, as his sole & separate property and Norma M.. Moate, a married woman, as her sole & separate property and Diane C. Woznicki, a *** ~~married woman, as her sole & separate property~~ **and Lenora C. Lawrence, a married woman, as her sole & separate property**          *and Lenora C. Lawrence as Personal Representatives of the Estate of

do/does hereby convey to          Orrie Steenland, deceased,

**South Dakota Conservancy, L.L.C, a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**The Northeast quarter of the Southeast quarter of Section 5, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona.**

        **EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 5, 2006

**SELLERS:**

_____
David M. Neglia

_____
Norma M.. Moate by David M. Neglia, as Attorney-in-fact

_____
Joseph P. Neglia by David M. Neglia, as Attorney-in-fact

_____
Diane C. Woznicki

_____
Lenora C. Lawrence

2006026777    Page: 6 of 8

State of _New Jersey_
County of _Hunterdon_ } SS:

On _Jan. 30_ , 2006, before me personally appeared **David M. Neglia** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires:    MARIA C. GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires JUNE 26, 2007

State of_____
County of_____ } SS:

On _____, 2006, before me personally appeared **Joseph P. Neglia** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: _____

State of_____
County of_____ } SS:

On _____, 2006, before me personally appeared **Norma L. Moate** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: _____

State of_____
County of_____ } SS:

On _____, 2006, before me personally appeared **Diane Woznicki** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: _____

State of_____
County of_____ } SS:

Unofficial Copy

2006026777    Page: 7 of 8

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C
7345 S. DUGANGO DRIVE
#B 107-147
LAS VEGAS, NV 89113

ESCROW NO.: 01510591 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**David M. Neglia, a married man, as his sole & separate property and Joseph P. Neglia, a married man, as his sole & separate property and Norma M.. Moate, a married woman, as her sole & separate property and Diane C. Woznicki,** ~~married woman, as her sole & separate property~~ **and Lenora C. Lawrence, a married woman, as her sole & separate property     *and Lenora C. Lawrence as Personal Representatives of the Estate of** do/does hereby convey to     **Orrie Steenland, deceased,**

**South Dakota Conservancy, L.L.C, a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**The Northeast quarter of the Southeast quarter of Section 5, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;**

   **EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 5, 2006

SELLERS:

_____
David M. Neglia

_____
Joseph P. Neglia by David M. Neglia, as Attorney-in-fact

_____
Norma M.. Moate by David M. Neglia, as Attorney-in-fact

_____
Diane C. Woznicki

_____
Lenora C. Lawrence

2006026777    Page: 8 of 8

324

On ___Jan. 31_____, 2006, before me personally appeared **Lenora Lawrence**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: 03/31/2009

Unofficial Copy

**Exhibit F**

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY L.L.C.
4075 S. DURANGO DR. STE 111
LAS VEGAS, NV 89147

ESCROW NO.: 01513513 - 270 - JP6

2006013950 BK 6100 PG 78
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
02/08/2006 03:42P PAGE 1   OF 2
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Robert C. Toros, an unmarried man**

do/does hereby convey to

**South Dakota Conservancy L.L.C., a South Dakota Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 20, 2006

**SELLER:**

Robert C. Toros

State of Arizona
County of ~~Mohave~~ *Maricopa*    } SS:

On *January 30*, 2006, before me personally appeared **Robert C. Toros**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: 3-5-07



OFFICIAL SEAL
MARY L. TEETSEL
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 5, 2007

PAGE 2    OF 2
BK 6100 PG 79    FEE#2006013950

**Exhibit A**

The Southwest quarter of the Northeast quarter (SW ¼ NE ¼) of Section 27, Township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT therefrom, all coal, oil, gas and mineral deposits as reserved in instrument recorded in Book 113 of Deeds Page 116.


Unofficial Copy

# Exhibit G

2A

2006011083 BK 6087 PG 291
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
02/01/2006 03:43P PAGE 1    OF 2
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

**RECORDING REQUESTED BY**
Transnation Title Insurance Company
**AND WHEN RECORDED MAIL TO:**

**SOUTH DAKOTA CONSERVANCY, L.L.C.**
**4075 S DURANGO DRIVE #111**
**BOX 222**
**LAS VEGAS, NV 89147**

ESCROW NO.: **01513544 - 270 - JP6**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Kevin J. Fehrmann, a single man**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota limited liability company,**
the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances,
liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 23, 2006

