# Exhibit Y

2A

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01517245 - 270 - JP6

PAGE: 1 of 2    FEE # 2006021154

**B:6132 P:884**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN McCALL,
COUNTY RECORDER

3/1/06  4:24 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Brian Fillweber, a single man**

do/does hereby convey to

**South Dakota Conservancy, LLC, a South Dakota limited liability company**

the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 6, 2006

**SELLER:**

Brian Fillweber

State of ___FLORIDA___
County of ___Pinellas___ } SS:

On ___February 23___, 2006, before me personally appeared **Brian Fillweber**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: _____



KALLY KARAKOS
MY COMMISSION # DD 118447
EXPIRES: July 20, 2006
Bonded Thru Notary Public Underwriters

885

20060211154    Page: 2 of 2



Exhibit A

PARCEL NO. 1:

The Northwest quarter of the Southwest quarter of Section 17, Township 25 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

PARCEL NO. 2:

An Easement for ingress, egress, roadway and public utilities on, over, along and across the Northerly 25 feet thereof, the Westerly 25 feet thereof, the Southerly 25 feet thereof and the Easterly 25 feet thereof.

Unofficial Copy

# Exhibit Z

1A

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01516111 - 270 - JP6

PAGE: 1 of 1      FEE # 2006021150

**B:6132 P:875**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

3/1/06  4:24 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Charles M. Rait and Shulamit Rait** husband and wife

do/does hereby convey to

**South Dakota Conservancy, LLC, a South Dakota limited liability company**
the following real property situated in Mohave County, ARIZONA:

**The Northwest quarter of the Northeast quarter of Section 23, Township 25 North, Range 17 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;**

> **EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 3, 2006

SELLERS:

_____           _____
Charles M. Rait                                              Shulamit Rait

State of New York
County of New York           } SS:

On Feb 16 _____, 2006, before me personally appeared **Charles M. Rait and Shulamit Rait** whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

_____
Notary Public
Commission Expires: ____3 . 31____

CATHERINE WILLIAMS
Notary Public, State of New York
No.01WI6089827
Qualified in New York County
Commission Expires March 31, _____

# Exhibit AA

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01515365 - 270 - JP6

PAGE: 1 of 1    FEE # 2006023475

**B:6142 P:905**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

3/7/06  3:52 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we.

William Stracher and Antonia Stracher, husband and wife

do/does hereby convey to

South Dakota Conservancy, LLC, a South Dakota Limited Liability Company

the following real property situated in Mohave County, ARIZONA:

The Northwest quarter of the Southwest quarter of Section 15, Township 25 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: January 30, 2006

SELLERS:

_____
William Stracher

_____
Antonia Stracher

State of Utah
County of Summit } SS:

On 3/3/06 , 2006, before me personally appeared **William Stracher and Antonia Stracher** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: 2/14/07



NOTARY PUBLIC
**Catherine E. Ganson**
1887 Gold Dust Lane #201
Park City, Utah 84060
Commission Expires
February 14, 2007
**STATE OF UTAH**

# Exhibit AB

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01517740 - 270 - JP6

PAGE: 1 of 1    FEE # 2006020399

B:6129 P:744

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

2/28/06  3:59 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Donald Hejmanowski and Catherine Hejmanowski, husband and wife**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota limited liability company**
the following real property situated in Mohave County, ARIZONA:

**The Southwest quarter of the Southeast quarter and the Southeast quarter of the Southeast quarter of Section 27, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;**

> **EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Docket 17, page 32, records of Mohave County, Arizona.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 9, 2006

**SELLERS:**

_____
Donald Hejmanowski

_____
Catherine Hejmanowski

State of _Nevada_
County of _Clark_  } SS:

On _Feb. 10_, 2006, before me personally appeared **Donald Hejmanowski and Catherine Hejmanowski**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

**ANNAKAY JOHNS**
NOTARY PUBLIC
STATE OF NEVADA
APPT. No. 04-93066-1
MY APPT. EXPIRES OCT. 7, 2008

_____
Notary Public
Commission Expires: _Oct. 7, 2008_

# Exhibit AC



RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY L.L.C.
4730 S. FORT APACHE RD.
SUITE 300
LAS VEGAS, NV 89147-7947

ESCROW NO.: 01500254 - 270 - JP6

2005135257 BK 5985 PG 751
OFFICIAL RECORDS OF MOHAVE COUNTY
JOAN MC CALL, MOHAVE COUNTY RECORDER
12/01/2005 03:37P PAGE 1    OF 2
TRANSNATION TITLE INS CO
RECORDING FEE 16.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Forrest V. Russell, Trustee and Marjorie A. Russell, Trustee, of The Forrest V. Russell and Marjorie A. Russell Revocable Trust Agreement, dated December 11, 1990**

do/does hereby convey to

**South Dakota Conservancy L.L.C., a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**Lot 13, Block J, GOLDEN VALLEY RANCHOS UNIT ONE, according to the Plat thereof recorded May 4, 1959, as Fee Number 88394 in the office of the Recorder of Mohave County, Arizona**

**EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 92 of Deeds, page 166, records of Mohave County, Arizona.**

**Pursuant to ARS 33-404, the Beneficiaries of said Trust are disclosed on Exhibit "B" attached hereto**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: November 14, 2005

**SELLERS:**

The Forrest V. Russell and Marjorie A. Russell Revocable
Trust Agreement, dated December 11, 1990

_____
Forrest V. Russell, Trustee

The Forrest V. Russell and Marjorie A. Russell Revocable
Trust Agreement, dated December 11, 1990

_Marjorie A. Russell, Trustee_
Marjorie A. Russell, Trustee

State of Washington
County of Thurston            } SS:

On November 19th, 2005, before me personally appeared **Forrest V. Russell, Trustee and Marjorie A. Russell, Trustee**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his other authorized capacity (ies)

(Seal)

Notary Public
State of Washington
PAUL STRETCH
My Appointment Expires Aug 9, 2007

_____
Notary Public
Commission Expires: Aug 9 2007

DATE:            November 14, 2005

PAGE 2    OF 2
BK 5985 PG 752   FEE#2005135257

ESCROW NO.:   01500254-270-JP6

**Exhibit "B"**
**TRUST DECLARATION**

**Disclosure of Beneficiaries**

Pursuant to ARS 33-404, the names of the beneficiaries of the Declaration of Trust dated
<u>December 11, 1990</u>                 are as follows:

Name:   CORINNE A. LOVATO

Address:  910 BABY DOLL RD.   PORT ORCHARD, WA.

