KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
Daniel Bogden
United States Attorney

Attorneys for the United States of America

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>Rhodes Homes, et al.,<br><br>                  Reorganized Debtors. | ) BK-S-09-14814 LBR<br>) (Jointly Administered)<br>) Chapter 11<br>)<br>) UNITED STATES' STATEMENT OF<br>) ELECTION TO APPEAL TO THE UNITED<br>) STATES DISTRICT COURT FOR THE<br>) DISTRICT OF NEVADA |

On May 17, 2012, the United States of America filed a Notice of Appeal from the Order Disallowing And Expunging Claim No. 7 (Docket No. 1697) entered in this matter on May 3, 2012. Pursuant to 28 U.S.C. §158(c)(1)(A) and Fed.R.Bank.P. 8001(e), the United States hereby elects to have the appeal heard by the United States District Court for the District of Nevada.

Dated this 17th day of May, 2012.

KATHRYN KENEALLY
Assistant Attorney General

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

Of Counsel:
DANIEL BOGDEN
United States Attorney

4675962.1