# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** <u>09–14814–lbr</u>
**Chapter 11**
**Appeal Reference Number** <u>12–22</u>

In re:
    THE RHODES COMPANIES, LLC
                      Debtor(s)

---

THE UNITED STATES OF AMERICA –
INTERNAL REVENUE SERVICE
                      Appellant(s)

vs

THE RHODES COMPANIES, LLC, AKA RHODES
HOMES, ET AL
                      Appellee(s)

---

## NOTICE OF REFERRAL OF APPEAL
## TO UNITED STATES DISTRICT COURT

TO:   ALL PARTIES IN APPEAL
        U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by THE UNITED STATE OF AMERICA – I.R.S. with the Clerk of the Bankruptcy Court on 05/17/2012. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 5/18/12                                     BY THE COURT

                                                                   *Mary A. Schott*

                                                                   Mary A. Schott
                                                                   Clerk of the Bankruptcy Court