# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** 09–14814–lbr
**Chapter 11**
**Appeal Reference Number** 12–22
**BAP Number**
**USDC Case Number**

In re:
    THE RHODES COMPANIES, LLC
                  Debtor(s)

---

THE UNITED STATES OF AMERICA –
INTERNAL REVENUE SERVICE
                  Appellant(s)

vs

THE RHODES COMPANIES, LLC, AKA RHODES
HOMES, ET AL
                  Appellee(s)

---

TRANSMITTAL FORM, DISTRICT OFFICE NO. 0978/ 2

To: U.S. DISTRICT COURT
Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | YES |
| Bankruptcy Judge | LINDA B. RIEGLE |
| Date Notice of Appeal Filed | 05/17/2012 |
| Date of Entry of Order Appealed | 05/03/2012 |
| Date Bankruptcy Filed | 03/31/2009 |
| Other | |

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court