KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
Daniel Bogden
United States Attorney

Attorneys for the United States of America

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) BK-S-09-14814 LBR |
| | ) (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka | ) Chapter 11 |
| Rhodes Homes, et al., | ) |
| | ) |
| Reorganized Debtors. | ) NOTICE OF APPEAL |
| | ) |

    The United States of America, pursuant to 28 U.S.C.§158(a)(1), appeals from the Order Disallowing And Expunging Claim No. 7 (Docket No. 1697).

    The names of the parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

The Rhodes Companies, LLC,     represented by:     KOLESAR & LEATHAM
aka Rhodes Homes, et al.,                                            NILE LEATHAM, Esq.
                                                                                        Nevada Bar No. 002838
                                                                                        SHLOMO S. SHERMAN, Esq.
                                                                                        Nevada Bar No. 009688
                                                                                        400 South Rampart Blvd., Suite 400
                                                                                        Las Vegas, NV 89145
                                                                                        Telephone: (702) 362-7800

4675962.1

|   |   |   |
|---|---|---|
|   |   | AKIN GUMP STRAUSS HAUER & FELD LLP<br>PHILIP C. DUBLIN, Esq.<br>New York Bar No. 2959344<br>ABID QURESHI, Esq.<br>New York Bar No. 2684637<br>One Bryant Park<br>New York, N Y 10036<br>Telephone: (212) 872-1000 |
| United States of America | represented by: | KATHRYN KENEALLY<br>Assistant Attorney General<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 683<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 307-6484 |

Dated this 17th day of May, 2012.

KATHRYN KENEALLY
Assistant Attorney General

/s/ Virginia Cronan Lowe
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6484

Of Counsel:
DANIEL BOGDEN
United States Attorney