


Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**May 03, 2012**

**KOLESAR & LEATHAM**
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Boulevard, Suite 400
Las Vegas, NV  89145
Telephone: 702.362.7800
Facsimile: 702.362.9472
E-Mail: nleatham@klnevada.com
        ssherman@klnevada.com

*Local Counsel for the Reorganized Debtors*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
PHILIP C. DUBLIN, ESQ.
New York Bar No. 2959344
ABID QURESHI, ESQ.
New York Bar No. 2684637
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
        aqureshi@akingump.com

*Attorneys for the Reorganized Debtors*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors.<br><br>☐ Affects all Debtors<br>☒ Affects the following Debtors:<br><br>Bravo, Inc. 09-14825 | Chapter 11<br><br>Case No. BK-S-09-14814-LBR<br>(Jointly Administered) |

### ORDER DISALLOWING AND EXPUNGING CLAIM NO. 7

The Court, having considered the *Reorganized Debtors' Objection to Claim No. 7 Filed by the Internal Revenue Service Against Debtor Bravo, Inc. Pursuant to Sections 105, 502(b)*

*and 505 of the Bankruptcy Code and Bankruptcy Rules 3001, 3003 and 3007* [Docket No. 1377] (the "Objection") filed by the Reorganized Debtors[1] requesting that the Court enter an order disallowing claim 7 (as amended from time to time, the "IRS Claim") in its entirety; the Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; after conducting a hearing on due and proper notice, it being apparent that the relief requested in the Objection is in the best interests of the Reorganized Debtors, their estates and creditors; the Court, having considered the pleadings, the evidence, and the arguments of counsel, finding that the legal and factual bases set forth in the Objection establish just cause for the relief requested therein; and the Court, for the reasons stated on the record at the hearing on April 26, 2012, having adopted the *Reorganized Debtors' Proposed Findings of Fact and Conclusions of Law* [Docket No. 1685];

IT IS HEREBY ORDERED THAT:

1. The Objection is SUSTAINED; and

2. The IRS Claim is hereby disallowed, extinguished, and expunged; and

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

///

///

///

///

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

| | |
|---|---|
| SUBMITTED BY: | APPROVED BY: |
| KOLESAR & LEATHAM | KATHRYN KENEALLY<br>Assistant Attorney General |
| By: *[signature]*<br>NILE LEATHAM, ESQ.<br>Nevada Bar No. 002838<br>SHLOMO S. SHERMAN, ESQ.<br>Nevada Bar No. 009688<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br>    and<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>PHILIP C. DUBLIN<br>New York Bar No. 2959344<br>ABID QURESHI<br>New York Bar No. 2684637<br>One Bryant Park<br>New York, NY 10036 | By: *[signature]*<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044<br><br>*Attorneys for the United States of America* |

- 3 -

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

### VIRGINIA CRONAN LOWE - APPROVED

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

KOLESAR & LEATHAM

By: _____
NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89145

*Local Counsel for the Reorganized Debtors*

- 4 -