United States Bankruptcy Court
District of Nevada

In re:                                                              Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                           Chapter 11
      Debtor
## CERTIFICATE OF NOTICE

District/off: 0978-2     User: breareymr         Page 1 of 3              Date Rcvd: May 18, 2012
                         Form ID: apbrefdc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2012.
aty          +PHILIP C. DUBLIN,   AKIN GUMP STRAUSS HAUER & FELD,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 20, 2012**                       **Signature:**     _Joseph Speetjens_

```
District/off: 0978-2           User: breareymr              Page 2 of 3                  Date Rcvd: May 18, 2012
                               Form ID: apbrefdc            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2012 at the address(es) listed below:
              ANNE M. LORADITCH    on behalf of Creditor JAMES RHODES aloraditch@foxrothschild.com,
               pkois@foxrothschild.com;ldupree@foxrothschild.com;rdittrich@foxrothschild.com
              BART K. LARSEN    on behalf of Creditor  Reef Colonial, LLC blarsen@klnevada.com,
               jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
              BRETT A. AXELROD    on behalf of Creditor  SAGEBRUSH ENTERPRISES, INC. baxelrod@foxrothschild.com,
               pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com
              BRIAN D. SHAPIRO    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               bshapiro@brianshapirolaw.com,
               ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapi
               rolaw.com;jessie@brianshapirolaw.com
              CAROL L. HARRIS    on behalf of Creditor   In re Kitec Fitting Litigation Class Plaintiffs
               c.harris@kempjones.com,    ade@kempjones.com
              CONOR P. FLYNN    on behalf of Creditor   COMMERCE ASSOCIATES, LLC cflynn@jonesvargas.com
              DAMON K. DIAS    on behalf of Creditor   X-It at 215, LLC ddias@diaslawgroup.com,
               bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com
              DAVID A. COLVIN    on behalf of Creditor   DANA KEPNER COMPANIES, LLC dcolvin@maclaw.com,
               mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
              DAVID R HAGUE    on behalf of Creditor JAMES RHODES dhague@fabianlaw.com,    dromero@fabianlaw.com
              DONALD H. WILLIAMS    on behalf of Creditor  Westar Kitchen & Bath, LLC
               DonaldHWilliamsLaw@gmail.com,    taylorsellers@gmail.com
              EDWARD M. MCDONALD    on behalf of U.S. Trustee  U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov
              ELIZABETH E. STEPHENS    on behalf of Attorney   SULLIVAN HILL LEWIN REZ & ENGEL
               stephens@sullivanhill.com,
               calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.c
               om;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.c
               om;ggarcia@sullivanhill.com
              ERIC  RANSAVAGE    on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com,
               agutierrez@ssllplaw.com
              ERIC D. MADDEN    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               emadden@diamondmccarthy.com,    cburrow@diamondmccarthy.com
              GREGORY F WILSON    on behalf of Witness  SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
               gfwilson@wilsonquint.com,    pwilson@wilsonquint.com
              J. THOMAS BECKETT    on behalf of Creditor   CREDITORS COMMITTEE ECF@parsonsbehle.com
              JACOB J ROBERTS    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               jroberts@diamondmccarthy.com,    cburrow@diamondmccarthy.com
              JAMES D. GREENE    on behalf of Plaintiff EUGENE DAVIS jgreene@greeneinfusolaw.com,
               fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
              JANET L. CHUBB    on behalf of Creditor   COMMERCE ASSOCIATES, LLC bsalinas@armstrongteasdale.com
              JANIECE S MARSHALL    on behalf of Creditor   STANLEY CONSULTANTS, INC.
               car@amclaw.com;crb@amclaw.com;csh@amclaw.com
              JEANETTE E. MCPHERSON    on behalf of Defendant   KB HOME NEVADA, INC. bkfilings@s-mlaw.com
              JEFFREY D. OLSTER    on behalf of Creditor   HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
               sallade@lbbslaw.com
              JEFFREY R. SYLVESTER     on behalf of Creditor   CREDIT SUISSE, CAYMAN ISLANDS BRANCH
               jeff@sylvesterpolednak.com,    gaby@sylvesterpolednak.com
              KEITH S. KNOCHEL    on behalf of Creditor VALERIE SILVAS law@lawyersinarizona.com
              KEVIN N. ANDERSON    on behalf of Creditor JAMES RHODES kanderson@fabianlaw.com,
