KATHRYN KENEALLY
Assistant Attorney General

VIRGINIA CRONAN LOWE
KAYCEE M. SULLIVAN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6484
        (202) 514-9593
Email: virginiacronan.lowe@usdoj.gov
       kaycee.m.sullivan@usdoj.gov

Of Counsel:
Daniel Bogden
United States Attorney

Attorneys for the United States of America

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) BK-S-09-14814 LBR |
| | ) (Jointly Administered) |
| THE RHODES COMPANIES, LLC, a/k/a | ) Chapter 11 |
| Rhodes Homes, et al., | ) |
| | ) |
| Reorganized Debtors. | ) UNITED STATES' STATEMENT OF ISSUE |
| | ) AND DESIGNATION OF RECORD ON APPEAL |
| | ) |

The United States of America filed a notice of appeal with regard to the Order Disallowing And Expunging Claim No. 7. (Docket No. 1697).  The United States hereby submits, pursuant to Federal Rule of Bankruptcy Procedure 8006, this statement of issue on appeal and the designation of the record on appeal.

STATEMENT OF ISSUE ON APPEAL

Whether the Bankruptcy Court erred in sustaining the Reorganized Debtors' Objection to Claim No. 7 of the Internal Revenue Service.  Whether the Bankruptcy Court erred in adopting the Reorganized Debtors' Proposed Findings of Fact and Conclusions of Law, (Docket No. 1685), which concludes that Bravo was not the employer of the workers at issue and therefore was not responsible for the employment taxes.

8532940.1

DESIGNATION OF RECORD

The following items are to be included in the record on appeal:

| Filing Date | Docket No. | Description |
| --- | --- | --- |
| 04/13/2010 | Claim 7-2 | Proof of Claim for Internal Revenue Taxes |
| 03/31/2011 | 1377 | Reorganized Debtors' Objection to Claim No. 7 filed by Internal Revenue Service Against Debtor Bravo, Inc. |
| 09/07/2011 | 1532 | Declaration of Dean Griffith with Certificate of Service |
| 09/15/2011 | 1540 | Response in Opposition to Reorganized Debtor's Objection to IRS Claim filed against Bravo, Inc. |
| 09/15/2011 | 1541 | Declaration of Virginia Cronan Lowe |
| 09/16/2011 | 1551 | Amended Declaration of Virginia Cronan Lowe |
| 09/21/2011 | 1553 | Reorganized Debtor's Reply to United States' Response in Opposition Transcript of Hearing |
| 11/01/2011 | 1589 | Transcript of Hearing held on September 27, 2011 |
| 01/26/2012 | 1640 | Joint Pre-Trial Statement |
| 02/13/2012 | 1658 | United States Brief with Certificate of Service |
| 02/13/2012 | 1659 | Reorganized Debtors' Brief |
| 02/13/2012 | 1660 | Declaration of Justin H. Bell |
| 02/13/2012 | 1661 | Certificate of Service |
| 02/16/2012 | 1663 | Amended Witness List |
| 02/27/2012 | 1668 | Reorganized Debtors' Reply Brief |
| 02/27/2012 | 1669 | Declaration of Justin H. Bell |
| 02/27/2012 | 1670 | United States' Reply Brief |
| 02/27/2012 | 1671 | Certificate of Service |
| 02/27/2012 | 1672 | Declaration of Virginia Cronan Lowe |
| 04/02/2012 | 1681 | Transcript of Trial held on March 5, 2012 |
| 04/12/2012 | 1684 | United States' Proposed Findings of Fact and Conclusions of Law |
| 04/12/2012 | 1685 | Reorganized Debtors' Proposed Findings of Fact and Conclusions of Law |
| 05/03/2012 | 1697 | Order Disallowing and Expunging IRS Claim No. 7 |
| 05/17/2012 | 1700 | United States' Notice of Appeal |

Dated this 31st day of May, 2012.

                                            KATHRYN KENEALLY
                                            Assistant Attorney General

                                            /s/ Kaycee M. Sullivan
                                            VIRGINIA CRONAN LOWE
                                            KAYCEE M. SULLIVAN
                                            Trial Attorneys, Tax Division
                                            U.S. Department of Justice

                                            Of Counsel:
                                            DANIEL BOGDEN
                                            United States Attorney

8532940.1

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD ON APPEAL has been made this 31st day of May, 2012, by United States mail, in a postage prepaid envelope to:

NILE LEATHAM, Esq.
SHLOMO S. SHERMAN, Esq.
400 South Rampart Blvd., Suite 400
Las Vegas, NV 89145

AKIN GUMP STRAUSS HAUER & FELD LLP
PHILIP C. DUBLIN, Esq.
ABID QURESHI, Esq.
One Bryant Park
New York, N Y 10036
Telephone: (212) 872-1000

/s/ Kaycee M. Sullivan
KAYCEE M. SULLIVAN
Trial Attorney, Tax Division
U.S. Department of Justice