NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone No. (702) 362-7800
Facsimile No. (702) 362-9472
E-Mail:    nleatham@klnevada.com
           ssherman@klnevada.com

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
JUSTIN H. BELL (NY Bar No. 44)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:    pdublin@akingump.com
           aqureshi@akingump.com
           bellj@akingump.com

*Counsel for Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Chapter 11 |
| Reorganized Debtors.[1] | |
| Affects: | |
| ☐ All Debtors | **CERTIFICATE OF SERVICE** |
| ☒ The Following Debtor(s): Bravo, Inc. 09-14825 | |

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918);  The Rhodes Companies, LLC (3060);  Rhodes Ranch General Partnership (1760);  Tick, LP (0707);  Glynda, LP (5569);  Chalkline, LP (0281);  Batcave, LP (6837);  Jackknife, LP (6189);  Wallboard, LP (1467);  Overflow, LP (9349);  Rhodes Ranch Golf and Country Club (9730);  Tuscany Acquisitions, LLC (0206);  Tuscany Acquisitions II, LLC (8693);  Tuscany Acquisitions III, LLC (9777);  Tuscany Acquisitions IV, LLC (0509);  Parcel 20 LLC (5534);  Rhodes Design and Development Corp. (1963);  C&J Holdings, Inc. (1315);  Rhodes Realty, Inc. (0716);  Jarupa LLC (4090);  Elkhorn Investments, Inc. (6673);  Rhodes Homes Arizona, LLC (7248);  Rhodes Arizona Properties, LLC (8738);  Tribes Holdings LLC (4347);  Six Feathers Holdings, LLC (8451);  Elkhorn Partners, A Nevada Limited Partnership (9654);  Bravo Inc. (2642);  Gung-Ho Concrete, LLC (6966);  Geronimo Plumbing, LLC (6897);  Apache Framing, LLC (6352);  Tuscany Golf Country Club, LLC (7132);  Pinnacle Grading, LLC (4838).

1190394.doc (7540-1)                       - 1 -

**CERTIFICATE OF SERVICE**

1. On June 13, 2012, I served the following document(s) (*specify*): _____

   **REORGANIZED DEBTORS' COUNTER DESIGNATION OF RECORD ON APPEAL [#1716]**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (*Check all that apply*)

   ☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

   KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
   kanderson@fabianlaw.com, sburdash@fabianlaw.com

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; ldupree@foxrothschild.com

   J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
   ECF@parsonsbehle.com

   LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
   minute@legalcounselors.com

   PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
   pbyrnes@lasvegasnevada.gov, ckelly@lasvegasnevada.gov; khansen@lasvegasnevada.gov; bcomella@lasvegasnevada.gov; jandrews@lasvegasnevada.gov

   SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
   scho@pszjlaw.com

   JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
   bsalinas@armstrongteasdale.com

   DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
   dcolvin@maclaw.com, mwalters@maclaw.com; kgallegos@maclaw.com; tszostek@maclaw.com

   NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
   ncox@klnevada.com, bankruptcy@klnevada.com; kdunn@klnevada.com
   THOMAS E. CROWE on behalf of Creditor SHANE SMITH
   tcrowelaw@yahoo.com

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1190394.doc (7540-1)    - 2 -

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com; jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@jonesvargas.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@jonesvargas.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com; cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, gbagley@lionelsawyer.com; bklsclv@lionelsawyer.com; mstow@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; nbaig@swlaw.com; bgriffith@swlaw.com; nunzueta@swlaw.com; docket_las@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com; mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com; akosina@maclaw.com; mwalters@maclaw.com; kgallegos@maclaw.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF
   SENIOR SECURED LENDERS
nleatham@klnevada.com,
   ckishi@klnevada.com,bankruptcy@klnevada.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com, pkois@foxrothschild.com;
   ldupree@foxrothschild.com; rdittrich@foxrothschild.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES
   OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST
   OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

JANIECE S MARSHALL on behalf of Creditor STANLEY
   CONSULTANTS, INC.
car@amclaw.com; crb@amclaw.com; csh@amclaw.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE -
   LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME
   NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands
   Branch
smyers@lacsn.org, emontes@lacsn.org; bklsclv@lionelsawyer.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT
   PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST
   OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION
   MATERIALS SOUTH, LLC
MRuth@LRLaw.com

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1190394.doc (7540-1)                                   - 4 -

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com; candice@brianshapirolaw.com; jessie@brianshapirolaw.com

2  SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com; bbroussard@klnevada.com

3  ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com, bkv@morrislawgroup.com

4  MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

5  ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
stephens@sullivanhill.com, calderone@sullivanhill.com; vidovich@sullivanhill.com; roberts@sullivanhill.com; hill@sullivanhill.com; Manning@sullivanhill.com; stein@sullivanhill.com; iriarte@sullivanhill.com; benoit@sullivanhill.com; ggarcia@sullivanhill.com

6  JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com, gaby@sylvesterpolednak.com

7  TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com

8  U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

9  DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

10  GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
gfwilson@wilsonquint.com, pwilson@wilsonquint.com

11  MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

12  MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

☐ **b.   United States mail, postage fully prepaid**
(*List persons and addresses.  Attach additional paper if necessary*)

☐ **c.   Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.   By direct email (as opposed to through the ECF System)**
(*List persons and email addresses.  Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.   By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐ **f.   By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  June 13, 2012.

> */s/ Cindy Kishi*
> DECLARANT

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1190394.doc (7540-1)

- 6 -