# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number** 09–14814–lbr
**Chapter 11**
**Appeal Reference Number** 12–22
**BAP Number**
**USDC Number** 12–cv–00849–JCM–PAL

In re:
THE RHODES COMPANIES, LLC
        Debtor(s).

---

THE UNITED STATES OF AMERICA – INTERNAL REVENUE SERVICE , Appellant(s)

vs

THE RHODES COMPANIES, LLC AKA RHODES HOMES, ET AL , Appellee(s)

---

## CERTIFICATE OF READINESS

TO:    ☐ CLERK OF THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
        ☒ CLERK OF THE UNITED STATES DISTRICT COURT

The undersigned Deputy Clerk of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete. The record will be so transmitted upon request from the Clerk of the United States District Court.

Dated: 6/19/12                                       BY THE COURT

                                                                     *Mary A. Schott*

                                                                     Mary A. Schott
                                                                     Clerk of the Bankruptcy Court