JAMES JIMMERSON, ESQ.
Nevada Bar No. 264
LYNN HANSEN, ESQ.
Nevada Bar No. 244
JIMMERSON HANSEN, P.C.
415 South 6th Street, Suite 100
Las Vegas, NV 90101
Telephone: (702) 388-7171
Facsimile: (702) 380-6408
Email: jjj@jimmersonhansen.com
       lmh@jimmersonhansen.com
*Counsel for Sagebrush Enterprises, Inc., Harmony Homes, Inc. North 5th, LLC, Farm Hualapai, LLC, Harmony2, LLC, Hayden Springs Partners, LLC, Tropical Sands, LLC and Rhodes Ranch, LLC*

NITZ, WALTON & HEATON, LTD.
W. OWEN NITZ, ESQ.
Nevada Bar No. 115
JAMES H. WALTON, ESQ.
Nevada Bar No. 449
WILLIAM H. HEATON, ESQ.
Nevada Bar No. 1097
601 South Tenth Street, Suite 201
Las Vegas, NV 89101
Telephone: (702) 474-4004
Facsimile: (702) 384-3011
Email: owen@nwhltd.com
       jim@nwhltd.com
       will@nwhltd.com
*Counsel for John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust I, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC, and Truckee Springs Holdings, Inc.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," *et al*.,<br><br>Reorganized Debtors. | Case No. 09-14814-LBR<br>(Jointly Administered) |

1

| | |
|---|---|
| THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> JAMES M. RHODES, SEDORA HOLDINGS, LLC, SAGEBRUSH ENTERPRISES, INC., GYPSUM RESOURCES, LLC, TRUCKEE SPRINGS HOLDINGS, INC., JOHN C. RHODES, JOHN C. RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I, JOHN C. RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST II, HARMONY HOMES, INC., NORTH 5, LLC, FARM HUALAPAI, LLC, HARMONY 2, LLC, HAYDEN SPRINGS PARTNERS, LLC, TROPICAL SANDS, LLC, and RHODES RANCH, LLC, <br><br> Defendants. | Adversary Proceeding No. 12-01099-LBR <br><br> **NOTICE OF DEFENDANT'S MOTION FOR WITHDRAWAL OF REFERENCE** <br><br> Complaint filed: May 11, 2012 <br><br> **RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT JUDGE IN COMPLIANCE WITH LR 5011** |

**PLEASE TAKE NOTICE** that Sagebrush Enterprises, Inc., Harmony Homes, Inc., North 5th, LLC, Farm Hualapai, LLC, Harmony2, LLC, Hayden Springs Partners, LLC, Tropical Sands, LLC and Rhodes Ranch, LLC, John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust I, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc. (collectively, the "**Movants**"), through counsel, filed Movants' Motion for Withdrawal of Reference (the "**Motion**") with the United States Bankruptcy Court for the District of Nevada (the "**Bankruptcy Court**") on June 29, 2012.

<u>**YOUR RIGHTS MAY BE AFFECTED**</u>. **You should read this Notice, as well as the Motion, and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

In the Motion, the Movants seek to withdraw the reference of the above-entitled proceeding from Bankruptcy Court and to have the matter heard in the United States District Court for the District of Nevada.

If you do not want the court to grant the relief requested in the Motion, or if you want the court to consider your views on the Motion, you *must* file a **WRITTEN** response to the Motion with the court

within fourteen (14) days after the Motion was served. You *must* also serve your written response on the person who sent you this notice. Specifically, LR 5011 provides as follows:

> Opposing parties must file with the clerk of the bankruptcy court, and serve on all parties to the withdrawal of the reference matter, their written opposition to the motion to withdraw the reference within fourteen (14) days after the motion is served.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting such relief. Specifically, the court may *refuse to allow you to speak* at any hearing scheduled on the Motion or *rule against you* without formally calling the matter for hearing.

Dated this 29th day of June 2012.

JIMMERSON HANSEN, P.C.

By:   /s/ James Jimmerson, Esq.
    JAMES JIMMERSON, ESQ.
    Nevada Bar No. 264
    415 South 6th Street, Suite 100
    Las Vegas, NV  89101
*Counsel for Sagebrush Enterprises, Inc., Harmony Homes, Inc., North 5th, LLC, Farm Hualapai, LLC, Harmony2, LLC, Hayden Springs Partners, LLC, Tropical Sands, LLC and Rhodes Ranch, LLC*

NITZ, WALTON & HEATON, LTD.

By:   /s/ William H. Heaton, Esq.
    W. OWEN NITZ, ESQ.
    Nevada Bar No. 115
    JAMES H. WALTON, ESQ.
    Nevada Bar No. 449
    WILLIAM H. HEATON, ESQ.
    Nevada Bar No. 1097
    601 South Tenth Street, Suite 201
    Las Vegas, NV  89101
*Counsel for John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust I, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC, Truckee Springs Holdings, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June, 2012, I caused the foregoing document to be filed electronically via the electronic filing system of the United States Bankruptcy Court for the District of Nevada, which caused a true and correct copy of the foregoing to thereafter be served electronically via the Bankruptcy Court's ECF noticing system upon those parties registered to receive electronic service in this case.

/s/ Maureen E. Marella
Maureen E. Marella - Employee of
NITZ, WALTON & HEATON, LTD
601 S. 10th Street, Suite 201
Las Vegas, Nevada 89101
(702) 474-4004

4