1  JAMES JIMMERSON, ESQ.
   Nevada Bar No. 264
2  LYNN HANSEN, ESQ.
   Nevada Bar No. 244
3  JIMMERSON HANSEN, P.C.
   415 South 6th Street, Suite 100
4  Las Vegas, NV 90101
5  Telephone: (702) 388-7171
   Facsimile: (702) 380-6408
6  Email: jjj@jimmersonhansen.com
           lmh@jimmersonhansen.com
7  *Counsel for Sagebrush Enterprises, Inc.,*
8  *Harmony Homes, Inc. North 5th, LLC, Farm*
   *Hualapai, LLC, Harmony2, LLC, Hayden*
9  *Springs Partners, LLC, Tropical Sands, LLC*
   *and Rhodes Ranch, LLC*

   NITZ, WALTON & HEATON, LTD.
   W. OWEN NITZ, ESQ.
   Nevada Bar No. 115
   JAMES H. WALTON, ESQ.
   Nevada Bar No. 449
   WILLIAM H. HEATON, ESQ.
   Nevada Bar No. 1097
   601 South Tenth Street, Suite 201
   Las Vegas, NV 89101
   Telephone: (702) 474-4004
   Facsimile: (702) 384-3011
   Email: owen@nwhltd.com
           jim@nwhltd.com
           will@nwhltd.com
   *Counsel for John C. Rhodes, John C. Rhodes,*
   *Trustee of the Dynasty Trust I, John C.*
   *Rhodes, Trustee of the Dynasty Trust II,*
   *Gypsum Resources, LLC, and Truckee*
   *Springs Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. 09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," *et al.*, | |
| Reorganized Debtors. | |

| | |
|---|---|
| THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET AL., | Adversary Proceeding No. 12-01099-LBR |
| Plaintiff, | **DESIGNATION OF RECORD FOR DEFENDANT'S MOTION FOR WITHDRAWAL OF REFERENCE** |
| v. | |
| JAMES M. RHODES, SEDORA HOLDINGS, LLC, SAGEBRUSH ENTERPRISES, INC., GYPSUM RESOURCES, LLC, TRUCKEE SPRINGS HOLDINGS, INC., JOHN C. RHODES, JOHN C. RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I, JOHN C. RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST II, HARMONY HOMES, INC., NORTH 5, LLC, FARM HUALAPAI, LLC, HARMONY 2, LLC, HAYDEN SPRINGS PARTNERS, LLC, TROPICAL SANDS, LLC, and RHODES RANCH, LLC, | Complaint filed: May 11, 2012 |
| | **RELIEF IS SOUGHT FROM A UNITED STATES DISTRICT JUDGE IN COMPLIANCE WITH LR 5011** |
| Defendants. | |

Pursuant to Rule 5011 of the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada and Rule 5011(d) of the Federal Rules of Bankruptcy Procedure, Sagebrush Enterprises, Inc., Harmony Homes, Inc., North 5th, LLC, Farm Hualapai, LLC, Harmony2, LLC, Hayden Springs Partners, LLC, Tropical Sands, LLC and Rhodes Ranch, LLC, John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust I, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc. (collectively, the "**Movants**"), hereby submit this Designation of Record in connection with Movants' Motion for Withdrawal of Reference filed on June 29, 2012 (the "**Motion**"). Movants submit that the following documents may be pertinent to the District Court's consideration of the Motion:

1.    Complaint filed on May 11, 2012 [Docket No. 1], attached hereto as "**Exhibit A**";

2.    Stipulated Order Extending Time for the Rhodes Entities to Respond to the Complaint Under FRBP 7012 and Withdraw Reference Under LR 5011 [Docket No. 61], attached hereto as "**Exhibit B**";

3.      Amended Stipulated Order Extending Time for the Rhodes Entities to Respond to the Complaint Under FRBP 7012 and Withdraw Reference Under LR 5011 [Docket No. 62], attached hereto as "**Exhibit C**";

4.      Stipulation and Agreed Order that Certain Entities are not Named as Defendants and are not Required to Respond to the Complaint [Docket No. 64], attached hereto as "**Exhibit D**"; and

5.      Demand for Jury Trial, filed concurrently herewith by Movants.

Dated this 29th day of June 2012.

JIMMERSON HANSEN, P.C.


By:   /s/James Jimmerson, Esq.
        JAMES JIMMERSON, ESQ.
        Nevada Bar No. 264
        415 South 6th Street, Suite 100
        Las Vegas, NV  89101
        *Counsel for Sagebrush Enterprises, Inc., Harmony*
        *Homes, Inc., North 5th, LLC, Farm Hualapai, LLC,*
        *Harmony2, LLC, Hayden Springs Partners, LLC,*
        *Tropical Sands, LLC and Rhodes Ranch, LLC*

NITZ, WALTON & HEATON, LTD.


By:   /s/ William H. Heaton, Esq
        W. OWEN NITZ, ESQ.
        Nevada Bar No. 115
        JAMES H. WALTON, ESQ.
        Nevada Bar No. 449
        WILLIAM H. HEATON, ESQ.
        Nevada Bar No. 1097
        601 South Tenth Street, Suite 201
        Las Vegas, NV  89101
        *Counsel for John C. Rhodes, John C. Rhodes, Trustee*
        *of the Dynasty Trust I, John C. Rhodes, Trustee of the*
        *Dynasty Trust II, Gypsum Resources, LLC, Truckee*
        *Springs Holdings, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2012, I caused the foregoing document to be filed electronically via the electronic filing system of the United States Bankruptcy Court for the District of Nevada, which caused a true and correct copy of the foregoing to thereafter be served electronically via the Bankruptcy Court's ECF noticing system upon those parties registered to receive electronic service in this case.

 /s/ Maureen E. Marella
Maureen E. Marella - Employee of
NITZ, WALTON & HEATON, LTD
601 S. 10th Street, Suite 201
Las Vegas, Nevada 89101
 (702) 474-4004