RECEIVED AND ...
JUL 6  7 44 AM '12

1 | KATHRYN KENEALLY
Assistant Attorney General
2
VIRGINIA CRONAN LOWE
3 | Trial Attorney, Tax Division
U.S. Department of Justice
4 | P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044-0683
5 | Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov
6
Of Counsel:
7 | Daniel Bogden
United States Attorney
8
Attorneys for the United States of America
9

10

11                  IN THE UNITED STATES DISTRICT COURT

12                       FOR THE DISTRICT OF NEVADA

13 | UNITED STATES OF AMERICA,           )
                                          ) Civil No. 2:12-cv-00849 JCM-PAL
14 |         Appellant,                   )
                                          )
15 |   v.                                 )
                                          )
16 | THE RHODES COMPANIES, LLC, aka      ) Chapter 11
     Rhodes Homes, et al.,                )
17                                        )
             Appellees.                   ) STIPULATION FOR DISMISSAL OF APPEAL
18   _____)

19
        The United States of America and The Rhodes Companies, LLC, aka Rhodes Homes, et al., by and
20
through their undersigned counsel, hereby stipulate pursuant to Fed. R. Bank. P. 8001(c) (2) that this appeal
21
22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28

4675962.1

shall be dismissed.

Dated this 29th day of June, 2012.

| | |
|---|---|
| KATHRYN KENEALLY<br>Assistant Attorney General | KOLESAR & LEATHAM |
| /s/ Virginia Cronan Lowe<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6484<br><br>Of Counsel:<br>DANIEL BOGDEN<br>United States Attorney<br><br>Attorneys for United States | /s/ Shlomo S. Sherman<br>NILE LEATHAM, ESQ. (002838)<br>SHLOMO S. SHERMAN, ESQ. (009688)<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>PHILIP C. DUBLIN, ESQ.<br>ABID QURESHI, ESQ.<br>JUSTIN H. BELL, ESQ.<br>One Bryant Park<br>New York, NY 10036<br><br>Attorneys for Reorganized Debtors |

IT IS SO ORDERED.

Dated: July 5, 2012

/s/ James C. Mahan

JAMES C. MAHAN
United States District Judge

- 2 -

4675962.1