# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 09–14814–lbr**
**Chapter 11**
**Related USDC Number 12–cv–849–JCM–PAL; 12–cv–139–MMD–VCF; 11–cv–1705–PMP–GWF;**

In re:
   THE RHODES COMPANIES, LLC
                           Debtor(s)

---

James M. Rhodes, Sedora Holdings, LLC, Sagebrush Enterprises, Inc., Gypsum Resources, LLC, Truckee Springs Holdings, Inc., John C. Rhodes, John C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust I, John C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust II, Harmony Homes, Inc., North 5, LLC, Farm Hualapai, LLC, Harmony 2, LLC, Hayden Springs Partners, LLC, Tropical Sands, LLC, and Rhodes Ranch, LLC, , Movant(s)

vs

THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET. AL., , Respondent(s)

---

TRANSMITTAL OF MOTION OF WITHDRAWAL OF THE REFERENCE

To: CLERK, U.S. DISTRICT COURT
   Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101

The following documents are listed in the Designation of Record:

Additional Related USDC Case #10–cv–2101–JMM–GWF.

Duplicate Withdrawal of Reference, Notice of Withdrawal of Reference and Designation of Record were filed in this Bankruptcy Case and Related Adversary Case No. 12–01099–LBR. Documents listed in the Designation of Record will be transmitted under Adversary Case No. 12–01099–LBR. Filings reflect both the Bankruptcy and Adversary Case Numbers. All documents listed in the Designation of Record relate solely to Adversary Case No. 12–01099–LBR.

Please email Transmittal Form reflecting USDC assigned case number.

MOVANT(S) AND RESPONDENT(S) ARE TO FILE ALL MATTERS RELATING TO THE MOTION TO WITHDRAW THE REFERENCE WITH THE CLERK OF THE DISTRICT COURT. ALL DOCUMENTS RELATING TO OTHER MATTERS IN THIS CASE SHALL CONTINUE TO BE FILED WITH THE CLERK OF THE BANKRUPTCY COURT.

                                    BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

This Notice of Transmittal will be noticed through BNC to:
JAMES JIMMERSON, ESQ.
WILLIAM H. HEATON, ESQ.