United States Bankruptcy Court
District of Nevada

In re:                                                              Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                           Chapter 11
JOHN C RHODES
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0978-2          User: garrettme          Page 1 of 3           Date Rcvd: Jul 17, 2012
                              Form ID: apbtrans        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2012.
          +JAMES JIMMERSON, ESQ.,    415 SOUTH 6TH STREET, STE. 100,    LAS VEGAS, NV 89101-6937
          +WILLIAM H. HEATON, ESQ.,   601 S. TENTH STREET, STE. 201,    LAS VEGAS, NV 89101-7027

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 19, 2012**                        Signature:  _Joseph Speetjens_

```
District/off: 0978-2           User: garrettme              Page 2 of 3            Date Rcvd: Jul 17, 2012
                               Form ID: apbtrans            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2012 at the address(es) listed below:

         ANNE M. LORADITCH    on behalf of Creditor JAMES RHODES aloraditch@foxrothschild.com, pkois@foxrothschild.com;ldupree@foxrothschild.com;rdittrich@foxrothschild.com
         BART K. LARSEN    on behalf of Creditor  Reef Colonial, LLC blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
         BRETT A. AXELROD    on behalf of Creditor  SAGEBRUSH ENTERPRISES, INC. baxelrod@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com
         BRIAN D. SHAPIRO    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;jessie@brianshapirolaw.com
         CAROL L. HARRIS    on behalf of Creditor  In re Kitec Fitting Litigation Class Plaintiffs c.harris@kempjones.com,  ade@kempjones.com
         CONOR P. FLYNN    on behalf of Creditor  COMMERCE ASSOCIATES, LLC cflynn@armstrongteasdale.com
         DAMON K. DIAS    on behalf of Creditor  X-It at 215, LLC ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com
         DAVID A. COLVIN    on behalf of Creditor  DANA KEPNER COMPANIES, LLC dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com
         DAVID R HAGUE    on behalf of Creditor JAMES RHODES dhague@fabianlaw.com,   dromero@fabianlaw.com
         DONALD H. WILLIAMS    on behalf of Creditor  Westar Kitchen & Bath, LLC DonaldHWilliamsLaw@gmail.com,  taylorsellers@gmail.com
         EDWARD M. MCDONALD    on behalf of U.S. Trustee  U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov
         ELIZABETH E. STEPHENS    on behalf of Attorney   SULLIVAN HILL LEWIN REZ & ENGEL stephens@sullivanhill.com, calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.com;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com;murdock@sullivanhill.com
         ERIC  RANSAVAGE    on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com, agutierrez@ssllplaw.com
         ERIC D. MADDEN    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC emadden@diamondmccarthy.com,  cburrow@diamondmccarthy.com
         GREGORY F WILSON    on behalf of Witness  SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON gfwilson@wilsonquint.com,  pwilson@wilsonquint.com
         J. THOMAS BECKETT    on behalf of Creditor  CREDITORS COMMITTEE ECF@parsonsbehle.com
         JACOB J ROBERTS    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC jroberts@diamondmccarthy.com,  cburrow@diamondmccarthy.com
         JAMES D. GREENE    on behalf of Plaintiff EUGENE DAVIS jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
         JAMES J. JIMMERSON    on behalf of Defendant  FARM HUALAPAI LLC jjj@jimmersonhansen.com, mg@jimmersonhansen.com;ks@jimmersonhansen.com;lh@jimmersonhansen.com
         JANET L. CHUBB    on behalf of Creditor  COMMERCE ASSOCIATES, LLC bsalinas@armstrongteasdale.com
         JEANETTE E. MCPHERSON    on behalf of Defendant  KB HOME NEVADA, INC. bkfilings@s-mlaw.com
         JEFFREY D. OLSTER    on behalf of Creditor  HARSCH INVESTMENT PROPERTIES - NEVADA, LLC sallade@lbbslaw.com
         JEFFREY R. SYLVESTER    on behalf of Creditor  CREDIT SUISSE, CAYMAN ISLANDS BRANCH jeff@sylvesterpolednak.com,  tina@sylvesterpolednak.com
         KEITH S. KNOCHEL    on behalf of Creditor VALERIE SILVAS law@lawyersinarizona.com, bank@lawyersinarizona.com
         KEVIN N. ANDERSON    on behalf of Creditor JAMES RHODES kanderson@fabianlaw.com, sburdash@fabianlaw.com
         KIRBY C. GRUCHOW    on behalf of Creditor  NEVADA POWER COMPANY hkelley@leachjohnson.com
         LORI  BROWN    on behalf of Creditor  Las Vegas Supply, Inc. minute@legalcounselors.com
         MARK R. SOMERSTEIN    on behalf of Creditor  WELLS FARGO BANK, N.A. mark.somerstein@ropesgray.com
         MARVIN C. RUTH    on behalf of Creditor  CEMEX CONSTRUCTION MATERIALS SOUTH, LLC MRuth@LRLaw.com
         MICHAEL  YODER    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC myoder@diamondmccarthy.com,  cburrow@diamondmccarthy.com
         MICHAEL B WIXOM    on behalf of Interested Party  MUTUAL OF OMAHA BANK mbw@slwlaw.com, ef@slwlaw.com
         NATALIE M. COX    on behalf of Interested Party  REORGANIZED DEBTORS ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com
         NILE  LEATHAM    on behalf of Creditor  STEERING COMMITTEE OF SENIOR SECURED LENDERS nleatham@klnevada.com,  ckishi@klnevada.com,bankruptcy@klnevada.com
         OMNI MANAGEMENT GROUP, LLC (bo)    bosborne@omnimgt.com,  sewing@omnimgt.com
         PHILIP R. BYRNES    on behalf of Creditor  CITY OF LAS VEGAS PBYRNES@LASVEGASNEVADA.GOV, CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV
         PHILIP S. GERSON    on behalf of Creditor  CLARK COUNTY mburgener@rocgd.com
         REW R. GOODENOW    on behalf of Creditor  CREDITORS COMMITTEE ecf@parsonsbehle.com
         ROBERT R. KINAS    on behalf of Creditor  CATERPILLAR FINANCIAL SERVICES CORPORATION rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;jbucceri@swlaw.com
         RODNEY M. JEAN    on behalf of Creditor  Credit Suisse, Cayman Islands Branch RJEAN@LIONELSAWYER.COM,  bklsclv@lionelsawyer.com;mstow@lionelsawyer.com
         ROSA  SOLIS-RAINEY    on behalf of Defendant  DELOITTE & TOUCHE LLP rsr@morrislawgroup.com, bkv@morrislawgroup.com
         SHIRLEY S. CHO    on behalf of Debtor  THE RHODES COMPANIES, LLC scho@pszjlaw.com
         SHLOMO S. SHERMAN    on behalf of Interested Party  REORGANIZED DEBTORS ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

