UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,

Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)
Chapter 11

For the quarter ending: June 30, 2012 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: March 12, 2010

2. Cash balance at beginning of quarter: $12,687,783.23
   Total receipts during quarter: $12,557,476.60
   Total disbursements during quarter: $16,149,984.21
   Cash balance at end of quarter: $9,095,275.62

3. Payments made pursuant to the Plan this quarter:

   Total payments to be made pursuant to the Plan: $1,666,147.75
   Cumulative paid to date: $1,666,147.75
   Balance remaining to be made under the Plan:

| As of the end of this reporting period | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | | X |
| 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | X |
| 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X | |

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|     |                                                                                                                                                                                                                                              | Yes | No |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 7.  | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |     | X  |
| 8.  | Has the order confirming the Plan become nonappealable?                                                                                                                                                                                      | X   |    |
| 9.  | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.)                                                                                                                                  | N/A |    |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan?                                                                                                                                               | X   |    |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.)                                                                            |     | X  |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan?                                                                                                      | X   |    |

13. Anticipated date of motion for final decree:   Unknown

I declare under penalty of perjury that the statements set forth above are true and accurate.

_____7/10/12_____                         _____[signature]_____
Dated:                                        Responsible Individual (signature)

Kevin Corbett
Print Name


Current Address:
6345 S. Jones Blvd, Ste 400
Las Vegas, NV  89118


Telephone Number:
(702) 873-5338

Explanations:

4. a. Checks cut on 4/14/10 but not yet distributed due to non-response of vendor.

| | | |
|---|---:|---|
| EXECUTIVE PLASTERING, INC. | 680.60 | 4/14/2010 |

b. Checks cut on 10/05/10 but not yet distributed due to non-response of vendor.

| | | |
|---|---:|---|
| TOWER BUILDERS LLC | 540.00 | 10/5/2010 |
| US Foodservice | 116.68 | 10/5/2010 |
| WILLIS ROOF CONSULTING, INC. | 2,616.80 | 10/5/2010 |
| National City Golf Finance | 7,805.12 | 10/5/2010 |

7. Open claims to be resolved.

# CERTIFICATE OF SERVICE

1. On the 20th day of July 2012, I served the following document(s):

### QUARTERLY REPORT ENDING JUNE 30, 2012

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

　　☐　　a**.**　　**United States mail, postage fully prepaid**
　　　　　　　　*(List persons and addresses. Attach additional paper if necessary)*

*PLEASE SEE ATTACHED.*

3. On **July 20, 2012** I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

　　■　　a.　　**ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): July 20, 2012

Sophia L. Lee                                             /s/Sophia L. Lee
(Name of Declarant)                              (Signature of Declarant)

**ECF SERVICE LIST**

**09-14814-lbr Notice will be electronically mailed to:**

**09-14814-lbr Notice will be electronically mailed to:**

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;kgallegos@maclaw.com;tszostek@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com,
bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY

mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com

WILLIAM H HEATON on behalf of Defendant JOHN RHODES
will@nwhltd.com, Solana@nwhltd.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;mstow@lionelsawyer.com

JAMES J. JIMMERSON on behalf of Defendant FARM HUALAPAI LLC
jjj@jimmersonhansen.com,
mg@jimmersonhansen.com;ks@jimmersonhansen.com;lh@jimmersonhansen.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;jbucceri@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com,
sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com;kgallegos@maclaw.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com,bankruptcy@klnevada.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@foxrothschild.com,

| | |
|---|---|
| 1 | pkois@foxrothschild.com;ldupree@foxrothschild.com;rdittrich@foxrothschild.com |
| 2 | VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE |
| 3 | virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov |
| 4 | ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 5 | emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 6 | EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 |
| 7 | edward.m.mcdonald@usdoj.gov |
| 8 | JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC. |
| 9 | bkfilings@s-mlaw.com |
| 10 | SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch<br>smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com |
| 11 | |
| 12 | JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC |
| 13 | sallade@lbbslaw.com |
| 14 | OMNI MANAGEMENT GROUP, LLC (bo)<br>bosborne@omnimgt.com, sewing@omnimgt.com |
| 15 | |
| 16 | ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.<br>eransavage@ssllplaw.com, agutierrez@ssllplaw.com |
| 17 | JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 18 | jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 19 | MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC |
| 20 | MRuth@LRLaw.com |
| 21 | |
| 22 | BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 23 | bshapiro@brianshapirolaw.com, |
| 24 | ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;jessie@brianshapirolaw.com |
| 25 | SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS |
| 26 | ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com |
| 27 | ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP<br>rsr@morrislawgroup.com, bkv@morrislawgroup.com |
| 28 | MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.<br>mark.somerstein@ropesgray.com |

1  ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
2  stephens@sullivanhill.com,
   calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivan
3  hill.com;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@su
   llivanhill.com;ggarcia@sullivanhill.com;murdock@sullivanhill.com
4
   JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS
5  BRANCH
   jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com
6
7  TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR
   SECURED LENDERS
8  , veralynn@tthomaslaw.com

9  U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov
10
11 DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
   DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com
12
   GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY,
13 HOLLEY & THOMPSON
   gfwilson@wilsonquint.com, pwilson@wilsonquint.com
14
15 MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
   mbw@slwlaw.com, ef@slwlaw.com
16
   MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES
17 COMPANIES, LLC
   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
18
19
20
21
22
23
24
25
26
27
28