# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTHERN NEVADA
* * * * *

In re                                    )
THE RHODES COMPANIES LLC          In Bankruptcy
_____ )    Bankruptcy No.  NV-S-09-14814-LBR  -Ch  11
                                         )
              Debtor.                    )
_____ )

RECEIVED & FILED

'12 SEP 26 P1 :32

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSES

1. Creditor:        MICHELE W. SHAFE
                    CLARK COUNTY ASSESSOR
                    500 S. GRAND CENTRAL PKWY
                    LAS VEGAS, NV 89155
                    (702) 455-4967

2. **Account Number by Which Creditor Identifies Debtor:**
   047373-

3. **Date Debt Was Incurred:**
   07/01/2011

4. **Classification of Claim:**
   SECURED/ADMINISTRATIVE EXPENSE, 1ST PRIORITY PERSONAL PROPERTY TAX CLAIM PURSUANT TO 11 USC 507 (a) (1) AND 503 (a), (b), (i) AND (c) AND NRS 361.450.

5. **Total Amount Of Claim At Time This Request Filed:**
   $93.04

                          * Supporting documents attached (  TAX INVOICES  )

DATED: 09/20/2012        Name of Creditor: MICHELE W. SHAFE
                                            CLARK COUNTY ASSESSOR
                         Signature and Title: [signature]
                                              TINA POFF, MANAGER

**PENALTY FOR PRESENTING FRAUDULENT CLAIM:**
Fine of up to $500,000 or imprisonment for up to five (5) years, or both, 18 U.S.C. $$ 152 and 3571.



Clark County Assessor – Michele W. Shafe
500 S. Grand Central Pkwy, 2nd Floor
(702) 455-3882
www.ClarkCountyNV.gov/assessor

Bill Date: 01/31/2012

## Personal Property Tax Bill for Fiscal Year 2011-2012 (TIN 88-6000028)

Account Number: 049127
Tax District: 417

Make: 1980 SCOTSMAN
Serial: N8063S12395

RHODES DESIGN & DEVELOPMENT CORP
4730 S FORT APACHE RD  #300
LAS VEGAS NV  89147-7947

Location: 4730 S FORT APACHE RD #0300
LAS VEGAS

### ASSESSED VALUATION FOR FISCAL YEAR 2011-2012

| Description | Assessed Value |
|---|---|
| BASE ASSESSED VALUE | 823 |
| ADJUSTED ASSESSED VALUE | 0 |
| ABATEMENT VALUE | 0 |
| EXEMPTION | 0 |
| NET ASSESSED VALUE | 823 |
| VETERAN'S HOME | $0.00 |

### PAYMENT INSTALLMENT(S)

| Description | Due Date | Amount Due |
|---|---|---|
| INSTALLMENT | 08/15/2011 | $26.55 |

PAY IMMEDIATELY TO AVOID ANY COLLECTION ACTIVITY.

### CURRENT YEAR TAX DISTRIBUTION

| Agency | Rate | Amount |
|---|---|---|
| CLARK COUNTY GENERAL OPERATING | 0.4470 | $3.68 |
| CLARK COUNTY FAMILY COURT | 0.0192 | $0.16 |
| STATE COOPERATIVE EXTENSION | 0.0100 | $0.08 |
| LVMPD MANPOWER SUPPLEMENT COUNTY | 0.2800 | $2.30 |
| CLARK COUNTY CAPITAL | 0.0500 | $0.41 |
| MEDICAL ASST TO INDIGENT PERSONS | 0.1000 | $0.82 |
| LVMPD EMERGENCY 911 | 0.0050 | $0.04 |
| SPRING VALLEY TOWN | 0.2064 | $1.70 |
| CLARK COUNTY FIRE SERVICE DISTRICT | 0.2197 | $1.81 |
| CLARK COUNTY DEBT | 0.0129 | $0.11 |
| STATE OF NEVADA | 0.1700 | $1.40 |
| COUNTY SCHOOL MAINT & OPERATION | 0.7500 | $6.17 |
| COUNTY SCHOOL DEBT (BONDS) | 0.5534 | $4.56 |
| INDIGENT ACCIDENT FUND | 0.0150 | $0.12 |
| LV/CLARK COUNTY LIBRARY | 0.0942 | $0.78 |
| TOTAL | 2.9328 | $24.14 |

