UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: THE RHODES COMPANIES, LLC aka "Rhodes Homes, et al.,"

Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)
Chapter 11

For the quarter ending: September 30, 2012 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan:     March 12, 2010

2. Cash balance at beginning of quarter:     $9,095,275.62
   Total receipts during quarter:     $17,783,392.99
   Total disbursements during quarter:     $17,384,849.73
   Cash balance at end of quarter:     $9,493,818.88

3. Payments made pursuant to the Plan this quarter:

   Total payments to be made pursuant to the Plan:     $1,666,147.75
   Cumulative paid to date:     $1,666,147.75
   Balance remaining to be made under the Plan:

   As of the end of this reporting period     Yes     No

4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.]         X

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)         X

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan?     X

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|     |     | Yes | No |
|-----|-----|-----|----|
| 7.  | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |     | X  |
| 8.  | Has the order confirming the Plan become nonappealable? | X |    |
| 9.  | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | N/A |    |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | X |    |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) |     | X  |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X |    |
| 13. | Anticipated date of motion for final decree: | Unknown |    |

I declare under penalty of perjury that the statements set forth above are true and accurate.

10/12/12
~~7/10/12~~
Dated:

*/s/ Kevin Corbett*
Responsible Individual (signature)

Kevin Corbett
Print Name

Current Address:
6345 S. Jones Blvd, Ste 400
Las Vegas, NV 89118

Telephone Number:
(702) 873-5338

Explanations:

4. a. Checks cut on 4/14/10 but not yet distributed due to non-response of vendor.

   EXECUTIVE PLASTERING, INC.                 680.60         4/14/2010

   b. Checks cut on 10/05/10 but not yet distributed due to non-response of vendor.

   TOWER BUILDERS LLC                          540.00        10/5/2010
   US Foodservice                              116.68        10/5/2010
   WILLIS ROOF CONSULTING, INC.              2,616.80        10/5/2010
   National City Golf Finance                7,805.12        10/5/2010

7. Open claims to be resolved.

## CERTIFICATE OF SERVICE

On the 15th day of October 2012, I served the following document(s):

## QUARTERLY REPORT

1. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☐     **United States mail, postage fully prepaid**
        *(List persons and addresses. Attach additional paper if necessary)*

   *PLEASE SEE ATTACHED.*

2. On **October 15, 2012** I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■     a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): October 15, 2012

Sophia L. Lee                                    /s/Sophia L. Lee
(Name of Declarant)                          (Signature of Declarant)

DOCS_LA:235356.3 73203-035

**ECF SERVICE LIST**

09-14814-lbr Notice will be electronically mailed to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;msheffield@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com;twaldo@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,
mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

DOCS_LA:235356.3  73203-035      2

1  ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES
2  CORPORATION
   rkinas@swlaw.com,
3  jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;nbaig@swlaw.com;nunzueta@swlaw.com
4
   KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
5  law@lawyersinarizona.com, bank@lawyersinarizona.com

6
   BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
7  blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

8  ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com
9

10 NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
   LENDERS
11 nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

12 CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS
   HOMEOWNERS ASSOCIATION, INC.
13 rblack@feinberggrant.com, efilings@hotmail.com

14
   ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
15 aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

16 VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA -
   INTERNAL REVENUE SERVICE
17 virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

18
   JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS
19 BRANCH
   darhyl.kerr@dlapiper.com
20
   JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
21 jm@amclaw.com, car@amclaw.com;lom@amclaw.com;crb@amclaw.com;csh@amclaw.com

22
   EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
23 edward.m.mcdonald@usdoj.gov

24 SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
   smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com
25

26 JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES -
   NEVADA, LLC
27 olster@lbbslaw.com, sallade@lbbslaw.com

28 ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
   eransavage@ssllplaw.com, agutierrez@ssllplaw.com

DOCS_LA:235356.3 73203-035                          3

1  MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
   mark.somerstein@ropesgray.com

2
3  JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
   jeff@sylvesterpolednak.com

4
5  U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov

6
7  DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
   DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOCS_LA:235356.3 73203-035                    4