# United States Bankruptcy Court
## District of Nevada

## NOTICE OF DOCKETING ERROR

| | |
|---|---|
| In Re: | THE RHODES COMPANIES LLC |
| Case Number: | 09–14814–lbr |

| | | | |
|---|---|---|---|
| Filed On: | 11/30/2012 | Hearing Date: | |
| Document Number: | 1739 | Hearing Time: | |

Title of PDF:     NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER ENFORCING THE TERMS OF THE THIRD AMEND

## THE FOLLOWING ERRORS APPEAR ON THE DOCKET:

Hearing date and time in caption does not match the body of pleading. Please file an amended Notice of Hearing immediately.

Dated: 12/3/12                                              BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**For additional information, please contact:**
**CM/ECF Customer Support Help Desk: (866) 232–1266 (toll free)**
**E–mail: helpdesk@nvb.uscourts.gov**