NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:  nleatham@klnevada.com
         ssherman@klnevada.com

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:   pdublin@akingump.com
          aqureshi@akingump.com

*Counsel for **the Reorganized Debtors***

*Counsel for **the Reorganized Debtors***

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. BK-09-14814-LBR |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | (Jointly Administered) |
| Reorganized Debtors.[1] | Chapter 11 |
| Affects: | |
| ☒ All Debtors | |
| ☐ The Following Debtor(s): | |

# CERTIFICATE OF SERVICE

1. On November 30, 2012, I served the following document(s) (*specify*):

   **(A)  Motion of the Reorganized Debtors for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order [#1737];**

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

**(B)  Declaration of Don A. Boettcher in Support of Motion of the Reorganized Debtors for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order [#1738]; and**

**(C)  Notice of Hearing on Motion of the Reorganized Debtors for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order [#1739].**

2.    I served the above-named document(s) by the following means to the persons as listed below:

(*Check all that apply*)

☒    **a.**    **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
pbyrnes@lasvegasnevada.gov, ckelly@lasvegasnevada.gov; khansen@lasvegasnevada.gov; bcomella@lasvegasnevada.gov; jandrews@lasvegasnevada.gov

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com; tszostek@maclaw.com; cshurtliff@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com; kdunn@klnevada.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1292169.doc (7540-1)                                    - 2 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

| | |
|---|---|
| 1 | THOMAS E. CROWE on behalf of Creditor SHANE SMITH |
| 2 | tcrowe@thomascrowelaw.com |
| | |
| 3 | DAMON K. DIAS on behalf of Creditor X-It at 215, LLC |
| | ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com; jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com |

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com;
    jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;
    kfarney@greeneinfusolaw.com; swalkenshaw@greeneinfusolaw.com;
    cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com; srd@kempjones.com

WILLIAM H HEATON on behalf of Defendant JOHN RHODES
will@nwhltd.com, Solana@nwhltd.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;
    mstow@lionelsawyer.com

JAMES J. JIMMERSON on behalf of Defendant FARM HUALAPAI LLC
jjj@jimmersonhansen.com, mg@jimmersonhansen.com;
    ks@jimmersonhansen.com; lh@jimmersonhansen.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;
    bgriffith@swlaw.com; nunzueta@swlaw.com; docket_las@swlaw.com;
    cgianelloni@swlaw.com; nkanute@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

| | |
|---|---|
| 1 | BART K. LARSEN on behalf of Creditor Reef Colonial, LLC |
| 2 | blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com; mbarnes@klnevada.com |
| 3 | ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC |
| 4 | cshurtliff@maclaw.com, sstanton@maclaw.com; akosina@maclaw.com; mwalters@maclaw.com |
| 5 | NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 6 | nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com |
| 7 | |
| 8 | ANNE M. LORADITCH on behalf of Creditor JAMES RHODES aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com; pblack@bachlawfirm.com; jbach@bachlawfirm.com; |
| 9 | mmascarello@bachlawfirm.com |
| 10 | VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE |
| 11 | virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov |
| 12 | ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 13 | emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 14 | EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 |
| 15 | edward.m.mcdonald@usdoj.gov |
| 16 | JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC. |
| 17 | bkfilings@s-mlaw.com |
| 18 | SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch |
| 19 | smyers@lacsn.org, emontes@lacsn.org; bklsclv@lionelsawyer.com |
| 20 | W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty |
| 21 | Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc. owen@nwhltd.com, jim@nwhltd.com |
| 22 | |
| 23 | JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC sallade@lbbslaw.com |
| 24 | |
| 25 | OMNI MANAGEMENT GROUP, LLC (bo) bosborne@omnimgt.com, sewing@omnimgt.com |
| 26 | ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com, agutierrez@ssllplaw.com |
| 27 | |
| 28 | |

