# United States Bankruptcy Court
## District of Nevada

## NOTICE OF DOCKETING ERROR

| | | | |
|---|---|---|---|
| In Re: | THE RHODES COMPANIES LLC | | |
| Case Number: | 09–14814–lbr | | |
| Filed On: | 11/30/2012 | Hearing Date: | |
| Document Number: | 1739 | Hearing Time: | |
| Title of PDF: | NOTICE OF HEARING | | |

## THE FOLLOWING ERRORS APPEAR ON THE DOCKET:

Incorrect hearing date, please file an amended Notice of Hearing immediately (Note: year is 2012. Also, this hearing date and time in the caption is different from the hearing date and time in the body of the pleading.

Dated: 12/3/12                                                  BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**For additional information, please contact:**
**CM/ECF Customer Support Help Desk: (866) 232–1266 (toll free)**
**E–mail: helpdesk@nvb.uscourts.gov**