1  NILE LEATHAM, ESQ.
   Nevada Bar No. 002838
2  SHLOMO S. SHERMAN, ESQ.
   Nevada Bar No. 009688
3  **KOLESAR & LEATHAM**
   400 S. Rampart Boulevard, Suite 400
4  Las Vegas, Nevada  89145
   Telephone:  (702) 362-7800
5  Facsimile:  (702) 362-9472
   E-Mail:  nleatham@klnevada.com
6             ssherman@klnevada.com

7  *Counsel for **the Reorganized Debtors***

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:  pdublin@akingump.com
         aqureshi@akingump.com

*Counsel for **the Reorganized Debtors***

8

9              **UNITED STATES BANKRUPTCY COURT**

10                     **DISTRICT OF NEVADA**

11                            * * *

12  In re:                          )   CASE NO. BK-09-14814-LBR
                                    )        (Jointly Administered)
13  THE RHODES COMPANIES, LLC, aka  )
    "Rhodes Homes," et al.,         )
14                                  )
              Reorganized Debtors. [1]  )   Chapter 11
15                                  )
    _____)
16                                  )
    Affects:                        )
17                                  )   **Hearing Date:   January 10, 2013**
    ☒      All Debtors              )
    ☐      The Following Debtor(s): )   **Hearing Time:   10:00 a.m.**
18                                  )

19  **AMENDED NOTICE OF HEARING ON MOTION OF THE REORGANIZED DEBTORS**
    **FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE THIRD AMENDED**
20  **MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE**
    **BANKRUPTCY CODE FOR THE RHODES COMPANIES,LLC, ET AL. AND THE**
21                  **RELATED CONFIRMATION ORDER**

22  _____

23  [1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification
    number, if applicable, are:  Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes
24  Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837);
    Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730);
25  Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777);
    Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J
26  Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes
    Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers
27  Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho
    Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club,
28  LLC (7132); Pinnacle Grading, LLC (4838).

*Left margin (vertical text):* KOLESAR & LEATHAM — 400 S. Rampart Blvd., Ste. 400 — Las Vegas, Nevada 89145 — Tel: (702) 362-7800 / Fax: (702) 362-9472

**NOTICE IS HEREBY GIVEN** that a MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE THIRD AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. AND THE RELATED CONFIRMATION ORDER was filed concurrently herewith by Kolesar & Leatham and Akin Gump Strauss Hauer & Feld LLP, counsel for the Reorganized Debtors.  The Motion seeks the following relief:  entry of an order, pursuant to Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), (i) enforcing the terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. (the "Plan") and the related Findings of Fact, Conclusions of Law, and Order Confirming the First Lien Steering Committee's Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC et al. (the "Confirmation Order") and (ii) clarifying that Commerce Associates, LLC ("Commerce") has no rights under the Tuscany Purchase Agreement and the Conditional Assignment.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).   The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1
2
3
4
5
6
7
8
9

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

10    **NOTICE IS FURTHER GIVEN** that a hearing on the said Motion will be held before a

11   United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard,

12   South, Third Floor, in Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101, on **January 10,**

13   **2013**, at the hour of **10:00 a.m.**

14    DATED this 3rd day of December, 2012.

15

16    By:    */s/ Nile Leatham*

17    NILE LEATHAM, ESQ.
      Nevada Bar No. 002838
      SHLOMO S. SHERMAN, ESQ.

18    Nevada Bar No. 009688
      **KOLESAR & LEATHAM**

19    400 S. Rampart Boulevard, Suite 400
      Las Vegas, Nevada  89145

20    Telephone:  (702) 362-7800
      Facsimile:  (702) 362-9472

21    E-Mail:    nleatham@klnevada.com
                 ssherman@klnevada.com

22

23    PHILIP C. DUBLIN (NY Bar No, 2959344)
      ABID QURESHI (NY Bar No. 2684637)

24    **AKIN GUMP STRAUSS HAUER & FELD LLP**
      One Bryant Park

25    New York, NY 10036
      Telephone:  212.872.1000

26    Facsimile:  212.872.1002
      E-Mail:    pdublin@akingump.com

27              aqureshi@akingump.com

28    *Counsel for **the Reorganized Debtors***

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1

**CERTIFICATE OF SERVICE**

2    1.    On December 3, 2012, I served the following document(s) (*specify*):

