JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
GORDON R. GOOSLBY ESQ.
Nevada State Bar No. 11578
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone:  775.322.7400
Facsimile:  775.322.9049
Email:  jchubb@armstrongteasdale.com
         ggoolsby@armstrongteasdale.com

Attorneys for Commerce Associates, LLC

Electronically Filed on
December 18, 2012

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

THE RHODES COMPANIES, LLC, aka "Rhodes Homes", *et a*l.,

   Reorganized Debtors.

Case No.:   BK-09-14814-LBR

Chapter:    11

**REQUEST FOR SPECIAL NOTICE**

Hearing Date:  n/a
Hearing Time:  n/a

TO: ALL INTERESTED PARTIES

   ARMSTRONG TEASDALE, LLP, attorneys for Commerce Associates, LLC, a creditor in the above-referenced bankruptcy estate, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

   Notices pursuant to this request are to be sent to the following address:

| | |
|---|---|
| Janet L. Chubb, Esq.<br>ARMSTRONG TEASDALE LLP<br>50 West Liberty, Suite 950<br>Reno, NV 89501<br>Telephone:  775.322.7400<br>Fax:  775.322.9049<br>Email:  jchubb@armstrongteasdale.com<br>    and    bsalinas@armstrongteasdale.com | Gordon R. Goolsby, Esq.<br>ARMSTRONG TEASDALE LLP<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, NV 89169<br>Telephone:  702-678-5070<br>Fax:  702-878-9995<br>Email:  ggoolsby@armstrongteasdale.com<br>    and    bsalinas@armstrongteasdale.com |

   Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver of the following rights:

1

1. Right to have any final orders in any non-core matters entered only after de novo review by a United States District Judge;

2. Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation vel non of the proceeding as "core" under Section 157(b)(2)(H) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution;

3. Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretionary withdrawal; or,

4. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Commerce Associates, LLC expressly reserves all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this Court.

DATED: December 18, 2012         ARMSTRONG TEASDALE LLP

By:    /s/ Janet L. Chubb        .
JANET L. CHUBB, ESQ.
GORDN R. GOOLSBY, ESQ.

Attorneys for Commerce Associates, LLC