JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
GORDON R. GOOSLBY ESQ.
Nevada State Bar No. 11578
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone:  775.322.7400
Facsimile:  775.322.9049
Email:  jchubb@armstrongteasdale.com
            ggoolsby@armstrongteasdale.com

Attorneys for Commerce Associates, LLC

Electronically Filed on
December 18, 2012

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes", *et al.*,<br><br>        Reorganized Debtors. | Case No.:  BK-09-14814-LBR<br><br>Chapter:  11<br><br>**CERTIFICATE OF SERVICE OF REQUEST FOR SPECIAL NOTICE**<br><br>Hearing Date:  n/a<br>Hearing Time:  n/a |
|---|---|

## CERTIFICATE OF SERVICE

1.  On **December 18, 2012** I served the following document(s):

### REQUEST FOR SPECIAL NOTICE

2.  I served the above-named document(s) by the following means to the persons as listed below:

- a. **Via ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

1

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV, CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com;srd@kempjones.com

WILLIAM H HEATON on behalf of Defendant JOHN RHODES
will@nwhltd.com, Solana@nwhltd.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;mstow@lionelsawyer.com

JAMES J. JIMMERSON on behalf of Defendant FARM HUALAPAI LLC
jjj@jimmersonhansen.com, mg@jimmersonhansen.com;ks@jimmersonhansen.com;lh@jimmersonhansen.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
owen@nwhltd.com, jim@nwhltd.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

3

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com, bkv@morrislawgroup.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
stephens@sullivanhill.com,
calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.com;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com;murdock@sullivanhill.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
gfwilson@wilsonquint.com, pwilson@wilsonquint.com

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

X  b. **Via United States mail**, postage fully prepaid (list persons and addresses):

ACCELERON GROUP
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

ALVAREZ & MARSAL NORTH AMERICA, LLC
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

AMERICAN EXPRESS COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

BANCROFT SUSA & GALLOWAY P.C.
ATTN: PAUL D. BANCROFT
3955 E. FT. LOWELL DRIVE, #115
TUCSON, AZ 85712

BANK OF OKLAHOMA
ATTN: ANY OFFICER OR DIRECTOR
5727 S. LEWIS AVENUE
TULSA, OK 74105-7119

BLEEKER'S BOXES
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

BNY MELLON F/K/A THE BANK OF NEW YORK
ATTN: ANY OFFICER OR DIRECTOR
ONE WALL STREET
NEW YORK, NY 10286

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DAVID J CABRAL
REGISTERED AGENT FOR:
AMERICAN COMMONWEALTH MORTGAGE COMPANY
536 E. ST. LOUIS AVE.
LAS VEGAS, NV 89104,

| | |
|---|---|
| 1 | DEBRA CARRIGAN |
| | 7757 RADCLIFF STREET |
| 2 | LAS VEGAS, NV 89123 |
| 3 | CHICAGO TITLE AGENCY OF NEVADA, INC. |
| | BY & THRU ITS REGISTERED AGENT: |
| 4 | CORP. TRUST COMPANY OF NEVADA |
| | 311 SOUTH DIVISION STREET |
| 5 | CARSON CITY, NV 89703 |
| 6 | COMMERCE TITLE COMPANY |
| | BY AND THROUGH ITS REGISTERED AGENT |
| 7 | NATIONAL REGISTERED AGENTS, INC. |
| | 2875 MICHELLE DR., STE. 100 |
| 8 | IRVINE, CA 92606 |
| 9 | CONSOLIDATED MORTGAGE COMPANY, LLC |
| | BY AND THROUGH ITS REGISTERED AGENT |
| 10 | SHEA & CARLYON LTD. |
| | 701 E. BRIDGER AVE., STE. 850 |
| 11 | LAS VEGAS, NV 89101 |
| 12 | CT CORPORATION |
| | 311 S. DIVISION STREET |
| 13 | CARSON CITY, NV 89703 |
| 14 | DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A. |
| | 1 INTERNATIONAL PL |
| 15 | BOSTON, MA 02210 |
| 16 | IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 17 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | ONE BRYANT PARK |
| 18 | NEW YORK, NY 10036 |
| 19 | CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 20 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | ONE BRYANT PARK |
| 21 | NEW YORK, NY 10036 |
| 22 | PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 23 | AKIN GUMP STRAUSS HAUER & FELD |
| | ONE BRYANT PARK |
| 24 | NEW YORK, NY 10036 |
| 25 | EBBIN MOSER + SKAGGS LLP |
| | C/O DAVID E MOSER |
| 26 | 550 MONTGOMERY ST., STE 900 |
| | SAN FRANCISCO, CA 94111 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | FIDELITY NATIONAL FINANCIAL, INC. |
|   | CT CORPORATION SYSTEM |
| 2 | BY AND THROUGH ITS REGISTERED AGENT |
|   | 818 W. SEVENTH ST. |
| 3 | LOS ANGELES, CA 90017 |

