JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
GORDON R. GOOSLBY ESQ.
Nevada State Bar No. 11578
ARMSTRONG TEASDALE LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone:  775.322.7400
Facsimile:  775.322.9049
Email:  jchubb@armstrongteasdale.com
        ggoolsby@armstrongteasdale.com

Attorneys for Commerce Associates, LLC

Electronically Filed on December 28, 2012

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: BK-09-14814-LBR |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes", *et al.*, | Chapter: 11 |
| Reorganized Debtors. | **CERTIFICATE OF SERVICE OF COMMERCE ASSOCIATES, LLC'S AND GREYSTONE NEVADA, LLC'S JOINT RESPONSE TO THE MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF ORDER ENFORCING THE TERMS OF THE THIRD AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. AND THE RELATED CONFIRMATION ORDER; AND DECLARATION OF TOM GONZALES IN SUPPORT OF COMMERCE ASSOCIATES, LLC'S AND GREYSTONE NEVADA, LLC'S JOINT RESPONSE TO THE MOTION OF THE REORGANIZED DEBTORS FOR ENTRY OF ORDER ENFORCING THE TERMS OF THE THIRD AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. AND THE RELATED CONFIRMATION ORDER** |
| Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Hearing Date:  01/10/2012<br>Hearing Time:  10:00 a.m. |

**CERTIFICATE OF SERVICE**

1. On **December 27, 2012, and December 28, 2012** I served the following document(s):

**1. Commerce Associates, LLC's And Greystone Nevada, LLC's Joint Response To The Motion Of The Reorganized Debtors For Entry Of Order Enforcing The Terms Of The Third Amended Modified Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code For The Rhodes Companies, LLC, Et Al. And The Related Confirmation Order; And**

**2. Declaration Of Tom Gonzales In Support Of Commerce Associates, Llc's And Greystone Nevada, LLC's Joint Response To The Motion Of The Reorganized Debtors For Entry Of Order Enforcing The Terms Of The Third Amended Modified Plan Of Reorganization Pursuant To Chapter 11 Of The Bankruptcy Code For The Rhodes Companies, LLC, Et Al. And The Related Confirmation Order**

2. I served the above-named document(s) by the following means to the persons as listed below:

- a. **Via ECF System on December 27, 2012** (attach the "Notice of Electronic Filing" or list all persons and addresses):

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC

| | |
|---|---|
| 1 | ddias@diaslawgroup.com, |
| 2 | bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com |
| 3 | TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC<br>tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com |
| 4 | CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC<br>cflynn@armstrongteasdale.com |
| 5 | |
| 6 | REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE<br>ecf@parsonsbehle.com |
| 7 | JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS<br>jgreene@greeneinfusolaw.com, |
| 8 | fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com |
| 9 | |
| 10 | KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY<br>hkelley@leachjohnson.com |
| 11 | DAVID R HAGUE on behalf of Creditor JAMES RHODES<br>dhague@fabianlaw.com, dromero@fabianlaw.com |
| 12 | |
| 13 | CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs<br>c.harris@kempjones.com, ade@kempjones.com;srd@kempjones.com |
| 14 | WILLIAM H HEATON on behalf of Defendant JOHN RHODES<br>will@nwhltd.com, Solana@nwhltd.com |
| 15 | |
| 16 | RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch<br>RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;mstow@lionelsawyer.com |
| 17 | JAMES J. JIMMERSON on behalf of Defendant FARM HUALAPAI LLC<br>jjj@jimmersonhansen.com, |
| 18 | mg@jimmersonhansen.com;ks@jimmersonhansen.com;lh@jimmersonhansen.com |
| 19 | ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION |
| 20 | rkinas@swlaw.com, |
| 21 | jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com |
| 22 | KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS<br>law@lawyersinarizona.com, bank@lawyersinarizona.com |
| 23 | |
| 24 | BART K. LARSEN on behalf of Creditor Reef Colonial, LLC<br>blarsen@klnevada.com, |
| 25 | jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com |
| 26 | ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC<br>cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com |
| 27 | NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 28 | nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| | ANNE M. LORADITCH on behalf of Creditor JAMES RHODES |

