| | |
|---|---|
| JANET L. CHUBB, ESQ. (NV BAR NO. 176)<br>Email: jchubb@armstrongteasdale.com<br>GORDON R. GOOLSBY, ESQ. (NV BAR NO. 11578)<br>Email: ggoolsby@armstrongteasdale.com<br>**ARMSTRONG TEASDALE LLP**<br>50 W. Liberty Street Suite 950<br>Reno, Nevada 89501<br>Telephone: 775-322-7400<br>Facsimile: 775-322-9049<br><br>Attorneys for *Commerce Associates, LLC*<br><br>RICHARD F. HOLLEY, ESQ. (NV Bar No. 3077)<br>Email: rholley@nevadafirm.com<br>DEAN S. BENNETT, ESQ. (NV Bar No. 6221)<br>Email: dbennett@nevadafirm.com<br>**COTTON, DRIGGS, WALCH, HOLLEY**<br>**  WOLOSON & THOMPSON**<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone: 702-791-0308<br>Facsimile: 702-791-1912<br><br>Attorneys for *Greystone Nevada, LLC* | NILE LEATHAM, ESQ.<br>Nevada Bar No. 002838<br>**KOLESAR & LEATHAM**<br>400 South Rampart Boulevard, #400<br>Las Vegas, Nevada 89145<br>Telephone: 702-362-7800<br>Facsimile: 702-362-9472<br>Email:  nleatham@klnevada.com<br>          and<br>PHILIP C. DUBLIN (NY Bar No, 2959344)<br>ABID QURESHI (NY Bar No. 2684637)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: 212.872.1000<br>Facsimile: 212.872.1002<br>E-Mail: pdublin@akingump.com<br>          aqureshi@akingump.com<br><br>*Counsel for **Reorganized Debtors*** |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>                Reorganized Debtors.<br><br>Affects:<br><br>☒    All Reorganized Debtors | CASE NO. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br><br><br><br>**STIPULATION TO CONTINUE HEARING ON REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE THIRD AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. AND THE RELATED CONFIRMATION ORDER**<br><br>Old Hearing Date:   January 10, 2013<br>                    at 10:00 a.m. (PST)<br>**New Hearing Date:  February 7, 2013<br>                    at 10:30 a.m. (PST)** |

/ / /

995643 (7540-1)                              - 1 -

1 Commerce Associates, LLC ("Commerce"), through counsel, Armstrong Teasdale LLP; Greystone Nevada LLC ("Greystone"), through counsel Cotton, Driggs, Walch, Holley, Woloson & Thompson; and the Reorganized Debtors ("Reorganized Debtors"), through counsel, Kolesar & Leatham and Akin Gump Strauss Hauer & Feld LLP, respectfully submit this Stipulation to Continue Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order. Commerce, Greystone and the Reorganized Debtors are collectively referred to herein as the "Parties." The Parties stipulate and agree as follows:

WHEREAS, on November 30, 2012, Reorganized Debtors filed their Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order (the "Motion") [Dkt. 1737];

WHEREAS, on December 27, 2012, Commerce and Greystone filed their Joint Response to the Motion of the Reorganized Debtors for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order (the "Joint Response") [Dkt. 1747];

WHEREAS, the Motion and the Joint Response were originally scheduled for a hearing (the "Hearing") before the Court on January 10, 2013, at 10:00 a.m. (PST);

WHEREAS, the Parties have agreed to a continuance of the Hearing with regard to the Motion and the Joint Response; and

WHEREAS it is the Parties' understanding that February 7, 2013, at 10:30 a.m. (PST) is an available date on which the continued Hearing may be held;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that (i) the Hearing shall be continued to February 7, 2013, at 10:30 a.m. (PST) and (ii) the Reorganized Debtors shall file their reply to the Joint Response by no later than January 31, 2013.

995643 (7540-1) - 2 -

PREPARED AND RESPECTFULLY SUBMITTED BY:

By  */s/ Abid Qureshi*
   PHILIP C. DUBLIN, ESQ.
   New York Bar No. 2959344
   ABID QURESHI, ESQ.
   New York Bar No. 2684637
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
   One Bryant Park
   New York, NY 10036
     and
   NILE LEATHAM, ESQ.
   Nevada Bar No. 002838
   **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
   Las Vegas, NV 89145

*Counsel for the Reorganized Debtors*

**APPROVED AS TO FORM AND CONTENT:**

**ARMSTRONG TEASDALE LLP**


By  */s/ Janet L. Chubb*
   JANET L. CHUBB, ESQ. (NV BAR NO. 176)
   GORDON R. GOOLSBY, ESQ. (NV BAR NO. 11578)
   50 W. Liberty Street Suite 950
   Reno, Nevada 89501

Attorneys for ***Commerce Associates, LLC***

**COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON**


By  */s/ Dean S. Bennett*
   RICHARD F. HOLLEY, ESQ. (NV Bar No. 3077)
   DEAN S. BENNETT, ESQ. (NV Bar No. 6221)
   400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101

Attorneys for ***Greystone Nevada, LLC***

---

*In re: The Rhodes Companies, LLC, et al.*/Case No. BK-S-09-14814-LBR
Stipulation to Continue Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order

995643 (7540-1)        - 3 -

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472