JANET L. CHUBB, ESQ. (NV BAR NO. 176)
Email: jchubb@armstrongteasdale.com
GORDON R. GOOLSBY, ESQ. (NV BAR NO. 11578)
Email: ggoolsby@armstrongteasdale.com
**ARMSTRONG TEASDALE LLP**
50 W. Liberty Street Suite 950
Reno, Nevada 89501
Telephone: 775-322-7400
Facsimile: 775-322-9049

Attorneys for *Commerce Associates, LLC*

RICHARD F. HOLLEY, ESQ. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
DEAN S. BENNETT, ESQ. (NV Bar No. 6221)
Email: dbennett@nevadafirm.com
**COTTON, DRIGGS, WALCH, HOLLEY
  WOLOSON & THOMPSON**
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702-791-0308
Facsimile: 702-791-1912

Attorneys for *Greystone Nevada, LLC*

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, #400
Las Vegas, Nevada 89145
Telephone: 702-362-7800
Facsimile: 702-362-9472
Email: nleatham@klnevada.com
       and
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
        aqureshi@akingump.com

*Counsel for Reorganized Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>            Reorganized Debtors.<br><br>Affects:<br><br>☒    All Reorganized Debtors | CASE NO. BK-09-14814-LBR<br>    (Jointly Administered)<br><br>Chapter 11<br><br>**AMENDED STIPULATION TO CONTINUE HEARING ON REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE THIRD AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. AND THE RELATED CONFIRMATION ORDER**<br><br>Old Hearing Date:   January 10, 2013<br>                                  at 10:00 a.m. (PST)<br>**New Hearing Date:  February 7, 2013<br>                                  at 10:30 a.m. (PST)** |

1  Commerce Associates, LLC ("Commerce"), through counsel, Armstrong Teasdale LLP;
2  Greystone Nevada LLC ("Greystone"), through counsel Cotton, Driggs, Walch, Holley, Woloson
3  & Thompson; and the Reorganized Debtors ("Reorganized Debtors"), through counsel, Kolesar &
4  Leatham and Akin Gump Strauss Hauer & Feld LLP, respectfully submit this Amended Stipulation
5  to Continue Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms
6  of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy
7  Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order.  Commerce,
8  Greystone and the Reorganized Debtors are collectively referred to herein as the "Parties."  The
9  Parties stipulate and agree as follows:

10  WHEREAS, on November 30, 2012, Reorganized Debtors filed their Motion for Entry of
11  an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to
12  Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related
13  Confirmation Order (the "Motion") [Dkt. 1737];

14  WHEREAS, on December 27, 2012, Commerce and Greystone filed their Joint Response
15  to the Motion of the Reorganized Debtors for Entry of an Order Enforcing the Terms of the Third
16  Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the
17  Rhodes Companies, LLC, et al. and the Related Confirmation Order (the "Joint Response") [Dkt.
18  1747];

19  WHEREAS, the Motion and the Joint Response were originally scheduled for a hearing
20  (the "Hearing") before the Court on January 10, 2013, at 10:00 a.m. (PST);

21  WHEREAS, the Parties have agreed to a continuance of the Hearing with regard to the
22  Motion and the Joint Response; and

23  WHEREAS it is the Parties' understanding that February 7, 2013, at 10:30 a.m. (PST) is an
24  available date on which the continued Hearing may be held;

25  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned
26  counsel for the Parties, that (i) the Hearing shall be continued to February 7, 2013, at 10:30 a.m.
27  (PST) and (ii) the Reorganized Debtors shall file their reply to the Joint Response by no later than
28  January 24, 2013.

1310950.DOC (7540-1)            - 2 -

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

PREPARED AND RESPECTFULLY SUBMITTED BY:

By     */s/ Abid Qureshi*
   PHILIP C. DUBLIN, ESQ.
   New York Bar No. 2959344
   ABID QURESHI, ESQ.
   New York Bar No. 2684637
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
   One Bryant Park
   New York, NY 10036
     and
   NILE LEATHAM, ESQ.
   Nevada Bar No. 002838
   **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
   Las Vegas, NV 89145

*Counsel for the Reorganized Debtors*

**APPROVED AS TO FORM AND CONTENT:**

By     */s/ Janet L. Chubb*
   JANET L. CHUBB, ESQ. (NV BAR NO. 176)
   GORDON R. GOOLSBY, ESQ. (NV BAR NO. 11578)
   **ARMSTRONG TEASDALE LLP**
   50 W. Liberty Street Suite 950
   Reno, Nevada 89501

Attorneys for *Commerce Associates, LLC*

**COTTON, DRIGGS, WALCH, HOLLEY, WOLOSON & THOMPSON**

By     */s/ Dean S. Bennett*
   RICHARD F. HOLLEY, ESQ. (NV Bar No. 3077)
   DEAN S. BENNETT, ESQ. (NV Bar No. 6221)
   400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101

Attorneys for *Greystone Nevada, LLC*

---

*In re: The Rhodes Companies, LLC, et al.*/Case No. BK-S-09-14814-LBR
Amended Stipulation to Continue Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, <u>et al</u>. and the Related Confirmation Order

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472