


Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 09, 2013

| | |
|---|---|
| Janet L. Chubb, Esq. (NV Bar No. 176)<br>Email: jchubb@armstrongteasdale.com<br>Gordon R. Goolsby, Esq. (NV Bar No. 11578)<br>Email: ggoolsby@armstrongteasdale.com<br>**Armstrong Teasdale LLP**<br>50 W. Liberty Street Suite 950<br>Reno, Nevada 89501<br>Telephone: 775-322-7400<br>Facsimile: 775-322-9049<br><br>Attorneys for *Commerce Associates, LLC*<br><br>Richard F. Holley, Esq. (NV Bar No. 3077)<br>Email: rholley@nevadafirm.com<br>Dean S. Bennett, Esq. (NV Bar No. 6221)<br>Email: dbennett@nevadafirm.com<br>**Cotton, Driggs, Walch, Holley**<br>  **Woloson & Thompson**<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone: 702-791-0308<br>Facsimile: 702-791-1912<br><br>Attorneys for *Greystone Nevada, LLC* | Nile Leatham, Esq.<br>Nevada Bar No. 002838<br>**Kolesar & Leatham**<br>400 South Rampart Boulevard, #400<br>Las Vegas, Nevada 89145<br>Telephone: 702-362-7800<br>Facsimile: 702-362-9472<br>Email: nleatham@klnevada.com<br>    and<br>Philip C. Dublin (NY Bar No, 2959344)<br>Abid Qureshi (NY Bar No. 2684637)<br>**Akin Gump Strauss Hauer & Feld LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: 212.872.1000<br>Facsimile: 212.872.1002<br>E-Mail: pdublin@akingump.com<br>    aqureshi@akingump.com<br><br>*Counsel for Reorganized Debtors* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes," et al.,<br><br>                Reorganized Debtors. | ) CASE NO. BK-09-14814-LBR<br>)     (Jointly Administered)<br>)<br>) Chapter 11<br>)<br>)<br>) |

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1310954.doc (7540-1)                    - 1 -

|Affects: | ) | **ORDER APPROVING AMENDED STIPULATION TO CONTINUE HEARING ON REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE THIRD AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. AND THE RELATED CONFIRMATION ORDER** |
|---|---|---|
| ☒ All Reorganized Debtors | ) | |

Old Hearing Date:  January 10, 2013 at 10:00 a.m. (PST)
**New Hearing Date:  February 7, 2013 at 10:30 a.m. (PST)**

The Court, having considered the Amended Stipulation to Continue Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al. and the Related Confirmation Order (the "Amended Stipulation")[1] entered into by and between Commerce Associates, LLC; Greystone Nevada, LLC; and the Reorganized Debtors, by and through their respective counsel; and for good cause appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Amended Stipulation is hereby approved; and

2. The Hearing on the Motion and the Joint Response currently scheduled for January 10, 2013, at 10:00 a.m. (PST) is hereby continued to **February 7, 2013, at 10:30 a.m.** (PST).

3. The Reorganized Debtors shall file their reply to the Joint Response by no later than January 24, 2013.

# # #

---

*In re: The Rhodes Companies, LLC, et al.*/Case No. BK-S-09-14814-LBR
Order Approving Amended Stipulation to Continue Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

1310954.doc (7540-1)                                                           - 2 -