1   NILE LEATHAM, ESQ.
    Nevada Bar No. 002838
2   SHLOMO S. SHERMAN, ESQ.
    Nevada Bar No. 009688
3   **KOLESAR & LEATHAM**
    400 S. Rampart Blvd., Ste. 400
4   Las Vegas, Nevada  89145
    Telephone:  (702) 362-7800
5   Facsimile:  (702) 362-9472
    E-Mail:  nleatham@klnevada.com
6            ssherman@klnevada.com

7   *Counsel for* **the Reorganized Debtors**

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone:  212.872.1000
Facsimile:  212.872.1002
E-Mail:    pdublin@akingump.com
           aqureshi@akingump.com

*Counsel for* **the Reorganized Debtors**

8

9                  **UNITED STATES BANKRUPTCY COURT**

10                       **DISTRICT OF NEVADA**

11  In re:                                  )   CASE NO. BK-09-14814-LBR
                                            )        (Jointly Administered)
12  THE RHODES COMPANIES, LLC, aka          )
    "Rhodes Homes," et al.,                 )
13                                          )
                    Reorganized Debtors.    )   Chapter 11
14  _____ )
                                            )
15  Affects:                                )
                                            )
16  ☒    All Debtors                        )
    ☐    The Following Debtor(s):           )
17  _____ )

18                    **CERTIFICATE OF SERVICE**

19  1.    On January 8, 2013, I served the following document(s) (*specify*):

20      **Amended Stipulation to Continue Hearing on Reorganized Debtors Motion for
21      Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of
        Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes
        Companies, LLC, et al. and the Related Confirmation Order [#1753]**

22

23  2.    On January 9, 2013, I served the following document(s) (*specify*):

24      **Order Approving Amended Stipulation to Continue Hearing on Reorganized
25      Debtors Motion for Entry of an Order Enforcing the Terms of the Third Amended
        Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code
26      for the Rhodes Companies, LLC, et al. and the Related Confirmation Order [#1754]**

27  3.    I served the above-named document(s) by the following means to the persons as listed

28  below:

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1310988.doc (7540-1)                    - 1 -

1    (*Check all that apply*)

2    ☒    **a.**    **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

3

4    KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com
BRETT A. AXELROD on behalf of Creditor SAGEBRUSH

5        ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com;

6        rdittrich@foxrothschild.com; ldupree@foxrothschild.com

7    J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

8

9    LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

10    PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
pbyrnes@lasvegasnevada.gov, ckelly@lasvegasnevada.gov;

11        khansen@lasvegasnevada.gov; bcomella@lasvegasnevada.gov;
jandrews@lasvegasnevada.gov

12

13    SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

14    JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES,
LLC

15    bsalinas@armstrongteasdale.com

16    DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES,
LLC

17    dcolvin@maclaw.com, mwalters@maclaw.com; tszostek@maclaw.com;
cshurtliff@maclaw.com

18
NATALIE M. COX on behalf of Interested Party REORGANIZED

19        DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com; kdunn@klnevada.com

20
THOMAS E. CROWE on behalf of Creditor SHANE SMITH

21    tcrowe@thomascrowelaw.com

22    DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com;

23        jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com

24    TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE
ASSOCIATES, LLC

25    tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

26    CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES,
LLC

27    cflynn@armstrongteasdale.com

28

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1310988.doc (7540-1)                              - 2 -

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

GORDON R. GOOLSBY on behalf of Creditor COMMERCE
    ASSOCIATES, LLC
ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;
    kfarney@greeneinfusolaw.com; swalkenshaw@greeneinfusolaw.com;
    cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER
    COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation
    Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com; srd@kempjones.com

WILLIAM H HEATON on behalf of Defendant JOHN RHODES
will@nwhltd.com, Solana@nwhltd.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands
    Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;
    mstow@lionelsawyer.com

JAMES J. JIMMERSON on behalf of Defendant FARM HUALAPAI LLC
jjj@jimmersonhansen.com, mg@jimmersonhansen.com;
    ks@jimmersonhansen.com; lh@jimmersonhansen.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL
    SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;
    bgriffith@swlaw.com; nunzueta@swlaw.com; docket_las@swlaw.com;
    cgianelloni@swlaw.com; nkanute@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com;
    mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com; akosina@maclaw.com;
    mwalters@maclaw.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1310988.doc (7540-1)

- 3 -

1

2

3

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF
SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;
bankruptcy@klnevada.com

4

5

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;
pblack@bachlawfirm.com; jbach@bachlawfirm.com;
mmascarello@bachlawfirm.com

6

7

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF
AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

8

9

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST
OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

10

11

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE -
LV - 11
edward.m.mcdonald@usdoj.gov

12

13

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME
NEVADA, INC.
bkfilings@s-mlaw.com

