Efile: January 10, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,

Case No. BK-S-09-14814 BR
(jointly administered)
Chapter 11

Debtor(s)

For the quarter ending: December 31, 2012 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan:     March 12, 2010

2. Cash balance at beginning of quarter:     $9,493,818.88
   Total receipts during quarter:     $16,134,703.62
   Total disbursements during quarter:     $15,358,185.49
   Cash balance at end of quarter:     $10,270,337.01

3. Payments made pursuant to the Plan this quarter:

   Total payments to be made pursuant to the Plan:     $1,666,147.75
   Cumulative paid to date:     $1,666,147.75
   Balance remaining to be made under the Plan:

| As of the end of this reporting period | Yes | No |
|---|---|---|
| 4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | | X |
| 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | X |
| 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X | |

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|     |                                                                                                                                                                                                                                                    | Yes | No |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| 7.  | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |     | X  |
| 8.  | Has the order confirming the Plan become nonappealable?                                                                                                                                                                                            | X   |    |
| 9.  | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.)                                                                                                                                        | N/A |    |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan?                                                                                                                                                     | X   |    |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.)                                                                                  |     | X  |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan?                                                                                                            | X   |    |
| 13. | Anticipated date of motion for final decree:  Unknown                                                                                                                                                                                              |     |    |

I declare under penalty of perjury that the statements set forth above are true and accurate.

~~7/10/12~~ 1/9/13
Dated:

/s/ Kevin Corbett
Responsible Individual (signature)

Kevin Corbett
Print Name

Current Address:
6345 S. Jones Blvd, Ste 400
Las Vegas, NV  89118

Telephone Number:
(702) 873-5338

Explanations:

4. a. Checks cut on 4/14/10 but not yet distributed due to non-response of vendor.

| | | |
|---|---|---|
| EXECUTIVE PLASTERING, INC. | 680.60 | 4/14/2010 |

b. Checks cut on 10/05/10 but not yet distributed due to non-response of vendor.

| | | |
|---|---|---|
| TOWER BUILDERS LLC | 540.00 | 10/5/2010 |
| US Foodservice | 116.68 | 10/5/2010 |
| WILLIS ROOF CONSULTING, INC. | 2,616.80 | 10/5/2010 |
| National City Golf Finance | 7,805.12 | 10/5/2010 |

7. Open claims to be resolved.

1

## CERTIFICATE OF SERVICE

On the 10th day of January 2013, I served the following document(s):

## QUARTERLY REPORT

1. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☐   **United States mail, postage fully prepaid**
       *(List persons and addresses.  Attach additional paper if necessary)*

   *PLEASE SEE ATTACHED.*

2. On **January 10, 2013** I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■   **a**.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): January 10, 2013

Sophia L. Lee                                         /s/Sophia L. Lee
(Name of Declarant)                                 (Signature of Declarant)

DOCS_LA:235356.5 73203/035

**ECF SERVICE LIST**

09-14814-lbr Notice will be electronically mailed to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;msheffield@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com;twaldo@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@marquisaurbach.com,
mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowelaw@yahoo.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com

RICHARD I. DREITZER on behalf of Creditor Inc. Integrity Masonry
richard.dreitzer@bullivant.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
banknv@rocgd.com, mburgener@rocgd.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, jlm@kempjones.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM,
gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com;mstow@lionelsawyer.com;mtieu@lionelsawyer.com

DOCS_LA:235356.5 73203/035    2

| | |
|---|---|
| 1 | ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION |
| 2 | rkinas@swlaw.com, |
| 3 | jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;nbaig@swlaw.com;nunzueta@swlaw.com |
| 4 | |
| 5 | KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS law@lawyersinarizona.com, bank@lawyersinarizona.com |
| 6 | |
| 7 | BART K. LARSEN on behalf of Creditor Reef Colonial, LLC blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com |
| 8 | ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com |
| 9 | |
| 10 | NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 11 | nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 12 | CHARLES M. LITT on behalf of Creditor THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC. |
| 13 | rblack@feinberggrant.com, efilings@hotmail.com |
| 14 | |
| 15 | ANNE M. LORADITCH on behalf of Creditor JAMES RHODES aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com |
| 16 | VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE |
| 17 | virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov |
| 18 | |
| 19 | JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH darhyl.kerr@dlapiper.com |
| 20 | |
| 21 | JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC. jm@amclaw.com, car@amclaw.com;lom@amclaw.com;crb@amclaw.com;csh@amclaw.com |
| 22 | |
| 23 | EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov |
| 24 | SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch |
| 25 | smyers@lionelsawyer.com, gbagley@lionelsawyer.com;bklsclv@lionelsawyer.com |
| 26 | JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC |
| 27 | olster@lbbslaw.com, sallade@lbbslaw.com |
| 28 | ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com, agutierrez@ssllplaw.com |

1  MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

2

3  JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com

4

5  U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

6  DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
7  DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCS_LA:235356.5 73203/035                4