**Wolters Kluwer**
Corporate Legal Services

| CT Corporation

311 South Division Street
Carson City, NV 89703

775 888 4070 tel

www.ctcorporation.com

RECEIVED
AND FILED

JAN 10  3 05 PM '13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

January 02, 2013

Gordon R. Goolsby
Armstrong Teasdale, LLP
50 W. Liberty Street,
Suite 950,
Reno, NV 89501

Re: The Rhodes Companies, LLC, etc., et al., Reorganized Debtors // To: Unidentified Entity

Case No. BKS0914814LBR

Dear Sir/Madam:

The Corporation Trust Company of Nevada received the enclosed documents.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

The Corporation Trust Company of Nevada

Log# 521870071

Sent By **Regular Mail**

cc: District of Nevada - U.S. Bankruptcy Court
    **300 Las Vegas Blvd South,**
    Las Vegas, NV 89101

**(Returned To)**

Gordon R. Goolsby
Armstrong Teasdale, LLP
50 W. Liberty Street,
Suite 950,
Reno, NV 89501

 **Wolters Kluwer**
Corporate Legal Services

| **CT Corporation**

311 South Division Street
Carson City, NV 89703

775 888 4070 tel

www.ctcorporation.com

RECEIVED
AND FILED



JAN 10   3 05 PM '13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

December 31, 2012

Dean S. Bennett
Cotton, Driggs, Walch, Holley, Woloson & Thompson
400 South Fourth Street, Third Floor,
Las Vegas, NV 89101

Re: The Rhodes Companies, LLC, etc., et al., Reorganized Debtors // To: American Express Company

Case No. BK0914814LBR

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company of Nevada as the purported agent for service of process for American Express Company.

American Express Company is inactive on the records of the State NV. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

The Corporation Trust Company of Nevada

Log# 521869883

Sent By Regular Mail

cc: District of Nevada - U.S. Bankruptcy Court
    300 Las Vegas Blvd South,
    Las Vegas, NV 89101

**(Returned To)**

Dean S. Bennett
Cotton, Driggs, Walch, Holley, Woloson & Thompson
400 South Fourth Street, Third Floor,
Las Vegas, NV 89101