1



2



_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

3

4

**Entered on Docket**
**January 25, 2013**

6

7

8  JANET L. CHUBB, ESQ. (NV BAR NO. 176)
   Email: jchubb@armstrongteasdale.com

9  GORDON R. GOOLSBY, ESQ. (NV BAR NO. 11578)
   Email: ggoolsby@armstrongteasdale.com

10 **ARMSTRONG TEASDALE LLP**
   50 W. Liberty Street Suite 950

11 Reno, Nevada 89501
   Telephone: 775-322-7400

12 Facsimile: 775-322-9049

13 Attorneys for *Commerce Associates, LLC*

14 RICHARD F. HOLLEY, ESQ. (NV Bar No. 3077)
   Email: rholley@nevadafirm.com

15 DEAN S. BENNETT, ESQ. (NV Bar No. 6221)
   Email: dbennett@nevadafirm.com

16 **COTTON, DRIGGS, WALCH, HOLLEY**
   **WOLOSON & THOMPSON**

17 400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101

18 Telephone: 702-791-0308
   Facsimile: 702-791-1912

19

20 Attorneys for *Greystone Nevada, LLC*

NILE LEATHAM, ESQ.
Nevada Bar No. 002838
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, #400
Las Vegas, Nevada 89145
Telephone: 702-362-7800
Facsimile: 702-362-9472
Email: nleatham@klnevada.com
   and
PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
          aqureshi@akingump.com

*Counsel for **Reorganized Debtors***

21          **UNITED STATES BANKRUPTCY COURT**

22               **DISTRICT OF NEVADA**

23                      * * *

24 In re:                          ) CASE NO. BK-09-14814-LBR
                                    )          (Jointly Administered)
25 THE RHODES COMPANIES, LLC, aka  )
   "Rhodes Homes," et al.,         ) Chapter 11
26                                 )
27           Reorganized Debtors.  )
   _____ )

28

995643 (7540-1)                    - 1 -

Affects:

☒    All Reorganized Debtors

**ORDER APPROVING SECOND STIPULATION TO CONTINUE HEARING ON REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE THIRD AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. AND THE RELATED CONFIRMATION ORDER**

Old Hearing Date:    February 7, 2013
at 10:30 a.m. (PST)
**New Hearing Date:  April 4, 2013
at 10:30 a.m. (PST)**

The Court, having considered the Second Stipulation to Continue Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al. and the Related Confirmation Order (the "Stipulation")[1] entered into by and between Commerce Associates, LLC; Greystone Nevada, LLC; and the Reorganized Debtors, by and through their respective counsel; and for good cause appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Second Stipulation is hereby approved; and

2.    The Hearing on the Motion and the Joint Response currently scheduled for February 7, 2013 at 10:30 a.m. (PST) is hereby continued to **April 4, 2013, at 10:30 a.m. (PST)**.

3.    The Reorganized Debtors shall file their reply to the Joint Response by no later than March 21, 2013.

# # #

*In re: The Rhodes Companies, LLC, et al.*/Case No. BK-S-09-14814-LBR
Order Approving Second Stipulation to Continue Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

995643 (7540-1)                - 2 -