NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: nleatham@klnevada.com
　　　　 ssherman@klnevada.com

*Counsel for the Reorganized Debtors*

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
　　　　 aqureshi@akingump.com

*Counsel for the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:                                      | ) | CASE NO. BK-09-14814-LBR |
|                                             | ) | (Jointly Administered)    |
| THE RHODES COMPANIES, LLC, aka              | ) |                           |
| "Rhodes Homes," et al.,                     | ) |                           |
|                                             | ) |                           |
| 　　　　Reorganized Debtors.                  | ) | Chapter 11                |
|                                             | ) |                           |
| Affects:                                    | ) |                           |
|                                             | ) |                           |
| ☒　All Debtors                              | ) |                           |
| ☐　The Following Debtor(s):                 | ) |                           |

**CERTIFICATE OF SERVICE**

1. On January 25, 2013, I served the following document(s) (*specify*):

   **Second Stipulation to Continue Hearing on Reorganized Debtors Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order [#1760]; and**

   **Order Approving Second Stipulation to Continue Hearing on Reorganized Debtors Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order [#1761]**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (***Check all that apply***)

⊠ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
pbyrnes@lasvegasnevada.gov, ckelly@lasvegasnevada.gov; khansen@lasvegasnevada.gov; bcomella@lasvegasnevada.gov; jandrews@lasvegasnevada.gov

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com; tszostek@maclaw.com; cshurtliff@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com; kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com; jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1322482.doc (7540-1)                                             - 2 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1
2
GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC
ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

3
4
JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com; kfarney@greeneinfusolaw.com; swalkenshaw@greeneinfusolaw.com; cwalton@greeneinfusolaw.com

5
6
KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

7
8
DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

9
10
CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com; srd@kempjones.com

11
WILLIAM H HEATON on behalf of Defendant JOHN RHODES
will@nwhltd.com, Solana@nwhltd.com

12
13
14
RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com; mstow@lionelsawyer.com

15
16
JAMES J. JIMMERSON on behalf of Defendant FARM HUALAPAI LLC
jjj@jimmersonhansen.com, mg@jimmersonhansen.com; ks@jimmersonhansen.com; lh@jimmersonhansen.com

17
18
19
ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com; bgriffith@swlaw.com; nunzueta@swlaw.com; docket_las@swlaw.com; cgianelloni@swlaw.com; nkanute@swlaw.com

20
KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

21
22
BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com; mbarnes@klnevada.com

23
24
ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com; akosina@maclaw.com; mwalters@maclaw.com

25
26
27
NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com

28

1322482.doc (7540-1)

- 3 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com; pblack@bachlawfirm.com; jbach@bachlawfirm.com; mmascarello@bachlawfirm.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org; bklsclv@lionelsawyer.com

W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
owen@nwhltd.com, jim@nwhltd.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com; candice@brianshapirolaw.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1    SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
2    ssherman@klnevada.com, bankruptcy@klnevada.com; bbroussard@klnevada.com

3    ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
4    rsr@morrislawgroup.com, bkv@morrislawgroup.com

5    MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
6    mark.somerstein@ropesgray.com

7    ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
8    stephens@sullivanhill.com, calderone@sullivanhill.com; vidovich@sullivanhill.com; roberts@sullivanhill.com; hill@sullivanhill.com; Manning@sullivanhill.com; stein@sullivanhill.com; iriarte@sullivanhill.com; benoit@sullivanhill.com; ggarcia@sullivanhill.com; murdock@sullivanhill.com

12   JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
13   jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com; bridget@sylvesterpolednak.com

14   TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
15   , veralynn@tthomaslaw.com

16   U.S. TRUSTEE - LV - 11
17   USTPRegion17.lv.ecf@usdoj.gov

18   DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
19   DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

20   GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
21   gfwilson@wilsonquint.com, pwilson@wilsonquint.com

22   MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
23   mbw@slwlaw.com, ef@slwlaw.com

24   MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
25   myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

26   3.    On **January 28, 2013**, I served both documents referred to above by the following means to the persons as listed below:

27
28        ☒    **b.**    **United States mail, postage fully prepaid**
                         (*List persons and addresses.  Attach additional paper if necessary*)

1322482.doc (7540-1)                    - 5 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

