1   Rew R. Goodenow, Nevada Bar No. 3722                    Efiled January 29, 2013
    Karl Olsen, Nevada Bar No. 6767
2   Parsons Behle & Latimer
    50 West Liberty Street, Suite 750
3   Reno, NV 89501
    Telephone:     (775) 323-1601
4   Facsimile:     (775) 348-7250
    rgoodenow@parsonsbehle.com
5
    J. Thomas Beckett, Utah Bar No. 5587
6   David P. Billings, Utah Bar No. 11510
    *Admitted Pro Hac Vice Docket Nos. 224-25*
7   Parsons Behle & Latimer
    One Utah Center
8   201 South Main Street, Suite 1800
    Salt Lake City, UT 84111
9   (801) 536-6700
    tbeckett@parsonsbehle.com
10  dbillings@parsonbehle.com
    *Counsel to the Official Committee*
11
                    UNITED STATES BANKRUPTCY COURT
12
                         DISTRICT OF NEVADA
13
14  IN RE:                                    CASE NO.  BK-S-09-14814-LBR
                                              (Jointly Administered)
15  The Rhodes Companies, aka "Rhodes
    Homes," et al.,                           Chapter 11
16
                    Reorganized Debtors.      **NOTICE OF REQUEST TO BE REMOVED
17                                            FROM THE MAILING MATRIX**

18

19  TO:  CLERK OF THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA
20
         Rew R. Goodenow, J. Thomas Beckett, David P. Billings, and Karl Olsen of the lawfirm
21
    Parsons Behle & Latimer hereby request removal from the distribution list.
22
23  Dated:  January 29, 2013.              PARSONS BEHLE & LATIMER
                                           By: /s/ Rew R. Goodenow
24                                         _____
                                           Rew R. Goodenow,  Nevada Bar No. 3722
25                                         J.  Thomas Beckett, Utah Bar No. 5587
                                           Karl Olsen, Nevada Bar No. 6767
26                                         David P. Billings, Utah Bar No. 11510
                                           *Counsel to the Official Committee*
27

28

PARSONS
BEHLE &
LATIMER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January 2013, I caused to be filed and served through the Bankruptcy Court's ECF system, a true and correct copy of the foregoing **NOTICE OF REQUEST TO BE REMOVED FROM THE MAILING MATRIX**, to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com

J. THOMAS BECKETT on behalf of Creditor CREDITORS COMMITTEE
ECF@parsonsbehle.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMEL
LA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com,
bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

REW R. GOODENOW on behalf of Creditor CREDITORS COMMITTEE
ecf@parsonsbehle.com

GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC
ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.c
om;cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com;srd@kempjones.com

WILLIAM H HEATON on behalf of Defendant JOHN RHODES
will@nwhltd.com, Solana@nwhltd.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;mstow@lionelsawyer.com

JAMES J. JIMMERSON on behalf of Defendant FARM HUALAPAI LLC
jjj@jimmersonhansen.com,
mg@jimmersonhansen.com;ks@jimmersonhansen.com;lh@jimmersonhansen.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES
CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las
@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

PARSONS
BEHLE &
LATIMER

1

2  NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
   LENDERS
3  nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

4  ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
   aloraditch@bachlawfirm.com,
5  sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmasc
   arello@bachlawfirm.com
6

7  VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA -
   INTERNAL REVENUE SERVICE
8  virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

9  ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES
   COMPANIES, LLC
10 emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

11 EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
12 edward.m.mcdonald@usdoj.gov

13 JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
   bkfilings@s-mlaw.com
14

15 SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
   smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com
16

17 W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the
   Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and
18 Truckee Springs Holdings, Inc.
   owen@nwhltd.com, jim@nwhltd.com
19

20 JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES -
   NEVADA, LLC
21 sallade@lbbslaw.com

22 OMNI MANAGEMENT GROUP, LLC (bo)
   bosborne@omnimgt.com, sewing@omnimgt.com
23

24 ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
   eransavage@ssllplaw.com, agutierrez@ssllplaw.com
25

26 JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES
   COMPANIES, LLC
   jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
27

28 MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH,
   LLC

1   MRuth@LRLaw.com

2   BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES
3   COMPANIES, LLC
    bshapiro@brianshapirolaw.com,
4   ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice
    @brianshapirolaw.com
5
6   SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
    ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com
7
    ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
8   rsr@morrislawgroup.com, bkv@morrislawgroup.com

9   MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
10  mark.somerstein@ropesgray.com

11  ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
    stephens@sullivanhill.com,
12  calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanh
    ill.com;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sulli
13  vanhill.com;ggarcia@sullivanhill.com;murdock@sullivanhill.com

14  JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS
15  BRANCH
    jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
16
    TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR
17  SECURED LENDERS
    , veralynn@tthomaslaw.com
18
19  U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov
20
    DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
21  DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

22  GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY,
23  HOLLEY & THOMPSON
    gfwilson@wilsonquint.com, pwilson@wilsonquint.com
24
    MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
25  mbw@slwlaw.com, ef@slwlaw.com

