*[signature]*



Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 30, 2013

Rew R. Goodenow, Nevada Bar No. 3722
Karl Olsen, Nevada Bar No. 6767
Parsons Behle & Latimer
50 West Liberty Street, Suite 750
Reno, NV  89501
Telephone:     (775) 323-1601
Facsimile:      (775) 348-7250
rgoodenow@parsonsbehle.com

J. Thomas Beckett, Utah Bar No. 5587
David P. Billings, Utah Bar No. 11510
*Admitted Pro Hac Vice Docket Nos. 224-25*
Parsons Behle & Latimer
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6700
tbeckett@parsonsbehle.com
dbillings@parsonbehle.com
*Counsel to the Official Committee*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| IN RE: | CASE NO.  BK-S-09-14814-LBR |
|---|---|
| The Rhodes Companies, aka "Rhodes Homes," et al., | (Jointly Administered) |
| | Chapter 11 |
| Reorganized Debtors. | **ORDER APPROVING REMOVAL FROM FROM THE MAILING MATRIX** |

The Court having reviewed Notice of Request to Be Removed From The Mailing Matrix [Doc. 1764], and good cause appearing;

PARSONS
BEHLE &
LATIMER

IT IS HEREBY ORDERED that Rew R. Goodenow, J. Thomas Beckett, David P. Billings, and Karl Olsen of the lawfirm Parsons Behle & Latimer are hereby removed from the Court's distribution list.

Dated: January 29, 2013.

Respectfully submitted,

PARSONS BEHLE & LATIMER

By: ___/s/ Rew R. Goodenow_____
    Rew R. Goodenow, Nevada Bar No. 3722
    J. Thomas Beckett, Utah Bar No. 5587
    Karl Olsen, Nevada Bar No. 6767
    David P. Billings, Utah Bar No. 11510
Counsel to the Official Committee