Wolters Kluwer | CT Corporation
Corporate Legal Services

311 South Division Street
Carson City, NV 89703

800 592 9023 tel
www.ctcorporation.com

RECEIVED
AND FILED

FEB 6  20 PM '13

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



January 31, 2013

Rew R. Goodenow
Parsons Behle & Latimer
50 West Liberty Street,
Suite 750,
Reno, NV 89501

Re: The Rhodes Companies, LLC, etc., et al., Reorganized Debtors // To: American Express Company

Case No. BK0914814LBR

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

American Express Company withdrew to do business in the State of NV on 09/22/2000. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,


The Corporation Trust Company of Nevada

Log# 522043171

Sent By Regular Mail

cc: District of Nevada - U.S. Bankruptcy Court
    300 Las Vegas Blvd South,
    Las Vegas, NV 89101


**(Returned To)**

Rew R. Goodenow
Parsons Behle & Latimer
50 West Liberty Street,
Suite 750,
Reno, NV 89501