1  Name of Attorney  Elizabeth W. Walker, Esq.

2  Bar Number  113545

3  City  Los Angeles

4  State  California

5  Phone #  213-896-6172

6  E-mail address  ewalker@sidley.com

7

8  # UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

9

10  In re: THE RHODES COMPANIES, LLC

    THE LITIGATION TRUST OF THE RHODES COMPANIES,
LLC, et al

11      

12          Plaintiff

13          vs.
    JAMES M. RHODES, et al

14

15          Defendant(s)

16

Bankruptcy No. 09-14814  Adv. No. 12-01099

Chapter No. 11

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT**

EFFECTIVE NOVEMBER 1, 2011
FILING FEE IS **$200.00**

17

18      Elizabeth W. Walker, Esq.     , Petitioner, respectfully represents to the Court:

19

20      1.   That Petitioner resides in  Los Angeles   ,  California   .
                        (City)        (State)

21

22      2.   That Petitioner is an attorney at law and a member of the law firm of _____

23  Sidley Austin, LLP _____ with offices at

24  555 West Fifth Street, Suite 4000 _____,

Los Angeles     (street address)    , 90013 , 213-896-6172 .
25   (city)                 (zip code)   (area code + telephone number)

26      3.   That Petitioner has been retained personally or as a member of the law firm by

27  Credit Suisse Securities (USA) LLC; Credit Suisse (USA), Inc;
Credit Suisse Holdings (USA), Inc.; Credit Suisse AG, New York
28  Branch; and Credit Suisse AG, Cayman Islands Branch  to provide legal representation in connection with
        [client(s)]
the above-entitled case now pending before this Court.

4.    That since 6/13/1984 _____, Petitioner has been and presently is a member

(date)

in good standing of the bar of the highest Court of the State of California _____

(state)

where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.                                    Date Admitted

| | |
|---|---|
| U.S. Court of Appeals, 9th Circuit | 1984 |
| U.S. District Court, Central District of California | 1984 |
| U.S. District Court, Eastern District of California | 1984 |
| U.S. District Court, Northern District of California | 1984 |
| U.S. District Court, Southern District of California | 1984 |
| California Bar and all California Courts | 1984 |

6.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or

administrative body, or any resignation or termination in order to avoid disciplinary or disbarment

proceedings, except as described in detail below:

None.

2

7.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

None.

_____

_____

_____

8.    That Petitioner is a member of good standing in the following Bar Associations:

California State Bar Association; Los Angeles County Bar Association

_____

_____

9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 9/14/10 | LID Acquisition, LLC v. Lake at Las Vegas Joint Venture, LLC; 2:10-cv-01037 | U.S. District Court for Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3  DATED: _February 22, 2013_      _Elizabeth W. Walker_
                                    Petitioner's Signature

4  STATE OF _California_      )

5  COUNTY OF _Los Angeles_      )

6

7    _Elizabeth W. Walker, Esq._ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                               _Elizabeth W. Walker_
                                    Petitioner's Signature

10  (SEAL)

11  Subscribed and sworn to before me this

12  _22nd_ day of _February_ , _2013_ .

13  _Diana E. Torres_
        Notary public

14

15

16                          DIANA E. TORRES
                            COMM. #1875020
17                     NOTARY PUBLIC-CALIFORNIA
                         LOS ANGELES COUNTY
                      My Comm. Expires Dec. 26, 2013

18

19

20

21

22

23

24

25

26

27

28

4

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 27, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ELIZABETH WALSH SACHS, #113545 was admitted to the practice of law in this state by the Supreme Court of California on June 13, 1984; that at her request, on March 17, 1993, her name was changed to ELISABETH WALSH WALKER on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records