Name of Attorney <u>Elizabeth W. Walker, Esq.</u>
Bar #  <u>113545</u>
Address <u>555 W 5th St., Suite 4000</u>
       <u>Los Angeles, CA 90013</u>
Phone # <u>213-896-6172</u>
e-mail address <u>ewalker@sidley.com</u>

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

### * * * * * *

| | |
|---|---|
| In re: )<br><br>THE RHODES COMPANIES, LLC )<br><br>             Debtor )<br>――――――――――――――― )<br>THE LITIGATION TRUST OF THE RHODES )<br>COMPANIES, LLC, et al, )<br>             Plaintiff )<br>     vs. )<br>JAMES M. RHODES, et al, )<br>             Defendants )<br>――――――――――――――― ) | Bankruptcy No.: 09-14814<br>Chapter <u>11</u>   Adv. No. 12-01099<br><br>DESIGNATION OF LOCAL<br>COUNSEL AND CONSENT<br>THERETO |

The undersigned, attorney of record for <u>Credit Suisse Securities (USA) LLC; Credit Suisse (USA), Inc.; Credit Suisse Holdings (USA), Inc.; Credit Suisse AG, New York Branch; and Credit Suisse AG, Cayman Islands Branch</u>, the <u>Third Party Plaintiffs</u> herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate <u>Jeffrey R. Sylvester, Esq.</u> attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Sylvester & Polednak, Ltd., 1731 Village Center Circle, Las Vegas, Nevada, 89134,

(702) 952-5200; jeff@sylvesterpolednak.com

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel.  Further, said local counsel shall be responsible for providing copies of the same to the co-counsel.  Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us.  The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Elizabeth W. Walker  Attorney at Law

Counsel for  Credit Suisse Securities (USA) LLC; Credit Suisse (USA), Inc; Credit Suisse Holdings (USA), Inc.; Credit Suisse AG, New York Branch; and Credit Suisse AG, Cayman Islands Branch

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Jeffrey R. Sylvester

Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Jeffrey R. Sylvester_____ as his/her/their

Designated Nevada Counsel is this case.

*Elizabeth W. Walker*

Elizabeth W. Walker, Esq.

Attorney for Third Party Defendants Credit Suisse
Securities (USA) LLC; Credit Suisse (USA), Inc;
Credit Suisse Holdings (USA), Inc.; Credit Suisse
AG, New York Branch; and Credit Suisse AG,
Cayman Islands Branch

Deslocalcounsel.wpd   rev. 4/12/07