NILE LEATHAM, ESQ.
Nevada Bar No. 002838
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
**KOLESAR & LEATHAM**
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: nleatham@klnevada.com
ssherman@klnevada.com

*Counsel for **the Reorganized Debtors***

PHILIP C. DUBLIN (NY Bar No, 2959344)
ABID QURESHI (NY Bar No. 2684637)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: 212.872.1000
Facsimile: 212.872.1002
E-Mail: pdublin@akingump.com
aqureshi@akingump.com

*Counsel for **the Reorganized Debtors***

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>    Reorganized Debtors.[1]<br><br>Affects:<br><br>☒ All Debtors<br>☐ The Following Debtor(s): | CASE NO. BK-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

1. On March 26, 2013, I served the following document(s) (*specify*):

**Notice to Vacate Hearing Date on Motion of the Reorganized Debtors for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order [#1770].**

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Heritage Land Company, LLC (2918); The Rhodes Companies, LLC (3060); Rhodes Ranch General Partnership (1760); Tick, LP (0707); Glynda, LP (5569); Chalkline, LP (0281); Batcave, LP (6837); Jackknife, LP (6189); Wallboard, LP (1467); Overflow, LP (9349); Rhodes Ranch Golf and Country Club (9730); Tuscany Acquisitions, LLC (0206); Tuscany Acquisitions II, LLC (8693); Tuscany Acquisitions III, LLC (9777); Tuscany Acquisitions IV, LLC (0509); Parcel 20 LLC (5534); Rhodes Design and Development Corp. (1963); C&J Holdings, Inc. (1315); Rhodes Realty, Inc. (0716); Jarupa LLC (4090); Elkhorn Investments, Inc. (6673); Rhodes Homes Arizona, LLC (7248); Rhodes Arizona Properties, LLC (8738); Tribes Holdings LLC (4347); Six Feathers Holdings, LLC (8451); Elkhorn Partners, A Nevada Limited Partnership (9654); Bravo Inc. (2642); Gung-Ho Concrete, LLC (6966); Geronimo Plumbing, LLC (6897); Apache Framing, LLC (6352); Tuscany Golf Country Club, LLC (7132); Pinnacle Grading, LLC (4838).

1362046.doc (7540-1)      - 1 -

1   2.   I served the above-named document by the following means to the persons as listed
2   below:

3   (*Check all that apply*)

4   ☒   **a.**   **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com; rdittrich@foxrothschild.com; ldupree@foxrothschild.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
pbyrnes@lasvegasnevada.gov, ckelly@lasvegasnevada.gov; khansen@lasvegasnevada.gov; bcomella@lasvegasnevada.gov; jandrews@lasvegasnevada.gov

JUSTIN L. CARLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
jcarley@swlaw.com, jforrest@swlaw.com; DOCKET_LAS@swlaw.com

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com; tszostek@maclaw.com; cshurtliff@maclaw.com; sstanton@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com; kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com; jisselas@diaslawgroup.com; elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1362046.doc (7540-1)                                  - 2 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
2  cflynn@armstrongteasdale.com

3  GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC
4  ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

5  JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
   jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;
6  kfarney@greeneinfusolaw.com; swalkenshaw@greeneinfusolaw.com;
   cwalton@greeneinfusolaw.com

7
8  KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
   hkelley@leachjohnson.com

9
10 DAVID R HAGUE on behalf of Creditor JAMES RHODES
   dhague@fabianlaw.com, dromero@fabianlaw.com

11 CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
12 c.harris@kempjones.com, ade@kempjones.com; srd@kempjones.com

13 WILLIAM H HEATON on behalf of Defendant JOHN RHODES
   will@nwhltd.com, Solana@nwhltd.com

14
15 RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
   RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;
16 mstow@lionelsawyer.com

17 ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
18 rkinas@swlaw.com, jmath@swlaw.com; mfull@swlaw.com;
   bgriffith@swlaw.com; nunzueta@swlaw.com; docket_las@swlaw.com;
19 cgianelloni@swlaw.com; nkanute@swlaw.com

20 KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
   law@lawyersinarizona.com, bank@lawyersinarizona.com

21
22 BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
   blarsen@klnevada.com, jierien@klnevada.com; bankruptcy@klnevada.com;
   mbarnes@klnevada.com

23
24 ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
   cshurtliff@maclaw.com, sstanton@maclaw.com; akosina@maclaw.com;
   mwalters@maclaw.com

