



_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
April 02, 2013
_____

| | |
|---|---|
| JANET L. CHUBB, ESQ. (NV BAR NO. 176)<br>Email: jchubb@armstrongteasdale.com<br>GORDON R. GOOLSBY, ESQ. (NV BAR NO. 11578)<br>Email: ggoolsby@armstrongteasdale.com<br>**ARMSTRONG TEASDALE LLP**<br>50 W. Liberty Street Suite 950<br>Reno, Nevada 89501<br>Telephone: 775-322-7400<br>Facsimile: 775-322-9049<br><br>Attorneys for *Commerce Associates, LLC*<br><br>RICHARD F. HOLLEY, ESQ. (NV Bar No. 3077)<br>Email: rholley@nevadafirm.com<br>DEAN S. BENNETT, ESQ. (NV Bar No. 6221)<br>Email: dbennett@nevadafirm.com<br>**COTTON, DRIGGS, WALCH, HOLLEY**<br>  **WOLOSON & THOMPSON**<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone: 702-791-0308<br>Facsimile: 702-791-1912<br><br>Attorneys for *Greystone Nevada, LLC* | NILE LEATHAM, ESQ.<br>Nevada Bar No. 002838<br>**KOLESAR & LEATHAM**<br>400 South Rampart Boulevard, #400<br>Las Vegas, Nevada 89145<br>Telephone: 702-362-7800<br>Facsimile: 702-362-9472<br>Email: nleatham@klnevada.com<br>    and<br>PHILIP C. DUBLIN (NY Bar No, 2959344)<br>ABID QURESHI (NY Bar No. 2684637)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: 212.872.1000<br>Facsimile: 212.872.1002<br>E-Mail: pdublin@akingump.com<br>    aqureshi@akingump.com<br><br>*Counsel for Reorganized Debtors* |

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes," et al.,<br><br>                    Reorganized Debtors. | )   CASE NO. BK-09-14814-LBR<br>)        (Jointly Administered)<br>)<br>)   Chapter 11<br>)<br>) |

995643 (7540-1)                                       - 1 -

| Affects: | ) | **ORDER APPROVING STIPULATION TO VACATE HEARING ON REORGANIZED DEBTORS' MOTION FOR ENTRY OF AN ORDER ENFORCING THE TERMS OF THE THIRD AMENDED MODIFIED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL. AND THE RELATED CONFIRMATION ORDER** |
|---|---|---|
| ☒ All Reorganized Debtors | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) ) ) ) | **Hearing Date:** April 4, 2013<br>**Hearing Time:** 10:30 a.m |

The Court, having considered the Stipulation to Vacate Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al. and the Related Confirmation Order (the "Stipulation")[1] entered into by and between Commerce Associates, LLC; Greystone Nevada, LLC; and the Reorganized Debtors, by and through their respective counsel; and for good cause appearing therefor:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is hereby approved; and

2. The Hearing on the Motion and the Joint Response currently scheduled for April 4, 2013, at 10:30 a.m. (PDT) is hereby vacated.

# # #

---

*In re: The Rhodes Companies, LLC, et al.*/Case No. BK-S-09-14814-LBR
Order Approving Stipulation to Vacate Hearing on Reorganized Debtors' Motion for Entry of an Order Enforcing the Terms of the Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies, LLC, et al. and the Related Confirmation Order

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

995643 (7540-1)    - 2 -

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472