```
                          United States Bankruptcy Court
                                District of Nevada
In re:                                                        Case No. 09-14814-lbr
THE RHODES COMPANIES, LLC                                     Chapter 11
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0978-2        User: espinozal        Page 1 of 3           Date Rcvd: Apr 01, 2013
                            Form ID: ovpbk         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2013.
aty          +ELIZABETH W WALKER,    SIDLEY AUSTIN LLP,   555 WEST FIFTH STREET, STE 4000,
               LOS ANGELES, CA 90013-3000
cr           +THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIA,    C/O FEINBERG GRANT MAYFIELD KANEDA & LIT,
               1955 VILLAGE CENTER CIRCLE,    LAS VEGAS, NV 89134-6237
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2013**                    Signature:       _Joseph Speetjens_

```
District/off: 0978-2           User: espinozal              Page 2 of 3              Date Rcvd: Apr 01, 2013
                               Form ID: ovpbk               Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2013 at the address(es) listed below:

        ANNE M. LORADITCH    on behalf of Creditor JAMES RHODES aloraditch@bachlawfirm.com,
         sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com
        BART K. LARSEN    on behalf of Creditor  Reef Colonial, LLC blarsen@klnevada.com,
         jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com
        BRETT A. AXELROD    on behalf of Creditor  SAGEBRUSH ENTERPRISES, INC. baxelrod@foxrothschild.com,
         pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com
        BRIAN D. SHAPIRO    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
         bshapiro@brianshapirolaw.com,
         ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com
        CAROL L. HARRIS    on behalf of 3rd Party Plaintiff  JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES
         DYNASTY TRUST I c.harris@kempjones.com,    ade@kempjones.com;srd@kempjones.com
        CONOR P. FLYNN    on behalf of Creditor   COMMERCE ASSOCIATES, LLC cflynn@armstrongteasdale.com
        DAMON K. DIAS    on behalf of Creditor   X-It at 215, LLC ddias@diaslawgroup.com,
         bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com
        DAVID A. COLVIN    on behalf of Creditor   DANA KEPNER COMPANIES, LLC dcolvin@maclaw.com,
         mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com
        DAVID R HAGUE    on behalf of Creditor JAMES RHODES dhague@fabianlaw.com,    dromero@fabianlaw.com
        DONALD H. WILLIAMS    on behalf of Creditor  Westar Kitchen & Bath, LLC
         DonaldHWilliamsLaw@gmail.com,    taylorsellers@gmail.com
        EDWARD M. MCDONALD    on behalf of U.S. Trustee  U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov
        ELIZABETH E. STEPHENS    on behalf of Attorney  SULLIVAN HILL LEWIN REZ & ENGEL
         stephens@sullivanhill.com,    calderone@sullivanhill.com,
         vidovich@sullivanhill.com;roberts@sullivanhill.com,hill@sullivanhill.com,
         Manning@sullivanhill.com,stein@sullivanhill.com,iriarte@sullivanhill.com,
         ggarcia@sullivanhill.com,murdock@sullivanhill.com,millerick@sullivanhill.com
        ELIZABETH W. WALKER    on behalf of 3rd Pty Defendant  CREDIT SUISSE (USA), INC ewalker@sidley.com,
         hnugget@sidley.com
        ERIC  RANSAVAGE    on behalf of Creditor Leslie Blasco, et al. eransavage@ssllplaw.com,
         agutierrez@ssllplaw.com
        ERIC D. MADDEN    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
         emadden@diamondmccarthy.com,    cburrow@diamondmccarthy.com
        GORDON R. GOOLSBY    on behalf of Creditor   COMMERCE ASSOCIATES, LLC
         ggoolsby@armstrongteasdale.com,    bsalinas@armstrongteasdale.com
        GREGORY F WILSON    on behalf of Witness  SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
         gfwilson@wilsonquint.com,    pwilson@wilsonquint.com
        JACOB J ROBERTS    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
         jroberts@diamondmccarthy.com,    cburrow@diamondmccarthy.com
        JAMES D. GREENE    on behalf of Plaintiff EUGENE DAVIS jgreene@greeneinfusolaw.com,
         fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
        JANET L. CHUBB    on behalf of Creditor   COMMERCE ASSOCIATES, LLC bsalinas@armstrongteasdale.com
        JEANETTE E. MCPHERSON    on behalf of Defendant   KB HOME NEVADA, INC. bkfilings@s-mlaw.com
        JEFFREY D. OLSTER    on behalf of Creditor   HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
         sallade@lbbslaw.com
