**EXHIBIT B**
**Paid Claims**

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| Clark County Assessor | The Rhodes Companies, LLC | dkt 1733[1] | 93.04 |
| | | | **93.04** |

[1] Filed as an Administrative Claim.