Gregory F. Wilson, Esq.
Nevada Bar No. 2517
GREGORY F. WILSON & ASSOCIATES PC
1495 Ridgeview Drive, Suite 120
Reno, Nevada 89519
Telephone: 775.360.4910
Facsimile: 775.360.4911
Email: gfw@gfwilsonlaw.com

E-filed on: May 14, 2013

*Attorneys for* Cotton, Driggs, Walch, Holley, Woloson & Thompson (formerly Santoro, Driggs, Walch, Kearney, Holley & Thompson)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-09-14814-LBR |
|---|---|
| **THE RHODES COMPANIES, LLC,** et al., | (Jointly Administered)<br>Chapter 11 |
| Reorganized Debtors. | |
| Affects All Debtors | |

**NOTICE OF CHANGE OF FIRM NAME
AND ADDRESS OF ATTORNEY**

- 1 -

Gregory F. Wilson, Esq., counsel for Cotton, Driggs, Walch, Holley, Woloson & Thompson (formerly Santoro, Driggs, Walch, Kearney, Holley & Thompson) hereby gives notice of the following change of firm name and address.

FROM:

> Wilson & Quint LLP
> 417 West Plumb Lane
> Reno, Nevada 89519
> E-mail: gfwilson@wilsonquint.com
> Telephone: 775.786.7600
> Facsimile: 755.786.7764

TO:

> Gregory F. Wilson & Associates PC
> 1495 Ridgeview Drive, Suite 120
> Reno, Nevada 89519
> E-mail: gfw@gfwilsonlaw.com
> Telephone: 775.360.4910
> Facsimile: 775.360.4911

DATED this 14th day of May, 2013.

/s/ Gregory F. Wilson
Gregory F. Wilson, Esq.
Nevada Bar No. 2517

GREGORY F. WILSON & ASSOCIATES PC
1495 Ridgeview Drive, Suite 120
Reno, Nevada 89519
Telephone: 775.360.4910
Facsimile: 775.360.4911