Gregory F. Wilson, Esq.
Nevada Bar No. 2517
GREGORY F. WILSON & ASSOCIATES PC
1495 Ridgeview Drive, Suite 120
Reno, Nevada 89519
Telephone: 775.360.4910
Facsimile: 775.360.4911
Email: gfw@gfwilsonlaw.com

E-filed on: May 14, 2013

*Attorneys for* Cotton, Driggs, Walch, Holley, Woloson & Thomson
(formerly Santoro, Driggs, Walch, Kearney, Holley & Thompson)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**THE RHODES COMPANIES, LLC,**<br>**et al.,**<br><br>　　　　Reorganized Debtors.<br><br>Affects All Debtors | Case No. BK-S-09-14814-LBR<br><br>(Jointly Administered)<br>Chapter 11 |

## CERTIFICATE OF SERVICE

1. On May 14, 2013, I served the following document(s):

   **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS OF ATTORNEY [Dkt. No. 1779]**

2. I served the above-named document by the following means to the persons listed below:

   **X**　　a. ECF System:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pkois@foxrothschild.com;ldupree@foxrothschild.com

BRETT A. AXELROD on behalf of Creditor JAMES RHODES
baxelrod@foxrothschild.com, pkois@foxrothschild.com;ldupree@foxrothschild.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS

- 1 -

PBYRNES@LASVEGASNEVADA.GOV, CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com;sstanton@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

NATALIE M. COX on behalf of Plaintiff EUGENE I. DAVIS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC
ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

JAMES D. GREENE on behalf of Plaintiff EUGENE I. DAVIS
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW, JR. on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff RHODES RANCH LLC

- 2 -

c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff SAGEBRUSH ENTERPRISES, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff JAMES M RHODES
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant FARM HUALAPAI LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant GYPSUM RESOURCES, LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant HARMONY 2 LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant HARMONY HOMES INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant HAYDEN SPRINGS PARTNERS LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant NORTH 5TH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant RHODES RANCH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant TROPICAL SANDS LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant TRUCKEE SPRINGS HOLDINGS, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JAMES M RHODES
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C RHODES
c.harris@kempjones.com, ade@kempjones.com

WILLIAM H HEATON on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
will@nwhltd.com, Solana@nwhltd.com

WILLIAM H HEATON on behalf of Defendant JOHN C RHODES
will@nwhltd.com, Solana@nwhltd.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
rholley@nevadafirm.com, vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
rholley@nevadafirm.com, vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
rholley@nevadafirm.com, vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC.
rholley@nevadafirm.com, vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
rholley@nevadafirm.com, vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC.
rholley@nevadafirm.com, vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
rholley@nevadafirm.com, vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;jhoumand@nevadafirm.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;mstow@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE A. SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor BATCAVE, LP
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor BRAVO, INC.
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor C & J HOLDINGS, INC.
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor CHALKLINE, LP
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor ELKHORN INVESTMENTS, INC.
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor ELKHORN PARTNERS
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor GERONIMO PLUMBING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor GLYNDA, LP
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor GUNG-HO CONCRETE, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor HERITAGE LAND COMPANY, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor JACKKNIFE, LP
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor JARUPA, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor OVERFLOW, LP
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor PARCEL 20, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor PINNACLE GRADING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor RHODES ARIZONA PROPERTIES, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor RHODES DESIGN AND DEVELOPMENT CORPORATION
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor RHODES HOMES ARIZONA, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GENERAL PARTNERSHIP
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GOLF AND COUNTRY CLUB
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor RHODES REALTY, INC.
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor SIX FEATHERS HOLDINGS, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor THE RHODES COMPANIES, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor TICK, LP
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor TRIBES HOLDINGS, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS II, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS III, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS IV, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY GOLF COUNTRY CLUB, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Debtor WALLBOARD, LP
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

ZACHARIAH LARSON on behalf of Interested Party REORGANIZED DEBTORS
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTOR
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTORS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

NILE LEATHAM on behalf of Plaintiff EUGENE I. DAVIS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC

emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
owen@nwhltd.com, jim@nwhltd.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

