**Wolters Kluwer** Corporate Legal Services | **CT Corporation**
311 South Division Street
Carson City, NV 89703

800 592 9023 tel
www.ctcorporation.com

RECEIVED / FILED
JUN 13  11:53 AM '13
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

June 06, 2013

Zachariah Larson
Larson & Zirzow, LLC
810 S. Casino Center Blvd. # 101,
Las Vegas, NV 89101

Re: In Re: The Rhodes Companies, LLC, etc., Debtor // To: Unidentified Entity

Case No. BKS0914814LBR

Dear Sir/Madam:

The Corporation Trust Company of Nevada received the enclosed documents.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,


The Corporation Trust Company of Nevada

Log# 522865211

Sent By Regular Mail

cc: District of Nevada - U.S. Bankruptcy Court
    300 Las Vegas Blvd South,
    Las Vegas, NV 89101




**(Returned To)**

Zachariah Larson
Larson & Zirzow, LLC
810 S. Casino Center Blvd. # 101,
Las Vegas, NV 89101