James I. Stang, Esq. (CA Bar No. 94435)                    E-File:  June 21, 2013
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: zach@lawnv.com

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br><br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
| Affects:<br>☒     All Debtors<br>☐     Affects the following Debtor(s) | |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:268757.1 73203/002

**ELEVENTH NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED**

**PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE**

**BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.**

**TO THE HONORABLE LINDA B. RIEGLE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that as required by Article VI.D of the *Third Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al.* (the "Plan"),[2] the Reorganized Debtors hereby file this list of Claims that have been adjusted on the Claims Register since the filing of the tenth notice pursuant to Article VI.D of the Plan on April 19, 2013 [Docket No. 1777]:

**PLEASE TAKE FURTHER NOTICE** that Exhibit A hereto identifies all Claims that remain open since April 19, 2013.

**PLEASE TAKE FURTHER NOTICE** that Exhibit B hereto identifies all Claims that have been allowed since April 19, 2013.

DATED this 21st day of June, 2013.

**LARSON & ZIRZOW**

  /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email:        zach@lawnv.com

Attorneys for Reorganized Debtors

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

# EXHIBIT A

**EXHIBIT A**
**Open Claims**

| Claimant | Debtor | Claim No. | Total Filed Claim |
|----------|--------|-----------|-------------------|
| JAMES RHODES | The Rhodes Companies, LLC | 33 | 10,598,000.00 |
|  |  |  | 10,598,000.00 |

# EXHIBIT B

EXHIBIT B
Allowed Class C-1 General Unsecured Claims

Page 1 of 1

| Claimant | Debtor | Claim No. | Total Filed Claim (as amended) |
|----------|--------|-----------|-------------------------------|
| INTERNAL REVENUE SERVICE | Glynda, LP | 1-3 | 900.00 |
| | | | **900.00** |

73203-002\DOCS_SF:72588v7                    Page 1 of 1