# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **RHODES RANCH GENERAL PARTERSHIP** | Case No.: BK-S-09-14844-LBR |
| | Chapter 11 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California.

Brian Osborne

1

2                    UNITED STATES BANKRUPTCY COURT

3                          DISTRICT OF NEVADA

4    In re:
                                              Chapter 11
5    RHODES RANCH GENERAL
     PARTNERSHIP                              Case No. BK-S-09-14844-LBR
6    Tax I.D. No. 88-0391760

7                    Debtor.
                                        /
8    _____

9        NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                              AND DEADLINES
10

11   A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

12   You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
     consult an attorney to protect your rights. All documents filed in this case may be viewed at the
13   bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
     may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
14   the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
     and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.
15
     NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
16   enclosed on the page of this Notice entitled "Explanations."

17   **Attorney for Debtor(s) (name and address):**

18                          ZACHARIAH LARSON
                            LARSON & STEPHENS
19                   810 S. CASINO CENTER BLVD., SUITE 104
                            LAS VEGAS, NV 89101
20                   Telephone number:  (702) 382-1170

21                   PACHULSKI STANG ZIEHL & JONES LLP
                   10100 SANTA MONICA BLVD., 11th FLOOR
22                       LOS ANGELES, CA 90067-4100
                       Telephone Number: (310) 277-6910
23

24                          **Meeting of Creditors**

25                          **DATE**: May 7, 2009
                            **TIME**: 3:00 PM
26            **LOCATION:**  Foley Federal Building and U.S. Courthouse
              300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101
27
                       **Creditor with a Foreign Address:**
28    See additional information enclosed on the page of this Notice entitled "Explanations," under the
                       paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Deadlines to File a Proof of Claim** |
| --- |

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

DO **NOT** FILE PROOF OF CLAIM FORMS WITH THE COURT.

| **Creditors May Not Take Certain Actions**: |
| --- |

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Rhodes Ranch General Partnership** | Case Number: **09-14844** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (     )     -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (     )     -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed On: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$ _____ . __

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
_____

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**
_____

**3a. Debtor may have scheduled account as:**
_____
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: _____

Value of Property: $ _____ . __ Annual Interest Rate: _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$ _____ . __ Basis for perfection: _____

| Amount Secured | Amount Unsecured |
|---|---|
| $ _____ . __ | $ _____ . __ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority:

$ _____ . __

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

Printed Name _____ Title _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**<u>Exhibit B</u>**

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

181 Rusty Plank LLC
Attn: Bankruptcy Desk/Managing Agent
181 Rusty Plank Ave
Las Vegas, NV 89148

181 Rusty Plank LLC
Attn: Bankruptcy Desk/Managing Agent
231 Royal Wood Ct
Las Vegas, NV 89148

186 Pocono Manor LLC
Attn: Bankruptcy Desk/Managing Agent
186 Pocono Manor Ct
Las Vegas, NV 89148

186 Pocono Manor LLC
Attn: Bankruptcy Desk/Managing Agent
6615 Edna Ave
Las Vegas, NV 89146

266 Br LLC
Attn: Bankruptcy Desk/Managing Agent
266 Blackstone River Ave
Las Vegas, NV 89148

266 Br LLC
Attn: Bankruptcy Desk/Managing Agent
91 Sunshine Coast Ln
Las Vegas, NV 89148

3-d Trust
Attn: Bankruptcy Desk/Managing Agent
4001 S Decatur Blvd # 37-187
Las Vegas, NV 89103

3-d Trust
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 107
Las Vegas, NV 89113

9687 Marcelline LLC
Attn: Bankruptcy Desk/Managing Agent
8113 Tiara Cove Cir
Las Vegas, NV 89128

9687 Marcelline LLC
Attn: Bankruptcy Desk/Managing Agent
9687 Marcelline Ave
Las Vegas, NV 89148

993317 Alberta Inc
Attn: Bankruptcy Desk/Managing Agent
161 Scanlon Hill N W
Calgary  T3L 1
Canada

993317 Alberta Inc
Attn: Bankruptcy Desk/Managing Agent
377 Foster Springs Rd
Las Vegas, NV 89148

A & A Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 12755
Las Vegas NV  89112

A A Betke
Attn: Bankruptcy Desk/Managing Agent
236 Dog Leg Dr
Las Vegas, NV 89148

A Company Portable
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise ID 83705

A J & Joan Puedan
Attn: Bankruptcy Desk/Managing Agent
6120 Silkdale Ct
Tampa, FL 33625

A J & Joan Puedan
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 203
Las Vegas, NV 89113

Aaron & Susanie-Ann Egan
Attn: Bankruptcy Desk/Managing Agent
6683 Bristow Falls Ct
Las Vegas, NV 89148

Aaron Diec
Attn: Bankruptcy Desk/Managing Agent
285 Ladies Tee Ct
Las Vegas, NV 89148

Aaron Stearns
Attn: Bankruptcy Desk/Managing Agent
181 Hazelmere Ln
Las Vegas, NV 89148

Aaron Unger
Attn: Bankruptcy Desk/Managing Agent
304 Riverbend Dr S E
Calgary AB T2C3X
Canada

Aaron Unger
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 210
Las Vegas, NV 89113

Abalos Family
Attn: Bankruptcy Desk/Managing Agent
5641 Stratford Cir
Buena Park, CA 90621

Abalos Family
Attn: Bankruptcy Desk/Managing Agent
9710 Ziegler Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                      Served 4/17/2009

ABC Locksmith Corp.
Attn: Bankruptcy Desk/Managing Agent
3981 E. Sunset Road, #E
Las Vegas NV  89120

Abhishek Makkar
Attn: Bankruptcy Desk/Managing Agent
287 Soggy Ruff Way
Las Vegas, NV 89148

Abraham Benefraim
Attn: Bankruptcy Desk/Managing Agent
76 Arcadian Shores St
Las Vegas, NV 89148

Abraham Efriem
Attn: Bankruptcy Desk/Managing Agent
251 Waterton Lakes Ave
Las Vegas, NV 89148

Abraham Efriem
Attn: Bankruptcy Desk/Managing Agent
76 Arcadian Shores St
Las Vegas, NV 89148

Accredited Home Lenders Inc
Attn: Bankruptcy Desk/Managing Agent
15253 Avenue Of Science Bldg 3
San Diego, CA 92128

Accredited Home Lenders Inc
Attn: Bankruptcy Desk/Managing Agent
514 Foster Springs Rd
Las Vegas, NV 89148

Ada & Yung Chen
Attn: Bankruptcy Desk/Managing Agent
385 Blue Tee Ct
Las Vegas, NV 89148

Adam & Vera Thomas
Attn: Bankruptcy Desk/Managing Agent
135 Broken Putter Way
Las Vegas, NV 89148

Adina Somers
Attn: Bankruptcy Desk/Managing Agent
205 Lakewood Garden Dr
Las Vegas, NV 89148

Adina Somers
Attn: Bankruptcy Desk/Managing Agent
28722 Walnut Grv
Mission Viejo, CA 92692

Adir Ionov
Attn: Bankruptcy Desk/Managing Agent
218 Wicked Wedge Way
Las Vegas, NV 89148

Adnaan Bukhari
Attn: Bankruptcy Desk/Managing Agent
9677 Valmeyer Ave
Las Vegas, NV 89148

Adnan & Rita Khamco
Attn: Bankruptcy Desk/Managing Agent
2613 Palomino Ln
Modesto, CA 95355

Adnan & Rita Khamco
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1079
Las Vegas, NV 89148

Adriana Gonzalez
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 103
Las Vegas, NV 89113

Adriana Gonzalez
Attn: Bankruptcy Desk/Managing Agent
PO Box 180463
Coronado, CA 92178

Afarian-bedrossian Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1163
Las Vegas, NV 89148

Agnes & Alberto Estabillo
Attn: Bankruptcy Desk/Managing Agent
809 N Vineyard Blvd Apt E7
Honolulu, HI 96817

Agnes & Alberto Estabillo
Attn: Bankruptcy Desk/Managing Agent
9332 Bearded Iris Ave
Las Vegas, NV 89148

Agnieszka Pluta
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 211
Las Vegas, NV 89113

Ai Tan
Attn: Bankruptcy Desk/Managing Agent
322 Waterton Lakes Ave
Las Vegas, NV 89148

Aida Vidallo
Attn: Bankruptcy Desk/Managing Agent
21403 S Perry St
Carson, CA 90745

Aida Vidallo
Attn: Bankruptcy Desk/Managing Agent
73 Back Spin Ct
Las Vegas, NV 89148

Aileen Manzano
Attn: Bankruptcy Desk/Managing Agent
6793 Scarlet Flax St
Las Vegas, NV 89148

Aiqun Ren
Attn: Bankruptcy Desk/Managing Agent
183 Paxon Hollow Ct
Las Vegas, NV 89148

Aiqun Ren
Attn: Bankruptcy Desk/Managing Agent
2750 La Salle Pointe
Chino Hills, CA 91709

Air Quality Services of Nevada
Attn: Bankruptcy Desk/Managing Agent
5600 Quail Meadow Ct
Las Vegas NV 89131

Ajay & Jennifer Jhaveri
Attn: Bankruptcy Desk/Managing Agent
180 Crooked Tree Dr
Las Vegas, NV 89148

Ajay & Jennifer Jhaveri
Attn: Bankruptcy Desk/Managing Agent
23324 Alamos Ln
Newhall, CA 91321

Ajit Dudheker
Attn: Bankruptcy Desk/Managing Agent
1112 Soto Pl
Placentia, CA 92870

Ajit Dudheker
Attn: Bankruptcy Desk/Managing Agent
235 Crooked Tree Dr
Las Vegas, NV 89148

Akira Saito
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 104
Las Vegas, NV 89113

Alan & Thitivan Wong
Attn: Bankruptcy Desk/Managing Agent
391 Blue Tee Ct
Las Vegas, NV 89148

Alan Bartlett
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 111
Las Vegas, NV 89113

Alan Bartlett
Attn: Bankruptcy Desk/Managing Agent
PO Box 240
Joshua Tree, CA 92252

Alan Guan
Attn: Bankruptcy Desk/Managing Agent
2095 Alcova Ridge Dr
Las Vegas, NV 89135

Alan Guan
Attn: Bankruptcy Desk/Managing Agent
278 Palm Trace Ave
Las Vegas, NV 89148

Alan Heck
Attn: Bankruptcy Desk/Managing Agent
9302 Orchid Pansy Ave
Las Vegas, NV 89148

Alan Hones
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2092
Las Vegas, NV 89148

Alba Decano
Attn: Bankruptcy Desk/Managing Agent
1560 Nightfall Ln
Chula Vista, CA 91915

Alba Decano
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 303
Las Vegas, NV 89113

Albert & Anita Panebianco
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 110
Las Vegas, NV 89113

Albert & Colleene Preciado
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2138
Las Vegas, NV 89148

Albert & Marilou Cruz
Attn: Bankruptcy Desk/Managing Agent
1492 Via Coronel
Palos Verdes Estates, CA 90274

Albert & Marilou Cruz
Attn: Bankruptcy Desk/Managing Agent
543 Halloran Springs Rd
Las Vegas, NV 89148

Albert & Marlene Montes
Attn: Bankruptcy Desk/Managing Agent
251 Tayman Park Ave
Las Vegas, NV 89148

Albert & Midrene Howell
Attn: Bankruptcy Desk/Managing Agent
249 Fairway Woods Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Albert Kamatoy
Attn: Bankruptcy Desk/Managing Agent
334 Harpers Ferry Ave
Las Vegas, NV 89148

Albert Petrossian
Attn: Bankruptcy Desk/Managing Agent
200 Tayman Park Ave
Las Vegas, NV 89148

Albertina Devilleda
Attn: Bankruptcy Desk/Managing Agent
170 Rusty Plank Ave
Las Vegas, NV 89148

Albertina Devilleda
Attn: Bankruptcy Desk/Managing Agent
2757 Lodestone Dr
Las Vegas, NV 89117

Alberto & Milagros Jones
Attn: Bankruptcy Desk/Managing Agent
294 Sea Rim Ave
Las Vegas, NV 89148

Alberto & Norma Casilla
Attn: Bankruptcy Desk/Managing Agent
125 Short Ruff Way
Las Vegas, NV 89148

Alberto & Norma Casilla
Attn: Bankruptcy Desk/Managing Agent
849 Berryessa St
Milpitas, CA 95035

Alberto Monteagudo
Attn: Bankruptcy Desk/Managing Agent
196 Flying Hills Ave
Las Vegas, NV 89148

Alberto Monteagudo
Attn: Bankruptcy Desk/Managing Agent
223 Wicked Wedge Way
Las Vegas, NV 89148

Alejandro Campos
Attn: Bankruptcy Desk/Managing Agent
9790 Marcelline Ave
Las Vegas, NV 89148

Alek Vienneau
Attn: Bankruptcy Desk/Managing Agent
310 Broken Par Dr
Las Vegas, NV 89148

Aleksey Galkin
Attn: Bankruptcy Desk/Managing Agent
181 Pocono Manor Ct
Las Vegas, NV 89148

Aleksey Galkin
Attn: Bankruptcy Desk/Managing Agent
59 Giotto
Aliso Viejo, CA 92656

Aleman Family
Attn: Bankruptcy Desk/Managing Agent
583 Center Green Dr
Las Vegas, NV 89148

Alenoush Davidian
Attn: Bankruptcy Desk/Managing Agent
5350 White Oak Ave Apt 410
Encino, CA 91316

Alenoush Davidian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2180
Las Vegas, NV 89148

Alex & Jan Cano
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 305
Las Vegas, NV 89113

Alex & Jan Cano
Attn: Bankruptcy Desk/Managing Agent
773 Creekside Pl
Chula Vista, CA 91914

Alex Buala
Attn: Bankruptcy Desk/Managing Agent
27962 Paseo Del Norte
San Juan Capistrano, CA 92675

Alex Buala
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1099
Las Vegas, NV 89148

Alexander & Alfred Chuang
Attn: Bankruptcy Desk/Managing Agent
2416 Greenwich St
San Francisco, CA 94123

Alexander & Alfred Chuang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2112
Las Vegas, NV 89148

Alexander Dryjenko
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 212
Las Vegas, NV 89113

Alexander Elizalde
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 109
Las Vegas, NV 89113

Alexandra Purba
Attn: Bankruptcy Desk/Managing Agent
251 Angels Trace Ct
Las Vegas, NV 89148

Alexandru Nedelcu
Attn: Bankruptcy Desk/Managing Agent
7264 Morrison St
Las Vegas, NV 89148

Alexandru Nedelcu
Attn: Bankruptcy Desk/Managing Agent
9731 Valmeyer Ave
Las Vegas, NV 89148

Alfonso & Reyna Bernal
Attn: Bankruptcy Desk/Managing Agent
70 Castle Creek Ct
Las Vegas, NV 89148

Alfonso & Reyna Bernal
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 212
Las Vegas, NV 89113

Alfonso Bernal
Attn: Bankruptcy Desk/Managing Agent
440 Center Green Dr
Las Vegas, NV 89148

Alfonso Bernal
Attn: Bankruptcy Desk/Managing Agent
70 Castle Creek Ct
Las Vegas, NV 89148

Alfredo & Cherry Tan
Attn: Bankruptcy Desk/Managing Agent
193 Short Ruff Way
Las Vegas, NV 89148

Alfredo & Cherry Tan
Attn: Bankruptcy Desk/Managing Agent
88 Salmon Wy
Unalaksa, AK 99685

Alfredo & Elva Mejia
Attn: Bankruptcy Desk/Managing Agent
9259 Tulip Trestle Ave
Las Vegas, NV 89148

Alfredo & Pilar Temoche
Attn: Bankruptcy Desk/Managing Agent
186 Hickory Heights Ave
Las Vegas, NV 89148

Alfredo & Pilar Temoche
Attn: Bankruptcy Desk/Managing Agent
3 Tall Ruff Dr
Las Vegas, NV 89148

Alfredo & Yolanda Magyawi
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 311
Las Vegas, NV 89113

Alfredo Temoche
Attn: Bankruptcy Desk/Managing Agent
42 Rancho Maria St
Las Vegas, NV 89148

Alfredo Temoche
Attn: Bankruptcy Desk/Managing Agent
45 Chateau Whistler Ct
Las Vegas, NV 89148

Alfredo Vera
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 206
Las Vegas, NV 89113

Ali Jordan
Attn: Bankruptcy Desk/Managing Agent
271 Waterton Lakes Ave
Las Vegas, NV 89148

Alice Abcarian
Attn: Bankruptcy Desk/Managing Agent
5350 White Oak Ave Apt 410
Encino, CA 91316

Alice Abcarian
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 312
Las Vegas, NV 89113

Alicia Francisco
Attn: Bankruptcy Desk/Managing Agent
13746 Reva Cir
Cerritos, CA 90703

Alicia Francisco
Attn: Bankruptcy Desk/Managing Agent
403 Hidden Hole Dr
Las Vegas, NV 89148

Alicia Sucholl
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1024
Las Vegas, NV 89148

Alifia Alimova
Attn: Bankruptcy Desk/Managing Agent
244 Soggy Ruff Way
Las Vegas, NV 89148

Alifia Alimova
Attn: Bankruptcy Desk/Managing Agent
258 Rolling Springs Dr
Las Vegas, NV 89148

Alimohammad Family
Attn: Bankruptcy Desk/Managing Agent
103 Red Tee Ln
Las Vegas, NV 89148

Alison Teitler
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 312
Las Vegas, NV 89113

All American Carpet Care
Attn: Bankruptcy Desk/Managing Agent
2756 North Green Valley Pkwy #108
Henderson NV 89014

Allard Family
Attn: Bankruptcy Desk/Managing Agent
4456 Fiore Bella Blvd
Las Vegas, NV 89135

Allard Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1115
Las Vegas, NV 89148

Allein & Claribel Victoria
Attn: Bankruptcy Desk/Managing Agent
259 Crooked Tree Dr
Las Vegas, NV 89148

Allen & Debbie Crow
Attn: Bankruptcy Desk/Managing Agent
349 Falcons Fire Ave
Las Vegas, NV 89148

Allen & Debbie Crow
Attn: Bankruptcy Desk/Managing Agent
8201 SW 13th St
Lincoln, NE 68523

Allen Corcoran
Attn: Bankruptcy Desk/Managing Agent
61 Dogwood Hills St
Las Vegas, NV 89148

Allen Corcoran
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 305
Las Vegas, NV 89113

Allison Ko
Attn: Bankruptcy Desk/Managing Agent
390 Fringe Ruff Dr
Las Vegas, NV 89148

Allison Reynolds
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 209
Las Vegas, NV 89113

Allison Reynolds
Attn: Bankruptcy Desk/Managing Agent
PO Box 103321
Denver, CO 80250

Alma Fernandez-Duran
Attn: Bankruptcy Desk/Managing Agent
178 Lenape Heights Ave
Las Vegas, NV 89148

Alma Fernandez-Duran
Attn: Bankruptcy Desk/Managing Agent
3420 SW 185th Ave
Miramar, FL 33029

Almas Mohammed
Attn: Bankruptcy Desk/Managing Agent
81 Rancho Maria St
Las Vegas, NV 89148

Almaz Belay
Attn: Bankruptcy Desk/Managing Agent
6747 Gold Yarrow St
Las Vegas, NV 89148

Alpheus & Daphne Naka
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1179
Las Vegas, NV 89148

Altobelli Family
Attn: Bankruptcy Desk/Managing Agent
387 Palm Trace Ave
Las Vegas, NV 89148

Alvin Tam
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 307
Las Vegas, NV 89113

Amado & Maritza Cotto
Attn: Bankruptcy Desk/Managing Agent
9315 Lemon Mint Ct
Las Vegas, NV 89148

Amalia Garcia
Attn: Bankruptcy Desk/Managing Agent
221 Waterton Lakes Ave
Las Vegas, NV 89148

Amalia Garcia
Attn: Bankruptcy Desk/Managing Agent
357 Deanne Ln
Daly City, CA 94014

Amanda & Ruben Urias
Attn: Bankruptcy Desk/Managing Agent
211 Duck Hollow Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                     Served 4/17/2009

Amanda Landry
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 313
Las Vegas, NV 89113

Amanda Marshall
Attn: Bankruptcy Desk/Managing Agent
352 Ladies Tee Ct
Las Vegas, NV 89148

Amanda Morris
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 207
Las Vegas, NV 89113

Amando & Ester Esguerra
Attn: Bankruptcy Desk/Managing Agent
298 Fairway Woods Dr
Las Vegas, NV 89148

Amando & Ester Esguerra
Attn: Bankruptcy Desk/Managing Agent
301 Angels Trace Ct
Las Vegas, NV 89148

Amando & Ester Esguerra
Attn: Bankruptcy Desk/Managing Agent
5279 Golden Eagle Ln
Roanoke, VA 24018

Amardeep & Bhupinder Khosa
Attn: Bankruptcy Desk/Managing Agent
297 Ladies Tee Ct
Las Vegas, NV 89148

Amarpreet Chadha
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 113
Las Vegas, NV 89113

Amarpreet Chadha
Attn: Bankruptcy Desk/Managing Agent
8425 Running Deer Ave Unit 204
Las Vegas, NV 89145

Amber Tyrrell
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 309
Las Vegas, NV 89113

Amelia & Rosulo Raguini
Attn: Bankruptcy Desk/Managing Agent
7306 Abbington Dr
Oxon Hill, MD 20745

Amelia & Rosulo Raguini
Attn: Bankruptcy Desk/Managing Agent
9664 Marcelline Ave
Las Vegas, NV 89148

Amelita & Armenio Iniego
Attn: Bankruptcy Desk/Managing Agent
292 Ladies Tee Ct
Las Vegas, NV 89148

Amelita & Armenio Iniego
Attn: Bankruptcy Desk/Managing Agent
8932 184th Pl
Hollis, NY 11423

Amer Hamed
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2005
Las Vegas, NV 89148

American Asphalt & Grading Co.
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield St.
N. Las Vegas, NV 89032

American Fence Inc.
Attn: Bankruptcy Desk/Managing Agent
4230 Losee Rd
N. Las Vegas NV 89030

American Home Mortgage Servicing
Attn: Bankruptcy Desk/Managing Agent
210 Crooked Tree Dr
Las Vegas, NV 89148

American Home Mortgage Servicing
Attn: Bankruptcy Desk/Managing Agent
4600 Regent Blvd Ste 200
Irving, TX 75063

American Mortgage Company
Attn: Bankruptcy Desk/Managing Agent
362 Turtle Peak Ave
Las Vegas, NV 89148

American Rent-A-Fence
Attn: Bankruptcy Desk/Managing Agent
4230 Losee Road
N Las Vegas NV  89030

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

Ammaar Kerio
Attn: Bankruptcy Desk/Managing Agent
196 Broken Putter Way
Las Vegas, NV 89148

Ammar Wehbeh
Attn: Bankruptcy Desk/Managing Agent
159 Tall Ruff Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                        Served 4/17/2009

AMPAM-RCR PLUMBING
Attn: Bankruptcy Desk/Managing Agent
3985 W Post Rd
Las Vegas, NV 89118

Amritraj Singh
Attn: Bankruptcy Desk/Managing Agent
199 Tall Ruff Dr
Las Vegas, NV 89148

Amy & Terence Chuang
Attn: Bankruptcy Desk/Managing Agent
2416 Greenwich St
San Francisco, CA 94123

Amy & Terence Chuang
Attn: Bankruptcy Desk/Managing Agent
394 First On Dr
Las Vegas, NV 89148

Amy Cheng
Attn: Bankruptcy Desk/Managing Agent
272 Turtle Peak Ave
Las Vegas, NV 89148

Amy Cheng
Attn: Bankruptcy Desk/Managing Agent
6825 Baby Jade Ct
Las Vegas, NV 89148

Amy Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2161
Las Vegas, NV 89148

An Mai
Attn: Bankruptcy Desk/Managing Agent
9663 Marcelline Ave
Las Vegas, NV 89148

An Nguyen
Attn: Bankruptcy Desk/Managing Agent
9720 Valmeyer Ave
Las Vegas, NV 89148

Ana Alba
Attn: Bankruptcy Desk/Managing Agent
211 S Painted Mountain Dr
Las Vegas, NV 89148

Anastasia Yudin
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 102
Las Vegas, NV 89113

Anchor Investments LLC
Attn: Bankruptcy Desk/Managing Agent
10161 Park Run Dr Ste 150
Las Vegas, NV 89145

Anchor Investments LLC
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 308
Las Vegas, NV 89113

Anderson Family
Attn: Bankruptcy Desk/Managing Agent
301 Arbour Garden Ave
Las Vegas, NV 89148

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
798 A Street
Las Vegas, NV 89106

Andre & Valerie Angles
Attn: Bankruptcy Desk/Managing Agent
460 Peralta Ave
Long Beach, CA 90803

Andre & Valerie Angles
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 107
Las Vegas, NV 89113

Andre Acopian
Attn: Bankruptcy Desk/Managing Agent
370 Tayman Park Ave
Las Vegas, NV 89148

Andre Angles
Attn: Bankruptcy Desk/Managing Agent
460 Peralta Avenue
Long Beach CA 90803

Andrea Anderson
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 306
Las Vegas, NV 89113

Andrea Anicete
Attn: Bankruptcy Desk/Managing Agent
291 Fairway Woods Dr
Las Vegas, NV 89148

Andrea Anicete
Attn: Bankruptcy Desk/Managing Agent
9295 Crosscourt Way
Elk Grove, CA 95624

Andrea Hadhazy
Attn: Bankruptcy Desk/Managing Agent
8980 Salvatore St
Las Vegas, NV 89148

Andrea Hadhazy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2144
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Andrea Serrano-Leon
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 207
Las Vegas, NV 89113

Andrea Thurman
Attn: Bankruptcy Desk/Managing Agent
9728 Ziegler Ave
Las Vegas, NV 89148

Andrei Ridetski
Attn: Bankruptcy Desk/Managing Agent
9297 Perennial Ave
Las Vegas, NV 89148

Andres Gueits
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 106
Las Vegas, NV 89113

Andrew & Alexandra Taxiarchos
Attn: Bankruptcy Desk/Managing Agent
277 Lakewood Garden Dr
Las Vegas, NV 89148

Andrew & Betty Zepeda
Attn: Bankruptcy Desk/Managing Agent
1556 W 221st St
Torrance, CA 90501

Andrew & Betty Zepeda
Attn: Bankruptcy Desk/Managing Agent
264 Spring Hollow Dr
Las Vegas, NV 89148

Andrew & Jamie Thomson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2168
Las Vegas, NV 89148

Andrew & Jamie Thomson
Attn: Bankruptcy Desk/Managing Agent
9264 Cabin Cove Ave
Las Vegas, NV 89148

Andrew Eusebio
Attn: Bankruptcy Desk/Managing Agent
566 Newberry Springs Dr
Las Vegas, NV 89148

Andrew Smith
Attn: Bankruptcy Desk/Managing Agent
617 Newberry Springs Dr
Las Vegas, NV 89148

Andrew Whittaker
Attn: Bankruptcy Desk/Managing Agent
9785 Kampsville Ave
Las Vegas, NV 89148

Andrew Yim
Attn: Bankruptcy Desk/Managing Agent
605 Newberry Springs Dr
Las Vegas, NV 89148

Angela Beard
Attn: Bankruptcy Desk/Managing Agent
6631 Creeping Thyme St
Las Vegas, NV 89148

Angelito & Ginalynn Bustos
Attn: Bankruptcy Desk/Managing Agent
559 Center Green Dr
Las Vegas, NV 89148

Angelito & Ginalynn Bustos
Attn: Bankruptcy Desk/Managing Agent
9534 Oakley Way
Elk Grove, CA 95624

Angelo & Giuseppina Mordini
Attn: Bankruptcy Desk/Managing Agent
160 S Painted Mountain Dr
Las Vegas, NV 89148

Angelo & Giuseppina Mordini
Attn: Bankruptcy Desk/Managing Agent
310 County Rd
Demarest, NJ 07627

Angelo Family
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 210
Las Vegas, NV 89113

Angelo Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 620402
Las Vegas, NV 89162

Angulo Family
Attn: Bankruptcy Desk/Managing Agent
129 Macoby Run St
Las Vegas, NV 89148

Angulo Family
Attn: Bankruptcy Desk/Managing Agent
459 S Azusa Ave Ste F
Azusa, CA 91702

Anicete Family
Attn: Bankruptcy Desk/Managing Agent
130 Corey Creek Ct
Las Vegas, NV 89148

Anicete Family
Attn: Bankruptcy Desk/Managing Agent
16623 Mount Michaelis Cir
Fountain Valley, CA 92708

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Anicia Delacruz
Attn: Bankruptcy Desk/Managing Agent
2844 Hillside Dr
Burlingame, CA 94010

Anicia Delacruz
Attn: Bankruptcy Desk/Managing Agent
9709 Waukegan Ave
Las Vegas, NV 89148

Anil Ranasinghe
Attn: Bankruptcy Desk/Managing Agent
21 Tall Ruff Dr
Las Vegas, NV 89148

Anis Zeid
Attn: Bankruptcy Desk/Managing Agent
238 Wicked Wedge Way
Las Vegas, NV 89148

Anis Zeid
Attn: Bankruptcy Desk/Managing Agent
PO Box 5131
Downey, CA 90241

Ankica Zguric
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 313
Las Vegas, NV 89113

Ann & Alan Chen
Attn: Bankruptcy Desk/Managing Agent
379 Blue Tee Ct
Las Vegas, NV 89148

Ann & Alan Chen
Attn: Bankruptcy Desk/Managing Agent
38627 Cherry Ln Apt 103
Fremont, CA 94536

Anna & Didier Honore
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 210
Las Vegas, NV 89113

Anna & Didier Honore
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Anna Decherico
Attn: Bankruptcy Desk/Managing Agent
331 Angels Trace Ct
Las Vegas, NV 89148

Anna Decherico
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1031
Las Vegas, NV 89148

Anna Dechirico
Attn: Bankruptcy Desk/Managing Agent
322 Turtle Peak Ave
Las Vegas, NV 89148

Anna Dechirico
Attn: Bankruptcy Desk/Managing Agent
331 Angels Trace Ct
Las Vegas, NV 89148

Anna Salcedo
Attn: Bankruptcy Desk/Managing Agent
62 Laying Up Ct
Las Vegas, NV 89148

Anna Slomka
Attn: Bankruptcy Desk/Managing Agent
323 Sea Rim Ave
Las Vegas, NV 89148

Anne Gleisner
Attn: Bankruptcy Desk/Managing Agent
229 Fairway Woods Dr
Las Vegas, NV 89148

Anne Gleisner
Attn: Bankruptcy Desk/Managing Agent
440 Pimlico Dr
Walnut Creek, CA 94597

Anne Tran
Attn: Bankruptcy Desk/Managing Agent
363 Cart Crossing Way
Las Vegas, NV 89148

Anne Tran
Attn: Bankruptcy Desk/Managing Agent
9658 Autumn Walk Pl
Elk Grove, CA 95757

Annie & Marcelino Dacanay
Attn: Bankruptcy Desk/Managing Agent
9756 Ziegler Ave
Las Vegas, NV 89148

Annie & Marcelino Dacanay
Attn: Bankruptcy Desk/Managing Agent
Psc 477 Box 6
FPO, AP 96306

Annie Chung
Attn: Bankruptcy Desk/Managing Agent
12663 Cheshire St
Norwalk, CA 90650

Annie Chung
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1176
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                           Served 4/17/2009

Anong Suphunthuchat
Attn: Bankruptcy Desk/Managing Agent
131 Red Tee Ln
Las Vegas, NV 89148

Anthony & Aaron Righellis
Attn: Bankruptcy Desk/Managing Agent
223 Sea Rim Ave
Las Vegas, NV 89148

Anthony & Aaron Righellis
Attn: Bankruptcy Desk/Managing Agent
2328 Timberline Way
Las Vegas, NV 89117

Anthony & Connie Li
Attn: Bankruptcy Desk/Managing Agent
92 Laying Up Ct
Las Vegas, NV 89148

Anthony & Denise Giorgione
Attn: Bankruptcy Desk/Managing Agent
537 Halloran Springs Rd
Las Vegas, NV 89148

Anthony & Donna-Lynn Williams
Attn: Bankruptcy Desk/Managing Agent
620 Newberry Springs Dr
Las Vegas, NV 89148

Anthony & Jacqueline Amadeo
Attn: Bankruptcy Desk/Managing Agent
25525 Jones Rd
Little Rock, AR 72223

Anthony & Jacqueline Amadeo
Attn: Bankruptcy Desk/Managing Agent
467 Newberry Springs Dr
Las Vegas, NV 89148

Anthony & Maricel Cabrera
Attn: Bankruptcy Desk/Managing Agent
125 Macoby Run St
Las Vegas, NV 89148

Anthony & Pamela Perrella
Attn: Bankruptcy Desk/Managing Agent
22 Cascade Lake St
Las Vegas, NV 89148

Anthony Disano
Attn: Bankruptcy Desk/Managing Agent
193 Hickory Heights Ave
Las Vegas, NV 89148

Anthony Muratore
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 304
Las Vegas, NV 89113

Anthony Perconte
Attn: Bankruptcy Desk/Managing Agent
260 Crooked Tree Dr
Las Vegas, NV 89148

Anthony Perconte
Attn: Bankruptcy Desk/Managing Agent
4265 W Post Rd
Las Vegas, NV 89118

Anthony Selemon
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 305
Las Vegas, NV 89113

Anthony Stulpin
Attn: Bankruptcy Desk/Managing Agent
8836 Citrus Ave
Westminster, CA 92683

Anthony Stulpin
Attn: Bankruptcy Desk/Managing Agent
9738 Kampsville Ave
Las Vegas, NV 89148

Anthony Sturdivant
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 113
Las Vegas, NV 89113

Anthony Sturdivant
Attn: Bankruptcy Desk/Managing Agent
8956 Changing Tides Ct
Las Vegas, NV 89149

Anthony Tillman
Attn: Bankruptcy Desk/Managing Agent
7109 S Durango Dr # 305
Las Vegas, NV 89113

Anthony Tillman
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 312
Las Vegas, NV 89113

Anthony Vanhang
Attn: Bankruptcy Desk/Managing Agent
8679 Lamar St
Spring Valley, CA 91977

Anthony Vanhang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2159
Las Vegas, NV 89148

Antigone Johnson
Attn: Bankruptcy Desk/Managing Agent
167 Duck Hollow Ave
Las Vegas, NV 89148

Anton & Carina Qiu
Attn: Bankruptcy Desk/Managing Agent
352 Cart Crossing Way
Las Vegas, NV 89148

Anton & Carina Qiu
Attn: Bankruptcy Desk/Managing Agent
69 Conejo Dr
Millbrae, CA 94030

Antonio & Laura Soto
Attn: Bankruptcy Desk/Managing Agent
545 Foster Springs Rd
Las Vegas, NV 89148

Antonio Deleon
Attn: Bankruptcy Desk/Managing Agent
430 First On Dr
Las Vegas, NV 89148

Antonio Litonjua
Attn: Bankruptcy Desk/Managing Agent
365 Blackstone River Ave
Las Vegas, NV 89148

Antonio Pagliaro
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 304
Las Vegas, NV 89113

Antonio Pagliaro
Attn: Bankruptcy Desk/Managing Agent
9333 Lincoln Blvd
Los Angeles, CA 90045

Antonio Quiogue
Attn: Bankruptcy Desk/Managing Agent
27 A Arquilla St
San Lorenzo Village Makati

Antonio Quiogue
Attn: Bankruptcy Desk/Managing Agent
94 Tall Ruff Dr
Las Vegas, NV 89148

Anussorn & Tipsupa Veradej
Attn: Bankruptcy Desk/Managing Agent
358 Palm Trace Ave
Las Vegas, NV 89148

Anyworld LLC
Attn: Bankruptcy Desk/Managing Agent
1350 E Flamingo Rd Ste 529
Las Vegas, NV 89119

Anyworld LLC
Attn: Bankruptcy Desk/Managing Agent
291 Cliff Valley Dr
Las Vegas, NV 89148

Anzhelika Nikolayeva
Attn: Bankruptcy Desk/Managing Agent
530 Halloran Springs Rd
Las Vegas, NV 89148

Anzhelika Nikolayeva
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 201
Las Vegas, NV 89113

Apichai Varunprabha
Attn: Bankruptcy Desk/Managing Agent
c/o Aranya Tangsuyanich
3726 Port Ritchey Street
Las Vegas NV 89147

Apple Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
1265 Rockpebble Avenue
N. Las Vegas NV 89030

April Deguzman
Attn: Bankruptcy Desk/Managing Agent
10141 Dragons Meadow Ct
Las Vegas, NV 89148

AR Iron LLC
Attn: Bankruptcy Desk/Managing Agent
1425 Athol Avenue
Henderson, NV 89015

Araneta Family
Attn: Bankruptcy Desk/Managing Agent
175 Rusty Plank Ave
Las Vegas, NV 89148

Arash Yazdanpanah
Attn: Bankruptcy Desk/Managing Agent
300 Tayman Park Ave
Las Vegas, NV 89148

Archie & Nelia Gadon
Attn: Bankruptcy Desk/Managing Agent
9253 Tulip Trestle Ave
Las Vegas, NV 89148

Ardyce Nelson
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 211
Las Vegas, NV 89113

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Arman Pirim
Attn: Bankruptcy Desk/Managing Agent
5710 Wallis Ln
Woodland Hills, CA 91367

Arman Pirim
Attn: Bankruptcy Desk/Managing Agent
9727 Waukegan Ave
Las Vegas, NV 89148

Armando & Beverly Alonzo
Attn: Bankruptcy Desk/Managing Agent
8783 Deer Creek Cir
Stockton, CA 95210

Armando & Beverly Alonzo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2052
Las Vegas, NV 89148

Armando Felix
Attn: Bankruptcy Desk/Managing Agent
1480 N Estate Dr
Tucson, AZ 85715

Armando Felix
Attn: Bankruptcy Desk/Managing Agent
622 Over Par Ct
Las Vegas, NV 89148

Armen Sarkisian
Attn: Bankruptcy Desk/Managing Agent
290 Tayman Park Ave
Las Vegas, NV 89148

Arnak & Maria Punlertpathanakon
Attn: Bankruptcy Desk/Managing Agent
9562 Lower Azusa Rd
Temple City, CA 91780

Arnak & Maria Punlertpathanakon
Attn: Bankruptcy Desk/Managing Agent
99 Rusty Springs Ct
Las Vegas, NV 89148

Arnold & Alma Santos
Attn: Bankruptcy Desk/Managing Agent
1217 Dream Brodge Dr
Las Vegas NV 89144

Arnold Pierce
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 213
Las Vegas, NV 89113

Arnold Snyder
Attn: Bankruptcy Desk/Managing Agent
19620 Hamlin St
Reseda, CA 91335

Arnold Snyder
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1138
Las Vegas, NV 89148

Arras Family
Attn: Bankruptcy Desk/Managing Agent
1041 Calle Parque Dr
El Paso, TX 79912

Arras Family
Attn: Bankruptcy Desk/Managing Agent
6738 Pastel Camellia St
Las Vegas, NV 89148

Art & Wenona Candalla
Attn: Bankruptcy Desk/Managing Agent
434 Center Green Dr
Las Vegas, NV 89148

Art & Wenona Candalla
Attn: Bankruptcy Desk/Managing Agent
8006 Avalon Island St
Las Vegas, NV 89139

Arthur & Editha Villanueva
Attn: Bankruptcy Desk/Managing Agent
429 Skyharbour Ln
Bay Point, CA 94565

Arthur & Editha Villanueva
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1124
Las Vegas, NV 89148

Arthur Cervantes
Attn: Bankruptcy Desk/Managing Agent
488 First On Dr
Las Vegas, NV 89148

Arthur Cervantes
Attn: Bankruptcy Desk/Managing Agent
5208 Sussex Pl
Newark, CA 94560

Arturo & Angela Gomez
Attn: Bankruptcy Desk/Managing Agent
9696 Valmeyer Ave
Las Vegas, NV 89148

Arturo & Maria Pantoja
Attn: Bankruptcy Desk/Managing Agent
237 Lenape Heights Ave
Las Vegas, NV 89148

Arturo & Maria Pantoja
Attn: Bankruptcy Desk/Managing Agent
9449 Lawger Ave
Skokie, IL 60077

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                      Served 4/17/2009

Arturo & Rosemarie Cordero
Attn: Bankruptcy Desk/Managing Agent
138 Wicked Wedge Way
Las Vegas, NV 89148

Arturo Luna
Attn: Bankruptcy Desk/Managing Agent
637 Belsay Castle Ct
Las Vegas, NV 89178

Arturo Luna
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 206
Las Vegas, NV 89113

Arun & Ruchi Sachdev
Attn: Bankruptcy Desk/Managing Agent
601 NW 154th Ct
Edmond, OK 73013

Arun & Ruchi Sachdev
Attn: Bankruptcy Desk/Managing Agent
77 Broken Putter Way
Las Vegas, NV 89148

Arun Mirchia
Attn: Bankruptcy Desk/Managing Agent
1605 NE 4th St
Moore, OK 73160

Arun Mirchia
Attn: Bankruptcy Desk/Managing Agent
179 Wicked Wedge Way
Las Vegas, NV 89148

Arutyun Gevorkyan
Attn: Bankruptcy Desk/Managing Agent
140 Macoby Run St
Las Vegas, NV 89148

Asael Aguilera
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 214
Las Vegas, NV 89113

Asalia McInerney
Attn: Bankruptcy Desk/Managing Agent
6726 Pastel Camellia St
Las Vegas, NV 89148

Asari Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 212
Las Vegas, NV 89113

Asari Family
Attn: Bankruptcy Desk/Managing Agent
84 Coelho Way
Honolulu, HI 96817

Aslam Ursani
Attn: Bankruptcy Desk/Managing Agent
9795 Waukegan Ave
Las Vegas, NV 89148

Astarita Family
Attn: Bankruptcy Desk/Managing Agent
6673 Bristow Falls Ct
Las Vegas, NV 89148

Astarita Family
Attn: Bankruptcy Desk/Managing Agent
7 Nerval
Newport Coast, CA 92657

Aster Gebrekirstos
Attn: Bankruptcy Desk/Managing Agent
626 Newberry Springs Dr
Las Vegas, NV 89148

Asuncion Family
Attn: Bankruptcy Desk/Managing Agent
282 Angels Trace Ct
Las Vegas, NV 89148

Ather Ahmed
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 310
Las Vegas, NV 89113

Ather Ahmed
Attn: Bankruptcy Desk/Managing Agent
9065 McLeod Dr
Henderson, NV 89074

Augusto & Josephine Sarmiento
Attn: Bankruptcy Desk/Managing Agent
4731 Poppywood Dr
Las Vegas, NV 89147

Augusto & Josephine Sarmiento
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 109
Las Vegas, NV 89113

Aurealyn & Michael Mirabel
Attn: Bankruptcy Desk/Managing Agent
386 Center Green Dr
Las Vegas, NV 89148

Aurealyn & Michael Mirabel
Attn: Bankruptcy Desk/Managing Agent
4287 Clarinbridge Cir
Dublin, CA 94568

Aurelio R Gascon
Attn: Bankruptcy Desk/Managing Agent
1800 Edmond St
Las Vegas, NV

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
152 Dog Leg Dr
Las Vegas, NV 89148

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
2617 College Park
Scottsbluff, NE 69361

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
31 Sandy Bunker Ln
Las Vegas, NV 89148

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
327 Inverness Dr S
Englewood, CO 80112

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
339 Falcons Fire Ave
Las Vegas, NV 89148

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
367 Dog Leg Dr
Las Vegas, NV 89148

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 113
Las Vegas, NV 89113

Austin & Elise Burnett
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 207
Las Vegas, NV 89113

Avelo Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
362 Grandover Ct
Las Vegas, NV 89148

Avelo Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

Azatuhi Setoyan
Attn: Bankruptcy Desk/Managing Agent
221 Lenape Heights Ave
Las Vegas, NV 89148

Azim Patel
Attn: Bankruptcy Desk/Managing Agent
2640 E Barnett Rd # E-335
Medford, OR 97504

Azim Patel
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1021
Las Vegas, NV 89148

B & C Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
850 S. Boulder Highway # 190
Henderson NV 89015

B & F Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
2735 Simmons St.  #100
N Las Vegas NV 89032

B Christie Jones
Attn: Bankruptcy Desk/Managing Agent
2332 Tilden Way
Henderson, NV 89074

B Christie Jones
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 202
Las Vegas, NV 89113

B.D. Trim
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly Ave. Suite B
Las Vegas NV 89122-7655

Bailey Family
Attn: Bankruptcy Desk/Managing Agent
242 Thistle Ln
Eureka, CA 95503

Bailey Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1156
Las Vegas, NV 89148

Bair's Carpet Valley - C
Attn: Bankruptcy Desk/Managing Agent
BAIRIE/LOLA
7465 West Sunset Road
Suite 1200
Las Vegas NV 89113

Balbir & Satvinder Dhillon
Attn: Bankruptcy Desk/Managing Agent
44750 Montclair Ct
Fremont, CA 94539

Balbir & Satvinder Dhillon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1053
Las Vegas, NV 89148

Bancroft, Susa & Galloway
Attn: Bankruptcy Desk/Managing Agent
4713 E. Camp Lowell Drive
Tucson AZ 85712

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                          Served 4/17/2009

Bank America National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
10790 Rancho Bernardo Rd
San Diego, CA 92127

Bank America National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
241 Crooked Putter Dr
Las Vegas, NV 89148

Bank America National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank America National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9770 Kampsville Ave
Las Vegas, NV 89148

Bank Citibank N A Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank Citibank N A Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1172
Las Vegas, NV 89148

Bank Countrywide F S B
Attn: Bankruptcy Desk/Managing Agent
168 Macoby Run St
Las Vegas, NV 89148

Bank Countrywide F S B
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Countrywide F S B Trs
Attn: Bankruptcy Desk/Managing Agent
217 Wicked Wedge Way
Las Vegas, NV 89148

Bank Countrywide F S B Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Deutsche National Tr Co
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Deutsche National Tr Co
Attn: Bankruptcy Desk/Managing Agent
86 Laying Up Ct
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
139 Wicked Wedge Way
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
150 Allegheny Center Mall # 24-050
Pittsburgh, PA 15212

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andrew Pl
Santa Ana, CA 92705

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andrew Pl # B150
Santa Ana, CA 92705

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
162 Short Ruff Way
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
168 Short Ruff Way
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
169 Rusty Plank Ave
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
191 Flying Hills Ave
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
298 Ladies Tee Ct
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
323 Dog Leg Dr
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
421 Hidden Hole Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                          Served 4/17/2009

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr # 600
Houston, TX 77081

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
6639 Babys Tear Pl
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
701 Corporate Center Dr
Raleigh, NC 27607

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 308
Las Vegas, NV 89113

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 310
Las Vegas, NV 89113

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 305
Las Vegas, NV 89113

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 311
Las Vegas, NV 89113

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 214
Las Vegas, NV 89113

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2087
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2132
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
9669 Marcelline Ave
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
9693 Marcelline Ave
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
PO Box 11000
Santa Ana, CA 92711

Bank Deutsche Natl Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Deutsche Natl Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
6627 Babys Tear Pl
Las Vegas, NV 89148

Bank Flagstar F S B
Attn: Bankruptcy Desk/Managing Agent
5151 Corporate Dr
Troy, MI 48098

Bank Flagstar F S B
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2121
Las Vegas, NV 89148

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
2929 Walden Ave
Depew, NY 14043

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr # 600
Houston, TX 77081

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 104
Las Vegas, NV 89113

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 213
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 307
Las Vegas, NV 89113

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 311
Las Vegas, NV 89113

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank H S B C USA Trs
Attn: Bankruptcy Desk/Managing Agent
340 Falcons Fire Ave
Las Vegas, NV 89148

Bank H S B C USA Trs
Attn: Bankruptcy Desk/Managing Agent
8100 Nations Way
Jacksonville, FL 32256

Bank Indymac F S B
Attn: Bankruptcy Desk/Managing Agent
6854 Rose Mallow St
Las Vegas, NV 89148

Bank Indymac F S B
Attn: Bankruptcy Desk/Managing Agent
6900 Beatrice Dr
Kalamazoo, MI 49009

Bank J P Morgan Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
125 Quail Valley St
Las Vegas, NV 89148

Bank J P Morgan Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Bank La Salle N A Trs
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Bank La Salle N A Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2131
Las Vegas, NV 89148

Bank Lasalle N A Trs
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 312
Las Vegas, NV 89113

Bank Lasalle National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
150 Allegheny Center Mall
Pittsburgh, PA 15212

Bank Lasalle National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
150 Allegheny Ctr Idc 24-050
Pittsburgh, PA 15202

Bank Lasalle National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
303 Harpers Ferry Ave
Las Vegas, NV 89148

Bank Lasalle National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
78 Sunset Bay St
Las Vegas, NV 89148

Bank Morgan J P Chase N A Trs
Attn: Bankruptcy Desk/Managing Agent
2780 Lake Vista Dr
Lewisville, TX 75067

Bank Morgan J P Chase N A Trs
Attn: Bankruptcy Desk/Managing Agent
6817 Rose Mallow St
Las Vegas, NV 89148

Bank Morgan J P Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 214
Las Vegas, NV 89113

Bank Morgan J P Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Bank Morgan J P Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1088
Las Vegas, NV 89148

Bank Morgan J P Chase Trs
Attn: Bankruptcy Desk/Managing Agent
345 Cart Crossing Way
Las Vegas, NV 89148

Bank Morgan J P Chase Trs
Attn: Bankruptcy Desk/Managing Agent
475 Crosspoint Pkwy
Getzville, NY 14068

Bank New York Mellon Trs
Attn: Bankruptcy Desk/Managing Agent
286 Broken Par Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Bank New York Mellon Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
111 Tall Ruff Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
115 Red Tee Ln
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
156 Macoby Run St
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
228 Dog Leg Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
355 Dog Leg Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
372 Cart Crossing Way
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
375 Center Green Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
376 Broken Par Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Wy Sv-35
Simi Valley, CA 93065

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
411 Center Green Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
412 First On Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
442 First On Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
49 Laying Up Ct
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
494 Center Green Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
543 Center Green Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
548 Newberry Springs Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 313
Las Vegas, NV 89113

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 307
Las Vegas, NV 89113

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
76 Dixie Springs Ct
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
85 Sully Creek Ct
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1171
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail | Served 4/17/2009

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
9685 Waukegan Ave
Las Vegas, NV 89148

Bank U S N A Trs
Attn: Bankruptcy Desk/Managing Agent
1575 Palm Beach Lakes
West Palm Beach, FL 33401

Bank U S N A Trs
Attn: Bankruptcy Desk/Managing Agent
259 Rustic Club Way
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
1417 N Magnolia Ave
Ocala, FL 34475

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
147 Broken Putter Way
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
153 Tall Ruff Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
1575 Palm Beach Lakes
West Palm Beach, FL 33401

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
159 Dog Leg Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
3 Ada
Irvine, CA 92618

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
3415 Vision Dr
Columbus, OH 43219

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
359 Center Green Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
373 Dog Leg Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
376 Blackstone River Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
400 Coutnrywide Wy Sv-35
Simi Valley, CA 93065

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
465 Center Green Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
466 Foster Springs Rd
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
560 Halloran Springs Rd
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
701 Corporate Center Dr
Raleigh, NC 27607

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 207
Las Vegas, NV 89113

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 109
Las Vegas, NV 89113

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
81 Sunset Bay St
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                          Served 4/17/2009

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9665 Kampsville Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9694 Dieterich Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9733 Waukegan Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9754 Kampsville Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9772 Waukegan Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
999 NW Grand Blvd Ste 100
Oklahoma City, OK 73118

Bank U S National Association Tr
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 309
Las Vegas, NV 89113

Bank U S National Association Tr
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank Wachovia N A
Attn: Bankruptcy Desk/Managing Agent
172 Macoby Run St
Las Vegas, NV 89148

Bank Wachovia N A
Attn: Bankruptcy Desk/Managing Agent
701 Corporate Center Dr
Raleigh, NC 27607

Bank Wells Fargo N A
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Wells Fargo N A
Attn: Bankruptcy Desk/Managing Agent
476 First On Dr
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
1100 Virginia Dr
Fort Washington, PA 19034

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
160 Flying Hills Ave
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andrew Pl
Santa Ana, CA 92705

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andrew Pl # B150
Santa Ana, CA 92705

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
2300 Brookstone Centre Pkwy
Columbus, GA 31904

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
316 Broken Par Dr
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
3815 S West Temple
Salt Lake City, UT 84115

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
67 Laying Up Ct
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
701 Corporate Center Dr
Raleigh, NC 27607

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 305
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9255 Dames Rocket Pl
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9654 Dieterich Ave
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9663 Valmeyer Ave
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9708 Kampsville Ave
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9781 Marcelline Ave
Las Vegas, NV 89148

Bank Wells Fargo Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
2780 Lake Vista Dr
Lewisville, TX 75067

Bank Wells Fargo Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
502 Foster Springs Rd
Las Vegas, NV 89148

Barbara & Michael Victor
Attn: Bankruptcy Desk/Managing Agent
340 Cart Crossing Way
Las Vegas, NV 89148

Barbara & Michael Victor
Attn: Bankruptcy Desk/Managing Agent
506 21st St
Huntington Beach, CA 92648

Barbara Bird
Attn: Bankruptcy Desk/Managing Agent
10500 Shore Front Pkwy Apt 8H
Rockaway Park, NY 11694

Barbara Bird
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1038
Las Vegas, NV 89148

Barbara Bloyer
Attn: Bankruptcy Desk/Managing Agent
1905 Stonehaven Cir
Las Vegas, NV 89108

Barbara Bloyer
Attn: Bankruptcy Desk/Managing Agent
9761 Valmeyer Ave
Las Vegas, NV 89148

Barbara Funtila
Attn: Bankruptcy Desk/Managing Agent
161 Water Hazard Ln
Las Vegas, NV 89148

Barbara Funtila
Attn: Bankruptcy Desk/Managing Agent
4236 Frost Way
Modesto, CA 95356

Barbara Hemberg
Attn: Bankruptcy Desk/Managing Agent
266 Caddy Bag Ct
Las Vegas, NV 89148

Barbara Kilbane
Attn: Bankruptcy Desk/Managing Agent
507 Potters Ct
Holland, PA 18966

Barbara Kilbane
Attn: Bankruptcy Desk/Managing Agent
9745 Valmeyer Ave
Las Vegas, NV 89148

Barbara Mylar
Attn: Bankruptcy Desk/Managing Agent
186 Short Ruff Way
Las Vegas, NV 89148

Barrera Family
Attn: Bankruptcy Desk/Managing Agent
11025 Mount Royal Ave
Las Vegas, NV 89144

Barrera Family
Attn: Bankruptcy Desk/Managing Agent
60 Dixie Springs Ct
Las Vegas, NV 89148

Barri Levy
Attn: Bankruptcy Desk/Managing Agent
249 Falcons Fire Ave
Las Vegas, NV 89148

Barri Levy
Attn: Bankruptcy Desk/Managing Agent
341 Turtle Peak Ave
Las Vegas, NV 89148

Barron & Barbara Ramos
Attn: Bankruptcy Desk/Managing Agent
32 Sandy Bunker Ln
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Barry Drucker
Attn: Bankruptcy Desk/Managing Agent
165 Wicked Wedge Way
Las Vegas, NV 89148

Barry Green
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 107
Las Vegas, NV 89113

Barry Green
Attn: Bankruptcy Desk/Managing Agent
PO Box 400312
Las Vegas, NV 89140

Barry Michaels
Attn: Bankruptcy Desk/Managing Agent
43 Diamond Run St
Las Vegas, NV 89148

Barry Ogawa
Attn: Bankruptcy Desk/Managing Agent
28004A S Western Ave # 209
San Pedro, CA 90732

Barry Ogawa
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 211
Las Vegas, NV 89113

Bart & Collin Webster
Attn: Bankruptcy Desk/Managing Agent
445 S Millhollow Rd
Rexburg, ID 83440

Bart & Collin Webster
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2135
Las Vegas, NV 89148

Baudhuin Family
Attn: Bankruptcy Desk/Managing Agent
1616 Arden Ave
Rockford, IL 61107

Baudhuin Family
Attn: Bankruptcy Desk/Managing Agent
86 Sully Creek Ct
Las Vegas, NV 89148

Baxter Family
Attn: Bankruptcy Desk/Managing Agent
10 Indian Run Way
Las Vegas, NV 89148

Beatriz Cani
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 210
Las Vegas, NV 89113

Beesabathuni & Uma Murthy
Attn: Bankruptcy Desk/Managing Agent
392 Arbour Garden Ave
Las Vegas, NV 89148

Belinda Dan
Attn: Bankruptcy Desk/Managing Agent
300 Falcons Fire Ave
Las Vegas, NV 89148

Bell, Boyd & Lloyd
Attn: Bankruptcy Desk/Managing Agent
1615 L Street N.W. Ste 1200
Washington DC 20036-5610

Belle Miller
Attn: Bankruptcy Desk/Managing Agent
4138 Vicksburg
North Highlands CA 95660

Ben Ng
Attn: Bankruptcy Desk/Managing Agent
1707 15th Ave
San Francisco, CA 94122

Ben Ng
Attn: Bankruptcy Desk/Managing Agent
39 Sully Creek Ct
Las Vegas, NV 89148

Benda Family
Attn: Bankruptcy Desk/Managing Agent
2929 Ashby Ave
Las Vegas, NV 89102

Benda Family
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 103
Las Vegas, NV 89113

Benita Fontenette
Attn: Bankruptcy Desk/Managing Agent
1027 Regatta Pt
Hercules, CA 94547

Benita Fontenette
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1140
Las Vegas, NV 89148

Benita Fontenette
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2032
Las Vegas, NV 89148

Benjamin & Vineeta Koshy
Attn: Bankruptcy Desk/Managing Agent
284 Crooked Tree Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Benjamin & Wan Li
Attn: Bankruptcy Desk/Managing Agent
28110 Hayward Dr
Castaic, CA 91384

Benjamin & Wan Li
Attn: Bankruptcy Desk/Managing Agent
82 Tall Ruff Dr
Las Vegas, NV 89148

Benjamin Aganon
Attn: Bankruptcy Desk/Managing Agent
603 Halloran Springs Rd
Las Vegas, NV 89148

Benjamin Chan
Attn: Bankruptcy Desk/Managing Agent
6672 Bristow Falls Ct
Las Vegas, NV 89148

Benjie Ebalo
Attn: Bankruptcy Desk/Managing Agent
176 Macoby Run St
Las Vegas, NV 89148

Benny Tan
Attn: Bankruptcy Desk/Managing Agent
191 Rancho Maria St
Las Vegas, NV 89148

Bernard Go
Attn: Bankruptcy Desk/Managing Agent
3424 Wren Ave
Concord, CA 94519

Bernard Go
Attn: Bankruptcy Desk/Managing Agent
427 Hidden Hole Dr
Las Vegas, NV 89148

Bernard McCarron
Attn: Bankruptcy Desk/Managing Agent
72 Arcadian Shores St
Las Vegas, NV 89148

Bernardo & Jeslisa Anonuevo
Attn: Bankruptcy Desk/Managing Agent
296 Brushy Creek Ave
Las Vegas, NV 89148

Bernardo & Jeslisa Anonuevo
Attn: Bankruptcy Desk/Managing Agent
66 Big Creek Ct
Las Vegas, NV 89148

Bessie Rahman
Attn: Bankruptcy Desk/Managing Agent
4035 S Indiana Ave
Chicago, IL 60653

Bessie Rahman
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 211
Las Vegas, NV 89113

Beth & Dean Hoff
Attn: Bankruptcy Desk/Managing Agent
9777 Kampsville Ave
Las Vegas, NV 89148

Beth & Kenneth Lee
Attn: Bankruptcy Desk/Managing Agent
585 Over Par Ct
Las Vegas, NV 89148

Bethany & Scott Riley
Attn: Bankruptcy Desk/Managing Agent
9691 Waukegan Ave
Las Vegas, NV 89148

Beti Iranosian
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 107
Las Vegas, NV 89113

Beti Iranosian
Attn: Bankruptcy Desk/Managing Agent
8422 Petaluma Dr
Sun Valley, CA 91352

Betty Maynard
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 203
Las Vegas, NV 89113

Betty Napier
Attn: Bankruptcy Desk/Managing Agent
28106 Bellcrest St
Farmington Hills, MI 48334

Betty Napier
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 109
Las Vegas, NV 89113

Betty Tealdo
Attn: Bankruptcy Desk/Managing Agent
454 First On Dr
Las Vegas, NV 89148

Beverly Baker
Attn: Bankruptcy Desk/Managing Agent
11388 Orazio Dr
Las Vegas, NV 89138

Beverly Baker
Attn: Bankruptcy Desk/Managing Agent
248 Dog Leg Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Beverly Glade
Attn: Bankruptcy Desk/Managing Agent
6623 Dapple Gray Rd
Las Vegas, NV 89148

Beverly Morris
Attn: Bankruptcy Desk/Managing Agent
6869 Scarlet Flax St
Las Vegas, NV 89148

Beverly Morris
Attn: Bankruptcy Desk/Managing Agent
PO Box 1382
Marina, CA 93933

Bevien Family
Attn: Bankruptcy Desk/Managing Agent
292 Arbour Garden Ave
Las Vegas, NV 89148

Bijan & Schokough Jaber-Ansari
Attn: Bankruptcy Desk/Managing Agent
222 Hickory Heights Ave
Las Vegas, NV 89148

Bijan & Schokough Jaber-Ansari
Attn: Bankruptcy Desk/Managing Agent
43 Back Spin Ct
Las Vegas, NV 89148

Bijan & Schokouh Jaber-Ansari
Attn: Bankruptcy Desk/Managing Agent
43 Back Spin Ct
Las Vegas, NV 89148

Bik Leong
Attn: Bankruptcy Desk/Managing Agent
344 Harpers Ferry Ave
Las Vegas, NV 89148

Bill & Eva Chan
Attn: Bankruptcy Desk/Managing Agent
288 Palm Trace Ave
Las Vegas, NV 89148

Bill Subin
Attn: Bankruptcy Desk/Managing Agent
234 Rolling Springs Dr
Las Vegas, NV 89148

Bill Subin
Attn: Bankruptcy Desk/Managing Agent
31 Sunshine Coast Ln
Las Vegas, NV 89148

Billie Coleman
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 309
Las Vegas, NV 89113

Billy & Rosalie Guzon
Attn: Bankruptcy Desk/Managing Agent
9253 Orchid Pansy Ave
Las Vegas, NV 89148

Billy & Rosalie Guzon
Attn: Bankruptcy Desk/Managing Agent
94-534 Hokuala St
Mililani, HI 96789

Billy Johnson
Attn: Bankruptcy Desk/Managing Agent
350 Renton Ave S
Renton, WA 98057

Billy Johnson
Attn: Bankruptcy Desk/Managing Agent
379 Cart Crossing Way
Las Vegas, NV 89148

Bing Lei
Attn: Bankruptcy Desk/Managing Agent
141 Sandy Bunker Ln
Las Vegas, NV 89148

Blair & Kristen Tompkins
Attn: Bankruptcy Desk/Managing Agent
151 Wicked Wedge Way
Las Vegas, NV 89148

Blanca Placz
Attn: Bankruptcy Desk/Managing Agent
332 Angels Trace Ct
Las Vegas, NV 89148

Blanca Placz
Attn: Bankruptcy Desk/Managing Agent
357 Lakewood Garden Dr
Las Vegas, NV 89148

Blonn Family
Attn: Bankruptcy Desk/Managing Agent
133 Chateau Whistler Ct
Las Vegas, NV 89148

Blonn Family
Attn: Bankruptcy Desk/Managing Agent
4045 S Buffalo Dr # A101-154
Las Vegas, NV 89147

Blue Ribbon Stairs
Attn: Bankruptcy Desk/Managing Agent
5860 Alder Avenue
Suite 500
Sacramento CA 95828-1114

Bluewater Family LP
Attn: Bankruptcy Desk/Managing Agent
4515 Copper Sage St Ste 100
Las Vegas, NV 89115

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Bluewater Family LP
Attn: Bankruptcy Desk/Managing Agent
6803 Rose Mallow St
Las Vegas, NV 89148

Bobby Kesser
Attn: Bankruptcy Desk/Managing Agent
115 Wicked Wedge Way
Las Vegas, NV 89148

Bogdan & Emanuela Limpede
Attn: Bankruptcy Desk/Managing Agent
1815 S Welch Cir
Lakewood, CO 80228

Bogdan & Emanuela Limpede
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 107
Las Vegas, NV 89113

Bok & Onjung Hwang
Attn: Bankruptcy Desk/Managing Agent
245 Duck Hollow Ave
Las Vegas, NV 89148

Bolyvong & Ounhcuan Tanovan
Attn: Bankruptcy Desk/Managing Agent
15795 SW Bobwhite Cir
Beaverton, OR 97007

Bolyvong & Ounhcuan Tanovan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2045
Las Vegas, NV 89148

Bonanni Family
Attn: Bankruptcy Desk/Managing Agent
27 Panorama Crest Ave
Las Vegas, NV 89135

Bonanni Family
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 109
Las Vegas, NV 89113

Bonnie & Rami Avischai
Attn: Bankruptcy Desk/Managing Agent
8665 Martinique Bay Ln
Las Vegas, NV 89147

Bonnie & Rami Avischai
Attn: Bankruptcy Desk/Managing Agent
9721 Dieterich Ave
Las Vegas, NV 89148

Bonny Yau
Attn: Bankruptcy Desk/Managing Agent
524 Quail Walk Way
Rio Vista, CA 94571

Bonny Yau
Attn: Bankruptcy Desk/Managing Agent
62 Sandy Bunker Ln
Las Vegas, NV 89148

Boris Zaitsev
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 208
Las Vegas, NV 89113

Borka Samardzija
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2072
Las Vegas, NV 89148

Bradley & Susan Dickinson
Attn: Bankruptcy Desk/Managing Agent
65 Sunset Bay St
Las Vegas, NV 89148

Brandan Reilly
Attn: Bankruptcy Desk/Managing Agent
9736 Marcelline Ave
Las Vegas, NV 89148

Brandi Kjose
Attn: Bankruptcy Desk/Managing Agent
9304 Perennial Ave
Las Vegas, NV 89148

Brandon & Myline Dahle
Attn: Bankruptcy Desk/Managing Agent
99 Tall Ruff Dr
Las Vegas, NV 89148

Brandon Ilic
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 213
Las Vegas, NV 89113

Brandon Iron
Attn: Bankruptcy Desk/Managing Agent
3965 W. Oquendo Rd.
Las Vegas NV 89118

Brandon Knowles
Attn: Bankruptcy Desk/Managing Agent
6868 Scarlet Flax St
Las Vegas, NV 89148

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
1183 Center Point Drive
Henderson, NV 89074

Brazeau Family
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 113
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                        Served 4/17/2009

Brenda & Maximo Dumpit
Attn: Bankruptcy Desk/Managing Agent
14 Chalon Cir
Salinas, CA 93901

Brenda & Maximo Dumpit
Attn: Bankruptcy Desk/Managing Agent
205 Short Ruff Way
Las Vegas, NV 89148

Brenda Graham
Attn: Bankruptcy Desk/Managing Agent
2525 Nostrand Ave Apt 3L
Brooklyn, NY 11210

Brenda Graham
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 312
Las Vegas, NV 89113

Brenda Wong
Attn: Bankruptcy Desk/Managing Agent
269 Tie Breaker Ct
Las Vegas, NV 89148

Brendan & Maria Sheehan
Attn: Bankruptcy Desk/Managing Agent
344 Dog Leg Dr
Las Vegas, NV 89148

Brendan & Maria Sheehan
Attn: Bankruptcy Desk/Managing Agent
7380 Celata Ln
San Diego, CA 92129

Brent & Brandy McDonnell
Attn: Bankruptcy Desk/Managing Agent
7480 Europa Dr
Sparks, NV 89436

Brent & Brandy McDonnell
Attn: Bankruptcy Desk/Managing Agent
9256 Blue Flax Pl
Las Vegas, NV 89148

Brent Ball
Attn: Bankruptcy Desk/Managing Agent
1037 4th St Apt G
Santa Monica, CA 90403

Brent Ball
Attn: Bankruptcy Desk/Managing Agent
381 Tayman Park Ave
Las Vegas, NV 89148

Brett & Christine Draper
Attn: Bankruptcy Desk/Managing Agent
168 Crooked Tree Dr
Las Vegas, NV 89148

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Brett Okun
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2086
Las Vegas, NV 89148

Brian & Amy Greenhouse
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2037
Las Vegas, NV 89148

Brian & Amy Greenhouse
Attn: Bankruptcy Desk/Managing Agent
PO Box 2684
Centennial, CO 80161

Brian & Candy Garrison
Attn: Bankruptcy Desk/Managing Agent
159 Crooked Putter Dr
Las Vegas, NV 89148

Brian & Joann Stephens
Attn: Bankruptcy Desk/Managing Agent
3249 Robins Creek Pl
Las Vegas, NV 89135

Brian & Joann Stephens
Attn: Bankruptcy Desk/Managing Agent
365 Foster Springs Rd
Las Vegas, NV 89148

Brian & Jody Heidorn
Attn: Bankruptcy Desk/Managing Agent
361 Dog Leg Dr
Las Vegas, NV 89148

Brian & Joli Pauling
Attn: Bankruptcy Desk/Managing Agent
52 Tall Ruff Dr
Las Vegas, NV 89148

Brian Cupery
Attn: Bankruptcy Desk/Managing Agent
367 Palm Trace Ave
Las Vegas, NV 89148

Brian Meek
Attn: Bankruptcy Desk/Managing Agent
4122 Long Cove Cir
Corona, CA 92883

Brian Meek
Attn: Bankruptcy Desk/Managing Agent
95 Sully Creek Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Brian Trinidad
Attn: Bankruptcy Desk/Managing Agent
278 Dog Leg Dr
Las Vegas, NV 89148

Brian Trinidad
Attn: Bankruptcy Desk/Managing Agent
3736 Ackerman Dr
Los Angeles, CA 90065

Bridgit Endicott
Attn: Bankruptcy Desk/Managing Agent
108 Wicked Wedge Way
Las Vegas, NV 89148

Brooks Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
206 Locust Valley Ave
Las Vegas, NV 89148

Brooks Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
9101 W Sahara Ave # 105-B34
Las Vegas, NV 89117

Brown Family
Attn: Bankruptcy Desk/Managing Agent
337 Velino Ave
Las Vegas, NV 89123

Brown Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 109
Las Vegas, NV 89113

Brown Family
Attn: Bankruptcy Desk/Managing Agent
9305 Perennial Ave
Las Vegas, NV 89148

Bruce & Rene McNeill
Attn: Bankruptcy Desk/Managing Agent
15001 Spillman Ranch Loop
Austin, TX 78738

Bruce & Rene McNeill
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 309
Las Vegas, NV 89113

Bruce Barrett
Attn: Bankruptcy Desk/Managing Agent
330 Blue Heron Ln
Missoula, MT 59804

Bruce Barrett
Attn: Bankruptcy Desk/Managing Agent
9713 Valmeyer Ave
Las Vegas, NV 89148

Bruce Frost
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1033
Las Vegas, NV 89148

Bruce Frost
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1034
Las Vegas, NV 89148

Bruce Frost
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1036
Las Vegas, NV 89148

Bruce Frost
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2033
Las Vegas, NV 89148

Bruce Jorgenson
Attn: Bankruptcy Desk/Managing Agent
268 Soggy Ruff Way
Las Vegas, NV 89148

Bruce Jorgenson
Attn: Bankruptcy Desk/Managing Agent
923 S 80th St
Mesa, AZ 85208

Bruce Wallace
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 309
Las Vegas, NV 89113

Bryan & Song Ngo
Attn: Bankruptcy Desk/Managing Agent
103 Cascade Lake St
Las Vegas, NV 89148

Bryan & Song Ngo
Attn: Bankruptcy Desk/Managing Agent
179 Flying Hills Ave
Las Vegas, NV 89148

Bryan Barancik
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 204
Las Vegas, NV 89113

Bryan Lowe
Attn: Bankruptcy Desk/Managing Agent
281 Angels Trace Ct
Las Vegas, NV 89148

Brynn Butzman
Attn: Bankruptcy Desk/Managing Agent
193 Fairway Woods Dr
Las Vegas, NV 89148

Bubonocich Family
Attn: Bankruptcy Desk/Managing Agent
94 Arcadian Shores St
Las Vegas, NV 89148

Bud & Jennifer Buehler
Attn: Bankruptcy Desk/Managing Agent
7641 Rolling View Dr Unit 201
Las Vegas, NV 89149

Bud & Jennifer Buehler
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2015
Las Vegas, NV 89148

Buenaventura Family
Attn: Bankruptcy Desk/Managing Agent
415 Hidden Hole Dr
Las Vegas, NV 89148

Buenaventura Family
Attn: Bankruptcy Desk/Managing Agent
4262 Gallagher Rd
Rio Oso, CA 95674

Buensolito Bonacua
Attn: Bankruptcy Desk/Managing Agent
226 Bobolink Way
Hercules, CA 94547

Buensolito Bonacua
Attn: Bankruptcy Desk/Managing Agent
6877 Rose Mallow St
Las Vegas, NV 89148

Bunchhoeun & Moniroth Long
Attn: Bankruptcy Desk/Managing Agent
286 Fairway Woods Dr
Las Vegas, NV 89148

Bunchhoeun & Moniroth Long
Attn: Bankruptcy Desk/Managing Agent
5591 Panama Dr
Buena Park, CA 90620

Burton & Wilma Bass
Attn: Bankruptcy Desk/Managing Agent
2406 Hardin Ridge Dr
Henderson, NV 89052

Burton & Wilma Bass
Attn: Bankruptcy Desk/Managing Agent
280 Scramble Dr
Las Vegas, NV 89148

Bussey Real Estate Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
11329 Via Spiga Dr
Las Vegas, NV 89138

Bussey Real Estate Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
131 Corey Creek Ct
Las Vegas, NV 89148

C 5 Coatings, LLC
Attn: Bankruptcy Desk/Managing Agent
4894 Lone Mountain Drive #124
Las Vegas, NV 89130

C Sinclair & Martha Cottingham
Attn: Bankruptcy Desk/Managing Agent
87 Arcadian Shores St
Las Vegas, NV 89148

Cabinetec, Inc.
Attn: Bankruptcy Desk/Managing Agent
2711 E. Craig Road Suite A & B
North Las Vegas NV 89030

Caleb & Kathy Letourneau
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1159
Las Vegas, NV 89148

Caliente Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
109 Short Ruff Way
Las Vegas, NV 89148

Caliente Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
1394 Olso Ln
San Jose, CA 95118

Calvin Chan
Attn: Bankruptcy Desk/Managing Agent
101 Chateau Whistler Ct
Las Vegas, NV 89148

Camanag Family
Attn: Bankruptcy Desk/Managing Agent
3605 Magnolia Ave
Long Beach, CA 90806

Camanag Family
Attn: Bankruptcy Desk/Managing Agent
418 First On Dr
Las Vegas, NV 89148

Cameron Caldwell
Attn: Bankruptcy Desk/Managing Agent
155 Duck Hollow Ave
Las Vegas, NV 89148

Cameron Properties LLC
Attn: Bankruptcy Desk/Managing Agent
3 Pereira Dr
3 Pereira Dr Devonshire, FL 00000
Bermuda

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                  Served 4/17/2009

Cameron Properties LLC
Attn: Bankruptcy Desk/Managing Agent
601 Over Par Ct
Las Vegas, NV 89148

Camille Castronuovo
Attn: Bankruptcy Desk/Managing Agent
276 Blackstone River Ave
Las Vegas, NV 89148

Candace House
Attn: Bankruptcy Desk/Managing Agent
3385 S Jones Blvd # 415
Las Vegas, NV 89146

Candace House
Attn: Bankruptcy Desk/Managing Agent
9730 Dieterich Ave
Las Vegas, NV 89148

Cao Family
Attn: Bankruptcy Desk/Managing Agent
3626 Place De Louis
San Jose, CA 95148

Cao Family
Attn: Bankruptcy Desk/Managing Agent
9746 Kampsville Ave
Las Vegas, NV 89148

Cao Family
Attn: Bankruptcy Desk/Managing Agent
9747 Waukegan Ave
Las Vegas, NV 89148

Carl & Arax Grigorian
Attn: Bankruptcy Desk/Managing Agent
203 Spring Hollow Dr
Las Vegas, NV 89148

Carl & Susan Dean
Attn: Bankruptcy Desk/Managing Agent
6750 Pastel Camellia St
Las Vegas, NV 89148

Carletto Real Estate Vegas LLC
Attn: Bankruptcy Desk/Managing Agent
30 E Neck Rd
Huntington, NY 11743

Carletto Real Estate Vegas LLC
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 102
Las Vegas, NV 89113

Carletto Real Estate Vegas LLC
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 204
Las Vegas, NV 89113

Carlito & Lolita Santos
Attn: Bankruptcy Desk/Managing Agent
150 Short Ruff Way
Las Vegas, NV 89148

Carlito & Lolita Santos
Attn: Bankruptcy Desk/Managing Agent
18819 Fagan Ave
Artesia, CA 90701

Carlos & Akemi Delosreyes
Attn: Bankruptcy Desk/Managing Agent
98 Back Spin Ct
Las Vegas, NV 89148

Carlos & Lolita Delrosario
Attn: Bankruptcy Desk/Managing Agent
17 Chateau Whistler Ct
Las Vegas, NV 89148

Carlos & Lolita Delrosario
Attn: Bankruptcy Desk/Managing Agent
1758 McCollum St
Los Angeles, CA 90026

Carlos Inguanzo
Attn: Bankruptcy Desk/Managing Agent
389 Foster Springs Rd
Las Vegas, NV 89148

Carlson Family
Attn: Bankruptcy Desk/Managing Agent
201 Cliff Valley Dr
Las Vegas, NV 89148

Carmelita & Wilfredo Maralit
Attn: Bankruptcy Desk/Managing Agent
36143 Carriage Dr
Sterling Heights, MI 48310

Carmelita & Wilfredo Maralit
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 208
Las Vegas, NV 89113

Carmen Garner
Attn: Bankruptcy Desk/Managing Agent
189 Currie Ave
Staten Island, NY 10306

Carmen Garner
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1069
Las Vegas, NV 89148

Carmen Rose
Attn: Bankruptcy Desk/Managing Agent
23 Quintessa Cir
Las Vegas, NV 89141

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Carmen Rose
Attn: Bankruptcy Desk/Managing Agent
9281 Blue Flax Pl
Las Vegas, NV 89148

Carmen Rose
Attn: Bankruptcy Desk/Managing Agent
9286 Blue Flax Pl
Las Vegas, NV 89148

Carmen Rose
Attn: Bankruptcy Desk/Managing Agent
9293 Blue Flax Pl
Las Vegas, NV 89148

Carmen Werner
Attn: Bankruptcy Desk/Managing Agent
6866 Baby Jade Ct
Las Vegas, NV 89148

Carol & Bruce Morgan
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 202
Las Vegas, NV 89113

Carol Beiswenger
Attn: Bankruptcy Desk/Managing Agent
162 Hickory Heights Ave
Las Vegas, NV 89148

Carol Beiswenger
Attn: Bankruptcy Desk/Managing Agent
5600 Groveland Rd
Holly, MI 48442

Carol Callahan
Attn: Bankruptcy Desk/Managing Agent
275 Blackstone River Ave
Las Vegas, NV 89148

Carol Jacques
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 211
Las Vegas, NV 89113

Carol Jacques
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Carol Schill
Attn: Bankruptcy Desk/Managing Agent
10142 Northridge Dr
Alta Loma, CA 91737

Carol Schill
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 302
Las Vegas, NV 89113

Carol Schill
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 307
Las Vegas, NV 89113

Carol Schill
Attn: Bankruptcy Desk/Managing Agent
PO Box 2884
Rancho Cucamonga, CA 91729

Caroline Morton
Attn: Bankruptcy Desk/Managing Agent
129 Chateau Whistler Ct
Las Vegas, NV 89148

Carolyn Goodale
Attn: Bankruptcy Desk/Managing Agent
200 Wicked Wedge Way
Las Vegas, NV 89148

Carolyn Sames
Attn: Bankruptcy Desk/Managing Agent
379 Falcons Fire Ave
Las Vegas, NV 89148

Carotenuto Family
Attn: Bankruptcy Desk/Managing Agent
198 Crooked Tree Dr
Las Vegas, NV 89148

Carpino Family
Attn: Bankruptcy Desk/Managing Agent
212 Crooked Putter Dr
Las Vegas, NV 89148

Carpino Stone Applications
Attn: Bankruptcy Desk/Managing Agent
1987 Whitney Mesa Dr.
Henderson, NV 89014

Carpio Family
Attn: Bankruptcy Desk/Managing Agent
9425 S Madison St
Burr Ridge, IL 60527

Carpio Family
Attn: Bankruptcy Desk/Managing Agent
9668 Waukegan Ave
Las Vegas, NV 89148

Carrie Cabos
Attn: Bankruptcy Desk/Managing Agent
37 Laying Up Ct
Las Vegas, NV 89148

Carrington Family
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andrew Pl # B150
Santa Ana, CA 92705

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Carrington Family
Attn: Bankruptcy Desk/Managing Agent
9753 Valmeyer Ave
Las Vegas, NV 89148

Carver Family
Attn: Bankruptcy Desk/Managing Agent
301 Lakewood Garden Dr
Las Vegas, NV 89148

Carver Family
Attn: Bankruptcy Desk/Managing Agent
312 Waterton Lakes Ave
Las Vegas, NV 89148

Carver Family
Attn: Bankruptcy Desk/Managing Agent
33 Chateau Whistler Ct
Las Vegas, NV 89148

Cassel Family
Attn: Bankruptcy Desk/Managing Agent
33 Arcadian Shores St
Las Vegas, NV 89148

Catalano Family
Attn: Bankruptcy Desk/Managing Agent
359 Falcons Fire Ave
Las Vegas, NV 89148

Caterpillar Financial Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 100647
Pasadena CA 91189-0647

Catherine Picucci
Attn: Bankruptcy Desk/Managing Agent
7340 W Russell Rd Apt 1024
Las Vegas, NV 89113

Catherine Picucci
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2166
Las Vegas, NV 89148

Cayetano & Jovy Pangan
Attn: Bankruptcy Desk/Managing Agent
250 Fairway Woods Dr
Las Vegas, NV 89148

Cecilia Nervez
Attn: Bankruptcy Desk/Managing Agent
286 Lenape Heights Ave
Las Vegas, NV 89148

Cecilia Nervez
Attn: Bankruptcy Desk/Managing Agent
PO Box 61186
Lafayette, LA 70596

Cecilia Ocampo
Attn: Bankruptcy Desk/Managing Agent
27531 Courtview Dr
Valencia, CA 91354

Cecilia Ocampo
Attn: Bankruptcy Desk/Managing Agent
42 Cobbs Creek Way
Las Vegas, NV 89148

Ceferino & Mirla Bautista
Attn: Bankruptcy Desk/Managing Agent
235 Hickory Heights Ave
Las Vegas, NV 89148

Ceferino & Mirla Bautista
Attn: Bankruptcy Desk/Managing Agent
980 W Pine Ave
Roselle, IL 60172

Celestine & Malcolm Jackson
Attn: Bankruptcy Desk/Managing Agent
278 Duck Hollow Ave
Las Vegas, NV 89148

Celestino & Edith Cease
Attn: Bankruptcy Desk/Managing Agent
196 Tall Ruff Dr
Las Vegas, NV 89148

Celestino & Edith Cease
Attn: Bankruptcy Desk/Managing Agent
3241 Brandon St
Pasadena, CA 91107

Celia & Dante Arizabal
Attn: Bankruptcy Desk/Managing Agent
324 Harpers Ferry Ave
Las Vegas, NV 89148

Center Green LLC
Attn: Bankruptcy Desk/Managing Agent
423 Center Green Dr
Las Vegas, NV 89148

Center Green LLC
Attn: Bankruptcy Desk/Managing Agent
7321 Sibley Ave
Las Vegas, NV 89131

Cesar & Nelia Picazo
Attn: Bankruptcy Desk/Managing Agent
321 Tayman Park Ave
Las Vegas, NV 89148

Cesar Lee
Attn: Bankruptcy Desk/Managing Agent
8620 Remick Ave
Sun Valley, CA 91352

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Cesar Lee
Attn: Bankruptcy Desk/Managing Agent
9658 Marcelline Ave
Las Vegas, NV 89148

Cesar So. Bregaudit
Attn: Bankruptcy Desk/Managing Agent
22163 Wind Flower Place
Santa Clarita CA 91390

Cezar & Alma Cuison
Attn: Bankruptcy Desk/Managing Agent
4314 Cambria St
Fremont, CA 94538

Cezar & Alma Cuison
Attn: Bankruptcy Desk/Managing Agent
9756 Waukegan Ave
Las Vegas, NV 89148

Chad & Angela Ohira
Attn: Bankruptcy Desk/Managing Agent
9734 Waukegan Ave
Las Vegas, NV 89148

Chad Rosenberger
Attn: Bankruptcy Desk/Managing Agent
9317 Perennial Ave
Las Vegas, NV 89148

Chan Family
Attn: Bankruptcy Desk/Managing Agent
1 Forest Gate Cir
Oak Brook, IL 60523

Chan Family
Attn: Bankruptcy Desk/Managing Agent
261 Arbour Garden Ave
Las Vegas, NV 89148

Chang & Shaoing Chang
Attn: Bankruptcy Desk/Managing Agent
258 Crooked Putter Dr
Las Vegas, NV 89148

Chang Family
Attn: Bankruptcy Desk/Managing Agent
1549 Silver Ln
Diamond Bar, CA 91785

Chang Family
Attn: Bankruptcy Desk/Managing Agent
339 Ladies Tee Ct
Las Vegas, NV 89148

Chang Kang
Attn: Bankruptcy Desk/Managing Agent
161 Rancho Maria St
Las Vegas, NV 89148

Chang Yu
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 309
Las Vegas, NV 89113

Chaodong Li
Attn: Bankruptcy Desk/Managing Agent
3269 Quail Hollow Dr
Fairfield, CA 94534

Chaodong Li
Attn: Bankruptcy Desk/Managing Agent
89 Broken Putter Way
Las Vegas, NV 89148

Charina Aumentado
Attn: Bankruptcy Desk/Managing Agent
121 Macoby Run St
Las Vegas, NV 89148

Charito & Fe Biala
Attn: Bankruptcy Desk/Managing Agent
111 Broken Putter Way
Las Vegas, NV 89148

Charito & Fe Biala
Attn: Bankruptcy Desk/Managing Agent
141 W Calayeras Blvd
Milpitas, CA 95035

Charito & Fe Biala
Attn: Bankruptcy Desk/Managing Agent
476 Loch Lomond Ct
Milpitas, CA 95035

Charito & Fe Biala
Attn: Bankruptcy Desk/Managing Agent
6645 Babys Tear Pl
Las Vegas, NV 89148

Charles & Janice Prather
Attn: Bankruptcy Desk/Managing Agent
84 Arcadian Shores St
Las Vegas, NV 89148

Charles & Julia Wong
Attn: Bankruptcy Desk/Managing Agent
22 Cobbs Creek Way
Las Vegas, NV 89148

Charles & Linda Corrente
Attn: Bankruptcy Desk/Managing Agent
32 Rancho Maria St
Las Vegas, NV 89148

Charles & Nadine McDowell
Attn: Bankruptcy Desk/Managing Agent
418 Arthur St
Gary, IN 46404

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Charles & Nadine McDowell
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 305
Las Vegas, NV 89113

Charles & Rose Dy
Attn: Bankruptcy Desk/Managing Agent
82 Rusty Springs Ct
Las Vegas, NV 89148

Charles Hawkins
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 204
Las Vegas, NV 89113

Charles Lai
Attn: Bankruptcy Desk/Managing Agent
14446 Cabinda Dr
Hacienda Heights, CA 91745

Charles Lai
Attn: Bankruptcy Desk/Managing Agent
278 Lenape Heights Ave
Las Vegas, NV 89148

Charles Snyder
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 310
Las Vegas, NV 89113

Charles Tatosian
Attn: Bankruptcy Desk/Managing Agent
29005 Via Pasatiempo
Laguna Niguel, CA 92677

Charles Tatosian
Attn: Bankruptcy Desk/Managing Agent
73 Chateau Whistler Ct
Las Vegas, NV 89148

Charmaine Cenera
Attn: Bankruptcy Desk/Managing Agent
6637 Sea Swallow St
North Las Vegas, NV 89084

Charmaine Cenera
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1129
Las Vegas, NV 89148

Chau Nguyen
Attn: Bankruptcy Desk/Managing Agent
506 First On Dr
Las Vegas, NV 89148

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
2160 W. Charleston
Suite M
Las Vegas, NV 89102

Chelsea Gross
Attn: Bankruptcy Desk/Managing Agent
243 Hickory Heights Ave
Las Vegas, NV 89148

Chelsea Gross
Attn: Bankruptcy Desk/Managing Agent
3047 Via Sarafina Dr
Henderson, NV 89052

Cheng Family
Attn: Bankruptcy Desk/Managing Agent
20932 E Walnut Canyon Rd
Walnut, CA 91789

Cheng Family
Attn: Bankruptcy Desk/Managing Agent
314 Dog Leg Dr
Las Vegas, NV 89148

Cherise Tsujioka
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 214
Las Vegas, NV 89113

Cherlene Abendroth
Attn: Bankruptcy Desk/Managing Agent
645 Lake Rd
Glen Ellyn, IL 60137

Cherlene Abendroth
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 209
Las Vegas, NV 89113

Cheryl Bernard
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 311
Las Vegas, NV 89113

Cheryl Bernard
Attn: Bankruptcy Desk/Managing Agent
PO Box 336371
N Las Vegas, NV 89033

Cheryl Turek
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2085
Las Vegas, NV 89148

Chester & Sau Ng
Attn: Bankruptcy Desk/Managing Agent
4600 Balboa St Apt A
San Francisco, CA 94121

Chester & Sau Ng
Attn: Bankruptcy Desk/Managing Agent
6861 Baby Jade Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Chi Passarelli
Attn: Bankruptcy Desk/Managing Agent
171 Cliff Valley Dr
Las Vegas, NV 89148

Chiao Family
Attn: Bankruptcy Desk/Managing Agent
10561 Tank House Dr
Stockton, CA 95209

Chiao Family
Attn: Bankruptcy Desk/Managing Agent
406 First On Dr
Las Vegas, NV 89148

Chia-wei Liu
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 303
Las Vegas, NV 89113

Chien Chiang
Attn: Bankruptcy Desk/Managing Agent
1711 N Lincoln St
Stillwater, OK 74075

Chien Chiang
Attn: Bankruptcy Desk/Managing Agent
24 Arcadian Shores St
Las Vegas, NV 89148

Chih Chou
Attn: Bankruptcy Desk/Managing Agent
1820 Country Knoll Pl
Hacienda Heights, CA 91745

Chih Chou
Attn: Bankruptcy Desk/Managing Agent
6851 Scarlet Flax St
Las Vegas, NV 89148

Chiiko & Hideki Sasaki
Attn: Bankruptcy Desk/Managing Agent
201 Angels Trace Ct
Las Vegas, NV 89148

Ching Family
Attn: Bankruptcy Desk/Managing Agent
519 Capuchino Dr
Millbrae, CA 94030

Ching Family
Attn: Bankruptcy Desk/Managing Agent
80 Sully Creek Ct
Las Vegas, NV 89148

Cho Family
Attn: Bankruptcy Desk/Managing Agent
10221 Centrepark Dr Apt 431
Houston, TX 77043

Cho Family
Attn: Bankruptcy Desk/Managing Agent
221 Arbour Garden Ave
Las Vegas, NV 89148

Chol & Insook Kye
Attn: Bankruptcy Desk/Managing Agent
512 First On Dr
Las Vegas, NV 89148

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
188 Fairway Woods Dr
Las Vegas, NV 89148

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
200 Fairway Woods Dr
Las Vegas, NV 89148

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
205 Fairway Woods Dr
Las Vegas, NV 89148

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
212 Fairway Woods Dr
Las Vegas, NV 89148

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
7879 Elk Mountain St
Las Vegas, NV 89113

Chong & Suk Pak
Attn: Bankruptcy Desk/Managing Agent
319 Falcons Fire Ave
Las Vegas, NV 89148

Choong & Soo Beh
Attn: Bankruptcy Desk/Managing Agent
1238 S 57th St
Richmond, CA 94804

Choong & Soo Beh
Attn: Bankruptcy Desk/Managing Agent
388 Palm Trace Ave
Las Vegas, NV 89148

Chorng-tao Yu
Attn: Bankruptcy Desk/Managing Agent
191 Duck Hollow Ave
Las Vegas, NV 89148

Chow Chuang
Attn: Bankruptcy Desk/Managing Agent
73 Laying Up Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Chow Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2103
Las Vegas, NV 89148

Chow Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 1731
Burlingame, CA 94011

Christian & Maria Sapit
Attn: Bankruptcy Desk/Managing Agent
542 Newberry Springs Dr
Las Vegas, NV 89148

Christian Olsen
Attn: Bankruptcy Desk/Managing Agent
195 Wicked Wedge Way
Las Vegas, NV 89148

Christian Pedersen
Attn: Bankruptcy Desk/Managing Agent
169 Short Ruff Way
Las Vegas, NV 89148

Christian Sansano
Attn: Bankruptcy Desk/Managing Agent
33 Cobbs Creek Way
Las Vegas, NV 89148

Christian Sansano
Attn: Bankruptcy Desk/Managing Agent
965 Locking Glass Dr
Diamond Bar, CA 91765

Christina Antonucci
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2053
Las Vegas, NV 89148

Christina Madson
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 313
Las Vegas, NV 89113

Christina Madson
Attn: Bankruptcy Desk/Managing Agent
PO Box 1028
Santa Ynez, CA 93460

Christina Morgan
Attn: Bankruptcy Desk/Managing Agent
6753 Gold Yarrow St
Las Vegas, NV 89148

Christina Wiederholt
Attn: Bankruptcy Desk/Managing Agent
542 Los Dolces St
Las Vegas, NV 89138

Christina Wiederholt
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 202
Las Vegas, NV 89113

Christina Zila
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 310
Las Vegas, NV 89113

Christine Chan
Attn: Bankruptcy Desk/Managing Agent
335 Foster Springs Rd
Las Vegas, NV 89148

Christine Chan
Attn: Bankruptcy Desk/Managing Agent
6311 Arrowhead Pl
Los Angeles, CA 90068

Christine Kakavulias
Attn: Bankruptcy Desk/Managing Agent
3658 Ambergate Ct
Las Vegas, NV 89147

Christine Kakavulias
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2074
Las Vegas, NV 89148

Christine Tran
Attn: Bankruptcy Desk/Managing Agent
9792 Valmeyer Ave
Las Vegas, NV 89148

Christine Xie
Attn: Bankruptcy Desk/Managing Agent
6836 Baby Jade Ct
Las Vegas, NV 89148

Christine Yan Xie
Attn: Bankruptcy Desk/Managing Agent
6836 Baby Jade Ct
Las Vegas NV 89148

Christopher & Billy Paris
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 306
Las Vegas, NV 89113

Christopher & Cheryl Hill
Attn: Bankruptcy Desk/Managing Agent
347 Center Green Dr
Las Vegas, NV 89148

Christopher & Elizabeth Simmons
Attn: Bankruptcy Desk/Managing Agent
152 Macoby Run St
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                                Served 4/17/2009

Christopher & Jennifer White
Attn: Bankruptcy Desk/Managing Agent
78 Olimar Ave
Las Vegas, NV 89148

Christopher & Joy Striano
Attn: Bankruptcy Desk/Managing Agent
260 Hickory Heights Ave
Las Vegas, NV 89148

Christopher & Laurene Hallman
Attn: Bankruptcy Desk/Managing Agent
320 Falcons Fire Ave
Las Vegas, NV 89148

Christopher & Marisa Scarpulla
Attn: Bankruptcy Desk/Managing Agent
241 Rustic Club Way
Las Vegas, NV 89148

Christopher & Marisa Scarpulla
Attn: Bankruptcy Desk/Managing Agent
2553 Pyramid Pines Dr
Henderson, NV 89052

Christopher & Patricia Nance
Attn: Bankruptcy Desk/Managing Agent
1194 Melia Pl
Placentia, CA 92870

Christopher & Patricia Nance
Attn: Bankruptcy Desk/Managing Agent
275 Fringe Ruff Dr
Las Vegas, NV 89148

Christopher Bennett
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 113
Las Vegas, NV 89113

Christopher Brooks
Attn: Bankruptcy Desk/Managing Agent
79844 Dandelion Dr
La Quinta, CA 92253

Christopher Brooks
Attn: Bankruptcy Desk/Managing Agent
9256 Perennial Ave
Las Vegas, NV 89148

Christopher Carosella
Attn: Bankruptcy Desk/Managing Agent
201 Rusty Plank Ave
Las Vegas, NV 89148

Christopher Erickson
Attn: Bankruptcy Desk/Managing Agent
9704 Ziegler Ave
Las Vegas, NV 89148

Christopher Fava
Attn: Bankruptcy Desk/Managing Agent
1026 W Webster Rd
Royal Oak, MI 48073

Christopher Fava
Attn: Bankruptcy Desk/Managing Agent
283 Soggy Ruff Way
Las Vegas, NV 89148

Christopher Ford
Attn: Bankruptcy Desk/Managing Agent
273 Broken Par Dr
Las Vegas, NV 89148

Christopher Fuchs
Attn: Bankruptcy Desk/Managing Agent
154 Tall Ruff Dr
Las Vegas, NV 89148

Christopher Gleason
Attn: Bankruptcy Desk/Managing Agent
6820 Scarlet Flax St
Las Vegas, NV 89148

Christopher Knowles
Attn: Bankruptcy Desk/Managing Agent
60 Louise White House Habellvill
London N-19 3
England

Christopher Knowles
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 310
Las Vegas, NV 89113

Christopher Peitsch
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 102
Las Vegas, NV 89113

Christopher Peters
Attn: Bankruptcy Desk/Managing Agent
166 Lenape Heights Ave
Las Vegas, NV 89148

Christopher Peters
Attn: Bankruptcy Desk/Managing Agent
5002 Inker St
Houston, TX 77007

Christopher Taddei
Attn: Bankruptcy Desk/Managing Agent
3147 Crane Creek Pl
Eagan, MN 55121

Christopher Taddei
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 203
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Christopher Thweny
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 305
Las Vegas, NV 89113

Christopher Trott
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2066
Las Vegas, NV 89148

Christopher Yepes
Attn: Bankruptcy Desk/Managing Agent
9311 Perennial Ave
Las Vegas, NV 89148

Christy Andersen
Attn: Bankruptcy Desk/Managing Agent
276 Scramble Dr
Las Vegas, NV 89148

Chul-soo Jo
Attn: Bankruptcy Desk/Managing Agent
1113 Doyle Pl
Mountain View, CA 94040

Chul-soo Jo
Attn: Bankruptcy Desk/Managing Agent
273 Fairway Woods Dr
Las Vegas, NV 89148

Chungu Lu
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 309
Las Vegas, NV 89113

Church Stephen
Attn: Bankruptcy Desk/Managing Agent
405-912 Selkirk Ave
Victoria BC V9A2V1
Canada

Church Stephen
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 204
Las Vegas, NV 89113

Churie Grose
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 311
Las Vegas, NV 89113

Chwen & Lai Guo
Attn: Bankruptcy Desk/Managing Agent
189 Short Ruff Way
Las Vegas, NV 89148

Chwen & Lai Guo
Attn: Bankruptcy Desk/Managing Agent
3906 S Pinehurst Cir
Denver, CO 80235

Chwen & Lee Guo
Attn: Bankruptcy Desk/Managing Agent
131 Short Ruff Way
Las Vegas, NV 89148

Chwen & Lee Guo
Attn: Bankruptcy Desk/Managing Agent
3906 S Pinehurst Cir
Denver, CO 80235

Cirilo & Rosanna Valdez
Attn: Bankruptcy Desk/Managing Agent
218 Crooked Putter Dr
Las Vegas, NV 89148

Citimortgage Inc
Attn: Bankruptcy Desk/Managing Agent
%Cr Title Serv
Ofallon, MO 63368

Citimortgage Inc
Attn: Bankruptcy Desk/Managing Agent
1000 Technology Dr # Ms-314
O Fallon, MO 63368

Citimortgage Inc
Attn: Bankruptcy Desk/Managing Agent
9671 Kampsville Ave
Las Vegas, NV 89148

Citimortgage Inc
Attn: Bankruptcy Desk/Managing Agent
9714 Valmeyer Ave
Las Vegas, NV 89148

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV 89005-5011

City of Henderson Utility Serv
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 95011
Henderson NV 89009-5011

Claire Abreu
Attn: Bankruptcy Desk/Managing Agent
168 Duck Hollow Ave
Las Vegas, NV 89148

Clara Sbarra
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 102
Las Vegas, NV 89113

Clarence Richwalski
Attn: Bankruptcy Desk/Managing Agent
309 Lakewood Garden Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                            Served 4/17/2009

Clark Co Air Quality & Environ
Attn: Bankruptcy Desk/Managing Agent
Management
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark Co Bldg Dept
Attn: Bankruptcy Desk/Managing Agent
BRENDA
500 S Grand Central Pkwy
PO Box 553530
Las Vegas NV 89115-3530

Clark Co. Water Reclamation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98523
Las Vegas NV 89193-8526

Clark County
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark County Assessor
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155-1401

Clark County Develop. Services
Attn: Bankruptcy Desk/Managing Agent

Clark County Fire Dept.
Attn: Bankruptcy Desk/Managing Agent
Accounts Payable
575 East Flamingo Road
Las Vegas NV 89119

Clark County Sanitation
Attn: Bankruptcy Desk/Managing Agent
5857 East Flamingo
Las Vegas NV 89122

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Clark Diane Separate Property Tr
Attn: Bankruptcy Desk/Managing Agent
372 Arbour Garden Ave
Las Vegas, NV 89148

Claude & Joann D'Souza
Attn: Bankruptcy Desk/Managing Agent
175 Short Ruff Way
Las Vegas, NV 89148

Claude & Joann D'Souza
Attn: Bankruptcy Desk/Managing Agent
624 Lynwood St
Thousand Oaks, CA 91360

Claudia Fundulea
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 105
Las Vegas, NV 89113

Claudia Mueller
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 311
Las Vegas, NV 89113

Claudio & Isabel Baratcart
Attn: Bankruptcy Desk/Managing Agent
110 Broken Putter Way
Las Vegas, NV 89148

Clayton Hurst
Attn: Bankruptcy Desk/Managing Agent
9674 Ziegler Ave
Las Vegas, NV 89148

Clifford & Carmenchita Tejada
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 205
Las Vegas, NV 89113

Clifford & Elsie Hanson
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 201
Las Vegas, NV 89113

Clinton & Pamela House
Attn: Bankruptcy Desk/Managing Agent
9682 Dieterich Ave
Las Vegas, NV 89148

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

Co Orlie Uraca
Attn: Bankruptcy Desk/Managing Agent
387 Center Green Dr
Las Vegas, NV 89148

Cobb Family
Attn: Bankruptcy Desk/Managing Agent
556 Foster Springs Rd
Las Vegas, NV 89148

Cobb Family
Attn: Bankruptcy Desk/Managing Agent
8663 W Sahara Ave
Las Vegas, NV 89117

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                        Served 4/17/2009

Cody Hollis
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 218
Las Vegas, NV 89113

Colin & Fe McGregor
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 207
Las Vegas, NV 89113

Colin & Fe McGregor
Attn: Bankruptcy Desk/Managing Agent
8056 Old Exchange Dr
Colorado Springs, CO 80920

Colin Gharrity
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 304
Las Vegas, NV 89113

Collins Family
Attn: Bankruptcy Desk/Managing Agent
9680 Waukegan Ave
Las Vegas, NV 89148

Concetta & Antonio Bertolami
Attn: Bankruptcy Desk/Managing Agent
2720 Tidewater Ct
Las Vegas, NV 89117

Concetta & Antonio Bertolami
Attn: Bankruptcy Desk/Managing Agent
6682 Bristow Falls Ct
Las Vegas, NV 89148

Conchita Boquiren
Attn: Bankruptcy Desk/Managing Agent
19925 Ralph St
Walnut, CA 91789

Conchita Boquiren
Attn: Bankruptcy Desk/Managing Agent
341 Fringe Ruff Dr
Las Vegas, NV 89148

Conex International
Attn: Bankruptcy Desk/Managing Agent
548 Bluebird Canyon Drive
Laguna Beach CA 92651

Connie Ficarrotta
Attn: Bankruptcy Desk/Managing Agent
35 Sunset Bay St
Las Vegas, NV 89148

Connie Lam
Attn: Bankruptcy Desk/Managing Agent
3215 Hawkwood Rd
Diamond Bar, CA 91765

Connie Lam
Attn: Bankruptcy Desk/Managing Agent
561 Halloran Springs Rd
Las Vegas, NV 89148

Connie Lu
Attn: Bankruptcy Desk/Managing Agent
316 Ladies Tee Ct
Las Vegas, NV 89148

Connie Lu
Attn: Bankruptcy Desk/Managing Agent
9 Legend Hills Dr
Edgewater, NJ 07020

Conrad & Speranza Penn
Attn: Bankruptcy Desk/Managing Agent
10423 Greta Ave
Buena Park, CA 90620

Conrad & Speranza Penn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2011
Las Vegas, NV 89148

Conrado & Elizabeth Lazo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1017
Las Vegas, NV 89148

Conrado & Elizabeth Lazo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1018
Las Vegas, NV 89148

Conrado & Elizabeth Lazo
Attn: Bankruptcy Desk/Managing Agent
98-1637 Klawe St
Aiea, HI 96701

Conrado & Elsa Garcia
Attn: Bankruptcy Desk/Managing Agent
257 Rusty Plank Ave
Las Vegas, NV 89148

Conrado & Elsa Garcia
Attn: Bankruptcy Desk/Managing Agent
924 Woodspring Pl
Diamond Bar, CA 91765

Conroy Family
Attn: Bankruptcy Desk/Managing Agent
6723 Gold Yarrow St
Las Vegas, NV 89148

Consolacion & Bonifacio Pabo
Attn: Bankruptcy Desk/Managing Agent
182 Broken Putter Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                              Served 4/17/2009

Consolacion & Bonifacio Pabo
Attn: Bankruptcy Desk/Managing Agent
611 E Realty St
Carson, CA 90745

Constantin & Alice Abcarian
Attn: Bankruptcy Desk/Managing Agent
5350 White Oak Ave Apt 410
Encino, CA 91316

Constantin & Alice Abcarian
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 206
Las Vegas, NV 89113

Cook Family
Attn: Bankruptcy Desk/Managing Agent
181 Lakewood Garden Dr
Las Vegas, NV 89148

Copple Family
Attn: Bankruptcy Desk/Managing Agent
3660 Grand Ave
Des Moines, IA 50312

Copple Family
Attn: Bankruptcy Desk/Managing Agent
393 Highland Hills Ct
Las Vegas, NV 89148

Corazon & Oscar Torres
Attn: Bankruptcy Desk/Managing Agent
1599 Altham Ct
San Jose, CA 95132

Corazon & Oscar Torres
Attn: Bankruptcy Desk/Managing Agent
233 Rusty Plank Ave
Las Vegas, NV 89148

Corazon Almeda
Attn: Bankruptcy Desk/Managing Agent
85 Laying Up Ct
Las Vegas, NV 89148

Corazon Mojica
Attn: Bankruptcy Desk/Managing Agent
2704 E Division St
National City, CA 91950

Corazon Mojica
Attn: Bankruptcy Desk/Managing Agent
79 Back Spin Ct
Las Vegas, NV 89148

Corey Tang
Attn: Bankruptcy Desk/Managing Agent
536 Newberry Springs Dr
Las Vegas, NV 89148

Corinne Halford
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 103
Las Vegas, NV 89113

Corinne Halford
Attn: Bankruptcy Desk/Managing Agent
8951 Lanta Island Ave
Las Vegas, NV 89148

Corinne Milan
Attn: Bankruptcy Desk/Managing Agent
9268 Blue Flax Pl
Las Vegas, NV 89148

Coronado Concrete
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie St.
Las Vegas, NV 89122

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

Cory & Susan Wilson
Attn: Bankruptcy Desk/Managing Agent
3411 W River Dr
Mequon, WI 53097

Cory & Susan Wilson
Attn: Bankruptcy Desk/Managing Agent
573 Halloran Springs Rd
Las Vegas, NV 89148

Cory Ahn
Attn: Bankruptcy Desk/Managing Agent
321 Angels Trace Ct
Las Vegas, NV 89148

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
136 Water Hazard Ln
Las Vegas, NV 89148

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
153 Dog Leg Dr
Las Vegas, NV 89148

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                      Served 4/17/2009

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-88
Simi Valley, CA 93065

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
43 Arcadian Shores St
Las Vegas, NV 89148

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Cox Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 53262
Phoenix AZ 85072-3262

Craig Hammond
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2177
Las Vegas, NV 89148

Credit Bureau Central
Attn: Bankruptcy Desk/Managing Agent
2355 Red Rock Street
Suite 200
Las Vegas NV 89146

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Cristi Olson
Attn: Bankruptcy Desk/Managing Agent
39 Indian Run Way
Las Vegas, NV 89148

Cristina Marquez
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 201
Las Vegas, NV 89113

Cristina Sanedrin
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 206
Las Vegas, NV 89113

Cristopher Zepeda
Attn: Bankruptcy Desk/Managing Agent
299 Falcons Fire Ave
Las Vegas, NV 89148

Crowder Family
Attn: Bankruptcy Desk/Managing Agent
15 Chateau Whistler Ct
Las Vegas, NV 89148

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
1084 San Miguel Canyon Rd Apt J
Watsonville, CA 95076

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
181 Rancho Maria St
Las Vegas, NV 89148

Crystal Grayot
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 305
Las Vegas, NV 89113

Culpepper Family
Attn: Bankruptcy Desk/Managing Agent
2612 W 134th Pl
Gardena, CA 90249

Culpepper Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2083
Las Vegas, NV 89148

Curtis & Sharon Enk
Attn: Bankruptcy Desk/Managing Agent
9750 Marcelline Ave
Las Vegas, NV 89148

Curtis Ching
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 104
Las Vegas, NV 89113

Curtis Ching
Attn: Bankruptcy Desk/Managing Agent
98-1234 Iliee Pl
Aiea, HI 96701

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 335367
N. Las Vegas, NV 89033

Cynthia Schuman
Attn: Bankruptcy Desk/Managing Agent
9279 Dames Rocket Pl
Las Vegas, NV 89148

Cynthia Tafoya
Attn: Bankruptcy Desk/Managing Agent
6816 Williams Island Ct
Las Vegas, NV 89131

Cynthia Tafoya
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 302
Las Vegas, NV 89113

D and N Nevada Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
373 Blue Tee Ct
Las Vegas, NV 89148

D and N Nevada Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
3993 Howard Hughes Pkwy Ste 830
Las Vegas, NV 89169

D and S Castings Inc
Attn: Bankruptcy Desk/Managing Agent
300 Whitehead Rd
Hamilton, NJ 08619

D and S Castings Inc
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 306
Las Vegas, NV 89113

D D M Properties LLC
Attn: Bankruptcy Desk/Managing Agent
256 Fringe Ruff Dr
Las Vegas, NV 89148

D D M Properties LLC
Attn: Bankruptcy Desk/Managing Agent
425 Anten Gulley Ct
Las Vegas, NV 89148

D D M Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9653 Dieterich Ave
Las Vegas, NV 89148

D Family
Attn: Bankruptcy Desk/Managing Agent
2126 Orchard Mist St
Las Vegas, NV 89135

D Family
Attn: Bankruptcy Desk/Managing Agent
399 Center Green Dr
Las Vegas, NV 89148

D LPaws LLC
Attn: Bankruptcy Desk/Managing Agent
3993 Howard Hughes Pkwy Ste 830
Las Vegas, NV 89169

D LPaws LLC
Attn: Bankruptcy Desk/Managing Agent
9739 Waukegan Ave
Las Vegas, NV 89148

D LPaws LLC
Attn: Bankruptcy Desk/Managing Agent
9762 Valmeyer Ave
Las Vegas, NV 89148

D Rao & Jaya Prasad
Attn: Bankruptcy Desk/Managing Agent
11 Sunshine Coast Ln
Las Vegas, NV 89148

Dahwei Wu
Attn: Bankruptcy Desk/Managing Agent
494 Newberry Springs Dr
Las Vegas, NV 89148

Daisy Tolentino
Attn: Bankruptcy Desk/Managing Agent
4502 Eastbrook Ave
Lakewood, CA 90713

Daisy Tolentino
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2163
Las Vegas, NV 89148

Dale & Leslie Kunkel
Attn: Bankruptcy Desk/Managing Agent
6331 N Whaleback Pl
Tucson, AZ 85750

Dale & Leslie Kunkel
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2141
Las Vegas, NV 89148

Dale & Victoria Baldisseri
Attn: Bankruptcy Desk/Managing Agent
324 Rolling Hills Ave
San Mateo, CA 94403

Dale & Victoria Baldisseri
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1165
Las Vegas, NV 89148

Dale Hiramoto
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 213
Las Vegas, NV 89113

Dalida Sanfrancisco
Attn: Bankruptcy Desk/Managing Agent
286 Duck Hollow Ave
Las Vegas, NV 89148

Damasceno & Magdalena Maglalang
Attn: Bankruptcy Desk/Managing Agent
217 Hickory Heights Ave
Las Vegas, NV 89148

Dan Bradley's Glass Corp
Attn: Bankruptcy Desk/Managing Agent
4125 W. Desert Inn
Ste N-105
Las Vegas NV 89102

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Dan Demorales and Huynhmai Demorales
Attn: Bankruptcy Desk/Managing Agent
256 Fringe Ruff Drive
Las Vegas, NV 89148

Dan George
Attn: Bankruptcy Desk/Managing Agent
6729 Gold Yarrow St
Las Vegas, NV 89148

Dana Shivers
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 205
Las Vegas, NV 89113

Danie Rossi
Attn: Bankruptcy Desk/Managing Agent
6824 Baby Jade Ct
Las Vegas, NV 89148

Daniel & Bonita Miramontes
Attn: Bankruptcy Desk/Managing Agent
1221 Hibiscus St
Upland, CA 91784

Daniel & Bonita Miramontes
Attn: Bankruptcy Desk/Managing Agent
291 Broken Par Dr
Las Vegas, NV 89148

Daniel & Brianna Wesolowski
Attn: Bankruptcy Desk/Managing Agent
632 Newberry Springs Dr
Las Vegas, NV 89148

Daniel & Deborah Evertsz
Attn: Bankruptcy Desk/Managing Agent
39 Pelleria Dr
American Canyon, CA 94503

Daniel & Deborah Evertsz
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 109
Las Vegas, NV 89113

Daniel & Deborah Lyons
Attn: Bankruptcy Desk/Managing Agent
6759 Gold Yarrow St
Las Vegas, NV 89148

Daniel & Elisa Cabal
Attn: Bankruptcy Desk/Managing Agent
181 Fairway Woods Dr
Las Vegas, NV 89148

Daniel & Elisa Cabal
Attn: Bankruptcy Desk/Managing Agent
228 Hookano St
Hilo, HI 96720

Daniel & Farrah Staub
Attn: Bankruptcy Desk/Managing Agent
70 Tall Ruff Drive
Las Vegas NV 89148

Daniel & Maria Pacheco
Attn: Bankruptcy Desk/Managing Agent
102 Short Ruff Way
Las Vegas, NV 89148

Daniel Armstrong
Attn: Bankruptcy Desk/Managing Agent
10279 Evening Primrose Ave
Las Vegas, NV 89135

Daniel Armstrong
Attn: Bankruptcy Desk/Managing Agent
191 Lenape Heights Ave
Las Vegas, NV 89148

Daniel Brennan
Attn: Bankruptcy Desk/Managing Agent
531 Willow Rd E # 2
Staten Island, NY 10314

Daniel Brennan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1102
Las Vegas, NV 89148

Daniel Croce
Attn: Bankruptcy Desk/Managing Agent
129 Standing Stone St
Las Vegas, NV 89148

Daniel Donahue
Attn: Bankruptcy Desk/Managing Agent
329 Foster Springs Rd
Las Vegas, NV 89148

Daniel Donahue
Attn: Bankruptcy Desk/Managing Agent
7831 W 95th St
Bloomington, MN 55438

Daniel Entenberg
Attn: Bankruptcy Desk/Managing Agent
383 Center Green Dr
Las Vegas, NV 89148

Daniel Espinoza
Attn: Bankruptcy Desk/Managing Agent
270 Falcons Fire Ave
Las Vegas, NV 89148

Daniel Gosselin
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 106
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                      Served 4/17/2009

Daniel Hoffman
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 214
Las Vegas, NV 89113

Daniel Keys
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 304
Las Vegas, NV 89113

Daniel Keys
Attn: Bankruptcy Desk/Managing Agent
PO Box 314
Roxbury, CT 06783

Daniel Kovachev
Attn: Bankruptcy Desk/Managing Agent
131 Cliff Valley Dr
Las Vegas, NV 89148

Daniel Lynch
Attn: Bankruptcy Desk/Managing Agent
202 Tall Ruff Dr
Las Vegas, NV 89148

Daniel Park
Attn: Bankruptcy Desk/Managing Agent
377 Trailing Putt Way
Las Vegas, NV 89148

Daniela Slaveva
Attn: Bankruptcy Desk/Managing Agent
252 Dog Leg Dr
Las Vegas, NV 89148

Danielle Vetter
Attn: Bankruptcy Desk/Managing Agent
294 Harpers Ferry Ave
Las Vegas, NV 89148

Danilo & Yolanda Manalo
Attn: Bankruptcy Desk/Managing Agent
1052 Teakwood St
Oxnard, CA 93033

Danilo & Yolanda Manalo
Attn: Bankruptcy Desk/Managing Agent
134 Broken Putter Way
Las Vegas, NV 89148

Danilo Abinales
Attn: Bankruptcy Desk/Managing Agent
482 Newberry Springs Dr
Las Vegas, NV 89148

Danilo Manapat
Attn: Bankruptcy Desk/Managing Agent
1011 Rolling Rdg
New Windsor, NY 12553

Danilo Manapat
Attn: Bankruptcy Desk/Managing Agent
337 Palm Trace Ave
Las Vegas, NV 89148

Danny & Donna Dodson
Attn: Bankruptcy Desk/Managing Agent
6814 Scarlet Flax St
Las Vegas, NV 89148

Danny & Tran So
Attn: Bankruptcy Desk/Managing Agent
285 Duck Hollow Ave
Las Vegas, NV 89148

Danny & Violeta Oliva
Attn: Bankruptcy Desk/Managing Agent
149 Water Hazard Ln
Las Vegas, NV 89148

Danny & Violeta Oliva
Attn: Bankruptcy Desk/Managing Agent
154 Agate Way
Hercules, CA 94547

Danny Hou
Attn: Bankruptcy Desk/Managing Agent
242 Rusty Plank Ave
Las Vegas, NV 89148

Danny Nguyen
Attn: Bankruptcy Desk/Managing Agent
189 Tall Ruff Dr
Las Vegas, NV 89148

Danny Soloman
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 209
Las Vegas, NV 89113

Dannys Alvarez
Attn: Bankruptcy Desk/Managing Agent
9729 Marcelline Ave
Las Vegas, NV 89148

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

Darbee Smith
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 212
Las Vegas, NV 89113

Darbee Smith
Attn: Bankruptcy Desk/Managing Agent
8336 Jeremiahs Lodge Ave
Las Vegas, NV 89131

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Darin & Jeannie Olson
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 217
Las Vegas, NV 89113

Darina Gueorguieva
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 208
Las Vegas, NV 89113

Darina Gueorguieva
Attn: Bankruptcy Desk/Managing Agent
Al Mankhool Rd
Al Durrah 3 Bldg App 702 Bur

Darla Maclean
Attn: Bankruptcy Desk/Managing Agent
10316 Willamette Pl
Las Vegas, NV 89134

Darla Maclean
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 202
Las Vegas, NV 89113

Darrel Hanway
Attn: Bankruptcy Desk/Managing Agent
268 Tie Breaker Ct
Las Vegas, NV 89148

Darrell & Ruth Jackson
Attn: Bankruptcy Desk/Managing Agent
327 Ladies Tee Ct
Las Vegas, NV 89148

Darren & Canada Lytle
Attn: Bankruptcy Desk/Managing Agent
321 Turtle Peak Ave
Las Vegas, NV 89148

Darren & Canada Lytle
Attn: Bankruptcy Desk/Managing Agent
PO Box 9023
Rapid City, SD 57709

Darren Hoelzle
Attn: Bankruptcy Desk/Managing Agent
246 Rustic Club Way
Las Vegas, NV 89148

Darren Wang
Attn: Bankruptcy Desk/Managing Agent
289 Hester Ave
San Francisco, CA 94134

Darren Wang
Attn: Bankruptcy Desk/Managing Agent
9881 Marcelline Ave
Las Vegas, NV 89148

Darryl & Kelly McCullough
Attn: Bankruptcy Desk/Managing Agent
282 Arbour Garden Ave
Las Vegas, NV 89148

Dashar Investments LLC
Attn: Bankruptcy Desk/Managing Agent
350 S Center St Ste 500
Reno, NV 89501

Dashar Investments LLC
Attn: Bankruptcy Desk/Managing Agent
9269 Blue Flax Pl
Las Vegas, NV 89148

Dave Domingo
Attn: Bankruptcy Desk/Managing Agent
13611 Onyx Ct
Lathrop, CA 95330

Dave Domingo
Attn: Bankruptcy Desk/Managing Agent
6695 Aviston St
Las Vegas, NV 89148

David & Adella Torchy
Attn: Bankruptcy Desk/Managing Agent
175 Hickory Heights Ave
Las Vegas, NV 89148

David & Carolyn Miller
Attn: Bankruptcy Desk/Managing Agent
16835 Algonquin St # 481
Huntington Beach, CA 92649

David & Carolyn Miller
Attn: Bankruptcy Desk/Managing Agent
566 Halloran Springs Rd
Las Vegas, NV 89148

David & Cathleen Wuerth
Attn: Bankruptcy Desk/Managing Agent
4 North 171 Wiant Rd
West Chicago, IL 60185

David & Cathleen Wuerth
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 208
Las Vegas, NV 89113

David & Elizabeth McDonald
Attn: Bankruptcy Desk/Managing Agent
10486 Stonewillow Dr
Parker, CO 80134

David & Elizabeth McDonald
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 113
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                              Served 4/17/2009

David & Griselda McCasey
Attn: Bankruptcy Desk/Managing Agent
7311 Citrus Valley Ave
Corona, CA 92880

David & Griselda McCasey
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2055
Las Vegas, NV 89148

David & Janet Myers
Attn: Bankruptcy Desk/Managing Agent
23 W 6th St
Antioch, CA 94509

David & Janet Myers
Attn: Bankruptcy Desk/Managing Agent
455 Foster Springs Rd
Las Vegas, NV 89148

David & Janet Prakken
Attn: Bankruptcy Desk/Managing Agent
4939 Conrad Ct
San Diego, CA 92117

David & Janet Prakken
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 201
Las Vegas, NV 89113

David & Jennifer Byron
Attn: Bankruptcy Desk/Managing Agent
32434 Campo Dr
Temecula, CA 92592

David & Jennifer Byron
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2096
Las Vegas, NV 89148

David & Joanne Stearn
Attn: Bankruptcy Desk/Managing Agent
22765 Sparrowdell Dr
Calabasas, CA 91302

David & Joanne Stearn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1146
Las Vegas, NV 89148

David & Laurie Kellaway
Attn: Bankruptcy Desk/Managing Agent
2975 Lullingstone St
Las Vegas, NV 89135

David & Laurie Kellaway
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 108
Las Vegas, NV 89113

David & Lien Gordon
Attn: Bankruptcy Desk/Managing Agent
43 Laying Up Ct
Las Vegas, NV 89148

David & Linda Zanders
Attn: Bankruptcy Desk/Managing Agent
238 Duck Hollow Ave
Las Vegas, NV 89148

David & Lukkana Hodge
Attn: Bankruptcy Desk/Managing Agent
394 Highland Hills Ct
Las Vegas, NV 89148

David & Melissa Gardner
Attn: Bankruptcy Desk/Managing Agent
9661 Waukegan Ave
Las Vegas, NV 89148

David & Mira Kim
Attn: Bankruptcy Desk/Managing Agent
187 Real Long Way
Las Vegas, NV 89148

David & Mira Kim
Attn: Bankruptcy Desk/Managing Agent
208 Dog Leg Dr
Las Vegas, NV 89148

David & Patricia Miller
Attn: Bankruptcy Desk/Managing Agent
335 Trailing Putt Way
Las Vegas, NV 89148

David & Patricia Miller
Attn: Bankruptcy Desk/Managing Agent
405 Crystal Dr
Grants Pass, OR 97527

David & Sandra Henderson
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 111
Las Vegas, NV 89113

David & Sharon Chinn
Attn: Bankruptcy Desk/Managing Agent
5601 Laguna Park Dr
Elk Grove, CA 95758

David & Sharon Chinn
Attn: Bankruptcy Desk/Managing Agent
9263 Blue Flax Pl
Las Vegas, NV 89148

David & Stephen Seto
Attn: Bankruptcy Desk/Managing Agent
1750 Grant Ave Apt D
San Francisco, CA 94133

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                        Served 4/17/2009

David & Stephen Seto
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2044
Las Vegas, NV 89148

David & Susan Lloyd
Attn: Bankruptcy Desk/Managing Agent
85 Chateau Whistler Ct
Las Vegas, NV 89148

David & Yupin Shackelford
Attn: Bankruptcy Desk/Managing Agent
470 Newberry Springs Dr
Las Vegas, NV 89148

David Baker
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 112
Las Vegas, NV 89113

David Brent
Attn: Bankruptcy Desk/Managing Agent
108 Short Ruff Way
Las Vegas, NV 89148

David Brent
Attn: Bankruptcy Desk/Managing Agent
4302 Pickwick Cir
Huntington Beach, CA 92649

David Corrado
Attn: Bankruptcy Desk/Managing Agent
31 Indian Run Way
Las Vegas, NV 89148

David Corrado
Attn: Bankruptcy Desk/Managing Agent
362 Longspur Rd
Highland Hts, OH 44143

David Due
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 306
Las Vegas, NV 89113

David Failloux
Attn: Bankruptcy Desk/Managing Agent
371 Center Green Dr
Las Vegas, NV 89148

David Failloux
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

David Family
Attn: Bankruptcy Desk/Managing Agent
262 Arbour Garden Ave
Las Vegas, NV 89148

David Family
Attn: Bankruptcy Desk/Managing Agent
41 Chateau Whistler Ct
Las Vegas, NV 89148

David Gonzalez
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 304
Las Vegas, NV 89113

David Gorka
Attn: Bankruptcy Desk/Managing Agent
395 Apple River Ct
Las Vegas, NV 89148

David Guetzkow
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 205
Las Vegas, NV 89113

David Huckabay
Attn: Bankruptcy Desk/Managing Agent
121 Hazelmere Ln
Las Vegas, NV 89148

David Lee
Attn: Bankruptcy Desk/Managing Agent
507 Halloran Springs Rd
Las Vegas, NV 89148

David Lee
Attn: Bankruptcy Desk/Managing Agent
7752 Bear Ridge St
Las Vegas, NV 89113

David Lew
Attn: Bankruptcy Desk/Managing Agent
2448 Pepperdale Dr
Rowland Heights, CA 91748

David Lew
Attn: Bankruptcy Desk/Managing Agent
6742 Gold Yarrow St
Las Vegas, NV 89148

David Lo
Attn: Bankruptcy Desk/Managing Agent
609 Over Par Ct
Las Vegas, NV 89148

David Rizzo
Attn: Bankruptcy Desk/Managing Agent
2215 Utopia Pkwy
Whitestone, NY 11357

David Rizzo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1120
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

David Scherer
Attn: Bankruptcy Desk/Managing Agent
6638 Babys Tear Pl
Las Vegas, NV 89148

David Scherer
Attn: Bankruptcy Desk/Managing Agent
937 Granger Farm Way
Las Vegas, NV 89145

David Scialabba
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1097
Las Vegas, NV 89148

David Shafshak
Attn: Bankruptcy Desk/Managing Agent
9695 Valmeyer Ave
Las Vegas, NV 89148

David Sperry
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 110
Las Vegas, NV 89113

David Steinbrook
Attn: Bankruptcy Desk/Managing Agent
554 Halloran Springs Rd
Las Vegas, NV 89148

David Vapnitsky
Attn: Bankruptcy Desk/Managing Agent
195 Crooked Putter Dr
Las Vegas, NV 89148

David Vivanco
Attn: Bankruptcy Desk/Managing Agent
291 Angels Trace Ct
Las Vegas, NV 89148

David Vivanco
Attn: Bankruptcy Desk/Managing Agent
PO Box 39459
Downey, CA 90239

David Yanagi
Attn: Bankruptcy Desk/Managing Agent
115 Chateau Whistler Ct
Las Vegas, NV 89148

David Yerick
Attn: Bankruptcy Desk/Managing Agent
9297 Dames Rocket Pl
Las Vegas, NV 89148

Dawn Anderson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1072
Las Vegas, NV 89148

Dawn Francis
Attn: Bankruptcy Desk/Managing Agent
276 White Bluffs St
Las Vegas, NV 89148

Dawn Riddle
Attn: Bankruptcy Desk/Managing Agent
384 Highland Hills Ct
Las Vegas, NV 89148

Dawn Stepien
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 205
Las Vegas, NV 89113

Daysi & Christopher Vancleef
Attn: Bankruptcy Desk/Managing Agent
6724 Gold Yarrow St
Las Vegas, NV 89148

D-Best Tub & Shower Repairs
Attn: Bankruptcy Desk/Managing Agent
5926 Red Rock Circle
Las Vegas NV 89103

Dean & Dunn Roofing
Attn: Bankruptcy Desk/Managing Agent
5385 South Cameron
Suite 21
Las Vegas NV 89118

Dean Tajima
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 201
Las Vegas, NV 89113

Deandra Young
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2153
Las Vegas, NV 89148

Deann Boise
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 108
Las Vegas, NV 89113

Deann Boise
Attn: Bankruptcy Desk/Managing Agent
7412 Bedford Pine Ct
Las Vegas, NV 89113

Deanna Dobek
Attn: Bankruptcy Desk/Managing Agent
504 Beckton Park Ave
Las Vegas, NV 89178

Deanna Dobek
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 201
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                              Served 4/17/2009

Debbie & Amy Wong
Attn: Bankruptcy Desk/Managing Agent
340 Ladies Tee Ct
Las Vegas, NV 89148

Debora Pope
Attn: Bankruptcy Desk/Managing Agent
396 Apple River Ct
Las Vegas, NV 89148

Deborah Anderson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2050
Las Vegas, NV 89148

Deborah Berlin
Attn: Bankruptcy Desk/Managing Agent
4 Horizon Rd Apt 630
Fort Lee, NJ 07024

Deborah Berlin
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 208
Las Vegas, NV 89113

Deborah Bielak
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 314
Las Vegas, NV 89113

Deborah Brunnmeier
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 308
Las Vegas, NV 89113

Debra & Michael Brown
Attn: Bankruptcy Desk/Managing Agent
77 Chateau Whistler Ct
Las Vegas, NV 89148

Deenamma John
Attn: Bankruptcy Desk/Managing Agent
133 Macoby Run St
Las Vegas, NV 89148

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Del Grosso Floor Covering, Inc
Attn: Bankruptcy Desk/Managing Agent
3170 Ponderosa Way
Las Vegas NV 89118

Delarosa Family
Attn: Bankruptcy Desk/Managing Agent
275 Hickory Heights Ave
Las Vegas, NV 89148

Delarosa Family
Attn: Bankruptcy Desk/Managing Agent
32 Lakewood Cir
San Mateo, CA 94402

Delarosa Family
Attn: Bankruptcy Desk/Managing Agent
489 Center Green Dr
Las Vegas, NV 89148

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Denise Longo
Attn: Bankruptcy Desk/Managing Agent
83 Rusty Springs Ct
Las Vegas, NV 89148

Denitza Gasali
Attn: Bankruptcy Desk/Managing Agent
214 Rusty Plank Ave
Las Vegas, NV 89148

Dennis & Alison Carter
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 208
Las Vegas, NV 89113

Dennis & Kathleen Kachinsky
Attn: Bankruptcy Desk/Managing Agent
196 Spring Hollow Dr
Las Vegas, NV 89148

Dennis & Luningning Favis
Attn: Bankruptcy Desk/Managing Agent
19348 Winged Foot Cir
Northridge, CA 91326

Dennis & Luningning Favis
Attn: Bankruptcy Desk/Managing Agent
223 Hickory Heights Ave
Las Vegas, NV 89148

Dennis & Michelle Piedra
Attn: Bankruptcy Desk/Managing Agent
132 Cooks Creek Ct
Las Vegas, NV 89148

Dennis & Nanacy Krzeminski
Attn: Bankruptcy Desk/Managing Agent
22526 Porter St
Novi, MI 48374

Dennis & Nanacy Krzeminski
Attn: Bankruptcy Desk/Managing Agent
61 Sunshine Coast Ln
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Dennis & Wendy Peck
Attn: Bankruptcy Desk/Managing Agent
231 Arbour Garden Ave
Las Vegas, NV 89148

Dennis Brotarlo
Attn: Bankruptcy Desk/Managing Agent
30706 Tidewater Dr
Union City, CA 94587

Dennis Brotarlo
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 107
Las Vegas, NV 89113

Dennis Fusi
Attn: Bankruptcy Desk/Managing Agent
151 Rancho Maria St
Las Vegas, NV 89148

Dennis Fusi
Attn: Bankruptcy Desk/Managing Agent
9823 Newville Ave
Downey, CA 90240

Dennis Medina
Attn: Bankruptcy Desk/Managing Agent
7110 Atheling Way
West Hills, CA 91307

Dennis Medina
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1111
Las Vegas, NV 89148

Dennis Regan
Attn: Bankruptcy Desk/Managing Agent
52 Cascade Lake St
Las Vegas, NV 89148

Dennis Regan
Attn: Bankruptcy Desk/Managing Agent
PO Box 670
Lincoln City, OR 97367

Deoki & Shanta Sharma
Attn: Bankruptcy Desk/Managing Agent
5 Harvest Ln
Freehold, NJ 07728

Deoki & Shanta Sharma
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2099
Las Vegas, NV 89148

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Derek Dinehart
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 201
Las Vegas, NV 89113

Desert Home Electric
Attn: Bankruptcy Desk/Managing Agent
8635 W.Sahara Blvd., # 441
Las Vegas NV 89117

Desert Luck LLC
Attn: Bankruptcy Desk/Managing Agent
%R Rossi
Millersville, MD 21108

Desert Luck LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1035
Las Vegas, NV 89148

Desert Luck LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2035
Las Vegas, NV 89148

Desert Plastering, LLC
Attn: Bankruptcy Desk/Managing Agent
2602 Losee Road
North Las Vegas, NV 89030

Desiree Miller
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 210
Las Vegas, NV 89113

Deva McTear
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2165
Las Vegas, NV 89148

Devon Garratt
Attn: Bankruptcy Desk/Managing Agent
277 Caddy Bag Ct
Las Vegas, NV 89148

Devon Turner
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 206
Las Vegas, NV 89113

Devries Family
Attn: Bankruptcy Desk/Managing Agent
34 Arcadian Shores St
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                          Served 4/17/2009

Devries Family
Attn: Bankruptcy Desk/Managing Agent
52 Sunshine Coast Ln
Las Vegas, NV 89148

Devries Family
Attn: Bankruptcy Desk/Managing Agent
91 Sunshine Coast Ln
Las Vegas, NV 89148

Devries S W LLC
Attn: Bankruptcy Desk/Managing Agent
8299 Hawkshead SE
Byron Center, MI 49315

Devries S W LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2040
Las Vegas, NV 89148

Deyu Gong
Attn: Bankruptcy Desk/Managing Agent
1248 Bretmoor Way
San Jose, CA 95129

Deyu Gong
Attn: Bankruptcy Desk/Managing Agent
617 Over Par Ct
Las Vegas, NV 89148

Diana Paris
Attn: Bankruptcy Desk/Managing Agent
370 Broken Par Dr
Las Vegas, NV 89148

Diane Roth
Attn: Bankruptcy Desk/Managing Agent
194 Crooked Putter Dr
Las Vegas, NV 89148

Diane Roth
Attn: Bankruptcy Desk/Managing Agent
PO Box 81746
Las Vegas, NV 89180

Diena Liu
Attn: Bankruptcy Desk/Managing Agent
191 Rancho Maria St
Las Vegas, NV 89148

Diena Liu
Attn: Bankruptcy Desk/Managing Agent
277 Palm Trace Ave
Las Vegas, NV 89148

Diena Liu
Attn: Bankruptcy Desk/Managing Agent
280 Tayman Park Ave
Las Vegas, NV 89148

Dimario Family
Attn: Bankruptcy Desk/Managing Agent
9262 Dames Rocket Pl
Las Vegas, NV 89148

Direct Grading & Paving
Attn: Bankruptcy Desk/Managing Agent
2755 N. Lamont
Las Vegas NV 89115

Dirk Griffith
Attn: Bankruptcy Desk/Managing Agent
272 Arbour Garden Ave
Las Vegas, NV 89148

Divina Estavilla
Attn: Bankruptcy Desk/Managing Agent
162 Macoby Run St
Las Vegas, NV 89148

Divina Estavilla
Attn: Bankruptcy Desk/Managing Agent
340 Tayman Park Ave
Las Vegas, NV 89148

Dixon & Christine Keller
Attn: Bankruptcy Desk/Managing Agent
221 Lakewood Garden Dr
Las Vegas, NV 89148

Dmitry & Lyudmila Vorobiev
Attn: Bankruptcy Desk/Managing Agent
361 Tayman Park Ave
Las Vegas, NV 89148

Dmitry Kosoy
Attn: Bankruptcy Desk/Managing Agent
241 Rusty Plank Ave
Las Vegas, NV 89148

Dmitry Kosoy
Attn: Bankruptcy Desk/Managing Agent
7548 Hampton Ave Apt 302
West Hollywood, CA 90046

Dmytro Pavlenko
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 303
Las Vegas, NV 89113

Dobbs Family
Attn: Bankruptcy Desk/Managing Agent
222 Cliff Valley Dr
Las Vegas, NV 89148

Dobbs Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 111
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Dody Gilenson
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 211
Las Vegas, NV 89113

Dolores Kennedy
Attn: Bankruptcy Desk/Managing Agent
9217 Tulip Trestle Ave
Las Vegas, NV 89148

Domenico Ferraro
Attn: Bankruptcy Desk/Managing Agent
187 Wicked Wedge Way
Las Vegas, NV 89148

Dominador & Josefina Suguitan
Attn: Bankruptcy Desk/Managing Agent
189 Summerwind Dr
Milpitas, CA 95035

Dominador & Josefina Suguitan
Attn: Bankruptcy Desk/Managing Agent
6698 Roanoke Ct
Las Vegas, NV 89148

Dominga & Remegio Alegado
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2082
Las Vegas, NV 89148

Domingo & Nenita Corpuz
Attn: Bankruptcy Desk/Managing Agent
360 Trailing Putt Way
Las Vegas, NV 89148

Domingo & Nenita Corpuz
Attn: Bankruptcy Desk/Managing Agent
5080 Hanawai St Apt G
Lahaina, HI 96761

Don & Domina Alvarico
Attn: Bankruptcy Desk/Managing Agent
6470 Aether St
Las Vegas, NV 89148

Don Hamlin
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 310
Las Vegas, NV 89113

Don Lucier
Attn: Bankruptcy Desk/Managing Agent
224 Locust Valley Ave
Las Vegas, NV 89148

Don Mungcal
Attn: Bankruptcy Desk/Managing Agent
255 S Grand Ave Ste 204
Los Angeles, CA 90012

Don Mungcal
Attn: Bankruptcy Desk/Managing Agent
308 White Bluffs St
Las Vegas, NV 89148

Don Posadas
Attn: Bankruptcy Desk/Managing Agent
1345 Carlton Dr
Glendale, CA 91205

Don Posadas
Attn: Bankruptcy Desk/Managing Agent
284 Soggy Ruff Way
Las Vegas, NV 89148

Donald & Debbie Tyree
Attn: Bankruptcy Desk/Managing Agent
28692 W Harvest Glen Cir
Cary, IL 60013

Donald & Debbie Tyree
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2105
Las Vegas, NV 89148

Donald & Jaclyn Palmer
Attn: Bankruptcy Desk/Managing Agent
9690 Valmeyer Ave
Las Vegas, NV 89148

Donald & Maria Moscato
Attn: Bankruptcy Desk/Managing Agent
1513 71st St
Darien, IL 60561

Donald & Maria Moscato
Attn: Bankruptcy Desk/Managing Agent
231 Cliff Valley Dr
Las Vegas, NV 89148

Donald & Marie Sears
Attn: Bankruptcy Desk/Managing Agent
6783 Gold Yarrow St
Las Vegas, NV 89148

Donald Rech
Attn: Bankruptcy Desk/Managing Agent
103 Short Ruff Way
Las Vegas, NV 89148

Donald Rech
Attn: Bankruptcy Desk/Managing Agent
1240 24 Th Rd
Ulysses, NE 68669

Donald Reynolds
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 305
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                      Served 4/17/2009

Donaldson Family
Attn: Bankruptcy Desk/Managing Agent
349 Lakewood Garden Dr
Las Vegas, NV 89148

Done Right Plumbing Inc.
Attn: Bankruptcy Desk/Managing Agent
3872 Rayment Drive
Las Vegas NV 89121

Dong & Kitty Lee
Attn: Bankruptcy Desk/Managing Agent
123 Broken Putter Way
Las Vegas, NV 89148

Dong Cho
Attn: Bankruptcy Desk/Managing Agent
21812 Sheppard Dr
Eagle River, AK 99577

Dong Cho
Attn: Bankruptcy Desk/Managing Agent
343 Center Green Dr
Las Vegas, NV 89148

Dong Family
Attn: Bankruptcy Desk/Managing Agent
1165 Helen Dr
Millbrae, CA 94030

Dong Family
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 110
Las Vegas, NV 89113

Dong Kim
Attn: Bankruptcy Desk/Managing Agent
159 Rusty Plank Ave
Las Vegas, NV 89148

Donna & Benjamin Owyoung
Attn: Bankruptcy Desk/Managing Agent
2213 Delvin Way
South San Francisco, CA 94080

Donna & Benjamin Owyoung
Attn: Bankruptcy Desk/Managing Agent
270 Tayman Park Ave
Las Vegas, NV 89148

Donna Duke
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 113
Las Vegas, NV 89113

Donna Hruska
Attn: Bankruptcy Desk/Managing Agent
574 Newberry Springs Dr
Las Vegas, NV 89148

Dorian Family
Attn: Bankruptcy Desk/Managing Agent
101 Lakewood Garden Dr
Las Vegas, NV 89148

Dorian Family
Attn: Bankruptcy Desk/Managing Agent
10300 Charleston Blvd # 13-249
Las Vegas, NV 89135

Doris Barton
Attn: Bankruptcy Desk/Managing Agent
280 Fairway Woods Dr
Las Vegas, NV 89148

Doris Barton
Attn: Bankruptcy Desk/Managing Agent
9420 Angelfish Dr
Las Vegas, NV 89117

Doris Miller
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 104
Las Vegas, NV 89113

Dorothy Cherene
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 203
Las Vegas, NV 89113

Double A Electric, LLC
Attn: Bankruptcy Desk/Managing Agent
580 West Cheyenne Avenue Ste 100
N. Las Vegas NV 89030

Dougall Family
Attn: Bankruptcy Desk/Managing Agent
11 Indian Run Way
Las Vegas, NV 89148

Douglas & Jill Forester
Attn: Bankruptcy Desk/Managing Agent
280 Broken Par Dr
Las Vegas, NV 89148

Douglas & Kimberly Eckrote
Attn: Bankruptcy Desk/Managing Agent
4484 Normandy Ct
Long Grove, IL 60047

Douglas & Kimberly Eckrote
Attn: Bankruptcy Desk/Managing Agent
55 Laying Up Ct
Las Vegas, NV 89148

Douglas & Sylvia Einfeld
Attn: Bankruptcy Desk/Managing Agent
435 Casa Rio Dr
Kelowna BC V1Z 3L6
Canada

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Douglas & Sylvia Einfeld
Attn: Bankruptcy Desk/Managing Agent
599 Center Green Dr
Las Vegas, NV 89148

Douglas Halwa
Attn: Bankruptcy Desk/Managing Agent
374 Blue Tee Ct
Las Vegas, NV 89148

Douglas Halwa
Attn: Bankruptcy Desk/Managing Agent
8949-107A Ave
Grand Prairie AB
Canada

Douglas Vetter
Attn: Bankruptcy Desk/Managing Agent
1133 Westchester Ave
White Plains, NY 10604

Douglas Vetter
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1121
Las Vegas, NV 89148

Dr. Drywall & Paint,Too
Attn: Bankruptcy Desk/Managing Agent
2408 Santa Clara St
Las Vegas NV 89104

Drazan & Tanja Marinovic
Attn: Bankruptcy Desk/Managing Agent
195 Dog Leg Dr
Las Vegas, NV 89148

Drew Baker
Attn: Bankruptcy Desk/Managing Agent
9271 Orchid Pansy Ave
Las Vegas, NV 89148

DRI Residential Corporation
Attn: Bankruptcy Desk/Managing Agent
17182 Armstrong Avenue
Irvine, CA 92614

Dror Midany
Attn: Bankruptcy Desk/Managing Agent
6772 Gold Yarrow St
Las Vegas, NV 89148

Duk & Yong Chong
Attn: Bankruptcy Desk/Managing Agent
373 Highland Hills Ct
Las Vegas, NV 89148

Duke Family
Attn: Bankruptcy Desk/Managing Agent
59 Big Creek Ct
Las Vegas, NV 89148

Duke Family
Attn: Bankruptcy Desk/Managing Agent
6778 Gold Yarrow St
Las Vegas, NV 89148

Dulce & Geraldo Matias
Attn: Bankruptcy Desk/Managing Agent
495 Foster Springs Rd
Las Vegas, NV 89148

Dunn Leasing LLC
Attn: Bankruptcy Desk/Managing Agent
9705 Marcelline Ave
Las Vegas, NV 89148

Dunn Leasing LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 28100
Las Vegas, NV 89126

Duo Darlison
Attn: Bankruptcy Desk/Managing Agent
10809 Silver Lace Ln
Las Vegas, NV 89135

Duo Darlison
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 308
Las Vegas, NV 89113

Dusko & Lidija Zivanovic
Attn: Bankruptcy Desk/Managing Agent
9699 Marcelline Ave
Las Vegas, NV 89148

Dustin Fitz
Attn: Bankruptcy Desk/Managing Agent
242 Fairway Woods Dr
Las Vegas, NV 89148

Dwight & Guia Cabellon
Attn: Bankruptcy Desk/Managing Agent
472 Foster Springs Rd
Las Vegas, NV 89148

Dwight & Guia Cabellon
Attn: Bankruptcy Desk/Managing Agent
8382 Snowden Ave
Panorama City, CA 91402

Dynamic Heating & Air
Attn: Bankruptcy Desk/Managing Agent
of Nevada, Inc.
3315 Birtcher Drive
Las Vegas NV 89118

Dynamic Plumbing Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
4745 Copper Sage Street
Las Vegas NV 89115

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Eade Family
Attn: Bankruptcy Desk/Managing Agent
64 Tall Ruff Dr
Las Vegas, NV 89148

Eagle Painting & Drywall Inc.
Attn: Bankruptcy Desk/Managing Agent
Paul Baker
6225 Harrison Dr
Suite 1
Las Vegas, NV 89120

Eamon & Jessie Springall
Attn: Bankruptcy Desk/Managing Agent
134 Corey Creek Ct
Las Vegas, NV 89148

Earl Pointer
Attn: Bankruptcy Desk/Managing Agent
5011 Pachic Village Dr
Carpinteria, CA 93013

Earl Pointer
Attn: Bankruptcy Desk/Managing Agent
9258 Prairie Aster Pl
Las Vegas, NV 89148

Earl Wong
Attn: Bankruptcy Desk/Managing Agent
9668 Ziegler Ave
Las Vegas, NV 89148

Earnest & Rachel Coe
Attn: Bankruptcy Desk/Managing Agent
247 Dog Leg Dr
Las Vegas, NV 89148

EarthLink Network, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO BOX 6452
Carol Stream, IL 60197-6452

Eastgate Realty Corp
Attn: Bankruptcy Desk/Managing Agent
7010 165th Pl SW
Edmonds, WA 98026

Eastgate Realty Corp
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1025
Las Vegas, NV 89148

Eastgate Realty Corp
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1028
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
7019 165th Pl SW
Edmonds, WA 98026

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1026
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1027
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2025
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2026
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2027
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2028
Las Vegas, NV 89148

Echeverria Family
Attn: Bankruptcy Desk/Managing Agent
202 Waterton Lakes Ave
Las Vegas, NV 89148

Echeverria Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 7696
Ventura, CA 93006

Eclips Family
Attn: Bankruptcy Desk/Managing Agent
343 Harpers Ferry Ave
Las Vegas, NV 89148

Econ Appliance
Attn: Bankruptcy Desk/Managing Agent
Greg Stamm
6630 Arroyo Springs St.
ste 1200
Las Vegas NV 89113

Ed & Paige Song
Attn: Bankruptcy Desk/Managing Agent
366 Blackstone River Ave
Las Vegas, NV 89148

Eddie & Abundia Pancipanci
Attn: Bankruptcy Desk/Managing Agent
577 Over Par Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Eddie & Abundia Pancipanci
Attn: Bankruptcy Desk/Managing Agent
87-126 Helelua St Apt D202
Waianae, HI 96792

Eddie & Fannie Lam
Attn: Bankruptcy Desk/Managing Agent
1172 Earnest St
Hercules, CA 94547

Eddie & Fannie Lam
Attn: Bankruptcy Desk/Managing Agent
211 Tayman Park Ave
Las Vegas, NV 89148

Eddie Hunter
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 214
Las Vegas, NV 89113

Eddy-li Yin
Attn: Bankruptcy Desk/Managing Agent
1129 Fairview Ave Unit C2
Arcadia, CA 91007

Eddy-li Yin
Attn: Bankruptcy Desk/Managing Agent
364 Ladies Tee Ct
Las Vegas, NV 89148

Ederlyn & Arnulfo Alcaraz
Attn: Bankruptcy Desk/Managing Agent
9712 Marcelline Ave
Las Vegas, NV 89148

Edgar Camey
Attn: Bankruptcy Desk/Managing Agent
307 Yoakum Pkwy Apt 1508
Alexandria, VA 22304

Edgar Camey
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1067
Las Vegas, NV 89148

Edgar Manvelyan
Attn: Bankruptcy Desk/Managing Agent
310 Tayman Park Ave
Las Vegas, NV 89148

Edgar Manvelyan
Attn: Bankruptcy Desk/Managing Agent
466 Riverdale Dr Apt 208
Glendale, CA 91204

Edgar McDowell
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 204
Las Vegas, NV 89113

Edgardo & Irma Valdivieso
Attn: Bankruptcy Desk/Managing Agent
30 Laying Up Ct
Las Vegas, NV 89148

Edgardo & Ligaya Simon
Attn: Bankruptcy Desk/Managing Agent
5499 Carbillo Sur
El Sobrante, CA 94803

Edgardo & Ligaya Simon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1142
Las Vegas, NV 89148

Edgardo & Maria Crisostomo
Attn: Bankruptcy Desk/Managing Agent
6621 Babys Tear Pl
Las Vegas, NV 89148

Edgardo & Maria Crisostomo
Attn: Bankruptcy Desk/Managing Agent
7327 Ristoro St
Las Vegas, NV 89148

Edgardo Barrantes
Attn: Bankruptcy Desk/Managing Agent
8438 Capricorn Way Unit 16
San Diego, CA 92126

Edgardo Barrantes
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1083
Las Vegas, NV 89148

Edil & Gaudelia Bauzon
Attn: Bankruptcy Desk/Managing Agent
208 Spring Hollow Dr
Las Vegas, NV 89148

Edilberto & Anita Lansang
Attn: Bankruptcy Desk/Managing Agent
2248 Tanger Ct
Union City, CA 94587

Edilberto & Anita Lansang
Attn: Bankruptcy Desk/Managing Agent
98 Rusty Springs Ct
Las Vegas, NV 89148

Edith Castillo
Attn: Bankruptcy Desk/Managing Agent
301 Cliff Valley Dr
Las Vegas, NV 89148

Editha & Danilo Santos
Attn: Bankruptcy Desk/Managing Agent
253 Rustic Club Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Editha & Danilo Santos
Attn: Bankruptcy Desk/Managing Agent
3912 Spyglass Ct
Stockton, CA 95219

Edmund & Janet Gyllenhammer
Attn: Bankruptcy Desk/Managing Agent
604 Over Par Ct
Las Vegas, NV 89148

Eduardo & Eloiza Baluyut
Attn: Bankruptcy Desk/Managing Agent
191 Tayman Park Ave
Las Vegas, NV 89148

Eduardo & Isabel Ramirez
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 106
Las Vegas, NV 89113

Edward & Anne Kim
Attn: Bankruptcy Desk/Managing Agent
182 Cascade Lake St
Las Vegas, NV 89148

Edward & Anne Kim
Attn: Bankruptcy Desk/Managing Agent
274 Fairway Woods Dr
Las Vegas, NV 89148

Edward & Janina Macek
Attn: Bankruptcy Desk/Managing Agent
118 Chateau Whistler Ct
Las Vegas, NV 89148

Edward & Janina Macek
Attn: Bankruptcy Desk/Managing Agent
351 Arbour Garden Ave
Las Vegas, NV 89148

Edward & Marta Devries
Attn: Bankruptcy Desk/Managing Agent
59 Sully Creek Ct
Las Vegas, NV 89148

Edward & Marta Devries
Attn: Bankruptcy Desk/Managing Agent
91 Sunshine Coast Ln
Las Vegas, NV 89148

Edward & Pearl Watson
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 106
Las Vegas, NV 89113

Edward & Pearl Watson
Attn: Bankruptcy Desk/Managing Agent
8820 Horizon Ridge Wind Ave #101
Las Vegas, NV 89178

Edward Harbort
Attn: Bankruptcy Desk/Managing Agent
515 Foster Springs Rd
Las Vegas, NV 89148

Edward Rosales
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1084
Las Vegas, NV 89148

Edward Rosales
Attn: Bankruptcy Desk/Managing Agent
PO Box 1082
Carpinteria, CA 93014

Edward Sambrano
Attn: Bankruptcy Desk/Managing Agent
350 E Moss St
Chula Vista, CA 91911

Edward Sambrano
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 111
Las Vegas, NV 89113

Edward Shaw
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1143
Las Vegas, NV 89148

Edward Swadish
Attn: Bankruptcy Desk/Managing Agent
132 Cascade Lake St
Las Vegas, NV 89148

Edward Swadish
Attn: Bankruptcy Desk/Managing Agent
4640 Arville St Ste D
Las Vegas, NV 89103

Edwige Failloux
Attn: Bankruptcy Desk/Managing Agent
272 Dog Leg Dr
Las Vegas, NV 89148

Edwige Failloux
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Edwin & Gail Edejer
Attn: Bankruptcy Desk/Managing Agent
19 Quail Valley St
Las Vegas, NV 89148

Edwin & Gail Edejer
Attn: Bankruptcy Desk/Managing Agent
6571 W Oquendo Rd
Las Vegas, NV 89118

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Edwin & Gina Beaman
Attn: Bankruptcy Desk/Managing Agent
305 Foster Springs Rd
Las Vegas, NV 89148

Edwin & Sonia Portillo
Attn: Bankruptcy Desk/Managing Agent
188 Macoby Run St
Las Vegas, NV 89148

Edwin & Sonia Portillo
Attn: Bankruptcy Desk/Managing Agent
218 Locust Valley Ave
Las Vegas, NV 89148

Edwin & Sonia Portillo
Attn: Bankruptcy Desk/Managing Agent
4135 Forest Hill Ct
Hayward, CA 94542

Edwin & Sonia Portillo
Attn: Bankruptcy Desk/Managing Agent
837 Gellert Blvd
Daly City, CA 94015

Efraim Perez
Attn: Bankruptcy Desk/Managing Agent
4633 N Laramie Ave
Chicago, IL 60630

Efraim Perez
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 306
Las Vegas, NV 89113

Ehud Ben-Ami
Attn: Bankruptcy Desk/Managing Agent
352 Angels Trace Ct
Las Vegas, NV 89148

Ehud Ben-Ami
Attn: Bankruptcy Desk/Managing Agent
PO Box 241547
Los Angeles, CA 90024

Ejigu Birru
Attn: Bankruptcy Desk/Managing Agent
6789 Gold Yarrow St
Las Vegas, NV 89148

Elaina Hartman
Attn: Bankruptcy Desk/Managing Agent
9657 Marcelline Ave
Las Vegas, NV 89148

Elaine & Tony Luu
Attn: Bankruptcy Desk/Managing Agent
191 Crooked Putter Dr
Las Vegas, NV 89148

Elaine & Tony Luu
Attn: Bankruptcy Desk/Managing Agent
3605 Hummer Rd
Annandale, VA 22003

Eldon & Teal Alvord
Attn: Bankruptcy Desk/Managing Agent
9310 Perennial Ave
Las Vegas, NV 89148

Eleanor Benitez
Attn: Bankruptcy Desk/Managing Agent
1007 S Central Ave # 212
Glendale, CA 91204

Eleanor Benitez
Attn: Bankruptcy Desk/Managing Agent
6697 Keyesport Ct
Las Vegas, NV 89148

Elena Elamparo
Attn: Bankruptcy Desk/Managing Agent
111 Sandy Bunker Ln
Las Vegas, NV 89148

Elena R. Elamparo
Attn: Bankruptcy Desk/Managing Agent
5261 Polis Drive
La Palma CA 90623

Elena Slaney
Attn: Bankruptcy Desk/Managing Agent
211 Hickory Heights Ave
Las Vegas, NV 89148

Elena Slaney
Attn: Bankruptcy Desk/Managing Agent
372 Grandover Ct
Las Vegas, NV 89148

Elenita & Alexander Penano
Attn: Bankruptcy Desk/Managing Agent
73 Rock Run St
Las Vegas, NV 89148

Elias & Violet Massara
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1090
Las Vegas, NV 89148

Elisha McCall
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 106
Las Vegas, NV 89113

Elisha McCall
Attn: Bankruptcy Desk/Managing Agent
PO Box 4413
Cedar Hill, TX 75106

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Elizabeth & Jean-Pierre Rompre
Attn: Bankruptcy Desk/Managing Agent
6736 Gold Yarrow St
Las Vegas, NV 89148

Elizabeth Hartman
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 212
Las Vegas, NV 89113

Elizabeth Howard
Attn: Bankruptcy Desk/Managing Agent
262 Duck Hollow Ave
Las Vegas, NV 89148

Elizabeth Lee
Attn: Bankruptcy Desk/Managing Agent
231 Angels Trace Ct
Las Vegas, NV 89148

Elizabeth Luu
Attn: Bankruptcy Desk/Managing Agent
1576 10th Ave
San Francisco, CA 94122

Elizabeth Luu
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1042
Las Vegas, NV 89148

Elizabeth Marcha
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1101
Las Vegas, NV 89148

Elizabeth Montgomery
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 201
Las Vegas, NV 89113

Elizabeth Morales
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 311
Las Vegas, NV 89113

Elizabeth Que
Attn: Bankruptcy Desk/Managing Agent
308 Dog Leg Dr
Las Vegas, NV 89148

Elizabeth Que
Attn: Bankruptcy Desk/Managing Agent
9970 Waxberry Ct
Las Vegas, NV 89178

Elizabeth Tobin
Attn: Bankruptcy Desk/Managing Agent
500 Newberry Springs Dr
Las Vegas, NV 89148

Elmer & Maria Gorospe
Attn: Bankruptcy Desk/Managing Agent
362 Dog Leg Dr
Las Vegas, NV 89148

Elsa Pahang
Attn: Bankruptcy Desk/Managing Agent
9711 Marcelline Ave
Las Vegas, NV 89148

Elsa Pahang
Attn: Bankruptcy Desk/Managing Agent
PO Box 23082
Ketchikan, AK 99901

Elsidita Yumul
Attn: Bankruptcy Desk/Managing Agent
113 Water Hazard Ln
Las Vegas, NV 89148

Elsidita Yumul
Attn: Bankruptcy Desk/Managing Agent
803 E Hadler St
Carson, CA 90745

Elsinore LLC
Attn: Bankruptcy Desk/Managing Agent
230 Fairway Woods Dr
Las Vegas, NV 89148

Elsinore LLC
Attn: Bankruptcy Desk/Managing Agent
3430 Bunkerhill Dr # A
N Las Vegas, NV 89032

Elsinore LLC
Attn: Bankruptcy Desk/Managing Agent
489 Foster Springs Rd
Las Vegas, NV 89148

Emad & /or Khweiss
Attn: Bankruptcy Desk/Managing Agent
6835 Rose Mallow St
Las Vegas, NV 89148

Emen & Ark Tom
Attn: Bankruptcy Desk/Managing Agent
167 Lenape Heights Ave
Las Vegas, NV 89148

Emen & Ark Tom
Attn: Bankruptcy Desk/Managing Agent
364 Sweeny St
San Francisco, CA 94134

Emilio & Janeth Fermin
Attn: Bankruptcy Desk/Managing Agent
6867 Baby Jade Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                          Served 4/17/2009

Emily & Felix Refuerzo
Attn: Bankruptcy Desk/Managing Agent
1730 Sacchetti Cir
Stockton, CA 95206

Emily & Felix Refuerzo
Attn: Bankruptcy Desk/Managing Agent
6615 Babys Tear Pl
Las Vegas, NV 89148

Emma Healy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2043
Las Vegas, NV 89148

Emmanuel Chamberland
Attn: Bankruptcy Desk/Managing Agent
313 Harpers Ferry Ave
Las Vegas, NV 89148

Emond & Eden Labat
Attn: Bankruptcy Desk/Managing Agent
3501 Shady Timgber St
Las Vegas, NV 89129

Emond & Eden Labat
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 110
Las Vegas, NV 89113

Emtiaz Family
Attn: Bankruptcy Desk/Managing Agent
3619 Malibu Country Dr
Malibu, CA 90265

Emtiaz Family
Attn: Bankruptcy Desk/Managing Agent
465 Foster Springs Rd
Las Vegas, NV 89148

Endy Family
Attn: Bankruptcy Desk/Managing Agent
11 Quail Valley St
Las Vegas, NV 89148

Endy Family
Attn: Bankruptcy Desk/Managing Agent
2037 Cherry Creek Cir
Las Vegas, NV 89135

Enid Rivera
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 115
Las Vegas, NV 89113

Enrico Anzalone
Attn: Bankruptcy Desk/Managing Agent
3831 Flickering Star Dr
Las Vegas, NV 89103

Enrico Anzalone
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2062
Las Vegas, NV 89148

Enrique & Ruby Lantican
Attn: Bankruptcy Desk/Managing Agent
157 Pavon
Hercules, CA 94547

Enrique & Ruby Lantican
Attn: Bankruptcy Desk/Managing Agent
97 Daisy Springs Ct
Las Vegas, NV 89148

Environmental Management
Solutions
Attn: Bankruptcy Desk/Managing Agent
1214 Wigwam Pkwy # 100
Henderson NV  89074-8156

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Erez Atava
Attn: Bankruptcy Desk/Managing Agent
510 Center Green Dr
Las Vegas, NV 89148

Erez Atava
Attn: Bankruptcy Desk/Managing Agent
8415 Watson Ranch Rd
San Diego, CA 92129

Eric & Brooke Johnson
Attn: Bankruptcy Desk/Managing Agent
258 Rusty Plank Ave
Las Vegas, NV 89148

Eric & Claire Rivera
Attn: Bankruptcy Desk/Managing Agent
459 Center Green Dr
Las Vegas, NV 89148

Eric & Claire Rivera
Attn: Bankruptcy Desk/Managing Agent
810 Poppy Ct
San Pablo, CA 94806

Eric & Kimberly Aitken
Attn: Bankruptcy Desk/Managing Agent
96 Back Spin Ct
Las Vegas, NV 89148

Eric & Yenny Kaplan
Attn: Bankruptcy Desk/Managing Agent
125 Standing Stone St
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Eric & Yenny Kaplan
Attn: Bankruptcy Desk/Managing Agent
997 Kennedy Blvd Ste A25
Orlando, FL 32810

Eric Bonn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1061
Las Vegas, NV 89148

Eric Lac
Attn: Bankruptcy Desk/Managing Agent
247 Palm Trace Ave
Las Vegas, NV 89148

Eric Medina
Attn: Bankruptcy Desk/Managing Agent
1812 Warrenville St
Las Vegas, NV 89117

Eric Medina
Attn: Bankruptcy Desk/Managing Agent
592 Newberry Springs Dr
Las Vegas, NV 89148

Eric Young
Attn: Bankruptcy Desk/Managing Agent
5525 Pine Ave
Chino Hills, CA 91709

Eric Young
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 204
Las Vegas, NV 89113

Erica Etienne
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 209
Las Vegas, NV 89113

Erica Ramos
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2078
Las Vegas, NV 89148

Erica Yi
Attn: Bankruptcy Desk/Managing Agent
384 Banff Ct
Las Vegas, NV 89148

Erika Duncan
Attn: Bankruptcy Desk/Managing Agent
1363 Woodhaven Cir
Taylorsville, UT 84123

Erika Duncan
Attn: Bankruptcy Desk/Managing Agent
287 Fringe Ruff Dr
Las Vegas, NV 89148

Erin Reiswerg
Attn: Bankruptcy Desk/Managing Agent
358 Cart Crossing Way
Las Vegas, NV 89148

Erin Sandlin
Attn: Bankruptcy Desk/Managing Agent
9793 Kampsville Ave
Las Vegas, NV 89148

Erlinda & Julian Eusebio
Attn: Bankruptcy Desk/Managing Agent
3714 Wild Lily Ct
Las Vegas, NV 89147

Erlinda & Julian Eusebio
Attn: Bankruptcy Desk/Managing Agent
77 Arcadian Shores St
Las Vegas, NV 89148

Erlinda & Vincente Alaban
Attn: Bankruptcy Desk/Managing Agent
300 Fringe Ruff Dr
Las Vegas, NV 89148

Erlinda & Vincente Alaban
Attn: Bankruptcy Desk/Managing Agent
693 Berryessa St
Milpitas, CA 95035

Ernest & Marlyn Bauzon
Attn: Bankruptcy Desk/Managing Agent
215 Spring Hollow Dr
Las Vegas, NV 89148

Ernest & Marlyn Bauzon
Attn: Bankruptcy Desk/Managing Agent
270 W Susanne Marie Ct
Azusa, CA 91702

Ernest & Peggy Sardella
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2046
Las Vegas, NV 89148

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
645 Lake Rd
Glen Ellyn, IL 60137

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 107
Las Vegas, NV 89113

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 311
Las Vegas, NV 89113

**Rhodes Ranch General Partnership 09-14844 - U.S. Mail**                                                    Served 4/17/2009

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 110
Las Vegas, NV 89113

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 107
Las Vegas, NV 89113

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 111
Las Vegas, NV 89113

Ernestine Harris
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1100
Las Vegas, NV 89148

Ernesto & Charito Nicolas
Attn: Bankruptcy Desk/Managing Agent
6860 Baby Jade Ct
Las Vegas, NV 89148

Ernesto & Ermelinda Tumbaga
Attn: Bankruptcy Desk/Managing Agent
1824 Berkshire Dr
Fullerton, CA 92833

Ernesto & Ermelinda Tumbaga
Attn: Bankruptcy Desk/Managing Agent
610 Over Par Ct
Las Vegas, NV 89148

Ernesto & Gelita Mejia
Attn: Bankruptcy Desk/Managing Agent
3525 Peach Blossom St
National City, CA 91950

Ernesto & Gelita Mejia
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 205
Las Vegas, NV 89113

Ernesto & Isabelita Puruganan
Attn: Bankruptcy Desk/Managing Agent
1025 Alfred Ave
Walnut Creek, CA 94597

Ernesto & Isabelita Puruganan
Attn: Bankruptcy Desk/Managing Agent
464 Center Green Dr
Las Vegas, NV 89148

Ernesto Perez
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 204
Las Vegas, NV 89113

Ernesto Perez
Attn: Bankruptcy Desk/Managing Agent
7459 Manfre St
Las Vegas, NV 89148

Ernie White
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 302
Las Vegas, NV 89113

Ernst Family
Attn: Bankruptcy Desk/Managing Agent
197 Lenape Heights Ave
Las Vegas, NV 89148

Ernst Family
Attn: Bankruptcy Desk/Managing Agent
8578 Lambert Dr
Las Vegas, NV 89147

ES2
Attn: Bankruptcy Desk/Managing Agent
(Engineering System Solutions)
6380 S. Valley View Blvd #406
Las Vegas NV 89118

Esperon Family
Attn: Bankruptcy Desk/Managing Agent
12640 Cherrywood St
Poway, CA 92064

Esperon Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2061
Las Vegas, NV 89148

Essie Sineriz
Attn: Bankruptcy Desk/Managing Agent
117 Broken Putter Way
Las Vegas, NV 89148

Essie Sineriz
Attn: Bankruptcy Desk/Managing Agent
13240 Arboretum Ave
Bakersfield, CA 93314

Estela & Bernardo Ipac
Attn: Bankruptcy Desk/Managing Agent
314 Harpers Ferry Ave
Las Vegas, NV 89148

Estela & Roberto Fiel
Attn: Bankruptcy Desk/Managing Agent
3641 Pintail Ter
Fremont, CA 94555

Estela & Roberto Fiel
Attn: Bankruptcy Desk/Managing Agent
9690 Kampsville Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Estrella Jose
Attn: Bankruptcy Desk/Managing Agent
460 First On Dr
Las Vegas, NV 89148

Estrella Jose
Attn: Bankruptcy Desk/Managing Agent
6050 Riverbank Cir
Stockton, CA 95219

Estrella Valdez
Attn: Bankruptcy Desk/Managing Agent
114 Short Ruff Way
Las Vegas, NV 89148

Ethan Stone
Attn: Bankruptcy Desk/Managing Agent
2261 Market St # 329
San Francisco, CA 94114

Ethan Stone
Attn: Bankruptcy Desk/Managing Agent
6785 Scarlet Flax St
Las Vegas, NV 89148

Eufemia & Clemente Cristobal
Attn: Bankruptcy Desk/Managing Agent
2932 S Barcelona St
Spring Valley, CA 91977

Eufemia & Clemente Cristobal
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 211
Las Vegas, NV 89113

Eufemia Catapang
Attn: Bankruptcy Desk/Managing Agent
10245 S Maryland Pkwy Unit 2213
Las Vegas, NV 89183

Eufemia Catapang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1078
Las Vegas, NV 89148

Eugene & Barbara Edwards
Attn: Bankruptcy Desk/Managing Agent
24735 Lydon
Redford, MI 48239

Eugene & Barbara Edwards
Attn: Bankruptcy Desk/Managing Agent
386 Blackstone River Ave
Las Vegas, NV 89148

Eugene & Carmen Carolino
Attn: Bankruptcy Desk/Managing Agent
4080 Loch Meade Dr
Lakeland, TN 38002

Eugene & Carmen Carolino
Attn: Bankruptcy Desk/Managing Agent
494 First On Dr
Las Vegas, NV 89148

Eugene & Catherine Dimitri
Attn: Bankruptcy Desk/Managing Agent
35 Sahalee Dr
Las Vegas, NV 89148

Eugene & Catherine Dimitri
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 110
Las Vegas, NV 89113

Eugene & Esperanza Twano
Attn: Bankruptcy Desk/Managing Agent
209 Short Ruff Way
Las Vegas, NV 89148

Eugene & Esperanza Twano
Attn: Bankruptcy Desk/Managing Agent
6474 Bullock Dr
San Diego, CA 92114

Eugene & Margaret Frankel
Attn: Bankruptcy Desk/Managing Agent
15233 Magnolia Blvd Unit 302
Sherman Oaks, CA 91403

Eugene & Margaret Frankel
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 308
Las Vegas, NV 89113

Eulalio & Marcell Morales
Attn: Bankruptcy Desk/Managing Agent
532 Foster Springs Rd
Las Vegas, NV 89148

Eun & Hyun An
Attn: Bankruptcy Desk/Managing Agent
65 Chateau Whistler Ct
Las Vegas, NV 89148

Eunji Ko
Attn: Bankruptcy Desk/Managing Agent
312 Trailing Putt Way
Las Vegas, NV 89148

Evans Recreation Installations
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 42607
Las Vegas NV 89116-1607

Evelyn Merrin
Attn: Bankruptcy Desk/Managing Agent
575 Center Green Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Evelyn Salazar
Attn: Bankruptcy Desk/Managing Agent
478 Foster Springs Rd
Las Vegas, NV 89148

Evelyn Valenton
Attn: Bankruptcy Desk/Managing Agent
355 S Madison Ave Unit 201
Pasadena, CA 91101

Evelyn Valenton
Attn: Bankruptcy Desk/Managing Agent
92 Dixie Springs Ct
Las Vegas, NV 89148

Evelyne Aguirre
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 208
Las Vegas, NV 89113

Evelyne Aguirre
Attn: Bankruptcy Desk/Managing Agent
PO Box 220793
Newhall, CA 91322

Everett & Joan Syphus
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 113
Las Vegas, NV 89113

Executive Plastering
Attn: Bankruptcy Desk/Managing Agent
3656 N, Rancho Dr. Suite 101
Las Vegas NV 89130

Ezra & Esther Ainhoren
Attn: Bankruptcy Desk/Managing Agent
1900 Mountain Hills Ct Apt 204
Las Vegas, NV 89128

Ezra & Esther Ainhoren
Attn: Bankruptcy Desk/Managing Agent
87 Tall Ruff Dr
Las Vegas, NV 89148

F C D B 8020 R E O LLC
Attn: Bankruptcy Desk/Managing Agent
348 Palm Trace Ave
Las Vegas, NV 89148

F C D B 8020 R E O LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 105219
Atlanta, GA 30348

F Family
Attn: Bankruptcy Desk/Managing Agent
93 Chatean Whistler Ct
Las Vegas, NV 89148

F Family
Attn: Bankruptcy Desk/Managing Agent
93 Chateau Whistler Ct
Las Vegas, NV 89148

Fabrice Charbonneau
Attn: Bankruptcy Desk/Managing Agent
251 Arbour Garden Ave
Las Vegas, NV 89148

Fan Family
Attn: Bankruptcy Desk/Managing Agent
831 Columba Ln
Foster City, CA 94404

Fan Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2054
Las Vegas, NV 89148

Fan Financial 18 LLC
Attn: Bankruptcy Desk/Managing Agent
220 Tayman Park Ave
Las Vegas, NV 89148

Fan Financial 18 LLC
Attn: Bankruptcy Desk/Managing Agent
425 NW 10th Ave Ste 307
Portland, OR 97209

Farid Ghazali
Attn: Bankruptcy Desk/Managing Agent
177 Dog Leg Dr
Las Vegas, NV 89148

Farid Khan
Attn: Bankruptcy Desk/Managing Agent
24362 Hatteras St
Woodland Hills, CA 91367

Farid Khan
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 103
Las Vegas, NV 89113

Farideh Deilami
Attn: Bankruptcy Desk/Managing Agent
301 Redlands St
Playa Del Rey, CA 90293

Farideh Deilami
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1056
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
1000 Technology Dr
O Fallon, MO 63368

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                     Served 4/17/2009

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
1410 Spring Hill Rd
McLean, VA 22102

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
157 Wicked Wedge Way
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
30 Corporate Park Ste 400A
Irvine, CA 92606

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
327 Palm Trace Ave
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
5000 Plano Pkwy
Carrollton, TX 75010

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
585 Foster Springs Rd
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 209
Las Vegas, NV 89113

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 312
Las Vegas, NV 89113

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
801 John Barrow Rd Ste 1
Little Rock, AR 72205

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1122
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
9683 Valmeyer Ave
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
9707 Kampsville Ave
Las Vegas, NV 89148

Federal Natioanl Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Federal Natioanl Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
6871 Rose Mallow St
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
1000 Technology Dr # Ms-314
O Fallon, MO 63368

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
1100 Virginia Dr
Fort Washington, PA 19034

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
135 N Los Robles Ave
Pasadena, CA 91101

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
160 Rusty Plank Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
183 Tall Ruff Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
203 Lenape Heights Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
214 Dog Leg Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
240 Dog Leg Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
256 Blackstone River Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
268 Hickory Heights Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
305 Dog Leg Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
332 Dog Leg Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
3415 Vision Dr
Columbus, OH 43219

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
38 Cobbs Creek Way
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
59 Broken Putter Way
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
601 5th Ave
Scottsbluff, NE 69361

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
6689 Roanoke Ct
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
67 Dogwood Hills St
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
70 Olimar Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 303
Las Vegas, NV 89113

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
81 Rock Run St
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2003
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
9296 Orchid Pansy Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
9692 Waukegan Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
9777 Valmeyer Ave
Las Vegas, NV 89148

Federal Washington
Attn: Bankruptcy Desk/Managing Agent
425 Pike St
Seattle, WA 98101

Federal Washington
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 312
Las Vegas, NV 89113

Federico Villafuerte
Attn: Bankruptcy Desk/Managing Agent
281 Caddy Bag Ct
Las Vegas, NV 89148

Federico Villafuerte
Attn: Bankruptcy Desk/Managing Agent
4027 W Avenue 41
Los Angeles, CA 90065

Fega LLC
Attn: Bankruptcy Desk/Managing Agent
16010 Valley Vista Blvd
Encino, CA 91436

Fega LLC
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 308
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Feliciano Dalugdugan
Attn: Bankruptcy Desk/Managing Agent
267 Hickory Heights Ave
Las Vegas, NV 89148

Feliciano Dalugdugan
Attn: Bankruptcy Desk/Managing Agent
621 Augustina Pl
Chula Vista, CA 91910

Felicito & Christine Callejo
Attn: Bankruptcy Desk/Managing Agent
10336 Achilpa St
Las Vegas, NV 89178

Felicito & Christine Callejo
Attn: Bankruptcy Desk/Managing Agent
164 Dog Leg Dr
Las Vegas, NV 89148

Felix Boceta
Attn: Bankruptcy Desk/Managing Agent
6676 Keyesport Ct
Las Vegas, NV 89148

Felix Boceta
Attn: Bankruptcy Desk/Managing Agent
9837 Ravari Dr
Cypress, CA 90630

Felix Salazar
Attn: Bankruptcy Desk/Managing Agent
13917 Anderson St
Paramount, CA 90723

Felix Salazar
Attn: Bankruptcy Desk/Managing Agent
402 Hidden Hole Dr
Las Vegas, NV 89148

Felma Duque
Attn: Bankruptcy Desk/Managing Agent
521 Newberry Springs Dr
Las Vegas, NV 89148

Fely Santiago
Attn: Bankruptcy Desk/Managing Agent
293 Harpers Ferry Ave
Las Vegas, NV 89148

Fely Santiago
Attn: Bankruptcy Desk/Managing Agent
668 Spruce Ave
South San Francisco, CA 94080

Ferdinand & Marivic Laluces
Attn: Bankruptcy Desk/Managing Agent
2480 El Camino Real
Redwood City, CA 94063

Ferdinand & Marivic Laluces
Attn: Bankruptcy Desk/Managing Agent
35 Indian Run Way
Las Vegas, NV 89148

Ferdinand Reyes
Attn: Bankruptcy Desk/Managing Agent
22039 Londelius St
West Hills, CA 91304

Ferdinand Reyes
Attn: Bankruptcy Desk/Managing Agent
490 Foster Springs Rd
Las Vegas, NV 89148

Fernando Guevarra
Attn: Bankruptcy Desk/Managing Agent
1118 Brunswick St
Daly City, CA 94014

Fernando Guevarra
Attn: Bankruptcy Desk/Managing Agent
236 Hickory Heights Ave
Las Vegas, NV 89148

Fernando Simmons
Attn: Bankruptcy Desk/Managing Agent
371 Arbour Garden Ave
Las Vegas, NV 89148

Fidelino Cortez
Attn: Bankruptcy Desk/Managing Agent
263 Dog Leg Dr
Las Vegas, NV 89148

Fierro Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7531 N Torrey Pines Dr
Las Vegas, NV 89131

Fierro Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1158
Las Vegas, NV 89148

Filipowski Family
Attn: Bankruptcy Desk/Managing Agent
1338 Andrew Ln
Manteca, CA 95336

Filipowski Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1107
Las Vegas, NV 89148

Filka Manova
Attn: Bankruptcy Desk/Managing Agent
350 Tayman Park Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrupcty Desk/Managing Agent
569 Court Street
Elko, NV 89801

Fiorella Tealdo
Attn: Bankruptcy Desk/Managing Agent
1736 E Charleston Blvd # 122
Las Vegas, NV 89104

Fiorella Tealdo
Attn: Bankruptcy Desk/Managing Agent
8B Daisy Springs Ct
Las Vegas, NV 89148

Firmalino Family
Attn: Bankruptcy Desk/Managing Agent
2908 English Rd
Chino Hills, CA 91709

Firmalino Family
Attn: Bankruptcy Desk/Managing Agent
570 Newberry Springs Dr
Las Vegas, NV 89148

Florante Diaz
Attn: Bankruptcy Desk/Managing Agent
117 Standing Stone St
Las Vegas, NV 89148

Florante Suan
Attn: Bankruptcy Desk/Managing Agent
1812 Maple Park Dr W
Canton, MI 48188

Florante Suan
Attn: Bankruptcy Desk/Managing Agent
341 Foster Springs Rd
Las Vegas, NV 89148

Florence Doyle
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 205
Las Vegas, NV 89113

Florencio & Aida Bautista
Attn: Bankruptcy Desk/Managing Agent
156 Duck Hollow Ave
Las Vegas, NV 89148

Florencio & Aida Bautista
Attn: Bankruptcy Desk/Managing Agent
800 The Mark Ln Unit 402
San Diego, CA 92101

Floyd & Kelly Lumpkin
Attn: Bankruptcy Desk/Managing Agent
32932 Canterbury Rd
Avon Lake, OH 44012

Floyd & Kelly Lumpkin
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1040
Las Vegas, NV 89148

Fong & A-Lan Yang
Attn: Bankruptcy Desk/Managing Agent
352 Arbour Garden Ave
Las Vegas, NV 89148

Fong & A-Lan Yang
Attn: Bankruptcy Desk/Managing Agent
3545 Padua Ave
Claremont, CA 91711

Forbes Family
Attn: Bankruptcy Desk/Managing Agent
9257 Blue Flax Pl
Las Vegas, NV 89148

Forss Family
Attn: Bankruptcy Desk/Managing Agent
468 Prospect St
Newport Beach, CA 92663

Forss Family
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 311
Las Vegas, NV 89113

Fox Family
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 210
Las Vegas, NV 89113

Fox Family
Attn: Bankruptcy Desk/Managing Agent
8513 Copper Falls Ave
Las Vegas, NV 89129

Fran Kaye
Attn: Bankruptcy Desk/Managing Agent
394 NW Breezy Point Loop
Port St Lucie, FL 34986

Fran Kaye
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 217
Las Vegas, NV 89113

Francesca Ervin
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 311
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Francesco Greco
Attn: Bankruptcy Desk/Managing Agent
179 Duck Hollow Ave
Las Vegas, NV 89148

Francesco Greco
Attn: Bankruptcy Desk/Managing Agent
37 Hanford Rd
Stoneham, MA 02180

Francis Family
Attn: Bankruptcy Desk/Managing Agent
2185 Kershner Rd
Dayton, OH 45414

Francis Family
Attn: Bankruptcy Desk/Managing Agent
264 Rustic Club Way
Las Vegas, NV 89148

Francis Lara
Attn: Bankruptcy Desk/Managing Agent
52 Dixie Springs Ct
Las Vegas, NV 89148

Francis Lara
Attn: Bankruptcy Desk/Managing Agent
6360 Cosmos St
Corona, CA 92880

Francis McKenzie
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 212
Las Vegas, NV 89113

Frank & Angela Aglio
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 217
Las Vegas, NV 89113

Frank & Angela Aglio
Attn: Bankruptcy Desk/Managing Agent
PO Box 547
San Clemente, CA 92674

Frank Bilotta
Attn: Bankruptcy Desk/Managing Agent
15615 - 100 St
Edmonton AB T5X
Canada

Frank Bilotta
Attn: Bankruptcy Desk/Managing Agent
163 Short Ruff Way
Las Vegas, NV 89148

Frank Crouch
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 102
Las Vegas, NV 89113

Frank Crouch
Attn: Bankruptcy Desk/Managing Agent
PO Box 11913
San Bernardino, CA 92423

Frank Little
Attn: Bankruptcy Desk/Managing Agent
6639 Dapple Gray Rd
Las Vegas, NV 89148

Frank Peters
Attn: Bankruptcy Desk/Managing Agent
251 Hickory Heights Ave
Las Vegas, NV 89148

Frank Peters
Attn: Bankruptcy Desk/Managing Agent
496-52477 Highway 21
Sherwood Park AB T8A-6K2
Canada

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow, # 180
Las Vegas, NV 89103

Frank Rustic
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 310
Las Vegas, NV 89113

Frank Seo
Attn: Bankruptcy Desk/Managing Agent
223 Fairway Woods Dr
Las Vegas, NV 89148

Frank Stone
Attn: Bankruptcy Desk/Managing Agent
121 Wicked Wedge Way
Las Vegas, NV 89148

Fred & Mary Sharp
Attn: Bankruptcy Desk/Managing Agent
5333 S Corning Ave
Los Angeles, CA 90056

Fred & Mary Sharp
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 109
Las Vegas, NV 89113

Fred Haupt
Attn: Bankruptcy Desk/Managing Agent
1513 Tiffany Park Cir
Santa Maria, CA 93455

Fred Haupt
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 208
Las Vegas, NV 89113

Fred Labaya
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 311
Las Vegas, NV 89113

Fred Stroud
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 313
Las Vegas, NV 89113

Freda Maritz
Attn: Bankruptcy Desk/Managing Agent
364 Broken Par Dr
Las Vegas, NV 89148

Freedom Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
6555 W Gary Ave
Las Vegas, NV 89139

Freelance Landscape Mgmt, Inc.
Attn: Bankruptcy Desk/Managing Agent
4465 W Arby
Las Vegas, NV 89118

Froilan Saradpon
Attn: Bankruptcy Desk/Managing Agent
102 Cascade Lake St
Las Vegas, NV 89148

Froilan Saradpon
Attn: Bankruptcy Desk/Managing Agent
9573 Ashlyn Cir
Owings Mills, MD 21117

Full Circle Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
13 Spoonbill Dr
Aliso Viejo, CA 92656

Full Circle Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2118
Las Vegas, NV 89148

Fung Chau
Attn: Bankruptcy Desk/Managing Agent
255 Dog Leg Dr
Las Vegas, NV 89148

Fung Chau
Attn: Bankruptcy Desk/Managing Agent
8455 W Flamingo Rd Ste 5
Las Vegas, NV 89147

Fung Tsang
Attn: Bankruptcy Desk/Managing Agent
271 Rustic Club Way
Las Vegas, NV 89148

G M A C Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
1100 Virginia Dr
Fort Washington, PA 19034

G M A C Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
177 Paxon Hollow Ct
Las Vegas, NV 89148

G.C.Wallace Inc.
Attn: Bankruptcy Desk/Managing Agent
6655 South Cimarron Road
Las Vegas NV 89113-2132

Gabriel & Kidusan Hailu
Attn: Bankruptcy Desk/Managing Agent
9251 Prairie Aster Pl
Las Vegas, NV 89148

Gabriel Laborico
Attn: Bankruptcy Desk/Managing Agent
9651 Valmeyer Ave
Las Vegas, NV 89148

Gabriela & Emil Botezatu
Attn: Bankruptcy Desk/Managing Agent
9290 Orchid Pansy Ave
Las Vegas, NV 89148

Gabriela Luna
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 209
Las Vegas, NV 89113

Gail Bankston-Hill
Attn: Bankruptcy Desk/Managing Agent
558 Evergreen St Apt 15
Inglewood, CA 90302

Gail Bankston-Hill
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 206
Las Vegas, NV 89113

Gale & Reynel Glepa
Attn: Bankruptcy Desk/Managing Agent
6442 Aether St
Las Vegas, NV 89148

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N Las Vegas, NV 89030

Galloway Family
Attn: Bankruptcy Desk/Managing Agent
192 Duck Hollow Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                        Served 4/17/2009

Ganesh & Shweta Kadam
Attn: Bankruptcy Desk/Managing Agent
598 Newberry Springs Dr
Las Vegas, NV 89148

Gary & Ann Herter
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1114
Las Vegas, NV 89148

Gary & Arlene Shibe
Attn: Bankruptcy Desk/Managing Agent
166 S Brook Hill Ln
Vernon Hills, IL 60061

Gary & Arlene Shibe
Attn: Bankruptcy Desk/Managing Agent
53 Arcadian Shores St
Las Vegas, NV 89148

Gary & Janice Goczkowski
Attn: Bankruptcy Desk/Managing Agent
163 Fletcher Dr
Des Plaines, IL 60016

Gary & Janice Goczkowski
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 107
Las Vegas, NV 89113

Gary & Janice Goczkowski
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 108
Las Vegas, NV 89113

Gary & Jill Burch
Attn: Bankruptcy Desk/Managing Agent
96 Rancho Maria St
Las Vegas, NV 89148

Gary & Karen Philbrook
Attn: Bankruptcy Desk/Managing Agent
13368 March Way
Corona, CA 92879

Gary & Karen Philbrook
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 113
Las Vegas, NV 89113

Gary & Susan Waters
Attn: Bankruptcy Desk/Managing Agent
11325 Early Sun Ct
Las Vegas, NV 89135

Gary & Susan Waters
Attn: Bankruptcy Desk/Managing Agent
9656 Waukegan Ave
Las Vegas, NV 89148

Gary Beck
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 107
Las Vegas, NV 89113

Gary Castronuovo
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 213
Las Vegas, NV 89113

Gary Edwards
Attn: Bankruptcy Desk/Managing Agent
274 Fringe Ruff Dr
Las Vegas, NV 89148

Gary Herter
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1023
Las Vegas, NV 89148

Gary Herter
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1045
Las Vegas, NV 89148

Gary Mattson
Attn: Bankruptcy Desk/Managing Agent
11013 Cliff Swallow Ave
Las Vegas, NV 89144

Gary Mattson
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 111
Las Vegas, NV 89113

Gary Norris
Attn: Bankruptcy Desk/Managing Agent
251 Manzanilla Way
Oceanside, CA 92057

Gary Norris
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 310
Las Vegas, NV 89113

Gary Shen
Attn: Bankruptcy Desk/Managing Agent
2870 Peaceful Grove St
Las Vegas, NV 89135

Gary Shen
Attn: Bankruptcy Desk/Managing Agent
88 Tall Ruff Dr
Las Vegas, NV 89148

Gaston & Linda Lai
Attn: Bankruptcy Desk/Managing Agent
347 Palm Trace Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                        Served 4/17/2009

Gavlak-yemc Family
Attn: Bankruptcy Desk/Managing Agent
137 Chateau Whistler Ct
Las Vegas, NV 89148

Gayle Nagy
Attn: Bankruptcy Desk/Managing Agent
1368 Kenwood Rd
Santa Barbara, CA 93109

Gayle Nagy
Attn: Bankruptcy Desk/Managing Agent
317 Palm Trace Ave
Las Vegas, NV 89148

Gene & Joan Kelly
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 303
Las Vegas, NV 89113

Gene Heckerman
Attn: Bankruptcy Desk/Managing Agent
244 Wicked Wedge Way
Las Vegas, NV 89148

Gene Sugano
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 110
Las Vegas, NV 89113

Gene Wittman
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 311
Las Vegas, NV 89113

Geoffrey & Genevieve Kwong
Attn: Bankruptcy Desk/Managing Agent
291 Waterton Lakes Ave
Las Vegas, NV 89148

Geoffrey & Genevieve Kwong
Attn: Bankruptcy Desk/Managing Agent
PO Box 5898
Sherman Oaks, CA 91413

Geoffrey & Serena Nervez
Attn: Bankruptcy Desk/Managing Agent
187 Rusty Plank Ave
Las Vegas, NV 89148

Geoffrey Hsieh
Attn: Bankruptcy Desk/Managing Agent
2559 Purple Heather Pl
Henderson, NV 89052

Geoffrey Hsieh
Attn: Bankruptcy Desk/Managing Agent
9698 Waukegan Ave
Las Vegas, NV 89148

Geoffrey Sampang
Attn: Bankruptcy Desk/Managing Agent
20786 Quiet Brook Pl
Potomac Falls, VA 20165

Geoffrey Sampang
Attn: Bankruptcy Desk/Managing Agent
56 Daisy Springs Ct
Las Vegas, NV 89148

George & Elena Lu
Attn: Bankruptcy Desk/Managing Agent
11329 Woodmar Ln NE
Albuquerque, NM 87111

George & Elena Lu
Attn: Bankruptcy Desk/Managing Agent
386 Apple River Ct
Las Vegas, NV 89148

George & Elisa Uy
Attn: Bankruptcy Desk/Managing Agent
137 Water Hazard Ln
Las Vegas, NV 89148

George & Elisa Uy
Attn: Bankruptcy Desk/Managing Agent
43 Calle Akelia
San Clemente, CA 92673

George & Geraldine Bender
Attn: Bankruptcy Desk/Managing Agent
39297 Beringer Dr
Murrieta, CA 92563

George & Geraldine Bender
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1057
Las Vegas, NV 89148

George & Linda Faithfull
Attn: Bankruptcy Desk/Managing Agent
6031 Eagle Ridge Place
Duncan BC V9L5M9
Canada

George & Linda Faithfull
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1149
Las Vegas, NV 89148

George & Virginia Filart
Attn: Bankruptcy Desk/Managing Agent
1626 Falling Star Ln
Chino Hills, CA 91709

George & Virginia Filart
Attn: Bankruptcy Desk/Managing Agent
251 Spring Hollow Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

George Fields
Attn: Bankruptcy Desk/Managing Agent
184 Macoby Run St
Las Vegas, NV 89148

George Garcia
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 312
Las Vegas, NV 89113

George Q. Valdez
Attn: Bankruptcy Desk/Managing Agent
7875 Alameda Creek Street
Las Vegas NV 89113

George Rodriguez
Attn: Bankruptcy Desk/Managing Agent
90 Rusty Springs Ct
Las Vegas, NV 89148

George Varhelyi
Attn: Bankruptcy Desk/Managing Agent
586 Foster Springs Rd
Las Vegas, NV 89148

GeoTek, Inc.
Attn: Bankruptcy Desk/Managing Agent
Wayne Anderson
6835 S. Escondido Street
Suite A
Las Vegas NV 89119

Gerald & Arlette Lebizay
Attn: Bankruptcy Desk/Managing Agent
7322 S Rainbow Blvd
Las Vegas, NV 89139

Gerald & Arlette Lebizay
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2070
Las Vegas, NV 89148

Gerald & Priscilla Messmer
Attn: Bankruptcy Desk/Managing Agent
1541 Doran Dr
Las Vegas, NV 89123

Gerald & Priscilla Messmer
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 108
Las Vegas, NV 89113

Gerald Guarin
Attn: Bankruptcy Desk/Managing Agent
1358 La Crescentia Dr
Chula Vista, CA 91910

Gerald Guarin
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 204
Las Vegas, NV 89113

Gerald Shurley
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 203
Las Vegas, NV 89113

Gerardo & Josephine Perez
Attn: Bankruptcy Desk/Managing Agent
9254 Orchid Pansy Ave
Las Vegas, NV 89148

Gerome & Macelsa Guansing
Attn: Bankruptcy Desk/Managing Agent
6675 Aviston St
Las Vegas, NV 89148

Gerome & Macelsa Guansing
Attn: Bankruptcy Desk/Managing Agent
Psc 561 Box 516
FPO, AP 96310

Gerry & Rosaline Devera
Attn: Bankruptcy Desk/Managing Agent
5263 Cedar Bend Dr
North Las Vegas, NV 89031

Gerry & Rosaline Devera
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 111
Las Vegas, NV 89113

Gertrude Cabuang
Attn: Bankruptcy Desk/Managing Agent
129 Quail Valley St
Las Vegas, NV 89148

Gesco NV
Attn: Bankruptcy Desk/Managing Agent
1868 Anamor St
Redwood City CA 94061

Ghassen & Miriam Khoury
Attn: Bankruptcy Desk/Managing Agent
580 Foster Springs Rd
Las Vegas, NV 89148

Ghennet Haile
Attn: Bankruptcy Desk/Managing Agent
350 Dog Leg Dr
Las Vegas, NV 89148

Ghennet Haile
Attn: Bankruptcy Desk/Managing Agent
9520 Victory Garden Ave
Las Vegas, NV 89149

Giacomo Monopoli
Attn: Bankruptcy Desk/Managing Agent
325 Lakewood Garden Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Gibi & Luckose Joseph
Attn: Bankruptcy Desk/Managing Agent
41 Sandy Bunker Ln
Las Vegas, NV 89148

Giblin Family
Attn: Bankruptcy Desk/Managing Agent
175 Wicked Wedge Way
Las Vegas, NV 89148

Gieselle & Michael Eastman
Attn: Bankruptcy Desk/Managing Agent
402 Center Green Dr
Las Vegas, NV 89148

Gil & Ulla Galliguez
Attn: Bankruptcy Desk/Managing Agent
539 Newberry Springs Dr
Las Vegas, NV 89148

Gilbert & Patricia Brill
Attn: Bankruptcy Desk/Managing Agent
3250 S Town Center Dr Unit 2063
Las Vegas, NV 89135

Gilbert & Patricia Brill
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 102
Las Vegas, NV 89113

Gilbert & Susan Boozier
Attn: Bankruptcy Desk/Managing Agent
4 Sanderling
Irvine, CA 92604

Gilbert & Susan Boozier
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1132
Las Vegas, NV 89148

Gilbrill Thorli
Attn: Bankruptcy Desk/Managing Agent
209 Lenape Heights Ave
Las Vegas, NV 89148

Gildersleeve Family
Attn: Bankruptcy Desk/Managing Agent
57 Arcata
Irvine, CA 92602

Gildersleeve Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1173
Las Vegas, NV 89148

Gina Rummelhart
Attn: Bankruptcy Desk/Managing Agent
192 Short Ruff Way
Las Vegas, NV 89148

Giok & Diandi Wedhas
Attn: Bankruptcy Desk/Managing Agent
10816 Stamfield Dr
Rancho Cucamonga, CA 91730

Giok & Diandi Wedhas
Attn: Bankruptcy Desk/Managing Agent
9713 Kampsville Ave
Las Vegas, NV 89148

Giudicessi Family
Attn: Bankruptcy Desk/Managing Agent
6816 Dali Ave # E206
Land O Lakes, FL 34637

Giudicessi Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 108
Las Vegas, NV 89113

Giuseppe & Roni Bello
Attn: Bankruptcy Desk/Managing Agent
2009 Aspen Brook Dr
Henderson, NV 89074

Giuseppe & Roni Bello
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1151
Las Vegas, NV 89148

Glenda Tangen
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1016
Las Vegas, NV 89148

Glenn & Christine Yakabi
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 207
Las Vegas, NV 89113

Glenn Cobb
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 304
Las Vegas, NV 89113

Glenn Cobb
Attn: Bankruptcy Desk/Managing Agent
PO Box 427
Pasadena, CA 91102

Glorifina Trinidad
Attn: Bankruptcy Desk/Managing Agent
4810 Lone Grove Drive
Las Vegas NV 89139

Glorifina Trinidad
Attn: Bankruptcy Desk/Managing Agent
6507 Bethalto St
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Goldberg Brian
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 213
Las Vegas, NV 89113

Goldsmith Joint Revocable Liv Tr
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 102
Las Vegas, NV 89113

Gonzales Family
Attn: Bankruptcy Desk/Managing Agent
1575 Boundary Peak Way
Las Vegas, NV 89135

Gonzales Family
Attn: Bankruptcy Desk/Managing Agent
269 Lenape Heights Ave
Las Vegas, NV 89148

Goodwin Family
Attn: Bankruptcy Desk/Managing Agent
11122 Cicita St
Las Vegas, NV 89141

Goodwin Family
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 109
Las Vegas, NV 89113

Gorz Family
Attn: Bankruptcy Desk/Managing Agent
1 Oak Brook Club Dr Apt A302
Oak Brook, IL 60523

Gorz Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1020
Las Vegas, NV 89148

Grace & Vivian Chuang
Attn: Bankruptcy Desk/Managing Agent
292 White Bluffs St
Las Vegas, NV 89148

Grace & Vivian Chuang
Attn: Bankruptcy Desk/Managing Agent
4265 Kissena Blvd Apt 632
Flushing, NY 11355

Grace Diokno
Attn: Bankruptcy Desk/Managing Agent
1361 Branham Ln
San Jose, CA 95118

Grace Diokno
Attn: Bankruptcy Desk/Managing Agent
367 Center Green Dr
Las Vegas, NV 89148

Grace Madrid-Armstrong
Attn: Bankruptcy Desk/Managing Agent
10279 Evening Primrose Ave
Las Vegas, NV 89135

Grace Madrid-Armstrong
Attn: Bankruptcy Desk/Managing Agent
6813 Baby Jade Ct
Las Vegas, NV 89148

Grace Madrid-Armstrong
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2008
Las Vegas, NV 89148

Graham & Alina Park
Attn: Bankruptcy Desk/Managing Agent
328 Ladies Tee Ct
Las Vegas, NV 89148

Granite World
Attn: Bankruptcy Desk/Managing Agent
2360 E. La Madre Way
North Las Vegas, NV 89081

Grant Brownback
Attn: Bankruptcy Desk/Managing Agent
153 Broken Putter Way
Las Vegas, NV 89148

Grazyna Pitucha
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 211
Las Vegas, NV 89113

Greater Phoenix Capital LLC
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 218
Las Vegas, NV 89113

Greater Phoenix Capital LLC
Attn: Bankruptcy Desk/Managing Agent
7580 E Gray Rd Ste 202
Scottsdale, AZ 85260

Green Valley Electric
Attn: Bankruptcy Desk/Managing Agent
KERRY
5841 E. Charleston Blvd.
#230-350
Las Vegas NV 89142

Greenpoint Mortgage Funding Inc
Attn: Bankruptcy Desk/Managing Agent
165 Dog Leg Dr
Las Vegas, NV 89148

Greenpoint Mortgage Funding Inc
Attn: Bankruptcy Desk/Managing Agent
2300 Brookstone Centre Pkwy
Columbus, GA 31904

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Greenpoint Mortgage Funding Inc
Attn: Bankruptcy Desk/Managing Agent
281 Fringe Ruff Dr
Las Vegas, NV 89148

Greenpoint Mortgage Funding Inc
Attn: Bankruptcy Desk/Managing Agent
9787 Waukegan Ave
Las Vegas, NV 89148

Greg Doctolero
Attn: Bankruptcy Desk/Managing Agent
6490 Aether St
Las Vegas, NV 89148

Greg Doctolero
Attn: Bankruptcy Desk/Managing Agent
94-556 Laenui St
Waipahu, HI 96797

Gregorio & Violeta Cortez
Attn: Bankruptcy Desk/Managing Agent
254 Sea Rim Ave
Las Vegas, NV 89148

Gregorio Diego
Attn: Bankruptcy Desk/Managing Agent
2224 Ocana Ave
Long Beach, CA 90815

Gregorio Diego
Attn: Bankruptcy Desk/Managing Agent
250 Rusty Plank Ave
Las Vegas, NV 89148

Gregory Bashant
Attn: Bankruptcy Desk/Managing Agent
171 Sandy Bunker Ln
Las Vegas, NV 89148

Gretchen Hessinger
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 308
Las Vegas, NV 89113

Gretchen Ratliff
Attn: Bankruptcy Desk/Managing Agent
4032 Garey Ave
Claremont, CA 91711

Gretchen Ratliff
Attn: Bankruptcy Desk/Managing Agent
9664 Valmeyer Ave
Las Vegas, NV 89148

Griffin Family
Attn: Bankruptcy Desk/Managing Agent
35014 Lilac Loop
Union City, CA 94587

Griffin Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1064
Las Vegas, NV 89148

Griselda McCasey
Attn: Bankruptcy Desk/Managing Agent
7311 Citrus Valley Ave
Corona, CA 92880

Griselda McCasey
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1080
Las Vegas, NV 89148

Grover & Kayce Dahn
Attn: Bankruptcy Desk/Managing Agent
69 Tall Ruff Dr
Las Vegas, NV 89148

Grover & Kayce Dahn
Attn: Bankruptcy Desk/Managing Agent
PO Box 666
Dubois, WY 82513

Grover & Linda White
Attn: Bankruptcy Desk/Managing Agent
9301 Orchid Pansy Ave
Las Vegas, NV 89148

Guadalupe Montano
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1068
Las Vegas, NV 89148

Guang Tsai
Attn: Bankruptcy Desk/Managing Agent
44 Laying Up Ct
Las Vegas, NV 89148

Guang Wang
Attn: Bankruptcy Desk/Managing Agent
23 Pettacre Close
London Se28 Obs
England

Guang Wang
Attn: Bankruptcy Desk/Managing Agent
263 Spring Hollow Dr
Las Vegas, NV 89148

Guetzoian Family
Attn: Bankruptcy Desk/Managing Agent
22113 Devonshire St
Chatsworth, CA 91311

Guetzoian Family
Attn: Bankruptcy Desk/Managing Agent
428 Center Green Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Guetzolan Family
Attn: Bankruptcy Desk/Managing Agent
22113 Devonshire St
Chatsworth, CA 91311

Guetzolan Family
Attn: Bankruptcy Desk/Managing Agent
84 Back Spin Ct
Las Vegas, NV 89148

Guido & Lucy Cacace
Attn: Bankruptcy Desk/Managing Agent
3004 High Tide Ct
Las Vegas, NV 89117

Guido & Lucy Cacace
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1048
Las Vegas, NV 89148

Guillermo & Carlina Galera
Attn: Bankruptcy Desk/Managing Agent
250 Rolling Springs Dr
Las Vegas, NV 89148

Guillermo & Laura Lugo
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 312
Las Vegas, NV 89113

Guillermo & Laura Lugo
Attn: Bankruptcy Desk/Managing Agent
9180 Glennon Ave
Las Vegas, NV 89148

Gunaseelan Rajendran
Attn: Bankruptcy Desk/Managing Agent
9772 Ziegler Ave
Las Vegas, NV 89148

Guthrie Family
Attn: Bankruptcy Desk/Managing Agent
1225 Monterey St
Redlands, CA 92373

Guthrie Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2064
Las Vegas, NV 89148

Guy & Stacey Fiore
Attn: Bankruptcy Desk/Managing Agent
185 Flying Hills Ave
Las Vegas, NV 89148

Guy Evans
Attn: Bankruptcy Desk/Managing Agent
PO Box 42426
Las Vegas NV 89116

Gwendolyn Williams
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 207
Las Vegas, NV 89113

Ha & Johnny Lim
Attn: Bankruptcy Desk/Managing Agent
180 Short Ruff Way
Las Vegas, NV 89148

Ha & Johnny Lim
Attn: Bankruptcy Desk/Managing Agent
9820 Cornwall Crossing Ln
Las Vegas, NV 89147

Hae An
Attn: Bankruptcy Desk/Managing Agent
368 Palm Trace Ave
Las Vegas, NV 89148

Haefeli Family
Attn: Bankruptcy Desk/Managing Agent
173 Lakewood Garden Dr
Las Vegas, NV 89148

Hagglof Family
Attn: Bankruptcy Desk/Managing Agent
119 Spanish Bay Dr
Aptos, CA 95003

Hagglof Family
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 303
Las Vegas, NV 89113

Haig Cholakian
Attn: Bankruptcy Desk/Managing Agent
311 Waterton Lakes Ave
Las Vegas, NV 89148

Hal & Michelle Weaver
Attn: Bankruptcy Desk/Managing Agent
9709 Dieterich Ave
Las Vegas, NV 89148

Hall Family
Attn: Bankruptcy Desk/Managing Agent
152 Sandy Bunker Ln
Las Vegas, NV 89148

Hall Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 1478
Key West, FL 33041

Hamek Mann
Attn: Bankruptcy Desk/Managing Agent
7088 Quebec St
Vancouver BC V5X3G7
Canada

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                             Served 4/17/2009

Hamek Mann
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 212
Las Vegas, NV 89113

Hamid Panahi
Attn: Bankruptcy Desk/Managing Agent
1393 Manorwood St
Las Vegas, NV 89135

Hamid Panahi
Attn: Bankruptcy Desk/Managing Agent
255 Soggy Ruff Way
Las Vegas, NV 89148

Hammond Caulking, Inc.
Attn: Bankruptcy Desk/Managing Agent
2485 West Horizon Ridge Parkway
Suite 110
Henderson NV  89052

Han Yong
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 212
Las Vegas, NV 89113

Handlos Family
Attn: Bankruptcy Desk/Managing Agent
1220 Sonatina Dr
Henderson, NV 89052

Handlos Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1105
Las Vegas, NV 89148

Hani & Gale Baki
Attn: Bankruptcy Desk/Managing Agent
204 Sirocco Pl S W
Calgary AB T3H 2
Canada

Hani & Gale Baki
Attn: Bankruptcy Desk/Managing Agent
245 Spring Hollow Dr
Las Vegas, NV 89148

Hani Kim
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 306
Las Vegas, NV 89113

Hank Maze
Attn: Bankruptcy Desk/Managing Agent
263 Sea Rim Ave
Las Vegas, NV 89148

Hankiat & Rosalie Chua
Attn: Bankruptcy Desk/Managing Agent
6812 Baby Jade Ct
Las Vegas, NV 89148

Hankiat & Rosalie Chua
Attn: Bankruptcy Desk/Managing Agent
804 Fiedale Ln
Garyslake, FL 60030

Hanna Family
Attn: Bankruptcy Desk/Managing Agent
1190 Hilary Pl
North Vancouver BC
Canada

Hanna Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2019
Las Vegas, NV 89148

Hao Gu
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 307
Las Vegas, NV 89113

Hao Zhang
Attn: Bankruptcy Desk/Managing Agent
555 Halloran Springs Rd
Las Vegas, NV 89148

Hao Zhang
Attn: Bankruptcy Desk/Managing Agent
R4-1402 #9 Cao Qiao Xin Yuan
Fent Tai District Beijing
China

Haoning & Christine Wang
Attn: Bankruptcy Desk/Managing Agent
236 Blackstone River Ave
Las Vegas, NV 89148

Haoning & Christine Wang
Attn: Bankruptcy Desk/Managing Agent
31 Sage Canyon Rd
Pomona, CA 91766

Hardev & Amandeep Mann
Attn: Bankruptcy Desk/Managing Agent
7088 Quebec St
Vancouver BC V5X 3G7
Canada

Hardev & Amandeep Mann
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 107
Las Vegas, NV 89113

Hardev Mann
Attn: Bankruptcy Desk/Managing Agent
7088 Quebec St
Vancouver Bc V5X 3G7 Canada
Canada

Hardev Mann
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 112
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                      Served 4/17/2009

Harley Carbery
Attn: Bankruptcy Desk/Managing Agent
376 Ladies Tee Ct
Las Vegas, NV 89148

Harold Lee
Attn: Bankruptcy Desk/Managing Agent
6460 Aether St
Las Vegas, NV 89148

Harold Waite
Attn: Bankruptcy Desk/Managing Agent
1626 Wilcox Ave
Los Angeles, CA 90028

Harold Waite
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 208
Las Vegas, NV 89113

Harris Family
Attn: Bankruptcy Desk/Managing Agent
423 Pure Rain Ct
Las Vegas, NV 89148

Harris Family
Attn: Bankruptcy Desk/Managing Agent
6821 Scarlet Flax St
Las Vegas, NV 89148

Harris Family
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 111
Las Vegas, NV 89113

Harry & Madelaine Hendricks
Attn: Bankruptcy Desk/Managing Agent
111 Rancho Maria St
Las Vegas, NV 89148

Harry & Madelaine Hendricks
Attn: Bankruptcy Desk/Managing Agent
79 Sully Creek Ct
Las Vegas, NV 89148

Harry Hendricks
Attn: Bankruptcy Desk/Managing Agent
51 Rancho Maria St
Las Vegas, NV 89148

Harry Leake
Attn: Bankruptcy Desk/Managing Agent
11835 Portina Dr Unit 1026
Las Vegas, NV 89138

Harry Leake
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 206
Las Vegas, NV 89113

Heath Lliescu
Attn: Bankruptcy Desk/Managing Agent
9780 Ziegler Ave
Las Vegas, NV 89148

Heather Caravella
Attn: Bankruptcy Desk/Managing Agent
348 Trailing Putt Way
Las Vegas, NV 89148

Heather Collins
Attn: Bankruptcy Desk/Managing Agent
464 Garrafor Bay St
Las Vegas, NV 89138

Heather Collins
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 107
Las Vegas, NV 89113

Heather Eckels
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 210
Las Vegas, NV 89113

Hector Martinez
Attn: Bankruptcy Desk/Managing Agent
261 Lenape Heights Ave
Las Vegas, NV 89148

Hector Martinez
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 210
Las Vegas, NV 89113

Hector Romero
Attn: Bankruptcy Desk/Managing Agent
143 Water Hazard Ln
Las Vegas, NV 89148

Hee No
Attn: Bankruptcy Desk/Managing Agent
360 Tayman Park Ave
Las Vegas, NV 89148

Heidy Teiefitu
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 205
Las Vegas, NV 89113

Heidy Teiefitu
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Heights Stiletto
Attn: Bankruptcy Desk/Managing Agent
3855 E 127th Way
Thornton, CO 80241

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                     Served 4/17/2009

Heights Stiletto
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 212
Las Vegas, NV 89113

Helen Chen
Attn: Bankruptcy Desk/Managing Agent
146 Crooked Putter Dr
Las Vegas, NV 89148

Helen Chen
Attn: Bankruptcy Desk/Managing Agent
PO Box 4360
Mountain View, CA 94040

Helen Ng
Attn: Bankruptcy Desk/Managing Agent
591 Halloran Springs Rd
Las Vegas, NV 89148

Helen Pham
Attn: Bankruptcy Desk/Managing Agent
8416 Luna Bay Ln
Las Vegas, NV 89128

Helen Pham
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1136
Las Vegas, NV 89148

Helen Vick
Attn: Bankruptcy Desk/Managing Agent
66 Broken Putter Way
Las Vegas, NV 89148

Helen Vick
Attn: Bankruptcy Desk/Managing Agent
7016 Rio Grande Gorge Ct
Las Vegas, NV 89130

Helen White
Attn: Bankruptcy Desk/Managing Agent
300 White Bluffs St
Las Vegas, NV 89148

Helena Detmer
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2108
Las Vegas, NV 89148

Helvie Family
Attn: Bankruptcy Desk/Managing Agent
158 Crooked Putter Dr
Las Vegas, NV 89148

Helvie Family
Attn: Bankruptcy Desk/Managing Agent
2701 Hot Springs Blvd
Las Vegas, NM 87701

Hendricks Family
Attn: Bankruptcy Desk/Managing Agent
111 Rancho Maria St
Las Vegas, NV 89148

Henry & Carol Belfonte
Attn: Bankruptcy Desk/Managing Agent
351 Angels Trace Ct
Las Vegas, NV 89148

Henry & Carol Belfonte
Attn: Bankruptcy Desk/Managing Agent
7129 NE Antioch Rd
Gladstone, MO 64119

Henry & Nhattan Pham
Attn: Bankruptcy Desk/Managing Agent
7631 Park Forest Dr
Huntington Beach, CA 92648

Henry & Nhattan Pham
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1110
Las Vegas, NV 89148

Henry & Nhattan Pham
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2171
Las Vegas, NV 89148

Henry & Noris Larkin
Attn: Bankruptcy Desk/Managing Agent
15 Baypark Cir
South San Francisco, CA 94080

Henry & Noris Larkin
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 203
Las Vegas, NV 89113

Henry Molenda
Attn: Bankruptcy Desk/Managing Agent
1039 Ashbridge Bay Dr
Pittsburg, CA 94565

Henry Molenda
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 303
Las Vegas, NV 89113

Herenia & Eugene Perez
Attn: Bankruptcy Desk/Managing Agent
581 Newberry Springs Dr
Las Vegas, NV 89148

Herenia & Eugene Perez
Attn: Bankruptcy Desk/Managing Agent
PO Box 2718
Daly City, CA 94017

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Herman & Milagros Escobal
Attn: Bankruptcy Desk/Managing Agent
351 Tayman Park Ave
Las Vegas, NV 89148

Herminia & Emmanuel Diokno
Attn: Bankruptcy Desk/Managing Agent
6818 Rose Mallow St
Las Vegas, NV 89148

Herminia & Mario Oliveros
Attn: Bankruptcy Desk/Managing Agent
172 Tall Ruff Dr
Las Vegas, NV 89148

Herminia & Mario Oliveros
Attn: Bankruptcy Desk/Managing Agent
8564 Madeira Ct
Elk Grove, CA 95624

Hew Family
Attn: Bankruptcy Desk/Managing Agent
170 Broken Putter Way
Las Vegas, NV 89148

Hew Family
Attn: Bankruptcy Desk/Managing Agent
281 Arbour Garden Ave
Las Vegas, NV 89148

Hideki & Chiiko Sasaki
Attn: Bankruptcy Desk/Managing Agent
133 Lakewood Garden Dr
Las Vegas, NV 89148

Hideki & Chiiko Sasaki
Attn: Bankruptcy Desk/Managing Agent
201 Angels Trace Ct
Las Vegas, NV 89148

Hien & Gladys Truong
Attn: Bankruptcy Desk/Managing Agent
7425 Bugler Swan Way
North Las Vegas, NV 89084

Hien & Gladys Truong
Attn: Bankruptcy Desk/Managing Agent
9753 Kampsville Ave
Las Vegas, NV 89148

Hien & Gladys Truong
Attn: Bankruptcy Desk/Managing Agent
9769 Kampsville Ave
Las Vegas, NV 89148

Hien Le
Attn: Bankruptcy Desk/Managing Agent
215 Blackstone River Ave
Las Vegas, NV 89148

Higher Ground LLC
Attn: Bankruptcy Desk/Managing Agent
252 Hickory Heights Ave
Las Vegas, NV 89148

Higher Ground LLC
Attn: Bankruptcy Desk/Managing Agent
268 Crooked Tree Dr
Las Vegas, NV 89148

Higher Ground LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 98378
Las Vegas, NV 89193

Highway Striping and Signs
Attn: Bankruptcy Desk/Managing Agent
3425 Bunkerhill Drive
Suite B
N. Las Vegas NV 89032

Hila Havdala
Attn: Bankruptcy Desk/Managing Agent
9719 Valmeyer Ave
Las Vegas, NV 89148

Hill International, Inc
Attn: Bankruptcy Desk/Managing Agent
Attn: Ron Emma
303 Lippincott Centre
Marlton NJ 08053

Hiroko Hashimoto
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2071
Las Vegas, NV 89148

Hiroshi & Kazuko Tajima
Attn: Bankruptcy Desk/Managing Agent
276 Brushy Creek Ave
Las Vegas, NV 89148

Ho-chang Lin
Attn: Bankruptcy Desk/Managing Agent
387 Ladies Tee Ct
Las Vegas, NV 89148

Hodzic Family
Attn: Bankruptcy Desk/Managing Agent
122 Broken Putter Way
Las Vegas, NV 89148

Hodzic Family
Attn: Bankruptcy Desk/Managing Agent
14 Quail Valley St
Las Vegas, NV 89148

Hodzic Family
Attn: Bankruptcy Desk/Managing Agent
Postfach 2922
76016 Karlsruhe Germany,  76016

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Holly Cowden
Attn: Bankruptcy Desk/Managing Agent
324 White Bluffs St
Las Vegas, NV 89148

Holly Dapp
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 202
Las Vegas, NV 89113

Holly Joint Trust
Attn: Bankruptcy Desk/Managing Agent
82 Sahalee Dr
Las Vegas, NV 89148

Home Countrywide
Attn: Bankruptcy Desk/Managing Agent
400 Countywide Wy Sv-35
Simi Valley, CA 93065

Home Countrywide
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 205
Las Vegas, NV 89113

Homer Liwag
Attn: Bankruptcy Desk/Managing Agent
285 Blackstone River Ave
Las Vegas, NV 89148

Homes Howard
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 202
Las Vegas, NV 89113

Honorato Buscaino
Attn: Bankruptcy Desk/Managing Agent
2449 Creekside Run
Chino Hills, CA 91709

Honorato Buscaino
Attn: Bankruptcy Desk/Managing Agent
519 Center Green Dr
Las Vegas, NV 89148

Horacio & Leonor Bonetti
Attn: Bankruptcy Desk/Managing Agent
180 Macoby Run St
Las Vegas, NV 89148

Horacio & Leonor Bonetti
Attn: Bankruptcy Desk/Managing Agent
380 Whitly Bay Ave
Las Vegas, NV 89148

Horst Liebl
Attn: Bankruptcy Desk/Managing Agent
1148 Amberton Ln
Thousand Oaks, CA 91320

Horst Liebl
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2039
Las Vegas, NV 89148

Hortense Failloux
Attn: Bankruptcy Desk/Managing Agent
356 Blackstone River Ave
Las Vegas, NV 89148

Hortense Failloux
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Hosea Kim
Attn: Bankruptcy Desk/Managing Agent
275 Soggy Ruff Way
Las Vegas, NV 89148

Hosseim Azari
Attn: Bankruptcy Desk/Managing Agent
81 Daisy Springs Ct
Las Vegas, NV 89148

Hosseim Azari
Attn: Bankruptcy Desk/Managing Agent
PO Box 655
Van Nuys, CA 91408

Hotack Family
Attn: Bankruptcy Desk/Managing Agent
293 Rolling Springs Dr
Las Vegas, NV 89148

Houck Family
Attn: Bankruptcy Desk/Managing Agent
2176 Luau Ct
Henderson, NV 89074

Houck Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2155
Las Vegas, NV 89148

Household Fin Realty Corp Nv
Attn: Bankruptcy Desk/Managing Agent
148 Macoby Run St
Las Vegas, NV 89148

Household Fin Realty Corp Nv
Attn: Bankruptcy Desk/Managing Agent
931 Corporate Center Dr
Pomona, CA 91768

Household Finance Realty Corp Nv
Attn: Bankruptcy Desk/Managing Agent
636 Grand Regency Blvd
Brandon, FL 33510

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Household Finance Realty Corp Nv
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 307
Las Vegas, NV 89113

Howard & Jody Goldstein
Attn: Bankruptcy Desk/Managing Agent
376 Apple River Ct
Las Vegas, NV 89148

Howard & Jody Goldstein
Attn: Bankruptcy Desk/Managing Agent
616 Chervil Valley Dr
Las Vegas, NV 89138

Howell Shaw
Attn: Bankruptcy Desk/Managing Agent
131 Rancho Maria St
Las Vegas, NV 89148

Hsiu Yu
Attn: Bankruptcy Desk/Managing Agent
51 N Painted Mountain Dr
Las Vegas, NV 89148

Hsiu Yu
Attn: Bankruptcy Desk/Managing Agent
9316 Perennial Ave
Las Vegas, NV 89148

Huang Family
Attn: Bankruptcy Desk/Managing Agent
592 Over Par Ct
Las Vegas, NV 89148

Huang Family
Attn: Bankruptcy Desk/Managing Agent
689 Colonial Dr
Youngstown, OH 44505

Huaying Wang
Attn: Bankruptcy Desk/Managing Agent
331 Turtle Peak Ave
Las Vegas, NV 89148

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL 60559-5570

Huddleston Family
Attn: Bankruptcy Desk/Managing Agent
281 Turtle Peak Ave
Las Vegas, NV 89148

Hugh Munro
Attn: Bankruptcy Desk/Managing Agent
301 Turtle Peak Ave
Las Vegas, NV 89148

Hugh Munro
Attn: Bankruptcy Desk/Managing Agent
7926 Hillside Ave
Los Angeles, CA 90046

Hughes Family
Attn: Bankruptcy Desk/Managing Agent
9299 Blue Fax Pl
Las Vegas, NV 89148

Hughes Family
Attn: Bankruptcy Desk/Managing Agent
9299 Blue Flax Pl
Las Vegas, NV 89148

Hugo Desmarais
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2030
Las Vegas, NV 89148

Hugo Rivera
Attn: Bankruptcy Desk/Managing Agent
169 Hickory Heights Ave
Las Vegas, NV 89148

Hui Zhang
Attn: Bankruptcy Desk/Managing Agent
197 Short Ruff Way
Las Vegas, NV 89148

Humphreys & Partners
Attn: Bankruptcy Desk/Managing Agent
Architects
5339 Alpha Road Ste 300
Dallas TX 75240-7307

Hung Dang
Attn: Bankruptcy Desk/Managing Agent
115 Hazelmere Ln
Las Vegas, NV 89148

Hung Dang
Attn: Bankruptcy Desk/Managing Agent
169 Cascade Lake St
Las Vegas, NV 89148

Hung Luong
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 307
Las Vegas, NV 89113

Hung-shing Tsang
Attn: Bankruptcy Desk/Managing Agent
312 Angels Trace Ct
Las Vegas, NV 89148

Huy & Tiet Ly
Attn: Bankruptcy Desk/Managing Agent
40 Tall Ruff Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                            Served 4/17/2009

Huy & Tiet Ly
Attn: Bankruptcy Desk/Managing Agent
7471 Port Orchard Ave
Las Vegas, NV 89113

Huy Nguyen
Attn: Bankruptcy Desk/Managing Agent
78 Broken Putter Way
Las Vegas, NV 89148

Huy Nguyen
Attn: Bankruptcy Desk/Managing Agent
78 Broken Rutter Wy
Las Vegas, NV 89148

Huynh Family
Attn: Bankruptcy Desk/Managing Agent
2018 32nd Ave
San Francisco, CA 94116

Huynh Family
Attn: Bankruptcy Desk/Managing Agent
272 Soggy Ruff Way
Las Vegas, NV 89148

Huynh Hoa
Attn: Bankruptcy Desk/Managing Agent
224 Wicked Wedge Way
Las Vegas, NV 89148

Hy & Carolina Le
Attn: Bankruptcy Desk/Managing Agent
101 Cliff Valley Dr
Las Vegas, NV 89148

Hy & Carolina Le
Attn: Bankruptcy Desk/Managing Agent
7524 Bradford Pear Dr
Irving, TX 75063

Hyacinth Ligutom
Attn: Bankruptcy Desk/Managing Agent
3558 Harbor Tides Street
Las Vegas NV  89147

Hydro Arch
Attn: Bankruptcy Desk/Managing Agent
980 Mary Crest Road Suite B
Henderson NV  89014

Hye & Keum Kang
Attn: Bankruptcy Desk/Managing Agent
381 Arbour Garden Ave
Las Vegas, NV 89148

Hye & Keum Kang
Attn: Bankruptcy Desk/Managing Agent
60 S Painted Mountain Dr
Las Vegas, NV 89148

Hye Kim
Attn: Bankruptcy Desk/Managing Agent
331 Tayman Park Ave
Las Vegas, NV 89148

Hyeon Kim
Attn: Bankruptcy Desk/Managing Agent
191 Waterton Lakes Ave
Las Vegas, NV 89148

Hyun & Sung Kim
Attn: Bankruptcy Desk/Managing Agent
316 White Bluffs St
Las Vegas, NV 89148

Iafrate Family
Attn: Bankruptcy Desk/Managing Agent
2175 Stockwell Rd Apt 916
Bossier City, LA 71111

Iafrate Family
Attn: Bankruptcy Desk/Managing Agent
68 Chateau Whistler Ct
Las Vegas, NV 89148

Ian Hwang
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 209
Las Vegas, NV 89113

Ian Murray
Attn: Bankruptcy Desk/Managing Agent
254 Duck Hollow Ave
Las Vegas, NV 89148

Ian Shafer
Attn: Bankruptcy Desk/Managing Agent
77 Rock Run St
Las Vegas, NV 89148

Ibarra Family
Attn: Bankruptcy Desk/Managing Agent
2542 1/4 Folsom St
Los Angeles, CA 90033

Ibarra Family
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 116
Las Vegas, NV 89113

Idania & Amaury Torres
Attn: Bankruptcy Desk/Managing Agent
4616 S 6th Ave
Tucson, AZ 85714

Idania & Amaury Torres
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 313
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Ihan Liu
Attn: Bankruptcy Desk/Managing Agent
180 Duck Hollow Ave
Las Vegas, NV 89148

Ihan Liu
Attn: Bankruptcy Desk/Managing Agent
45 Bay Colony Dr
Westwood, MA 02090

Ike & Carolyn Nnaja
Attn: Bankruptcy Desk/Managing Agent
198 Hickory Heights Ave
Las Vegas, NV 89148

Ike & Carolyn Nnaja
Attn: Bankruptcy Desk/Managing Agent
3081 Ashbourne Cir
San Ramon, CA 94583

Illini LLC
Attn: Bankruptcy Desk/Managing Agent
3230 S Buffalo Dr Ste 108
Las Vegas, NV 89117

Illini LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1086
Las Vegas, NV 89148

Immobilia LLC
Attn: Bankruptcy Desk/Managing Agent
4455 W Sunset Rd
Las Vegas, NV 89118

Immobilia LLC
Attn: Bankruptcy Desk/Managing Agent
6735 Gold Yarrow St
Las Vegas, NV 89148

Imran Thanvi
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 105
Las Vegas, NV 89113

Imran Thanvi
Attn: Bankruptcy Desk/Managing Agent
819 Covina Way
Fremont, CA 94539

Inderjeet Julka
Attn: Bankruptcy Desk/Managing Agent
16418 Bainbrook Ave
Cerritos, CA 90703

Inderjeet Julka
Attn: Bankruptcy Desk/Managing Agent
165 Crooked Tree Dr
Las Vegas, NV 89148

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Ingar Carlson
Attn: Bankruptcy Desk/Managing Agent
292 Fairway Woods Dr
Las Vegas, NV 89148

Innova-Champion Discs
Attn: Bankruptcy Desk/Managing Agent
11077 Arrow Route
Rancho Cucamonga, CA 91730

Insight Land & Investments
Attn: Bankruptcy Desk/Managing Agent

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
5330 W. Quail Avenue
Las Vegas, NV 89118

Intellicept
Attn: Bankruptcy Desk/Managing Agent
1444 Pioneer Way #13
El Cajon CA 92020

Interior Specialists, Inc.
Attn: Bankruptcy Desk/Managing Agent
1630 Faraday
7465 W. Sunset Rd
Suite 1200
Las Vegas NV 89113

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Interstate Plumbing & A/C
Attn: Bankruptcy Desk/Managing Agent
7201 West Post Road
Las Vegas NV 89113

Intrepid Iron, Inc.
Attn: Bankruptcy Desk/Managing Agent
3321 Western Avenue
Las Vegas NV 89109

Ion Popescu
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 315
Las Vegas, NV 89113

Iorgulescu Family
Attn: Bankruptcy Desk/Managing Agent
10301 Hawk Ravine St
Las Vegas, NV 89178

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                          Served 4/17/2009

Iorgulescu Family
Attn: Bankruptcy Desk/Managing Agent
473 Newberry Springs Dr
Las Vegas, NV 89148

Iovino Masonry Inc.
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd.
Las Vegas NV 89139

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Irene & David Nelson
Attn: Bankruptcy Desk/Managing Agent
857 Whitebirch Ln
Wantagh, NY 11793

Irene & David Nelson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1162
Las Vegas, NV 89148

Irene Avila
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 214
Las Vegas, NV 89113

Irina Lebedeff
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 201
Las Vegas, NV 89113

Irina Petrova
Attn: Bankruptcy Desk/Managing Agent
9708 Valmeyer Ave
Las Vegas, NV 89148

Iris Levi
Attn: Bankruptcy Desk/Managing Agent
141 Cliff Valley Dr
Las Vegas, NV 89148

Irla Ladia
Attn: Bankruptcy Desk/Managing Agent
132 Short Ruff Way
Las Vegas, NV 89148

Irla Ladia
Attn: Bankruptcy Desk/Managing Agent
1376 W 1st St
San Pedro, CA 90732

Isabel Grigorian
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 210
Las Vegas, NV 89113

Isabel Johnson
Attn: Bankruptcy Desk/Managing Agent
610 Newberry Springs Dr
Las Vegas, NV 89148

Isabel Johnson
Attn: Bankruptcy Desk/Managing Agent
6217 Anastasia St
Simi Valley, CA 93063

Isaias & Consuelo Cupino
Attn: Bankruptcy Desk/Managing Agent
209 W Highland Dr
Oconto Falls, WI 54154

Isaias & Consuelo Cupino
Attn: Bankruptcy Desk/Managing Agent
27 Indian Run Way
Las Vegas, NV 89148

Ismael & Aurora Carino
Attn: Bankruptcy Desk/Managing Agent
54 Olimar Ave
Las Vegas, NV 89148

Israel & Maria Faustino
Attn: Bankruptcy Desk/Managing Agent
6939 Fenton St
Chino, CA 91710

Israel & Maria Faustino
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 206
Las Vegas, NV 89113

Israel & Romely Gamboa
Attn: Bankruptcy Desk/Managing Agent
250 Soggy Ruff Way
Las Vegas, NV 89148

Ivan & Isabel Patron
Attn: Bankruptcy Desk/Managing Agent
6712 Gold Yarrow St
Las Vegas, NV 89148

Ivan & Isabel Patron
Attn: Bankruptcy Desk/Managing Agent
PO Box 1784
San Juan Capistrano, CA 92693

J E LP Corporation
Attn: Bankruptcy Desk/Managing Agent
20913 Costanso St
Woodland Hills, CA 91364

J E LP Corporation
Attn: Bankruptcy Desk/Managing Agent
276 Crooked Tree Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                        Served 4/17/2009

J J J O R S Investments LLC
Attn: Bankruptcy Desk/Managing Agent
6168 Natalie Rd
Chino Hills, CA 91709

J J J O R S Investments LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2107
Las Vegas, NV 89148

J P Chase Morgan
Attn: Bankruptcy Desk/Managing Agent
268 Broken Par Dr
Las Vegas, NV 89148

J P Chase Morgan
Attn: Bankruptcy Desk/Managing Agent
450 American St
Simi Valley, CA 93065

J P M C Specialty Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
14800 Frye Rd
Fort Worth, TX 76155

J P M C Specialty Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2172
Las Vegas, NV 89148

J S W Real Estate Invest LLC
Attn: Bankruptcy Desk/Managing Agent
5594 S Fort Apache Rd Ste 100
Las Vegas, NV 89148

J S W Real Estate Invest LLC
Attn: Bankruptcy Desk/Managing Agent
9696 Kampsville Ave
Las Vegas, NV 89148

J&J Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
5920 W. Cougar Ave.
Las Vegas NV 89139

Ja Ha
Attn: Bankruptcy Desk/Managing Agent
340 Broken Par Dr
Las Vegas, NV 89148

Jabbar & Nasrin Mirreghabie
Attn: Bankruptcy Desk/Managing Agent
1853 Corre Camino Way
Vista, CA 92084

Jabbar & Nasrin Mirreghabie
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2089
Las Vegas, NV 89148

Jack & Pauline Hurford
Attn: Bankruptcy Desk/Managing Agent
407 Village Grove
Sherwood Park AB
Canada

Jack & Pauline Hurford
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1003
Las Vegas, NV 89148

Jack Ji
Attn: Bankruptcy Desk/Managing Agent
326 Dog Leg Dr
Las Vegas, NV 89148

Jack Phillips
Attn: Bankruptcy Desk/Managing Agent
2261 Lauren Dr
Las Vegas, NV 89134

Jack Phillips
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 102
Las Vegas, NV 89113

Jack Rose
Attn: Bankruptcy Desk/Managing Agent
341 Tayman Park Ave
Las Vegas, NV 89148

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
2440 Marcos Street
Las Vegas, NV 89115

Jacobs Family
Attn: Bankruptcy Desk/Managing Agent
274 Rolling Springs Dr
Las Vegas, NV 89148

Jacobs Family
Attn: Bankruptcy Desk/Managing Agent
68 Misty Springs Ct
Las Vegas, NV 89148

Jacobson Family
Attn: Bankruptcy Desk/Managing Agent
115 Standing Stone St
Las Vegas, NV 89148

Jacqueline Benjamin
Attn: Bankruptcy Desk/Managing Agent
9688 Dieterich Ave
Las Vegas, NV 89148

Jacqueline Gilbert
Attn: Bankruptcy Desk/Managing Agent
203 Sea Rim Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                        Served 4/17/2009

Jacqueline Guinn
Attn: Bankruptcy Desk/Managing Agent
34626 Yellow Parrot Dr
Zephyrhills, FL 33541

Jacqueline Guinn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1167
Las Vegas, NV 89148

Jacqueline Jansen
Attn: Bankruptcy Desk/Managing Agent
102 Wicked Wedge Way
Las Vegas, NV 89148

Jacqueline Jansen
Attn: Bankruptcy Desk/Managing Agent
311 N Robertson Blvd # 314
Beverly Hills, CA 90211

Jacquelynn Hill
Attn: Bankruptcy Desk/Managing Agent
9285 Dames Rocket Pl
Las Vegas, NV 89148

Jacqulyn Kerr
Attn: Bankruptcy Desk/Managing Agent
8350 W Desert Inn Rd Apt 1085
Las Vegas, NV 89117

Jacqulyn Kerr
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1145
Las Vegas, NV 89148

Jade & Lorraine Anderson
Attn: Bankruptcy Desk/Managing Agent
374 Harpers Ferry Ave
Las Vegas, NV 89148

Jade & Lorraine Anderson
Attn: Bankruptcy Desk/Managing Agent
591 Center Green Dr
Las Vegas, NV 89148

Jade Anderson
Attn: Bankruptcy Desk/Managing Agent
591 Center Green Dr
Las Vegas, NV 89148

Jadwiga Kuc
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 206
Las Vegas, NV 89113

Jadwiga Kuc
Attn: Bankruptcy Desk/Managing Agent
7480 River Dove Ct
Las Vegas, NV 89139

Jae Chang
Attn: Bankruptcy Desk/Managing Agent
1518 Quiet Pond Ln
San Jose, CA 95138

Jae Chang
Attn: Bankruptcy Desk/Managing Agent
9670 Marcelline Ave
Las Vegas, NV 89148

Jae Ha
Attn: Bankruptcy Desk/Managing Agent
362 Arbour Garden Ave
Las Vegas, NV 89148

Jae-yoon Rim
Attn: Bankruptcy Desk/Managing Agent
175 Marco Island St
Las Vegas, NV 89146

Jae-youn Baek
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 208
Las Vegas, NV 89113

Jaffer Yaseyyedi
Attn: Bankruptcy Desk/Managing Agent
2076 Ridgeline Ave
Vista, CA 92081

Jaffer Yaseyyedi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1180
Las Vegas, NV 89148

Jaime & Letty Tycangco
Attn: Bankruptcy Desk/Managing Agent
210 Tayman Park Ave
Las Vegas, NV 89148

Jaime & Letty Tycangco
Attn: Bankruptcy Desk/Managing Agent
609 Balboa St
West Covina, CA 91791

Jaime & Rosalinda Mallari
Attn: Bankruptcy Desk/Managing Agent
121 Sandy Bunker Ln
Las Vegas, NV 89148

Jaime & Rosalinda Mallari
Attn: Bankruptcy Desk/Managing Agent
243 Crooked Tree Dr
Las Vegas, NV 89148

Jaime & Rosalinda Mallari
Attn: Bankruptcy Desk/Managing Agent
PO Box 5427
South San Francisco, CA 94083

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Jaime Jover
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 309
Las Vegas, NV 89113

Jake & Daniel Rudolph
Attn: Bankruptcy Desk/Managing Agent
176 Broken Putter Way
Las Vegas, NV 89148

Jake Blasco
Attn: Bankruptcy Desk/Managing Agent
255 Blackstone River Ave
Las Vegas, NV 89148

Jake Sakurai
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 307
Las Vegas, NV 89113

Jama Investments LLC
Attn: Bankruptcy Desk/Managing Agent
1540 Canyon Ledge Ct
Las Vegas, NV 89117

Jama Investments LLC
Attn: Bankruptcy Desk/Managing Agent
9654 Kampsville Ave
Las Vegas, NV 89148

Jamal Elkhansa
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2077
Las Vegas, NV 89148

James & Alison May
Attn: Bankruptcy Desk/Managing Agent
187 Fairway Woods Dr
Las Vegas, NV 89148

James & Cheryl Karnuth
Attn: Bankruptcy Desk/Managing Agent
311 Angels Trace Ct
Las Vegas, NV 89148

James & Claire Grach
Attn: Bankruptcy Desk/Managing Agent
165 Lakewood Garden Dr
Las Vegas, NV 89148

James & Cynthia Lupo
Attn: Bankruptcy Desk/Managing Agent
193 Rusty Plank Ave
Las Vegas, NV 89148

James & Cynthia Lupo
Attn: Bankruptcy Desk/Managing Agent
226 Blackstone River Ave
Las Vegas, NV 89148

James & Diawanti Anselmo
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 210
Las Vegas, NV 89113

James & Doris Pomerening
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 110
Las Vegas, NV 89113

James & Glynda Rhodes
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

James & Glynda Rhodes
Attn: Bankruptcy Desk/Managing Agent
9691 Dieterich Ave
Las Vegas, NV 89148

James & Grace Ching
Attn: Bankruptcy Desk/Managing Agent
1812 Canfield Rd
Park Ridge, IL 60068

James & Grace Ching
Attn: Bankruptcy Desk/Managing Agent
48 Broken Putter Way
Las Vegas, NV 89148

James & Irina Salvatore
Attn: Bankruptcy Desk/Managing Agent
199 Duck Hollow Ave
Las Vegas, NV 89148

James & Irina Salvatore
Attn: Bankruptcy Desk/Managing Agent
7080 W Patrick Ln
Las Vegas, NV 89113

James & Isabel Griego
Attn: Bankruptcy Desk/Managing Agent
4650 73rd St
La Mesa, CA 91941

James & Isabel Griego
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1155
Las Vegas, NV 89148

James & Jessie Yee
Attn: Bankruptcy Desk/Managing Agent
129 Tall Ruff Dr
Las Vegas, NV 89148

James & Jessie Yee
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

James & Kathryn Karr
Attn: Bankruptcy Desk/Managing Agent
103 Bowler Springs St
Las Vegas, NV 89148

James & Kathryn Karr
Attn: Bankruptcy Desk/Managing Agent
88 Sahalee Dr
Las Vegas, NV 89148

James & Lauren Hess
Attn: Bankruptcy Desk/Managing Agent
60 Broken Putter Way
Las Vegas, NV 89148

James & Laurie Walker
Attn: Bankruptcy Desk/Managing Agent
5536 Hawley Ct
Las Vegas, NV 89118

James & Laurie Walker
Attn: Bankruptcy Desk/Managing Agent
9737 Kampsville Ave
Las Vegas, NV 89148

James & Lea Wozniak
Attn: Bankruptcy Desk/Managing Agent
5954 Windward Way
Portage, IN 46368

James & Lea Wozniak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1015
Las Vegas, NV 89148

James & Mani Parrott
Attn: Bankruptcy Desk/Managing Agent
178 Paxon Hollow Ct
Las Vegas, NV 89148

James & Maria Shen
Attn: Bankruptcy Desk/Managing Agent
6847 Rose Mallow St
Las Vegas, NV 89148

James & Paola Martin
Attn: Bankruptcy Desk/Managing Agent
424 First On Dr
Las Vegas, NV 89148

James & Paola Martin
Attn: Bankruptcy Desk/Managing Agent
9887 Brook Canyon Dr # 228-7476
Las Vegas, NV 89147

James & Stacie Fox
Attn: Bankruptcy Desk/Managing Agent
158 Crooked Tree Dr
Las Vegas, NV 89148

James & Theresa Locklar
Attn: Bankruptcy Desk/Managing Agent
120 Short Ruff Way
Las Vegas, NV 89148

James Baker
Attn: Bankruptcy Desk/Managing Agent
15 Quail Valley St
Las Vegas, NV 89148

James Baker
Attn: Bankruptcy Desk/Managing Agent
6 Lakeview Vlg
Chillicothe, MO 64601

James Braccio
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 305
Las Vegas, NV 89113

James Breeden
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 105
Las Vegas, NV 89113

James Brooks
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 106
Las Vegas, NV 89113

James Conway
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 313
Las Vegas, NV 89113

James Cronk
Attn: Bankruptcy Desk/Managing Agent
6517 Bethalto St
Las Vegas, NV 89148

James Family
Attn: Bankruptcy Desk/Managing Agent
76 Rancho Maria St
Las Vegas, NV 89148

James Gray
Attn: Bankruptcy Desk/Managing Agent

James Gray
Attn: Bankruptcy Desk/Managing Agent
288 Scramble Dr
Las Vegas, NV 89148

James Hunt
Attn: Bankruptcy Desk/Managing Agent
11441 Allerton Park Dr Unit 211
Las Vegas, NV 89135

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

James Hunt
Attn: Bankruptcy Desk/Managing Agent
171 Crooked Putter Dr
Las Vegas, NV 89148

James Jennings
Attn: Bankruptcy Desk/Managing Agent
351 Cart Crossing Way
Las Vegas, NV 89148

James Kilroy
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 113
Las Vegas, NV 89113

James Marino
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 113
Las Vegas, NV 89113

James Markey
Attn: Bankruptcy Desk/Managing Agent
6557 Harbor Dr NW
Canton, OH 44718

James Markey
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2079
Las Vegas, NV 89148

James Metzger
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 213
Las Vegas, NV 89113

James Metzger
Attn: Bankruptcy Desk/Managing Agent
7956 Mission Center Ct Unit H
San Diego, CA 92108

James Milkowski
Attn: Bankruptcy Desk/Managing Agent
10137 Dragons Meadow Ct
Las Vegas, NV 89148

James Nikopoulos
Attn: Bankruptcy Desk/Managing Agent
500 First On Dr
Las Vegas, NV 89148

James Nikopoulos
Attn: Bankruptcy Desk/Managing Agent
7881 Rockwind Ct
Las Vegas, NV 89117

James O'Hara
Attn: Bankruptcy Desk/Managing Agent
6812 Rose Mallow St
Las Vegas, NV 89148

James Remmert
Attn: Bankruptcy Desk/Managing Agent
1755 Sunset Blvd
Boulder, CO 80304

James Remmert
Attn: Bankruptcy Desk/Managing Agent
304 Sea Rim Ave
Las Vegas, NV 89148

James Shane
Attn: Bankruptcy Desk/Managing Agent
279 Rolling Springs Dr
Las Vegas, NV 89148

James Simmons
Attn: Bankruptcy Desk/Managing Agent
321 Foster Springs Rd
Las Vegas, NV 89148

James Witkowski
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 304
Las Vegas, NV 89113

Jamie Hayes
Attn: Bankruptcy Desk/Managing Agent
347 Foster Springs Rd
Las Vegas, NV 89148

Jamie Hayes
Attn: Bankruptcy Desk/Managing Agent
8959 La Manga Ave
Las Vegas, NV 89147

Jamie Perez
Attn: Bankruptcy Desk/Managing Agent
6633 Babys Tear Pl
Las Vegas, NV 89148

Jan & Wen Stubbs
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 109
Las Vegas, NV 89113

Jan & Wen Stubbs
Attn: Bankruptcy Desk/Managing Agent
7346 Brinco Peak St
Las Vegas, NV 89139

Janas Dymon
Attn: Bankruptcy Desk/Managing Agent
385 Apple River Ct
Las Vegas, NV 89148

Jane Hoffner
Attn: Bankruptcy Desk/Managing Agent
10 Barlovento Ct
Newport Beach, CA 92663

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                           Served 4/17/2009

Jane Hoffner
Attn: Bankruptcy Desk/Managing Agent
235 Rustic Club Way
Las Vegas, NV 89148

Jane Pollak
Attn: Bankruptcy Desk/Managing Agent
128 Wellington Rd
Indianapolis, IN 46260

Jane Pollak
Attn: Bankruptcy Desk/Managing Agent
68 Sahalee Dr
Las Vegas, NV 89148

Janet Ames
Attn: Bankruptcy Desk/Managing Agent
230 Locust Valley Ave
Las Vegas, NV 89148

Janet Cacdac
Attn: Bankruptcy Desk/Managing Agent
394 Trailing Putt Way
Las Vegas, NV 89148

Janet Ragon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1133
Las Vegas, NV 89148

Janice Wong
Attn: Bankruptcy Desk/Managing Agent
68 Dixie Springs Ct
Las Vegas, NV 89148

Janna Malizia
Attn: Bankruptcy Desk/Managing Agent
3276 N Polo Dr
Aptos, CA 95003

Janna Malizia
Attn: Bankruptcy Desk/Managing Agent
336 Broken Par Dr
Las Vegas, NV 89148

Janna Strickland
Attn: Bankruptcy Desk/Managing Agent
9726 Kampsville Ave
Las Vegas, NV 89148

Jared & Bridget Moser
Attn: Bankruptcy Desk/Managing Agent
128 Macoby Run St
Las Vegas, NV 89148

Jared & Jennifer Green
Attn: Bankruptcy Desk/Managing Agent
388 Ladies Tee Ct
Las Vegas, NV 89148

Jared & Pamela Odd
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 204
Las Vegas, NV 89113

Jared Festner
Attn: Bankruptcy Desk/Managing Agent
477 Foster Springs Rd
Las Vegas, NV 89148

Jaroslaw & Jennifer Marciniak
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 214
Las Vegas, NV 89113

Jaroslaw & Jennifer Marciniak
Attn: Bankruptcy Desk/Managing Agent
7219 Amhurst Way
Clearwater, FL 33764

Jasmine Yau
Attn: Bankruptcy Desk/Managing Agent
124 Macoby Run St
Las Vegas, NV 89148

Jasmine Yau
Attn: Bankruptcy Desk/Managing Agent
489 W Summerfield Cir
Anaheim, CA 92802

Jason & Lisa Bowling
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 214
Las Vegas, NV 89113

Jason & Pamela Henne
Attn: Bankruptcy Desk/Managing Agent
6856 Scarlet Flax St
Las Vegas, NV 89148

Jason & Terry Ono
Attn: Bankruptcy Desk/Managing Agent
1462 Danyelle Ct
Las Vegas, NV 89117

Jason & Terry Ono
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 206
Las Vegas, NV 89113

Jason Batungbacal
Attn: Bankruptcy Desk/Managing Agent
234 Rusty Plank Ave
Las Vegas, NV 89148

Jason Batungbacal
Attn: Bankruptcy Desk/Managing Agent
7092 Hawaii Kai Dr Apt 27
Honolulu, HI 96825

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                                Served 4/17/2009

Jason Menendez
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 203
Las Vegas, NV 89113

Jason Menendez
Attn: Bankruptcy Desk/Managing Agent
9699 Powell Plateau Ct
Las Vegas, NV 89148

Jason Miller
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 311
Las Vegas, NV 89113

Javier & Gloria Pacheco
Attn: Bankruptcy Desk/Managing Agent
9678 Valmeyer Ave
Las Vegas, NV 89148

Jay & Pamela Poster
Attn: Bankruptcy Desk/Managing Agent
99 Bowler Springs St
Las Vegas, NV 89148

Jay Cleveland
Attn: Bankruptcy Desk/Managing Agent
9250 Perennial Ave
Las Vegas, NV 89148

Jay Gilder
Attn: Bankruptcy Desk/Managing Agent
18593 Brookhurst St
Fountain Valley, CA 92708

Jay Gilder
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 203
Las Vegas, NV 89113

Jay Kho
Attn: Bankruptcy Desk/Managing Agent
277 Lenape Heights Ave
Las Vegas, NV 89148

Jay Reid
Attn: Bankruptcy Desk/Managing Agent
9270 Prairie Aster Pl
Las Vegas, NV 89148

Jayar Manufacturing Company
Attn: Bankruptcy Desk/Managing Agent
7370 Commercial Way
Henderson NV  89011

Jazlin Simeona
Attn: Bankruptcy Desk/Managing Agent
57 Tall Ruff Dr
Las Vegas, NV 89148

Jean Song
Attn: Bankruptcy Desk/Managing Agent
66 Rusty Springs Ct
Las Vegas, NV 89148

Jeanette Nguyen
Attn: Bankruptcy Desk/Managing Agent
542 Halloran Springs Rd
Las Vegas, NV 89148

Jeanette Nguyen
Attn: Bankruptcy Desk/Managing Agent
5835 E Ridgemont Ct
Orange, CA 92869

Jeanne Bethers
Attn: Bankruptcy Desk/Managing Agent
2059 S 900 E
Bountiful, UT 84010

Jeanne Bethers
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 205
Las Vegas, NV 89113

Jeannie Chau
Attn: Bankruptcy Desk/Managing Agent
1083 S Mount Vernon Ave
Colton, CA 92324

Jeannie Chau
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2007
Las Vegas, NV 89148

Jeannie Lee
Attn: Bankruptcy Desk/Managing Agent
236 Wicked Wedge Way
Las Vegas, NV 89148

Jeb Singraugh
Attn: Bankruptcy Desk/Managing Agent
266 Rusty Plank Ave
Las Vegas, NV 89148

Jeff & Gina Tomasini
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 303
Las Vegas, NV 89113

Jeffery Hill
Attn: Bankruptcy Desk/Managing Agent
90 Back Spin Ct
Las Vegas, NV 89148

Jeffrey & Angelina Welch
Attn: Bankruptcy Desk/Managing Agent
82 Sunset Bay St
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Jeffrey & Attyna Dee
Attn: Bankruptcy Desk/Managing Agent
183 Middlefield Dr
San Francisco, CA 94132

Jeffrey & Attyna Dee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1091
Las Vegas, NV 89148

Jeffrey & Devecia Venuto
Attn: Bankruptcy Desk/Managing Agent
9715 Waukegan Ave
Las Vegas, NV 89148

Jeffrey & Joanna McCoy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2060
Las Vegas, NV 89148

Jeffrey & Kevin Leduff
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 108
Las Vegas, NV 89113

Jeffrey & Kevin Leduff
Attn: Bankruptcy Desk/Managing Agent
PO Box 3321
La Habra, CA 90632

Jeffrey & Linda Hoeck
Attn: Bankruptcy Desk/Managing Agent
1860 Capistrano Way
Burlingame, CA 94010

Jeffrey & Linda Hoeck
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2093
Las Vegas, NV 89148

Jeffrey & Luanne Lee
Attn: Bankruptcy Desk/Managing Agent
22 Sandy Bunker Ln
Las Vegas, NV 89148

Jeffrey & Sherry Schuerman
Attn: Bankruptcy Desk/Managing Agent
567 Halloran Springs Rd
Las Vegas, NV 89148

Jeffrey Carillo
Attn: Bankruptcy Desk/Managing Agent
304 Broken Par Dr
Las Vegas, NV 89148

Jeffrey Clark
Attn: Bankruptcy Desk/Managing Agent
10076 San Gervasio Ave
Las Vegas, NV 89147

Jeffrey Clark
Attn: Bankruptcy Desk/Managing Agent
212 Locust Valley Ave
Las Vegas, NV 89148

Jeffrey Long
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 308
Las Vegas, NV 89113

Jehu Mariscal
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 311
Las Vegas, NV 89113

Jen & Shuyiang Wang
Attn: Bankruptcy Desk/Managing Agent
1809 S 2nd Ave
Arcadia, CA 91006

Jen & Shuyiang Wang
Attn: Bankruptcy Desk/Managing Agent
351 Center Green Dr
Las Vegas, NV 89148

Jenilee Andres
Attn: Bankruptcy Desk/Managing Agent
283 Trailing Putt Way
Las Vegas, NV 89148

Jenna Creel
Attn: Bankruptcy Desk/Managing Agent
111 Standing Stone St
Las Vegas, NV 89148

Jenna Creel
Attn: Bankruptcy Desk/Managing Agent
3709 Andreen Ln
Spring Valley, CA 91977

Jennie Hanaoka
Attn: Bankruptcy Desk/Managing Agent
12888 Sundown Ln
Chino Hills, CA 91709

Jennie Hanaoka
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 203
Las Vegas, NV 89113

Jennifer & Michael Pascucci
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 201
Las Vegas, NV 89113

Jennifer Burris
Attn: Bankruptcy Desk/Managing Agent
5938 Sakhalin Ave
Las Vegas, NV 89139

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Jennifer Burris
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 202
Las Vegas, NV 89113

Jennifer Johnson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1071
Las Vegas, NV 89148

Jennifer Klee
Attn: Bankruptcy Desk/Managing Agent
3210 Waterford Ct Apt 1003
Rochester Hills, MI 48309

Jennifer Klee
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 209
Las Vegas, NV 89113

Jennifer Noble
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 214
Las Vegas, NV 89113

Jennifer Paek
Attn: Bankruptcy Desk/Managing Agent
199 Hickory Heights Ave
Las Vegas, NV 89148

Jennifer Pool
Attn: Bankruptcy Desk/Managing Agent
160 Lenape Heights Ave
Las Vegas, NV 89148

Jennifer Pool
Attn: Bankruptcy Desk/Managing Agent
7399 W Diablo Dr
Las Vegas, NV 89113

Jennifer Smith
Attn: Bankruptcy Desk/Managing Agent
171 Dog Leg Dr
Las Vegas, NV 89148

Jennifer Somers
Attn: Bankruptcy Desk/Managing Agent
9235 Tulip Trestle
Las Vegas NV 89148

Jennifer Thomas
Attn: Bankruptcy Desk/Managing Agent
6448 Aether St
Las Vegas, NV 89148

Jennifer Weber
Attn: Bankruptcy Desk/Managing Agent
241 Angels Trace Ct
Las Vegas, NV 89148

Jennifer Weber
Attn: Bankruptcy Desk/Managing Agent
PO Box 4800050
Los Angeles, CA 90048

Jennifer Yip-Ow
Attn: Bankruptcy Desk/Managing Agent
105 Bowler Springs St
Las Vegas, NV 89148

Jennifer Yip-Ow
Attn: Bankruptcy Desk/Managing Agent
1555 Fillmore St
San Francisco, CA 94115

Jenny Chang
Attn: Bankruptcy Desk/Managing Agent
638 Newberry Springs Ave
Las Vegas, NV 89148

Jenny Ching Ying Li
Attn: Bankruptcy Desk/Managing Agent
282 Rusty Plank Ave
Las Vegas NV 89148

Jeraldo Jose
Attn: Bankruptcy Desk/Managing Agent
6678 Roanoke Ct
Las Vegas, NV 89148

Jeremiah Javier
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1113
Las Vegas, NV 89148

Jeremy & Stacy Powell
Attn: Bankruptcy Desk/Managing Agent
6848 Rose Mallow St
Las Vegas, NV 89148

Jeremy Zaetz
Attn: Bankruptcy Desk/Managing Agent
189 Dog Leg Dr
Las Vegas, NV 89148

Jerrick & Pacita Cornelio
Attn: Bankruptcy Desk/Managing Agent
16307 Alpine Pl
La Mirada, CA 90638

Jerrick & Pacita Comelio
Attn: Bankruptcy Desk/Managing Agent
525 Halloran Springs Rd
Las Vegas, NV 89148

Jerry & Maribel Pineda
Attn: Bankruptcy Desk/Managing Agent
43070 Noria Rd
Fremont, CA 94539

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Jerry & Maribel Pineda
Attn: Bankruptcy Desk/Managing Agent
9796 Ziegler Ave
Las Vegas, NV 89148

Jerry Cabebe
Attn: Bankruptcy Desk/Managing Agent
373 Banff Ct
Las Vegas, NV 89148

Jerry Doebler
Attn: Bankruptcy Desk/Managing Agent
6762 Pastel Camellia St
Las Vegas, NV 89148

Jerry Kim
Attn: Bankruptcy Desk/Managing Agent
55 Back Spin Ct
Las Vegas, NV 89148

Jerry Kim
Attn: Bankruptcy Desk/Managing Agent
5810 Boulder Brook Ct
Las Vegas, NV 89149

Jerry Lapour
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 103
Las Vegas, NV 89113

Jerzy & Danuta Karez
Attn: Bankruptcy Desk/Managing Agent
157 Crooked Tree Dr
Las Vegas, NV 89148

Jesse & April Parke
Attn: Bankruptcy Desk/Managing Agent
6692 Bristow Falls Ct
Las Vegas, NV 89148

Jesse & Harriet Castillo
Attn: Bankruptcy Desk/Managing Agent
272 Locust Valley Ave
Las Vegas, NV 89148

Jesse & Harriet Castillo
Attn: Bankruptcy Desk/Managing Agent
32409 Monterey Dr
Union City, CA 94587

Jesse Gould
Attn: Bankruptcy Desk/Managing Agent
131 Sandy Bunker Ln
Las Vegas, NV 89148

Jesse Jimenez
Attn: Bankruptcy Desk/Managing Agent
527 Newberry Springs Dr
Las Vegas, NV 89148

Jessica Jordan
Attn: Bankruptcy Desk/Managing Agent
72 Back Spin Ct
Las Vegas, NV 89148

Jesus & Charito Delosreyes
Attn: Bankruptcy Desk/Managing Agent
165 Broken Putter Way
Las Vegas, NV 89148

Jesus & Charito Delosreyes
Attn: Bankruptcy Desk/Managing Agent
4250 Birmingham Way
Union City, CA 94587

Jesus & Felicidad Buenaseda
Attn: Bankruptcy Desk/Managing Agent
9294 Bearded Iris Ave
Las Vegas, NV 89148

Jesus & Yasmin Castellano
Attn: Bankruptcy Desk/Managing Agent
14713 Bruce St
Bellflower, CA 90706

Jesus & Yasmin Castellano
Attn: Bankruptcy Desk/Managing Agent
593 Newberry Springs Dr
Las Vegas, NV 89148

Jevgine Avadian
Attn: Bankruptcy Desk/Managing Agent
408 Spencer St
Glendale, CA 91202

Jevgine Avadian
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 302
Las Vegas, NV 89113

Jhalani Bent
Attn: Bankruptcy Desk/Managing Agent
192 Macoby Run St
Las Vegas, NV 89148

Ji Yu
Attn: Bankruptcy Desk/Managing Agent
138 Cooks Creek Ct
Las Vegas, NV 89148

Jia/zhao Family
Attn: Bankruptcy Desk/Managing Agent
1073 Oaktree Dr
San Jose, CA 95129

Jia/zhao Family
Attn: Bankruptcy Desk/Managing Agent
49 Back Spin Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Jianwei Ge
Attn: Bankruptcy Desk/Managing Agent
329 Fringe Ruff Dr
Las Vegas, NV 89148

Jianwei Ge
Attn: Bankruptcy Desk/Managing Agent
9975 Peace Way Unit 2084
Las Vegas, NV 89147

Jietao Su
Attn: Bankruptcy Desk/Managing Agent
178 Tall Ruff Dr
Las Vegas, NV 89148

Jihoon Kim
Attn: Bankruptcy Desk/Managing Agent
389 Fringe Ruff Dr
Las Vegas, NV 89148

Jill Centoni
Attn: Bankruptcy Desk/Managing Agent
9303 Lemon Mint Ct
Las Vegas, NV 89148

Jill Luckette
Attn: Bankruptcy Desk/Managing Agent
6809 Scarlet Flax St
Las Vegas, NV 89148

Jill Marano
Attn: Bankruptcy Desk/Managing Agent
6741 Gold Yarrow St
Las Vegas, NV 89148

Jim Reichert
Attn: Bankruptcy Desk/Managing Agent
233 Sea Rim Ave
Las Vegas, NV 89148

Jim Reichert
Attn: Bankruptcy Desk/Managing Agent
PO Box 1
Marion, IL 62959

Jim Whitehead
Attn: Bankruptcy Desk/Managing Agent
3915 Fernwood St
San Mateo, CA 94403

Jim Whitehead
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1093
Las Vegas, NV 89148

Jimmy & Hazel Boone
Attn: Bankruptcy Desk/Managing Agent
382 Grandover Ct
Las Vegas, NV 89148

Jimmy Charalambous
Attn: Bankruptcy Desk/Managing Agent
291 Ladies Tee Ct
Las Vegas, NV 89148

Jimmy Charalambous
Attn: Bankruptcy Desk/Managing Agent
525 E Seaside Way Unit 1509
Long Beach, CA 90802

Jimmy Chen
Attn: Bankruptcy Desk/Managing Agent
13331 Presidio Pl
Tustin, CA 92782

Jimmy Chen
Attn: Bankruptcy Desk/Managing Agent
224 Fairway Woods Dr
Las Vegas, NV 89148

Jimmy Rafferty
Attn: Bankruptcy Desk/Managing Agent
9761 Kampsville Ave
Las Vegas, NV 89148

Jimmy Valdez
Attn: Bankruptcy Desk/Managing Agent
123 Tall Ruff Dr
Las Vegas, NV 89148

Jin Jin
Attn: Bankruptcy Desk/Managing Agent
9748 Ziegler Ave
Las Vegas, NV 89148

Jing Peng
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 215
Las Vegas, NV 89113

Jing Peng
Attn: Bankruptcy Desk/Managing Agent
8962 Sanibel Shore Ave
Las Vegas, NV 89147

Jinglian Jin
Attn: Bankruptcy Desk/Managing Agent
214 Tall Ruff Dr
Las Vegas, NV 89148

Jirong Xie
Attn: Bankruptcy Desk/Managing Agent
50 Laying Up Ct
Las Vegas, NV 89148

Jo Barrett
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 105
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Jo Dittrich
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 308
Las Vegas, NV 89113

Joan Leduc
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 113
Las Vegas, NV 89113

Joanne Artemis
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1112
Las Vegas, NV 89148

Jocelyn & Ronaldo Fernando
Attn: Bankruptcy Desk/Managing Agent
12719 Goethe Pl
Granada Hills, CA 91344

Jocelyn & Ronaldo Fernando
Attn: Bankruptcy Desk/Managing Agent
375 Blackstone River Ave
Las Vegas, NV 89148

Jocelyn Capangpangan
Attn: Bankruptcy Desk/Managing Agent
276 Hickory Heights Ave
Las Vegas, NV 89148

Jody McCavitt
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2018
Las Vegas, NV 89148

Jody Stewart
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 302
Las Vegas, NV 89113

Joe & Jenne Moncada
Attn: Bankruptcy Desk/Managing Agent
413 Pure Rain Ct
Las Vegas, NV 89148

Joe & Jenne Moncada
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2048
Las Vegas, NV 89148

Joel & Celia Solloway
Attn: Bankruptcy Desk/Managing Agent
3889 Wild Cherry Oval
Beachwood, OH 44122

Joel & Celia Solloway
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2024
Las Vegas, NV 89148

Joel & Donna Rumph
Attn: Bankruptcy Desk/Managing Agent
267 Soggy Ruff Way
Las Vegas, NV 89148

Joel & Mabel Corpuz
Attn: Bankruptcy Desk/Managing Agent
515 Newberry Springs Dr
Las Vegas, NV 89148

Joel & Mabel Corpuz
Attn: Bankruptcy Desk/Managing Agent
920 Haunani Pl
Wailuku, HI 96793

Joel & Sharon Coffman
Attn: Bankruptcy Desk/Managing Agent
82 Cascade Lake St
Las Vegas, NV 89148

Joel Roussel
Attn: Bankruptcy Desk/Managing Agent
6768 Pastel Camellia St
Las Vegas, NV 89148

Joel Roussel
Attn: Bankruptcy Desk/Managing Agent
9405 Low Tide Ct
Las Vegas, NV 89117

Joey & Jacquiline Castillo
Attn: Bankruptcy Desk/Managing Agent
9270 Bearded Iris Ave
Las Vegas, NV 89148

Johanna Tressler
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2013
Las Vegas, NV 89148

John & Andrea McKeague
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1074
Las Vegas, NV 89148

John & Anniebelle Tuquero
Attn: Bankruptcy Desk/Managing Agent
11910 Yearling St
Cerritos, CA 90703

John & Anniebelle Tuquero
Attn: Bankruptcy Desk/Managing Agent
262 Soggy Ruff Way
Las Vegas, NV 89148

John & Brenda Sanchez
Attn: Bankruptcy Desk/Managing Agent
398 Blue Tee Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

John & Dawn Liberti
Attn: Bankruptcy Desk/Managing Agent
261 Tayman Park Ave
Las Vegas, NV 89148

John & Dorthy Butler
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 203
Las Vegas, NV 89113

John & Ellen Spatafore
Attn: Bankruptcy Desk/Managing Agent
57 Chateau Whistler Ct
Las Vegas, NV 89148

John & Gretchen Fox
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1166
Las Vegas, NV 89148

John & Jill Lay
Attn: Bankruptcy Desk/Managing Agent
609 Halloran Springs Rd
Las Vegas, NV 89148

John & Jin Kim
Attn: Bankruptcy Desk/Managing Agent
162 Sandy Bunker Ln
Las Vegas, NV 89148

John & John Carroll
Attn: Bankruptcy Desk/Managing Agent
120 Wicked Wedge Way
Las Vegas, NV 89148

John & Judith Stader
Attn: Bankruptcy Desk/Managing Agent
244 Pasqual Ave
Ventura, CA 93004

John & Judith Stader
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 105
Las Vegas, NV 89113

John & Karen Campo
Attn: Bankruptcy Desk/Managing Agent
212 Cascade Lake St
Las Vegas, NV 89148

John & Kathleen Bobos
Attn: Bankruptcy Desk/Managing Agent
18 Indian Run Way
Las Vegas, NV 89148

John & Kathleen Bobos
Attn: Bankruptcy Desk/Managing Agent
2203 Dickinson Rd Apt 101
Chesterton, IN 46304

John & Kathrina David
Attn: Bankruptcy Desk/Managing Agent
1838 Esprit Ct
San Jose, CA 95131

John & Kathrina David
Attn: Bankruptcy Desk/Managing Agent
210 Hickory Heights Ave
Las Vegas, NV 89148

John & Khadija Rohrer
Attn: Bankruptcy Desk/Managing Agent
220 Rusty Plank Ave
Las Vegas, NV 89148

John & Marie Martorano
Attn: Bankruptcy Desk/Managing Agent
288 Soggy Ruff Way
Las Vegas, NV 89148

John & Melinda Aldrian
Attn: Bankruptcy Desk/Managing Agent
2815 Prospect St
Corona, CA 92881

John & Melinda Aldrian
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 308
Las Vegas, NV 89113

John & Michele Polci
Attn: Bankruptcy Desk/Managing Agent
103 Arcadian Shores St
Las Vegas, NV 89148

John & Nonita Leary
Attn: Bankruptcy Desk/Managing Agent
42 Sandy Bunker Ln
Las Vegas, NV 89148

John & Pia Hermann
Attn: Bankruptcy Desk/Managing Agent
190 Tayman Park Ave
Las Vegas, NV 89148

John & Pimei Chen
Attn: Bankruptcy Desk/Managing Agent
282 Caddy Bag Ct
Las Vegas, NV 89148

John & Pimei Chen
Attn: Bankruptcy Desk/Managing Agent
3395 S Jones Blvd # 31
Las Vegas, NV 89146

John & Pi-Mei Chen
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 201
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

John & Rhonda Glaze
Attn: Bankruptcy Desk/Managing Agent
6806 Baby Jade Ct
Las Vegas, NV 89148

John & Sandra Dye
Attn: Bankruptcy Desk/Managing Agent
127 Wicked Wedge Way
Las Vegas, NV 89148

John & Sandra Dye
Attn: Bankruptcy Desk/Managing Agent
5528 W 123rd Pl
Hawthorne, CA 90250

John & Susan Chance
Attn: Bankruptcy Desk/Managing Agent
382 Center Green Dr
Las Vegas, NV 89148

John & Susan Chance
Attn: Bankruptcy Desk/Managing Agent
394 Center Green Dr
Las Vegas, NV 89148

John & Susan Chance
Attn: Bankruptcy Desk/Managing Agent
7571 Jacaranda Bay St
Las Vegas, NV 89139

John & Teresa Bogar
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 110
Las Vegas, NV 89113

John & Teresa Bogar
Attn: Bankruptcy Desk/Managing Agent
9130 County Rd #190
Manvel, TX 77578

John Collins
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 207
Las Vegas, NV 89113

John Fencl
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 214
Las Vegas, NV 89113

John Geng
Attn: Bankruptcy Desk/Managing Agent
281 Waterron Lakes Ave
Las Vegas, NV 89148

John Geng
Attn: Bankruptcy Desk/Managing Agent
281 Waterton Lakes Ave
Las Vegas, NV 89148

John Gilje
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 115
Las Vegas, NV 89113

John Gilje
Attn: Bankruptcy Desk/Managing Agent
PO Box 2428
Lake Havasu City, AZ 86405

John Gupta
Attn: Bankruptcy Desk/Managing Agent
%W Schaffer
Old Brookville, NY 11545

John Gupta
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 206
Las Vegas, NV 89113

John Harrison
Attn: Bankruptcy Desk/Managing Agent
211 E Ohio St Apt 514
Chicago, IL 60611

John Harrison
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 106
Las Vegas, NV 89113

John Littlejohn
Attn: Bankruptcy Desk/Managing Agent
59 Rusty Springs Ct
Las Vegas, NV 89148

John Magbual
Attn: Bankruptcy Desk/Managing Agent
184 Lenape Heights Ave
Las Vegas, NV 89148

John Magbual
Attn: Bankruptcy Desk/Managing Agent
9123 Iron Cactus Ave
Las Vegas, NV 89148

John Malinowski
Attn: Bankruptcy Desk/Managing Agent
24 Goodwill Ct
Newport Beach, CA 92663

John Malinowski
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 212
Las Vegas, NV 89113

John Marman
Attn: Bankruptcy Desk/Managing Agent
81 Chateau Whistler Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                              Served 4/17/2009

John Person
Attn: Bankruptcy Desk/Managing Agent
245 Blackstone River Ave
Las Vegas, NV 89148

John Person
Attn: Bankruptcy Desk/Managing Agent
4040 Perfect Lure St
Las Vegas, NV 89129

John R. Obiniana
Attn: Bankruptcy Desk/Managing Agent
6455 Lake Scene Street
Las Vegas NV 89148

John Roberts
Attn: Bankruptcy Desk/Managing Agent
192 Angels Trace Ct
Las Vegas, NV 89148

John Roberts
Attn: Bankruptcy Desk/Managing Agent
262 Broken Par Dr
Las Vegas, NV 89148

John Scarselli
Attn: Bankruptcy Desk/Managing Agent
6685 Aviston St
Las Vegas, NV 89148

John Sheehan
Attn: Bankruptcy Desk/Managing Agent
361 Arbour Garden Ave
Las Vegas, NV 89148

John Sidman-St
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1135
Las Vegas, NV 89146

John Stone
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 215
Las Vegas, NV 89113

John Stone
Attn: Bankruptcy Desk/Managing Agent
PO Box 1811
Zephyr Cove, NV 89448

John Sundell
Attn: Bankruptcy Desk/Managing Agent
2587 Lockleven Wy
Henderson, NV 89044

John Sundell
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 310
Las Vegas, NV 89113

John Tang
Attn: Bankruptcy Desk/Managing Agent
728 Pacific Ave Ste 300
San Francisco, CA 94133

John Tang
Attn: Bankruptcy Desk/Managing Agent
9684 Kampsville Ave
Las Vegas, NV 89148

John Theiss
Attn: Bankruptcy Desk/Managing Agent
380 Tayman Park Ave
Las Vegas, NV 89148

John Vennochi
Attn: Bankruptcy Desk/Managing Agent
141 Chateau Whistler Ct
Las Vegas, NV 89148

John Villaneuve
Attn: Bankruptcy Desk/Managing Agent
655 Baker St Apt T104
Costa Mesa, CA 92626

John Villaneuve
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 308
Las Vegas, NV 89113

John Waldrip
Attn: Bankruptcy Desk/Managing Agent
6774 Pastel Camellia St
Las Vegas, NV 89148

Johnny & Adelaida Bustos
Attn: Bankruptcy Desk/Managing Agent
2075 Village Center Cir
Las Vegas, NV 89134

Johnny & Adelaida Bustos
Attn: Bankruptcy Desk/Managing Agent
244 Hickory Heights Ave
Las Vegas, NV 89148

Johnny Pulache
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 108
Las Vegas, NV 89113

Johnson Family
Attn: Bankruptcy Desk/Managing Agent
302 Angels Trace Ct
Las Vegas, NV 89148

Jon & Meryl Kern
Attn: Bankruptcy Desk/Managing Agent
191 Hazelmere Ln
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail | Served 4/17/2009

Jon Burtness
Attn: Bankruptcy Desk/Managing Agent
37 Diamond Run St
Las Vegas, NV 89148

Jon Burtness
Attn: Bankruptcy Desk/Managing Agent
9060 Stange Ave
Las Vegas, NV 89129

Jon Dorsey
Attn: Bankruptcy Desk/Managing Agent
3121 Birch Grove Ct
Las Vegas, NV 89134

Jon Dorsey
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 307
Las Vegas, NV 89113

Jon Shirley
Attn: Bankruptcy Desk/Managing Agent
198 Pocono Manor Ct
Las Vegas, NV 89148

Jon Valkenburg
Attn: Bankruptcy Desk/Managing Agent
10993 Ladyburn Ct
Las Vegas, NV 89141

Jon Valkenburg
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 214
Las Vegas, NV 89113

Jonas & Vaidas Cikotas
Attn: Bankruptcy Desk/Managing Agent
14012 Labeau Ave
Charlotte, NC 28277

Jonas & Vaidas Cikotas
Attn: Bankruptcy Desk/Managing Agent
285 Fairway Woods Dr
Las Vegas, NV 89148

Jones Family
Attn: Bankruptcy Desk/Managing Agent
103 Wicked Wedge Way
Las Vegas, NV 89148

Jones Family
Attn: Bankruptcy Desk/Managing Agent
22 Rancho Maria St
Las Vegas, NV 89148

Jones Family
Attn: Bankruptcy Desk/Managing Agent
31 N 700 E # 223
St George, UT 84770

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 24755
Tempe, AZ 85285-4755

Jorge Acosta
Attn: Bankruptcy Desk/Managing Agent
363 Center Green Dr
Las Vegas, NV 89148

Jorge Acosta
Attn: Bankruptcy Desk/Managing Agent
5418 Ontario Cmn
Fremont, CA 94555

Jorge Andrade
Attn: Bankruptcy Desk/Managing Agent
211 Crooked Putter Dr
Las Vegas, NV 89148

Jorge Andrade
Attn: Bankruptcy Desk/Managing Agent
3904 W 171st St
Torrance, CA 90504

Jorge Carrillo
Attn: Bankruptcy Desk/Managing Agent
9686 Ziegler Ave
Las Vegas, NV 89148

Jorge Palacios
Attn: Bankruptcy Desk/Managing Agent
380 Whitly Bay Ave
Las Vegas, NV 89148

Jorge Palacios
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 104
Las Vegas, NV 89113

Jose & Belen Cotay
Attn: Bankruptcy Desk/Managing Agent
2515 Sycamore Hills Dr
Fort Wayne, IN 46814

Jose & Belen Cotay
Attn: Bankruptcy Desk/Managing Agent
98 Broken Putter Way
Las Vegas, NV 89148

Jose & Gloria Martel
Attn: Bankruptcy Desk/Managing Agent
137 Quail Valley St
Las Vegas, NV 89148

Jose & Josefina Labayo
Attn: Bankruptcy Desk/Managing Agent
17 Jamestown Dr
Michigan City, IN 46360

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Jose & Josefina Labayo
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 111
Las Vegas, NV 89113

Jose & Linda Catala
Attn: Bankruptcy Desk/Managing Agent
10117 Pinnacle View Pl
Las Vegas, NV 89134

Jose & Linda Catala
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1001
Las Vegas, NV 89148

Jose & Rhodora Caturay
Attn: Bankruptcy Desk/Managing Agent
6780 Pastel Camellia St
Las Vegas, NV 89148

Jose & Rhodora Caturay
Attn: Bankruptcy Desk/Managing Agent
8 Lycett Cir
Daly City, CA 94015

Jose & Tina Basilio
Attn: Bankruptcy Desk/Managing Agent
9764 Waukegan Ave
Las Vegas, NV 89148

Jose & Zenaida Gan
Attn: Bankruptcy Desk/Managing Agent
1106 E Jay St
Carson, CA 90745

Jose & Zenaida Gan
Attn: Bankruptcy Desk/Managing Agent
263 Tie Breaker Ct
Las Vegas, NV 89148

Jose Abad
Attn: Bankruptcy Desk/Managing Agent
4338 Helaman Ave
Las Vegas, NV 89120

Jose Abad
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 312
Las Vegas, NV 89113

Jose Alvarez
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 108
Las Vegas, NV 89113

Jose Aquino
Attn: Bankruptcy Desk/Managing Agent
1768 Laguna St
Seaside, CA 93955

Jose Aquino
Attn: Bankruptcy Desk/Managing Agent
201 Short Ruff Way
Las Vegas, NV 89148

Jose Cipriano
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2149
Las Vegas, NV 89148

Jose Corona
Attn: Bankruptcy Desk/Managing Agent
10022 Amber Field St
Las Vegas, NV 89178

Jose Corona
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 305
Las Vegas, NV 89113

Jose Corona
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 311
Las Vegas, NV 89113

Jose Corrales
Attn: Bankruptcy Desk/Managing Agent
109 Wicked Wedge Way
Las Vegas, NV 89148

Jose Elique
Attn: Bankruptcy Desk/Managing Agent
354 Harpers Ferry Ave
Las Vegas, NV 89148

Jose Escobar
Attn: Bankruptcy Desk/Managing Agent
9241 Tulip Trestle Ave
Las Vegas, NV 89148

Jose Padilla
Attn: Bankruptcy Desk/Managing Agent
6853 Rose Mallow St
Las Vegas, NV 89148

Joseph & Aida Whetstone
Attn: Bankruptcy Desk/Managing Agent
3939 Ruskin St
Las Vegas, NV 89147

Joseph & Aida Whetstone
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 110
Las Vegas, NV 89113

Joseph & Amy Muckleroy
Attn: Bankruptcy Desk/Managing Agent
9716 Waukegan Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                     Served 4/17/2009

Joseph & Angela Stoddard
Attn: Bankruptcy Desk/Managing Agent
439 Hidden Holde Dr
Las Vegas, NV 89148

Joseph & Angela Stoddard
Attn: Bankruptcy Desk/Managing Agent
439 Hidden Hole Dr
Las Vegas, NV 89148

Joseph & Bethany Reding
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 105
Las Vegas, NV 89113

Joseph & Colleen Brewster
Attn: Bankruptcy Desk/Managing Agent
6796 Rose Mallow St
Las Vegas, NV 89148

Joseph & Deanna Francis
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1154
Las Vegas, NV 89148

Joseph & Debra Fries
Attn: Bankruptcy Desk/Managing Agent
270 Rustic Club Way
Las Vegas, NV 89148

Joseph & Hope Zerilli
Attn: Bankruptcy Desk/Managing Agent
12 Keats Pl
Greenlawn, NY 11740

Joseph & Hope Zerilli
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 210
Las Vegas, NV 89113

Joseph & Judy Pascuzzi
Attn: Bankruptcy Desk/Managing Agent
302 Dog Leg Dr
Las Vegas, NV 89148

Joseph & Judy Pascuzzi
Attn: Bankruptcy Desk/Managing Agent
9232 Dalmahoy Pl
Las Vegas, NV 89145

Joseph & Judy Pascuzzi
Attn: Bankruptcy Desk/Managing Agent
9780 Waukegan Ave
Las Vegas, NV 89148

Joseph & Julia Huang
Attn: Bankruptcy Desk/Managing Agent
133 Crooked Putter Dr
Las Vegas, NV 89148

Joseph & Julia Huang
Attn: Bankruptcy Desk/Managing Agent
8 Freeman St
Newark, NJ 07105

Joseph & Laurie Cifune
Attn: Bankruptcy Desk/Managing Agent
417 Center Green Dr
Las Vegas, NV 89148

Joseph & Laurie Cifune
Attn: Bankruptcy Desk/Managing Agent
PO Box 403
Lyndhurst, NJ 07071

Joseph & Margarita Bautista
Attn: Bankruptcy Desk/Managing Agent
180 Pocono Manor Ct
Las Vegas, NV 89148

Joseph & Margarita Bautista
Attn: Bankruptcy Desk/Managing Agent
388 Ensign Ln
Redwood City, CA 94065

Joseph & Maria Dungo
Attn: Bankruptcy Desk/Managing Agent
452 Center Green Dr
Las Vegas, NV 89148

Joseph & Maria Dungo
Attn: Bankruptcy Desk/Managing Agent
4705 Shetland Ct
Antioch, CA 94531

Joseph & Marie Zerill
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 207
Las Vegas, NV 89113

Joseph & Michelle Randazzo
Attn: Bankruptcy Desk/Managing Agent
122 Cascade Lake St
Las Vegas, NV 89148

Joseph & Michelle Randazzo
Attn: Bankruptcy Desk/Managing Agent
3429 Raven Ave
Las Vegas, NV 89139

Joseph & Michelle Randazzo
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 109
Las Vegas, NV 89113

Joseph & Michelle Scibetta
Attn: Bankruptcy Desk/Managing Agent
251 Tie Breaker Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Joseph Bostedt
Attn: Bankruptcy Desk/Managing Agent
7182 S Ireland Way
Centennial, CO 80016

Joseph Bostedt
Attn: Bankruptcy Desk/Managing Agent
9764 Ziegler Ave
Las Vegas, NV 89148

Joseph Chang
Attn: Bankruptcy Desk/Managing Agent
307 Descano Garden Dr
Las Vegas, NV 89148

Joseph Chang
Attn: Bankruptcy Desk/Managing Agent
7466 Desertscape Ave
Las Vegas, NV 89178

Joseph Faris
Attn: Bankruptcy Desk/Managing Agent
1359 Rimrock Dr
San Jose, CA 95120

Joseph Faris
Attn: Bankruptcy Desk/Managing Agent
151 Sandy Bunker Ln
Las Vegas, NV 89148

Joseph Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2154
Las Vegas, NV 89148

Joseph Nastasi
Attn: Bankruptcy Desk/Managing Agent
560 Richland Blvd
Brightwaters, NY 11718

Joseph Nastasi
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 312
Las Vegas, NV 89113

Joseph Nguyen
Attn: Bankruptcy Desk/Managing Agent
331 Waterton Lakes Ave
Las Vegas, NV 89148

Joseph Tsze
Attn: Bankruptcy Desk/Managing Agent
448 First On Dr
Las Vegas, NV 89148

Josephine & Richard So
Attn: Bankruptcy Desk/Managing Agent
1621 Dole St Apt 102
Honolulu, HI 96822

Josephine & Richard So
Attn: Bankruptcy Desk/Managing Agent
265 Trailing Putt Way
Las Vegas, NV 89148

Josephine Weber
Attn: Bankruptcy Desk/Managing Agent
253 Duck Hollow Ave
Las Vegas, NV 89148

Josephine Weber
Attn: Bankruptcy Desk/Managing Agent
265 Oliver St
Daly City, CA 94014

Joshua & Alicia Dobbins
Attn: Bankruptcy Desk/Managing Agent
190 Tall Ruff Dr
Las Vegas, NV 89148

Joshua Chau
Attn: Bankruptcy Desk/Managing Agent
236 Palmetto Pointe Dr
Henderson, NV 89012

Joshua Chau
Attn: Bankruptcy Desk/Managing Agent
6863 Scarlet Flax St
Las Vegas, NV 89148

Joshua Nelson
Attn: Bankruptcy Desk/Managing Agent
251 Cliff Valley Dr
Las Vegas, NV 89148

Joshua Zehner
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 310
Las Vegas, NV 89113

Josielyn Jones
Attn: Bankruptcy Desk/Managing Agent
379 Center Green Dr
Las Vegas, NV 89148

Josielyn Jones
Attn: Bankruptcy Desk/Managing Agent
5863 Ocean Terrace Dr
Rancho Palos Verdes, CA 90275

Joyce Campbell
Attn: Bankruptcy Desk/Managing Agent
1154 Williamsburg Cir
Grayslake, IL 60030

Joyce Campbell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2059
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                          Served 4/17/2009

Joyce Leung
Attn: Bankruptcy Desk/Managing Agent
383 Harpers Ferry Avenue
Las Vegas NV 89148

Joyce Schoeller
Attn: Bankruptcy Desk/Managing Agent
6631 Dapple Gray Rd
Las Vegas, NV 89148

Juan & Eileen Santillan
Attn: Bankruptcy Desk/Managing Agent
4012 S Rainbow Blvd # 745
Las Vegas, NV 89103

Juan & Eileen Santillan
Attn: Bankruptcy Desk/Managing Agent
76 Sully Creek Ct
Las Vegas, NV 89148

Juan & Vilalia Boyzo
Attn: Bankruptcy Desk/Managing Agent
518 Newberry Springs Dr
Las Vegas, NV 89148

Juan Valencia
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1177
Las Vegas, NV 89148

Jud & Barbara Brown
Attn: Bankruptcy Desk/Managing Agent
314 Sea Rim Ave
Las Vegas, NV 89148

Judith White
Attn: Bankruptcy Desk/Managing Agent
447 Center Green Dr
Las Vegas, NV 89148

Judith White
Attn: Bankruptcy Desk/Managing Agent
PO Box 95554
Las Vegas, NV 89193

Judy Shallenberger
Attn: Bankruptcy Desk/Managing Agent
191 Wicked Wedge Way
Las Vegas, NV 89148

Jui & Duo Lan
Attn: Bankruptcy Desk/Managing Agent
296 Blackstone River Ave
Las Vegas, NV 89148

Julia Parrot-Bastos
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 213
Las Vegas, NV 89113

Julian & Sophia Lee
Attn: Bankruptcy Desk/Managing Agent
332 Waterton Lakes Ave
Las Vegas, NV 89148

Julie Hicks
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 111
Las Vegas, NV 89113

Julie Schmitz
Attn: Bankruptcy Desk/Managing Agent
273 Rusty Plank Ave
Las Vegas, NV 89148

Julie Schmitz
Attn: Bankruptcy Desk/Managing Agent
PO Box 675423
Rancho Santa Fe, CA 92067

Julie Torizawa
Attn: Bankruptcy Desk/Managing Agent
9714 Kampsville Ave
Las Vegas, NV 89148

Juliet & Nilo Miranda
Attn: Bankruptcy Desk/Managing Agent
11962 Janette Ln
Garden Grove, CA 92840

Juliet & Nilo Miranda
Attn: Bankruptcy Desk/Managing Agent
544 Foster Springs Rd
Las Vegas, NV 89148

Julio Padilla
Attn: Bankruptcy Desk/Managing Agent
372 Turtle Peak Ave
Las Vegas, NV 89148

Julius & Sandra Berezovsky
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 110
Las Vegas, NV 89113

Julius Conner
Attn: Bankruptcy Desk/Managing Agent
316 Blackstone River Ave
Las Vegas, NV 89148

Jun & Yimin Liu
Attn: Bankruptcy Desk/Managing Agent
31 Diamond Run St
Las Vegas, NV 89148

Jun & Yimin Liu
Attn: Bankruptcy Desk/Managing Agent
8694 Mesquite Hills St
Las Vegas, NV 89139

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Jun Chow
Attn: Bankruptcy Desk/Managing Agent
156 Wicked Wedge Way
Las Vegas, NV 89148

Jun Liu
Attn: Bankruptcy Desk/Managing Agent
8694 Mesquite Hills St
Las Vegas, NV 89139

Jun Liu
Attn: Bankruptcy Desk/Managing Agent
9309 Lemon Mint Ct
Las Vegas, NV 89148

Jun Sui
Attn: Bankruptcy Desk/Managing Agent
174 Short Ruff Way
Las Vegas, NV 89148

Jung & Pill Shin
Attn: Bankruptcy Desk/Managing Agent
173 Water Hazard Ln
Las Vegas, NV 89148

Jung & Pill Shin
Attn: Bankruptcy Desk/Managing Agent
25609 Mesquite Ct
Valencia, CA 91381

Jung Han
Attn: Bankruptcy Desk/Managing Agent
257 Rolling Springs Dr
Las Vegas, NV 89148

Jung Lee
Attn: Bankruptcy Desk/Managing Agent
348 Lakewood Garden Dr
Las Vegas, NV 89148

Jurist Family
Attn: Bankruptcy Desk/Managing Agent
101 Sunshine Coast Ln
Las Vegas, NV 89148

Jurist Family
Attn: Bankruptcy Desk/Managing Agent
374 Highland Hills Ct
Las Vegas, NV 89148

Justin & Renee Bratton
Attn: Bankruptcy Desk/Managing Agent
9789 Marcelline Ave
Las Vegas, NV 89148

Justin Saragoza
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2023
Las Vegas, NV 89148

Justin Trent
Attn: Bankruptcy Desk/Managing Agent
184 Paxon Hollow Ct
Las Vegas, NV 89148

Justin Trent
Attn: Bankruptcy Desk/Managing Agent
2145 Francesco Ct
Livermore, CA 94550

Justiniano Jaojoco
Attn: Bankruptcy Desk/Managing Agent
95 Broken Putter Way
Las Vegas, NV 89148

Juyd Lee
Attn: Bankruptcy Desk/Managing Agent
270 Lenape Heights Ave
Las Vegas, NV 89148

K Family
Attn: Bankruptcy Desk/Managing Agent
234 Sea Rim Ave
Las Vegas, NV 89148

K Family
Attn: Bankruptcy Desk/Managing Agent
6612 Gossamer Fog Ave
Las Vegas, NV 89139

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
20530 Earlgate St
Walnut, CA 91789

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
261 Fringe Ruff Dr
Las Vegas, NV 89148

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
448 Walnut Ave
Arcadia, CA 91007

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
502 Center Green Dr
Las Vegas, NV 89148

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
80 Laying Up Ct
Las Vegas, NV 89148

K S Platinum
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 313
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                                    Served 4/17/2009

K S Platinum
Attn: Bankruptcy Desk/Managing Agent
PO Box 82182
Las Vegas, NV 89180

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

Kachinad LLC
Attn: Bankruptcy Desk/Managing Agent
5105 Gentle River Ave
Las Vegas, NV 89130

Kachinad LLC
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 217
Las Vegas, NV 89113

Kahnrad Awalt
Attn: Bankruptcy Desk/Managing Agent
85461330 Metavante Way
Sioux Falls, SD 57186

Kahnrad Awalt
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2174
Las Vegas, NV 89148

Kai & Lo Lee
Attn: Bankruptcy Desk/Managing Agent
324 Lakewood Garden Dr
Las Vegas, NV 89148

Kai & Lo Lee
Attn: Bankruptcy Desk/Managing Agent
72 Sandy Bunker Ln
Las Vegas, NV 89148

Kai & Lo Lee
Attn: Bankruptcy Desk/Managing Agent
877 Darien Way
San Francisco, CA 94127

Kai & Lo Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2125
Las Vegas, NV 89148

Kakavulias Family
Attn: Bankruptcy Desk/Managing Agent
181 Tayman Park Ave
Las Vegas, NV 89148

Kakavulias Family
Attn: Bankruptcy Desk/Managing Agent
3658 Ambergate Ct
Las Vegas, NV 89147

Kam Law
Attn: Bankruptcy Desk/Managing Agent
1030 Winston Ave
San Marino, CA 91108

Kam Law
Attn: Bankruptcy Desk/Managing Agent
195 Tall Ruff Dr
Las Vegas, NV 89148

Kam Wong
Attn: Bankruptcy Desk/Managing Agent
2330 W Avenue 33
Los Angeles, CA 90065

Kam Wong
Attn: Bankruptcy Desk/Managing Agent
378 Center Green Dr
Las Vegas, NV 89148

Kamins-markese Family
Attn: Bankruptcy Desk/Managing Agent
292 Turtle Peak Ave
Las Vegas, NV 89148

Kamran Nouri
Attn: Bankruptcy Desk/Managing Agent
9255 Bearded Iris Ave
Las Vegas, NV 89148

Kamrooz Majd
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 106
Las Vegas, NV 89113

Kamrooz Majd
Attn: Bankruptcy Desk/Managing Agent
836 N La Cienega Blvd
Los Angeles, CA 90069

Karen Bama
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 302
Las Vegas, NV 89113

Kari & Steven Jacobson
Attn: Bankruptcy Desk/Managing Agent
150 Chateau Whistler Ct
Las Vegas, NV 89148

Karin Huang
Attn: Bankruptcy Desk/Managing Agent
9692 Ziegler Ave
Las Vegas, NV 89148

Karine Oganesyan
Attn: Bankruptcy Desk/Managing Agent
180 Tayman Park Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Karl & Flora Tzeng
Attn: Bankruptcy Desk/Managing Agent
303 Celebration Dr
Milpitas, CA 95035

Karl & Flora Tzeng
Attn: Bankruptcy Desk/Managing Agent
53 Chateau Whistler Ct
Las Vegas, NV 89148

Kasha Khongpluem
Attn: Bankruptcy Desk/Managing Agent
6691 Kreb Lake Ct
Las Vegas, NV 89148

Katherine Hammonds
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2156
Las Vegas, NV 89148

Katherine Heffner
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2058
Las Vegas, NV 89148

Katherine Larsen
Attn: Bankruptcy Desk/Managing Agent
6838 Scarlet Flax St
Las Vegas, NV 89148

Katherine Lee
Attn: Bankruptcy Desk/Managing Agent
291 Turtle Peak Ave
Las Vegas, NV 89148

Katherine Martin-Martyr
Attn: Bankruptcy Desk/Managing Agent
6830 Baby Jade Ct
Las Vegas, NV 89148

Kathleen Morocco
Attn: Bankruptcy Desk/Managing Agent
224 Sea Rim Ave
Las Vegas, NV 89148

Kathleen Urbanski
Attn: Bankruptcy Desk/Managing Agent
336 Blackstone River Ave
Las Vegas, NV 89148

Kathleen Vansittert
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 214
Las Vegas, NV 89113

Kathrine Moore
Attn: Bankruptcy Desk/Managing Agent
6841 Rose Mallow St
Las Vegas, NV 89148

Kathryn Turner
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2113
Las Vegas, NV 89148

Kathy Liebert
Attn: Bankruptcy Desk/Managing Agent
79 Laying Up Ct
Las Vegas, NV 89148

Kathy May
Attn: Bankruptcy Desk/Managing Agent
15 Indian Run Way
Las Vegas, NV 89148

Kathy Moreno
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1065
Las Vegas, NV 89148

Kathy Muiter
Attn: Bankruptcy Desk/Managing Agent
69 Chateau Whistler Ct
Las Vegas, NV 89148

Kaura Heinemann
Attn: Bankruptcy Desk/Managing Agent
7835 So. Rainbow Blvd #4-21
Las Vegas NV  89139

Kay Pulliam
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 106
Las Vegas, NV 89113

Kayla Mai
Attn: Bankruptcy Desk/Managing Agent
274 Ladies Tee Ct
Las Vegas, NV 89148

Kazarian Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1116
Las Vegas, NV 89148

Kazue & Toni Chinda
Attn: Bankruptcy Desk/Managing Agent
32 Queen Valley Ct
Las Vegas, NV 89148

Kazue & Toni Chinda
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 108
Las Vegas, NV 89113

Kazue & Toni Chinda
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 209
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                                  Served 4/17/2009

Kazue & Toni Chinda
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 211
Las Vegas, NV 89113

KB Home Nevada Inc
Attn: Bankruptcy Desk/Managing Agent
5655 Badura Ave.
Las Vegas NV 89118

Ke Hsiang
Attn: Bankruptcy Desk/Managing Agent
262 Lenape Heights Ave
Las Vegas, NV 89148

Keck Family
Attn: Bankruptcy Desk/Managing Agent
6803 Mataro Dr
Las Vegas, NV 89103

Keck Family
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 102
Las Vegas, NV 89113

Kee Wong
Attn: Bankruptcy Desk/Managing Agent
213 Sea Rim Ave
Las Vegas, NV 89148

Keefe Family
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 211
Las Vegas, NV 89113

Keith & Eddie Murillo
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 307
Las Vegas, NV 89113

Keith & Eddie Murillo
Attn: Bankruptcy Desk/Managing Agent
820 Canterra St Unit 1054
Las Vegas, NV 89138

Keith & Karyl Dennison
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 211
Las Vegas, NV 89113

Keith & Karyl Dennison
Attn: Bankruptcy Desk/Managing Agent
7754 Galloping Hills St
Las Vegas, NV 89113

Keith & Wendy Swatsley
Attn: Bankruptcy Desk/Managing Agent
5295 Malta St
Denver, CO 80249

Keith & Wendy Swatsley
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1032
Las Vegas, NV 89148

Kelly & Tammy Pierce
Attn: Bankruptcy Desk/Managing Agent
118 Tall Ruff Dr
Las Vegas, NV 89148

Kelly Campbell
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 308
Las Vegas, NV 89113

Kelly Connery
Attn: Bankruptcy Desk/Managing Agent
170 Crooked Putter Dr
Las Vegas, NV 89148

Kelly Deverell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1006
Las Vegas, NV 89148

Kelly Deverell
Attn: Bankruptcy Desk/Managing Agent
9124 Eagle Ridge Dr
Las Vegas, NV 89134

Kelly Dudek
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 207
Las Vegas, NV 89113

Kelly French
Attn: Bankruptcy Desk/Managing Agent
114 Wicked Wedge Way
Las Vegas, NV 89148

Kelly Lujan
Attn: Bankruptcy Desk/Managing Agent
89 Daisy Springs Ct
Las Vegas, NV 89148

Kelly Steele
Attn: Bankruptcy Desk/Managing Agent
3663 E Oquendo Rd
Las Vegas, NV 89120

Kelly Steele
Attn: Bankruptcy Desk/Managing Agent
6674 Aviston St
Las Vegas, NV 89148

Kelly Thomas
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 206
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Ken & Barbara McPhee
Attn: Bankruptcy Desk/Managing Agent
29-788 Citadel Dr
Port Coquitlam BC
Canada

Ken & Barbara McPhee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2021
Las Vegas, NV 89148

Ken Pak
Attn: Bankruptcy Desk/Managing Agent
125 Lakewood Garden Dr
Las Vegas, NV 89148

Kenneth & Claudette Dean
Attn: Bankruptcy Desk/Managing Agent
2110 Forest Ridge Rd
Saint Charles, IL 60174

Kenneth & Claudette Dean
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 209
Las Vegas, NV 89113

Kenneth & Dana Hoback
Attn: Bankruptcy Desk/Managing Agent
9278 Bearded Iris Ave
Las Vegas, NV 89148

Kenneth & Tamera Howay
Attn: Bankruptcy Desk/Managing Agent
242 Crooked Putter Dr
Las Vegas, NV 89148

Kenneth & Tanya Smith
Attn: Bankruptcy Desk/Managing Agent
55-620C Iosepa St
Laie, HI 96762

Kenneth & Tanya Smith
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 203
Las Vegas, NV 89113

Kenneth Carter
Attn: Bankruptcy Desk/Managing Agent
6773 Prairie Clover St
Las Vegas, NV 89148

Kenneth Ferguson
Attn: Bankruptcy Desk/Managing Agent
1543 William Way
Concord, CA 94520

Kenneth Ferguson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2176
Las Vegas, NV 89148

Kenneth Lombardo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1139
Las Vegas, NV 89148

Kenneth Lowman
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 209
Las Vegas, NV 89113

Kenneth Madl
Attn: Bankruptcy Desk/Managing Agent
9798 Marcelline Ave
Las Vegas, NV 89148

Kenneth O`Neill
Attn: Bankruptcy Desk/Managing Agent
6679 Roanoke Ct
Las Vegas, NV 89148

Kenneth Webster
Attn: Bankruptcy Desk/Managing Agent
375 Apple River Ct
Las Vegas, NV 89148

Kenny Chiu
Attn: Bankruptcy Desk/Managing Agent
284 Harpers Ferry Ave
Las Vegas, NV 89148

Kenny Chiu
Attn: Bankruptcy Desk/Managing Agent
786 Jackson St # 2
San Francisco, CA 94133

Kent & Shari McNamara
Attn: Bankruptcy Desk/Managing Agent
181 Hickory Heights Ave
Las Vegas, NV 89148

Kent & Shari McNamara
Attn: Bankruptcy Desk/Managing Agent
3070 Blue Heron Trce
Medina, OH 44256

Kent Reichert
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1119
Las Vegas, NV 89148

Kenya Jamal
Attn: Bankruptcy Desk/Managing Agent
248 Palm Trace Ave
Las Vegas, NV 89148

Kepeng Lu
Attn: Bankruptcy Desk/Managing Agent
329 Falcons Fire Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Kerri-ann Siu
Attn: Bankruptcy Desk/Managing Agent
182 Wicked Wedge Way
Las Vegas, NV 89148

Kerrie & Joseph Kissane
Attn: Bankruptcy Desk/Managing Agent
250 Crooked Putter Dr
Las Vegas, NV 89148

Kerry Cartmill
Attn: Bankruptcy Desk/Managing Agent
2300 Corporate Cir Ste 185
Henderson, NV 89074

Kerry Cartmill
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 109
Las Vegas, NV 89113

Kerry Gulino
Attn: Bankruptcy Desk/Managing Agent
75 Tall Ruff Dr
Las Vegas, NV 89148

Kevin & Carrie Cates
Attn: Bankruptcy Desk/Managing Agent
34 Tall Ruff Dr
Las Vegas, NV 89148

Kevin & Katherine Mercadante
Attn: Bankruptcy Desk/Managing Agent
245 Tie Breaker Ct
Las Vegas, NV 89148

Kevin & Katherine Mercadante
Attn: Bankruptcy Desk/Managing Agent
7 Digregorio Dr
Worcester, MA 01604

Kevin & Lisa Olsen
Attn: Bankruptcy Desk/Managing Agent
311 Turtle Peak Ave
Las Vegas, NV 89148

Kevin & Lisa Olsen
Attn: Bankruptcy Desk/Managing Agent
3580 Bayside Rd
Orono, MN 55356

Kevin Hall
Attn: Bankruptcy Desk/Managing Agent
2505 Loring St
San Diego, CA 92109

Kevin Hall
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1043
Las Vegas, NV 89148

Kevin Hall
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1050
Las Vegas, NV 89148

Kevin Labombard
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 201
Les Vegas, NV 89113

Khalid & Sajida Baig
Attn: Bankruptcy Desk/Managing Agent
451 Pilgrim Loop
Fremont, CA 94539

Khalid & Sajida Beig
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 105
Las Vegas, NV 89113

Khalid & Sajida Baig
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 106
Las Vegas, NV 89113

Khis & Yommana Suravallop
Attn: Bankruptcy Desk/Managing Agent
614 Newberry Springs Dr
Las Vegas, NV 89148

Khristy Lair
Attn: Bankruptcy Desk/Managing Agent
393 Trailing Putt Way
Las Vegas, NV 89148

Kiet Trinh
Attn: Bankruptcy Desk/Managing Agent
46 Tall Ruff Dr
Las Vegas, NV 89148

Kigh & Ken Fong
Attn: Bankruptcy Desk/Managing Agent
338 Dog Leg Dr
Las Vegas, NV 89148

Kilian & Elaine Whelan
Attn: Bankruptcy Desk/Managing Agent
3 Pereira Dr
Devonshire Bermuda 01, FL 00000
Bermuda

Kilian & Elaine Whelan
Attn: Bankruptcy Desk/Managing Agent
382 Blue Tee Ct
Las Vegas, NV 89148

Kim Family
Attn: Bankruptcy Desk/Managing Agent
182 Cascade Lake St
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Kim Vu
Attn: Bankruptcy Desk/Managing Agent
6839 Scarlet Flax St
Las Vegas, NV 89148

Kimberley Stone
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 307
Las Vegas, NV 89113

Kimberly Harrison
Attn: Bankruptcy Desk/Managing Agent
242 Waterton Lakes Ave
Las Vegas, NV 89148

Kimberly Harrison
Attn: Bankruptcy Desk/Managing Agent
6607 Costa Brava Rd
Las Vegas, NV 89146

Kimberly Harrison
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 304
Las Vegas, NV 89113

Kimberly Propson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2034
Las Vegas, NV 89148

Kim-hoa Needham
Attn: Bankruptcy Desk/Managing Agent
5187 Briar Patch Way
Las Vegas, NV 89118

Kim-hoa Needham
Attn: Bankruptcy Desk/Managing Agent
557 Newberry Springs Dr
Las Vegas, NV 89148

Kimley-Horn & Associates
Attn: Bankruptcy Desk/Managing Agent
2080 Flamingo Rd
Ste 210
Las Vegas NV 89119

Kin & Janice Chau
Attn: Bankruptcy Desk/Managing Agent
161 Lenape Heights Ave
Las Vegas, NV 89148

Kin & Janice Chau
Attn: Bankruptcy Desk/Managing Agent
750 W Bonita Ave Apt 18
Claremont, CA 91711

Kincaid Land LLC
Attn: Bankruptcy Desk/Managing Agent
235 Wicked Wedge Way
Las Vegas, NV 89148

Kincaid Land LLC
Attn: Bankruptcy Desk/Managing Agent
256 Soggy Ruff Way
Las Vegas, NV 89148

Kincaid Land LLC
Attn: Bankruptcy Desk/Managing Agent
3208 Rugby Dr
Billings, MT 59102

Kirby Adams
Attn: Bankruptcy Desk/Managing Agent
6824 Rose Mallow St
Las Vegas, NV 89148

Kisook Hwang
Attn: Bankruptcy Desk/Managing Agent
2474 Ram Crossing Way
Henderson, NV 89074

Kisook Hwang
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 211
Las Vegas, NV 89113

Kitagawa Family
Attn: Bankruptcy Desk/Managing Agent
712 E 18th St
National City, CA 91950

Kitagawa Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1168
Las Vegas, NV 89148

Kitty Lepnis
Attn: Bankruptcy Desk/Managing Agent
385 Hidden Hole Dr
Las Vegas, NV 89148

Klint & Araceli Headlee
Attn: Bankruptcy Desk/Managing Agent
173 Lenape Heights Ave
Las Vegas, NV 89148

Klint & Araceli Headlee
Attn: Bankruptcy Desk/Managing Agent
PO Box 145
Dulzura, CA 91917

Kneip Family
Attn: Bankruptcy Desk/Managing Agent
27011 Karns Ct Unit 2104
Canyon Country, CA 91387

Kneip Family
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 107
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Knight Electric
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest Rd, Suite P
Henderson NV 89074

Koami Acolatse
Attn: Bankruptcy Desk/Managing Agent
1344 Corte Bagalso
San Marcos, CA 92069

Koami Acolatse
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2020
Las Vegas, NV 89148

Koche Family
Attn: Bankruptcy Desk/Managing Agent
78 Sahalee Dr
Las Vegas, NV 89148

Koei Liauw
Attn: Bankruptcy Desk/Managing Agent
361 Turtle Peak Ave
Las Vegas, NV 89148

Kohler Rental Power, Inc.
Attn: Bankruptcy Desk/Managing Agent
444 Highland Drive
7766 Collection Center Dr.
Suite 714
Chicago IL 60693

Konrad Piatkowski
Attn: Bankruptcy Desk/Managing Agent
143 Short Ruff Way
Las Vegas, NV 89148

Koutnouyan Family
Attn: Bankruptcy Desk/Managing Agent
247 Rustic Club Way
Las Vegas, NV 89148

Koutnouyan Family
Attn: Bankruptcy Desk/Managing Agent
4370 Fairlawn Dr
Flintridge, CA 91011

Kris Elliott
Attn: Bankruptcy Desk/Managing Agent
282 Spring Hollow Dr
Las Vegas, NV 89148

Kris Yee
Attn: Bankruptcy Desk/Managing Agent
15343 Norton St
San Leandro, CA 94579

Kris Yee
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 307
Las Vegas, NV 89113

Kristen Recklitis
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 213
Las Vegas, NV 89113

Kristin Campbell
Attn: Bankruptcy Desk/Managing Agent
150 Wicked Wedge Way
Las Vegas, NV 89148

Kristina Kegeyan
Attn: Bankruptcy Desk/Managing Agent
10911 Hesby St Apt 4
North Hollywood, CA 91601

Kristina Kegeyan
Attn: Bankruptcy Desk/Managing Agent
172 Waterton Lakes Ave
Las Vegas, NV 89148

Kristine Satamian
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 211
Las Vegas, NV 89113

Kristopher & J A Cuva-Scheible
Attn: Bankruptcy Desk/Managing Agent
178 Flying Hills Ave
Las Vegas, NV 89148

Krisztina Stevens
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 108
Las Vegas, NV 89113

Krisztina Stevens
Attn: Bankruptcy Desk/Managing Agent
7768 Eagle Lake Ave
Las Vegas, NV 89147

Kritsada & Nitaya Bujadham
Attn: Bankruptcy Desk/Managing Agent
249 Rusty Plank Ave
Las Vegas, NV 89148

Kritsada & Nitaya Bujadham
Attn: Bankruptcy Desk/Managing Agent
292 Angels Trace Ct
Las Vegas, NV 89148

Krzysztof Kochmanski
Attn: Bankruptcy Desk/Managing Agent
6859 Rose Mallow St
Las Vegas, NV 89148

Kum Kim
Attn: Bankruptcy Desk/Managing Agent
6699 Roanoke Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                      Served 4/17/2009

Kumi Watabe
Attn: Bankruptcy Desk/Managing Agent
3550 Carter Dr Apt 48
South San Francisco, CA 94080

Kumi Watabe
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2133
Las Vegas, NV 89148

Kummer Kaempfer Bonner &
Attn: Bankruptcy Desk/Managing Agent
Renshaw, Inc
3800 Howard Hughes Pkwy.
Las Vegas NV 89109

Kuniko Thelander
Attn: Bankruptcy Desk/Managing Agent
46 W Potomae Ave
Lombard, IL 60148

Kuniko Thelander
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 304
Las Vegas, NV 89113

Kunio Watanabe
Attn: Bankruptcy Desk/Managing Agent
222 Waterton Lakes Ave
Las Vegas, NV 89148

Kunsthaus LLC
Attn: Bankruptcy Desk/Managing Agent
511 Center Green Dr
Las Vegas, NV 89148

Kuo & Jessica Chang
Attn: Bankruptcy Desk/Managing Agent
166 Tall Ruff Dr
Las Vegas, NV 89148

Kuo & Jessica Chang
Attn: Bankruptcy Desk/Managing Agent
945 Ironshoe Ct
Walnut, CA 91789

Kuo & Kim Shieh
Attn: Bankruptcy Desk/Managing Agent
132 Macoby Run St
Las Vegas, NV 89148

Kuo-chu & Nancy Hsu
Attn: Bankruptcy Desk/Managing Agent
147 Crooked Putter Dr
Las Vegas, NV 89148

Kuo-chu & Nancy Hsu
Attn: Bankruptcy Desk/Managing Agent
6741 Sea Swallow St
N Las Vegas, NV 89084

Kwan & Jum Yang
Attn: Bankruptcy Desk/Managing Agent
9702 Kampsville Ave
Las Vegas, NV 89148

Kwock & Shuet Lam
Attn: Bankruptcy Desk/Managing Agent
98 Sunset Bay St
Las Vegas, NV 89148

Kwok & Consuelo Tse
Attn: Bankruptcy Desk/Managing Agent
333 Lakewood Garden Dr
Las Vegas, NV 89148

Kwok Chan
Attn: Bankruptcy Desk/Managing Agent
16 W 16th St # 7
New York, NY 10011

Kwok Chan
Attn: Bankruptcy Desk/Managing Agent
74 Laying Up Ct
Las Vegas, NV 89148

Kyong Osbourne
Attn: Bankruptcy Desk/Managing Agent
256 Fairway Woods Dr
Las Vegas, NV 89148

Kyong Osbourne
Attn: Bankruptcy Desk/Managing Agent
9655 Brooks Lake Ave
Las Vegas, NV 89148

Kyung Park
Attn: Bankruptcy Desk/Managing Agent
1100 Daytona St
Pahrump, NV 89048

Kyung Park
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1094
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
1 Sunshine Coast Ln
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
129 Broken Putter Way
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
148 Water Hazard Ln
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
152 Broken Putter Way
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
155 Water Hazard Ln
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
458 Center Green Dr
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
800 N Michigan Ave Apt 2301
Chicago, IL 60611

L Family
Attn: Bankruptcy Desk/Managing Agent
2720 Sweet Willow Ln
Las Vegas, NV 89135

L Family
Attn: Bankruptcy Desk/Managing Agent
58 Tall Ruff Dr
Las Vegas, NV 89148

L Family
Attn: Bankruptcy Desk/Managing Agent
6677 Keyesport Ct
Las Vegas, NV 89148

L Family
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 105
Las Vegas, NV 89113

L Family
Attn: Bankruptcy Desk/Managing Agent
903 E Route 66 Ste D
Glendora, CA 91740

La Jolla Pacific
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine CA 92618

La Maison T LLC
Attn: Bankruptcy Desk/Managing Agent
433 Hidden Hole Dr
Las Vegas, NV 89148

La Maison T LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 280
Atwood, CA 92811

Lafrance Family
Attn: Bankruptcy Desk/Managing Agent
5829 Austin English St
N Las Vegas, NV 89081

Lafrance Family
Attn: Bankruptcy Desk/Managing Agent
6755 Prairie Clover St
Las Vegas, NV 89148

Lagana Family
Attn: Bankruptcy Desk/Managing Agent
142 Altura Vista
Los Gatos, CA 95032

Lagana Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1137
Las Vegas, NV 89148

Lai & Nancy Lee
Attn: Bankruptcy Desk/Managing Agent
9677 Kampsville Ave
Las Vegas, NV 89148

Lai Kwok
Attn: Bankruptcy Desk/Managing Agent
230 Tayman Park Ave
Las Vegas, NV 89148

Lai Kwok
Attn: Bankruptcy Desk/Managing Agent
4214 California St
San Francisco, CA 94118

Lamb Family
Attn: Bankruptcy Desk/Managing Agent
189 Lakewood Garden Dr
Las Vegas, NV 89148

Lamb Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 558
Dubois, WY 82513

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
20250 Plummer Street
Chatsworth, CA 91311

Lani B. Misalucha
Attn: Bankruptcy Desk/Managing Agent
7115 Mountain Den Avenue
Las Vegas NV 89179

Lanvin Singtalay
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 203
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Laquitter Drummer
Attn: Bankruptcy Desk/Managing Agent
359 Trailing Putt Way
Las Vegas, NV 89148

Larry & Cheryl Mayorga
Attn: Bankruptcy Desk/Managing Agent
495 Center Green Dr
Las Vegas, NV 89148

Larry & Cheryl Mayorga
Attn: Bankruptcy Desk/Managing Agent
947 Evening Dew Dr
Las Vegas, NV 89110

Larry & Elaine Skinner
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 104
Las Vegas, NV 89113

Larry & Elaine Skinner
Attn: Bankruptcy Desk/Managing Agent
910 Haliburton Rd
Edmonton AB T6R
Canada

Larry & Mely Idanan
Attn: Bankruptcy Desk/Managing Agent
352 Broken Par Dr
Las Vegas, NV 89148

Larry Fitch
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 312
Las Vegas, NV 89113

Larry Gurganus
Attn: Bankruptcy Desk/Managing Agent
1441 Foothills Village Dr
Henderson, NV 89012

Larry Gurganus
Attn: Bankruptcy Desk/Managing Agent
333 Cart Crossing Way
Las Vegas, NV 89148

Larry Holmes
Attn: Bankruptcy Desk/Managing Agent
200 Rosemary Ln
Las Vegas, NV 89107

Larry Holmes
Attn: Bankruptcy Desk/Managing Agent
205 Duck Hollow Ave
Las Vegas, NV 89148

Larry Ivers
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 202
Las Vegas, NV 89113

Larry Michaels
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 304
Las Vegas, NV 89113

Larry Stewart
Attn: Bankruptcy Desk/Managing Agent
9766 Marcelline Ave
Las Vegas, NV 89148

Lartrell Redmond
Attn: Bankruptcy Desk/Managing Agent
6711 Surfbird St
N Las Vegas, NV 89084

Lartrell Redmond
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1014
Las Vegas, NV 89148

Las Vegas Valley Water D
Attn: Bankruptcy Desk/Managing Agent
1001 South Valley View Blvd
Attn:Remittance Processing
Las Vegas, NV 89153

Lasley Family
Attn: Bankruptcy Desk/Managing Agent
5116 Rolling Fairway Dr
Valrico, FL 33596

Lasley Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1029
Las Vegas, NV 89148

Laura Birholtz
Attn: Bankruptcy Desk/Managing Agent
2801 S Valley View Blvd Ste 10
Las Vegas, NV 89102

Laura Birholtz
Attn: Bankruptcy Desk/Managing Agent
6860 Rose Mallow St
Las Vegas, NV 89148

Laura Buscaglia
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1049
Las Vegas, NV 89148

Laura Estrada
Attn: Bankruptcy Desk/Managing Agent
9703 Dieterich Ave
Las Vegas, NV 89148

Laura Holt
Attn: Bankruptcy Desk/Managing Agent
6790 Gold Yarrow St
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Laura Romo
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 206
Las Vegas, NV 89113

Laura Tolentino
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2094
Las Vegas, NV 89148

Laura Valle
Attn: Bankruptcy Desk/Managing Agent
347 Trailing Putt Way
Las Vegas, NV 89148

Laura Yang
Attn: Bankruptcy Desk/Managing Agent
326 Blackstone River Ave
Las Vegas, NV 89148

Laureano & Maria Natividad
Attn: Bankruptcy Desk/Managing Agent
19431 Trentham Ave
Cerritos, CA 90703

Laureano & Maria Natividad
Attn: Bankruptcy Desk/Managing Agent
69 Sully Creek Ct
Las Vegas, NV 89148

Laureen Stevens
Attn: Bankruptcy Desk/Managing Agent
9261 Dames Rocket Pl
Las Vegas, NV 89148

Lauren & Adrienne Finley
Attn: Bankruptcy Desk/Managing Agent
3254 W Canyon Ave
San Diego, CA 92123

Lauren & Adrienne Finley
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 307
Las Vegas, NV 89113

Laurence & Victoria Brocato
Attn: Bankruptcy Desk/Managing Agent
1405 Saintsbury Dr
Las Vegas, NV 89144

Laurence & Victoria Brocato
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 311
Las Vegas, NV 89113

Laurie Anderson
Attn: Bankruptcy Desk/Managing Agent
420 Maloney Ct
Suisun City, CA 94585

Laurie Anderson
Attn: Bankruptcy Desk/Managing Agent
6855 Baby Jade Ct
Las Vegas, NV 89148

Laurie Paquette
Attn: Bankruptcy Desk/Managing Agent
321 Waterton Lakes Ave
Las Vegas, NV 89148

Lavonne Ritzema
Attn: Bankruptcy Desk/Managing Agent
4225 Dry Fork Rd
Whites Creek, TN 37189

Lavonne Ritzema
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 205
Las Vegas, NV 89113

Law Offices of Jongwon Yi, LLC
Attn: Bankruptcy Desk/Managing Agent
c/o Jongwon Yi, Esq.
1700 7th Avenue, Suite 2100
Seattle, WA 94101

Lawrence & Aida Liptak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1126
Las Vegas, NV 89148

Lawrence & Kim Grace
Attn: Bankruptcy Desk/Managing Agent
22192 Crane St
Lake Forest, CA 92630

Lawrence & Kim Grace
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 312
Las Vegas, NV 89113

Lawrence & Sandra Casovan
Attn: Bankruptcy Desk/Managing Agent
110 Weser Close
Edmonton AB T6M2
Canada

Lawrence & Sandra Casovan
Attn: Bankruptcy Desk/Managing Agent
218 Fairway Woods Dr
Las Vegas, NV 89148

Lawrence & Sibel Houck
Attn: Bankruptcy Desk/Managing Agent
146 Dog Leg Dr
Las Vegas, NV 89148

Lawrence & Sibel Houck
Attn: Bankruptcy Desk/Managing Agent
2176 Luau Ct
Henderson, NV 89074

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Lawrence Strzelecki
Attn: Bankruptcy Desk/Managing Agent
127 Cooks Creek Ct
Las Vegas, NV 89148

Lawrence Strzelecki
Attn: Bankruptcy Desk/Managing Agent
PO Box 370694
Milwaukee, WI 53237

Leah Gregorio
Attn: Bankruptcy Desk/Managing Agent
7195 Island Oak Ave
Las Vegas, NV 89113

Leah Gregorio
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2067
Las Vegas, NV 89148

Lee & Ne Jeong
Attn: Bankruptcy Desk/Managing Agent
190 Dog Leg Dr
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
12 Sandy Bunker Ln
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
279 Broken Par Dr
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
2924 Copper Beach Ct
Las Vegas, NV 89117

Lee Family
Attn: Bankruptcy Desk/Managing Agent
296 Rolling Springs Dr
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
52 Sandy Bunker Ln
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
82 Sandy Bunker Ln
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
877 Darien Way
San Francisco, CA 94127

Lee Grissom
Attn: Bankruptcy Desk/Managing Agent
14556 Newport Ave Unit 2
Tustin, CA 92780

Lee Grissom
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 105
Las Vegas, NV 89113

Lee Lan
Attn: Bankruptcy Desk/Managing Agent
310 Falcons Fire Ave
Las Vegas, NV 89148

Lee Lan
Attn: Bankruptcy Desk/Managing Agent
6480 Spring Mountain Rd Ste 2
Las Vegas, NV 89146

Lee Markholt
Attn: Bankruptcy Desk/Managing Agent
130 Water Hazard Ln
Las Vegas, NV 89148

Lee Markholt
Attn: Bankruptcy Desk/Managing Agent
PO Box 1225
Eatonville, WA 98328

Lee,Hernandez,Kelsey,Brooks
Attn: Bankruptcy Desk/Managing Agent
Garofalo, & Blake
7575 Vegas Drive #150
Las Vegas NV 89128

Leeann Stewart-Schencke
Attn: Bankruptcy Desk/Managing Agent
9702 Valmeyer Ave
Las Vegas, NV 89148

Lee-hong Family
Attn: Bankruptcy Desk/Managing Agent
131 Hazelmere Ln
Las Vegas, NV 89148

Legal Document Solutions
Attn: Bankruptcy Desk/Managing Agent
710 South 8th Street
Las Vegas NV 89101

Leigh Family
Attn: Bankruptcy Desk/Managing Agent
309 Falcons Fire Ave
Las Vegas, NV 89148

Leigh Family
Attn: Bankruptcy Desk/Managing Agent
4214 California St
San Francisco, CA 94118

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Leilani Marcelino
Attn: Bankruptcy Desk/Managing Agent
6823 Rose Mallow St
Las Vegas, NV 89148

Lenin & Yaneth Rodas
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 306
Las Vegas, NV 89113

Leo May
Attn: Bankruptcy Desk/Managing Agent
97 Arcadian Shores St
Las Vegas, NV 89148

Leon Davis
Attn: Bankruptcy Desk/Managing Agent
1313 Spring Meadow Ln
Concord, CA 94521

Leon Davis
Attn: Bankruptcy Desk/Managing Agent
255 Fairway Woods Dr
Las Vegas, NV 89148

Leonard & Shirley Mangalindan
Attn: Bankruptcy Desk/Managing Agent
11555 Allen
Tustin, CA 92782

Leonard & Shirley Mangalindan
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 206
Las Vegas, NV 89113

Leonard Martin
Attn: Bankruptcy Desk/Managing Agent
188 Wicked Wedge Way
Las Vegas, NV 89148

Leonard Martin
Attn: Bankruptcy Desk/Managing Agent
4892 Stavanger Ln
Las Vegas, NV 89147

Leonard Rasho
Attn: Bankruptcy Desk/Managing Agent
192 Sandy Bunker Ln
Las Vegas, NV 89148

Leonard Schroader
Attn: Bankruptcy Desk/Managing Agent
37 Chateau Whistler Ct
Las Vegas, NV 89148

Leonard Urso
Attn: Bankruptcy Desk/Managing Agent
199 Fairway Woods Dr
Las Vegas, NV 89148

Leonardo Katigbak
Attn: Bankruptcy Desk/Managing Agent
3326 Hillside Garden Dr
Las Vegas, NV 89135

Leonardo Katigbak
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 209
Las Vegas, NV 89113

Leonides & Carolen Alfonso
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1012
Las Vegas, NV 89148

Leonides & Carolen Alfonso
Attn: Bankruptcy Desk/Managing Agent
973 Seascape Cir
Rodeo, CA 94572

Leonisa & Armando Marasigan
Attn: Bankruptcy Desk/Managing Agent
533 Newberry Springs Dr
Las Vegas, NV 89148

Leopoldo & Rosario Frausto
Attn: Bankruptcy Desk/Managing Agent
171 Tayman Park Ave
Las Vegas, NV 89148

Lernik Moradian
Attn: Bankruptcy Desk/Managing Agent
1640 Irving Ave
Glendale, CA 91201

Lernik Moradian
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 315
Las Vegas, NV 89113

Les & Debbie Schwartz
Attn: Bankruptcy Desk/Managing Agent
239 Spring Hollow Dr
Las Vegas, NV 89148

Les & Debbie Schwartz
Attn: Bankruptcy Desk/Managing Agent
6212 39th Ave
Stettler AB T0C
Canada

Leslie & Leslie Blasco
Attn: Bankruptcy Desk/Managing Agent
193 Sea Rim Ave
Las Vegas, NV 89148

Leslie & Maria Ackerman
Attn: Bankruptcy Desk/Managing Agent
10102 Gish Ave
Tujunga, CA 91042

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Leslie & Maria Ackerman
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1082
Las Vegas, NV 89148

Leslie & Michelle Levin
Attn: Bankruptcy Desk/Managing Agent
273 Harpers Ferry Ave
Las Vegas, NV 89148

Leslie & Michelle Levin
Attn: Bankruptcy Desk/Managing Agent
3765 Pama Ln
Las Vegas, NV 89120

Leslie Brotherton
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 211
Las Vegas, NV 89113

Leslie Lacuesta
Attn: Bankruptcy Desk/Managing Agent
578 Newberry Springs Dr
Las Vegas, NV 89148

Leslie Lacuesta
Attn: Bankruptcy Desk/Managing Agent
8603 Eileen St
Spring Valley, CA 91977

Lesly & Ferdinand Devera
Attn: Bankruptcy Desk/Managing Agent
9308 Bearded Iris Ave
Las Vegas, NV 89148

Levaux Family
Attn: Bankruptcy Desk/Managing Agent
183 Dog Leg Dr
Las Vegas, NV 89148

Levaux Family
Attn: Bankruptcy Desk/Managing Agent
248 Tie Breaker Ct
Las Vegas, NV 89148

Levaux Family
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Levent Yilmaz
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2056
Las Vegas, NV 89148

Levon Stephanian
Attn: Bankruptcy Desk/Managing Agent
210 Crooked Pine Dr
Las Vegas, NV 89148

Levon Stephanian
Attn: Bankruptcy Desk/Managing Agent
286 Brushy Creek Ave
Las Vegas, NV 89148

Leydecker Family
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 302
Las Vegas, NV 89113

Leydecker Family
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 216
Las Vegas, NV 89113

Leydecker Family
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 207
Las Vegas, NV 89113

Li Li
Attn: Bankruptcy Desk/Managing Agent
257 Palm Trace Ave
Las Vegas, NV 89148

Li Tan
Attn: Bankruptcy Desk/Managing Agent
191 Rancho Maria St
Las Vegas, NV 89148

Li Tan
Attn: Bankruptcy Desk/Managing Agent
304 Harpers Ferry Ave
Las Vegas, NV 89148

Li Tang
Attn: Bankruptcy Desk/Managing Agent
9660 Kampsville Ave
Las Vegas, NV 89148

Li Tang
Attn: Bankruptcy Desk/Managing Agent
9787 Maple Sugar Leaf Pl
Las Vegas, NV 89148

Li Wang
Attn: Bankruptcy Desk/Managing Agent
109 Standing Stone St
Las Vegas, NV 89148

Li Wang
Attn: Bankruptcy Desk/Managing Agent
4940 Earl Gros Ave #1
Baton Rouge, LA 70820

Lian Lin
Attn: Bankruptcy Desk/Managing Agent
75 Rusty Springs Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Liangcai Tan
Attn: Bankruptcy Desk/Managing Agent
2172 De Narvik Dr
Henderson, NV 89044

Liangcai Tan
Attn: Bankruptcy Desk/Managing Agent
72 Daisy Springs Ct
Las Vegas, NV 89148

Lianne Shih
Attn: Bankruptcy Desk/Managing Agent
300 Trailing Putt Way
Las Vegas, NV 89148

Lianne Shih
Attn: Bankruptcy Desk/Managing Agent
341 Angels Trace Ct
Las Vegas, NV 89148

Liao Family
Attn: Bankruptcy Desk/Managing Agent
260 Tayman Park Ave
Las Vegas, NV 89148

Lien Ly
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 116
Las Vegas, NV 89113

Ligaya Padlan
Attn: Bankruptcy Desk/Managing Agent
37085 Walnut St Apt C
Newark, CA 94560

Ligaya Padlan
Attn: Bankruptcy Desk/Managing Agent
582 Newberry Springs Dr
Las Vegas, NV 89148

Lijun Li
Attn: Bankruptcy Desk/Managing Agent
9252 Prairie Aster Pl
Las Vegas, NV 89148

Lili Tan
Attn: Bankruptcy Desk/Managing Agent
161 Duck Hollow Ave
Las Vegas, NV 89148

Lilia Navarro
Attn: Bankruptcy Desk/Managing Agent
285 Broken Par Dr
Las Vegas, NV 89148

Lilia Navarro
Attn: Bankruptcy Desk/Managing Agent
893 Tramway Dr
Milpitas, CA 95035

Lilibeth Sieler
Attn: Bankruptcy Desk/Managing Agent
549 Halloran Springs Rd
Las Vegas, NV 89148

Lily & Howard Chin
Attn: Bankruptcy Desk/Managing Agent
13717 Bannon Dr
Cerritos, CA 90703

Lily & Howard Chin
Attn: Bankruptcy Desk/Managing Agent
171 Tall Ruff Dr
Las Vegas, NV 89148

Lily Tian
Attn: Bankruptcy Desk/Managing Agent
211 Wicked Wedge Way
Las Vegas, NV 89148

Lilya Bezinover
Attn: Bankruptcy Desk/Managing Agent
182 Waterton Lakes Ave
Las Vegas, NV 89148

Lilya Bezinover
Attn: Bankruptcy Desk/Managing Agent
8159 Santa Monica Blvd Ste 201
West Hollywood, CA 90046

Lim Family
Attn: Bankruptcy Desk/Managing Agent
268 Fairway Woods Dr
Las Vegas, NV 89148

Lim Family
Attn: Bankruptcy Desk/Managing Agent
391 Center Green Dr
Las Vegas, NV 89148

Lim Family
Attn: Bankruptcy Desk/Managing Agent
88 Sunset Bay St
Las Vegas, NV 89148

Lin Family
Attn: Bankruptcy Desk/Managing Agent
377 Palm Trace Ave
Las Vegas, NV 89148

Lin Jin
Attn: Bankruptcy Desk/Managing Agent
6807 Baby Jade Ct
Las Vegas, NV 89148

Lin Jin
Attn: Bankruptcy Desk/Managing Agent
PO Box 31511
Las Vegas, NV 89173

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Lin Li
Attn: Bankruptcy Desk/Managing Agent
333 Harpers Ferry Ave
Las Vegas, NV 89148

Linda Aydelott
Attn: Bankruptcy Desk/Managing Agent
2155 Whitewater Dr
Bullhead City, AZ 86442

Linda Aydelott
Attn: Bankruptcy Desk/Managing Agent
71 Sunset Bay St
Las Vegas, NV 89148

Linda Hong
Attn: Bankruptcy Desk/Managing Agent
49 Chateau Whistler Ct
Las Vegas, NV 89148

Linda Johnson
Attn: Bankruptcy Desk/Managing Agent
106 Sunset Bay St
Las Vegas, NV 89148

Linda Johnson
Attn: Bankruptcy Desk/Managing Agent
383 Highland Hills Ct
Las Vegas, NV 89148

Linda Oyler
Attn: Bankruptcy Desk/Managing Agent
8227 Heather Rock Ct
Las Vegas, NV 89117

Linda Oyler
Attn: Bankruptcy Desk/Managing Agent
9278 Orchid Pansy Ave
Las Vegas, NV 89148

Linda Saenz
Attn: Bankruptcy Desk/Managing Agent
644 Newberry Springs Dr
Las Vegas, NV 89148

Linda Sorensen
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 104
Las Vegas, NV 89113

Linda Warren
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 214
Las Vegas, NV 89113

Linda Watkins
Attn: Bankruptcy Desk/Managing Agent
283 Hickory Heights Ave
Las Vegas, NV 89148

Linda Wong
Attn: Bankruptcy Desk/Managing Agent
62 Cascade Lake St
Las Vegas, NV 89148

Linjun Zhou
Attn: Bankruptcy Desk/Managing Agent
175 Crooked Putter Dr
Las Vegas, NV 89148

Linjun Zhou
Attn: Bankruptcy Desk/Managing Agent
19782 Glen Brae Dr
Saratoga, CA 95070

Linjun Zhou
Attn: Bankruptcy Desk/Managing Agent
53 Broken Putter Way
Las Vegas, NV 89148

Lino Mejia
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2179
Las Vegas, NV 89148

Lip & Hgai Hom
Attn: Bankruptcy Desk/Managing Agent
267 Palm Trace Ave
Las Vegas, NV 89148

Lisa Mai
Attn: Bankruptcy Desk/Managing Agent
10049 Claverton Ct
Las Vegas, NV 89148

Lisa Mai
Attn: Bankruptcy Desk/Managing Agent
261 Fairway Woods Dr
Las Vegas, NV 89148

Lisa Mai
Attn: Bankruptcy Desk/Managing Agent
262 Fairway Woods Dr
Las Vegas, NV 89148

Lisa Morgan
Attn: Bankruptcy Desk/Managing Agent
4501 Cedros Ave Apt 332
Sherman Oaks, CA 91403

Lisa Morgan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1098
Las Vegas, NV 89148

Lisa Povill
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 214
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Lisa Rivera
Attn: Bankruptcy Desk/Managing Agent
137 Short Ruff Way
Las Vegas, NV 89148

Lisa Yu
Attn: Bankruptcy Desk/Managing Agent
268 Fringe Ruff Dr
Las Vegas, NV 89148

Lisa Yu
Attn: Bankruptcy Desk/Managing Agent
947 Florida Ave
Pittsburgh, PA 15228

Lito & Evelyn Cuartero
Attn: Bankruptcy Desk/Managing Agent
37 Sundance Dr
Pomona, CA 91766

Lito & Evelyn Cuartero
Attn: Bankruptcy Desk/Managing Agent
74 Rusty Springs Ct
Las Vegas, NV 89148

Liuchu Huang
Attn: Bankruptcy Desk/Managing Agent
224 Crooked Putter Dr
Las Vegas, NV 89148

Liza Wolff
Attn: Bankruptcy Desk/Managing Agent
244 Crooked Tree Dr
Las Vegas, NV 89148

Lloren Family
Attn: Bankruptcy Desk/Managing Agent
19451 Red Hawk Rd
Walnut, CA 91789

Lloren Family
Attn: Bankruptcy Desk/Managing Agent
9703 Waukegan Ave
Las Vegas, NV 89148

Lloyd & Carmela Curry
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 104
Las Vegas, NV 89113

Lloyd Tanji
Attn: Bankruptcy Desk/Managing Agent
3395 Hardesty St
Honolulu, HI 96816

Lloyd Tanji
Attn: Bankruptcy Desk/Managing Agent
9722 Waukegan Ave
Las Vegas, NV 89148

Lloyd Williams
Attn: Bankruptcy Desk/Managing Agent
6466 Aether St
Las Vegas, NV 89148

Lois Samuels
Attn: Bankruptcy Desk/Managing Agent
1016 Strattord Rd
Deerfield, IL 60015

Lois Samuels
Attn: Bankruptcy Desk/Managing Agent
182 Angels Trace Ct
Las Vegas, NV 89148

Lok Family 1 LLC
Attn: Bankruptcy Desk/Managing Agent
1842 Birdie Ln
Henderson, NV 89074

Lok Family 1 LLC
Attn: Bankruptcy Desk/Managing Agent
47 Diamond Run St
Las Vegas, NV 89148

Lola Mitchell
Attn: Bankruptcy Desk/Managing Agent
139 Cooks Creek Ct
Las Vegas, NV 89148

Lolita Maningas
Attn: Bankruptcy Desk/Managing Agent
6830 Rose Mallow St
Las Vegas, NV 89148

Lopez Family
Attn: Bankruptcy Desk/Managing Agent
191 Cliff Valley Dr
Las Vegas, NV 89148

Lora Salas
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1013
Las Vegas, NV 89148

Lorena Rios
Attn: Bankruptcy Desk/Managing Agent
120 Chimney Ridge Pl
Sterling, VA 20165

Lorena Rios
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1118
Las Vegas, NV 89148

Lorenzo & Carmelita Garcia
Attn: Bankruptcy Desk/Managing Agent
395 Center Green Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Lorenzo & Carmelita Garcia
Attn: Bankruptcy Desk/Managing Agent
400 E Bay St Ste 806
Jacksonville, FL 32202

Lorenzo Family
Attn: Bankruptcy Desk/Managing Agent
240 Taylor St
Staten Island, NY 10310

Lorenzo Family
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 208
Las Vegas, NV 89113

Loreta Arenas
Attn: Bankruptcy Desk/Managing Agent
408 Hidden Hole Dr
Las Vegas, NV 89148

Lori A & Henri Short, Sr.
Attn: Bankruptcy Desk/Managing Agent
PO Box 8561
Lancaster CA 93539

Lori Winchell
Attn: Bankruptcy Desk/Managing Agent
370 Falcons Fire Ave
Las Vegas, NV 89148

Lorin & Bodil Hughes
Attn: Bankruptcy Desk/Managing Agent
191 S Painted Mountain Dr
Las Vegas, NV 89148

Lorin & Bodil Hughes
Attn: Bankruptcy Desk/Managing Agent
8530 Gagnier Blvd
Las Vegas, NV 89113

Lorraine & Reynaldo Manalo
Attn: Bankruptcy Desk/Managing Agent
33527 Stephano Ct
Fremont, CA 94555

Lorraine & Reynaldo Manalo
Attn: Bankruptcy Desk/Managing Agent
61 Back Spin Ct
Las Vegas, NV 89148

Lorraine Coughlin
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2147
Las Vegas, NV 89148

Lorraine Lazcano
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 302
Las Vegas, NV 89113

Louella Lea
Attn: Bankruptcy Desk/Managing Agent
234 Rustic Club Way
Las Vegas, NV 89148

Louie Family
Attn: Bankruptcy Desk/Managing Agent
274 Broken Par Dr
Las Vegas, NV 89148

Louie Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 3137
South Pasadena, CA 91031

Louis & Dolores D'Amico
Attn: Bankruptcy Desk/Managing Agent
31 Sahalee Dr
Las Vegas, NV 89148

Louis & Dolores D'Amico
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 210
Las Vegas, NV 89113

Louis Rautenberg
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1051
Las Vegas, NV 89148

Lourdes Vargas
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 202
Las Vegas, NV 89113

Lowell Family
Attn: Bankruptcy Desk/Managing Agent
23 Arcadian Shores St
Las Vegas, NV 89148

Luan & Luan Liu
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

Luan & Luan Liu
Attn: Bankruptcy Desk/Managing Agent
6767 Prairie Clover St
Las Vegas, NV 89148

Lucheng Mailloux
Attn: Bankruptcy Desk/Managing Agent
598 Over Par Ct
Las Vegas, NV 89148

Lukas Kratochvil
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 210
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Luminita Ionescu
Attn: Bankruptcy Desk/Managing Agent
900 S 4th St # 218
Las Vegas, NV 89101

Luminita Ionescu
Attn: Bankruptcy Desk/Managing Agent
9656 Ziegler Ave
Las Vegas, NV 89148

Lun Lin
Attn: Bankruptcy Desk/Managing Agent
149 Lakewood Garden Dr
Las Vegas, NV 89148

Lun Lin
Attn: Bankruptcy Desk/Managing Agent
2206 Woodlands Dr
Tyler, TX 75703

Lunas Roll-Off Rental, Inc
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Ave.
Las Vegas NV 89115

Lutfi & Lerzan Surmen
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2106
Las Vegas, NV 89148

Luthien Melchior
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 214
Las Vegas, NV 89113

Luthien Melchior
Attn: Bankruptcy Desk/Managing Agent
PO Box 80112
Las Vegas, NV 89180

Ly & Thuy Nguyen
Attn: Bankruptcy Desk/Managing Agent
1750 Clear Lake Ave
Milpitas, CA 95035

Ly & Thuy Nguyen
Attn: Bankruptcy Desk/Managing Agent
9688 Marcelline Ave
Las Vegas, NV 89148

Lyn Pambuena
Attn: Bankruptcy Desk/Managing Agent
19858 Parthenia St
Northridge, CA 91324

Lyn Pambuena
Attn: Bankruptcy Desk/Managing Agent
278 Caddy Bag Ct
Las Vegas, NV 89148

Lyndell Kewley
Attn: Bankruptcy Desk/Managing Agent
91 Rancho Maria St
Las Vegas, NV 89148

Lyndsi Pinko
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2057
Las Vegas, NV 89148

Lynn Mendell
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 108
Las Vegas, NV 89113

Lyudmila Georgiev
Attn: Bankruptcy Desk/Managing Agent
384 Trailing Putt Way
Las Vegas, NV 89148

Lyudmyla Kovalchuk
Attn: Bankruptcy Desk/Managing Agent
240 Wicked Wedge Way
Las Vegas, NV 89148

M K J New Granada LLC
Attn: Bankruptcy Desk/Managing Agent
112 Honors Course Dr
Las Vegas, NV 89148

M K J New Granada LLC
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 204
Las Vegas, NV 89113

M Mariah Nieslanik
Attn: Bankruptcy Desk/Managing Agent
281 29 Rd
Grand Junction, CO 81503

M Mariah Nieslanik
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 308
Las Vegas, NV 89113

M Ming & Stella Quan
Attn: Bankruptcy Desk/Managing Agent
315 Blackstone River Ave
Las Vegas, NV 89148

M Ming & Stella Quan
Attn: Bankruptcy Desk/Managing Agent
39 Sea Cliff Ave
San Francisco, CA 94121

M S Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
3840 North Commerce
Las Vegas, NV 89032

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

M Yi Hung
Attn: Bankruptcy Desk/Managing Agent
3750 Cerisiers Ave
Brossard QC J4Z3W7
Canada

M Yi Hung
Attn: Bankruptcy Desk/Managing Agent
519 Halloran Springs Rd
Las Vegas, NV 89148

M&M Electric, Inc
Attn: Bankruptcy Desk/Managing Agent
3655 W. Dewey Drive
Las Vegas NV 89118

Ma Penas
Attn: Bankruptcy Desk/Managing Agent
1510 Crestwood Dr
San Bruno, CA 94066

Ma Penas
Attn: Bankruptcy Desk/Managing Agent
548 Halloran Springs Rd
Las Vegas, NV 89148

Mack Bradley
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2129
Las Vegas, NV 89148

Mactus Family
Attn: Bankruptcy Desk/Managing Agent
265 Rusty Plank Ave
Las Vegas, NV 89148

Mactus Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 45235
Phoenix, AZ 85064

Madelyn Carnate-Peralta
Attn: Bankruptcy Desk/Managing Agent
9717 Marcelline Ave
Las Vegas, NV 89148

Magalong Family
Attn: Bankruptcy Desk/Managing Agent
420 Oberle Pl
Placentia, CA 92870

Magalong Family
Attn: Bankruptcy Desk/Managing Agent
497 Newberry Springs Dr
Las Vegas, NV 89148

Magda Jimenez
Attn: Bankruptcy Desk/Managing Agent
303 Ladies Tee Ct
Las Vegas, NV 89148

Magdalena & Alexis Villanueva
Attn: Bankruptcy Desk/Managing Agent
197 Rusty Plank Ave
Las Vegas, NV 89148

Magdalena & Alexis Villanueva
Attn: Bankruptcy Desk/Managing Agent
2310 N Walnut Rd
Las Vegas, NV 89115

Magi Hsih
Attn: Bankruptcy Desk/Managing Agent
311 Trailing Putt Way
Las Vegas, NV 89148

Magi Hsih
Attn: Bankruptcy Desk/Managing Agent
341 Angels Trace Ct
Las Vegas, NV 89148

Magi Hsih
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 311
Las Vegas, NV 89113

Mahelona Family
Attn: Bankruptcy Desk/Managing Agent
1775 Victoria Way
San Marcos, CA 92069

Mahelona Family
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 105
Las Vegas, NV 89113

Maher Farah
Attn: Bankruptcy Desk/Managing Agent
247 Crooked Putter Dr
Las Vegas, NV 89148

Maher Farah
Attn: Bankruptcy Desk/Managing Agent
732 Towne Lake Dr
Montgomery, AL 36117

Mahnaz Eghterafi
Attn: Bankruptcy Desk/Managing Agent
138 Short Ruff Way
Las Vegas, NV 89148

Mahnaz Eghterafi
Attn: Bankruptcy Desk/Managing Agent
8805 E Cloudview Way
Anaheim, CA 92808

Mahviz Properties LLC
Attn: Bankruptcy Desk/Managing Agent
%Tower Realty
Las Vegas, NV 89147

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Mahviz Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 102
Las Vegas, NV 89113

Maite Copentlpy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1169
Las Vegas, NV 89148

Majarlica Enterprises Inc
Attn: Bankruptcy Desk/Managing Agent
236 Fairway Woods Dr
Las Vegas, NV 89148

Majarlica Enterprises Inc
Attn: Bankruptcy Desk/Managing Agent
3540 W Sahara Ave # 127
Las Vegas, NV 89102

Majestic Property Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
189 Paxon Hollow Ct
Las Vegas, NV 89148

Majestic Property Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 371357
Las Vegas, NV 89137

Makoi Family
Attn: Bankruptcy Desk/Managing Agent
156 Short Ruff Way
Las Vegas, NV 89148

Mamie Zhu
Attn: Bankruptcy Desk/Managing Agent
186 Shawnee Ave
San Francisco, CA 94112

Mamie Zhu
Attn: Bankruptcy Desk/Managing Agent
9731 Kampsville Ave
Las Vegas, NV 89148

Man & Jie Yan
Attn: Bankruptcy Desk/Managing Agent
2015 Peaceful Hills Rd
Walnut, CA 91789

Man & Jie Yan
Attn: Bankruptcy Desk/Managing Agent
9689 Valmeyer Ave
Las Vegas, NV 89148

Manish & Anamika Sharma
Attn: Bankruptcy Desk/Managing Agent
3 Precedent Pl
Manalapan, NJ 07726

Manish & Anamika Sharma
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2068
Las Vegas, NV 89148

Manolito & Grace Baluyot
Attn: Bankruptcy Desk/Managing Agent
109 Chateau Whistler Ct
Las Vegas, NV 89148

Manolo & Emelita Robles
Attn: Bankruptcy Desk/Managing Agent
19828 Turtle Springs Way
Northridge, CA 91326

Manolo & Emelita Robles
Attn: Bankruptcy Desk/Managing Agent
85 Back Spin Ct
Las Vegas, NV 89148

Manolo Montes
Attn: Bankruptcy Desk/Managing Agent
104 Arcadian Shores St
Las Vegas, NV 89148

Manolo Montes
Attn: Bankruptcy Desk/Managing Agent
PO Box 573
Schoolcraft, MI 49087

Manuel & Evelyn Casanova
Attn: Bankruptcy Desk/Managing Agent
257 Tie Breaker Ct
Las Vegas, NV 89148

Manuel & Evelyn Casanova
Attn: Bankruptcy Desk/Managing Agent
745 Buhl Morton Rd
Gallipolis, OH 45631

Manuel & Leticia Anel
Attn: Bankruptcy Desk/Managing Agent
232 Angels Trace Ct
Las Vegas, NV 89148

Manuel Casanova
Attn: Bankruptcy Desk/Managing Agent
164 Crooked Putter Dr
Las Vegas, NV 89148

Manuel Casanova
Attn: Bankruptcy Desk/Managing Agent
745 Buhl Morton Rd
Gallipolis, OH 45631

Manuel Vieites
Attn: Bankruptcy Desk/Managing Agent
292 Soggy Ruff Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Manya Evans
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 108
Las Vegas, NV 89113

Marc & Cheryl Vetter
Attn: Bankruptcy Desk/Managing Agent
45 Sunset Bay St
Las Vegas, NV 89148

Marc & Dorothy Sliwa
Attn: Bankruptcy Desk/Managing Agent
175 Fairway Woods Dr
Las Vegas, NV 89148

Marc Cohen
Attn: Bankruptcy Desk/Managing Agent
2536 Bechamel Pl
Henderson, NV 89044

Marc Cohen
Attn: Bankruptcy Desk/Managing Agent
270 Caddy Bag Ct
Las Vegas, NV 89148

Marc Webster
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1150
Las Vegas, NV 89148

Marc Zebrasky
Attn: Bankruptcy Desk/Managing Agent
169 Wicked Wedge Way
Las Vegas, NV 89148

Marc Zebrasky
Attn: Bankruptcy Desk/Managing Agent
316 Palm Dr
Hermosa Beach, CA 90254

Marcello Cardenas
Attn: Bankruptcy Desk/Managing Agent
185 Crooked Putter Dr
Las Vegas, NV 89148

Marcia & Leonard Poliandro
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 111
Las Vegas, NV 89113

Marcia Denino
Attn: Bankruptcy Desk/Managing Agent
6647 Dapple Gray Rd
Las Vegas, NV 89148

Marcie Fleck
Attn: Bankruptcy Desk/Managing Agent
132 Wicked Wedge Way
Las Vegas, NV 89148

Marco & Jennifer Traniello
Attn: Bankruptcy Desk/Managing Agent
2990 Transverse Creek Ln
Las Vegas, NV 89135

Marco & Jennifer Traniello
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 305
Las Vegas, NV 89113

Marco & Jurisha Tambaoan
Attn: Bankruptcy Desk/Managing Agent
5800 Forbes Dr
Newark, CA 94560

Marco & Jurisha Tambaoan
Attn: Bankruptcy Desk/Managing Agent
96 Daisy Springs Ct
Las Vegas, NV 89148

Marco Family
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 105
Las Vegas, NV 89113

Marco Family
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 204
Las Vegas, NV 89113

Margaret Domeny
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 204
Las Vegas, NV 89113

Margaret Domeny
Attn: Bankruptcy Desk/Managing Agent
764 Old Barn Rd
Lake Barrington, IL 60010

Margaret Shen
Attn: Bankruptcy Desk/Managing Agent
135 Tall Ruff Dr
Las Vegas, NV 89148

Margaret Shen
Attn: Bankruptcy Desk/Managing Agent
282 Rusty Plank Ave
Las Vegas, NV 89148

Margareta Magyari
Attn: Bankruptcy Desk/Managing Agent
2165 Brigham St # 10
Brooklyn, NY 11229

Margareta Magyari
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 308
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Margarita H. Mangondaya
Attn: Bankruptcy Desk/Managing Agent
12850 Covey Lane
Houston TX 77099

Margarito Montesdeoca
Attn: Bankruptcy Desk/Managing Agent
122 Corey Creek Ct
Las Vegas, NV 89148

Margie Culata
Attn: Bankruptcy Desk/Managing Agent
587 Newberry Springs Dr
Las Vegas, NV 89148

Margolin Family
Attn: Bankruptcy Desk/Managing Agent
530 Newberry Springs Dr
Las Vegas, NV 89148

Maria & Edward Elayda
Attn: Bankruptcy Desk/Managing Agent
1618 Mount Tamalpais Ave
Chula Vista, CA 91913

Maria & Edward Elayda
Attn: Bankruptcy Desk/Managing Agent
9694 Marcelline Ave
Las Vegas, NV 89148

Maria & Jeffrey McMillan
Attn: Bankruptcy Desk/Managing Agent
41 Sunshine Coast Ln
Las Vegas, NV 89148

Maria & Joel Cenabre
Attn: Bankruptcy Desk/Managing Agent
19353 Bryabt St
Northridge, CA 91324

Maria & Joel Cenabre
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 110
Las Vegas, NV 89113

Maria & Otis Jones
Attn: Bankruptcy Desk/Managing Agent
181 Real Long Way
Las Vegas, NV 89148

Maria & Otis Jones
Attn: Bankruptcy Desk/Managing Agent
2445 Crocker Way
Antioch, CA 94531

Maria & Patrick Cummings
Attn: Bankruptcy Desk/Managing Agent
9772 Valmeyer Ave
Las Vegas, NV 89148

Maria & Raul Diaz
Attn: Bankruptcy Desk/Managing Agent
261 Duck Hollow Ave
Las Vegas, NV 89148

Maria & Rodelio Rubi
Attn: Bankruptcy Desk/Managing Agent
131 Water Hazard Ln
Las Vegas, NV 89148

Maria & Rodelio Rubi
Attn: Bankruptcy Desk/Managing Agent
132 Pineview Ave
Bardonia, NY 10954

Maria & Thomas Escalante
Attn: Bankruptcy Desk/Managing Agent
206 Duck Hollow Ave
Las Vegas, NV 89148

Maria & Thomas Escalante
Attn: Bankruptcy Desk/Managing Agent
438 Alhambra Rd
South San Francisco, CA 94080

Maria & Ulysses Valencerina
Attn: Bankruptcy Desk/Managing Agent
64 Daisy Springs Ct
Las Vegas, NV 89148

Maria & Ulysses Valencerina
Attn: Bankruptcy Desk/Managing Agent
84 Broken Putter Way
Las Vegas, NV 89148

Maria Austria
Attn: Bankruptcy Desk/Managing Agent
509 Newberry Springs Dr
Las Vegas, NV 89148

Maria Baschshi
Attn: Bankruptcy Desk/Managing Agent
7078 Montcliff Ave
Las Vegas, NV 89147

Maria Baschshi
Attn: Bankruptcy Desk/Managing Agent
9298 Dames Rocket Pl
Las Vegas, NV 89148

Maria Bothmann
Attn: Bankruptcy Desk/Managing Agent
373 Harpers Ferry Ave
Las Vegas, NV 89148

Maria Bothmann
Attn: Bankruptcy Desk/Managing Agent
7651 Feliz Camino Ave
Las Vegas, NV 89129

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Maria Galvez
Attn: Bankruptcy Desk/Managing Agent
4611 Deer Forest Ave
Las Vegas, NV 89139

Maria Galvez
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1011
Las Vegas, NV 89148

Maria Guerrero
Attn: Bankruptcy Desk/Managing Agent
1131 Compass Ln Apt 105
Foster City, CA 94404

Maria Guerrero
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1008
Las Vegas, NV 89148

Maria Legaspi
Attn: Bankruptcy Desk/Managing Agent
403 First On Dr
Las Vegas, NV 89148

Maria Leon
Attn: Bankruptcy Desk/Managing Agent
569 Newberry Springs Dr
Las Vegas, NV 89148

Maria Lerda
Attn: Bankruptcy Desk/Managing Agent
378 Palm Trace Ave
Las Vegas, NV 89148

Maria Martinez
Attn: Bankruptcy Desk/Managing Agent
232 Dog Leg Dr
Las Vegas, NV 89148

Maria Militante
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2010
Las Vegas, NV 89148

Maria Portnoy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2036
Las Vegas, NV 89148

Maria Rodriguez
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 213
Las Vegas, NV 89113

Maria Romano
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 308
Las Vegas, NV 89113

Marianne Deang
Attn: Bankruptcy Desk/Managing Agent
6686 Keyesport Ct
Las Vegas, NV 89148

Marianne Deang
Attn: Bankruptcy Desk/Managing Agent
8620 Remick Ave
Sun Valley, CA 91352

Maribel Fuentes
Attn: Bankruptcy Desk/Managing Agent
16571 Flower Glen Dr
Hacienda Heights, CA 91745

Maribel Fuentes
Attn: Bankruptcy Desk/Managing Agent
289 Caddy Bag Ct
Las Vegas, NV 89148

Maricar Anderson
Attn: Bankruptcy Desk/Managing Agent
200 Locust Valley Ave
Las Vegas, NV 89148

Maridel Rivera
Attn: Bankruptcy Desk/Managing Agent
382 Broken Par Dr
Las Vegas, NV 89148

Marie & Jeffrey McMillan
Attn: Bankruptcy Desk/Managing Agent
62 Sahalee Dr
Las Vegas, NV 89148

Marie & Jeffrey McMillan
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 108
Las Vegas, NV 89113

Marie Laserna
Attn: Bankruptcy Desk/Managing Agent
11650 River Rim Rd
San Diego, CA 92126

Marie Laserna
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 104
Las Vegas, NV 89113

Marie Pornin
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 104
Las Vegas, NV 89113

Marie Pornin
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 111
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                      Served 4/17/2009

Marie Pornin
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Marie Reynoso
Attn: Bankruptcy Desk/Managing Agent
2766 Armacost Ave
Los Angeles, CA 90064

Marie Reynoso
Attn: Bankruptcy Desk/Managing Agent
531 Halloran Springs Rd
Las Vegas, NV 89148

Marie Zhang
Attn: Bankruptcy Desk/Managing Agent
360 Falcons Fire Ave
Las Vegas, NV 89148

Marie Zhang
Attn: Bankruptcy Desk/Managing Agent
669 Kew Gardens Dr
Las Vegas, NV 89178

Marilyn Samson
Attn: Bankruptcy Desk/Managing Agent
18448 Lemarsh St Unit 50
Northridge, CA 91325

Marilyn Samson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1147
Las Vegas, NV 89148

Mario & Imelda Pineda
Attn: Bankruptcy Desk/Managing Agent
105 E Roblin St
Carson, CA 90746

Mario & Imelda Pineda
Attn: Bankruptcy Desk/Managing Agent
453 Center Green Dr
Las Vegas, NV 89148

Mario & Nora Marin
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 107
Las Vegas, NV 89113

Mario & Nora Marin
Attn: Bankruptcy Desk/Managing Agent
9154 Pershing Ave
Orangevale, CA 95662

Mario & Perlita Bautista
Attn: Bankruptcy Desk/Managing Agent
11839 River Rim Rd
San Diego, CA 92126

Mario & Perlita Bautista
Attn: Bankruptcy Desk/Managing Agent
554 Newberry Springs Dr
Las Vegas, NV 89148

Mario Felix
Attn: Bankruptcy Desk/Managing Agent
130 Tall Ruff Dr
Las Vegas, NV 89148

Mario Felix
Attn: Bankruptcy Desk/Managing Agent
1484 N Estate Dr
Tucson, AZ 85715

Maritoni & Charles Alonzo
Attn: Bankruptcy Desk/Managing Agent
65 Broken Putter Way
Las Vegas, NV 89148

Marjilyn Marana
Attn: Bankruptcy Desk/Managing Agent
182 S Commonwealth Ave
Los Angeles, CA 90004

Marjilyn Marana
Attn: Bankruptcy Desk/Managing Agent
56 Laying Up Ct
Las Vegas, NV 89148

Marjorie Hogg
Attn: Bankruptcy Desk/Managing Agent
370 Larkin Vw
Watsonville, CA 95076

Marjorie Hogg
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 209
Las Vegas, NV 89113

Mark & Ana Nicolas
Attn: Bankruptcy Desk/Managing Agent
276 Spring Hollow Dr
Las Vegas, NV 89148

Mark & Angela Andrews
Attn: Bankruptcy Desk/Managing Agent
9658 Valmeyer Ave
Las Vegas, NV 89148

Mark & Betty Curzon
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 106
Las Vegas, NV 89113

Mark & Betty Curzon
Attn: Bankruptcy Desk/Managing Agent
PO Box 347
Sister Bay, WI 54234

**Rhodes Ranch General Partnership 09-14844 - U.S. Mail**

Mark & Cheri Perlman
Attn: Bankruptcy Desk/Managing Agent
32 Cascade Lake St
Las Vegas, NV 89148

Mark & Leslie McGarry
Attn: Bankruptcy Desk/Managing Agent
202 Angels Trace Ct
Las Vegas, NV 89148

Mark & Maria Manzi
Attn: Bankruptcy Desk/Managing Agent
470 First On Dr
Las Vegas, NV 89148

Mark & Maria Manzi
Attn: Bankruptcy Desk/Managing Agent
77 Water Way
Riverhead, NY 11901

Mark & Wendy Venuto
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1055
Las Vegas, NV 89148

Mark & Wendy Venuto
Attn: Bankruptcy Desk/Managing Agent
9305 Lexford Way
Brighton, MI 48114

Mark Balleza
Attn: Bankruptcy Desk/Managing Agent
151 Crooked Tree Dr
Las Vegas, NV 89148

Mark Balleza
Attn: Bankruptcy Desk/Managing Agent
35794 Augustine Ct
Fremont, CA 94536

Mark Barrett
Attn: Bankruptcy Desk/Managing Agent
3707 Seashosre Palm Ct
Las Vegas, NV 89121

Mark Barrett
Attn: Bankruptcy Desk/Managing Agent
9737 Valmeyer Ave
Las Vegas, NV 89148

Mark Castile
Attn: Bankruptcy Desk/Managing Agent
188 Crooked Putter Dr
Las Vegas, NV 89148

Mark Crowe
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 213
Las Vegas, NV 89113

Mark Crowe
Attn: Bankruptcy Desk/Managing Agent
PO Box 446
Walnut, CA 91788

Mark Gerardi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1174
Las Vegas, NV 89148

Mark Gerlitz
Attn: Bankruptcy Desk/Managing Agent
171 Rancho Maria St
Las Vegas, NV 89148

Mark Gerlitz
Attn: Bankruptcy Desk/Managing Agent
90 Panamount St N W
Calgary AB T3K0C
Canada

Mark Hinkle
Attn: Bankruptcy Desk/Managing Agent
217 Crooked Putter Dr
Las Vegas, NV 89148

Mark Karoll
Attn: Bankruptcy Desk/Managing Agent
2050 W Warm Springs Rd Unit 121
Henderson, NV 89014

Mark Karoll
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 313
Las Vegas, NV 89113

Mark Mayer
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 102
Las Vegas, NV 89113

Mark Miller
Attn: Bankruptcy Desk/Managing Agent
42 Uia Anadeja
Rancho Santa Margarita, CA 92688

Mark Miller
Attn: Bankruptcy Desk/Managing Agent
48 Back Spin Ct
Las Vegas, NV 89148

Mark Nierras
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2167
Las Vegas, NV 89148

Mark Plebanski
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 212
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Mark Rawsey
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 213
Las Vegas, NV 89113

Mark Resnick
Attn: Bankruptcy Desk/Managing Agent
170 Wicked Wedge Way
Las Vegas, NV 89148

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Mark Thomas
Attn: Bankruptcy Desk/Managing Agent
16811 Noyes Ave
Irvine, CA 92606

Mark Thomas
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2140
Las Vegas, NV 89148

Marko Blagojevic
Attn: Bankruptcy Desk/Managing Agent
9740 Ziegler Ave
Las Vegas, NV 89148

Marko Mijacevic
Attn: Bankruptcy Desk/Managing Agent
9277 Orchid Pansy Ave
Las Vegas, NV 89148

Marleny Noriega
Attn: Bankruptcy Desk/Managing Agent
196 Flying Hills Ave
Las Vegas, NV 89148

Marley & Grace Pacpaco
Attn: Bankruptcy Desk/Managing Agent
1431 Feather Hill Ct
Thousand Oaks, CA 91320

Marley & Grace Pacpaco
Attn: Bankruptcy Desk/Managing Agent
165 Crooked Putter Dr
Las Vegas, NV 89148

Marshall Family
Attn: Bankruptcy Desk/Managing Agent
16435 Carlson Dr
Morgan Hill, CA 95037

Marshall Family
Attn: Bankruptcy Desk/Managing Agent
503 Center Green Dr
Las Vegas, NV 89148

Marta & Sebastian Lopez
Attn: Bankruptcy Desk/Managing Agent
6621 Creeping Thyme St
Las Vegas, NV 89148

Martin Bassick
Attn: Bankruptcy Desk/Managing Agent
313 Sea Rim Ave
Las Vegas, NV 89148

Martin Deliyski
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2051
Las Vegas, NV 89148

Martina Geinzer
Attn: Bankruptcy Desk/Managing Agent
244 Sea Rim Ave
Las Vegas, NV 89148

Martina Geinzer
Attn: Bankruptcy Desk/Managing Agent
PO Box 80808
Las Vegas, NV 89180

Martiniano Que
Attn: Bankruptcy Desk/Managing Agent
174 Duck Hollow Ave
Las Vegas, NV 89148

Martiniano Que
Attn: Bankruptcy Desk/Managing Agent
7137 Cressida Ct
Las Vegas, NV 89113

Martyn Wall
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2146
Las Vegas, NV 89148

Martyn Wall
Attn: Bankruptcy Desk/Managing Agent
PO Box 75056
Rpo West Hills Calgary
Canada

Marvin & Tiffany Matlock
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 306
Las Vegas, NV 89113

Marvin Case
Attn: Bankruptcy Desk/Managing Agent
10062 Flokton Ave
Las Vegas, NV 89148

Marvin Case
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1109
Las Vegas, NV 89148

**Rhodes Ranch General Partnership 09-14844 - U.S. Mail**                    Served 4/17/2009

Marwan Salah
Attn: Bankruptcy Desk/Managing Agent
106 N Glendale Ave # 195
Glendale, CA 91206

Marwan Salah
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 108
Las Vegas, NV 89113

Marwan Salah
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 110
Las Vegas, NV 89113

Marwan Salah
Attn: Bankruptcy Desk/Managing Agent
PO Box 658
Downey, CA 90241

Mary & Brian Fallucca
Attn: Bankruptcy Desk/Managing Agent
225 Pershing Rd
Clifton, NJ 07013

Mary & Brian Fallucca
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 203
Las Vegas, NV 89113

Mary & Marc Dillon
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 110
Las Vegas, NV 89113

Mary & Marc Dillon
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 209
Las Vegas, NV 89113

Mary & Marc Dillon
Attn: Bankruptcy Desk/Managing Agent
8601 E Canyon Vista Dr
Anaheim, CA 92808

Mary & Monica Williams
Attn: Bankruptcy Desk/Managing Agent
6796 Gold Yarrow St
Las Vegas, NV 89148

Mary Auteri
Attn: Bankruptcy Desk/Managing Agent
261 Cliff Valley Dr
Las Vegas, NV 89148

Mary Avens
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 207
Las Vegas, NV 89113

Mary Avens
Attn: Bankruptcy Desk/Managing Agent
PO Box 400775
Las Vegas, NV 89140

Mary Buonantony
Attn: Bankruptcy Desk/Managing Agent
200 Duck Hollow Ave
Las Vegas, NV 89148

Mary Castro
Attn: Bankruptcy Desk/Managing Agent
1596 Teak Ave
Merced, CA 95340

Mary Castro
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 310
Las Vegas, NV 89113

Mary Clark
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 213
Las Vegas, NV 89113

Mary Jennings
Attn: Bankruptcy Desk/Managing Agent
192 Hickory Heights Ave
Las Vegas, NV 89148

Mary Muratore
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 309
Las Vegas, NV 89113

Mary Muratore
Attn: Bankruptcy Desk/Managing Agent
Mail Stop Sv-31A
Simi Valley, CA 93065

Marybel Díaz
Attn: Bankruptcy Desk/Managing Agent
383 Cart Crossing Way
Las Vegas, NV 89148

Marylou & Jesus Paras
Attn: Bankruptcy Desk/Managing Agent
400 First On Dr
Las Vegas, NV 89148

Marylou & Jesus Paras
Attn: Bankruptcy Desk/Managing Agent
6707 Florence Pl
Rancho Cucamonga, CA 91701

Massenzio & Patrizia Iannuzzi
Attn: Bankruptcy Desk/Managing Agent
3248 Ribble Cresent
Oakville ON L6M 0B1
Canada

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Massenzio & Patrizia Iannuzzi
Attn: Bankruptcy Desk/Managing Agent
377 Fringe Ruff Dr
Las Vegas, NV 89148

Mastropieri Family
Attn: Bankruptcy Desk/Managing Agent
341 Lakewood Garden Dr
Las Vegas, NV 89148

Mastropieri Family
Attn: Bankruptcy Desk/Managing Agent
8365 Turtle Creek Cir
Las Vegas, NV 89113

Mathew Miller
Attn: Bankruptcy Desk/Managing Agent
23 Indian Run Way
Las Vegas, NV 89148

Matsubara Family
Attn: Bankruptcy Desk/Managing Agent
147 Tall Ruff Dr
Las Vegas, NV 89148

Matthew & Catherine Paupst
Attn: Bankruptcy Desk/Managing Agent
9757 Marcelline Ave
Las Vegas, NV 89148

Matthew & Joanna Calderone
Attn: Bankruptcy Desk/Managing Agent
3729 Clayton Rd
Concord, CA 94521

Matthew & Joanna Calderone
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 309
Las Vegas, NV 89113

Matthew & Lillian Romo
Attn: Bankruptcy Desk/Managing Agent
297 Sepulveda Ct
Milpitas, CA 95035

Matthew & Lillian Romo
Attn: Bankruptcy Desk/Managing Agent
518 Center Green Dr
Las Vegas, NV 89148

Matthew Bendik
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 303
Las Vegas, NV 89113

Matthew Fox
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1134
Las Vegas, NV 89148

Matthew Garley
Attn: Bankruptcy Desk/Managing Agent
9284 Orchid Pansy Ave
Las Vegas, NV 89148

Matthew Kodlick
Attn: Bankruptcy Desk/Managing Agent
391 Centerton Rd
Bridgeton, NJ 08302

Matthew Kodlick
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 304
Las Vegas, NV 89113

Matthew Tanico
Attn: Bankruptcy Desk/Managing Agent
6754 Gold Yarrow St
Las Vegas, NV 89148

Matthew Tanico
Attn: Bankruptcy Desk/Managing Agent
9316 Bearded Iris Ave
Las Vegas, NV 89148

Matthew Wehling
Attn: Bankruptcy Desk/Managing Agent
399 Blue Tee Ct
Las Vegas, NV 89148

Mau & Kim Nguyen
Attn: Bankruptcy Desk/Managing Agent
6263 Narcissus Ave
Newark, CA 94560

Mau & Kim Nguyen
Attn: Bankruptcy Desk/Managing Agent
9778 Kampsville Ave
Las Vegas, NV 89148

Maureena & William Kosareff
Attn: Bankruptcy Desk/Managing Agent
496 Foster Springs Rd
Las Vegas, NV 89148

Maurice Haber
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 306
Las Vegas, NV 89113

Maurice Rodriguez
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 305
Las Vegas, NV 89113

Mauro Cana
Attn: Bankruptcy Desk/Managing Agent
562 Foster Springs Rd
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                                    Served 4/17/2009

Maximino & Flerida Gutierrez
Attn: Bankruptcy Desk/Managing Agent
58 Rusty Springs Ct
Las Vegas, NV 89148

Maximino Gutierrez
Attn: Bankruptcy Desk/Managing Agent
c/o Keith D Kaufman
2000 S Eastern Ave
Las Vegas, NV 89104

Maxine Schneider
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 102
Las Vegas, NV 89113

May & William Domingo
Attn: Bankruptcy Desk/Managing Agent
9718 Marcelline Ave
Las Vegas, NV 89148

Maziad & Jounaya Aboulhosn
Attn: Bankruptcy Desk/Managing Agent
284 Trailing Putt Way
Las Vegas, NV 89148

Maziad & Jounaya Aboulhosn
Attn: Bankruptcy Desk/Managing Agent
674 Shirehampton Dr
Las Vegas, NV 89178

Mcclelland Family
Attn: Bankruptcy Desk/Managing Agent
61 Chateau Whistler Ct
Las Vegas, NV 89148

Mcgarry Investments LLC
Attn: Bankruptcy Desk/Managing Agent
202 Angels Trace Ct
Las Vegas, NV 89148

Mcgarry Investments LLC
Attn: Bankruptcy Desk/Managing Agent
370 Dog Leg Dr
Las Vegas, NV 89148

Mean-zoun Zeng
Attn: Bankruptcy Desk/Managing Agent
323 Harpers Ferry Ave
Las Vegas, NV 89148

Mean-zoun Zeng
Attn: Bankruptcy Desk/Managing Agent
341 Angels Trace Ct
Las Vegas, NV 89148

Medina Family
Attn: Bankruptcy Desk/Managing Agent
230 Wicked Wedge Way
Las Vegas, NV 89148

Medina Family
Attn: Bankruptcy Desk/Managing Agent
3728 Rocky Shore Dr
Vallejo, CA 94591

Medina Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas NV 89032

Mee & Eric Chang
Attn: Bankruptcy Desk/Managing Agent
199 Real Long Way
Las Vegas, NV 89148

Mei Wang
Attn: Bankruptcy Desk/Managing Agent
2105 Forest View Ave
Hillsborough, CA 94010

Mei Wang
Attn: Bankruptcy Desk/Managing Agent
9267 Bearded Iris Ave
Las Vegas, NV 89148

Meihua Jin
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 210
Las Vegas, NV 89113

Meilin Chiang
Attn: Bankruptcy Desk/Managing Agent
518 First On Dr
Las Vegas, NV 89148

Meiling Family
Attn: Bankruptcy Desk/Managing Agent
11621 Villa Malaparte Ave
Las Vegas, NV 89138

Meiling Family
Attn: Bankruptcy Desk/Managing Agent
365 Fringe Ruff Dr
Las Vegas, NV 89148

Melba Soriano
Attn: Bankruptcy Desk/Managing Agent
162 Cascade Lake St
Las Vegas, NV 89148

Melchor & Barbara Funtila
Attn: Bankruptcy Desk/Managing Agent
183 Broken Putter Way
Las Vegas, NV 89148

Melchor & Barbara Funtila
Attn: Bankruptcy Desk/Managing Agent
4236 Frost Way
Modesto, CA 95356

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Melecia Pedraza
Attn: Bankruptcy Desk/Managing Agent
120 Macoby Run St
Las Vegas, NV 89148

Melina Ismail
Attn: Bankruptcy Desk/Managing Agent
346 Cart Crossing Way
Las Vegas, NV 89148

Melinda & Virgilio Agustin
Attn: Bankruptcy Desk/Managing Agent
299 Trailing Putt Way
Las Vegas, NV 89148

Melinda & Virgilio Agustin
Attn: Bankruptcy Desk/Managing Agent
7 Wilson Ave
Dedham, MA 02026

Melissa Farmer
Attn: Bankruptcy Desk/Managing Agent
94 Olimar Ave
Las Vegas, NV 89148

Melissa Garcia
Attn: Bankruptcy Desk/Managing Agent
6454 Aether St
Las Vegas, NV 89148

Melissa Mack
Attn: Bankruptcy Desk/Managing Agent
1139 Leeward Ln
Alameda, CA 94502

Melissa Mack
Attn: Bankruptcy Desk/Managing Agent
366 Apple River Ct
Las Vegas, NV 89148

Melissa Patterson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2049
Las Vegas, NV 89148

Melissa Roldan
Attn: Bankruptcy Desk/Managing Agent
265 Rolling Springs Dr
Las Vegas, NV 89148

Melissa Rothermel
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 315
Las Vegas, NV 89113

Melissa Spiegel
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 207
Las Vegas, NV 89113

Melton Daniels
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2073
Las Vegas, NV 89148

Mendrei & Cecilia Leelin
Attn: Bankruptcy Desk/Managing Agent
221 Angels Trace Ct
Las Vegas, NV 89148

Mercedes & Ricky Labindalaua
Attn: Bankruptcy Desk/Managing Agent
151 Short Ruff Way
Las Vegas, NV 89148

Mercedes & Ricky Labindalaua
Attn: Bankruptcy Desk/Managing Agent
6 Downing Cir
Salinas, CA 93906

Mercury Reprographics
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas NV 89120

Merlo Family
Attn: Bankruptcy Desk/Managing Agent
3712 Aquarius Dr
Huntington Beach, CA 92649

Merlo Family
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 104
Las Vegas, NV 89113

Merope Magsino
Attn: Bankruptcy Desk/Managing Agent
1436 Butterfield Ave
San Dimas, CA 91773

Merope Magsino
Attn: Bankruptcy Desk/Managing Agent
144 Macoby Run St
Las Vegas, NV 89148

Merry Carnahan
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 307
Las Vegas, NV 89113

Meskerem Degefu
Attn: Bankruptcy Desk/Managing Agent
9786 Kampsville Ave
Las Vegas, NV 89148

Miao Family
Attn: Bankruptcy Desk/Managing Agent
134 Crooked Putter Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Miao Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 112-833
Taipei
Taiwan

Miao Su
Attn: Bankruptcy Desk/Managing Agent
1555 E Rochelle Ave # 123-2
Las Vegas, NV 89119

Miao Su
Attn: Bankruptcy Desk/Managing Agent
291 Tayman Park Ave
Las Vegas, NV 89148

Michael & Abby Jones
Attn: Bankruptcy Desk/Managing Agent
192 Broken Putter Way
Las Vegas, NV 89148

Michael & Alison Orci
Attn: Bankruptcy Desk/Managing Agent
382 Turtle Peak Ave
Las Vegas, NV 89148

Michael & Barbara Tricarichi
Attn: Bankruptcy Desk/Managing Agent
341 Arbour Garden Ave
Las Vegas, NV 89148

Michael & Carmalon Beal
Attn: Bankruptcy Desk/Managing Agent
10283 Caminito Toronjo
San Diego, CA 92131

Michael & Carmalon Beal
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 314
Las Vegas, NV 89113

Michael & Catherine Rin
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2148
Las Vegas, NV 89148

Michael & Donna Higelmire
Attn: Bankruptcy Desk/Managing Agent
2974 Tyburn St
Los Angeles, CA 90039

Michael & Donna Higelmire
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 206
Las Vegas, NV 89113

Michael & Elizabeth Fetherolf
Attn: Bankruptcy Desk/Managing Agent
9315 Orchid Pansy Ave
Las Vegas, NV 89148

Michael & Elizabeth Volk
Attn: Bankruptcy Desk/Managing Agent
273 Rolling Springs Dr
Las Vegas, NV 89148

Michael & Fe Gabriel
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 107
Las Vegas, NV 89113

Michael & Gay Shapiro
Attn: Bankruptcy Desk/Managing Agent
371 Foster Springs Rd
Las Vegas, NV 89148

Michael & Gay Shapiro
Attn: Bankruptcy Desk/Managing Agent
62 Coolwater Rd
Bell Canyon, CA 91307

Michael & Hayley Gaw
Attn: Bankruptcy Desk/Managing Agent
22261 Lantern Ln
Lake Forest, CA 92630

Michael & Hayley Gaw
Attn: Bankruptcy Desk/Managing Agent
264 Sea Rim Ave
Las Vegas, NV 89148

Michael & Janet Hughes
Attn: Bankruptcy Desk/Managing Agent
4430 Independence Ave N
New Hope, MN 55428

Michael & Janet Hughes
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 108
Las Vegas, NV 89113

Michael & Jeanett Mulhall
Attn: Bankruptcy Desk/Managing Agent
285 Rolling Springs Dr
Las Vegas, NV 89148

Michael & Jessica Mahayosnand
Attn: Bankruptcy Desk/Managing Agent
6607 Babys Tear Pl
Las Vegas, NV 89148

Michael & Karen Early
Attn: Bankruptcy Desk/Managing Agent
121 Cliff Valley Dr
Las Vegas, NV 89148

Michael & Louisa Gildner
Attn: Bankruptcy Desk/Managing Agent
9324 Bearded Iris Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Michael & Natividad Gilbert
Attn: Bankruptcy Desk/Managing Agent
56 Sunset Bay St
Las Vegas, NV 89148

Michael & Patricia Dudek
Attn: Bankruptcy Desk/Managing Agent
5606 San Florentine Ave
Las Vegas, NV 89141

Michael & Patricia Dudek
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 206
Las Vegas, NV 89113

Michael & Sandra Marranca
Attn: Bankruptcy Desk/Managing Agent
15 Tall Ruff Dr
Las Vegas, NV 89148

Michael & Sandra Marranca
Attn: Bankruptcy Desk/Managing Agent
20 Crown Point Ln
Williamsville, NY 14221

Michael & Sharon Walker
Attn: Bankruptcy Desk/Managing Agent
363 Harpers Ferry Ave
Las Vegas, NV 89148

Michael & Susan Neidenthal
Attn: Bankruptcy Desk/Managing Agent
639 Greenleaf Ave
Smyrna, TN 37167

Michael & Susan Neidenthal
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2169
Las Vegas, NV 89148

Michael & Toni Goldsmith
Attn: Bankruptcy Desk/Managing Agent
199 Pocono Manor Ct
Las Vegas, NV 89148

Michael & Trinidad Anderson
Attn: Bankruptcy Desk/Managing Agent
3220 Longview Dr
San Bruno, CA 94066

Michael & Trinidad Anderson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2164
Las Vegas, NV 89148

Michael & Yulin Nichol
Attn: Bankruptcy Desk/Managing Agent
73 Arcadian Shores St
Las Vegas, NV 89148

Michael Adari
Attn: Bankruptcy Desk/Managing Agent
1761 Butano Dr
Milpitas, CA 95035

Michael Adari
Attn: Bankruptcy Desk/Managing Agent
477 Center Green Dr
Las Vegas, NV 89148

Michael Artinian
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 214
Las Vegas, NV 89113

Michael Bliss
Attn: Bankruptcy Desk/Managing Agent
9732 Kampsville Ave
Las Vegas, NV 89148

Michael Corrente
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 218
Las Vegas, NV 89113

Michael Corrigan
Attn: Bankruptcy Desk/Managing Agent
331 Descano Garden Dr
Las Vegas, NV 89148

Michael Edens
Attn: Bankruptcy Desk/Managing Agent
342 Angels Trace Ct
Las Vegas, NV 89148

Michael Fastow
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 102
Las Vegas, NV 89113

Michael Ford
Attn: Bankruptcy Desk/Managing Agent
133 Cooks Creek Ct
Las Vegas, NV 89148

Michael Ford
Attn: Bankruptcy Desk/Managing Agent
3233 Winged Foot Dr
Fairfield, CA 94534

Michael Jackness
Attn: Bankruptcy Desk/Managing Agent
9676 Marcelline Ave
Las Vegas, NV 89148

Michael Leon
Attn: Bankruptcy Desk/Managing Agent
195 Paxon Hollow Ct
Las Vegas, NV 89148

Michael Leon
Attn: Bankruptcy Desk/Managing Agent
195 Paxton Hollow Ct
Las Vegas, NV 89148

Michael Liang
Attn: Bankruptcy Desk/Managing Agent
357 Palm Trace Ave
Las Vegas, NV 89148

Michael Liang
Attn: Bankruptcy Desk/Managing Agent
712 Sharon Hills St
Henderson, NV 89052

Michael Loi
Attn: Bankruptcy Desk/Managing Agent
224 Dog Leg Dr
Las Vegas, NV 89148

Michael Loi
Attn: Bankruptcy Desk/Managing Agent
8406 Mondavi Hill Ct
Las Vegas, NV 89139

Michael Lotl
Attn: Bankruptcy Desk/Managing Agent
33 Via Ermitas
Rancho Santa Margarita, CA 92688

Michael Lotl
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2084
Las Vegas, NV 89148

Michael Maione
Attn: Bankruptcy Desk/Managing Agent
53 Dogwood Hills St
Las Vegas, NV 89148

Michael Mason
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 204
Las Vegas, NV 89113

Michael McNeely
Attn: Bankruptcy Desk/Managing Agent
274 Rusty Plank Ave
Las Vegas, NV 89148

Michael Moradian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2101
Las Vegas, NV 89148

Michael Mulconrey
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 111
Las Vegas, NV 89113

Michael Mundt
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 306
Las Vegas, NV 89113

Michael Myers
Attn: Bankruptcy Desk/Managing Agent
242 Angels Trace Ct
Las Vegas, NV 89148

Michael Myers
Attn: Bankruptcy Desk/Managing Agent
7537 S Rainbow Blvd Ste 109
Las Vegas, NV 89139

Michael Parker
Attn: Bankruptcy Desk/Managing Agent
10142 Worahridge
Rancho Cucamonga, CA 91730

Michael Parker
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 202
Las Vegas, NV 89113

Michael Parks
Attn: Bankruptcy Desk/Managing Agent
173 Duck Hollow Ave
Las Vegas, NV 89148

Michael Pasieka
Attn: Bankruptcy Desk/Managing Agent
876 Cloud Pl
Warminster, PA 18974

Michael Pasieka
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1041
Las Vegas, NV 89148

Michael Ribaudo
Attn: Bankruptcy Desk/Managing Agent
4320 W Desert Inn Rd Ste C
Las Vegas, NV 89102

Michael Ribaudo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1070
Las Vegas, NV 89148

Michael Roth
Attn: Bankruptcy Desk/Managing Agent
6681 Kreb Lake Ct
Las Vegas, NV 89148

Michael Rubin
Attn: Bankruptcy Desk/Managing Agent
5060 Evanwood Ave
Oak Park, CA 91377

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Michael Rubin
Attn: Bankruptcy Desk/Managing Agent
60 Back Spin Ct
Las Vegas, NV 89148

Michael Sarro
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1106
Las Vegas, NV 89148

Michael Sussen
Attn: Bankruptcy Desk/Managing Agent
6779 Prairie Clover St
Las Vegas, NV 89148

Michael Tissera
Attn: Bankruptcy Desk/Managing Agent
2043 W El Camino Real Apt 313
Mountain View, CA 94040

Michael Tissera
Attn: Bankruptcy Desk/Managing Agent
61 Laying Up Ct
Las Vegas, NV 89148

Michael Tsai
Attn: Bankruptcy Desk/Managing Agent
301 Waterton Lakes Ave
Las Vegas, NV 89148

Michael Tsai
Attn: Bankruptcy Desk/Managing Agent
324 Sea Rim Ave
Las Vegas, NV 89148

Michael Valiente
Attn: Bankruptcy Desk/Managing Agent
383 Trailing Putt Way
Las Vegas, NV 89148

Michael Watson
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 112
Las Vegas, NV 89113

Michael Wirick
Attn: Bankruptcy Desk/Managing Agent
286 Caddy Bag Ct
Las Vegas, NV 89148

Michael Xu
Attn: Bankruptcy Desk/Managing Agent
405 Center Green Dr
Las Vegas, NV 89148

Michal Wszeborowski
Attn: Bankruptcy Desk/Managing Agent
9782 Marcelline Ave
Las Vegas, NV 89148

Michele Gemayel
Attn: Bankruptcy Desk/Managing Agent
293 Dog Leg Dr
Las Vegas, NV 89148

Michele Gemayel
Attn: Bankruptcy Desk/Managing Agent
923 Hilts Ave
Los Angeles, CA 90024

Michelle & Preston Dickens
Attn: Bankruptcy Desk/Managing Agent
202 Dog Leg Dr
Las Vegas, NV 89148

Michelle Blair
Attn: Bankruptcy Desk/Managing Agent
318 Fringe Ruff Dr
Las Vegas, NV 89148

Michelle Eaton
Attn: Bankruptcy Desk/Managing Agent
512 Newberry Springs Dr
Las Vegas, NV 89148

Michelle Johnson
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 202
Las Vegas, NV 89113

Michelle Park
Attn: Bankruptcy Desk/Managing Agent
165 Marco Island St
Las Vegas, NV 89148

Michelle Shaver
Attn: Bankruptcy Desk/Managing Agent
9712 Dieterich Ave
Las Vegas, NV 89148

Michelle Stanek
Attn: Bankruptcy Desk/Managing Agent
281 Dog Leg Dr
Las Vegas, NV 89148

Michelli Kaltsas
Attn: Bankruptcy Desk/Managing Agent
6844 Scarlet Flax St
Las Vegas, NV 89148

Michiyo & Hiroyuki Hojo
Attn: Bankruptcy Desk/Managing Agent
359 Athens St
San Francisco, CA 94112

Michiyo & Hiroyuki Hojo
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 308
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Micki Ly
Attn: Bankruptcy Desk/Managing Agent
212 Wicked Wedge Way
Las Vegas, NV 89148

Micki Ly
Attn: Bankruptcy Desk/Managing Agent
80 Mahalani St # M
Wailuku, HI 96793

Mida Fresquez
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 306
Las Vegas, NV 89113

Mida Fresquez
Attn: Bankruptcy Desk/Managing Agent
7825 Sea Rock Rd
Las Vegas, NV 89128

Mignea Family
Attn: Bankruptcy Desk/Managing Agent
5929 Coral Flat St
N Las Vegas, NV 89031

Mignea Family
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 210
Las Vegas, NV 89113

Miguel & Sheryl Roa
Attn: Bankruptcy Desk/Managing Agent
375 Cart Crossing Way
Las Vegas, NV 89148

Miguel Gonzalez
Attn: Bankruptcy Desk/Managing Agent
249 Soggy Ruff Way
Las Vegas, NV 89148

Miguel Gonzalez
Attn: Bankruptcy Desk/Managing Agent
PO Box 30036
Las Vegas, NV 89173

Miguel Salido
Attn: Bankruptcy Desk/Managing Agent
251 Dog Leg Dr
Las Vegas, NV 89148

Mihwa Bae
Attn: Bankruptcy Desk/Managing Agent
320 Tayman Park Ave
Las Vegas, NV 89148

Mike & Amy Jones
Attn: Bankruptcy Desk/Managing Agent
328 Palm Trace Ave
Las Vegas, NV 89148

Mike Gupta
Attn: Bankruptcy Desk/Managing Agent
104 Pound Hollow Rd
Glen Head, NY 11545

Mike Gupta
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 111
Las Vegas, NV 89113

Mikhail & Anastasia Savchenko
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2102
Las Vegas, NV 89148

Mikhail & Edita Fikhman
Attn: Bankruptcy Desk/Managing Agent
19321 Califa St
Tarzana, CA 91356

Mikhail & Edita Fikhman
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 202
Las Vegas, NV 89113

Milagros & Leopoldo Delatorre
Attn: Bankruptcy Desk/Managing Agent
5831 196th Pl
Fresh Meadows, NY 11365

Milagros & Leopoldo Delatorre
Attn: Bankruptcy Desk/Managing Agent
6671 Kreb Lake Ct
Las Vegas, NV 89148

Milagros Malapit
Attn: Bankruptcy Desk/Managing Agent
92 Cascade Lake St
Las Vegas, NV 89148

Milan Starustka
Attn: Bankruptcy Desk/Managing Agent
9261 Bearded Iris Ave
Las Vegas, NV 89148

Mildred Deang
Attn: Bankruptcy Desk/Managing Agent
6670 Kreb Lake Ct
Las Vegas, NV 89148

Mildred Deang
Attn: Bankruptcy Desk/Managing Agent
8620 Remick Ave
Sun Valley, CA 91352

Miles Simon
Attn: Bankruptcy Desk/Managing Agent
206 Wicked Wedge Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 53583
Phoenix, AZ 85072

Milivoj Maric
Attn: Bankruptcy Desk/Managing Agent
7439 Parnell Ave
Las Vegas, NV 89147

Milivoj Maric
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1089
Las Vegas, NV 89148

Milton Philpotts
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 211
Las Vegas, NV 89113

Min Chan
Attn: Bankruptcy Desk/Managing Agent
270 Spring Hollow Dr
Las Vegas, NV 89148

Min Chou
Attn: Bankruptcy Desk/Managing Agent
51 N Painted Mountain Dr
Las Vegas, NV 89148

Min Chou
Attn: Bankruptcy Desk/Managing Agent
9314 Lemon Mint Ct
Las Vegas, NV 89148

Min-chen Family
Attn: Bankruptcy Desk/Managing Agent
186 Duck Hollow Ave
Las Vegas, NV 89148

Min-chen Family
Attn: Bankruptcy Desk/Managing Agent
311 Arbour Garden Ave
Las Vegas, NV 89148

Ming Hung
Attn: Bankruptcy Desk/Managing Agent
157 Lakewood Garden Dr
Las Vegas, NV 89148

Ming Hung
Attn: Bankruptcy Desk/Managing Agent
9313 Queen Charlotte Dr
Las Vegas, NV 89145

Minh & Muoi Quach
Attn: Bankruptcy Desk/Managing Agent
111 Cliff Valley Dr
Las Vegas, NV 89148

Minh Cao
Attn: Bankruptcy Desk/Managing Agent
521A 37th Ave
San Francisco, CA 94121

Minh Cao
Attn: Bankruptcy Desk/Managing Agent
9726 Valmeyer Ave
Las Vegas, NV 89148

Mira & David Kim
Attn: Bankruptcy Desk/Managing Agent
187 Real Long Way
Las Vegas, NV 89148

Miracle Playground Sales SW
Attn: Bankruptcy Desk/Managing Agent
2657 Windmill Parkway #195
Henderson NV 89074-3384

Mireya Salamanca
Attn: Bankruptcy Desk/Managing Agent
36 Chateau Whistler Ct
Las Vegas, NV 89148

Misbah Khan
Attn: Bankruptcy Desk/Managing Agent
1918 Mountain Aspen Ln
Kingwood, TX 77345

Misbah Khan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1128
Las Vegas, NV 89148

Mitchell & Lisa Wieder
Attn: Bankruptcy Desk/Managing Agent
2 Sterling Cir
Dix Hills, NY 11746

Mitchell & Lisa Wieder
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1058
Las Vegas, NV 89148

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 79149
Phoenix, AZ 85062-9149

Modesto Family
Attn: Bankruptcy Desk/Managing Agent
13846 W Dublin Dr
Lockport, IL 60491

Modesto Family
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 113
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                        Served 4/17/2009

Mohamed Kacem
Attn: Bankruptcy Desk/Managing Agent
53 Dixie Springs Ct
Las Vegas, NV 89148

Mohammad Qasem
Attn: Bankruptcy Desk/Managing Agent
2198 Orchard Mist St
Las Vegas, NV 89135

Mohammad Qasem
Attn: Bankruptcy Desk/Managing Agent
240 Rustic Club Way
Las Vegas, NV 89148

Mona & Tish Lidji
Attn: Bankruptcy Desk/Managing Agent
1215 Anchors Way Dr Spc 280
Ventura, CA 93001

Mona & Tish Lidji
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1170
Las Vegas, NV 89148

Mondier Khaira
Attn: Bankruptcy Desk/Managing Agent
77 Sunset Bay St
Las Vegas, NV 89148

Mongonaise Macenat
Attn: Bankruptcy Desk/Managing Agent
6756 Pastel Camellia St
Las Vegas, NV 89148

Mongonaise Macenat
Attn: Bankruptcy Desk/Managing Agent
6756 Pastel Camelia St
Las Vegas, NV 89148

Monica Rubio-Pesce
Attn: Bankruptcy Desk/Managing Agent
97 Bowler Springs St
Las Vegas, NV 89148

Montgomery Consulting
Attn: Bankruptcy Desk/Managing Agent
Engineers, LLC
5673 Cameron Street
Las Vegas, NV 89118

Monty Brown
Attn: Bankruptcy Desk/Managing Agent
183 E 2300 N
North Ogden, UT 84414

Monty Brown
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 204
Las Vegas, NV 89113

Moo & Jung Chaing
Attn: Bankruptcy Desk/Managing Agent
262 Tie Breaker Ct
Las Vegas, NV 89148

Moo & Jung Chaing
Attn: Bankruptcy Desk/Managing Agent
6000 W Harmon Ave Apt 117
Las Vegas, NV 89103

Moody Properties LLCSeries D
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 207
Las Vegas, NV 89113

Moody Properties LLCSeries D
Attn: Bankruptcy Desk/Managing Agent
9994 Nike Way
Las Vegas, NV 89148

Moran Family
Attn: Bankruptcy Desk/Managing Agent
382 Arbour Garden Ave
Las Vegas, NV 89148

Morley Family
Attn: Bankruptcy Desk/Managing Agent
21 Chateau Whistler Ct
Las Vegas, NV 89148

Morley Family
Attn: Bankruptcy Desk/Managing Agent
306 Blackstone River Ave
Las Vegas, NV 89148

Morris Mattingly
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 213
Las Vegas, NV 89113

Morris Stockstill
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 310
Las Vegas, NV 89113

Morris, Pickering, & Sanner
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th St. Suite 900
Las Vegas NV 89101

Morton & Juanita Velasco
Attn: Bankruptcy Desk/Managing Agent
184 Flying Hills Ave
Las Vegas, NV 89148

Mountain Spring Funding LLC
Attn: Bankruptcy Desk/Managing Agent
127 Crooked Putter Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Mountain Spring Funding LLC
Attn: Bankruptcy Desk/Managing Agent
3838 Raymert Dr # 309
Las Vegas, NV 89121

MSI Landscaping, Inc.
Attn: Bankruptcy Desk/Managing Agent
4820 Quality Ct. Suite B
Las Vegas NV 89103-5221

Mubarak Geham
Attn: Bankruptcy Desk/Managing Agent
1506 2nd St
Selma, CA 93662

Mubarak Geham
Attn: Bankruptcy Desk/Managing Agent
9665 Dieterich Ave
Las Vegas, NV 89148

Mubera Kurtagic
Attn: Bankruptcy Desk/Managing Agent
409 Hidden Hole Dr
Las Vegas, NV 89148

Mui & Christopher Rothwell
Attn: Bankruptcy Desk/Managing Agent
66 Back Spin Ct
Las Vegas, NV 89148

Mumby Family
Attn: Bankruptcy Desk/Managing Agent
334 Sea Rim Ave
Las Vegas, NV 89148

Murray Family
Attn: Bankruptcy Desk/Managing Agent
121 Standing Stone St
Las Vegas, NV 89148

Murray Ledarney
Attn: Bankruptcy Desk/Managing Agent
132 Fredson Dr S E
Calgary AB T2H1E
Canada

Murray Ledarney
Attn: Bankruptcy Desk/Managing Agent
132 Fredson Dr SE
Calgary AB T2H1E
Canada

Murray Ledarney
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 201
Las Vegas, NV 89113

Murray Ledarney
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1127
Las Vegas, NV 89148

Myra Serrano
Attn: Bankruptcy Desk/Managing Agent
298 Broken Par Dr
Las Vegas, NV 89148

Myrna Garcia
Attn: Bankruptcy Desk/Managing Agent

Myrna Picardal
Attn: Bankruptcy Desk/Managing Agent
127 Corey Creek Ct
Las Vegas, NV 89148

Myrna Picardal
Attn: Bankruptcy Desk/Managing Agent
406 Fynn Valley Dr
Las Vegas, NV 89148

N and A Lee Family LLC
Attn: Bankruptcy Desk/Managing Agent
370 Center Green Dr
Las Vegas, NV 89148

N and A Lee Family LLC
Attn: Bankruptcy Desk/Managing Agent
8216 Jose Bento Way
Sacramento, CA 95829

Nadeem Ahmad
Attn: Bankruptcy Desk/Managing Agent
350 W 50th St Apt 35D
New York, NY 10019

Nadeem Ahmad
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2137
Las Vegas, NV 89148

Nafen Hu
Attn: Bankruptcy Desk/Managing Agent
141 Broken Putter Way
Las Vegas, NV 89148

Nafen Hu
Attn: Bankruptcy Desk/Managing Agent
18401 Dancy St
Rowland Heights, CA 91748

Nahaleh & Naghmeh Doroudian
Attn: Bankruptcy Desk/Managing Agent
42 Silkwood
Aliso Viejo, CA 92656

Nahaleh & Naghmeh Doroudian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2002
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Nakhleh Family
Attn: Bankruptcy Desk/Managing Agent
10300 Christine Pl
Chatsworth, CA 91311

Nakhleh Family
Attn: Bankruptcy Desk/Managing Agent
363 Ladies Tee Ct
Las Vegas, NV 89148

Nancy & James Schaaf
Attn: Bankruptcy Desk/Managing Agent
185 Water Hazard Ln
Las Vegas, NV 89148

Nancy & James Schaaf
Attn: Bankruptcy Desk/Managing Agent
9891 Star Dr
Huntington Beach, CA 92646

Nancy Kurtik
Attn: Bankruptcy Desk/Managing Agent
179 Lenape Heights Ave
Las Vegas, NV 89148

Nancy Kwon
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 212
Las Vegas, NV 89113

Nancy Macdonald
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 203
Las Vegas, NV 89113

Nancy Ruscito
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 209
Las Vegas, NV 89113

Nanette Morales
Attn: Bankruptcy Desk/Managing Agent
9292 Dames Rocket Pl
Las Vegas, NV 89148

Narendra & Meera Mehta
Attn: Bankruptcy Desk/Managing Agent
9682 Marceline Ave
Las Vegas, NV 89148

Narendra & Meera Mehta
Attn: Bankruptcy Desk/Managing Agent
PO Box 18171
Munds Park, AZ 86017

Naresh & Nita Chopra
Attn: Bankruptcy Desk/Managing Agent
389 Falcons Fire Ave
Las Vegas, NV 89148

Naresh & Nita Chopra
Attn: Bankruptcy Desk/Managing Agent
6662 Silent Harbor Dr
Huntington Beach, CA 92648

Narinder Badwal
Attn: Bankruptcy Desk/Managing Agent
222 Angels Trace Ct
Las Vegas, NV 89148

Narine Gyumushyan
Attn: Bankruptcy Desk/Managing Agent
115 Carr Dr
Glendale, CA 91205

Narine Gyumushyan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1062
Las Vegas, NV 89148

Nasrin Shariatpour
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 312
Las Vegas, NV 89113

Nasrin Shariatpour
Attn: Bankruptcy Desk/Managing Agent
8410 Eldora Ave Unit 2075
Las Vegas, NV 89117

Natalia & Jeremy Chaffin
Attn: Bankruptcy Desk/Managing Agent
253 Lenape Heights Ave
Las Vegas, NV 89148

Natalia Zelazny
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 107
Las Vegas, NV 89113

Natalie Allen
Attn: Bankruptcy Desk/Managing Agent
6865 Rose Mallow St
Las Vegas, NV 89148

Natalie Hulaj
Attn: Bankruptcy Desk/Managing Agent
193 Pocono Manor Ct
Las Vegas, NV 89148

Natasha Yu
Attn: Bankruptcy Desk/Managing Agent
3505 Bella Valencia Ct
Las Vegas, NV 89141

Natasha Yu
Attn: Bankruptcy Desk/Managing Agent
6766 Gold Yarrow St
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                        Served 4/17/2009

Nathan Hart
Attn: Bankruptcy Desk/Managing Agent
163 Hickory Heights Ave
Las Vegas, NV 89148

Nathan Williamson
Attn: Bankruptcy Desk/Managing Agent
280 Locust Valley Ave
Las Vegas, NV 89148

Nathan Williamson
Attn: Bankruptcy Desk/Managing Agent
6292 Athena Dr
Huntington Beach, CA 92647

Nathaniel & Jasmin Dodson
Attn: Bankruptcy Desk/Managing Agent
30 Indian Run Way
Las Vegas, NV 89148

Naurry Kwon
Attn: Bankruptcy Desk/Managing Agent
279 Falcons Fire Ave
Las Vegas, NV 89148

Navasca Family
Attn: Bankruptcy Desk/Managing Agent
174 Crooked Tree Dr
Las Vegas, NV 89148

Navdeep & Satvinder Dhillon
Attn: Bankruptcy Desk/Managing Agent
343 Dog Leg Dr
Las Vegas, NV 89148

Navdeep & Satvinder Dhillon
Attn: Bankruptcy Desk/Managing Agent
44570 Montclaire Ct
Fremont, CA 94539

Neal & Brenda Dastrup
Attn: Bankruptcy Desk/Managing Agent
1061 E Provo Canyon Rd
Provo, UT 84604

Neal & Brenda Dastrup
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 304
Las Vegas, NV 89113

Neil Katz
Attn: Bankruptcy Desk/Managing Agent

Neil McElroy
Attn: Bankruptcy Desk/Managing Agent
274 Caddy Bag Ct
Las Vegas, NV 89148

Neil Scelsa
Attn: Bankruptcy Desk/Managing Agent
332 Turtle Peak Ave
Las Vegas, NV 89148

Nelia Medford
Attn: Bankruptcy Desk/Managing Agent
441 Center Green Dr
Las Vegas, NV 89148

Nelia Medford
Attn: Bankruptcy Desk/Managing Agent
7195 Woodshawn Dr
San Diego, CA 92114

Nelms Family
Attn: Bankruptcy Desk/Managing Agent
77 Dixie Springs Ct
Las Vegas, NV 89148

Nels Bloyer
Attn: Bankruptcy Desk/Managing Agent
9785 Valmeyer Ave
Las Vegas, NV 89148

Nelson & Erica Garcia
Attn: Bankruptcy Desk/Managing Agent
6478 Aether St
Las Vegas, NV 89148

Nelson & Tomasita Sanchez
Attn: Bankruptcy Desk/Managing Agent
185 Duck Hollow Ave
Las Vegas, NV 89148

Nelson Tan
Attn: Bankruptcy Desk/Managing Agent
17916 Holmes Ave
Cerritos, CA 90703

Nelson Tan
Attn: Bankruptcy Desk/Managing Agent
6693 Bristow Falls Ct
Las Vegas, NV 89148

Nelson Wong
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

Nelson Wong
Attn: Bankruptcy Desk/Managing Agent
6730 Gold Yarrow St
Las Vegas, NV 89148

Nenad & Zorka Lojanica
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 212
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Nenita Abbott
Attn: Bankruptcy Desk/Managing Agent
16 Clarendon Rd
Burlingame, CA 94010

Nenita Abbott
Attn: Bankruptcy Desk/Managing Agent
366 Center Green Dr
Las Vegas, NV 89148

Neria Canonizado
Attn: Bankruptcy Desk/Managing Agent
364 Harpers Ferry Ave
Las Vegas, NV 89148

Neria Canonizado
Attn: Bankruptcy Desk/Managing Agent
6760 Mission St
Daly City, CA 94014

Nerissa Illustrisimo
Attn: Bankruptcy Desk/Managing Agent
54 Broken Putter Way
Las Vegas, NV 89148

Nestor & Theresa Campos
Attn: Bankruptcy Desk/Managing Agent
12951 Haynes St
N Hollywood, CA 91606

Nestor & Theresa Campos
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1161
Las Vegas, NV 89148

Netco, Inc
Attn: Bankruptcy Desk/Managing Agent
5581 South Cameron Suite A
Las Vegas NV 89118

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankruptcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52614
Phoenix AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Division of
Attn: Bankruptcy Desk/Managing Agent
Environmental Protection
901 South Stuart Street Ste 4001
Carson City, NV 89701

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
6639 Schuster Street
Las Vegas, NV 89118

Nga Lo
Attn: Bankruptcy Desk/Managing Agent
9262 Blue Flax Pl
Las Vegas, NV 89148

Nga Phan
Attn: Bankruptcy Desk/Managing Agent
227 Palm Trace Ave
Las Vegas, NV 89148

Ngai Hom
Attn: Bankruptcy Desk/Managing Agent
258 Palm Trace Ave
Las Vegas, NV 89148

Ng-houng Family
Attn: Bankruptcy Desk/Managing Agent
96 Sully Creek Ct
Las Vegas, NV 89148

Ngo Family
Attn: Bankruptcy Desk/Managing Agent
49 Sully Creek Ct
Las Vegas, NV 89148

Nguyen Family
Attn: Bankruptcy Desk/Managing Agent
397 Hidden Hole Dr
Las Vegas, NV 89148

Nguyen Family
Attn: Bankruptcy Desk/Managing Agent
48 Whitford
Irvine, CA 92602

Nhat Nguyen
Attn: Bankruptcy Desk/Managing Agent
6843 Baby Jade Ct
Las Vegas, NV 89148

Nhung Phu
Attn: Bankruptcy Desk/Managing Agent
2018 32nd Ave
San Francisco, CA 94116

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Nhung Phu
Attn: Bankruptcy Desk/Managing Agent
9769 Valmeyer Ave
Las Vegas, NV 89148

Nicholas Cox
Attn: Bankruptcy Desk/Managing Agent
524 First On Dr
Las Vegas, NV 89148

Nicholas Cox
Attn: Bankruptcy Desk/Managing Agent
9659 Kampsville Ave
Las Vegas, NV 89148

Nicholas Nguyen
Attn: Bankruptcy Desk/Managing Agent
91 Laying Up Ct
Las Vegas, NV 89148

Nick & Georgia Dalacas
Attn: Bankruptcy Desk/Managing Agent
31 Castle Creek Ct
Las Vegas, NV 89148

Nick Filippides
Attn: Bankruptcy Desk/Managing Agent
4542 Grey Spencer Dr
Las Vegas, NV 89141

Nick Filippides
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2001
Las Vegas, NV 89148

Nicolas Ibarra
Attn: Bankruptcy Desk/Managing Agent
182 Fairway Woods Dr
Las Vegas, NV 89148

Nicolas Sfeir
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 103
Las Vegas, NV 89113

Nicolas Sfeir
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 202
Las Vegas, NV 89113

Nicolas Sfeir
Attn: Bankruptcy Desk/Managing Agent
9667 Brooks Lake Ave
Las Vegas, NV 89148

Nicole Houng
Attn: Bankruptcy Desk/Managing Agent
97 Sunset Bay St
Las Vegas, NV 89148

Nicole Lepore
Attn: Bankruptcy Desk/Managing Agent
1765 Summer Blush Ave
Las Vegas, NV 89183

Nicole Lepore
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 211
Las Vegas, NV 89113

Nicole Nance
Attn: Bankruptcy Desk/Managing Agent
208 Tall Ruff Dr
Las Vegas, NV 89148

Nicole Ramirez
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 312
Las Vegas, NV 89113

Nicoleta Costia
Attn: Bankruptcy Desk/Managing Agent
253 Sea Rim Ave
Las Vegas, NV 89148

Nida Santos
Attn: Bankruptcy Desk/Managing Agent
13543 Pico Ct
Fontana, CA 92336

Nida Santos
Attn: Bankruptcy Desk/Managing Agent
420 Center Green Dr
Las Vegas, NV 89148

Nigel Howard
Attn: Bankruptcy Desk/Managing Agent
23 Decoy Ave
London
England

Nigel Howard
Attn: Bankruptcy Desk/Managing Agent
482 Center Green Dr
Las Vegas, NV 89148

Nigro Family
Attn: Bankruptcy Desk/Managing Agent
245 Winthrop St
Quincy, MA 02169

Nigro Family
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 106
Las Vegas, NV 89113

Niko Samarxhiu
Attn: Bankruptcy Desk/Managing Agent
146 Broken Putter Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Nikolina Milovanska-Martchev
Attn: Bankruptcy Desk/Managing Agent
2880 Red Rock St
Las Vegas, NV 89146

Nikolina Milovanska-Martchev
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 307
Las Vegas, NV 89113

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nim Tang
Attn: Bankruptcy Desk/Managing Agent
158 Broken Putter Way
Las Vegas, NV 89148

Nim Tang
Attn: Bankruptcy Desk/Managing Agent
PO Box 5025
Charleston, OR 97420

Ninman Family
Attn: Bankruptcy Desk/Managing Agent
501 Halloran Springs Rd
Las Vegas, NV 89148

Ninman Family
Attn: Bankruptcy Desk/Managing Agent
777 N Rainbow Blvd Ste 250
Las Vegas, NV 89107

Nitaya & Kritsada Bujadham
Attn: Bankruptcy Desk/Managing Agent
292 Angels Trace Ct
Las Vegas, NV 89148

Nitin Goel
Attn: Bankruptcy Desk/Managing Agent
593 Over Par Ct
Las Vegas, NV 89148

Nitz, Walton, Heaton
Attn: Bankruptcy Desk/Managing Agent
Penny
Trust Account
601 S. 10th Street
Las Vegas NV 89101

Noble Family
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 204
Las Vegas, NV 89113

Noe & Marisela Quintero
Attn: Bankruptcy Desk/Managing Agent
86 Olimar Ave
Las Vegas, NV 89148

Noel & Carina Mateo
Attn: Bankruptcy Desk/Managing Agent
20912 Raintree Ln
Trabuco Canyon, CA 92679

Noel & Carina Mateo
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 108
Las Vegas, NV 89113

Noel & Marina Ignacio
Attn: Bankruptcy Desk/Managing Agent
295 Blackstone River Ave
Las Vegas, NV 89148

Noel & Sylvie Coia
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 208
Las Vegas, NV 89113

Noel & Sylvie Coia
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Noel Coia
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 205
Las Vegas, NV 89113

Noel Coia
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Noel Maramba
Attn: Bankruptcy Desk/Managing Agent
23031 Mission Dr
Carson, CA 90745

Noel Maramba
Attn: Bankruptcy Desk/Managing Agent
9689 Kampsville Ave
Las Vegas, NV 89148

Noemi Andro-Vasko
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 107
Las Vegas, NV 89113

Noi Hoang
Attn: Bankruptcy Desk/Managing Agent
365 Dog Leg Dr
Las Vegas, NV 89148

Nolan Family
Attn: Bankruptcy Desk/Managing Agent
253 Lakewood Garden Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Nora & John Kuder
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 202
Las Vegas, NV 89113

Nora Lanting
Attn: Bankruptcy Desk/Managing Agent
296 Dog Leg Dr
Las Vegas, NV 89148

Nora Lanting
Attn: Bankruptcy Desk/Managing Agent
4830 Agnes Ave
Temple City, CA 91780

Norair Antonyan
Attn: Bankruptcy Desk/Managing Agent
325 Blackstone River Ave
Las Vegas, NV 89148

Norair Antonyan
Attn: Bankruptcy Desk/Managing Agent
6463 Gilson Ave
N Hollywood, CA 91606

Norma Gigante
Attn: Bankruptcy Desk/Managing Agent
1725 E Woodridge Cir
West Covina, CA 91792

Norma Gigante
Attn: Bankruptcy Desk/Managing Agent
476 Center Green Dr
Las Vegas, NV 89148

Norman & Maysie Mendiola
Attn: Bankruptcy Desk/Managing Agent
6761 Prairie Clover St
Las Vegas, NV 89148

Novak Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 306
Las Vegas, NV 89113

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
9611 N. 16th Ave.
Phoenix, AZ 85021-2126

Nugent Family
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 313
Las Vegas, NV 89113

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue Suite J1-J3
Costa Mesa, CA 92626

Nuzhat Bukhari
Attn: Bankruptcy Desk/Managing Agent
9686 Waukegan Ave
Las Vegas, NV 89148

NV Energy
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno NV 89520-3086

O R A W A LLC
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 210
Las Vegas, NV 89113

O R A W A LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1157
Las Vegas, NV 89148

O R A W A LLC
Attn: Bankruptcy Desk/Managing Agent
9101 W Sahara Ave # 105-F28
Las Vegas, NV 89117

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
4616 W. Sahara Ave Pmb 178
Las Vegas, NV 89102

Odyssey Consulting
Attn: Bankruptcy Desk/Managing Agent
7804 Arden Grove St
Las Vegas NV 89113

Ofelia & Nestor Viloria
Attn: Bankruptcy Desk/Managing Agent
115 Short Ruff Way
Las Vegas, NV 89148

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

OFFSITE DEVELOPMENT INC
Attn: Bankruptcy Desk/Managing Agent
4700 Copper Sage St
Suite C
Las Vegas NV 89115

Okada Family
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 110
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Okada Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 1175
Kaïlua Kona, HI 96745

Oleg Baklanov
Attn: Bankruptcy Desk/Managing Agent
371 Tayman Park Ave
Las Vegas, NV 89148

Oleksandr Pylypenko
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 306
Las Vegas, NV 89113

Oleksiy Mogylnyy
Attn: Bankruptcy Desk/Managing Agent
287 Dog Leg Dr
Las Vegas, NV 89148

Oleron & Theresa Pascual
Attn: Bankruptcy Desk/Managing Agent
10241 Deerfield Ln
Northridge, CA 91324

Oleron & Theresa Pascual
Attn: Bankruptcy Desk/Managing Agent
93 Tall Ruff Dr
Las Vegas, NV 89148

Olga Albicki
Attn: Bankruptcy Desk/Managing Agent
333 Sea Rim Ave
Las Vegas, NV 89148

Olga Evdokimova
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 218
Las Vegas, NV 89113

Olguin & Lona Moreno
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 212
Las Vegas, NV 89113

Olivar Family
Attn: Bankruptcy Desk/Managing Agent
1511 Maxwell Ln
Vista, CA 92084

Olivar Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2038
Las Vegas, NV 89148

Olivia Pan
Attn: Bankruptcy Desk/Managing Agent
1031 Ximeno Ave
Long Beach, CA 90804

Olivia Pan
Attn: Bankruptcy Desk/Managing Agent
294 Fringe Ruff Dr
Las Vegas, NV 89148

Olivia Yabut
Attn: Bankruptcy Desk/Managing Agent
599 Newberry Springs Dr
Las Vegas, NV 89148

Omar & Martha Molina
Attn: Bankruptcy Desk/Managing Agent
216 Crooked Tree Dr
Las Vegas, NV 89148

Omer Zaheer
Attn: Bankruptcy Desk/Managing Agent
1017 Ocean Ave Apt B
Santa Monica, CA 90403

Omer Zaheer
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1130
Las Vegas, NV 89148

One Community
Attn: Bankruptcy Desk/Managing Agent
2699 N Tenaya Way
Las Vegas, NV 89128

One Community
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2100
Las Vegas, NV 89148

Oralia Molinero
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 203
Las Vegas, NV 89113

Oren Adani
Attn: Bankruptcy Desk/Managing Agent
9652 Valmeyer Ave
Las Vegas, NV 89148

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
5740 Arville St Suite 201
Las Vegas NV 89118

Orly Hayon
Attn: Bankruptcy Desk/Managing Agent
6804 Rose Mallow St
Las Vegas, NV 89148

Oro Family
Attn: Bankruptcy Desk/Managing Agent
205 Hickory Heights Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                                 Served 4/17/2009

Ortaliza Family
Attn: Bankruptcy Desk/Managing Agent
141 Rancho Maria St
Las Vegas, NV 89148

Oscar & Helen Nicolas
Attn: Bankruptcy Desk/Managing Agent
283 Crooked Tree Dr
Las Vegas, NV 89148

Oscar Parel
Attn: Bankruptcy Desk/Managing Agent
141 Tall Ruff Dr
Las Vegas, NV 89148

Oscar Parel
Attn: Bankruptcy Desk/Managing Agent
4561 Tara Dr
Encino, CA 91436

Oswaldo & Cecilia Cachola
Attn: Bankruptcy Desk/Managing Agent
9718 Dieterich Ave
Las Vegas, NV 89148

Oswaldo & Cecilia Cachola
Attn: Bankruptcy Desk/Managing Agent
PO Box 612701
San Jose, CA 95161

Otto Family
Attn: Bankruptcy Desk/Managing Agent
321 Arbour Garden Ave
Las Vegas, NV 89148

Oumer Kass
Attn: Bankruptcy Desk/Managing Agent
9762 Kampsville Ave
Las Vegas, NV 89148

Paculdo Family
Attn: Bankruptcy Desk/Managing Agent
254 Lenape Heights Ave
Las Vegas, NV 89148

Paculdo Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 1489
Huntington Beach, CA 92647

Padawang Family
Attn: Bankruptcy Desk/Managing Agent
281 Rusty Plank Ave
Las Vegas, NV 89148

Padawang Family
Attn: Bankruptcy Desk/Managing Agent
731 Castlerea Ln
Des Plaines, IL 60016

Pain Family
Attn: Bankruptcy Desk/Managing Agent
192 Pocono Manor Ct
Las Vegas, NV 89148

Palmer Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
1412 Western Ave.
Las Vegas, NV 89102

Pamela Nichol
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 310
Las Vegas, NV 89113

Pammy P P P Inc
Attn: Bankruptcy Desk/Managing Agent
286 Blackstone River Ave
Las Vegas, NV 89148

Pammy P P P Inc
Attn: Bankruptcy Desk/Managing Agent
293 Lakewood Garden Dr
Las Vegas, NV 89148

Pammy P P P Inc
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

Paradigm Engineering
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 676049
Dallas, TX 75267-6049

Paredes Family
Attn: Bankruptcy Desk/Managing Agent
152 Cascade Lake St
Las Vegas, NV 89148

Paredes Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 4405
Chatsworth, CA 91313

Park Cockerill
Attn: Bankruptcy Desk/Managing Agent
3408 Markridge Rd
La Crescenta, CA 91214

Park Cockerill
Attn: Bankruptcy Desk/Managing Agent
415 Foster Springs Rd
Las Vegas, NV 89148

Parker Family
Attn: Bankruptcy Desk/Managing Agent
47 Broken Putter Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Parker Family
Attn: Bankruptcy Desk/Managing Agent
509 NE 196th Ave
Camas, WA 98607

Parmenter Family
Attn: Bankruptcy Desk/Managing Agent
21 Ocean Harbour Ln
Las Vegas, NV 89148

Parminder & Paul Janda
Attn: Bankruptcy Desk/Managing Agent
140 Crooked Putter Dr
Las Vegas, NV 89148

Parminder & Paul Janda
Attn: Bankruptcy Desk/Managing Agent
521 E Sherherd Ave
Fresno, CA 93720

Parraguirre Family
Attn: Bankruptcy Desk/Managing Agent
63 Arcadian Shores St
Las Vegas, NV 89148

Pat Davies
Attn: Bankruptcy Desk/Managing Agent
2300 Iron Point Rd Apt 2022
Folsom, CA 95630

Pat Davies
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 314
Las Vegas, NV 89113

Pat Decarbo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2069
Las Vegas, NV 89148

Paterno & Merlinda Trias
Attn: Bankruptcy Desk/Managing Agent
498 N Abbott Ave
Milpitas, CA 95035

Paterno & Merlinda Trias
Attn: Bankruptcy Desk/Managing Agent
586 Newberry Springs Dr
Las Vegas, NV 89148

Patrice Edwards
Attn: Bankruptcy Desk/Managing Agent
297 Fairway Woods Dr
Las Vegas, NV 89148

Patrice Edwards
Attn: Bankruptcy Desk/Managing Agent
9601 Soquel Dr
Aptos, CA 95003

Patricia Eyster
Attn: Bankruptcy Desk/Managing Agent
25582 Starboard Dr
Dana Point, CA 92629

Patricia Eyster
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 203
Las Vegas, NV 89113

Patricia Frankola
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 204
Las Vegas, NV 89113

Patricia Hinds
Attn: Bankruptcy Desk/Managing Agent
289 Falcons Fire Ave
Las Vegas, NV 89148

Patricia Pena
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 213
Las Vegas, NV 89113

Patricia Renna
Attn: Bankruptcy Desk/Managing Agent
102 Rancho Maria St
Las Vegas, NV 89148

Patricia Saunders
Attn: Bankruptcy Desk/Managing Agent
140 Dog Leg Dr
Las Vegas, NV 89148

Patricia Sharp
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 108
Las Vegas, NV 89113

Patricia Shutt
Attn: Bankruptcy Desk/Managing Agent
190 Lenape Heights Ave
Las Vegas, NV 89148

Patrick & Diane Powell
Attn: Bankruptcy Desk/Managing Agent
188 Rusty Plank Ave
Las Vegas, NV 89148

Patrick & May Smith
Attn: Bankruptcy Desk/Managing Agent
602 Newberry Springs Dr
Las Vegas, NV 89148

Patrick & Sarah Oreilly
Attn: Bankruptcy Desk/Managing Agent
13683 Woodcock Ave
Sylmar, CA 91342

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Patrick & Sarah Oreilly
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1046
Las Vegas, NV 89148

Patrick Avakian
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 113
Las Vegas, NV 89113

Patrick Avakian
Attn: Bankruptcy Desk/Managing Agent
936 N Howard St
Glendale, CA 91207

Patrick Bergsrud
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 201
Las Vegas, NV 89113

Patrick Cheng
Attn: Bankruptcy Desk/Managing Agent
162 Duck Hollow Ave
Las Vegas, NV 89148

Patrick Cheng
Attn: Bankruptcy Desk/Managing Agent
7208 Royal Melbourne Dr
Las Vegas, NV 89131

Patrick Ferry
Attn: Bankruptcy Desk/Managing Agent
245 Fairway Woods Dr
Las Vegas, NV 89148

Patrick Kelly
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 313
Las Vegas, NV 89113

Patrick Kelly
Attn: Bankruptcy Desk/Managing Agent
PO Box 6990
Hilo, HI 96720

Patrick Patterson
Attn: Bankruptcy Desk/Managing Agent
73 Daisy Springs Ct
Las Vegas, NV 89148

Patrick Patterson
Attn: Bankruptcy Desk/Managing Agent
91-1048 Kaiau Ave # 16H
Kapolei, HI 96707

Patrick Rush
Attn: Bankruptcy Desk/Managing Agent
335 Blackstone River Ave
Las Vegas, NV 89148

Patrick Ziade
Attn: Bankruptcy Desk/Managing Agent
9683 Kampsville Ave
Las Vegas, NV 89148

Patrick Ziade
Attn: Bankruptcy Desk/Managing Agent
9746 Valmeyer Ave
Las Vegas, NV 89148

Patrina Lee
Attn: Bankruptcy Desk/Managing Agent
151 Tayman Park Ave
Las Vegas, NV 89148

Patrina Lee
Attn: Bankruptcy Desk/Managing Agent
331 Forest Park Ct
Pacifica, CA 94044

Paul & Deborah Hayes
Attn: Bankruptcy Desk/Managing Agent
9724 Dieterich Ave
Las Vegas, NV 89148

Paul & Deborah Owens
Attn: Bankruptcy Desk/Managing Agent
13929 Blackbeard Dr
Corpus Christi, TX 78418

Paul & Deborah Owens
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 313
Las Vegas, NV 89113

Paul & Kimberly Lipkin
Attn: Bankruptcy Desk/Managing Agent
115 Manor Dr
Piedmont, CA 94611

Paul & Kimberly Lipkin
Attn: Bankruptcy Desk/Managing Agent
396 Hidden Hole Dr
Las Vegas, NV 89148

Paul & Kyung Arusell
Attn: Bankruptcy Desk/Managing Agent
185 Short Ruff Way
Las Vegas, NV 89148

Paul & Prudence Baluyot
Attn: Bankruptcy Desk/Managing Agent
196 Lenape Heights Ave
Las Vegas, NV 89148

Paul & Prudence Baluyot
Attn: Bankruptcy Desk/Managing Agent
241 Marcella Way
Millbrae, CA 94030

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Paul & Rita Olson
Attn: Bankruptcy Desk/Managing Agent
221 Cliff Valley Dr
Las Vegas, NV 89148

Paul & Vivianne Niemela
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 313
Las Vegas, NV 89113

Paul & Wanda Murray
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 106
Las Vegas, NV 89113

Paul Barulich
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2114
Las Vegas, NV 89148

Paul Bendigo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2150
Las Vegas, NV 89148

Paul Butz
Attn: Bankruptcy Desk/Managing Agent
9684 Valmeyer Ave
Las Vegas, NV 89148

Paul Elliott
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 302
Las Vegas, NV 89113

Paul Felix
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 304
Las Vegas, NV 89113

Paul Hornikx
Attn: Bankruptcy Desk/Managing Agent
25314 SE 36th Ct
Issaquah, WA 98029

Paul Hornikx
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2134
Las Vegas, NV 89148

Paul Maciejewski
Attn: Bankruptcy Desk/Managing Agent
279 Fairway Woods Dr
Las Vegas, NV 89148

Paul Morway
Attn: Bankruptcy Desk/Managing Agent
44030 Pinto Creek Cir
Indian Wells, CA 92210

Paul Morway
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2090
Las Vegas, NV 89148

Paul Rosen
Attn: Bankruptcy Desk/Managing Agent
208 Rusty Plank Ave
Las Vegas, NV 89148

Paul Weiland
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 309
Las Vegas, NV 89113

Paul Williams
Attn: Bankruptcy Desk/Managing Agent
650 Newberry Springs Dr
Las Vegas, NV 89148

Paula Forry
Attn: Bankruptcy Desk/Managing Agent
369 Falcons Fire Ave
Las Vegas, NV 89148

Paula Holmwood
Attn: Bankruptcy Desk/Managing Agent
241 Fairway Woods Dr
Las Vegas, NV 89148

Paula Solimini
Attn: Bankruptcy Desk/Managing Agent
217 Brett Cir Unit B
Wauconda, IL 60084

Paula Solimini
Attn: Bankruptcy Desk/Managing Agent
350 Falcons Fire Ave
Las Vegas, NV 89148

Pauline Novak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2047
Las Vegas, NV 89148

Peariso-chiodini Family
Attn: Bankruptcy Desk/Managing Agent
151 Cliff Valley Dr
Las Vegas, NV 89148

Pearl & Rolando Bayot
Attn: Bankruptcy Desk/Managing Agent
340 Lakewood Garden Dr
Las Vegas, NV 89148

Pearl Neal
Attn: Bankruptcy Desk/Managing Agent
237 Palm Trace Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                                    Served 4/17/2009

Pedro & Modesta Mallari
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1077
Las Vegas, NV 89148

Pedro & Teresita Lacap
Attn: Bankruptcy Desk/Managing Agent
105 Sunset Bay St
Las Vegas, NV 89148

Pei Lee
Attn: Bankruptcy Desk/Managing Agent
18571 Nottingham Ln
Rowland Heights, CA 91748

Pei Lee
Attn: Bankruptcy Desk/Managing Agent
67 Back Spin Ct
Las Vegas, NV 89148

Peilai Qian
Attn: Bankruptcy Desk/Managing Agent
269 Falcons Fire Ave
Las Vegas, NV 89148

Penelope Raety
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 209
Las Vegas, NV 89113

Performance Plus Engineering
Attn: Bankruptcy Desk/Managing Agent
27740 Jefferson Ave #320
Temucula, CA 92590

Perlman Architects, Inc.
Attn: Bankruptcy Desk/Managing Agent
2230 Corporate Circle Ste 290
Henderson NV  89074

Perry Family
Attn: Bankruptcy Desk/Managing Agent
2049 Century Park E Ste 2500
Los Angeles, CA 90067

Perry Family
Attn: Bankruptcy Desk/Managing Agent
71 Rock Run St
Las Vegas, NV 89148

Peter & Angelee Bobeck
Attn: Bankruptcy Desk/Managing Agent
2312 Ladue Ln
Fort Wayne, IN 46804

Peter & Angelee Bobeck
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2117
Las Vegas, NV 89148

Peter & Dolores Reicher
Attn: Bankruptcy Desk/Managing Agent
36765 Melbourne Dr
Sterling Heights, MI 48312

Peter & Dolores Reicher
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1030
Las Vegas, NV 89148

Peter & Michelle Nowicki
Attn: Bankruptcy Desk/Managing Agent
244 Dog Leg Dr
Las Vegas, NV 89148

Peter & Nancy Pham
Attn: Bankruptcy Desk/Managing Agent
121 Quail Valley St
Las Vegas, NV 89148

Peter & Soona Tabuntschikow
Attn: Bankruptcy Desk/Managing Agent
9771 Waukegan Ave
Las Vegas, NV 89148

Peter & Soona Tabuntschikow
Attn: Bankruptcy Desk/Managing Agent
PO Box 1829
Blaine, WA 98231

Peter Choi
Attn: Bankruptcy Desk/Managing Agent
182 Crooked Putter Dr
Las Vegas, NV 89148

Peter Ko
Attn: Bankruptcy Desk/Managing Agent
2084 Savannah River St
Henderson, NV 89044

Peter Ko
Attn: Bankruptcy Desk/Managing Agent
286 Ladies Tee Ct
Las Vegas, NV 89148

Peter Kung
Attn: Bankruptcy Desk/Managing Agent
108 Carl St
San Francisco, CA 94117

Peter Kung
Attn: Bankruptcy Desk/Managing Agent
152 Crooked Putter Dr
Las Vegas, NV 89148

Peter Luk
Attn: Bankruptcy Desk/Managing Agent
9680 Ziegler Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Peter Nguyen
Attn: Bankruptcy Desk/Managing Agent
1261 Thornbury Ln
San Jose, CA 95138

Peter Nguyen
Attn: Bankruptcy Desk/Managing Agent
9740 Waukegan Ave
Las Vegas, NV 89148

Peter Rapone
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 109
Las Vegas, NV 89113

Peter Rho
Attn: Bankruptcy Desk/Managing Agent
196 Dog Leg Dr
Las Vegas, NV 89148

Peter Tomaino
Attn: Bankruptcy Desk/Managing Agent
227 Clay St
Reno, NV 89501

Peter Tomaino
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 311
Las Vegas, NV 89113

Peter Wetherall
Attn: Bankruptcy Desk/Managing Agent
311 Arbour Garden Ave
Las Vegas, NV 89148

Phase One Consulting Eng
Attn: Bankruptcy Desk/Managing Agent
6136 Cottontail Cove Street
Las Vegas, NV 89130

Phi & Christine Sun
Attn: Bankruptcy Desk/Managing Agent
242 Rolling Springs Dr
Las Vegas, NV 89148

Phi & Christine Sun
Attn: Bankruptcy Desk/Managing Agent
3350 Harrison St Apt 217
Kingman, AZ 86409

Phil & Joe Su
Attn: Bankruptcy Desk/Managing Agent
200 Crooked Putter Dr
Las Vegas, NV 89148

Phil & Joe Su
Attn: Bankruptcy Desk/Managing Agent
280 Fringe Ruff Dr
Las Vegas, NV 89148

Phil & Yeechin Liao
Attn: Bankruptcy Desk/Managing Agent
12 Cascade Lake St
Las Vegas, NV 89148

Phil Deoferio
Attn: Bankruptcy Desk/Managing Agent
175 Real Long Way
Las Vegas, NV 89148

Philip & Amanda Fleming
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2157
Las Vegas, NV 89148

Philip & Juliette Franklin
Attn: Bankruptcy Desk/Managing Agent
212 Angels Trace Ct
Las Vegas, NV 89148

Philip Marrow
Attn: Bankruptcy Desk/Managing Agent
1480 Thrush Ave Apt 36
San Leandro, CA 94578

Philip Marrow
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 208
Las Vegas, NV 89113

Philippe Ziade
Attn: Bankruptcy Desk/Managing Agent
9746 Valmeyer Ave
Las Vegas, NV 89148

Phillip & Margaret Swain
Attn: Bankruptcy Desk/Managing Agent
6711 Gold Yarrow St
Las Vegas, NV 89148

Phillip & Terri Fontenelle
Attn: Bankruptcy Desk/Managing Agent
10693 Bonchester Hill St
Las Vegas, NV 89141

Phillip & Terri Fontenelle
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 209
Las Vegas, NV 89113

Phillip Campagna
Attn: Bankruptcy Desk/Managing Agent
11621 Longhirst Hall Ln
Las Vegas, NV 89138

Phillip Campagna
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 311
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Philip Pineda
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 313
Las Vegas, NV 89113

Phillips Family
Attn: Bankruptcy Desk/Managing Agent
363 Selkirk Dr
Corona, CA 92881

Phillips Family
Attn: Bankruptcy Desk/Managing Agent
371 Grandover Ct
Las Vegas, NV 89148

Phineas Family
Attn: Bankruptcy Desk/Managing Agent
307 W Sandison St
Wilmington, CA 90744

Phineas Family
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 110
Las Vegas, NV 89113

Phu Duong
Attn: Bankruptcy Desk/Managing Agent
356 Dog Leg Dr
Las Vegas, NV 89148

Phu Duong
Attn: Bankruptcy Desk/Managing Agent
8612 W 72nd Ter
Overland Park, KS 66204

Picornell Family
Attn: Bankruptcy Desk/Managing Agent
18 Winsor Ct
Sayreville, NJ 08872

Picornell Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1164
Las Vegas, NV 89148

Pilar Temoche
Attn: Bankruptcy Desk/Managing Agent
45 Chateau Whistler Ct
Las Vegas, NV 89148

Pina Martorana
Attn: Bankruptcy Desk/Managing Agent
51 Dogwood Hills St
Las Vegas, NV 89148

Pinetree Enterprise Inc
Attn: Bankruptcy Desk/Managing Agent
563 Newberry Springs Dr
Las Vegas, NV 89148

Pinetree Enterprise Inc
Attn: Bankruptcy Desk/Managing Agent
575 Newberry Springs Dr
Las Vegas, NV 89148

Pinetree Enterprise Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 16665
Irvine, CA 92623

Ping Fang
Attn: Bankruptcy Desk/Managing Agent
275 Spring Hollow Dr
Las Vegas, NV 89148

Ping Ge
Attn: Bankruptcy Desk/Managing Agent
710 Cayman Ln
Foster City, CA 94404

Ping Ge
Attn: Bankruptcy Desk/Managing Agent
78 Back Spin Ct
Las Vegas, NV 89148

Ping Ni
Attn: Bankruptcy Desk/Managing Agent
9667 Waukegan Ave
Las Vegas, NV 89148

Pioneer Overhead Door
Attn: Bankruptcy Desk/Managing Agent
4046 West Ponerosa Way
Las Vegas NV 89118-8794

Player Lane Properties LLC
Attn: Bankruptcy Desk/Managing Agent
17821 17th St Ste 193
Tustin, CA 92780

Player Lane Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 207
Las Vegas, NV 89113

Po & Carol Wong
Attn: Bankruptcy Desk/Managing Agent
253 Crooked Putter Dr
Las Vegas, NV 89148

Poll Ngo
Attn: Bankruptcy Desk/Managing Agent
18 Celestine Cir
Ladera Ranch, CA 92694

Poll Ngo
Attn: Bankruptcy Desk/Managing Agent
9286 Bearded Iris Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Pouya Mohajer
Attn: Bankruptcy Desk/Managing Agent
144 Wicked Wedge Way
Las Vegas, NV 89148

Prashant & Rupali Gupte
Attn: Bankruptcy Desk/Managing Agent
161 Tayman Park Ave
Las Vegas, NV 89148

Priscilla Lao
Attn: Bankruptcy Desk/Managing Agent
330 Fringe Ruff Dr
Las Vegas, NV 89148

Priscilla Lao
Attn: Bankruptcy Desk/Managing Agent
446 25th Ave Apt 2
San Francisco, CA 94121

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
194 Wicked Wedge Way
Las Vegas, NV 89148

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
235 Fairway Woods Dr
Las Vegas, NV 89148

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
299 Fringe Ruff Dr
Las Vegas, NV 89148

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
34 Cobbs Creek Way
Las Vegas, NV 89148

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
59 Big Creek Ct
Las Vegas, NV 89148

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
83 Broken Putter Way
Las Vegas, NV 89148

Props By Chefs LLC
Attn: Bankruptcy Desk/Managing Agent
1417 Romanesca Dr
Henderson, NV 89052

Props By Chefs LLC
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 310
Las Vegas, NV 89113

Prus Family
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 102
Las Vegas, NV 89113

Pyrenees Investments 3 LLC
Attn: Bankruptcy Desk/Managing Agent
106 Cassia Way
Henderson, NV 89014

Pyrenees Investments 3 LLC
Attn: Bankruptcy Desk/Managing Agent
6833 Scarlet Flax St
Las Vegas, NV 89148

Quality Wood Products
Attn: Bankruptcy Desk/Managing Agent
3001 N. Nellis
Las Vegas NV 89115

Quick Crete Products Crp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 639
Norco CA 92860-0639

Quinncie & Khanh Do
Attn: Bankruptcy Desk/Managing Agent
434 Hidden Hole Dr
Las Vegas, NV 89148

Quinncie & Khanh Do
Attn: Bankruptcy Desk/Managing Agent
PO Box 769
Rosemead, CA 91770

Qun Huang
Attn: Bankruptcy Desk/Managing Agent
133 Quail Valley St
Las Vegas, NV 89148

R Brian Roces
Attn: Bankruptcy Desk/Managing Agent
7173 Durango St
Las Vegas, NV 89120

R Brian Roces
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 313
Las Vegas, NV 89113

R F 2 Investments LLC
Attn: Bankruptcy Desk/Managing Agent
9697 Dieterich Ave
Las Vegas, NV 89148

R F 2 Investments LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 400686
Las Vegas, NV 89140

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

R Family
Attn: Bankruptcy Desk/Managing Agent
271 Cliff Valley Dr
Las Vegas, NV 89148

R Family
Attn: Bankruptcy Desk/Managing Agent
6257 Mighty Flotilla Ave
Las Vegas, NV 89139

R Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2123
Las Vegas, NV 89148

R K Properties LLC
Attn: Bankruptcy Desk/Managing Agent
2920 S Rainbow Blvd Ste 130
Las Vegas, NV 89146

R K Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1117
Las Vegas, NV 89148

R P L Consulting Group LLC
Attn: Bankruptcy Desk/Managing Agent
193 Real Long Way
Las Vegas, NV 89148

R P L Consulting Group LLC
Attn: Bankruptcy Desk/Managing Agent
256 N Racetrack Rd
Henderson, NV 89015

R Ranch Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
182 Sandy Bunker Ln
Las Vegas, NV 89148

R Ranch Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
531 Towne Ave
Los Angeles, CA 90013

Rachel & Song Ngo
Attn: Bankruptcy Desk/Managing Agent
157 Short Ruff Way
Las Vegas, NV 89148

Rafael & Christian Vidal
Attn: Bankruptcy Desk/Managing Agent
551 Newberry Springs Dr
Las Vegas, NV 89148

Rafael & Elsa Alaban
Attn: Bankruptcy Desk/Managing Agent
2804 Fresno St
Santa Clara, CA 95051

Rafael & Elsa Alaban
Attn: Bankruptcy Desk/Managing Agent
293 Fringe Ruff Dr
Las Vegas, NV 89148

Rafael Serrano
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 205
Las Vegas, NV 89113

Rajinder Bajwa
Attn: Bankruptcy Desk/Managing Agent
3247 Vintage Oaks Ct
San Jose, CA 95148

Rajinder Bajwa
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1175
Las Vegas, NV 89148

Ralph & Alice Zanfardino
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1178
Las Vegas, NV 89148

Ralph & Pearl Perry
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 105
Las Vegas, NV 89113

Ralph Waroe
Attn: Bankruptcy Desk/Managing Agent
3558 Procyon St
Las Vegas, NV 89103

Ralph Waroe
Attn: Bankruptcy Desk/Managing Agent
54 Suklly Creek Ct
Las Vegas, NV 89148

Ralph Waroe
Attn: Bankruptcy Desk/Managing Agent
54 Sully Creek Ct
Las Vegas, NV 89148

Ralph Waroe
Attn: Bankruptcy Desk/Managing Agent
9782 Valmeyer Ave
Las Vegas, NV 89148

Raman Kapur
Attn: Bankruptcy Desk/Managing Agent
470 Sierra Ave
Mountain View, CA 94041

Raman Kapur
Attn: Bankruptcy Desk/Managing Agent
9755 Waukegan Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                        Served 4/17/2009

Rami & Bonnie Avischai
Attn: Bankruptcy Desk/Managing Agent
8665 Martinique Bay Ln
Las Vegas, NV 89147

Rami & Bonnie Avischai
Attn: Bankruptcy Desk/Managing Agent
9748 Waukegan Ave
Las Vegas, NV 89148

Rami & Bonnie Avischai
Attn: Bankruptcy Desk/Managing Agent
9758 Marcelline Ave
Las Vegas, NV 89148

Ramiel & Elsie Gutierrez
Attn: Bankruptcy Desk/Managing Agent
28 Nelson Ct
Daly City, CA 94015

Ramiel & Elsie Gutierrez
Attn: Bankruptcy Desk/Managing Agent
397 First On Dr
Las Vegas, NV 89148

Ramon & Lydia Dy-Ragos
Attn: Bankruptcy Desk/Managing Agent
276 Soggy Ruff Way
Las Vegas, NV 89148

Ramon & Lydia Dy-Ragos
Attn: Bankruptcy Desk/Managing Agent
4411 Alexis Dr
Las Vegas, NV 89103

Ramon Nakhla
Attn: Bankruptcy Desk/Managing Agent
9796 Waukegan Ave
Las Vegas, NV 89148

Ramon Sanchez
Attn: Bankruptcy Desk/Managing Agent
162 Wicked Wedge Way
Las Vegas, NV 89148

Ramoncito & Socorro Formoso
Attn: Bankruptcy Desk/Managing Agent
187 Crooked Putter Dr
Las Vegas, NV 89148

Ranch Rhodes
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

Ranch Rhodes
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2110
Las Vegas, NV 89148

Randall & Anita Warren
Attn: Bankruptcy Desk/Managing Agent
2368 Pieper Ln
Tustin, CA 92782

Randall & Anita Warren
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 213
Las Vegas, NV 89113

Randall & Brooke Reed
Attn: Bankruptcy Desk/Managing Agent
69 Dixie Springs Ct
Las Vegas, NV 89148

Randle Walther
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2158
Las Vegas, NV 89148

Randy & Wesley Marx
Attn: Bankruptcy Desk/Managing Agent
145 Wicked Wedge Way
Las Vegas, NV 89148

Randy Broussard
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1063
Las Vegas, NV 89148

Raul & Rina Martinez
Attn: Bankruptcy Desk/Managing Agent
574 Foster Springs Rd
Las Vegas, NV 89148

Ray & Iklas Dimaya
Attn: Bankruptcy Desk/Managing Agent
524 Halloran Springs Rd
Las Vegas, NV 89148

Ray & Iklas Dimaya
Attn: Bankruptcy Desk/Managing Agent
5804 Mustang Dr
Simi Valley, CA 93063

Ray Debrouwer
Attn: Bankruptcy Desk/Managing Agent
9286 Dames Rocket Pl
Las Vegas, NV 89148

Ray Debrouwer
Attn: Bankruptcy Desk/Managing Agent
9705 Washburn Rd
Downey, CA 90241

Ray Laymon
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 208
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                          Served 4/17/2009

Raymon Falzone
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 202
Las Vegas, NV 89113

Raymond & Lynn Torres
Attn: Bankruptcy Desk/Managing Agent
1818 Saint Charles St
Alameda, CA 94501

Raymond & Lynn Torres
Attn: Bankruptcy Desk/Managing Agent
267 Crooked Tree Dr
Las Vegas, NV 89148

Raymond & Marie Collins
Attn: Bankruptcy Desk/Managing Agent
130 Chestnut St
Camden, ME 04843

Raymond & Marie Collins
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2016
Las Vegas, NV 89148

Raymond & Patricia Danton
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 312
Las Vegas, NV 89113

Raymond & Patricia Danton
Attn: Bankruptcy Desk/Managing Agent
75 Pacific Dr
Port Macquarie NSW 2444
Australia

Raymond Cortenbach
Attn: Bankruptcy Desk/Managing Agent
10620 Southern Highlands Pkwy
Las Vegas, NV 89141

Raymond Cortenbach
Attn: Bankruptcy Desk/Managing Agent
221 Tayman Park Ave
Las Vegas, NV 89148

Raymond Vanco
Attn: Bankruptcy Desk/Managing Agent
13642 Birchbark Ct
Orland Park, IL 60462

Raymond Vanco
Attn: Bankruptcy Desk/Managing Agent
9280 Dames Rocket Pl
Las Vegas, NV 89148

Raymund Eusebio
Attn: Bankruptcy Desk/Managing Agent
308 Palm Trace Ave
Las Vegas, NV 89148

Raz & Ayelet Blit
Attn: Bankruptcy Desk/Managing Agent
6849 Baby Jade Ct
Las Vegas, NV 89148

Razmic & Elda Setaghaian
Attn: Bankruptcy Desk/Managing Agent
700 Roselli St
Burbank, CA 91501

Razmic & Elda Setaghaian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1054
Las Vegas, NV 89148

RCR Plumbing & Mechanical Inc.
Attn: Bankruptcy Desk/Managing Agent
5165 Schrills
Las Vegas, NV 89118

Rebecca & Domingo Misa
Attn: Bankruptcy Desk/Managing Agent
15105 Matisse Cir
La Mirada, CA 90638

Rebecca & Domingo Misa
Attn: Bankruptcy Desk/Managing Agent
61 Dixie Springs Ct
Las Vegas, NV 89148

Rebecca Gober
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 113
Las Vegas, NV 89113

Rebecca Gober
Attn: Bankruptcy Desk/Managing Agent
Psc 94 Box 1301
APO, AE 09824

Rebecca Sanchez
Attn: Bankruptcy Desk/Managing Agent
411 S Virgil Ave Apt 202
Los Angeles, CA 90020

Rebecca Sanchez
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1085
Las Vegas, NV 89148

Recio Family
Attn: Bankruptcy Desk/Managing Agent
63 Dogwood Hills St
Las Vegas, NV 89148

Red Rock Mechanical, LLC
Attn: Bankruptcy Desk/Managing Agent
6311 Dean Martin Dr.
Las Vegas NV 89118

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Red Rose Roofing
Attn: Bankruptcy Desk/Managing Agent
4530 N. Walnut Rd.
N. Las Vegas NV 89081

Reel Sound
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest, Suite P
Henderson NV 89074

Reese Family
Attn: Bankruptcy Desk/Managing Agent
6815 Scarlet Flax St
Las Vegas, NV 89148

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

Reezwan Dossa
Attn: Bankruptcy Desk/Managing Agent
429 Center Green Dr
Las Vegas, NV 89148

Reghis Romero
Attn: Bankruptcy Desk/Managing Agent
482 First On Dr
Las Vegas, NV 89148

Reghis Romero
Attn: Bankruptcy Desk/Managing Agent
7931 Long Beach St
Las Vegas, NV 89139

Regina Edwards
Attn: Bankruptcy Desk/Managing Agent
235 Crooked Putter Dr
Las Vegas, NV 89148

Reid & Jennifer Glaser
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 212
Las Vegas, NV 89113

Reid & Jennifer Glaser
Attn: Bankruptcy Desk/Managing Agent
PO Box 566
Vista, CA 92085

Reid Forman
Attn: Bankruptcy Desk/Managing Agent
202 Rusty Plank Ave
Las Vegas, NV 89148

Reiji Serratore
Attn: Bankruptcy Desk/Managing Agent
9 Tall Ruff Dr
Las Vegas, NV 89148

Reiji Serratore
Attn: Bankruptcy Desk/Managing Agent
9333 W Sunset Rd
Las Vegas, NV 89148

Reis Family
Attn: Bankruptcy Desk/Managing Agent
2082 Catalina Blvd
San Diego, CA 92107

Reis Family
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 204
Las Vegas, NV 89113

Rena Bellinger
Attn: Bankruptcy Desk/Managing Agent
259 Crooked Putter Dr
Las Vegas, NV 89148

Renee Borba
Attn: Bankruptcy Desk/Managing Agent
6696 Keyesport Ct
Las Vegas, NV 89148

Renee Rapisura
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 310
Las Vegas, NV 89113

Renita & Vernon Carter
Attn: Bankruptcy Desk/Managing Agent
9259 Orchid Pansy Ave
Las Vegas, NV 89148

Renzo & Lorie Marini
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 209
Las Vegas, NV 89113

Republic Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 78040
Phoenix AZ 85062-8040

Reuben & Norma Flores
Attn: Bankruptcy Desk/Managing Agent
37 Pine Grove Dr
Nelsonville, OH 45764

Reuben & Norma Flores
Attn: Bankruptcy Desk/Managing Agent
410 Center Green Dr
Las Vegas, NV 89148

Reylen Bangoy
Attn: Bankruptcy Desk/Managing Agent
1859 Canton Dr
Milpitas, CA 95035

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Reylen Bangoy
Attn: Bankruptcy Desk/Managing Agent
252 Crooked Tree Dr
Las Vegas, NV 89148

Reynaldo & Perlita Cabusas
Attn: Bankruptcy Desk/Managing Agent
2028 Northcrest Ct
Modesto, CA 95355

Reynaldo & Perlita Cabusas
Attn: Bankruptcy Desk/Managing Agent
9679 Dieterich Ave
Las Vegas, NV 89148

Reynaldo Delacruz
Attn: Bankruptcy Desk/Managing Agent
90 Broken Putter Way
Las Vegas, NV 89148

Reynaldo Delacruz
Attn: Bankruptcy Desk/Managing Agent
PO Box 337
Saint Clairsville, OH 43950

Reynaldo DeLaCruz
Attn: Bankruptcy Desk/Managing Agent
PO BOX 337
St. Clairsville OH 43950

Reza & Ellen Sefidi
Attn: Bankruptcy Desk/Managing Agent
148 Shepard Strut
Hercules, CA 94547

Reza & Ellen Sefidi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1022
Las Vegas, NV 89148

Rhodes Family
Attn: Bankruptcy Desk/Managing Agent
22 Indian Run Way
Las Vegas, NV 89148

Rhodes Family
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Ct
Las Vegas, NV 89148

Rhodes Ranch Country Club
Attn: Bankruptcy Desk/Managing Agent
20 Rhodes Ranch Pkwy
Las Vegas, NV

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
115 Rhodes Ranch Pkwy
Las Vegas, NV 89148

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
20 Rhodes Ranch Pkwy
Las Vegas, NV 89148

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
Las Vegas, NV 89147

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
Las Vegas, NV 89148

Rhodes Ranch LLC
Attn: Bankruptcy Desk/Managing Agent
4730 S. Fort Apache Road
Suite 300
Las Vegas, NV  89147

Rian Applebaum
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2143
Las Vegas, NV 89148

Ricardo & Jeannie Molato
Attn: Bankruptcy Desk/Managing Agent
12834 Via Donatello
Porter Ranch, CA 91326

Ricardo & Jeannie Molato
Attn: Bankruptcy Desk/Managing Agent
81 Tall Ruff Dr
Las Vegas, NV 89148

Ricardo & Maridel Cortez
Attn: Bankruptcy Desk/Managing Agent
4284 Coventry Way
Union City, CA 94587

Ricardo & Maridel Cortez
Attn: Bankruptcy Desk/Managing Agent
9701 Kampsville Ave
Las Vegas, NV 89148

Ricardo Byers
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 208
Las Vegas, NV 89113

Rice Silbey Reuther & Sullivan
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Parkway
Suite 700
Las Vegas NV 89109

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Richard & Bie-Shia Chu
Attn: Bankruptcy Desk/Managing Agent
132 Sandy Bunker Ln
Las Vegas, NV 89148

Richard & Bie-Shia Chu
Attn: Bankruptcy Desk/Managing Agent
7681 River Mist Ct
Las Vegas, NV 89113

Richard & Elissa Palmer
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 306
Las Vegas, NV 89113

Richard & Elissa Palmer
Attn: Bankruptcy Desk/Managing Agent
9804 Concord Downs Ave
Las Vegas, NV 89117

Richard & Evelyn Yale
Attn: Bankruptcy Desk/Managing Agent
4549 La Tuna Ct
Camarillo, CA 93012

Richard & Evelyn Yale
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 215
Las Vegas, NV 89113

Richard & Glenda Lisle
Attn: Bankruptcy Desk/Managing Agent
1408 Splendido Dr
Las Vegas, NV 89117

Richard & Glenda Lisle
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 216
Las Vegas, NV 89113

Richard & Judith Mozerka
Attn: Bankruptcy Desk/Managing Agent
1201 Westminster Dr
Woodridge, IL 60517

Richard & Judith Mozerka
Attn: Bankruptcy Desk/Managing Agent
171 Hazelmere Ln
Las Vegas, NV 89148

Richard & Katherine Artuso
Attn: Bankruptcy Desk/Managing Agent
311 Dog Leg Dr
Las Vegas, NV 89148

Richard & Katherine Artuso
Attn: Bankruptcy Desk/Managing Agent
535 Green Gables Ave
Las Vegas, NV 89183

Richard & Kendra Ellerman
Attn: Bankruptcy Desk/Managing Agent
11900 E 350 Hwy
Raytown, MO 64138

Richard & Kendra Ellerman
Attn: Bankruptcy Desk/Managing Agent
86 Rancho Maria St
Las Vegas, NV 89148

Richard & Marcia Ricci
Attn: Bankruptcy Desk/Managing Agent
44 Chateau Whistler Ct
Las Vegas, NV 89148

Richard & Margie Popovits
Attn: Bankruptcy Desk/Managing Agent
11436 S Drake Ave
Chicago, IL 60655

Richard & Margie Popovits
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 208
Las Vegas, NV 89113

Richard & Norma Niemiec
Attn: Bankruptcy Desk/Managing Agent
19302 SE 178th Pl
Renton, WA 98058

Richard & Norma Niemiec
Attn: Bankruptcy Desk/Managing Agent
356 Lakewood Garden Dr
Las Vegas, NV 89148

Richard & Norma Tompkins
Attn: Bankruptcy Desk/Managing Agent
527 Center Green Dr
Las Vegas, NV 89148

Richard & Patricia Olson
Attn: Bankruptcy Desk/Managing Agent
213 Lakewood Garden Dr
Las Vegas, NV 89148

Richard & Sonya Holdsworth
Attn: Bankruptcy Desk/Managing Agent
75 Sully Creek Ct
Las Vegas, NV 89148

Richard Alfonso
Attn: Bankruptcy Desk/Managing Agent
135 Corey Creek Ct
Las Vegas, NV 89148

Richard Alfonso
Attn: Bankruptcy Desk/Managing Agent
63 Stearns Ln
Sudbury, MA 01776

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Richard Belt
Attn: Bankruptcy Desk/Managing Agent
271 Arbour Garden Ave
Las Vegas, NV 89148

Richard Boyd
Attn: Bankruptcy Desk/Managing Agent
15463 Woodcrest Dr
Whittier, CA 90604

Richard Boyd
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2160
Las Vegas, NV 89148

Richard Cunningham
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 110
Las Vegas, NV 89113

Richard Dolphin
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 115
Las Vegas, NV 89113

Richard Flemke
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1096
Las Vegas, NV 89148

Richard Flemke
Attn: Bankruptcy Desk/Managing Agent
PO Box 82223
Las Vegas, NV 89180

Richard Gotschall
Attn: Bankruptcy Desk/Managing Agent
251 Crooked Tree Dr
Las Vegas, NV 89148

Richard Klutman,Nereida Klutma
Attn: Bankruptcy Desk/Managing Agent
Haney,Woloson & Mullins & Nehme-
Tomaka & Associates
Las Vegas NV

Richard Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2126
Las Vegas, NV 89148

Richard Lethridge
Attn: Bankruptcy Desk/Managing Agent
6866 Rose Mallow St
Las Vegas, NV 89148

Richard Lieberman
Attn: Bankruptcy Desk/Managing Agent
9730 Marcelline Ave
Las Vegas, NV 89148

Richard Lieberman
Attn: Bankruptcy Desk/Managing Agent
PO Box 400563
Las Vegas, NV 89140

Richard McConiga
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 113
Las Vegas, NV 89113

Richard Teh
Attn: Bankruptcy Desk/Managing Agent
416 Lake Windemere St
Las Vegas, NV 89138

Richard Teh
Attn: Bankruptcy Desk/Managing Agent
9662 Ziegler Ave
Las Vegas, NV 89148

Richard Vitale
Attn: Bankruptcy Desk/Managing Agent
245 E 54th St Apt 27N
New York, NY 10022

Richard Vitale
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 208
Las Vegas, NV 89113

Richard Yee
Attn: Bankruptcy Desk/Managing Agent
361 Grandover Ct
Las Vegas, NV 89148

Richie Cortez
Attn: Bankruptcy Desk/Managing Agent
158 Dog Leg Dr
Las Vegas, NV 89148

Richmond Manqubat
Attn: Bankruptcy Desk/Managing Agent
536 Halloran Springs Rd
Las Vegas, NV 89148

Ricjy & Shuk Leo
Attn: Bankruptcy Desk/Managing Agent
3090 Morningside Dr
Thousand Oaks, CA 91362

Ricjy & Shuk Leo
Attn: Bankruptcy Desk/Managing Agent
41 Rancho Maria St
Las Vegas, NV 89148

Rick & Barbara Marrazzo
Attn: Bankruptcy Desk/Managing Agent
2439 Maple St
Franklin Park, IL 60131

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Rick & Barbara Marrazzo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2022
Las Vegas, NV 89148

Ricky Lee
Attn: Bankruptcy Desk/Managing Agent
241 Waterton Lakes Ave
Las Vegas, NV 89148

Ricky Lee
Attn: Bankruptcy Desk/Managing Agent
261 Waterton Lakes Ave
Las Vegas, NV 89148

Ricky Lee
Attn: Bankruptcy Desk/Managing Agent
280 Falcons Fire Ave
Las Vegas, NV 89148

Ricky Lee
Attn: Bankruptcy Desk/Managing Agent
322 Karen Ave Unit 203
Las Vegas, NV 89109

Rise & Run, Inc.
Attn: Bankruptcy Desk/Managing Agent
1995 Whitney Mesa
Henderson NV  89014

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

Roadsafe Traffic Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
908 Sharp Circle
North Las Vegas, NV 89030

Rob & Ada Chan
Attn: Bankruptcy Desk/Managing Agent
281 Spring Hollow Dr
Las Vegas, NV 89148

Rob & Ada Chan
Attn: Bankruptcy Desk/Managing Agent
506 Whitewood Crest
Saskatoon SK S7J 4L1
Canada

Robelen Family
Attn: Bankruptcy Desk/Managing Agent
101 Sunshine Coast Ln
Las Vegas, NV 89148

Robert & Alecia Nelson
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 213
Las Vegas, NV 89113

Robert & Angela Casto
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 106
Las Vegas, NV 89113

Robert & Candice Semonian
Attn: Bankruptcy Desk/Managing Agent
2310 Antler Ave
Ventura, CA 93003

Robert & Candice Semonian
Attn: Bankruptcy Desk/Managing Agent
292 Scramble Dr
Las Vegas, NV 89148

Robert & Edee Alexander
Attn: Bankruptcy Desk/Managing Agent
6842 Baby Jade Ct
Las Vegas, NV 89148

Robert & Eva-Marie Miller
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 109
Las Vegas, NV 89113

Robert & Eva-Marie Miller
Attn: Bankruptcy Desk/Managing Agent
9772 Canyon Walk Ave
Las Vegas, NV 89147

Robert & Francine Nichols
Attn: Bankruptcy Desk/Managing Agent
161 Wicked Wedge Way
Las Vegas, NV 89148

Robert & Gail Ream
Attn: Bankruptcy Desk/Managing Agent
476 Newberry Springs Dr
Las Vegas, NV 89148

Robert & Glenna Stuart
Attn: Bankruptcy Desk/Managing Agent
214 Sea Rim Ave
Las Vegas, NV 89148

Robert & Glenna Stuart
Attn: Bankruptcy Desk/Managing Agent
4021 Meadows Ln
Las Vegas, NV 89107

Robert & Heroa Byron
Attn: Bankruptcy Desk/Managing Agent
194 Fairway Woods Dr
Las Vegas, NV 89148

Robert & Jeanne Welch
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 309
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                         Served 4/17/2009

Robert & Kathryn Cartwright
Attn: Bankruptcy Desk/Managing Agent
19116 NE 203rd Ct
Woodinville, WA 98077

Robert & Kathryn Cartwright
Attn: Bankruptcy Desk/Managing Agent
315 Foster Springs Rd
Las Vegas, NV 89148

Robert & Lauri Bernardo
Attn: Bankruptcy Desk/Managing Agent
6826 Scarlet Flax St
Las Vegas, NV 89148

Robert & Leanor Valenzuela
Attn: Bankruptcy Desk/Managing Agent
13480 Forrestwood Way
Lathrop, CA 95330

Robert & Leanor Valenzuela
Attn: Bankruptcy Desk/Managing Agent
140 Broken Putter Way
Las Vegas, NV 89148

Robert & M Isabel Rijke
Attn: Bankruptcy Desk/Managing Agent
10247 Maggira Pl
Las Vegas, NV 89135

Robert & M Isabel Rijke
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 108
Las Vegas, NV 89113

Robert & Marie Deleon
Attn: Bankruptcy Desk/Managing Agent
37 Chesney Dr
Henderson, NV 89074

Robert & Marie Deleon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1160
Las Vegas, NV 89148

Robert & Michelle Walter
Attn: Bankruptcy Desk/Managing Agent
594 Foster Springs Rd
Las Vegas, NV 89148

Robert & Myrna Danganan
Attn: Bankruptcy Desk/Managing Agent
280 Ladies Tee Ct
Las Vegas, NV 89148

Robert & Myrna Danganan
Attn: Bankruptcy Desk/Managing Agent
5463 Country View Dr
El Sobrante, CA 94803

Robert & Myrna Garcia
Attn: Bankruptcy Desk/Managing Agent
605 Kaimana St
Kahului, HI 96732

Robert & Myrna Garcia
Attn: Bankruptcy Desk/Managing Agent
656 Newberry Springs Dr
Las Vegas, NV 89148

Robert & Robin Casey
Attn: Bankruptcy Desk/Managing Agent
10 Quail Valley St
Las Vegas, NV 89148

Robert & Sheila Baskett
Attn: Bankruptcy Desk/Managing Agent
208 Lenape Heights Ave
Las Vegas, NV 89148

Robert & Susan Kohler
Attn: Bankruptcy Desk/Managing Agent
201 Rancho Maria St
Las Vegas, NV 89148

Robert & Tam Simons
Attn: Bankruptcy Desk/Managing Agent
211 Arbour Garden Ave
Las Vegas, NV 89148

Robert & Tam Simons
Attn: Bankruptcy Desk/Managing Agent
29 Chateau Whistler Ct
Las Vegas, NV 89148

Robert & Tam Simons
Attn: Bankruptcy Desk/Managing Agent
7111 Montreal Dr
Lakeland, FL 33810

Robert & Tinni Thompson
Attn: Bankruptcy Desk/Managing Agent
7031 Tuscany Way
El Dorado Hills, CA 95762

Robert & Tinni Thompson
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 116
Las Vegas, NV 89113

Robert Ashley
Attn: Bankruptcy Desk/Managing Agent
57 Dogwood Hills St
Las Vegas, NV 89148

Robert Beyer
Attn: Bankruptcy Desk/Managing Agent
2777 Paradise Rd Unit 502
Las Vegas, NV 89109

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

**Served 4/17/2009**

Robert Beyer
Attn: Bankruptcy Desk/Managing Agent
9725 Valmeyer Ave
Las Vegas, NV 89148

Robert Carr
Attn: Bankruptcy Desk/Managing Agent
6829 Rose Mallow St
Las Vegas, NV 89148

Robert Davidson
Attn: Bankruptcy Desk/Managing Agent
86 Lexington Ave
Rochelle Park, NJ 07662

Robert Davidson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2031
Las Vegas, NV 89148

Robert Goce
Attn: Bankruptcy Desk/Managing Agent
1408 W Farrington St
W Covina, CA 91790

Robert Goce
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1104
Las Vegas, NV 89148

Robert Jankovics
Attn: Bankruptcy Desk/Managing Agent
365 Apple River Ct
Las Vegas, NV 89148

Robert Jankovics
Attn: Bankruptcy Desk/Managing Agent
43 Market St
Poughkeepsie, NY 12601

Robert Jawelski
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 201
Las Vegas, NV 89113

Robert Khachatourians
Attn: Bankruptcy Desk/Managing Agent
20808 Tulsa St
Chatsworth, CA 91311

Robert Khachatourians
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 201
Las Vegas, NV 89113

Robert Krauss
Attn: Bankruptcy Desk/Managing Agent
83 Rock Run St
Las Vegas, NV 89148

Robert Labanowski
Attn: Bankruptcy Desk/Managing Agent
85 Dixie Springs Ct
Las Vegas, NV 89148

Robert Mann
Attn: Bankruptcy Desk/Managing Agent
52 Rancho Maria St
Las Vegas, NV 89148

Robert Marinas
Attn: Bankruptcy Desk/Managing Agent
5125 Beran St
Torrance, CA 90503

Robert Marinas
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 306
Las Vegas, NV 89113

Robert Merrick
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 212
Las Vegas, NV 89113

Robert Olaya
Attn: Bankruptcy Desk/Managing Agent
33 Tall Ruff Dr
Las Vegas, NV 89148

Robert Osvald
Attn: Bankruptcy Desk/Managing Agent
30 E Neck Rd
Huntington, NY 11743

Robert Osvald
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 204
Las Vegas, NV 89113

Robert Price
Attn: Bankruptcy Desk/Managing Agent
84 Newmiller St
Henderson, NV 89002

Robert Price
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2178
Las Vegas, NV 89148

Robert Pusateri
Attn: Bankruptcy Desk/Managing Agent
207 Rusty Plank Ave
Las Vegas, NV 89148

Robert Pusateri
Attn: Bankruptcy Desk/Managing Agent
7704 Musical Ln
Las Vegas, NV 89145

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Robert Rosenberger
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 303
Las Vegas, NV 89113

Robert Sabatini
Attn: Bankruptcy Desk/Managing Agent
231 Tayman Park Ave
Las Vegas, NV 89148

Robert Siddall
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 306
Las Vegas, NV 89113

Robert Siddall
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 109
Las Vegas, NV 89113

Robert Sullivan
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 112
Las Vegas, NV 89113

Robert Sullivan
Attn: Bankruptcy Desk/Managing Agent
909 Purdy Lodge St
Las Vegas, NV 89138

Robert Sutherland
Attn: Bankruptcy Desk/Managing Agent
229 Lakewood Garden Dr
Las Vegas, NV 89148

Robert Thomas
Attn: Bankruptcy Desk/Managing Agent
9257 Prairie Aster Pl
Las Vegas, NV 89148

Robert Walther
Attn: Bankruptcy Desk/Managing Agent
218 Duck Hollow Ave
Las Vegas, NV 89148

Robert Zaragoza
Attn: Bankruptcy Desk/Managing Agent
1329 Curtiss Ave
San Jose, CA 95125

Robert Zaragoza
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 302
Las Vegas, NV 89113

Roberto & Gwendolyn Hernandez
Attn: Bankruptcy Desk/Managing Agent
436 First On Dr
Las Vegas, NV 89148

Roberto & Normita Floro
Attn: Bankruptcy Desk/Managing Agent
2518 Glen Dundee Way
San Jose, CA 95148

Roberto & Normita Floro
Attn: Bankruptcy Desk/Managing Agent
590 Foster Springs Rd
Las Vegas, NV 89148

Robin Gallaway
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 111
Las Vegas, NV 89113

Robinson Family
Attn: Bankruptcy Desk/Managing Agent
353 Foster Springs Rd
Las Vegas, NV 89148

Robyn Family
Attn: Bankruptcy Desk/Managing Agent
5130 S Fort Apache Rd # 215-243
Las Vegas, NV 89148

Robyn Family
Attn: Bankruptcy Desk/Managing Agent
9797 Marcelline Ave
Las Vegas, NV 89148

Robyn Jones
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 310
Las Vegas, NV 89113

Rochelle Sheridan
Attn: Bankruptcy Desk/Managing Agent
121 Rancho Maria St
Las Vegas, NV 89148

Rodel & Jeannette Usam
Attn: Bankruptcy Desk/Managing Agent
9662 Waukegan Ave
Las Vegas, NV 89148

Rodelo Pinili
Attn: Bankruptcy Desk/Managing Agent
9725 Kampsville Ave
Las Vegas, NV 89148

Roderick Solis
Attn: Bankruptcy Desk/Managing Agent
9265 Tulip Trestle Ave
Las Vegas, NV 89148

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

Rodney Rubi
Attn: Bankruptcy Desk/Managing Agent
230 Crooked Putter Dr
Las Vegas, NV 89148

Rodney Rubi
Attn: Bankruptcy Desk/Managing Agent
6779 Heritage Dr
Poplar Bluff, MO 63901

Rodney Steward
Attn: Bankruptcy Desk/Managing Agent
176 Fairway Woods Dr
Las Vegas, NV 89148

Rodney Stewart
Attn: Bankruptcy Desk/Managing Agent

Rodolfo & Anita Lopez
Attn: Bankruptcy Desk/Managing Agent
6270 Hannon Ct
San Diego, CA 92117

Rodolfo & Anita Lopez
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 110
Las Vegas, NV 89113

Rodolfo & Fairlie Gutierrez
Attn: Bankruptcy Desk/Managing Agent
123 Red Tee Ln
Las Vegas, NV 89148

Rodolfo & Fairlie Gutierrez
Attn: Bankruptcy Desk/Managing Agent
1808 Ashton Ave
Burlingame, CA 94010

Rodolfo & Lourdest Doritag
Attn: Bankruptcy Desk/Managing Agent
26 Indian Run Way
Las Vegas, NV 89148

Rodolfo & Maria Jao
Attn: Bankruptcy Desk/Managing Agent
14 Indian Run Way
Las Vegas, NV 89148

Rodolfo & Maria Jao
Attn: Bankruptcy Desk/Managing Agent
1400 S Lake Park Ave Ste 300
Hobart, IN 46342

Rodolfo & Rebecca Galgana
Attn: Bankruptcy Desk/Managing Agent
106 Tall Ruff Dr
Las Vegas, NV 89148

Rodolfo & Rosalie Martinez
Attn: Bankruptcy Desk/Managing Agent
1728 Trestle Glen Rd
Piedmont, CA 94610

Rodolfo & Rosalie Martinez
Attn: Bankruptcy Desk/Managing Agent
261 Lakewood Garden Dr
Las Vegas, NV 89148

Rodolfo & Rosalina Carino
Attn: Bankruptcy Desk/Managing Agent
3237 E Hilltonia Dr
West Covina, CA 91792

Rodolfo & Rosalina Carino
Attn: Bankruptcy Desk/Managing Agent
91 Rusty Springs Ct
Las Vegas, NV 89148

Rodolfo Nino
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 104
Las Vegas, NV 89113

Rodrigo & Zoila Gutierrez
Attn: Bankruptcy Desk/Managing Agent
551 Center Green Dr
Las Vegas, NV 89148

Rodrigo & Zoila Gutierrez
Attn: Bankruptcy Desk/Managing Agent
809 Danbury St
Salinas, CA 93906

Rodrigo Cruz
Attn: Bankruptcy Desk/Managing Agent
%T Moore
Las Vegas, NV 89145

Rodrigo Cruz
Attn: Bankruptcy Desk/Managing Agent
206 Crooked Putter Dr
Las Vegas, NV 89148

Roger & Nicole Rose
Attn: Bankruptcy Desk/Managing Agent
76 Tall Ruff Dr
Las Vegas, NV 89148

Rogers Family
Attn: Bankruptcy Desk/Managing Agent
359 Foster Springs Rd
Las Vegas, NV 89148

Rogers Family
Attn: Bankruptcy Desk/Managing Agent
9624 Creemore Dr
Tujunga, CA 91042

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                            Served 4/17/2009

Rolando & Agnes Silverio
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1081
Las Vegas, NV 89148

Rolando & Agnes Silverio
Attn: Bankruptcy Desk/Managing Agent
955 Pierpont St
Rahway, NJ 07065

Rolando & Norma Navarro
Attn: Bankruptcy Desk/Managing Agent
207 Crooked Putter Dr
Las Vegas, NV 89148

Rolando & Norma Navarro
Attn: Bankruptcy Desk/Managing Agent
3913 Long Beach Blvd
Long Beach, CA 90807

Rolando Laus
Attn: Bankruptcy Desk/Managing Agent
41 Broken Putter Way
Las Vegas, NV 89148

Rolondo Garcia
Attn: Bankruptcy Desk/Managing Agent
201 Waterton Lakes Ave
Las Vegas, NV 89148

Rolondo Garcia
Attn: Bankruptcy Desk/Managing Agent
357 Deanne Ln
Daly City, CA 94014

Roman Tamayo
Attn: Bankruptcy Desk/Managing Agent
220 Lenape Heights Ave
Las Vegas, NV 89148

Romana Wells
Attn: Bankruptcy Desk/Managing Agent
342 Fringe Ruff Dr
Las Vegas, NV 89148

Romeo & Imelda Ladia
Attn: Bankruptcy Desk/Managing Agent
126 Short Ruff Way
Las Vegas, NV 89148

Romeo & Imelda Ladia
Attn: Bankruptcy Desk/Managing Agent
1376 W 1st St
San Pedro, CA 90732

Romeo & Zedeva Alvidera
Attn: Bankruptcy Desk/Managing Agent
3912 Monte Sereno Ter
Fremont, CA 94539

Romeo & Zedeva Alvidera
Attn: Bankruptcy Desk/Managing Agent
524 Newberry Springs Dr
Las Vegas, NV 89148

Romeo Velikov
Attn: Bankruptcy Desk/Managing Agent
9763 Waukegan Ave
Las Vegas, NV 89148

Romer & Juliet Paulino
Attn: Bankruptcy Desk/Managing Agent
125 Water Hazard Ln
Las Vegas, NV 89148

Romer & Juliet Paulino
Attn: Bankruptcy Desk/Managing Agent
9632 Hillview Rd
Anaheim, CA 92804

Rommel  Barbadillo
Attn: Bankruptcy Desk/Managing Agent
7655 Ironwood Knoll Avenue
Las Vegas, NV 89113

Rommel & Mary Antonio
Attn: Bankruptcy Desk/Managing Agent
119 Water Hazard Ln
Las Vegas, NV 89148

Rommel & Mary Antonio
Attn: Bankruptcy Desk/Managing Agent
914 E Olive Ave
Burbank, CA 91501

Rommel Barbadillo
Attn: Bankruptcy Desk/Managing Agent
70 Myrtle Springs Ct
Las Vegas, NV 89148

Romualdo & Michael Deguzman
Attn: Bankruptcy Desk/Managing Agent
6484 Aether St
Las Vegas, NV 89148

Romy & Dorene Ocampo
Attn: Bankruptcy Desk/Managing Agent
72 Broken Putter Way
Las Vegas, NV 89148

Ron & Marci Turkel
Attn: Bankruptcy Desk/Managing Agent
284 Scramble Dr
Las Vegas, NV 89148

Ron & Maria America
Attn: Bankruptcy Desk/Managing Agent
4312 San Marino Ct
Elk Grove, CA 95758

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Ron & Maria America
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1052
Las Vegas, NV 89148

Ron & Michelle Faithfull
Attn: Bankruptcy Desk/Managing Agent
3325 W Torino Ave
Las Vegas, NV 89139

Ron & Michelle Faithfull
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1123
Las Vegas, NV 89148

Ron & Sarit Lugashi
Attn: Bankruptcy Desk/Managing Agent
9727 Dieterich Ave
Las Vegas, NV 89148

Ron Faithfull
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1095
Las Vegas, NV 89148

Ron McTague
Attn: Bankruptcy Desk/Managing Agent
213 Rusty Plank Ave
Las Vegas, NV 89148

Ron Rubi
Attn: Bankruptcy Desk/Managing Agent
12420 Windance Dr
Gulfport, MS 39503

Ron Rubi
Attn: Bankruptcy Desk/Managing Agent
291 Soggy Ruff Way
Las Vegas, NV 89148

Ronald & Carol Lerman
Attn: Bankruptcy Desk/Managing Agent
26822 Calle Maria
Mission Viejo, CA 92691

Ronald & Carol Lerman
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 211
Las Vegas, NV 89113

Ronald & Loretta Shak
Attn: Bankruptcy Desk/Managing Agent
17015 Jeanette Avenue
Cerritos CA 90703

Ronald & Marci Turkel
Attn: Bankruptcy Desk/Managing Agent
1018 Sheldon Avenue
Staten Island NY 10309-2115

Ronald & Melody Thompson
Attn: Bankruptcy Desk/Managing Agent
97 Chateau Whistler Ct
Las Vegas, NV 89148

Ronald & Michelle Faithfull
Attn: Bankruptcy Desk/Managing Agent
3378 W Pebble Rd
Las Vegas, NV 89139

Ronald & Michelle Faithfull
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1005
Las Vegas, NV 89148

Ronald & Miya Staton
Attn: Bankruptcy Desk/Managing Agent
62 Rancho Maria St
Las Vegas, NV 89148

Ronald & Sandra Hindmarch
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 212
Las Vegas, NV 89113

Ronald & Tammy Tabura
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 105
Las Vegas, NV 89113

Ronald Hermida
Attn: Bankruptcy Desk/Managing Agent
420 Hidden Hole Dr
Las Vegas, NV 89148

Ronald Manfredini
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 107
Las Vegas, NV 89113

Ronald Solis
Attn: Bankruptcy Desk/Managing Agent
6872 Rose Mallow St
Las Vegas, NV 89148

Ronald Yates
Attn: Bankruptcy Desk/Managing Agent
339 Cart Crossing Way
Las Vegas, NV 89148

Ronen Arad
Attn: Bankruptcy Desk/Managing Agent
1906 E Desert Ln
Phoenix, AZ 85042

Ronen Arad
Attn: Bankruptcy Desk/Managing Agent
9735 Marcelline Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Rong Fang
Attn: Bankruptcy Desk/Managing Agent
125 Connemara Way Apt 18
Sunnyvale, CA 94087

Rong Fang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2091
Las Vegas, NV 89148

Ronnel Mendoza
Attn: Bankruptcy Desk/Managing Agent
283 Sea Rim Ave
Las Vegas, NV 89148

Ronnie Yesharim
Attn: Bankruptcy Desk/Managing Agent
17401 Ventura Blvd Ste A17
Encino, CA 91316

Ronnie Yesharim
Attn: Bankruptcy Desk/Managing Agent
483 Center Green Dr
Las Vegas, NV 89148

Ronny & Catherine Charry
Attn: Bankruptcy Desk/Managing Agent
248 Wicked Wedge Way
Las Vegas, NV 89148

Rosa & Julio Mendoza
Attn: Bankruptcy Desk/Managing Agent
18648 Hillsboro Rd
Northridge, CA 91326

Rosa & Julio Mendoza
Attn: Bankruptcy Desk/Managing Agent
9788 Ziegler Ave
Las Vegas, NV 89148

Rosa Marquez
Attn: Bankruptcy Desk/Managing Agent
126 Wicked Wedge Way
Las Vegas, NV 89148

Rosalie & Efren Cruz
Attn: Bankruptcy Desk/Managing Agent
21 San Miguel Cor A Rita Sts
San Juan City Metro Manila
Philippines

Rosalie & Efren Cruz
Attn: Bankruptcy Desk/Managing Agent
45 Tall Ruff Dr
Las Vegas, NV 89148

Rosalynn & James Kirk
Attn: Bankruptcy Desk/Managing Agent
526 Foster Springs Rd
Las Vegas, NV 89148

Rosario & Ricardo Apacionado
Attn: Bankruptcy Desk/Managing Agent
8045 Hamlin Ave
Skokie, IL 60076

Rosario & Ricardo Apacionado
Attn: Bankruptcy Desk/Managing Agent
9749 Marcelline Ave
Las Vegas, NV 89148

Rose Family
Attn: Bankruptcy Desk/Managing Agent
391 Center Green Dr
Las Vegas, NV 89148

Rose Smith
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 308
Las Vegas, NV 89113

Rosellamar Delmar
Attn: Bankruptcy Desk/Managing Agent
1102 W 204th St
Torrance, CA 90502

Rosellamar Delmar
Attn: Bankruptcy Desk/Managing Agent
196 Paxon Hollow Ct
Las Vegas, NV 89148

Rosette Blow
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2104
Las Vegas, NV 89148

Ross & Rosemary Portale
Attn: Bankruptcy Desk/Managing Agent
9260 Orchid Pansy Ave
Las Vegas, NV 89148

Ross Brough
Attn: Bankruptcy Desk/Managing Agent
363 Highland Hills Ct
Las Vegas, NV 89148

Ross Woodard
Attn: Bankruptcy Desk/Managing Agent
9700 Dieterich Ave
Las Vegas, NV 89148

Rossi McKee
Attn: Bankruptcy Desk/Managing Agent
425 Foster Springs Rd
Las Vegas, NV 89148

Rossi McKee
Attn: Bankruptcy Desk/Managing Agent
530 Elden Dr NE
Atlanta, GA 30342

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                                Served 4/17/2009

Rosylene Pozo
Attn: Bankruptcy Desk/Managing Agent
6644 Babys Tear Pl
Las Vegas, NV 89148

Roth Family
Attn: Bankruptcy Desk/Managing Agent
9734 Ziegler Ave
Las Vegas, NV 89148

Rouben & Sarkis Papikian
Attn: Bankruptcy Desk/Managing Agent
112 Cascade Lake St
Las Vegas, NV 89148

Rouben & Sarkis Papikian
Attn: Bankruptcy Desk/Managing Agent
1734 N Ogden Dr
Los Angeles, CA 90046

Rouben Papikian
Attn: Bankruptcy Desk/Managing Agent
1551 N La Brea Ave Ph
Hollywood, CA 90028

Rouben Papikian
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 312
Las Vegas, NV 89113

Rouben Papikian
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 303
Las Vegas, NV 89113

Roumiana Tzenova
Attn: Bankruptcy Desk/Managing Agent
65 Daisy Springs Ct
Las Vegas, NV 89148

Rowena Cayabyab-Dureg
Attn: Bankruptcy Desk/Managing Agent
1911 Alta Oaks Dr
Arcadia, CA 91006

Rowena Cayabyab-Dureg
Attn: Bankruptcy Desk/Managing Agent
93 Dixie Springs Ct
Las Vegas, NV 89148

Roy & Peggy Peng
Attn: Bankruptcy Desk/Managing Agent
259 Hickory Heights Ave
Las Vegas, NV 89148

Roy & Susan Moralde
Attn: Bankruptcy Desk/Managing Agent
164 Broken Putter Way
Las Vegas, NV 89148

Roy & Susan Moralde
Attn: Bankruptcy Desk/Managing Agent
200006 Tanager Ct
Santa Clarita, CA 91351

Roy Adams
Attn: Bankruptcy Desk/Managing Agent
22797 Watson Heights Cir
Ashburn, VA 20148

Roy Adams
Attn: Bankruptcy Desk/Managing Agent
240 Tayman Park Ave
Las Vegas, NV 89148

Ruben Reyes
Attn: Bankruptcy Desk/Managing Agent
783 Esperanza Pl
Chula Vista, CA 91914

Ruben Reyes
Attn: Bankruptcy Desk/Managing Agent
94 Broken Putter Way
Las Vegas, NV 89148

Ruby & Robert Duque
Attn: Bankruptcy Desk/Managing Agent
246 Duck Hollow Ave
Las Vegas, NV 89148

Ruby Rieta
Attn: Bankruptcy Desk/Managing Agent
24072 Madeiros Ave
Hayward, CA 94541

Ruby Rieta
Attn: Bankruptcy Desk/Managing Agent
317 Dog Leg Dr
Las Vegas, NV 89148

Ruby Sherbert
Attn: Bankruptcy Desk/Managing Agent
320 Dog Leg Dr
Las Vegas, NV 89148

Ruby Sherbert
Attn: Bankruptcy Desk/Managing Agent
7137 Cressida Ct
Las Vegas, NV 89113

Rudy & Shirley Carrasco
Attn: Bankruptcy Desk/Managing Agent
1980 Wesley Dr
Folsom, CA 95630

Rudy & Shirley Carrasco
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1087
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Rui & Chao-Ju Chang
Attn: Bankruptcy Desk/Managing Agent
211 Fairway Woods Dr
Las Vegas, NV 89148

Rui & Chao-Ju Chang
Attn: Bankruptcy Desk/Managing Agent
3225 Rivera St
San Francisco, CA 94116

Rui Dong
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 314
Las Vegas, NV 89113

Rui Dong
Attn: Bankruptcy Desk/Managing Agent
9330 Horse Canyon Dr
Las Vegas, NV 89178

Russell & Eugenia Bond
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1060
Las Vegas, NV 89148

Russell & Mercedita Villamaria
Attn: Bankruptcy Desk/Managing Agent
435 Foster Springs Rd
Las Vegas, NV 89148

Russell Golish
Attn: Bankruptcy Desk/Managing Agent
4132 S Rainbow Blvd # 396
Las Vegas, NV 89103

Russell Golish
Attn: Bankruptcy Desk/Managing Agent
9308 Lemon Mint Ct
Las Vegas, NV 89148

Russell Phillips
Attn: Bankruptcy Desk/Managing Agent
261 Broken Par Dr
Las Vegas, NV 89148

Russell Rendon
Attn: Bankruptcy Desk/Managing Agent
6836 Rose Mallow St
Las Vegas, NV 89148

Ruth & Douglas Williams
Attn: Bankruptcy Desk/Managing Agent
3404 Coy Dr
Sherman Oaks, CA 91423

Ruth & Douglas Williams
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 115
Las Vegas, NV 89113

Ruth Gebremedhen
Attn: Bankruptcy Desk/Managing Agent
268 Palm Trace Ave
Las Vegas, NV 89148

Ruth Summa
Attn: Bankruptcy Desk/Managing Agent
115 Nathan St
Waterbury, CT 06708

Ruth Summa
Attn: Bankruptcy Desk/Managing Agent
197 Lakewood Garden Dr
Las Vegas, NV 89148

Ryan & Marjorie Kelley
Attn: Bankruptcy Desk/Managing Agent
6527 Bethalto St
Las Vegas, NV 89148

Ryan & Rachel Martin
Attn: Bankruptcy Desk/Managing Agent
6845 Scarlet Flax St
Las Vegas, NV 89148

Ryan Blanchard
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 214
Las Vegas, NV 89113

Ryan Christ
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2075
Las Vegas, NV 89148

Ryan Hayes
Attn: Bankruptcy Desk/Managing Agent
9741 Marcelline Ave
Las Vegas, NV 89148

Ryan Klosterman
Attn: Bankruptcy Desk/Managing Agent
7061 W Glenn Dr
Glendale, AZ 85303

Ryan Klosterman
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1131
Las Vegas, NV 89148

Ryan Mandel
Attn: Bankruptcy Desk/Managing Agent
61 Rancho Maria St
Las Vegas, NV 89148

Ryan Soucie
Attn: Bankruptcy Desk/Managing Agent
133 Wicked Wedge Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Ryland & Nicole Whitaker
Attn: Bankruptcy Desk/Managing Agent
217 Duck Hollow Ave
Las Vegas, NV 89148

S Family
Attn: Bankruptcy Desk/Managing Agent
34767 Rumford Ter
Union City, CA 94587

S Family
Attn: Bankruptcy Desk/Managing Agent
6848 Baby Jade Ct
Las Vegas, NV 89148

Sadie Yee
Attn: Bankruptcy Desk/Managing Agent
10 Cobbs Creek Way
Las Vegas, NV 89148

Saenz Family
Attn: Bankruptcy Desk/Managing Agent
204 Crooked Tree Dr
Las Vegas, NV 89148

Saenz Family
Attn: Bankruptcy Desk/Managing Agent
281 Andover Ridge Ct
Henderson, NV 89012

Safety Rails of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
3447 Ringstar Road
Las Vegas, NV 89030

Sage Construction
Attn: Bankruptcy Desk/Managing Agent
2752 Abelf Lane
Las Vegas NV 89115

Sai & Pauline Yip
Attn: Bankruptcy Desk/Managing Agent
364 Highland Hills Ct
Las Vegas, NV 89148

Salah Elbakri
Attn: Bankruptcy Desk/Managing Agent
2350 Clipper St
San Mateo, CA 94403

Salah Elbakri
Attn: Bankruptcy Desk/Managing Agent
267 Fairway Woods Dr
Las Vegas, NV 89148

Salango Family
Attn: Bankruptcy Desk/Managing Agent
192 Crooked Tree Dr
Las Vegas, NV 89148

Salango Family
Attn: Bankruptcy Desk/Managing Agent
19915 Christina Cir
Cerritos, CA 90703

Saldi Family
Attn: Bankruptcy Desk/Managing Agent
139 Crooked Putter Dr
Las Vegas, NV 89148

Salem Family
Attn: Bankruptcy Desk/Managing Agent
384 Harpers Ferry Ave
Las Vegas, NV 89148

Salomon & Lilian Deras
Attn: Bankruptcy Desk/Managing Agent
18827 Clearbrook St
Northridge, CA 91326

Salomon & Lilian Deras
Attn: Bankruptcy Desk/Managing Agent
25 Laying Up Ct
Las Vegas, NV 89148

Salvador & Eleanor Garcia
Attn: Bankruptcy Desk/Managing Agent
291 Arbour Garden Ave
Las Vegas, NV 89148

Sam & Cindy Wong
Attn: Bankruptcy Desk/Managing Agent
285 Lenape Heights Ave
Las Vegas, NV 89148

Sam & Cindy Wong
Attn: Bankruptcy Desk/Managing Agent
79 Dorado Ter
San Francisco, CA 94112

Sam Huynh
Attn: Bankruptcy Desk/Managing Agent
503 Newberry Springs Dr
Las Vegas, NV 89148

Sam Tsai
Attn: Bankruptcy Desk/Managing Agent
324 Sea Rim Ave
Las Vegas, NV 89148

Sam Tsai
Attn: Bankruptcy Desk/Managing Agent
7 Susan Pl
Edison, NJ 08817

Sam Zhang
Attn: Bankruptcy Desk/Managing Agent
126 Cooks Creek Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                              Served 4/17/2009

Sam Zhang
Attn: Bankruptcy Desk/Managing Agent
194 Strata Ave
Las Vegas, NV 89148

Samantha Radak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1037
Las Vegas, NV 89148

Samantha Wimmer
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 307
Las Vegas, NV 89113

Samrok USA Inc
Attn: Bankruptcy Desk/Managing Agent
236 Crooked Tree Dr
Las Vegas, NV 89148

Samrok USA Inc
Attn: Bankruptcy Desk/Managing Agent
43 Ranchridge Dr NW
Calgary AB T3G 1
Canada

Samsul Family
Attn: Bankruptcy Desk/Managing Agent
153 Crooked Putter Dr
Las Vegas, NV 89148

Samuel & Flora Wallace
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 303
Las Vegas, NV 89113

Samuel & Flora Wallace
Attn: Bankruptcy Desk/Managing Agent
7540 Jacaranda Bay St
Las Vegas, NV 89139

Samuel & Flora Wallace
Attn: Bankruptcy Desk/Managing Agent
7540 Jackaranda Bay St
Las Vegas, NV 89139

Samuel & Flora Wallace
Attn: Bankruptcy Desk/Managing Agent
9706 Marcelline Ave
Las Vegas, NV 89148

Samuel Ho
Attn: Bankruptcy Desk/Managing Agent
43643 Southerland Way
Fremont, CA 94539

Samuel Ho
Attn: Bankruptcy Desk/Managing Agent
6684 Aviston St
Las Vegas, NV 89148

San Gabriel Construction
Attn: Bankruptcy Desk/Managing Agent
10120 W. Flamingo Rd., STE 4-195
Las Vegas NV 89147

Sanchez Family
Attn: Bankruptcy Desk/Managing Agent
430 Talbot Dr
Hollister, CA 95023

Sanchez Family
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 105
Las Vegas, NV 89113

Sanders Family
Attn: Bankruptcy Desk/Managing Agent
284 White Bluffs St
Las Vegas, NV 89148

Sandi Berendji
Attn: Bankruptcy Desk/Managing Agent
252 Waterton Lakes Ave
Las Vegas, NV 89148

Sandra Perry
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2029
Las Vegas, NV 89148

Sandy Anderson
Attn: Bankruptcy Desk/Managing Agent
6646 S Dapple Gray Rd
Las Vegas, NV 89148

Sandy Anderson
Attn: Bankruptcy Desk/Managing Agent
9435 W Tropicana Ave # 102-101
Las Vegas, NV 89147

Sandy Lam
Attn: Bankruptcy Desk/Managing Agent
6831 Baby Jade Ct
Las Vegas, NV 89148

Sanhapit Sampatisiri
Attn: Bankruptcy Desk/Managing Agent
10530 Wilshire Blvd Apt 406
Los Angeles, CA 90024

Sanhapit Sampatisiri
Attn: Bankruptcy Desk/Managing Agent
201 Arbour Garden Ave
Las Vegas, NV 89148

Santoro, Driggs, Walch,
Attn: Bankruptcy Desk/Managing Agent
Kearney, Johnson & Thompson
400 S. Fourth St  3rd Floor
Las Vegas NV 89101

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Sara Efraim
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 206
Las Vegas, NV 89113

Sarah & Braly Joy
Attn: Bankruptcy Desk/Managing Agent
199 Crooked Putter Dr
Las Vegas, NV 89148

Sarah Wolff
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 210
Las Vegas, NV 89113

Sareena Manisuta
Attn: Bankruptcy Desk/Managing Agent
211 Angels Trace Ct
Las Vegas, NV 89148

Sarindar & Paramjit Dhillon
Attn: Bankruptcy Desk/Managing Agent
43542 Callegos Ave
Fremont, CA 94539

Sarindar & Paramjit Dhillon
Attn: Bankruptcy Desk/Managing Agent
43542 Gallegos Ave
Fremont, CA 94539

Sarindar & Paramjit Dhillon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2009
Las Vegas, NV 89148

Sarindar & Paramjit Dhillon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2012
Las Vegas, NV 89148

Sassan Sadigh
Attn: Bankruptcy Desk/Managing Agent
328 Broken Par Dr
Las Vegas, NV 89148

Sassan Sadigh
Attn: Bankruptcy Desk/Managing Agent
335 1st St
Los Altos, CA 94022

Satvinder & Balbir Dhillon
Attn: Bankruptcy Desk/Managing Agent
44570 Montclaire Ct
Fremont, CA 94539

Satvinder & Balbir Dhillon
Attn: Bankruptcy Desk/Managing Agent
6818 Baby Jade Ct
Las Vegas, NV 89148

Saveera Lamwar
Attn: Bankruptcy Desk/Managing Agent
1201 Folsom St
San Francisco, CA 94103

Saveera Lamwar
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 111
Las Vegas, NV 89113

Savings Colonial
Attn: Bankruptcy Desk/Managing Agent
2626 A West Freeway
Fort Worth, TX 76102

Savings Colonial
Attn: Bankruptcy Desk/Managing Agent
371 Cart Crossing Way
Las Vegas, NV 89148

Saw Horse LLC
Attn: Bankruptcy Desk/Managing Agent
2281 Candlestick Ave
Henderson, NV 89052

Saw Horse LLC
Attn: Bankruptcy Desk/Managing Agent
446 Center Green Dr
Las Vegas, NV 89148

Schuller Family
Attn: Bankruptcy Desk/Managing Agent
6607 234th St SW
Mountlake Terrace, WA 98043

Schuller Family
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 104
Las Vegas, NV 89113

Schwartz Family
Attn: Bankruptcy Desk/Managing Agent
2844 Westwood Blvd
Los Angeles, CA 90064

Schwartz Family
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 305
Las Vegas, NV 89113

Schweit Family
Attn: Bankruptcy Desk/Managing Agent
134 Dog Leg Dr
Las Vegas, NV 89148

Schweit Family
Attn: Bankruptcy Desk/Managing Agent
3029 Misty Harbour Dr
Las Vegas, NV 89117

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Scott & Cara Sathrum
Attn: Bankruptcy Desk/Managing Agent
9655 Waukegan Ave
Las Vegas, NV 89148

Scott & Connie Whaley
Attn: Bankruptcy Desk/Managing Agent
9229 Tulip Trestle Ave
Las Vegas, NV 89148

Scott & Dawn Steinbach
Attn: Bankruptcy Desk/Managing Agent
297 Rolling Springs Dr
Las Vegas, NV 89148

Scott & Nancy Camero
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 212
Las Vegas, NV 89113

Scott Andrle
Attn: Bankruptcy Desk/Managing Agent
298 Palm Trace Ave
Las Vegas, NV 89148

Scott Carey
Attn: Bankruptcy Desk/Managing Agent
290 Falcons Fire Ave
Las Vegas, NV 89148

Scott Carey
Attn: Bankruptcy Desk/Managing Agent
3540 W Sahara Ave # 736
Las Vegas, NV 89102

Scott Flanigan
Attn: Bankruptcy Desk/Managing Agent
2516 Malaga Dr
San Jose, CA 95125

Scott Flanigan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1059
Las Vegas, NV 89148

Scott Lebaron
Attn: Bankruptcy Desk/Managing Agent
245 Lakewood Garden Dr
Las Vegas, NV 89148

Scott Nguyen
Attn: Bankruptcy Desk/Managing Agent
117 Quail Valley St
Las Vegas, NV 89148

Scott Sims
Attn: Bankruptcy Desk/Managing Agent
9695 Kampsville Ave
Las Vegas, NV 89148

Scott Smith
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 302
Las Vegas, NV 89113

Scoular & Laura Reid
Attn: Bankruptcy Desk/Managing Agent
10128 Coluter Pine Ave
Las Vegas, NV 89129

Scoular & Laura Reid
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2119
Las Vegas, NV 89148

Sean & Andrew Maganito
Attn: Bankruptcy Desk/Managing Agent
279 Soggy Ruff Way
Las Vegas, NV 89148

Sean & Andrew Maganito
Attn: Bankruptcy Desk/Managing Agent
388 Fieldstone Dr
Fremont, CA 94536

Sean & Lida Chatman
Attn: Bankruptcy Desk/Managing Agent
322 Angels Trace Ct
Las Vegas, NV 89148

Sean & Lida Chatman
Attn: Bankruptcy Desk/Managing Agent
323 Montserrat Dr
Redwood City, CA 94065

Sean Callan
Attn: Bankruptcy Desk/Managing Agent
19401 Highridge Way
Portola Hills, CA 92679

Sean Callan
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 207
Las Vegas, NV 89113

Sean Chatman
Attn: Bankruptcy Desk/Managing Agent
117 Lakewood Garden Dr
Las Vegas, NV 89148

Sean Chatman
Attn: Bankruptcy Desk/Managing Agent
323 Montserrat Dr
Redwood City, CA 94065

Secco Family
Attn: Bankruptcy Desk/Managing Agent
265 Blackstone River Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                           Served 4/17/2009

Secretary Housing and Urban Dev
Attn: Bankruptcy Desk/Managing Agent
13832 N 32nd St # D-150
Phoenix, AZ 85032

Secretary Housing and Urban Dev
Attn: Bankruptcy Desk/Managing Agent
5312 Bolsa Ave Ste 200
Huntington Beach, CA 92649

Secretary Housing and Urban Dev
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 113
Las Vegas, NV 89113

Secretary Housing and Urban Dev
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2115
Las Vegas, NV 89148

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Seetal Tejura
Attn: Bankruptcy Desk/Managing Agent
35 Diamond Run St
Las Vegas, NV 89148

SelectBuild Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Roofing Dept
4339 Corporate Circle Dr.,Ste 108
North Las Vegas NV 89030

Seleshi Lemma
Attn: Bankruptcy Desk/Managing Agent
6808 Scarlet Flax St
Las Vegas, NV 89148

Seong & Hyang Kim
Attn: Bankruptcy Desk/Managing Agent
3833 Pahoa Ave
Honolulu, HI 96816

Seong & Hyang Kim
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 211
Las Vegas, NV 89113

Serena Evans
Attn: Bankruptcy Desk/Managing Agent
6690 Kreb Lake Ct
Las Vegas, NV 89148

Sergio & Ma Gimenez
Attn: Bankruptcy Desk/Managing Agent
1147 Mississauga Valley Blvd
Mississauga ON
Canada

Sergio & Ma Gimenez
Attn: Bankruptcy Desk/Managing Agent
190 Flying Hills Ave
Las Vegas, NV 89148

Sergio Blasco
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 309
Las Vegas, NV 89113

Sergio Morote
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 106
Las Vegas, NV 89113

Serjun Andaya
Attn: Bankruptcy Desk/Managing Agent
64 Daisy Springs Ct
Las Vegas, NV 89148

Sertac Padir
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 303
Las Vegas, NV 89113

Serv Pro Northwest Las Vegas
Attn: Bankruptcy Desk/Managing Agent
791 Middlegate Rd.
Henderson, NV 89015

Seth & Michele Robinson
Attn: Bankruptcy Desk/Managing Agent
9685 Dieterich Ave
Las Vegas, NV 89148

Seventy Three Inc
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 112
Las Vegas, NV 89113

Seventy Three Inc
Attn: Bankruptcy Desk/Managing Agent
8020 Festivity Cir
Las Vegas, NV 89145

Sevilla Family
Attn: Bankruptcy Desk/Managing Agent
166 Flying Hills Ave
Las Vegas, NV 89148

Sevilla Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1009
Las Vegas, NV 89148

Shafqaat Bukhari
Attn: Bankruptcy Desk/Managing Agent
265 Rustic Club Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Shafqaat Bukhari
Attn: Bankruptcy Desk/Managing Agent
9697 Waukegan Ave
Las Vegas, NV 89148

Shahen & Sona Aprahamian
Attn: Bankruptcy Desk/Managing Agent
202 Cascade Lake St
Las Vegas, NV 89148

Shahnad Kim
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 310
Las Vegas, NV 89113

Shahnad Kim
Attn: Bankruptcy Desk/Managing Agent
9313 Shoshone Ave
Northridge, CA 91325

Shak Family
Attn: Bankruptcy Desk/Managing Agent
17015 Jeanette Ave
Cerritos, CA 90703

Shak Family
Attn: Bankruptcy Desk/Managing Agent
62 Myrtle Springs Ct
Las Vegas, NV 89148

Shan O-Yuan
Attn: Bankruptcy Desk/Managing Agent
9707 Valmeyer Ave
Las Vegas, NV 89148

Shanease Bauman-Caldwell
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 312
Las Vegas, NV 89113

Shanett Leliveld
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 108
Las Vegas, NV 89113

Shannon & Bethann Guyer
Attn: Bankruptcy Desk/Managing Agent
187 Hickory Heights Ave
Las Vegas, NV 89148

Shannon Family
Attn: Bankruptcy Desk/Managing Agent
111 Sunshine Coast Ln
Las Vegas, NV 89148

Shannon Shiang
Attn: Bankruptcy Desk/Managing Agent
271 Tayman Park Ave
Las Vegas, NV 89148

Shannon Shiang
Attn: Bankruptcy Desk/Managing Agent
95 Wall St Apt 717
New York, NY 10005

Shao-ning Yu
Attn: Bankruptcy Desk/Managing Agent
24 W State St Apt 8
Granby, MA 01033

Shao-ning Yu
Attn: Bankruptcy Desk/Managing Agent
266 Rolling Springs Dr
Las Vegas, NV 89148

Sharelle Snow
Attn: Bankruptcy Desk/Managing Agent
6474 Aether St
Las Vegas, NV 89148

Shari Robbins
Attn: Bankruptcy Desk/Managing Agent
12 Highpoint Pl
West Windsor, NJ 08550

Shari Robbins
Attn: Bankruptcy Desk/Managing Agent
181 Short Ruff Way
Las Vegas, NV 89148

Sharon Harrell
Attn: Bankruptcy Desk/Managing Agent
2101 Diamond Peak Ct
Las Vegas, NV 89117

Sharon Harrell
Attn: Bankruptcy Desk/Managing Agent
9754 Valmeyer Ave
Las Vegas, NV 89148

Sharon Nasser
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2127
Las Vegas, NV 89148

SHARON SHINA
Attn: Bankruptcy Desk/Managing Agent
91 BOWLER SPRINGS
LAS VEGAS NV 89148

Sharron Scott
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 108
Las Vegas, NV 89113

Shaun & Lou Spencer
Attn: Bankruptcy Desk/Managing Agent
550 Foster Springs Rd
Las Vegas, NV 89148

**Rhodes Ranch General Partnership 09-14844 - U.S. Mail**

Served 4/17/2009

Shaun Shiraishi
Attn: Bankruptcy Desk/Managing Agent
45-180 Mahalani Pl Apt 19
Kaneohe, HI 96744

Shaun Shiraishi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1153
Las Vegas, NV 89148

Shauna Martin
Attn: Bankruptcy Desk/Managing Agent
6765 Gold Yarrow St
Las Vegas, NV 89148

Shawn Koehn
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 305
Las Vegas, NV 89113

Shawn Koehn
Attn: Bankruptcy Desk/Managing Agent
PO Box 401244
Las Vegas, NV 89140

Shawn Simon
Attn: Bankruptcy Desk/Managing Agent
119 Standing Stone St
Las Vegas, NV 89148

Shay Bassett
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 102
Las Vegas, NV 89113

Sheen Family
Attn: Bankruptcy Desk/Managing Agent
180 Hickory Heights Ave
Las Vegas, NV 89148

Sheen Family
Attn: Bankruptcy Desk/Managing Agent
204 Hickory Heights Ave
Las Vegas, NV 89148

Sheen Family
Attn: Bankruptcy Desk/Managing Agent
3512 Wynn Rd
Las Vegas, NV 89103

Sheik Ellias
Attn: Bankruptcy Desk/Managing Agent
172 Flying Hills Ave
Las Vegas, NV 89148

Sheila Heidt
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 305
Las Vegas, NV 89113

Sheila Heidt
Attn: Bankruptcy Desk/Managing Agent
7841 Sea Rock Rd
Las Vegas, NV 89128

Shelly Cain
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 212
Las Vegas, NV 89113

Shelton Family
Attn: Bankruptcy Desk/Managing Agent
6788 Rose Mallow St
Las Vegas, NV 89148

Shemy Pak
Attn: Bankruptcy Desk/Managing Agent
125 Lakewood Garden Dr
Las Vegas, NV 89148

Shemy Pak
Attn: Bankruptcy Desk/Managing Agent
305 Blackstone River Ave
Las Vegas, NV 89148

Shenghua Li
Attn: Bankruptcy Desk/Managing Agent
177 Tall Ruff Dr
Las Vegas, NV 89148

Sherri Cox
Attn: Bankruptcy Desk/Managing Agent
9664 Kampsville Ave
Las Vegas, NV 89148

Sherwin & Lynda Bennes
Attn: Bankruptcy Desk/Managing Agent
126 Corey Creek Ct
Las Vegas, NV 89148

Shi & Jian Lu
Attn: Bankruptcy Desk/Managing Agent
324 Trailing Putt Way
Las Vegas, NV 89148

Shields Family
Attn: Bankruptcy Desk/Managing Agent
520 Foster Springs Rd
Las Vegas, NV 89148

Shields Family
Attn: Bankruptcy Desk/Managing Agent
947 Woodacre Dr
Boulder City, NV 89005

Shigeki & Konomi Ueda
Attn: Bankruptcy Desk/Managing Agent
241 Cliff Valley Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                          Served 4/17/2009

Shigeki & Konomi Ueda
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2004
Las Vegas, NV 89148

Shigeru & Linda Takashima
Attn: Bankruptcy Desk/Managing Agent
28 Saraceno
Newport Coast, CA 92657

Shigeru & Linda Takashima
Attn: Bankruptcy Desk/Managing Agent
445 Foster Springs Rd
Las Vegas, NV 89148

Shiho Ishige
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2139
Las Vegas, NV 89148

Shiming Wen
Attn: Bankruptcy Desk/Managing Agent
142 Cascade Lake St
Las Vegas, NV 89148

Shimshon Adani
Attn: Bankruptcy Desk/Managing Agent
341 Waterton Lakes Ave
Las Vegas, NV 89148

Shin Shih
Attn: Bankruptcy Desk/Managing Agent
9657 Valmeyer Ave
Las Vegas, NV 89148

Shin Thomson
Attn: Bankruptcy Desk/Managing Agent
330 Falcons Fire Ave
Las Vegas, NV 89148

Shin Thomson
Attn: Bankruptcy Desk/Managing Agent
7898 Blue Venice Ct
Las Vegas, NV 89117

Shirish & Smita Patel
Attn: Bankruptcy Desk/Managing Agent
13411 San Remo
Tustin, CA 92782

Shirish & Smita Patel
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1076
Las Vegas, NV 89148

Shirley & William Lee
Attn: Bankruptcy Desk/Managing Agent
728 Pacific Ave Ste 706
San Francisco, CA 94133

Shirley & William Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2136
Las Vegas, NV 89148

Shirley Aspiras
Attn: Bankruptcy Desk/Managing Agent
14 Cobbs Creek Way
Las Vegas, NV 89148

Shirley Santos
Attn: Bankruptcy Desk/Managing Agent
181 Farragut St
Hercules, CA 94547

Shirley Santos
Attn: Bankruptcy Desk/Managing Agent
6862 Scarlet Flax St.
Las Vegas NV 89148

Shizue Takeuchi
Attn: Bankruptcy Desk/Managing Agent
10734 Dabney Dr Apt 62
San Diego, CA 92126

Shizue Takeuchi
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 313
Las Vegas, NV 89113

Shlom Benefraim
Attn: Bankruptcy Desk/Managing Agent
21 Sunshine Coast Ln
Las Vegas, NV 89148

Shuangyang Li
Attn: Bankruptcy Desk/Managing Agent
9291 Perennial Ave
Las Vegas, NV 89148

Shumei & Peter Kam
Attn: Bankruptcy Desk/Managing Agent
349 Dog Leg Dr
Las Vegas, NV 89148

Shumei & Peter Kam
Attn: Bankruptcy Desk/Managing Agent
857 Gainsborough Dr
Pasadena, CA 91107

Shun Wu
Attn: Bankruptcy Desk/Managing Agent
212 Waterton Lakes Ave
Las Vegas, NV 89148

Shustek Family
Attn: Bankruptcy Desk/Managing Agent
84 Dixie Springs Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Si Xuan
Attn: Bankruptcy Desk/Managing Agent
68 Laying Up Ct
Las Vegas, NV 89148

Siarhei Kudrevich
Attn: Bankruptcy Desk/Managing Agent
229 Wicked Wedge Way
Las Vegas, NV 89148

Siarhei Kudrevich
Attn: Bankruptcy Desk/Managing Agent
74 Tamarron Cliffs St
Las Vegas, NV 89148

Sicoli Family
Attn: Bankruptcy Desk/Managing Agent
232 Waterton Lakes Ave
Las Vegas, NV 89148

Siemens Bldg Technologies, Inc
Attn: Bankruptcy Desk/Managing Agent
7850 Collections Center Drive
Chicago, IL 60693

Siew Chong
Attn: Bankruptcy Desk/Managing Agent
54 Arcadian Shores St
Las Vegas, NV 89148

Siew Chong
Attn: Bankruptcy Desk/Managing Agent
9980 Waxberry Ct
Las Vegas, NV 89178

Signal Gates
Attn: Bankruptcy Desk/Managing Agent
1800 South 5th Avenue
Tucson AZ 85713

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
18606 W. Rebel Road
Hauser Lake, ID 83854

Silas & Stephanie Walker
Attn: Bankruptcy Desk/Managing Agent
136 Tall Ruff Dr
Las Vegas, NV 89148

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
4205 W Tompkins Ave Ste #3
Las Vegas, NV 89103

Silver State Fireplaces
Attn: Bankruptcy Desk/Managing Agent
3555 W. Quail Road, Ste A
Las Vegas, NV 89118

Silver State Materials
Attn: Bankruptcy Desk/Managing Agent
2025 E. Financial Way, Glendora
DBA CalPortland Company
Dept No 7409
Los Angeles CA 90084-7409

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

Silver State Steel Group
Attn: Bankruptcy Desk/Managing Agent
3680 W. Reno
Las Vegas, NV 89118

Silverbrook Group LLC
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 306
Las Vegas, NV 89113

Silverbrook Group LLC
Attn: Bankruptcy Desk/Managing Agent
9891 Wonderful Day Dr
Las Vegas, NV 89148

Silvia & Roger Garcia
Attn: Bankruptcy Desk/Managing Agent
491 Newberry Springs Dr
Las Vegas, NV 89148

Simin Chetnikov
Attn: Bankruptcy Desk/Managing Agent
6638 S Dapple Gray Rd
Las Vegas, NV 89148

Simon Family
Attn: Bankruptcy Desk/Managing Agent
6748 Gold Yarrow St
Las Vegas, NV 89148

Sinesia Shumaker
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 206
Las Vegas, NV 89113

Singer Max LP
Attn: Bankruptcy Desk/Managing Agent
1711 Langley Ave
Irvine, CA 92614

Singer Max LP
Attn: Bankruptcy Desk/Managing Agent
211 Cliff Valley Dr
Las Vegas, NV 89148

Sithiluk Chanstapornkul
Attn: Bankruptcy Desk/Managing Agent
277 Duck Hollow Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Sithipong Chanstapornkul
Attn: Bankruptcy Desk/Managing Agent
245 Lenape Heights Ave
Las Vegas, NV 89148

Siti Ma
Attn: Bankruptcy Desk/Managing Agent
179 Crooked Putter Dr
Las Vegas, NV 89148

Siu Chan
Attn: Bankruptcy Desk/Managing Agent
225 Blackstone River Ave
Las Vegas, NV 89148

Skyline Insulation, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jim Johnson
4151 Industrial Center Drive
Suite 800
N Las Vegas NV 89030

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

Sloane Sealey
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 201
Las Vegas, NV 89113

Smail Kheddar
Attn: Bankruptcy Desk/Managing Agent
2400 Mountain Oak Rd
Bakersfield, CA 93311

Smail Kheddar
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2006
Las Vegas, NV 89148

Smallwood Family
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 211
Las Vegas, NV 89113

Smallwood Family
Attn: Bankruptcy Desk/Managing Agent
94 1041 Kaloli Loop
Waipahu, HI 96797

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Socrates Roussos
Attn: Bankruptcy Desk/Managing Agent
5201 S Torrey Pines Dr Unit 1273
Las Vegas, NV 89118

Socrates Roussos
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 307
Las Vegas, NV 89113

Sofia & Don Cavales
Attn: Bankruptcy Desk/Managing Agent
364 Banff Ct
Las Vegas, NV 89148

Sohrabi Family
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 109
Las Vegas, NV 89113

Sohrabi Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 230668
Encinitas, CA 92023

Sola Kim
Attn: Bankruptcy Desk/Managing Agent
6842 Rose Mallow St
Las Vegas, NV 89148

Soledad McCarter
Attn: Bankruptcy Desk/Managing Agent
390 Blue Tee Ct
Las Vegas, NV 89148

Soledad McCarter
Attn: Bankruptcy Desk/Managing Agent
5455 Zelzah Ave Apt 106
Encino, CA 91316

Somrudee Amatayakul
Attn: Bankruptcy Desk/Managing Agent
331 Arbour Garden Ave
Las Vegas, NV 89148

Somrudee Amatayakul
Attn: Bankruptcy Desk/Managing Agent
94 Ekamai Rd
Bangkok Thailand
Thailand

Son Chung
Attn: Bankruptcy Desk/Managing Agent
209 S Stephanie St # B213
Henderson, NV 69012

Son Chung
Attn: Bankruptcy Desk/Managing Agent
9715 Dieterich Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Son Lee
Attn: Bankruptcy Desk/Managing Agent
204 Sea Rim Ave
Las Vegas, NV 89148

Son Tran
Attn: Bankruptcy Desk/Managing Agent
17034 S Serendo Ave
Gardena, CA 90247

Son Tran
Attn: Bankruptcy Desk/Managing Agent
6854 Baby Jade Ct
Las Vegas, NV 89148

Song & Millie Ngo
Attn: Bankruptcy Desk/Managing Agent
103 Cascade Lake St
Las Vegas, NV 89148

Song & Millie Ngo
Attn: Bankruptcy Desk/Managing Agent
374 Center Green Dr
Las Vegas, NV 89148

Sonia Fleming
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1073
Las Vegas, NV 89148

Sonia Sanabria
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 205
Las Vegas, NV 89113

Sonia Sanabria
Attn: Bankruptcy Desk/Managing Agent
900 Las Vegas Blvd S Unit 1108
Las Vegas, NV 89101

Sonia Stansmore
Attn: Bankruptcy Desk/Managing Agent
260 65th St Apt 30K
Brooklyn, NY 11220

Sonia Stansmore
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1092
Las Vegas, NV 89148

Sook Lacap
Attn: Bankruptcy Desk/Managing Agent
9287 Blue Flax Pl
Las Vegas, NV 89148

Sorida Klinhormhual
Attn: Bankruptcy Desk/Managing Agent
258 Rustic Club Way
Las Vegas, NV 89148

Sorin Busicescu
Attn: Bankruptcy Desk/Managing Agent
259 Dog Leg Dr
Las Vegas, NV 89148

Soto Diamond Investment LLC
Attn: Bankruptcy Desk/Managing Agent
39 Tall Ruff Dr
Las Vegas, NV 89148

Southern Nevada Health Dist.
Attn: Bankruptcy Desk/Managing Agent
625 Shadow Lane
P.O.Box 4426
Las Vegas NV 89127

Southwest Air Conditioning,Inc
Attn: Bankruptcy Desk/Managing Agent
3020 S Valley View Blvd
Las Vegas, NV 89102

Southwest Engineering In
Attn: Bankruptcy Desk/Managing Agent
3610 N. Rancho Drive
Las Vegas NV 89130

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Southwest Iron, LLC
Attn: Bankruptcy Desk/Managing Agent
2606 Losee Rd.
North Las Vegas NV 89030

Southwest Ironworks
Attn: Bankruptcy Desk/Managing Agent
5050 East Russell Road
Las Vegas NV 89122

Southwest Tactical, Inc.
Attn: Bankruptcy Desk/Managing Agent

Sova LLC
Attn: Bankruptcy Desk/Managing Agent
3651 Lindell Rd Ste G
Las Vegas, NV 89103

Sova LLC
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 206
Las Vegas, NV 89113

Soyoung Yang
Attn: Bankruptcy Desk/Managing Agent
10620 Southern Highlands Pkwy
Las Vegas, NV 89141

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                              Served 4/17/2009

Soyoung Yang
Attn: Bankruptcy Desk/Managing Agent
488 Newberry Springs Dr
Las Vegas, NV 89148

Spinrod Family
Attn: Bankruptcy Desk/Managing Agent
1870 Castle Oaks Ct
Walnut Creek, CA 94595

Spinrod Family
Attn: Bankruptcy Desk/Managing Agent
339 Descano Garden Dr
Las Vegas, NV 89148

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
3525 W Hacienda
Las Vegas, NV 89118

Spring Johnson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2162
Las Vegas, NV 89148

Spring Mountain Resources LLC
Attn: Bankruptcy Desk/Managing Agent
201 Tayman Park Ave
Las Vegas, NV 69148

Spring Mountain Resources LLC
Attn: Bankruptcy Desk/Managing Agent
285 Lakewood Garden Dr
Las Vegas, NV 89148

Spring Mountain Resources LLC
Attn: Bankruptcy Desk/Managing Agent
5415 W Harmon Ave Unit 1023
Las Vegas, NV 89103

Spring Mountain Resources LLC
Attn: Bankruptcy Desk/Managing Agent
7021 Bright Springs Ct
Las Vegas, NV 89113

Srdjan Nikolich
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 204
Las Vegas, NV 89113

Sretko & Mirjana Lojanica
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 206
Las Vegas, NV 89113

Staci & Timothy McHale
Attn: Bankruptcy Desk/Managing Agent
63 Tall Ruff Dr
Las Vegas, NV 89148

Stacy & Xavier Warren
Attn: Bankruptcy Desk/Managing Agent
22 Tall Ruff Dr
Las Vegas, NV 89148

Stacy Thornton
Attn: Bankruptcy Desk/Managing Agent
655 Lewelling Blvd # 2950
San Leandro, CA 94579

Stacy Thornton
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2065
Las Vegas, NV 89148

Stanley Consultants, Inc
Attn: Bankruptcy Desk/Managing Agent
5820 S. Eastern Avenue
Las Vegas, NV 89119

Stanley Fox
Attn: Bankruptcy Desk/Managing Agent
2215 E 24th St
Brooklyn, NY 11229

Stanley Fox
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 112
Las Vegas, NV 89113

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Business License Renewal
P.O. Box 52614
Phoenix AZ 85072-2614

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Stefanie Encarnacion
Attn: Bankruptcy Desk/Managing Agent
144 Short Ruff Way
Las Vegas, NV 89148

Stefanie Encarnacion
Attn: Bankruptcy Desk/Managing Agent
21921 Rashdall Ave
Carson, CA 90745

Stefano Arcoleo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1007
Las Vegas, NV 89148

Stephanie & Tim Koutras
Attn: Bankruptcy Desk/Managing Agent
292 Broken Par Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Stephanie & Tim Koutras
Attn: Bankruptcy Desk/Managing Agent
385 S Lemon Ave # E139
Walnut, CA 91789

Stephanie Aguilar
Attn: Bankruptcy Desk/Managing Agent
9276 Prairie Aster Pl
Las Vegas, NV 89148

Stephanie Barile
Attn: Bankruptcy Desk/Managing Agent
149 Sullivan Ave
Farmingdale, NY 11735

Stephanie Barile
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 204
Las Vegas, NV 89113

Stephanie Juric
Attn: Bankruptcy Desk/Managing Agent
332 White Bluffs St
Las Vegas, NV 89148

Stephanie Le
Attn: Bankruptcy Desk/Managing Agent
42410 N 46th Ln
Phoenix, AZ 85086

Stephanie Le
Attn: Bankruptcy Desk/Managing Agent
484 Foster Springs Rd
Las Vegas, NV 89148

Stephanie Lee
Attn: Bankruptcy Desk/Managing Agent
10548 Meadow Mist Ave
Las Vegas, NV 89135

Stephanie Lee
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 210
Las Vegas, NV 89113

Stephen & Angelique Gradney
Attn: Bankruptcy Desk/Managing Agent
12 Via Del Cielo
Rancho Palos Verdes, CA 90275

Stephen & Angelique Gradney
Attn: Bankruptcy Desk/Managing Agent
471 Foster Springs Rd
Las Vegas, NV 89148

Stephen & Angelique Gradney
Attn: Bankruptcy Desk/Managing Agent
483 Foster Springs Rd
Las Vegas, NV 89148

Stephen & Belia Merkatz
Attn: Bankruptcy Desk/Managing Agent
192 Cascade Lake St
Las Vegas, NV 89148

Stephen & Bernadette Andaya
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 108
Las Vegas, NV 89113

Stephen & Carolina Griffin
Attn: Bankruptcy Desk/Managing Agent
221 Drysdale Cir
Henderson, NV 89074

Stephen & Carolina Griffin
Attn: Bankruptcy Desk/Managing Agent
6777 Gold Yarrow St
Las Vegas, NV 89148

Stephen & Colomba Hribik
Attn: Bankruptcy Desk/Managing Agent
4775 N Tee Pee Ln
Las Vegas, NV 89129

Stephen & Colomba Hribik
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 313
Las Vegas, NV 89113

Stephen & Inthira Ligutom
Attn: Bankruptcy Desk/Managing Agent
5498 Peace River Ct
Las Vegas, NV 89148

Stephen & Inthira Ligutom
Attn: Bankruptcy Desk/Managing Agent
623 Newberry Springs Dr
Las Vegas, NV 89148

Stephen & Joseph Wancha
Attn: Bankruptcy Desk/Managing Agent
1209 Washington Ave Ste 509
Saint Louis, MO 63103

Stephen & Joseph Wancha
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 304
Las Vegas, NV 89113

Stephen Arnold
Attn: Bankruptcy Desk/Managing Agent
233 Spring Hollow Dr
Las Vegas, NV 89148

Stephen Deguzman
Attn: Bankruptcy Desk/Managing Agent
30 Cobbs Creek Way
Las Vegas, NV 89148

**Rhodes Ranch General Partnership 09-14844 - U.S. Mail**

Served 4/17/2009

Stephen Gradney
Attn: Bankruptcy Desk/Managing Agent
51 Tall Ruff Dr
Las Vegas, NV 89148

Stephen Miller
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 310
Las Vegas, NV 89113

Stephen Olson
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 207
Las Vegas, NV 89113

Stephen Rennie
Attn: Bankruptcy Desk/Managing Agent
8709 Villa Pablo Ln
Las Vegas, NV 89147

Stephen Rennie
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1108
Las Vegas, NV 89148

Sterling Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
2825 Coleman Street
N. Las Vegas NV 89032

Stern Family
Attn: Bankruptcy Desk/Managing Agent
5707 Wish Ave
Encino, CA 91316

Stern Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1144
Las Vegas, NV 89148

Steve & Lily Paris
Attn: Bankruptcy Desk/Managing Agent
122 Ocean Harbour Ln
Las Vegas, NV 89148

Steve & Lily Paris
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 106
Las Vegas, NV 89113

Steve Selbrede
Attn: Bankruptcy Desk/Managing Agent
1 Woodland Ct
Novato, CA 94947

Steve Selbrede
Attn: Bankruptcy Desk/Managing Agent
358 Broken Par Dr
Las Vegas, NV 89148

Steve Selbrede
Attn: Bankruptcy Desk/Managing Agent
38 Laying Up Ct
Las Vegas, NV 89148

Steve Triplett
Attn: Bankruptcy Desk/Managing Agent
39817 Amberley Cir
Temecula, CA 92591

Steve Triplett
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 202
Las Vegas, NV 89113

Steven & Brenda Cowart
Attn: Bankruptcy Desk/Managing Agent
9701 Valmeyer Ave
Las Vegas, NV 89148

Steven & Edward Cushman
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 211
Las Vegas, NV 89113

Steven & Jennifer Rhodes
Attn: Bankruptcy Desk/Managing Agent
2 Sandy Bunker Ln
Las Vegas, NV 89148

Steven & Jennifer Rhodes
Attn: Bankruptcy Desk/Managing Agent
5014 Spanish Hills Dr
Las Vegas, NV 89148

Steven & Jodi Makransky
Attn: Bankruptcy Desk/Managing Agent
6626 Babys Tear Pl
Las Vegas, NV 89148

Steven & Kathy Barrett
Attn: Bankruptcy Desk/Managing Agent
87 Sunset Bay St
Las Vegas, NV 89148

Steven & Kelly Hendricks
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2063
Las Vegas, NV 89148

Steven & Nancy Mihovich
Attn: Bankruptcy Desk/Managing Agent
10147 Dragons Meadow Ct
Las Vegas, NV 89148

Steven & Robin Bell
Attn: Bankruptcy Desk/Managing Agent
107 Oldham Pl
Ambler, PA 19002

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Steven & Robin Bell
Attn: Bankruptcy Desk/Managing Agent
262 Waterton Lakes Ave
Las Vegas, NV 89148

Steven & Susan Lalich
Attn: Bankruptcy Desk/Managing Agent
105 N Main St
Grant Park, IL 60940

Steven & Susan Lalich
Attn: Bankruptcy Desk/Managing Agent
87 Rock Run St
Las Vegas, NV 89148

Steven & Young Beck
Attn: Bankruptcy Desk/Managing Agent
270 Duck Hollow Ave
Las Vegas, NV 89148

Steven Gavalas
Attn: Bankruptcy Desk/Managing Agent
378 Trailing Putt Way
Las Vegas, NV 89148

Steven Kinkade
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 307
Las Vegas, NV 89113

Steven Kinkade
Attn: Bankruptcy Desk/Managing Agent
PO Box 391
Garden Valley, ID 83622

Steven Sleplon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2088
Las Vegas, NV 89148

Steven Watanabe
Attn: Bankruptcy Desk/Managing Agent
9302 Lemon Mint Ct
Las Vegas, NV 89148

Stone Age Design, LLC
Attn: Bankruptcy Desk/Managing Agent
2043 Pabco Road
Henderson NV 89015

Streetscape
Attn: Bankruptcy Desk/Managing Agent
714-898-4842
15641 Product Lane
Suite 7
Huntington Beach CA 92649

Striping Solutions
Attn: Bankruptcy Desk/Managing Agent
4181 W. Oquendo Road
Las Vegas NV 89118

Sudha Guttikonda
Attn: Bankruptcy Desk/Managing Agent
71 Rancho Maria St
Las Vegas, NV 89148

Suguitan Family
Attn: Bankruptcy Desk/Managing Agent
3616 Morningside Dr
El Sobrante, CA 94803

Suguitan Family
Attn: Bankruptcy Desk/Managing Agent
6760 Gold Yarrow St
Las Vegas, NV 89148

Suk Huang
Attn: Bankruptcy Desk/Managing Agent
287 Palm Trace Ave
Las Vegas, NV 89148

Suke Zhang
Attn: Bankruptcy Desk/Managing Agent
312 S Arroyo Dr Apt D
San Gabriel, CA 91776

Suke Zhang
Attn: Bankruptcy Desk/Managing Agent
479 Newberry Springs Dr
Las Vegas, NV 89148

Suman Tandra
Attn: Bankruptcy Desk/Managing Agent
55 River Dr S Apt 2201
Jersey City, NJ 07310

Suman Tandra
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2080
Las Vegas, NV 89148

Sunim Mitchell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2122
Las Vegas, NV 89148

Sunni & Jody Westbrook
Attn: Bankruptcy Desk/Managing Agent
606 Newberry Springs Dr
Las Vegas, NV 89148

Sunrise Mechanical, Inc.
Attn: Bankruptcy Desk/Managing Agent
7380 Commercial Way
Henderson NV 89011

Sunrise Paving,Inc
Attn: Bankruptcy Desk/Managing Agent
5562 Mountain Vista St.
Las Vegas NV 89120

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Sunstate Companies, Inc
Attn: Bankruptcy Desk/Managing Agent
4435 E. Colton Ave
Suite 101
Las Vegas NV 89115

Sunthary Delcastillo
Attn: Bankruptcy Desk/Managing Agent
267 Broken Par Dr
Las Vegas, NV 89148

Sunthary Delcastillo
Attn: Bankruptcy Desk/Managing Agent
4158 Walnut Ave
Long Beach, CA 90807

Supavadee Srisakorn
Attn: Bankruptcy Desk/Managing Agent
5574 Golden Palms Ct
Las Vegas, NV 89148

Supavadee Srisakorn
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 215
Las Vegas, NV 89113

Suresh Sadineni
Attn: Bankruptcy Desk/Managing Agent
284 Sea Rim Ave
Las Vegas, NV 89148

Surface Solutions
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 335112
North Las Vegas, NV 89033

Surface Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
2756 N Green Valley Pkwy
Henderson , NV 89014

Susan Cobb
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 315
Las Vegas, NV 89113

Susan Lawson
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 205
Las Vegas, NV 89113

Susan Nielson
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 202
Las Vegas, NV 89113

Susan Wong
Attn: Bankruptcy Desk/Managing Agent
121 Chateau Whistler Ct
Las Vegas, NV 89148

Susanna & Sammy Yip
Attn: Bankruptcy Desk/Managing Agent
447-32Nd Avenue
San Francisco, CA 94121

Susanna & Sammy Yip
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2041
Las Vegas, NV 89148

Susie Shawnego
Attn: Bankruptcy Desk/Managing Agent
14 Candlewyck Dr
Henderson, NV 89052

Susie Shawnego
Attn: Bankruptcy Desk/Managing Agent
18 Quail Valley St
Las Vegas, NV 89148

Suzan McFarland
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 208
Las Vegas, NV 89113

Suzani Asmlash
Attn: Bankruptcy Desk/Managing Agent
182 Rusty Plank Ave
Las Vegas, NV 89148

Suzanne Kage
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1047
Las Vegas, NV 89148

Suzanne Simone
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2017
Las Vegas, NV 89148

Swan Family
Attn: Bankruptcy Desk/Managing Agent
249 Rolling Springs Dr
Las Vegas, NV 89148

Swan Family
Attn: Bankruptcy Desk/Managing Agent
9101 W Sahara Ave # 105-B34
Las Vegas, NV 89117

Sy & Lo-Wei Deng
Attn: Bankruptcy Desk/Managing Agent
165 Tall Ruff Dr
Las Vegas, NV 89148

Syang Su
Attn: Bankruptcy Desk/Managing Agent
200 Crooked Putter Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Syang Su
Attn: Bankruptcy Desk/Managing Agent
6025 Marigold Point Ct
Las Vegas, NV 89120

Syed Ali
Attn: Bankruptcy Desk/Managing Agent
9710 Waukegan Ave
Las Vegas, NV 89148

Sylvester & Marilyn Sirna
Attn: Bankruptcy Desk/Managing Agent
9268 Dames Rocket Pl
Las Vegas, NV 89148

Sylvester & Susie Mitchell
Attn: Bankruptcy Desk/Managing Agent
9223 Tulip Trestle Ave
Las Vegas, NV 89148

Sylvia & Nariman Zaheri
Attn: Bankruptcy Desk/Managing Agent
275 Crooked Tree Dr
Las Vegas, NV 89148

Sylvia & Nariman Zaheri
Attn: Bankruptcy Desk/Managing Agent
640 Cordova St
Daly City, CA 94014

T K B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
6364 Mighty Flotilla Ave
Las Vegas, NV 89139

T K B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 113
Las Vegas, NV 89113

Taemi Park
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 205
Las Vegas, NV 89113

Tak & Siu Yeung
Attn: Bankruptcy Desk/Managing Agent
1451 Bonita Ter
Monterey Park, CA 91754

Tak & Siu Yeung
Attn: Bankruptcy Desk/Managing Agent
616 Over Par Ct
Las Vegas, NV 89148

Tamara & Anthony Cicchetti
Attn: Bankruptcy Desk/Managing Agent
192 Waterton Lakes Ave
Las Vegas, NV 89148

Tamara Lelyk
Attn: Bankruptcy Desk/Managing Agent
9256 Dames Rocket Pl
Las Vegas, NV 89148

Tami Zuehlsdorf
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1125
Las Vegas, NV 89148

Tammy Warden
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1148
Las Vegas, NV 89148

Tang Nog
Attn: Bankruptcy Desk/Managing Agent
3130 138th St Apt 3C
Flushing, NY 11354

Tang Nog
Attn: Bankruptcy Desk/Managing Agent
336 Trailing Putt Way
Las Vegas, NV 89148

Tanny & Marcia Ancheta
Attn: Bankruptcy Desk/Managing Agent
31 Rancho Maria St
Las Vegas, NV 89148

Tapia Family
Attn: Bankruptcy Desk/Managing Agent
21425 Avalon Blvd Spc 61
Carson, CA 90745

Tapia Family
Attn: Bankruptcy Desk/Managing Agent
6801 Scarlet Flax St
Las Vegas, NV 89148

Tara Rogers
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1004
Las Vegas, NV 89148

Tatyana Antokhina
Attn: Bankruptcy Desk/Managing Agent
374 Banff Ct
Las Vegas, NV 89148

Taxpayer Taxpayer
Attn: Bankruptcy Desk/Managing Agent
Las Vegas, NV 89000

Taxpayer Taxpayer
Attn: Bankruptcy Desk/Managing Agent
South Grand Central
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Teodulo Granada
Attn: Bankruptcy Desk/Managing Agent
186 Crooked Tree Dr
Las Vegas, NV 89148

Teofilo Bonilla
Attn: Bankruptcy Desk/Managing Agent
5919 Tybalt Ct
Las Vegas, NV 89113

Teofilo Bonilla
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 109
Las Vegas, NV 89113

Teresa Castillo
Attn: Bankruptcy Desk/Managing Agent
191 Water Hazard Ln
Las Vegas, NV 89148

Teresa Castillo
Attn: Bankruptcy Desk/Managing Agent
2989 Ingledale Ter
Los Angeles, CA 90039

Teresa Norris
Attn: Bankruptcy Desk/Managing Agent
177 Broken Putter Way
Las Vegas, NV 89148

Teresita & Danny Magsino
Attn: Bankruptcy Desk/Managing Agent
598 Foster Springs Rd
Las Vegas, NV 89148

Teresita & N R Rabanera
Attn: Bankruptcy Desk/Managing Agent
6537 Bethalto St
Las Vegas, NV 89148

Teresita & N R Rabanera
Attn: Bankruptcy Desk/Managing Agent
6670 Mount Whitney Dr
Buena Park, CA 90620

Teresita Africano
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 208
Las Vegas, NV 89113

Teresita Buhay
Attn: Bankruptcy Desk/Managing Agent
128 Broken Putter Way
Las Vegas, NV 89148

Teresita Kamel
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 105
Las Vegas, NV 89113

Teriza Arguelles-Anicete
Attn: Bankruptcy Desk/Managing Agent
357 Cart Crossing Way
Las Vegas, NV 89148

Teriza Arguelles-Anicete
Attn: Bankruptcy Desk/Managing Agent
594 Monterey Blvd
San Francisco, CA 94127

Terra Contracting Inc.
Attn: Bankruptcy Desk/Managing Agent
5980 West Cougar
Las Vegas, NV 89139

Terra Montero
Attn: Bankruptcy Desk/Managing Agent
57 Daisy Springs Ct
Las Vegas, NV 89148

Terrence & Kathleen Elder
Attn: Bankruptcy Desk/Managing Agent
9211 Tulip Trestle Ave
Las Vegas, NV 89148

Terry & Peggy Gibson
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 203
Las Vegas, NV 89113

Terry Gregory
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2142
Las Vegas, NV 89148

Tessy Lake
Attn: Bankruptcy Desk/Managing Agent
271 Soggy Ruff Way
Las Vegas, NV 89148

Tessy Lake
Attn: Bankruptcy Desk/Managing Agent
568 Foster Springs Rd
Las Vegas, NV 89148

Thang O
Attn: Bankruptcy Desk/Managing Agent
237 Lakewood Garden Dr
Las Vegas, NV 89148

Thanh-van Vu
Attn: Bankruptcy Desk/Managing Agent
1208 Stellar Way
Milpitas, CA 95035

Thanh-van Vu
Attn: Bankruptcy Desk/Managing Agent
364 Cart Crossing Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

The Falls@Rhodes Ranch
Attn: Bankruptcy Desk/Managing Agent
c/o Castle Management
P. O. Box 94707
Las Vegas NV 89193-4707

The Mobile Storage Group
Attn: Bankruptcy Desk/Managing Agent
PO Box 10999
Burbank, CA 91510

Thelma & Manuel Diago
Attn: Bankruptcy Desk/Managing Agent
254 Jefferson Ave
Brentwood, NY 11717

Thelma & Manuel Diago
Attn: Bankruptcy Desk/Managing Agent
315 Descano Garden Dr
Las Vegas, NV 89148

Theodore Braga
Attn: Bankruptcy Desk/Managing Agent
1074 Delano St
San Lorenzo, CA 94580

Theodore Braga
Attn: Bankruptcy Desk/Managing Agent
9266 Orchid Pansy Ave
Las Vegas, NV 89148

Theodore Stilwell
Attn: Bankruptcy Desk/Managing Agent
383 Foster Springs Rd
Las Vegas, NV 89148

Theodore Stilwell
Attn: Bankruptcy Desk/Managing Agent
9544 Stone Oak Ct
Salinas, CA 93907

Theresa Brown
Attn: Bankruptcy Desk/Managing Agent
2301 Effingham St
Portsmouth, VA 23704

Theresa Brown
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 312
Las Vegas, NV 89113

Thinh Tran
Attn: Bankruptcy Desk/Managing Agent
506 Newberry Springs Dr
Las Vegas, NV 89148

Thinh Tran
Attn: Bankruptcy Desk/Managing Agent
9742 Garrett Cir
Huntington Beach, CA 92646

THK Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
2953 South Peoria Street
Suite 101
Aurora CO 80014

Thomas & Alberta Fox
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 203
Las Vegas, NV 89113

Thomas & Bonnie Callahan
Attn: Bankruptcy Desk/Managing Agent
6811 Rose Mallow St
Las Vegas, NV 89148

Thomas & Crystal Haselton
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 213
Las Vegas, NV 89113

Thomas & Crystal Haselton
Attn: Bankruptcy Desk/Managing Agent
PO Box 10912
Pleasanton, CA 94588

Thomas & Dorothy Olsen
Attn: Bankruptcy Desk/Managing Agent
289 Rolling Springs Dr
Las Vegas, NV 89148

Thomas & Dorothy Olsen
Attn: Bankruptcy Desk/Managing Agent
3355 N Five Mile Rd # 302
Boise, ID 83713

Thomas & Janet Lombino
Attn: Bankruptcy Desk/Managing Agent
155 Marco Island St
Las Vegas, NV 89148

Thomas & Lori Shanahan
Attn: Bankruptcy Desk/Managing Agent
266 Brushy Creek Ave
Las Vegas, NV 89148

Thomas & Mun Crandall
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 302
Las Vegas, NV 89113

Thomas & Rosemary Dibble
Attn: Bankruptcy Desk/Managing Agent
1457 E 8730 S
Sandy, UT 84093

Thomas & Rosemary Dibble
Attn: Bankruptcy Desk/Managing Agent
269 Spring Hollow Dr
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Thomas & Sandra Donaldson
Attn: Bankruptcy Desk/Managing Agent
349 Lakewood Garden Dr
Las Vegas, NV 89148

Thomas & Sandra Donaldson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2130
Las Vegas, NV 89148

Thomas & Susan Cavanaugh
Attn: Bankruptcy Desk/Managing Agent
391 Hidden Hole Dr
Las Vegas, NV 89148

Thomas & Susan Cavanaugh
Attn: Bankruptcy Desk/Managing Agent
8540 Dune Lake Rd SE
Moses Lake, WA 98837

Thomas Buffolino
Attn: Bankruptcy Desk/Managing Agent
281 Cliff Valley Dr
Las Vegas, NV 89148

Thomas Coletto
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 309
Las Vegas, NV 89113

Thomas Connolly
Attn: Bankruptcy Desk/Managing Agent
327 Cart Crossing Way
Las Vegas, NV 89148

Thomas Dombrowski
Attn: Bankruptcy Desk/Managing Agent
6 Cobbs Creek Way
Las Vegas, NV 89148

Thomas Dzikowski
Attn: Bankruptcy Desk/Managing Agent
7173 Duragno Dr #201
Las Vegas, NV 89113

Thomas Dzikowski
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 201
Las Vegas, NV 89113

Thomas Isbell
Attn: Bankruptcy Desk/Managing Agent
11837 Love Orchid Ln
Las Vegas, NV 89138

Thomas Isbell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1044
Las Vegas, NV 89148

Thomas Janulewicz
Attn: Bankruptcy Desk/Managing Agent
9307 Orchid Pansy Ave
Las Vegas, NV 89148

Thomas Kelly
Attn: Bankruptcy Desk/Managing Agent
334 Cart Crossing Way
Las Vegas, NV 89148

Thomas King
Attn: Bankruptcy Desk/Managing Agent
162 Crooked Tree Dr
Las Vegas, NV 89148

Thomas Patufka
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 309
Las Vegas, NV 89113

Thomas Takeuchi
Attn: Bankruptcy Desk/Managing Agent
201 Wicked Wedge Way
Las Vegas, NV 89148

Thomas Takeuchi
Attn: Bankruptcy Desk/Managing Agent
398 Lunalilo Home Rd
Honolulu, HI 96825

Thomas Tran
Attn: Bankruptcy Desk/Managing Agent
107 Red Tee Ln
Las Vegas, NV 89148

Thomas Tran
Attn: Bankruptcy Desk/Managing Agent
2462 Strathmore Ave
Rosemead, CA 91770

Thomas Trieu
Attn: Bankruptcy Desk/Managing Agent
302 Turtle Peak Ave
Las Vegas, NV 89148

Thornton Family
Attn: Bankruptcy Desk/Managing Agent
42 Cascade Lake St
Las Vegas, NV 89148

Tian Fu
Attn: Bankruptcy Desk/Managing Agent
305 Fringe Ruff Dr
Las Vegas, NV 89148

Tian Fu
Attn: Bankruptcy Desk/Managing Agent
5420 Lindsey Ln
Cypress, CA 90630

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                     Served 4/17/2009

Tiberti Fence Co.
Attn: Bankruptcy Desk/Managing Agent
4975 Rogers Street
Las Vegas NV 89118

Tiffany Jew
Attn: Bankruptcy Desk/Managing Agent
176 Marbly Ave
Daly City, CA 94015

Tiffany Jew
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2120
Las Vegas, NV 89148

Timothy & Caroline Delugo
Attn: Bankruptcy Desk/Managing Agent
41 Diamond Run St
Las Vegas, NV 89148

Timothy & Deborah Lewis
Attn: Bankruptcy Desk/Managing Agent
6827 Scarlet Flax St
Las Vegas, NV 89148

Timothy & Gerald Norman
Attn: Bankruptcy Desk/Managing Agent
9675 Marcelline Ave
Las Vegas, NV 89148

Timothy & Juliet Shirley
Attn: Bankruptcy Desk/Managing Agent
6832 Scarlet Flax St
Las Vegas, NV 89148

Timothy & Laura Canale
Attn: Bankruptcy Desk/Managing Agent
238 Palm Trace Ave
Las Vegas, NV 89148

Timothy & Stacey Sam
Attn: Bankruptcy Desk/Managing Agent
262 Fringe Ruff Dr
Las Vegas, NV 89148

Timothy Fitzgerald
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 214
Las Vegas, NV 89113

Timothy Madison
Attn: Bankruptcy Desk/Managing Agent
6225 Humus Ave
Las Vegas, NV 89139

Timothy Madison
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 205
Las Vegas, NV 89113

Timothy Martin
Attn: Bankruptcy Desk/Managing Agent
215 Lenape Heights Ave
Las Vegas, NV 89148

Timothy Martin
Attn: Bankruptcy Desk/Managing Agent
2325 Cockatoo Dr
N Las Vegas, NV 89084

Timothy McQuay
Attn: Bankruptcy Desk/Managing Agent
290 Caddy Bag Ct
Las Vegas, NV 89148

Timothy McQuay
Attn: Bankruptcy Desk/Managing Agent
6492 Applegate Ct
San Jose, CA 95119

Timothy Morris
Attn: Bankruptcy Desk/Managing Agent
6883 Rose Mallow St
Las Vegas, NV 89148

Timothy Waters
Attn: Bankruptcy Desk/Managing Agent
205 Dandelion Ln
San Ramon, CA 94582

Timothy Waters
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2081
Las Vegas, NV 89148

Tin & Linda Nguyen
Attn: Bankruptcy Desk/Managing Agent
15403 Barbarossa Dr
Houston, TX 77083

Tin & Linda Nguyen
Attn: Bankruptcy Desk/Managing Agent
611 Newberry Springs Dr
Las Vegas, NV 89148

Tin Cheung
Attn: Bankruptcy Desk/Managing Agent
101 Sandy Bunker Ln
Las Vegas, NV 89148

Tin Cheung
Attn: Bankruptcy Desk/Managing Agent
2346 Indian Creek Rd
Diamond Bar, CA 91765

Tin Kerine Cheung
Attn: Bankruptcy Desk/Managing Agent
2346 Indian Creek Road
Diamond Bar CA 91765

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Tina Licata
Attn: Bankruptcy Desk/Managing Agent
9 Campbell St
New Hyde Park, NY 11040

Tina Licata
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2151
Las Vegas, NV 89148

Tina T LLC
Attn: Bankruptcy Desk/Managing Agent
168 Hickory Heights Ave
Las Vegas, NV 89148

Tina T LLC
Attn: Bankruptcy Desk/Managing Agent
5450 Wesleyan Ct
Las Vegas, NV 89113

Tina Yao
Attn: Bankruptcy Desk/Managing Agent
14007 Blue Ribbon Ln
Corona, CA 92880

Tina Yao
Attn: Bankruptcy Desk/Managing Agent
273 Sea Rim Ave
Las Vegas, NV 89148

Tina Zardiashvili
Attn: Bankruptcy Desk/Managing Agent
332 Broken Par Dr
Las Vegas, NV 89148

Tinat LLC
Attn: Bankruptcy Desk/Managing Agent
216 Hickory Heights Ave
Las Vegas, NV 89148

Tinat LLC
Attn: Bankruptcy Desk/Managing Agent
5450 Wesleyan Ct
Las Vegas, NV 89113

Tinat LLC
Attn: Bankruptcy Desk/Managing Agent
9653 Kampsville Ave
Las Vegas, NV 89148

Ting Xu
Attn: Bankruptcy Desk/Managing Agent
173 Williamsburg Ct
Albany, NY 12203

Ting Xu
Attn: Bankruptcy Desk/Managing Agent
378 Fringe Ruff Dr
Las Vegas, NV 89148

Tita Rosario
Attn: Bankruptcy Desk/Managing Agent
12512 Mantilla Rd
San Diego, CA 92128

Tita Rosario
Attn: Bankruptcy Desk/Managing Agent
538 Foster Springs Rd
Las Vegas, NV 89148

Tjia Family
Attn: Bankruptcy Desk/Managing Agent
198 Short Ruff Way
Las Vegas, NV 89148

Tjia Family
Attn: Bankruptcy Desk/Managing Agent
199 Broken Putter Way
Las Vegas, NV 89148

Tjia Family
Attn: Bankruptcy Desk/Managing Agent
25395 Prado De La Felicidad
Calabasas, CA 91302

Tjia Family
Attn: Bankruptcy Desk/Managing Agent
7730 Airport Business Pkwy
Van Nuys, CA 91406

Tobares Family
Attn: Bankruptcy Desk/Managing Agent
174 Hickory Heights Ave
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
219 Rusty Plank Ave
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
308 Lakewood Garden Dr
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
331 Forest Park Ct
Pacifica, CA 94044

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
381 Grandover Ct
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
383 Banff Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
388 First On Dr
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
4214 California St
San Francisco, CA 94118

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2042
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2111
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2128
Las Vegas, NV 89148

Todd & Brigette Hajduk
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 209
Las Vegas, NV 89113

Todd & Brigette Hajduk
Attn: Bankruptcy Desk/Managing Agent
9317 Mountain Rise Ave
Las Vegas, NV 89129

Todd & Karen Kennedy
Attn: Bankruptcy Desk/Managing Agent
9794 Kampsville Ave
Las Vegas, NV 89148

Todd Hopkins
Attn: Bankruptcy Desk/Managing Agent
4615 Pico St Apt 5
San Diego, CA 92109

Todd Hopkins
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 308
Las Vegas, NV 89113

Todd McLean
Attn: Bankruptcy Desk/Managing Agent
136 Maria Dr
Petaluma, CA 94954

Todd McLean
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 104
Las Vegas, NV 89113

Tom & Ann Vongchanglaw
Attn: Bankruptcy Desk/Managing Agent
6857 Scarlet Flax St
Las Vegas, NV 89148

Tom & Hien Trang
Attn: Bankruptcy Desk/Managing Agent
363 Banff Ct
Las Vegas, NV 89148

Tom & Hien Trang
Attn: Bankruptcy Desk/Managing Agent
4205 E Summer Creek Ln
Anaheim, CA 92807

Tomo Aihara
Attn: Bankruptcy Desk/Managing Agent
28 Tall Ruff Dr
Las Vegas, NV 89148

Toni Delellis
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 209
Las Vegas, NV 89113

Tonika Lyle
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2170
Las Vegas, NV 89148

Tony Wood
Attn: Bankruptcy Desk/Managing Agent
241 Tayman Park Ave
Las Vegas, NV 89148

Torres Companies LLC
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 308
Las Vegas, NV 89113

Torres Companies LLC
Attn: Bankruptcy Desk/Managing Agent
884 Loma Bonita Pl
Las Vegas, NV 89138

Tory Garber
Attn: Bankruptcy Desk/Managing Agent
6771 Gold Yarrow St
Las Vegas, NV 89148

Tosh Monday
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2124
Las Vegas, NV 89148

TotTurf
Attn: Bankruptcy Desk/Managing Agent
4145 W. Mercury Way
Chandler AZ 85226

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Toyoko Calderone
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 216
Las Vegas, NV 89113

Toyoko Calderone
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 302
Las Vegas, NV 89113

Tracie Williams
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 109
Las Vegas, NV 89113

Tracy Merrill
Attn: Bankruptcy Desk/Managing Agent
9267 Dames Rocket Pl
Las Vegas, NV 89148

Tracy Thomas
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2145
Las Vegas, NV 89148

Trang Tran
Attn: Bankruptcy Desk/Managing Agent
161 Sandy Bunker Ln
Las Vegas, NV 89148

Treasa Winkler
Attn: Bankruptcy Desk/Managing Agent
6717 Gold Yarrow St
Las Vegas, NV 89148

Trevor & Maria Lothian
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 208
Las Vegas, NV 89113

Trina Phinizy
Attn: Bankruptcy Desk/Managing Agent
5514 Megan Faye St
N Las Vegas, NV 89031

Trina Phinizy
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 312
Las Vegas, NV 89113

Trinh Tran
Attn: Bankruptcy Desk/Managing Agent
9745 Kampsville Ave
Las Vegas, NV 89148

Triton Grading & Paving LLC
Attn: Bankruptcy Desk/Managing Agent
4220 Arcata Way
Bldg B Suite 1
N Las Vegas NV 89030

Trophies of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
4295 S Arville #A
Las Vegas, NV 89103

Troy & Laura Vanderburg
Attn: Bankruptcy Desk/Managing Agent
176 Rusty Plank Ave
Las Vegas, NV 89148

Troy & Tony Alvarez
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 309
Las Vegas, NV 89113

Troy Smith
Attn: Bankruptcy Desk/Managing Agent
20071 Lawson Ln
Huntington Beach, CA 92646

Troy Smith
Attn: Bankruptcy Desk/Managing Agent
282 Waterton Lakes Ave
Las Vegas, NV 89148

Trustee Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
6741 Quarterhorse Ln
Las Vegas, NV 89148

Trustee Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
6795 Gold Yarrow St
Las Vegas, NV 89148

Tsun Young
Attn: Bankruptcy Desk/Managing Agent
46 Sunset Bay St
Las Vegas, NV 89148

Tuan Tran
Attn: Bankruptcy Desk/Managing Agent
223 Crooked Putter Dr
Las Vegas, NV 89148

Tun & Cheng Minliu
Attn: Bankruptcy Desk/Managing Agent
22 Quail Valley St
Las Vegas, NV 89148

Tun & Cheng Minliu
Attn: Bankruptcy Desk/Managing Agent
9251 Southern Breeze Dr
Orlando, FL 32836

Tung Family
Attn: Bankruptcy Desk/Managing Agent
371 Turtle Peak Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Tung Family
Attn: Bankruptcy Desk/Managing Agent
801 Franklin St Apt 1239
Oakland, CA 94607

Turf Depot Direct, LLC
Attn: Bankruptcy Desk/Managing Agent
7618 Carlton Oaks
Las Vegas, NV 89113

Twist Family
Attn: Bankruptcy Desk/Managing Agent
2469 Bench Reef Pl
Henderson, NV 89052

Twist Family
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 202
Las Vegas, NV 89113

Twylla Williford
Attn: Bankruptcy Desk/Managing Agent
302 Waterton Lakes Ave
Las Vegas, NV 89148

Tze & Alice Chen
Attn: Bankruptcy Desk/Managing Agent
64 Arcadian Shores St
Las Vegas, NV 89148

Udayan Patel
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 110
Las Vegas, NV 89113

Udayan Patel
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 105
Las Vegas, NV 89113

Udayan Patel
Attn: Bankruptcy Desk/Managing Agent
908 Post St
San Francisco, CA 94109

Unassociated Properties LLC
Attn: Bankruptcy Desk/Managing Agent
105 Chateau Whistler Ct
Las Vegas, NV 89148

Unassociated Properties LLC
Attn: Bankruptcy Desk/Managing Agent
19127 County Rd 2
Sauk Centre, MN 56378

United Rentals
Attn: Bankruptcy Desk/Managing Agent
Anna
Highway Technologies
P.O. Box 51581
Los Angeles CA 90051-5881

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United Western Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 308
Las Vegas, NV 89113

United Western Properties LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 400700
Las Vegas, NV 89140

Urbano Magboo
Attn: Bankruptcy Desk/Managing Agent
1835 Kickapoo Ct
Morgan Hill, CA 95037

Urbano Magboo
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 205
Las Vegas, NV 89113

Urbino Family
Attn: Bankruptcy Desk/Managing Agent
237 Duck Hollow Ave
Las Vegas, NV 89148

Urbino Family
Attn: Bankruptcy Desk/Managing Agent
788 Antiquity Dr
Fairfield, CA 94534

Ursula & Jesus Ominga
Attn: Bankruptcy Desk/Managing Agent
287 Spring Hollow Dr
Las Vegas, NV 89148

Usman Family
Attn: Bankruptcy Desk/Managing Agent
271 Angels Trace Ct
Las Vegas, NV 89148

Usman Family
Attn: Bankruptcy Desk/Managing Agent
4271 Saint Paul Cir
Pittsburg, CA 94565

V H Investments LLC
Attn: Bankruptcy Desk/Managing Agent
104 Via Del Signoria
Rancho Mirage, CA 92270

V H Investments LLC
Attn: Bankruptcy Desk/Managing Agent
185 Lenape Heights Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Served 4/17/2009

Vadim & Natalya Osipova
Attn: Bankruptcy Desk/Managing Agent
560 Newberry Springs Dr
Las Vegas, NV 89148

Vahe & Dorine Aharonian
Attn: Bankruptcy Desk/Managing Agent
4940 Collett Ave
Encino, CA 91436

Vahe & Dorine Aharonian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2116
Las Vegas, NV 89148

Vahik & Lilit Baghdassarian
Attn: Bankruptcy Desk/Managing Agent
6961 Rubio Ave
Van Nuys, CA 91406

Vahik & Lilit Baghdassarian
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 313
Las Vegas, NV 89113

Valentina Fields
Attn: Bankruptcy Desk/Managing Agent
176 Crooked Putter Dr
Las Vegas, NV 89148

Valerie Angles
Attn: Bankruptcy Desk/Managing Agent
460 Peralta Ave
Long Beach, CA 90803

Valerie Angles
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1019
Las Vegas, NV 89148

Valerie Scherschligt
Attn: Bankruptcy Desk/Managing Agent
370 Clarence House Ave Unit 102
North Las Vegas, NV 89032

Valerie Scherschligt
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 116
Las Vegas, NV 89113

Valerie Thornton
Attn: Bankruptcy Desk/Managing Agent
480 W 10 N
Orem, UT 84057

Valerie Thornton
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 302
Las Vegas, NV 89113

Valley Air Conditioning Inc.
Attn: Bankruptcy Desk/Managing Agent
9225 Mann Street
Las Vegas NV 89139

Vamsi Surapaneni
Attn: Bankruptcy Desk/Managing Agent
172 Sandy Bunker Ln
Las Vegas, NV 89148

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vanessa Campbell
Attn: Bankruptcy Desk/Managing Agent
511 Halloran Springs Rd
Las Vegas, NV 89148

Vanessa Campbell
Attn: Bankruptcy Desk/Managing Agent
PO Box 95697
Las Vegas, NV 89193

Varon Family
Attn: Bankruptcy Desk/Managing Agent
117 Chateau Whistler Ct
Las Vegas, NV 89148

Varon Family
Attn: Bankruptcy Desk/Managing Agent
14 Palomino Ln
Rolling Hills Estates, CA 90274

Varunprabha Family
Attn: Bankruptcy Desk/Managing Agent
78 Myrtle Springs Ct
Las Vegas, NV 89148

Vaughn Family
Attn: Bankruptcy Desk/Managing Agent
21922 Jinetes
Mission Viejo, CA 92691

Vaughn Family
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 104
Las Vegas, NV 89113

Vava Schroeder
Attn: Bankruptcy Desk/Managing Agent
307 Palm Trace Ave
Las Vegas, NV 89148

Vega Family
Attn: Bankruptcy Desk/Managing Agent
16 Princeville Ln
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Vega Family
Attn: Bankruptcy Desk/Managing Agent
6819 Baby Jade Ct
Las Vegas, NV 89148

Vega Properties LLC
Attn: Bankruptcy Desk/Managing Agent
542 Malicoat Ave
Oakley, CA 94561

Vega Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2173
Las Vegas, NV 89148

Velasquez Family
Attn: Bankruptcy Desk/Managing Agent
269 Duck Hollow Ave
Las Vegas, NV 89148

Velibor & Olivera Djuric
Attn: Bankruptcy Desk/Managing Agent
160 Somerglen Common SW
Calgary AB T2Y 4E8 Canada
Canada

Velibor & Olivera Djuric
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 303
Las Vegas, NV 89113

Venko & Heike Nikolov
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 309
Las Vegas, NV 89113

Venko & Heike Nikolov
Attn: Bankruptcy Desk/Managing Agent
8085 Canto Ave
Las Vegas, NV 89147

Vera Crawford
Attn: Bankruptcy Desk/Managing Agent
9291 Dames Rocket Pl
Las Vegas, NV 89148

Vera Raicevic
Attn: Bankruptcy Desk/Managing Agent
268 Dog Leg Dr
Las Vegas, NV 89148

Veronika Szalai
Attn: Bankruptcy Desk/Managing Agent
405 Foster Springs Rd
Las Vegas, NV 89148

Vesselka Rizova
Attn: Bankruptcy Desk/Managing Agent
9704 Waukegan Ave
Las Vegas, NV 89148

Viapiana Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2097
Las Vegas, NV 89148

Vicki Lan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1141
Las Vegas, NV 89148

Vicki Lan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Sptings Rd #1141
Las Vegas, NV 89148

Victor & Josephine Pascual
Attn: Bankruptcy Desk/Managing Agent
293 Sea Rim Ave
Las Vegas, NV 89148

Victor & Josephine Pascual
Attn: Bankruptcy Desk/Managing Agent
3982 Hemway Ct
Simi Valley, CA 93063

Victor & Katherina Fontanilla
Attn: Bankruptcy Desk/Managing Agent
202 Lenape Heights Ave
Las Vegas, NV 89148

Victor & Katherina Fontanilla
Attn: Bankruptcy Desk/Managing Agent
444 W 163rd St
Lawndale, CA 90260

Victor & Kathryn Gielisse
Attn: Bankruptcy Desk/Managing Agent
26 Huyler Dr
Hyde Park, NY 12538

Victor & Kathryn Gielisse
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 212
Las Vegas, NV 89113

Victor & Melania Calomfirescu
Attn: Bankruptcy Desk/Managing Agent
243 Sea Rim Ave
Las Vegas, NV 89148

Victor Chill
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 113
Las Vegas, NV 89113

Victor Gerodias
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 113
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Victor Hou
Attn: Bankruptcy Desk/Managing Agent
597 Halloran Springs Rd
Las Vegas, NV 89148

Victor Salinas
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 201
Las Vegas, NV 89113

Victor Uy
Attn: Bankruptcy Desk/Managing Agent
64 Sully Creek Ct
Las Vegas, NV 89148

Victor Uy
Attn: Bankruptcy Desk/Managing Agent
940 S Camerford Ln
Anaheim, CA 92808

Victor Wu
Attn: Bankruptcy Desk/Managing Agent
2160 Shelburne Way
Torrance, CA 90503

Victor Wu
Attn: Bankruptcy Desk/Managing Agent
470 Center Green Dr
Las Vegas, NV 89148

Victoriano & Julieta Fernandez
Attn: Bankruptcy Desk/Managing Agent
309 Foster Springs Rd
Las Vegas, NV 89148

Victoriano & Julieta Fernandez
Attn: Bankruptcy Desk/Managing Agent
8533 Ranchito Ave
Panorama City, CA 91402

Victorino & Lily Gerodias
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 207
Las Vegas, NV 89113

Victoriya Gentsar
Attn: Bankruptcy Desk/Managing Agent
231 Waterton Lakes Ave
Las Vegas, NV 89148

Vien Woods
Attn: Bankruptcy Desk/Managing Agent
160 Macoby Run St
Las Vegas, NV 89148

Vijaykumar Lingegowda
Attn: Bankruptcy Desk/Managing Agent
172 Cascade Lake St
Las Vegas, NV 89148

Viktoria Voltshek
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 309
Las Vegas, NV 89113

Vilaiwan Watanabe
Attn: Bankruptcy Desk/Managing Agent
6850 Scarlet Flax St
Las Vegas, NV 89148

Vilas Balakrishna
Attn: Bankruptcy Desk/Managing Agent
105 Tall Ruff Dr
Las Vegas, NV 89148

Vilma & Nimrod Kempis
Attn: Bankruptcy Desk/Managing Agent
1537 Silver Pond Ln
San Jose, CA 95138

Vilma & Nimrod Kempis
Attn: Bankruptcy Desk/Managing Agent
159 Broken Putter Way
Las Vegas, NV 89148

Vincent Lopez
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 210
Las Vegas, NV 89113

Violeta & Julian Cumti
Attn: Bankruptcy Desk/Managing Agent
212 Margarita Ave
Palo Alto, CA 94306

Violeta & Julian Cumti
Attn: Bankruptcy Desk/Managing Agent
395 Foster Springs Rd
Las Vegas, NV 89148

Virgil & Mona Payawal
Attn: Bankruptcy Desk/Managing Agent
72 Cascade Lake St
Las Vegas, NV 89148

Virgil Page
Attn: Bankruptcy Desk/Managing Agent
288 Spring Hollow Dr
Las Vegas, NV 89148

Virgil Page
Attn: Bankruptcy Desk/Managing Agent
60 Boatworks Dr
Bayonne, NJ 07002

Virgilio & Ann Paredes
Attn: Bankruptcy Desk/Managing Agent
3 Mayapple Rd
Sicklerville, NJ 08081

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                              Served 4/17/2009

Virgilio & Ann Paredes
Attn: Bankruptcy Desk/Managing Agent
535 Center Green Dr
Las Vegas, NV 89148

Virgilio & Annievie Obiniana
Attn: Bankruptcy Desk/Managing Agent
285 Caddy Bag Ct
Las Vegas, NV 89148

Virgilio Berto
Attn: Bankruptcy Desk/Managing Agent
269 Lakewood Garden Dr
Las Vegas, NV 89148

Virginia & Brian Kaplan
Attn: Bankruptcy Desk/Managing Agent
118 Water Hazard Ln
Las Vegas, NV 89148

Virginia Darcy
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 310
Las Vegas, NV 89113

Virginia Fluet
Attn: Bankruptcy Desk/Managing Agent
631 Ofarrell St Apt 710
San Francisco, CA 94109

Virginia Fluet
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2175
Las Vegas, NV 89148

Vista Landscape Centers
Attn: Bankruptcy Desk/Managing Agent
951  E. Wigwam Pkwy
Henderson NV 89014

Vivan Campbell
Attn: Bankruptcy Desk/Managing Agent
71 Broken Putter Way
Las Vegas, NV 89148

Vivan Nguyen
Attn: Bankruptcy Desk/Managing Agent
346 Broken Par Dr
Las Vegas, NV 89148

Vivan Nguyen
Attn: Bankruptcy Desk/Managing Agent
487 Coelho St
Milpitas, CA 95035

Vivien Fabro
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 106
Las Vegas, NV 89113

Vivien Fabro
Attn: Bankruptcy Desk/Managing Agent
7524 Salvadora Pl
Las Vegas, NV 89113

Vladimir Sosnine
Attn: Bankruptcy Desk/Managing Agent
168 Dog Leg Dr
Las Vegas, NV 89148

Vu Investment Group LLC
Attn: Bankruptcy Desk/Managing Agent
9779 Waukegan Ave
Las Vegas, NV 89148

Vuong Family
Attn: Bankruptcy Desk/Managing Agent
385 Blackstone River Ave
Las Vegas, NV 89148

Vuong Family
Attn: Bankruptcy Desk/Managing Agent
59 Living Edens Ct
Las Vegas, NV 89148

W Larry & Duhngdao Whitesell
Attn: Bankruptcy Desk/Managing Agent
109 Lakewood Garden Dr
Las Vegas, NV 89148

W M C Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
117 Tall Ruff Dr
Las Vegas, NV 89148

W M C Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
PO Box 650070
Dallas, TX 75265

Waite Family
Attn: Bankruptcy Desk/Managing Agent
9689 Geiger Peak Ct
Las Vegas, NV 89148

Waite Family
Attn: Bankruptcy Desk/Managing Agent
9788 Waukegan Ave
Las Vegas, NV 89148

Waldrop Family
Attn: Bankruptcy Desk/Managing Agent
125 Chateau Whistler Ct
Las Vegas, NV 89148

Walid & Faiza Yousif
Attn: Bankruptcy Desk/Managing Agent
312 Turtle Peak Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                           Served 4/17/2009

Wall Constructors Inc
Attn: Bankruptcy Desk/Managing Agent
6015 Mcleod
Las Vegas NV 89120

Wall Systems Inc - Paint
Attn: Bankruptcy Desk/Managing Agent
6015 McLeod Drive
Las Vegas, NV 89120

Wall Systems Inc-Drywall
Attn: Bankruptcy Desk/Managing Agent
6015 McLeod Drive
Las Vegas NV 89120

Wallace Morris Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
5740 S. Arville Street Suite #206
Las Vegas, NV 89118

Walt Walters
Attn: Bankruptcy Desk/Managing Agent
2461 E Orangehorpe Ave #200
Fullerton, CA 92831

Walt Walters
Attn: Bankruptcy Desk/Managing Agent
55 Sunset Bay St
Las Vegas, NV 89148

Walter & Dora Mih
Attn: Bankruptcy Desk/Managing Agent
200 SW Elm St
Pullman, WA 99163

Walter & Dora Mih
Attn: Bankruptcy Desk/Managing Agent
280 Soggy Ruff Way
Las Vegas, NV 89148

Walter & Irene Drechsler
Attn: Bankruptcy Desk/Managing Agent
105 Broken Putter Way
Las Vegas, NV 89148

Walter & Irene Drechsler
Attn: Bankruptcy Desk/Managing Agent
716 Ontario St
Oak Park, IL 60302

Walter & Jian Knapik
Attn: Bankruptcy Desk/Managing Agent
6732 Pastel Camellia St
Las Vegas, NV 89148

Walter Stewart
Attn: Bankruptcy Desk/Managing Agent
59 S 4th St
Lewisburg, PA 17837

Walter Stewart
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 207
Las Vegas, NV 89113

Walter Stewart
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 111
Las Vegas, NV 89113

Wan Pak
Attn: Bankruptcy Desk/Managing Agent
141 Lakewood Garden Dr
Las Vegas, NV 89148

Wan Pak
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

Wang Family
Attn: Bankruptcy Desk/Managing Agent
2185 Alcova Ridge Dr
Las Vegas, NV 89135

Wang Family
Attn: Bankruptcy Desk/Managing Agent
9742 Marcelline Ave
Las Vegas, NV 89148

Wang Son
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 304
Las Vegas, NV 89113

Wayde Stoker
Attn: Bankruptcy Desk/Managing Agent
1112 Montana Ave Ste 381
Santa Monica, CA 90403

Wayde Stoker
Attn: Bankruptcy Desk/Managing Agent
25 Chateau Whistler Ct
Las Vegas, NV 89148

Wayne & Laurel Stratulate
Attn: Bankruptcy Desk/Managing Agent
227 Spring Hollow Dr
Las Vegas, NV 89148

Wayne & Laurel Stratulate
Attn: Bankruptcy Desk/Managing Agent
4106-65A St
Stettler AB T0C
Canada

Wayne Tran
Attn: Bankruptcy Desk/Managing Agent
14426 Clymer St
Mission Hills, CA 91345

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Wayne Tran
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 210
Las Vegas, NV 89113

Wei & Jonathan Yee
Attn: Bankruptcy Desk/Managing Agent
1265 Manor Dr
Pittsburgh, PA 15241

Wei & Jonathan Yee
Attn: Bankruptcy Desk/Managing Agent
9728 Waukegan Ave
Las Vegas, NV 89148

Wei Chung
Attn: Bankruptcy Desk/Managing Agent
195 Duck Hollow Ave
Las Vegas, NV 89148

Wei Chung
Attn: Bankruptcy Desk/Managing Agent
21 Sahalee Dr
Las Vegas, NV 89148

Wei Shen
Attn: Bankruptcy Desk/Managing Agent
306 Fringe Ruff Dr
Las Vegas, NV 89148

Wei Wang
Attn: Bankruptcy Desk/Managing Agent
5111 Hillside Pl
Palmdale, CA 93551

Wei Wang
Attn: Bankruptcy Desk/Managing Agent
9765 Marcelline Ave
Las Vegas, NV 89148

Weiner Family
Attn: Bankruptcy Desk/Managing Agent
282 Turtle Peak Ave
Las Vegas, NV 89148

Weiner Family
Attn: Bankruptcy Desk/Managing Agent
515 S Flower St Ste 2700
Los Angeles, CA 90071

Weldon Family
Attn: Bankruptcy Desk/Managing Agent
282 Rolling Springs Dr
Las Vegas, NV 89148

Weldon Family
Attn: Bankruptcy Desk/Managing Agent
4464 Lone Tree Way
Antioch, CA 94531

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wen Family
Attn: Bankruptcy Desk/Managing Agent
246 Blackstone River Ave
Las Vegas, NV 89148

Wen Family
Attn: Bankruptcy Desk/Managing Agent
4448 Fiore Bella Blvd
Las Vegas, NV 89135

Wen Huang
Attn: Bankruptcy Desk/Managing Agent
212 Duck Hollow Ave
Las Vegas, NV 89148

Wen Huang
Attn: Bankruptcy Desk/Managing Agent
5201 S Torrey Pines Dr Unit 1282
Las Vegas, NV 89118

Wen Jiang
Attn: Bankruptcy Desk/Managing Agent
220 Dog Leg Dr
Las Vegas, NV 89148

Wendi Pickford
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 205
Las Vegas, NV 89113

Wendy Chouinard
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 214
Las Vegas, NV 89113

Wesley & Mary Murakami
Attn: Bankruptcy Desk/Managing Agent
1156 Lexington Way
Livermore, CA 94550

Wesley & Mary Murakami
Attn: Bankruptcy Desk/Managing Agent
197 Flying Hills Ave
Las Vegas, NV 89148

Wesley & Mary Murakami
Attn: Bankruptcy Desk/Managing Agent
198 Rusty Plank Ave
Las Vegas, NV 89148

Wessel Family
Attn: Bankruptcy Desk/Managing Agent
70 Sully Creek Ct
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                   Served 4/17/2009

West Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1075
Las Vegas, NV 89148

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
9025 S. Kyrene Road
Tempe, AZ 85284

WestCor Construction
Attn: Bankruptcy Desk/Managing Agent
Steve Christianson
Framing
5620 Stephanie Street
Las Vegas NV  89122

WestCor Construction DBA
Attn: Bankruptcy Desk/Managing Agent
Randy Smith
Southwest Glazing
5620 Stephanie St
Las Vegas NV  89122

Western National Mutual Ins Co
Attn: Bankruptcy Desk/Managing Agent
5350 W 78th St
Edina, MN 55439

Western National Mutual Ins Co
Attn: Bankruptcy Desk/Managing Agent
72 Sunset Bay St
Las Vegas, NV 89148

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
121 N. Gibson Road
Henderson, NV 89014

Western Sign & Flag Inc
Attn: Bankruptcy Desk/Managing Agent
4181 W. Oquendo Road
Las Vegas, NV 89118

Westland Properties LLC
Attn: Bankruptcy Desk/Managing Agent
214 Lenape Heights Ave
Las Vegas, NV 89148

Westland Properties LLC
Attn: Bankruptcy Desk/Managing Agent
537 Marina Blvd
San Francisco, CA 94123

Westland Properties LLC
Attn: Bankruptcy Desk/Managing Agent
6680 Kreb Lake Ct
Las Vegas, NV 89148

Westland Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9659 Dieterich Ave
Las Vegas, NV 89148

Wilfredo & Anacleta Rillera
Attn: Bankruptcy Desk/Managing Agent
195 Broken Putter Way
Las Vegas, NV 89148

Wilfredo & Anacleta Rillera
Attn: Bankruptcy Desk/Managing Agent
2150 Walden St
Oxnard, CA 93033

Wilfredo Sanchez
Attn: Bankruptcy Desk/Managing Agent
9706 Dieterich Ave
Las Vegas, NV 89148

Wilhelmi Family
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 111
Las Vegas, NV 89113

Wilhelmina & Rolando Granados
Attn: Bankruptcy Desk/Managing Agent
112 Honors Course Dr
Las Vegas, NV 89148

Wilhelmina & Rolando Granados
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 104
Las Vegas, NV 89113

Willard Burke
Attn: Bankruptcy Desk/Managing Agent
5493 Cholla Cactus Ave
Las Vegas, NV 89141

Willard Burke
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 305
Las Vegas, NV 89113

William & Dale Anderson
Attn: Bankruptcy Desk/Managing Agent
4042 Elderberry Cir
Corona, CA 92882

William & Dale Anderson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1066
Las Vegas, NV 89148

William & Douglas Lee
Attn: Bankruptcy Desk/Managing Agent
332 Lakewood Garden Dr
Las Vegas, NV 89148

William & Douglas Lee
Attn: Bankruptcy Desk/Managing Agent
728 Pacific Ave Ste 706
San Francisco, CA 94133

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                                    Served 4/17/2009

William & Jacqueline Terry
Attn: Bankruptcy Desk/Managing Agent
38360 Kingsbury Dr
N Ridgeville, OH 44039

William & Jacqueline Terry
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 310
Las Vegas, NV 89113

William & Joyce Adamson
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 311
Las Vegas, NV 89113

William & Joyce Adamson
Attn: Bankruptcy Desk/Managing Agent
983 N Sunset Dr
Washington, UT 84780

William & Keiko French
Attn: Bankruptcy Desk/Managing Agent
485 Newberry Springs Dr
Las Vegas, NV 89148

William & Keiko French
Attn: Bankruptcy Desk/Managing Agent
Psc 470 Box 2869
FPO, AP 96534

William & Lynda Kerekes
Attn: Bankruptcy Desk/Managing Agent
272 Waterton Lakes Ave
Las Vegas, NV 89148

William & Lynda Kerekes
Attn: Bankruptcy Desk/Managing Agent
6806 E Telegraph St
Yuma, AZ 85365

William & Marika Lamancusa
Attn: Bankruptcy Desk/Managing Agent
9716 Ziegler Ave
Las Vegas, NV 89148

William & Rica Colbert
Attn: Bankruptcy Desk/Managing Agent
274 Sea Rim Ave
Las Vegas, NV 89148

William & Sandra Petrozza
Attn: Bankruptcy Desk/Managing Agent
6744 Pastel Camellia St
Las Vegas, NV 89148

William & Sherma Gardner
Attn: Bankruptcy Desk/Managing Agent
209 Spring Hollow Dr
Las Vegas, NV 89148

William & Sherma Gardner
Attn: Bankruptcy Desk/Managing Agent
8950 Labish Center Rd NE
Silverton, OR 97381

William & Susan Dendiu
Attn: Bankruptcy Desk/Managing Agent
241 Arbour Garden Ave
Las Vegas, NV 89148

William & Vicky Stgeorge
Attn: Bankruptcy Desk/Managing Agent
3450 Bella Sovana Ct
Las Vegas, NV 89141

William & Vicky Stgeorge
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 216
Las Vegas, NV 89113

William Barnes
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 304
Las Vegas, NV 89113

William Briscoe
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 309
Las Vegas, NV 89113

William Castellanos
Attn: Bankruptcy Desk/Managing Agent
102 Sunset Bay St
Las Vegas, NV 89148

William Choy
Attn: Bankruptcy Desk/Managing Agent
299 Dog Leg Dr
Las Vegas, NV 89148

William Cuva
Attn: Bankruptcy Desk/Managing Agent
2923 W Sahara Ave
Las Vegas, NV 89102

William Cuva
Attn: Bankruptcy Desk/Managing Agent
44 Arcadian Shores St
Las Vegas, NV 89148

William Dunbar
Attn: Bankruptcy Desk/Managing Agent
275 Dog Leg Dr
Las Vegas, NV 89148

William Ensign
Attn: Bankruptcy Desk/Managing Agent
283 Harpers Ferry Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

William Ensign
Attn: Bankruptcy Desk/Managing Agent
5170 Rustic Ridge Dr
Las Vegas, NV 89148

William Farnsworth
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 213
Las Vegas, NV 89113

William Gentry
Attn: Bankruptcy Desk/Managing Agent
2400 Historic Decatur Rd
San Diego, CA 92106

William Gentry
Attn: Bankruptcy Desk/Managing Agent
9738 Valmeyer Ave
Las Vegas, NV 89148

William Johnson
Attn: Bankruptcy Desk/Managing Agent
235 Blackstone River Ave
Las Vegas, NV 89148

William McKinney
Attn: Bankruptcy Desk/Managing Agent
9247 Tulip Trestle Ave
Las Vegas, NV 89148

William Nail
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 109
Las Vegas, NV 89113

William Orrison
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 107
Las Vegas, NV 89113

William Richards
Attn: Bankruptcy Desk/Managing Agent
9793 Valmeyer Ave
Las Vegas, NV 89148

William Seegmiller
Attn: Bankruptcy Desk/Managing Agent
1330 Port Ashley
Newport Beach, CA 92660

William Seegmiller
Attn: Bankruptcy Desk/Managing Agent
95 Bowler Springs St
Las Vegas, NV 89148

William Smith
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 307
Las Vegas, NV 89113

William Swanson
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 102
Las Vegas, NV 89113

William Swanson
Attn: Bankruptcy Desk/Managing Agent
PO Box 401385
Las Vegas, NV 89140

William Turnbull
Attn: Bankruptcy Desk/Managing Agent
5450 Wesleyan Ct
Las Vegas, NV 89113

William Turnbull
Attn: Bankruptcy Desk/Managing Agent
80 Daisy Springs Ct
Las Vegas, NV 89148

William Walsh
Attn: Bankruptcy Desk/Managing Agent
101 Rancho Maria St
Las Vegas, NV 89148

William Wang
Attn: Bankruptcy Desk/Managing Agent
167 Water Hazard Ln
Las Vegas, NV 89148

William Wang
Attn: Bankruptcy Desk/Managing Agent
1750 W Romneya Dr Apt 247
Anaheim, CA 92801

Williams Family
Attn: Bankruptcy Desk/Managing Agent
1001 S Meadows Pkwy Apt 1712
Reno, NV 89521

Williams Family
Attn: Bankruptcy Desk/Managing Agent
323 Trailing Putt Way
Las Vegas, NV 89148

Williams Family
Attn: Bankruptcy Desk/Managing Agent
3625 Gundry Ave
Long Beach, CA 90807

Williams Family
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 109
Las Vegas, NV 89113

Williams Family
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 203
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Williams Family
Attn: Bankruptcy Desk/Managing Agent
7616 Capstick Ave
Las Vegas, NV 89129

Willie Gong
Attn: Bankruptcy Desk/Managing Agent
62 Olimar Ave
Las Vegas, NV 89148

Willis Roof Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
4755 W. Dewey Drive
Las Vegas NV 89118

Wilmar Contracting Inc
Attn: Bankruptcy Desk/Managing Agent
4525 W. Hacienda Ste 1
Las Vegas, NV 89118

Wilvert Crawford
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1103
Las Vegas, NV 89148

Wing & Hin Chan
Attn: Bankruptcy Desk/Managing Agent
143 Macoby Run St
Las Vegas, NV 89148

Wing & Hin Chan
Attn: Bankruptcy Desk/Managing Agent
215 Park Row Apt 12A
New York, NY 10038

Witham Family
Attn: Bankruptcy Desk/Managing Agent
1932 Altozano Dr
El Cajon, CA 92020

Witham Family
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 106
Las Vegas, NV 89113

Wong Family
Attn: Bankruptcy Desk/Managing Agent
286 Rolling Springs Dr
Las Vegas, NV 89148

Wong Family
Attn: Bankruptcy Desk/Managing Agent
3575 Griffith Park Blvd
Los Angeles, CA 90027

Wong Family
Attn: Bankruptcy Desk/Managing Agent
62 Cascade Lake St
Las Vegas, NV 89148

Wong Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1039
Las Vegas, NV 89148

Woon & Jina Ra
Attn: Bankruptcy Desk/Managing Agent
31 Laying Up Ct
Las Vegas, NV 89148

WREDCo, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81526
Las Vegas NV  89180

Wright Engineers
Attn: Bankruptcy Desk/Managing Agent
7425 Peak Drive
Las Vegas NV  89128

Wyman Dun
Attn: Bankruptcy Desk/Managing Agent
3658 Ivy Canyon Ct
San Jose, CA 95121

Wyman Dun
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2109
Las Vegas, NV 89148

Wynona Byrd
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 104
Las Vegas, NV 89113

Xiao Huang
Attn: Bankruptcy Desk/Managing Agent
6688 Roanoke Ct
Las Vegas, NV 89148

Xiao Juan Huang
Attn: Bankruptcy Desk/Managing Agent

Xiao Wang
Attn: Bankruptcy Desk/Managing Agent
196 Duck Hollow Ave
Las Vegas, NV 89148

Xiaodong Yang
Attn: Bankruptcy Desk/Managing Agent
116 Broken Putter Way
Las Vegas, NV 89148

Xiaodong Yang
Attn: Bankruptcy Desk/Managing Agent
Las Vegas Nv  89113
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail

Xiaoping Li
Attn: Bankruptcy Desk/Managing Agent
1438 S Blaney Ave
San Jose, CA 95129

Xiaoping Li
Attn: Bankruptcy Desk/Managing Agent
148 Tall Ruff Dr
Las Vegas, NV 89148

Xie Bin
Attn: Bankruptcy Desk/Managing Agent
111 Red Tee Ln
Las Vegas, NV 89148

Xin Shi
Attn: Bankruptcy Desk/Managing Agent
16628 China Berry Ct
Chino Hills, CA 91709

Xin Shi
Attn: Bankruptcy Desk/Managing Agent
471 Center Green Dr
Las Vegas, NV 89148

Xinchu Zhang
Attn: Bankruptcy Desk/Managing Agent
81 Sunshine Coast Ln
Las Vegas, NV 89148

Xiu Xu
Attn: Bankruptcy Desk/Managing Agent
252 Rustic Club Way
Las Vegas, NV 89148

Xu Huang
Attn: Bankruptcy Desk/Managing Agent
271 Trailing Putt Way
Las Vegas, NV 89148

Xuan Liu
Attn: Bankruptcy Desk/Managing Agent
330 Tayman Park Ave
Las Vegas, NV 89148

Xuan Liu
Attn: Bankruptcy Desk/Managing Agent
6 Cerrito
Irvine, CA 92612

Xueping Jiang
Attn: Bankruptcy Desk/Managing Agent
6761 Crosby Ct
San Jose, CA 95129

Xueping Jiang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1002
Las Vegas, NV 89148

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
%Tower Realty
Las Vegas, NV 89147

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 104
Las Vegas, NV 89113

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 105
Las Vegas, NV 89113

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 107
Las Vegas, NV 89113

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 201
Las Vegas, NV 89113

Yabut Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1010
Las Vegas, NV 89148

Yabut Family
Attn: Bankruptcy Desk/Managing Agent
9966 Liberty View Rd
Las Vegas, NV 89148

Yalawnda Taylor
Attn: Bankruptcy Desk/Managing Agent
6837 Baby Jade Ct
Las Vegas, NV 89148

Yamil Rodriguez
Attn: Bankruptcy Desk/Managing Agent
508 Foster Springs Rd
Las Vegas, NV 89148

Yan Li
Attn: Bankruptcy Desk/Managing Agent
9773 Marcelline Ave
Las Vegas, NV 89148

Yang Shin
Attn: Bankruptcy Desk/Managing Agent
315 Ladies Tee Ct
Las Vegas, NV 89148

Yanjie Chen
Attn: Bankruptcy Desk/Managing Agent
6632 Babys Tear Pl
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                      Served 4/17/2009

Yanping Bagg
Attn: Bankruptcy Desk/Managing Agent
19 Indian Run Way
Las Vegas, NV 89148

Yanping Bagg
Attn: Bankruptcy Desk/Managing Agent
3 Tall Ruff Dr
Las Vegas, NV 89148

Yanping Bagg
Attn: Bankruptcy Desk/Managing Agent
4350 Spring Mountain Rd # 106
Las Vegas, NV 89102

Yanping Bagg
Attn: Bankruptcy Desk/Managing Agent
4350 Spring Mountain Rd Ste 116
Las Vegas, NV 89102

Yao He
Attn: Bankruptcy Desk/Managing Agent
2605 Las Verdes St
Las Vegas, NV 89102

Yao He
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 304
Las Vegas, NV 89113

Yaobin Zhou
Attn: Bankruptcy Desk/Managing Agent
190 Paxon Hollow Ct
Las Vegas, NV 89148

Yasmin Aquino
Attn: Bankruptcy Desk/Managing Agent
91 Back Spin Ct
Las Vegas, NV 89148

Yelena Campbell
Attn: Bankruptcy Desk/Managing Agent
1520 Via Cassia
Henderson, NV 89052

Yelena Campbell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2014
Las Vegas, NV 89148

Yelena Groce
Attn: Bankruptcy Desk/Managing Agent
352 Turtle Peak Ave
Las Vegas, NV 89148

Yen Miller
Attn: Bankruptcy Desk/Managing Agent
318 Palm Trace Ave
Las Vegas, NV 89148

Yen-hsi & Grace Chu
Attn: Bankruptcy Desk/Managing Agent
1018 Aquamarine Ter
Union City, CA 94587

Yen-hsi & Grace Chu
Attn: Bankruptcy Desk/Managing Agent
435 Center Green Dr
Las Vegas, NV 89148

Yeon Mun
Attn: Bankruptcy Desk/Managing Agent
44 Sully Creek Ct
Las Vegas, NV 89148

Yeranouhi Anispekyan
Attn: Bankruptcy Desk/Managing Agent
1933 Tamarind Ave Apt 3
Los Angeles, CA 90068

Yeranouhi Anispekyan
Attn: Bankruptcy Desk/Managing Agent
70 Rancho Maria St
Las Vegas, NV 89148

Yeuklin Gong
Attn: Bankruptcy Desk/Managing Agent
2498 Western Ave
Altamont, NY 12009

Yeuklin Gong
Attn: Bankruptcy Desk/Managing Agent
9698 Ziegler Ave
Las Vegas, NV 89148

Yi Li
Attn: Bankruptcy Desk/Managing Agent
97 Back Spin Ct
Las Vegas, NV 89148

Ying & Yanfang Liu
Attn: Bankruptcy Desk/Managing Agent
26 Cobbs Creek Way
Las Vegas, NV 89148

Yoko Allen
Attn: Bankruptcy Desk/Managing Agent
303 Saint Thomas Dr Apt D
Newport News, VA 23606

Yoko Allen
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 309
Las Vegas, NV 89113

Yoko Kamino
Attn: Bankruptcy Desk/Managing Agent
176 Wicked Wedge Way
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                          Served 4/17/2009

Yoko Kamino
Attn: Bankruptcy Desk/Managing Agent
322 Karen Ave Unit 203
Las Vegas, NV 89109

Yong & Yung Chung
Attn: Bankruptcy Desk/Managing Agent
51 Sunshine Coast Ln
Las Vegas, NV 89148

Yong Kwon
Attn: Bankruptcy Desk/Managing Agent
258 Spring Hollow Dr
Las Vegas, NV 89148

Yosef Avi-Izak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2098
Las Vegas, NV 89148

Young & Ok Park
Attn: Bankruptcy Desk/Managing Agent
281 Tayman Park Ave
Las Vegas, NV 89148

Young & Ok Park
Attn: Bankruptcy Desk/Managing Agent
5657 Doubleday St
Las Vegas, NV 89118

Young Family
Attn: Bankruptcy Desk/Managing Agent
2 Cascade Lake St
Las Vegas, NV 89148

Young Wee
Attn: Bankruptcy Desk/Managing Agent
342 Turtle Peak Ave
Las Vegas, NV 89148

Yu & Cindy Wang
Attn: Bankruptcy Desk/Managing Agent
21027 Comer Dr
Saratoga, CA 95070

Yu & Cindy Wang
Attn: Bankruptcy Desk/Managing Agent
350 Fringe Ruff Dr
Las Vegas, NV 89148

Yu Family
Attn: Bankruptcy Desk/Managing Agent
12474 Sumner Dr
Saratoga, CA 95070

Yu Family
Attn: Bankruptcy Desk/Managing Agent
366 Fringe Ruff Dr
Las Vegas, NV 89148

Yu Liu
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 205
Las Vegas, NV 89113

Yuan & Shin-Lan Chang
Attn: Bankruptcy Desk/Managing Agent
179 Water Hazard Ln
Las Vegas, NV 89148

Yuan & Shin-Lan Chang
Attn: Bankruptcy Desk/Managing Agent
7483 S Chapparal Cir E
Centennial, CO 80016

Yuan Cheng
Attn: Bankruptcy Desk/Managing Agent
23605 Ridge Line Rd
Diamond Bar, CA 91765

Yuan Cheng
Attn: Bankruptcy Desk/Managing Agent
6694 Aviston St
Las Vegas, NV 89148

Yuen & Wing Fong
Attn: Bankruptcy Desk/Managing Agent
2207 NW Queens Way
Grants Pass, OR 97526

Yuen & Wing Fong
Attn: Bankruptcy Desk/Managing Agent
250 Tayman Park Ave
Las Vegas, NV 89148

Yugu Tang
Attn: Bankruptcy Desk/Managing Agent
9774 Marcelline Ave
Las Vegas, NV 89148

Yui & Joyce Chan
Attn: Bankruptcy Desk/Managing Agent
1 Forest Gate Cir
Oak Brook, IL 60523

Yui & Joyce Chan
Attn: Bankruptcy Desk/Managing Agent
171 Broken Putter Way
Las Vegas, NV 89148

Yui & Joyce Chan
Attn: Bankruptcy Desk/Managing Agent
188 Broken Putter Way
Las Vegas, NV 89148

Yukin Kwan
Attn: Bankruptcy Desk/Managing Agent
284 Hickory Heights Ave
Las Vegas, NV 89148

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Yuko Dubois
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 202
Las Vegas, NV 89113

Yule Park
Attn: Bankruptcy Desk/Managing Agent
268 W Duarte Rd
Arcadia, CA 91007

Yule Park
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1152
Las Vegas, NV 89148

Yuliya Buryk
Attn: Bankruptcy Desk/Managing Agent
194 Rusty Plank Ave
Las Vegas, NV 89148

Yumei Cao
Attn: Bankruptcy Desk/Managing Agent
259 Falcons Fire Ave
Las Vegas, NV 89148

Yumei Cao
Attn: Bankruptcy Desk/Managing Agent
5055 W Hacienda Ave Unit 2216
Las Vegas, NV 89118

Yumi Malinis
Attn: Bankruptcy Desk/Managing Agent
9700 Marcelline Ave
Las Vegas, NV 89148

Yun Chao
Attn: Bankruptcy Desk/Managing Agent
1708 Paseo Maravilla
Camarillo, CA 93012

Yun Chao
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 110
Las Vegas, NV 89113

Yun Choi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2076
Las Vegas, NV 89148

Yung Pung
Attn: Bankruptcy Desk/Managing Agent
11518 Ridge Mist Ter
Potomac, MD 20854

Yung Pung
Attn: Bankruptcy Desk/Managing Agent
23 Quail Valley St
Las Vegas, NV 89148

Yunhee Kim
Attn: Bankruptcy Desk/Managing Agent
124 Water Hazard Ln
Las Vegas, NV 89148

Yunhee Kim
Attn: Bankruptcy Desk/Managing Agent
625 S Berendo St Apt 507
Los Angeles, CA 90005

Yunyoung Lee
Attn: Bankruptcy Desk/Managing Agent
545 Newberry Springs Dr
Las Vegas, NV 89148

Yuriy Karapetyan
Attn: Bankruptcy Desk/Managing Agent
5173 Hollywood Blvd Apt 207
Los Angeles, CA 90027

Yuriy Karapetyan
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 207
Las Vegas, NV 89113

Yvette Dang
Attn: Bankruptcy Desk/Managing Agent
351 Turtle Peak Ave
Las Vegas, NV 89148

Yvonne & Guadalupe Cisneros
Attn: Bankruptcy Desk/Managing Agent
6687 Keyesport Ct
Las Vegas, NV 89148

Yvonne Chartier
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 213
Las Vegas, NV 89113

Yvonne Skrzeczyna
Attn: Bankruptcy Desk/Managing Agent
303 Sea Rim Ave
Las Vegas, NV 89148

Zachary & Valerie Thompson
Attn: Bankruptcy Desk/Managing Agent
257 Spring Hollow Dr
Las Vegas, NV 89148

Zaya Ochana
Attn: Bankruptcy Desk/Managing Agent
3 Greenridge Rd
Elgin, IL 60120

Zaya Ochana
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 203
Las Vegas, NV 89113

Rhodes Ranch General Partnership 09-14844 - U.S. Mail                                    Served 4/17/2009

Zbigniew & Danuta Korepta
Attn: Bankruptcy Desk/Managing Agent
27 Tall Ruff Dr
Las Vegas, NV 89148

Zbigniew Cabaj
Attn: Bankruptcy Desk/Managing Agent
12997 Pipilo Ct
San Diego, CA 92129

Zbigniew Cabaj
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 308
Las Vegas, NV 89113

Zeigler Family
Attn: Bankruptcy Desk/Managing Agent
66 Sunset Bay St
Las Vegas, NV 89148

Zenaida Munson
Attn: Bankruptcy Desk/Managing Agent
107 Water Hazard Ln
Las Vegas, NV 89148

Zenaida Munson
Attn: Bankruptcy Desk/Managing Agent
401 1st Ave Apt 2A
New York, NY 10010

Zhao Xu
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 202
Las Vegas, NV 89113

Zhi Yu
Attn: Bankruptcy Desk/Managing Agent
187 Pocono Manor Ct
Las Vegas, NV 89148

Zhi Zhang
Attn: Bankruptcy Desk/Managing Agent
67 Rusty Springs Ct
Las Vegas, NV 89148

Zhihua Huang
Attn: Bankruptcy Desk/Managing Agent
184 Tall Ruff Dr
Las Vegas, NV 89148

Zhijun Tong
Attn: Bankruptcy Desk/Managing Agent
142 Tall Ruff Dr
Las Vegas, NV 89148

Zhijun Tong
Attn: Bankruptcy Desk/Managing Agent
44832 Vista Del Sol
Fremont, CA 94539

Zhongrui Xia
Attn: Bankruptcy Desk/Managing Agent
160 Tall Ruff Dr
Las Vegas, NV 89148

Zhongrui Xia
Attn: Bankruptcy Desk/Managing Agent
4176 Bell Cmn
Fremont, CA 94536

Zia Zia
Attn: Bankruptcy Desk/Managing Agent
5822 Chesterfield Ct
San Jose, CA 95138

Zia Zia
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 305
Las Vegas, NV 89113

Ziad Karam
Attn: Bankruptcy Desk/Managing Agent
369 Dog Leg Dr
Las Vegas, NV 89148

Ziad Karam
Attn: Bankruptcy Desk/Managing Agent
725 Secret London Ave
Las Vegas, NV 89178

Zippmann Family
Attn: Bankruptcy Desk/Managing Agent
297 Palm Trace Ave
Las Vegas, NV 89148

Zokik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
1640 Irving Ave
Glendale, CA 91201

Zokik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 304
Las Vegas, NV 89113

Zoran & Vera Malesevic
Attn: Bankruptcy Desk/Managing Agent
9660 Dieterich Ave
Las Vegas, NV 89148

Zorik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
1640 Irving Ave
Glendale, CA 91201

Zorik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 205
Las Vegas, NV 89113

**Rhodes Ranch General Partnership 09-14844 - U.S. Mail**                    Served 4/17/2009

Zorik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 307
Las Vegas, NV 89113

Zoubir Mouaki-Benani
Attn: Bankruptcy Desk/Managing Agent
207 Wicked Wedge Way
Las Vegas, NV 89148

Zoubir Mouaki-Benani
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2152
Las Vegas, NV 89148

Zoubir Mouaki-C
Attn: Bankruptcy Desk/Managing Agent
488 Center Green Dr
Las Vegas, NV 89148

Zulfia Alimova
Attn: Bankruptcy Desk/Managing Agent
37 Cobbs Creek Way
Las Vegas, NV 89148

Zulfia Alimova
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2095
Las Vegas, NV 89148

Zulfia Alimova
Attn: Bankruptcy Desk/Managing Agent
18 Cobbs Creek Way
Las Vegas, NV 89148

Zulfia Aulimova
Attn: Bankruptcy Desk/Managing Agent
123 Corey Creek Ct
Las Vegas, NV 89148

Zuyi Qiu
Attn: Bankruptcy Desk/Managing Agent
351 Ladies Tee Ct
Las Vegas, NV 89148

Creditors:  5265

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| **RHODES DESIGN AND DEVELOPMENT CORP.** | Case No.: BK-S-09-14846-LBR |
| | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2      UNITED STATES BANKRUPTCY COURT

3      DISTRICT OF NEVADA

4      In re:

5      RHODES DESIGN AND DEVELOPMENT          Chapter 11
       CORPORATION
6      aka RHODES HOMES                       Case No. BK-S-09-14846-LBR
       Tax I.D. No. 88-0241963
7
                        Debtor.
8      _____/

9

10      **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
               AND DEADLINES**

11

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number: (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **Meeting of Creditors** |
|---|

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:** Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

| **Deadlines to File a Proof of Claim** |
|---|

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims." All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO NOT FILE PROOF OF CLAIM FORMS WITH THE COURT.**

| **Creditors May Not Take Certain Actions**: |
|---|

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** |
|---|

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Rhodes Design and Development Corporation** | Case Number: **09-14846** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (  )  -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed On: __ / __ / __

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: (  )  -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**            $ _____ . __

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.**      (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:      ☐ Real Estate      ☐ Motor Vehicle      ☐ Other
**Describe:**

**Value of Property:**  $ _____ . __      **Annual Interest Rate:** ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:  $ _____ . __      **Basis for perfection:**

| **Amount Secured** | **Amount Unsecured** |
|---|---|
| $ _____ . __ | $ _____ . __ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C § 507(a) ( _____ ).

**Amount entitled to priority:**

$ _____ . __

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date __ / __ / __

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name                                   Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## ─DEFINITIONS─

### INFORMATION

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

1 Bad Computer
Attn: Bankruptcy Desk/Managing Agent
5408 Jasper Butte Street
Las Vegas NV 89130

181 Rusty Plank LLC
Attn: Bankruptcy Desk/Managing Agent
181 Rusty Plank Ave
Las Vegas, NV 89148

181 Rusty Plank LLC
Attn: Bankruptcy Desk/Managing Agent
231 Royal Wood Ct
Las Vegas, NV 89148

186 Pocono Manor LLC
Attn: Bankruptcy Desk/Managing Agent
186 Pocono Manor Ct
Las Vegas, NV 89148

186 Pocono Manor LLC
Attn: Bankruptcy Desk/Managing Agent
6615 Edna Ave
Las Vegas, NV 89146

200 MPH Printers
Attn: Bankruptcy Desk/Managing Agent
7423 Newcrest Circle
Las Vegas NV 89147

2005 Sage Summit Cus Conf
Attn: Bankruptcy Desk/Managing Agent
c/o Conferon
3 Allied Drive, Suite 306
Dedham MA 02026

212 Software
Attn: Bankruptcy Desk/Managing Agent
Support Department
364-C Christopher Avenue
Gaithersburg MD 20879

266 Br LLC
Attn: Bankruptcy Desk/Managing Agent
266 Blackstone River Ave
Las Vegas, NV 89148

266 Br LLC
Attn: Bankruptcy Desk/Managing Agent
91 Sunshine Coast Ln
Las Vegas, NV 89148

3-d Trust
Attn: Bankruptcy Desk/Managing Agent
4001 S Decatur Blvd # 37-187
Las Vegas, NV 89103

3-d Trust
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 107
Las Vegas, NV 89113

702 Sports
Attn: Bankruptcy Desk/Managing Agent
2505 Dog Leg Trail
McKinney TX 75069

944 Magazine
Attn: Bankruptcy Desk/Managing Agent
3070 W. Post Road
Las Vegas NV 89118

9687 Marcelline LLC
Attn: Bankruptcy Desk/Managing Agent
8113 Tiara Cove Cir
Las Vegas, NV 89128

9687 Marcelline LLC
Attn: Bankruptcy Desk/Managing Agent
9687 Marcelline Ave
Las Vegas, NV 89148

993317 Alberta Inc
Attn: Bankruptcy Desk/Managing Agent
161 Scanlon Hill N W
Calgary AB T3L 1
Canada

993317 Alberta Inc
Attn: Bankruptcy Desk/Managing Agent
377 Foster Springs Rd
Las Vegas, NV 89148

A & A Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 12755
Las Vegas NV  89112

A & A Uniforms, Inc.
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View Blvd.
Suite J-101
Las Vegas NV 89102

A & L Western Agricultural Lab
Attn: Bankruptcy Desk/Managing Agent
1311 Woodland Avenue #1
Modesto CA 95351

A A Betke
Attn: Bankruptcy Desk/Managing Agent
236 Dog Leg Dr
Las Vegas, NV 89148

A A Premier Pools & Spas
Attn: Bankruptcy Desk/Managing Agent
Patrick McClain
5110 North  Buffalo
Las Vegas NV  89129

A Affordable Striping
Attn: Bankruptcy Desk/Managing Agent
& Sealing, LLC
5795 S. Sandhill Rd., Suite F
Las Vegas NV 89120

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

A Childrens Dentist
Attn: Bankruptcy Desk/Managing Agent
8710 W. Charleston Blvd #100
Las Vegas NV  89117-5452

A Company Portable
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise ID 83705

A F P Properly Corp
Attn: Bankruptcy Desk/Managing Agent
328 Via Franciosa Dr
Henderson, NV 89011

A F P Property Corp
Attn: Bankruptcy Desk/Managing Agent
686 Broadway
Massapequa, NY 11758

A Friendly Drain Cleaner
Attn: Bankruptcy Desk/Managing Agent
8665 W. Flamingo Rd. # 2025
Las Vegas NV  89147

A J & Joan Puedan
Attn: Bankruptcy Desk/Managing Agent
6120 Silkdale Ct
Tampa, FL 33625

A J & Joan Puedan
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 203
Las Vegas, NV 89113

A Lamar & Sandra Stoker
Attn: Bankruptcy Desk/Managing Agent
60 Blaven Dr
Henderson, NV 89002

A Land Acquisitions Company
Attn: Bankruptcy Desk/Managing Agent
9001 Night Owl Court
Las Vegas NV 89134

A Perfect Finish
Attn: Bankruptcy Desk/Managing Agent
Adam Fisher
6376 Canyon Dawn Avenue
Las Vegas NV 89108

A R Ornamental Iron,Inc.
Attn: Bankruptcy Desk/Managing Agent
RON
1425 Athol Avenue
Henderson NV 89015

A to Z, Inc.
Attn: Bankruptcy Desk/Managing Agent
Bob
P.O. Box 97654
Las Vegas NV 89193-7654

A&B Security Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
3201 West Sahara Blvd.
Las Vegas NV  89102

A&B Supply
Attn: Bankruptcy Desk/Managing Agent
1081 N. Lake Havasu Ave, Unit 102
Lake Havasu City AZ 86403

A&D Automatic Gate and Access
Attn: Bankruptcy Desk/Managing Agent
6442 Windy Street Suite A
Las Vegas NV 89119

A.A. Roofing Co.
Attn: Bankruptcy Desk/Managing Agent
9505 Grenville Ave.
Las Vegas NV  89134

A.G.P. Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
Gary Polci
4255 E. Charleston Blvd. # 333
Las Vegas NV 89104

A.T.D.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3110
Jersey City NJ 07303-3110

A.T.D.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 41308
Jacksonville FL 32203-1308

A-1 Office Machine Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
1215 South Commerce Street
Las Vegas NV  89102

A-1 Pool Service
Attn: Bankruptcy Desk/Managing Agent
PO Box 27173
Las Vegas NV  89126

A-1 Rubber Stamp & Engraving
Attn: Bankruptcy Desk/Managing Agent
3111 South Valley View Blvd.
# O-103
Las Vegas NV 89102

A-1 Security, Ltd.
Attn: Bankruptcy Desk/Managing Agent
917 S First St
Las Vegas NV  89101

A-1 Stucco
Attn: Bankruptcy Desk/Managing Agent
330 E. Warm Springs, Suite 132
Las Vegas NV 89119

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

AAA Action
Attn: Bankruptcy Desk/Managing Agent
1537 W Oakey Blvd
Las Vegas NV  89102

AAA Designer Logistics
Attn: Bankruptcy Desk/Managing Agent
2801 W. Mission Rd.
Alhambra CA 91803

AAA Heating & Air
Attn: Bankruptcy Desk/Managing Agent
Field & Service
& Heating & Cooling Supply
PO Box 15128
Las Vegas NV 89114-5128

AAA Packing & Shipping, Inc.
Attn: Bankruptcy Desk/Managing Agent
2801 W. Mission Rd.
Alhambra CA 91803

A-Always Clean Pool
Attn: Bankruptcy Desk/Managing Agent
5504 Liverpool Rd.
Las Vegas NV  89107

Aaron & Susanie-Ann Egan
Attn: Bankruptcy Desk/Managing Agent
6683 Bristow Falls Ct
Las Vegas, NV 89148

Aaron Diec
Attn: Bankruptcy Desk/Managing Agent
285 Ladies Tee Ct
Las Vegas, NV 89148

Aaron Stearns
Attn: Bankruptcy Desk/Managing Agent
181 Hazelmere Ln
Las Vegas, NV 89148

Aaron Unger
Attn: Bankruptcy Desk/Managing Agent
304 Riverbend Dr S E
Calgary AB T2C3X
Canada

Aaron Unger
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 210
Las Vegas, NV 89113

AArrow Advertising LLC
Attn: Bankruptcy Desk/Managing Agent
4312 Valeta St.
San Diego CA 92107

Abalos Family
Attn: Bankruptcy Desk/Managing Agent
5641 Stratford Cir
Buena Park, CA 90621

Abalos Family
Attn: Bankruptcy Desk/Managing Agent
9710 Ziegler Ave
Las Vegas, NV 89148

Abbott Plumbing
Attn: Bankruptcy Desk/Managing Agent
3021 S. Valley View, #109
Las Vegas NV 89102

Abbott's Custom Printing
Attn: Bankruptcy Desk/Managing Agent
6275 Harrison Dr
Suite 5
Las Vegas NV  89120

ABC Distributing, LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
P.O. Box 619000
North Miami FL 33261-9000

ABC Locksmith Corp.
Attn: Bankruptcy Desk/Managing Agent
3981 E. Sunset Road, #E
Las Vegas NV  89120

ABC Logistics
Attn: Bankruptcy Desk/Managing Agent
6160 Stevenson Way #A
Las Vegas NV  89120

ABC Moving, Inc.
Attn: Bankruptcy Desk/Managing Agent
1645 N. 46th Street
Mesa AZ 85205-4101

ABC Service America
Attn: Bankruptcy Desk/Managing Agent
25 Fourth St. NW
Faribault MN 55021

Abes Construction
Attn: Bankruptcy Desk/Managing Agent
Abraham
4241 E. Russel Road
Las Vegas NV  89120

ABF Consulting Engineers
Attn: Bankruptcy Desk/Managing Agent
6170 W. Viking Rd
Las Vegas NV 89103

Abhishek Makkar
Attn: Bankruptcy Desk/Managing Agent
287 Soggy Ruff Way
Las Vegas, NV 89148

Able Kitchen & Bath Showplace
Attn: Bankruptcy Desk/Managing Agent
Monja Cardoza
6380 S Valley View Suite 212/214
Las Vegas NV 89118

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Able Lock & Key
Attn: Bankruptcy Desk/Managing Agent
353 Pilot Road Ste B
Las Vegas NV 89119

Abolfazl Mohammadi
Attn: Bankruptcy Desk/Managing Agent
1038 Via San Gallo Ct
Henderson, NV 89011

Abraham Benefraim
Attn: Bankruptcy Desk/Managing Agent
76 Arcadian Shores St
Las Vegas, NV 89148

Abraham Efriem
Attn: Bankruptcy Desk/Managing Agent
251 Waterton Lakes Ave
Las Vegas, NV 89148

Abraham Efriem
Attn: Bankruptcy Desk/Managing Agent
76 Arcadian Shores St
Las Vegas, NV 89148

Abreu, Rovirio
Attn: Bankruptcy Desk/Managing Agent
8532 Shady Pines Dr
Las Vegas, NV 89143

ABS Inc.
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View Blvd #N106
Las Vegas NV 89102

AC Houston Lumber Company
Attn: Bankruptcy Desk/Managing Agent
PO BOX 337410
North Las Vegas NV 89033-0041

Acceleron Group
Attn: Bankruptcy Desk/Managing Agent
3763 Howard Hughes Pkwy
Las Vegas, NV 89169

Accent Awnings (Nevada) Inc.
Attn: Bankruptcy Desk/Managing Agent
1210 S. Main St.
Las Vegas NV 89104

Access Door And Glass
Attn: Bankruptcy Desk/Managing Agent
1023 Whitney Ranch Drive
Henderson NV AZ 89014

Access Tech, Inc.
Attn: Bankruptcy Desk/Managing Agent
28075 N Avenue Stanford
Valencia CA 91355-1104

Access Technologies Corp
Attn: Bankruptcy Desk/Managing Agent
241 Sunpac Avenue
Henderson, NV 89015

Accountants, Inc.
Attn: Bankruptcy Desk/Managing Agent
File 30235
P.O. Box 60000
San Francisco CA 94160

Accredited Home Lenders Inc
Attn: Bankruptcy Desk/Managing Agent
15253 Avenue Of Science Bldg 3
San Diego, CA 92128

Accredited Home Lenders Inc
Attn: Bankruptcy Desk/Managing Agent
514 Foster Springs Rd
Las Vegas, NV 89148

Ace Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
Eric Escoto
400 West Athens Avenue
Henderson NV 89015

Ace Fire Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
1062 South Main Street
Las Vegas NV 89101

Ace Hardware
Attn: Bankruptcy Desk/Managing Agent
4550 Stockton Hill Rd.
Kingman AZ 86401

ACE USA
Attn: Bankruptcy Desk/Managing Agent
Dept. CH 14089
Palatine IL 60055-4089

Act I Propeties I LLC
Attn: Bankruptcy Desk/Managing Agent
4788 Essen Ct
Las Vegas, NV 89147

Act I Propeties I LLC
Attn: Bankruptcy Desk/Managing Agent
9173 Royal Monarch Ct
Las Vegas, NV 89147

Action Moving Company
Attn: Bankruptcy Desk/Managing Agent
4109 Glencoe Avenue
Marina Del Ray CA 90297

Action Party Rentals
Attn: Bankruptcy Desk/Managing Agent
4350 S. Arville
Bldg C26
Las Vegas NV 89103

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Action Signs & Promotions
Attn: Bankruptcy Desk/Managing Agent
13681 Newport Ave
Ste 8-312
Tustin CA 92780-7815

Action Towing
Attn: Bankruptcy Desk/Managing Agent
3035 Westwood Drive
Las Vegas NV 89109

Acton Welding, Inc.
Attn: Bankruptcy Desk/Managing Agent
4765 Interstate Way
Kingman AZ 86401

Ada & Yung Chen
Attn: Bankruptcy Desk/Managing Agent
385 Blue Tee Ct
Las Vegas, NV 89148

Adam & Michelle Acosta
Attn: Bankruptcy Desk/Managing Agent
1007 Via Calderia Pl
Henderson, NV 89011

Adam & Vera Thomas
Attn: Bankruptcy Desk/Managing Agent
135 Broken Putter Way
Las Vegas, NV 89148

Adam Crine
Attn: Bankruptcy Desk/Managing Agent
69 Blaven Dr
Henderson, NV 89002

Adam J. Mandel
Attn: Bankruptcy Desk/Managing Agent
6808 El Carmen Street
Long Beach CA 90815

Adams Bros/Garage Dr
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way Suite 100
Henderson NV 89014

Adams Brothers Carpet In
Attn: Bankruptcy Desk/Managing Agent
5625 S. Arville, Ste.E
Las Vegas NV 89118

ADARON LLC
Attn: Bankruptcy Desk/Managing Agent
5422 E. Road Runnr Rd
Paradise Valley AZ 85253

Addison Glass & Window
Attn: Bankruptcy Desk/Managing Agent
5649 South Cameron
Las Vegas NV  89118

Adelaida & Johnny Bustos
Attn: Bankruptcy Desk/Managing Agent
1224 Olivia Pkwy
Henderson, NV 89011

Adelaida & Johnny Bustos
Attn: Bankruptcy Desk/Managing Agent
2658 Indian Creek Rd
Diamond Bar, CA 91765

Adele Archibald
Attn: Bankruptcy Desk/Managing Agent
9535 Castillana Ct
Las Vegas, NV 89147

Adera
Attn: Bankruptcy Desk/Managing Agent
4545 W. Diablo Dr., Suite A
Las Vegas NV  89118

Adina Somers
Attn: Bankruptcy Desk/Managing Agent
205 Lakewood Garden Dr
Las Vegas, NV 89148

Adina Somers
Attn: Bankruptcy Desk/Managing Agent
28722 Walnut Grv
Mission Viejo, CA 92692

Adir Ionov
Attn: Bankruptcy Desk/Managing Agent
218 Wicked Wedge Way
Las Vegas, NV 89148

Adnaan Bukhari
Attn: Bankruptcy Desk/Managing Agent
9677 Valmeyer Ave
Las Vegas, NV 89148

Adnan & Rita Khamoo
Attn: Bankruptcy Desk/Managing Agent
2613 Palomino Ln
Modesto, CA 95355

Adnan & Rita Khamoo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1079
Las Vegas, NV 89148

Adopt A Highway Maint. Corp.
Attn: Bankruptcy Desk/Managing Agent
1211 Dyer Road #110
Santa Ana CA 92705

ADOT Moter Vehicle Division
Attn: Bankruptcy Desk/Managing Agent
4005 N. 51st Ave
Phoenix AZ 85031-2688

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

ADR Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
1640 West Alta Drive, Suite 4
Las Vegas NV 89106

Adrian Olsen
Attn: Bankruptcy Desk/Managing Agent
790 Telfer Ln
Henderson, NV 89002

Adriana Garcia
Attn: Bankruptcy Desk/Managing Agent
265 Via Di Citta Dr
Henderson, NV 89011

Adriana Gonzalez
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 103
Las Vegas, NV 89113

Adriana Gonzalez
Attn: Bankruptcy Desk/Managing Agent
PO Box 180483
Coronado, CA 92178

ADT Drilling, Inc.
Attn: Bankruptcy Desk/Managing Agent
28150 N. Alma School Rd. #103
PMB #440
Scottsdale AZ 85262

Advance Janitorial Service Inc
Attn: Bankruptcy Desk/Managing Agent
4054 Roma Rd.
Kingman AZ 86401

Advanced Brick & Concrete
Attn: Bankruptcy Desk/Managing Agent
8414 W. Farm Rd. # 180-213
Las Vegas NV 89131

Advanced Demolition Technologi
Attn: Bankruptcy Desk/Managing Agent
3125 W. Ali Baba Lane
Suite 713
Las Vegas NV 89118

Advanced Exercise Equip.
Attn: Bankruptcy Desk/Managing Agent
John Kueht
861 South Park Drive #100
Littleton CO 80120

Advanced Funding Strategies Inc
Attn: Bankruptcy Desk/Managing Agent
1800 E Sahara Ave Ste 107
Las Vegas, NV 89104

Advanced Funding Strategies Inc
Attn: Bankruptcy Desk/Managing Agent
7236 Golden Falcon St
Las Vegas, NV 89131

Advanced Lighting Services
Attn: Bankruptcy Desk/Managing Agent
980 American Pacific Dr Suite 107
Henderson NV 89014

Advanced Reserve Solutions Inc
Attn: Bankruptcy Desk/Managing Agent
701 N Green Valley Pkwy #200
Henderson NV 89074

Advantage Financial Services LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 609
Cedar Rapids IA 52406-0609

Advantage Tennis Courts
Attn: Bankruptcy Desk/Managing Agent
POBox 80744
Las Vegas NV 89180-0744

Aero Products Component Serv.
Attn: Bankruptcy Desk/Managing Agent
1718 West 3rd Street
Tempe AZ 85281

Afarian-bedrossian Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1163
Las Vegas, NV 89148

Affirmative Security
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 50396
Henderson NV 89016-0396

AFLAC
Attn: Bankruptcy Desk/Managing Agent
1932 Wynnton Rd
Columbus, GA 31999

AFLAC
Attn: Bankruptcy Desk/Managing Agent
Worldwide Headquarters
1932 Wynnton Road
Columbus GA 31999

Aggregate Transport Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4829
Hualapai AZ 86412

Aggreko, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 972562
Dallas TX 75397-2562

Agnes & Alberto Estabillo
Attn: Bankruptcy Desk/Managing Agent
809 N Vineyard Blvd Apt E7
Honolulu, HI 96817

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Agnes & Alberto Estabillo
Attn: Bankruptcy Desk/Managing Agent
9332 Bearded Iris Ave
Las Vegas, NV 89148

Agnes & Dionisio Casao
Attn: Bankruptcy Desk/Managing Agent
487 Via Del Foro Dr
Henderson, NV 89011

Agnes & Dionisio Casao
Attn: Bankruptcy Desk/Managing Agent
6210 Windy Waters Ct
Las Vegas, NV 89110

Agnieszka Pluta
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 211
Las Vegas, NV 89113

Agnus Durgun
Attn: Bankruptcy Desk/Managing Agent
2233 Tahoe Timer Way
Riverbank CA 95367

Ahern Rentals
Attn: Bankruptcy Desk/Managing Agent
4241 S Arville Street
Las Vegas NV  89103

Ah-Yin Yau
Attn: Bankruptcy Desk/Managing Agent
233 North Electric Ave
Alhambra CA 91801

Ai Tan
Attn: Bankruptcy Desk/Managing Agent
322 Waterton Lakes Ave
Las Vegas, NV 89148

AICCO, Inc.
Attn: Bankruptcy Desk/Managing Agent
Department 7615
Los Angeles CA 90084-7615

AICPA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 10069
Newark NJ 07101-3069

Aid for AIDS of Nevada
Attn: Bankruptcy Desk/Managing Agent
c/o AFAN
2300 S. Rancho Dr., Ste 211
Las Vegas NV  89102

Aida Vidallo
Attn: Bankruptcy Desk/Managing Agent
21403 S Perry St
Carson, CA 90745

Aida Vidallo
Attn: Bankruptcy Desk/Managing Agent
73 Back Spin Ct
Las Vegas, NV 89148

Aileen Manzano
Attn: Bankruptcy Desk/Managing Agent
6793 Scarlet Flax St
Las Vegas, NV 89148

AIM Broadcasting/KLAV 1230
Attn: Bankruptcy Desk/Managing Agent
1810 Weldon Place
Las Vegas NV 89104

Aimee Thompson
Attn: Bankruptcy Desk/Managing Agent
8921 Lansberry Ct
Las Vegas, NV 89147

Aiqun Ren
Attn: Bankruptcy Desk/Managing Agent
183 Paxon Hollow Ct
Las Vegas, NV 89148

Aiqun Ren
Attn: Bankruptcy Desk/Managing Agent
2750 La Salle Pointe
Chino Hills, CA 91709

Air Center Of Nevada
Attn: Bankruptcy Desk/Managing Agent
1930 Western Ave
Las Vegas NV  89102

Air Control Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
2571 N. Kiowa Blvd.
Lake Havasu City AZ 86403

Air Quality Services of Nevada
Attn: Bankruptcy Desk/Managing Agent
5600 Quail Meadow Ct
Las Vegas NV 89131

Air-Care Inc
Attn: Bankruptcy Desk/Managing Agent
Vanessa
3868 Post Road
Las Vegas NV  89120-3643

Airgroup Express
Attn: Bankruptcy Desk/Managing Agent
PO Box 3627
Bellevue Valley CA 98009-3627

Ajay & Jennifer Jhaveri
Attn: Bankruptcy Desk/Managing Agent
180 Crooked Tree Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ajay & Jennifer Jhaveri
Attn: Bankruptcy Desk/Managing Agent
23324 Alamos Ln
Newhall, CA 91321

Ajilon Professional Staffing
Attn: Bankruptcy Desk/Managing Agent
Dept. CH 14031
Palatine IL 60055-4031

Ajit Dudheker
Attn: Bankruptcy Desk/Managing Agent
1112 Soto Pl
Placentia, CA 92870

Ajit Dudheker
Attn: Bankruptcy Desk/Managing Agent
235 Crooked Tree Dr
Las Vegas, NV 89148

Ajoy Chandra
Attn: Bankruptcy Desk/Managing Agent
160 Coles Street
Jersey City NJ 07302

Akira Saito
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 104
Las Vegas, NV 89113

Alan & Elena Aguba
Attn: Bankruptcy Desk/Managing Agent
1015 Via Calderia Pl
Henderson, NV 89011

Alan & Elena Aguba
Attn: Bankruptcy Desk/Managing Agent
906 W Hillcrest Blvd
Monrovia, CA 91016

Alan & Thitivan Wong
Attn: Bankruptcy Desk/Managing Agent
391 Blue Tee Ct
Las Vegas, NV 89148

Alan Bartlett
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 111
Las Vegas, NV 89113

Alan Bartlett
Attn: Bankruptcy Desk/Managing Agent
PO Box 240
Joshua Tree, CA 92252

Alan Castillo
Attn: Bankruptcy Desk/Managing Agent
People's Realty-Mortgage
16555 Sherman WY #C
Van Nuys CA 91406

Alan Guan
Attn: Bankruptcy Desk/Managing Agent
2095 Alcova Ridge Dr
Las Vegas, NV 89135

Alan Guan
Attn: Bankruptcy Desk/Managing Agent
278 Palm Trace Ave
Las Vegas, NV 89148

Alan Heck
Attn: Bankruptcy Desk/Managing Agent
9302 Orchid Pansy Ave
Las Vegas, NV 89148

Alan Hones
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2092
Las Vegas, NV 89148

Alan Silva
Attn: Bankruptcy Desk/Managing Agent
1208 Claim Jumper Dr
Las Vegas, NV 89108

Alan Silva
Attn: Bankruptcy Desk/Managing Agent
4757 Ashington St
Las Vegas, NV 89147

Alba Decano
Attn: Bankruptcy Desk/Managing Agent
1560 Nightfall Ln
Chula Vista, CA 91915

Alba Decano
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 303
Las Vegas, NV 89113

Alba, Dodie
Attn: Bankruptcy Desk/Managing Agent
9113 Craven Ave
Las Vegas, NV 89149

Albert & Anita Panebianco
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 110
Las Vegas, NV 89113

Albert & Colleene Preciado
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2138
Las Vegas, NV 89148

Albert & Denise Nelson
Attn: Bankruptcy Desk/Managing Agent
476 Via Del Foro Dr
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                 Served 4/17/2009

Albert & Marilou Cruz
Attn: Bankruptcy Desk/Managing Agent
1492 Via Coronel
Palos Verdes Estates, CA 90274

Albert & Marilou Cruz
Attn: Bankruptcy Desk/Managing Agent
543 Halloran Springs Rd
Las Vegas, NV 89148

Albert & Marinette Peterson
Attn: Bankruptcy Desk/Managing Agent
1057 Via Canale Dr
Henderson, NV 89011

Albert & Marinette Peterson
Attn: Bankruptcy Desk/Managing Agent
813 N Mariposa St
Burbank, CA 91506

Albert & Marlene Montes
Attn: Bankruptcy Desk/Managing Agent
251 Tayman Park Ave
Las Vegas, NV 89148

Albert & Midrene Howell
Attn: Bankruptcy Desk/Managing Agent
249 Fairway Woods Dr
Las Vegas, NV 89148

Albert Kamatoy
Attn: Bankruptcy Desk/Managing Agent
334 Harpers Ferry Ave
Las Vegas, NV 89148

Albert Petrossian
Attn: Bankruptcy Desk/Managing Agent
200 Tayman Park Ave
Las Vegas, NV 89148

Albertina Devilleda
Attn: Bankruptcy Desk/Managing Agent
170 Rusty Plank Ave
Las Vegas, NV 89148

Albertina Devilleda
Attn: Bankruptcy Desk/Managing Agent
2757 Lodestone Dr
Las Vegas, NV 89117

Alberto & Cecilia Carluto
Attn: Bankruptcy Desk/Managing Agent
163 Castle Course Ave
Las Vegas, NV 89148

Alberto & Milagros Jones
Attn: Bankruptcy Desk/Managing Agent
294 Sea Rim Ave
Las Vegas, NV 89148

Alberto & Norma Casilla
Attn: Bankruptcy Desk/Managing Agent
125 Short Ruff Way
Las Vegas, NV 89148

Alberto & Norma Casilla
Attn: Bankruptcy Desk/Managing Agent
849 Berryessa St
Milpitas, CA 95035

Alberto Monteagudo
Attn: Bankruptcy Desk/Managing Agent
196 Flying Hills Ave
Las Vegas, NV 89148

Alberto Monteagudo
Attn: Bankruptcy Desk/Managing Agent
223 Wicked Wedge Way
Las Vegas, NV 89148

Alder Sales Corporation
Attn: Bankruptcy Desk/Managing Agent
6676 South 400 West
Murray UT 84107

Alejandra Villarreal
Attn: Bankruptcy Desk/Managing Agent
7228 Cottonsparrow St
Las Vegas, NV 89131

Alejandro Campos
Attn: Bankruptcy Desk/Managing Agent
9790 Marcelline Ave
Las Vegas, NV 89148

Alejandro De La Rosa-Trinidad
Attn: Bankruptcy Desk/Managing Agent
1020 Dumbarton Street
Las Vegas NV  89110

Alejandro Navarro
Attn: Bankruptcy Desk/Managing Agent
913 Via Stellato St
Henderson, NV 89011

Atek Vienneau
Attn: Bankruptcy Desk/Managing Agent
310 Broken Par Dr
Las Vegas, NV 89148

Aleksey Galkin
Attn: Bankruptcy Desk/Managing Agent
181 Pocono Manor Ct
Las Vegas, NV 89148

Aleksey Galkin
Attn: Bankruptcy Desk/Managing Agent
59 Giotto
Aliso Viejo, CA 92656

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Aleman Family
Attn: Bankruptcy Desk/Managing Agent
583 Center Green Dr
Las Vegas, NV 89148

Alenoush Davidian
Attn: Bankruptcy Desk/Managing Agent
5350 White Oak Ave Apt 410
Encino, CA 91316

Alenoush Davidian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2180
Las Vegas, NV 89148

Alesia Romanov
Attn: Bankruptcy Desk/Managing Agent
7233 Buglehorn St
Las Vegas, NV 89131

Atessandra Granucci
Attn: Bankruptcy Desk/Managing Agent
798 Alder Green Ave
Henderson, NV 89002

Alex & Isaa Peralta
Attn: Bankruptcy Desk/Managing Agent
4669 Lomas Santa Fe St
Las Vegas, NV 89147

Alex & Jan Cano
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 305
Las Vegas, NV 89113

Alex & Jan Cano
Attn: Bankruptcy Desk/Managing Agent
773 Creekside Pl
Chula Vista, CA 91914

Alex & Jonette Hodson
Attn: Bankruptcy Desk/Managing Agent
9473 Verneda Ct
Las Vegas, NV 89147

Alex Buala
Attn: Bankruptcy Desk/Managing Agent
27962 Paseo Del Norte
San Juan Capistrano, CA 92675

Alex Buala
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1099
Las Vegas, NV 89148

Alex Mendoza
Attn: Bankruptcy Desk/Managing Agent
ReMax Olson Association
11141 Tampa Avenue
Northridge CA 91326

Alex Sang
Attn: Bankruptcy Desk/Managing Agent
1129 Via Canale Dr
Henderson, NV 89011

Alexander & Alfred Chuang
Attn: Bankruptcy Desk/Managing Agent
2416 Greenwich St
San Francisco, CA 94123

Alexander & Alfred Chuang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2112
Las Vegas, NV 89148

Alexander Acuna
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1094
Las Vegas, NV 89147

Alexander Dryjenko
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 212
Las Vegas, NV 89113

Alexander Elizalde
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 109
Las Vegas, NV 89113

Alexandra Purba
Attn: Bankruptcy Desk/Managing Agent
251 Angels Trace Ct
Las Vegas, NV 89148

Alexandre & Amanda Gaudelet
Attn: Bankruptcy Desk/Managing Agent
477 Via Palermo Dr
Henderson, NV 89011

Alexandru Nedelcu
Attn: Bankruptcy Desk/Managing Agent
7264 Morrison St
Las Vegas, NV 89148

Alexandru Nedelcu
Attn: Bankruptcy Desk/Managing Agent
9731 Valmeyer Ave
Las Vegas, NV 89148

Alfonso & Rachelle Ramirez
Attn: Bankruptcy Desk/Managing Agent
969 Via Stellato St
Henderson, NV 89011

Alfonso & Reyna Bernal
Attn: Bankruptcy Desk/Managing Agent
70 Castle Creek Ct
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Alfonso & Reyna Bernal
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 212
Las Vegas, NV 89113

Alfonso Bernal
Attn: Bankruptcy Desk/Managing Agent
440 Center Green Dr
Las Vegas, NV 89148

Alfonso Bernal
Attn: Bankruptcy Desk/Managing Agent
70 Castle Creek Ct
Las Vegas, NV 89148

Alfredo & Cherry Tan
Attn: Bankruptcy Desk/Managing Agent
193 Short Ruff Way
Las Vegas, NV 89148

Alfredo & Cherry Tan
Attn: Bankruptcy Desk/Managing Agent
88 Salmon Wy
Unalaksa, AK 99685

Alfredo & Elva Mejia
Attn: Bankruptcy Desk/Managing Agent
9259 Tulip Trestle Ave
Las Vegas, NV 89148

Alfredo & Pilar Temoche
Attn: Bankruptcy Desk/Managing Agent
186 Hickory Heights Ave
Las Vegas, NV 89148

Alfredo & Pilar Temoche
Attn: Bankruptcy Desk/Managing Agent
3 Tall Ruff Dr
Las Vegas, NV 89148

Alfredo & Yolanda Magyawi
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 311
Las Vegas, NV 89113

Alfredo Ponce
Attn: Bankruptcy Desk/Managing Agent
7233 Tealwood St
Las Vegas, NV 89131

Alfredo Temoche
Attn: Bankruptcy Desk/Managing Agent
42 Rancho Maria St
Las Vegas, NV 89148

Alfredo Temoche
Attn: Bankruptcy Desk/Managing Agent
45 Chateau Whistler Ct
Las Vegas, NV 89148

Alfredo Vera
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 206
Las Vegas, NV 89113

Ali Jordan
Attn: Bankruptcy Desk/Managing Agent
271 Waterton Lakes Ave
Las Vegas, NV 89148

Alice Abcarian
Attn: Bankruptcy Desk/Managing Agent
5350 White Oak Ave Apt 410
Encino, CA 91316

Alice Abcarian
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 312
Las Vegas, NV 89113

Alicia Francisco
Attn: Bankruptcy Desk/Managing Agent
13746 Reva Cir
Cerritos, CA 90703

Alicia Francisco
Attn: Bankruptcy Desk/Managing Agent
403 Hidden Hole Dr
Las Vegas, NV 89148

Alicia Sucholl
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1024
Las Vegas, NV 89148

Alifia Alimova
Attn: Bankruptcy Desk/Managing Agent
244 Soggy Ruff Way
Las Vegas, NV 89148

Alifia Alimova
Attn: Bankruptcy Desk/Managing Agent
258 Rolling Springs Dr
Las Vegas, NV 89148

Alimohammad Family
Attn: Bankruptcy Desk/Managing Agent
103 Red Tee Ln
Las Vegas, NV 89148

Alina Smith
Attn: Bankruptcy Desk/Managing Agent

Alison Teitler
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 312
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

AlixPartners, LLP
Attn: Bankruptcy Desk/Managing Agent
9 West 57th Street
Suite 3420
New York NY 10019

All About Brick Paving
Attn: Bankruptcy Desk/Managing Agent
Karen
6000 S Eastern Avenue Suite 101
Las Vegas NV 89119

All About Pool Services
Attn: Bankruptcy Desk/Managing Agent
3395 S. Jones Blvd. #149
Las Vegas NV 89146

All American Carpet Care
Attn: Bankruptcy Desk/Managing Agent
2756 North Green Valley Pkwy #108
Henderson NV 89014

All American Cleaning
Attn: Bankruptcy Desk/Managing Agent
Dwayne Frye (Cell)
3658 Miguel's Lane
Las Vegas NV 89120

All Drywall & Paint Inc.
Attn: Bankruptcy Desk/Managing Agent
Hugo Lee 2864846
1601 N. Rancho Dr. Suite # 3
Las Vegas, NV 89106

All Pro Home Inspections
Attn: Bankruptcy Desk/Managing Agent
1916 Smith Street
Las Vegas NV 89108

All Striping
Attn: Bankruptcy Desk/Managing Agent
236 S. Rainbow Blvd.
#124
Las Vegas NV 89145-5329

All Valley Wallcovering
Attn: Bankruptcy Desk/Managing Agent
4705 Illustrious Street
Las Vegas NV 89147

All Wood Treasures Co.
Attn: Bankruptcy Desk/Managing Agent
Ed/Jerri/Kim
2063 E. Cedar Street
Tempe AZ 85281

Allan & Maria Usaraga
Attn: Bankruptcy Desk/Managing Agent
1090 Via Capassi Way
Henderson, NV 89011

Allan Carter
Attn: Bankruptcy Desk/Managing Agent
1091 Via Capassi Way
Henderson, NV 89011

Allard Family
Attn: Bankruptcy Desk/Managing Agent
4456 Fiore Bella Blvd
Las Vegas, NV 89135

Allard Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1115
Las Vegas, NV 89148

Allein & Claribel Victoria
Attn: Bankruptcy Desk/Managing Agent
259 Crooked Tree Dr
Las Vegas, NV 89148

Allen & Debbie Crow
Attn: Bankruptcy Desk/Managing Agent
349 Falcons Fire Ave
Las Vegas, NV 89148

Allen & Debbie Crow
Attn: Bankruptcy Desk/Managing Agent
8201 SW 13th St
Lincoln, NE 68523

Allen Corcoran
Attn: Bankruptcy Desk/Managing Agent
61 Dogwood Hills St
Las Vegas, NV 89148

Allen Corcoran
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 305
Las Vegas, NV 89113

Allen Drilling Inc.
Attn: Bankruptcy Desk/Managing Agent
4015 West Tompkins Ave,
Las Vegas NV 89103

Allen Temporary Staffing
Attn: Bankruptcy Desk/Managing Agent
1700 E. Desert Inn #118
Las Vegas NV  89109

Allen Zalewski
Attn: Bankruptcy Desk/Managing Agent
795 Watercut Ct
Henderson, NV 89002

Alliance Drilling
Attn: Bankruptcy Desk/Managing Agent
9618 N. Vista Dr
Kingman AZ 86401

Alliance Mortgage
Attn: Bankruptcy Desk/Managing Agent
Stacie Martin
ATTN: Stacie Martin
3230 S. Buffalo Drive, Suite 106
Las Vegas NV 89117

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                              Served 4/17/2009

Allied Forces
Attn: Bankruptcy Desk/Managing Agent
602 Hall Street
Kingman AZ 86401

Allied Publishing Services Inc
Attn: Bankruptcy Desk/Managing Agent
42 Read's Way
New Castle DE 19720-1649

Alligator Soup
Attn: Bankruptcy Desk/Managing Agent
9350 West Sahara, # 130
Las Vegas NV 89117

Allison & Christopher Moderson
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1170
Las Vegas, NV 89147

Allison Ko
Attn: Bankruptcy Desk/Managing Agent
390 Fringe Ruff Dr
Las Vegas, NV 89148

Allison Reynolds
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 209
Las Vegas, NV 89113

Allison Reynolds
Attn: Bankruptcy Desk/Managing Agent
PO Box 103321
Denver, CO 80250

AllPro Paint & Collision
Attn: Bankruptcy Desk/Managing Agent
Centers
3615 W. Sprint Mountain Rd
Las Vegas NV 89102

Ally & Kenneth Yeh
Attn: Bankruptcy Desk/Managing Agent
152 Honors Course Dr
Las Vegas, NV 89148

Ally & Kenneth Yeh
Attn: Bankruptcy Desk/Managing Agent
5652 Cactus Thorn Ave
Las Vegas, NV 89118

Allysa Aaron
Attn: Bankruptcy Desk/Managing Agent
276 Via Di Citta Dr
Henderson, NV 89011

Alma Fernandez-Duran
Attn: Bankruptcy Desk/Managing Agent
178 Lenape Heights Ave
Las Vegas, NV 89148

Alma Fernandez-Duran
Attn: Bankruptcy Desk/Managing Agent
3420 SW 185th Ave
Miramar, FL 33029

Almas Mohammed
Attn: Bankruptcy Desk/Managing Agent
81 Rancho Maria St
Las Vegas, NV 89148

Almaz Belay
Attn: Bankruptcy Desk/Managing Agent
6747 Gold Yarrow St
Las Vegas, NV 89148

Aloha Airlines
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30028
Honolulu HI 96820

Aloha Vending
Attn: Bankruptcy Desk/Managing Agent
Rick Tramaglino
Quality Vending
106 Eagleview Court
Henderson NV 89074

Alpha Home Inspections
Attn: Bankruptcy Desk/Managing Agent
Craig Stivale
336 Marble Falls St.
Las Vegas NV 89139

Alpha Realty Services
Attn: Bankruptcy Desk/Managing Agent
2260 Corporate Circle Ste 430
Attn: Lois Brown
Henderson NV 89074

Alpheus & Daphne Naka
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1179
Las Vegas, NV 89148

Alpine Glass
Attn: Bankruptcy Desk/Managing Agent
1550 E Tropicana #7
Las Vegas, NV 89119

Alpine Water Systems
Attn: Bankruptcy Desk/Managing Agent
PO Box 94436
Las Vegas NV 89193-4436

Alrus Consulting
Attn: Bankruptcy Desk/Managing Agent
615 Sierra Rose Drive Ste 1
Reno NV 89511

ALS,Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30701
Albuquerque NM 87190

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Altenbern, Douglas
Attn: Bankruptcy Desk/Managing Agent
3500 Kilburry Court
Las Vegas, NV 89129

AL-TER Computers
Attn: Bankruptcy Desk/Managing Agent
28075 Avenue Stanford
Valencia CA 91355

Alternative Lawns
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 230402
Las Vegas NV 89105

Alternative Shopping
Attn: Bankruptcy Desk/Managing Agent
3400 W. Desert Inn  Suite 13
Las Vegas NV 89102

Altobelli Family
Attn: Bankruptcy Desk/Managing Agent
387 Palm Trace Ave
Las Vegas, NV 89148

Alumacast
Attn: Bankruptcy Desk/Managing Agent
611 N. Main Street
Las Vegas NV 89101

Alumifax, Inc.
Attn: Bankruptcy Desk/Managing Agent
4325 West Reno Avenue
Las Vegas NV 89118-1650

Alvarez & Marsal
Attn: Bankruptcy Desk/Managing Agent
633 West Fifth Street
Suite 2560
Los Angeles CA 90071

Alvin Tam
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 307
Las Vegas, NV 89113

Alyssa & Roger Frank
Attn: Bankruptcy Desk/Managing Agent
1011 W 27th St
Scottsbluff, NE 69361

Alyssa & Roger Frank
Attn: Bankruptcy Desk/Managing Agent
1036 Via Camelia St
Henderson, NV 89011

Alyssa & Roger Frank
Attn: Bankruptcy Desk/Managing Agent
1040 Via Camelia St
Henderson, NV 89011

Alyssa & Roger Frank
Attn: Bankruptcy Desk/Managing Agent
1044 Via Camelia St
Henderson, NV 89011

Alyssa & Roger Frank
Attn: Bankruptcy Desk/Managing Agent
1048 Via Camelia St
Henderson, NV 89011

Alyssa & Roger Frank
Attn: Bankruptcy Desk/Managing Agent
3609 Bison
Scottsbluff, NE 69361

Alyssa L. Frank and
Attn: Bankruptcy Desk/Managing Agent
Roger L. Frank
3609 Bison Street
Scottsbluff NE 69361

Am. Asphalt & Grading SWPP Div
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield Street
N. Las Vegas NV  89030

Amado & Maritza Cotto
Attn: Bankruptcy Desk/Managing Agent
9315 Lemon Mint Ct
Las Vegas, NV 89148

Amalia Garcia
Attn: Bankruptcy Desk/Managing Agent
221 Waterton Lakes Ave
Las Vegas, NV 89148

Amalia Garcia
Attn: Bankruptcy Desk/Managing Agent
357 Deanne Ln
Daly City, CA 94014

Amanda & Ruben Urias
Attn: Bankruptcy Desk/Managing Agent
211 Duck Hollow Ave
Las Vegas, NV 89148

Amanda Divito
Attn: Bankruptcy Desk/Managing Agent
668 Harvester Course Dr
Las Vegas, NV 89148

Amanda Landry
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 313
Las Vegas, NV 89113

Amanda Marshall
Attn: Bankruptcy Desk/Managing Agent
352 Ladies Tee Ct
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Amanda Morris
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 207
Las Vegas, NV 89113

Amando & Ester Esguerra
Attn: Bankruptcy Desk/Managing Agent
298 Fairway Woods Dr
Las Vegas, NV 89148

Amando & Ester Esguerra
Attn: Bankruptcy Desk/Managing Agent
301 Angels Trace Ct
Las Vegas, NV 89148

Amando & Ester Esguerra
Attn: Bankruptcy Desk/Managing Agent
5279 Golden Eagle Ln
Roanoke, VA 24018

Amardeep & Bhupinder Khosa
Attn: Bankruptcy Desk/Managing Agent
297 Ladies Tee Ct
Las Vegas, NV 89148

Amari Artistic Designs
Attn: Bankruptcy Desk/Managing Agent
813 New Season Court
Las Vegas NV  89123

Amarpreet Chadha
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 113
Las Vegas, NV 89113

Amarpreet Chadha
Attn: Bankruptcy Desk/Managing Agent
8425 Running Deer Ave Unit 204
Las Vegas, NV 89145

Amazon Designs
Attn: Bankruptcy Desk/Managing Agent
Roger Hanko
3857 Alto Avenue
Las Vegas NV 89115

Amber Dawn Christie
Attn: Bankruptcy Desk/Managing Agent
3203 E. Thompson Avenue
Kingman AZ 86409

Amber Tyrrell
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 309
Las Vegas, NV 89113

AMEC Infrastructure,Inc.
Attn: Bankruptcy Desk/Managing Agent
c/o HSBC Bank Canada
P.O.Box 12700
Seattle WA 98111

Amelia & Rosulo Raguini
Attn: Bankruptcy Desk/Managing Agent
7306 Abbington Dr
Oxon Hill, MD 20745

Amelia & Rosulo Raguini
Attn: Bankruptcy Desk/Managing Agent
9664 Marcelline Ave
Las Vegas, NV 89148

Amelita & Armenio Iniego
Attn: Bankruptcy Desk/Managing Agent
292 Ladies Tee Ct
Las Vegas, NV 89148

Amelita & Armenio Iniego
Attn: Bankruptcy Desk/Managing Agent
8932 184th Pl
Hollis, NY 11423

Amer Hamed
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2005
Las Vegas, NV 89148

America Asia Investments,Inc
Attn: Bankruptcy Desk/Managing Agent
Yvonne Lee
4214 California Street
San Francisco CA 94118

American Airlines Publishing
Attn: Bankruptcy Desk/Managing Agent
PO Box 7247-8814
Philadelphia PA 19170-8814

American Arbitration Associati
Attn: Bankruptcy Desk/Managing Agent
6795 N. Palm Ave
2nd Floor
Fresno CA 93704

American Asphalt & Grading Co.
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield St.
N. Las Vegas, NV 89032

American Clay Stabilization
Attn: Bankruptcy Desk/Managing Agent
Gary Stewart
3175 E.Warm Springs Rd  Suite 111
Las Vegas NV  89120

American Commonwealth Mortgage
Attn: Bankruptcy Desk/Managing Agent
536 East Saint Louis Ave.
Las Vegas NV  89104

American Commonwealth Mtg Co.
Attn: Bankruptcy Desk/Managing Agent
Jim Zurbriggen
AAMCO
536 E. St. Louis Avenue
Las Vegas NV 89104

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

American Digital Networks
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6607
Annapolis MD 21401

American Electric Supply Inc.
Attn: Bankruptcy Desk/Managing Agent
1872 W Pomona Road
Corona CA 92880

American Equities, Inc.
Attn: Bankruptcy Desk/Managing Agent
Contract Collection Dept.
P.O. Box 61427
Vancouver CA 98666

American Eurocopter
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 971227
Dallas TX 75397-1227

American Express-CA
Attn: Bankruptcy Desk/Managing Agent
Box 0001
Los Angeles CA 90096-0001

American Express-FL
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 360001
Ft. Lauderdale FL 33336-0001

American Fence Inc.
Attn: Bankruptcy Desk/Managing Agent
4230 Losee Rd
N. Las Vegas NV 89030

American Fidelity Assurance Co
Attn: Bankruptcy Desk/Managing Agent
5100 N Classen Blvd Ste 400
Oklahoma City, OK 73118

American Fidelity Assurance Co
Attn: Bankruptcy Desk/Managing Agent
7220 Golden Falcon St
Las Vegas, NV 89131

American Flags Express
Attn: Bankruptcy Desk/Managing Agent
12577 W. Custer Avenue
Butler 53007-1108

American Funds
Attn: Bankruptcy Desk/Managing Agent
Service Company
P.O.Box 25067
Santa Ana CA 92799-5067

American Heart Association
Attn: Bankruptcy Desk/Managing Agent
c/o Kristi Doyle
2929 S. 48th Street
Tempe AZ 85282

American Home Mortgage Servicing
Attn: Bankruptcy Desk/Managing Agent
210 Crooked Tree Dr
Las Vegas, NV 89148

American Home Mortgage Servicing
Attn: Bankruptcy Desk/Managing Agent
4600 Regent Blvd Ste 200
Irving, TX 75063

American Inspection Services
Attn: Bankruptcy Desk/Managing Agent
505 E Windmill Road Suite 1B-171
Las Vegas NV 89123

American International Recover
Attn: Bankruptcy Desk/Managing Agent
Jennifer Gill
100 Summer Street
11th Floor
Boston MA 02110

American Leak Detection
Attn: Bankruptcy Desk/Managing Agent
6185 Harrison Dr. #13
Las Vegas NV 89120

American Maintenance Co.
Attn: Bankruptcy Desk/Managing Agent
Art Atwood
7801 Aplin Avenue
Las Vegas NV 89145

American Media Corp.
Attn: Bankruptcy Desk/Managing Agent
8375 W. Flamingo Rd, Suite 100
Las Vegas NV 89147

American Medical Response
Attn: Bankruptcy Desk/Managing Agent
1200 S. Martin Luther King Blvd
Las Vegas NV 89102

American Modern Home
Attn: Bankruptcy Desk/Managing Agent
Dept. 00429
Cincinnati OH 45274-0429

American Mortgage Company
Attn: Bankruptcy Desk/Managing Agent
362 Turtle Peak Ave
Las Vegas, NV 89148

American Outdoor Advertising
Attn: Bankruptcy Desk/Managing Agent
1702 E. Highlan Ave Suite 310
Phoenix AZ 85016

American Red Ball Transit Co.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1127
Indianapolis IN 46206

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

American Rent-A-Fence
Attn: Bankruptcy Desk/Managing Agent
4230 Losee Road
N Las Vegas NV  89030

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

American Turf & Tree
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 530576
Henderson NV  89053

American West Real Estate
Attn: Bankruptcy Desk/Managing Agent
825 Calle Arroyo
9300 Flair Dr. Ste 107A
El Monte CA 91731

American Worker
Attn: Bankruptcy Desk/Managing Agent
Division of Boot Barn
6322 W. Sahara Avenue
Las Vegas NV 89146

America's Flood Insurance
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 910
Rancho Cordova CA 95741-0910

America's Private Security
Attn: Bankruptcy Desk/Managing Agent
Jose Hernandez
3111 S. Valley View Blvd
Suite B-129
Las Vegas NV 89102

Ameri-Chem Inc
Attn: Bankruptcy Desk/Managing Agent
Audra Tubin
4320 W. Reno Suite D
Las Vegas NV 89118

Ameri-Fab, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 87298
Phoenix AZ 85080

Ammaar Kerio
Attn: Bankruptcy Desk/Managing Agent
196 Broken Putter Way
Las Vegas, NV 89148

Ammar Wehbeh
Attn: Bankruptcy Desk/Managing Agent
159 Tall Ruff Dr
Las Vegas, NV 89148

Amor Architectural Corporation
Attn: Bankruptcy Desk/Managing Agent
101 Convention Center Drive
Suite 660
Las Vegas NV 89109

Amos Torres
Attn: Bankruptcy Desk/Managing Agent
2625 John L.
Kingman AZ 86401

AMPAM-LDI MECHANICAL (HVAC)
Attn: Bankruptcy Desk/Managing Agent
PATRICK NUNES
3842 E. POST RD.
Las Vegas NV 89120

AMPAM-RCR PLUMBING
Attn: Bankruptcy Desk/Managing Agent
3985 W Post Rd
Las Vegas, NV 89118

AMPAM-RCR PLUMBING
Attn: Bankruptcy Desk/Managing Agent
Gary Eckles
3985 W Post Rd
Las Vegas NV 89118

Amritraj Singh
Attn: Bankruptcy Desk/Managing Agent
199 Tall Ruff Dr
Las Vegas, NV 89148

AMTREND Corporation
Attn: Bankruptcy Desk/Managing Agent
Amir Malik
1458 Manhattan Ave.
Fullerton CA 92831

Amy & Terence Chuang
Attn: Bankruptcy Desk/Managing Agent
2416 Greenwich St
San Francisco, CA 94123

Amy & Terence Chuang
Attn: Bankruptcy Desk/Managing Agent
394 First On Dr
Las Vegas, NV 89148

Amy Cheng
Attn: Bankruptcy Desk/Managing Agent
272 Turtle Peak Ave
Las Vegas, NV 89148

Amy Cheng
Attn: Bankruptcy Desk/Managing Agent
6825 Baby Jade Ct
Las Vegas, NV 89148

Amy Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2161
Las Vegas, NV 89148

Amy Soydara
Attn: Bankruptcy Desk/Managing Agent
1044 Via Saint Lucia Pl
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Amy Soydara
Attn: Bankruptcy Desk/Managing Agent
1816 McCune Ave
Yuba City, CA 95993

Amy Zhang
Attn: Bankruptcy Desk/Managing Agent
141 Honors Course Dr
Las Vegas, NV 89148

An Mai
Attn: Bankruptcy Desk/Managing Agent
9663 Marcelline Ave
Las Vegas, NV 89148

An Nguyen
Attn: Bankruptcy Desk/Managing Agent
9720 Valmeyer Ave
Las Vegas, NV 89148

Ana Adina
Attn: Bankruptcy Desk/Managing Agent
7010 Mulberry Ct.
Dublin CA 94568

Ana Alba
Attn: Bankruptcy Desk/Managing Agent
211 S Painted Mountain Dr
Las Vegas, NV 89148

Ana Luna
Attn: Bankruptcy Desk/Managing Agent
293 Via Di Citta Dr
Henderson, NV 89011

Ana Maria Dubois
Attn: Bankruptcy Desk/Managing Agent
2018 Maple Springs Street
Henderson NV  89002

Anastasia Yudin
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 102
Las Vegas, NV 89113

Anchor Investments LLC
Attn: Bankruptcy Desk/Managing Agent
10161 Park Run Dr Ste 150
Las Vegas, NV 89145

Anchor Investments LLC
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 308
Las Vegas, NV 89113

Andaru Interior
Attn: Bankruptcy Desk/Managing Agent
614 N. Eckhoff St.
Orange CA 92868

Anderson Family
Attn: Bankruptcy Desk/Managing Agent
301 Arbour Garden Ave
Las Vegas, NV 89148

Anderson Family
Attn: Bankruptcy Desk/Managing Agent
7213 Tealwood St
Las Vegas, NV 89131

Anderson Family
Attn: Bankruptcy Desk/Managing Agent
7430 Red Cinder St
Las Vegas, NV 89131

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
798 A Street
Las Vegas, NV 89106

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
KAREN/ROBSON
798 A Street
Las Vegas NV 89106

Andre & Valerie Angles
Attn: Bankruptcy Desk/Managing Agent
460 Peralta Ave
Long Beach, CA 90803

Andre & Valerie Angles
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 107
Las Vegas, NV 89113

Andre Acopian
Attn: Bankruptcy Desk/Managing Agent
370 Tayman Park Ave
Las Vegas, NV 89148

Andre Angles
Attn: Bankruptcy Desk/Managing Agent
460 Peralta Avenue
Long Beach CA 90803

Andrea Anderson
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 306
Las Vegas, NV 89113

Andrea Anicete
Attn: Bankruptcy Desk/Managing Agent
291 Fairway Woods Dr
Las Vegas, NV 89148

Andrea Anicete
Attn: Bankruptcy Desk/Managing Agent
9295 Crosscourt Way
Elk Grove, CA 95624

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Andrea Benites
Attn: Bankruptcy Desk/Managing Agent
7173 S. Durango Drive
Las Vegas NV 89148

Andrea Hadhazy
Attn: Bankruptcy Desk/Managing Agent
8980 Salvatore St
Las Vegas, NV 89148

Andrea Hadhazy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2144
Las Vegas, NV 89148

Andrea K. Bryant
Attn: Bankruptcy Desk/Managing Agent
1436 Vallejo Street
San Francisco 94109

Andrea Serrano-Leon
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 207
Las Vegas, NV 89113

Andrea Thurman
Attn: Bankruptcy Desk/Managing Agent
9728 Ziegler Ave
Las Vegas, NV 89148

Andrea Vigil
Attn: Bankruptcy Desk/Managing Agent

Andrei Ridetski
Attn: Bankruptcy Desk/Managing Agent
9297 Perennial Ave
Las Vegas, NV 89148

Andres Gueits
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 106
Las Vegas, NV 89113

Andres Topchi
Attn: Bankruptcy Desk/Managing Agent
1034 Via Nandina Pl
Henderson, NV 89011

Andrew & Alexandra Taxiarchos
Attn: Bankruptcy Desk/Managing Agent
277 Lakewood Garden Dr
Las Vegas, NV 89148

Andrew & Betty Zepeda
Attn: Bankruptcy Desk/Managing Agent
1556 W 221st St
Torrance, CA 90501

Andrew & Betty Zepeda
Attn: Bankruptcy Desk/Managing Agent
264 Spring Hollow Dr
Las Vegas, NV 89148

Andrew & Crystal Markowicz
Attn: Bankruptcy Desk/Managing Agent
493 Via Stretto Ave
Henderson, NV 89011

Andrew & Dyanna Marton
Attn: Bankruptcy Desk/Managing Agent
9582 Castillana Ct
Las Vegas, NV 89147

Andrew & Jamie Thomson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2168
Las Vegas, NV 89148

Andrew & Jamie Thomson
Attn: Bankruptcy Desk/Managing Agent
9264 Cabin Cove Ave
Las Vegas, NV 89148

Andrew & Jeanine Sluciak
Attn: Bankruptcy Desk/Managing Agent
8729 Las Olivas Ave
Las Vegas, NV 89147

Andrew Doran
Attn: Bankruptcy Desk/Managing Agent
7111 S. Durango Dr.,# 212
Las Vegas NV 89148

Andrew Eusebio
Attn: Bankruptcy Desk/Managing Agent
566 Newberry Springs Dr
Las Vegas, NV 89148

Andrew Hoelzel
Attn: Bankruptcy Desk/Managing Agent
1016 Via Dupre St
Henderson, NV 89011

Andrew Smith
Attn: Bankruptcy Desk/Managing Agent
617 Newberry Springs Dr
Las Vegas, NV 89148

Andrew Whittaker
Attn: Bankruptcy Desk/Managing Agent
9785 Kampsville Ave
Las Vegas, NV 89148

Andrew Yim
Attn: Bankruptcy Desk/Managing Agent
605 Newberry Springs Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ang Family
Attn: Bankruptcy Desk/Managing Agent
60 Douglasbank Rise S E
Calgary AB T2Z1
Canada

Ang Family
Attn: Bankruptcy Desk/Managing Agent
656 Harvester Course Dr
Las Vegas, NV 89148

Angela & Charles Chu
Attn: Bankruptcy Desk/Managing Agent
123 Honors Course Dr
Las Vegas, NV 89148

Angela & Charles Chu
Attn: Bankruptcy Desk/Managing Agent
900 Canada Ct
City Of Industry, CA 91748

Angela Beard
Attn: Bankruptcy Desk/Managing Agent
6631 Creeping Thyme St
Las Vegas, NV 89148

Angela Lee
Attn: Bankruptcy Desk/Managing Agent
167 Castle Course Ave
Las Vegas, NV 89148

Angela Serratt
Attn: Bankruptcy Desk/Managing Agent
258 Via Franciosa Dr
Henderson, NV 89011

Angelito & Ginalynn Bustos
Attn: Bankruptcy Desk/Managing Agent
559 Center Green Dr
Las Vegas, NV 89148

Angelito & Ginalynn Bustos
Attn: Bankruptcy Desk/Managing Agent
9534 Oakley Way
Elk Grove, CA 95624

Angelo & Giuseppina Mordini
Attn: Bankruptcy Desk/Managing Agent
160 S Painted Mountain Dr
Las Vegas, NV 89148

Angelo & Giuseppina Mordini
Attn: Bankruptcy Desk/Managing Agent
310 County Rd
Demarest, NJ 07627

Angelo & Jacqueline Georgiou
Attn: Bankruptcy Desk/Managing Agent
205 Via Mezza Luna Ct
Henderson, NV 89011

Angelo Family
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 210
Las Vegas, NV 89113

Angelo Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 620402
Las Vegas, NV 89162

Angie Han
Attn: Bankruptcy Desk/Managing Agent
4790 Essen Ct
Las Vegas, NV 89147

Angulo Family
Attn: Bankruptcy Desk/Managing Agent
129 Macoby Run St
Las Vegas, NV 89148

Angulo Family
Attn: Bankruptcy Desk/Managing Agent
459 S Azusa Ave Ste F
Azusa, CA 91702

Anicete Family
Attn: Bankruptcy Desk/Managing Agent
130 Corey Creek Ct
Las Vegas, NV 89148

Anicete Family
Attn: Bankruptcy Desk/Managing Agent
16623 Mount Michaelis Cir
Fountain Valley, CA 92708

Anicia Delacruz
Attn: Bankruptcy Desk/Managing Agent
2844 Hillside Dr
Burlingame, CA 94010

Anicia Delacruz
Attn: Bankruptcy Desk/Managing Agent
9709 Waukegan Ave
Las Vegas, NV 89148

Aniello Insurance Agency
Attn: Bankruptcy Desk/Managing Agent
Babette Hart
3012 W. Charleston Blvd. #150
Las Vegas NV 89102

Anil Melnick
Attn: Bankruptcy Desk/Managing Agent

Anil Ranasinghe
Attn: Bankruptcy Desk/Managing Agent
21 Tall Ruff Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Aninfa A. Lemke
Attn: Bankruptcy Desk/Managing Agent
Crestline Financial & Marketing S
320 Arkansas St.
Vallejo CA 94590

Anis Zeid
Attn: Bankruptcy Desk/Managing Agent
238 Wicked Wedge Way
Las Vegas, NV 89148

Anis Zeid
Attn: Bankruptcy Desk/Managing Agent
PO Box 5131
Downey, CA 90241

Anita De Dios
Attn: Bankruptcy Desk/Managing Agent
4791 Avenida Del Diablo
Las Vegas NV 89121-6001

Ankica Zguric
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 313
Las Vegas, NV 89113

Ann & Alan Chen
Attn: Bankruptcy Desk/Managing Agent
379 Blue Tee Ct
Las Vegas, NV 89148

Ann & Alan Chen
Attn: Bankruptcy Desk/Managing Agent
38627 Cherry Ln Apt 103
Fremont, CA 94536

Ann Ashmore
Attn: Bankruptcy Desk/Managing Agent
7511 Thornbuck Pl
Las Vegas, NV 89131

Anna & Didier Honore
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 210
Las Vegas, NV 89113

Anna & Didier Honore
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Anna Decherico
Attn: Bankruptcy Desk/Managing Agent
331 Angels Trace Ct
Las Vegas, NV 89148

Anna Decherico
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1031
Las Vegas, NV 89148

Anna Dechirico
Attn: Bankruptcy Desk/Managing Agent
322 Turtle Peak Ave
Las Vegas, NV 89148

Anna Dechirico
Attn: Bankruptcy Desk/Managing Agent
331 Angels Trace Ct
Las Vegas, NV 89148

Anna Salcedo
Attn: Bankruptcy Desk/Managing Agent
62 Laying Up Ct
Las Vegas, NV 89148

Anna Slomka
Attn: Bankruptcy Desk/Managing Agent
323 Sea Rim Ave
Las Vegas, NV 89148

Anne Choe
Attn: Bankruptcy Desk/Managing Agent
4779 Essen Ct
Las Vegas, NV 89147

Anne Choe
Attn: Bankruptcy Desk/Managing Agent
6455 Bright Nimbus Ave
Las Vegas, NV 89139

Anne Gleisner
Attn: Bankruptcy Desk/Managing Agent
229 Fairway Woods Dr
Las Vegas, NV 89148

Anne Gleisner
Attn: Bankruptcy Desk/Managing Agent
440 Pimlico Dr
Walnut Creek, CA 94597

Anne Tran
Attn: Bankruptcy Desk/Managing Agent
3256 Montecito Drive
San Jose CA 95135

Anne Tran
Attn: Bankruptcy Desk/Managing Agent
363 Cart Crossing Way
Las Vegas, NV 89148

Anne Tran
Attn: Bankruptcy Desk/Managing Agent
9658 Autumn Walk Pl
Elk Grove, CA 95757

Anne Ullman
Attn: Bankruptcy Desk/Managing Agent
7511 Brittethorne
Las Vegas NV

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Annie & Marcelino Dacanay
Attn: Bankruptcy Desk/Managing Agent
9756 Ziegler Ave
Las Vegas, NV 89148

Annie & Marcelino Dacanay
Attn: Bankruptcy Desk/Managing Agent
Psc 477 Box 6
FPO, AP 96306

Annie Chung
Attn: Bankruptcy Desk/Managing Agent
12663 Cheshire St
Norwalk, CA 90650

Annie Chung
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1176
Las Vegas, NV 89148

Anong Suphunthuchat
Attn: Bankruptcy Desk/Managing Agent
131 Red Tee Ln
Las Vegas, NV 89148

Answer Plus, Inc.
Attn: Bankruptcy Desk/Managing Agent
1840 E. Sahara Avenue
Suites 201 & 205
Las Vegas NV 89104

ANTARES CAPITAL CORP
Attn: Bankruptcy Desk/Managing Agent
Paul Traynor
201 Merritt 7, PO Box 5201
Norwalk, CT  06851

Anthony & Aaron Righellis
Attn: Bankruptcy Desk/Managing Agent
223 Sea Rim Ave
Las Vegas, NV 89148

Anthony & Aaron Righellis
Attn: Bankruptcy Desk/Managing Agent
2328 Timberline Way
Las Vegas, NV 89117

Anthony & Connie Li
Attn: Bankruptcy Desk/Managing Agent
92 Laying Up Ct
Las Vegas, NV 89148

Anthony & Cynthia Lydon
Attn: Bankruptcy Desk/Managing Agent
4758 Ashington St
Las Vegas, NV 89147

Anthony & Denise Giorgione
Attn: Bankruptcy Desk/Managing Agent
537 Halloran Springs Rd
Las Vegas, NV 89148

Anthony & Donna-Lynn Williams
Attn: Bankruptcy Desk/Managing Agent
620 Newberry Springs Dr
Las Vegas, NV 89148

Anthony & Francisca Iorio
Attn: Bankruptcy Desk/Managing Agent
1048 Via Prato Ln
Henderson, NV 89011

Anthony & Francisca Iorio
Attn: Bankruptcy Desk/Managing Agent
13859 Palomino Ct
Victorville, CA 92394

Anthony & Jacqueline Amadeo
Attn: Bankruptcy Desk/Managing Agent
25525 Jones Rd
Little Rock, AR 72223

Anthony & Jacqueline Amadeo
Attn: Bankruptcy Desk/Managing Agent
467 Newberry Springs Dr
Las Vegas, NV 89148

Anthony & Maricel Cabrera
Attn: Bankruptcy Desk/Managing Agent
125 Macoby Run St
Las Vegas, NV 89148

Anthony & Pamela Perrella
Attn: Bankruptcy Desk/Managing Agent
22 Cascade Lake St
Las Vegas, NV 89148

Anthony & Patricia Bianco
Attn: Bankruptcy Desk/Managing Agent
7 Candide St
Henderson, NV 89002

Anthony & Sylvan Pools
Attn: Bankruptcy Desk/Managing Agent
2890 East Tropicana Avenue
Las Vegas NV 89121

Anthony Disano
Attn: Bankruptcy Desk/Managing Agent
193 Hickory Heights Ave
Las Vegas, NV 89148

Anthony Malek
Attn: Bankruptcy Desk/Managing Agent
3651 Arville Street
Apt. 143
Las Vegas NV  89103

Anthony Malon
Attn: Bankruptcy Desk/Managing Agent
4843 Lames Dr
Las Vegas, NV 89122

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Anthony McMurray
Attn: Bankruptcy Desk/Managing Agent
7421 Apple Springs Ave
Las Vegas, NV 89131

Anthony Muratore
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 304
Las Vegas, NV 89113

Anthony N. Sanders
Attn: Bankruptcy Desk/Managing Agent
2300 East Silverado Ranch Blvd.
#2126
Las Vegas NV  89123

Anthony Perconte
Attn: Bankruptcy Desk/Managing Agent
260 Crooked Tree Dr
Las Vegas, NV 89148

Anthony Perconte
Attn: Bankruptcy Desk/Managing Agent
4265 W Post Rd
Las Vegas, NV 89118

Anthony Selemon
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 305
Las Vegas, NV 89113

Anthony Stulpin
Attn: Bankruptcy Desk/Managing Agent
8836 Citrus Ave
Westminster, CA 92683

Anthony Stulpin
Attn: Bankruptcy Desk/Managing Agent
9738 Kampsville Ave
Las Vegas, NV 89148

Anthony Sturdivant
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 113
Las Vegas, NV 89113

Anthony Sturdivant
Attn: Bankruptcy Desk/Managing Agent
8956 Changing Tides Ct
Las Vegas, NV 89149

Anthony Tillman
Attn: Bankruptcy Desk/Managing Agent
7109 S Durango Dr # 305
Las Vegas, NV 89113

Anthony Tillman
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 312
Las Vegas, NV 89113

Anthony Vanhang
Attn: Bankruptcy Desk/Managing Agent
8679 Lamar St
Spring Valley, CA 91977

Anthony Vanhang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2159
Las Vegas, NV 89148

Antigone Johnson
Attn: Bankruptcy Desk/Managing Agent
167 Duck Hollow Ave
Las Vegas, NV 89148

Antique Oriental Rugs Center
Attn: Bankruptcy Desk/Managing Agent
6680 W. Flamingo Rd. # 10
Las Vegas NV 89103

Anton & Carina Qiu
Attn: Bankruptcy Desk/Managing Agent
352 Cart Crossing Way
Las Vegas, NV 89148

Anton & Carina Qiu
Attn: Bankruptcy Desk/Managing Agent
69 Conejo Dr
Millbrae, CA 94030

Antonia & Jeffrey Chung
Attn: Bankruptcy Desk/Managing Agent
1457 Bonita Ter
Monterey Park, CA 91754

Antonia & Jeffrey Chung
Attn: Bankruptcy Desk/Managing Agent
77 Honors Course Dr
Las Vegas, NV 89148

Antonio & Laura Soto
Attn: Bankruptcy Desk/Managing Agent
545 Foster Springs Rd
Las Vegas, NV 89148

Antonio & Marinesa Bandales
Attn: Bankruptcy Desk/Managing Agent
4659 Munich Ct
Las Vegas, NV 89147

Antonio & Marinesa Bandales
Attn: Bankruptcy Desk/Managing Agent
PO Box 97711
Las Vegas, NV 89193

Antonio & Rosa Castro
Attn: Bankruptcy Desk/Managing Agent
521 Via Del Capitano Ct
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Antonio Deleon
Attn: Bankruptcy Desk/Managing Agent
430 First On Dr
Las Vegas, NV 89148

Antonio Litonjua
Attn: Bankruptcy Desk/Managing Agent
365 Blackstone River Ave
Las Vegas, NV 89148

Antonio Pagliaro
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 304
Las Vegas, NV 89113

Antonio Pagliaro
Attn: Bankruptcy Desk/Managing Agent
9333 Lincoln Blvd
Los Angeles, CA 90045

Antonio Quiogue
Attn: Bankruptcy Desk/Managing Agent
27 A Arquilla St
San Lorenzo Village Makati

Antonio Quiogue
Attn: Bankruptcy Desk/Managing Agent
94 Tall Ruff Dr
Las Vegas, NV 89148

Anussorn & Tipsupa Veradej
Attn: Bankruptcy Desk/Managing Agent
358 Palm Trace Ave
Las Vegas, NV 89148

Anyworld LLC
Attn: Bankruptcy Desk/Managing Agent
1350 E Flamingo Rd Ste 529
Las Vegas, NV 89119

Anyworld LLC
Attn: Bankruptcy Desk/Managing Agent
291 Cliff Valley Dr
Las Vegas, NV 89148

Anzhelika Nikolayeva
Attn: Bankruptcy Desk/Managing Agent
530 Halloran Springs Rd
Las Vegas, NV 89148

Anzhelika Nikolayeva
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 201
Las Vegas, NV 89113

AOK Cleaning Professionals
Attn: Bankruptcy Desk/Managing Agent
6024 Puesta Del Sol St
N. Las Vegas NV 89081

Apache Springs LLC
Attn: Bankruptcy Desk/Managing Agent
4630 S. Arville
Ste B
Las Vegas NV 89103

APEX
Attn: Bankruptcy Desk/Managing Agent
Brett Traylor
3675 W. Teco #5
Las Vegas NV 89118

API Fund for Payroll Education
Attn: Bankruptcy Desk/Managing Agent
c/o American Payroll Association
660 North Main Avenue Ste 100
San Antonio TX 78205-1217

Apichai Varunprabha
Attn: Bankruptcy Desk/Managing Agent
c/o Aranya Tangsuyanich
3726 Port Ritchey Street
Las Vegas NV 89147

Apollo Lighting Service
Attn: Bankruptcy Desk/Managing Agent
3510 Cavaretta Court
Las Vegas NV 89103

Apple Computer, Inc.
Attn: Bankruptcy Desk/Managing Agent
3200 Las Vegas NV Blvd. So
Suite 1760
Las Vegas NV  89109

Apple Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
1265 Rockpebble Avenue
N. Las Vegas NV 89030

APPLE Partnership c/o
Attn: Bankruptcy Desk/Managing Agent
Henderson NV Community Foundation
178 Westminster Way
Henderson NV 89015

Appleone Employment Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29048
Glendale CA 91209-9048

Appleone Nevada Inc.
Attn: Bankruptcy Desk/Managing Agent
327 W. Broadway
Glendale CA 91204

Applied Utility Services
Attn: Bankruptcy Desk/Managing Agent
Jeffery A. Neal - Manager
7651 North Jones Boulevard
Las Vegas NV  89131

Appraisal 2000
Attn: Bankruptcy Desk/Managing Agent
Residential Appraisers
2538 Vera Cruz Circle
Henderson NV 89074

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                     Served 4/17/2009

Appraisal Institute
Attn: Bankruptcy Desk/Managing Agent
Department 97498
Chicago IL 60678-7498

April Deguzman
Attn: Bankruptcy Desk/Managing Agent
10141 Dragons Meadow Ct
Las Vegas, NV 89148

Aquascape Pool & Spa
Attn: Bankruptcy Desk/Managing Agent
910 S. Rampart Blvd
Las Vegas NV 89145

Aquila Storage & Transport, LP
Attn: Bankruptcy Desk/Managing Agent
20 West Ninth Street
Kansas City MO 64105

AR Iron LLC
Attn: Bankruptcy Desk/Managing Agent
1425 Athol Avenue
Henderson, NV 89015

Araneta Family
Attn: Bankruptcy Desk/Managing Agent
175 Rusty Plank Ave
Las Vegas, NV 89148

Arapahoe Cleaning LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite B-106
Henderson NV 89015

Ararat Oustian
Attn: Bankruptcy Desk/Managing Agent
4767 Ashington St
Las Vegas, NV 89147

Arash Yazdanpanah
Attn: Bankruptcy Desk/Managing Agent
300 Tayman Park Ave
Las Vegas, NV 89148

Arbor View High School
Attn: Bankruptcy Desk/Managing Agent
7500 Whispering Sands Drive
Las Vegas NV 89131

ARC-COM Fabrics, Inc.
Attn: Bankruptcy Desk/Managing Agent
Stella
251 Rhodes Island St. #101
San Francisco CA 94103

Archer, Darren
Attn: Bankruptcy Desk/Managing Agent
1509 Dallas Ter
Henderson, NV 89014

Archie & Nelia Gadon
Attn: Bankruptcy Desk/Managing Agent
9253 Tulip Trestle Ave
Las Vegas, NV 89148

ARCHIMEDES FUNDING IV (CAY)LTD
Attn: Bankruptcy Desk/Managing Agent
Mike Hatley
333 South Grand Avenue, Suite #4100
Los Angeles, CA  90071

Architectual Digest
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 37641
Boone IA 50037-2641

Architectural Precast, Inc.
Attn: Bankruptcy Desk/Managing Agent
4630 E. Ann Rd.
Las Vegas NV 89115

Architectural Products
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 387
Bogota NJ 07603

Arclight Systems LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Steve Lawrence
7000 Cardinal Place
Dublin 473017

Ardeshir Toussi
Attn: Bankruptcy Desk/Managing Agent
1033 Via Canale Dr
Henderson, NV 89011

Ardeshir Toussi
Attn: Bankruptcy Desk/Managing Agent
PO Box 1745
Tustin, CA 92781

Ardyce Nelson
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 211
Las Vegas, NV 89113

Argent Healthcare Financial
Attn: Bankruptcy Desk/Managing Agent
Services Inc.
7650 Magna Drive
Belleville IL 62223

ARGUS Software
Attn: Bankruptcy Desk/Managing Agent
PO BOX 671591
Dallas TX 75267-1591

Ariel Machado
Attn: Bankruptcy Desk/Managing Agent
178 Castle Course Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Aristeo Mangubat
Attn: Bankruptcy Desk/Managing Agent
65 Blaven Dr
Henderson, NV 89002

Aristotle Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 35126
Las Vegas, NV 89133-5126

Aristotle Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
Tom Learned
PO Box 35126
Las Vegas NV 89133-5126

Arizona Attorney General
Attn: Bankruptcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona Casual Furniture
Attn: Bankruptcy Desk/Managing Agent
2305 W. Huntington Drive
Tempe AZ 85282

Arizona Corporation Commission
Attn: Bankruptcy Desk/Managing Agent
1300 W. Washington
Phoenix AZ 85007-2996

Arizona Dept of Environmental
Attn: Bankruptcy Desk/Managing Agent
Quality - Water Permits Section
1110 West Washington St., 5415B-3
Phoenix AZ 85007

Arizona Dept. of Revenue
Attn: Bankruptcy Desk/Managing Agent
PO Box 29010
Phoenix AZ 85038-9010

Arizona Dept. of Water
Attn: Bankruptcy Desk/Managing Agent
Resources
500 N. Third St.
Phoenix AZ 85004

Arizona Discount Plumbing
Attn: Bankruptcy Desk/Managing Agent
Frank Murchison
4565 N. Lomita
Kingman AZ 86409

Arizona Land Quest LLC
Attn: Bankruptcy Desk/Managing Agent
1608 Buffalo Trail
Henderson NV  89014

Arizona Legislative Council
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street
Suite 100
Phoenix AZ 85007-2899

Arizona Registrar of Contract.
Attn: Bankruptcy Desk/Managing Agent
800 W. Washington
6th Floor
Phoenix AZ 85007

Arizona Republic Newspaper
Attn: Bankruptcy Desk/Managing Agent
Subscription
P. O. Box 1950
Phoenix AZ 85001

Arizona Sign Company
Attn: Bankruptcy Desk/Managing Agent
2411 Louise Avenue
Kingman AZ 86401

Arizona State Land Department
Attn: Bankruptcy Desk/Managing Agent
1616 W. Adams
Phoenix AZ 85007

Arizona State Treasurer's Office
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arizona State University
Attn: Bankruptcy Desk/Managing Agent
Attn: Wm W. Badger
P. O. Blox 870204
Tempe AZ 85287-1769

Arizona State University-PBSRG
Attn: Bankruptcy Desk/Managing Agent
Del E Webb School of Construction
PO BOX 870204
Tempe AZ 85287-0204

Arizona Tile & Marble
Attn: Bankruptcy Desk/Managing Agent
5830 South Decatur Blvd
Las Vegas NV  89118-3091

Arlene Montano
Attn: Bankruptcy Desk/Managing Agent
1109 Via Canale Dr
Henderson, NV 89011

Arlene Montano
Attn: Bankruptcy Desk/Managing Agent
Huntington Mortgage Company
305 Pasadena Ave.
S. Pasadena CA 91030

Arlene Schlander
Attn: Bankruptcy Desk/Managing Agent
572 Via Colmo Ave
Henderson, NV 89011

Arman Pirim
Attn: Bankruptcy Desk/Managing Agent
5710 Wallis Ln
Woodland Hills, CA 91367

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Arman Pirim
Attn: Bankruptcy Desk/Managing Agent
9727 Waukegan Ave
Las Vegas, NV 89148

Armando & Beverly Alonzo
Attn: Bankruptcy Desk/Managing Agent
8783 Deer Creek Cir
Stockton, CA 95210

Armando & Beverly Alonzo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2052
Las Vegas, NV 89148

Armando Felix
Attn: Bankruptcy Desk/Managing Agent
1480 N Estate Dr
Tucson, AZ 85715

Armando Felix
Attn: Bankruptcy Desk/Managing Agent
622 Over Par Ct
Las Vegas, NV 89148

Armen Sarkisian
Attn: Bankruptcy Desk/Managing Agent
290 Tayman Park Ave
Las Vegas, NV 89148

Armendariz, Christina
Attn: Bankruptcy Desk/Managing Agent
3788 Majestic Dr
Las Vegas, NV 89147

Armond Matevosian
Attn: Bankruptcy Desk/Managing Agent
1025 Melrose Ave # 2
Glendale CA 91202

Arna Robins
Attn: Bankruptcy Desk/Managing Agent
1029 Viale Placenza Pl
Henderson, NV 89011

Arnak & Maria Punlertpathanakon
Attn: Bankruptcy Desk/Managing Agent
9562 Lower Azusa Rd
Temple City, CA 91780

Arnak & Maria Punlertpathanakon
Attn: Bankruptcy Desk/Managing Agent
99 Rusty Springs Ct
Las Vegas, NV 89148

Arno Zwarg
Attn: Bankruptcy Desk/Managing Agent
1049 Via Camelia St
Henderson, NV 89011

Arno Zwarg
Attn: Bankruptcy Desk/Managing Agent
1608 Via Lazo
Palos Verdes Estates, CA 90274

Arnold & Alma Santos
Attn: Bankruptcy Desk/Managing Agent
1217 Dream Brodge Dr
Las Vegas NV 89144

Arnold Pierce
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 213
Las Vegas, NV 89113

Arnold Snyder
Attn: Bankruptcy Desk/Managing Agent
19620 Hamlin St
Reseda, CA 91335

Arnold Snyder
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1138
Las Vegas, NV 89148

Arras Family
Attn: Bankruptcy Desk/Managing Agent
1041 Calle Parque Dr
El Paso, TX 79912

Arras Family
Attn: Bankruptcy Desk/Managing Agent
6738 Pastel Camellia St
Las Vegas, NV 89148

Arrin Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
CDS Capital, LLC
P.O. Box 748
Lynbrook NY 11563

Arrington, Beate
Attn: Bankruptcy Desk/Managing Agent
8745 Don Horton Ave
Las Vegas, NV 89178

Arrowhead
Attn: Bankruptcy Desk/Managing Agent
PO BOX 856158
Louisville KY 40285-6158

Art & Wenona Candalla
Attn: Bankruptcy Desk/Managing Agent
434 Center Green Dr
Las Vegas, NV 89148

Art & Wenona Candalla
Attn: Bankruptcy Desk/Managing Agent
8006 Avalon Island St
Las Vegas, NV 89139

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                                                                    Served 4/17/2009

Art Brokers, Inc.
Attn: Bankruptcy Desk/Managing Agent
3660 Bridgeway
Sausalito CA 94965

Art Classics, LLC
Attn: Bankruptcy Desk/Managing Agent
11 East Wisconsin
Trenton IL 62293

Art Maisto, M.D.
Attn: Bankruptcy Desk/Managing Agent
142 Water Hazard Lane
Las Vegas NV 89148

Art Pfizenmayer
Attn: Bankruptcy Desk/Managing Agent
947 Olive Crest Drive
Encinitas CA 92024

Arte De Mexico
Attn: Bankruptcy Desk/Managing Agent
5356 Riverton Avenue
North Hollywood CA 91601

Arteriors Home
Attn: Bankruptcy Desk/Managing Agent
4430 Simonton Road
Dallas TX 75244

Arthur & Editha Villanueva
Attn: Bankruptcy Desk/Managing Agent
429 Skyharbour Ln
Bay Point, CA 94565

Arthur & Editha Villanueva
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1124
Las Vegas, NV 89148

Arthur & Mary Siskind
Attn: Bankruptcy Desk/Managing Agent
655 Park Ave Apt 4F
New York, NY 10065

Arthur & Mary Siskind
Attn: Bankruptcy Desk/Managing Agent
7500 Bridlehorne Ave
Las Vegas, NV 89131

Arthur Cervantes
Attn: Bankruptcy Desk/Managing Agent
488 First On Dr
Las Vegas, NV 89148

Arthur Cervantes
Attn: Bankruptcy Desk/Managing Agent
5208 Sussex Pl
Newark, CA 94560

Artistic Iron Works, Inc
Attn: Bankruptcy Desk/Managing Agent
Lou Gibaldi
105 W. Charleston Blvd.
Las Vegas NV  89102

Artmax Inc.
Attn: Bankruptcy Desk/Managing Agent
4748 South St. Louis Ave.
Chicago IL 60632

Arturo & Angela Gomez
Attn: Bankruptcy Desk/Managing Agent
9696 Valmeyer Ave
Las Vegas, NV 89148

Arturo & Maria Pantoja
Attn: Bankruptcy Desk/Managing Agent
237 Lenape Heights Ave
Las Vegas, NV 89148

Arturo & Maria Pantoja
Attn: Bankruptcy Desk/Managing Agent
9449 Lawger Ave
Skokie, IL 60077

Arturo & Rosemarie Cordero
Attn: Bankruptcy Desk/Managing Agent
138 Wicked Wedge Way
Las Vegas, NV 89148

Arturo Luna
Attn: Bankruptcy Desk/Managing Agent
637 Belsay Castle Ct
Las Vegas, NV 89178

Arturo Luna
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 206
Las Vegas, NV 89113

Arun & Ruchi Sachdev
Attn: Bankruptcy Desk/Managing Agent
601 NW 154th Ct
Edmond, OK 73013

Arun & Ruchi Sachdev
Attn: Bankruptcy Desk/Managing Agent
77 Broken Putter Way
Las Vegas, NV 89148

Arun Mirchia
Attn: Bankruptcy Desk/Managing Agent
1605 NE 4th St
Moore, OK 73160

Arun Mirchia
Attn: Bankruptcy Desk/Managing Agent
179 Wicked Wedge Way
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Arutyun Gevorkyan
Attn: Bankruptcy Desk/Managing Agent
140 Macoby Run St
Las Vegas, NV 89148

Arya Farinpour
Attn: Bankruptcy Desk/Managing Agent
22346 Mayall Street
Chatsworth CA 91311

Asael Aguilera
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 214
Las Vegas, NV 89113

Asalia McInerney
Attn: Bankruptcy Desk/Managing Agent
6726 Pastel Camellia St
Las Vegas, NV 89148

ASAP Apparel
Attn: Bankruptcy Desk/Managing Agent
6151 McLeod Drive
Suite A
Las Vegas NV 89120

Asari Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 212
Las Vegas, NV 89113

Asari Family
Attn: Bankruptcy Desk/Managing Agent
84 Coelho Way
Honolulu, HI 96817

Ashanti Partners, Inc.
Attn: Bankruptcy Desk/Managing Agent
7766 Brambly Creek Ct
Las Vegas NV 89129-5511

Ashby Family
Attn: Bankruptcy Desk/Managing Agent
790 Craigmark Ct
Henderson, NV 89002

Ashworth, Inc
Attn: Bankruptcy Desk/Managing Agent
File # 53950
Los Angeles CA 900843950

Asian Journal
Attn: Bankruptcy Desk/Managing Agent
1150 Wilshire Blvd
Los Angeles CA 90017

Asian Week
Attn: Bankruptcy Desk/Managing Agent
809 Sacramento Street
San Francisco CA 94108

Aslam Ursani
Attn: Bankruptcy Desk/Managing Agent
9795 Waukegan Ave
Las Vegas, NV 89148

Aspen Concrete
Attn: Bankruptcy Desk/Managing Agent
4177 E Huntington Dr
Flagstaff, AZ 86004

Aspen Publishers
Attn: Bankruptcy Desk/Managing Agent
A Wolters Kluwer Company
P.O. Box 911
Frederick MD 21705-0911

Assa Abloy Hospitality, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 890947
Dallas TX 75389-0947

ASSAIGAI
Attn: Bankruptcy Desk/Managing Agent
Analytical Laboratories, Inc.
4301 Masthead NE
AlbuquerqueNM  87109

ASSE
Attn: Bankruptcy Desk/Managing Agent
33477 Treasury Center
Chicago IL 60694-3400

Assessor's Cartography
Attn: Bankruptcy Desk/Managing Agent
of Mohave County
315 Oak Street, P. O. Box 7000
Kingman AZ 86402

Associated Building Consultant
Attn: Bankruptcy Desk/Managing Agent
2500 Marina Bay Drive
Suite G
League City TX 77573

Astarita Family
Attn: Bankruptcy Desk/Managing Agent
6673 Bristow Falls Ct
Las Vegas, NV 89148

Astarita Family
Attn: Bankruptcy Desk/Managing Agent
7 Nerval
Newport Coast, CA 92657

Aster Gebrekirstos
Attn: Bankruptcy Desk/Managing Agent
626 Newberry Springs Dr
Las Vegas, NV 89148

Asuncion Crowe
Attn: Bankruptcy Desk/Managing Agent
7111 S. Durango Drive
Las Vegas NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                                                    Served 4/17/2009

Asuncion Family
Attn: Bankruptcy Desk/Managing Agent
282 Angels Trace Ct
Las Vegas, NV 89148

At Systems Security, Inc.
Attn: Bankruptcy Desk/Managing Agent
2400 W. Dunlap Avenue
Suite 225
Phoenix AZ 85021-2886

AT&T
Attn: Bankruptcy Desk/Managing Agent
Acct 702-227-0042 P
P. O Box 78628
Phoenix AZ 85062-8628

AT&T Mobility
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60017
Los Angeles CA 90060-0017

AT&T Mobility
Attn: Bankruptcy Desk/Managing Agent
PO BOX 6463
Carol Stream IL 90197-6463

AT&T Wireless
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 8229
Aurora IL 60572-8229

AT&T Wireless Services
Attn: Bankruptcy Desk/Managing Agent
800-544-3859
PO Box 79075
Phoenix AZ 85062-9075

Ather Ahmed
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 310
Las Vegas, NV 89113

Ather Ahmed
Attn: Bankruptcy Desk/Managing Agent
9065 McLeod Dr
Henderson, NV 89074

ATI Windows
Attn: Bankruptcy Desk/Managing Agent
4181 W. Oquendo 89118
401 A Street
Upland CA 91876

ATM Div. of Superior Tennis Courts
Attn: Bankruptcy Desk/Managing Agent
1022 Nevada Highway #111
Boulder City NV 89005

ATR Fitness a division of
Attn: Bankruptcy Desk/Managing Agent
AMCO Distributing Services, Inc.
23610 S. Banning Blvd.
Carson CA 90745

ATRIUM DOOR & WINDOW
Attn: Bankruptcy Desk/Managing Agent
3890 W. Northwest Hwy #500
Dallas, TX 75234

ATRIUM DOOR & WINDOW
Attn: Bankruptcy Desk/Managing Agent
TRAVIS/RAY
3890 W. Northwest Hwy #500
Dallas, TX 75234

ATTENTUS CDO I, LTD
Attn: Bankruptcy Desk/Managing Agent
Sarah Evangelista
2107 Wilson Blvd
Arlington VA 22201

Attila & Roanna Maczala
Attn: Bankruptcy Desk/Managing Agent
7501 Arborcrest Ave
Las Vegas, NV 89131

Aubry Family
Attn: Bankruptcy Desk/Managing Agent
456 Punto Vallata Dr
Henderson, NV 89011

Augusto & Josephine Sarmiento
Attn: Bankruptcy Desk/Managing Agent
4731 Poppywood Dr
Las Vegas, NV 89147

Augusto & Josephine Sarmiento
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 109
Las Vegas, NV 89113

Aurealyn & Michael Mirabel
Attn: Bankruptcy Desk/Managing Agent
386 Center Green Dr
Las Vegas, NV 89148

Aurealyn & Michael Mirabel
Attn: Bankruptcy Desk/Managing Agent
4287 Clarinbridge Cir
Dublin, CA 94568

Aurelio R Gascon
Attn: Bankruptcy Desk/Managing Agent
1800 Edmond Street
Las Vegas NV 89146

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
152 Dog Leg Dr
Las Vegas, NV 89148

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
2617 College Park
Scottsbluff, NE 69361

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
31 Sandy Bunker Ln
Las Vegas, NV 89148

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
327 Inverness Dr S
Englewood, CO 80112

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
339 Falcons Fire Ave
Las Vegas, NV 89148

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
367 Dog Leg Dr
Las Vegas, NV 89148

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
4643 Califa Dr
Las Vegas, NV 89122

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
472 Via Stretto Ave
Henderson, NV 89011

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
601 5th Ave
Scottsbluff, NE 69361

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 113
Las Vegas, NV 89113

Austin & Elise Burnett
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 207
Las Vegas, NV 89113

Auto Fleet Services
Attn: Bankruptcy Desk/Managing Agent
8717 Marble Drive
Las Vegas NV 89134

Automated Access, Inc.
Attn: Bankruptcy Desk/Managing Agent
Mark Akins
81 E. Pyle Ave.
Las Vegas NV 89123

Automated Mailing Service
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View Blvd.  #C-105
Las Vegas NV 89102

Autumn Cottage Equities LLC
Attn: Bankruptcy Desk/Managing Agent
3838 Raymert Dr # 309
Las Vegas, NV 89121

Autumn Cottage Equities LLC
Attn: Bankruptcy Desk/Managing Agent
4781 Frankfurt Ct
Las Vegas, NV 89147

AV Vegas
Attn: Bankruptcy Desk/Managing Agent
5000 W. Oakey
Suite E8
Las Vegas NV 89146

Avarice LLC
Attn: Bankruptcy Desk/Managing Agent
2567 W Cheyenne Ave
N Las Vegas, NV 89032

Avarice LLC
Attn: Bankruptcy Desk/Managing Agent
7401 Hornblower Ave
Las Vegas, NV 89131

Avelar, Cecilia
Attn: Bankruptcy Desk/Managing Agent
908 Pyramid Dr
Las Vegas, NV 89108

Avelino & Nenita Yumang
Attn: Bankruptcy Desk/Managing Agent
13103 Clearwood Ave
La Mirada, CA 90638

Avelino & Nenita Yumang
Attn: Bankruptcy Desk/Managing Agent
937 Via Stellato St
Henderson, NV 89011

Avelo Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
362 Grandover Ct
Las Vegas, NV 89148

Avelo Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

AVENUE CLO FUND LTD
Attn: Bankruptcy Desk/Managing Agent
Jessica Raymond
535 Madison Avenue, 15th Floor
New York, NY 10022

Aviall
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 671220
Dallas TX 75267-1220

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Aviation Laboratories
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 260118
Dallas TX 75326-0118

Avis Ellis
Attn: Bankruptcy Desk/Managing Agent
1121 Sidehill Way
Las Vegas NV 89110

Avram & Elizabeth Indig
Attn: Bankruptcy Desk/Managing Agent
43 Pangloss St
Henderson, NV 89002

Awesome Tutors
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 70911
Las Vegas NV  89170

Azatuhi Setoyan
Attn: Bankruptcy Desk/Managing Agent
221 Lenape Heights Ave
Las Vegas, NV 89148

Azim Patel
Attn: Bankruptcy Desk/Managing Agent
2640 E Barnett Rd # E-335
Medford, OR 97504

Azim Patel
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1021
Las Vegas, NV 89148

Aztec Plumbing Corp.
Attn: Bankruptcy Desk/Managing Agent
Alan Conrady
2600 Losee Rd
N. Las Vegas NV 89030

Aztech Plastering Co.
Attn: Bankruptcy Desk/Managing Agent
HCR 89033 Box 2754
Las Vegas NV 89124

B & B Engineering
Attn: Bankruptcy Desk/Managing Agent
Bruce Bosshard
1711 Stockton Hill Rd # 312
Kingman AZ 86401

B & C Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
850 S. Boulder Highway # 190
Henderson NV 89015

B & F Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
2735 Simmons St. #100
N Las Vegas NV 89032

B & L Plumbing of NV, Inc.
Attn: Bankruptcy Desk/Managing Agent
Joseph Smith
P.O. Box 34568
Las Vegas NV 89133-4568

B & M Office Products, Inc.
Attn: Bankruptcy Desk/Managing Agent
3175 W. Ali Baba Lane
Suite 809
Las Vegas NV 89118

B & P, LLC
Attn: Bankruptcy Desk/Managing Agent
3395 S. Jones #228
Las Vegas NV 89146

B Christie Jones
Attn: Bankruptcy Desk/Managing Agent
2332 Tilden Way
Henderson, NV 89074

B Christie Jones
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 202
Las Vegas, NV 89113

B.D. Trim
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly Ave. Suite B
Las Vegas NV 89122-7655

Badger Construction LLC
Attn: Bankruptcy Desk/Managing Agent
Dr. William W. Badger
11005 E. Chestnut Drive
Sun Lakes AZ 85248

Badger Construction, Inc
Attn: Bankruptcy Desk/Managing Agent
Mark Griffith
4810 E. Cartier Avenue
Las Vegas NV 89115

Baier Family
Attn: Bankruptcy Desk/Managing Agent
59 Pangloss St
Henderson, NV 89002

Bailey Family
Attn: Bankruptcy Desk/Managing Agent
242 Thistle Ln
Eureka, CA 95503

Bailey Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1156
Las Vegas, NV 89148

Baird, Williams & Greer LLP
Attn: Bankruptcy Desk/Managing Agent
6225 N. 24th Street, Suite 125
Phoenix AZ 85016

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Bair's Carpet Valley - C
Attn: Bankruptcy Desk/Managing Agent
BAIRIE/LOLA
7465 West Sunset Road
Suite 1200
Las Vegas NV 89113

Balance Insurance Agency
Attn: Bankruptcy Desk/Managing Agent
17780 Fitch Suite 150
Irvine CA 92614

Balbir & Satvinder Dhillon
Attn: Bankruptcy Desk/Managing Agent
44750 Montclair Ct
Fremont, CA 94539

Balbir & Satvinder Dhillon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1053
Las Vegas, NV 89148

Baldwin Development LLC
Attn: Bankruptcy Desk/Managing Agent
6935 Aliante Parkway
Suite 104-283
North Las Vegas NV 89084

Baldwin Family
Attn: Bankruptcy Desk/Managing Agent
3600 Las Vegas Blvd S
Las Vegas, NV 89109

Baldwin Family
Attn: Bankruptcy Desk/Managing Agent
5228 Spanish Heights Dr
Las Vegas, NV 89148

Ballard Construction
Attn: Bankruptcy Desk/Managing Agent
4181 Dustin Ave
Las Vegas NV 89120

Ballons with a Twist
Attn: Bankruptcy Desk/Managing Agent
9811 W. Charleston Blvd.,
Suite 2443
Las Vegas NV 89117

Bancroft, Susa & Galloway
Attn: Bankruptcy Desk/Managing Agent
4713 E. Camp Lowell Drive
Tucson AZ 85712

Bank America National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
10790 Rancho Bernardo Rd
San Diego, CA 92127

Bank America National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
241 Crooked Putter Dr
Las Vegas, NV 89148

Bank America National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank America National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9770 Kampsville Ave
Las Vegas, NV 89148

Bank Citibank N A Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank Citibank N A Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1172
Las Vegas, NV 89148

Bank Countrywide F S B
Attn: Bankruptcy Desk/Managing Agent
1047 Via Di Olivia St
Henderson, NV 89011

Bank Countrywide F S B
Attn: Bankruptcy Desk/Managing Agent
168 Macoby Run St
Las Vegas, NV 89148

Bank Countrywide F S B
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Countrywide F S B Trs
Attn: Bankruptcy Desk/Managing Agent
217 Wicked Wedge Way
Las Vegas, NV 89148

Bank Countrywide F S B Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Deutsche National Tr Co
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Deutsche National Tr Co
Attn: Bankruptcy Desk/Managing Agent
86 Laying Up Ct
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
1013 Via Sacra St
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail    Served 4/17/2009

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
1070 Via Capassi Way
Henderson, NV 89011

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
139 Wicked Wedge Way
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
150 Allegheny Center Mall # 24-050
Pittsburgh, PA 15212

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
1575 Palm Beach Lakes
West Palm Beach, FL 33401

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andrew Pl
Santa Ana, CA 92705

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andrew Pl # B150
Santa Ana, CA 92705

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
162 Short Ruff Way
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
168 Short Ruff Way
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
169 Rusty Plank Ave
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
191 Flying Hills Ave
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
298 Ladies Tee Ct
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
323 Dog Leg Dr
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
41 Voltaire Ave
Henderson, NV 89002

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
421 Hidden Hole Dr
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
4708 Mercantile Dr
Fort Worth, TX 76137

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
4780 Frankfurt Ct
Las Vegas, NV 89147

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr # 600
Houston, TX 77081

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
6639 Babys Tear Pl
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
701 Corporate Center Dr
Raleigh, NC 27607

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 308
Las Vegas, NV 89113

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 310
Las Vegas, NV 89113

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 305
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 311
Las Vegas, NV 89113

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 214
Las Vegas, NV 89113

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2087
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2132
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
9669 Marcelline Ave
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
9693 Marcelline Ave
Las Vegas, NV 89148

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
PO Box 11000
Santa Ana, CA 92711

Bank Deutsche Natl Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Deutsche Natl Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
6627 Babys Tear Pl
Las Vegas, NV 89148

Bank Flagstar F S B
Attn: Bankruptcy Desk/Managing Agent
5151 Corporate Dr
Troy, MI 48098

Bank Flagstar F S B
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2121
Las Vegas, NV 89148

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
2929 Walden Ave
Depew, NY 14043

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr # 600
Houston, TX 77081

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 104
Las Vegas, NV 89113

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 213
Las Vegas, NV 89113

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 307
Las Vegas, NV 89113

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 311
Las Vegas, NV 89113

Bank H S B C USA N A Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
1059 Via Saint Lucia Pl
Henderson, NV 89011

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
4606 El Camino Cabos Dr
Las Vegas, NV 89147

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
8769 Las Olivas Ave
Las Vegas, NV 89147

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
949 Via Stellato St
Henderson, NV 89011

Bank H S B C USA Trs
Attn: Bankruptcy Desk/Managing Agent
340 Falcons Fire Ave
Las Vegas, NV 89148

Bank H S B C USA Trs
Attn: Bankruptcy Desk/Managing Agent
8100 Nations Way
Jacksonville, FL 32256

Bank Indymac F S B
Attn: Bankruptcy Desk/Managing Agent
229 Via Franciosa Dr
Henderson, NV 89011

Bank Indymac F S B
Attn: Bankruptcy Desk/Managing Agent
6854 Rose Mallow St
Las Vegas, NV 89148

Bank Indymac F S B
Attn: Bankruptcy Desk/Managing Agent
6900 Beatrice Dr
Kalamazoo, MI 49009

Bank Indymac Federal F S B
Attn: Bankruptcy Desk/Managing Agent
4552 Califa Dr
Las Vegas, NV 89122

Bank Indymac Federal F S B
Attn: Bankruptcy Desk/Managing Agent
6900 Beatrice Dr
Kalamazoo, MI 49009

Bank J P Morgan Chase N A
Attn: Bankruptcy Desk/Managing Agent
534 Via Ripagrande Ave
Henderson, NV 89011

Bank J P Morgan Chase N A
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Bank J P Morgan Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
125 Quail Valley St
Las Vegas, NV 89148

Bank J P Morgan Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Bank La Salle N A Trs
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Bank La Salle N A Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2131
Las Vegas, NV 89148

Bank Lasalle N A Trs
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 312
Las Vegas, NV 89113

Bank Lasalle National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
150 Allegheny Center Mall
Pittsburgh, PA 15212

Bank Lasalle National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
150 Allegheny Ctr Idc 24-050
Pittsburgh, PA 15202

Bank Lasalle National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
303 Harpers Ferry Ave
Las Vegas, NV 89148

Bank Lasalle National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
78 Sunset Bay St
Las Vegas, NV 89148

Bank Lasalle National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1130
Las Vegas, NV 89147

Bank Morgan J P Chase N A Trs
Attn: Bankruptcy Desk/Managing Agent
2780 Lake Vista Dr
Lewisville, TX 75067

Bank Morgan J P Chase N A Trs
Attn: Bankruptcy Desk/Managing Agent
6817 Rose Mallow St
Las Vegas, NV 89148

Bank Morgan J P Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 214
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Bank Morgan J P Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Bank Morgan J P Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
7540 Cedar Rae Ave
Las Vegas, NV 89131

Bank Morgan J P Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1088
Las Vegas, NV 89148

Bank Morgan J P Chase Trs
Attn: Bankruptcy Desk/Managing Agent
345 Cart Crossing Way
Las Vegas, NV 89148

Bank Morgan J P Chase Trs
Attn: Bankruptcy Desk/Managing Agent
475 Crosspoint Pkwy
Getzville, NY 14068

Bank New York Mellon Trs
Attn: Bankruptcy Desk/Managing Agent
286 Broken Par Dr
Las Vegas, NV 89148

Bank New York Mellon Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
111 Tall Ruff Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
1128 Via Canale Dr
Henderson, NV 89011

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
115 Red Tee Ln
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
156 Macoby Run St
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
228 Dog Leg Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
355 Dog Leg Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
372 Cart Crossing Way
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
375 Center Green Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
376 Broken Par Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Wy Sv-35
Simi Valley, CA 93065

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
411 Center Green Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
412 First On Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
442 First On Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
49 Laying Up Ct
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
494 Center Green Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
539 Via Ripagrande Ave
Henderson, NV 89011

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
543 Center Green Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
548 Newberry Springs Dr
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 313
Las Vegas, NV 89113

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 307
Las Vegas, NV 89113

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
76 Dixie Springs Ct
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
7713 Falconwing Ave
Las Vegas, NV 89131

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
85 Sully Creek Ct
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1171
Las Vegas, NV 89148

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
9685 Waukegan Ave
Las Vegas, NV 89148

Bank New York Trust Co N A Trs
Attn: Bankruptcy Desk/Managing Agent
1021 Via Gallia St
Henderson, NV 89011

Bank New York Trust Co N A Trs
Attn: Bankruptcy Desk/Managing Agent
3415 Vision Dr
Columbus, OH 43219

Bank Of Oklahoma
Attn: Bankruptcy Desk/Managing Agent
Payment Processing Center
P.O. Box 268800
Oklahoma City OK 73126-8800

Bank U S N A Trs
Attn: Bankruptcy Desk/Managing Agent
1575 Palm Beach Lakes
West Palm Beach, FL 33401

Bank U S N A Trs
Attn: Bankruptcy Desk/Managing Agent
259 Rustic Club Way
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
1417 N Magnolia Ave
Ocala, FL 34475

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
14523 SW Millikan Way Ste 200
Beaverton, OR 97005

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
147 Broken Putter Way
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
153 Tall Ruff Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
1575 Palm Beach Lakes
West Palm Beach, FL 33401

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
159 Dog Leg Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
233 Via Di Citta Dr
Henderson, NV 89011

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
286 Via Franciosa Dr
Henderson, NV 89011

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
292 Via Di Citta Dr
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
3 Ada
Irvine, CA 92618

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
3415 Vision Dr
Columbus, OH 43219

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
359 Center Green Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
373 Dog Leg Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
376 Blackstone River Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
400 Coutnrywide Wy Sv-35
Simi Valley, CA 93065

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
465 Center Green Dr
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
466 Foster Springs Rd
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
4828 Loop Central Dr
Houston, TX 77081

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
560 Halloran Springs Rd
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
561 Via Di Parione Ct
Henderson, NV 89011

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
701 Corporate Center Dr
Raleigh, NC 27607

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 207
Las Vegas, NV 89113

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 109
Las Vegas, NV 89113

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
780 Wigan Pier Dr
Henderson, NV 89002

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
781 Wigan Pier Dr
Henderson, NV 89002

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
81 Sunset Bay St
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9665 Kampsville Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9694 Dieterich Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9733 Waukegan Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9754 Kampsville Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
9772 Waukegan Ave
Las Vegas, NV 89148

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
999 NW Grand Blvd Ste 100
Oklahoma City, OK 73118

Bank U S National Association Tr
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 309
Las Vegas, NV 89113

Bank U S National Association Tr
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank U S Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank U S Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
536 Via Colmo Ave
Henderson, NV 89011

Bank Wachovia N A
Attn: Bankruptcy Desk/Managing Agent
172 Macoby Run St
Las Vegas, NV 89148

Bank Wachovia N A
Attn: Bankruptcy Desk/Managing Agent
701 Corporate Center Dr
Raleigh, NC 27607

Bank Wells Fargo N A
Attn: Bankruptcy Desk/Managing Agent
3476 Stateview Blvd
Fort Mill, SC 29715

Bank Wells Fargo N A
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Wells Fargo N A
Attn: Bankruptcy Desk/Managing Agent
476 First On Dr
Las Vegas, NV 89148

Bank Wells Fargo N A
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1123
Las Vegas, NV 89147

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
1100 Virginia Dr
Fort Washington, PA 19034

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
160 Flying Hills Ave
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andrew Pl
Santa Ana, CA 92705

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andraw Pl # B150
Santa Ana, CA 92705

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
2300 Brookstone Centre Pkwy
Columbus, GA 31904

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
316 Broken Par Dr
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
3815 S West Temple
Salt Lake City, UT 84115

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
4868 Califa Dr
Las Vegas, NV 89122

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
67 Laying Up Ct
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
701 Corporate Center Dr
Raleigh, NC 27607

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 305
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
775 Tossa De Mar Ave
Henderson, NV 89002

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9255 Dames Rocket Pl
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9654 Dieterich Ave
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9663 Valmeyer Ave
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9708 Kampsville Ave
Las Vegas, NV 89148

Bank Wells Fargo N A Trs
Attn: Bankruptcy Desk/Managing Agent
9781 Marcelline Ave
Las Vegas, NV 89148

Bank Wells Fargo Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
2780 Lake Vista Dr
Lewisville, TX 75067

Bank Wells Fargo Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
502 Foster Springs Rd
Las Vegas, NV 89148

Bank Wells Fargo Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
800 State Highway 121 Byp
Lewisville, TX 75067

Bank Wells Fargo Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
941 Via Stellato St
Henderson, NV 89011

Bank West of Nevada
Attn: Bankruptcy Desk/Managing Agent
3500 West Sahara
Las Vegas, NV 89102

Banks, Tiffany
Attn: Bankruptcy Desk/Managing Agent
7603 Kenwood Hills
Las Vegas, NV 89131

Banner Outlet
Attn: Bankruptcy Desk/Managing Agent
6185 S. Valley View, Ste. B
Las Vegas NV 89118

Bao Dao
Attn: Bankruptcy Desk/Managing Agent
1019 Via Latina St
Henderson, NV 89011

Barajas, Juan
Attn: Bankruptcy Desk/Managing Agent
1750 N Buffalo Drive #104-194
Las Vegas, NV 89128

Barbara & Michael Victor
Attn: Bankruptcy Desk/Managing Agent
340 Cart Crossing Way
Las Vegas, NV 89148

Barbara & Michael Victor
Attn: Bankruptcy Desk/Managing Agent
506 21st St
Huntington Beach, CA 92648

Barbara Allen Photography
Attn: Bankruptcy Desk/Managing Agent
18 Starbrook Drive
Henderson NV 89052

Barbara Bird
Attn: Bankruptcy Desk/Managing Agent
10500 Shore Front Pkwy Apt 8H
Rockaway Park, NY 11694

Barbara Bird
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1038
Las Vegas, NV 89148

Barbara Bloyer
Attn: Bankruptcy Desk/Managing Agent
1905 Stonehaven Cir
Las Vegas, NV 89108

Barbara Bloyer
Attn: Bankruptcy Desk/Managing Agent
9761 Valmeyer Ave
Las Vegas, NV 89148

Barbara Funtila
Attn: Bankruptcy Desk/Managing Agent
161 Water Hazard Ln
Las Vegas, NV 89148

Barbara Funtila
Attn: Bankruptcy Desk/Managing Agent
4236 Frost Way
Modesto, CA 95356

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Barbara Hartman
Attn: Bankruptcy Desk/Managing Agent
2657 Windmill Pkwy # 225
Henderson, NV 89074

Barbara Hartman
Attn: Bankruptcy Desk/Managing Agent
752 Wigan Pier Dr
Henderson, NV 89002

Barbara Hernberg
Attn: Bankruptcy Desk/Managing Agent
266 Caddy Bag Ct
Las Vegas, NV 89148

Barbara Kilbane
Attn: Bankruptcy Desk/Managing Agent
507 Potters Ct
Holland, PA 18966

Barbara Kilbane
Attn: Bankruptcy Desk/Managing Agent
9745 Valmeyer Ave
Las Vegas, NV 89148

Barbara Mylar
Attn: Bankruptcy Desk/Managing Agent
186 Short Ruff Way
Las Vegas, NV 89148

Barbara O`Connor
Attn: Bankruptcy Desk/Managing Agent
7605 Falconwing Ave
Las Vegas, NV 89131

Barbara Reynolds
Attn: Bankruptcy Desk/Managing Agent
3868 Hillington Ln
Lake Havasu City, AZ 86404

Barbara Reynolds
Attn: Bankruptcy Desk/Managing Agent
4684 Stuttgart St
Las Vegas, NV 89147

Barbara Stogner
Attn: Bankruptcy Desk/Managing Agent
14 Portofino Cir
Redwood City, CA 94065

Barbara Stogner
Attn: Bankruptcy Desk/Managing Agent
779 Wigan Pier Dr
Henderson, NV 89002

Barbeques Galore
Attn: Bankruptcy Desk/Managing Agent
2580 S. Decatur Blvd.
Las Vegas NV 89102

Barber, Becky
Attn: Bankruptcy Desk/Managing Agent
2021 Ballard Drive
Las Vegas, NV 89104

Barecat Equipment, Inc.
Attn: Bankruptcy Desk/Managing Agent
3672 Pirate Circle
Hunington Beach CA 92649

Bargull, Gregory
Attn: Bankruptcy Desk/Managing Agent
PO Box 777655
Henderson, NV 89077

Baron Pest Control
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 22229
Bullhead City AZ 86439

Barragan Block
Attn: Bankruptcy Desk/Managing Agent
2272 Pondarosa Ln.
Bullhead City AZ 86442

Barrera Family
Attn: Bankruptcy Desk/Managing Agent
11 Henna
Irvine, CA 92618

Barrera Family
Attn: Bankruptcy Desk/Managing Agent
11025 Mount Royal Ave
Las Vegas, NV 89144

Barrera Family
Attn: Bankruptcy Desk/Managing Agent
528 Via Cenami Ct
Henderson, NV 89011

Barrera Family
Attn: Bankruptcy Desk/Managing Agent
60 Dixie Springs Ct
Las Vegas, NV 89148

Barri Levy
Attn: Bankruptcy Desk/Managing Agent
249 Falcons Fire Ave
Las Vegas, NV 89148

Barri Levy
Attn: Bankruptcy Desk/Managing Agent
341 Turtle Peak Ave
Las Vegas, NV 89148

Barron & Barbara Ramos
Attn: Bankruptcy Desk/Managing Agent
32 Sandy Bunker Ln
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Barrowclough, Bernard
Attn: Bankruptcy Desk/Managing Agent
401 W Fifth St
Electra, TX 76360

Barry & Georgina Grimes
Attn: Bankruptcy Desk/Managing Agent
201 Via Mezza Luna Ct
Henderson, NV 89011

Barry Drucker
Attn: Bankruptcy Desk/Managing Agent
165 Wicked Wedge Way
Las Vegas, NV 89148

Barry Green
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 107
Las Vegas, NV 89113

Barry Green
Attn: Bankruptcy Desk/Managing Agent
PO Box 400312
Las Vegas, NV 89140

Barry Kagasoff
Attn: Bankruptcy Desk/Managing Agent
523 W. Sixth St. Suite 828
Los Angeles CA 90014

Barry Michaels
Attn: Bankruptcy Desk/Managing Agent
43 Diamond Run St
Las Vegas, NV 89148

Barry Ogawa
Attn: Bankruptcy Desk/Managing Agent
28004A S Western Ave # 209
San Pedro, CA 90732

Barry Ogawa
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 211
Las Vegas, NV 89113

Barry Potomski
Attn: Bankruptcy Desk/Managing Agent
9557 Los Cotos Ct
Las Vegas, NV 89147

Barstow Superior Court
Attn: Bankruptcy Desk/Managing Agent
235 East Mountain View
Barstow CA 92311

Bart & Collin Webster
Attn: Bankruptcy Desk/Managing Agent
445 S Millhollow Rd
Rexburg, ID 83440

Bart & Collin Webster
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2135
Las Vegas, NV 89148

Bart Direction Advertising/BDA
Attn: Bankruptcy Desk/Managing Agent
850 Battery Street
c/o Bart Price
10001 Peace Way, #2339
Las Vegas NV 89147

Baskow & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
2948 E. Russell Road
Las Vegas NV 89120

Bassett Furniture Direct
Attn: Bankruptcy Desk/Managing Agent
7077 West Sahara
Las Vegas NV 89117

Bates Int'l Motor Homes
Attn: Bankruptcy Desk/Managing Agent
3690 S. Eastern Ave., Suite 220
Las Vegas NV 89119

Baudhuin Family
Attn: Bankruptcy Desk/Managing Agent
1616 Arden Ave
Rockford, IL 61107

Baudhuin Family
Attn: Bankruptcy Desk/Managing Agent
86 Sully Creek Ct
Las Vegas, NV 89148

Baudoin Family
Attn: Bankruptcy Desk/Managing Agent
9595 Castillana Ct
Las Vegas, NV 89147

Baudville
Attn: Bankruptcy Desk/Managing Agent
5380 52nd St. S.E.
Grand Rapids MI 49512-9765

Baughman & Turner, Inc.
Attn: Bankruptcy Desk/Managing Agent
1210 Hinson Street
Las Vegas NV 89102-1604

BAWN
Attn: Bankruptcy Desk/Managing Agent
575 South Saliman Road
Carson City, NV 89701-5000

BAWN
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1947
575 South Saliman Road
Carson City NV 89701-5000

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Baxter Family
Attn: Bankruptcy Desk/Managing Agent
10 Indian Run Way
Las Vegas, NV 89148

Bayus, Amy
Attn: Bankruptcy Desk/Managing Agent
812 Bergamont Dr
Henderson, NV 89002

BC Wire Rope
Attn: Bankruptcy Desk/Managing Agent
2720 E. Regal Park Dr.
Anaheim CA 92806

BCL Capital
Attn: Bankruptcy Desk/Managing Agent
115 W. College Drive
Attn: Law Department
Marshall MN 56258

BE Business Executive
Attn: Bankruptcy Desk/Managing Agent
Lifestyle Magazine
1001 East Sunset Road PO 96716
Las Vegas NV 89193-6716

Beatriz Cani
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 210
Las Vegas, NV 89113

Beazer Homes
Attn: Bankruptcy Desk/Managing Agent
9121 W. Russell Rd.
Suite 200
Las Vegas NV 89148

Bechtel Professional Ser
Attn: Bankruptcy Desk/Managing Agent
Wm H. Bechtel
19744 Beach Blvd. #316
Huntington Beach CA 92648

Beckwith Printing Corp
Attn: Bankruptcy Desk/Managing Agent
4580 W. Hacienda
Las Vegas NV 89118

Becky Ulrey
Attn: Bankruptcy Desk/Managing Agent
Certified Legal Videography
3555 Meridale Drive, Suite 2144
Las Vegas NV 89147

Bee King Bee Removal
Attn: Bankruptcy Desk/Managing Agent
4421 Shoen Ave.
Las Vegas NV 89110

Bee Master of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
PO Box 620635
Las Vegas NV 89162

Bee Reporting Agency, Inc.
Attn: Bankruptcy Desk/Managing Agent
1486 Kew Avenue
Hewlett NY 11557

Beecher Carlson
Attn: Bankruptcy Desk/Managing Agent
Paul D. King (Direct Line)
19800 MacArthur Blvd.
Suite 300
Irvine CA 92612

Beeper City
Attn: Bankruptcy Desk/Managing Agent
3507 S. Maryland Parkway
Las Vegas NV 89109

Beesabathuni & Uma Murthy
Attn: Bankruptcy Desk/Managing Agent
392 Arbour Garden Ave
Las Vegas, NV 89148

Behavioral Healthcare Options
Attn: Bankruptcy Desk/Managing Agent
PO Box 15645
Las Vegas NV 89114-5645

Belinda Dan
Attn: Bankruptcy Desk/Managing Agent
300 Falcons Fire Ave
Las Vegas, NV 89148

Belinda Willaims
Attn: Bankruptcy Desk/Managing Agent
1045 Via Canale Dr
Henderson, NV 89011

Belinda Willaims
Attn: Bankruptcy Desk/Managing Agent
5254 Veronica St
Los Angeles, CA 90008

Bell, Boyd & Lloyd
Attn: Bankruptcy Desk/Managing Agent
1615 L Street N.W. Ste 1200
Washington DC 20036-5610

Bella Grande Entrances, LLC
Attn: Bankruptcy Desk/Managing Agent
3400 S Procyon Avenue Suite 103C
Las Vegas NV 89102

Belle Miller
Attn: Bankruptcy Desk/Managing Agent
4138 Vicksburg
North Highlands CA 95660

Bellini Company
Attn: Bankruptcy Desk/Managing Agent
5550 A Cameron St.
Las Vegas NV 89118

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ben Alkalay
Attn: Bankruptcy Desk/Managing Agent
4750 Ashington St
Las Vegas, NV 89147

Ben Alkalay
Attn: Bankruptcy Desk/Managing Agent
8101 W Flamingo Rd Unit 2139
Las Vegas, NV 89147

Ben Ng
Attn: Bankruptcy Desk/Managing Agent
1707 15th Ave
San Francisco, CA 94122

Ben Ng
Attn: Bankruptcy Desk/Managing Agent
39 Sully Creek Ct
Las Vegas, NV 89148

Benchmark Consulting Services
Attn: Bankruptcy Desk/Managing Agent
1120 Town Center Drive
Suite 220
Las Vegas NV 89144

Benda Family
Attn: Bankruptcy Desk/Managing Agent
2929 Ashby Ave
Las Vegas, NV 89102

Benda Family
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 103
Las Vegas, NV 89113

Bengoechea Family
Attn: Bankruptcy Desk/Managing Agent
1506 Cliff Branch Dr
Henderson, NV 89014

Bengoechea Family
Attn: Bankruptcy Desk/Managing Agent
229 Via Di Citta Dr
Henderson, NV 89011

Bengoechea Family
Attn: Bankruptcy Desk/Managing Agent
534 Via Del Corallo Way
Henderson, NV 89011

Benish, Jaymie
Attn: Bankruptcy Desk/Managing Agent
2612 Galimard Ter
Henderson, NV 89044

Benita Fontenette
Attn: Bankruptcy Desk/Managing Agent
1027 Regatta Pt
Hercules, CA 94547

Benita Fontenette
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1140
Las Vegas, NV 89148

Benita Fontenette
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2032
Las Vegas, NV 89148

Benjamin & Elizabeth Rush
Attn: Bankruptcy Desk/Managing Agent
4778 Crakow Ct
Las Vegas, NV 89147

Benjamin & Melissa Schmidel
Attn: Bankruptcy Desk/Managing Agent
13 Candide St
Henderson, NV 89002

Benjamin & Vineeta Koshy
Attn: Bankruptcy Desk/Managing Agent
284 Crooked Tree Dr
Las Vegas, NV 89148

Benjamin & Wan Li
Attn: Bankruptcy Desk/Managing Agent
28110 Hayward Dr
Castaic, CA 91384

Benjamin & Wan Li
Attn: Bankruptcy Desk/Managing Agent
82 Tall Ruff Dr
Las Vegas, NV 89148

Benjamin Aganon
Attn: Bankruptcy Desk/Managing Agent
603 Halloran Springs Rd
Las Vegas, NV 89148

Benjamin Chan
Attn: Bankruptcy Desk/Managing Agent
6672 Bristow Falls Ct
Las Vegas, NV 89148

Benjamin Wong
Attn: Bankruptcy Desk/Managing Agent
1040 Via Canale Dr
Henderson, NV 89011

Benjamin Wong
Attn: Bankruptcy Desk/Managing Agent
2 Mill Run Ct
Morris Plains, NJ 07950

Benjie Ebalo
Attn: Bankruptcy Desk/Managing Agent
176 Macoby Run St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Benny Tan
Attn: Bankruptcy Desk/Managing Agent
191 Rancho Maria St
Las Vegas, NV 89148

Bentar Development
Attn: Bankruptcy Desk/Managing Agent
5900 Emerald Ave #B
Las Vegas NV 89122

Berco, Inc.
Attn: Bankruptcy Desk/Managing Agent
Debbie Ebner
1120 Montrose Avenue
St. Louis MO 63104

Bergamo
Attn: Bankruptcy Desk/Managing Agent
1200 Arrow Highway
La Verne CA 91750-5217

Berger & Norton
Attn: Bankruptcy Desk/Managing Agent
A Law Corporation
12121 Wilshire Blvd., Suite 1300
Los Angeles CA 90025

Bernadette A. Rigo
Attn: Bankruptcy Desk/Managing Agent
197 Honors Course Drive
Las Vegas NV 89148

Bernard Go
Attn: Bankruptcy Desk/Managing Agent
3424 Wren Ave
Concord, CA 94519

Bernard Go
Attn: Bankruptcy Desk/Managing Agent
427 Hidden Hole Dr
Las Vegas, NV 89148

Bernard McCarron
Attn: Bankruptcy Desk/Managing Agent
72 Arcadian Shores St
Las Vegas, NV 89148

Bernardo & Jeslisa Anonuevo
Attn: Bankruptcy Desk/Managing Agent
298 Brushy Creek Ave
Las Vegas, NV 89148

Bernardo & Jeslisa Anonuevo
Attn: Bankruptcy Desk/Managing Agent
66 Big Creek Ct
Las Vegas, NV 89148

Bernhardt
Attn: Bankruptcy Desk/Managing Agent
1839 Morganton Blvd.
P.O. Box 740
Lenoir NC 28645

Bernice Borak
Attn: Bankruptcy Desk/Managing Agent
1736 E Charleston Blvd #285
Las Vegas NV  89104

Bertheas, Stacy
Attn: Bankruptcy Desk/Managing Agent
7123 Clearwater Ave
Las Vegas, NV 89147

Bessie Rahman
Attn: Bankruptcy Desk/Managing Agent
4035 S Indiana Ave
Chicago, IL 60653

Bessie Rahman
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 211
Las Vegas, NV 89113

Best Agency
Attn: Bankruptcy Desk/Managing Agent
5565 S. Decatur Blvd
Suite 106
Las Vegas NV 89118

Best Water Truck Service
Attn: Bankruptcy Desk/Managing Agent
4512 Andrews Suite J
N Las Vegas NV 89031

Best Western Kings Inn
Attn: Bankruptcy Desk/Managing Agent
2930 East Andy Devine
Kingman AZ 86401

Beth & Dean Hoff
Attn: Bankruptcy Desk/Managing Agent
9777 Kampsville Ave
Las Vegas, NV 89148

Beth & Kenneth Lee
Attn: Bankruptcy Desk/Managing Agent
585 Over Par Ct
Las Vegas, NV 89148

Beth Giordano
Attn: Bankruptcy Desk/Managing Agent
8850 Star Canyon Way
Las Vegas NV 89123

Beth Vaughan-Cardamone
Attn: Bankruptcy Desk/Managing Agent
4689 Lomas Santa Fe St
Las Vegas, NV 89147

Bethany & Scott Riley
Attn: Bankruptcy Desk/Managing Agent
9691 Waukegan Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Beti Iranosian
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 107
Las Vegas, NV 89113

Beti Iranosian
Attn: Bankruptcy Desk/Managing Agent
8422 Petaluma Dr
Sun Valley, CA 91352

Better Business Bureau
Attn: Bankruptcy Desk/Managing Agent
2301 Palomino Lane
Las Vegas NV 89107-4503

Better Global Business
Attn: Bankruptcy Desk/Managing Agent
Communication
235 Main Street Suite 303
Madison NJ 07940

Better Homes & Gardens
Attn: Bankruptcy Desk/Managing Agent
Billing Center
1716 Locust Street
Des Moines IA 50309-3023

BETTY MAYNARD
Attn: Bankruptcy Desk/Managing Agent
7143 S DURANGO DR
LAS VEGAS NV 89148

Betty Maynard
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 203
Las Vegas, NV 89113

Betty Napier
Attn: Bankruptcy Desk/Managing Agent
28106 Bellcrest St
Farmington Hills, MI 48334

Betty Napier
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 109
Las Vegas, NV 89113

Betty Tealdo
Attn: Bankruptcy Desk/Managing Agent
454 First On Dr
Las Vegas, NV 89148

Beverly Baker
Attn: Bankruptcy Desk/Managing Agent
11388 Orazio Dr
Las Vegas, NV 89138

Beverly Baker
Attn: Bankruptcy Desk/Managing Agent
248 Dog Leg Dr
Las Vegas, NV 89148

Beverly Glade
Attn: Bankruptcy Desk/Managing Agent
6623 Dapple Gray Rd
Las Vegas, NV 89148

Beverly Morris
Attn: Bankruptcy Desk/Managing Agent
6869 Scarlet Flax St
Las Vegas, NV 89148

Beverly Morris
Attn: Bankruptcy Desk/Managing Agent
PO Box 1382
Marina, CA 93933

Bevien Family
Attn: Bankruptcy Desk/Managing Agent
292 Arbour Garden Ave
Las Vegas, NV 89148

Beynon Sports Surfaces
Attn: Bankruptcy Desk/Managing Agent
16 Alt Rd.
Hunt Valley MD 21030

Bibby Financial Services
Attn: Bankruptcy Desk/Managing Agent
(Southwest) Inc.
P. O. Box 840875
Dallas, TX 75284-0875

Bibby Financial Services
Attn: Bankruptcy Desk/Managing Agent
6585 S. Arville St.was
(Southwest) Inc.
P. O. Box 840875
Dallas TX 75284-0875

Big O Tires
Attn: Bankruptcy Desk/Managing Agent
1942 E. Andy Devine Ave. RT. 66
Kingman AZ 86401

Bijan & Schokough Jaber-Ansari
Attn: Bankruptcy Desk/Managing Agent
222 Hickory Heights Ave
Las Vegas, NV 89148

Bijan & Schokough Jaber-Ansari
Attn: Bankruptcy Desk/Managing Agent
43 Back Spin Ct
Las Vegas, NV 89148

Bijan & Schokouh Jaber-Ansari
Attn: Bankruptcy Desk/Managing Agent
43 Back Spin Ct
Las Vegas, NV 89148

Bik Leong
Attn: Bankruptcy Desk/Managing Agent
344 Harpers Ferry Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                         Served 4/17/2009

Bike Trail
Attn: Bankruptcy Desk/Managing Agent
3759 N. Rainbow Blvd.
Las Vegas NV 89108

Bill & Eva Chan
Attn: Bankruptcy Desk/Managing Agent
288 Palm Trace Ave
Las Vegas, NV 89148

Bill Doty
Attn: Bankruptcy Desk/Managing Agent
5891 Arandas Court
Las Vegas NV 89103

Bill Heard Chevrolet
Attn: Bankruptcy Desk/Managing Agent
Dept. 1265
PO Box 2153
Birmingham AL 35287-1265

Bill Stickel Trucking
Attn: Bankruptcy Desk/Managing Agent
729 Kendall Lane
Boulder City NV 89005

Bill Subin
Attn: Bankruptcy Desk/Managing Agent
234 Rolling Springs Dr
Las Vegas, NV 89148

Bill Subin
Attn: Bankruptcy Desk/Managing Agent
31 Sunshine Coast Ln
Las Vegas, NV 89148

Bill Vallee
Attn: Bankruptcy Desk/Managing Agent
712 Forrest Haven Way
Henderson NV 89015

Billie Coleman
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 309
Las Vegas, NV 89113

Billy & Rosalie Guzon
Attn: Bankruptcy Desk/Managing Agent
9253 Orchid Pansy Ave
Las Vegas, NV 89148

Billy & Rosalie Guzon
Attn: Bankruptcy Desk/Managing Agent
94-534 Hokuala St
Mililani, HI 96789

Billy Johnson
Attn: Bankruptcy Desk/Managing Agent
350 Renton Ave S
Renton, WA 98057

Billy Johnson
Attn: Bankruptcy Desk/Managing Agent
379 Cart Crossing Way
Las Vegas, NV 89148

Bing Lei
Attn: Bankruptcy Desk/Managing Agent
141 Sandy Bunker Ln
Las Vegas, NV 89148

Bingham Family
Attn: Bankruptcy Desk/Managing Agent
9593 Los Cotos Ct
Las Vegas, NV 89147

Binh  Ly
Attn: Bankruptcy Desk/Managing Agent
8920 Minsk Court
Las Vegas NV 89148

Bishop Gorman High School
Attn: Bankruptcy Desk/Managing Agent
1801 S. Maryland Pkwy.
Las Vegas NV 89104

BJs Glass and Mirrors Company
Attn: Bankruptcy Desk/Managing Agent
69 East Basic Road
Henderson NV 89015

BKM Office Environments
Attn: Bankruptcy Desk/Managing Agent
Missy Cross
2111 Portola Road Suite A
Ventura CA 93003

Black Mountain Avionics
Attn: Bankruptcy Desk/Managing Agent
581 Colonial Cup St.
Henderson NV 89015

Blair & Kristen Tompkins
Attn: Bankruptcy Desk/Managing Agent
151 Wicked Wedge Way
Las Vegas, NV 89148

Blanca Placz
Attn: Bankruptcy Desk/Managing Agent
332 Angels Trace Ct
Las Vegas, NV 89148

Blanca Placz
Attn: Bankruptcy Desk/Managing Agent
357 Lakewood Garden Dr
Las Vegas, NV 89148

Blastex Drilling & Blasting
Attn: Bankruptcy Desk/Managing Agent
PO Box 91390
Henderson NV  89009

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Blonn Family
Attn: Bankruptcy Desk/Managing Agent
133 Chateau Whistler Ct
Las Vegas, NV 89148

Blonn Family
Attn: Bankruptcy Desk/Managing Agent
4045 S Buffalo Dr # A101-154
Las Vegas, NV 89147

BLR
Attn: Bankruptcy Desk/Managing Agent
141 Mill Rock Road East
Old Saybrook CT 06475

Blue Ribbon Stairs
Attn: Bankruptcy Desk/Managing Agent
5860 Alder Avenue
Suite 500
Sacramento CA 95828-1114

Blue Star Jets LLC
Attn: Bankruptcy Desk/Managing Agent
805 Third Avenue
16th Floor
New York NY 10022

BlueLeap Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
3765 Preakness Lane
Suwanee GA 30024

Bluewater Family LP
Attn: Bankruptcy Desk/Managing Agent
4515 Copper Sage St Ste 100
Las Vegas, NV 89115

Bluewater Family LP
Attn: Bankruptcy Desk/Managing Agent
6803 Rose Mallow St
Las Vegas, NV 89148

B-Lure Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Claudia
4175 W. Tompkins Avenue
Las Vegas NV 89103

BMT Micro Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 15016
Wilmington DE 28408

BNA
Attn: Bankruptcy Desk/Managing Agent
PO BOX 17009
Baltimore MD 21297-1009

Board of Continuing Legal
Attn: Bankruptcy Desk/Managing Agent
295 Halcomb Ave #A
Reno NV 89502

Board of Regents
Attn: Bankruptcy Desk/Managing Agent
UNLV Div. of Continuing Education
P.O. Box 45109
Las Vegas NV 89154-1019

Boat Transport, Inc.
Attn: Bankruptcy Desk/Managing Agent
2300 E. Lake Mead Drive
Henderson NV 89105-3003

Boating Magazine
Attn: Bankruptcy Desk/Managing Agent
MPS
P. O. Box 1296
Sausalito CA 94966-1296

Boating World
Attn: Bankruptcy Desk/Managing Agent
Attn: Mail Processing Dept
P. O. Box 1296
Sausalito CA 94966-1296

Bob Barksdale
Attn: Bankruptcy Desk/Managing Agent
2288 E. Camino Rio
Tucson AZ 85718

Bob Fox
Attn: Bankruptcy Desk/Managing Agent
31840 N. 45th St.
Cave Creek AZ 85331

Bob Morton
Attn: Bankruptcy Desk/Managing Agent
PO Box 4237
Kingman AZ AZ 86401

Bob Winokur
Attn: Bankruptcy Desk/Managing Agent
728 Fife Street
Henderson NV 89015

Bobby & Kimberly Williamson
Attn: Bankruptcy Desk/Managing Agent
7500 Apple Springs Ave
Las Vegas NV 89131

Bobby Bindert
Attn: Bankruptcy Desk/Managing Agent
1077 Via Canale Dr
Henderson, NV 89011

Bobby Kesser
Attn: Bankruptcy Desk/Managing Agent
115 Wicked Wedge Way
Las Vegas, NV 89148

Bockelmann, Daniel
Attn: Bankruptcy Desk/Managing Agent
3070 South Nellis Blvd #2130
Las Vegas, NV 89124

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Boehan Heng
Attn: Bankruptcy Desk/Managing Agent
9319 Avon Park Ave
Las Vegas NV 89149

Boep Chuon
Attn: Bankruptcy Desk/Managing Agent
717 Loma Ave
Long Beach CA 90804

Bogdan & Emanuela Limpede
Attn: Bankruptcy Desk/Managing Agent
1815 S Welch Cir
Lakewood, CO 80228

Bogdan & Emanuela Limpede
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 107
Las Vegas, NV 89113

Bohannan Huston Inc.
Attn: Bankruptcy Desk/Managing Agent
Courtyard I
7500 Jefferson St. NE
Albuquerque NM 87109

Bok & Onjung Hwang
Attn: Bankruptcy Desk/Managing Agent
245 Duck Hollow Ave
Las Vegas, NV 89148

Bolyvong & Ounhcuan Tanovan
Attn: Bankruptcy Desk/Managing Agent
15795 SW Bobwhite Cir
Beaverton, OR 97007

Bolyvong & Ounhcuan Tanovan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2045
Las Vegas, NV 89148

Bonanni Family
Attn: Bankruptcy Desk/Managing Agent
27 Panorama Crest Ave
Las Vegas, NV 89135

Bonanni Family
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 109
Las Vegas, NV 89113

Bonanza Beverage Company
Attn: Bankruptcy Desk/Managing Agent
6333 S. Ensworth St.
Las Vegas NV 89119

Boni Enterprises LP
Attn: Bankruptcy Desk/Managing Agent
4526 Barnes Ct
Las Vegas, NV 89147

Boni Enterprises LP
Attn: Bankruptcy Desk/Managing Agent
4535 W Sahara Ave Ste 200
Las Vegas, NV 89102

Bonnell, Christopher
Attn: Bankruptcy Desk/Managing Agent
4411 S Spencer #52
Las Vegas, NV 89119

Bonnie & Rami Avischai
Attn: Bankruptcy Desk/Managing Agent
8665 Martinique Bay Ln
Las Vegas, NV 89147

Bonnie & Rami Avischai
Attn: Bankruptcy Desk/Managing Agent
9721 Dieterich Ave
Las Vegas, NV 89148

Bonny Yau
Attn: Bankruptcy Desk/Managing Agent
524 Quail Walk Way
Rio Vista, CA 94571

Bonny Yau
Attn: Bankruptcy Desk/Managing Agent
5418 Ontario Comm
Fremont CA 94555

Bonny Yau
Attn: Bankruptcy Desk/Managing Agent
62 Sandy Bunker Ln
Las Vegas, NV 89148

Boomer Productions
Attn: Bankruptcy Desk/Managing Agent
1828 Plum Court
Henderson NV 89014

Boris & Yalina Zhebrak
Attn: Bankruptcy Desk/Managing Agent
1012 Viale Placenza Pl
Henderson, NV 89011

Boris & Yalina Zhebrak
Attn: Bankruptcy Desk/Managing Agent
5408 S Hannibal Way
Centennial, CO 80015

Boris Zaitsev
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 208
Las Vegas, NV 89113

Boriz & Yalina Zhebrak
Attn: Bankruptcy Desk/Managing Agent
5408 S. Hannibal Way
Aurora CO 80015

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                Served 4/17/2009

Borka Samardzija
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2072
Las Vegas, NV 89148

Bose Corporation
Attn: Bankruptcy Desk/Managing Agent
The Mountain-MS #236
Framingham MA 01701-9168

Boulder City Marine
Attn: Bankruptcy Desk/Managing Agent
1013 Nevada Way
Boulder City NV 89005

Boulevard Printing
Attn: Bankruptcy Desk/Managing Agent
6130 W. Tropicana, Ste 242
Las Vegas NV 89103

Box Brothers Nevada
Attn: Bankruptcy Desk/Managing Agent
Corporate Office
6384 W. Sahara Blvd.
Las Vegas

Boys&Girls Clubs of Henderson
Attn: Bankruptcy Desk/Managing Agent
Attn: Danielle Peot
401 Drake Street
Las Vegas NV 89015-6016

BPXpress
Attn: Bankruptcy Desk/Managing Agent
5190 S Valley View #108
Las Vegas NV 89119

Brad & Karolyn Vowles
Attn: Bankruptcy Desk/Managing Agent
1016 Via Latina St
Henderson, NV 89011

Brad Hamilton
Attn: Bankruptcy Desk/Managing Agent
4020 Driscoll Mtn
Las Vegas NV 89129

Brad S. & Gayle S. Blakeley
Attn: Bankruptcy Desk/Managing Agent
201 E. Desert Rose Drive
Henderson NV 89015

Brad Vowles
Attn: Bankruptcy Desk/Managing Agent
6428 Wheelharrow Peak Drive
Las Vegas NV 89108

Bradley & Amie Modglin
Attn: Bankruptcy Desk/Managing Agent
7431 Cedar Rae Ave
Las Vegas, NV 89131

Bradley & Susan Dickinson
Attn: Bankruptcy Desk/Managing Agent
65 Sunset Bay St
Las Vegas, NV 89148

Bradley Schoudel
Attn: Bankruptcy Desk/Managing Agent
793 Watercut Ct
Henderson, NV 89002

Bradley Window Corp.
Attn: Bankruptcy Desk/Managing Agent
Tim Bauman
2250 E.Tropicana Suite #19-111
Las Vegas NV 89119

Bradstone
Attn: Bankruptcy Desk/Managing Agent
1013 E Delhi
N. Las Vegas, NV 89030

Bradstone
Attn: Bankruptcy Desk/Managing Agent
Janet
1013 E Delhi
N. Las Vegas NV 89030

Brady Industries, Inc
Attn: Bankruptcy Desk/Managing Agent
4175 S. Arville
Las Vegas NV 89103

Brandan Reilly
Attn: Bankruptcy Desk/Managing Agent
9736 Marcelline Ave
Las Vegas, NV 89148

Brandi Kjose
Attn: Bankruptcy Desk/Managing Agent
9304 Perennial Ave
Las Vegas, NV 89148

Branding Innovations, Inc
Attn: Bankruptcy Desk/Managing Agent
7096 Spring Beauty Ave.
Las Vegas NV 89131

Brandon & Myline Dahle
Attn: Bankruptcy Desk/Managing Agent
99 Tall Ruff Dr
Las Vegas, NV 89148

Brandon & Tana Flowers
Attn: Bankruptcy Desk/Managing Agent
1091 Via Saint Lucia Pl
Henderson, NV 89011

Brandon & Tana Flowers
Attn: Bankruptcy Desk/Managing Agent
1100 3rd St
San Rafael, CA 94901

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Brandon Family
Attn: Bankruptcy Desk/Managing Agent
540 Via Colmo Ave
Henderson, NV 89011

Brandon Family
Attn: Bankruptcy Desk/Managing Agent
631 N Stephanie St # 587
Henderson, NV 89014

Brandon Flowers
Attn: Bankruptcy Desk/Managing Agent
1018 Via Sacra St
Henderson, NV 89011

Brandon Ilic
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 213
Las Vegas, NV 89113

Brandon Iron
Attn: Bankruptcy Desk/Managing Agent
3965 W. Oquendo Rd.
Las Vegas NV 89118

Brandon Knowles
Attn: Bankruptcy Desk/Managing Agent
6868 Scarlet Flax St
Las Vegas, NV 89148

Brandon Maldonado
Attn: Bankruptcy Desk/Managing Agent
246 Via Franciosa Dr
Henderson, NV 89011

Bravo II Publisher Pricing
Attn: Bankruptcy Desk/Managing Agent
21220 Devonshire #102
Chatsworth CA 91311

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
1183 Center Point Drive
Henderson, NV 89074

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jose Ledon
1183 Center Point Drive
Henderson, NV 89074

Brazeau Family
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 113
Las Vegas, NV 89113

Brenda & Maximo Dumpit
Attn: Bankruptcy Desk/Managing Agent
14 Chalon Cir
Salinas, CA 93901

Brenda & Maximo Dumpit
Attn: Bankruptcy Desk/Managing Agent
205 Short Ruff Way
Las Vegas, NV 89148

Brenda & Shawn Bloomer
Attn: Bankruptcy Desk/Managing Agent
7541 Arborcrest Ave
Las Vegas, NV 89131

Brenda Blanford
Attn: Bankruptcy Desk/Managing Agent
34 Cobbs Creek Way
Las Vegas NV 89148

Brenda F. Luna
Attn: Bankruptcy Desk/Managing Agent
and Linda Empleo Luna
934 S. Manzanita Dr.
West Covina CA 91791-3350

Brenda F. Luna
Attn: Bankruptcy Desk/Managing Agent
and Manuel Jude Alinsug
934 S. Manzanita Dr.
West Covina CA 91791-3350

Brenda Graham
Attn: Bankruptcy Desk/Managing Agent
2525 Nostrand Ave Apt 3L
Brooklyn, NY 11210

Brenda Graham
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 312
Las Vegas, NV 89113

Brenda Thomas
Attn: Bankruptcy Desk/Managing Agent
7520 Apple Springs
Las Vegas NV 89131

Brenda Wong
Attn: Bankruptcy Desk/Managing Agent
269 Tie Breaker Ct
Las Vegas, NV 89148

Brendan & Maria Sheehan
Attn: Bankruptcy Desk/Managing Agent
344 Dog Leg Dr
Las Vegas, NV 89148

Brendan & Maria Sheehan
Attn: Bankruptcy Desk/Managing Agent
7380 Celata Ln
San Diego, CA 92129

Brenmarc, Inc.
Attn: Bankruptcy Desk/Managing Agent
10 Rue Cezanne
Coto de Caza CA 92679

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                   Served 4/17/2009

Brent & Brandy McDonnell
Attn: Bankruptcy Desk/Managing Agent
7480 Europa Dr
Sparks, NV 89436

Brent & Brandy McDonnell
Attn: Bankruptcy Desk/Managing Agent
9256 Blue Flax Pl
Las Vegas, NV 89148

Brent & Janean Moore
Attn: Bankruptcy Desk/Managing Agent
764 Wigan Pier Dr
Henderson, NV 89002

Brent Ball
Attn: Bankruptcy Desk/Managing Agent
1037 4th St Apt G
Santa Monica, CA 90403

Brent Ball
Attn: Bankruptcy Desk/Managing Agent
381 Tayman Park Ave
Las Vegas, NV 89148

Brentano Fabrics
Attn: Bankruptcy Desk/Managing Agent
101 Henry Adams St
#144
San FranciscoCA  94103

Brentano, Inc.
Attn: Bankruptcy Desk/Managing Agent
Traci Rock
1481 Paddock Drive
Northbrook IL 60062

Brenton Holland
Attn: Bankruptcy Desk/Managing Agent
5835 W. Paradise Lane
Glendale CA 85306

Brenton Holland
Attn: Bankruptcy Desk/Managing Agent
5835 W. Paradise Lane
Glendale, AZ 85306

Brett & Bridget Mecham
Attn: Bankruptcy Desk/Managing Agent
681 Vortex Ave
Henderson, NV 89002

Brett & Christine Draper
Attn: Bankruptcy Desk/Managing Agent
168 Crooked Tree Dr
Las Vegas, NV 89148

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Brett Campbell
Attn: Bankruptcy Desk/Managing Agent
3341 Salmon Cr
Las Vegas, NV 89129

Brett Campbell
Attn: Bankruptcy Desk/Managing Agent
7501 Thornbuck Pl
Las Vegas, NV 89131

Brett Okun
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2086
Las Vegas, NV 89148

Brian & Amy Greenhouse
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2037
Las Vegas, NV 89148

Brian & Amy Greenhouse
Attn: Bankruptcy Desk/Managing Agent
PO Box 2684
Centennial, CO 80161

Brian & Candy Garrison
Attn: Bankruptcy Desk/Managing Agent
159 Crooked Putter Dr
Las Vegas, NV 89148

Brian & Helen Redsull
Attn: Bankruptcy Desk/Managing Agent
773 Wigan Pier Dr
Henderson, NV 89002

Brian & Jamie Reyburn
Attn: Bankruptcy Desk/Managing Agent
224 Via Mezza Luna Ct
Henderson, NV 89011

Brian & Joann Stephens
Attn: Bankruptcy Desk/Managing Agent
3249 Robins Creek Pl
Las Vegas, NV 89135

Brian & Joann Stephens
Attn: Bankruptcy Desk/Managing Agent
365 Foster Springs Rd
Las Vegas, NV 89148

Brian & Jody Heidorn
Attn: Bankruptcy Desk/Managing Agent
361 Dog Leg Dr
Las Vegas, NV 89148

Brian & Joli Pauling
Attn: Bankruptcy Desk/Managing Agent
52 Tall Ruff Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Brian & Kari Hermanson
Attn: Bankruptcy Desk/Managing Agent
444 Punto Vallata Dr
Henderson, NV 89011

Brian & Kimberly Mueller
Attn: Bankruptcy Desk/Managing Agent
3811 Pecan Ct
Manvel, TX 77578

Brian & Kimberly Mueller
Attn: Bankruptcy Desk/Managing Agent
758 Tossa De Mar Ave
Henderson, NV 89002

Brian & Melinda Schumacher
Attn: Bankruptcy Desk/Managing Agent
1035 Via Di Olivia St
Henderson, NV 89011

Brian & Melinda Schumacher
Attn: Bankruptcy Desk/Managing Agent
4 Starbrook Dr
Henderson, NV 89052

Brian & Tori Arboreen
Attn: Bankruptcy Desk/Managing Agent
7 Pangloss St
Henderson, NV 89002

Brian & Yvonne Reeves
Attn: Bankruptcy Desk/Managing Agent
688 Vortex Ave
Henderson, NV 89002

Brian Cupery
Attn: Bankruptcy Desk/Managing Agent
367 Palm Trace Ave
Las Vegas, NV 89148

Brian Emery
Attn: Bankruptcy Desk/Managing Agent
174 Castle Course Ave
Las Vegas, NV 89148

Brian Foye
Attn: Bankruptcy Desk/Managing Agent
9397 Olympia
Las Vegas NV 89149

Brian Kim
Attn: Bankruptcy Desk/Managing Agent
1038 Via Sanguinella St
Henderson, NV 89011

Brian Meek
Attn: Bankruptcy Desk/Managing Agent
4122 Long Cove Cir
Corona, CA 92883

Brian Meek
Attn: Bankruptcy Desk/Managing Agent
95 Sully Creek Ct
Las Vegas, NV 89148

Brian Ng
Attn: Bankruptcy Desk/Managing Agent
1707 15th Ave
San Francisco, CA 94122

Brian Ng
Attn: Bankruptcy Desk/Managing Agent
182 Castle Course Ave
Las Vegas, NV 89148

Brian Robertson
Attn: Bankruptcy Desk/Managing Agent
452 Via Stretto Ave
Henderson, NV 89011

Brian Robertson
Attn: Bankruptcy Desk/Managing Agent
8018 E Santa Ana Canyon Rd
Anaheim, CA 92808

Brian Singleton
Attn: Bankruptcy Desk/Managing Agent
683 Vortex Ave
Henderson, NV 89002

Brian Trinidad
Attn: Bankruptcy Desk/Managing Agent
278 Dog Leg Dr
Las Vegas, NV 89148

Brian Trinidad
Attn: Bankruptcy Desk/Managing Agent
3736 Ackerman Dr
Los Angeles, CA 90065

Bricker Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
121 Industrial Park Road
Suite 101
Henderson NV 89015

Bridgit Endicott
Attn: Bankruptcy Desk/Managing Agent
108 Wicked Wedge Way
Las Vegas, NV 89148

Brimar
Attn: Bankruptcy Desk/Managing Agent
28250 Ballard Dr.
Lake Forest IL 60045-4536

Brinks Incorporated
Attn: Bankruptcy Desk/Managing Agent
PO Box 651696
Charlotte NC 28265-1696

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Brittani Howell
Attn: Bankruptcy Desk/Managing Agent
2904 GnatCatcher Avenue
North Las Vegas NV 89084

Britton Group
Attn: Bankruptcy Desk/Managing Agent
ROI Appraisals
55 South Gibson Rd. Suite 104
Henderson NV 89012

Broadbent & Associates
Attn: Bankruptcy Desk/Managing Agent
8 West Pacific Avenue
Henderson NV 89015

Brock Larsen Design
Attn: Bankruptcy Desk/Managing Agent
2318 Cove Ave.
Los Angeles CA 90039

Brook Furniture Rental
Attn: Bankruptcy Desk/Managing Agent
john williams
2199 Norse Drive
Pleasant Hill CA 94523

Brooke Bohlke
Attn: Bankruptcy Desk/Managing Agent
961 Via Stellato St
Henderson, NV 89011

Brooklyn & Associates
Attn: Bankruptcy Desk/Managing Agent
Mark Brooklyn
4611 Teller Avenue
Newport Beach CA 92660

Brooks & Leigh Bowman
Attn: Bankruptcy Desk/Managing Agent
931 Via Canale Dr
Henderson, NV 89011

Brooks Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
206 Locust Valley Ave
Las Vegas, NV 89148

Brooks Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
9101 W Sahara Ave # 105-B34
Las Vegas, NV 89117

Brother International Corp.
Attn: Bankruptcy Desk/Managing Agent
EMA Department
PO BOX 6911
Bridgewater NJ 08807

Brown & Partners Inc.
Attn: Bankruptcy Desk/Managing Agent
3275 South Jones, Ste 101
Las Vegas NV 89146

Brown Drilling Inc
Attn: Bankruptcy Desk/Managing Agent
Kurtis Neilson
3595 E. Gordon Dr.
Kingman AZ 86409

Brown Family
Attn: Bankruptcy Desk/Managing Agent
337 Velino Ave
Las Vegas, NV 89123

Brown Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 109
Las Vegas, NV 89113

Brown Family
Attn: Bankruptcy Desk/Managing Agent
9305 Perennial Ave
Las Vegas, NV 89148

Brown Jordan Co.
Attn: Bankruptcy Desk/Managing Agent
9860 Gidley Street
El Monte CA 91731

Brown Tank & Steel
Attn: Bankruptcy Desk/Managing Agent
Randy & Robert Brown
4300 S. 15 Ave.
PO Box 20781
Phoenix AZ 85036

Brownstein Hyatt Farber
Attn: Bankruptcy Desk/Managing Agent
Schrek LLP
100 City Parkway #1600
Las Vegas NV 89106-4614

Bruce & Arlene Belman
Attn: Bankruptcy Desk/Managing Agent
314 Longview Park Pl
Louisville, KY 40245

Bruce & Arlene Belman
Attn: Bankruptcy Desk/Managing Agent
933 Via Doccia Ct
Henderson, NV 89011

Bruce & Lora Lester
Attn: Bankruptcy Desk/Managing Agent
7200 Cottonsparrow St
Las Vegas, NV 89131

Bruce & Rene McNeill
Attn: Bankruptcy Desk/Managing Agent
15001 Spillman Ranch Loop
Austin, TX 78738

Bruce & Rene McNeill
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 309
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Bruce Barrett
Attn: Bankruptcy Desk/Managing Agent
330 Blue Heron Ln
Missoula, MT 59804

Bruce Barrett
Attn: Bankruptcy Desk/Managing Agent
9713 Valmeyer Ave
Las Vegas, NV 89148

Bruce Frost
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1033
Las Vegas, NV 89148

Bruce Frost
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1034
Las Vegas, NV 89148

Bruce Frost
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1036
Las Vegas, NV 89148

Bruce Frost
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2033
Las Vegas, NV 89148

Bruce I Shapiro,Ltd.
Attn: Bankruptcy Desk/Managing Agent
2625 Wigwam Parkway, Suite 102
Henderson NV 89074

Bruce Jorgenson
Attn: Bankruptcy Desk/Managing Agent
268 Soggy Ruff Way
Las Vegas, NV 89148

Bruce Jorgenson
Attn: Bankruptcy Desk/Managing Agent
923 S 80th St
Mesa, AZ 85208

Bruce Onak
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1119
Las Vegas, NV 89147

Bruce W. Marten
Attn: Bankruptcy Desk/Managing Agent
3705 Rick Stratton Drive
Las Vegas NV 89120

Bruce Wallace
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 309
Las Vegas, NV 89113

Brunschwig & Fils
Attn: Bankruptcy Desk/Managing Agent
75 Virginia Rd
North White Plains NY 10603-0905

Bryan & Carla Bertges
Attn: Bankruptcy Desk/Managing Agent
7420 Hornblower Ave
Las Vegas, NV 89131

Bryan & Song Ngo
Attn: Bankruptcy Desk/Managing Agent
103 Cascade Lake St
Las Vegas, NV 89148

Bryan & Song Ngo
Attn: Bankruptcy Desk/Managing Agent
179 Flying Hills Ave
Las Vegas, NV 89148

Bryan Barancik
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 204
Las Vegas, NV 89113

Bryan L. Hermanson
Attn: Bankruptcy Desk/Managing Agent
California Mortgage & Realty
201-C Calle Del Oaks
Del Ray Oaks CA 93940

Bryan Lowe
Attn: Bankruptcy Desk/Managing Agent
281 Angels Trace Ct
Las Vegas, NV 89148

Brynn Butzman
Attn: Bankruptcy Desk/Managing Agent
193 Fairway Woods Dr
Las Vegas, NV 89148

Bubonocich Family
Attn: Bankruptcy Desk/Managing Agent
94 Arcadian Shores St
Las Vegas, NV 89148

Bud & Jennifer Buehler
Attn: Bankruptcy Desk/Managing Agent
7641 Rolling View Dr Unit 201
Las Vegas, NV 89149

Bud & Jennifer Buehler
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2015
Las Vegas, NV 89148

Budget Blinds
Attn: Bankruptcy Desk/Managing Agent
8610 S Eastern
Las Vegas NV 89123

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Budzinski Family
Attn: Bankruptcy Desk/Managing Agent
769 Wigan Pier Dr
Henderson, NV 89002

Buenaventura Family
Attn: Bankruptcy Desk/Managing Agent
415 Hidden Hole Dr
Las Vegas, NV 89148

Buenaventura Family
Attn: Bankruptcy Desk/Managing Agent
4262 Gallagher Rd
Rio Oso, CA 95674

Buensolito Bonacua
Attn: Bankruptcy Desk/Managing Agent
226 Bobolink Way
Hercules, CA 94547

Buensolito Bonacua
Attn: Bankruptcy Desk/Managing Agent
6877 Rose Mallow St
Las Vegas, NV 89148

Bui Hoa
Attn: Bankruptcy Desk/Managing Agent
7217 Buglehorn St
Las Vegas, NV 89131

Builder
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 420370
Palm Coast FL 32142

Builder
Attn: Bankruptcy Desk/Managing Agent
PO Box 3530
Northbrook IL 60065-3530

Builder 1440
Attn: Bankruptcy Desk/Managing Agent
Dan Brooks
PO Box 8500-54957
Philadelphia PA 19178-4957

Builder 1440
Attn: Bankruptcy Desk/Managing Agent
PO Box 8500-54957
Philadelphia, PA 19178-4957

Builder MT
Attn: Bankruptcy Desk/Managing Agent
Order Entry
200 Union Blvd. Ste 500
Lakewood CO 80228

Builders Assoc. of Western NV
Attn: Bankruptcy Desk/Managing Agent
Self Insured Group
810 E. 5th Street
Carson City NV 89701

Builders Association of
Attn: Bankruptcy Desk/Managing Agent
Western Nevada
575 S. Saliman Road
Carson City NV 89701-5000

Builders Insurance Company
Attn: Bankruptcy Desk/Managing Agent
1210 So Valley View Blvd Ste114
Las Vegas NV 89102

Builders Risk Plan
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 931795
Atlanta GA 31193-1795

Building Products & Services
Attn: Bankruptcy Desk/Managing Agent
Norman Bowman
4111 Greenbriar, Suite E
Stafford TX 77477

Bull's-Eye Billiard
Attn: Bankruptcy Desk/Managing Agent
7520 West Washington St.
Las Vegas NV 89125

Bunchhoeun & Moniroth Long
Attn: Bankruptcy Desk/Managing Agent
286 Fairway Woods Dr
Las Vegas, NV 89148

Bunchhoeun & Moniroth Long
Attn: Bankruptcy Desk/Managing Agent
5591 Panama Dr
Buena Park, CA 90620

Bureau of Land Management
Attn: Bankruptcy Desk/Managing Agent
4785 Vegas Drive
Las Vegas NV 89108

Bureau of National Affairs
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 64543
Baltimore MD 21264-4543

Burlap & Landscape Supply
Attn: Bankruptcy Desk/Managing Agent
5340 Cameron St. #19
Las Vegas NV 89118

Burley, Chris
Attn: Bankruptcy Desk/Managing Agent
2240 Runnabout Dr
Lake Havasu, AZ 86403

Burnham Painting & Drywall
Attn: Bankruptcy Desk/Managing Agent
668 Middlegate Road
Henderson NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Burr, Pilger & Mayer LLP
Attn: Bankruptcy Desk/Managing Agent
Karl Knock
100 Pringle Ave.
Ste. 340
Walnut Creek CA 94596

Burton & Wilma Bass
Attn: Bankruptcy Desk/Managing Agent
2406 Hardin Ridge Dr
Henderson, NV 89052

Burton & Wilma Bass
Attn: Bankruptcy Desk/Managing Agent
280 Scramble Dr
Las Vegas, NV 89148

Business & Legal Reports
Attn: Bankruptcy Desk/Managing Agent
141 Mill Rock Road East
Old Saybrook CT 06475

Business 21 Publishing
Attn: Bankruptcy Desk/Managing Agent
453A Baltimore Pike
Springfield PA 19064

Business Bank of Nevada
Attn: Bankruptcy Desk/Managing Agent
PO Box 82503
Las Vegas NV 89180-2503

Business Objects Americas
Attn: Bankruptcy Desk/Managing Agent
3030 Orchard Parkway
San Jose CA 95134

Business Week
Attn: Bankruptcy Desk/Managing Agent
1221 Avenue of the Americas
New York NY 10020

Bussey Real Estate Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
11329 Via Spiga Dr
Las Vegas, NV 89138

Bussey Real Estate Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
131 Corey Creek Ct
Las Vegas, NV 89148

Butler, Eugene Marty
Attn: Bankruptcy Desk/Managing Agent
7264 Rome Blvd
Las Vegas, NV 89131

Butter Plumbing
Attn: Bankruptcy Desk/Managing Agent
7310 Smoke Ranch Suite D
Las Vegas NV 89128

BYL Collection Services
Attn: Bankruptcy Desk/Managing Agent
3305 Springmountain Rd unit#46
Las Vegas NV 89102

Byron Irby
Attn: Bankruptcy Desk/Managing Agent
465 Punto Vallata Dr
Henderson, NV 89011

Byron Mills
Attn: Bankruptcy Desk/Managing Agent
7411 Arborcrest Ave
Las Vegas, NV 89131

BYU Career Placement Services
Attn: Bankruptcy Desk/Managing Agent
2410 WSC
Provo UT 846020

C & H Concrete
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie St
Las Vegas NV 89122

C 5 Coatings, LLC
Attn: Bankruptcy Desk/Managing Agent
Chris Coleman
4894 Lone Mountain Drive #124
Las Vegas NV 89130

C B S
Attn: Bankruptcy Desk/Managing Agent
52 South Hope Rd.
Suite 3
Golden Valley AZ 86413

C C G Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
6440 Sky Pointe Dr # 140-268
Las Vegas, NV 89131

C C G Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
7521 Cedar Rae Ave
Las Vegas, NV 89131

C Construction
Attn: Bankruptcy Desk/Managing Agent
Polaris Office
dba Select Build
4339 Corporate Center Dr, Ste 108
North Las Vegas NV 89030

C Sherman & Connie Price
Attn: Bankruptcy Desk/Managing Agent
762 Tossa De Mar Ave
Henderson, NV 89002

C Sinclair & Martha Cottingham
Attn: Bankruptcy Desk/Managing Agent
87 Arcadian Shores St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

C Wieser
Attn: Bankruptcy Desk/Managing Agent
4600 E.Sunset Road, Suite 316
Henderson NV 89014

C. C. Water Reclamation Dist.
Attn: Bankruptcy Desk/Managing Agent
PO Box 98526
Las Vegas NV 8913-8526

C. J. Welch North, Inc.
Attn: Bankruptcy Desk/Managing Agent
Armand Williamson
101 Henry Adams Street #230
San Francisco CA 94103

C.T. Sewell Elementary School
Attn: Bankruptcy Desk/Managing Agent
c/o Carrie A. Larson
700 East Lake Mead Parkway
Henderson NV 89015

Cabinet West
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way #100
Henderson NV 89014

Cabinetec, Inc.
Attn: Bankruptcy Desk/Managing Agent
2711 E. Craig Road Suite A & B
North Las Vegas NV 89030

Cabinets, Closets & Good
Attn: Bankruptcy Desk/Managing Agent
Jonathan Pruneda
5081 S. Arville
Las Vegas NV 89118

Cablevision of Arizona
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1604
St. Joseph 64502-1604

Caddo Investments, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 570217
Las Vegas NV 89157

Cadillac of Las Vegas NV W
Attn: Bankruptcy Desk/Managing Agent
5185 W. Sahara Blvd.
Las Vegas NV 89146-3403

Cadillac of Las Vegas W
Attn: Bankruptcy Desk/Managing Agent
5185 W. Sahara Blvd.
Las Vegas, NV 89146-3403

Cae & Brad Swanger
Attn: Bankruptcy Desk/Managing Agent
213 Via Mezza Luna Ct
Henderson, NV 89011

Cain, George
Attn: Bankruptcy Desk/Managing Agent
1413 Peyton Stewart Court
N Las Vegas, NV 89086

Calavan's Pool & Spa Service
Attn: Bankruptcy Desk/Managing Agent
5841 E. Charleston Blvd Suite 104
Las Vegas NV 89142

Caldwell, Matthew
Attn: Bankruptcy Desk/Managing Agent
4998 Rappahanock
Las Vegas, NV 89122

Caleb & Kathy Letourneau
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1159
Las Vegas, NV 89148

Caliendo, James
Attn: Bankruptcy Desk/Managing Agent
3795 S Redwood St
Las Vegas, NV 89103

Caliente Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
109 Short Ruff Way
Las Vegas, NV 89148

Caliente Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
1394 Olso Ln
San Jose, CA 95118

California Bar Journal
Attn: Bankruptcy Desk/Managing Agent
180 Howard St.
San Francisco CA 94105-1639

California D.M.V
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 942894
Sacramento CA 94294-0895

California Franchise Tax Board
Attn: Bankruptcy Desk/Managing Agent
P. O Box 942857
Sacramento CA 94257-0631

Callville Bay Resort
Attn: Bankruptcy Desk/Managing Agent
HCR-30 Box 100
ATTN: Accounts Receivable
Las Vegas NV 89124

Cal-Vada Concrete, LLC
Attn: Bankruptcy Desk/Managing Agent
656 Eastgate Road, Sute A
Henderson NV 89015

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Calvin Chan
Attn: Bankruptcy Desk/Managing Agent
101 Chateau Whistler Ct
Las Vegas, NV 89148

Calvin Lee
Attn: Bankruptcy Desk/Managing Agent
192 Fortress Course Ct
Las Vegas, NV 89148

Camanag Family
Attn: Bankruptcy Desk/Managing Agent
3605 Magnolia Ave
Long Beach, CA 90806

Camanag Family
Attn: Bankruptcy Desk/Managing Agent
418 First On Dr
Las Vegas, NV 89148

Cameron & Evelyn Keene
Attn: Bankruptcy Desk/Managing Agent
4619 El Camino Cabos Dr
Las Vegas, NV 89147

Cameron Caldwell
Attn: Bankruptcy Desk/Managing Agent
155 Duck Hollow Ave
Las Vegas, NV 89148

Cameron Properties LLC
Attn: Bankruptcy Desk/Managing Agent
3 Pereira Dr
3 Pereira Dr Devonshire
Bermuda

Cameron Properties LLC
Attn: Bankruptcy Desk/Managing Agent
601 Over Par Ct
Las Vegas, NV 89148

Cameron T. Anicete
Attn: Bankruptcy Desk/Managing Agent
9295 Crosscourt Way
Elk Grove CA 95624

Camille Castronuovo
Attn: Bankruptcy Desk/Managing Agent
276 Blackstone River Ave
Las Vegas, NV 89148

Camino Constructors, LLC
Attn: Bankruptcy Desk/Managing Agent
5404 Tropical Toucan
Las Vegas NV 89130

Campbell Concrete Inc.
Attn: Bankruptcy Desk/Managing Agent
Dean / Ruben
5201 S. Polaris
Las Vegas NV 89118

Campbell-Hulsey, Michele
Attn: Bankruptcy Desk/Managing Agent
129 Deerbrook Lane
Las Vegas, NV 89107

Canac Kitchens
Attn: Bankruptcy Desk/Managing Agent
Randy Lucas
4580 West Teco Avenue
Las Vegas NV 89118

Cananwill, Inc.
Attn: Bankruptcy Desk/Managing Agent
1000 N. Milwaukee Ave., 5th FL.
Glenview IL 60025

Candace Hamrick
Attn: Bankruptcy Desk/Managing Agent
1037 Via Canale Dr
Henderson, NV 89011

Candace Hamrick
Attn: Bankruptcy Desk/Managing Agent
513 Alexander Ave
Las Vegas, NV 89106

Candace House
Attn: Bankruptcy Desk/Managing Agent
3395 S Jones Blvd # 415
Las Vegas, NV 89146

Candace House
Attn: Bankruptcy Desk/Managing Agent
9730 Dieterich Ave
Las Vegas, NV 89148

Candance Hamrick
Attn: Bankruptcy Desk/Managing Agent
1037 Via Canale
Henderson NV 89011

Candlelighters for Childhood
Attn: Bankruptcy Desk/Managing Agent
3201 South Maryland Pkwy
Cancer of Southern Nevada
601 South Rancho, Suite B11
Las Vegas NV 89109

Candy Goodman
Attn: Bankruptcy Desk/Managing Agent
4718 Ashington St
Las Vegas, NV 89147

Cane & Weiner
Attn: Bankruptcy Desk/Managing Agent
1941 Bishop Lane
Louisville KY 40218

Canepa Riedy & Rubino
Attn: Bankruptcy Desk/Managing Agent
851 S. Rampart Blvd.
Suite 160
Las Vegas NV 89145

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Canlas Family
Attn: Bankruptcy Desk/Managing Agent
730 Tossa De Mar Ave
Henderson, NV 89002

Cantera Doors L.V., Inc.
Attn: Bankruptcy Desk/Managing Agent
6380 S. Valley View Blvd.
Suite 300
Las Vegas NV 89118

Canyon Creative & Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
4375 S. Polaris Avenue, Suite 4
Las Vegas NV 89103

Canyon Springs High School
Attn: Bankruptcy Desk/Managing Agent
Baseball
350 East Alexander Road
N.Las Vegas NV 89030

Canyon Springs Pools
Attn: Bankruptcy Desk/Managing Agent
3395 S. Jones Blvd.
Suite 126
Las Vegas NV 89146

Canyon State Enterprises, LLC
Attn: Bankruptcy Desk/Managing Agent
4030 Stockton Hill Rd,  #15
Kingman AZ 86409

Canyon Tire Sales, Inc.
Attn: Bankruptcy Desk/Managing Agent
1240 Magnolia Avenue
Corona CA 98279

Canyon Trails Family Practice
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 379001
Las Vegas NV 89137-9001

Cao Family
Attn: Bankruptcy Desk/Managing Agent
3626 Place De Louis
San Jose, CA 95148

Cao Family
Attn: Bankruptcy Desk/Managing Agent
9746 Kampsville Ave
Las Vegas, NV 89148

Cao Family
Attn: Bankruptcy Desk/Managing Agent
9747 Waukegan Ave
Las Vegas, NV 89148

Capener, Penny
Attn: Bankruptcy Desk/Managing Agent
397 Red Eucalyptus St
Henderson, NV 89015

Capital Cabinet Corp.
Attn: Bankruptcy Desk/Managing Agent
3645 Lossee Road
North Las Vegas NV 89030

Capital Valley Consultin
Attn: Bankruptcy Desk/Managing Agent
7313 La Mona Ct
Las Vegas NV 89128

Capitol Corporate Services
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1831
Austin TX 78767

Capitol North American
Attn: Bankruptcy Desk/Managing Agent
1780 South Mojave Road
Las Vegas NV 89104

Capparelli, Joseph
Attn: Bankruptcy Desk/Managing Agent
6640 Lavender Lily Drive #1
N Las Vegas, NV 89084

Capriottis Sandwich Shop
Attn: Bankruptcy Desk/Managing Agent
4825 South Fort Apache
Las Vegas NV 89147

Capt Tubs Repair Service
Attn: Bankruptcy Desk/Managing Agent
Ronald D. Roberts
2481 Daytona Avenue
Lake Havasu City AZ 86403

Cardmember Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 790408
St. Louis MO 63179-0408

Career Builder, LLC
Attn: Bankruptcy Desk/Managing Agent

Carino Nelson
Attn: Bankruptcy Desk/Managing Agent
255 Via Franciosa Drive
Henderson NV 89015

Carisa Restivo-Paulbick
Attn: Bankruptcy Desk/Managing Agent
4802 Stavanger Ln
Las Vegas, NV 89147

Carisa Restivo-Paulbick
Attn: Bankruptcy Desk/Managing Agent
8350 Sterling Harbor Ct
Las Vegas, NV 89117

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Carl & Arax Grigorian
Attn: Bankruptcy Desk/Managing Agent
203 Spring Hollow Dr
Las Vegas, NV 89148

Carl & Susan Dean
Attn: Bankruptcy Desk/Managing Agent
6750 Pastel Camellia St
Las Vegas, NV 89148

Carl Family
Attn: Bankruptcy Desk/Managing Agent
544 Via Colmo Ave
Henderson, NV 89011

Carl Family
Attn: Bankruptcy Desk/Managing Agent
6572 Kell Ln
Las Vegas, NV 89156

Carl Forman
Attn: Bankruptcy Desk/Managing Agent
796 Alder Green Ave
Henderson, NV 89002

Carl Payne
Attn: Bankruptcy Desk/Managing Agent
4673 Califa Dr
Las Vegas, NV 89122

Carla Stone
Attn: Bankruptcy Desk/Managing Agent
75 Pangloss St
Henderson, NV 89002

Carla Stone
Attn: Bankruptcy Desk/Managing Agent
7531 Arborcrest Ave
Las Vegas, NV 89131

Carletto Real Estate Vegas LLC
Attn: Bankruptcy Desk/Managing Agent
30 E Neck Rd
Huntington, NY 11743

Carletto Real Estate Vegas LLC
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 102
Las Vegas, NV 89113

Carletto Real Estate Vegas LLC
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 204
Las Vegas, NV 89113

Carlito & Adelina Paule
Attn: Bankruptcy Desk/Managing Agent
589 Via Di Parione Ct
Henderson, NV 89011

Carlito & Lolita Santos
Attn: Bankruptcy Desk/Managing Agent
150 Short Ruff Way
Las Vegas, NV 89148

Carlito & Lolita Santos
Attn: Bankruptcy Desk/Managing Agent
18819 Fagan Ave
Artesia, CA 90701

Carlo & Lisa Lamarca
Attn: Bankruptcy Desk/Managing Agent
4589 El Camino Cabos Dr
Las Vegas, NV 89147

Carlos & Akemi Delosreyes
Attn: Bankruptcy Desk/Managing Agent
98 Back Spin Ct
Las Vegas, NV 89148

Carlos & Helen Ceballos
Attn: Bankruptcy Desk/Managing Agent
4772 Lone Mesa Dr
Las Vegas, NV 89147

Carlos & Lolita Delrosario
Attn: Bankruptcy Desk/Managing Agent
17 Chateau Whistler Ct
Las Vegas, NV 89148

Carlos & Lolita Delrosario
Attn: Bankruptcy Desk/Managing Agent
1758 McCollum St
Los Angeles, CA 90026

Carlos Delasheras
Attn: Bankruptcy Desk/Managing Agent
216 Via Luna Rosa Ct
Henderson, NV 89011

Carlos Diaz
Attn: Bankruptcy Desk/Managing Agent
5916 Old Ridge Road
North Las Vegas NV 89031

Carlos Duno
Attn: Bankruptcy Desk/Managing Agent
210 Gentry Way
Reno NV 89502

Carlos Inguanzo
Attn: Bankruptcy Desk/Managing Agent
389 Foster Springs Rd
Las Vegas, NV 89148

Carlos Liera
Attn: Bankruptcy Desk/Managing Agent
2700 Daley Street N
Las Vegas NV 89030

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Carlson Family
Attn: Bankruptcy Desk/Managing Agent
201 Cliff Valley Dr
Las Vegas, NV 89148

CARLYLE HIGH YIELD PART IV
Attn: Bankruptcy Desk/Managing Agent
Linda Pace
520 Madison Avenue
New York NY 10010

Carmel Hopkins
Attn: Bankruptcy Desk/Managing Agent
2611 Napa Drive
Las Vegas NV 89156

Carmela Ballon-Lecaros
Attn: Bankruptcy Desk/Managing Agent
107 Honors Course Dr
Las Vegas, NV 89148

Carmelita & Wilfredo Maralit
Attn: Bankruptcy Desk/Managing Agent
36143 Carriage Dr
Sterling Heights, MI 48310

Carmelita & Wilfredo Maralit
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 208
Las Vegas, NV 89113

Carmen Garner
Attn: Bankruptcy Desk/Managing Agent
189 Currie Ave
Staten Island, NY 10306

Carmen Garner
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1069
Las Vegas, NV 89148

Carmen Rose
Attn: Bankruptcy Desk/Managing Agent
23 Quintessa Cir
Las Vegas, NV 89141

Carmen Rose
Attn: Bankruptcy Desk/Managing Agent
9281 Blue Flax Pl
Las Vegas, NV 89148

Carmen Rose
Attn: Bankruptcy Desk/Managing Agent
9286 Blue Flax Pl
Las Vegas, NV 89148

Carmen Rose
Attn: Bankruptcy Desk/Managing Agent
9293 Blue Flax Pl
Las Vegas, NV 89148

Carmen Werner
Attn: Bankruptcy Desk/Managing Agent
6866 Baby Jade Ct
Las Vegas, NV 89148

Carmine & Lorraine Ferrera
Attn: Bankruptcy Desk/Managing Agent
527 Via Ripagrande Ave
Henderson, NV 89011

Carol & Bruce Morgan
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 202
Las Vegas, NV 89113

Carol A. Friedland
Attn: Bankruptcy Desk/Managing Agent
Carol
10337 Junction Hill Drive
Las Vegas NV 89134

Carol Beiswenger
Attn: Bankruptcy Desk/Managing Agent
162 Hickory Heights Ave
Las Vegas, NV 89148

Carol Beiswenger
Attn: Bankruptcy Desk/Managing Agent
5600 Groveland Rd
Holly, MI 48442

Carol Callahan
Attn: Bankruptcy Desk/Managing Agent
275 Blackstone River Ave
Las Vegas, NV 89148

Carol Elliott
Attn: Bankruptcy Desk/Managing Agent
913 Via Del Tramonto St
Henderson, NV 89011

Carol Grove
Attn: Bankruptcy Desk/Managing Agent
1170 Olivia Pkwy
Henderson, NV 89011

Carol Grove
Attn: Bankruptcy Desk/Managing Agent
1801 California St Ste 100
Denver, CO 80202

Carol Grove
Attn: Bankruptcy Desk/Managing Agent
1801 California St.
#100
Denver CO 80202

Carol Jacques
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 211
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Carol Jacques
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Carol Schill
Attn: Bankruptcy Desk/Managing Agent
10142 Northridge Dr
Alta Loma, CA 91737

Carol Schill
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 302
Las Vegas, NV 89113

Carol Schill
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 307
Las Vegas, NV 89113

Carol Schill
Attn: Bankruptcy Desk/Managing Agent
PO Box 2884
Rancho Cucamonga, CA 91729

Caroline Morton
Attn: Bankruptcy Desk/Managing Agent
129 Chateau Whistler Ct
Las Vegas, NV 89148

Carolyn Duarte
Attn: Bankruptcy Desk/Managing Agent
Full and Final Settlement
of all Clamis

Carolyn Garner
Attn: Bankruptcy Desk/Managing Agent
208 Via Mezza Luna Ct
Henderson, NV 89011

Carolyn Goodale
Attn: Bankruptcy Desk/Managing Agent
200 Wicked Wedge Way
Las Vegas, NV 89148

Carolyn Sames
Attn: Bankruptcy Desk/Managing Agent
379 Falcons Fire Ave
Las Vegas, NV 89148

Carotenuto Family
Attn: Bankruptcy Desk/Managing Agent
198 Crooked Tree Dr
Las Vegas, NV 89148

Carpenter Sellers Associates
Attn: Bankruptcy Desk/Managing Agent
1919 S. Jones Suite C
Las Vegas NV 89146

Carpets N More
Attn: Bankruptcy Desk/Managing Agent
3185 E Tropicana Avenue
Las Vegas, NV 89121

Carpets N More, LLC
Attn: Bankruptcy Desk/Managing Agent
John Adams
3185 E Tropicana Avenue
Las Vegas NV 89121

Carpino Family
Attn: Bankruptcy Desk/Managing Agent
212 Crooked Putter Dr
Las Vegas, NV 89148

Carpino Stone Applications
Attn: Bankruptcy Desk/Managing Agent
Michael Carpino
1987 Whitney Mesa Dr.
Henderson NV 89014

Carpio Family
Attn: Bankruptcy Desk/Managing Agent
9425 S Madison St
Burr Ridge, IL 60527

Carpio Family
Attn: Bankruptcy Desk/Managing Agent
9668 Waukegan Ave
Las Vegas, NV 89148

Carrie Cabos
Attn: Bankruptcy Desk/Managing Agent
37 Laying Up Ct
Las Vegas, NV 89148

Carrillo, Samantha
Attn: Bankruptcy Desk/Managing Agent
2804 Quail Lakes Court
Las Vegas, NV 89117

Carrington Family
Attn: Bankruptcy Desk/Managing Agent
1610 E Saint Andrew Pl # B150
Santa Ana, CA 92705

Carrington Family
Attn: Bankruptcy Desk/Managing Agent
9753 Valmeyer Ave
Las Vegas, NV 89148

Carter Family
Attn: Bankruptcy Desk/Managing Agent
7845 Horsenettle St
Las Vegas, NV 89149

Carter Family
Attn: Bankruptcy Desk/Managing Agent
787 Telfer Ln
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Carter-Burgess
Attn: Bankruptcy Desk/Managing Agent
Abdul Bhuiyan
PO Box 99350
Fort Worth TX 76199-0350

Cartier Family
Attn: Bankruptcy Desk/Managing Agent
1020 Viale Placenza Pl
Henderson, NV 89011

Cartwright Family
Attn: Bankruptcy Desk/Managing Agent
4583 El Camino Cabos Dr
Las Vegas, NV 89147

Caruso, Victor
Attn: Bankruptcy Desk/Managing Agent
6170 East Sahara #1024
Las Vegas, NV 89142

Carver Family
Attn: Bankruptcy Desk/Managing Agent
301 Lakewood Garden Dr
Las Vegas, NV 89148

Carver Family
Attn: Bankruptcy Desk/Managing Agent
312 Waterton Lakes Ave
Las Vegas, NV 89148

Carver Family
Attn: Bankruptcy Desk/Managing Agent
33 Chateau Whistler Ct
Las Vegas, NV 89148

Case by Case, Ltd.
Attn: Bankruptcy Desk/Managing Agent
3230 Polaris Avenue
Unit 27
Las Vegas NV 89102

Cashman Equipment Company
Attn: Bankruptcy Desk/Managing Agent
File # 56751
Los Angeles CA 90074-6751

Cashman Equipment Rental Company
Attn: Bankruptcy Desk/Managing Agent
3101 E Craig Rd
North Las Vegas, NV 89030-7501

CASolutions
Attn: Bankruptcy Desk/Managing Agent
PO Box 530639
Henderson NV 89053-0639

Cassel Family
Attn: Bankruptcy Desk/Managing Agent
33 Arcadian Shores St
Las Vegas, NV 89148

Cassidy & Associates
Attn: Bankruptcy Desk/Managing Agent
700 Thirteenth Street N.W.
Suite 400
Washington DC 20005

Cassidy, Joseph
Attn: Bankruptcy Desk/Managing Agent
546 Heswall Court
Henderson, NV 89014

Castel
Attn: Bankruptcy Desk/Managing Agent
c/o Donghia Textiles
101 Henry Adams St., #144
San Francisco CA 94103

Casterton Family
Attn: Bankruptcy Desk/Managing Agent
785 Tossa De Mar Ave
Henderson, NV 89002

Cat Note # 1
Attn: Bankruptcy Desk/Managing Agent
PO Box 340001
Nashville, TN 37203-0001

Catalano Family
Attn: Bankruptcy Desk/Managing Agent
359 Falcons Fire Ave
Las Vegas, NV 89148

Catalina Draperies
Attn: Bankruptcy Desk/Managing Agent
6340 Sunset Corporate Drive
Las Vegas NV 89120

Caterpillar Financial Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 100647
Pasadena CA 91189-0647

Caterpillar Financial Services Corp
Attn: Bankruptcy Desk/Managing Agent
2120 W End Ave
Nashville, TN 37203-5251

Catherine & John Baudoux
Attn: Bankruptcy Desk/Managing Agent
759 Wigan Pier Dr
Henderson, NV 89002

Catherine Nocerino
Attn: Bankruptcy Desk/Managing Agent
726 Tossa De Mar
Henderson NV 89015

Catherine Picucci
Attn: Bankruptcy Desk/Managing Agent
7340 W Russell Rd Apt 1024
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Catherine Picucci
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2166
Las Vegas, NV 89148

Cathy Ott
Attn: Bankruptcy Desk/Managing Agent
3865 Zuni
Kingman AZ 86401

Cayetano & Jovy Pangan
Attn: Bankruptcy Desk/Managing Agent
250 Fairway Woods Dr
Las Vegas, NV 89148

CBA
Attn: Bankruptcy Desk/Managing Agent
PO Box 5013
Hayward CA 94540-5013

CBC Trucking Inc
Attn: Bankruptcy Desk/Managing Agent
John Morgan
3393 Rancho Rd.
Golden Valley AZ 86413

CBI Constructors, Inc.
Attn: Bankruptcy Desk/Managing Agent
Mark Jordan
25 W. 1st Street, Suite 210
Claremont CA 91711

CBS Radio
Attn: Bankruptcy Desk/Managing Agent
Venus H.
KKJJ-FM
PO Box 100111
Pasadena CA 91189-0111

CCI Painting Inc.
Attn: Bankruptcy Desk/Managing Agent
500 Harrington St.
Sutie B
Corona CA 92880

CCSN Foundation & Development
Attn: Bankruptcy Desk/Managing Agent
6375 West Charleston W3D
Las Vegas NV 89146

Cecilia Nervez
Attn: Bankruptcy Desk/Managing Agent
286 Lenape Heights Ave
Las Vegas, NV 89148

Cecilia Nervez
Attn: Bankruptcy Desk/Managing Agent
PO Box 61186
Lafayette, LA 70596

Cecilia Ocampo
Attn: Bankruptcy Desk/Managing Agent
27531 Courtview Dr
Valencia, CA 91354

Cecilia Ocampo
Attn: Bankruptcy Desk/Managing Agent
42 Cobbs Creek Way
Las Vegas, NV 89148

Cedar Roofing Company In
Attn: Bankruptcy Desk/Managing Agent
BYRON
3645 W. Oquendo, Suite #200
Las Vegas NV 89118-3145

Cedco,Inc.
Attn: Bankruptcy Desk/Managing Agent
Greg
7210 Placid Street
Las Vegas NV 89119

Ceferino & Mirla Bautista
Attn: Bankruptcy Desk/Managing Agent
235 Hickory Heights Ave
Las Vegas, NV 89148

Ceferino & Mirla Bautista
Attn: Bankruptcy Desk/Managing Agent
980 W Pine Ave
Roselle, IL 60172

Celestine & Malcolm Jackson
Attn: Bankruptcy Desk/Managing Agent
278 Duck Hollow Ave
Las Vegas, NV 89148

Celestino & Edith Cease
Attn: Bankruptcy Desk/Managing Agent
196 Tall Ruff Dr
Las Vegas, NV 89148

Celestino & Edith Cease
Attn: Bankruptcy Desk/Managing Agent
3241 Brandon St
Pasadena, CA 91107

Celia & Dante Arizabal
Attn: Bankruptcy Desk/Managing Agent
324 Harpers Ferry Ave
Las Vegas, NV 89148

Celso & Fielani Bumagat
Attn: Bankruptcy Desk/Managing Agent
204 Via Luna Rosa Ct
Henderson, NV 89011

CEMEX
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 73261
Chicago, IL  60673-3261

CENT CDO 10 LIMITED
Attn: Bankruptcy Desk/Managing Agent
Robin Stancil
100 N. Sepulveda Boulevard, Suite 650
El Segundo, CA  90245

**Rhodes Design and Development Corp. 09-14846 - U.S. Mail**

Centennial High School
Attn: Bankruptcy Desk/Managing Agent
10200 Centennial Parkway
Las Vegas NV 89149

Centeno Family
Attn: Bankruptcy Desk/Managing Agent
6345 Lenaking Ave
Las Vegas, NV 89122

Center Emergency Physicians
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 13909
Philadelphia PA 19101-3909

Center for Natural Lands
Attn: Bankruptcy Desk/Managing Agent
Management
425 E. Alvarado St, Ste H
Fallbrook 92028-2960

Center Green LLC
Attn: Bankruptcy Desk/Managing Agent
423 Center Green Dr
Las Vegas, NV 89148

Center Green LLC
Attn: Bankruptcy Desk/Managing Agent
7321 Sibley Ave
Las Vegas, NV 89131

Central Valley Insulate
Attn: Bankruptcy Desk/Managing Agent
LLOYD Dominguez
3588 South Valley View Blvd.
Las Vegas NV 89103

Centurion Security Syste
Attn: Bankruptcy Desk/Managing Agent
STEVE
917 S. 1st Street
Las Vegas NV 89101

Century 21 Advantage Gold
Attn: Bankruptcy Desk/Managing Agent
2625 No Green Valley Pkwy # 150
Las Vegas NV  NV 89014

Century 21 Amber Realty
Attn: Bankruptcy Desk/Managing Agent
Andre Zepeda
23705 Crenshaw Blvd. #100
Torrance CA 90505

Century 21 Moneyworld
Attn: Bankruptcy Desk/Managing Agent
8010 W Sahara Ave Ste 220
9230 S. East Ave.
Las Vegas NV  89123

Century Cast Product Inc
Attn: Bankruptcy Desk/Managing Agent
GEOFF BRUNER
P. O. Box 2933
Pomona CA 91769-2933

Century Realty & Investments
Attn: Bankruptcy Desk/Managing Agent
10161 Bolsa Ave., Suite A-207
Westminster CA 92683

Ceridian
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 10989
Newark NJ 07193

Certified Engineering Sys. Inc
Attn: Bankruptcy Desk/Managing Agent
2949 S Main Street
Salt Lake City UT 84115

Certified Flooring Inspections
Attn: Bankruptcy Desk/Managing Agent
5130 E Charleston #5-5
Las Vegas NV 89142

Certified Legal Videography
Attn: Bankruptcy Desk/Managing Agent
Becky Ulrey
3555 Meridale Drive Suite 2144
Las Vegas NV  89147

Cesar & Lilia Bregaudit
Attn: Bankruptcy Desk/Managing Agent
1030 Via Nandina Pl
Henderson, NV 89011

Cesar & Lilia Bregaudit
Attn: Bankruptcy Desk/Managing Agent
22163 Wind Flower Pl
Santa Clarita, CA 91390

Cesar & Nelia Picazo
Attn: Bankruptcy Desk/Managing Agent
321 Tayman Park Ave
Las Vegas, NV 89148

Cesar Lee
Attn: Bankruptcy Desk/Managing Agent
8620 Remick Ave
Sun Valley, CA 91352

Cesar Lee
Attn: Bankruptcy Desk/Managing Agent
9658 Marcelline Ave
Las Vegas, NV 89148

Cesar So. Bregaudit
Attn: Bankruptcy Desk/Managing Agent
22163 Wind Flower Place
Santa Clarita CA 91390

Cezar & Alma Cuison
Attn: Bankruptcy Desk/Managing Agent
4314 Cambria St
Fremont, CA 94538

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Cezar & Alma Cuison
Attn: Bankruptcy Desk/Managing Agent
9756 Waukegan Ave
Las Vegas, NV 89148

CF Dominicana Cigars
Attn: Bankruptcy Desk/Managing Agent
1070 Manor Road
Staten Island NY 10314

Chad & Angela Ohira
Attn: Bankruptcy Desk/Managing Agent
9734 Waukegan Ave
Las Vegas, NV 89148

Chad & Kristen Mason
Attn: Bankruptcy Desk/Managing Agent
274 Via Franciosa Dr
Henderson, NV 89011

Chad Ohira
Attn: Bankruptcy Desk/Managing Agent
1302 Echo Wind Avenue
Henderson NV 89052

Chad Rosenberger
Attn: Bankruptcy Desk/Managing Agent
9317 Perennial Ave
Las Vegas, NV 89148

Challenge - T.P.
Attn: Bankruptcy Desk/Managing Agent
1421 South Commerce
Las Vegas NV 89102

Champion Movers, LLC
Attn: Bankruptcy Desk/Managing Agent
3003 S. Valley View Blvd. Ste 120
Las Vegas NV 89102

Chan Family
Attn: Bankruptcy Desk/Managing Agent
1 Forest Gate Cir
Oak Brook, IL 60523

Chan Family
Attn: Bankruptcy Desk/Managing Agent
261 Arbour Garden Ave
Las Vegas, NV 89148

Chance Ojeda
Attn: Bankruptcy Desk/Managing Agent
1220 Olivia Pkwy
Henderson, NV 89011

Chances For Children
Attn: Bankruptcy Desk/Managing Agent
Attn: Timothy Bolen
4040 East San Gabriel
Phoenix AZ 85044

Chang & Shaoing Chang
Attn: Bankruptcy Desk/Managing Agent
258 Crooked Putter Dr
Las Vegas, NV 89148

Chang Family
Attn: Bankruptcy Desk/Managing Agent
1549 Silver Ln
Diamond Bar, CA 91765

Chang Family
Attn: Bankruptcy Desk/Managing Agent
339 Ladies Tee Ct
Las Vegas, NV 89148

Chang Kang
Attn: Bankruptcy Desk/Managing Agent
161 Rancho Maria St
Las Vegas, NV 89148

Chang Yu
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 309
Las Vegas, NV 89113

Chaodong Li
Attn: Bankruptcy Desk/Managing Agent
3269 Quail Hollow Dr
Fairfield, CA 94534

Chaodong Li
Attn: Bankruptcy Desk/Managing Agent
89 Broken Putter Way
Las Vegas, NV 89148

Charina Aumentado
Attn: Bankruptcy Desk/Managing Agent
121 Macoby Run St
Las Vegas, NV 89148

Charito & Fe Biala
Attn: Bankruptcy Desk/Managing Agent
111 Broken Putter Way
Las Vegas, NV 89148

Charito & Fe Biala
Attn: Bankruptcy Desk/Managing Agent
141 W Calayeras Blvd
Milpitas, CA 95035

Charito & Fe Biala
Attn: Bankruptcy Desk/Managing Agent
476 Loch Lomond Ct
Milpitas, CA 95035

Charito & Fe Biala
Attn: Bankruptcy Desk/Managing Agent
6645 Babys Tear Pl
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Charito & Timoteo Paule
Attn: Bankruptcy Desk/Managing Agent
568 Via Colmo Ave
Henderson, NV 89011

Charito & Timoteo Paule
Attn: Bankruptcy Desk/Managing Agent
6 Orino Ct
Matawan, NJ 07747

Charkita McGhee
Attn: Bankruptcy Desk/Managing Agent
7209 Buglehorn St
Las Vegas, NV 89131

Charlene Tibbs
Attn: Bankruptcy Desk/Managing Agent
212 Via Luna Rosa Ct
Henderson, NV 89011

Charles & Clara Nagy
Attn: Bankruptcy Desk/Managing Agent
1045 Via Camelia St
Henderson, NV 89011

Charles & Clara Nagy
Attn: Bankruptcy Desk/Managing Agent
7505 Devon Lane
Chesterland OH 44026

Charles & Dana Parker
Attn: Bankruptcy Desk/Managing Agent
49 Voltaire Ave
Henderson, NV 89002

Charles & Doreen McKee
Attn: Bankruptcy Desk/Managing Agent
7410 Arborcrest Ave
Las Vegas, NV 89131

Charles & Janice Prather
Attn: Bankruptcy Desk/Managing Agent
84 Arcadian Shores St
Las Vegas, NV 89148

Charles & Jill Hatfield
Attn: Bankruptcy Desk/Managing Agent
1066 Via Saint Andrea Pl
Henderson, NV 89011

Charles & Joann Robbins
Attn: Bankruptcy Desk/Managing Agent
7637 Falconwing Ave
Las Vegas, NV 89131

Charles & Joy Osborn
Attn: Bankruptcy Desk/Managing Agent
448 Punto Vallata Dr
Henderson, NV 89011

Charles & Julia Wong
Attn: Bankruptcy Desk/Managing Agent
22 Cobbs Creek Way
Las Vegas, NV 89148

Charles & Linda Corrente
Attn: Bankruptcy Desk/Managing Agent
32 Rancho Maria St
Las Vegas, NV 89148

Charles & Nadine McDowell
Attn: Bankruptcy Desk/Managing Agent
418 Arthur St
Gary, IN 46404

Charles & Nadine McDowell
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 305
Las Vegas, NV 89113

Charles & Nicki Zarganis
Attn: Bankruptcy Desk/Managing Agent
7241 Cottonsparrow St
Las Vegas, NV 89131

Charles & Nicki Zarganis
Attn: Bankruptcy Desk/Managing Agent
916 Evergreen Way
Millbrae, CA 94030

Charles & Rose Dy
Attn: Bankruptcy Desk/Managing Agent
82 Rusty Springs Ct
Las Vegas, NV 89148

Charles & Ruthy Stull
Attn: Bankruptcy Desk/Managing Agent
9570 Verneda Ct
Las Vegas, NV 89147

Charles Blen
Attn: Bankruptcy Desk/Managing Agent
242 Rolling Springs Dr
Las Vegas NV 89148

Charles E. Jack Appraisal
Attn: Bankruptcy Desk/Managing Agent
Charles E. Jack
and Consulting, Inc.
8324 Antler Ridge Avenue
Las Vegas NV 89149-4505

Charles E. Kelly and Associate
Attn: Bankruptcy Desk/Managing Agent
The Kelly Law Building
706 S. Eighth Street
Las Vegas NV 89101

Charles Hawkins
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 204
Las Vegas, NV 89113

Charles Lai
Attn: Bankruptcy Desk/Managing Agent
14446 Cabinda Dr
Hacienda Heights, CA 91745

Charles Lai
Attn: Bankruptcy Desk/Managing Agent
278 Lenape Heights Ave
Las Vegas, NV 89148

Charles M. Damus, Esq., P.C.
Attn: Bankruptcy Desk/Managing Agent
624 South Sixth Street
Las Vegas NV 89101-6920

Charles Sakura
Attn: Bankruptcy Desk/Managing Agent
9416 Arcadia Woods Court
Las Vegas NV 89149

Charles Shepherd
Attn: Bankruptcy Desk/Managing Agent
66 Blaven Dr
Henderson, NV 89002

Charles Snyder
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 310
Las Vegas, NV 89113

Charles Stowe
Attn: Bankruptcy Desk/Managing Agent
5109 Stonewood Dr
Riverside, CA 92506

Charles Stowe
Attn: Bankruptcy Desk/Managing Agent
797 Vortex Ave
Henderson, NV 89002

Charles Tatosian
Attn: Bankruptcy Desk/Managing Agent
29005 Via Pasatiempo
Laguna Niguel, CA 92677

Charles Tatosian
Attn: Bankruptcy Desk/Managing Agent
73 Chateau Whistler Ct
Las Vegas, NV 89148

Charles Taylor
Attn: Bankruptcy Desk/Managing Agent
1055 Via Saint Lucia Pl
Henderson, NV 89011

Charles Vonurff
Attn: Bankruptcy Desk/Managing Agent
1011 Via Calderia Pl
Henderson, NV 89011

Charles& Nadine McDowell
Attn: Bankruptcy Desk/Managing Agent
418 Arthur Street
Gary IN 6404

Charmaine Cenera
Attn: Bankruptcy Desk/Managing Agent
6637 Sea Swallow St
North Las Vegas, NV 89084

Charmaine Cenera
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1129
Las Vegas, NV 89148

Charter Furniture
Attn: Bankruptcy Desk/Managing Agent
Natasha
9401 Whitmore Street
El Monte CA 91733

Chau Nguyen
Attn: Bankruptcy Desk/Managing Agent
506 First On Dr
Las Vegas, NV 89148

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
2160 W. Charleston
Suite M
Las Vegas, NV 89102

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
David
2160 W. Charleston Suite M
Las Vegas NV 89102

Chawla Associates
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 26931
Las Vegas NV 89126

Cheep-Cheep Movers
Attn: Bankruptcy Desk/Managing Agent
1650 Helm Drive
Suite 700
Las Vegas NV 89119

Chefs for Kids, Inc
Attn: Bankruptcy Desk/Managing Agent
1208 Emerywood Court #D
Las Vegas NV 89117

Chelsea Fowl
Attn: Bankruptcy Desk/Managing Agent
1032 Viale Placenza Pl
Henderson, NV 89011

Chelsea Gross
Attn: Bankruptcy Desk/Managing Agent
243 Hickory Heights Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Chelsea Gross
Attn: Bankruptcy Desk/Managing Agent
3047 Via Sarafina Dr
Henderson, NV 89052

Chem-Aqua
Attn: Bankruptcy Desk/Managing Agent
3330 Sunrise Avenue
Suite 107
Las Vegas NV 89101

ChemDry * Las Vegas
Attn: Bankruptcy Desk/Managing Agent
dba: Madison's Cleaning Co,INC
3772 E. Flamingo Road
Las Vegas NV 89121

Cheng Family
Attn: Bankruptcy Desk/Managing Agent
20932 E Walnut Canyon Rd
Walnut, CA 91789

Cheng Family
Attn: Bankruptcy Desk/Managing Agent
314 Dog Leg Dr
Las Vegas, NV 89148

Cherie & Randall Klessig
Attn: Bankruptcy Desk/Managing Agent
724 Tossa De Mar Ave
Henderson, NV 89002

Cherine Cope
Attn: Bankruptcy Desk/Managing Agent
1041 Via Saint Lucia Pl
Henderson, NV 89011

Cherine Cope
Attn: Bankruptcy Desk/Managing Agent
10476 Fancy Fern Street
Las Vegas NV 89123

Cherise Tsujioka
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 214
Las Vegas, NV 89113

Cherlene Abendroth
Attn: Bankruptcy Desk/Managing Agent
645 Lake Rd
Glen Ellyn, IL 60137

Cherlene Abendroth
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 209
Las Vegas, NV 89113

Cherry Rodrigo
Attn: Bankruptcy Desk/Managing Agent
111 Honors Course Dr
Las Vegas, NV 89148

Cherry Tree Design
Attn: Bankruptcy Desk/Managing Agent
320 Pronghorn Trail
Bozeman MT 59718

Cheryl Bernard
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 311
Las Vegas, NV 89113

Cheryl Bernard
Attn: Bankruptcy Desk/Managing Agent
PO Box 336371
N Las Vegas, NV 89033

Cheryl Mowry
Attn: Bankruptcy Desk/Managing Agent
480 Via Stretto Ave
Henderson, NV 89011

Cheryl Turek
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2085
Las Vegas, NV 89148

Cheryl Zinter
Attn: Bankruptcy Desk/Managing Agent
1025 Via Latina St
Henderson, NV 89011

Chester & Sau Ng
Attn: Bankruptcy Desk/Managing Agent
4600 Balboa St Apt A
San Francisco, CA 94121

Chester & Sau Ng
Attn: Bankruptcy Desk/Managing Agent
6861 Baby Jade Ct
Las Vegas, NV 89148

Chevron and Texaco
Attn: Bankruptcy Desk/Managing Agent
Card Services
PO BOX 2001
Concord CA 94529-0001

Cheyenne Plumbing
Attn: Bankruptcy Desk/Managing Agent
Bill Remley
3275 Ali Baba
Las Vegas NV 89118

Chi Passarelli
Attn: Bankruptcy Desk/Managing Agent
171 Cliff Valley Dr
Las Vegas, NV 89148

Chiao Family
Attn: Bankruptcy Desk/Managing Agent
10561 Tank House Dr
Stockton, CA 95209

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Chiao Family
Attn: Bankruptcy Desk/Managing Agent
406 First On Dr
Las Vegas, NV 89148

Chia-wei Liu
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 303
Las Vegas, NV 89113

Chicago Title Acc't Servicing
Attn: Bankruptcy Desk/Managing Agent
1975 Highway 95
Bullhead City AZ 86442

Chicago Title Agency of Nevada
Attn: Bankruptcy Desk/Managing Agent
3993 Howard Hughes Pkwy #120
Las Vegas, NV 89169

Chicago Title Co.
Attn: Bankruptcy Desk/Managing Agent
621 Riverside Drive
Parker AZ 85344

Chicago Title Co.
Attn: Bankruptcy Desk/Managing Agent
9500 West Flamingo Rd.
Suite 140
Las Vegas, NV 89147

Chicago Title Company
Attn: Bankruptcy Desk/Managing Agent
16969 Von Karman
Irvine 92606

Chicago Title Insurance Co.
Attn: Bankruptcy Desk/Managing Agent
2699 E. Andy Devine Ave.
PO Box 3599
Kingman AZ 86401

Chien Chiang
Attn: Bankruptcy Desk/Managing Agent
1711 N Lincoln St
Stillwater, OK 74075

Chien Chiang
Attn: Bankruptcy Desk/Managing Agent
24 Arcadian Shores St
Las Vegas, NV 89148

Chih Chou
Attn: Bankruptcy Desk/Managing Agent
1820 Country Knoll Pl
Hacienda Heights, CA 91745

Chih Chou
Attn: Bankruptcy Desk/Managing Agent
6851 Scarlet Flax St
Las Vegas, NV 89148

Chih-chung Chen
Attn: Bankruptcy Desk/Managing Agent
761 Wigan Pier Dr
Henderson, NV 89002

Chiiko & Hideki Sasaki
Attn: Bankruptcy Desk/Managing Agent
201 Angels Trace Ct
Las Vegas, NV 89148

Ching Family
Attn: Bankruptcy Desk/Managing Agent
519 Capuchino Dr
Millbrae, CA 94030

Ching Family
Attn: Bankruptcy Desk/Managing Agent
80 Sully Creek Ct
Las Vegas, NV 89148

Cho Family
Attn: Bankruptcy Desk/Managing Agent
10221 Centrepark Dr Apt 431
Houston, TX 77043

Cho Family
Attn: Bankruptcy Desk/Managing Agent
221 Arbour Garden Ave
Las Vegas, NV 89148

Choate Well Services
Attn: Bankruptcy Desk/Managing Agent
Water Surveys
PO Box 651
Pietown NM 87827

Choice One Graphics
Attn: Bankruptcy Desk/Managing Agent
Karrie
142 SE Airpark Dr.
Bend OR 97702

Chol & Insook Kye
Attn: Bankruptcy Desk/Managing Agent
512 First On Dr
Las Vegas, NV 89148

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
188 Fairway Woods Dr
Las Vegas, NV 89148

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
200 Fairway Woods Dr
Las Vegas, NV 89148

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
205 Fairway Woods Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
212 Fairway Woods Dr
Las Vegas, NV 89148

Chol & Kyong Kim
Attn: Bankruptcy Desk/Managing Agent
7879 Elk Mountain St
Las Vegas, NV 89113

Chong & Suk Pak
Attn: Bankruptcy Desk/Managing Agent
319 Falcons Fire Ave
Las Vegas, NV 89148

Choong & Soo Beh
Attn: Bankruptcy Desk/Managing Agent
1238 S 57th St
Richmond, CA 94804

Choong & Soo Beh
Attn: Bankruptcy Desk/Managing Agent
388 Palm Trace Ave
Las Vegas, NV 89148

Chorng-tao Yu
Attn: Bankruptcy Desk/Managing Agent
191 Duck Hollow Ave
Las Vegas, NV 89148

Chow Chuang
Attn: Bankruptcy Desk/Managing Agent
73 Laying Up Ct
Las Vegas, NV 89148

Chow Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2103
Las Vegas, NV 89148

Chow Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 1731
Burlingame, CA 94011

Chris & Christina Whatley
Attn: Bankruptcy Desk/Managing Agent
948 Via Canale Dr
Henderson, NV 89011

Chris & Joanne Spach
Attn: Bankruptcy Desk/Managing Agent
796 Wigan Pier Dr
Henderson, NV 89002

Chris Alston
Attn: Bankruptcy Desk/Managing Agent
1000 Viale Placenza Pl
Henderson, NV 89011

Chris Alston
Attn: Bankruptcy Desk/Managing Agent
PO Box 6224
Kingman, AZ 86402

Christensen, Dana
Attn: Bankruptcy Desk/Managing Agent
8993 Crystal Lagoon Court
Las Vegas, NV 89147

Christian & Maria Sapit
Attn: Bankruptcy Desk/Managing Agent
542 Newberry Springs Dr
Las Vegas, NV 89148

Christian Carpentry
Attn: Bankruptcy Desk/Managing Agent
Chris Stoltzfus
5435 N Rainbow Blvd
Las Vegas NV 89130

Christian Hughes Hope
Attn: Bankruptcy Desk/Managing Agent
3113 Barbara Court
Hollywood CA 90068

Christian Olsen
Attn: Bankruptcy Desk/Managing Agent
195 Wicked Wedge Way
Las Vegas, NV 89148

Christian Pedersen
Attn: Bankruptcy Desk/Managing Agent
169 Short Ruff Way
Las Vegas, NV 89148

Christian Sansano
Attn: Bankruptcy Desk/Managing Agent
33 Cobbs Creek Way
Las Vegas, NV 89148

Christian Sansano
Attn: Bankruptcy Desk/Managing Agent
965 Looking Glass Dr
Diamond Bar, CA 91765

Christina Antonucci
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2053
Las Vegas, NV 89148

Christina Armendariz
Attn: Bankruptcy Desk/Managing Agent

Christina Madson
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 313
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Christina Madson
Attn: Bankruptcy Desk/Managing Agent
PO Box 1028
Santa Ynez, CA 93460

Christina Morgan
Attn: Bankruptcy Desk/Managing Agent
6753 Gold Yarrow St
Las Vegas, NV 89148

Christina Strickland
Attn: Bankruptcy Desk/Managing Agent
788 Telfer Ln
Henderson, NV 89002

Christina Wiederholt
Attn: Bankruptcy Desk/Managing Agent
542 Los Dolces St
Las Vegas, NV 89138

Christina Wiederholt
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 202
Las Vegas, NV 89113

Christina Zila
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 310
Las Vegas, NV 89113

Christine Chan
Attn: Bankruptcy Desk/Managing Agent
335 Foster Springs Rd
Las Vegas, NV 89148

Christine Chan
Attn: Bankruptcy Desk/Managing Agent
6311 Arrowhead Pl
Los Angeles, CA 90068

Christine Kakavulias
Attn: Bankruptcy Desk/Managing Agent
3658 Ambergate Ct
Las Vegas, NV 89147

Christine Kakavulias
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2074
Las Vegas, NV 89148

Christine S. Price
Attn: Bankruptcy Desk/Managing Agent
3319 Clifden Lane
Burbank CA 91504

Christine Tran
Attn: Bankruptcy Desk/Managing Agent
9792 Valmeyer Ave
Las Vegas, NV 89148

Christine Wieser
Attn: Bankruptcy Desk/Managing Agent
4600 E. Sunset # 316
Henderson NV 89014

Christine Xie
Attn: Bankruptcy Desk/Managing Agent
6836 Baby Jade Ct
Las Vegas, NV 89148

Christine Yan Xie
Attn: Bankruptcy Desk/Managing Agent
6836 Baby Jade Ct
Las Vegas NV 89148

Christopher & Allison Moderson
Attn: Bankruptcy Desk/Managing Agent
1802 Tiger Creek Ave
Henderson NV 89012

Christopher & Billy Paris
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 306
Las Vegas, NV 89113

Christopher & Cheryl Hill
Attn: Bankruptcy Desk/Managing Agent
347 Center Green Dr
Las Vegas, NV 89148

Christopher & Elizabeth Simmons
Attn: Bankruptcy Desk/Managing Agent
152 Macoby Run St
Las Vegas, NV 89148

Christopher & Jennifer Seaquist
Attn: Bankruptcy Desk/Managing Agent
200 Via Luna Rosa Ct
Henderson, NV 89011

Christopher & Jennifer White
Attn: Bankruptcy Desk/Managing Agent
78 Olimar Ave
Las Vegas, NV 89148

Christopher & Jill Stevers
Attn: Bankruptcy Desk/Managing Agent
1188 Olivia Pkwy
Henderson, NV 89011

Christopher & Joy Striano
Attn: Bankruptcy Desk/Managing Agent
260 Hickory Heights Ave
Las Vegas, NV 89148

Christopher & Kathleen Januik
Attn: Bankruptcy Desk/Managing Agent
791 Alder Green Ave
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Christopher & Laurene Hallman
Attn: Bankruptcy Desk/Managing Agent
320 Falcons Fire Ave
Las Vegas, NV 89148

Christopher & Marisa Scarpulla
Attn: Bankruptcy Desk/Managing Agent
241 Rustic Club Way
Las Vegas, NV 89148

Christopher & Marisa Scarpulla
Attn: Bankruptcy Desk/Managing Agent
2553 Pyramid Pines Dr
Henderson, NV 89052

Christopher & Mary Aldeguer
Attn: Bankruptcy Desk/Managing Agent
282 Via Franciosa Dr
Henderson, NV 89011

Christopher & Mary Aldeguer
Attn: Bankruptcy Desk/Managing Agent
8333 Highland Ranch St
Las Vegas, NV 89131

Christopher & Patricia Nance
Attn: Bankruptcy Desk/Managing Agent
1194 Melia Pl
Placentia, CA 92870

Christopher & Patricia Nance
Attn: Bankruptcy Desk/Managing Agent
275 Fringe Ruff Dr
Las Vegas, NV 89148

Christopher & Suzanne Taddei
Attn: Bankruptcy Desk/Managing Agent
1061 Via Prato Ln
Henderson, NV 89011

Christopher & Suzanne Taddei
Attn: Bankruptcy Desk/Managing Agent
3147 Crane Creek Pl
Eagan, MN 55121

Christopher Bennett
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 113
Las Vegas, NV 89113

Christopher Brooks
Attn: Bankruptcy Desk/Managing Agent
79844 Dandelion Dr
La Quinta, CA 92253

Christopher Brooks
Attn: Bankruptcy Desk/Managing Agent
9256 Perennial Ave
Las Vegas, NV 89148

Christopher Carosella
Attn: Bankruptcy Desk/Managing Agent
201 Rusty Plank Ave
Las Vegas, NV 89148

Christopher Erickson
Attn: Bankruptcy Desk/Managing Agent
9704 Ziegler Ave
Las Vegas, NV 89148

Christopher Fava
Attn: Bankruptcy Desk/Managing Agent
1026 W Webster Rd
Royal Oak, MI 48073

Christopher Fava
Attn: Bankruptcy Desk/Managing Agent
283 Soggy Ruff Way
Las Vegas, NV 89148

Christopher Ford
Attn: Bankruptcy Desk/Managing Agent
273 Broken Par Dr
Las Vegas, NV 89148

Christopher Fuchs
Attn: Bankruptcy Desk/Managing Agent
154 Tall Ruff Dr
Las Vegas, NV 89148

Christopher Gleason
Attn: Bankruptcy Desk/Managing Agent
6820 Scarlet Flax St
Las Vegas, NV 89148

Christopher Hildreth
Attn: Bankruptcy Desk/Managing Agent
3725 Old Valley
Las Vegas NV 89149

Christopher Knowles
Attn: Bankruptcy Desk/Managing Agent
60 Louise White House Habellvill
London Uk N-19 3
England

Christopher Knowles
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 310
Las Vegas, NV 89113

Christopher Peitsch
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 102
Las Vegas, NV 89113

Christopher Peters
Attn: Bankruptcy Desk/Managing Agent
166 Lenape Heights Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Christopher Peters
Attn: Bankruptcy Desk/Managing Agent
5002 Inker St
Houston, TX 77007

Christopher Taddei
Attn: Bankruptcy Desk/Managing Agent
3147 Crane Creek Pl
Eagan, MN 55121

Christopher Taddei
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 203
Las Vegas, NV 89113

Christopher Thweny
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 305
Las Vegas, NV 89113

Christopher Tromba
Attn: Bankruptcy Desk/Managing Agent
7221 Eaglegate St
Las Vegas, NV 89131

Christopher Trott
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2066
Las Vegas, NV 89148

Christopher Welch
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1177
Las Vegas, NV 89147

Christopher Yepes
Attn: Bankruptcy Desk/Managing Agent
9311 Perennial Ave
Las Vegas, NV 89148

Christy Andersen
Attn: Bankruptcy Desk/Managing Agent
276 Scramble Dr
Las Vegas, NV 89148

Christy McKinley
Attn: Bankruptcy Desk/Managing Agent
1057 Via Prato Ln
Henderson, NV 89011

Chubb Group of Ins. Co.
Attn: Bankruptcy Desk/Managing Agent
PO Box 7247-0180
Philadelphia PA 19170-0180

Chuck's Masonry
Attn: Bankruptcy Desk/Managing Agent
7385 Prairie Falcon Road #110
Las Vegas NV 89128

Chul-soo Jo
Attn: Bankruptcy Desk/Managing Agent
1113 Doyle Pl
Mountain View, CA 94040

Chul-soo Jo
Attn: Bankruptcy Desk/Managing Agent
273 Fairway Woods Dr
Las Vegas, NV 89148

Chuma, Todd
Attn: Bankruptcy Desk/Managing Agent
625 Whitney Ranch Dr
Las Vegas, NV 89014

Chungu Lu
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 309
Las Vegas, NV 89113

Church Joshua and Stephanie
Attn: Bankruptcy Desk/Managing Agent
1062 Via Saint Andrea Pl
Henderson, NV 89011

Church Stephen
Attn: Bankruptcy Desk/Managing Agent
405-912 Selkirk Ave
Victoria BC V9A2V1
Canada

Church Stephen
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 204
Las Vegas, NV 89113

Churie Grose
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 311
Las Vegas, NV 89113

Chwen & Lai Guo
Attn: Bankruptcy Desk/Managing Agent
189 Short Ruff Way
Las Vegas, NV 89148

Chwen & Lai Guo
Attn: Bankruptcy Desk/Managing Agent
3906 S Pinehurst Cir
Denver, CO 80235

Chwen & Lee Guo
Attn: Bankruptcy Desk/Managing Agent
131 Short Ruff Way
Las Vegas, NV 89148

Chwen & Lee Guo
Attn: Bankruptcy Desk/Managing Agent
3906 S Pinehurst Cir
Denver, CO 80235

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

CID Reserve Studies, LLC
Attn: Bankruptcy Desk/Managing Agent
3838 N. Central Avenue
Suite 1100
Phoenix AZ 85012

Cindy Gentry
Attn: Bankruptcy Desk/Managing Agent
301 Main St Unit 7C
San Francisco, CA 94105

Cindy Gentry
Attn: Bankruptcy Desk/Managing Agent
465 Via Palermo Dr
Henderson, NV 89011

Cindy Gregory
Attn: Bankruptcy Desk/Managing Agent
8789 Las Olivas Ave
Las Vegas, NV 89147

Cindy Robertson
Attn: Bankruptcy Desk/Managing Agent
18 Pangloss St
Henderson, NV 89002

Cingular Wireless
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 54360
Los Angeles CA 90054-0360

Cingular Wireless
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79075
Phoenix AZ 85062-9075

Cingular Wireless CA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60017
Los Angeles CA 90060-0017

Cintas LOC #F35
Attn: Bankruptcy Desk/Managing Agent
1825 W. Parkside Lane
Phoenix AZ 85027

Cintas LOC #F35
Attn: Bankruptcy Desk/Managing Agent
5432 W. Missouri Ave
Glendale AZ  85301

Circle Software
Attn: Bankruptcy Desk/Managing Agent
2773 Barnet Highway Suite 205
BC V3B 1C2
Coquitlam Canada

Cirilo & Rosanna Valdez
Attn: Bankruptcy Desk/Managing Agent
218 Crooked Putter Dr
Las Vegas, NV 89148

CIT Financial Services
Attn: Bankruptcy Desk/Managing Agent
111 Old Eagle School Rd
Wayne, PA  19087

CIT Financial USA, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 91448
Chicago IL 60693

CIT Group/Sales Financing, Inc
Attn: Bankruptcy Desk/Managing Agent
Mrs. Valeris
715 S. Metropolitan Avenue
P.O. Box 24330
Oklahoma City OK 73124

CIT Technology Fin Serv Inc.
Attn: Bankruptcy Desk/Managing Agent
23896 Network Place
Chicago IL 60673-1238

CIT Technology Financing Services, Inc
Attn: Bankruptcy Desk/Managing Agent
10201 Centurion Pkwy N
Ste 100
Jacksonville, FL 32256-4114

Citibank Texas, N.A.
Attn: Bankruptcy Desk/Managing Agent
Cust/Commercial Loan Operations
P.O. Box 8680
Bryan TX 77805-8680

Citicapital Commercial Corp
Attn: Bankruptcy Desk/Managing Agent
PO Box 168647
Irving, TX 75016-8647

Citicorp Vendor Finance
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 41647
Philadelphia PA 19101-1647

Citimortgage Inc
Attn: Bankruptcy Desk/Managing Agent
%Cr Title Serv
Ofallon, MO 63368

Citimortgage Inc
Attn: Bankruptcy Desk/Managing Agent
1000 Technology Dr # Ms-314
O Fallon, MO 63368

Citimortgage Inc
Attn: Bankruptcy Desk/Managing Agent
9671 Kampsville Ave
Las Vegas, NV 89148

Citimortgage Inc
Attn: Bankruptcy Desk/Managing Agent
9714 Valmeyer Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Citizens Utilities Rural Co.
Attn: Bankruptcy Desk/Managing Agent
3 High Ridge Park
Stamford CT 06905-1390

Citrix Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
6400 N.W. 6th Way
Ft. Lauderdale 33309

City Demolition Disposal
Attn: Bankruptcy Desk/Managing Agent
1020 Schritter Way
Kingman AZ 86401

City National Bank
Attn: Bankruptcy Desk/Managing Agent
PO BOX 60938
Los Angeles CA 90060-0938

City of Boulder City
Attn: Bankruptcy Desk/Managing Agent
PO Box 61350
Boulder City NV 89005

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV 89005-5011

City of Henderson Utility Serv
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 95011
Henderson NV 89009-5011

City of Henderson-Finance Dept
Attn: Bankruptcy Desk/Managing Agent
Business License Division
P.O. Box 95007
Henderson NV 89009-5007

City of Kingman
Attn: Bankruptcy Desk/Managing Agent
412 Oak St.
Kingman AZ 86401

City of Kingman, AZ
Attn: Bankruptcy Desk/Managing Agent
310 North 4th Street
Kingman AZ 86401-5817

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Department of Finance & Business
400 Stewart Avenue
Las Vegas NV 89193

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Elkhorn Springs Imp Dist #505
P.O. Box 52782
Phoenix AZ 85072-2782

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
PO Box 1900
Las Vegas NV 89125

City of Las Vegas (parking)
Attn: Bankruptcy Desk/Managing Agent
Parking Citations & Hearing Offic
P.O. Box 52731
Phoenix AZ 85072-2731

City of Las Vegas NV - Sewer
Attn: Bankruptcy Desk/Managing Agent
Department of Finance & Business
P.O. Box 52794
Phoenix AZ 85072-2794

City of North Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2200 Civic Center Drive
North Las Vegas NV 89030

CKN-Partners, Inc.
Attn: Bankruptcy Desk/Managing Agent
9960 West Cheyenne Ave, Suite 280
Las Vegas NV 89129

Claire Abreu
Attn: Bankruptcy Desk/Managing Agent
168 Duck Hollow Ave
Las Vegas, NV 89148

Claire Damon
Attn: Bankruptcy Desk/Managing Agent
9050 W. Warm Springs # 2170
Las Vegas NV 89148

Clara Sbarra
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 102
Las Vegas, NV 89113

Clarence & Linda Santos
Attn: Bankruptcy Desk/Managing Agent
775 Wigan Pier Dr
Henderson, NV 89002

Clarence Richwalski
Attn: Bankruptcy Desk/Managing Agent
309 Lakewood Garden Dr
Las Vegas, NV 89148

Claritas, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 533028
Atlanta GA 30353-2028

Clark Co Air Quality & Environ
Attn: Bankruptcy Desk/Managing Agent
Management
500 S. Grand Central Pkwy
Las Vegas NV 89155

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Clark Co Bldg Dept
Attn: Bankruptcy Desk/Managing Agent
BRENDA
500 S Grand Central Pkwy
PO Box 553530
Las Vegas NV 89115-3530

Clark Co. Water Reclamation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98523
Las Vegas NV 89193-8526

Clark County
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark County Assessor
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155-1401

Clark County Business License
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy 3rd Flr
PO Bos 551810
Las Vegas NV 89155-1810

Clark County Clerk
Attn: Bankruptcy Desk/Managing Agent
200 Lewis Ave.
3rd Floor
Las Vegas NV 89101

Clark County Clerks Offi
Attn: Bankruptcy Desk/Managing Agent
200 S. Third Street
Las Vegas NV 89155

Clark County Comprehensive
Attn: Bankruptcy Desk/Managing Agent
Planning 500 Grand Central Pkwy
PO BOX 551744
Las Vegas NV 89155-1744

Clark County Department
Attn: Bankruptcy Desk/Managing Agent
of Aviation
P.O.Box 11005
Las Vegas NV 89111-1005

Clark County Fence
Attn: Bankruptcy Desk/Managing Agent
3114 E Charleston
Las Vegas NV 89104

Clark County Fire Dept.
Attn: Bankruptcy Desk/Managing Agent
Accounts Payable
575 East Flamingo Road
Las Vegas NV 89119

Clark County GIS Mangement
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
#4016
Las Vegas NV 89106

Clark County Planning
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark County Public Education
Attn: Bankruptcy Desk/Managing Agent

Clark County Public Work
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 553530
Las Vegas NV 89115-3530

Clark County Recorders
Attn: Bankruptcy Desk/Managing Agent
500 South Grand Central Pkwy
PO Box 551510  2nd Floor
Las Vegas NV 89155-1510

Clark County Sanitation
Attn: Bankruptcy Desk/Managing Agent
5857 East Flamingo
Las Vegas NV 89122

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Clark Diane Separate Property Tr
Attn: Bankruptcy Desk/Managing Agent
372 Arbour Garden Ave
Las Vegas; NV 89148

CLAS Information Services
Attn: Bankruptcy Desk/Managing Agent
2020 Hurley Way
Suite 350
Sacramento CA 95825

CLASS!
Attn: Bankruptcy Desk/Managing Agent
UNLV
Box 451025
Las Vegas NV 89154-1025

Classic Architectural Precast
Attn: Bankruptcy Desk/Managing Agent
1701 Athol Ave.
Henderson NV 89015

Classic Body Shop West
Attn: Bankruptcy Desk/Managing Agent
5785 S Durango
Las Vegas NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Classic Catering
Attn: Bankruptcy Desk/Managing Agent
Harold Mutz
1236 Western
Las Vegas NV 89102

Classic Door & Trim Inc.
Attn: Bankruptcy Desk/Managing Agent
Robb Blenker
4625 Wynn Road
Building B Suite #1
Las Vegas NV 89103

Classic Plumbing Inc
Attn: Bankruptcy Desk/Managing Agent
Tom
3823 Losee Rd.
N Las Vegas NV 89030

Classy Closet, Etc.
Attn: Bankruptcy Desk/Managing Agent
5030 W. Oquendo Rd, # 100
Las Vegas NV 89118-2825

Claude & Joann D'Souza
Attn: Bankruptcy Desk/Managing Agent
175 Short Ruff Way
Las Vegas, NV 89148

Claude & Joann D'Souza
Attn: Bankruptcy Desk/Managing Agent
624 Lynwood St
Thousand Oaks, CA 91360

Claudette Allen
Attn: Bankruptcy Desk/Managing Agent
1125 Via Canale Dr
Henderson, NV 89011

Claudette Allen
Attn: Bankruptcy Desk/Managing Agent
5181 Hickory Cir
Cypress, CA 90630

Claudia Fundulea
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 105
Las Vegas, NV 89113

Claudia Mueller
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 311
Las Vegas, NV 89113

Claudio & Isabel Baratcart
Attn: Bankruptcy Desk/Managing Agent
110 Broken Putter Way
Las Vegas, NV 89148

Clay, Bryan
Attn: Bankruptcy Desk/Managing Agent
3751 S Nellis Blvd
Las Vegas, NV 89121

Clayton Hurst
Attn: Bankruptcy Desk/Managing Agent
9674 Ziegler Ave
Las Vegas, NV 89148

Clayton Rice
Attn: Bankruptcy Desk/Managing Agent
4291 San Alivia Court
Las Vegas NV 89141

Clean Water Pool Serv & Repair
Attn: Bankruptcy Desk/Managing Agent
3430 Purdue Way
Las Vegas NV 89115

Clear Channel Broadcasting Inc
Attn: Bankruptcy Desk/Managing Agent
File Number 91100
Los Angeles CA 90074-1100

Clear Channel Outdoor
Attn: Bankruptcy Desk/Managing Agent
1211 W. Bonanza Road
Las Vegas NV 89106

Clear Media Promotions Inc.
Attn: Bankruptcy Desk/Managing Agent
17332 Irvine Blvd
Tustin CA 92780

Cleotilde Tulio
Attn: Bankruptcy Desk/Managing Agent
7549 Hornblower Ave
Las Vegas, NV 89131

Clifford & Carmenchita Tejada
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 205
Las Vegas, NV 89113

Clifford & Elsie Hanson
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 201
Las Vegas, NV 89113

Cline Reeves
Attn: Bankruptcy Desk/Managing Agent
7220 Buglehorn St
Las Vegas, NV 89131

Clint Hall
Attn: Bankruptcy Desk/Managing Agent
794 Alder Green Ave
Henderson, NV 89002

Clint Sherrill & Assoc., Inc.
Attn: Bankruptcy Desk/Managing Agent
730 San Mateo SE
Albuquerque NM 87108

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Clinton & Pamela House
Attn: Bankruptcy Desk/Managing Agent
9682 Dieterich Ave
Las Vegas, NV 89148

Closet & Storage Concepts
Attn: Bankruptcy Desk/Managing Agent
900 Warm Springs Rd
Suite 105
Henderson NV 89015

Clyde & Ozella Anderson
Attn: Bankruptcy Desk/Managing Agent
4511 Don Ricardo Dr Apt 1
Los Angeles, CA 90008

Clyde & Ozella Anderson
Attn: Bankruptcy Desk/Managing Agent
7217 Cottonsparrow St
Las Vegas, NV 89131

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Chason Memmott
10967 Lampione Street
Las Vegas NV 89141

CMT Incorporation
Attn: Bankruptcy Desk/Managing Agent
1556 E. Flamingo Rd. #106
Las Vegas NV 89119

CNH Capital America LLC
Attn: Bankruptcy Desk/Managing Agent
100 Brubaker Ave
New Holland, PA 17557-1861

Co Orlie Uraca
Attn: Bankruptcy Desk/Managing Agent
387 Center Green Dr
Las Vegas, NV 89148

Co Pablo
Attn: Bankruptcy Desk/Managing Agent
4787 Essen Ct
Las Vegas, NV 89147

Co Pablo
Attn: Bankruptcy Desk/Managing Agent
705 Bermuda Dr
San Mateo, CA 94403

Coast Appliance Parts Co.
Attn: Bankruptcy Desk/Managing Agent
2606 Lee Avenue
So. El Monte CA 91733

Coast West Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
2845 Synergy St Bldg 11
N Las Vegas NV 89030

Coast Wholesale Florist, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 371445
Montara 94037-1445

Coastal Living
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 62349
Tampa FL 33662

Cobb Family
Attn: Bankruptcy Desk/Managing Agent
556 Foster Springs Rd
Las Vegas, NV 89148

Cobb Family
Attn: Bankruptcy Desk/Managing Agent
8663 W Sahara Ave
Las Vegas, NV 89117

Cody Hollis
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 218
Las Vegas, NV 89113

Cohn Real Estate LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Ed Lubieniecki
1801 Centry Park East, Ste. 2400
Los Angeles CA 90067

Coldwell Banker
Attn: Bankruptcy Desk/Managing Agent
Amy Lui
400 Primrose Rd.
Burlingame CA 94010

Coldwell Banker
Attn: Bankruptcy Desk/Managing Agent
The Judd Group, Inc.
321 S. Lake Havasu Avenue
Lake Havasu City AZ 86403

Coldwell Banker Commercial
Attn: Bankruptcy Desk/Managing Agent
321 S. Lake Havasu Avenue
Lake Havasu City AZ 86403

Colin & Fe McGregor
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 207
Las Vegas, NV 89113

Colin & Fe McGregor
Attn: Bankruptcy Desk/Managing Agent
8056 Old Exchange Dr
Colorado Springs, CO 80920

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Colin Gharrity
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 304
Las Vegas, NV 89113

Colin Seale
Attn: Bankruptcy Desk/Managing Agent
4848 Califa Dr
Las Vegas, NV 89122

Colleen & Geoffrey Zimmer
Attn: Bankruptcy Desk/Managing Agent
1041 Via Panfilo Ave
Henderson, NV 89011

Colleen & Geoffrey Zimmer
Attn: Bankruptcy Desk/Managing Agent
116 Boyd Ave
Chittenango, NY 13037

Colleen Zimmer,
Attn: Bankruptcy Desk/Managing Agent
Hummell Real Estate
116 Boyd Ave
Chittenango NY 13037

Collins Family
Attn: Bankruptcy Desk/Managing Agent
9680 Waukegan Ave
Las Vegas, NV 89148

Colonial Bank
Attn: Bankruptcy Desk/Managing Agent
4670 South Fort Apache #250
Las Vegas NV 89147

Colonial Flag
Attn: Bankruptcy Desk/Managing Agent
Les Pendergraft
6313 S. Pecos Rd # 2
Las Vegas NV 89120

Colonial Supplemental Insur
Attn: Bankruptcy Desk/Managing Agent
Processing Center
P.O.Box 1365
Columbia SC 29202-1365

Color Connections
Attn: Bankruptcy Desk/Managing Agent
Russ Doerner
3880 Stockton Hill Rd.
Ste. 103-291
Kingman AZ 86409

Color Gamut Digital Imaging
Attn: Bankruptcy Desk/Managing Agent
1889 E. Maule Ave Unit J
Las Vegas NV 89119

Colours, Inc.
Attn: Bankruptcy Desk/Managing Agent
7373 Peak Drive
Suite 230
Las Vegas NV 89128

Combined Services Inc
Attn: Bankruptcy Desk/Managing Agent
7555 Hicham Avenue
Las Vegas NV 89129

Combs, Kevin
Attn: Bankruptcy Desk/Managing Agent
2086 Dipinto Ave
Henderson, NV 89052

COM-Data, Inc.
Attn: Bankruptcy Desk/Managing Agent
5301 N. Manuel Dr
Las Vegas NV 89149

Comfort Engineering Inc
Attn: Bankruptcy Desk/Managing Agent
John D. Spargo
9175 W. Flamingo Rd.
Las Vegas NV 89147

Command Center
Attn: Bankruptcy Desk/Managing Agent
Kirk Welstad
746 South Boulder Highway
Henderson NV 89015

Commerce Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
c/o Laughlin Associates, Inc.
2533 North Carson Street
Carson City, NV 89706

Commerce Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
George Reinhardt
T & G Investments
4511 W. Cheyenne, Suite 801
N. Las Vegas NV 89032

Commerce Title Company
Attn: Bankruptcy Desk/Managing Agent
8970 W. Tropicana
Las Vegas NV 89147

Commercial Cabinet Company
Attn: Bankruptcy Desk/Managing Agent
3015 E. Post Road
Las Vegas NV 89120

Commercial Federal Bank
Attn: Bankruptcy Desk/Managing Agent
601 S. Rancho Drive
Suite D-30
Las Vegas NV 89106

Commercial Fitness
Attn: Bankruptcy Desk/Managing Agent
6280 S. Pecos, Suite 300
Las Vegas NV 89120

Commercial Hardware
Attn: Bankruptcy Desk/Managing Agent
3725 W Russell Rd
Las Vegas NV 89118

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Commercial Lighting
Attn: Bankruptcy Desk/Managing Agent
and Supply Inc.
3401 Sirius Ave
Las Vegas NV 89102

Community Associations,
Attn: Bankruptcy Desk/Managing Agent
Institute
Department 34793
Alexandria VA 22334-0793

Community Bank
Attn: Bankruptcy Desk/Managing Agent
Susan P.    Direct Line
7676 W. Lake Mead Blvd.
Las Vegas NV 89128

Community Bank of Nevada
Attn: Bankruptcy Desk/Managing Agent
Attn: Matt Lanning
8945 West Russell Rd., Ste 300
Las Vegas NV 89148

Community Capital
Attn: Bankruptcy Desk/Managing Agent
1901 Yacht Truant
Newport Beach 92660

COMP USA, Inc.
Attn: Bankruptcy Desk/Managing Agent
3535 W. Sahara
P. O. Box 200670
Dallas TX 75320-0670

Competitive Edge
Attn: Bankruptcy Desk/Managing Agent
5021 Ixworth Place
Westminster CA 92683

Compeware Technology
Attn: Bankruptcy Desk/Managing Agent
Benjamin Graham
Associates, Inc.
3003 Carlisle St.,Ste 200
Dallas TX 75204

Complete Business Systems
Attn: Bankruptcy Desk/Managing Agent
1601 E. Marble Canyon Dr.
Bullhead City AZ 86442

Computer Contractors Assn.,Inc
Attn: Bankruptcy Desk/Managing Agent
12261 Alison Drive
Camarillo CA 93012-9338

Computer Forms
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 23456
Portland OR 97281-3456

Computer Technical Services
Attn: Bankruptcy Desk/Managing Agent
4275 W Bell Dr Ste #10
Las Vegas NV 89118

ComTech Communications Systems
Attn: Bankruptcy Desk/Managing Agent
4330 W. Desert Inn
Suite E
Las Vegas NV 89102-7636

Concetta & Antonio Bertolami
Attn: Bankruptcy Desk/Managing Agent
2720 Tidewater Ct
Las Vegas, NV 89117

Concetta & Antonio Bertolami
Attn: Bankruptcy Desk/Managing Agent
6682 Bristow Falls Ct
Las Vegas, NV 89148

Conchita Boquiren
Attn: Bankruptcy Desk/Managing Agent
19925 Ralph St
Walnut, CA 91789

Conchita Boquiren
Attn: Bankruptcy Desk/Managing Agent
341 Fringe Ruff Dr
Las Vegas, NV 89148

Concoby, Brian
Attn: Bankruptcy Desk/Managing Agent
280 Spanish Dr
Las Vegas, NV 89110

Concrete Clean Up Solutions
Attn: Bankruptcy Desk/Managing Agent
78030 Calle Barcelona, Suite E
La Quinta CA 92253

Concrete Designs, Inc.
Attn: Bankruptcy Desk/Managing Agent
3650 S Broadmont Dr
Tucson AZ 85713-5247

Concrete Speciality
Attn: Bankruptcy Desk/Managing Agent
Barry Lane
Services, Inc.
1911 N. Fine Avenue, Ste.101
Fresno CA 93717

Concrete Visions, Inc.
Attn: Bankruptcy Desk/Managing Agent
4255 E Charleston Blvd Ste 331
Las Vegas NV 89104

ConCrete, Inc
Attn: Bankruptcy Desk/Managing Agent
Keith Salsbury
252 Sun Pac Avenue
Henderson NV 89015

Conex International
Attn: Bankruptcy Desk/Managing Agent
548 Bluebird Canyon Drive
Laguna Beach CA 92651

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Conferon/FBO Timberline
Attn: Bankruptcy Desk/Managing Agent
Timberline Summit 2004 Conference
427 University Ave
Norwood MA 02062

CONFLUENT 3 LIMITED
Attn: Bankruptcy Desk/Managing Agent
Philip Yarrow
One Parkview Plaza
Oakbrook Terrace, IL 60181

Conner Family
Attn: Bankruptcy Desk/Managing Agent
8 Pangloss St
Henderson, NV 89002

Connie Carpenter
Attn: Bankruptcy Desk/Managing Agent
43 Voltaire Ave
Henderson, NV 89002

Connie Ficarrotta
Attn: Bankruptcy Desk/Managing Agent
35 Sunset Bay St
Las Vegas, NV 89148

Connie Henderson
Attn: Bankruptcy Desk/Managing Agent
65 River Pointe Dr
Winnipeg MB R2M 5N7
Canada

Connie Henderson
Attn: Bankruptcy Desk/Managing Agent
916 Via Stellato St
Henderson, NV 89011

Connie King
Attn: Bankruptcy Desk/Managing Agent
241 Mariposa Way
Henderson NV 89015

Connie Lam
Attn: Bankruptcy Desk/Managing Agent
3215 Hawkwood Rd
Diamond Bar, CA 91765

Connie Lam
Attn: Bankruptcy Desk/Managing Agent
561 Halloran Springs Rd
Las Vegas, NV 89148

Connie Lu
Attn: Bankruptcy Desk/Managing Agent
316 Ladies Tee Ct
Las Vegas, NV 89148

Connie Lu
Attn: Bankruptcy Desk/Managing Agent
9 Legend Hills Dr
Edgewater, NJ 07020

Connie Schellerup
Attn: Bankruptcy Desk/Managing Agent

Conrad & Speranza Penn
Attn: Bankruptcy Desk/Managing Agent
10423 Greta Ave
Buena Park, CA 90620

Conrad & Speranza Penn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2011
Las Vegas, NV 89148

Conrado & Cristina Yabut
Attn: Bankruptcy Desk/Managing Agent
141 Castle Course Ave
Las Vegas, NV 89148

Conrado & Elizabeth Lazo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1017
Las Vegas, NV 89148

Conrado & Elizabeth Lazo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1018
Las Vegas, NV 89148

Conrado & Elizabeth Lazo
Attn: Bankruptcy Desk/Managing Agent
98-1637 Kiawe St
Aiea, HI 96701

Conrado & Elsa Garcia
Attn: Bankruptcy Desk/Managing Agent
257 Rusty Plank Ave
Las Vegas, NV 89148

Conrado & Elsa Garcia
Attn: Bankruptcy Desk/Managing Agent
924 Woodspring Pl
Diamond Bar, CA 91765

Conroy Family
Attn: Bankruptcy Desk/Managing Agent
6723 Gold Yarrow St
Las Vegas, NV 89148

Consolacion & Bonifacio Pabo
Attn: Bankruptcy Desk/Managing Agent
182 Broken Putter Way
Las Vegas, NV 89148

Consolacion & Bonifacio Pabo
Attn: Bankruptcy Desk/Managing Agent
611 E Realty St
Carson, CA 90745

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                                    Served 4/17/2009

Consolidated Mortgage Co
Attn: Bankruptcy Desk/Managing Agent
Lana Wright
1291 Galleria Drive
Henderson NV 89014

Consolidated Office
Attn: Bankruptcy Desk/Managing Agent
Systems
118 W. Commonwealth Ave.
Fullerton CA 92832

Consolidated Reprographi
Attn: Bankruptcy Desk/Managing Agent
702-
345 Clinton St.
Costa Mesa CA 92626-6011

Consolidated Roofing
Attn: Bankruptcy Desk/Managing Agent
Ken Kaiser
737 Susanna Way
Henderson NV 89015

Constable
Attn: Bankruptcy Desk/Managing Agent
Terrie Hicks Case# 04C-020264
309 S Third Street
Las Vegas NV 89155

Constance Carter
Attn: Bankruptcy Desk/Managing Agent
1025 Via Panfilo Ave
Henderson, NV 89011

Constance Carter
Attn: Bankruptcy Desk/Managing Agent
16200 Golden View Dr
Anchorage, AK 99516

Constance Esposito
Attn: Bankruptcy Desk/Managing Agent
7400 Cedar Rae Ave
Las Vegas, NV 89131

Constant Lighting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Doug
4216 N. Pecos Road
Suite #103
Las Vegas NV 89115

Constantin & Alice Abcarian
Attn: Bankruptcy Desk/Managing Agent
5350 White Oak Ave Apt 410
Encino, CA 91316

Constantin & Alice Abcarian
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 206
Las Vegas, NV 89113

Construction Book Express
Attn: Bankruptcy Desk/Managing Agent
30 Oser Avenue Suite 500
Hauppauge NY 11788

Construction Financial
Attn: Bankruptcy Desk/Managing Agent
Management Association
29 Emmons Drive Ste F-50
Princeton NJ 08540

Construction Protective Svcs
Attn: Bankruptcy Desk/Managing Agent
436 West Walnut Street
Gardena CA 90248

Constructive Business Systems
Attn: Bankruptcy Desk/Managing Agent
5310 Harvest Hill Rd
Suite 200
Dallas TX 75230

Consulting Engineers Corp.
Attn: Bankruptcy Desk/Managing Agent
Lynn R. Morris
2131 E. Broadway Rd.
Suite 2
Tempe AZ 85282

Contech Construction Products
Attn: Bankruptcy Desk/Managing Agent
PO Box 232151
Las Vegas NV 89105

Contreras, Eduardo
Attn: Bankruptcy Desk/Managing Agent
3021 Aztec Ave
Las Vegas, NV 89101

Converse Consultants
Attn: Bankruptcy Desk/Managing Agent
731 Pilot Road, Suite H
Las Vegas NV 89119

Conveyor Sales Company
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 60128
Phoenix AZ 85082

Cook Family
Attn: Bankruptcy Desk/Managing Agent
181 Lakewood Garden Dr
Las Vegas, NV 89148

Cooley Family
Attn: Bankruptcy Desk/Managing Agent
1993 S Mesa Dr
Palm Springs, CA 92264

Cooley Family
Attn: Bankruptcy Desk/Managing Agent
324 Via Franciosa Dr
Henderson, NV 89011

Cooley Family
Attn: Bankruptcy Desk/Managing Agent
7421 Aborcrest Ave
Las Vegas, NV 89131

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Cooley Family
Attn: Bankruptcy Desk/Managing Agent
7421 Arborcrest Ave
Las Vegas, NV 89131

Cooper Family
Attn: Bankruptcy Desk/Managing Agent
7208 Cottonsparrow St
Las Vegas, NV 89131

Cooper Family
Attn: Bankruptcy Desk/Managing Agent
7595 W Camero Ave
Las Vegas, NV 89113

Cooper Research
Attn: Bankruptcy Desk/Managing Agent
3396 Skyline View Dr
Reno NV 89509

Copple Family
Attn: Bankruptcy Desk/Managing Agent
3660 Grand Ave
Des Moines, IA 50312

Copple Family
Attn: Bankruptcy Desk/Managing Agent
393 Highland Hills Ct
Las Vegas, NV 89148

Copy Carriers
Attn: Bankruptcy Desk/Managing Agent
19110 S. Vermont Avenue
Gardena CA 90248

Copy Right Video
Attn: Bankruptcy Desk/Managing Agent
1554 18th Street
Santa Monica CA 90404

Corazon & Oscar Torres
Attn: Bankruptcy Desk/Managing Agent
1599 Altham Ct
San Jose, CA 95132

Corazon & Oscar Torres
Attn: Bankruptcy Desk/Managing Agent
233 Rusty Plank Ave
Las Vegas, NV 89148

Corazon Almeda
Attn: Bankruptcy Desk/Managing Agent
85 Laying Up Ct
Las Vegas, NV 89148

Corazon Mojica
Attn: Bankruptcy Desk/Managing Agent
2704 E Division St
National City, CA 91950

Corazon Mojica
Attn: Bankruptcy Desk/Managing Agent
79 Back Spin Ct
Las Vegas, NV 89148

Corby D. Arnold, Esq.
Attn: Bankruptcy Desk/Managing Agent
2965 S. Jones Suite A
Las Vegas NV 89146

Cordova, Sandra
Attn: Bankruptcy Desk/Managing Agent
4708 Montebello Avenue
Las Vegas, NV 89110

Corey Tang
Attn: Bankruptcy Desk/Managing Agent
536 Newberry Springs Dr
Las Vegas, NV 89148

Corinne Halford
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 103
Las Vegas, NV 89113

Corinne Halford
Attn: Bankruptcy Desk/Managing Agent
8951 Lanta Island Ave
Las Vegas, NV 89148

Corinne Milan
Attn: Bankruptcy Desk/Managing Agent
9268 Blue Flax Pl
Las Vegas, NV 89148

Cornerstone Realty Services
Attn: Bankruptcy Desk/Managing Agent
3341 W. Ball Rd.
Anaheim CA 92804

Cornerstone Solutions
Attn: Bankruptcy Desk/Managing Agent
4731 S. Willow Springs Road
La Grange IL 60525

Cornwell, Scott
Attn: Bankruptcy Desk/Managing Agent
8312 Farm Meadow Ave
Las Vegas, NV 89149

Coronado Concrete
Attn: Bankruptcy Desk/Managing Agent
AKA: Coronado Masonry
5620 Stephanie St.
Las Vegas NV 89122

Corporate Challenge
Attn: Bankruptcy Desk/Managing Agent
749 Veterans Memorial Dr.
Las Vegas NV 89101

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                Served 4/17/2009

Corporate Express
Attn: Bankruptcy Desk/Managing Agent
PO Box 95708
Chicago IL 60694-5708

Corporate Images
Attn: Bankruptcy Desk/Managing Agent
10624 S Eastern Avenue Ste A-431
Henderson NV 89052

Corporation Service Company
Attn: Bankruptcy Desk/Managing Agent
2711 Centerville Road
Wilmington DE19808

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankruptcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

CORT Clearance Center
Attn: Bankruptcy Desk/Managing Agent
4855 W. Harmon Ave, Ste B
Las Vegas NV 89103

Cortez, Norma Hemandez
Attn: Bankruptcy Desk/Managing Agent
1332 Scenic Way
Las Vegas, NV 89108

Cory & Susan Wilson
Attn: Bankruptcy Desk/Managing Agent
3411 W River Dr
Mequon, WI 53097

Cory & Susan Wilson
Attn: Bankruptcy Desk/Managing Agent
573 Halloran Springs Rd
Las Vegas, NV 89148

Cory Ahn
Attn: Bankruptcy Desk/Managing Agent
321 Angels Trace Ct
Las Vegas, NV 89148

Cory Mingo
Attn: Bankruptcy Desk/Managing Agent
989 Via Canale Dr
Henderson, NV 89011

Costa Window Treatments, Inc.
Attn: Bankruptcy Desk/Managing Agent
Natalie/Cesar
1 NE 40th Street, #2
Miami FL 33137

Costner, Randall
Attn: Bankruptcy Desk/Managing Agent
78 Anjou
Newport Beach, CA 92657

Country Casual
Attn: Bankruptcy Desk/Managing Agent
Sue
7601 Rickenbacker Dr.
Gaithersburg MD 20879

Country Freight Systems
Attn: Bankruptcy Desk/Managing Agent
Kingman AZ

Country Sampler Decorate Ideas
Attn: Bankruptcy Desk/Managing Agent
Decorate With Paint
P. O. Box 420651
Palm Coast FL 32142-0651

Countrywide Home Loans
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 650070
Dallas TX 75265-0070

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
136 Water Hazard Ln
Las Vegas, NV 89148

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
153 Dog Leg Dr
Las Vegas, NV 89148

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-88
Simi Valley, CA 93065

Countrywide Home Loans Inc
Attn: Bankruptcy Desk/Managing Agent
43 Arcadian Shores St
Las Vegas, NV 89148

Countrywide Realty
Attn: Bankruptcy Desk/Managing Agent
1401 E. Charleston Blvd.
Las Vegas NV 89104

Countrywide Tax Service Corp.
Attn: Bankruptcy Desk/Managing Agent
PO Box 10211-Sv3-24
Van Nuys CA 91410-0211

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

County of Imperial
Attn: Bankruptcy Desk/Managing Agent
Department of Child Support
2795 S. 4th Street
El Centro CA 92243

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Court Trustee BY 0666304
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 513544
Los Angeles CA 90051

CoverEdge
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 14925
Las Vegas NV 89114-4925

Cox Castle & Nicholson, LLP
Attn: Bankruptcy Desk/Managing Agent
2049 Century Park East
28th Floor
Los Angeles CA 90067-3284

Cox Communications
Attn: Bankruptcy Desk/Managing Agent
121 S. Martin Luther King
Las Vegas NV 89106

Cox Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 53262
Phoenix AZ 85072-3262

Coyote Country
Attn: Bankruptcy Desk/Managing Agent
1455 East Tropicana
Suite 800
Las Vegas NV 89119

CPI Refinishing
Attn: Bankruptcy Desk/Managing Agent
4075 Losee Road
N Las Vegas NV 89030

Craig & Christine Kinzer
Attn: Bankruptcy Desk/Managing Agent
7241 Tealwood St
Las Vegas, NV 89131

Craig & Kristin Pasco
Attn: Bankruptcy Desk/Managing Agent
7213 Cottonsparrow St
Las Vegas, NV 89131

Craig & Maria Wilkinson
Attn: Bankruptcy Desk/Managing Agent
789 Vortex Ave
Henderson, NV 89002

Craig D. Guenther, PC
Attn: Bankruptcy Desk/Managing Agent
3037 E Warm Springs Rd #101
Las Vegas, NV 89120

Craig D. Guenther, PC
Attn: Bankruptcy Desk/Managing Agent
3037 East Warm Springs Road
Suite 101
Las Vegas NV 89120-3759

Craig Hammond
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2177
Las Vegas, NV 89148

Craig Ihara, Esq
Attn: Bankruptcy Desk/Managing Agent
820 East Charleston Boulevard
Las Vegas, NV 89104

Craig Johnson
Attn: Bankruptcy Desk/Managing Agent
49 Relda St
Plainview, NY 11803

Craig Johnson
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1154
Las Vegas, NV 89147

Craig Lumpp
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1122
Las Vegas, NV 89147

Craig Moore Enterprises
Attn: Bankruptcy Desk/Managing Agent
5650 West Charleston Blvd., # 7
Las Vegas NV 89146

Craig Plumbing
Attn: Bankruptcy Desk/Managing Agent
1899 Commander Dr.
Lake Havasu City AZ 86403

Creative Metal Solutions
Attn: Bankruptcy Desk/Managing Agent
5190 S. Arville St
Las Vegas NV 89118

Creative Pool Design
Attn: Bankruptcy Desk/Managing Agent
1725 S. Rainbow Blvd. Suite 10
Las Vegas NV 89146

Creative Solutions
Attn: Bankruptcy Desk/Managing Agent
7322 Newman Blvd
Dexter MI 48130

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Creators Showcase
Attn: Bankruptcy Desk/Managing Agent
9649 Maricopa Pt
Las Vegas NV 89109

Credit Bureau Central
Attn: Bankruptcy Desk/Managing Agent
2355 Red Rock Street
Suite 200
Las Vegas NV 89146

Credit Suisse First Boston
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable - IBD
11 Madison Avenue, 11th Floor
New York NY 10010

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

CREDIT SUISSE LOAN FUNDING LLC
Attn: Bankruptcy Desk/Managing Agent
Linda Pace
Eleven Madison Avenue
New York, NY 10010

CREDIT SUISSE LOAN FUNDING LLC
Attn: Bankruptcy Desk/Managing Agent
Tom Lynch
One Madison Avenue, 9th Floor
New York NY 10010

Cristi Olson
Attn: Bankruptcy Desk/Managing Agent
39 Indian Run Way
Las Vegas, NV 89148

Cristina Marquez
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 201
Las Vegas, NV 89113

Cristina Sanedrin
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 206
Las Vegas, NV 89113

Cristopher Zepeda
Attn: Bankruptcy Desk/Managing Agent
299 Falcons Fire Ave
Las Vegas, NV 89148

Criterion Group
Attn: Bankruptcy Desk/Managing Agent
2701 Crimson Canyon Drive
Ste #120
Las Vegas NV 89128

Crowder Family
Attn: Bankruptcy Desk/Managing Agent
15 Chateau Whistler Ct
Las Vegas, NV 89148

Crump Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
3202 E. Foothill Blvd.
Pasadena CA 91107-3109

Crupi, Dino
Attn: Bankruptcy Desk/Managing Agent
1191 Golden Spike Court
Henderson, NV 89014

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
1056 Via Saint Lucia Pl
Henderson, NV 89011

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
1084 San Miguel Canyon Rd Apt J
Watsonville, CA 95076

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
15203 11th St Ste C
Victorville, CA 92395

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
181 Rancho Maria St
Las Vegas, NV 89148

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
20238 Chickasaw Rd
Apple Valley, CA 92307

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
547 Via Ripragrande Ave
Henderson, NV 89011

CRWUA
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1058
Coachella CA 92236

Crystal Grayot
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 305
Las Vegas, NV 89113

CrystalUser.om
Attn: Bankruptcy Desk/Managing Agent
26303 Oak Ridge Drive
Spring TX 77380-1918

CSAM FUNDING I
Attn: Bankruptcy Desk/Managing Agent
Ramin Kamali
11 Madison Avenue
New York NY 10010

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

CSC Diligenz
Attn: Bankruptcy Desk/Managing Agent
Financial Federal Credit, Inc.
17320 Redhill Avenue, Ste 250
Irvine CA 92614

CSI Concrete
Attn: Bankruptcy Desk/Managing Agent
4070 Ponderosa Way
Las Vegas NV 89118

CSI Installations
Attn: Bankruptcy Desk/Managing Agent
6018 Linosa Court
Las Vegas NV 89141

CT Corporation
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4349
Carol Stream IL 60197-4349

CTI
Attn: Bankruptcy Desk/Managing Agent
248 Impassioned Court
Henderson NV 89052

Culligan
Attn: Bankruptcy Desk/Managing Agent
NW 5120
PO Box 1450
Minneapolis MN 54485-5120

Culligan Water Conditioning
Attn: Bankruptcy Desk/Managing Agent
111 S. 4th St.
Kingman AZ 86401

Culpepper Family
Attn: Bankruptcy Desk/Managing Agent
2612 W 134th Pl
Gardena, CA 90249

Culpepper Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2083
Las Vegas, NV 89148

Cumbie, Henry Luther
Attn: Bankruptcy Desk/Managing Agent
6100 Carmen Blvd #2010
Las Vegas, NV 89108

Cummins Rocky Mountain LLC
Attn: Bankruptcy Desk/Managing Agent
Al Franklin
P.O. Box 894418
Los Angeles CA 90189-4418

Cunha Construction Inc
Attn: Bankruptcy Desk/Managing Agent
904 Eugene Cernan St.
Las Vegas NV 89145

Curcuruto, Leonard
Attn: Bankruptcy Desk/Managing Agent
11240 Vintners Lane
Las Vegas, NV 89138

Curtis & Sharon Enk
Attn: Bankruptcy Desk/Managing Agent
9750 Marcelline Ave
Las Vegas, NV 89148

Curtis Ching
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 104
Las Vegas, NV 89113

Curtis Ching
Attn: Bankruptcy Desk/Managing Agent
98-1234 Iliee Pl
Aiea, HI 96701

Curtis Family
Attn: Bankruptcy Desk/Managing Agent
7530 Red Cinder St
Las Vegas, NV 89131

Cushman & Wakefield of Nevada
Attn: Bankruptcy Desk/Managing Agent
Valuation Services
2525 East Camelback Rd, Ste 1000
Phoenix AZ 85016

Cushman & Wakefield Texas,Inc.
Attn: Bankruptcy Desk/Managing Agent
Michael L. Miller
1330 Post Oak Boulevard
Suite 2700
Houston TX 77056

Custom Access Systems
Attn: Bankruptcy Desk/Managing Agent
2255 Crestline Loop
North Las Vegas NV 89030

Custom Asphalt Paving
Attn: Bankruptcy Desk/Managing Agent
5815 Emerald Avenue
Las Vegas NV 89122-7304

Custom Benefit Consultants
Attn: Bankruptcy Desk/Managing Agent
7660 W. Cheyenne, Suite 109
Las Vegas NV 89129

Custom Furniture Rental
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 270037
301 S. Martin Luther King Blvd.
Las Vegas NV 89106

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
ChristianLeCates
P.O. Box 335367
N. Las Vegas NV 89033

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 335367
N. Las Vegas, NV 89033

Custom Insulation, LLC
Attn: Bankruptcy Desk/Managing Agent
2255 Crestline Loop
N Las Vegas NV 89030

Custom Netting
Attn: Bankruptcy Desk/Managing Agent
Marvin Miranda
3990 W. Dewey Dr. #4
Las Vegas NV 89118

Custom Specialties
Attn: Bankruptcy Desk/Managing Agent
2255 Crestline Loop
N. Las Vegas NV 89030

Custom Stone
Attn: Bankruptcy Desk/Managing Agent
Jamie or Terrie
3816 Civic Center Drive
N. Las Vegas NV 89030

CVL Consultants, Inc.
Attn: Bankruptcy Desk/Managing Agent
Darrin Bench
6280 South Valley View, Ste200
Las Vegas NV 89118

Cybul, Danielle
Attn: Bankruptcy Desk/Managing Agent
9100 West Flamingo Road #1047
Las Vegas, NV 89147

Cynthia Donald
Attn: Bankruptcy Desk/Managing Agent
770 Wigan Pier Dr
Henderson, NV 89002

Cynthia Hunter
Attn: Bankruptcy Desk/Managing Agent
1024 Via Canale Dr
Henderson, NV 89011

Cynthia Owens-Thompson
Attn: Bankruptcy Desk/Managing Agent
9460 Los Cotos Ct
Las Vegas, NV 89147

Cynthia Schuman
Attn: Bankruptcy Desk/Managing Agent
9279 Dames Rocket Pl
Las Vegas, NV 89148

Cynthia Tafoya
Attn: Bankruptcy Desk/Managing Agent
6816 Williams Island Ct
Las Vegas, NV 89131

Cynthia Tafoya
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 302
Las Vegas, NV 89113

D & B
Attn: Bankruptcy Desk/Managing Agent
75 Remittance Drive, Suite 1793
Chicago IL 60675-1793

D and N Nevada Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
373 Blue Tee Ct
Las Vegas, NV 89148

D and N Nevada Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
3993 Howard Hughes Pkwy Ste 830
Las Vegas, NV 89169

D and S Castings Inc
Attn: Bankruptcy Desk/Managing Agent
300 Whitehead Rd
Hamilton, NJ 08619

D and S Castings Inc
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 306
Las Vegas, NV 89113

D C Installation Corp.
Attn: Bankruptcy Desk/Managing Agent
4690 Panoramic Court
Las Vegas NV 89129

D D M Properties LLC
Attn: Bankruptcy Desk/Managing Agent
256 Fringe Ruff Dr
Las Vegas, NV 89148

D D M Properties LLC
Attn: Bankruptcy Desk/Managing Agent
425 Anten Gulley Ct
Las Vegas, NV 89148

D D M Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9653 Dieterich Ave
Las Vegas, NV 89148

D Family
Attn: Bankruptcy Desk/Managing Agent
2126 Orchard Mist St
Las Vegas, NV 89135

D Family
Attn: Bankruptcy Desk/Managing Agent
399 Center Green Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

D L Engineering & Controls,Inc
Attn: Bankruptcy Desk/Managing Agent
3550 N. Central Ave.
Suite 1900
Phoenix AZ 85012

D LPaws LLC
Attn: Bankruptcy Desk/Managing Agent
3993 Howard Hughes Pkwy Ste 830
Las Vegas, NV 89169

D LPaws LLC
Attn: Bankruptcy Desk/Managing Agent
9739 Waukegan Ave
Las Vegas, NV 89148

D LPaws LLC
Attn: Bankruptcy Desk/Managing Agent
9762 Valmeyer Ave
Las Vegas, NV 89148

D Rao & Jaya Prasad
Attn: Bankruptcy Desk/Managing Agent
11 Sunshine Coast Ln
Las Vegas, NV 89148

D S C Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
2106 Sewee Indian Ct
Mt Pleasant, SC 29466

D S C Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
925 Via Doccia Ct
Henderson, NV 89011

D W Turner Public Relations
Attn: Bankruptcy Desk/Managing Agent
400 Gold Ave SW Suite 700
Albuquerque NM 87102

D&K Landscape
Attn: Bankruptcy Desk/Managing Agent
4021 E. Patrick Lane
Las Vegas NV 89120

D&L Landscape
Attn: Bankruptcy Desk/Managing Agent
1712 Afton Dr.
Las Vegas NV 89117

D.M. Babij Welding
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 620092
Las Vegas NV 89162-0092

DAB Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
#395
7650 S. McClintock Dr. Suite 103
Tempe AZ 85283-1673

Dae Toon Lee & Yee Waho Ho
Attn: Bankruptcy Desk/Managing Agent
11190 Prado Del Ray Ln.
Las Vegas NV 89141

Dahlberg Plumbing
Attn: Bankruptcy Desk/Managing Agent
172 Samoset Court
Las Vegas NV 89148

Dahwei Wu
Attn: Bankruptcy Desk/Managing Agent
494 Newberry Springs Dr
Las Vegas, NV 89148

Daily Family
Attn: Bankruptcy Desk/Managing Agent
7410 Apple Springs Ave
Las Vegas, NV 89131

Daisy Tolentino
Attn: Bankruptcy Desk/Managing Agent
4502 Eastbrook Ave
Lakewood, CA 90713

Daisy Tolentino
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2163
Las Vegas, NV 89148

Dale & Ann Michaelson
Attn: Bankruptcy Desk/Managing Agent
1021 N Crescent Heights Blvd
Los Angeles, CA 90046

Dale & Ann Michaelson
Attn: Bankruptcy Desk/Managing Agent
1028 Via Gallia St
Henderson, NV 89011

Dale & Leslie Kunkel
Attn: Bankruptcy Desk/Managing Agent
6331 N Whaleback Pl
Tucson, AZ 85750

Dale & Leslie Kunkel
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2141
Las Vegas, NV 89148

Dale & Rachel Eggers
Attn: Bankruptcy Desk/Managing Agent
Dale M. Eggers (Desert Lumber)
5111 N. Cimarron Rd
Las Vegas NV 89149

Dale & Victoria Baldisseri
Attn: Bankruptcy Desk/Managing Agent
324 Rolling Hills Ave
San Mateo, CA 94403

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Dale & Victoria Baldisseri
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1165
Las Vegas, NV 89148

Dale Hiramoto
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 213
Las Vegas, NV 89113

Dale Menning
Attn: Bankruptcy Desk/Managing Agent
241 Via Di Citta Dr
Henderson, NV 89011

Dale's Mobile Welding
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 90004
Henderson NV  89009

Dalida Sanfrancisco
Attn: Bankruptcy Desk/Managing Agent
286 Duck Hollow Ave
Las Vegas, NV 89148

Damasceno & Magdalena Maglalang
Attn: Bankruptcy Desk/Managing Agent
217 Hickory Heights Ave
Las Vegas, NV 89148

Damien Patton
Attn: Bankruptcy Desk/Managing Agent
936 Via Stellato St
Henderson, NV 89011

Damon Masaki
Attn: Bankruptcy Desk/Managing Agent
1077 Via Prato Ln
Henderson, NV 89011

Damon Westphal
Attn: Bankruptcy Desk/Managing Agent
2780 Lincoln Road
Las Vegas NV 89115

Dan Bradley's Glass Corp
Attn: Bankruptcy Desk/Managing Agent
4125 W. Desert Inn
Ste N-105
Las Vegas NV 89102

Dan Demorales and Huynhmai Demorales
Attn: Bankruptcy Desk/Managing Agent
256 Fringe Ruff Drive
Las Vegas, NV 89148

Dan George
Attn: Bankruptcy Desk/Managing Agent
6729 Gold Yarrow St
Las Vegas, NV 89148

Dan Hart & Associates
Attn: Bankruptcy Desk/Managing Agent
3900 Pardise Road Ste 110
Las Vegas NV 89109

Dan Melnick Research, Inc.
Attn: Bankruptcy Desk/Managing Agent
dba. DMR Web Design Services
6005 Loganwood Dr.
Rockville MD 20852

Dana Creath Designs
Attn: Bankruptcy Desk/Managing Agent
c/o Ogata Associates
101 Henry Adams Street
San Francisco CA 94103

Dana Dicillo
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1157
Las Vegas, NV 89147

Dana Shivers
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 205
Las Vegas, NV 89113

Dani Kurtz
Attn: Bankruptcy Desk/Managing Agent
792 Alder Green Ave
Henderson, NV 89002

Danie Rossi
Attn: Bankruptcy Desk/Managing Agent
6824 Baby Jade Ct
Las Vegas, NV 89148

Daniel & Bonita Miramontes
Attn: Bankruptcy Desk/Managing Agent
1221 Hibiscus St
Upland, CA 91784

Daniel & Bonita Miramontes
Attn: Bankruptcy Desk/Managing Agent
291 Broken Par Dr
Las Vegas, NV 89148

Daniel & Brianna Wesolowski
Attn: Bankruptcy Desk/Managing Agent
632 Newberry Springs Dr
Las Vegas, NV 89148

Daniel & Charlene Siciliano
Attn: Bankruptcy Desk/Managing Agent
47 Pangloss St
Henderson, NV 89002

Daniel & Deborah Evertsz
Attn: Bankruptcy Desk/Managing Agent
39 Pelleria Dr
American Canyon, CA 94503

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Daniel & Deborah Evertsz
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 109
Las Vegas, NV 89113

Daniel & Deborah Lyons
Attn: Bankruptcy Desk/Managing Agent
6759 Gold Yarrow St
Las Vegas, NV 89148

Daniel & Elisa Cabal
Attn: Bankruptcy Desk/Managing Agent
181 Fairway Woods Dr
Las Vegas, NV 89148

Daniel & Elisa Cabal
Attn: Bankruptcy Desk/Managing Agent
228 Hookano St
Hilo, HI 96720

Daniel & Farrah Staub
Attn: Bankruptcy Desk/Managing Agent
70 Tall Ruff Drive
Las Vegas NV 89148

Daniel & Judy Delrossi
Attn: Bankruptcy Desk/Managing Agent
7741 Falconwing Ave
Las Vegas, NV 89131

Daniel & Linda-Marie Kot
Attn: Bankruptcy Desk/Managing Agent
7817 Falconwing Ave
Las Vegas, NV 89131

Daniel & Linda-Marie Kot
Attn: Bankruptcy Desk/Managing Agent
9025 Rockville Ave
Las Vegas, NV 89143

Daniel & Maria Pacheco
Attn: Bankruptcy Desk/Managing Agent
102 Short Ruff Way
Las Vegas, NV 89148

Daniel Armstrong
Attn: Bankruptcy Desk/Managing Agent
10279 Evening Primrose Ave
Las Vegas, NV 89135

Daniel Armstrong
Attn: Bankruptcy Desk/Managing Agent
191 Lenape Heights Ave
Las Vegas, NV 89148

Daniel Brennan
Attn: Bankruptcy Desk/Managing Agent
531 Willow Rd E # 2
Staten Island, NY 10314

Daniel Brennan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1102
Las Vegas, NV 89148

Daniel Briggs
Attn: Bankruptcy Desk/Managing Agent
940 Via Stellato St
Henderson, NV 89011

Daniel Brodsky Architect &
Attn: Bankruptcy Desk/Managing Agent
Assoc., Inc
5320 N. 16th St. Suite 204
Phoenix AZ 85016

Daniel Chee
Attn: Bankruptcy Desk/Managing Agent
2116 Castleberry Lane
Las Vegas NV 89156

Daniel Croce
Attn: Bankruptcy Desk/Managing Agent
129 Standing Stone St
Las Vegas, NV 89148

Daniel Donahue
Attn: Bankruptcy Desk/Managing Agent
329 Foster Springs Rd
Las Vegas, NV 89148

Daniel Donahue
Attn: Bankruptcy Desk/Managing Agent
7831 W 95th St
Bloomington, MN 55438

Daniel Entenberg
Attn: Bankruptcy Desk/Managing Agent
383 Center Green Dr
Las Vegas, NV 89148

Daniel Espinoza
Attn: Bankruptcy Desk/Managing Agent
270 Falcons Fire Ave
Las Vegas, NV 89148

Daniel Goodall
Attn: Bankruptcy Desk/Managing Agent
257 Via Di Citta Dr
Henderson, NV 89011

Daniel Gosselin
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 106
Las Vegas, NV 89113

Daniel Hoffman
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 214
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Daniel Hoshiyama
Attn: Bankruptcy Desk/Managing Agent
1436 Moraga St
San Francisco, CA 94122

Daniel Hoshiyama
Attn: Bankruptcy Desk/Managing Agent
7231 Chaparral Cove Ln
Las Vegas, NV 89131

Daniel Hunter
Attn: Bankruptcy Desk/Managing Agent
38 Blaven Dr
Henderson, NV 89002

Daniel Keys
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 304
Las Vegas, NV 89113

Daniel Keys
Attn: Bankruptcy Desk/Managing Agent
PO Box 314
Roxbury, CT 06783

Daniel Kovachev
Attn: Bankruptcy Desk/Managing Agent
131 Cliff Valley Dr
Las Vegas, NV 89148

Daniel Lynch
Attn: Bankruptcy Desk/Managing Agent
202 Tall Ruff Dr
Las Vegas, NV 89148

Daniel McGinn
Attn: Bankruptcy Desk/Managing Agent
1028 Via Di Olivia St
Henderson, NV 89011

Daniel Park
Attn: Bankruptcy Desk/Managing Agent
377 Trailing Putt Way
Las Vegas, NV 89148

Daniel Phee
Attn: Bankruptcy Desk/Managing Agent
149 Honors Course Dr
Las Vegas, NV 89148

Daniel Seaver
Attn: Bankruptcy Desk/Managing Agent
469 Via Stretto Ave
Henderson, NV 89011

Daniel Wathen
Attn: Bankruptcy Desk/Managing Agent
456 Crocus Hill St.
Las Vegas NV 89138-1552

Daniel Westmeyer
Attn: Bankruptcy Desk/Managing Agent
928 Via Stellato St
Henderson, NV 89011

Daniela Slaveva
Attn: Bankruptcy Desk/Managing Agent
252 Dog Leg Dr
Las Vegas, NV 89148

Danielian Associates
Attn: Bankruptcy Desk/Managing Agent
Architecture & Planning
Sixty Corporate Park
Irvine,CA  92606

Danielle & Keith Dunigan
Attn: Bankruptcy Desk/Managing Agent
744 Wigan Pier Dr
Henderson, NV 89002

Danielle Vetter
Attn: Bankruptcy Desk/Managing Agent
294 Harpers Ferry Ave
Las Vegas, NV 89148

Daniell's Septic Tank
Attn: Bankruptcy Desk/Managing Agent
Pumping & Maintenance, Inc.
P.O. Box 1483
Bullhead City AZ 86430

Daniel's West
Attn: Bankruptcy Desk/Managing Agent
5415 S. Cameron #109
Las Vegas NV 89118

Danilo & Emma Mupas
Attn: Bankruptcy Desk/Managing Agent
1087 Moonstone Pl
Chula Vista, CA 91913

Danilo & Emma Mupas
Attn: Bankruptcy Desk/Managing Agent
93 Honors Course Dr
Las Vegas, NV 89148

Danilo & Lolita Fontillas
Attn: Bankruptcy Desk/Managing Agent
12091 Edgecliff Ave
Sylmar, CA 91342

Danilo & Lolita Fontillas
Attn: Bankruptcy Desk/Managing Agent
270 Via Franciosa Dr
Henderson, NV 89011

Danilo & Lolita Fontillas
Attn: Bankruptcy Desk/Managing Agent
294 Via Franciosa Dr
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                   Served 4/17/2009

Danilo & Yolanda Manalo
Attn: Bankruptcy Desk/Managing Agent
1052 Teakwood St
Oxnard, CA 93033

Danilo & Yolanda Manalo
Attn: Bankruptcy Desk/Managing Agent
134 Broken Putter Way
Las Vegas, NV 89148

Danilo Abinales
Attn: Bankruptcy Desk/Managing Agent
482 Newberry Springs Dr
Las Vegas, NV 89148

Danilo Manapat
Attn: Bankruptcy Desk/Managing Agent
1011 Rolling Rdg
New Windsor, NY 12553

Danilo Manapat
Attn: Bankruptcy Desk/Managing Agent
337 Palm Trace Ave
Las Vegas, NV 89148

Daniyal Ziyad
Attn: Bankruptcy Desk/Managing Agent
4808 Califa Dr
Las Vegas, NV 89122

Danny & Donna Dodson
Attn: Bankruptcy Desk/Managing Agent
6814 Scarlet Flax St
Las Vegas, NV 89148

Danny & Tran So
Attn: Bankruptcy Desk/Managing Agent
285 Duck Hollow Ave
Las Vegas, NV 89148

Danny & Violeta Oliva
Attn: Bankruptcy Desk/Managing Agent
149 Water Hazard Ln
Las Vegas, NV 89148

Danny & Violeta Oliva
Attn: Bankruptcy Desk/Managing Agent
154 Agate Way
Hercules, CA 94547

Danny & Yun Kim
Attn: Bankruptcy Desk/Managing Agent
9463 Castillana Ct
Las Vegas, NV 89147

Danny Hou
Attn: Bankruptcy Desk/Managing Agent
242 Rusty Plank Ave
Las Vegas, NV 89148

Danny Miranda
Attn: Bankruptcy Desk/Managing Agent
1074 Via Capassi Way
Henderson, NV 89011

Danny Nguyen
Attn: Bankruptcy Desk/Managing Agent
189 Tall Ruff Dr
Las Vegas, NV 89148

Danny Soloman
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 209
Las Vegas, NV 89113

Danny Winegar
Attn: Bankruptcy Desk/Managing Agent
1204 Olivia Pkwy
Henderson, NV 89011

Dannys Alvarez
Attn: Bankruptcy Desk/Managing Agent
9729 Marcelline Ave
Las Vegas, NV 89148

Dansby's Trucking
Attn: Bankruptcy Desk/Managing Agent
4740 Cindeella Lane
Las Vegas NV 89102

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

Darbee Smith
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 212
Las Vegas, NV 89113

Darbee Smith
Attn: Bankruptcy Desk/Managing Agent
8336 Jeremiahs Lodge Ave
Las Vegas, NV 89131

Darby & Rowena Garcia
Attn: Bankruptcy Desk/Managing Agent
1028 Via Sacra St
Henderson, NV 89011

Darby & Rowena Garcia
Attn: Bankruptcy Desk/Managing Agent
PO Box 315
Union City, CA 94587

Darcy Zavislak
Attn: Bankruptcy Desk/Managing Agent
519 Via Garofano Ave
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                Served 4/17/2009

Darin & Darin Hershey
Attn: Bankruptcy Desk/Managing Agent
640 E Horizon Dr
Henderson, NV 89015

Darin & Darin Hershey
Attn: Bankruptcy Desk/Managing Agent
684 Vortex Ave
Henderson, NV 89002

Darin & Jeannie Olson
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 217
Las Vegas, NV 89113

Darina Gueorguieva
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 208
Las Vegas, NV 89113

Darina Gueorguieva
Attn: Bankruptcy Desk/Managing Agent
Al Mankhool Rd
Al Durrah 3 Bldg App 702 Bur

Dark Promotional Products, Inc
Attn: Bankruptcy Desk/Managing Agent
2450 Chandler Ave., Suite18
Las Vegas NV 89120

Darla Maclean
Attn: Bankruptcy Desk/Managing Agent
10316 Willamette Pl
Las Vegas, NV 89134

Darla Maclean
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 202
Las Vegas, NV 89113

Darlak Construction
Attn: Bankruptcy Desk/Managing Agent
141 Industrial Park Road # 305
Henderson NV 89015-6609

Darlene Falcon &
Attn: Bankruptcy Desk/Managing Agent
Walter Budzinski
595 Double Eagle Ct Suite 2000
Reno NV 89521

Darragh, Patrick
Attn: Bankruptcy Desk/Managing Agent
9125 Spoonbill Ridge Place
Las Vegas, NV 89143

Darrel Hanway
Attn: Bankruptcy Desk/Managing Agent
268 Tie Breaker Ct
Las Vegas, NV 89148

Darrell & Ruth Jackson
Attn: Bankruptcy Desk/Managing Agent
327 Ladies Tee Ct
Las Vegas, NV 89148

Darren & Canada Lytle
Attn: Bankruptcy Desk/Managing Agent
321 Turtle Peak Ave
Las Vegas, NV 89148

Darren & Canada Lytle
Attn: Bankruptcy Desk/Managing Agent
PO Box 9023
Rapid City, SD 57709

Darren & Lauren Kaneshiro
Attn: Bankruptcy Desk/Managing Agent
2600 Campeche Ct
San Ramon, CA 94583

Darren & Lauren Kaneshiro
Attn: Bankruptcy Desk/Managing Agent
763 Wigan Pier Dr
Henderson, NV 89002

Darren Hoelzle
Attn: Bankruptcy Desk/Managing Agent
246 Rustic Club Way
Las Vegas, NV 89148

Darren Wang
Attn: Bankruptcy Desk/Managing Agent
289 Hester Ave
San Francisco, CA 94134

Darren Wang
Attn: Bankruptcy Desk/Managing Agent
9681 Marcelline Ave
Las Vegas, NV 89148

Darrin & Heather Bagnuolo
Attn: Bankruptcy Desk/Managing Agent
5126 Somerset Dr
Las Vegas, NV 89120

Darrin & Heather Bagnuolo
Attn: Bankruptcy Desk/Managing Agent
9570 Castillana Ct
Las Vegas, NV 89147

Darrin & Sandy Schettler
Attn: Bankruptcy Desk/Managing Agent
16 Pangloss St
Henderson, NV 89002

Darryl & Kelly McCullough
Attn: Bankruptcy Desk/Managing Agent
282 Arbour Garden Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Darryl C. Lattimore E.I.
Attn: Bankruptcy Desk/Managing Agent
900 W. Flamingo Rd.
Las Vegas NV 89147

Darryl Tatz
Attn: Bankruptcy Desk/Managing Agent
Bathtub & Sinks Refinishing
PO Box 35591
Las Vegas NV 89133

Dart Helicopter Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 430
414 Industiral Park Rd.
Piney Flats TN 37686

Daryl & Michelle Gilmore
Attn: Bankruptcy Desk/Managing Agent
7411 Cedar Rae Ave
Las Vegas, NV 89131

Dashar Investments LLC
Attn: Bankruptcy Desk/Managing Agent
350 S Center St Ste 500
Reno, NV 89501

Dashar Investments LLC
Attn: Bankruptcy Desk/Managing Agent
9269 Blue Flax Pl
Las Vegas, NV 89148

Data Traq
Attn: Bankruptcy Desk/Managing Agent
Attn: Jan DeMaggio
3500 Embudito NE
Albuquerque NM 87111

Dave Domingo
Attn: Bankruptcy Desk/Managing Agent
13611 Onyx Ct
Lathrop, CA 95330

Dave Domingo
Attn: Bankruptcy Desk/Managing Agent
6695 Aviston St
Las Vegas, NV 89148

David Liu & Associates
Attn: Bankruptcy Desk/Managing Agent
10217 Hawk Bay Place
Las Vegas NV 89144

David & Adella Torchy
Attn: Bankruptcy Desk/Managing Agent
175 Hickory Heights Ave
Las Vegas, NV 89148

David & Carolyn Miller
Attn: Bankruptcy Desk/Managing Agent
16835 Algonquin St # 481
Huntington Beach, CA 92649

David & Carolyn Miller
Attn: Bankruptcy Desk/Managing Agent
566 Halloran Springs Rd
Las Vegas, NV 89148

David & Cathleen Wuerth
Attn: Bankruptcy Desk/Managing Agent
4 North 171 Wiant Rd
West Chicago, IL 60185

David & Cathleen Wuerth
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 208
Las Vegas, NV 89113

David & Elizabeth McDonald
Attn: Bankruptcy Desk/Managing Agent
10486 Stonewillow Dr
Parker, CO 80134

David & Elizabeth McDonald
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 113
Las Vegas, NV 89113

David & Griselda McCasey
Attn: Bankruptcy Desk/Managing Agent
7311 Citrus Valley Ave
Corona, CA 92880

David & Griselda McCasey
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2055
Las Vegas, NV 89148

David & Janet Myers
Attn: Bankruptcy Desk/Managing Agent
23 W 6th St
Antioch, CA 94509

David & Janet Myers
Attn: Bankruptcy Desk/Managing Agent
455 Foster Springs Rd
Las Vegas, NV 89148

David & Janet Prakken
Attn: Bankruptcy Desk/Managing Agent
4939 Conrad Ct
San Diego, CA 92117

David & Janet Prakken
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 201
Las Vegas, NV 89113

David & Jennifer Byron
Attn: Bankruptcy Desk/Managing Agent
32434 Campo Dr
Temecula, CA 92592

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

David & Jennifer Byron
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2096
Las Vegas, NV 89148

David & Joanne Stearn
Attn: Bankruptcy Desk/Managing Agent
22765 Sparrowdell Dr
Calabasas, CA 91302

David & Joanne Stearn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1146
Las Vegas, NV 89148

David & Kamilah Word
Attn: Bankruptcy Desk/Managing Agent
289 Via Di Citta Dr
Henderson, NV 89011

David & Kristy Hayes
Attn: Bankruptcy Desk/Managing Agent
52 Blaven Dr
Henderson, NV 89002

David & Laurie Kellaway
Attn: Bankruptcy Desk/Managing Agent
2975 Lullingstone St
Las Vegas, NV 89135

David & Laurie Kellaway
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 106
Las Vegas, NV 89113

David & Leslie Smythmorse
Attn: Bankruptcy Desk/Managing Agent
7212 Eaglegate St
Las Vegas, NV 89131

David & Lien Gordon
Attn: Bankruptcy Desk/Managing Agent
43 Laying Up Ct
Las Vegas, NV 89148

David & Linda Zanders
Attn: Bankruptcy Desk/Managing Agent
238 Duck Hollow Ave
Las Vegas, NV 89148

David & Lisa Satory
Attn: Bankruptcy Desk/Managing Agent
59 Voltaire Ave
Henderson, NV 89002

David & Lukkana Hodge
Attn: Bankruptcy Desk/Managing Agent
394 Highland Hills Ct
Las Vegas, NV 89148

David & Lynda Leavitt
Attn: Bankruptcy Desk/Managing Agent
35 Pangloss St
Henderson, NV 89002

David & Marean Braucher
Attn: Bankruptcy Desk/Managing Agent
1073 Via Saint Andrea Pl
Henderson, NV 89011

David & Melissa Gardner
Attn: Bankruptcy Desk/Managing Agent
9661 Waukegan Ave
Las Vegas, NV 89148

David & Mira Kim
Attn: Bankruptcy Desk/Managing Agent
187 Real Long Way
Las Vegas, NV 89148

David & Mira Kim
Attn: Bankruptcy Desk/Managing Agent
208 Dog Leg Dr
Las Vegas, NV 89148

David & Patricia Miller
Attn: Bankruptcy Desk/Managing Agent
335 Trailing Putt Way
Las Vegas, NV 89148

David & Patricia Miller
Attn: Bankruptcy Desk/Managing Agent
405 Crystal Dr
Grants Pass, OR 97527

David & Peggy Jackson
Attn: Bankruptcy Desk/Managing Agent
1022 Via Nandina Pl
Henderson, NV 89011

David & Renee Rowlett
Attn: Bankruptcy Desk/Managing Agent
687 Vortex Ave
Henderson, NV 89002

David & Sandra Henderson
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 111
Las Vegas, NV 89113

David & Scott Goodman
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1125
Las Vegas, NV 89147

David & Sharon Chinn
Attn: Bankruptcy Desk/Managing Agent
5601 Laguna Park Dr
Elk Grove, CA 95758

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

David & Sharon Chinn
Attn: Bankruptcy Desk/Managing Agent
9263 Blue Flax Pl
Las Vegas, NV 89148

David & Sonja Hand
Attn: Bankruptcy Desk/Managing Agent
9593 Verneda Ct
Las Vegas, NV 89147

David & Stephen Seto
Attn: Bankruptcy Desk/Managing Agent
1750 Grant Ave Apt D
San Francisco, CA 94133

David & Stephen Seto
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2044
Las Vegas, NV 89148

David & Susan Lloyd
Attn: Bankruptcy Desk/Managing Agent
85 Chateau Whistler Ct
Las Vegas, NV 89148

David & Yupin Shackelford
Attn: Bankruptcy Desk/Managing Agent
470 Newberry Springs Dr
Las Vegas, NV 89148

David A. Palmer
Attn: Bankruptcy Desk/Managing Agent
4475 Ambrigo Drive
Golden Valley AZ 86413

David Anguiano
Attn: Bankruptcy Desk/Managing Agent
7240 Cottonsparrow St
Las Vegas, NV 89131

David B. Gensley
Attn: Bankruptcy Desk/Managing Agent
1139 Sierra Laurel Ct.
Henderson NV  89014

David Baker
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 112
Las Vegas, NV 89113

David Botbyl
Attn: Bankruptcy Desk/Managing Agent
1028 Via Canale Dr
Henderson, NV 89011

David Botbyl
Attn: Bankruptcy Desk/Managing Agent
1028 Via Candle Ave
Henderson, NV 89011

David Brent
Attn: Bankruptcy Desk/Managing Agent
108 Short Ruff Way
Las Vegas, NV 89148

David Brent
Attn: Bankruptcy Desk/Managing Agent
4302 Pickwick Cir
Huntington Beach, CA 92649

David Castle
Attn: Bankruptcy Desk/Managing Agent
6242 Ordaz Avenue #103
Henderson NV 89011

David Corrado
Attn: Bankruptcy Desk/Managing Agent
31 Indian Run Way
Las Vegas, NV 89148

David Corrado
Attn: Bankruptcy Desk/Managing Agent
362 Longspur Rd
Highland Hts, OH 44143

David Due
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 306
Las Vegas, NV 89113

David E. Rau
Attn: Bankruptcy Desk/Managing Agent
3114 E. Claremont Ave.
Phoenix AZ 85016-2356

David Failloux
Attn: Bankruptcy Desk/Managing Agent
371 Center Green Dr
Las Vegas, NV 89148

David Failloux
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

David Family
Attn: Bankruptcy Desk/Managing Agent
262 Arbour Garden Ave
Las Vegas, NV 89148

David Family
Attn: Bankruptcy Desk/Managing Agent
41 Chateau Whistler Ct
Las Vegas, NV 89148

David Fencl
Attn: Bankruptcy Desk/Managing Agent
63 Blaven Dr
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

David Furniture
Attn: Bankruptcy Desk/Managing Agent
711 E. Rosecrans Avenue
Los Angeles CA 90059

David Gonzalez
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 304
Las Vegas, NV 89113

David Gorka
Attn: Bankruptcy Desk/Managing Agent
395 Apple River Ct
Las Vegas, NV 89148

David Groover & Associates
Attn: Bankruptcy Desk/Managing Agent
627 South Seventh Street
Las Vegas NV 89101

David Guetzkow
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 205
Las Vegas, NV 89113

David Haislip
Attn: Bankruptcy Desk/Managing Agent
10876 E. Santa Fe Trail
Scottsdale AZ 85262

David Huckabay
Attn: Bankruptcy Desk/Managing Agent
121 Hazelmere Ln
Las Vegas, NV 89148

David Kasem
Attn: Bankruptcy Desk/Managing Agent
7520 Brittlethorne Ave
Las Vegas, NV 89131

David Kellaway
Attn: Bankruptcy Desk/Managing Agent
9772 Derbyhill Circle
Las Vegas NV 89117

David Lee
Attn: Bankruptcy Desk/Managing Agent
507 Halloran Springs Rd
Las Vegas, NV 89148

David Lee
Attn: Bankruptcy Desk/Managing Agent
7752 Bear Ridge St
Las Vegas, NV 89113

David Lew
Attn: Bankruptcy Desk/Managing Agent
2448 Pepperdale Dr
Rowland Heights, CA 91748

David Lew
Attn: Bankruptcy Desk/Managing Agent
6742 Gold Yarrow St
Las Vegas, NV 89148

David Lo
Attn: Bankruptcy Desk/Managing Agent
609 Over Par Ct
Las Vegas, NV 89148

David M. Brown
Attn: Bankruptcy Desk/Managing Agent
1280 Oliva Parkway
Henderson NV 89011

David Morrow
Attn: Bankruptcy Desk/Managing Agent
795 Vortex Ave
Henderson, NV 89002

David N. Viger Jr., LLC
Attn: Bankruptcy Desk/Managing Agent
1704 Sun Shower Ct.
Henderson NV 89074

David Nizowitz
Attn: Bankruptcy Desk/Managing Agent
765 Wigan Pier Dr
Henderson, NV 89002

David R. Belding
Attn: Bankruptcy Desk/Managing Agent
Gold Strike Hotel & Gambling
P.O.Box 19278
Jean NV 89019

David Raff
Attn: Bankruptcy Desk/Managing Agent
525 N Sycamore Ave Apt 313
Los Angeles, CA 90036

David Raff
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1124
Las Vegas, NV 89147

David Rizzo
Attn: Bankruptcy Desk/Managing Agent
2215 Utopia Pkwy
Whitestone, NY 11357

David Rizzo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1120
Las Vegas, NV 89148

David Scherer
Attn: Bankruptcy Desk/Managing Agent
6638 Babys Tear Pl
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

David Scherer
Attn: Bankruptcy Desk/Managing Agent
937 Granger Farm Way
Las Vegas, NV 89145

David Scialabba
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1097
Las Vegas, NV 89148

David Seto
Attn: Bankruptcy Desk/Managing Agent
1750 Grant Avenue, #D
San Francisco CA 94133

David Shafshak
Attn: Bankruptcy Desk/Managing Agent
9695 Valmeyer Ave
Las Vegas, NV 89148

David Sperry
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 110
Las Vegas, NV 89113

David Steinbrook
Attn: Bankruptcy Desk/Managing Agent
554 Halloran Springs Rd
Las Vegas, NV 89148

David Strong
Attn: Bankruptcy Desk/Managing Agent
1089 Via Canale Dr
Henderson, NV 89011

David Strong
Attn: Bankruptcy Desk/Managing Agent
PO Box 90744
Henderson, NV 89009

David Summers
Attn: Bankruptcy Desk/Managing Agent
1052 Via Saint Lucia Pl
Henderson, NV 89011

David Summers
Attn: Bankruptcy Desk/Managing Agent
806 Buchanan Blvd # 175
Boulder City, NV 89005

David Vapnitsky
Attn: Bankruptcy Desk/Managing Agent
195 Crooked Putter Dr
Las Vegas, NV 89148

David Vivanco
Attn: Bankruptcy Desk/Managing Agent
291 Angels Trace Ct
Las Vegas, NV 89148

David Vivanco
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 628
Bell CA 90201

David Vivanco
Attn: Bankruptcy Desk/Managing Agent
PO Box 39459
Downey, CA 90239

David Vo
Attn: Bankruptcy Desk/Managing Agent
1017 Via Sacra St
Henderson, NV 89011

David Vo
Attn: Bankruptcy Desk/Managing Agent
9550 Bolsa Ave Ste 106
Westminster, CA 92683

David Yanagi
Attn: Bankruptcy Desk/Managing Agent
115 Chateau Whistler Ct
Las Vegas, NV 89148

David Yerick
Attn: Bankruptcy Desk/Managing Agent
9297 Dames Rocket Pl
Las Vegas, NV 89148

Davis, Lisa
Attn: Bankruptcy Desk/Managing Agent
6060 Allred Place #103
Henderson, NV 89011

Davy & Deanna Chavarria
Attn: Bankruptcy Desk/Managing Agent
1052 Via Canale Dr
Henderson, NV 89011

Davy & Deanna Chavarria
Attn: Bankruptcy Desk/Managing Agent
11834 Calle Deposito
El Cajon, CA 92019

Dawn Anderson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1072
Las Vegas, NV 89148

Dawn Francis
Attn: Bankruptcy Desk/Managing Agent
276 White Bluffs St
Las Vegas, NV 89148

Dawn Kearns
Attn: Bankruptcy Desk/Managing Agent
1045 Via Panfilo Ave
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Dawn Riddle
Attn: Bankruptcy Desk/Managing Agent
384 Highland Hills Ct
Las Vegas, NV 89148

Dawn Stepien
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 205
Las Vegas, NV 89113

Day & Night Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
Stacy Chapter (cell)
1220 Earth Court
North Las Vegas NV 89032

Day & Night Sweeping Inc
Attn: Bankruptcy Desk/Managing Agent
7500 W. Lake Mead Blvd-PMB 473
Las Vegas NV 89128

Day Star Construction
Attn: Bankruptcy Desk/Managing Agent
3230 Lark Circle
Las Vegas NV 89121

Day Tile
Attn: Bankruptcy Desk/Managing Agent
683 Roddenberry Avenue
Las Vegas NV 89123

Daysi & Christopher Vancleef
Attn: Bankruptcy Desk/Managing Agent
6724 Gold Yarrow St
Las Vegas, NV 89148

D-Best Tub & Shower Repairs
Attn: Bankruptcy Desk/Managing Agent
5926 Red Rock Circle
Las Vegas NV 89103

DBH Resources, Inc.
Attn: Bankruptcy Desk/Managing Agent
999 North Sepulveda Blvd. Ste 400
El Segundo CA 90245-2731

DBR Enterprises
Attn: Bankruptcy Desk/Managing Agent
3639 El Toro
Las Vegas NV 89129

DC Installation Corp
Attn: Bankruptcy Desk/Managing Agent
6185 S. Valley View
Ste G
Las Vegas NV 89118

DCD Realty
Attn: Bankruptcy Desk/Managing Agent
407 E. Beale Street
Kingman AZ 86401

De La Rosa, Alejandro
Attn: Bankruptcy Desk/Managing Agent
1020 Dumbarton St
Las Vegas, NV 89110

De Lage Landen Fin.
Attn: Bankruptcy Desk/Managing Agent
111 Old Eagle School Rd
Wayne, IN  19087

De Lage Landen Financial Svcs
Attn: Bankruptcy Desk/Managing Agent
Ref No. 000000000515197
P.O. Box 848411
Dallas TX 7258-8411

Dean & Dunn Roofing
Attn: Bankruptcy Desk/Managing Agent
5385 South Cameron
Suite 21
Las Vegas NV 89118

Dean & Susanne Griffith
Attn: Bankruptcy Desk/Managing Agent
7540 Red Cinder St
Las Vegas, NV 89131

Dean Lazarkis
Attn: Bankruptcy Desk/Managing Agent
8734 Stockholm Ave
Las Vegas, NV 89147

Dean Osafi
Attn: Bankruptcy Desk/Managing Agent
4796 Frankfurt Ct
Las Vegas, NV 89147

Dean Tajima
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 201
Las Vegas, NV 89113

Deandra Young
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2153
Las Vegas, NV 89148

Deann Boise
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 108
Las Vegas, NV 89113

Deann Boise
Attn: Bankruptcy Desk/Managing Agent
7412 Bedford Pine Ct
Las Vegas, NV 89113

Deanna Dobek
Attn: Bankruptcy Desk/Managing Agent
504 Beckton Park Ave
Las Vegas, NV 89178

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Deanna Dobek
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 201
Las Vegas, NV 89113

Debbie & Amy Wong
Attn: Bankruptcy Desk/Managing Agent
340 Ladies Tee Ct
Las Vegas, NV 89148

Debbie Gilmore
Attn: Bankruptcy Desk/Managing Agent
7230 Las Vegas NV Blvd #A183
Las Vegas NV 89119

Debora Pope
Attn: Bankruptcy Desk/Managing Agent
396 Apple River Ct
Las Vegas, NV 89148

Deborah Anderson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2050
Las Vegas, NV 89148

Deborah Berlin
Attn: Bankruptcy Desk/Managing Agent
4 Horizon Rd Apt 630
Fort Lee, NJ 07024

Deborah Berlin
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 208
Las Vegas, NV 89113

Deborah Bielak
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 314
Las Vegas, NV 89113

Deborah Brunnmeier
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 308
Las Vegas, NV 89113

Deborah Natansohn
Attn: Bankruptcy Desk/Managing Agent
2824 NE 24 Place
Ft. Lauderdale FL 33305

Debra & Michael Brown
Attn: Bankruptcy Desk/Managing Agent
77 Chateau Whistler Ct
Las Vegas, NV 89148

Debra Stefan
Attn: Bankruptcy Desk/Managing Agent
620 Via Colmo Ave
Henderson, NV 89011

Debt Recovery Solutions, LLC.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 9001
Westbury NY 11590-9001

Dechirico, Danielle D.
Attn: Bankruptcy Desk/Managing Agent
1908 Placid Ravine St
Las Vegas, NV 89117

Deck Systems Nevada Corp
Attn: Bankruptcy Desk/Managing Agent
Erinn Alati
441 Eastgate Road Suite A
Henderson NV  89015

Decorating Ideas
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 420235
Palm Coast FL 32142-0235

Decorative Crafts
Attn: Bankruptcy Desk/Managing Agent
Catherine
50 Chestnut Street
Greenwich CT 06830

Decorators Express
Attn: Bankruptcy Desk/Managing Agent
2055 Randolph Street
Huntington Park CA 90255

Decorize, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 504112
St. Louis MO 63150-4112

Deenamma John
Attn: Bankruptcy Desk/Managing Agent
133 Macoby Run St
Las Vegas, NV 89148

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Del Grosso Floor Covering, Inc
Attn: Bankruptcy Desk/Managing Agent
3170 Ponderosa Way
Las Vegas NV 89118

Delarosa Family
Attn: Bankruptcy Desk/Managing Agent
275 Hickory Heights Ave
Las Vegas, NV 89148

Delarosa Family
Attn: Bankruptcy Desk/Managing Agent
32 Lakewood Cir
San Mateo, CA 94402

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Delarosa Family
Attn: Bankruptcy Desk/Managing Agent
489 Center Green Dr
Las Vegas, NV 89148

Delaware Secretary of State
Attn: Bankruptcy Desk/Managing Agent
Vendor #51-6000279

Delayo Family
Attn: Bankruptcy Desk/Managing Agent
1044 Via Canale Dr
Henderson, NV 89011

Delcon Pest Control
Attn: Bankruptcy Desk/Managing Agent
PO Box 34167
Las Vegas NV 89133

Deletto Family
Attn: Bankruptcy Desk/Managing Agent
465 Via Stretto Ave
Henderson, NV 89011

Dell Account Credit Plan
Attn: Bankruptcy Desk/Managing Agent
Janet Hancock
Dept. 57-0005180029
P.O. Box 9020
Des Moines IA 50368-9020

Dell Business Credit
Attn: Bankruptcy Desk/Managing Agent
Payment Processing Center
PO BOC 5275
Carol Stream IL 60197-5275

Dell Commercial Credit
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 689020
Dept. 50-0059073471
Des Moines IA 50368-9020

Dell Computers LP
Attn: Bankruptcy Desk/Managing Agent
8007663355
c/o Dell USA L.P.
Dept LA21205
Pasadena CA 91185-1205

Dell Financial Services
Attn: Bankruptcy Desk/Managing Agent
Payment Processing Center
4307 Collections Center Drive
Chicago IL 60693

Dell Financial Services, LP
Attn: Bankruptcy Desk/Managing Agent
12234 NIH 35 Bldg. B
Austin, TX 78753-1705

Dell Service Sales
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 22130
Oakland CA 94623

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 2079
Carol Stream IL 60132-2079

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO BOX 7247-6446
Philadelphia PA 19170-6446

Deloitte Financial Advisory
Services LLP
13763 Collections Center Dr.
Chicago IL 60693

Delta Economic Consulting
Attn: Bankruptcy Desk/Managing Agent
Nedra
16869 S.W. 65th Avenue
PMB 379
Portland OR 97035-7865

Deme Manzur
Attn: Bankruptcy Desk/Managing Agent
278 Via Franciosa Dr
Henderson, NV 89011

Demetrius & Darelyn Finister
Attn: Bankruptcy Desk/Managing Agent
643 Chervil Valley Dr
Las Vegas, NV 89138

Demetrius & Darelyn Finister
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1164
Las Vegas, NV 89147

Dempsey Graphics
Attn: Bankruptcy Desk/Managing Agent
Infinity Enterprises, Inc
1932 Bocal Court
Las Vegas NV 89123

Deneault, David
Attn: Bankruptcy Desk/Managing Agent
1803 Ghost Trace Ave
Las Vegas, NV 89183

Denise Longo
Attn: Bankruptcy Desk/Managing Agent
3970 Wainscot Ct.
Las Vegas NV 89147-6838

Denise Longo
Attn: Bankruptcy Desk/Managing Agent
83 Rusty Springs Ct
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Denise Marshall
Attn: Bankruptcy Desk/Managing Agent
8965 Edgeworth Place
Las Vegas NV 89123

Denise Washington
Attn: Bankruptcy Desk/Managing Agent
7221 Cottonsparrow St
Las Vegas, NV 89131

Denitza Gasali
Attn: Bankruptcy Desk/Managing Agent
214 Rusty Plank Ave
Las Vegas, NV 89148

Denitza Larsen
Attn: Bankruptcy Desk/Managing Agent
1031 Via Calderia Pl
Henderson, NV 89011

Denitza Larsen
Attn: Bankruptcy Desk/Managing Agent
1031 Via Caleria Pl
Henderson, NV 89011

Dennis & Alison Carter
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 208
Las Vegas, NV 89113

Dennis & Dorothy Frook
Attn: Bankruptcy Desk/Managing Agent
437 Via Stretto Ave
Henderson, NV 89011

Dennis & Dorothy Frook
Attn: Bankruptcy Desk/Managing Agent
5740 Sumrall Way
Reno, NV 89502

Dennis & Jessica Arca
Attn: Bankruptcy Desk/Managing Agent
4830 Elridge Dr
Rancho Palos Verdes, CA 90275

Dennis & Jessica Arca
Attn: Bankruptcy Desk/Managing Agent
959 Via Canale Dr
Henderson, NV 89011

Dennis & Kathleen Kachinsky
Attn: Bankruptcy Desk/Managing Agent
196 Spring Hollow Dr
Las Vegas, NV 89148

Dennis & Luningning Favis
Attn: Bankruptcy Desk/Managing Agent
19348 Winged Foot Cir
Northridge, CA 91326

Dennis & Luningning Favis
Attn: Bankruptcy Desk/Managing Agent
223 Hickory Heights Ave
Las Vegas, NV 89148

Dennis & Michelle Piedra
Attn: Bankruptcy Desk/Managing Agent
132 Cooks Creek Ct
Las Vegas, NV 89148

Dennis & Nanacy Krzeminski
Attn: Bankruptcy Desk/Managing Agent
22526 Porter St
Novi, MI 48374

Dennis & Nanacy Krzeminski
Attn: Bankruptcy Desk/Managing Agent
61 Sunshine Coast Ln
Las Vegas, NV 89148

Dennis & Suellen Pirages
Attn: Bankruptcy Desk/Managing Agent
608 Via Colmo Ave
Henderson, NV 89011

Dennis & Tessa Khanh
Attn: Bankruptcy Desk/Managing Agent
4649 Stuttgart St
Las Vegas, NV 89147

Dennis & Wendy Peck
Attn: Bankruptcy Desk/Managing Agent
231 Arbour Garden Ave
Las Vegas, NV 89148

Dennis Brotarlo
Attn: Bankruptcy Desk/Managing Agent
30706 Tidewater Dr
Union City, CA 94587

Dennis Brotarlo
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 107
Las Vegas, NV 89113

Dennis Fusi
Attn: Bankruptcy Desk/Managing Agent
151 Rancho Maria St
Las Vegas, NV 89148

Dennis Fusi
Attn: Bankruptcy Desk/Managing Agent
9823 Newville Ave
Downey, CA 90240

Dennis Fusi & Young Kim
Attn: Bankruptcy Desk/Managing Agent
151 Rancho Maria St.
Las Vegas NV 89148

**Rhodes Design and Development Corp. 09-14846 - U.S. Mail**                    Served 4/17/2009

Dennis James Fanta
Attn: Bankruptcy Desk/Managing Agent
1625 S.E.10Th Ave Apt.#1003
Ft. Lauderdale FL 33316

Dennis McDonald
Attn: Bankruptcy Desk/Managing Agent
449 Wright Way
Henderson NV 89015

Dennis Medina
Attn: Bankruptcy Desk/Managing Agent
7110 Atheling Way
West Hills, CA 91307

Dennis Medina
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1111
Las Vegas, NV 89148

Dennis Regan
Attn: Bankruptcy Desk/Managing Agent
52 Cascade Lake St
Las Vegas, NV 89148

Dennis Regan
Attn: Bankruptcy Desk/Managing Agent
PO Box 670
Lincoln City, OR 97367

Denver Newspaper Agency
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 17070
Denver CO 80217-0070

Deoki & Shanta Sharma
Attn: Bankruptcy Desk/Managing Agent
5 Harvest Ln
Freehold, NJ 07728

Deoki & Shanta Sharma
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2099
Las Vegas, NV 89148

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Department of Employment
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 E. Third Street
Carson City NV 89713

Deperio-santos Family
Attn: Bankruptcy Desk/Managing Agent
187 Fortress Course Ct
Las Vegas, NV 89148

Deperio-santos Family
Attn: Bankruptcy Desk/Managing Agent
193 Fortress Course Ct
Las Vegas, NV 89148

Deperio-santos Family
Attn: Bankruptcy Desk/Managing Agent
4391 Lardo Cantata St
Las Vegas, NV 89135

Dept of Motor Vehicles
Attn: Bankruptcy Desk/Managing Agent
Registration Division
Las Vegas NV 89102

Dept. of Buildiing
Attn: Bankruptcy Desk/Managing Agent
Fire & Life Safelty
1110 W. Washington Ste 100
Phoenix AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Dept.of Motor Vehicles Calif.
Attn: Bankruptcy Desk/Managing Agent
2415 1st Ave
Sacramento CA 94269-0001

Derbew & Abrehet Negash
Attn: Bankruptcy Desk/Managing Agent
4777 Ashington St
Las Vegas, NV 89147

Derek Dinehart
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 201
Las Vegas, NV 89113

Derek Hofstetter
Attn: Bankruptcy Desk/Managing Agent
300 E Papago Dr
Flagstaff, AZ 86001

Derek Sola
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1178
Las Vegas, NV 89147

Derentz Family
Attn: Bankruptcy Desk/Managing Agent
527 Via Garofano Ave
Henderson, NV 89011

Desert / Clark County
Attn: Bankruptcy Desk/Managing Agent
Lighting Co.
PO BOX 60451
Las Vegas NV 89160

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Desert Communities
Attn: Bankruptcy Desk/Managing Agent
4730 South Fort Apache Road
Las Vegas NV 89147

Desert Home Electric
Attn: Bankruptcy Desk/Managing Agent
8635 W.Sahara Blvd., # 441
Las Vegas NV 89117

Desert Lincoln Mercury
Attn: Bankruptcy Desk/Managing Agent
Ann Mooney (Henderson NV Chevrole
240 North Gibson Road
Henderson NV  89014

Desert Luck LLC
Attn: Bankruptcy Desk/Managing Agent
%R Rossi
Millersville, MD 21108

Desert Luck LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1035
Las Vegas, NV 89148

Desert Luck LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2035
Las Vegas, NV 89148

Desert Lumber Co
Attn: Bankruptcy Desk/Managing Agent
4950 North Bert
N. Las Vegas NV 89031

Desert Messenger
Attn: Bankruptcy Desk/Managing Agent
Walter Akin
P.O. Box 1187
Quartzsite AZ 85346

Desert Plastering, LLC
Attn: Bankruptcy Desk/Managing Agent
2602 Losee Road
North Las Vegas, NV 89030

Desert Plastering, LLC
Attn: Bankruptcy Desk/Managing Agent
Manny / Jim
2602 Losee Road
North Las Vegas NV 89030

Desert Radiologists
Attn: Bankruptcy Desk/Managing Agent
c/o Professional Billing Ltd.
3090 S. Durango # 200
Las Vegas NV 89117

Desert Ridge Landscaping
Attn: Bankruptcy Desk/Managing Agent
Steve Dodd
3840 Cholla Drive
Lake Havasu City AZ 86406

Desert Sky Realty
Attn: Bankruptcy Desk/Managing Agent
1306 Autumn Wind Way
Henderson NV  89052

Desert Specialties Inc.
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N. Las Vegas NV 89030

Desert Springs Pool& Spa
Attn: Bankruptcy Desk/Managing Agent
Lin Wippel
550 N. Stephanie Rd #A
Henderson NV  89014

Desert Valley Ptg & D/W
Attn: Bankruptcy Desk/Managing Agent
Dennis
2958 N. Commerce #1
North Las Vegas NV 89030

Design Lens, LLC
Attn: Bankruptcy Desk/Managing Agent
15 N. Vista De La Luna
Laguna Beach CA 92651

Design Showcase Interiors
Attn: Bankruptcy Desk/Managing Agent
3585 East Patrick Lane, Suite 700
Las Vegas NV 89120

Design Space Modular Buildings
Attn: Bankruptcy Desk/Managing Agent
Accounts Receivable
2235 Encinitas Blvd., Ste 111
Encinitas, CA 92024-4356

Design Space Modular Buildings
Attn: Bankruptcy Desk/Managing Agent
Frank D'Amelio
Accounts Receivable
2235 Encinitas Blvd., Ste 111
Encinitas CA 92024-4356

Designer Services, LLC
Attn: Bankruptcy Desk/Managing Agent
3585 E. Patrick Ln.  #800
Las Vegas NV 89120

Designscapes, Inc.
Attn: Bankruptcy Desk/Managing Agent
5269 Green Forest Way
Las Vegas NV 89118

Desiree Miller
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 210
Las Vegas, NV 89113

Deuteronomy`s Promise LLC
Attn: Bankruptcy Desk/Managing Agent
51 Blaven Dr
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Deuteronomy's Promise LLC
Attn: Bankruptcy Desk/Managing Agent
785 Tossa De Mar Ave
Henderson, NV 89002

Deutsche Bank
Attn: Bankruptcy Desk/Managing Agent
60 Wall Street
New York NY 10005

Deva McTear
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2165
Las Vegas, NV 89148

DeVault Electric
Attn: Bankruptcy Desk/Managing Agent
1655 Thompson Court
Kingman AZ 86401

Developers Maintenance
Attn: Bankruptcy Desk/Managing Agent
4080 E. Lake Mead Blvd.
#220-C
Las Vegas NV 89115

Development Planning & Finance
Attn: Bankruptcy Desk/Managing Agent
3302 East Indian School,Phoeni
27127 Calle Arroyo
Suite 1910
San Juan Capistrano CA 92675

Devine Flooring LLC
Attn: Bankruptcy Desk/Managing Agent
Cynthia
2153 E. Gordon, Ste E
Kingman AZ 86401

Devon Garratt
Attn: Bankruptcy Desk/Managing Agent
277 Caddy Bag Ct
Las Vegas, NV 89148

Devon Turner
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 206
Las Vegas, NV 89113

Devonshire Group
Attn: Bankruptcy Desk/Managing Agent
1851 East First Street
Suite 1400
Santa Ana CA 92705

Devries Family
Attn: Bankruptcy Desk/Managing Agent
34 Arcadian Shores St
Las Vegas, NV 89148

Devries Family
Attn: Bankruptcy Desk/Managing Agent
52 Sunshine Coast Ln
Las Vegas, NV 89148

Devries Family
Attn: Bankruptcy Desk/Managing Agent
91 Sunshine Coast Ln
Las Vegas, NV 89148

Devries S W LLC
Attn: Bankruptcy Desk/Managing Agent
8299 Hawkshead SE
Byron Center, MI 49315

Devries S W LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2040
Las Vegas, NV 89148

Dewane Ferrin
Attn: Bankruptcy Desk/Managing Agent
692 Harvester Course Dr
Las Vegas NV 89148

Dewane, David
Attn: Bankruptcy Desk/Managing Agent
4432 Blue Royal Drive
Las Vegas, NV 89031

Deyu Gong
Attn: Bankruptcy Desk/Managing Agent
1248 Bretmoor Way
San Jose, CA 95129

Deyu Gong
Attn: Bankruptcy Desk/Managing Agent
617 Over Par Ct
Las Vegas, NV 89148

DFS Acceptance
Attn: Bankruptcy Desk/Managing Agent
P.O Box 99200
Chicago IL 60693

DHL Express
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 4723
Houston TX 77210-4723

Dial Reprographics, Inc
Attn: Bankruptcy Desk/Managing Agent
330 S 3rd Street Ste 910
Las Vegas NV 89101

Diamond Concrete Cutting
Attn: Bankruptcy Desk/Managing Agent
80 Corporate Park Drive
Henderson NV  89074

Diamond Construction
Attn: Bankruptcy Desk/Managing Agent
Rob Smith
7885 Westwind Road.
Las Vegas NV 89139

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Diamond Patios
Attn: Bankruptcy Desk/Managing Agent
12A Sunset Way
Suite 116
Henderson NV 89014

Diamond Spring Water
Attn: Bankruptcy Desk/Managing Agent
2428 Ashfork Ave.
Kingman AZ 86401

Diamond Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
5740 S. Arville St., Suite 205
Las Vegas NV 89118

Dian Neschev
Attn: Bankruptcy Desk/Managing Agent
15 Pangloss St
Henderson, NV 89002

Diana Bryson-Dikes
Attn: Bankruptcy Desk/Managing Agent
473 Via Palermo Dr
Henderson, NV 89011

Diana Paris
Attn: Bankruptcy Desk/Managing Agent
370 Broken Par Dr
Las Vegas, NV 89148

Diane Fox
Attn: Bankruptcy Desk/Managing Agent
7224 Eaglegate St
Las Vegas, NV 89131

Diane Klanitz
Attn: Bankruptcy Desk/Managing Agent
4786 Essen Ct
Las Vegas, NV 89147

Diane Roth
Attn: Bankruptcy Desk/Managing Agent
194 Crooked Putter Dr
Las Vegas, NV 89148

Diane Roth
Attn: Bankruptcy Desk/Managing Agent
PO Box 81746
Las Vegas, NV 89180

Diaz Family
Attn: Bankruptcy Desk/Managing Agent
1121 Raposa Dr
San Jose, CA 95121

Diaz Family
Attn: Bankruptcy Desk/Managing Agent
9558 Verneda Ct
Las Vegas, NV 89147

Diaz, Carlos
Attn: Bankruptcy Desk/Managing Agent
5916 Old Ridge Road
N Las Vegas, NV 89031

Dickinson, Shane
Attn: Bankruptcy Desk/Managing Agent
2713 Knights Bridge Road
Henderson, NV 89074

Diena Liu
Attn: Bankruptcy Desk/Managing Agent
191 Rancho Maria St
Las Vegas, NV 89148

Diena Liu
Attn: Bankruptcy Desk/Managing Agent
277 Palm Trace Ave
Las Vegas, NV 89148

Diena Liu
Attn: Bankruptcy Desk/Managing Agent
280 Tayman Park Ave
Las Vegas, NV 89148

Digitek, Inc.
Attn: Bankruptcy Desk/Managing Agent
2487 South Gilbert Road
Suite 106-412
Gilbert AZ 85296

Dimario Family
Attn: Bankruptcy Desk/Managing Agent
9262 Dames Rocket Pl
Las Vegas, NV 89148

Direct Grading & Paving
Attn: Bankruptcy Desk/Managing Agent
2755 N. Lamont
Las Vegas NV 89115

Directional Concepts Inc.
Attn: Bankruptcy Desk/Managing Agent
15137 Woodlawn Avenue
Tustin 92780

Dirk & Michelle Feinblatt
Attn: Bankruptcy Desk/Managing Agent
791 Telfer Ln
Henderson, NV 89002

Dirk Griffith
Attn: Bankruptcy Desk/Managing Agent
272 Arbour Garden Ave
Las Vegas, NV 89148

Dirk Griffith
Attn: Bankruptcy Desk/Managing Agent
Dirk
272 Arbour Gardens Ave
Las Vegas NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

DIR-OSHA
Attn: Bankruptcy Desk/Managing Agent
Division of Industrial Relations
1301 N. Green Valley Pkwy
Henderson NV 89074

Dirt Man
Attn: Bankruptcy Desk/Managing Agent
dba: Palms Plus
7845 Haven St.
Las Vegas NV 89123

Discount Cellular Accessories
Attn: Bankruptcy Desk/Managing Agent
22935 Ventura Blvd, Suite 228
Woodland Hills CA 91364

Discount Tires Service
Attn: Bankruptcy Desk/Managing Agent
6565 W. Sahara AVe
Las Vegas NV 89102

Distinctive Clean-Up
Attn: Bankruptcy Desk/Managing Agent
Alan Skinner
726 Prospect Avenue
Las Vegas NV 89015

Distinctive Homes Magazine
Attn: Bankruptcy Desk/Managing Agent
PO Box 9277
Canton OH 44711

Distinctive Marble Inc.
Attn: Bankruptcy Desk/Managing Agent
Tony
40 North Mojave Road
Las Vegas NV 89101

Ditillo, Kenneth
Attn: Bankruptcy Desk/Managing Agent
2877 Nikki Ter
Henderson, NV 89074

Div. of Water Resources
Attn: Bankruptcy Desk/Managing Agent
State of Nevada
123 W. Nyle Lane, Ste 246
Carson City NV 89706-0818

Diversified Guardian
Attn: Bankruptcy Desk/Managing Agent
Bill O'Reilly
4132 S. Rainbow Blvd.
Suite 216
Las Vegas NV 89103

Diversified Interests, Inc.
Attn: Bankruptcy Desk/Managing Agent
10777 W. Twain Avenue #333
Las Vegas NV 89135

Diversified Protection Systems
Attn: Bankruptcy Desk/Managing Agent
6672 Boulder Highway
Suite 1
Las Vegas NV 89122

Diversified Realty
Attn: Bankruptcy Desk/Managing Agent
911 N. Buffalo, Suite 201
Las Vegas NV 89128

Divina Estavilla
Attn: Bankruptcy Desk/Managing Agent
162 Macoby Run St
Las Vegas, NV 89148

Divina Estavilla
Attn: Bankruptcy Desk/Managing Agent
340 Tayman Park Ave
Las Vegas, NV 89148

Divine Enterprises
Attn: Bankruptcy Desk/Managing Agent
3595 S. Highland Dr
Suite #4
Las Vegas NV 89103

Dixon & Christine Keller
Attn: Bankruptcy Desk/Managing Agent
221 Lakewood Garden Dr
Las Vegas, NV 89148

D-Lighted
Attn: Bankruptcy Desk/Managing Agent
5046 Spanish Hills Drive
Las Vegas NV 89148

DMD SPECIAL SITUATIONS FUNDING
Attn: Bankruptcy Desk/Managing Agent
Akim Grate/Alexander Chavez
4445 Willard Ave., 12th Floor
Chevy Chase, MD 20815

Dmitry & Lyudmila Vorobiev
Attn: Bankruptcy Desk/Managing Agent
361 Tayman Park Ave
Las Vegas, NV 89148

Dmitry Kosoy
Attn: Bankruptcy Desk/Managing Agent
241 Rusty Plank Ave
Las Vegas, NV 89148

Dmitry Kosoy
Attn: Bankruptcy Desk/Managing Agent
7548 Hampton Ave Apt 302
West Hollywood, CA 90046

DMR Web Designs Services
Attn: Bankruptcy Desk/Managing Agent
6005 Loganwood Dr
Rockville MD 20852

Dmytro Pavlenko
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 303
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Do It Yourself Magazine
Attn: Bankruptcy Desk/Managing Agent
1716 Locust Street
Des Moines IA 50309-3023

Dobbs Family
Attn: Bankruptcy Desk/Managing Agent
222 Cliff Valley Dr
Las Vegas, NV 89148

Dobbs Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 111
Las Vegas, NV 89113

Document Event Videography
Attn: Bankruptcy Desk/Managing Agent
6822 Sebring St.
Las Vegas NV 89103-4302

Dody Gilenson
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 211
Las Vegas, NV 89113

Dog & Pony Show
Attn: Bankruptcy Desk/Managing Agent
3395 S. Jones Blvd.  #328
Las Vegas NV 89146

Dolores Kennedy
Attn: Bankruptcy Desk/Managing Agent
9217 Tulip Trestle Ave
Las Vegas, NV 89148

Domenico Ferraro
Attn: Bankruptcy Desk/Managing Agent
187 Wicked Wedge Way
Las Vegas, NV 89148

Dominador & Josefina Suguitan
Attn: Bankruptcy Desk/Managing Agent
189 Summerwind Dr
Milpitas, CA 95035

Dominador & Josefina Suguitan
Attn: Bankruptcy Desk/Managing Agent
6698 Roanoke Ct
Las Vegas, NV 89148

Dominga & Remegio Alegado
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2082
Las Vegas, NV 89148

Domingo & Nenita Corpuz
Attn: Bankruptcy Desk/Managing Agent
360 Trailing Putt Way
Las Vegas, NV 89148

Domingo & Nenita Corpuz
Attn: Bankruptcy Desk/Managing Agent
5080 Hanawai St Apt G
Lahaina, HI 96761

Dominic Scali
Attn: Bankruptcy Desk/Managing Agent

Dominion Enterprises
Attn: Bankruptcy Desk/Managing Agent
PO BOX 9277
Canton OH 44711

Domino
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 37760
Boone IA 50037

Domus Family
Attn: Bankruptcy Desk/Managing Agent
690 Vortex Ave
Henderson, NV 89002

Don & Domina Alvarico
Attn: Bankruptcy Desk/Managing Agent
6470 Aether St
Las Vegas, NV 89148

Don Hamlin
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 310
Las Vegas, NV 89113

Don Kletzien
Attn: Bankruptcy Desk/Managing Agent
Don
5180 Cameron Street #6
Las Vegas NV 89118

Don Lucier
Attn: Bankruptcy Desk/Managing Agent
224 Locust Valley Ave
Las Vegas, NV 89148

Don Mungcal
Attn: Bankruptcy Desk/Managing Agent
255 S Grand Ave Ste 204
Los Angeles, CA 90012

Don Mungcal
Attn: Bankruptcy Desk/Managing Agent
308 White Bluffs St
Las Vegas, NV 89148

Don Posadas
Attn: Bankruptcy Desk/Managing Agent
1345 Carlton Dr
Glendale, CA 91205

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Don Posadas
Attn: Bankruptcy Desk/Managing Agent
284 Soggy Ruff Way
Las Vegas, NV 89148

Dona and Bliss Rivera
Attn: Bankruptcy Desk/Managing Agent
2951 Siena Heights Dr #1321
Henderson NV 89052

Donald & Debbie Tyree
Attn: Bankruptcy Desk/Managing Agent
28692 W Harvest Glen Cir
Cary, IL 60013

Donald & Debbie Tyree
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2105
Las Vegas, NV 89148

Donald & Jaclyn Palmer
Attn: Bankruptcy Desk/Managing Agent
9690 Valmeyer Ave
Las Vegas, NV 89148

Donald & Lisa Anderson
Attn: Bankruptcy Desk/Managing Agent
7411 Hornblower Ave
Las Vegas, NV 89131

Donald & Maria Moscato
Attn: Bankruptcy Desk/Managing Agent
1513 71st St
Darien, IL 60561

Donald & Maria Moscato
Attn: Bankruptcy Desk/Managing Agent
231 Cliff Valley Dr
Las Vegas, NV 89148

Donald & Marie Sears
Attn: Bankruptcy Desk/Managing Agent
6783 Gold Yarrow St
Las Vegas, NV 89148

Donald & Robyn Vines
Attn: Bankruptcy Desk/Managing Agent
7204 Buglehorn St
Las Vegas, NV 89131

Donald & Tracy Manning
Attn: Bankruptcy Desk/Managing Agent
54 Blaven Dr
Henderson, NV 89002

Donald I. Rogers
Attn: Bankruptcy Desk/Managing Agent
738 Rocky Trial Road
Henderson NV 89014

Donald Klement
Attn: Bankruptcy Desk/Managing Agent
956 Via Stellato St
Henderson, NV 89011

Donald Nelson
Attn: Bankruptcy Desk/Managing Agent
P O Box 36790
Las Vegas NV 89133

Donald Rech
Attn: Bankruptcy Desk/Managing Agent
103 Short Ruff Way
Las Vegas, NV 89148

Donald Rech
Attn: Bankruptcy Desk/Managing Agent
1240 24 Th Rd
Ulysses, NE 68669

Donald Reynolds
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 305
Las Vegas, NV 89113

Donald Snyder
Attn: Bankruptcy Desk/Managing Agent
4711 Califa Dr
Las Vegas, NV 89122

Donaldson Family
Attn: Bankruptcy Desk/Managing Agent
349 Lakewood Garden Dr
Las Vegas, NV 89148

Done Right Plumbing Inc.
Attn: Bankruptcy Desk/Managing Agent
3872 Raymert Drive
Las Vegas NV 89121

Dong & Kitty Lee
Attn: Bankruptcy Desk/Managing Agent
123 Broken Putter Way
Las Vegas, NV 89148

Dong Cho
Attn: Bankruptcy Desk/Managing Agent
21812 Sheppard Dr
Eagle River, AK 99577

Dong Cho
Attn: Bankruptcy Desk/Managing Agent
343 Center Green Dr
Las Vegas, NV 89148

Dong Family
Attn: Bankruptcy Desk/Managing Agent
1165 Helen Dr
Millbrae, CA 94030

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Dong Family
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 110
Las Vegas, NV 89113

Dong Kim
Attn: Bankruptcy Desk/Managing Agent
159 Rusty Plank Ave
Las Vegas, NV 89148

Donghia Furniture
Attn: Bankruptcy Desk/Managing Agent
Traci Rock/John Bolin
485 Broadway
New York NY 10013

Donna & Benjamin Owyoung
Attn: Bankruptcy Desk/Managing Agent
2213 Delvin Way
South San Francisco, CA 94080

Donna & Benjamin Owyoung
Attn: Bankruptcy Desk/Managing Agent
270 Tayman Park Ave
Las Vegas, NV 89148

Donna Duke
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 113
Las Vegas, NV 89113

Donna Hruska
Attn: Bankruptcy Desk/Managing Agent
574 Newberry Springs Dr
Las Vegas, NV 89148

Donna Kokosky
Attn: Bankruptcy Desk/Managing Agent
997 Via Canale Dr
Henderson, NV 89011

Donna Liu
Attn: Bankruptcy Desk/Managing Agent
535 Via Ripagrande Ave
Henderson, NV 89011

Donovan Burns
Attn: Bankruptcy Desk/Managing Agent
6150 W. 14400 S
Herriman UT 84096

Donovan Burns
Attn: Bankruptcy Desk/Managing Agent
7198 Pine Barrens
Las Vegas NV 89148

Don's Office Products
Attn: Bankruptcy Desk/Managing Agent
216 N. 5th Street
Kingmen AZ 86401-5818

Doran & Kerry Blanchfield
Attn: Bankruptcy Desk/Managing Agent
7208 Buglehorn St
Las Vegas, NV 89131

Dorel Vorindan
Attn: Bankruptcy Desk/Managing Agent
3482 Hera St.
Las Vegas NV 89117

Dorian Family
Attn: Bankruptcy Desk/Managing Agent
101 Lakewood Garden Dr
Las Vegas, NV 89148

Dorian Family
Attn: Bankruptcy Desk/Managing Agent
10300 Charleston Blvd # 13-249
Las Vegas, NV 89135

Doris Barton
Attn: Bankruptcy Desk/Managing Agent
280 Fairway Woods Dr
Las Vegas, NV 89148

Doris Barton
Attn: Bankruptcy Desk/Managing Agent
9420 Angelfish Dr
Las Vegas, NV 89117

Doris Basil-Ibegbulam
Attn: Bankruptcy Desk/Managing Agent
1029 Via Latina St
Henderson, NV 89011

Doris Basil-Ibegbulam
Attn: Bankruptcy Desk/Managing Agent
6265 Canebrake Court
Las Vegas, NV 89141

Doris Miller
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 104
Las Vegas, NV 89113

Dorothy Cherene
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 203
Las Vegas, NV 89113

Dorothy Garrett
Attn: Bankruptcy Desk/Managing Agent
9568 Los Cotos
Las Vegas NV 89147

Dorothy Marbury, Trustee
Attn: Bankruptcy Desk/Managing Agent
861 N. Nellis Blvd
Las Vegas NV 89110

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Dorsett, John
Attn: Bankruptcy Desk/Managing Agent
2900 El Camino #243
Las Vegas, NV 89102

Double A Electric, LLC
Attn: Bankruptcy Desk/Managing Agent
580 West Cheyenne Avenue Ste 100
N. Las Vegas NV 89030

Doucet, Anna P.
Attn: Bankruptcy Desk/Managing Agent
6 Chambers Street
Las Vegas, NV 89115

Doug Pfannenstiel
Attn: Bankruptcy Desk/Managing Agent
1032 Via Canale Dr
Henderson, NV 89011

Dougall Family
Attn: Bankruptcy Desk/Managing Agent
11 Indian Run Way
Las Vegas, NV 89148

Douglas & Jane Bell
Attn: Bankruptcy Desk/Managing Agent
750 Wigan Pier Dr
Henderson, NV 89002

Douglas & Jill Forester
Attn: Bankruptcy Desk/Managing Agent
280 Broken Par Dr
Las Vegas, NV 89148

Douglas & Kimberly Eckrote
Attn: Bankruptcy Desk/Managing Agent
4484 Normandy Ct
Long Grove, IL 60047

Douglas & Kimberly Eckrote
Attn: Bankruptcy Desk/Managing Agent
55 Laying Up Ct
Las Vegas, NV 89148

Douglas & Mona Canada
Attn: Bankruptcy Desk/Managing Agent
464 Via Palermo Dr
Henderson, NV 89011

Douglas & Patricia Foertsch
Attn: Bankruptcy Desk/Managing Agent
976 Via Canale Dr
Henderson, NV 89011

Douglas & Sylvia Einfeld
Attn: Bankruptcy Desk/Managing Agent
435 Casa Rio Dr
Kelowna BC V1Z 3L6
Canada

Douglas & Sylvia Einfeld
Attn: Bankruptcy Desk/Managing Agent
599 Center Green Dr
Las Vegas, NV 89148

Douglas Busch
Attn: Bankruptcy Desk/Managing Agent
7510 Bridlehorne Ave
Las Vegas, NV 89131

Douglas E. Swallow
Attn: Bankruptcy Desk/Managing Agent
2940 Majestic Heights
Las Vegas NV 89117

Douglas Epley
Attn: Bankruptcy Desk/Managing Agent
11105 N 1115 St #1102
Scottsdale AZ 85259

Douglas Halwa
Attn: Bankruptcy Desk/Managing Agent
374 Blue Tee Ct
Las Vegas, NV 89148

Douglas Halwa
Attn: Bankruptcy Desk/Managing Agent
8949-107A Ave
Grand Prairie AB
Canada

Douglas Vetter
Attn: Bankruptcy Desk/Managing Agent
1133 Westchester Ave
White Plains, NY 10604

Douglas Vetter
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1121
Las Vegas, NV 89148

Dow Jones & Company, Inc
Attn: Bankruptcy Desk/Managing Agent
OCR Processing
P.O. Box 931
Chicopee MA 01021-0931

Down by the River Finish Carpe
Attn: Bankruptcy Desk/Managing Agent
Scott Pinger
3108 Leawood Drive #B
Lake Havasu City AZ 86404

Down Syndrome Organization
Attn: Bankruptcy Desk/Managing Agent
of Southern Nevada
5300 Vegas Drive
Las Vegas NV 89108-2347

Downey Brand, LLP
Attn: Bankruptcy Desk/Managing Agent
downeybrand.com
Attorneys-at-Law
555 Capitol Mall, 10th Floor
Sacramento CA 95814

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Dr. Drywall & Paint,Too
Attn: Bankruptcy Desk/Managing Agent
2408 Santa Clara St
Las Vegas NV 89104

Dr. Kincaid Chair Lo
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 925
Lanoir NC 28645

Drake Asphalt & Concrete
Attn: Bankruptcy Desk/Managing Agent
Systems
PO BOX 231749
Las Vegas NV 89105

Drazan & Tanja Marinovic
Attn: Bankruptcy Desk/Managing Agent
195 Dog Leg Dr
Las Vegas, NV 89148

Drew Asphalt Paving, Inc.
Attn: Bankruptcy Desk/Managing Agent
4510 N. Valadez St.
Las Vegas NV 89129

Drew Baker
Attn: Bankruptcy Desk/Managing Agent
9271 Orchid Pansy Ave
Las Vegas, NV 89148

DRI Research Foundation
Attn: Bankruptcy Desk/Managing Agent
Attn: Hilary Crowley
755 East Flamingo Road
Las Vegas NV 89119

DRI Residential Corporation
Attn: Bankruptcy Desk/Managing Agent
17182 Armstrong Avenue
Irvine, CA 92614

DRI Residential Corporation
Attn: Bankruptcy Desk/Managing Agent
Corporate Office
17182 Armstrong Avenue
Irvine CA 92614

Drina Fried
Attn: Bankruptcy Desk/Managing Agent
1035 Via Sanguinella St
Henderson, NV 89011

Drina Fried
Attn: Bankruptcy Desk/Managing Agent
120 Westbluff Ct
Bakersfield, CA 93305

DriveSavers Data Recovery, Inc
Attn: Bankruptcy Desk/Managing Agent
400 Bel Marin Keys Blvd.
Novato CA 94949

Dror Midany
Attn: Bankruptcy Desk/Managing Agent
6772 Gold Yarrow St
Las Vegas, NV 89148

D'Style
Attn: Bankruptcy Desk/Managing Agent
Sharon/Steve
c/o Quantum Resources
13030 Inglewood Ave. #200
Hawthorne CA 90250

DTG Operations, Inc.
Attn: Bankruptcy Desk/Managing Agent
Subrogation Department
Dept. 927
Tulsa OK 74182

Duffy, Patrick
Attn: Bankruptcy Desk/Managing Agent
10986 Iris Canyon Lane
Las Vegas, NV 89135

Duger Haul It All, Inc.
Attn: Bankruptcy Desk/Managing Agent
845 Rolling Hills Plz. N.
Lake Havasu City AZ 86406

Duk & Yong Chong
Attn: Bankruptcy Desk/Managing Agent
373 Highland Hills Ct
Las Vegas, NV 89148

Duke Family
Attn: Bankruptcy Desk/Managing Agent
59 Big Creek Ct
Las Vegas, NV 89148

Duke Family
Attn: Bankruptcy Desk/Managing Agent
6778 Gold Yarrow St
Las Vegas, NV 89148

Dulce & Geraldo Matias
Attn: Bankruptcy Desk/Managing Agent
495 Foster Springs Rd
Las Vegas, NV 89148

Dun & Bradstreet
Attn: Bankruptcy Desk/Managing Agent
75 Remittance Dr Suite 1793
Chicago IL 0675-1793

Duncan, William
Attn: Bankruptcy Desk/Managing Agent
6000 Flaming Coral Lane
Las Vegas, NV 89130

Dunn Edwards Corporation
Attn: Bankruptcy Desk/Managing Agent
4885 East 52nd Place
Los Angeles CA 90040-2884

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Dunn Leasing LLC
Attn: Bankruptcy Desk/Managing Agent
9705 Marcelline Ave
Las Vegas, NV 89148

Dunn Leasing LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 28100
Las Vegas, NV 89126

Duo Darlison
Attn: Bankruptcy Desk/Managing Agent
10809 Silver Lace Ln
Las Vegas, NV 89135

Duo Darlison
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 308
Las Vegas, NV 89113

Dusko & Lidija Zivanovic
Attn: Bankruptcy Desk/Managing Agent
9899 Marcelline Ave
Las Vegas, NV 89148

Dust Busters Air Quality, LLC
Attn: Bankruptcy Desk/Managing Agent
3433 Losee Road # 5
North Las Vegas NV 89030

Dust Down Water Trucks
Attn: Bankruptcy Desk/Managing Agent
300 E. Houston Avenue
Gilbert AZ 85234

Dustin Fitz
Attn: Bankruptcy Desk/Managing Agent
242 Fairway Woods Dr
Las Vegas, NV 89148

Dwell
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5100
Harlan IA 51593

Dwight & Guia Cabellon
Attn: Bankruptcy Desk/Managing Agent
472 Foster Springs Rd
Las Vegas, NV 89148

Dwight & Guia Cabellon
Attn: Bankruptcy Desk/Managing Agent
8382 Snowden Ave
Panorama City, CA 91402

Dwight Harris
Attn: Bankruptcy Desk/Managing Agent
786 Craigmark Ct
Henderson, NV 89002

Dwight Hayes
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1937
Dolan Springs AZ 86441

Dwillis Family
Attn: Bankruptcy Desk/Managing Agent
799 Telfer Ln
Henderson, NV 89002

Dwillis Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 62055
Boulder City, NV 89006

Dwyan W. Woodland
Attn: Bankruptcy Desk/Managing Agent
Arrow Air Conditioning
1776 Cottonwood Lane
Mohave Valley AZ 86440

Dylan Ltd.
Attn: Bankruptcy Desk/Managing Agent
c/o James E Garrett
4911 Mission Bay Drive
Las Vegas NV 89113-1350

Dynamic Heating & Air
Attn: Bankruptcy Desk/Managing Agent
of Nevada, Inc.
3315 Birtcher Drive
Las Vegas NV 89118

Dynamic Heating & Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
3315 Birtcher Drive
Las Vegas, NV 89118

Dynamic Plumbing Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
4745 Copper Sage Street
Las Vegas NV 89115

Dynasty Cultured Marble Prod.
Attn: Bankruptcy Desk/Managing Agent
3099 Sycamore Ave.
Kingman AZ 86401

Dyntek Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
1453 Paysphere Circle
Chicago, IL 60674-0014

Dyntek Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
Scott
1453 Paysphere Circle
Chicago IL 60674-0014

E & D Company, PLLC
Attn: Bankruptcy Desk/Managing Agent
4943 N. 29th E Ste. A
Idaho Falls ID 83401

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

E.O.C.
Attn: Bankruptcy Desk/Managing Agent
1705 Anderson Avenue
Compton CA 90220

Eade Family
Attn: Bankruptcy Desk/Managing Agent
64 Tall Ruff Dr
Las Vegas, NV 89148

Eagle Chemical Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 11033
Fort Mojave AZ 86427

Eagle Fence Company
Attn: Bankruptcy Desk/Managing Agent
Chip Lorin
P.O. Box 12386
Bullhead City AZ 86429

Eagle Heights HOA at Elkhorn Springs
Attn: Bankruptcy Desk/Managing Agent
c/o Leroy M. Thompson
3373 Wynn Road, Suite C
Las Vegas, NV  89102

Eagle Jet Aviation
Attn: Bankruptcy Desk/Managing Agent
Van Nuys office
5220 Haven St.
Suite 105
Las Vegas NV 89119

Eagle Painting & Drywall Inc.
Attn: Bankruptcy Desk/Managing Agent
Paul Baker
6225 Harrison Dr
Suite 1
Las Vegas, NV 89120

Eagle Promotions
Attn: Bankruptcy Desk/Managing Agent
4575 W. Post Road
Suite 100
Las Vegas NV 89118

Eagle Quest
Attn: Bankruptcy Desk/Managing Agent
4312 Evans Ridge Court
Las Vegas NV 89129

Eamon & Jessie Springall
Attn: Bankruptcy Desk/Managing Agent
134 Corey Creek Ct
Las Vegas, NV 89148

Earl Pointer
Attn: Bankruptcy Desk/Managing Agent
5011 Pachic Village Dr
Carpinteria, CA 93013

Earl Pointer
Attn: Bankruptcy Desk/Managing Agent
9258 Prairie Aster Pl
Las Vegas, NV 89148

Earl Wong
Attn: Bankruptcy Desk/Managing Agent
9668 Ziegler Ave
Las Vegas, NV 89148

Earnest & Rachel Coe
Attn: Bankruptcy Desk/Managing Agent
247 Dog Leg Dr
Las Vegas, NV 89148

Earnest Elliott
Attn: Bankruptcy Desk/Managing Agent
157 Honors Course Dr
Las Vegas, NV 89148

Earth Development
Attn: Bankruptcy Desk/Managing Agent
7777 Hauck Street
PO Box 36717
Las Vegas NV 89139-0101

EarthCalc Inc.
Attn: Bankruptcy Desk/Managing Agent
909 15 St. , Suite 6
Modesto CA 95354

EarthLink Network, Inc.
Attn: Bankruptcy Desk/Managing Agent
ATTN: VANESSA
PO BOX 6452
Carol Stream IL 60197-6452

EarthLink Network, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO BOX 6452
Carol Stream, IL 60197-6452

East & West Coast Supplies Inc
Attn: Bankruptcy Desk/Managing Agent
3004 Avenue J
Brooklyn NY 11210

Eastgate Realty Corp
Attn: Bankruptcy Desk/Managing Agent
7010 165th Pl SW
Edmonds, WA 98026

Eastgate Realty Corp
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1025
Las Vegas, NV 89148

Eastgate Realty Corp
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1028
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
7019 165th Pl SW
Edmonds, WA 98026

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1026
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1027
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2025
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2026
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2027
Las Vegas, NV 89148

Eastgate Realty Corporation
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2028
Las Vegas, NV 89148

Eastridge Temps
Attn: Bankruptcy Desk/Managing Agent
4220 S. Maryland Prkwy,Ste 205
Las Vegas NV 89119

Ebbin Moser + Skaggs LLP
Attn: Bankruptcy Desk/Managing Agent
550 Montgomery St., Suite 900
San Francisco CA 94111

Ecamerafilms.com
Attn: Bankruptcy Desk/Managing Agent
60 South 2nd Street
Suite K
Deer Park MD 11729

ECamSecure Inc.
Attn: Bankruptcy Desk/Managing Agent
436 W. Walnut St.
Gardena CA 90248

Echeverria Family
Attn: Bankruptcy Desk/Managing Agent
202 Waterton Lakes Ave
Las Vegas, NV 89148

Echeverria Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 7696
Ventura, CA 93006

Echo Storage Options
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6487
Kingman AZ 86402-6487

Eclips Family
Attn: Bankruptcy Desk/Managing Agent
343 Harpers Ferry Ave
Las Vegas, NV 89148

Econ Appliance
Attn: Bankruptcy Desk/Managing Agent
Greg Stamm
6630 Arroyo Springs St.
ste 1200
Las Vegas NV 89113

Economy Movers
Attn: Bankruptcy Desk/Managing Agent
4287 W. Swift
P.O. Box 7624
Fresno CA 93747

Ed & Paige Song
Attn: Bankruptcy Desk/Managing Agent
366 Blackstone River Ave
Las Vegas, NV 89148

Eddie & Abundia Pancipanci
Attn: Bankruptcy Desk/Managing Agent
577 Over Par Ct
Las Vegas, NV 89148

Eddie & Abundia Pancipanci
Attn: Bankruptcy Desk/Managing Agent
87-126 Helelua St Apt D202
Waianae, HI 96792

Eddie & Fannie Lam
Attn: Bankruptcy Desk/Managing Agent
1172 Earnest St
Hercules, CA 94547

Eddie & Fannie Lam
Attn: Bankruptcy Desk/Managing Agent
211 Tayman Park Ave
Las Vegas, NV 89148

Eddie Hunter
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 214
Las Vegas, NV 89113

Eddy-li Yin
Attn: Bankruptcy Desk/Managing Agent
1129 Fairview Ave Unit C2
Arcadia, CA 91007

Eddy-li Yin
Attn: Bankruptcy Desk/Managing Agent
364 Ladies Tee Ct
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Edelman
Attn: Bankruptcy Desk/Managing Agent
Teddy & Arthur Edelman
80 Pickett District Road
New Milford CT 06776

Ederlyn & Arnulfo Alcaraz
Attn: Bankruptcy Desk/Managing Agent
9712 Marcelline Ave
Las Vegas, NV 89148

Edgar Camey
Attn: Bankruptcy Desk/Managing Agent
307 Yoakum Pkwy Apt 1508
Alexandria, VA 22304

Edgar Camey
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1067
Las Vegas, NV 89148

Edgar Manvelyan
Attn: Bankruptcy Desk/Managing Agent
310 Tayman Park Ave
Las Vegas, NV 89148

Edgar Manvelyan
Attn: Bankruptcy Desk/Managing Agent
466 Riverdale Dr Apt 208
Glendale, CA 91204

Edgar McDowell
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 204
Las Vegas, NV 89113

Edgardo & Irma Valdivieso
Attn: Bankruptcy Desk/Managing Agent
30 Laying Up Ct
Las Vegas, NV 89148

Edgardo & Ligaya Simon
Attn: Bankruptcy Desk/Managing Agent
5499 Carbillo Sur
El Sobrante, CA 94803

Edgardo & Ligaya Simon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1142
Las Vegas, NV 89148

Edgardo & Maria Crisostomo
Attn: Bankruptcy Desk/Managing Agent
6621 Babys Tear Pl
Las Vegas, NV 89148

Edgardo & Maria Crisostomo
Attn: Bankruptcy Desk/Managing Agent
7327 Ristoro St
Las Vegas, NV 89148

Edgardo Asuncion
Attn: Bankruptcy Desk/Managing Agent
242 Angels Trace Court
Las Vegas NV 89148

Edgardo Barrantes
Attn: Bankruptcy Desk/Managing Agent
8438 Capricorn Way Unit 16
San Diego, CA 92126

Edgardo Barrantes
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1083
Las Vegas, NV 89148

Edil & Gaudelia Bauzon
Attn: Bankruptcy Desk/Managing Agent
208 Spring Hollow Dr
Las Vegas, NV 89148

Edilberto & Anita Lansang
Attn: Bankruptcy Desk/Managing Agent
2248 Tanger Ct
Union City, CA 94587

Edilberto & Anita Lansang
Attn: Bankruptcy Desk/Managing Agent
98 Rusty Springs Ct
Las Vegas, NV 89148

Edith Castillo
Attn: Bankruptcy Desk/Managing Agent
301 Cliff Valley Dr
Las Vegas, NV 89148

Editha & Danilo Santos
Attn: Bankruptcy Desk/Managing Agent
253 Rustic Club Way
Las Vegas, NV 89148

Editha & Danilo Santos
Attn: Bankruptcy Desk/Managing Agent
3912 Spyglass Ct
Stockton, CA 95219

Edmund & Janet Gyllenhammer
Attn: Bankruptcy Desk/Managing Agent
604 Over Par Ct
Las Vegas, NV 89148

Edmund Yen
Attn: Bankruptcy Desk/Managing Agent
614 Shenandoah Street
Thousand Oaks CA 91360

Edna & Danilo Paule
Attn: Bankruptcy Desk/Managing Agent
1061 Via Corto St
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Edna & Danilo Paule
Attn: Bankruptcy Desk/Managing Agent
7701 Man O War St
Las Vegas, NV 89131

Eduardo & Eloiza Baluyut
Attn: Bankruptcy Desk/Managing Agent
191 Tayman Park Ave
Las Vegas, NV 89148

Eduardo & Isabel Ramirez
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 106
Las Vegas, NV 89113

Edward & Amy Jeter
Attn: Bankruptcy Desk/Managing Agent
7225 Tealwood St
Las Vegas, NV 89131

Edward & Anne Kim
Attn: Bankruptcy Desk/Managing Agent
182 Cascade Lake St
Las Vegas, NV 89148

Edward & Anne Kim
Attn: Bankruptcy Desk/Managing Agent
274 Fairway Woods Dr
Las Vegas, NV 89148

Edward & Bua Jones
Attn: Bankruptcy Desk/Managing Agent
253 Via Di Citta Dr
Henderson, NV 89011

Edward & Bua Jones
Attn: Bankruptcy Desk/Managing Agent
7020 Statendam Ct
McLean, VA 22101

Edward & Janina Macek
Attn: Bankruptcy Desk/Managing Agent
118 Chateau Whistler Ct
Las Vegas, NV 89148

Edward & Janina Macek
Attn: Bankruptcy Desk/Managing Agent
351 Arbour Garden Ave
Las Vegas, NV 89148

Edward & Marta Devries
Attn: Bankruptcy Desk/Managing Agent
59 Sully Creek Ct
Las Vegas, NV 89148

Edward & Marta Devries
Attn: Bankruptcy Desk/Managing Agent
91 Sunshine Coast Ln
Las Vegas, NV 89148

Edward & Pearl Watson
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 106
Las Vegas, NV 89113

Edward & Pearl Watson
Attn: Bankruptcy Desk/Managing Agent
8820 Horizon Ridge Wind Ave #101
Las Vegas, NV 89178

Edward & Vera Vien
Attn: Bankruptcy Desk/Managing Agent
1072 Via Corto St
Henderson, NV 89011

Edward & Vera Vien
Attn: Bankruptcy Desk/Managing Agent
921 SW Washington St Ste 758
Portland, OR 97205

Edward A. Williams
Attn: Bankruptcy Desk/Managing Agent
Misty Williams
3214 Velvet Rose
Las Vegas NV 89135

Edward Cruz
Attn: Bankruptcy Desk/Managing Agent
923 Via Canale Dr
Henderson, NV 89011

Edward Harbort
Attn: Bankruptcy Desk/Managing Agent
515 Foster Springs Rd
Las Vegas, NV 89148

Edward Kim
Attn: Bankruptcy Desk/Managing Agent
63 Wall Street
Apt. 2808
New York NY 10005

Edward Rosales
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1084
Las Vegas, NV 89148

Edward Rosales
Attn: Bankruptcy Desk/Managing Agent
PO Box 1082
Carpinteria, CA 93014

Edward S. Jones
Attn: Bankruptcy Desk/Managing Agent
and Bua T. Jones
7020 Statendam Court
McLean VA 22101

Edward Sambrano
Attn: Bankruptcy Desk/Managing Agent
350 E Moss St
Chula Vista, CA 91911

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Edward Sambrano
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 111
Las Vegas, NV 89113

Edward Shaw
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1143
Las Vegas, NV 89148

Edward Swadish
Attn: Bankruptcy Desk/Managing Agent
132 Cascade Lake St
Las Vegas, NV 89148

Edward Swadish
Attn: Bankruptcy Desk/Managing Agent
4640 Arville St Ste D
Las Vegas, NV 89103

Edward Williams
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1095
Las Vegas, NV 89147

Edwards, Hale, Sturman and
Attn: Bankruptcy Desk/Managing Agent
Cushing, Ltd.
415 South Sixth Street, Suite 300
Las Vegas NV 89101-6937

Edwige Failloux
Attn: Bankruptcy Desk/Managing Agent
272 Dog Leg Dr
Las Vegas, NV 89148

Edwige Failloux
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Edwin & Deborah Bergquist
Attn: Bankruptcy Desk/Managing Agent
45 Voltaire Ave
Henderson, NV 89002

Edwin & Gail Edejer
Attn: Bankruptcy Desk/Managing Agent
19 Quail Valley St
Las Vegas, NV 89148

Edwin & Gail Edejer
Attn: Bankruptcy Desk/Managing Agent
6571 W Oquendo Rd
Las Vegas, NV 89118

Edwin & Gina Beaman
Attn: Bankruptcy Desk/Managing Agent
305 Foster Springs Rd
Las Vegas, NV 89148

Edwin & Sonia Portillo
Attn: Bankruptcy Desk/Managing Agent
188 Macoby Run St
Las Vegas, NV 89148

Edwin & Sonia Portillo
Attn: Bankruptcy Desk/Managing Agent
218 Locust Valley Ave
Las Vegas, NV 89148

Edwin & Sonia Portillo
Attn: Bankruptcy Desk/Managing Agent
4135 Forest Hill Ct
Hayward, CA 94542

Edwin & Sonia Portillo
Attn: Bankruptcy Desk/Managing Agent
837 Gellert Blvd
Daly City, CA 94015

Effective Risk Management
Attn: Bankruptcy Desk/Managing Agent
Pauline Thomas, CRM,CIC,ARM
19200 Von Karman Ave, Ste 500
Irvine CA 92612-8553

Efficient Space Planning
Attn: Bankruptcy Desk/Managing Agent
4337 W. Sunset Rd
Las Vegas NV 89118

Efraim Perez
Attn: Bankruptcy Desk/Managing Agent
4633 N Laramie Ave
Chicago, IL 60630

Efraim Perez
Attn: Bankruptcy Desk/Managing Agent
7138 S Durango Dr Unit 306
Las Vegas, NV 89113

Egbert Power and Sound Inc
Attn: Bankruptcy Desk/Managing Agent
All These Cables
3000 W. Ann Road 102-125
North Las Vegas NV 89031

Ehud Ben-Ami
Attn: Bankruptcy Desk/Managing Agent
352 Angels Trace Ct
Las Vegas, NV 89148

Ehud Ben-Ami
Attn: Bankruptcy Desk/Managing Agent
PO Box 241547
Los Angeles, CA 90024

E-Information Technology
Attn: Bankruptcy Desk/Managing Agent
PO BOX 50402
Henderson NV  89016-0402

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ejigu Birru
Attn: Bankruptcy Desk/Managing Agent
6789 Gold Yarrow St
Las Vegas, NV 89148

Elaina Hartman
Attn: Bankruptcy Desk/Managing Agent
9657 Marcelline Ave
Las Vegas, NV 89148

Elaine & Tony Luu
Attn: Bankruptcy Desk/Managing Agent
191 Crooked Putter Dr
Las Vegas, NV 89148

Elaine & Tony Luu
Attn: Bankruptcy Desk/Managing Agent
3605 Hummer Rd
Annandale, VA 22003

Elaine Goodman
Attn: Bankruptcy Desk/Managing Agent
791 Vortex Ave
Henderson, NV 89002

Elan Financial Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 790408
St. Louis MO 63179-0408

Elderhorst Bells Inc.
Attn: Bankruptcy Desk/Managing Agent
875 Gravel Pike
Palm PA 18070

Eldon & Teal Alvord
Attn: Bankruptcy Desk/Managing Agent
9310 Perennial Ave
Las Vegas, NV 89148

Eldorado High School
Attn: Bankruptcy Desk/Managing Agent
1139 N. Linn Lane
Las Vegas NV 89110

Eleanor Benitez
Attn: Bankruptcy Desk/Managing Agent
1007 S Central Ave # 212
Glendale, CA 91204

Eleanor Benitez
Attn: Bankruptcy Desk/Managing Agent
6697 Keyesport Ct
Las Vegas, NV 89148

Electric Cal, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jason Knight
dba/ Reel Sound
6440 Schirlls Street
Las Vegas NV 89118

Electric Lightwave, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 20553
Rochester NY 14602-0553

Element Landscape & Concrete
Attn: Bankruptcy Desk/Managing Agent
27 Painted View St.
Henderson NV 89012

Elena Elamparo
Attn: Bankruptcy Desk/Managing Agent
111 Sandy Bunker Ln
Las Vegas, NV 89148

Elena R. Elamparo
Attn: Bankruptcy Desk/Managing Agent
5261 Polis Drive
La Palma CA 90623

Elena Slaney
Attn: Bankruptcy Desk/Managing Agent
211 Hickory Heights Ave
Las Vegas, NV 89148

Elena Slaney
Attn: Bankruptcy Desk/Managing Agent
372 Grandover Ct
Las Vegas, NV 89148

Elena Woodard
Attn: Bankruptcy Desk/Managing Agent
7528 Royal Crystal St
Las Vegas NV 89149-0170

Elenita & Alexander Penano
Attn: Bankruptcy Desk/Managing Agent
73 Rock Run St
Las Vegas, NV 89148

Elias & Violet Massara
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1090
Las Vegas, NV 89148

Elise Imbert
Attn: Bankruptcy Desk/Managing Agent
1070 Via Saint Andrea Pl
Henderson, NV 89011

Elisha McCall
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 106
Las Vegas, NV 89113

Elisha McCall
Attn: Bankruptcy Desk/Managing Agent
PO Box 4413
Cedar Hill, TX 75106

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Elite Installations,Inc.
Attn: Bankruptcy Desk/Managing Agent
9312 Ricardo Lane
Las Vegas NV 89117

Elite Realty
Attn: Bankruptcy Desk/Managing Agent
Alexis Harding
8605 S. Eastern Ave Ste B-102
Las Vegas NV

Elizabeth & Ernesto Santos
Attn: Bankruptcy Desk/Managing Agent
2351 Flint Ave
San Jose, CA 95148

Elizabeth & Ernesto Santos
Attn: Bankruptcy Desk/Managing Agent
7421 Hornblower Ave
Las Vegas, NV 89131

Elizabeth & Jean-Pierre Rompre
Attn: Bankruptcy Desk/Managing Agent
6736 Gold Yarrow St
Las Vegas, NV 89148

Elizabeth & Richard Huebner
Attn: Bankruptcy Desk/Managing Agent
8960 Lansberry Ct
Las Vegas, NV 89147

Elizabeth & Richard Kolkoski
Attn: Bankruptcy Desk/Managing Agent
7501 Hornblower Ave
Las Vegas, NV 89131

Elizabeth F. Luu
Attn: Bankruptcy Desk/Managing Agent
1576 10th Avenue
San Francisco CA 94122

Elizabeth Hartman
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 212
Las Vegas, NV 89113

Elizabeth Hartman
Attn: Bankruptcy Desk/Managing Agent
7225 Cottonsparrow St
Las Vegas, NV 89131

Elizabeth Howard
Attn: Bankruptcy Desk/Managing Agent
262 Duck Hollow Ave
Las Vegas, NV 89148

Elizabeth Huang & Michael Mok
Attn: Bankruptcy Desk/Managing Agent
2012 Horizon Court
San Leandro CA 94579

Elizabeth Lee
Attn: Bankruptcy Desk/Managing Agent
231 Angels Trace Ct
Las Vegas, NV 89148

Elizabeth Luu
Attn: Bankruptcy Desk/Managing Agent
1576 10th Ave
San Francisco, CA 94122

Elizabeth Luu
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1042
Las Vegas, NV 89148

Elizabeth Marcha
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1101
Las Vegas, NV 89148

Elizabeth Montgomery
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 201
Las Vegas, NV 89113

Elizabeth Morales
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 311
Las Vegas, NV 89113

Elizabeth Que
Attn: Bankruptcy Desk/Managing Agent
308 Dog Leg Dr
Las Vegas, NV 89148

Elizabeth Que
Attn: Bankruptcy Desk/Managing Agent
9970 Waxberry Ct
Las Vegas, NV 89178

Elizabeth Tobin
Attn: Bankruptcy Desk/Managing Agent
500 Newberry Springs Dr
Las Vegas, NV 89148

Ellen Kaptain
Attn: Bankruptcy Desk/Managing Agent
424 Via Stretto Ave
Henderson, NV 89011

Ellensworth Truck & Auto Mach.
Attn: Bankruptcy Desk/Managing Agent
1167 Knollwood Circle
Anaheim CA 92801

Elloitt & Sandra Saferin
Attn: Bankruptcy Desk/Managing Agent
1051 Via Saint Lucia Pl
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Elmer & Maria Gorospe
Attn: Bankruptcy Desk/Managing Agent
362 Dog Leg Dr
Las Vegas, NV 89148

Elmira Parker
Attn: Bankruptcy Desk/Managing Agent
374 Banff Ct
Las Vegas NV 89148

Elroy Gomes
Attn: Bankruptcy Desk/Managing Agent
782 Wigan Pier Dr
Henderson, NV 89002

Elsa & Romulo Conlu
Attn: Bankruptcy Desk/Managing Agent
787 Craigmark Ct
Henderson, NV 89002

Elsa Pahang
Attn: Bankruptcy Desk/Managing Agent
9711 Marcelline Ave
Las Vegas, NV 89148

Elsa Pahang
Attn: Bankruptcy Desk/Managing Agent
PO Box 23082
Ketchikan, AK 99901

Elsidita Yumul
Attn: Bankruptcy Desk/Managing Agent
113 Water Hazard Ln
Las Vegas, NV 89148

Elsidita Yumul
Attn: Bankruptcy Desk/Managing Agent
803 E Hadler St
Carson, CA 90745

Elsinore LLC
Attn: Bankruptcy Desk/Managing Agent
230 Fairway Woods Dr
Las Vegas, NV 89148

Elsinore LLC
Attn: Bankruptcy Desk/Managing Agent
3430 Bunkerhill Dr # A
N Las Vegas, NV 89032

Elsinore LLC
Attn: Bankruptcy Desk/Managing Agent
489 Foster Springs Rd
Las Vegas, NV 89148

Elvie Jimenez
Attn: Bankruptcy Desk/Managing Agent
2131 S Ferrier Ct
La Habra, CA 90631

Elvie Jimenez
Attn: Bankruptcy Desk/Managing Agent
250 Via Franciosa Dr
Henderson, NV 89011

Emad & /or Khweiss
Attn: Bankruptcy Desk/Managing Agent
6835 Rose Mallow St
Las Vegas, NV 89148

Emanuel & Shannon Sanchez
Attn: Bankruptcy Desk/Managing Agent
788 Vortex Ave
Henderson, NV 89002

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 660068
Dallas TX 75266-0068

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 79133
Phoenix AZ 85062-9133

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 96031
Charlotte NC 28296-0031

Embarq Communications, Inc
Attn: Bankruptcy Desk/Managing Agent
PO BOX 219008
Kansas City MO 64121-9108

Embarq- Deposit
Attn: Bankruptcy Desk/Managing Agent
330 S. Valley View Blvd.
Attn: Subdivision Desk
Las Vegas NV 89107

EMC Insurance Companies
Attn: Bankruptcy Desk/Managing Agent
16150 N. Arrowhead
Fountain Center Dr, Suite 350
Peoria AZ 85385

EmCentrix
Attn: Bankruptcy Desk/Managing Agent
4411 Mar Escarpa
San Clemente CA 92673

Emedco
Attn: Bankruptcy Desk/Managing Agent
P.O. Box
Buffalo NY 14240-0369

Emen & Ark Tom
Attn: Bankruptcy Desk/Managing Agent
167 Lenape Heights Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Emen & Ark Tom
Attn: Bankruptcy Desk/Managing Agent
364 Sweeny St
San Francisco, CA 94134

Emerald Shotcrete
Attn: Bankruptcy Desk/Managing Agent
7150 W Landberg Ave
Las Vegas NV 89124

Emeteria Utter
Attn: Bankruptcy Desk/Managing Agent
4878 Califa Dr
Las Vegas, NV 89122

EMI Network
Attn: Bankruptcy Desk/Managing Agent
312 Elm Street, Suite 1150
Cincinnati OH 45202

Emilia Sambajon
Attn: Bankruptcy Desk/Managing Agent
2 Ibis Court
Henderson NV 89052

Emilio & Janeth Fermín
Attn: Bankruptcy Desk/Managing Agent
6867 Baby Jade Ct
Las Vegas, NV 89148

Emily & Felix Refuerzo
Attn: Bankruptcy Desk/Managing Agent
1730 Sacchetti Cir
Stockton, CA 95206

Emily & Felix Refuerzo
Attn: Bankruptcy Desk/Managing Agent
6615 Babys Tear Pl
Las Vegas, NV 89148

Emily Choe
Attn: Bankruptcy Desk/Managing Agent
1038 Via Sanguinella St
Henderson, NV 89011

Emily Choe
Attn: Bankruptcy Desk/Managing Agent
543 Via Ripagrande Ave
Henderson, NV 89011

Emily Choe-Keller Williams
Attn: Bankruptcy Desk/Managing Agent
1038 Via Sanguinella Street
4652 Hollywood Blvd
Los Angeles CA 90027

Emma Healy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2043
Las Vegas, NV 89148

Emmanuel Chamberland
Attn: Bankruptcy Desk/Managing Agent
313 Harpers Ferry Ave
Las Vegas, NV 89148

Emond & Eden Labat
Attn: Bankruptcy Desk/Managing Agent
3501 Shady Timgber St
Las Vegas, NV 89129

Emond & Eden Labat
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 110
Las Vegas, NV 89113

Emp. Benefits Inst. of Amer.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 33410
Seattle WA 98133-0410

EMPG/St. Rose Dominican Hosp
Attn: Bankruptcy Desk/Managing Agent
P. O. Box
Columbus OH 43218-2554

Empire Appraisal Services, LLC
Attn: Bankruptcy Desk/Managing Agent
5265 S Durango Blvd. Suite 100
Las Vegas NV 89113

Empire Cat
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2985
Phoenix AZ 85062

Empire Southwest LLC
Attn: Bankruptcy Desk/Managing Agent
PO BOX 29879
Phoenix AZ 85038-9879

Empire Steel, LLC
Attn: Bankruptcy Desk/Managing Agent
Richard Crook
1757 Autumn Rust Dr.
Las Vegas NV 89119

Empire Transport
Attn: Bankruptcy Desk/Managing Agent
40 W. Iron Ave.
Mesa AZ 85210

Employment Development Dept.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 66014
Anaheim CA 92816

Emtiaz Family
Attn: Bankruptcy Desk/Managing Agent
3619 Malibu Country Dr
Malibu, CA 90265

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Emtiaz Family
Attn: Bankruptcy Desk/Managing Agent
465 Foster Springs Rd
Las Vegas, NV 89148

Enco Southwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
Steve Cottrell
1426 Pueblo Drive
Boulder City AZ 89005-3207

Endy Family
Attn: Bankruptcy Desk/Managing Agent
11 Quail Valley St
Las Vegas, NV 89148

Endy Family
Attn: Bankruptcy Desk/Managing Agent
2037 Cherry Creek Cir
Las Vegas, NV 89135

Energy Inspectors
Attn: Bankruptcy Desk/Managing Agent
8515 Edna Avenue
Suite 210
Las Vegas NV 89117

Enger's Family
Attn: Bankruptcy Desk/Managing Agent
8779 Las Olivas Ave
Las Vegas, NV 89147

Engineering Solutions & Design
Attn: Bankruptcy Desk/Managing Agent
9393 W 110th St., Suite 500
Overland Park KS  66210

England, Amie
Attn: Bankruptcy Desk/Managing Agent
7265 Larix St
Las Vegas, NV 89113

English Garden Florist
Attn: Bankruptcy Desk/Managing Agent
at Tiffany Square
4171 S. Maryland Parkway
Las Vegas NV 89119

Enid Rivera
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 115
Las Vegas, NV 89113

Enoch & Catherine Wong
Attn: Bankruptcy Desk/Managing Agent
7209 Tealwood St
Las Vegas, NV 89131

Enrico Anzalone
Attn: Bankruptcy Desk/Managing Agent
3831 Flickering Star Dr
Las Vegas, NV 89103

Enrico Anzalone
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2062
Las Vegas, NV 89148

Enrique & Maribel Ornelas
Attn: Bankruptcy Desk/Managing Agent
468 Punto Vallata Dr
Henderson, NV 89011

Enrique & Ruby Lantican
Attn: Bankruptcy Desk/Managing Agent
157 Pavon
Hercules, CA 94547

Enrique & Ruby Lantican
Attn: Bankruptcy Desk/Managing Agent
97 Daisy Springs Ct
Las Vegas, NV 89148

Environmental Health Serv. Inc
Attn: Bankruptcy Desk/Managing Agent
3460 W. cheyenne Ave.
North Las Vegas NV 89032

Environmental Management
Attn: Bankruptcy Desk/Managing Agent
Solutions
1214 Wigwam Pkwy # 100
Henderson NV  89074-8156

Environmental Systems Research
Attn: Bankruptcy Desk/Managing Agent
George Ishikawa
ESRI, Inc.
File No. 54630
Los Angeles CA 90074-4630

Environmental Technology Serv
Attn: Bankruptcy Desk/Managing Agent
3020 Builders Avenue
Las Vegas NV 89101

Environmental Washout Sytems
Attn: Bankruptcy Desk/Managing Agent
2552 Shellsburg Avenue
P.O. Box 777400
Henderson NV  89007

EnviroSpecialist
Attn: Bankruptcy Desk/Managing Agent
Jim Smith
PO Box 1288
Ft. Worth TX 76101-1288

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Envision Landscaping
Attn: Bankruptcy Desk/Managing Agent
Mando Del Toro
5655 Reference Street
Las Vegas NV 89122

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Epicurean Charitable Foundatio
Attn: Bankruptcy Desk/Managing Agent
8970 West Tropicana Ave
Suite 2
Las Vegas NV 89147

EPMG/ST ROSE DOMINICAN
Attn: Bankruptcy Desk/Managing Agent
HOSP SM
PO BOX 182554
Columbus OH 43218-2554

eProvided.com
Attn: Bankruptcy Desk/Managing Agent
5485 Spur Cross Trail
Attn: Data Recovery
Parker CO 80134

Equipment Finance & Leasing
Attn: Bankruptcy Desk/Managing Agent
NW-8178
P.O. Box 1450
Minneapolis MN 55485-8178

Erez Atava
Attn: Bankruptcy Desk/Managing Agent
510 Center Green Dr
Las Vegas, NV 89148

Erez Atava
Attn: Bankruptcy Desk/Managing Agent
8415 Watson Ranch Rd
San Diego, CA 92129

Eric & Brenda Nidiffer
Attn: Bankruptcy Desk/Managing Agent
956 Via Canale Dr
Henderson, NV 89011

Eric & Brooke Johnson
Attn: Bankruptcy Desk/Managing Agent
258 Rusty Plank Ave
Las Vegas, NV 89148

Eric & Carole Fulks
Attn: Bankruptcy Desk/Managing Agent
7340 Red Cinder St
Las Vegas, NV 89131

Eric & Christine Hobson
Attn: Bankruptcy Desk/Managing Agent
3 Pangloss St
Henderson, NV 89002

Eric & Christine Hobson
Attn: Bankruptcy Desk/Managing Agent
6722 Doolittle Dr
Edwards, CA 93523

Eric & Claire Rivera
Attn: Bankruptcy Desk/Managing Agent
459 Center Green Dr
Las Vegas, NV 89148

Eric & Claire Rivera
Attn: Bankruptcy Desk/Managing Agent
810 Poppy Ct
San Pablo, CA 94806

Eric & Eva Delacruz
Attn: Bankruptcy Desk/Managing Agent
797 Telfer Ln
Henderson, NV 89002

Eric & Hsiao Chin Endy
Attn: Bankruptcy Desk/Managing Agent
2037 Cherry Creek Circle
Las Vegas NV 89135

Eric & Josefina Galero
Attn: Bankruptcy Desk/Managing Agent
9582 Verneda Ct
Las Vegas, NV 89147

Eric & Kimberly Aitken
Attn: Bankruptcy Desk/Managing Agent
96 Back Spin Ct
Las Vegas, NV 89148

Eric & Maribeth Bindues
Attn: Bankruptcy Desk/Managing Agent
41 Pangloss St
Henderson, NV 89002

Eric & Tamara Stafford
Attn: Bankruptcy Desk/Managing Agent
1002 Via Saint Andrea Pl
Henderson, NV 89011

Eric & Yenny Kaplan
Attn: Bankruptcy Desk/Managing Agent
125 Standing Stone St
Las Vegas, NV 89148

Eric & Yenny Kaplan
Attn: Bankruptcy Desk/Managing Agent
997 Kennedy Blvd Ste A25
Orlando, FL 32810

Eric Bonn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1061
Las Vegas, NV 89148

Eric Davis
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1127
Las Vegas, NV 89147

Eric Kellstadt
Attn: Bankruptcy Desk/Managing Agent
3005 South Even Ave.
Joplin MO 64804

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Eric Lac
Attn: Bankruptcy Desk/Managing Agent
247 Palm Trace Ave
Las Vegas, NV 89148

Eric Medina
Attn: Bankruptcy Desk/Managing Agent
1812 Warrenville St
Las Vegas, NV 89117

Eric Medina
Attn: Bankruptcy Desk/Managing Agent
592 Newberry Springs Dr
Las Vegas, NV 89148

Eric Nicholsen
Attn: Bankruptcy Desk/Managing Agent
4623 Califa Dr
Las Vegas, NV 89122

Eric Rangel
Attn: Bankruptcy Desk/Managing Agent
449 Punto Vallata Dr
Henderson, NV 89011

Eric Strauss
Attn: Bankruptcy Desk/Managing Agent
1232 Olivia Pkwy
Henderson, NV 89011

Eric Young
Attn: Bankruptcy Desk/Managing Agent
5525 Pine Ave
Chino Hills, CA 91709

Eric Young
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 204
Las Vegas, NV 89113

Erica Etienne
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 209
Las Vegas, NV 89113

Erica Ramos
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2078
Las Vegas, NV 89148

Erica Yi
Attn: Bankruptcy Desk/Managing Agent
384 Banff Ct
Las Vegas, NV 89148

Ericka Moya
Attn: Bankruptcy Desk/Managing Agent
7410 Cedar Rae Ave
Las Vegas, NV 89131

Erickson, Mike B
Attn: Bankruptcy Desk/Managing Agent
1809 Birch St
Las Vegas, NV 89102

Erika Duncan
Attn: Bankruptcy Desk/Managing Agent
1363 Woodhaven Cir
Taylorsville, UT 84123

Erika Duncan
Attn: Bankruptcy Desk/Managing Agent
287 Fringe Ruff Dr
Las Vegas, NV 89148

Erin Grijalva
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana #1171
Las Vegas NV 89147

Erin Grijalva
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1171
Las Vegas, NV 89147

Erin Kenny Consulting
Attn: Bankruptcy Desk/Managing Agent
22 Queen Valley Court
Las Vegas NV 89148

Erin Mattera
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1174
Las Vegas, NV 89147

Erin Maves
Attn: Bankruptcy Desk/Managing Agent
5897 Huff Mountain Avenue
Las Vegas, NV 89131

Erin Reiswerg
Attn: Bankruptcy Desk/Managing Agent
358 Cart Crossing Way
Las Vegas, NV 89148

Erin Sandlin
Attn: Bankruptcy Desk/Managing Agent
9793 Kampsville Ave
Las Vegas, NV 89148

Erlinda & Julian Eusebio
Attn: Bankruptcy Desk/Managing Agent
3714 Wild Lily Ct
Las Vegas, NV 89147

Erlinda & Julian Eusebio
Attn: Bankruptcy Desk/Managing Agent
77 Arcadian Shores St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Erlinda & Vincente Alaban
Attn: Bankruptcy Desk/Managing Agent
300 Fringe Ruff Dr
Las Vegas, NV 89148

Erlinda & Vincente Alaban
Attn: Bankruptcy Desk/Managing Agent
693 Berryessa St
Milpitas, CA 95035

Erman Porras
Attn: Bankruptcy Desk/Managing Agent
242 Via Franciosa Dr
Henderson, NV 89011

Erman Porras
Attn: Bankruptcy Desk/Managing Agent
4741 Belmont Rd
Downers Grove, IL 60515

Ernest & Marlyn Bauzon
Attn: Bankruptcy Desk/Managing Agent
215 Spring Hollow Dr
Las Vegas, NV 89148

Ernest & Marlyn Bauzon
Attn: Bankruptcy Desk/Managing Agent
270 W Susanne Marie Ct
Azusa, CA 91702

Ernest & Peggy Sardella
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2046
Las Vegas, NV 89148

Ernest C. Fagg
Attn: Bankruptcy Desk/Managing Agent
134 Magnesium Street
Henderson NV  89015

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
645 Lake Rd
Glen Ellyn, IL 60137

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 107
Las Vegas, NV 89113

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 311
Las Vegas, NV 89113

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 110
Las Vegas, NV 89113

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 107
Las Vegas, NV 89113

Ernest Scherer
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 111
Las Vegas, NV 89113

Ernestine Harris
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1100
Las Vegas, NV 89148

Ernesto & Charito Nicolas
Attn: Bankruptcy Desk/Managing Agent
6860 Baby Jade Ct
Las Vegas, NV 89148

Ernesto & Ermelinda Tumbaga
Attn: Bankruptcy Desk/Managing Agent
1824 Berkshire Dr
Fullerton, CA 92833

Ernesto & Ermelinda Tumbaga
Attn: Bankruptcy Desk/Managing Agent
610 Over Par Ct
Las Vegas, NV 89148

Ernesto & Gelita Mejia
Attn: Bankruptcy Desk/Managing Agent
3525 Peach Blossom St
National City, CA 91950

Ernesto & Gelita Mejia
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 205
Las Vegas, NV 89113

Ernesto & Isabelita Puruganan
Attn: Bankruptcy Desk/Managing Agent
1025 Alfred Ave
Walnut Creek, CA 94597

Ernesto & Isabelita Puruganan
Attn: Bankruptcy Desk/Managing Agent
464 Center Green Dr
Las Vegas, NV 89148

Ernesto Martinez
Attn: Bankruptcy Desk/Managing Agent
541 Via Ruscello Way
Henderson, NV 89011

Ernesto Martinez
Attn: Bankruptcy Desk/Managing Agent
PO Box 5048
Chatsworth, CA 91313

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ernesto Perez
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 204
Las Vegas, NV 89113

Ernesto Perez
Attn: Bankruptcy Desk/Managing Agent
7459 Manfre St
Las Vegas, NV 89148

Ernie White
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 302
Las Vegas, NV 89113

Ernst & Young LLP
Attn: Bankruptcy Desk/Managing Agent
2049 Century Park East
Los Angeles CA 90067

Ernst Family
Attn: Bankruptcy Desk/Managing Agent
197 Lenape Heights Ave
Las Vegas, NV 89148

Ernst Family
Attn: Bankruptcy Desk/Managing Agent
8578 Lambert Dr
Las Vegas, NV 89147

ERP Management-FAST,LLC
Attn: Bankruptcy Desk/Managing Agent
Randy Miller
c/o MH2 Technologies, Ltd.
5055 Keller Springs,Ste 100
Addison TX 75001

Errol L. Montgomery & Assoc.
Attn: Bankruptcy Desk/Managing Agent
Consultants in Hydrogeology
1550 E Prince Road
Tucson AZ 85719

ES2
Attn: Bankruptcy Desk/Managing Agent
(Engineering System Solutions)
6380 S. Valley View Blvd #406
Las Vegas NV 89118

Escoto, Donna
Attn: Bankruptcy Desk/Managing Agent
747 Descartes Ave
Henderson, NV 89015

Esperon Family
Attn: Bankruptcy Desk/Managing Agent
12640 Cherrywood St
Poway, CA 92064

Esperon Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2061
Las Vegas, NV 89148

ESPN Radio 920
Attn: Bankruptcy Desk/Managing Agent
KBAD AM
8755 W. Flamingo Rd
Las Vegas NV 89147

ESRI Inc.
Attn: Bankruptcy Desk/Managing Agent
File 54630
Los Angeles CA 90074-4630

Essie Sineriz
Attn: Bankruptcy Desk/Managing Agent
117 Broken Putter Way
Las Vegas, NV 89148

Essie Sineriz
Attn: Bankruptcy Desk/Managing Agent
13240 Arboretum Ave
Bakersfield, CA 93314

Esteban Hennings
Attn: Bankruptcy Desk/Managing Agent
965 Via Stellato St
Henderson, NV 89011

Estela & Bernardo Ipac
Attn: Bankruptcy Desk/Managing Agent
314 Harpers Ferry Ave
Las Vegas, NV 89148

Estela & Roberto Fiel
Attn: Bankruptcy Desk/Managing Agent
3641 Pintail Ter
Fremont, CA 94555

Estela & Roberto Fiel
Attn: Bankruptcy Desk/Managing Agent
9690 Kampsville Ave
Las Vegas, NV 89148

Estrella Jose
Attn: Bankruptcy Desk/Managing Agent
460 First On Dr
Las Vegas, NV 89148

Estrella Jose
Attn: Bankruptcy Desk/Managing Agent
6050 Riverbank Cir
Stockton, CA 95219

Estrella Valdez
Attn: Bankruptcy Desk/Managing Agent
10663 Langmuir Ave
Sun Land CA 91040

Estrella Valdez
Attn: Bankruptcy Desk/Managing Agent
114 Short Ruff Way
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Ethan Stone
Attn: Bankruptcy Desk/Managing Agent
2261 Market St # 329
San Francisco, CA 94114

Ethan Stone
Attn: Bankruptcy Desk/Managing Agent
6785 Scarlet Flax St
Las Vegas, NV 89148

Eufemia & Clemente Cristobal
Attn: Bankruptcy Desk/Managing Agent
2932 S Barcelona St
Spring Valley, CA 91977

Eufemia & Clemente Cristobal
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 211
Las Vegas, NV 89113

Eufemia Catapang
Attn: Bankruptcy Desk/Managing Agent
10245 S Maryland Pkwy Unit 2213
Las Vegas, NV 89183

Eufemia Catapang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1078
Las Vegas, NV 89148

Eugene & Barbara Edwards
Attn: Bankruptcy Desk/Managing Agent
24735 Lydon
Redford, MI 48239

Eugene & Barbara Edwards
Attn: Bankruptcy Desk/Managing Agent
386 Blackstone River Ave
Las Vegas, NV 89148

Eugene & Carmen Carolino
Attn: Bankruptcy Desk/Managing Agent
4080 Loch Meade Dr
Lakeland, TN 38002

Eugene & Carmen Carolino
Attn: Bankruptcy Desk/Managing Agent
494 First On Dr
Las Vegas, NV 89148

Eugene & Catherine Dimitri
Attn: Bankruptcy Desk/Managing Agent
35 Sahalee Dr
Las Vegas, NV 89148

Eugene & Catherine Dimitri
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 110
Las Vegas, NV 89113

Eugene & Esperanza Twano
Attn: Bankruptcy Desk/Managing Agent
209 Short Ruff Way
Las Vegas, NV 89148

Eugene & Esperanza Twano
Attn: Bankruptcy Desk/Managing Agent
6474 Bullock Dr
San Diego, CA 92114

Eugene & Margaret Frankel
Attn: Bankruptcy Desk/Managing Agent
15233 Magnolia Blvd Unit 302
Sherman Oaks, CA 91403

Eugene & Margaret Frankel
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 308
Las Vegas, NV 89113

Eugenia Delrosario
Attn: Bankruptcy Desk/Managing Agent
4783 Essen Ct
Las Vegas, NV 89147

Eugenia Delrosario
Attn: Bankruptcy Desk/Managing Agent
4789 Essen Ct
Las Vegas, NV 89147

Eugenia Delrosario
Attn: Bankruptcy Desk/Managing Agent
8072 Elgin Ln
Dublin, CA 94568

Eulalio & Marcell Morales
Attn: Bankruptcy Desk/Managing Agent
532 Foster Springs Rd
Las Vegas, NV 89148

Eun & Hyun An
Attn: Bankruptcy Desk/Managing Agent
65 Chateau Whistler Ct
Las Vegas, NV 89148

Eunji Ko
Attn: Bankruptcy Desk/Managing Agent
312 Trailing Putt Way
Las Vegas, NV 89148

Eurodesign, Inc
Attn: Bankruptcy Desk/Managing Agent
Kyra Wright
13428 Benson Avenue
Chino CA 91710

Eva Gryczon
Attn: Bankruptcy Desk/Managing Agent
8749 Las Olivas Ave
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Evans Recreation Installations
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 42607
Las Vegas NV 89116-1607

Evelyn & Erica Binuya
Attn: Bankruptcy Desk/Managing Agent
919 Via Canale Dr
Henderson, NV 89011

Evelyn Matonovich, Trustee
Attn: Bankruptcy Desk/Managing Agent
29 Pheasant Ridge Drive
Henderson NV 89014

Evelyn Merrin
Attn: Bankruptcy Desk/Managing Agent
575 Center Green Dr
Las Vegas, NV 89148

Evelyn Salazar
Attn: Bankruptcy Desk/Managing Agent
478 Foster Springs Rd
Las Vegas, NV 89148

Evelyn Valenton
Attn: Bankruptcy Desk/Managing Agent
355 S Madison Ave Unit 201
Pasadena, CA 91101

Evelyn Valenton
Attn: Bankruptcy Desk/Managing Agent
92 Dixie Springs Ct
Las Vegas, NV 89148

Evelyne Aguirre
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 208
Las Vegas, NV 89113

Evelyne Aguirre
Attn: Bankruptcy Desk/Managing Agent
PO Box 220793
Newhall, CA 91322

Event 1 Software
Attn: Bankruptcy Desk/Managing Agent
9320 SW Barbur
Suite 240
Portland OR 97219

Ever Electric
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6653
Kingman AZ 86401

Everett & Joan Syphus
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 113
Las Vegas, NV 89113

Ever-Pac
Attn: Bankruptcy Desk/Managing Agent
2499 Palmyrita Ave.
Riverside CA 92507

Ever-Ready Glass
Attn: Bankruptcy Desk/Managing Agent
3225 Tompkin Ave
Las Vegas NV 89103

eVisolutions
Attn: Bankruptcy Desk/Managing Agent
2360 S. Emerson St.
Denver CO 80210

Ewing Brothers Towing
Attn: Bankruptcy Desk/Managing Agent
1200 A Street
Las Vegas NV 89106

Ewing Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1129
Las Vegas, NV 89147

Exclusively Legal
Attn: Bankruptcy Desk/Managing Agent
c/o Eastridge Personnel of LV
File 55355
Los Angeles CA 90074-5355

Executive Painting, LLC
Attn: Bankruptcy Desk/Managing Agent
3600 So Highland #9
Las Vegas NV 89103

Executive Plastering
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Dr. Suite 101
Las Vegas NV 89130

Executive Plumbing,Heating,Air
Attn: Bankruptcy Desk/Managing Agent
4170 W. Harmon Ave. Suite #6
Las Vegas NV 89103

Exodus & Corazon Granadosin
Attn: Bankruptcy Desk/Managing Agent
1025 Via Dupre Street
Henderson NV 89011-0812

Exotic Millworks, Inc.
Attn: Bankruptcy Desk/Managing Agent
5034 Swift River Court
North Las Vegas NV 89031

Exoticar Paintworks, Inc.
Attn: Bankruptcy Desk/Managing Agent
2901 S. Highland  Bldg. 10E
Las Vegas NV 89109

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Express Lock N Key
Attn: Bankruptcy Desk/Managing Agent
Reliable Lock N Key
900 E Karen Ave. # C211
Las Vegas NV 89109

Express Personnel Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 268951
Oklahoma City OK 73126-8951

Express Tel
Attn: Bankruptcy Desk/Managing Agent
Payment Center # 5450
P.O. Box 410468
Salt Lake City UT 84141-0468

Exterior Systems
Attn: Bankruptcy Desk/Managing Agent
Richard Gerstel
PO Box 716
Scottsdale AZ 85252

Extreme Audio, Inc.
Attn: Bankruptcy Desk/Managing Agent
3420 S. Jones Blvd.
Las Vegas NV 89146

Ezra & Esther Ainhoren
Attn: Bankruptcy Desk/Managing Agent
1900 Mountain Hills Ct Apt 204
Las Vegas, NV 89128

Ezra & Esther Ainhoren
Attn: Bankruptcy Desk/Managing Agent
87 Tall Ruff Dr
Las Vegas, NV 89148

F C D B 8020 R E O LLC
Attn: Bankruptcy Desk/Managing Agent
348 Palm Trace Ave
Las Vegas, NV 89148

F C D B 8020 R E O LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 105219
Atlanta, GA 30348

F Family
Attn: Bankruptcy Desk/Managing Agent
93 Chatean Whistler Ct
Las Vegas, NV 89148

F Family
Attn: Bankruptcy Desk/Managing Agent
93 Chateau Whistler Ct
Las Vegas, NV 89148

Fabian & Clendenin
Attn: Bankruptcy Desk/Managing Agent
Attorneys at Law
P.O.Box 510210
Salt Lake City UT 84151-0210

Fabrice Charbonneau
Attn: Bankruptcy Desk/Managing Agent
251 Arbour Garden Ave
Las Vegas, NV 89148

Fabricut Contract
Attn: Bankruptcy Desk/Managing Agent
Kameron McQueen
9303 East 46th Street
Tulsa OK 74145

Fab-Tec Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 390
Washington 84780

FACT
Attn: Bankruptcy Desk/Managing Agent
1050 S. Rainbow Blvd
Las Vegas NV 89145

Factory:
Attn: Bankruptcy Desk/Managing Agent
5555 Brooks St.
Montclair CA 91763

Fairway Chevrolet
Attn: Bankruptcy Desk/Managing Agent
3100 E. Sahara Avenue
Las Vegas NV 89104

Faith Luthern Jr/Sr. High
Attn: Bankruptcy Desk/Managing Agent
Attn: Beth Holmes -Tuition Dept
2015 S. Hualapai Way
Las Vegas NV 89117

Fan Family
Attn: Bankruptcy Desk/Managing Agent
831 Columba Ln
Foster City, CA 94404

Fan Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2054
Las Vegas, NV 89148

Fan Financial 18 LLC
Attn: Bankruptcy Desk/Managing Agent
220 Tayman Park Ave
Las Vegas, NV 89148

Fan Financial 18 LLC
Attn: Bankruptcy Desk/Managing Agent
425 NW 10th Ave Ste 307
Portland, OR 97209

Fang Family
Attn: Bankruptcy Desk/Managing Agent
2332 Vina Del Mar
Oxnard, CA 93035

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Fang Family
Attn: Bankruptcy Desk/Managing Agent
8970 Lansberry Ct
Las Vegas, NV 89147

FAOP Operating Company LLC
Attn: Bankruptcy Desk/Managing Agent
1120 Las Vegas NV Boulevard So.
Las Vegas NV 89104-1312

Farid Ghazali
Attn: Bankruptcy Desk/Managing Agent
177 Dog Leg Dr
Las Vegas, NV 89148

Farid Khan
Attn: Bankruptcy Desk/Managing Agent
24362 Hatteras St
Woodland Hills, CA 91367

Farid Khan
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 103
Las Vegas, NV 89113

Farideh Deilami
Attn: Bankruptcy Desk/Managing Agent
301 Redlands St
Playa Del Rey, CA 90293

Farideh Deilami
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1056
Las Vegas, NV 89148

Farley Public Affairs Group
Attn: Bankruptcy Desk/Managing Agent
22816 N 48th Place
Phoenix AZ 85054

Farmer Bros. Co.
Attn: Bankruptcy Desk/Managing Agent
Carrie or Chris
File #55172
Los Angles CA 90074-5172

Fast Fred's Inc.
Attn: Bankruptcy Desk/Managing Agent
5420 E. Forest Dr.
Flagstaff AZ  86004

Fasteners, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 80536
Las Vegas NV 89180-0536

FastFrame
Attn: Bankruptcy Desk/Managing Agent
3827 E. Sunset
Suite A
Las Vegas NV 89120

Fastrack Transportation
Attn: Bankruptcy Desk/Managing Agent
9098 Princess Ave.
Flagstaff AZ  86004

FATCO-NOTEWORLD
Attn: Bankruptcy Desk/Managing Agent
P. O. Drawer 487
Account Servicing Center
P. O. Box 34055
Seattle WA 98124-1055

Fe Taboada
Attn: Bankruptcy Desk/Managing Agent
2218 Bell Street
#2
Harlingen TX 78550

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
1000 Technology Dr
O Fallon, MO 63368

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
1410 Spring Hill Rd
McLean, VA 22102

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
157 Wicked Wedge Way
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
30 Corporate Park Ste 400A
Irvine, CA 92606

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
327 Palm Trace Ave
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
420 Via Stretto Ave
Henderson, NV 89011

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
5000 Plano Pkwy
Carrollton, TX 75010

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
525 Via Cenami Ct
Henderson, NV 89011

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
585 Foster Springs Rd
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 209
Las Vegas, NV 89113

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 312
Las Vegas, NV 89113

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
801 John Barrow Rd Ste 1
Little Rock, AR 72205

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1172
Las Vegas, NV 89147

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1122
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
9683 Valmeyer Ave
Las Vegas, NV 89148

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
9707 Kampsville Ave
Las Vegas, NV 89148

Federal Natioanl Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Federal Natioanl Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
6871 Rose Mallow St
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
1000 Technology Dr # Ms-314
O Fallon, MO 63368

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
1100 Virginia Dr
Fort Washington, PA 19034

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
135 N Los Robles Ave
Pasadena, CA 91101

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
160 Rusty Plank Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
183 Tall Ruff Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
203 Lenape Heights Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
214 Dog Leg Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
225 Via Franciosa Dr
Henderson, NV 89011

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
240 Dog Leg Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
256 Blackstone River Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
268 Hickory Heights Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
305 Dog Leg Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
332 Dog Leg Dr
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
3415 Vision Dr
Columbus, OH 43219

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
38 Cobbs Creek Way
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
445 Via Stretto Ave
Henderson, NV 89011

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
59 Broken Putter Way
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
601 5th Ave
Scottsbluff, NE 69361

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
6689 Roanoke Ct
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
67 Dogwood Hills St
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
70 Olimar Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 303
Las Vegas, NV 89113

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
81 Rock Run St
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2003
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
9296 Orchid Pansy Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
9692 Waukegan Ave
Las Vegas, NV 89148

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
9777 Valmeyer Ave
Las Vegas, NV 89148

Federal Washington
Attn: Bankruptcy Desk/Managing Agent
425 Pike St
Seattle, WA 98101

Federal Washington
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 312
Las Vegas, NV 89113

Federico Villafuerte
Attn: Bankruptcy Desk/Managing Agent
281 Caddy Bag Ct
Las Vegas, NV 89148

Federico Villafuerte
Attn: Bankruptcy Desk/Managing Agent
4027 W Avenue 41
Los Angeles, CA 90065

FedEx
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 7221
Pasadena CA 91109-7321

Fed-Ex Kinkos
Attn: Bankruptcy Desk/Managing Agent
671 Mall Ring Cir
Henderson NV  89014-6619

Fega LLC
Attn: Bankruptcy Desk/Managing Agent
16010 Valley Vista Blvd
Encino, CA 91436

Fega LLC
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 308
Las Vegas, NV 89113

Feinberg, Grant, Mayfield,
Attn: Bankruptcy Desk/Managing Agent
Kaneda & Litt, LLP
1955 Village Center Circle
Las Vegas NV 89137

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Felecia Flowers
Attn: Bankruptcy Desk/Managing Agent
7229 Tealwood St
Las Vegas, NV 89131

Felicia Ortiz
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1166
Las Vegas, NV 89147

Feliciano Dalugdugan
Attn: Bankruptcy Desk/Managing Agent
267 Hickory Heights Ave
Las Vegas, NV 89148

Feliciano Dalugdugan
Attn: Bankruptcy Desk/Managing Agent
621 Augustina Pl
Chula Vista, CA 91910

Felicito & Christine Callejo
Attn: Bankruptcy Desk/Managing Agent
10336 Achilpa St
Las Vegas, NV 89178

Felicito & Christine Callejo
Attn: Bankruptcy Desk/Managing Agent
164 Dog Leg Dr
Las Vegas, NV 89148

Felipe Penaloza
Attn: Bankruptcy Desk/Managing Agent
4633 Califa Dr
Las Vegas, NV 89122

Felix Boceta
Attn: Bankruptcy Desk/Managing Agent
6676 Keyesport Ct
Las Vegas, NV 89148

Felix Boceta
Attn: Bankruptcy Desk/Managing Agent
9837 Ravari Dr
Cypress, CA 90630

Felix Ramirez and
Attn: Bankruptcy Desk/Managing Agent
Saralyn San Agustin
623 N. Abbot Ave
San Jose CA 95035

Felix Salazar
Attn: Bankruptcy Desk/Managing Agent
13917 Anderson St
Paramount, CA 90723

Felix Salazar
Attn: Bankruptcy Desk/Managing Agent
402 Hidden Hole Dr
Las Vegas, NV 89148

Felma Duque
Attn: Bankruptcy Desk/Managing Agent
521 Newberry Springs Dr
Las Vegas, NV 89148

Fely Santiago
Attn: Bankruptcy Desk/Managing Agent
293 Harpers Ferry Ave
Las Vegas, NV 89148

Fely Santiago
Attn: Bankruptcy Desk/Managing Agent
668 Spruce Ave
South San Francisco, CA 94080

Fen Ou
Attn: Bankruptcy Desk/Managing Agent
4782 Lone Mesa Dr
Las Vegas, NV 89147

Fennemore Craig
Attn: Bankruptcy Desk/Managing Agent
Law Offices
3003 North Central Ave., Ste 2600
Phoenix AZ 85012-2913

Ferdinand & Maelecora Rodriguez
Attn: Bankruptcy Desk/Managing Agent
2302 Caves Rd
Owings Mills, MD 21117

Ferdinand & Maelecora Rodriguez
Attn: Bankruptcy Desk/Managing Agent
464 Via Del Foro Dr
Henderson, NV 89011

Ferdinand & Marivic Laluces
Attn: Bankruptcy Desk/Managing Agent
2480 El Camino Real
Redwood City, CA 94063

Ferdinand & Marivic Laluces
Attn: Bankruptcy Desk/Managing Agent
35 Indian Run Way
Las Vegas, NV 89148

Ferdinand & Rhodora Castro
Attn: Bankruptcy Desk/Managing Agent
505 Via Palermo Dr
Henderson, NV 89011

Ferdinand Reyes
Attn: Bankruptcy Desk/Managing Agent
22039 Londelius St
West Hills, CA 91304

Ferdinand Reyes
Attn: Bankruptcy Desk/Managing Agent
490 Foster Springs Rd
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ferguson Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
739 W Sunset Road
Henderson NV  89115-2601

Fernando & Emelita Rivera
Attn: Bankruptcy Desk/Managing Agent
293 Via Franciosa Dr
Henderson, NV 89011

Fernando & Emelita Rivera
Attn: Bankruptcy Desk/Managing Agent
8816 Katherine Ave
Panorama City, CA 91402

Fernando Guevarra
Attn: Bankruptcy Desk/Managing Agent
1118 Brunswick St
Daly City, CA 94014

Fernando Guevarra
Attn: Bankruptcy Desk/Managing Agent
236 Hickory Heights Ave
Las Vegas, NV 89148

Fernando Simmons
Attn: Bankruptcy Desk/Managing Agent
371 Arbour Garden Ave
Las Vegas, NV 89148

Ferraro Marble Companies
Attn: Bankruptcy Desk/Managing Agent
4155 Sobb Avenue
Las Vegas NV 89118

Ferrellgas
Attn: Bankruptcy Desk/Managing Agent
PO Box 173940
Denver CO 80217-3940

Fertile Earth Corporation
Attn: Bankruptcy Desk/Managing Agent
9384 South 670 West
Sandy UT 84070

FFM, LLC
Attn: Bankruptcy Desk/Managing Agent
C/O Faiss Foley Warren PR
515 South Seventh Street
Las Vegas NV 89101

Fidelino Cortez
Attn: Bankruptcy Desk/Managing Agent
263 Dog Leg Dr
Las Vegas, NV 89148

Fierro Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7531 N Torrey Pines Dr
Las Vegas, NV 89131

Fierro Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1158
Las Vegas, NV 89148

Figueroa, Raymond
Attn: Bankruptcy Desk/Managing Agent
969 Flamingo Road #179
Las Vegas, NV 89119

Filipowski Family
Attn: Bankruptcy Desk/Managing Agent
1338 Andrew Ln
Manteca, CA 95336

Filipowski Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1107
Las Vegas, NV 89148

Fika Manova
Attn: Bankruptcy Desk/Managing Agent
350 Tayman Park Ave
Las Vegas, NV 89148

FILOMENO NAZAL
Attn: Bankruptcy Desk/Managing Agent
127 COREY CREEK
LAS VEGAS NV 89148

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Financial Federal Credit, Inc.
Attn: Bankruptcy Desk/Managing Agent
Scarbrough Company
P. O. Box 201503
Houston TX 77216-1503

Find A Local Business
Attn: Bankruptcy Desk/Managing Agent
10 South Riverside Plaza
Suite 1800
Chicago IL 60606

Fine Art Lamps
Attn: Bankruptcy Desk/Managing Agent
Ashley
c/o Mitch Zerg & Associates
31838 Village Center Road
Westlake Village CA 91361

Fiorella Tealdo
Attn: Bankruptcy Desk/Managing Agent
1736 E Charleston Blvd # 122
Las Vegas, NV 89104

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Fiorella Tealdo
Attn: Bankruptcy Desk/Managing Agent
88 Daisy Springs Ct
Las Vegas, NV 89148

Fire Hydrant Serv & Const Inc.
Attn: Bankruptcy Desk/Managing Agent
5770 Wynn Road Suite #1
Las Vegas NV 89118

Fire Insurance Exchange and
Attn: Bankruptcy Desk/Managing Agent
Daniel S. Simon, Esq.
810 S. Casino Center Blvd
Las Vegas NV 89101

Firestar, Ltd
Attn: Bankruptcy Desk/Managing Agent
3231 Central Park West
Toledo OH 43617

Firestop, Inc.
Attn: Bankruptcy Desk/Managing Agent
4113 Wagon Trail Ave, Ste. 100
Las Vegas NV 89118

Firmalino Family
Attn: Bankruptcy Desk/Managing Agent
2908 English Rd
Chino Hills, CA 91709

Firmalino Family
Attn: Bankruptcy Desk/Managing Agent
570 Newberry Springs Dr
Las Vegas, NV 89148

First Amer Title - Trust Dept.
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 52023
Phoenix AZ 85072-2023

First American Bank
Attn: Bankruptcy Desk/Managing Agent
Brady Hutka
8401 N Central Expressway #500
Dallas TX 75225

First American Bank Texas, SSB
Attn: Bankruptcy Desk/Managing Agent
Attn: Cons./Comm. Loan Operations
P.O. Box 8680
Bryan TX 77805-8680

First American Real Estate Sol
Attn: Bankruptcy Desk/Managing Agent
5601 E. La Palma Ave.
Attn: Brenda Burns 4th Flr
Anaheim CA 92807

First American Title
Attn: Bankruptcy Desk/Managing Agent
2601 Louisiana Blvd NE
Albuquerque NM 87110

First American Title
Attn: Bankruptcy Desk/Managing Agent
Account Servicing Center
P.O. Drawer 487
PinetopAZ  85935

First American Title Ins. CO
Attn: Bankruptcy Desk/Managing Agent
of Mohave, Inc.
2213 Stockton Hill Rd
Kingman AZ 86401

First American Title Ins. Co.
Attn: Bankruptcy Desk/Managing Agent
2340 Highway 95
Bullhead City AZ 86442

First American Title Ins. Co.
Attn: Bankruptcy Desk/Managing Agent
National Commercial Services
180 Cassia Way, Suite 502
Henderson NV  89014

First American Title Insurance
Attn: Bankruptcy Desk/Managing Agent
Agency of Mohave Inc.
PO Box 4029
Kingman AZ 86401

First Choice Realty & Finance
Attn: Bankruptcy Desk/Managing Agent
382-B So. Lemon Avenue
Walnut CA 91789

First Class Sanitation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1921
Flagstaff AZ  86002

First Glass
Attn: Bankruptcy Desk/Managing Agent
4625 E Sunset
Las Vegas NV

First Insurance Funding Corp.
Attn: Bankruptcy Desk/Managing Agent
08879-0001-853277 Account #
P. O. Box 66468
Chicago IL 60666-0468

First Insurance Funding Corp.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 66468
Chicago, IL 60666-0468

First National Bank
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 62823
Phoenix AZ 85082-2823

First National Bank Of Nevada
Attn: Bankruptcy Desk/Managing Agent
Victor Alvarez
4001 S. Decatur Blvd., Suite 18
Las Vegas NV 89103

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

First National of America,Inc
Attn: Bankruptcy Desk/Managing Agent
188 Mount Airy Road
Basking Ridge NJ 07920

First Nations Funding Realty
Attn: Bankruptcy Desk/Managing Agent
4500 E. Pacific Coast Hw
Ste 200
Long Beach CA 90804

First Place Investments Inc
Attn: Bankruptcy Desk/Managing Agent
1167 Cottonwood Ranch Ct
Henderson, NV 89052

First Place Investments Inc
Attn: Bankruptcy Desk/Managing Agent
4779 Frankfurt Ct
Las Vegas, NV 89147

First Risk Management
Attn: Bankruptcy Desk/Managing Agent
The Plaza
1250 Greenwood Ave.,Suite 3
Jenkintown PA 19046

Fisher Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
Susan Happek, Manager
1406 Monroe Drive
Atlanta 30324

Fisher, Deron A.
Attn: Bankruptcy Desk/Managing Agent
4325 W. Rome Blvd Apt #3141
N Las Vegas, NV 89084

Flags and Marketing Unlimited
Attn: Bankruptcy Desk/Managing Agent
Grayner Enterprises
6120 W. Tropicana A-16 #362
Las Vegas NV 89103-4694

Flamingo-Durango Self St
Attn: Bankruptcy Desk/Managing Agent
8525 W. Flamingo Rd.
Las Vegas NV 89147

Flavio Zarattini
Attn: Bankruptcy Desk/Managing Agent
9050 W. Warm Springs #2098
Las Vegas NV 89148

Fleming Enterprises
Attn: Bankruptcy Desk/Managing Agent
3285 Southern Ave
Kingman AZ 86401

Flemister-Archila, Charmaine
Attn: Bankruptcy Desk/Managing Agent
580 Kelsford Dr
Las Vegas, NV 89123

Fletcher Jones Imports
Attn: Bankruptcy Desk/Managing Agent
7300 W. Sahara Avenue
Las Vegas NV

Fletcher Jones-Mercedes
Attn: Bankruptcy Desk/Managing Agent
444 S. Decatur Blvd
Las Vegas NV 89107

Fletcher, Clifton
Attn: Bankruptcy Desk/Managing Agent
8233 Hercules Dr
Las Vegas, NV 89128

Flexsim Software Products
Attn: Bankruptcy Desk/Managing Agent
1577 Technology Way Bldg A
Orem UT 84097

Floor Coating Creations
Attn: Bankruptcy Desk/Managing Agent
Ted Harris
4110 West Ali Baba Lane
Las Vegas NV 89118

Floor Designs of Nevada LLC
Attn: Bankruptcy Desk/Managing Agent
4565 West Post Road
Las Vegas NV 89118-3926

Flooring Evolutions
Attn: Bankruptcy Desk/Managing Agent
6001 S. Decatur Blvd., Suite C
Las Vegas NV 89118

Florante Diaz
Attn: Bankruptcy Desk/Managing Agent
117 Standing Stone St
Las Vegas, NV 89148

Florante Suan
Attn: Bankruptcy Desk/Managing Agent
1812 Maple Park Dr W
Canton, MI 48188

Florante Suan
Attn: Bankruptcy Desk/Managing Agent
341 Foster Springs Rd
Las Vegas, NV 89148

Florence Doyle
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 205
Las Vegas, NV 89113

Florencio & Aida Bautista
Attn: Bankruptcy Desk/Managing Agent
156 Duck Hollow Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Florencio & Aida Bautista
Attn: Bankruptcy Desk/Managing Agent
800 The Mark Ln Unit 402
San Diego, CA 92101

Flores Desigh
Attn: Bankruptcy Desk/Managing Agent
4618 Pacific Blvd.
Vernon CA 90058

Floro & Margarita Flores
Attn: Bankruptcy Desk/Managing Agent
7540 Hornblower Ave
Las Vegas, NV 89131

Floro & Margarita Flores
Attn: Bankruptcy Desk/Managing Agent
838 Alcosta Dr
Milpitas, CA 95035

Floyd & Kelly Lumpkin
Attn: Bankruptcy Desk/Managing Agent
32932 Canterbury Rd
Avon Lake, OH 44012

Floyd & Kelly Lumpkin
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1040
Las Vegas, NV 89148

Flynn, Kenneth
Attn: Bankruptcy Desk/Managing Agent
6954 Emerald Spring Lane
Las Vegas, NV 89113

Foamtech, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jermon
3340 Pepper Lane, Suite 110
Las Vegas NV 89120

Fong & A-Lan Yang
Attn: Bankruptcy Desk/Managing Agent
352 Arbour Garden Ave
Las Vegas, NV 89148

Fong & A-Lan Yang
Attn: Bankruptcy Desk/Managing Agent
3545 Padua Ave
Claremont, CA 91711

Fong Brothers Company
Attn: Bankruptcy Desk/Managing Agent
Craig
5731 South Alameda Street
Los Angeles CA 90058

Fong Family
Attn: Bankruptcy Desk/Managing Agent
108 Honors Course Dr
Las Vegas, NV 89148

Fong Family
Attn: Bankruptcy Desk/Managing Agent
520 Azores Cir
Bay Point, CA 94565

Fong Family
Attn: Bankruptcy Desk/Managing Agent
61 Voltaire Ave
Henderson, NV 89002

Foothill High School
Attn: Bankruptcy Desk/Managing Agent
800 College Drive
Henderson NV 89002

Forbes
Attn: Bankruptcy Desk/Managing Agent
Forbes Magazine
P. O. Box 5468
Harlan IA 51593-4968

Forbes Family
Attn: Bankruptcy Desk/Managing Agent
9257 Blue Flax Pl
Las Vegas, NV 89148

Ford
Attn: Bankruptcy Desk/Managing Agent
PO Box 542000
Omaha, NE 68154-8000

Ford Fort Apache Investments
Attn: Bankruptcy Desk/Managing Agent
Attn: Farus Farmanali
6370 W. Flamingo Rd., # 40
Las Vegas NV 89103

Ford Motor Credit
Attn: Bankruptcy Desk/Managing Agent
Pinnacle check sent to:
Attention: Dept A
P.O. Box 239801
Las Vegas NV 89105

Forest Products Society
Attn: Bankruptcy Desk/Managing Agent
2801 Marshall Ct.
Madison WI 53705-2295

Forms Surfaces
Attn: Bankruptcy Desk/Managing Agent
6393 Cindy Lane
Carpinteria CA 93013

Forss Family
Attn: Bankruptcy Desk/Managing Agent
468 Prospect St
Newport Beach, CA 92663

Forss Family
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 311
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Fort Apache Self Storage
Attn: Bankruptcy Desk/Managing Agent
9345 W Flamingo
Las Vegas NV 89147

Forte Gifts
Attn: Bankruptcy Desk/Managing Agent
10889 Eden Ridge Avenue
Las Vegas NV 89135

Fortune
Attn: Bankruptcy Desk/Managing Agent
Corporate Rate Service
P. O. Box 61440
Tampa FL 33661-1440

Fourth Phase Las Vegas
Attn: Bankruptcy Desk/Managing Agent
6050 S. Valley View Blvd.
Las Vegas NV 89118

Fox Family
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 210
Las Vegas, NV 89113

Fox Family
Attn: Bankruptcy Desk/Managing Agent
8513 Copper Falls Ave
Las Vegas, NV 89129

Fox Security Inc.
Attn: Bankruptcy Desk/Managing Agent
DBA Gaylord Security
953 E. Sahara ave. Suite 255
Las Vegas NV 89104-3096

Foxworth Galbraith
Attn: Bankruptcy Desk/Managing Agent
3060 Airway Ave.
Kingman AZ 86409

Fradella Iron Works Inc
Attn: Bankruptcy Desk/Managing Agent
Jim McCraken
707 Yucca Sreet
Boulder City AZ 89005

Fran Kaye
Attn: Bankruptcy Desk/Managing Agent
394 NW Breezy Point Loop
Port St Lucie, FL 34986

Fran Kaye
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 217
Las Vegas, NV 89113

Frances Chelli
Attn: Bankruptcy Desk/Managing Agent
4607 El Camino Cabos Dr
Las Vegas, NV 89147

Frances Chelli
Attn: Bankruptcy Desk/Managing Agent
8720 Carlita Joy Ct
Las Vegas, NV 89117

Francesca Ervin
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 311
Las Vegas, NV 89113

Francesco Greco
Attn: Bankruptcy Desk/Managing Agent
179 Duck Hollow Ave
Las Vegas, NV 89148

Francesco Greco
Attn: Bankruptcy Desk/Managing Agent
37 Hanford Rd
Stoneham, MA 02180

Francis & Gwendolyn Pascoe
Attn: Bankruptcy Desk/Managing Agent
1052 Via Nandina Pl
Henderson, NV 89011

Francis & Gwendolyn Pascoe
Attn: Bankruptcy Desk/Managing Agent
16755 W Cherry Stage Rd
Colorado Springs, CO 80921

Francis & Irene Dunigan
Attn: Bankruptcy Desk/Managing Agent
748 Wigan Pier Dr
Henderson, NV 89002

Francis Family
Attn: Bankruptcy Desk/Managing Agent
2185 Kershner Rd
Dayton, OH 45414

Francis Family
Attn: Bankruptcy Desk/Managing Agent
264 Rustic Club Way
Las Vegas, NV 89148

Francis Lara
Attn: Bankruptcy Desk/Managing Agent
52 Dixie Springs Ct
Las Vegas, NV 89148

Francis Lara
Attn: Bankruptcy Desk/Managing Agent
6360 Cosmos St
Corona, CA 92880

Francis McKenzie
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 212
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Francis So
Attn: Bankruptcy Desk/Managing Agent
4785 Frankfurt Ct
Las Vegas, NV 89147

Francisco & Maria Abastillas
Attn: Bankruptcy Desk/Managing Agent
2870 Cottonwood Dr
San Bruno, CA 94066

Francisco & Maria Abastillas
Attn: Bankruptcy Desk/Managing Agent
788 Tossa De Mar Ave
Henderson, NV 89002

Francisco Cifuentes
Attn: Bankruptcy Desk/Managing Agent
3456 Civic Center Drive, # 8
North Las Vegas NV 89030

Francisco Cruz
Attn: Bankruptcy Desk/Managing Agent
7244 Cottonsparrow St
Las Vegas, NV 89131

Francisco Pimentel
Attn: Bankruptcy Desk/Managing Agent
289 Via Franciosa Dr
Henderson, NV 89011

Franco Kam
Attn: Bankruptcy Desk/Managing Agent
198 Fortress Course Ct
Las Vegas, NV 89148

Franco Kam
Attn: Bankruptcy Desk/Managing Agent
PO Box 4895
West Hills, CA 91308

Frank & Angela Aglio
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 217
Las Vegas, NV 89113

Frank & Angela Aglio
Attn: Bankruptcy Desk/Managing Agent
PO Box 547
San Clemente, CA 92674

Frank & Nancy Mendolia
Attn: Bankruptcy Desk/Managing Agent
780 Tossa De Mar Ave
Henderson, NV 89002

Frank Bilotta
Attn: Bankruptcy Desk/Managing Agent
15615 - 100 St
Edmonton AB T5X
Canada

Frank Bilotta
Attn: Bankruptcy Desk/Managing Agent
163 Short Ruff Way
Las Vegas, NV 89148

Frank Crescentini
Attn: Bankruptcy Desk/Managing Agent
Investigations
7345 S. Durango Dr, B107-229
Las Vegas NV 89113

Frank Crouch
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 102
Las Vegas, NV 89113

Frank Crouch
Attn: Bankruptcy Desk/Managing Agent
PO Box 11913
San Bernardino, CA 92423

Frank Davenport
Attn: Bankruptcy Desk/Managing Agent
1113 Via Canale Dr
Henderson, NV 89011

Frank Davenport
Attn: Bankruptcy Desk/Managing Agent
3372 Narod St
Las Vegas, NV 89121

Frank Little
Attn: Bankruptcy Desk/Managing Agent
6639 Dapple Gray Rd
Las Vegas, NV 89148

Frank Peters
Attn: Bankruptcy Desk/Managing Agent
251 Hickory Heights Ave
Las Vegas, NV 89148

Frank Peters
Attn: Bankruptcy Desk/Managing Agent
496-52477 Highway 21
Sherwood Park AB T8A-6K2
Canada

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow, # 180
Las Vegas, NV 89103

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
Frank Rodriquez  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
3675 S. Rainbow, # 180
Las Vegas NV 89103

Frank Rustic
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 310
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Frank Seo
Attn: Bankruptcy Desk/Managing Agent
223 Fairway Woods Dr
Las Vegas, NV 89148

Frank Stone
Attn: Bankruptcy Desk/Managing Agent
121 Wicked Wedge Way
Las Vegas, NV 89148

Franklin D. Church
Attn: Bankruptcy Desk/Managing Agent
2535 Rafferty Creek Court
Las Vegas NV 89156

Franklin Document Services
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View Blvd.
#N-108
Las Vegas NV 89102

Franz & Isolde Barth
Attn: Bankruptcy Desk/Managing Agent
937 Rue Grand Paradis Ln
Henderson, NV 89011

Frazee Paint
Attn: Bankruptcy Desk/Managing Agent
6625 Miramar Road
P. O. Box 122471
San Diego CA 9112-2471

Fred & Mary Sharp
Attn: Bankruptcy Desk/Managing Agent
5333 S Corning Ave
Los Angeles, CA 90056

Fred & Mary Sharp
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 109
Las Vegas, NV 89113

Fred AND Pamela Eldean
Attn: Bankruptcy Desk/Managing Agent
4828 N Greentree Drive - East
Litchfield AZ 85340

Fred Haupt
Attn: Bankruptcy Desk/Managing Agent
1513 Tiffany Park Cir
Santa Maria, CA 93455

Fred Haupt
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 208
Las Vegas, NV 89113

Fred Labaya
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 311
Las Vegas, NV 89113

Fred Oldford
Attn: Bankruptcy Desk/Managing Agent
6608 Crosstimber Court
Las Vegas NV 89108

Fred Stroud
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 313
Las Vegas, NV 89113

Freda Maritz
Attn: Bankruptcy Desk/Managing Agent
364 Broken Par Dr
Las Vegas, NV 89148

Frederic & Catherine Cohen
Attn: Bankruptcy Desk/Managing Agent
1142 Olivia Pkwy
Henderson, NV 89011

Frederick Chin
Attn: Bankruptcy Desk/Managing Agent
President - Lake Las Vegas
1605 Lake Las Vegas NV Parkway
Henderson NV 89011

Fredrick & Karen Lombardi
Attn: Bankruptcy Desk/Managing Agent
472 Punto Vallata Dr
Henderson, NV 89011

Freedom Security
Attn: Bankruptcy Desk/Managing Agent
2303 E. Sahara Ave # 204
Las Vegas NV 89104

Freedom Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
6555 W Gary Ave
Las Vegas, NV 89139

Freedom Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
6555 West Gary Avenue
Las Vegas NV 89139

Freelance Landscape Mgmt, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jim Rosanaschi
4465 W. Arby
Las Vegas NV 89118

Freeling Guinn
Attn: Bankruptcy Desk/Managing Agent
13948 Washburn St
Detroit, MI 48238

Freeling Guinn
Attn: Bankruptcy Desk/Managing Agent
8784 Stockholm Ave
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Freeman & Nina Johnson
Attn: Bankruptcy Desk/Managing Agent
7225 Buglehorn St
Las Vegas, NV 69131

Freeman-clark Family
Attn: Bankruptcy Desk/Managing Agent
5913 Amber Station Ave
Las Vegas, NV 89131

Freeman-clark Family
Attn: Bankruptcy Desk/Managing Agent
72 Blaven Dr
Henderson, NV 89002

FreeSanity.com
Attn: Bankruptcy Desk/Managing Agent
1001 E. Sunset Rd.
P.O. Box 96716
Las Vegas NV 89193-6716

Freiday Construction
Attn: Bankruptcy Desk/Managing Agent
PO Box 4267
Kingman, AZ 86401

Fremont Emergency Services
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 1569
Las Vegas NV 89125

French Bouquet Flower Sh
Attn: Bankruptcy Desk/Managing Agent
3265 E. Tropicana Ave, Ste. A-
Las Vegas, NV 89121

French Bouquet Flower Sh
Attn: Bankruptcy Desk/Managing Agent
Joannie
3265 E. Tropicana Ave, Ste. A-
Las Vegas NV 89121

Fresh Squeezed
Attn: Bankruptcy Desk/Managing Agent
Toni Whittler
854 Cypress Pines Way
Henderson NV 89015

Freund, Lori
Attn: Bankruptcy Desk/Managing Agent
2056 Lordsburg Lane
Las Vegas, NV 89134

Friendly Ford
Attn: Bankruptcy Desk/Managing Agent
660 No. Decatur Blvd.
Las Vegas NV 89107

Friends of Sean Fellows
Attn: Bankruptcy Desk/Managing Agent
1321 Robbers Roost Avenue
Henderson NV 89012

Friends of Tanaka Elementary
Attn: Bankruptcy Desk/Managing Agent
Wayne
6583 Peachtree Lane
Las Vegas NV 89103

Froilan Saradpon
Attn: Bankruptcy Desk/Managing Agent
102 Cascade Lake St
Las Vegas, NV 89148

Froilan Saradpon
Attn: Bankruptcy Desk/Managing Agent
9573 Ashlyn Cir
Owings Mills, MD 21117

Frontier
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 3609
P. O. Box 20550
Rochester NY 14602-0550

Frontier Communications
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 20567
Rochester NY 14602-0567

Frontier Management LLC
Attn: Bankruptcy Desk/Managing Agent
1049 Via Prato Ln
Henderson, NV 89011

Frontier Management LLC
Attn: Bankruptcy Desk/Managing Agent
3609 Bison
Scottsbluff, NE 69361

Fryatt, Kimberly Michelle
Attn: Bankruptcy Desk/Managing Agent
2891 Painted Lilly Dr
Las Vegas, NV 89135

Fuchs, Gary
Attn: Bankruptcy Desk/Managing Agent
113 South Buteo Woods Lane
Las Vegas, NV 89144

Full Circle Consult Inc
Attn: Bankruptcy Desk/Managing Agent
3670 N. Rancho Dr. Suite # 103
Las Vegas NV 89130

Full Circle Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
13 Spoonbill Dr
Aliso Viejo, CA 92656

Full Circle Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2118
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Fuller, Leslie
Attn: Bankruptcy Desk/Managing Agent
5628 Bonds Flat St
Las Vegas, NV 89148

Fung Chau
Attn: Bankruptcy Desk/Managing Agent
255 Dog Leg Dr
Las Vegas, NV 89148

Fung Chau
Attn: Bankruptcy Desk/Managing Agent
8455 W Flamingo Rd Ste 5
Las Vegas, NV 89147

Fung Tsang
Attn: Bankruptcy Desk/Managing Agent
271 Rustic Club Way
Las Vegas, NV 89148

Fusion Media LLC
Attn: Bankruptcy Desk/Managing Agent
99 North Main Street
Suite 7
Cedar City UT 84720

G Force Restoration, Inc.
Attn: Bankruptcy Desk/Managing Agent
Michael R. Devine
2550 Chandler Avenue
Suite 52
Las Vegas NV 89120

G M A C Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
1063 Via Saint Lucia Pl
Henderson, NV 89011

G M A C Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
1100 Virginia Dr
Fort Washington, PA 19034

G M A C Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
177 Paxon Hollow Ct
Las Vegas, NV 89148

G Neil
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 451179
Sunrise FL 33345-1179

g photographic.com
Attn: Bankruptcy Desk/Managing Agent
George Bekich II
11597 Andorra St
Las Vegas NV 89183

G Y Property Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
5180 Spanish Heights Dr
Las Vegas, NV 89148

G.C. Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
Gil Correa
4130 Arctic Spring Ave
Suite 1
North Las Vegas NV 89115

G.C.Wallace Inc.
Attn: Bankruptcy Desk/Managing Agent
6655 South Cimarron Road
Las Vegas NV 89113-2132

Gabriel & Kidusan Hailu
Attn: Bankruptcy Desk/Managing Agent
9251 Prairie Aster Pl
Las Vegas, NV 89148

Gabriel & Rosa Deleon
Attn: Bankruptcy Desk/Managing Agent
689 Vortex Ave
Henderson, NV 89002

Gabriel Laborico
Attn: Bankruptcy Desk/Managing Agent
9651 Valmeyer Ave
Las Vegas, NV 89148

Gabriela & Emil Botezatu
Attn: Bankruptcy Desk/Managing Agent
9290 Orchid Pansy Ave
Las Vegas, NV 89148

Gabriela Luna
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 209
Las Vegas, NV 89113

Gabriela Ramzi
Attn: Bankruptcy Desk/Managing Agent
9193 Hombard Ave.
Las Vegas, NV 89148

GAC Access Controls, Inc
Attn: Bankruptcy Desk/Managing Agent
2721 North Losee Road
North Las Vegas NV 89030

Gail Bankston-Hill
Attn: Bankruptcy Desk/Managing Agent
558 Evergreen St Apt 15
Inglewood, CA 90302

Gail Bankston-Hill
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 206
Las Vegas, NV 89113

Gainey Ceramics
Attn: Bankruptcy Desk/Managing Agent
1200 Arrow Highway
La Verne CA 91750-5217

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Gale & Reynel Glepa
Attn: Bankruptcy Desk/Managing Agent
6442 Aether St
Las Vegas, NV 89148

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N Las Vegas, NV 89030

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
Joe Camps
1401 Trade Drive
N Las Vegas NV 89030

Gale Insulation
Attn: Bankruptcy Desk/Managing Agent
4195 S. Lynn Dr.
Fort Mohave AZ 86426

Gallagher & Kennedy, P.A.
Attn: Bankruptcy Desk/Managing Agent
2575 E. Camelback Rd.
Phoenix AZ 85016

Galloway Family
Attn: Bankruptcy Desk/Managing Agent
192 Duck Hollow Ave
Las Vegas, NV 89148

Gamblers General Store, Inc
Attn: Bankruptcy Desk/Managing Agent
800 S. Main St
Las Vegas NV 89101

Game Time c/o Great Western
Attn: Bankruptcy Desk/Managing Agent
Park & Playground
PO Box 97 2598 W 5700 S
Wellsville UT 84338

Ganesh & Shweta Kadam
Attn: Bankruptcy Desk/Managing Agent
598 Newberry Springs Dr
Las Vegas, NV 89148

Ganqing Jiang
Attn: Bankruptcy Desk/Managing Agent
185 Honors Course Dr
Las Vegas, NV 89148

Gap Trucking
Attn: Bankruptcy Desk/Managing Agent
William M. Kerbs
3596 N. Benton St.
Kingman AZ 86401

Garofalo, Randal
Attn: Bankruptcy Desk/Managing Agent
2317 Robinhood Pl
Orange, CA 92867

Garrett Donaldson
Attn: Bankruptcy Desk/Managing Agent
PO Box 5087
Goodyear AZ 85338

Garrett Family
Attn: Bankruptcy Desk/Managing Agent
9568 Los Cotos Ct
Las Vegas, NV 89147

Garrett Wang
Attn: Bankruptcy Desk/Managing Agent
11271 Ventura Blvd # 471
Studio City, CA 91604

Garrett Wang
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1132
Las Vegas, NV 89147

Garry & Madeline Kersey
Attn: Bankruptcy Desk/Managing Agent
789 Telfer Ln
Henderson, NV 89002

Garth & Ali Stabley
Attn: Bankruptcy Desk/Managing Agent
531 Via Ripagrande Ave
Henderson, NV 89011

Gary & Ann Herter
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1114
Las Vegas, NV 89148

Gary & Arlene Shibe
Attn: Bankruptcy Desk/Managing Agent
166 S Brook Hill Ln
Vernon Hills, IL 60061

Gary & Arlene Shibe
Attn: Bankruptcy Desk/Managing Agent
53 Arcadian Shores St
Las Vegas, NV 89148

Gary & Diane Ravan
Attn: Bankruptcy Desk/Managing Agent
8724 Stockholm Ave
Las Vegas, NV 89147

Gary & Janice Goczkowski
Attn: Bankruptcy Desk/Managing Agent
163 Fletcher Dr
Des Plaines, IL 60016

Gary & Janice Goczkowski
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 107
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Gary & Janice Goczkowski
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 108
Las Vegas, NV 89113

Gary & Jill Burch
Attn: Bankruptcy Desk/Managing Agent
96 Rancho Maria St
Las Vegas, NV 89148

Gary & Jonell Young
Attn: Bankruptcy Desk/Managing Agent
1072 Via Canale Dr
Henderson, NV 89011

Gary & Jonell Young
Attn: Bankruptcy Desk/Managing Agent
7541 Eastgate Rd
Henderson, NV 89011

Gary & Karen Philbrook
Attn: Bankruptcy Desk/Managing Agent
13368 March Way
Corona, CA 92879

Gary & Karen Philbrook
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 113
Las Vegas, NV 89113

Gary & Margret Mitrea
Attn: Bankruptcy Desk/Managing Agent
686 Vortex Ave
Henderson, NV 89002

Gary & Rebecca Wooldridge
Attn: Bankruptcy Desk/Managing Agent
564 Via Colmo Ave
Henderson, NV 89011

Gary & Susan Waters
Attn: Bankruptcy Desk/Managing Agent
11325 Early Sun Ct
Las Vegas, NV 89135

Gary & Susan Waters
Attn: Bankruptcy Desk/Managing Agent
9656 Waukegan Ave
Las Vegas, NV 89148

Gary & Ursula Becker
Attn: Bankruptcy Desk/Managing Agent
596 Via Colmo Ave
Henderson, NV 89011

Gary Beck
Attn: Bankruptcy Desk/Managing Agent
7107 S Durengo Dr Unit 107
Las Vegas, NV 89113

Gary Becker
Attn: Bankruptcy Desk/Managing Agent
7027 Cannon Ct.
Huntington Beach CA 92648

Gary Castronuovo
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 213
Las Vegas, NV 89113

Gary Edwards
Attn: Bankruptcy Desk/Managing Agent
274 Fringe Ruff Dr
Las Vegas, NV 89148

Gary Frazier
Attn: Bankruptcy Desk/Managing Agent
4120 Erinbird Avenue
North Las Vegas NV 89084

Gary Garcia
Attn: Bankruptcy Desk/Managing Agent
174 Catron
Oakland 94603

Gary H. Kent, Inc.
Attn: Bankruptcy Desk/Managing Agent
2950 S. Rancho Drive, Ste 200A
Las Vegas NV 89102

Gary Herter
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1023
Las Vegas, NV 89148

Gary Herter
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1045
Las Vegas, NV 89148

Gary Lennon
Attn: Bankruptcy Desk/Managing Agent
245 Via Franciosa Dr
Henderson, NV 89011

Gary Mattson
Attn: Bankruptcy Desk/Managing Agent
11013 Cliff Swallow Ave
Las Vegas, NV 89144

Gary Mattson
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 111
Las Vegas, NV 89113

Gary McAdams
Attn: Bankruptcy Desk/Managing Agent
9544 Los Cotos Ct
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Gary Melnik
Attn: Bankruptcy Desk/Managing Agent
2170 Century Park East #1110
Los Angeles CA 90067

Gary Morgan
Attn: Bankruptcy Desk/Managing Agent
18894 E Milan Pl
Aurora CO 80014

Gary Myers
Attn: Bankruptcy Desk/Managing Agent
GRM Real Estate Services
1423 E. Westchester Dr.
Chandler AZ 85249

Gary Norris
Attn: Bankruptcy Desk/Managing Agent
251 Manzanilla Way
Oceanside, CA 92057

Gary Norris
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 310
Las Vegas, NV 89113

Gary Salonisen
Attn: Bankruptcy Desk/Managing Agent
17981 Joshua Dr
Yorba Linda, CA 92886

Gary Salonisen
Attn: Bankruptcy Desk/Managing Agent
774 Wigan Pier Dr
Henderson, NV 89002

Gary Shen
Attn: Bankruptcy Desk/Managing Agent
2870 Peaceful Grove St
Las Vegas, NV 89135

Gary Shen
Attn: Bankruptcy Desk/Managing Agent
88 Tall Ruff Dr
Las Vegas, NV 89148

GARY WILHELMI
Attn: Bankruptcy Desk/Managing Agent
7139 S DURANGO DR
LAS VEGAS NV  89148

Gaston & Linda Lai
Attn: Bankruptcy Desk/Managing Agent
347 Palm Trace Ave
Las Vegas, NV 89148

Gaudin Porsche
Attn: Bankruptcy Desk/Managing Agent
7200 W. Sahara
Las Vegas NV 89117

Gavino Family
Attn: Bankruptcy Desk/Managing Agent
1047 Via Gallia St
Henderson, NV 89011

Gavino Family
Attn: Bankruptcy Desk/Managing Agent
1047 Via San Gallo Ct
Henderson, NV 89011

Gavlak-yemc Family
Attn: Bankruptcy Desk/Managing Agent
137 Chateau Whistler Ct
Las Vegas, NV 89148

Gayle Nagy
Attn: Bankruptcy Desk/Managing Agent
1368 Kenwood Rd
Santa Barbara, CA 93109

Gayle Nagy
Attn: Bankruptcy Desk/Managing Agent
317 Palm Trace Ave
Las Vegas, NV 89148

GCR Tire Centers
Attn: Bankruptcy Desk/Managing Agent
2815 N. 32nd Ave.
Phoenix AZ 85009

GDI Ventures, LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Elaine Feeney
600 Hersch Ave
Pagosa Springs CO 81147

GE Capital
Attn: Bankruptcy Desk/Managing Agent
PO Box 6229
Carol Stream, IL  60197-6229

GE Capital Modular Space
Attn: Bankruptcy Desk/Managing Agent
530 East Swedesford Road
PO Box 641595
Pittsburgh PA 15264-1595

GE Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
114 Tucker St., Suite 6
Kingman AZ 86401

GE Consumer Service
Attn: Bankruptcy Desk/Managing Agent
4610 Arville Street
Las Vegas NV 89103

Gear For Sports
Attn: Bankruptcy Desk/Managing Agent
9700 Commerce Pkwy
P.O. Box 14908
Lenexa KS 66219

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Gedang Family
Attn: Bankruptcy Desk/Managing Agent
1312 Olivia Pkwy
Henderson, NV 89011

Gedang Family
Attn: Bankruptcy Desk/Managing Agent
2043 Coleman Ct
Simi Valley, CA 93063

Gemma Sladky
Attn: Bankruptcy Desk/Managing Agent
4784 Lone Mesa Dr
Las Vegas, NV 89147

Gene & Joan Kelly
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 303
Las Vegas, NV 89113

Gene & Mary Mabasa
Attn: Bankruptcy Desk/Managing Agent
464 Via Stretto Ave
Henderson, NV 89011

Gene Heckerman
Attn: Bankruptcy Desk/Managing Agent
244 Wicked Wedge Way
Las Vegas, NV 89148

Gene Sugano
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 110
Las Vegas, NV 89113

Gene T. Porter, LTD
Attn: Bankruptcy Desk/Managing Agent
2850 Horizon Ridge Pkwy
Suite 300
Henderson NV  89052

Gene Wittman
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 311
Las Vegas, NV 89113

General Binding Corp
Attn: Bankruptcy Desk/Managing Agent
PO Box 71361
Chicago IL 60694-1361

GENERAL ELECTRIC CAPITAL CORP
Attn: Bankruptcy Desk/Managing Agent
Brent Chase
201 Merritt 7, P.O. Box 5201
Norwalk, CT  06856-5201

General Electric Co
Attn: Bankruptcy Desk/Managing Agent
Jim
GE/RCA Consumer Service
PO Box 840255
Dallas TX 75284

General Steel Corp.
Attn: Bankruptcy Desk/Managing Agent
1075 S. Yukon St.
Suite 250
Lakewood CO 80226

Genergal Electric Capital Corp
Attn: Bankruptcy Desk/Managing Agent
11010 Prairie Lakes Dr., Ste 150
Eden Prairie, MN 55344-3891

Gene's Locksmith
Attn: Bankruptcy Desk/Managing Agent
738 W. Sunset Road
Henderson NV  89011

Genesis Medical Group
Attn: Bankruptcy Desk/Managing Agent
100 North Green Valley Pkwy
#110
Henderson NV  89074

Geneva Harris
Attn: Bankruptcy Desk/Managing Agent
581 Via Di Parione Ct
Henderson, NV 89011

Geocon Inland Empire, Inc.
Attn: Bankruptcy Desk/Managing Agent
6280 South Valley View Blvd.
Suite 624
Las Vegas NV 89118

Geoffrey & Genevieve Kwong
Attn: Bankruptcy Desk/Managing Agent
291 Waterton Lakes Ave
Las Vegas, NV 89148

Geoffrey & Genevieve Kwong
Attn: Bankruptcy Desk/Managing Agent
PO Box 5898
Sherman Oaks, CA 91413

Geoffrey & Serena Nervez
Attn: Bankruptcy Desk/Managing Agent
187 Rusty Plank Ave
Las Vegas, NV 89148

Geoffrey Hsieh
Attn: Bankruptcy Desk/Managing Agent
2559 Purple Heather Pl
Henderson, NV 89052

Geoffrey Hsieh
Attn: Bankruptcy Desk/Managing Agent
9698 Waukegan Ave
Las Vegas, NV 89148

Geoffrey Sampang
Attn: Bankruptcy Desk/Managing Agent
20786 Quiet Brook Pl
Potomac Falls, VA 20165

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Geoffrey Sampang
Attn: Bankruptcy Desk/Managing Agent
56 Daisy Springs Ct
Las Vegas, NV 89148

George & Cynthia Gay
Attn: Bankruptcy Desk/Managing Agent
1154 Olivia Pkwy
Henderson, NV 89011

George & Deborah Vanwingerden
Attn: Bankruptcy Desk/Managing Agent
49 Blaven Dr
Henderson, NV 89002

George & Doreen Hanada
Attn: Bankruptcy Desk/Managing Agent
1177 Queen St Apt 2107
Honolulu, HI 96814

George & Doreen Hanada
Attn: Bankruptcy Desk/Managing Agent
199 Fortress Course Ct
Las Vegas, NV 89148

George & Elena Lu
Attn: Bankruptcy Desk/Managing Agent
11329 Woodmar Ln NE
Albuquerque, NM 87111

George & Elena Lu
Attn: Bankruptcy Desk/Managing Agent
386 Apple River Ct
Las Vegas, NV 89148

George & Elisa Uy
Attn: Bankruptcy Desk/Managing Agent
137 Water Hazard Ln
Las Vegas, NV 89148

George & Elisa Uy
Attn: Bankruptcy Desk/Managing Agent
43 Calle Akelia
San Clemente, CA 92673

George & Geraldine Bender
Attn: Bankruptcy Desk/Managing Agent
39297 Beringer Dr
Murrieta, CA 92563

George & Geraldine Bender
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1057
Las Vegas, NV 89148

George & Le Capps
Attn: Bankruptcy Desk/Managing Agent
485 Via Stretto Ave
Henderson, NV 89011

George & Le Capps
Attn: Bankruptcy Desk/Managing Agent
8538 Lambert Dr
Las Vegas, NV 89147

George & Linda Faithfull
Attn: Bankruptcy Desk/Managing Agent
6031 Eagle Ridge Place
Duncan BC V9L5M9
Canada

George & Linda Faithfull
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1149
Las Vegas, NV 89148

George & Marta Pelayo
Attn: Bankruptcy Desk/Managing Agent
4768 Crakow Ct
Las Vegas, NV 89147

George & Roberta O`Hara
Attn: Bankruptcy Desk/Managing Agent
531 Via Del Corallo Way
Henderson, NV 89011

George & Virginia Filart
Attn: Bankruptcy Desk/Managing Agent
1626 Falling Star Ln
Chino Hills, CA 91709

George & Virginia Filart
Attn: Bankruptcy Desk/Managing Agent
251 Spring Hollow Dr
Las Vegas, NV 89148

George Awad
Attn: Bankruptcy Desk/Managing Agent
171 Voltaire Ave
Henderson, NV 89002

George Blacker
Attn: Bankruptcy Desk/Managing Agent
448 Via Del Foro Dr
Henderson, NV 89011

George F Tibsherany Inc
Attn: Bankruptcy Desk/Managing Agent
7150 E Camelback Rd
Suite #500
Scottsdale AZ 85251

George Fields
Attn: Bankruptcy Desk/Managing Agent
184 Macoby Run St
Las Vegas, NV 89148

George Garcia
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 312
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

George Huang
Attn: Bankruptcy Desk/Managing Agent
526 Via Ripagrande Ave
Henderson, NV 89011

George Q. Valdez
Attn: Bankruptcy Desk/Managing Agent
7875 Alameda Creek Street
Las Vegas NV 89113

George Rodriguez
Attn: Bankruptcy Desk/Managing Agent
90 Rusty Springs Ct
Las Vegas, NV 89148

George Varhelyi
Attn: Bankruptcy Desk/Managing Agent
586 Foster Springs Rd
Las Vegas, NV 89148

Geostructural Tool Kit, Inc.
Attn: Bankruptcy Desk/Managing Agent
2804 Longhorn Blvd.
Austin TX 78758

GeoTek, Inc.
Attn: Bankruptcy Desk/Managing Agent
Wayne Anderson
6835 S. Escondido Street
Suite A
Las Vegas NV 89119

Gerald & Arlette Lebizay
Attn: Bankruptcy Desk/Managing Agent
7322 S Rainbow Blvd
Las Vegas, NV 89139

Gerald & Arlette Lebizay
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2070
Las Vegas, NV 89148

Gerald & Carol Jeffers
Attn: Bankruptcy Desk/Managing Agent
3065 Olivia Heights Ave
Henderson, NV 89052

Gerald & Carol Jeffers
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1169
Las Vegas, NV 89147

Gerald & Priscilla Messmer
Attn: Bankruptcy Desk/Managing Agent
1541 Doran Dr
Las Vegas, NV 89123

Gerald & Priscilla Messmer
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 108
Las Vegas, NV 89113

Gerald & Sandra Dubanski
Attn: Bankruptcy Desk/Managing Agent
4568 Califa Dr
Las Vegas, NV 89122

Gerald Guarin
Attn: Bankruptcy Desk/Managing Agent
1358 La Crescentia Dr
Chula Vista, CA 91910

Gerald Guarin
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 204
Las Vegas, NV 89113

Gerald Shurley
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 203
Las Vegas, NV 89113

Gerard & Janice Bruce
Attn: Bankruptcy Desk/Managing Agent
8409 Normandy Shores St
Las Vegas, NV 89131

Gerard & Janice Bruce
Attn: Bankruptcy Desk/Managing Agent
9594 Verneda Ct
Las Vegas, NV 89147

Gerard Azoulay
Attn: Bankruptcy Desk/Managing Agent
8911 Lansberry Ct
Las Vegas, NV 89147

Gerardo & Josephine Perez
Attn: Bankruptcy Desk/Managing Agent
9254 Orchid Pansy Ave
Las Vegas, NV 89148

Gerber, Paul
Attn: Bankruptcy Desk/Managing Agent
888 Bare Branch Ave
Las Vegas, NV 89123

Gerome & Macelsa Guansing
Attn: Bankruptcy Desk/Managing Agent
6675 Aviston St
Las Vegas, NV 89148

Gerome & Macelsa Guansing
Attn: Bankruptcy Desk/Managing Agent
Psc 561 Box 516
FPO, AP 96310

Geronimo & Iris Vasquez
Attn: Bankruptcy Desk/Managing Agent
4789 Frankfurt Ct
Las Vegas, NV 89147