**SELLER:**

Kevin J. Fehrmann

State of _MISSOURI_
County of _CAMDEN_   } SS:

On _JAN. 30_ , 2006, before me personally appeared  **Kevin J. Fehrmann** , whose identity was proved to me on
the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she
signed the above/attached document in his or her authorized capacity (s)

(Seal)

_Sandra A Kuse_
Notary Public
Commission Expires: _10-30-09_

SANDRA A. KUSE
Notary Public - Notary Seal
STATE OF MISSOURI
Camden County
Commission # 05524387
My Commission Expires: Oct. 30, 2009

PAGE 2    OF 2
BK 6087 PG 292   FEE‡2006011083

**Exhibit A**

The Southwest quarter of the Southwest quarter of Section 9, Township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT THEREFROM all coal, oil, gas and mineral deposits as reserved in Instrument recorded in Book 78 of Deeds, Page 348.



Unofficial Copy

# Exhibit H





20060209-0003563

Fee: $15.00    RPTT: $15,825.30
N/C Fee: $0.00

02/09/2006    14:39:06
T20060025653
Requestor:
   LAND TITLE OF NEVADA
Frances Deane         JKA
Clark County Recorder    Pgs: 4

APN: 176-18-801-002
Affix R.P.T.T. $15,825.30
ESCROW NO. 12051638-DN
WHEN RECORDED MAIL DEED AND TAX
STATEMENTS TO:
Tock, LP
4730 S. Fort Apache Rd. #300
Las Vegas, NV, 89147

# GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That: MVILL, Limited LLC, A Nevada Limited Liability Company,
for valuable consideration, receipt of which is hereby acknowledged, hereby Grant, Bargain, Sell
and Convey to Tock LP, A Nevada Limited Partnership all that real property situate in the County
of Clark, State of Nevada, bounded and described as follows:

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

SUBJECT
TO:

1. Taxes for the current fiscal year, and any and all taxes (including
   supplemental taxes) and assessments levied or assessed after the
   recording date of this document.
2. Rights of way, reservations, restrictions, easements and conditions of
   record.

Together with all and singular the tenements, hereditaments, and appurtenances thereunto
belonging or in anywise appertaining.

Witness my/our hand(s) this _____ day of _____FEBRUARY_____, 20____.

MVILL Limited, LLC, A Nevada
Limited Liability Company

By: Michael B. Viellion, Managing Member

STATE OF NEVADA
COUNTY OF CLARK

On, __2-7-06____, personally appeared before me, a Notary Public, Michael B.
Viellion, Managing Member, personally known (or proven) to me to be the person(s) whose
name(s) is/are subscribed to the within instrument who acknowledged that he/she/they executed
the instrument.

_____
Notary Public in and for said County and State.



LINDA BYORICK
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Expr. 2-28-2007
Certificate No 03-083928-1

12051638-DN

## EXHIBIT "A"
### Legal Description

THE WEST HALF (W ½) OF THE NORTHEAST QUARTER (NE ¼) OF THE SOUTHWEST QUARTER (SW ¼) OF THE SOUTHEAST QUARTER (SE ¼) OF SECTION 18, TOWNSHIP 22 SOUTH, RANGE 60 EAST, M.D.B.&M.

EXCEPTING THAT PORTION OF LAND AS CONVEYED TO THE COUNTY OF CLARK, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA IN GRANT, BARGAIN, SALE DEED RECORDED JUNE 19, 2002 IN BOOK 20020619 AS DOCUMENT NO. 00222, OFFICIAL RECORDS.

APN: 176-18-801-002

ASSESSOR'S COPY

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1.  Assessor's Parcel Number(s)
    a) **176-18-801-002**
    b) _____
    c) _____
    d) _____

2.  Type of Property:

    | | | | |
    |---|---|---|---|
    | a) ☒ Vacant Land | b) ☐ Single Fam. Res. | | |
    | c) ☐ Condo/Twnhse | d) ☐ 2-4 Plex | | |
    | e) ☐ Apt. Bldg | f ) ☐ Comm'l/Ind'l | | |
    | g) ☐ Agricultural | h) ☐ Mobile Home | | |
    | ☐ Other | | | |

**FOR RECORDER'S OPTIONAL USE ONLY**
Book: _____
Page: _____
Date of Recording: _____
Notes:

3.  Total Value/Sales Price of Property                                    $3,103,000.00
    Deed in Lieu of Foreclosure Only (value of property)        $~
    Transfer Tax Value:                                                            $3,103,000.00
    Real Property Transfer Tax Due                                          $15,825.30