Name:   BONNIE M. LEE

Address:  824 BAKER ST. BOISE, IDAHO

Name:   MARTIN G. RUSSELL

Address:  4331  5TH NE  SEATTLE, WA.

Name:_____

Address:_____

Name:_____

Address:_____

Name:_____

Address:_____

By: _Forrest V. Russell_____        _Marjorie A. Russell_
    (Signature of Trustee)              MARJORIE
                                        (Signature of Trustee)

as Trustee (s) of **The Forrest V. Russell and Marjorie A. Russell Revocable Trust
Agreement, dated December 11, 1990**

(This document will be recorded at the Close of Escrow attached to the Deed)

# Exhibit AD

PAGE: 1 of 2    FEE # 2006025542

**B:6152 P:410**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

3/13/06  3:42 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

MERIDIAN LAND COMPANY, LLC
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.: 01517548 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Barbara J. Portee, an unmarried woman**

do/does hereby convey to

**Meridian Land Company, LLC, a Nevada Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 10, 2006

**SELLER:**

*Barbara J. Portee*
Barbara J. Portee

State of _Nevada_
County of _Clark_      } SS:

On _February 14th_, 2006, before me personally appeared **Barbara J. Portee**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: _9/9/09_

JOHN GAMMONS
NOTARY PUBLIC
STATE OF NEVADA
APPT. No 05-100318-1
MY APPT. EXPIRES SEPT. 09, 2009

2006025542    Page: 2 of 2

411

**Exhibit A**

Parcel 3, GOLDROAD STATION UNIT 10, as shown on Parcel plat recorded September 25, 1992 at Fee No. 92-52792 in Book 7 of Parcel Plats, pages 7-7A records of Mohave County, Arizona being a portion of Section 26, Township 20 North, Range 19 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil and gas as reserved in Patent from United States of America.


Unofficial Copy

# Exhibit AE

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

MERIDIAN LAND, LLC
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.:  01517547 - 270 - JP6

PAGE: 1 of 4     FEE # 2006060333

**B:6309 P:664**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER
6/12/06  3:58 PM  Fee:$16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,
**George Vaughn**~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ an married man and
do/does hereby convey to Diane Hall, an unmarried woman, who aquired title as: George Vaughn and Diane Vaughn, husband and wife as community property with right of survivorship.
**Meridian Land, LLC, a Nevada Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:
  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 10, 2006

**SELLERS:**

_George Vaughn_ (signature) _____
George Vaughn                                    Diane Hall

State of  _Nevada_          }
County of _Clark_           } SS:

On _June 6_          200_6_ before me personally appeared  George Vaughn, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public - State of Nevada
County of Clark
PAULINE PERRY
My Appointment Expires
May 10, 2008
No. 04-90884-1

_Pauline Perry_ (signature)
Notary Public
Commission Expires: _May 10, 2008_

State of _Nevada_          }
County of _Clark_           } SS:

2006060333    Page: 2 of 4                                                    665

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

MERIDIAN LAND, LLC
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.: 01517547 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**George Vaughn, an unmarried man and Diane Hall, an unmarried woman, who aquired title as: George Vaughn and Diane Vaughn, husband and wife as community property with right of survivorship**

do/does hereby convey to

**Meridian Land, LLC, a Nevada Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

  *See Exhibit A attached hereto and made a part hereof.*

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 10, 2006

SELLERS:

_____          _____
George Vaughn                                     Diane Hall


State of_____
County of_____   } SS:


On _____, 20___, before me personally appeared  George Vaughn, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)                                  _____
                                        Notary Public
                                        *Commission Expires:* _____

2006060333    Page: 3 of 4

Escrow No.: **01517547 - 270 - JP6**

*666*

State of _Arizona_

County of _Mohave_

} SS:

On _June 12_ , 200⬥ before me personally appeared **Diane Hall** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public

Commission Expires: _6/14/09_

Unofficial Copy

2006060333    Page: 4 of 4

*661*

**Exhibit A**

Parcel 4, GOLDROAD STATION UNIT 10, as shown on Parcel Plat recorded September 25, 1992 at Fee No. 92-52792 in Book 7 of Parcel Plats, pages 7-7A, records of Mohave County, Arizona, being a portion of Section 26, Township 20 North, range 19 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil and gas, as reserved in Patent from United States of America.



# Exhibit AF

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

MERIDIAN LAND, L.L.C.
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.: 01513557 - 270 - JP6

PAGE: 1 of 2    FEE # 2006026755

B:6157 P:218

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

3/15/06  4:17 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Lynda L. Harness, a** unmarried **woman and Kevin S. Harness, a** unmarried man

do/does hereby convey to

**Meridian Land, L.L.C., a Nevada Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 1, 2006

**SELLERS:**

_____
Lynda L. Harness

_____
Kevin S. Harness

State of California
County of Los Angeles        } SS:

On February 23, 2006, before me personally appeared **Lynda L. Harness and Kevin S. Harness**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

ANN E. MEISSER
COMM. #1521937
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Nov. 11, 2008

_____
Notary Public
Commission Expires: 11-11-2008

2006026755   Page: 2 of 2                                          2⁄9

### Exhibit A

Section 24, Township 20 North, Range 18 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona,

EXCEPT the South half of the Southeast quarter of the Southeast quarter of the Northeast quarter of the Northeast quarter; and

The North half of the Northeast quarter of the Northeast quarter of the Southeast quarter of the Southeast quarter; and

The North half of the Northwest quarter of the Northwest quarter of the Southwest quarter of the Southwest quarter; and

The South half of the Southwest quarter of the Southwest quarter of the Northwest quarter of the Northwest quarter of said Section 24, as conveyed to the City of Kingman for well sites in instrument recorded February 22, 1974, in Book 189 of Official Records, page 103, and thereafter re-recorded in Book 283 of Official Records, page 931,

EXCEPT the North 42 feet thereof, as dedicated for public road and utility purposes in instrument recorded August 8, 1989, in Book 1586 of Official Records, page 24.