               sburdash@fabianlaw.com
              KIRBY C. GRUCHOW    on behalf of Creditor  NEVADA POWER COMPANY hkelley@leachjohnson.com
              LORI  BROWN    on behalf of Creditor   Las Vegas Supply, Inc. minute@legalcounselors.com
              MARK R. SOMERSTEIN    on behalf of Creditor   WELLS FARGO BANK, N.A. mark.somerstein@ropesgray.com
              MARVIN C. RUTH    on behalf of Creditor   CEMEX CONSTRUCTION MATERIALS SOUTH, LLC MRuth@LRLaw.com
              MICHAEL  YODER    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
               myoder@diamondmccarthy.com,    cburrow@diamondmccarthy.com
              MICHAEL B WIXOM    on behalf of Interested Party  MUTUAL OF OMAHA BANK mbw@slwlaw.com,
               ef@slwlaw.com
              NATALIE M. COX    on behalf of Interested Party   REORGANIZED DEBTORS ncox@klnevada.com,
               bankruptcy@klnevada.com;kdunn@klnevada.com
              NILE  LEATHAM    on behalf of Creditor   STEERING COMMITTEE OF SENIOR SECURED LENDERS
               nleatham@klnevada.com,    ckishi@klnevada.com,bankruptcy@klnevada.com
              OMNI MANAGEMENT GROUP, LLC (bo)     bosborne@omnimgt.com,    sewing@omnimgt.com
              PHILIP R. BYRNES    on behalf of Creditor  CITY OF LAS VEGAS PBYRNES@LASVEGASNEVADA.GOV,
               CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGA
               SNEVADA.GOV
              PHILIP S. GERSON    on behalf of Creditor   CLARK COUNTY banknv@rocgd.com,    mburgener@rocgd.com
              REW R. GOODENOW    on behalf of Creditor   CREDITORS COMMITTEE ecf@parsonsbehle.com
              ROBERT R. KINAS    on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORPORATION
               rkinas@swlaw.com,
               jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;bgriffith@swlaw.com;nunzueta@s
               wlaw.com;docket_las@swlaw.com
              RODNEY M. JEAN    on behalf of Creditor  Credit Suisse, Cayman Islands Branch
               RJEAN@LIONELSAWYER.COM,    gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com
              ROSA  SOLIS-RAINEY    on behalf of Defendant   DELOITTE & TOUCHE LLP rsr@morrislawgroup.com,
               bkv@morrislawgroup.com
              SHIRLEY S. CHO    on behalf of Debtor   THE RHODES COMPANIES, LLC scho@pszjlaw.com
              SHLOMO S. SHERMAN    on behalf of Interested Party   REORGANIZED DEBTORS ssherman@klnevada.com,
               bankruptcy@klnevada.com;bbroussard@klnevada.com
```

```
District/off: 0978-2          User: breareymr            Page 3 of 3             Date Rcvd: May 18, 2012
                              Form ID: apbrefdc          Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              SUSAN L. MYERS    on behalf of Creditor   Credit Suisse, Cayman Islands Branch smyers@lacsn.org,
               emontes@lacsn.org;bklsclv@lionelsawyer.com
              THOMAS E. CROWE     on behalf of Creditor SHANE SMITH tcrowelaw@yahoo.com
              TIMOTHY P. THOMAS    on behalf of Creditor   STEERING COMMITTEE OF SENIOR SECURED LENDERS ,
               veralynn@tthomaslaw.com
              TRACY A. DIFILLIPPO    on behalf of Creditor   COMMERCE ASSOCIATES, LLC tdifillippo@jonesvargas.com,
               enunez@jonesvargas.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
              VIRGINIA CRONAN LOWE    on behalf of Creditor   UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
               virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov
              ZACHARIAH  LARSON    on behalf of Debtor   APACHE FRAMING, LLC cshurtliff@maclaw.com,
               sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com
                                                                                             TOTAL: 49
```

# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  09–14814–lbr
### Chapter 11
Appeal Reference Number 12–22

In re:

    THE RHODES COMPANIES, LLC
                    Debtor(s)

THE UNITED STATES OF AMERICA –
INTERNAL REVENUE SERVICE
                    Appellant(s)

vs

THE RHODES COMPANIES, LLC, AKA RHODES
HOMES, ET AL
                    Appellee(s)

## NOTICE OF REFERRAL OF APPEAL
## TO UNITED STATES DISTRICT COURT

TO:  ALL PARTIES IN APPEAL
       U.S. TRUSTEE

,

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed by THE UNITED STATE OF AMERICA – I.R.S. with the Clerk of the Bankruptcy Court on 05/17/2012. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 5/18/12                                      BY THE COURT

                                                         *Mary A. Schott*

                                                         Mary A. Schott
                                                         Clerk of the Bankruptcy Court