```
District/off: 0978-2          User: garrettme              Page 3 of 3                  Date Rcvd: Jul 17, 2012
                              Form ID: apbtrans            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              SUSAN L. MYERS    on behalf of Creditor  Credit Suisse, Cayman Islands Branch smyers@lacsn.org,
               emontes@lacsn.org;bklsclv@lionelsawyer.com
              THOMAS E. CROWE    on behalf of Creditor SHANE SMITH tcrowelaw@yahoo.com
              TIMOTHY P. THOMAS    on behalf of Creditor  STEERING COMMITTEE OF SENIOR SECURED LENDERS ,
               veralynn@tthomaslaw.com
              TRACY A. DIFILLIPPO    on behalf of Creditor  COMMERCE ASSOCIATES, LLC
               tdifillippo@armstrongteasdale.com,   jelia@armstrongteasdale.com
              U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
              VIRGINIA CRONAN LOWE    on behalf of Creditor  UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
               virginiacronan.lowe@usdoj.gov,   Western.Taxcivil@usdoj.gov
              WILLIAM H HEATON    on behalf of Defendant JOHN RHODES will@nwhltd.com,   Solana@nwhltd.com
              ZACHARIAH  LARSON    on behalf of Debtor  APACHE FRAMING, LLC cshurtliff@maclaw.com,
               sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com
                                                                                             TOTAL: 50
```

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**
**Related USDC Number 12–cv–849–JCM–PAL; 12–cv–139–MMD–VCF; 11–cv–1705–PMP–GWF;**

In re:
    THE RHODES COMPANIES, LLC
                  Debtor(s)

---

James M. Rhodes, Sedora Holdings, LLC, Sagebrush Enterprises, Inc., Gypsum Resources, LLC, Truckee Springs Holdings, Inc., John C. Rhodes, John C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust I, John C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust II, Harmony Homes, Inc., North 5, LLC, Farm Hualapai, LLC, Harmony 2, LLC, Hayden Springs Partners, LLC, Tropical Sands, LLC, and Rhodes Ranch, LLC, , Movant(s)

vs

THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET. AL., , Respondent(s)

---

### TRANSMITTAL OF MOTION OF WITHDRAWAL OF THE REFERENCE

To: CLERK, U.S. DISTRICT COURT
  Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, NV 89101

The following documents are listed in the Designation of Record:

Additional Related USDC Case #10–cv–2101–JMM–GWF.

Duplicate Withdrawal of Reference, Notice of Withdrawal of Reference and Designation of Record were filed in this Bankruptcy Case and Related Adversary Case No. 12–01099–LBR. Documents listed in the Designation of Record will be transmitted under Adversary Case No. 12–01099–LBR. Filings reflect both the Bankruptcy and Adversary Case Numbers. All documents listed in the Designation of Record relate solely to Adversary Case No. 12–01099–LBR.

Please email Transmittal Form reflecting USDC assigned case number.

MOVANT(S) AND RESPONDENT(S) ARE TO FILE ALL MATTERS RELATING TO THE MOTION TO WITHDRAW THE REFERENCE WITH THE CLERK OF THE DISTRICT COURT. ALL DOCUMENTS RELATING TO OTHER MATTERS IN THIS CASE SHALL CONTINUE TO BE FILED WITH THE CLERK OF THE BANKRUPTCY COURT.

                                              BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

This Notice of Transmittal will be noticed through BNC to:
JAMES JIMMERSON, ESQ.
WILLIAM H. HEATON, ESQ.