### DETAIL OF AMOUNT DUE

| Description | Total Due | Minimum Due |
|---|---|---|
| TOTAL FOR TAX YEAR 2011-2012: | $26.55 | $26.55 |
| TOTAL: | $26.55 | $26.55 |

**PENALTIES ARE 10% OF THE TAX AMOUNT DUE.**

---

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

BILL DATE: 01/31/2012

Make checks payable to:
**Clark County Assessor**

Mail to:
500 S. Grand Central Pkwy., 2nd Floor
PO Box 551401
Las Vegas, NV 89155-1401

FISCAL YEAR: 2011-2012
PAY IMMEDIATELY

OWNER: RHODES DESIGN & DEVELOPMENT CORP

DESCRIPTION: 1980 SCOTSMAN, N8063S12395

LOCATION: 4730 S FORT APACHE RD #0300, LAS VEGAS

ACCOUNT NUMBER: 049127
TAX DISTRICT: 417

TAX AMOUNT: $24.14
PENALTY: $2.41
MISC. FEE: $0.00

MINIMUM DUE: $26.55

TO PAY IN FULL: $26.55

417049127   000002655999999900000000000000000000000000000000008



**Clark County Assessor – Michele W. Shafe**
500 S. Grand Central Pkwy, 2nd Floor
(702) 455-3882
www.ClarkCountyNV.gov/assessor

Bill Date: 08/30/2012

## Personal Property Tax Bill for Fiscal Year 2012-2013 (TIN 88-6000028)

Account Number: 049127
Tax District: 417

Make: 1980 SCOTSMAN
Serial: N8063S12395

RHODES DESIGN & DEVELOPMENT CORP
C/O CG ENTERPRISES
2145 N GATEWAY RD
LAS VEGAS NV  89115-5309

Location: 4730 S FORT APACHE RD #0300
LAS VEGAS

### ASSESSED VALUATION FOR FISCAL YEAR 2012-2013

| Description | Assessed Value |
|---|---|
| BASE ASSESSED VALUE | 823 |
| ADJUSTED ASSESSED VALUE | 0 |
| ABATEMENT VALUE | 0 |
| EXEMPTION | 0 |
| NET ASSESSED VALUE | 823 |
| VETERAN'S HOME | $0.00 |

### PAYMENT INSTALLMENT(S)

| Description | Due Date | Amount Due |
|---|---|---|
| INSTALLMENT | 08/20/2012 | $26.55 |

PAY IMMEDIATELY TO AVOID ANY COLLECTION ACTIVITY.

### CURRENT YEAR TAX DISTRIBUTION

| Agency | Rate | Amount |
|---|---|---|
| CLARK COUNTY GENERAL OPERATING | 0.4470 | $3.68 |
| CLARK COUNTY FAMILY COURT | 0.0192 | $0.16 |
| STATE COOPERATIVE EXTENSION | 0.0100 | $0.08 |
| LVMPD MANPOWER SUPPLEMENT COUNTY | 0.2800 | $2.30 |
| CLARK COUNTY CAPITAL | 0.0500 | $0.41 |
| MEDICAL ASST TO INDIGENT PERSONS | 0.1000 | $0.82 |
| LVMPD EMERGENCY 911 | 0.0050 | $0.04 |
| SPRING VALLEY TOWN | 0.2064 | $1.70 |
| CLARK COUNTY FIRE SERVICE DISTRICT | 0.2197 | $1.81 |
| CLARK COUNTY DEBT | 0.0129 | $0.11 |
| STATE OF NEVADA | 0.1700 | $1.40 |
| COUNTY SCHOOL MAINTENANCE & OPERAT | 0.7500 | $6.17 |
| COUNTY SCHOOL DEBT (BONDS) | 0.5534 | $4.56 |
| INDIGENT ACCIDENT FUND | 0.0150 | $0.12 |
| LV/CLARK COUNTY LIBRARY | 0.0942 | $0.78 |
| TOTAL | 2.9328 | $24.14 |