1292169.doc (7540-1)                                         - 4 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

| | |
|---|---|
| 1 | JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 2 | jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 3 | MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC |
| 4 | MRuth@LRLaw.com |
| 5 | BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 6 | bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com; |
| 7 | candice@brianshapirolaw.com; jessie@brianshapirolaw.com |
| 8 | SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS |
| 9 | ssherman@klnevada.com, bankruptcy@klnevada.com; bbroussard@klnevada.com |
| 10 | |
| 11 | ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP |
| 12 | rsr@morrislawgroup.com, bkv@morrislawgroup.com |
| 13 | MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A. |
| | mark.somerstein@ropesgray.com |
| 14 | |
| 15 | ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL |
| | stephens@sullivanhill.com, calderone@sullivanhill.com; |
| 16 | vidovich@sullivanhill.com; roberts@sullivanhill.com; hill@sullivanhill.com; Manning@sullivanhill.com; |
| 17 | stein@sullivanhill.com; iriarte@sullivanhill.com; benoit@sullivanhill.com; ggarcia@sullivanhill.com; |
| 18 | murdock@sullivanhill.com |
| 19 | JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH |
| 20 | jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com; bridget@sylvesterpolednak.com |
| 21 | |
| 22 | TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| | , veralynn@tthomaslaw.com |
| 23 | |
| 24 | U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov |
| 25 | DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC |
| 26 | DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com |
| 27 | GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
| 28 | gfwilson@wilsonquint.com, pwilson@wilsonquint.com |

1292169.doc (7540-1)                           - 5 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1   MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
2   mbw@slwlaw.com, ef@slwlaw.com

3   MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
4   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

5   3.   On **December 3, 2012**, I served the documents referred to above by the following means to the persons as listed below:

6

7   ☒   **b.**   **United States mail, postage fully prepaid**
    (*List persons and addresses.  Attach additional paper if necessary*)

8
9   EDWARD M. MCDONALD JR., ESQ.
    OFFICE OF THE UNITED STATES TRUSTEE
    U.S. DEPARTMENT OF JUSTICE
10  FOLEY FEDERAL BUILDING
    300 LAS VEGAS BOULEVARD, SOUTH, SUITE 4300
11  LAS VEGAS, NV  89101

12
13  ACCELERON GROUP
    2791 SOFT HORIZON WAY
    LAS VEGAS, NV 89135

14
15  ALVAREZ & MARSAL NORTH AMERICA, LLC
    BY & THRU ITS REGISTERED AGENT:
    CSC SERVICES OF NEVADA, INC.
16  2215-B RENAISSANCE DRIVE
    LAS VEGAS, NV 89119

17
18  AMERICAN EXPRESS COMPANY
    CORPORATION TRUST COMPANY OF NEVADA
    BY AND THROUGH ITS REGISTERED AGENT
19  311 S. DIVISION STREET
    CARSON CITY, NV 89703

20
21  F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
    BY AND THROUGH ITS REGISTERED AGENT
    CORPORATION TRUST COMPANY OF NEVADA
22  311 SOUTH DIVISION STREET
    CARSON CITY, NV 89703

23
24  BANCROFT SUSA & GALLOWAY P.C.
    ATTN: PAUL D. BANCROFT
    3955 E. FT. LOWELL DRIVE, #115
25  TUCSON, AZ 85712

26  BANK OF OKLAHOMA
    ATTN: ANY OFFICER OR DIRECTOR
27  5727 S. LEWIS AVENUE
    TULSA, OK 74105-7119

28

1292169.doc (7540-1)                    - 6 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