3    **Amended Notice of Hearing on Motion of the Reorganized Debtors for Entry of an**
4    **Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization**
     **Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et**
5    **al. and the Related Confirmation Order.**

6    2.    I served the above-named document(s) by the following means to the persons as listed

7    below:

8    (***Check all that apply***)

9    ☒    **a.**    **ECF System (*You must attach the "Notice of Electronic Filing," or list all**
10                 ***persons and addresses and attach additional paper if necessary*)**

11    KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
      kanderson@fabianlaw.com, sburdash@fabianlaw.com

12    BRETT A. AXELROD on behalf of Creditor SAGEBRUSH
          ENTERPRISES, INC.
13    baxelrod@foxrothschild.com, pkois@foxrothschild.com;
          rdittrich@foxrothschild.com; ldupree@foxrothschild.com
14

15    J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
      ECF@parsonsbehle.com

16    LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
      minute@legalcounselors.com
17

18    PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
      pbyrnes@lasvegasnevada.gov, ckelly@lasvegasnevada.gov;
          khansen@lasvegasnevada.gov; bcomella@lasvegasnevada.gov;
19        jandrews@lasvegasnevada.gov

20    SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
      scho@pszjlaw.com
21

22    JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES,
          LLC
      bsalinas@armstrongteasdale.com
23

24    DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES,
          LLC
      dcolvin@maclaw.com, mwalters@maclaw.com; tszostek@maclaw.com;
25        cshurtliff@maclaw.com

26    NATALIE M. COX on behalf of Interested Party REORGANIZED
          DEBTORS
27    ncox@klnevada.com, bankruptcy@klnevada.com; kdunn@klnevada.com

28

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com;
    jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE
    ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES,
    LLC
cflynn@armstrongteasdale.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;
    kfarney@greeneinfusolaw.com; swalkenshaw@greeneinfusolaw.com;
    cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER
    COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation
    Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com; srd@kempjones.com

WILLIAM H HEATON on behalf of Defendant JOHN RHODES
will@nwhltd.com, Solana@nwhltd.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands
    Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;
    mstow@lionelsawyer.com

JAMES J. JIMMERSON on behalf of Defendant FARM HUALAPAI LLC
jjj@jimmersonhansen.com, mg@jimmersonhansen.com;
    ks@jimmersonhansen.com; lh@jimmersonhansen.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL
    SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;
    bgriffith@swlaw.com; nunzueta@swlaw.com; docket_las@swlaw.com;
    cgianelloni@swlaw.com; nkanute@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1    BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
2    blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com;
     mbarnes@klnevada.com

3    ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
4    cshurtliff@maclaw.com, sstanton@maclaw.com; akosina@maclaw.com;
     mwalters@maclaw.com

5    NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF
        SENIOR SECURED LENDERS
6    nleatham@klnevada.com, ckishi@klnevada.com;
        bankruptcy@klnevada.com
7

8    ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
     aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;
9       pblack@bachlawfirm.com; jbach@bachlawfirm.com;
        mmascarello@bachlawfirm.com

10   VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF
        AMERICA - INTERNAL REVENUE SERVICE
11   virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

12   ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST
        OF THE RHODES COMPANIES, LLC
13   emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

14   EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE -
        LV - 11
15   edward.m.mcdonald@usdoj.gov

16   JEANETTE E. MCPHERSON on behalf of Defendant KB HOME
        NEVADA, INC.
17   bkfilings@s-mlaw.com

18   SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands
        Branch
19   smyers@lacsn.org, emontes@lacsn.org; bklsclv@lionelsawyer.com

20   W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes,
        Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty
21      Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
     owen@nwhltd.com, jim@nwhltd.com
22

23   JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT
        PROPERTIES - NEVADA, LLC
     sallade@lbbslaw.com
24

25   OMNI MANAGEMENT GROUP, LLC (bo)
     bosborne@omnimgt.com, sewing@omnimgt.com

26   ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
     eransavage@ssllplaw.com, agutierrez@ssllplaw.com
27

28

1  JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST
OF THE RHODES COMPANIES, LLC
2  jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

3  MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION
MATERIALS SOUTH, LLC
4  MRuth@LRLaw.com

5  BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST
OF THE RHODES COMPANIES, LLC
6  bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;
brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com;
7  candice@brianshapirolaw.com; jessie@brianshapirolaw.com