FIDELITY NATIONAL FINANCIAL, INC.
CT CORPORATION SYSTEM
BY AND THROUGH ITS REGISTERED AGENT
818 W. SEVENTH ST.
LOS ANGELES, CA 90017

FIRST AMERICAN TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
2730 GATEWAY OAKS DRIVE, STE. 100
SACRAMENTO, CA 95833

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
9950 W. CHEYENNE AVENUE
LAS VEGAS, NV 89129

GIBSON DUNN & CRUTCHER LLP
ATTN: ANY OFFICER, PARTNER OR DIRECTOR
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

SHARELLE SNOW HENLE
12667 N GENTLE RAIN DRIVE
MARANA, AZ 85658

SARA M. HUCHINSON
REGISTERED AGENT FOR:
ALLIANCE MORTGAGE, LLC
11920 SOUTHERN HIGHLANDS PKWY, #101
LAS VEGAS, NV 89141

TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

JOHN HANCOCK FREEEDOM 529
PO BOX 17603
BALTIMORE, MD 21297-1603

MEREDITH A. LAHAIE on behalf of Interested Party REORGANIZED DEBTORS
ONE BRYANT PARK
NEW YORK, NY 10036

HARRY LEAKE
2549 SHOWCASE DR
LAS VEGAS, NV 89134

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
SYLVESTER & POLEDNAK, LTD
7371 PRAIRIE FALCON, STE 120
LAS VEGAS, NV 89128

```
 1   ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS
     3811 W CHARLESTON BLVD, #110
 2   LAS VEGAS, NV 89012

 3   JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
     ANDERSON MCPHARLIN & CONNERS, LLP
 4   777 N. RAINBOW BLVD, STE 145
     LAS VEGAS, NV 89107-1192
 5
     MASTEC NORTH AMERICA INC
 6   C/O MICHELE LAINE, ESQ
     800 SOUTH DOUGLAS RD., 12TH FLR
 7   CORAL GABLES, FL 33134

 8   MUTUAL OF OMAHA BANK
     BY & THRU ITS REGISTERED AGENT:
 9   CSC SERVICES OF NEVADA, INC.
     2215-B RENAISSANCE DRIVE
10   LAS VEGAS, NV 89119

11   NEVADA STATE BANK
     BY & THRU ITS REGISTERED AGENT:
12   CSC SERVICES OF NEVADA, INC.
     2215-B RENAISSANCE DRIVE
13   LAS VEGAS, NV 89119

14   OMNI MANAGEMENT GROUP
     16501 VENTURA BLVD., #440
15   ENCINO, CA 91436

16   PALECEK
     PO BOX 225
17   RICHMOND, CA 94804

18   PRINCETON ADVISORY GROUP
     PO BOX 89
19   4428 ROUTE 27, BLDG C, UNIT 1
     KINGSTON, NJ 08528-1004
20
     ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
21   LENDERS
     AKIN GUMP STRAUSS HAUER & FELD LLP
22   ONE BRYANT PARK
     NEW YORK, NY 10036
23
     ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
24   LENDERS
     AKIN GUMP STRAUSS H AUER & FELD LLP
25   ONE BRYANT PARK
     NEW YORK, NY 10036
26
     GRETCHEN M. ROBITAILLE
27   8037 SILVER STREAK ST
     LAS VEGAS, NV 89131
28
```