| | |
|---|---|
| 1 | aloraditch@bachlawfirm.com, |
| 2 | sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com |
| 3 | VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE |
| 4 | virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov |
| 5 | ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 6 | emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 7 | EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov |
| 8 | |
| 9 | JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC. bkfilings@s-mlaw.com |
| 10 | SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com |
| 11 | |
| 12 | W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc. |
| 13 | owen@nwhltd.com, jim@nwhltd.com |
| 14 | JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC |
| 15 | sallade@lbbslaw.com |
| 16 | OMNI MANAGEMENT GROUP, LLC (bo) bosborne@omnimgt.com, sewing@omnimgt.com |
| 17 | |
| 18 | ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com, agutierrez@ssllplaw.com |
| 19 | JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 20 | jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 21 | MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC |
| 22 | MRuth@LRLaw.com |
| 23 | BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 24 | bshapiro@brianshapirolaw.com, |
| 25 | ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com |
| 26 | SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com |
| 27 | |
| 28 | ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP rsr@morrislawgroup.com, bkv@morrislawgroup.com |
| | MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A. |

| | |
|---|---|
| 1 | mark.somerstein@ropesgray.com |
| 2 | ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL |
| 3 | stephens@sullivanhill.com, calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.com;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com;murdock@sullivanhill.com |
| 5 | JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH |
| 6 | jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com |
| 7 | TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 8 | , veralynn@tthomaslaw.com |
| 9 | U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov |
| 11 | DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com |
| 12 | GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
| 13 | gfwilson@wilsonquint.com, pwilson@wilsonquint.com |
| 14 | MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK mbw@slwlaw.com, ef@slwlaw.com |
| 16 | MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com |

    X   b. **Via United States mail on December 28, 2012**, postage fully prepaid (list persons and addresses):

ACCELERON GROUP
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

ALVAREZ & MARSAL NORTH AMERICA, LLC
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

AMERICAN EXPRESS COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

| | |
|---|---|
| 1 | |
| 2 | BANCROFT SUSA & GALLOWAY P.C.<br>ATTN: PAUL D. BANCROFT<br>3955 E. FT. LOWELL DRIVE, #115<br>TUCSON, AZ 85712 |
| 3 | |
| 4 | BANK OF OKLAHOMA<br>ATTN: ANY OFFICER OR DIRECTOR<br>5727 S. LEWIS AVENUE<br>TULSA, OK 74105-7119 |
| 5 | |
| 6 | |
| 7 | BLEEKER'S BOXES<br>5400 E EMPIRE AVE<br>FLAGSTAFF, AZ 86004 |
| 8 | |
| 9 | BNY MELLON F/K/A THE BANK OF NEW YORK<br>ATTN: ANY OFFICER OR DIRECTOR<br>ONE WALL STREET<br>NEW YORK, NY 10286 |
| 10 | |
| 11 | JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>400 SOUTH FOURTH STREET, SUITE 500<br>LAS VEGAS, NV 89101 |
| 12 | |
| 13 | |
| 14 | DAVID J CABRAL<br>REGISTERED AGENT FOR:<br>AMERICAN COMMONWEALTH MORTGAGE COMPANY<br>536 E. ST. LOUIS AVE.<br>LAS VEGAS, NV 89104, |
| 15 | |
| 16 | |
| 17 | |
| 18 | DEBRA CARRIGAN<br>7757 RADCLIFF STREET<br>LAS VEGAS, NV 89123 |
| 19 | |
| 20 | CHICAGO TITLE AGENCY OF NEVADA, INC.<br>BY & THRU ITS REGISTERED AGENT:<br>CORP. TRUST COMPANY OF NEVADA<br>311 SOUTH DIVISION STREET<br>CARSON CITY, NV 89703 |
| 21 | |
| 22 | |
| 23 | COMMERCE TITLE COMPANY<br>BY AND THROUGH ITS REGISTERED AGENT<br>NATIONAL REGISTERED AGENTS, INC.<br>2875 MICHELLE DR., STE. 100<br>IRVINE, CA 92606 |
| 24 | |
| 25 | |
| 26 | CONSOLIDATED MORTGAGE COMPANY, LLC<br>BY AND THROUGH ITS REGISTERED AGENT<br>SHEA & CARLYON LTD.<br>701 E. BRIDGER AVE., STE. 850<br>LAS VEGAS, NV 89101 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | CT CORPORATION |
|   | 311 S. DIVISION STREET |
| 2 | CARSON CITY, NV 89703 |
| 3 | DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A. |
|   | 1 INTERNATIONAL PL |
| 4 | BOSTON, MA 02210 |
| 5 | IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 6 | AKIN GUMP STRAUSS HAUER & FELD LLP |
|   | ONE BRYANT PARK |
| 7 | NEW YORK, NY 10036 |
| 8 | CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 9 | AKIN GUMP STRAUSS HAUER & FELD LLP |
|   | ONE BRYANT PARK |
| 10 | NEW YORK, NY 10036 |
| 11 | PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 12 | AKIN GUMP STRAUSS HAUER & FELD |
|    | ONE BRYANT PARK |
| 13 | NEW YORK, NY 10036 |
| 14 | EBBIN MOSER + SKAGGS LLP |
|    | C/O DAVID E MOSER |
| 15 | 550 MONTGOMERY ST., STE 900 |
|    | SAN FRANCISCO, CA 94111 |
| 16 | |
|    | FIDELITY NATIONAL FINANCIAL, INC. |
| 17 | CT CORPORATION SYSTEM |
|    | BY AND THROUGH ITS REGISTERED AGENT |
| 18 | 818 W. SEVENTH ST. |
|    | LOS ANGELES, CA 90017 |
| 19 | |
|    | FIRST AMERICAN TITLE COMPANY |
| 20 | BY AND THROUGH ITS REGISTERED AGENT: |
|    | CORPORATION SERVICE COMPANY |
| 21 | 2730 GATEWAY OAKS DRIVE, STE. 100 |
|    | SACRAMENTO, CA 95833 |
| 22 | |
|    | PHILIP S. GERSON on behalf of Creditor CLARK COUNTY |
| 23 | 9950 W. CHEYENNE AVENUE |
|    | LAS VEGAS, NV 89129 |
| 24 | |
|    | GIBSON DUNN & CRUTCHER LLP |
| 25 | ATTN: ANY OFFICER, PARTNER OR DIRECTOR |
|    | 333 SOUTH GRAND AVENUE |
| 26 | LOS ANGELES, CA 90071-3197 |
| 27 | JANINA GUTHRIE |
|    | 1225 MONTEREY ST. |
| 28 | REDLANDS, CA 92373 |