14

15

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands
Branch
smyers@lacsn.org, emontes@lacsn.org; bklsclv@lionelsawyer.com

16

17

W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes,
Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty
Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
owen@nwhltd.com, jim@nwhltd.com

18

19

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT
PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

20

21

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

22

23

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

24

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST
OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

25

26

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION
MATERIALS SOUTH, LLC
MRuth@LRLaw.com

27

28

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1310988.doc (7540-1)

- 4 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1

2

3

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST
OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;
brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com;
candice@brianshapirolaw.com

4

5

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED
DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com;
bbroussard@klnevada.com

6

7

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE
LLP
rsr@morrislawgroup.com, bkv@morrislawgroup.com

8

9

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK,
N.A.
mark.somerstein@ropesgray.com

10

11

12

13

14

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL
LEWIN REZ & ENGEL
stephens@sullivanhill.com, calderone@sullivanhill.com;
vidovich@sullivanhill.com; roberts@sullivanhill.com;
hill@sullivanhill.com; Manning@sullivanhill.com;
stein@sullivanhill.com; iriarte@sullivanhill.com;
benoit@sullivanhill.com; ggarcia@sullivanhill.com;
murdock@sullivanhill.com

15

16

17

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE,
CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;
bridget@sylvesterpolednak.com

18

19

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE
OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com

20

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

21

22

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath,
LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

23

24

GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS,
WALCH, KEARNEY, HOLLEY & THOMPSON
gfwilson@wilsonquint.com, pwilson@wilsonquint.com

25

26

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF
OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

27

28

MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST
OF THE RHODES COMPANIES, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

1310988.doc (7540-1)

- 5 -

4.     On **January 9, 2013**, I served both documents referred to above by the following means to the persons as listed below:

⊠     **b.      United States mail, postage fully prepaid**
              (*List persons and addresses.  Attach additional paper if necessary*)

EDWARD M. MCDONALD JR., ESQ.
OFFICE OF THE UNITED STATES TRUSTEE
U.S. DEPARTMENT OF JUSTICE
FOLEY FEDERAL BUILDING
300 LAS VEGAS BOULEVARD, SOUTH, SUITE 4300
LAS VEGAS, NV  89101

ACCELERON GROUP
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

ALVAREZ & MARSAL NORTH AMERICA, LLC
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

AMERICAN EXPRESS COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

BANCROFT SUSA & GALLOWAY P.C.
ATTN: PAUL D. BANCROFT
3955 E. FT. LOWELL DRIVE, #115
TUCSON, AZ 85712

BANK OF OKLAHOMA
ATTN: ANY OFFICER OR DIRECTOR
5727 S. LEWIS AVENUE
TULSA, OK 74105-7119

BLEEKER'S BOXES
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

BNY MELLON F/K/A THE BANK OF NEW YORK
ATTN: ANY OFFICER OR DIRECTOR
ONE WALL STREET
NEW YORK, NY 10286

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1310988.doc (7540-1)                         - 6 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT
   PROPERTIES - NEVADA, LLC

2

LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500

3

LAS VEGAS, NV 89101

4

DAVID J CABRAL
REGISTERED AGENT FOR:

5

AMERICAN COMMONWEALTH MORTGAGE COMPANY
536 E. ST. LOUIS AVE.

6

LAS VEGAS, NV 89104,

7

CHICAGO TITLE AGENCY OF NEVADA, INC.
BY & THRU ITS REGISTERED AGENT:

8

CORP. TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET

9

CARSON CITY, NV 89703

10

COMMERCE TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT

11

NATIONAL REGISTERED AGENTS, INC.
2875 MICHELLE DR., STE. 100

12

IRVINE, CA 92606

13

CONSOLIDATED MORTGAGE COMPANY, LLC
BY AND THROUGH ITS REGISTERED AGENT

14

SHEA & CARLYON LTD.
701 E. BRIDGER AVE., STE. 850

15

LAS VEGAS, NV 89101

16

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL

17

BOSTON, MA 02210

18

EBBIN MOSER + SKAGGS LLP
C/O DAVID E MOSER

19

550 MONTGOMERY ST., STE 900
SAN FRANCISCO, CA 94111

20

21

FIDELITY NATIONAL FINANCIAL, INC.
CT CORPORATION SYSTEM
BY AND THROUGH ITS REGISTERED AGENT

22

818 W. SEVENTH ST.
LOS ANGELES, CA 90017

23

24

FIRST AMERICAN TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY

25

2730 GATEWAY OAKS DRIVE, STE. 100
SACRAMENTO, CA 95833

26

27

GIBSON DUNN & CRUTCHER LLP
ATTN: ANY OFFICER, PARTNER OR DIRECTOR
333 SOUTH GRAND AVENUE

28

LOS ANGELES, CA 90071-3197

1310988.doc (7540-1)