| | |
|---|---|
| 1 | EDWARD M. MCDONALD JR., ESQ. |
| | OFFICE OF THE UNITED STATES TRUSTEE |
| 2 | U.S. DEPARTMENT OF JUSTICE |
| | FOLEY FEDERAL BUILDING |
| 3 | 300 LAS VEGAS BOULEVARD, SOUTH, SUITE 4300 |
| | LAS VEGAS, NV 89101 |
| 4 | |
| | ACCELERON GROUP |
| 5 | 2791 SOFT HORIZON WAY |
| | LAS VEGAS, NV 89135 |
| 6 | |
| | ALVAREZ & MARSAL NORTH AMERICA, LLC |
| 7 | BY & THRU ITS REGISTERED AGENT: |
| | CSC SERVICES OF NEVADA, INC. |
| 8 | 2215-B RENAISSANCE DRIVE |
| | LAS VEGAS, NV 89119 |
| 9 | |
| | AMERICAN EXPRESS COMPANY |
| 10 | CORPORATION TRUST COMPANY OF NEVADA |
| | BY AND THROUGH ITS REGISTERED AGENT |
| 11 | 311 S. DIVISION STREET |
| | CARSON CITY, NV 89703 |
| 12 | |
| | F/KA MERRILL LYNCH B OF A ML ASSET HOLDING |
| 13 | BY AND THROUGH ITS REGISTERED AGENT |
| | CORPORATION TRUST COMPANY OF NEVADA |
| 14 | 311 SOUTH DIVISION STREET |
| | CARSON CITY, NV 89703 |
| 15 | |
| | BANCROFT SUSA & GALLOWAY P.C. |
| 16 | ATTN: PAUL D. BANCROFT |
| | 3955 E. FT. LOWELL DRIVE, #115 |
| 17 | TUCSON, AZ 85712 |
| 18 | BANK OF OKLAHOMA |
| | ATTN: ANY OFFICER OR DIRECTOR |
| 19 | 5727 S. LEWIS AVENUE |
| | TULSA, OK 74105-7119 |
| 20 | |
| | BNY MELLON F/K/A THE BANK OF NEW YORK |
| 21 | ATTN: ANY OFFICER OR DIRECTOR |
| | ONE WALL STREET |
| 22 | NEW YORK, NY 10286 |
| 23 | JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT |
| | PROPERTIES - NEVADA, LLC |
| 24 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 400 SOUTH FOURTH STREET, SUITE 500 |
| 25 | LAS VEGAS, NV 89101 |
| 26 | DAVID J CABRAL |
| | REGISTERED AGENT FOR: |
| 27 | AMERICAN COMMONWEALTH MORTGAGE COMPANY |
| | 536 E. ST. LOUIS AVE. |
| 28 | LAS VEGAS, NV 89104 |

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

CHICAGO TITLE AGENCY OF NEVADA, INC.
BY & THRU ITS REGISTERED AGENT:
CORP. TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

COMMERCE TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT
NATIONAL REGISTERED AGENTS, INC.
2875 MICHELLE DR., STE. 100
IRVINE, CA 92606

CONSOLIDATED MORTGAGE COMPANY, LLC
BY AND THROUGH ITS REGISTERED AGENT
SHEA & CARLYON LTD.
701 E. BRIDGER AVE., STE. 850
LAS VEGAS, NV 89101

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

EBBIN MOSER + SKAGGS LLP
C/O DAVID E MOSER
550 MONTGOMERY ST., STE 900
SAN FRANCISCO, CA 94111

FIDELITY NATIONAL FINANCIAL, INC.
CT CORPORATION SYSTEM
BY AND THROUGH ITS REGISTERED AGENT
818 W. SEVENTH ST.
LOS ANGELES, CA 90017

FIRST AMERICAN TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
2730 GATEWAY OAKS DRIVE, STE. 100
SACRAMENTO, CA 95833

GIBSON DUNN & CRUTCHER LLP
ATTN: ANY OFFICER, PARTNER OR DIRECTOR
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197
JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

SHARELLE SNOW HENLE
12667 N GENTLE RAIN DRIVE
MARANA, AZ 85658

1322482.doc (7540-1)                                - 7 -

| | |
|---|---|
| 1 | SARA M. HUCHINSON |
| | REGISTERED AGENT FOR: |
| 2 | ALLIANCE MORTGAGE, LLC |
| | 11920 SOUTHERN HIGHLANDS PKWY, #101 |
| 3 | LAS VEGAS, NV 89141 |
| 4 | TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY |
| | 3811 W CHARLESTON BLVD #110 |
| 5 | LAS VEGAS, NV 89102 |
| 6 | JOHN HANCOCK FREEEDOM 529 |
| | PO BOX 17603 |
| 7 | BALTIMORE, MD 21297-1603 |
| 8 | HARRY LEAKE |
| | 2549 SHOWCASE DR |
| 9 | LAS VEGAS, NV 89134 |
| 10 | ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS |
| | 3811 W CHARLESTON BLVD, #110 |
| 11 | LAS VEGAS, NV 89012 |
| 12 | MASTEC NORTH AMERICA INC |
| | C/O MICHELE LAINE, ESQ |
| 13 | 800 SOUTH DOUGLAS RD., 12TH FLR |
| | CORAL GABLES, FL 33134 |
| 14 | |
| | MUTUAL OF OMAHA BANK |
| 15 | BY & THRU ITS REGISTERED AGENT: |
| | CSC SERVICES OF NEVADA, INC. |
| 16 | 2215-B RENAISSANCE DRIVE |
| | LAS VEGAS, NV 89119 |
| 17 | |
| | NEVADA STATE BANK |
| 18 | BY & THRU ITS REGISTERED AGENT: |
| | CSC SERVICES OF NEVADA, INC. |
| 19 | 2215-B RENAISSANCE DRIVE |
| | LAS VEGAS, NV 89119 |
| 20 | |
| | OMNI MANAGEMENT GROUP |
| 21 | 16501 VENTURA BLVD., #440 |
| | ENCINO, CA 91436 |
| 22 | |
| | PALECEK |
| 23 | PO BOX 225 |
| | RICHMOND, CA 94804 |
| 24 | |
| | PRINCETON ADVISORY GROUP |
| 25 | PO BOX 89 |
| | 4428 ROUTE 27, BLDG C, UNIT 1 |
| 26 | KINGSTON, NJ 08528-1004 |
| 27 | GRETCHEN M. ROBITAILLE |
| | 8037 SILVER STREAK ST |
| 28 | LAS VEGAS, NV 89131 |