26  MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES
27  COMPANIES, LLC
    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
28

1  **and sent the same via US Mail, postage prepaid to the following:**

2

3  ACCELERON GROUP
   2791 SOFT HORIZON WAY
4  LAS VEGAS, NV 89135

5  ALVAREZ & MARSAL NORTH AMERICA, LLC
   BY & THRU ITS REGISTERED AGENT:
6  CSC SERVICES OF NEVADA, INC.
   2215-B RENAISSANCE DRIVE
7  LAS VEGAS, NV 89119

8
   AMERICAN EXPRESS COMPANY
9  CORPORATION TRUST COMPANY OF NEVADA
   BY AND THROUGH ITS REGISTERED AGENT
10 311 S. DIVISION STREET
   CARSON CITY, NV 89703
11

12 F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
   BY AND THROUGH ITS REGISTERED AGENT
13 CORPORATION TRUST COMPANY OF NEVADA
   311 SOUTH DIVISION STREET
14 CARSON CITY, NV 89703

15
   BANCROFT SUSA & GALLOWAY P.C.
16 ATTN: PAUL D. BANCROFT
   3955 E. FT. LOWELL DRIVE, #115
17 TUCSON, AZ 85712

18
   BANK OF OKLAHOMA
19 ATTN: ANY OFFICER OR DIRECTOR
   5727 S. LEWIS AVENUE
20 TULSA, OK 74105-7119

21 DEAN S. BENNETT on behalf of Creditor GREYSTONE NEVADA, LLC
   400 S. 4TH STREET, 3RD FLR
22 LAS VEGAS, NV 89101

23
   BLEEKER'S BOXES
24 5400 E EMPIRE AVE
   FLAGSTAFF, AZ 86004
25

26 BNY MELLON F/K/A THE BANK OF NEW YORK
   ATTN: ANY OFFICER OR DIRECTOR
27 ONE WALL STREET
   NEW YORK, NY 10286

28

1  JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES -
   NEVADA, LLC
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
3  400 SOUTH FOURTH STREET, SUITE 500
   LAS VEGAS, NV 89101
4
   DAVID J CABRAL
5  REGISTERED AGENT FOR:
   AMERICAN COMMONWEALTH MORTGAGE COMPANY
6  536 E. ST. LOUIS AVE.
7  LAS VEGAS, NV 89104,
8  DEBRA CARRIGAN
   7757 RADCLIFF STREET
9  LAS VEGAS, NV 89123
10 CHICAGO TITLE AGENCY OF NEVADA, INC.
11 BY & THRU ITS REGISTERED AGENT:
   CORP. TRUST COMPANY OF NEVADA
12 311 SOUTH DIVISION STREET
   CARSON CITY, NV 89703
13
14 COMMERCE TITLE COMPANY
   BY AND THROUGH ITS REGISTERED AGENT
15 NATIONAL REGISTERED AGENTS, INC.
   2875 MICHELLE DR., STE. 100
16 IRVINE, CA 92606
17 CONSOLIDATED MORTGAGE COMPANY, LLC
   BY AND THROUGH ITS REGISTERED AGENT
18 SHEA & CARLYON LTD.
19 701 E. BRIDGER AVE., STE. 850
   LAS VEGAS, NV 89101
20
   CT CORPORATION
21 311 S. DIVISION STREET
22 CARSON CITY, NV 89703
23 DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
   1 INTERNATIONAL PL
24 BOSTON, MA 02210
25 IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
   LENDERS
26 AKIN GUMP STRAUSS HAUER & FELD LLP
27 ONE BRYANT PARK
   NEW YORK, NY 10036
28

PARSONS
BEHLE &
LATIMER

18422.001/4841-8965-6323.1                              - 6 -

1    CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR
     SECURED LENDERS
2    AKIN GUMP STRAUSS HAUER & FELD LLP
3    ONE BRYANT PARK
     NEW YORK, NY 10036
4
     PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
5    LENDERS
     AKIN GUMP STRAUSS HAUER & FELD
6    ONE BRYANT PARK
7    NEW YORK, NY 10036

8    EBBIN MOSER + SKAGGS LLP
     C/O DAVID E MOSER
9    550 MONTGOMERY ST., STE 900
     SAN FRANCISCO, CA 94111
10
11   FIDELITY NATIONAL FINANCIAL, INC.
     CT CORPORATION SYSTEM
12   BY AND THROUGH ITS REGISTERED AGENT
     818 W. SEVENTH ST.
13   LOS ANGELES, CA 90017

14   FIRST AMERICAN TITLE COMPANY
15   BY AND THROUGH ITS REGISTERED AGENT:
     CORPORATION SERVICE COMPANY
16   2730 GATEWAY OAKS DRIVE, STE. 100
     SACRAMENTO, CA 95833
17
18   PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
     9950 W. CHEYENNE AVENUE
19   LAS VEGAS, NV 89129