25
26 NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
   nleatham@klnevada.com, ckishi@klnevada.com;
27 bankruptcy@klnevada.com

28

1362046.doc (7540-1)                     - 3 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com; pblack@bachlawfirm.com; jbach@bachlawfirm.com; mmascarello@bachlawfirm.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org; bklsclv@lionelsawyer.com

W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
owen@nwhltd.com, jim@nwhltd.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com; candice@brianshapirolaw.com

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1   SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
2   ssherman@klnevada.com, bankruptcy@klnevada.com; bbroussard@klnevada.com

3
4   ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
    rsr@morrislawgroup.com, bkv@morrislawgroup.com
5
6   MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
    mark.somerstein@ropesgray.com
7
8   ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
    stephens@sullivanhill.com,
9       calderone@sullivanhill.com,vidovich@sullivanhill.com;
        roberts@sullivanhill.com,hill@sullivanhill.com,Manning@sullivanhill.c
10      om,stein@sullivanhill.com,iriarte@sullivanhill.com,ggarcia@sullivanhill
        .com,murdock@sullivanhill.com,millerick@sullivanhill.com
11
12  JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
    jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;
13      bridget@sylvesterpolednak.com

14  TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
15  , veralynn@tthomaslaw.com

16  U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov
17
18  ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
    ewalker@sidley.com, hnugget@sidley.com
19
20  DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
    DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com
21
22  GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
    gfwilson@wilsonquint.com, pwilson@wilsonquint.com
23
24  MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
    mbw@slwlaw.com, ef@slwlaw.com
25
26  MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
27
28

1362046.doc (7540-1)     - 5 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  3.  On **March 26, 2013**, I served the document referred to above by the following means to the persons as listed below:

2

3  ☒  b.  **United States mail, postage fully prepaid**
        (*List persons and addresses.  Attach additional paper if necessary*)

4  EDWARD M. MCDONALD JR., ESQ.
   OFFICE OF THE UNITED STATES TRUSTEE
5  U.S. DEPARTMENT OF JUSTICE
   FOLEY FEDERAL BUILDING
6  300 LAS VEGAS BOULEVARD, SOUTH, SUITE 4300
   LAS VEGAS, NV  89101

7
   ACCELERON GROUP
8  2791 SOFT HORIZON WAY
   LAS VEGAS, NV 89135

9
   ALVAREZ & MARSAL NORTH AMERICA, LLC
10 BY & THRU ITS REGISTERED AGENT:
   CSC SERVICES OF NEVADA, INC.
11 2215-B RENAISSANCE DRIVE
   LAS VEGAS, NV 89119

12
   AMERICAN EXPRESS COMPANY
13 CORPORATION TRUST COMPANY OF NEVADA
   BY AND THROUGH ITS REGISTERED AGENT
14 311 S. DIVISION STREET
   CARSON CITY, NV 89703

15
   F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
16 BY AND THROUGH ITS REGISTERED AGENT
   CORPORATION TRUST COMPANY OF NEVADA
17 311 SOUTH DIVISION STREET
   CARSON CITY, NV 89703

18
   BANCROFT SUSA & GALLOWAY P.C.
19 ATTN: PAUL D. BANCROFT
   3955 E. FT. LOWELL DRIVE, #115
20 TUCSON, AZ 85712

21 BANK OF OKLAHOMA
   ATTN: ANY OFFICER OR DIRECTOR
22 5727 S. LEWIS AVENUE
   TULSA, OK 74105-7119

23
   BLEEKER'S BOXES
24 5400 E EMPIRE AVE
   FLAGSTAFF, AZ 86004

25
   BNY MELLON F/K/A THE BANK OF NEW YORK
26 ATTN: ANY OFFICER OR DIRECTOR
   ONE WALL STREET
27 NEW YORK, NY 10286

28

1362046.doc (7540-1)                                        - 6 -

<div style="writing-mode: vertical-rl">
KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472
</div>

| | |
|---|---|
| 1 | JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC |
| 2 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 400 SOUTH FOURTH STREET, SUITE 500 |
| 3 | LAS VEGAS, NV 89101 |

1   JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT
        PROPERTIES - NEVADA, LLC
2   LEWIS BRISBOIS BISGAARD & SMITH LLP
    400 SOUTH FOURTH STREET, SUITE 500
3   LAS VEGAS, NV 89101