        JEFFREY R. SYLVESTER    on behalf of 3rd Pty Defendant  CREDIT SUISSE (USA), INC
         jeff@sylvesterpolednak.com,    tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com
        JUSTIN L. CARLEY    on behalf of 3rd Pty Defendant  CUSHMAN & WAKEFIELD OF TEXAS, INC
         jcarley@swlaw.com,    jforrest@swlaw.com;DOCKET_LAS@swlaw.com
        KEITH S. KNOCHEL    on behalf of Creditor VALERIE SILVAS law@lawyersinarizona.com,
         bank@lawyersinarizona.com
        KEVIN N. ANDERSON    on behalf of Creditor JAMES RHODES kanderson@fabianlaw.com,
         sburdash@fabianlaw.com
        KIRBY C. GRUCHOW    on behalf of Creditor   NEVADA POWER COMPANY hkelley@leachjohnson.com
        LORI  BROWN    on behalf of Creditor   Las Vegas Supply, Inc. minute@legalcounselors.com
        MARK R. SOMERSTEIN    on behalf of Creditor   WELLS FARGO BANK, N.A. mark.somerstein@ropesgray.com
        MARVIN C. RUTH    on behalf of Creditor   CEMEX CONSTRUCTION MATERIALS SOUTH, LLC MRuth@LRLaw.com
        MICHAEL  YODER    on behalf of Other Prof.  THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
         myoder@diamondmccarthy.com,    cburrow@diamondmccarthy.com
        MICHAEL B WIXOM    on behalf of Interested Party  MUTUAL OF OMAHA BANK mbw@slwlaw.com,
         ef@slwlaw.com
        NATALIE M. COX    on behalf of Interested Party  REORGANIZED DEBTORS ncox@klnevada.com,
         bankruptcy@klnevada.com;kdunn@klnevada.com
        NILE  LEATHAM    on behalf of Creditor   STEERING COMMITTEE OF SENIOR SECURED LENDERS
         nleatham@klnevada.com,    ckishi@klnevada.com;bankruptcy@klnevada.com
        OMNI MANAGEMENT GROUP, LLC (bo)     bosborne@omnimgt.com,    sewing@omnimgt.com
        PHILIP R. BYRNES    on behalf of Creditor  CITY OF LAS VEGAS PBYRNES@LASVEGASNEVADA.GOV,
         CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV
        ROBERT R. KINAS    on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORPORATION
         rkinas@swlaw.com,
         jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com
        RODNEY M. JEAN    on behalf of Creditor  Credit Suisse, Cayman Islands Branch
         RJEAN@LIONELSAWYER.COM,    bklsclv@lionelsawyer.com;mstow@lionelsawyer.com
        ROSA  SOLIS-RAINEY    on behalf of Defendant   DELOITTE & TOUCHE LLP rsr@morrislawgroup.com,
         bkv@morrislawgroup.com

```
District/off: 0978-2          User: espinozal              Page 3 of 3                  Date Rcvd: Apr 01, 2013
                              Form ID: ovpbk               Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          SHIRLEY S. CHO    on behalf of Debtor   THE RHODES COMPANIES, LLC scho@pszjlaw.com
          SHLOMO S. SHERMAN    on behalf of Interested Party   REORGANIZED DEBTORS ssherman@klnevada.com,
           bankruptcy@klnevada.com;bbroussard@klnevada.com
          SUSAN L. MYERS    on behalf of Creditor   Credit Suisse, Cayman Islands Branch smyers@lacsn.org,
           emontes@lacsn.org;bklsclv@lionelsawyer.com
          THOMAS E. CROWE    on behalf of Creditor SHANE SMITH tcrowe@thomascrowelaw.com
          TIMOTHY P. THOMAS    on behalf of Creditor   STEERING COMMITTEE OF SENIOR SECURED LENDERS ,
           veralynn@tthomaslaw.com
          TRACY A. DIFILLIPPO    on behalf of Creditor   COMMERCE ASSOCIATES, LLC
           tdifillippo@armstrongteasdale.com,  jelia@armstrongteasdale.com
          U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
          VIRGINIA CRONAN LOWE    on behalf of Creditor   UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
           virginiacronan.lowe@usdoj.gov,  Western.Taxcivil@usdoj.gov
          W. OWEN NITZ    on behalf of Defendant   John C. Rhodes, John C. Rhodes, Trustee of the Dynasty
           Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee
           Springs Holdings, Inc. owen@nwhltd.com,  jim@nwhltd.com
          WILLIAM H HEATON    on behalf of Defendant JOHN RHODES will@nwhltd.com,  Solana@nwhltd.com
          ZACHARIAH  LARSON    on behalf of Debtor   APACHE FRAMING, LLC cshurtliff@maclaw.com,
           sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com
                                                                                             TOTAL: 50
```

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–lbr**
**Chapter 11**

In re: (Name of Debtor)
    THE RHODES COMPANIES, LLC
    C/O DUNHILL HOMES
    ATTN: GENERAL COUNSEL
    6345 S JONES, SUITE 400
    LAS VEGAS, NV 89118

Social Security No.:

### ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by ELIZABETH WALKER is approved.

Dated: 4/1/13                                    BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court