JACOB J ROBERTS on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

BRIAN D. SHAPIRO on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com, bkv@morrislawgroup.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE TAX LLP
rsr@morrislawgroup.com, bkv@morrislawgroup.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.

mark.somerstein@ropesgray.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
stephens@sullivanhill.com,
roberts@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com

ELIZABETH E. STEPHENS on behalf of Defendant WP South Builders Nevada, LLC
stephens@sullivanhill.com,
roberts@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, CAYMAN BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE HOLDINGS (USA), INC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE SECURITIES (USA), LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, A SWISS BANK
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, CAYMAN BRANCH
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE HOLDINGS (USA), INC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE SECURITIES (USA), LLC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC

DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
gfwilson@wilsonquint.com, pwilson@wilsonquint.com

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

ACCELERON GROUP
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

ALVAREZ & MARSAL NORTH AMERICA, LLC
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

AMERICAN EXPRESS COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

BANCROFT SUSA & GALLOWAY P.C.
ATTN: PAUL D. BANCROFT
3955 E. FT. LOWELL DRIVE, #115
TUCSON, AZ 85712

BANK OF OKLAHOMA
ATTN: ANY OFFICER OR DIRECTOR
5727 S. LEWIS AVENUE
TULSA, OK 74105-7119

DEAN S. BENNETT on behalf of Creditor GREYSTONE NEVADA, LLC
400 S. 4TH STREET, 3RD FLR
LAS VEGAS, NV 89101

BLEEKER'S BOXES
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

BNY MELLON F/K/A THE BANK OF NEW YORK
ATTN: ANY OFFICER OR DIRECTOR
ONE WALL STREET

NEW YORK, NY 10286

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DAVID J CABRAL
REGISTERED AGENT FOR:
AMERICAN COMMONWEALTH MORTGAGE COMPANY
536 E. ST. LOUIS AVE.
LAS VEGAS, NV 89104,

DEBRA CARRIGAN
7757 RADCLIFF STREET
LAS VEGAS, NV 89123

CHICAGO TITLE AGENCY OF NEVADA, INC.
BY & THRU ITS REGISTERED AGENT:
CORP. TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

COMMERCE TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT
NATIONAL REGISTERED AGENTS, INC.
2875 MICHELLE DR., STE. 100
IRVINE, CA 92606

CONSOLIDATED MORTGAGE COMPANY, LLC
BY AND THROUGH ITS REGISTERED AGENT
SHEA & CARLYON LTD.
701 E. BRIDGER AVE., STE. 850
LAS VEGAS, NV 89101

WILLIAM L COULTHARD on behalf of Defendant FARM HUALAPAI LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant HARMONY 2 LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant HARMONY HOMES INC.
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant HAYDEN SPRINGS PARTNERS LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant NORTH 5TH LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant RHODES RANCH LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant TROPICAL SANDS LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

CREDITORS COMMITTEE,

CT CORPORATION
311 S. DIVISION STREET
CARSON CITY, NV 89703

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

DELOITTE & TOUCHE LLP,

DELOITTE TAX, LLP,

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Interested Party REORGANIZED DEBTORS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Plaintiff EUGENE I. DAVIS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

EBBIN MOSER + SKAGGS LLP

- 11 -

C/O DAVID E MOSER
550 MONTGOMERY ST., STE 900
SAN FRANCISCO, CA 94111

FIDELITY NATIONAL FINANCIAL, INC.
CT CORPORATION SYSTEM
BY AND THROUGH ITS REGISTERED AGENT
818 W. SEVENTH ST.
LOS ANGELES, CA 90017

FIRST AMERICAN TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
2730 GATEWAY OAKS DRIVE, STE. 100
SACRAMENTO, CA 95833

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
9950 W. CHEYENNE AVENUE
LAS VEGAS, NV 89129

GIBSON DUNN & CRUTCHER LLP
ATTN: ANY OFFICER, PARTNER OR DIRECTOR
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

HARSCH INVESTMENT PROPERTIES - NEVADA, LLC,

SHARELLE SNOW HENLE
12667 N GENTLE RAIN DRIVE
MARANA, AZ 85658

SARA M. HUCHINSON
REGISTERED AGENT FOR:
ALLIANCE MORTGAGE, LLC
11920 SOUTHERN HIGHLANDS PKWY, #101
LAS VEGAS, NV 89141

TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

TROY L ISAACSON on behalf of Creditor DORIS LOFTON
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