4.  **If Exemption Claimed:**
    a.   Transfer Tax Exemption per NRS 375.090, Section      ~
    b.   Explain Reason for Exemption. ~

5.  Partial Interest: Percentage being transferred: ~%

The undersigned declares and acknowledges under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein.  Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month.  **Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature: _____        Capacity:  Seller/Grantor

Signature: _____        Capacity:  Buyer/Grantee

| **SELLER (GRANTOR) INFORMATION** **(Required)** | **BUYER (GRANTEE) INFORMATION** **(Required)** |
|---|---|
| By:  Michael B. Viellion, | |
| Print Name:  Managing Member | Print Name:  By: Paul Huygens, Secretary |
| Address:  *911 N. Buffalo Dr Ste 201* | Address: _____ |
| City:  *Las Vegas N* | City: _____ |
| State:  *Nevada* | State: _____ |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name:   **LAND TITLE OF NEVADA, INC.**        Escrow #:12051638-DN
Address:    720 S Seventh Street
City:    Las Vegas, Nevada 89101

**AN ADDITIONAL RECORDING FEE OF $1.00 WILL APPLY FOR EACH DECLARATION OF VALUE FORM PRESENTED TO CLARK COUNTY, EFFECTIVE JUNE 1, 2004**

STATE OF NEVADA
DECLARATION OF VALUE FORM

1.  Assessor's Parcel Number(s)
    a) 176-18-801-002
    b) _____
    c) _____
    d) _____

2.  Type of Property:
    a) ☒ Vacant Land      b) ☐ Single Fam. Res.
    c) ☐ Condo/Twnhse    d) ☐ 2-4 Plex
    e) ☐ Apt. Bldg        f) ☐ Comm'l/Ind'l
    g) ☐ Agricultural     h) ☐ Mobile Home
        ☐ Other

| FOR RECORDER'S OPTIONAL USE ONLY |
|---|
| Book: _____ |
| Page: _____ |
| Date of Recording: _____ |
| Notes: |

3.  Total Value/Sales Price of Property                          $3,103,000.00
    Deed in Lieu of Foreclosure Only (value of property)        $~
    Transfer Tax Value:                                         $3,103,000.00
    Real Property Transfer Tax Due                              $15,825.30

4.  **If Exemption Claimed:**
    a.  Transfer Tax Exemption per NRS 375.090, Section    ~
    b.  Explain Reason for Exemption: ~

5.  Partial Interest: Percentage being transferred: ~%

The undersigned declares and acknowledges under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein.  Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month.  **Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.**

Signature: _____    Capacity: Seller/Grantor

Signature: _____    Capacity: Buyer/Grantee

| **SELLER (GRANTOR) INFORMATION** (Required) | **BUYER (GRANTEE) INFORMATION** (Required) |
|---|---|
| | By: Michael B. Viellion, | |
| Print Name: Managing Member | Print Name: By: Paul Huygens, ~~Secretary~~ Treasurer |
| Address: _____ | Address: 4730 S. Fort Apache #300 |
| City: _____ | City: LV |
| State: _____ | State: NV |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name:  **LAND TITLE OF NEVADA, INC.**        Escrow #:12051638-DN
Address:   720 S Seventh Street
City:   Las Vegas, Nevada 89101

**AN ADDITIONAL RECORDING FEE OF $1.00 WILL APPLY FOR EACH DECLARATION OF VALUE FORM PRESENTED TO CLARK COUNTY, EFFECTIVE JUNE 1, 2004**

# Exhibit I

2A

2006014832 BK 6103 PG 484
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
02/10/2006 10:48A PAGE 1    OF 2
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01514729 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,
**John V. D'Ambro Jr. and Sandra D'Ambro, husband and wife**
do/does hereby convey to
**South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:
   **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 27, 2006

**SELLERS:**

_John V. D'Ambro Jr._
John V. D'Ambro Jr.

_Sandra D'Ambro_
Sandra D'Ambro

State of <u>Arizona</u>
County of <u>Mohave</u>        } SS:

On <u>February 3</u>, 2006, before me personally appeared  **John V. D'Ambro Jr. and Sandra D'Ambro**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

OFFICIAL SEAL
JERI L. LAULO
Notary Public · State of Arizona
MOHAVI COUNTY
My Comm. Expires Aug. 15, 2008

_Jeri L. Payne NEE Laulo_
Notary Public
Commission Expires: 8-15-08

PAGE 2   OF 2
BK 6103 PG 485   FEE#2006014832

**Exhibit A**

A portion of the Northwest quarter of the Northeast quarter of Section 19, Township 25 North Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all coal, oil, gas and mineral deposits as reserved in Deed recorded in Book 113 of Deeds, Page 161 records of Mohave County, Arizona.