Unofficial Copy

# Exhibit AG

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01522777 - 270 - JP6

PAGE: 1 of 2    FEE # 2006027282

B:6159 P:240

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

3/16/06  3:45 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,
**Mayland Properties Inc., a** _AZ_ **corporation**
do/does hereby convey to
**South Dakota Conservancy L.L.C., a South Dakota limited liability company**
the following real property situated in Mohave County, ARIZONA:
**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 2, 2006

SELLER:

Mayland Properties Inc., a _AZ_ corporation

By _Gene Mulvihill, Pres._

State of _New Jersey_
County of _Sussex_   } SS:

On _March 8_ , 2006, before me personally appeared _Gene Mulvihill_ , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

Notary Public
Commission Expires:  **DARA L. MICHIELSEN**
Notary Public Of New Jersey
Commission Expires August 10, 2009

2006027282   Page: 2 of 2

Exhibit A

**Parcel No. 1**

The Southeast quarter of the Northwest quarter of Section 25, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

**Parcel No. 2**

The Northeast quarter of the Northwest quarter of Section 27, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

**Parcel No. 3**

The Northeast quarter of the Southwest quarter of Section 31, Township 26 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona

EXCEPT all oil, gas, coal and minerals as reserved in Deed recorded in Book 113 of Deeds, page 161, records of Mohave County, Arizona.

Unofficial Copy

# Exhibit AH

3A

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

MERIDIAN LAND, LLC
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.: 01521701 - 270 - JP6

PAGE: 1 of 3      FEE # 2006035884

**B:6197 P:909**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER
4/6/06  3:31 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,
**Christopher M. Mackinder, a single man and Danuell K. Watz, a single woman**
do/does hereby convey to
**Meridian Land, LLC, a Nevada limited liability company**
the following real property situated in Mohave County, ARIZONA:
  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 28, 2006

**SELLERS:**


_____
Christopher M. Mackinder

_____
Danuell K. Watz

State of ___Nevada___
County of ___Clark___        } SS:

On ___March 23___, 2006, before me personally appeared **Christopher M. Mackinder**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

Notary Public
Commission Expires: ___02272008___

JESSICA ABELL
NOTARY PUBLIC
STATE OF NEVADA
APPT. No 04-90866-1
MY APPT. EXPIRES FEB. 27, 2008

2006035884   Page: 2 of 3

91°

State of _Nevada_
County of _Clark_        } SS:

On ___March 23___ , 2006, before me personally appeared **Danuell K. Watz** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

Notary Public
Commission Expires: _02272006_

JESSICA ABELL
NOTARY PUBLIC
STATE OF NEVADA
APPT. No 04-90866-1
MY APPT. EXPIRES FEB. 27, 2008

2006035884    Page: 3 of 3

**Exhibit A**

Parcel No. 100, LEGEND RANCH IN GOLDEN VALLEY, as shown on Amended Record of Survey recorded 0927029 at Fee Number 2002-65785, entitled a Dependent Resurvey and Segregation of all or portions of Sections 5, 6, 7, 8, 9, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 28, 29, 30, 31, and 32, Township 22 North, Range 18 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all coal, gas, oil and other mineral rights, sand, gravel and geothermal rights as reserved in instrument recorded in Book 4596 of Official Records, Page 677, records of Mohave County, Arizona.

Unofficial Copy

**Exhibit AI**



RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

MERIDIAN LAND, L.L.C.
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.: 01519779 - 270 - JP6

PAGE: 1 of 2        FEE # 2006036488

**B:6200 P:896**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER
4/7/06  3:58 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Development Funding Group, Inc., a Nevada corporation**

do/does hereby convey to

**Meridian Land, L.L.C., a Nevada limited liability company**

the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: February 24, 2006

**SELLER:**

Development Funding Group, Inc., a Nevada corporation

By: Dennis Cone, President

State of NEVADA
County of CLARK        } SS:

On MARCH 29, 2006, before me personally appeared DENNIS CONE, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

CANDACE C. WILLMANN
Notary Public-State of Nevada
APPT. NO. 05-97961-1
My App. Expires June 15, 2009

Notary Public
Commission Expires: JUNE 15, 2009

897

2006036488   Page: 2 of 2

Exhibit A

**Parcel No. 1:**

The Northeast quarter of the Northeast quarter and the South half of the Northeast quarter of Section 13, Township 25 North, Range 17 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT THEREFROM, all coal, oil, gas and mineral deposits as reserved in instrument recorded in Book 113 of Deeds, page 161.

**Parcel No. 2:**

The Southeast quarter of the Southwest quarter of Section 7, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and minerals, as reserved in instrument recorded in Book 113 of Deeds, page 161.