### DETAIL OF AMOUNT DUE

| Description | Total Due | Minimum Due |
|---|---|---|
| TOTAL FOR TAX YEAR 2012-2013: | $26.55 | $26.55 |
| TOTAL: | $26.55 | $26.55 |

PENALTIES ARE 10% OF THE TAX AMOUNT DUE.

---

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

BILL DATE: 08/30/2012

Make checks payable to:
**Clark County Assessor**

Mail to:
500 S. Grand Central Pkwy., 2nd Floor
PO Box 551401
Las Vegas, NV 89155-1401

FISCAL YEAR: 2012-2013
PAY IMMEDIATELY

| | |
|---|---|
| ACCOUNT NUMBER: | 049127 |
| TAX DISTRICT: | 417 |
| TAX AMOUNT: | $24.14 |
| PENALTY: | $2.41 |
| MISC. FEE: | $0.00 |
| MINIMUM DUE: | $26.55 |
| TO PAY IN FULL: | $26.55 |

OWNER: RHODES DESIGN & DEVELOPMENT CORP
DESCRIPTION: 1980 SCOTSMAN, N8063S12395
LOCATION: 4730 S FORT APACHE RD #0300, LAS VEGAS

417049127   00000265599999990000000000000000000000000000000008



**Clark County Assessor – Michele W. Shafe**
500 S. Grand Central Pkwy, 2nd Floor
(702) 455-3882
www.ClarkCountyNV.gov/assessor

Bill Date: 01/31/2012

## Personal Property Tax Bill for Fiscal Year 2011-2012 (TIN 88-6000028)

Account Number: 047373
Tax District: 417

Make: 1988 OFFICE
Serial: 109B22010EF017166

RHODES DESIGN & DEVELOPMENT
252 ANGELS TRACE CT #B
LAS VEGAS NV  89148-2746

Location: 4730 S FORT APACHE RD #0300
LAS VEGAS

### ASSESSED VALUATION FOR FISCAL YEAR 2011-2012

| Description | Assessed Value |
|---|---|
| BASE ASSESSED VALUE | 606 |
| ADJUSTED ASSESSED VALUE | 0 |
| ABATEMENT VALUE | 0 |
| EXEMPTION | 0 |
| NET ASSESSED VALUE | 606 |
| VETERAN'S HOME | $0.00 |

### PAYMENT INSTALLMENT(S)

| Description | Due Date | Amount Due |
|---|---|---|
| INSTALLMENT | 08/15/2011 | $19.55 |

PAY IMMEDIATELY TO AVOID ANY COLLECTION ACTIVITY.

### CURRENT YEAR TAX DISTRIBUTION

| Agency | Rate | Amount |
|---|---|---|
| CLARK COUNTY GENERAL OPERATING | 0.4470 | $2.71 |
| CLARK COUNTY FAMILY COURT | 0.0192 | $0.12 |
| STATE COOPERATIVE EXTENSION | 0.0100 | $0.06 |
| LVMPD MANPOWER SUPPLEMENT COUNTY | 0.2800 | $1.70 |
| CLARK COUNTY CAPITAL | 0.0500 | $0.30 |
| MEDICAL ASST TO INDIGENT PERSONS | 0.1000 | $0.61 |
| LVMPD EMERGENCY 911 | 0.0050 | $0.03 |
| SPRING VALLEY TOWN | 0.2064 | $1.25 |
| CLARK COUNTY FIRE SERVICE DISTRICT | 0.2197 | $1.33 |
| CLARK COUNTY DEBT | 0.0129 | $0.08 |
| STATE OF NEVADA | 0.1700 | $1.03 |
| COUNTY SCHOOL MAINT & OPERATION | 0.7500 | $4.54 |
| COUNTY SCHOOL DEBT (BONDS) | 0.5534 | $3.35 |
| INDIGENT ACCIDENT FUND | 0.0150 | $0.09 |
| LV/CLARK COUNTY LIBRARY | 0.0942 | $0.57 |
| TOTAL | 2.9328 | $17.77 |