| | |
|---|---|
| 1 | BLEEKER'S BOXES |
| | 5400 E EMPIRE AVE |
| 2 | FLAGSTAFF, AZ 86004 |
| 3 | BNY MELLON F/K/A THE BANK OF NEW YORK |
| | ATTN: ANY OFFICER OR DIRECTOR |
| 4 | ONE WALL STREET |
| | NEW YORK, NY 10286 |
| 5 | |
| | JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT |
| 6 | PROPERTIES - NEVADA, LLC |
| | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 7 | 400 SOUTH FOURTH STREET, SUITE 500 |
| | LAS VEGAS, NV 89101 |
| 8 | |
| | DAVID J CABRAL |
| 9 | REGISTERED AGENT FOR: |
| | AMERICAN COMMONWEALTH MORTGAGE COMPANY |
| 10 | 536 E. ST. LOUIS AVE. |
| | LAS VEGAS, NV 89104, |
| 11 | |
| | CHICAGO TITLE AGENCY OF NEVADA, INC. |
| 12 | BY & THRU ITS REGISTERED AGENT: |
| | CORP. TRUST COMPANY OF NEVADA |
| 13 | 311 SOUTH DIVISION STREET |
| | CARSON CITY, NV 89703 |
| 14 | |
| | COMMERCE TITLE COMPANY |
| 15 | BY AND THROUGH ITS REGISTERED AGENT |
| | NATIONAL REGISTERED AGENTS, INC. |
| 16 | 2875 MICHELLE DR., STE. 100 |
| | IRVINE, CA 92606 |
| 17 | |
| | CONSOLIDATED MORTGAGE COMPANY, LLC |
| 18 | BY AND THROUGH ITS REGISTERED AGENT |
| | SHEA & CARLYON LTD. |
| 19 | 701 E. BRIDGER AVE., STE. 850 |
| | LAS VEGAS, NV 89101 |
| 20 | |
| | DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A. |
| 21 | 1 INTERNATIONAL PL |
| | BOSTON, MA 02210 |
| 22 | |
| | EBBIN MOSER + SKAGGS LLP |
| 23 | C/O DAVID E MOSER |
| | 550 MONTGOMERY ST., STE 900 |
| 24 | SAN FRANCISCO, CA 94111 |
| 25 | FIDELITY NATIONAL FINANCIAL, INC. |
| | CT CORPORATION SYSTEM |
| 26 | BY AND THROUGH ITS REGISTERED AGENT |
| | 818 W. SEVENTH ST. |
| 27 | LOS ANGELES, CA 90017 |
| 28 | |

1292169.doc (7540-1)                                   - 7 -

| | |
|---|---|
| 1 | FIRST AMERICAN TITLE COMPANY |
|  | BY AND THROUGH ITS REGISTERED AGENT: |
| 2 | CORPORATION SERVICE COMPANY |
|  | 2730 GATEWAY OAKS DRIVE, STE. 100 |
| 3 | SACRAMENTO, CA 95833 |
| 4 | GIBSON DUNN & CRUTCHER LLP |
|  | ATTN: ANY OFFICER, PARTNER OR DIRECTOR |
| 5 | 333 SOUTH GRAND AVENUE |
|  | LOS ANGELES, CA 90071-3197 |
| 6 | |
|  | JANINA GUTHRIE |
| 7 | 1225 MONTEREY ST. |
|  | REDLANDS, CA 92373 |
| 8 | |
|  | SHARELLE SNOW HENLE |
| 9 | 12667 N GENTLE RAIN DRIVE |
|  | MARANA, AZ 85658 |
| 10 | |
|  | SARA M. HUCHINSON |
| 11 | REGISTERED AGENT FOR: |
|  | ALLIANCE MORTGAGE, LLC |
| 12 | 11920 SOUTHERN HIGHLANDS PKWY, #101 |
|  | LAS VEGAS, NV 89141 |
| 13 | |
|  | TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY |
| 14 | 3811 W CHARLESTON BLVD #110 |
|  | LAS VEGAS, NV 89102 |
| 15 | |
|  | JOHN HANCOCK FREEEDOM 529 |
| 16 | PO BOX 17603 |
|  | BALTIMORE, MD 21297-1603 |
| 17 | |
|  | HARRY LEAKE |
| 18 | 2549 SHOWCASE DR |
|  | LAS VEGAS, NV 89134 |
| 19 | |
|  | ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS |
| 20 | 3811 W CHARLESTON BLVD, #110 |
|  | LAS VEGAS, NV 89012 |
| 21 | |
|  | MASTEC NORTH AMERICA INC |
| 22 | C/O MICHELE LAINE, ESQ |
|  | 800 SOUTH DOUGLAS RD., 12TH FLR |
| 23 | CORAL GABLES, FL 33134 |
| 24 | MUTUAL OF OMAHA BANK |
|  | BY & THRU ITS REGISTERED AGENT: |
| 25 | CSC SERVICES OF NEVADA, INC. |
|  | 2215-B RENAISSANCE DRIVE |
| 26 | LAS VEGAS, NV 89119 |