8  SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED
DEBTORS
9  ssherman@klnevada.com, bankruptcy@klnevada.com;
bbroussard@klnevada.com

10

11  ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE
LLP
rsr@morrislawgroup.com, bkv@morrislawgroup.com
12

13  MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK,
N.A.
mark.somerstein@ropesgray.com
14

15  ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL
LEWIN REZ & ENGEL
16  stephens@sullivanhill.com, calderone@sullivanhill.com;
vidovich@sullivanhill.com; roberts@sullivanhill.com;
17  hill@sullivanhill.com; Manning@sullivanhill.com;
stein@sullivanhill.com; iriarte@sullivanhill.com;
benoit@sullivanhill.com; ggarcia@sullivanhill.com;
18  murdock@sullivanhill.com

19  JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE,
CAYMAN ISLANDS BRANCH
20  jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;
bridget@sylvesterpolednak.com
21

22  TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE
OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com
23

24  U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

25  DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath,
LLC
26  DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

27  GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS,
WALCH, KEARNEY, HOLLEY & THOMPSON
28  gfwilson@wilsonquint.com, pwilson@wilsonquint.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1292116.doc (7540-1)                              - 7 -

1    MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF
       OMAHA BANK
2    mbw@slwlaw.com, ef@slwlaw.com

3    MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST
       OF THE RHODES COMPANIES, LLC
4    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

5    3.    On **December 3, 2012**, I served the documents referred to above by the following means
          to the persons as listed below:
6

7          ☒    **b.    United States mail, postage fully prepaid**
                        (*List persons and addresses.  Attach additional paper if necessary*)
8

9          EDWARD M. MCDONALD JR., ESQ.
           OFFICE OF THE UNITED STATES TRUSTEE
10         U.S. DEPARTMENT OF JUSTICE
           FOLEY FEDERAL BUILDING
           300 LAS VEGAS BOULEVARD, SOUTH, SUITE 4300
11         LAS VEGAS, NV  89101

12
           ACCELERON GROUP
13         2791 SOFT HORIZON WAY
           LAS VEGAS, NV 89135
14
           ALVAREZ & MARSAL NORTH AMERICA, LLC
15         BY & THRU ITS REGISTERED AGENT:
           CSC SERVICES OF NEVADA, INC.
16         2215-B RENAISSANCE DRIVE
           LAS VEGAS, NV 89119
17
           AMERICAN EXPRESS COMPANY
18         CORPORATION TRUST COMPANY OF NEVADA
           BY AND THROUGH ITS REGISTERED AGENT
19         311 S. DIVISION STREET
           CARSON CITY, NV 89703
20
           F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
21         BY AND THROUGH ITS REGISTERED AGENT
           CORPORATION TRUST COMPANY OF NEVADA
22         311 SOUTH DIVISION STREET
           CARSON CITY, NV 89703
23
           BANCROFT SUSA & GALLOWAY P.C.
24         ATTN: PAUL D. BANCROFT
           3955 E. FT. LOWELL DRIVE, #115
25         TUCSON, AZ 85712

26         BANK OF OKLAHOMA
           ATTN: ANY OFFICER OR DIRECTOR
27         5727 S. LEWIS AVENUE
           TULSA, OK 74105-7119
28

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

BLEEKER'S BOXES
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

BNY MELLON F/K/A THE BANK OF NEW YORK
ATTN: ANY OFFICER OR DIRECTOR
ONE WALL STREET
NEW YORK, NY 10286

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT
    PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DAVID J CABRAL
REGISTERED AGENT FOR:
AMERICAN COMMONWEALTH MORTGAGE COMPANY
536 E. ST. LOUIS AVE.
LAS VEGAS, NV 89104,

CHICAGO TITLE AGENCY OF NEVADA, INC.
BY & THRU ITS REGISTERED AGENT:
CORP. TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

COMMERCE TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT
NATIONAL REGISTERED AGENTS, INC.
2875 MICHELLE DR., STE. 100
IRVINE, CA 92606

CONSOLIDATED MORTGAGE COMPANY, LLC
BY AND THROUGH ITS REGISTERED AGENT
SHEA & CARLYON LTD.
701 E. BRIDGER AVE., STE. 850
LAS VEGAS, NV 89101