| | |
|---|---|
| 1 | SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
| | 400 SOUTH FOURTH STREET, 3RD FLR |
| 2 | LAS VEGAS, NV 89101 |
| 3 | CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 4 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | ONE BRYANT PARK |
| 5 | NEW YORK, NY 10036 |
| 6 | SECURITY TITLE OF NEVADA, LLC |
| | BY AND THROUGH ITS REGISTERED AGENT |
| 7 | CORPORATION TRUST COMPANY OF NEVADA |
| | 311 S. DIVISION STREET |
| 8 | CARSON CITY, NV 89703 |
| 9 | SMS FINANCIAL LLC |
| | RESIDENT AGENTS OF NEVADA, INC. |
| 10 | BY AND THROUGH ITS REGISTERED AGENT |
| | 711 S. CARSON ST., STE. 4 |
| 11 | CARSON CITY, NV 89701 |
| 12 | JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC |
| | 10100 SANTA MONICA BLVD #1100 |
| 13 | LOS ANGELES, CA 90067 |
| 14 | STATE OF NEVADA OFFICE OF THE STATE TREASURER |
| | 555 E. WASHINGTON AVE SUITE 4200 |
| 15 | LAS VEGAS, NV 89101-1075 |
| 16 | STEWART OCCHIPINTI, LLP |
| | ATTN: ANY PRINCIPAL |
| 17 | 65 WEST 36TH STREET, 7TH FLOOR |
| | NEW YORK, NY 10018 |
| 18 | |
| | STEWART TITLE COMPANY |
| 19 | CORPORATION TRUST COMPANY OF NEVADA |
| | BY AND THROUGH ITS REGISTERED AGENT |
| 20 | 311 S. DIVISION STREET |
| | CARSON CITY, NV 89703 |
| 21 | |
| | THE LANDSCAPE CONNECTION TLC INC |
| 22 | 5400 E EMPIRE AVE |
| | FLAGSTAFF, AZ 86004 |
| 23 | |
| | THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC. |
| 24 | C/O FEINBERG GRANT MAYFIELD KANEDA & LIT |
| | 1955 VILLAGE CENTER CIRCLE |
| 25 | LAS VEGAS, NV 89134 |
| 26 | TOWN & COUNTRY BANK |
| | BY & THRU ITS REGISTERED AGENT: |
| 27 | PHILIP M. BURNS |
| | 8620 W. TROPICANA AVENUE |
| 28 | LAS VEGAS, NV 89103 |

| | |
|---|---|
| 1 | TRANSNATION TITLE AGENCY<br>ATTN: ANY OFFICER OR DIRECTOR |
| 2 | 1500 EAST WOOLFORD ROAD<br>SHOW LOW, AZ 85901 |
| 3 | |
| 4 | UBS FINANCIAL SERVICES<br>BY & THRU ITS REGISTERED AGENT:<br>CSC SERVICES OF NEVADA, INC. |
| 5 | 2215-b RENAISSANCE DRIVE<br>LAS VEGAS, NV 89119 |
| 6 | |
| 7 | WELLS FARGO BANK, N.A.<br>CSC SERVICES OF NEVADA, INC. |
| 8 | BY AND THROUGH ITS REGISTERED AGENT<br>2215-B RENAISSANCE DRIVE |
| 9 | LAS VEGAS, NV 89119 |
| 10 | STEVEN YOULES<br>2305 WINDJAMMER WAY |
| 11 | LAS VEGAS, NV 89107 |
| 12 | YUMA TITLE<br>ATTN: CARRIE SAFRANEK, MANAGER |
| 13 | 11611 S. FOOTHILLS BLVD., #A<br>YUMA, AZ 85367-5845 |

☐  c.  Personal Service (list persons and addresses)
I personally delivered the document(s) to the persons at these addresses:

☐  d.  By direct email (as opposed to through the ECF System) (list persons and email addresses):

☐  e.  By fax transmission (list persons and fax numbers):

☐  f.  By messenger:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 18th day of December, 2012.

  Barbara Salinas                                             /s/Barbara Salinas                         .
Name                                                            Signature