| | |
|---|---|
| 1 | SHARELLE SNOW HENLE |
|   | 12667 N GENTLE RAIN DRIVE |
| 2 | MARANA, AZ 85658 |
| 3 | SARA M. HUCHINSON |
|   | REGISTERED AGENT FOR: |
| 4 | ALLIANCE MORTGAGE, LLC |
|   | 11920 SOUTHERN HIGHLANDS PKWY, #101 |
| 5 | LAS VEGAS, NV 89141 |
| 6 | TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY |
|   | 3811 W CHARLESTON BLVD #110 |
| 7 | LAS VEGAS, NV 89102 |
| 8 | JOHN HANCOCK FREEEDOM 529 |
|   | PO BOX 17603 |
| 9 | BALTIMORE, MD 21297-1603 |
| 10 | MEREDITH A. LAHAIE on behalf of Interested Party REORGANIZED DEBTORS |
|   | ONE BRYANT PARK |
| 11 | NEW YORK, NY 10036 |
| 12 | HARRY LEAKE |
|   | 2549 SHOWCASE DR |
| 13 | LAS VEGAS, NV 89134 |
| 14 | JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH |
| 15 | SYLVESTER & POLEDNAK, LTD |
|   | 7371 PRAIRIE FALCON, STE 120 |
| 16 | LAS VEGAS, NV 89128 |
| 17 | ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS |
|   | 3811 W CHARLESTON BLVD, #110 |
| 18 | LAS VEGAS, NV 89012 |
| 19 | JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC. |
|   | ANDERSON MCPHARLIN & CONNERS, LLP |
| 20 | 777 N. RAINBOW BLVD, STE 145 |
|   | LAS VEGAS, NV 89107-1192 |
| 21 | |
|   | MASTEC NORTH AMERICA INC |
| 22 | C/O MICHELE LAINE, ESQ |
|   | 800 SOUTH DOUGLAS RD., 12TH FLR |
| 23 | CORAL GABLES, FL 33134 |
| 24 | MUTUAL OF OMAHA BANK |
|   | BY & THRU ITS REGISTERED AGENT: |
| 25 | CSC SERVICES OF NEVADA, INC. |
|   | 2215-B RENAISSANCE DRIVE |
| 26 | LAS VEGAS, NV 89119 |
| 27 | NEVADA STATE BANK |
|   | BY & THRU ITS REGISTERED AGENT: |
| 28 | CSC SERVICES OF NEVADA, INC. |
|   | 2215-B RENAISSANCE DRIVE |
|   | LAS VEGAS, NV 89119 |