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1

2

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

3

4

SHARELLE SNOW HENLE
12667 N GENTLE RAIN DRIVE
MARANA, AZ 85658

5

6

7

SARA M. HUCHINSON
REGISTERED AGENT FOR:
ALLIANCE MORTGAGE, LLC
11920 SOUTHERN HIGHLANDS PKWY, #101
LAS VEGAS, NV 89141

8

9

TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

10

11

JOHN HANCOCK FREEEDOM 529
PO BOX 17603
BALTIMORE, MD 21297-1603

12

13

HARRY LEAKE
2549 SHOWCASE DR
LAS VEGAS, NV 89134

14

15

ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS
3811 W CHARLESTON BLVD, #110
LAS VEGAS, NV 89012

16

17

MASTEC NORTH AMERICA INC
C/O MICHELE LAINE, ESQ
800 SOUTH DOUGLAS RD., 12TH FLR
CORAL GABLES, FL 33134

18

19

20

MUTUAL OF OMAHA BANK
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

21

22

23

NEVADA STATE BANK
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

24

25

OMNI MANAGEMENT GROUP
16501 VENTURA BLVD., #440
ENCINO, CA 91436

26

27

PALECEK
PO BOX 225
RICHMOND, CA 94804

28

PRINCETON ADVISORY GROUP
PO BOX 89
4428 ROUTE 27, BLDG C, UNIT 1
KINGSTON, NJ 08528-1004

GRETCHEN M. ROBITAILLE
8037 SILVER STREAK ST
LAS VEGAS, NV 89131

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION
    MATERIALS SOUTH, LLC
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, 3RD FLR
LAS VEGAS, NV 89101

SECURITY TITLE OF NEVADA, LLC
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 S. DIVISION STREET
CARSON CITY, NV 89703

SMS FINANCIAL LLC
RESIDENT AGENTS OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
711 S. CARSON ST., STE. 4
CARSON CITY, NV 89701

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

STATE OF NEVADA OFFICE OF THE STATE TREASURER
555 E. WASHINGTON AVE SUITE 4200
LAS VEGAS, NV 89101-1075

STEWART OCCHIPINTI, LLP
ATTN: ANY PRINCIPAL
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NY 10018

STEWART TITLE COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

THE LANDSCAPE CONNECTION TLC INC
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1310988.doc (7540-1)

- 9 -

1    THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS
         ASSOCIATION, INC.
2    C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
     1955 VILLAGE CENTER CIRCLE
3    LAS VEGAS, NV 89134

4    TOWN & COUNTRY BANK
     BY & THRU ITS REGISTERED AGENT:
5    PHILIP M. BURNS
     8620 W. TROPICANA AVENUE
6    LAS VEGAS, NV 89103

7    TRANSACTION TITLE AGENCY
     ATTN: ANY OFFICER OR DIRECTOR
8    1500 EAST WOOLFORD ROAD
     SHOW LOW, AZ 85901

9
     UBS FINANCIAL SERVICES
10   BY & THRU ITS REGISTERED AGENT:
     CSC SERVICES OF NEVADA, INC.
11   2215-b RENAISSANCE DRIVE
     LAS VEGAS, NV 89119
12
     WELLS FARGO BANK, N.A.
13   CSC SERVICES OF NEVADA, INC.
     BY AND THROUGH ITS REGISTERED AGENT
14   2215-B RENAISSANCE DRIVE
     LAS VEGAS, NV 89119
15
     STEVEN YOULES
16   2305 WINDJAMMER WAY
     LAS VEGAS, NV 89107
17
     YUMA TITLE
18   ATTN: CARRIE SAFRANEK, MANAGER
     11611 S. FOOTHILLS BLVD., #A
19   YUMA, AZ 85367-5845

20   ☐    **c.**    **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

21   I personally delivered the document(s) to the persons at these addresses:

22   ☐    For a party represented by an attorney, delivery was made by handing the
          document(s) to the attorney or by leaving the documents(s) at the attorney's
23        office with a clerk or other person in charge, or if no one is in charge by
          leaving the documents(s) in a conspicuous place in the office.
24
     ☐    For a party, delivery was made by handing the document(s) to the party or
25        by leaving the document(s) at the person's dwelling house or usual place of
          abode with someone of suitable age and discretion residing there.
26

27   ☐    **d.**    **By direct email (as opposed to through the ECF System)**
                    (*List persons and email addresses.  Attach additional paper if necessary*)
28

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1310988.doc (7540-1)                          - 10 -

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e.**    **By fax transmission** (*List persons and fax numbers.  Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐  **f.**    **By messenger** (*List persons and addresses.  Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  January 9, 2013.

_/s/  Cindy Kishi_____
DECLARANT

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1310988.doc (7540-1)

- 11 -