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1322482.doc (7540-1)                                   - 8 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

| | |
|---|---|
| 1 | MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC |
| 2 | LEWIS AND ROCA LLP |
| 3 | 40 N. CENTRAL AVENUE, SUITE 1900<br>PHOENIX, AZ 85004 |
| 4 | SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON<br>400 SOUTH FOURTH STREET, 3RD FLR |
| 5 | LAS VEGAS, NV 89101 |
| 6 | SECURITY TITLE OF NEVADA, LLC<br>BY AND THROUGH ITS REGISTERED AGENT |
| 7 | CORPORATION TRUST COMPANY OF NEVADA<br>311 S. DIVISION STREET |
| 8 | CARSON CITY, NV 89703 |
| 9 | SMS FINANCIAL LLC<br>RESIDENT AGENTS OF NEVADA, INC. |
| 10 | BY AND THROUGH ITS REGISTERED AGENT<br>711 S. CARSON ST., STE. 4 |
| 11 | CARSON CITY, NV 89701 |
| 12 | JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC<br>10100 SANTA MONICA BLVD #1100 |
| 13 | LOS ANGELES, CA 90067 |
| 14 | STATE OF NEVADA OFFICE OF THE STATE TREASURER<br>555 E. WASHINGTON AVE SUITE 4200 |
| 15 | LAS VEGAS, NV 89101-1075 |
| 16 | STEWART OCCHIPINTI, LLP<br>ATTN: ANY PRINCIPAL |
| 17 | 65 WEST 36TH STREET, 7TH FLOOR<br>NEW YORK, NY 10018 |
| 18 | |
| 19 | STEWART TITLE COMPANY<br>CORPORATION TRUST COMPANY OF NEVADA |
| 20 | BY AND THROUGH ITS REGISTERED AGENT<br>311 S. DIVISION STREET<br>CARSON CITY, NV 89703 |
| 21 | |
| 22 | THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.<br>C/O FEINBERG GRANT MAYFIELD KANEDA & LIT |
| 23 | 1955 VILLAGE CENTER CIRCLE<br>LAS VEGAS, NV 89134 |
| 24 | |
| 25 | TOWN & COUNTRY BANK<br>BY & THRU ITS REGISTERED AGENT:<br>PHILIP M. BURNS |
| 26 | 8620 W. TROPICANA AVENUE<br>LAS VEGAS, NV 89103 |
| 27 | |
| 28 | |

1322482.doc (7540-1)            - 9 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1   TRANSACTION TITLE AGENCY
    ATTN: ANY OFFICER OR DIRECTOR
2   1500 EAST WOOLFORD ROAD
    SHOW LOW, AZ 85901
3
    UBS FINANCIAL SERVICES
4   BY & THRU ITS REGISTERED AGENT:
    CSC SERVICES OF NEVADA, INC.
5   2215-b RENAISSANCE DRIVE
    LAS VEGAS, NV 89119
6
    WELLS FARGO BANK, N.A.
7   CSC SERVICES OF NEVADA, INC.
    BY AND THROUGH ITS REGISTERED AGENT
8   2215-B RENAISSANCE DRIVE
    LAS VEGAS, NV 89119
9
    STEVEN YOULES
10  2305 WINDJAMMER WAY
    LAS VEGAS, NV 89107
11
    YUMA TITLE
12  ATTN: CARRIE SAFRANEK, MANAGER
    11611 S. FOOTHILLS BLVD., #A
13  YUMA, AZ 85367-5845

14  ☐   **c.**   **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

15          I personally delivered the document(s) to the persons at these addresses:

16      ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's
17          office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

18      ☐   For a party, delivery was made by handing the document(s) to the party or
19          by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

20

21  ☐   **d.**   **By direct email (as opposed to through the ECF System)**
                (***List persons and email addresses. Attach additional paper if necessary***)
22
            Based upon the written agreement of the parties to accept service by email or a
23          court order, I caused the document(s) to be sent to the persons at the email
            addresses listed below. I did not receive, within a reasonable time after the
24          transmission, any electronic message or other indication that the transmission was
            unsuccessful.
25
    ☐   **e.**   **By fax transmission** (***List persons and fax numbers. Attach additional paper if***
26              ***necessary***)

27          Based upon the written agreement of the parties to accept service by fax
            transmission or a court order, I faxed the document(s) to the persons at the fax
28

1322482.doc (7540-1)                              - 10 -

numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): January 28, 2013.

                                          */s/ Cindy Kishi*
                                          DECLARANT

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1322482.doc (7540-1)          - 11 -