20   GIBSON DUNN & CRUTCHER LLP
     ATTN: ANY OFFICER, PARTNER OR DIRECTOR
21   333 SOUTH GRAND AVENUE
     LOS ANGELES, CA 90071-3197
22
23   JANINA GUTHRIE
     1225 MONTEREY ST.
24   REDLANDS, CA 92373

25   SHARELLE SNOW HENLE
     12667 N GENTLE RAIN DRIVE
26   MARANA, AZ 85658

27

28

PARSONS
BEHLE &
LATIMER

18422.001/4841-8965-6323.1                    - 7 -

SARA M. HUCHINSON
REGISTERED AGENT FOR:
ALLIANCE MORTGAGE, LLC
11920 SOUTHERN HIGHLANDS PKWY, #101
LAS VEGAS, NV 89141

TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

JOHN HANCOCK FREEEDOM 529
PO BOX 17603
BALTIMORE, MD 21297-1603

MEREDITH A. LAHAIE on behalf of Interested Party REORGANIZED DEBTORS
ONE BRYANT PARK
NEW YORK, NY 10036

HARRY LEAKE
2549 SHOWCASE DR
LAS VEGAS, NV 89134

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
SYLVESTER & POLEDNAK, LTD
7371 PRAIRIE FALCON, STE 120
LAS VEGAS, NV 89128

ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS
3811 W CHARLESTON BLVD, #110
LAS VEGAS, NV 89012

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
ANDERSON MCPHARLIN & CONNERS, LLP
777 N. RAINBOW BLVD, STE 145
LAS VEGAS, NV 89107-1192

MASTEC NORTH AMERICA INC
C/O MICHELE LAINE, ESQ
800 SOUTH DOUGLAS RD., 12TH FLR
CORAL GABLES, FL 33134

MUTUAL OF OMAHA BANK
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

1    NEVADA STATE BANK
     BY & THRU ITS REGISTERED AGENT:
2    CSC SERVICES OF NEVADA, INC.
     2215-B RENAISSANCE DRIVE
3    LAS VEGAS, NV 89119

4
     OMNI MANAGEMENT GROUP
5    16501 VENTURA BLVD., #440
     ENCINO, CA 91436
6

7    PALECEK
     PO BOX 225
8    RICHMOND, CA 94804

9    PRINCETON ADVISORY GROUP
     PO BOX 89
10   4428 ROUTE 27, BLDG C, UNIT 1
     KINGSTON, NJ 08528-1004
11

12   ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
     LENDERS
13   AKIN GUMP STRAUSS HAUER & FELD LLP
     ONE BRYANT PARK
14   NEW YORK, NY 10036

15
     ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR
16   SECURED LENDERS
     AKIN GUMP STRAUSS H AUER & FELD LLP
17   ONE BRYANT PARK
     NEW YORK, NY 10036
18

19   GRETCHEN M. ROBITAILLE
     8037 SILVER STREAK ST
20   LAS VEGAS, NV 89131

21   SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
     400 SOUTH FOURTH STREET, 3RD FLR
22   LAS VEGAS, NV 89101

23
     CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR
24   SECURED LENDERS
     AKIN GUMP STRAUSS HAUER & FELD LLP
25   ONE BRYANT PARK
     NEW YORK, NY 10036
26

27

28

PARSONS
BEHLE &
LATIMER

18422.001/4841-8965-6323.1                    - 9 -

SECURITY TITLE OF NEVADA, LLC
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 S. DIVISION STREET
CARSON CITY, NV 89703

SMS FINANCIAL LLC
RESIDENT AGENTS OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
711 S. CARSON ST., STE. 4
CARSON CITY, NV 89701

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

STATE OF NEVADA OFFICE OF THE STATE TREASURER
555 E. WASHINGTON AVE SUITE 4200
LAS VEGAS, NV 89101-1075

STEWART OCCHIPINTI, LLP
ATTN: ANY PRINCIPAL
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NY 10018

STEWART TITLE COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

THE LANDSCAPE CONNECTION TLC INC
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
1955 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

TOWN & COUNTRY BANK
BY & THRU ITS REGISTERED AGENT:
PHILIP M. BURNS
8620 W. TROPICANA AVENUE
LAS VEGAS, NV 89103

TRANSNATION TITLE AGENCY
ATTN: ANY OFFICER OR DIRECTOR
1500 EAST WOOLFORD ROAD
SHOW LOW, AZ 85901

UBS FINANCIAL SERVICES
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-b RENAISSANCE DRIVE
LAS VEGAS, NV 89119

WELLS FARGO BANK, N.A.
CSC SERVICES OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

STEVEN YOULES
2305 WINDJAMMER WAY
LAS VEGAS, NV 89107

YUMA TITLE
ATTN: CARRIE SAFRANEK, MANAGER
11611 S. FOOTHILLS BLVD., #A
YUMA, AZ 85367-5845

_____
Employee of Parsons Behle & Latimer

PARSONS
BEHLE &
LATIMER