4   DAVID J CABRAL
    REGISTERED AGENT FOR:
5   AMERICAN COMMONWEALTH MORTGAGE COMPANY
    536 E. ST. LOUIS AVE.
6   LAS VEGAS, NV 89104,

7   CHICAGO TITLE AGENCY OF NEVADA, INC.
    BY & THRU ITS REGISTERED AGENT:
8   CORP. TRUST COMPANY OF NEVADA
    311 SOUTH DIVISION STREET
9   CARSON CITY, NV 89703

10  COMMERCE TITLE COMPANY
    BY AND THROUGH ITS REGISTERED AGENT
11  NATIONAL REGISTERED AGENTS, INC.
    2875 MICHELLE DR., STE. 100
12  IRVINE, CA 92606

13  CONSOLIDATED MORTGAGE COMPANY, LLC
    BY AND THROUGH ITS REGISTERED AGENT
14  SHEA & CARLYON LTD.
    701 E. BRIDGER AVE., STE. 850
15  LAS VEGAS, NV 89101

16  DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
    1 INTERNATIONAL PL
17  BOSTON, MA 02210

18  EBBIN MOSER + SKAGGS LLP
    C/O DAVID E MOSER
19  550 MONTGOMERY ST., STE 900
    SAN FRANCISCO, CA 94111

20
    FIDELITY NATIONAL FINANCIAL, INC.
21  CT CORPORATION SYSTEM
    BY AND THROUGH ITS REGISTERED AGENT
22  818 W. SEVENTH ST.
    LOS ANGELES, CA 90017

23

24  FIRST AMERICAN TITLE COMPANY
    BY AND THROUGH ITS REGISTERED AGENT:
25  CORPORATION SERVICE COMPANY
    2730 GATEWAY OAKS DRIVE, STE. 100
26  SACRAMENTO, CA 95833

27

28

1362046.doc (7540-1)                        - 7 -

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  GIBSON DUNN & CRUTCHER LLP
   ATTN: ANY OFFICER, PARTNER OR DIRECTOR
2  333 SOUTH GRAND AVENUE
   LOS ANGELES, CA 90071-3197
3
   JANINA GUTHRIE
4  1225 MONTEREY ST.
   REDLANDS, CA 92373
5
   SHARELLE SNOW HENLE
6  12667 N GENTLE RAIN DRIVE
   MARANA, AZ 85658
7
   SARA M. HUCHINSON
8  REGISTERED AGENT FOR:
   ALLIANCE MORTGAGE, LLC
9  11920 SOUTHERN HIGHLANDS PKWY, #101
   LAS VEGAS, NV 89141
10
   TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY
11 3811 W CHARLESTON BLVD #110
   LAS VEGAS, NV 89102
12
   JOHN HANCOCK FREEEDOM 529
13 PO BOX 17603
   BALTIMORE, MD 21297-1603
14
   HARRY LEAKE
15 2549 SHOWCASE DR
   LAS VEGAS, NV 89134
16
   ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS
17 3811 W CHARLESTON BLVD, #110
   LAS VEGAS, NV 89012
18
   MASTEC NORTH AMERICA INC
19 C/O MICHELE LAINE, ESQ
   800 SOUTH DOUGLAS RD., 12TH FLR
20 CORAL GABLES, FL 33134

21 MUTUAL OF OMAHA BANK
   BY & THRU ITS REGISTERED AGENT:
22 CSC SERVICES OF NEVADA, INC.
   2215-B RENAISSANCE DRIVE
23 LAS VEGAS, NV 89119

24 NEVADA STATE BANK
   BY & THRU ITS REGISTERED AGENT:
25 CSC SERVICES OF NEVADA, INC.
   2215-B RENAISSANCE DRIVE
26 LAS VEGAS, NV 89119

27 OMNI MANAGEMENT GROUP
   16501 VENTURA BLVD., #440
28 ENCINO, CA 91436

1362046.doc (7540-1)                         - 8 -

|   |   |
|---|---|
| 1 | PALECEK |
| 2 | PO BOX 225<br>RICHMOND, CA 94804 |
| 3 | PRINCETON ADVISORY GROUP |
| 4 | PO BOX 89<br>4428 ROUTE 27, BLDG C, UNIT 1<br>KINGSTON, NJ 08528-1004 |