TROY L ISAACSON on behalf of Creditor RICKEY LOFTON
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

TROY L ISAACSON on behalf of Creditor WENDY BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

Inc. Integrity Masonry,

```
 1  JOHN HANCOCK FREEEDOM 529
    PO BOX 17603
 2  BALTIMORE, MD 21297-1603

 3  MEREDITH A. LAHAIE on behalf of Interested Party REORGANIZED DEBTORS
    ONE BRYANT PARK
 4  NEW YORK, NY 10036

 5  HARRY LEAKE
    2549 SHOWCASE DR
 6  LAS VEGAS, NV 89134

 7  JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
    SYLVESTER & POLEDNAK, LTD
 8  7371 PRAIRIE FALCON, STE 120
    LAS VEGAS, NV 89128

 9  ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS
10  3811 W CHARLESTON BLVD, #110
    LAS VEGAS, NV 89012

11  JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
    ANDERSON MCPHARLIN & CONNERS, LLP
12  777 N. RAINBOW BLVD, STE 145
    LAS VEGAS, NV 89107-1192

13  MASTEC NORTH AMERICA INC
    C/O MICHELE LAINE, ESQ
14  800 SOUTH DOUGLAS RD., 12TH FLR
    CORAL GABLES, FL 33134
15
    MUTUAL OF OMAHA BANK
16  BY & THRU ITS REGISTERED AGENT:
    CSC SERVICES OF NEVADA, INC.
17  2215-B RENAISSANCE DRIVE
    LAS VEGAS, NV 89119
18
    SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
19  Beirne, Maynard & Parsons, L.L.P.
    1700 Pacific Avenue, Suite 4400
20  Dallas, TX 4400

21  SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
    Beirne, Maynard & Parsons, L.L.P.
22  1700 Pacific Avenue, Suite 4400
    Dallas, TX 4400

23
    SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
24  Beirne, Maynard & Parsons, L.L.P.
    1700 Pacific Avenue, Suite 4400
25  Dallas, TX 4400

    SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC.
26  Beirne, Maynard & Parsons, L.L.P.
    1700 Pacific Avenue, Suite 4400
27  Dallas, TX 4400

28
    SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
```

```
 1  Beirne, Maynard & Parsons, L.L.P.
    1700 Pacific Avenue, Suite 4400
 2  Dallas, TX 4400

 3  NEVADA STATE BANK
    BY & THRU ITS REGISTERED AGENT:
    CSC SERVICES OF NEVADA, INC.
 4  2215-B RENAISSANCE DRIVE
    LAS VEGAS, NV 89119
 5
    OMNI MANAGEMENT GROUP
 6  16501 VENTURA BLVD., #440
    ENCINO, CA 91436
 7
    PALECEK
 8  PO BOX 225
    RICHMOND, CA 94804
 9
    PRINCETON ADVISORY GROUP
10  PO BOX 89
    4428 ROUTE 27, BLDG C, UNIT 1
11  KINGSTON, NJ 08528-1004

12  ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
    AKIN GUMP STRAUSS HAUER & FELD LLP
13  ONE BRYANT PARK
    NEW YORK, NY 10036

14  ABID QURESHI on behalf of Interested Party REORGANIZED DEBTORS
    AKIN GUMP STRAUSS HAUER & FELD LLP
15  ONE BRYANT PARK
    NEW YORK, NY 10036
16
    ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
17  AKIN GUMP STRAUSS H AUER & FELD LLP
    ONE BRYANT PARK
18  NEW YORK, NY 10036

19  JOHN C RHODES
    Las Vegas, NV 89134
20
    GRETCHEN M. ROBITAILLE
21  8037 SILVER STREAK ST
    LAS VEGAS, NV 89131

22  ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
    BEIRNE, MAYNARD & PARSONS, L.L.P.
23  1700 Pacific Ave., Suite 400
    Dallas, TX 75201
24
    ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
25  BEIRNE, MAYNARD & PARSONS, L.L.P.
    1700 Pacific Ave., Suite 400
26  Dallas, TX 75201

27

28
    ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC.
```