# Exhibit J

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY
4075 S. DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01514891 - 270 - JP6

```
2006016375 BK 6110 PG 924
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
02/15/2006 03:49P PAGE 1   OF 2
TRANSNATION TITLE INS CO
RECORDING FEE 16.00
```

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Anthony Basile and Emma Basile, husband and wife**

do/does hereby convey to

**South Dakota Conservancy, a South Dakota Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 27, 2006

**SELLERS:**

_Anthony Basile_
Anthony Basile

_Emma Basile_
Emma Basile

State of ___NJ___
County of ___Ocean___  } SS:

On ___February 8___, 20_06_ before me personally appeared **Anthony Basile and Emma Basile**, whose is proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged that he/she/signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: _____

MAUREEN GOZZO
Notary Public - New Jersey
County of Ocean
My Commission Expires December 4, 2007

PAGE 2    OF 2
BK 6110 PG 925   FEE#2006016375

**Exhibit A**

The Northwest quarter of the Southwest quarter of Section 9, Township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found, upon or under said lands as reserved to Santa Fe Pacific Railroad Company as set out in Book 113 of Deeds, Page 161.



# Exhibit K

3A

**RECORDING REQUESTED BY**
Transnation Title Insurance Company
**AND WHEN RECORDED MAIL TO:**

**SOUTH DAKOTA CONSERVANCY, L.L.C.**
**4075 S DURANGO DRIVE, #111**
**BOX 222**
**LAS VEGAS, NV 89147**

ESCROW NO.: **01511575 - 270 - JP6**

2006014833 BK 6103 PG 486
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
02/10/2006 10:48A PAGE 1    OF 3
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Michael D. Leifer, a married man as his sole and separate property and Robyn McRae, a married woman as her sole and separate property and Sandi Leifer Mines, a married woman as her sole and separate property**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota limited liability company**

the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 10, 2006

**SELLERS:**

_Michael Leifer_
Michael D. Leifer

_Robyn McRae_
Robyn McRae

_Sandi Leifer Mines_
Sandi Leifer Mines

State of  New Jersey
County of  Bergen              }  SS:

On  January 17,       2006, before me personally appeared  **Michael D. Leifer** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

_Michael J. Marinaro_
Notary Public
Commission Expires:

MICHAEL J. MARINARO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 21, 2010

Escrow No.: **01511575 - 270 - JP6**

PAGE 2  OF 3
BK 6103 PG 487  FEE#2006014833

State of _New Jersey_  } SS:
County of _Bergen_

On _January 17,_____, 2006, before me personally appeared **Robyn McRae**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

Notary Public
Commission Expires: _____ MICHAEL J. MARINARO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 21, 2010

State of _New Jersey_  } SS:
County of _Bergen_

On _January 17_____, 2006, before me personally appeared **Sandi Leifer Mines**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

Notary Public
Commission Expires: MICHAEL J. MARINARO
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUG. 21, 2010

PAGE 3   OF 3
BK 6103 PG 488   FEE#2006014833

**Exhibit A**

**PARCEL 1:**

The Southeast quarter of the Northwest quarter of Section 27, township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found, upon or under said lands as reserved to Santa Fe Pacific Railroad Company as set out in Docket 17 page 32-38.

**PARCEL 2:**

The Southwest quarter of the Northwest quarter of Section 27, Township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found, upon or under said lands as reserved to Santa Fe Pacific Railroad Company as set out in Docket 17 page 32-38.



# Exhibit L

2A

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY L.L.C.
4075 S. DURANGO DR.
LAS VEGAS, NV 89147

ESCROW NO.: 01513542 - 270 - JP6

2006015293 BK 6105 PG 746
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
02/13/2006 11:08A PAGE 1    OF 2
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Leigh Gregory Walker, a single man**

do/does hereby convey to

**South Dakota Conservancy L.L.C., a South Dakota limited liability company**
the following real property situated in Mohave County, ARIZONA:

   **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 20, 2006

**SELLER:**

*Leigh Gregory Walker*
Leigh Gregory Walker

State of _____ C A _____
County of _____ LOS ANGELES _____ } SS.