**Parcel No. 3:**

The Northwest quarter Section 13, Township 25 North, Range 17 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona, except that portion thereof lying Westerly of an existing fence and described as follows:

BEGINNING at the Northwest corner of said Section 13;

THENCE South 89 degrees 47 minutes East along the North boundary thereof 1322.54 feet to a point that is distance 1 foot Easterly from a barbed wire ranch fence;

THENCE South 14 degrees 15 minutes 37 seconds East parallel with and 1 foot Easterly from said ranch fence 2723.7 feet, more or less, to a point on the South boundary of said Northwest quarter of Section 13;

THENCE Westerly along said South boundary 1992.70 feet, more or less, to the Southwest corner of said Northwest quarter;

THENCE North 00 degrees 01 minutes West 2640 feet, more or less, to the POINT OF BEGINNING;

EXCEPT all oil, gas, coal and minerals, as reserved in instrument recorded in Book 113 of Deeds, page 161.

**Parcel No. 4:**

The Northwest quarter of the Northeast quarter of Section 13, Township 25 North, Range 17 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT THEREFROM, all coal, oil, gas and mineral deposits as reserved in instrument recorded in Book 113 of Deeds, page 161.

# Exhibit AJ

*3A*

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY L.L.C.
4075 S. DURANGO DR. #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01522796 - 270 - JP6

PAGE: 1 of 3    FEE # 2006035882

B:6197 P:904

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER
4/6/06  3:31 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Mary Janet Uline, Surviving Trustee of The Uline Living Trust, dated January 30, 1991**

do/does hereby convey to

**South Dakota Conservancy L.L.C., a South Dakota limited liability company**
the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

Pursuant to ARS 33-404 the Beneficiaries of said Trust are disclosed on Exhibit "B" attached here to.

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 2, 2006

**SELLER:**

The Uline Living Trust, dated January 30, 1991

_signature_
Mary Janet Uline, Surviving Trustee

State of ___ILLINOIS___ } SS:
County of ___COOK___

On ___March 27___, 2006, before me personally appeared **Mary Janet Uline**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

"OFFICIAL SEAL"
Donna G. Kogut
Notary Public, State of Illinois
My Commission Exp. 05/25/2008

_signature_ Donna G. Kogut
Notary Public
Commission Expires: 5-25-08

2006035882    Page: 2 of 3

905

### Exhibit A

Lot 2, Block G, GOLDEN VALLEY RANCHOS UNIT 21, according to the plat thereof recorded November 25,1960 as Fee No. 98888, records of Mohave County Arizona.

EXCEPT all oil, gas and minerals as reserved in Deed recorded in Book 92 of Deeds, page 166, records of Mohave County, Arizona.



2006035882   Page: 3 of 3

90⁶

DATE:          March 2, 2006

ESCROW NO.:   01522796-270-JP6

### Exhibit "B"

### TRUST DECLARATION

### Disclosure of Beneficiaries

Pursuant to ARS 33-404, the names of the beneficiaries of the Declaration of Trust dated January 30, 1991, are as follows:

Name: MARY JANET ULINE

Address: 113 56th COURT DOWNERS GROVE IL 60516

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

By: _____
       **Mary Janet Uline**

as Trustee (s) of The Uline Living Trust

(This document will be recorded at the Close of Escrow attached to the Deed)

# Exhibit AK

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

MERIDIAN LAND, L.L.C.
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.: 01523797 - 270 - JP6

PAGE: 1 of 2    FEE # 2006035875

**B:6197 P:881**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER
4/6/06  3:31 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Gary Jay Reich and Cheryl Ann Reich, husband and wife**

do/does hereby convey to

**Meridian Land, L.L.C., a Nevada Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 15, 2006

SELLERS:

_Gary Jay Reich_ (signature)
Gary Jay Reich

_Cheryl Ann Reich_ (signature)
Cheryl Ann Reich

State of_____
County of_____  } SS:

On  3-26_____ 2006 before me personally appeared **Gary Jay Reich and Cheryl Ann Reich**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: 12-12-2006



2006035875   Page: 2 of 2

882

**Exhibit A**

Parcel 67, (LEGEND RANCH IN GOLDEN VALLEY) according to Amended Record of Survey recorded September 27, 2002, at Fee No. 2002-65785, records of Mohave County, Arizona, being situate in Sections 18 and 19, Township 22 North, Range 18 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and other mineral rights, sand and gravel and geothermal rights as reserved in Deed recorded in Book 4759 of Official Records, page 809, records of Mohave County, Arizona.


Unofficial Copy

# Exhibit AL

PAGE: 1 of 2    FEE # 2006035883

**B:6197 P:907**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

4/6/06  3:31 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

MERIDIAN LAND, L.L.C.
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.: 01521707 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Bryan J. Smoot and Diana L. Smoot, husband and wife**

do/does hereby convey to

**Meridian Land, L.L.C., a Nevada Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

See Exhibit A attached hereto and made a part hereof.

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 2, 2006

**SELLERS:**

Bryan J. Smoot

Diana L. Smoot

State of ~~Arizona~~ Indiana
County of ~~Mohave~~ Lake        } SS:

On ___3-14-06___, 2006, before me personally appeared **Bryan J. Smoot and Diana L. Smoot**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: _____

MICHAELENE I. FAZEKAS
MY COMMISSION EXPIRES
JULY 27, 2009
NOTARY SEAL
LAKE COUNTY
NOTARY PUBLIC, STATE OF INDIANA

2006035883    Page: 2 of 2

908

**Exhibit A**

Parcel No. 296, LEGEND RANCH IN GOLDEN VALLEY UNIT 2, of records of Survey recorded in Book 22 of Surveys, page 97-97B, records of Mohave County, Arizona, lying within Sections 12 and 14, Township 22 North, Range 19 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona;

EXCEPT all oil, gas, coal and other mineral rights as reserved in Agreement recorded in Book 4409 of Official Records, page 165, records of Mohave County, Arizona.