### DETAIL OF AMOUNT DUE

| Description | Total Due | Minimum Due |
|---|---|---|
| TOTAL FOR TAX YEAR 2011-2012: | $19.55 | $19.55 |
| TOTAL: | $19.55 | $19.55 |

**PENALTIES ARE 10% OF THE TAX AMOUNT DUE.**

---

**PLEASE RETURN THIS PORTION WITH YOUR PAYMENT**

BILL DATE: 01/31/2012

Make checks payable to:
**Clark County Assessor**

Mail to:
500 S. Grand Central Pkwy., 2nd Floor
PO Box 551401
Las Vegas, NV 89155-1401

FISCAL YEAR: 2011-2012
PAY IMMEDIATELY

ACCOUNT NUMBER: 047373
TAX DISTRICT: 417

TAX AMOUNT: $17.77
PENALTY: $1.78
MISC. FEE: $0.00

OWNER: RHODES DESIGN & DEVELOPMENT

DESCRIPTION: 1988 OFFICE, 109B22010EF017166

LOCATION: 4730 S FORT APACHE RD #0300, LAS VEGAS

MINIMUM DUE: $19.55
TO PAY IN FULL: $19.55

417047373   000001955999999900000000000000000000000000000000000008



Clark County Assessor – Michele W. Shafe
500 S. Grand Central Pkwy, 2nd Floor
(702) 455-3882
www.ClarkCountyNV.gov/assessor

Bill Date: 08/30/2012

## Personal Property Tax Bill for Fiscal Year 2012-2013 (TIN 88-6000028)

Account Number: 047373
Tax District: 417

Make: 1988 OFFICE
Serial: 109B22010EF017166

RHODES DESIGN & DEVELOPMENT
252 ANGELS TRACE CT #B
LAS VEGAS NV 89148-2746

Location: 4730 S FORT APACHE RD #0300
LAS VEGAS

### ASSESSED VALUATION FOR FISCAL YEAR 2012-2013

| Description | Assessed Value |
|---|---|
| BASE ASSESSED VALUE | 632 |
| ADJUSTED ASSESSED VALUE | 0 |
| ABATEMENT VALUE | 0 |
| EXEMPTION | 0 |
| NET ASSESSED VALUE | 632 |
| VETERAN'S HOME | $0.00 |

### PAYMENT INSTALLMENT(S)

| Description | Due Date | Amount Due |
|---|---|---|
| INSTALLMENT | 08/20/2012 | $20.39 |

PAY IMMEDIATELY TO AVOID ANY COLLECTION ACTIVITY.

### CURRENT YEAR TAX DISTRIBUTION

| Agency | Rate | Amount |
|---|---|---|
| CLARK COUNTY GENERAL OPERATING | 0.4470 | $2.84 |
| CLARK COUNTY FAMILY COURT | 0.0192 | $0.12 |
| STATE COOPERATIVE EXTENSION | 0.0100 | $0.06 |
| LVMPD MANPOWER SUPPLEMENT COUNTY | 0.2800 | $1.77 |
| CLARK COUNTY CAPITAL | 0.0500 | $0.32 |
| MEDICAL ASST TO INDIGENT PERSONS | 0.1000 | $0.63 |
| LVMPD EMERGENCY 911 | 0.0050 | $0.03 |
| SPRING VALLEY TOWN | 0.2064 | $1.30 |
| CLARK COUNTY FIRE SERVICE DISTRICT | 0.2197 | $1.39 |
| CLARK COUNTY DEBT | 0.0129 | $0.08 |
| STATE OF NEVADA | 0.1700 | $1.07 |
| COUNTY SCHOOL MAINTENANCE & OPERAT | 0.7500 | $4.74 |
| COUNTY SCHOOL DEBT (BONDS) | 0.5534 | $3.50 |
| INDIGENT ACCIDENT FUND | 0.0150 | $0.09 |
| LV/CLARK COUNTY LIBRARY | 0.0942 | $0.60 |
| TOTAL | 2.9328 | $18.54 |