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1292169.doc (7540-1)        - 8 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  NEVADA STATE BANK
   BY & THRU ITS REGISTERED AGENT:
2  CSC SERVICES OF NEVADA, INC.
   2215-B RENAISSANCE DRIVE
3  LAS VEGAS, NV 89119

4  OMNI MANAGEMENT GROUP
   16501 VENTURA BLVD., #440
5  ENCINO, CA 91436

6  PALECEK
   PO BOX 225
7  RICHMOND, CA 94804

8  PRINCETON ADVISORY GROUP
   PO BOX 89
9  4428 ROUTE 27, BLDG C, UNIT 1
   KINGSTON, NJ 08528-1004

10
   GRETCHEN M. ROBITAILLE
11 8037 SILVER STREAK ST
   LAS VEGAS, NV 89131

12
   MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION
13        MATERIALS SOUTH, LLC
   LEWIS AND ROCA LLP
14 40 N. CENTRAL AVENUE, SUITE 1900
   PHOENIX, AZ 85004

15
   SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
16 400 SOUTH FOURTH STREET, 3RD FLR
   LAS VEGAS, NV 89101

17
   SECURITY TITLE OF NEVADA, LLC
18 BY AND THROUGH ITS REGISTERED AGENT
   CORPORATION TRUST COMPANY OF NEVADA
19 311 S. DIVISION STREET
   CARSON CITY, NV 89703

20
   SMS FINANCIAL LLC
21 RESIDENT AGENTS OF NEVADA, INC.
   BY AND THROUGH ITS REGISTERED AGENT
22 711 S. CARSON ST., STE. 4
   CARSON CITY, NV 89701

23
   JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
24 10100 SANTA MONICA BLVD #1100
   LOS ANGELES, CA 90067

25
   STATE OF NEVADA OFFICE OF THE STATE TREASURER
26 555 E. WASHINGTON AVE SUITE 4200
   LAS VEGAS, NV 89101-1075

27

28

1292169.doc (7540-1)                    - 9 -

|   |   |
|---|---|
| 1 | STEWART OCCHIPINTI, LLP |
|   | ATTN: ANY PRINCIPAL |
| 2 | 65 WEST 36TH STREET, 7TH FLOOR |
|   | NEW YORK, NY 10018 |

STEWART TITLE COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

THE LANDSCAPE CONNECTION TLC INC
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS
ASSOCIATION, INC.
C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
1955 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

TOWN & COUNTRY BANK
BY & THRU ITS REGISTERED AGENT:
PHILIP M. BURNS
8620 W. TROPICANA AVENUE
LAS VEGAS, NV 89103

TRANSACTION TITLE AGENCY
ATTN: ANY OFFICER OR DIRECTOR
1500 EAST WOOLFORD ROAD
SHOW LOW, AZ 85901

UBS FINANCIAL SERVICES
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-b RENAISSANCE DRIVE
LAS VEGAS, NV 89119

WELLS FARGO BANK, N.A.
CSC SERVICES OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

STEVEN YOULES
2305 WINDJAMMER WAY
LAS VEGAS, NV 89107

YUMA TITLE
ATTN: CARRIE SAFRANEK, MANAGER
11611 S. FOOTHILLS BLVD., #A
YUMA, AZ 85367-5845

☐    **c.**    **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): December 3, 2011.

*/s/ Cindy Kishi*
DECLARANT

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472