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

EBBIN MOSER + SKAGGS LLP
C/O DAVID E MOSER
550 MONTGOMERY ST., STE 900
SAN FRANCISCO, CA 94111

FIDELITY NATIONAL FINANCIAL, INC.
CT CORPORATION SYSTEM
BY AND THROUGH ITS REGISTERED AGENT
818 W. SEVENTH ST.
LOS ANGELES, CA 90017

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

FIRST AMERICAN TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
2730 GATEWAY OAKS DRIVE, STE. 100
SACRAMENTO, CA 95833

GIBSON DUNN & CRUTCHER LLP
ATTN: ANY OFFICER, PARTNER OR DIRECTOR
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

SHARELLE SNOW HENLE
12667 N GENTLE RAIN DRIVE
MARANA, AZ 85658

SARA M. HUCHINSON
REGISTERED AGENT FOR:
ALLIANCE MORTGAGE, LLC
11920 SOUTHERN HIGHLANDS PKWY, #101
LAS VEGAS, NV 89141

TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

JOHN HANCOCK FREEEDOM 529
PO BOX 17603
BALTIMORE, MD 21297-1603

HARRY LEAKE
2549 SHOWCASE DR
LAS VEGAS, NV 89134

ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS
3811 W CHARLESTON BLVD, #110
LAS VEGAS, NV 89012

MASTEC NORTH AMERICA INC
C/O MICHELE LAINE, ESQ
800 SOUTH DOUGLAS RD., 12TH FLR
CORAL GABLES, FL 33134

MUTUAL OF OMAHA BANK
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

NEVADA STATE BANK
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

OMNI MANAGEMENT GROUP
16501 VENTURA BLVD., #440
ENCINO, CA 91436

PALECEK
PO BOX 225
RICHMOND, CA 94804

PRINCETON ADVISORY GROUP
PO BOX 89
4428 ROUTE 27, BLDG C, UNIT 1
KINGSTON, NJ 08528-1004

GRETCHEN M. ROBITAILLE
8037 SILVER STREAK ST
LAS VEGAS, NV 89131

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION
    MATERIALS SOUTH, LLC
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, 3RD FLR
LAS VEGAS, NV 89101

SECURITY TITLE OF NEVADA, LLC
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 S. DIVISION STREET
CARSON CITY, NV 89703

SMS FINANCIAL LLC
RESIDENT AGENTS OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
711 S. CARSON ST., STE. 4
CARSON CITY, NV 89701

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

STATE OF NEVADA OFFICE OF THE STATE TREASURER
555 E. WASHINGTON AVE SUITE 4200
LAS VEGAS, NV 89101-1075

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

STEWART OCCHIPINTI, LLP
ATTN: ANY PRINCIPAL
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NY 10018

STEWART TITLE COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

THE LANDSCAPE CONNECTION TLC INC
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS
    ASSOCIATION, INC.
C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
1955 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

TOWN & COUNTRY BANK
BY & THRU ITS REGISTERED AGENT:
PHILIP M. BURNS
8620 W. TROPICANA AVENUE
LAS VEGAS, NV 89103

TRANSACTION TITLE AGENCY
ATTN: ANY OFFICER OR DIRECTOR
1500 EAST WOOLFORD ROAD
SHOW LOW, AZ 85901

UBS FINANCIAL SERVICES
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-b RENAISSANCE DRIVE
LAS VEGAS, NV 89119

WELLS FARGO BANK, N.A.
CSC SERVICES OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

STEVEN YOULES
2305 WINDJAMMER WAY
LAS VEGAS, NV 89107

YUMA TITLE
ATTN: CARRIE SAFRANEK, MANAGER
11611 S. FOOTHILLS BLVD., #A
YUMA, AZ 85367-5845

☐    **c.**    **Personal Service (*List persons and addresses. Attach additional paper if necessary*)**

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    **d.**    **By direct email (as opposed to through the ECF System) (*List persons and email addresses. Attach additional paper if necessary*)**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **e.**    **By fax transmission (*List persons and fax numbers. Attach additional paper if necessary*)**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    **f.**    **By messenger (*List persons and addresses. Attach additional paper if necessary*)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (***A declaration by the messenger must be attached to this Certificate of Service***).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  December 3, 2012.

*/s/  Cindy Kishi*
_____
DECLARANT

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472