| | |
|---|---|
| 1 | |
| 2 | OMNI MANAGEMENT GROUP<br>16501 VENTURA BLVD., #440<br>ENCINO, CA 91436 |
| 3 | |
| 4 | PALECEK<br>PO BOX 225<br>RICHMOND, CA 94804 |
| 5 | |
| 6 | PRINCETON ADVISORY GROUP<br>PO BOX 89<br>4428 ROUTE 27, BLDG C, UNIT 1 |
| 7 | KINGSTON, NJ 08528-1004 |
| 8 | ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 9 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ONE BRYANT PARK |
| 10 | NEW YORK, NY 10036 |
| 11 | ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 12 | AKIN GUMP STRAUSS H AUER & FELD LLP<br>ONE BRYANT PARK |
| 13 | NEW YORK, NY 10036 |
| 14 | GRETCHEN M. ROBITAILLE<br>8037 SILVER STREAK ST |
| 15 | LAS VEGAS, NV 89131 |
| 16 | SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON<br>400 SOUTH FOURTH STREET, 3RD FLR |
| 17 | LAS VEGAS, NV 89101 |
| 18 | CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 19 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ONE BRYANT PARK |
| 20 | NEW YORK, NY 10036 |
| 21 | SECURITY TITLE OF NEVADA, LLC<br>BY AND THROUGH ITS REGISTERED AGENT |
| 22 | CORPORATION TRUST COMPANY OF NEVADA<br>311 S. DIVISION STREET |
| 23 | CARSON CITY, NV 89703 |
| 24 | SMS FINANCIAL LLC<br>RESIDENT AGENTS OF NEVADA, INC. |
| 25 | BY AND THROUGH ITS REGISTERED AGENT<br>711 S. CARSON ST., STE. 4 |
| 26 | CARSON CITY, NV 89701 |
| 27 | JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC<br>10100 SANTA MONICA BLVD #1100 |
| 28 | LOS ANGELES, CA 90067 |

| | |
|---|---|
| 1 | STATE OF NEVADA OFFICE OF THE STATE TREASURER |
|  | 555 E. WASHINGTON AVE SUITE 4200 |
| 2 | LAS VEGAS, NV 89101-1075 |
|  |  |
| 3 | STEWART OCCHIPINTI, LLP |
|  | ATTN: ANY PRINCIPAL |
| 4 | 65 WEST 36TH STREET, 7TH FLOOR |
|  | NEW YORK, NY 10018 |
| 5 |  |
|  | STEWART TITLE COMPANY |
| 6 | CORPORATION TRUST COMPANY OF NEVADA |
|  | BY AND THROUGH ITS REGISTERED AGENT |
| 7 | 311 S. DIVISION STREET |
|  | CARSON CITY, NV 89703 |
| 8 |  |
|  | THE LANDSCAPE CONNECTION TLC INC |
| 9 | 5400 E EMPIRE AVE |
|  | FLAGSTAFF, AZ 86004 |
| 10 |  |
|  | THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC. |
| 11 | C/O FEINBERG GRANT MAYFIELD KANEDA & LIT |
|  | 1955 VILLAGE CENTER CIRCLE |
| 12 | LAS VEGAS, NV 89134 |
|  |  |
| 13 | TOWN & COUNTRY BANK |
|  | BY & THRU ITS REGISTERED AGENT: |
| 14 | PHILIP M. BURNS |
|  | 8620 W. TROPICANA AVENUE |
| 15 | LAS VEGAS, NV 89103 |
|  |  |
| 16 | TRANSNATION TITLE AGENCY |
|  | ATTN: ANY OFFICER OR DIRECTOR |
| 17 | 1500 EAST WOOLFORD ROAD |
|  | SHOW LOW, AZ 85901 |
| 18 |  |
|  | UBS FINANCIAL SERVICES |
| 19 | BY & THRU ITS REGISTERED AGENT: |
|  | CSC SERVICES OF NEVADA, INC. |
| 20 | 2215-b RENAISSANCE DRIVE |
|  | LAS VEGAS, NV 89119 |
| 21 |  |
|  | WELLS FARGO BANK, N.A. |
| 22 | CSC SERVICES OF NEVADA, INC. |
|  | BY AND THROUGH ITS REGISTERED AGENT |
| 23 | 2215-B RENAISSANCE DRIVE |
|  | LAS VEGAS, NV 89119 |
| 24 |  |
|  | STEVEN YOULES |
| 25 | 2305 WINDJAMMER WAY |
|  | LAS VEGAS, NV 89107 |
| 26 |  |
|  | YUMA TITLE |
| 27 | ATTN: CARRIE SAFRANEK, MANAGER |
|  | 11611 S. FOOTHILLS BLVD., #A |
| 28 | YUMA, AZ 85367-5845 |

☐ c. Personal Service (list persons and addresses)
   I personally delivered the document(s) to the persons at these addresses:

☐ d. By direct email (as opposed to through the ECF System) (list persons and email addresses):

☐ e. By fax transmission (list persons and fax numbers):

☐ f. By messenger:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of December, 2012.

| Barbara Salinas | /s/Barbara Salinas |
|---|---|
| Name | Signature |