1  PALECEK
   PO BOX 225
2  RICHMOND, CA 94804

3  PRINCETON ADVISORY GROUP
   PO BOX 89
4  4428 ROUTE 27, BLDG C, UNIT 1
   KINGSTON, NJ 08528-1004

5
   GRETCHEN M. ROBITAILLE
6  8037 SILVER STREAK ST
   LAS VEGAS, NV 89131

7
   MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION
8      MATERIALS SOUTH, LLC
   LEWIS AND ROCA LLP
9  40 N. CENTRAL AVENUE, SUITE 1900
   PHOENIX, AZ 85004

10
   SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
11 400 SOUTH FOURTH STREET, 3RD FLR
   LAS VEGAS, NV 89101

12
   SECURITY TITLE OF NEVADA, LLC
13 BY AND THROUGH ITS REGISTERED AGENT
   CORPORATION TRUST COMPANY OF NEVADA
14 311 S. DIVISION STREET
   CARSON CITY, NV 89703

15
   SMS FINANCIAL LLC
16 RESIDENT AGENTS OF NEVADA, INC.
   BY AND THROUGH ITS REGISTERED AGENT
17 711 S. CARSON ST., STE. 4
   CARSON CITY, NV 89701

18
   JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
19 10100 SANTA MONICA BLVD #1100
   LOS ANGELES, CA 90067

20
   STATE OF NEVADA OFFICE OF THE STATE TREASURER
21 555 E. WASHINGTON AVE SUITE 4200
   LAS VEGAS, NV 89101-1075

22
   STEWART OCCHIPINTI, LLP
23 ATTN: ANY PRINCIPAL
   65 WEST 36TH STREET, 7TH FLOOR
24 NEW YORK, NY 10018

25 STEWART TITLE COMPANY
   CORPORATION TRUST COMPANY OF NEVADA
26 BY AND THROUGH ITS REGISTERED AGENT
   311 S. DIVISION STREET
27 CARSON CITY, NV 89703

28

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1362046.doc (7540-1)                - 9 -

<div style="margin-left: auto; writing-mode: vertical-rl;">KOLESAR & LEATHAM<br>400 S. Rampart Blvd., Ste. 400<br>Las Vegas, Nevada 89145<br>Tel: (702) 362-7800 / Fax: (702) 362-9472</div>

1   THE LANDSCAPE CONNECTION TLC INC
    5400 E EMPIRE AVE
2   FLAGSTAFF, AZ 86004

3   THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS
        ASSOCIATION, INC.
4   C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
    1955 VILLAGE CENTER CIRCLE
5   LAS VEGAS, NV 89134

6   TOWN & COUNTRY BANK
    BY & THRU ITS REGISTERED AGENT:
7   PHILIP M. BURNS
    8620 W. TROPICANA AVENUE
8   LAS VEGAS, NV 89103

9   TRANSACTION TITLE AGENCY
    ATTN: ANY OFFICER OR DIRECTOR
10  1500 EAST WOOLFORD ROAD
    SHOW LOW, AZ 85901

11
    UBS FINANCIAL SERVICES
12  BY & THRU ITS REGISTERED AGENT:
    CSC SERVICES OF NEVADA, INC.
13  2215-b RENAISSANCE DRIVE
    LAS VEGAS, NV 89119
14
    WELLS FARGO BANK, N.A.
15  CSC SERVICES OF NEVADA, INC.
    BY AND THROUGH ITS REGISTERED AGENT
16  2215-B RENAISSANCE DRIVE
    LAS VEGAS, NV 89119
17
    STEVEN YOULES
18  2305 WINDJAMMER WAY
    LAS VEGAS, NV 89107
19
    YUMA TITLE
20  ATTN: CARRIE SAFRANEK, MANAGER
    11611 S. FOOTHILLS BLVD., #A
21  YUMA, AZ 85367-5845

22  ☐    **c.**    **Personal Service** (*List persons and addresses.  Attach additional paper if necessary*)

23  I personally delivered the document(s) to the persons at these addresses:

24  ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's
25  office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

26
    ☐    For a party, delivery was made by handing the document(s) to the party or
27  by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

28

1362046.doc (7540-1)                            - 10 -

☐ **d.    By direct email (as opposed to through the ECF System)**
(*List persons and email addresses. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.    By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.    By messenger** (*List persons and addresses. Attach additional paper if necessary*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date):  March 26, 2013.

　　　　　　　　　　　　　*/s/  Cindy Kishi*
　　　　　　　　　　　　　DECLARANT

1362046.doc (7540-1)　　　　　　　　　　- 11 -