- 14 -

BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Ave., Suite 400
Dallas, TX 75201

ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Ave., Suite 400
Dallas, TX 75201

ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Ave., Suite 400
Dallas, TX 75201

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, 3RD FLR
LAS VEGAS, NV 89101

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

SECURITY TITLE OF NEVADA, LLC

BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 S. DIVISION STREET
CARSON CITY, NV 89703

SMS FINANCIAL LLC
RESIDENT AGENTS OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
711 S. CARSON ST., STE. 4
CARSON CITY, NV 89701

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

STATE OF NEVADA OFFICE OF THE STATE TREASURER
555 E. WASHINGTON AVE SUITE 4200
LAS VEGAS, NV 89101-1075

STEWART OCCHIPINTI, LLP
ATTN: ANY PRINCIPAL
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NY 10018

STEWART TITLE COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

THE LANDSCAPE CONNECTION TLC INC
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
1955 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

TOWN & COUNTRY BANK
BY & THRU ITS REGISTERED AGENT:
PHILIP M. BURNS
8620 W. TROPICANA AVENUE
LAS VEGAS, NV 89103

TRANSNATION TITLE AGENCY
ATTN: ANY OFFICER OR DIRECTOR
1500 EAST WOOLFORD ROAD
SHOW LOW, AZ 85901

UBS FINANCIAL SERVICES
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-b RENAISSANCE DRIVE
LAS VEGAS, NV 89119

US-Yellow,

ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE (USA) INC

- 16 -

1  SIDLEY AUSTIN LLP
   555 WEST FIFTH STREET, STE 4000
   LOS ANGELES, CA 90013
2

3  ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH
   SIDLEY AUSTIN LLP
   555 WEST FIFTH STREET, STE 4000
4  LOS ANGELES, CA 90013

5  ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE AG, NEW YORK BRANCH
   SIDLEY AUSTIN LLP
6  555 WEST FIFTH STREET, STE 4000
   LOS ANGELES, CA 90013
7
   ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE AG, NEY YORK BRANCH
8  SIDLEY AUSTIN LLP
   555 WEST FIFTH STREET, STE 4000
9  LOS ANGELES, CA 90013

10 ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE HOLDINGS (USA) INC
   SIDLEY AUSTIN LLP
11 555 WEST FIFTH STREET, STE 4000
   LOS ANGELES, CA 90013

12 ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE SECURITIES (USA) LLC
   SIDLEY AUSTIN LLP
13 555 WEST FIFTH STREET, STE 4000
   LOS ANGELES, CA 90013
14
   DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
15 BEIRNE, MAYNARD & PARSONS, L.L.P.
   1300 Post Oak Blvd., 25th Floor
16 Houston, TX 77056

17 DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
   BEIRNE, MAYNARD & PARSONS, L.L.P.
18 1300 Post Oak Blvd., 25th Floor
   Houston, TX 77056
19
   DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
20 BEIRNE, MAYNARD & PARSONS, L.L.P.
   1300 Post Oak Blvd., 25th Floor
21 Houston, TX 77056

22 DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
   BEIRNE, MAYNARD & PARSONS, L.L.P.
23 1300 Post Oak Blvd., 25th Floor
   Houston, TX 77056

24 WELLS FARGO BANK, N.A.
   CSC SERVICES OF NEVADA, INC.
25 BY AND THROUGH ITS REGISTERED AGENT
   2215-B RENAISSANCE DRIVE
26 LAS VEGAS, NV 89119

27 STEVEN YOULES
   2305 WINDJAMMER WAY
28 LAS VEGAS, NV 89107

YUMA TITLE
ATTN: CARRIE SAFRANEK, MANAGER
11611 S. FOOTHILLS BLVD., #A
YUMA, AZ 85367-5845

I declare under penalty of perjury that the foregoing is true and correct.

Signed on:   May 14, 2013

Patricia Wilson                              /s/   Patricia Wilson
(Name of Declarant)                      (Signature of Declarant)

- 18 -