On **Feb. 08.** _____, 2006, before me personally appeared **Leigh Gregory Walker**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (or)

(Seal)

_____
Notary Public
Commission Expires: _**Nov. 28. 2007**_

ROHINTON SHAPUR GARDA
Commission # 1453609
Notary Public - California
Los Angeles County
My Comm. Expires Nov 28, 2007

PAGE 2   OF 2
BK 6105 PG 747  FEE#2006015293

**Exhibit A**

The Southwest quarter of the Northeast quarter (SW ¼ NE ¼) of Section 33, Township 25 North, Range 17 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

**EXCEPT THEREFROM** all coal, oil, gas and mineral deposits as reserved in instrument recorded in Book 113 of Deeds, page 161.

Unofficial Copy

# Exhibit M

PAGE: 1 of 2      FEE # 2006023992

**B:6145 P:311**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

3/8/06  3:35 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01514660 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**MSA, LTD, a Nevada Corporation**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 26, 2006

SELLER:

MSA, LTD, a Nevada Corporation

By:   **Victor B. Mastin, President**

State of_____**Nevada**_____
County of_____**Clark**_____ } SS:

On ___**2-6-2006**___ _____ before me personally appeared **Victor B. Mastin**_____, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

PHYLLIS H. LeFRANCOIS
Notary Public State of Nevada
No. 93-0584-1
My appt. exp. Sept. 22, 2008

Notary Public   **Phyllis H. LeFrancois**
Commission Expires:   **9-22-2008**

2006023992    Page: 2 of 2

Exhibit A

**PARCEL 1:**

The North half of the Northeast quarter (N ½ NE ¼) of Section 9, Township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals, as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

**PARCEL 2:**

The Northwest quarter of the Northwest quarter (NW ¼ NW ¼) of Section 9, Township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals, as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

**PARCEL 3:**

The Northwest quarter of the Northwest quarter (NW ¼ NW ¼) of Section 29, Township 25 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT the North 25.00 feet, the East 25.00 feet, the South 25.00 feet and the West 25.00 feet thereof.

ALSO EXCEPT all oil, gas, coal and minerals, as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

**PARCEL 4:**

The Northeast quarter of the Northeast quarter (NE ¼ NE ¼) of Section 7, Township 25 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT the North 25.00 feet, the East 25.00 feet, the South 25.00 feet and the West 25.00 feet thereof.

ALSO EXCEPT all oil, gas, coal and minerals, as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

**PARCEL 5:**

The Southwest quarter of the Southwest quarter (SW ¼ SW ¼) of Section 3, Township 25 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals, as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

# Exhibit N

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01514890 - 270 - JP6

PAGE: 1 of 2        FEE # 2006018246

**B:6118 P:910**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN McCALL,
COUNTY RECORDER
2/22/06  11:02 AM  Fee: $16.00
PAID BY: TRANSNATION TITLE INS CO-1



SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Mayland Properties, Inc., a Delaware corporation**

do/does hereby convey to

**South Dakota Conservancy, LLC, a South Dakota limited liability company**

the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 10, 2006

**SELLER:**

Mayland Properties, Inc., a Delaware corporation

By: Gene Mulvihill, President

State of _New Jersey_
County of _Sussex_            } SS:

On _February 14_, 2006, before me personally appeared _Gene Mulvihill_, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

_Dara L. Michielsen_
Notary Public
Commission Expires: _August 10, 2009_

**DARA L. MICHIELSEN**
Notary Public Of New Jersey
Commission Expires August 10, 2009

2006018246    Page: 2 of 2

Exhibit A

<u>Parcel No. 1</u>

The Southeast quarter of the Southwest quarter of Section 21, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

<u>Parcel No. 2</u>

The Northwest quarter of the Northwest quarter of Section 27, Township 25 North, Range 17 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

<u>Parcel No. 3</u>

The Northeast quarter of the Southwest quarter of Section 27, Township 25 North, Range 17 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.