Unofficial Copy

# Exhibit AM

2A

PAGE: 1 of 2    FEE # 2006038578

**B:6210 P:160**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER

4/13/06  3:45 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

MERIDIAN LAND, L.L.C.
9030 W. SAHARA AVE. #696
LAS VEGAS, NV 89117

ESCROW NO.: 01521704 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Egil-Terje Saetre, an unmarried man and Marie Goodell, an unmarried woman**

do/does hereby convey to

**Meridian Land, L.L.C., a Nevada Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

See Exhibit A attached hereto and made a part hereof.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 2, 2006

**SELLERS:**

_Egil-Terje Saetre_                    _Marie Goodell_
Egil-Terje Saetre                       Marie Goodell

State of Washington
County of Snohomish    } SS:

On Mar. 7, 2006 before me personally appeared **Egil-Terje Saetre and Marie Goodell**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_Virginia Stroh_
Notary Public
Commission Expires: 9-9-08

VIRGINIA STROH
Commission Expires
NOTARY
PUBLIC
Sept. 9, 2008
STATE OF WASHINGTON

2006038578    Page: 2 of 2                                                161

**Exhibit A**

Parcel No. 305, LEGEND RANCH IN GOLDEN VALLEY Unit 2, of records of Survey recorded in Book 22 of Records of Surveys, page 97-97B, being a dependent Resurvey and Segration of Sections 12 and 14, Township 22 North, Range 19 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and other mineral rights, sand and gravel and geothermal rights, as reserved in Book 4454 of Official Records Page 680.



# Exhibit AN

3A

**RECORDING REQUESTED BY**
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, LLC
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01523770 - 270 - JP6

PAGE: 1 of 3    FEE # 2006048484

**B:6255 P:74**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER
5/10/06  4:17 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Owen Davis and Eileen Davis, as Trustees of The OED 2004 Revocable Trust, dated April 14, 2004**
do/does hereby convey to

**South Dakota Conservancy, LLC, a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

Pursuant to ARS 33-404, the beneficiaries of said Trust are disclosed on Exhibit B attached hereto.

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 20, 2006

SELLERS:

The OED 2004 Revocable Trust, dated April 14, 2004

*Owen Davis*
_____
Owen Davis, Trustee

The OED 2004 Revocable Trust, dated April 14, 2004

*Owen Davis For Eileen Davis*
_____
Eileen Davis, Trustee

State of _Florida_
County of _Broward_   } SS:

On _April 3_, 2006, before me personally appeared **Owen Davis**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

AUDREY KAPLAN
Notary Public, State of Florida
My comm. expires Jan 31, 2009
No. DD 384565

*Audrey Kaplan*
_____
Notary Public
Commission Expires: _1/31/09_

See additional Notary Acknowledgement on following page

Unofficial Copy

2006048484    Page: 2 of 3

**Exhibit A**

The Southwest quarter of the Southwest quarter of Section 9, Township 25 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found, upon or under said lands as reserved to Santa Fe Pacific Railroad Company as set out in Book 113 of Deeds Page 161.



2006048484   Page: 3 of 3

DATE:              March 20, 2006

ESCROW NO.:   01523770-270-JP6

**Exhibit "B"**
**TRUST DECLARATION**

**Disclosure of Beneficiaries**

Pursuant to ARS 33-404, the names of the beneficiaries of the Declaration of Trust dated
April 14, 2004 _____ are as follows:

Name: Owen Davis _____

Address: 110260 La Costa De, Weston, FL 33224 _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

Name: _____

Address: _____

By: _____  _____
     (Signature of Trustee)                        (Signature of Trustee)

as Trustee (s) of The OED 2004 Revocable Trust _____

(This document will be recorded at the Close of Escrow attached to the Deed)

# Exhibit AO

PAGE: 1 of 7    FEE # 2006046830

# B:6248 P:599

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER
5/5/06  3:59 PM  Fee: $18.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

RECORDING REQUESTED BY
*Transnation Title Insurance Company*
AND WHEN RECORDS MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01529399 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,
Gerard J. Graziano, a single man and Ann L. Ventricelli, a widow and Gloria A. Eldin, a single woman
do/does hereby convey to
South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Company
the following real property situated in Mohave County, ARIZONA:
See Exhibit A attached hereto and made a part hereof.

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 29, 2006

SELLERS:

_____         _____
Gerard J. Graziano                                          Ann L. Ventricelli

_____
Gloria A. Eldin

State of _____NJ_____
                                              } SS:
County of _____

On ___April 11, 2006___, 2006, before me personally appeared  Gerard J. Graziano , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: 9/5/09

Additional Notary Acknowledgments on following page        JUDITH L. DE RISO
                                                                                        NOTARY PUBLIC OF NEW JERSEY
                                                                                        My Commission Expires Sept. 5, 2006

**2006046830**  **Page: 2 of 7**
Escrow No.: **01529399 - 270 - JP6**

State of ___ N J ___
County of ___ BERGEN ___        } SS:

On _____, 2006, before me personally appeared **Ann L. Ventricelli**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public _____
Commission Expires: _____

State of _____
County of _____        } SS:

On _____, 2006, before me personally appeared **Gloria A. Eldin**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public _____
Commission Expires: _____

Unofficial Copy

2006046830   Page: 3 of 7

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01529399 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Gerard J. Graziano, a single man and Ann L. Ventricelli, a widow and Gloria A. Eldin, a single woman**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota Limited Linbility Company**

the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 29, 2006

**SELLERS:**

_____
Gerard J. Graziano

_____
Ann L. Ventricelli

_____
Gloria A. Eldin

State of _____ N.J.