### DETAIL OF AMOUNT DUE

| Description | Total Due | Minimum Due |
|---|---|---|
| TOTAL FOR TAX YEAR 2012-2013: | $20.39 | $20.39 |
| TOTAL: | $20.39 | $20.39 |

PENALTIES ARE 10% OF THE TAX AMOUNT DUE.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

BILL DATE: 08/30/2012

Make checks payable to:
**Clark County Assessor**

FISCAL YEAR: 2012-2013
PAY IMMEDIATELY

Mail to:
500 S. Grand Central Pkwy., 2nd Floor
PO Box 551401
Las Vegas, NV 89155-1401

OWNER: RHODES DESIGN & DEVELOPMENT

DESCRIPTION: 1988 OFFICE, 109B22010EF017166

LOCATION: 4730 S FORT APACHE RD #0300, LAS VEGAS

ACCOUNT NUMBER: 047373
TAX DISTRICT: 417

TAX AMOUNT: $18.54
PENALTY: $1.85
MISC. FEE: $0.00

MINIMUM DUE: $20.39

TO PAY IN FULL: $20.39

417047373   000002039999999900000000000000000000000000000000000

*361.450. Liens for taxes; Attachment; superiority; expiration of lien on mobile or manufacutred home.

1. Except as otherwise provided in subsection 3, every tax levied under the provisions of or authority of this chapter is a perpetual lien against the property assessed until the tax and any penalty charges and interest which may accrue theron are paid.  Notwithstanding the provisions of any other specific statute, such a lien is superior to all other liens, claims, encumbrances and titles on the property, including, without limitation, interests secured pursuant to the provisions of the chapter 104 of NRS, whether or not the lien was filed or perfected first in time.

2. Except as otherwise provided in this subsection and NRS 361.739, the lien attaches on July 1 of the year for which the taxes are levied, upon all property then within the county.  The lien attaches upon all migratory property, as described in NRS 361.505, on the day it is moved into the county.  If real and personal property are assessed against the same owner, a lien attaches upon such real property also for the tax levied upon the personal property within the county.  A lien for taxes on personal property also attaches upon real property assessed against the same owner in any other county of the State from the date on which a certified copy of any unpaid property assessment is filed for record with the county recorder in the county in which the real property is situated.

3. All liens for taxes levied under this chapter which have already attached to a mobile or manufactured home expire on the date when the mobile or manufactured home is sold, except the liens for personal property taxes due in the county in which the mobile or manufactured home was

4. All special taxes levied for city, town, school, road or other purposes throughout the different counties of this state are a lien on the property so assessed, and must be assessed and collected by the same officer at the same time and in the same manner as the state and county taxes are assessed and collected. (1953, p. 599; 1955, p. 399; 1977, p. 1000; 1981, p. 801; 1983, p. 1615; 2001, ch. 331, § 25, p. 1553; 2003, ch. 300, § 22, p. 1624; 2003, ch. 451, § 29, p. 2768.)

## CERTIFICATE OF MAILING

I hereby certify that on    Monday, September 24, 2012    I deposited in the United States Mail postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope, a copy of the above and foregoing ADMINISTRATIVE CLAIM addressed as follows:

ZACHARIAH LARSON
810 S CASINO CENTER BLVD #104
LAS VEGAS NV  89101


*Kimberly Winn*
**KIMBERLY WINN**
**CLARK COUNTY DEPUTY ASSESSOR**