Unofficial Copy

# Exhibit O

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01515934 - 270 - JP6

PAGE: 1 of 2    FEE # 2006018385

**B:6119 P:524**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER
2/22/06  4:05 PM  Fee: $16.00
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**John D. Kingery, a widower**

do/does hereby convey to

**South Dakota Conservancy, LLC, a South Dakota Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 31, 2006

SELLER:

John D. Kingery

State of ___Nevada___
County of ___Clark___    } SS:

On ___February  3___, 2006, before me personally appeared __John D. Kingery__, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: ___July 23, 2007___



KRISTIN LAMOREAUX
Notary Public State of Nevada
No. 03-83647-1
My appt. exp. July 23, 2007

2006018385    Page: 2 of 2

**Exhibit A**

Parcel 33-6 (MUSIC MOUNTAIN RANCHES) recorded January 2, 1991 in Book 5 of Parcel Plats, Pages 76-76D, records of Mohave County, Arizona, and being a division of Section 33, Township 25 North, Range 14 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT therefrom all coal, oil, gas and mineral deposits as reserved in instrument recorded in Book 75 of Deeds, page 329.

Unofficial Copy

# Exhibit P

2A

Unofficial Copy

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S. DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01515932 - 270 - JP6

PAGE: 1 of 2      FEE # 2006018386

# B:6119 P:526

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

2/22/06  4:05 PM  Fee: $16.00
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Linda Dillingham, Trustee, of the LD Revocable Trust, dated September 15, 2005**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**The Northwest quarter of the Southeast quarter of Section 9, Township 26 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;**

**EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.**

**Pursuant to ARS 33-404, the Beneficiaries of said Trust are disclosed on Exhibit "B" attached hereto**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 1, 2006

**SELLER:**

The LD Revocable Trust, dated September 15, 2005

_Linda Dillingham_

Linda Dillingham, Trustee

State of _Nevada_
County of _Clark_        } SS:

On _February 6th_, 200_6_ before me personally appeared **Linda Dillingham, Trustee**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_Gina M. Aguirre_
Notary Public
Commission Expires: _____



GINA M. AGUIRRE
Notary Public, State of Nevada
Appointment No. 01702851
My Appt. Expires May 28, 2008

2006018386   Page: 2 of 2

DATE:            February 1, 2006

ESCROW NO.:   01515932-270-JP6

**Exhibit "B"**
**TRUST DECLARATION**

**Disclosure of Beneficiaries**

Pursuant to ARS 33-404, the names of the beneficiaries of the Declaration of Trust dated
September 15, 2005 _____ are as follows:

Name: _*Linda Dilley*_____

Address: _*206 Mohawk Dr. Henderson, NV 89015*_

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

By: _*Linda Dilley*_____          _____
        (Signature of Trustee)                                     (Signature of Trustee)

as Trustee (s) of **The LD Revocable Trust, dated September 15, 2005** _____

(This document will be recorded at the Close of Escrow attached to the Deed)

# Exhibit Q

**RECORDING REQUESTED BY**
Transnation Title Insurance Company

**AND WHEN RECORDED MAIL TO:**

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01514301 - 270 - JP6

PAGE: 1 of 3      FEE # 2006022075

B:6137 P:303

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

3/3/06  3:53 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**John E. Heilman and Sandra M. Heilman, husband and wife and Roderic L. Heilman and Carol A. Heilman, husband and wife**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 30, 2006

**SELLERS:**


_____
John E. Heilman

_____
Sandra M. Heilman

_____
Roderic L. Heilman

_____
Carol A. Heilman


**Notary Acknowledgments on following page**

2006022075   Page: 2 of 3
Escrow No.: 01514301 - 270 - JP6

3o4

State of  Michigan
County of  Iosco                    } SS:

On  February 23,  2006, 2006, before me personally appeared  **John E. Heilman and Sandra M. Heilman** , whose
identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and
who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

Notary Public Mary C. Dennisuk
Commission Expires:  05/23/2007

MARY C DENNISUK
NOTARY PUBLIC STATE OF MICHIGAN
IOSCO COUNTY
MY COMMISSION EXP. MAY 23, 2007

State of  Michigan
County of  Iosco                    } SS:

On  February 23                , 2006, before me personally appeared  **Roderic L. Heilman and Carol A. Heilman** , whose
identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and
who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public Mary C. Dennisuk
Commission Expires:  05/23/2007

MARY C DENNISUK
NOTARY PUBLIC STATE OF MICHIGAN
IOSCO COUNTY
MY COMMISSION EXP. MAY 23, 2007

Unofficial copy

2006022075    Page: 3 of 3

305

Exhibit A

<u>Parcel No. 1</u>

The Southeast quarter of the Southwest quarter of Section 11, Township 25 North, Range 17 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 78 of Deeds, page 348, records of Mohave County, Arizona.

<u>Parcel No. 2</u>

The Southwest quarter of the Southwest quarter of Section 15, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.