County of _____ Bergen      } SS:

On _April 27th_____, 2006, before me personally appeared _Gerard J. Graziano_ whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires: _____

Joan V. Glielmi
Notary Public of New Jersey
My Commission Expires August 13, 2007

**Additional Notary Acknowledgments on following page**

2006046830   Page: 4 of 7
Escrow No.: 01529399 - 270 - JP6

State of_____  } SS:
County of_____

On _____, 2006, before me personally appeared  **Ann L. Ventricelli** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _____

State of_____  } SS:
County of_____

On _____, 2006, before me personally appeared  **Gloria A. Elam** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _____

Unofficial Copy

2006046830    Page: 5 of 7

603

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01529399 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,
**Gerard J. Graziano, a single man and Ann L. Ventricelli, a widow and Gloria A. Elvin, a single woman** EDLIN
do/does hereby convey to
**South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:
  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 29, 2006

**SELLERS:**


_____            _____
Gerard J. Graziano                          Ann L. Ventricelli


_____
Gloria A. Elvin   EDLIN

State of ___NEW JERSEY___
County of ___BERGEN___          } SS:


On ___April___, 2006, before me personally appeared **Gerard J. Graziano**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _____

**Additional Notary Acknowledgments on following page**

2006046830   Page: 6 of 7
Escrow No.: **01529399 - 270 - JP6**

State of _____  } SS:
County of _____

On _____, 2006, before me personally appeared **Ann L. Ventricelli**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_____
Notary Public
Commission Expires: _____

State of _New Jersey_____  } SS:
County of _Bergen_____

On _April  4_____, 2006, before me personally appeared **Gloria A. Eldin**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_Clayton J Mills_____
Notary Public
Commission Expires: _Jan 10, 2010_

**CLAYTON J. MILLS**
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JANUARY 10, 2010

2006046830    Page: 7 of 7



**Exhibit A**

The Southwest quarter of the Southwest quarter of Section 21, Township 26 North, Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found, upon or under said lands as reserved to Santa Fe Pacific Railroad Company as set out in Book 113 of Deeds Page 161.



# Exhibit AP

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01531050 - 270 - JP6

PAGE: 1 of 1    FEE # 2006040450

B:6219 P:120
OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER
4/19/06  3:48 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Mountain Land, L.L.C., an Arizona Limited Liability Company**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

**Parcel No. 309, Legend Ranch in Golden Valley Unit 2, of records of Survey recorded in Book 22 of Minor Land Surveys, page 97-97B, lying within Sections 12 and 14, Township 22 North, Range 19 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: April 10, 2006

**SELLER:**

Mountain Land, L.L.C., an Arizona Limited Liability Company

By:   Timothy R. Holley, Managing Member

State of Arizona
County of Mohave          } SS:

On April 17 , 2006 before me personally appeared Timothy R Holley, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Samartha St Amand
Notary Public
Commission Expires:  5-19-07

# Exhibit AQ

1A

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01525311 - 270 - JP6

PAGE: 1 of 1     FEE # 2006041214

B: 6222 P: 663

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER
4/21/06  10:56 AM  Fee: $16.00
DOC TYPE: WD
PAID BY: TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Hunter L. Oden and Ruth Oden, husband and wife**

do/does hereby convey to

**South Dakota Conservancy, L.L.C, a South Dakota limited liability company**

the following real property situated in Mohave County, ARIZONA:

**The Southwest quarter of the Northwest quarter of Section 28, Township 19 North, Range 18 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 20, 2006

SELLERS:

_Hunter L. Oden_                          _Ruth Oden_
Hunter L. Oden                            Ruth Oden

State of
County of Brevard  } SS:

On April 10, _____, 2006, before me personally appeared **Hunter L. Oden and Ruth Oden**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_Edna M Lafflin_
Notary Public
Commission Expires: 8/5/08



EDNA M. LAFFLIN
MY COMMISSION # DD 344147
EXPIRES: August 5, 2008
Bonded Thru Budget Notary Services

# Exhibit AR

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

AMERICAN LAND MANAGEMENT, L.L.C.

ESCROW NO.: 01525631 - 270 - JP6

PAGE: 1 of 2    FEE # 2006041217

**B:6222 P:669**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER
4/21/06  10:56 AM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Robert Baba, a married man as his sole and separate property, who acquired title as a single man**      Robert E. Baba

do/does hereby convey to

**American Land Management, L.L.C., a S. Dakota Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:   Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 17, 2006

**SELLER:**


_____
Robert Baba

State of _Illinois_
County of _Cook_        } SS:

On _April 7_ , 2006, before me personally appeared **Robert Baba** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

```
"OFFICIAL SEAL"
Michael J. Wilson
Notary Public, State of Illinois
My Commission Exp. 03/29/2007
```

_____
Notary Public
Commission Expires: _3/29/07_

2006041217    Page: 2 of 2



## Exhibit A

Parcel No. 63, as shown on the Roadway and Utility Easement Map recorded at Fee No. 75-28148, being the Southwest quarter of the Northeast quarter of Section 28, Township 19 North, Range 18 West of the Gila and Salt River Base and Meridian, records of Mohave County, Arizona.

EXCEPT all rights for minerals, oils, coal, and gas as reserved in Deed recorded in Book 1173 of Official Records Page 858.



Unofficial Copy

# Exhibit AS



RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SEDORA HOLDINGS, L.L.C.
4703 S. FT. APACHE SUITE 300
LAS VEGAS, NV 89149

ESCROW NO.: 01533085 - 270 - JP6



PAGE: 1 of 3    FEE # 2006044218

# B:6236 P:742

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN McCALL,
COUNTY RECORDER
4/28/06  4:06 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Walker Family Limited Partnership, a Nevada limited partnership**

do/does hereby convey to

**Sedora Holdings, L.L.C., a Delaware limited liability company**

the following real property situated in Mohave County, ARIZONA:

As to an undivided 20% interest in and to Exhibit A.

**See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: April 17, 2006

SELLER:

Walker Family Limited Partnership, a Nevada limited
partnership

By: _Christine D. Walker, Sec_
_Clow Mgt Inc._

State of_____
County of_____ } SS:

On _____, 2006, before me personally appeared _See Attached_____, whose identity
was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who
acknowledged that he/she signed the above/attached document in his or her authorized capacity (s)

(Seal)

_____
Notary Public
Commission Expires: _____

Unofficial Copy

2006044218    Page: 2 of 3

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Santa Barbara } ss.