Unofficial Copy

# Exhibit R

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S. DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01515662 - 270 - JP6

PAGE: 1 of 2    FEE # 2006018527

**B: 6120 P: 415**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

2/23/06   10:18 AM   Fee: $16.00
PAID BY: TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Dennis J. Stahl and Cheryl A. Stahl, husband and wife**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Comapny**

the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 1, 2006

**SELLERS:**

_____
Dennis J. Stahl

_____
Cheryl A. Stahl

State of _Cali fornia_
County of _Orange_          } SS:

On _Feb. 10_ _____, 2006 before me personally appeared **Dennis J. Stahl and Cheryl A. Stahl**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _2-27-06_

LYNETTE M. KELLUM
Comm. # 1341842
NOTARY PUBLIC - CALIFORNIA
Orange County
My Comm. Expires Feb. 27, 2006

2006018527   Page: 2 of 2

**Exhibit A**

The Southwest quarter of the Northwest quarter of Section 21, Township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals already found, or which may hereafter be found as reserved in Deed recorded in Book 78 of Deeds, Page 348.



# Exhibit S

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

MERIDIAN LAND, LLC
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.: 01513121 - 270 - JP6

PAGE: 1 of 2 ..   FEE # 2006019890

**B:6127 P:46**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

2/27/06  3:59 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Yadao Corporation of America, L.L.C., a Nevada limited liability company**

do/does hereby convey to

**Meridian Land, LLC, a Nevada limited liability company**

the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 23, 2006

**SELLER:**


Yadao Corporation of America, L.L.C.
Alfonso Yadao, Member / Marilou Yadao, Member

State of _____Nevada_____
County of _____Clark_____ } SS:

On _3/st Jan_____, 2006, before me personally appeared _MARILOU YADAO + ALfonso YADAO_, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

Notary Public
Commission Expires: _6-9-07_

BEATRICE WALLACE
NOTARY PUBLIC
STATE OF NEVADA
APPT. No 99-58597-1
MY APPT. EXPIRES JUNE 9, 2007

2006019890 - Page: 2 of 2                                        47

**Exhibit A**

Parcel No. 29, of PEACOCK MOUNTAIN RANCHES, according to Parcel Plat thereof, recorded August 19, 1981 at fee No. 81-29187, in Book 1 of Parcel Plats, pages 85-85C, in the Office of the County Recorder, Mohave County, Arizona.

EXCEPT THEREFROM all coal, oil, gas and mineral deposits as reserved in instrument recorded in Book 73 of Deeds, page 80.



**Exhibit T**

PAGE: 1 of 2    FEE # 2006021152

B:6132 P:881

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

3/1/06  4:24 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01516601 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Joe M. Jurancich and Ruth A. Jurancich, husband and wife**

do/does hereby convey to

*South Dakota Conservancy, L.L.C., a South Dakota limited liability company,*
the following real property situated in Mohave County, ARIZONA:

**Lot 4, Block H, GOLDEN VALLEY RANCHOS UNIT ONE, according to the Plat thereof recorded May 4, 1959, as
Fee Number 88394 in the office of the Recorder of Mohave County, Arizona;**

**EXCEPT** all oil, gas, coal and minerals as reserved in Deed recorded in Book 92 of Deeds, page 166, records of
*Mohave County, Arizona.*

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances,
liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 2, 2006

SELLERS:

_____
Joe M. Jurancich

_____
Ruth A. Jurancich

State of **California**
County of **San Diego** } SS:

On **Feb. 9th**_____, 2006, before me personally appeared **Joe M. Jurancich and Ruth A. Jurancich**, whose identity
was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who
acknowledged that he/she signed the above/attached document in his or her authorized capacity(s).

(Seal)

_____
Notary Public
Commission Expires: **12/5/2008**

OFFICIAL SEAL
NANCY MCCABE
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1532196
SAN DIEGO COUNTY
MY COMM. EXP. DEC. 5, 2008

282

200602-1152    Page: 2 of 2

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of San Diego } ss.