On 4 / 25 / 2006 , before me, Eric Raymond Schwartz, Notary public
　　　　Date　　　　　　　　　　　　Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared Christine D. Waller ,
　　　　　　　　　　　　　　　　Name(s) of Signer(s)

[X] personally known to me

☐ proved to me on the basis of satisfactory evidence
to be the person(s) whose name(s) is/are subscribed
to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted,
executed the instrument.

WITNESS my hand and official seal.

ERIC RAYMOND SCHWARTZ
COMM. #1407339
NOTARY PUBLIC-CALIFORNIA
SANTA BARBARA COUNTY
My Comm. Expires March 27, 2007

Place Notary Seal Above

Signature of Notary Public

---

OPTIONAL

Though the information below is not required by law, it may prove valuable to persons relying on the document
and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: Warranty Deed

Document Date: 4 / 17 / 2006　　　　　Number of Pages: 2

Signer(s) Other Than Named Above: N / A

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Christine D. Waller

☐ Individual
☐ Corporate Officer — Title(s): _____
[X] Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402　　Item No. 5907　　Reorder: Call Toll-Free 1-800-876-6827

2006044218    Page: 3 of 3

**Exhibit A**

Parcels 33A through 33P inclusive, of FIG SPRINGS RANCH UNIT 1, according to the plat thereof recorded April 25, 2003, at Fee No. 03-32973, in the office of the recorder of Mohave County, Arizona;

EXCEPT all oil, gas, and minerals, as reserved in instrument recorded in Book 53 of Deeds, page 11 and thereafter conveyed to the United States of America in Book 1435, page 210 of Official Records.



# Exhibit AT

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01525903 - 270 - JP6

PAGE: 1 of 1    FEE # 2006047540

**B:6251 P:710**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER
5/9/06  10:46 AM  Fee: $16.00
DOC TYPE: WD
PAID BY:TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Healey Stepanic, a married woman, as her sole and separate property**

do/does hereby convey to

**South Dakota Conservancy, a South Dakota Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

**The Northeast quarter of the Northeast quarter of Section 19, Township 25 North Range 16 West of the Gila and Salt River Base and Meridian, Mohave County, Arizona;**

　　　　**EXCEPT all coal, oil, gas and mineral deposits as reserved in Deed recorded in Book 113 of Deeds, Page 161 records of Mohave County, Arizona.**

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: March 20, 2006

**SELLER:**


Healey Stepanic

State of Delaware
County of New Castle } SS:

On April 8th _____,2006, before me personally appeared **Healey Stepanic**, whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

Notary Public
Commission Expires:　3/17/07

# Exhibit AU

**RECORDING REQUESTED BY**
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

SOUTH DAKOTA CONSERVANCY, L.L.C.
4075 S DURANGO DRIVE, #111
BOX 222
LAS VEGAS, NV 89147

ESCROW NO.: 01531859 - 270 - JP6

PAGE: 1 of 2    FEE # 2006043602

**B:6233 P:434**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL,
COUNTY RECORDER
4/27/06  3:46 PM  Fee: $16.00
DOC TYPE: WD
PAID BY: TRANSNATION TITLE INS CO-1

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Mary A. Kerl, a widow**

do/does hereby convey to

**South Dakota Conservancy, L.L.C., a South Dakota Limited Liability Company**
the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: April 13, 2006

**SELLER:**

*Mary A. Kerl*
Mary A. Kerl

State of  New Jersey
County of  Ocean      } SS:

On  April 24th , 20 06 before me personally appeared  **Mary A. Kerl** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

*Jo Ellen Calabrese*
Notary Public        may 22, 2006
Commission Expires: _____

JO ELLEN CALABRESE
Notary Public of New Jersey
My Commission Expires May 22, 200

2006043602    Page: 2 of 2



### Exhibit A

The Northwest quarter of the Northwest quarter of Section 17, Township 25 North, Range 16 West, of the Gila and Salt River Base and Meridian, Mohave County, Arizona.

EXCEPT all oil, gas, coal and minerals whatsoever, already found or which may hereafter be found as reserved to Santa Fe Railroad Company in Deed recorded in Book 113 of Deeds, Page 161.


Unofficial Copy

# Exhibit AV

RECORDING REQUESTED BY
Transnation Title Insurance Company
AND WHEN RECORDED MAIL TO:

AMERICAN LAND MANAGEMENT, LLC
4730 S. FORT APACHE RD.
STE. 300
LAS VEGAS, NV 89147

ESCROW NO.: 01371712 - 270 - JP6

PAGE: 1 of 4    FEE # 2006091573

**B:6452 P:65**

OFFICIAL RECORDS
OF MOHAVE COUNTY
JOAN MCCALL
COUNTY RECORDER

09/14/2006 04:43 PM  Fee: $16.00
DOC TYPE: WD
PAID BY:CHICAGO TITLE INS CO

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Sports Entertainment, LLC, a Nevada limited liability company**

do/does hereby convey to

**American Land Management, LLC, a South Dakota Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: August 25, 2006

**SELLER:**

Sports Entertainment, LLC, a Nevada limited liability company

Cane Enterprises, LLC: Marc Vogel, managing member

Built on Integrity, Inc. Scott Fisher, President, Managing Member

State of <u>Arizona</u>
County of <u>Mohave</u>            } SS:

On <u>September  14th</u>, 2006 before me personally appeared  **Sports Entertainment, LLC , by Built on Integrity, Inc., Scott Fisher, President, Managing Member** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

OFFICIAL SEAL
KIM GROSS
Notary Public - State of Arizona
MOHAVE COUNTY
My Comm. Expires Apr. 24, 2010

Notary Public
Commission Expires: <u>4/24/10</u>

2006091573   Page: 2 of 4

RECORDING REQUESTED BY
Transnation Title Insurance Company

AND WHEN RECORDED MAIL TO:

AMERICAN LAND MANAGEMENT, LLC
4730 S. FORT APACHE RD.
STE. 300
LAS VEGAS, NV 89147

ESCROW NO.: 01371712 - 270 - JP6

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

**Sports Entertainment, LLC, a Nevada limited liability company**

do/does hereby convey to

**American Land Management, LLC, a South Dakota Limited Liability Company**

the following real property situated in Mohave County, ARIZONA:

  **See Exhibit A attached hereto and made a part hereof.**

SUBJECT TO:  Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated: August 25, 2006

**SELLER:**

Sports Entertainment, LLC, a Nevada limited liability company

Cane Enterprises, LLC: Marc Vogel, managing member

Built on Integrity, Inc. Scott Fisher, President, Managing Member

State of <u>Arizona</u>
County of <u>Mohave</u>              } SS:

On _____ , 20__ , before me personally appeared **Sports Entertainment, LLC, by Built on Integrity, Inc., Scott Fisher, President, Managing Member** , whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity(ies)

(Seal)

                                    Notary Public
                                    Commission Expires: _____

2006091573    Page: 3 of 4

State of _Nevada_
County of _Clark_          } SS:

On _September 11_ , 2006 before me personally appeared **Sports Entertainment, LLC , by Cane Enterprises, LLC Marc Vogel, Managing Member,** whose identity was proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and who acknowledged that he/she signed the above/attached document in his or her authorized capacity (ies)

(Seal)

_Rosemary C. Dittrich_
Notary Public

```
ROSEMARY C. DITTRICH
Notary Public State of Nevada
No. 04-B9477-1
My appt. exp. May 18, 2008
```

09/14/2006 16:24 FAX                                                    ☑ 002/003

2006091573   Page: 4 of 4

EXHIBIT "A"

THOSE PORTIONS OF GOVERNMENT LOT 2, THE EAST HALF OF THE NORTHWEST
QUARTER, THE NORTHEAST QURATER, THE NORTH HALF OF THE SOUTHEAST QUARTER
AND THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 30,
TOWNSHIP 27 NORTH, RANGE 20 WEST OF THE  GILA AND SALT RIVER BASE AND
MERIDIAN, MOHAVE COUNTY ARIZONA, AS SHOWN ON RECORD OF SURVEY
RECORDED IN BOOK 22 OF RECORDS OF SURVEYS, PAGE 28, IN THE OFFICE OF THE
COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF SAID SECTION 30; THENCE SOUTH 00
DEGREES 28 MINUTES 53 SECONDS WEST ALONG THE WEST LINE OF SAID SECTION,
2059.90 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 88 DEGREES 00
MINUTES 02 SECONDS EAST 1558.41 FEET; THENCE NORTH 21 DEGREES 59 MINUTES 58
SECONDS WEST TO POINT ON THE CENTER LINE OF WHITE HILLS ROAD 522.59 FEET;
THENCE CONTINUING ALONG SAID CENTER LINE NORTH 68 DEGREES 00 MINUTES 02
SECONDS EAST 792.50 FEET; THENCE LEAVING SAID CENTERLINE SOUTH 21 DEGREES
59 MINUTES 58 SECONDS EAST 1045.32 FEET; THENCE NORTH 68 DEGREES 00 MINUTES
02 SECONDS EAST 792.50 FEET; THENCE NORTH 21 DEGREES 59 MINUTES 58 SECONDS
WEST 522.73 FEET; THENCE NORTH 68 DEGREES 00 MINUTES 02 SECONDS EAST 2255.74
FEET TO A POINT ON THE NORTH LINE OF SECTION 30; THENCE SOUTH 89 DEGREES 37
MINUTES 47 SECONDS EAST 244.19 FEET BEING THE NORTHEAST CORNER OF SAID
SECTION 30; THENCE SOUTH 00 DEGREES 20 MINUTES 26 SECONDS WEST 2642.95 FEET
TO THE EAST QUARTER CORNER OF SAID SECTION 30; THENCE SOUTH 00 DEGREES 22
MINUTES 46 SECONDS WEST ALONG THE EAST LINE OF SAID SECTION 30 2643.39 FEET
TO THE SOUTHEAST CORNER OF SAID SECTION 30; THENCE NORTH 89 DEGREES 34
MINUTES 26 SECONDS WEST ALONG THE SOUTH LINE OF SAID SECTION 1320.67 FEET
TO THE ONE-SIXTEENTH CORNER OF SAID SECTION 30; THENCE NORTH 00 DEGREES 21
MINUTES 26 SECONDS EAST 1321.53 FEET TO THE ONE-SIXTEENTH CORNER; THENCE
NORTH 89 DEGREES 34 MINUTES 32 SECONDS WEST 1320.99 FEET THE ONE-SIXTEENTH
CORNER; THENCE NORTH 00 DEGREES 20 MINUTES 00 SECONDS EAST 1321.66 FEET TO
THE CENTER OF SAID SECTION 30; THENCE NORTH 89 DEGREES 35 MINUTES 10
SECONDS WEST 2584.45 FEET TO THE WEST QUARTER CORNER OF SAID SECTION 30;
THENCE NORTH 00 DEGREES 28 MINUTES 53 SECONDS EAST ALONG THE WEST LINE
584.57 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPT THAT PORTION THEREOF LYING WITHIN THE 100 FOOT RIGHT-OF-WAY FOR A
ROADWAY SHOWN AS WHITE HILLS ROAD PER SURVEY ID 1941B RECORDED AT FEE #97-
19668 M.C.R.

ALSO EXCEPT ALL OIL, GAS, COAL AMD MINERALS AS RESERVED IN DEEDS RECORDED IN
BOOK 60 OF DEEDS, PAGE 376, AND IN BOOK 61 OF DEEDS, PAGE 371.