On Feb 9th 2006 before me, Nancy McCabe Notary Public

personally appeared Joe M Jurancich and Ruth A Jurancich

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

OFFICIAL SEAL
NANCY MCCABE
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1532196
SAN DIEGO COUNTY
MY COMM. EXP. DEC. 5, 2008

Signature of Notary Public

―――――――――――― OPTIONAL ――――――――――――

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Warranty Deed

Document Date: Feb 2 2006      Number of Pages: one

Signer(s) Other Than Named Above: None

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# Exhibit U

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
4075 S DURANGO DRIVE, #111 BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01514958 - 270 - JP6

PAGE: 1 of 1    FEE # 2006030663

**B:6173 P:4**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

3/24/06  10:19 AM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1



SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Charles E. Olson and Kay R. Olson, husband and wife**

do/does hereby convey to

**South Dakota Conservancy, LLC, a South Dakota limited liability company**
the following real property situated in Mohave County, ARIZONA:

**Lot 16, Block H, GOLDEN VALLEY RANCHOS UNIT ONE, according to the Plat thereof recorded May 4, 1959, as Fee Number 88394 in the office of the Recorder of Mohave County, Arizona**

**EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 92 of Deeds, page 166, records of Mohave County, Arizona.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 27, 2006

**SELLERS:**

_____
Charles E. Olson

_____
Kay R. Olson

State of _Washington_
County of _King_        } SS:

On _February 27th_, 2006, before me personally appeared **Charles E. Olson and Kay R. Olson**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s).

(Seal)

_____
Notary Public
Commission Expires:  _6-21-08_

**Exhibit V**

PAGE: 1 of 1    FEE # 2006021153

**B:6132 P:883**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

3/1/06  4:24 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01517092 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**William Franklin Henry and Josephine Bruno Henry, husband and wife**

do/does hereby convey to

**South Dakota Conservancy, LLC, a South Dakota limited liability company**

the following real property situated in Mohave County, ARIZONA:

**Lot 9, Block O, GOLDEN VALLEY RANCHOS UNIT ONE, according to the Plat thereof recorded May 4, 1959, as Fee Number 88394 in the office of the Recorder of Mohave County, Arizona**

**EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 92 of Deeds, page 166, records of Mohave County, Arizona.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 7, 2006

SELLERS:

_William Franklin Henry_                                   _Josephine Bruno Henry_
William Franklin Henry                                     Josephine Bruno Henry

State of_____VA_____
County of____FA·RFAX____ } SS:

On __14 Feb__, 200_6_ before me personally appeared **William Franklin Henry and Josephine Bruno Henry**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_Sharon M Langfeldt_
Notary Public
Commission Expires: __30 June 2008__

# Exhibit W

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01519223 - 270 - JP6

PAGE: 1 of 2    FEE # 2006038359

**B:6208 P:892**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

4/13/06  12:28 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

Emma Lou Thomas, a widow who acquired title as Emma Lou Matthews

do/does hereby convey to

South Dakota Conservancy, L.L.C., a South Dakota limited liability company

the following real property situated in Mohave County, ARIZONA:

See Exhibit A attached hereto and made a part hereof.

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 20, 2006

SELLER:

_Emma Lou Thomas_
Emma Lou Thomas

State of MO
County of Greene    } SS:

On February 28, 2006, before me personally appeared Emma Lou Thomas, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)    MELODY J. SPANGENBERG
Notary Public - Notary Seal
STATE OF MISSOURI
Greene County
My Commission Expires June 19, 2007

_Melody J. Spangenberg_
Notary Public
Commission Expires: 6-19-2007

2006038359    Page: 2 of 2

843

**Exhibit A**

Lot 7, Block I, GOLDEN VALLEY RANCHOS UNIT 21, according to the plat thereof recorded November 25,1960 as Fee No. 98888, records of Mohave County Arizona.

EXCEPT all oil, gas and minerals as reserved in Deed recorded in Book 92 of Deeds, page 166, records of Mohave County, Arizona.



# Exhibit X

PAGE: 1 of 2    FEE # 2006021155

B:6132 P:886

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

3/1/06  4:24 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01515931 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

James Lowther, a *single* man

do/does hereby convey to

**South Dakota Conservancy, LLC, a South Dakota limited liability company**

the following real property situated in Mohave County, ARIZONA:

See Exhibit A attached hereto and made a part hereof.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 30, 2006

**SELLER:**

*James Lowther*
James Lowther

State of _Indiana_
County of _La Grange_    } SS:

On _February 4_ ___, 2006, before me personally appeared **James Lowther**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

Notary Public _Renee C. Myers_
Commission Expires: _September 13, 2006_

887

20060211155   Page: 2 of 2

**Exhibit A**

The Southwest quarter of the Southwest quarter of Section 21, Township 25 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found, upon or under said lands as reserved to Santa Fe Pacific Railroad Company as set out in Book 113 of Deeds, page 161.

