Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Geronimo & Iris Vasquez
Attn: Bankruptcy Desk/Managing Agent
5590 Greeley Pl
Fremont, CA 94538

Geronimo Vasquez
Attn: Bankruptcy Desk/Managing Agent
Iris Vasquez
5590 Greeley Place
Fremont CA 94538

Gerry & Rosaline Devera
Attn: Bankruptcy Desk/Managing Agent
5263 Cedar Bend Dr
North Las Vegas, NV 89031

Gerry & Rosaline Devera
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 111
Las Vegas, NV 89113

Gertrude Cabuang
Attn: Bankruptcy Desk/Managing Agent
129 Quail Valley St
Las Vegas, NV 89148

Gesco NV
Attn: Bankruptcy Desk/Managing Agent
1868 Anamor St
Redwood City CA 94061

GET Roofing
Attn: Bankruptcy Desk/Managing Agent
745 West Sunset Road
Henderson NV  89015

Geza Balasko
Attn: Bankruptcy Desk/Managing Agent
1028 Via Dupre St
Henderson, NV 89011

Ghassen & Miriam Khoury
Attn: Bankruptcy Desk/Managing Agent
580 Foster Springs Rd
Las Vegas, NV 89148

Ghennet Haile
Attn: Bankruptcy Desk/Managing Agent
350 Dog Leg Dr
Las Vegas, NV 89148

Ghennet Haile
Attn: Bankruptcy Desk/Managing Agent
9520 Victory Garden Ave
Las Vegas, NV 89149

Giacomo Monopoli
Attn: Bankruptcy Desk/Managing Agent
325 Lakewood Garden Dr
Las Vegas, NV 89148

Giant Textiles Corporation
Attn: Bankruptcy Desk/Managing Agent
Patrick or Amy
PO Box 84228
Seattle WA 89124

GIATI
Attn: Bankruptcy Desk/Managing Agent
101 Henry Adams #136
San Francisco CA 94103

Gibi & Luckose Joseph
Attn: Bankruptcy Desk/Managing Agent
41 Sandy Bunker Ln
Las Vegas, NV 89148

Giblin Family
Attn: Bankruptcy Desk/Managing Agent
175 Wicked Wedge Way
Las Vegas, NV 89148

Gibson, Dunn  & Crutcher LLP
Attn: Bankruptcy Desk/Managing Agent
333 South Grand Avenue
Los Angeles CA 90071

Gieselle & Michael Eastman
Attn: Bankruptcy Desk/Managing Agent
402 Center Green Dr
Las Vegas, NV 89148

Gifford, Sarah
Attn: Bankruptcy Desk/Managing Agent
5628 Bonds Flat St
Las Vegas, NV 89148

Gil & Ulla Galliguez
Attn: Bankruptcy Desk/Managing Agent
539 Newberry Springs Dr
Las Vegas, NV 89148

Gilbert & Mary Landin
Attn: Bankruptcy Desk/Managing Agent
4700 Califa Dr
Las Vegas, NV 89122

Gilbert & Patricia Brill
Attn: Bankruptcy Desk/Managing Agent
3250 S Town Center Dr Unit 2063
Las Vegas, NV 89135

Gilbert & Patricia Brill
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 102
Las Vegas, NV 89113

Gilbert & Susan Boozier
Attn: Bankruptcy Desk/Managing Agent
4 Sanderling
Irvine, CA 92604

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Gilbert & Susan Boozier
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1132
Las Vegas, NV 89148

Gilbert Landin
Attn: Bankruptcy Desk/Managing Agent
4701 Califa Dr
Las Vegas, NV 89122

Gilbert Landin
Attn: Bankruptcy Desk/Managing Agent
PO Box 20117
Las Vegas, NV 89112

Gilbrill Thorli
Attn: Bankruptcy Desk/Managing Agent
209 Lenape Heights Ave
Las Vegas, NV 89148

Gildersleeve Family
Attn: Bankruptcy Desk/Managing Agent
57 Arcata
Irvine, CA 92602

Gildersleeve Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1173
Las Vegas, NV 89148

Gilmore, Joseph & Lentz
Attn: Bankruptcy Desk/Managing Agent
6817 S. Eastern Ste 102
Las Vegas NV 89119

Gina Ferraro
Attn: Bankruptcy Desk/Managing Agent

Gina Hong
Attn: Bankruptcy Desk/Managing Agent
4756 Lone Mesa Dr
Las Vegas, NV 89147

Gina Rummelhart
Attn: Bankruptcy Desk/Managing Agent
192 Short Ruff Way
Las Vegas, NV 89148

Ginmir LLC
Attn: Bankruptcy Desk/Managing Agent
5147 Mountain Foliage Dr
Las Vegas, NV 89148

Ginmir LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1120
Las Vegas, NV 89147

Giok & Diandi Wedhas
Attn: Bankruptcy Desk/Managing Agent
10816 Stamfield Dr
Rancho Cucamonga, CA 91730

Giok & Diandi Wedhas
Attn: Bankruptcy Desk/Managing Agent
9713 Kampsville Ave
Las Vegas, NV 89148

Giordano Family
Attn: Bankruptcy Desk/Managing Agent
924 Via Stellato St
Henderson, NV 89011

Giovanna Gurrieri
Attn: Bankruptcy Desk/Managing Agent
1228 Olivia Pkwy
Henderson, NV 89011

Giovanna Raccosta
Attn: Bankruptcy Desk/Managing Agent
9905 Deer Ct
Las Vegas NV 89134

Giroux Glass, Inc.
Attn: Bankruptcy Desk/Managing Agent
Brian Comeno
3620 S. Highland
Las Vegas NV 89103

Git er Done
Attn: Bankruptcy Desk/Managing Agent
4430 North Adams
Kingman AZ 86401

Giudicessi Family
Attn: Bankruptcy Desk/Managing Agent
6816 Dali Ave # E206
Land O Lakes, FL 34637

Giudicessi Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 108
Las Vegas, NV 89113

Giuseppe & Marie Milito
Attn: Bankruptcy Desk/Managing Agent
7233 Eaglegate St
Las Vegas, NV 89131

Giuseppe & Nancy Saputo
Attn: Bankruptcy Desk/Managing Agent
7420 Cedar Rae Ave
Las Vegas, NV 89131

Giuseppe & Roni Bello
Attn: Bankruptcy Desk/Managing Agent
2009 Aspen Brook Dr
Henderson, NV 89074

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Giuseppe & Roni Bello
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1151
Las Vegas, NV 89148

Glant Textile Corporation
Attn: Bankruptcy Desk/Managing Agent
PO Box 84228
Seattle WA 98124

Glass Block Window Co.
Attn: Bankruptcy Desk/Managing Agent
J C Harper
3807 W. Adams St.
Phoenix AZ 85009

Glass Doctor
Attn: Bankruptcy Desk/Managing Agent
1125 American Pacific Dr.
Suite D
Henderson NV 89074

Glassic Art
Attn: Bankruptcy Desk/Managing Agent
5850 S. Polaris , Ste. 700
Las Vegas NV 89129

Glen & Cheryl Wayne
Attn: Bankruptcy Desk/Managing Agent
7500 Red Cinder St
Las Vegas, NV 89131

Glen & Genevieve Hotinski
Attn: Bankruptcy Desk/Managing Agent
7521 Thornbuck Pl
Las Vegas, NV 89131

Glen Jones
Attn: Bankruptcy Desk/Managing Agent
544 Piumosa
Vista CA 92083

Glen Klanian
Attn: Bankruptcy Desk/Managing Agent
229 White Willow Ave.
Las Vegas NV 89123-1102

Glen Yuen
Attn: Bankruptcy Desk/Managing Agent
776 Wigan Pier Dr
Henderson, NV 89002

Glenda Tangen
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1016
Las Vegas, NV 89148

Glenn & Christine Yakabi
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 207
Las Vegas, NV 89113

Glenn and Rene M. Raynes
Attn: Bankruptcy Desk/Managing Agent
Revocable Family Trust
1930 Village Center Circle #3-705
Las Vegas NV 89134

Glenn Cobb
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 304
Las Vegas, NV 89113

Glenn Cobb
Attn: Bankruptcy Desk/Managing Agent
PO Box 427
Pasadena, CA 91102

Glenn Hill
Attn: Bankruptcy Desk/Managing Agent
1136 Via Canale Dr
Henderson, NV 89011

Glenn Raynes Trustee
Attn: Bankruptcy Desk/Managing Agent
9817 Canyon Rock Place
Las Vegas NV 89134

Glenna Gaudy
Attn: Bankruptcy Desk/Managing Agent
408 Via Stretto Ave
Henderson, NV 89011

Global Architectural Models
Attn: Bankruptcy Desk/Managing Agent
3863 S. Valley View #10
Las Vegas NV 89147

Global Insight (USA), Inc.
Attn: Bankruptcy Desk/Managing Agent
1000 Winter St. Ste 4300N
P. O Box 845730
Boston MA 02884-5730

Globalstar USA
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 30519
Los Angeles CA 90030-0519

Gloria G. Robbins
Attn: Bankruptcy Desk/Managing Agent
2495 Autumn Chase Lane
Henderson NV  89052

Gloria Robbins
Attn: Bankruptcy Desk/Managing Agent
1041 Via Camelia St
Henderson, NV 89011

Glorifina Trinidad
Attn: Bankruptcy Desk/Managing Agent
4810 Lone Grove Drive
Las Vegas NV 89139

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Glorifina Trinidad
Attn: Bankruptcy Desk/Managing Agent
6507 Bethalto St
Las Vegas, NV 89148

Glynda Rhodes
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Court
Las Vegas NV 89148

GMAC
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 9001948
Louisville KY 40290-1948

GMS Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
Gary Sturm
4140 Cannoli Circle, Suite A
Las Vegas NV 89103

Godela & Ananias Gasacao
Attn: Bankruptcy Desk/Managing Agent
156 Honors Course Dr
Las Vegas, NV 89148

Gold Mountain Development Corp
Attn: Bankruptcy Desk/Managing Agent
375 Warm Springs Rd
Suite 100
Las Vegas NV 89109

Gold Value California Realty
Attn: Bankruptcy Desk/Managing Agent
Len B. Diaz
9135 Langdon Avenue
North Hills CA 91343

Goldberg Brian
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 213
Las Vegas, NV 89113

Golden Point Investment LLC
Attn: Bankruptcy Desk/Managing Agent
152 Castle Course Ave
Las Vegas, NV 89148

Golden Point Investment LLC
Attn: Bankruptcy Desk/Managing Agent
172 Cliff Valley Dr
Las Vegas, NV 89148

Golden Valley Materials
Attn: Bankruptcy Desk/Managing Agent
2215 Hualapai Mtn. Rd. #H
Kingman AZ 86409

Golden West Industries, Inc.
Attn: Bankruptcy Desk/Managing Agent
Laura
5505 S.E. Johnson Creek Blvd.
Portland OR 97206

Goldsmith Joint Revocable Liv Tr
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 102
Las Vegas, NV 89113

GolfSwitch, Inc.
Attn: Bankruptcy Desk/Managing Agent
6390 East Thomas Road
Suite 300
Scottsdale AZ 85251

Golightly Tire
Attn: Bankruptcy Desk/Managing Agent
3900 E Huntington Dr
Flagstaff, AZ 86004

Golob Family
Attn: Bankruptcy Desk/Managing Agent
1024 Via Latina St
Henderson, NV 89011

Golob Family
Attn: Bankruptcy Desk/Managing Agent
5408 San Florentine Ave
Las Vegas, NV 89141

Gomez Construction Inc
Attn: Bankruptcy Desk/Managing Agent
Armando Gomez
7204 Shady Springs St.
Las Vegas NV 89131

Gomez Family
Attn: Bankruptcy Desk/Managing Agent
1016 Via Gallia St
Henderson, NV 89011

Gomez Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 6542
Thousand Oaks, CA 91359

Gonzales Family
Attn: Bankruptcy Desk/Managing Agent
1575 Boundary Peak Way
Las Vegas, NV 89135

Gonzales Family
Attn: Bankruptcy Desk/Managing Agent
269 Lenape Heights Ave
Las Vegas, NV 89148

Gonzales, Jorge A
Attn: Bankruptcy Desk/Managing Agent
5235 Tropicana #1098
Las Vegas, NV 89122

Gonzalo & Irma Segura
Attn: Bankruptcy Desk/Managing Agent
4622 Califa Dr
Las Vegas, NV 89122

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                Served 4/17/2009

Good Technology
Attn: Bankruptcy Desk/Managing Agent
Dept CH 17433
Pataline IL 60055-7433

Goodwin Family
Attn: Bankruptcy Desk/Managing Agent
11122 Cicita St
Las Vegas, NV 89141

Goodwin Family
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 109
Las Vegas, NV 89113

Goodwyn Production Group
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 33429
Las Vegas NV 89133

Gopher Sport
Attn: Bankruptcy Desk/Managing Agent
220 24th Ave. NW
P.O. Box 998
Owatonna MN 55060

Gordon & Rees, LLP
Attn: Bankruptcy Desk/Managing Agent
275 Battery Street, 20th Floor
San Francisco CA 94111

Gordon & Silver, Ltd.
Attn: Bankruptcy Desk/Managing Agent
Attorneys at Law
3960 Howard Hughes Pkwy Ninth FL
Las Vegas NV 89109

Gordon Dixon
Attn: Bankruptcy Desk/Managing Agent
9546 Verneda Ct
Las Vegas, NV 89147

Gordon Paving Co.,Inc.
Attn: Bankruptcy Desk/Managing Agent
4780 W. Harmon Ave, Ste 11
Las Vegas NV 89103

Gorski, Ronald
Attn: Bankruptcy Desk/Managing Agent
1875 Mesquite Canyon Dr
Henderson, NV 89012

Gort Metals Corporation
Attn: Bankruptcy Desk/Managing Agent
John
2336 Whippletree
Las Vegas NV 89119-2860

Gorz Family
Attn: Bankruptcy Desk/Managing Agent
1 Oak Brook Club Dr Apt A302
Oak Brook, IL 60523

Gorz Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1020
Las Vegas, NV 89148

Gothic Grounds Management
Attn: Bankruptcy Desk/Managing Agent
10005 South 3rd Street
Las Vegas NV 89101

Gothic Landscaping
Attn: Bankruptcy Desk/Managing Agent
Wess Williams
4565 W. Nevso Drive
Las Vegas NV 89103

Gouvis Engineering Consulting
Attn: Bankruptcy Desk/Managing Agent
2150 E. Tahquitz Canyon
Suite 9
Palm Springs CA 92262

Grace & Vivian Chuang
Attn: Bankruptcy Desk/Managing Agent
292 White Bluffs St
Las Vegas, NV 89148

Grace & Vivian Chuang
Attn: Bankruptcy Desk/Managing Agent
4265 Kissena Blvd Apt 632
Flushing, NY 11355

Grace Diokno
Attn: Bankruptcy Desk/Managing Agent
1361 Branham Ln
San Jose, CA 95118

Grace Diokno
Attn: Bankruptcy Desk/Managing Agent
367 Center Green Dr
Las Vegas, NV 89148

Grace Madrid-Armstrong
Attn: Bankruptcy Desk/Managing Agent
10279 Evening Primrose Ave
Las Vegas, NV 89135

Grace Madrid-Armstrong
Attn: Bankruptcy Desk/Managing Agent
6813 Baby Jade Ct
Las Vegas, NV 89148

Grace Madrid-Armstrong
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2008
Las Vegas, NV 89148

Grace Masterson
Attn: Bankruptcy Desk/Managing Agent
299 Bridgewater Heights Dr
Villa Ridge, MO 63089

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Grace Masterson
Attn: Bankruptcy Desk/Managing Agent
4792 Essen Ct
Las Vegas, NV 89147

Graham & Alina Park
Attn: Bankruptcy Desk/Managing Agent
328 Ladies Tee Ct
Las Vegas, NV 89148

Grainger
Attn: Bankruptcy Desk/Managing Agent
2401 Western Ave
Las Vegas NV 89102-4815

GRAM, Inc.
Attn: Bankruptcy Desk/Managing Agent
8500 Menaul Blvd, Suite B-335
Albuquerque NM 87112

Granada Hills HOA
Attn: Bankruptcy Desk/Managing Agent
c/o RMI Management, LLC
630 Trade Center Drive, Suite 100
Las Vegas, NV 89119

Granada Hills HOA
Attn: Bankruptcy Desk/Managing Agent
Ellen
c/o Horizon Community Mgmt,LLC
601 Whitney Ranch Bldg B-10
Henderson NV 89014

GRAND CENTRAL ASSET TRUST SOLA
Attn: Bankruptcy Desk/Managing Agent
540 W. Madison St.
Chicago, IL 60661

Grand Wailea Resort Hotel &Spa
Attn: Bankruptcy Desk/Managing Agent
3850 Wailea Alanul
Wailea Maui HI 96753

Grand Wailea Weddings
Attn: Bankruptcy Desk/Managing Agent
3850 Wailea Alanui Drive
Wailea, Maui HI 96753

Granite World
Attn: Bankruptcy Desk/Managing Agent
2360 E. La Madre Way
North Las Vegas, NV 89081

Granite World
Attn: Bankruptcy Desk/Managing Agent
BURT
2360 E. La Madre Way
North Las Vegas NV 89081

Grant & Susan Gravatte
Attn: Bankruptcy Desk/Managing Agent
33 Pangloss St
Henderson, NV 89002

Grant Brownback
Attn: Bankruptcy Desk/Managing Agent
153 Broken Putter Way
Las Vegas, NV 89148

Grant Klein
Attn: Bankruptcy Desk/Managing Agent
407 Ash Street
Henderson NV 89015

Grant Westphal
Attn: Bankruptcy Desk/Managing Agent
409 Via Stretto Ave
Henderson, NV 89011

Grant Westphal
Attn: Bankruptcy Desk/Managing Agent
PO Box 301
Sandwich, IL 60548

Graphisoft U.S. Inc
Attn: Bankruptcy Desk/Managing Agent
One Gateway Center
Suite 302
Newton MA 02458

Gray Family
Attn: Bankruptcy Desk/Managing Agent
7411 Thornbuck Pl
Las Vegas, NV 89131

Grazyna Pitucha
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 211
Las Vegas, NV 89113

Great British Lighting
Attn: Bankruptcy Desk/Managing Agent
c/o Char Penniman
467 Via Royal
Walnut Creek CA 94597

Great West Commercial Tire
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 3697
3101 Armour
Kingman AZ 86402

Great Western Park
Attn: Bankruptcy Desk/Managing Agent
& Playground
P.O. Box 97
Wellsville UT 84339

Greater LV Assoc. of Realtors
Attn: Bankruptcy Desk/Managing Agent
1750 E. Sahara Ave.
Las Vegas NV 89104-3706

Greater Phoenix Capital LLC
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 218
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Greater Phonenix Capital LLC
Attn: Bankruptcy Desk/Managing Agent
7580 E Gray Rd Ste 202
Scottsdale, AZ 85260

Great-West HealthCare
Attn: Bankruptcy Desk/Managing Agent
Great-West Mail Center
1000 Great West Drive
Kennett MO 63857

Greeley and Hansen LLC
Attn: Bankruptcy Desk/Managing Agent
4625 S Polaris Avenue #210
Las Vegas NV 89103

Green & Pest Free Naturally
Attn: Bankruptcy Desk/Managing Agent
9384 South 670 West
Sandy UT 84070

Green Frog Art
Attn: Bankruptcy Desk/Managing Agent
5150 Palm Valley Road #300
Ponte Vedra Beach FL 32082

Green Tree Landscape & Maint.
Attn: Bankruptcy Desk/Managing Agent
110 West Mayflower Ave
N. Las Vegas NV 89030

Green Valley Electric
Attn: Bankruptcy Desk/Managing Agent
KERRY
5841 E. Charleston Blvd.
#230-350
Las Vegas NV 89142

Green Valley Ranch
Attn: Bankruptcy Desk/Managing Agent
Station Casino
P.O.Box 230160
Las Vegas NV 89123

Greenback Consulting LLC
Attn: Bankruptcy Desk/Managing Agent
3041 W Horizon Ridge Pkwy Ste 150
Henderson, NV 89052

Greenback Consulting LLC
Attn: Bankruptcy Desk/Managing Agent
692 Vortex Ave
Henderson, NV 89002

Greenberg Traurig, LLP
Attn: Bankruptcy Desk/Managing Agent
3773 Howard Hughes Pkwy
Suite 400 North
Las Vegas NV 89169

Greenpoint Mortgage Funding Inc
Attn: Bankruptcy Desk/Managing Agent
165 Dog Leg Dr
Las Vegas, NV 89148

Greenpoint Mortgage Funding Inc
Attn: Bankruptcy Desk/Managing Agent
2300 Brookstone Centre Pkwy
Columbus, GA 31904

Greenpoint Mortgage Funding Inc
Attn: Bankruptcy Desk/Managing Agent
281 Fringe Ruff Dr
Las Vegas, NV 89148

Greenpoint Mortgage Funding Inc
Attn: Bankruptcy Desk/Managing Agent
9787 Waukegan Ave
Las Vegas, NV 89148

Greenspun Media Group
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle Suite 250
Henderson NV  89074

Greer, Kellan
Attn: Bankruptcy Desk/Managing Agent
296 Kyland Cove Ave
Las Vegas, NV 89123

Greg Doctolero
Attn: Bankruptcy Desk/Managing Agent
6490 Aether St
Las Vegas, NV 89148

Greg Doctolero
Attn: Bankruptcy Desk/Managing Agent
94-556 Laenui St
Waipahu, HI 96797

Greg Martyak
Attn: Bankruptcy Desk/Managing Agent

Greg Randels
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1175
Las Vegas, NV 89147

Gregorio & Violeta Cortez
Attn: Bankruptcy Desk/Managing Agent
254 Sea Rim Ave
Las Vegas, NV 89148

Gregorio Diego
Attn: Bankruptcy Desk/Managing Agent
2224 Ocana Ave
Long Beach, CA 90815

Gregorio Diego
Attn: Bankruptcy Desk/Managing Agent
250 Rusty Plank Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Gregory & Carrie Race
Attn: Bankruptcy Desk/Managing Agent
584 Via Colmo Ave
Henderson, NV 89011

Gregory & Mary Stainer
Attn: Bankruptcy Desk/Managing Agent
532 Via Cenami Ct
Henderson, NV 89011

Gregory & Mary Stainer
Attn: Bankruptcy Desk/Managing Agent
6840 Iron Oak Dr
Bakersfield, CA 93312

Gregory & Shauna Robinson
Attn: Bankruptcy Desk/Managing Agent
7510 Red Cinder St
Las Vegas, NV 89131

Gregory & Sxe McConville
Attn: Bankruptcy Desk/Managing Agent
4567 Barnes Ct
Las Vegas, NV 89147

Gregory & Sylvia Cook
Attn: Bankruptcy Desk/Managing Agent
405 Via Stretto Ave
Henderson, NV 89011

Gregory & Yuliya Valdov
Attn: Bankruptcy Desk/Managing Agent
8719 Las Olivas Ave
Las Vegas, NV 89147

Gregory Bashant
Attn: Bankruptcy Desk/Managing Agent
171 Sandy Bunker Ln
Las Vegas, NV 89148

Gregory Picdela
Attn: Bankruptcy Desk/Managing Agent
1042 Via Nandina Pl
Henderson, NV 89011

Gregory Popeck
Attn: Bankruptcy Desk/Managing Agent
22 Pangloss St
Henderson, NV 89002

Gregory S. Gilbert, Esq.
Attn: Bankruptcy Desk/Managing Agent
Peel Brimley, LLP
3333 E. Serene Ave.,# 200
Las Vegas NV 89047

Gregory Schuder
Attn: Bankruptcy Desk/Managing Agent
788 Alder Green Ave
Henderson, NV 89002

Gregory Wontorek
Attn: Bankruptcy Desk/Managing Agent
420 N McKinley St # 111-487
Corona, CA 92879

Gregory Wontorek
Attn: Bankruptcy Desk/Managing Agent
523 Via Ripagrande Ave
Henderson, NV 89011

Greko Romano
Attn: Bankruptcy Desk/Managing Agent
4825 South Fort Apache
Las Vegas NV 89147

Gresser, Monica
Attn: Bankruptcy Desk/Managing Agent
6326 Sun Briar Court
Las Vegas, NV 89141

Gretchen Apple
Attn: Bankruptcy Desk/Managing Agent
7200 Buglehorn St
Las Vegas, NV 89131

Gretchen Hessinger
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 308
Las Vegas, NV 89113

Gretchen Ratliff
Attn: Bankruptcy Desk/Managing Agent
4032 Garey Ave
Claremont, CA 91711

Gretchen Ratliff
Attn: Bankruptcy Desk/Managing Agent
9864 Valmeyer Ave
Las Vegas, NV 89148

Griffin Family
Attn: Bankruptcy Desk/Managing Agent
35014 Lilac Loop
Union City, CA 94587

Griffin Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1064
Las Vegas, NV 89148

Griffith, Dean
Attn: Bankruptcy Desk/Managing Agent
7540 Red Cinder St
Las Vegas, NV 89131

Griffith, Dirk
Attn: Bankruptcy Desk/Managing Agent
272 Arbor Garden Ave
Las Vegas, NV 89148

Griselda & Raul Collazo
Attn: Bankruptcy Desk/Managing Agent
1049 Via Canale Dr
Henderson, NV 89011

Griselda McCasey
Attn: Bankruptcy Desk/Managing Agent
7311 Citrus Valley Ave
Corona, CA 92880

Griselda McCasey
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1080
Las Vegas, NV 89148

Grissom & Associates, Inc
Attn: Bankruptcy Desk/Managing Agent
1818 Industrial Rd.
Suite 202
Las Vegas NV 89102

Grover & Kayce Dahn
Attn: Bankruptcy Desk/Managing Agent
69 Tall Ruff Dr
Las Vegas, NV 89148

Grover & Kayce Dahn
Attn: Bankruptcy Desk/Managing Agent
PO Box 666
Dubois, WY 82513

Grover & Linda White
Attn: Bankruptcy Desk/Managing Agent
9301 Orchid Pansy Ave
Las Vegas, NV 89148

GSG Construction Management
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Parkway
Suite 200
Las Vegas NV 89169

Guadalupe & Isodoro Polanco
Attn: Bankruptcy Desk/Managing Agent
3623 Kutztown Rd
Laureldale, PA 19605

Guadalupe & Isodoro Polanco
Attn: Bankruptcy Desk/Managing Agent
7236 Cottonsparrow St
Las Vegas, NV 89131

Guadalupe Claramunt
Attn: Bankruptcy Desk/Managing Agent
4740 Lone Mesa Dr
Las Vegas, NV 89147

Guadalupe Montano
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1068
Las Vegas, NV 89148

Guang Tsai
Attn: Bankruptcy Desk/Managing Agent
44 Laying Up Ct
Las Vegas, NV 89148

Guang Wang
Attn: Bankruptcy Desk/Managing Agent
23 Pettacre Close
London Se28 Obs
England

Guang Wang
Attn: Bankruptcy Desk/Managing Agent
263 Spring Hollow Dr
Las Vegas, NV 89148

Guaranty California Ins. Serv.
Attn: Bankruptcy Desk/Managing Agent
445 S. Figueroa St.
Los Angeles CA 90071

Guardian
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 51505
Los Angeles CA 90051-5805

Guardian Carpet Cleaning
Attn: Bankruptcy Desk/Managing Agent
4132 S Rainbow Blvd Ste 216
Las Vegas NV 89103

Guardian Insurance Co.
Attn: Bankruptcy Desk/Managing Agent
36280 Treasury Center
Chicago IL 60694-6200

Guetzoian Family
Attn: Bankruptcy Desk/Managing Agent
22113 Devonshire St
Chatsworth, CA 91311

Guetzoian Family
Attn: Bankruptcy Desk/Managing Agent
428 Center Green Dr
Las Vegas, NV 89148

Guetzoian Family
Attn: Bankruptcy Desk/Managing Agent
22113 Devonshire St
Chatsworth, CA 91311

Guetzolan Family
Attn: Bankruptcy Desk/Managing Agent
84 Back Spin Ct
Las Vegas, NV 89148

Guido & Lucy Cacace
Attn: Bankruptcy Desk/Managing Agent
3004 High Tide Ct
Las Vegas, NV 89117

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Guido & Lucy Cacace
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1048
Las Vegas, NV 89148

Guillermo & Carlina Galera
Attn: Bankruptcy Desk/Managing Agent
250 Rolling Springs Dr
Las Vegas, NV 89148

Guillermo & Laura Lugo
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 312
Las Vegas, NV 89113

Guillermo & Laura Lugo
Attn: Bankruptcy Desk/Managing Agent
9180 Glennon Ave
Las Vegas, NV 89148

GULF STREAM COMPASS CLO 2003-1
Attn: Bankruptcy Desk/Managing Agent
Greg Blaszczynski
4201 Congress St. - Suite 475
Charlotte NC 28209

Gunaseelan Rajendran
Attn: Bankruptcy Desk/Managing Agent
9772 Ziegler Ave
Las Vegas, NV 89148

Guthrie Family
Attn: Bankruptcy Desk/Managing Agent
1225 Monterey St
Redlands, CA 92373

Guthrie Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2064
Las Vegas, NV 89148

Guy & Stacey Fiore
Attn: Bankruptcy Desk/Managing Agent
185 Flying Hills Ave
Las Vegas, NV 89148

Guy Evans
Attn: Bankruptcy Desk/Managing Agent
PO Box 42426
Las Vegas NV 89116

Guy Family
Attn: Bankruptcy Desk/Managing Agent
776 Tossa De Mar Ave
Henderson, NV 89002

Gwen Amie
Attn: Bankruptcy Desk/Managing Agent
7520 Arborcrest Ave
Las Vegas, NV 89131

Gwendolyn Lo
Attn: Bankruptcy Desk/Managing Agent
1073 Via Canale Dr
Henderson, NV 89011

Gwendolyn Lo
Attn: Bankruptcy Desk/Managing Agent
2309 Rockefellow Ln
Redondo Beach, CA 90278

Gwendolyn Williams
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 207
Las Vegas, NV 89113

Gyllstrom, Jan K.
Attn: Bankruptcy Desk/Managing Agent
1139 Calvert St
Henderson, NV 89002

H & H Printers, Inc.
Attn: Bankruptcy Desk/Managing Agent
4666 N. Stockton Hill Road
Kingman AZ 86409-1757

H & S Landscape & Grading
Attn: Bankruptcy Desk/Managing Agent
2087 Delaware Drive
Kingman AZ 86401

H Brown and Company
Attn: Bankruptcy Desk/Managing Agent
4435 Rinker Ln
Las Vegas NV 89147

H2O Environmental
Attn: Bankruptcy Desk/Managing Agent
4280 N. Pecos
Las Vegas NV 89115

Ha & Johnny Lim
Attn: Bankruptcy Desk/Managing Agent
180 Short Ruff Way
Las Vegas, NV 89148

Ha & Johnny Lim
Attn: Bankruptcy Desk/Managing Agent
9820 Cornwall Crossing Ln
Las Vegas, NV 89147

Ha & Myung Oh
Attn: Bankruptcy Desk/Managing Agent
1523 Ridge Point Dr
Bountiful, UT 84010

Ha & Myung Oh
Attn: Bankruptcy Desk/Managing Agent
217 Via Luna Rosa Ct
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                          Served 4/17/2009

Hae An
Attn: Bankruptcy Desk/Managing Agent
368 Palm Trace Ave
Las Vegas, NV 89148

Haefeli Family
Attn: Bankruptcy Desk/Managing Agent
173 Lakewood Garden Dr
Las Vegas, NV 89148

Hagglof Family
Attn: Bankruptcy Desk/Managing Agent
119 Spanish Bay Dr
Aptos, CA 95003

Hagglof Family
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 303
Las Vegas, NV 89113

Haig Cholakian
Attn: Bankruptcy Desk/Managing Agent
311 Waterton Lakes Ave
Las Vegas, NV 89148

Haig's Quality Printing-Nevada
Attn: Bankruptcy Desk/Managing Agent
Billing Contact Summit Financi
SUMMIT Financial Resources LP
PO BOX 29680
Phoenix AZ 85038-9680

Haim Ovaide
Attn: Bankruptcy Desk/Managing Agent
524 Via Del Capitano Ct
Henderson, NV 89011

Hal & Michelle Weaver
Attn: Bankruptcy Desk/Managing Agent
9709 Dieterich Ave
Las Vegas, NV 89148

Hal Goldblatt
Attn: Bankruptcy Desk/Managing Agent
4513 Del Monte Avenue
Las Vegas NV 89102

Haleh & Homer Toussimehr
Attn: Bankruptcy Desk/Managing Agent
792 Vortex Ave
Henderson, NV 89002

Hall Family
Attn: Bankruptcy Desk/Managing Agent
152 Sandy Bunker Ln
Las Vegas, NV 89148

Hall Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 1478
Key West, FL 33041

Hallmart Collectibles, Inc.
Attn: Bankruptcy Desk/Managing Agent
11684 Ventura Blvd., Suite 953
Studio City CA 91604

Hamek Mann
Attn: Bankruptcy Desk/Managing Agent
7088 Quebec St
Vancouver BC V5X3G7
Canada

Hamek Mann
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 212
Las Vegas, NV 89113

Hamid Panahi
Attn: Bankruptcy Desk/Managing Agent
1393 Manorwood St
Las Vegas, NV 89135

Hamid Panahi
Attn: Bankruptcy Desk/Managing Agent
255 Soggy Ruff Way
Las Vegas, NV 89148

Hamilton, Reid
Attn: Bankruptcy Desk/Managing Agent
1704 Queen Victoria Street #203
Las Vegas, NV 89144

Hammond Caulking, Inc.
Attn: Bankruptcy Desk/Managing Agent
2485 West Horizon Ridge Parkway
Suite 110
Henderson NV  89052

Hamor Family
Attn: Bankruptcy Desk/Managing Agent
1054 Via Di Olivia St
Henderson, NV 89011

Hamor Family
Attn: Bankruptcy Desk/Managing Agent
10635 San Palatina St
Las Vegas, NV 89141

Hampton Tedder Tech Serv
Attn: Bankruptcy Desk/Managing Agent
Carl Weiss
4920 Alto Avenue
Las Vegas NV 89115

Han Yong
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 212
Las Vegas, NV 89113

Handlos Family
Attn: Bankruptcy Desk/Managing Agent
1220 Sonatina Dr
Henderson, NV 89052

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Handlos Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1105
Las Vegas, NV 89148

Handy Man Green Maintenance
Attn: Bankruptcy Desk/Managing Agent
2815 W. Fort Ave. # 1062
Las Vegas NV 89123

Haner Construction
Attn: Bankruptcy Desk/Managing Agent
Home Voice Mail
5201 Patricia Avenue
Las Vegas NV 89130

Hang EM' High Crane Serv.,LLC
Attn: Bankruptcy Desk/Managing Agent
3719 N. 4th Street
Kingman AZ 86401

Hani & Gale Baki
Attn: Bankruptcy Desk/Managing Agent
204 Sirocco Pl S W
Calgary AB T3H 2
Canada

Hani & Gale Baki
Attn: Bankruptcy Desk/Managing Agent
245 Spring Hollow Dr
Las Vegas, NV 89148

Hani Bibo
Attn: Bankruptcy Desk/Managing Agent
4571 Califa Dr
Las Vegas, NV 89122

Hani Kim
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 306
Las Vegas, NV 89113

Hank Maze
Attn: Bankruptcy Desk/Managing Agent
263 Sea Rim Ave
Las Vegas, NV 89148

Hankiat & Rosalie Chua
Attn: Bankruptcy Desk/Managing Agent
6812 Baby Jade Ct
Las Vegas, NV 89148

Hankiat & Rosalie Chua
Attn: Bankruptcy Desk/Managing Agent
804 Fiedale Ln
Garyslake, FL 60030

Hanley Wood e-Media
Attn: Bankruptcy Desk/Managing Agent
One Thomas Circle NW, Suite 600
Washington DC 20005

Hanley Wood Market Intelligenc
Attn: Bankruptcy Desk/Managing Agent
555 Anton Blvd Ste 950
Costa Mesa CA 92626

Hanley-Wood, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 75120
Baltimore MD 21275-5120

Hanna Family
Attn: Bankruptcy Desk/Managing Agent
1190 Hilary Pl
North Vancouver BC V7
Canada

Hanna Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2019
Las Vegas, NV 89148

Hao Gu
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 307
Las Vegas, NV 89113

Hao Zhang
Attn: Bankruptcy Desk/Managing Agent
555 Halloran Springs Rd
Las Vegas, NV 89148

Hao Zhang
Attn: Bankruptcy Desk/Managing Agent
R4-1402 #9 Cao Qiao Xin Yuan
Fent Tai District Beijing
China

Haoning & Christine Wang
Attn: Bankruptcy Desk/Managing Agent
236 Blackstone River Ave
Las Vegas, NV 89148

Haoning & Christine Wang
Attn: Bankruptcy Desk/Managing Agent
31 Sage Canyon Rd
Pomona, CA 91766

Hardev & Amandeep Mann
Attn: Bankruptcy Desk/Managing Agent
7088 Quebec St
Vancouver BC V5X 3G7
Canada

Hardev & Amandeep Mann
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 107
Las Vegas, NV 89113

Hardev Mann
Attn: Bankruptcy Desk/Managing Agent
7088 Quebec St
Vancouver Bc V5X 3G7 Canada
Canada

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Hardev Mann
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 112
Las Vegas, NV 89113

Hardin & Sons Inc.
Attn: Bankruptcy Desk/Managing Agent
201 West Cheyenne Ave.
North Las Vegas NV 89030

Hardwood Creations
Attn: Bankruptcy Desk/Managing Agent
Ricky Kimball
P.O. Box 53843
Irvine CA 92619-3843

Harley & Mary Delano
Attn: Bankruptcy Desk/Managing Agent
1020 Via Latina St
Henderson, NV 89011

Harley & Mary Delano
Attn: Bankruptcy Desk/Managing Agent
300 Burr Oak Dr
Ann Arbor, MI 48103

Harley Carbery
Attn: Bankruptcy Desk/Managing Agent
376 Ladies Tee Ct
Las Vegas, NV 89148

Harmon Publishing
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 9277
Canton OH 44711

Harold & Phyllis Baldwin
Attn: Bankruptcy Desk/Managing Agent
14505 Figueras Rd
La Mirada, CA 90638

Harold & Phyllis Baldwin
Attn: Bankruptcy Desk/Managing Agent
15 Candide St
Henderson, NV 89002

Harold Graves
Attn: Bankruptcy Desk/Managing Agent
7404 Red Swallow St
Las Vegas, NV 89131

Harold Lee
Attn: Bankruptcy Desk/Managing Agent
6460 Aether St
Las Vegas, NV 89148

Harold Waite
Attn: Bankruptcy Desk/Managing Agent
1626 Wilcox Ave
Los Angeles, CA 90028

Harold Waite
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 208
Las Vegas, NV 89113

Harper's Underground
Attn: Bankruptcy Desk/Managing Agent
1740 w. Mulberry
Phoenix AZ 85015

Harris Consulting Engin
Attn: Bankruptcy Desk/Managing Agent
770 Pilot Road Suite I
Las Vegas NV 89119

Harris Family
Attn: Bankruptcy Desk/Managing Agent
423 Pure Rain Ct
Las Vegas, NV 89148

Harris Family
Attn: Bankruptcy Desk/Managing Agent
6821 Scarlet Flax St
Las Vegas, NV 89148

Harris Family
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 111
Las Vegas, NV 89113

Harrison Door Co. Inc.
Attn: Bankruptcy Desk/Managing Agent
Dena Goodman
1951 Ramrod Avenue
Henderson NV  89014

Harrison Kemp Jones Coulthard
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169

Harrison Landscaping
Attn: Bankruptcy Desk/Managing Agent
Eric Ludian
1951 Ramrod Ave
Henderson NV  89014

Harrison, Kemp & Jones
Attn: Bankruptcy Desk/Managing Agent
Trust Account
FBO Rainbow Development Corp.

Harrison, Robert W
Attn: Bankruptcy Desk/Managing Agent
259 Enadia St
Henderson, NV 89074

Harry & Madelaine Hendricks
Attn: Bankruptcy Desk/Managing Agent
111 Rancho Maria St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Harry & Madelaine Hendricks
Attn: Bankruptcy Desk/Managing Agent
79 Sully Creek Ct
Las Vegas, NV 89148

Harry & Patricia Williams
Attn: Bankruptcy Desk/Managing Agent
604 Via Colmo Ave
Henderson, NV 89011

Harry Bowler
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 80704
Las Vegas NV 89180-0704

Harry Hendricks
Attn: Bankruptcy Desk/Managing Agent
51 Rancho Maria St
Las Vegas, NV 89148

Harry Ku
Attn: Bankruptcy Desk/Managing Agent
1244 Olivia Pkwy
Henderson, NV 89011

Harry Ku
Attn: Bankruptcy Desk/Managing Agent
440 Middlesex Rd
Tyngsboro, MA 01879

Harry Ku
Attn: Bankruptcy Desk/Managing Agent
440 Middlesex Rd # D-3B
Tyngsboro, MA 01879

Harry Ku
Attn: Bankruptcy Desk/Managing Agent
469 Via Palermo Dr
Henderson, NV 89011

Harry Leake
Attn: Bankruptcy Desk/Managing Agent
11835 Portina Dr Unit 1026
Las Vegas, NV 89138

Harry Leake
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 206
Las Vegas, NV 89113

Harry Mortenson
Attn: Bankruptcy Desk/Managing Agent
3930 El Camino Rd.
Las Vegas NV 89103-2221

Harshaw Family
Attn: Bankruptcy Desk/Managing Agent
7510 Cedar Rae Ave
Las Vegas, NV 89131

Hart Consulting, LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Joe Hart
3020 Hualapai Mountain Road
Kingman AZ 86401

Hart, Cinnamon
Attn: Bankruptcy Desk/Managing Agent
5230 Willowdale Court
N Las Vegas, NV 89031

Hartford Insurance Company
Attn: Bankruptcy Desk/Managing Agent
of the Midwest
PO BOX 650346
Dallas TX 75265-0346

Hartman Family
Attn: Bankruptcy Desk/Managing Agent
7521 Arborcrest Ave
Las Vegas, NV 89131

Harvard Business Review
Attn: Bankruptcy Desk/Managing Agent
60 Harvard Way
Boston MA 02163

Harvey & Karen Higa
Attn: Bankruptcy Desk/Managing Agent
9487 Castillana Ct
Las Vegas, NV 89147

Harvey & Ramona Trowbridge
Attn: Bankruptcy Desk/Managing Agent
1043 Via San Gallo Ct
Henderson, NV 89011

Harvey & Ramona Trowbridge
Attn: Bankruptcy Desk/Managing Agent
35 W Hayward Ct
Martinez, CA 94553

Harvey, Nicholas
Attn: Bankruptcy Desk/Managing Agent
4550 West Sahara #1068
Las Vegas, NV 89102

Haseley, Nancy
Attn: Bankruptcy Desk/Managing Agent
6830 Trinity Court
Las Vegas, NV 89146

Hasim Rahman
Attn: Bankruptcy Desk/Managing Agent
9461 Vemeda Ct
Las Vegas, NV 89147

Hastie Family
Attn: Bankruptcy Desk/Managing Agent
488 Via Stretto Ave
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Hauntec
Attn: Bankruptcy Desk/Managing Agent
800 N. Rainbow Blvd. Ste 208
Las Vegas NV 89107

Havasu Doors, Inc.
Attn: Bankruptcy Desk/Managing Agent
1110 Aviation Drive
Lake Havasu City AZ 86404

Havasu Glass & Mirror, Inc.
Attn: Bankruptcy Desk/Managing Agent
845 Kiowa Ave.
Lake Havasu City AZ 86403

Have Gloves! Will Travel!
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 363104
N. Las Vegas NV 89036-7104

Hawk Family
Attn: Bankruptcy Desk/Managing Agent
144 Honors Course Dr
Las Vegas, NV 89148

Hawk Family
Attn: Bankruptcy Desk/Managing Agent
4627 203rd St NE
Arlington, WA 98223

Hawk Ridge Systems
Attn: Bankruptcy Desk/Managing Agent
3100 Mill Street
Suite 214
Reno NV 89502

Hawkins, Crystal
Attn: Bankruptcy Desk/Managing Agent
9581 Villa Calera St
Las Vegas, NV 89148

Hawthorne Village
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 886
Morton Grove IL 60053-0886

Hays & Linda Brickell
Attn: Bankruptcy Desk/Managing Agent
4642 Califa Dr
Las Vegas, NV 89122

Hayward Rubber Stamp
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 351
Hayward CA 94541

Hayward Rubber Stamp
Attn: Bankruptcy Desk/Managing Agent
PO Box 35126
Hayward, CA 94541

HD Supply Waterworks
Attn: Bankruptcy Desk/Managing Agent
Branch 3032
855 W. Bonanza Rd
Las Vegas NV 89106

HDR Engineering Inc.
Attn: Bankruptcy Desk/Managing Agent
271 Turn Pike Drive
Folsom CA 95630

Head Quarters
Attn: Bankruptcy Desk/Managing Agent
PO Box 10449
4120 Hwy 68
Golden Valley AZ 86413

Health Fitness Corporation
Attn: Bankruptcy Desk/Managing Agent
NW 7254
P.O. Box 1450
Minneapolis MN 55485-7254

Health Plan of Nevada
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1388
Las Vegas NV 89125-1388

Heartland Automotive Services
Attn: Bankruptcy Desk/Managing Agent
DBA Jiffy Lube - Region 40
PO BOX 541133
Omaha NE 68154

Heath Lliescu
Attn: Bankruptcy Desk/Managing Agent
9780 Ziegler Ave
Las Vegas, NV 89148

Heather Caravella
Attn: Bankruptcy Desk/Managing Agent
348 Trailing Putt Way
Las Vegas, NV 89148

Heather Collins
Attn: Bankruptcy Desk/Managing Agent
464 Garrafor Bay St
Las Vegas, NV 89138

Heather Collins
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 107
Las Vegas, NV 89113

Heather Eckels
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 210
Las Vegas, NV 89113

Heavy Duty LLC
Attn: Bankruptcy Desk/Managing Agent
3451 Losee Road Ste F
N Las Vegas NV 89030

Rhodes Design and Development Corp. 09-14846 - U.S. Mail    Served 4/17/2009

Hector & Kevin Millare
Attn: Bankruptcy Desk/Managing Agent
273 Via Di Citta Dr
Henderson, NV 89011

Hector Martinez
Attn: Bankruptcy Desk/Managing Agent
261 Lenape Heights Ave
Las Vegas, NV 89148

Hector Martinez
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 210
Las Vegas, NV 89113

Hector Romero
Attn: Bankruptcy Desk/Managing Agent
143 Water Hazard Ln
Las Vegas, NV 89148

Hee No
Attn: Bankruptcy Desk/Managing Agent
360 Tayman Park Ave
Las Vegas, NV 89148

Heidi Amiri
Attn: Bankruptcy Desk/Managing Agent
4777 Crakow Ct
Las Vegas, NV 89147

Heidi F. Zwarg Sheltered
Attn: Bankruptcy Desk/Managing Agent
Arno I. Zwarg
Marital Trust, dated 10-3-96
1608 Via Lazo
Palos Verdes Estates CA 90274

Heidi Miller
Attn: Bankruptcy Desk/Managing Agent
7531 Apple Springs
Las Vegas NV 89131

Heidy Teiefitu
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 205
Las Vegas, NV 89113

Heidy Teiefitu
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Heights Stiletto
Attn: Bankruptcy Desk/Managing Agent
3855 E 127th Way
Thornton, CO 80241

Heights Stiletto
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 212
Las Vegas, NV 89113

Held Family
Attn: Bankruptcy Desk/Managing Agent
920 Via Stellato St
Henderson, NV 89011

Helen Chen
Attn: Bankruptcy Desk/Managing Agent
146 Crooked Putter Dr
Las Vegas, NV 89148

Helen Chen
Attn: Bankruptcy Desk/Managing Agent
PO Box 4360
Mountain View, CA 94040

Helen Ng
Attn: Bankruptcy Desk/Managing Agent
591 Halloran Springs Rd
Las Vegas, NV 89148

Helen Pham
Attn: Bankruptcy Desk/Managing Agent
8416 Luna Bay Ln
Las Vegas, NV 89128

Helen Pham
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1136
Las Vegas, NV 89148

Helen Vick
Attn: Bankruptcy Desk/Managing Agent
66 Broken Putter Way
Las Vegas, NV 89148

Helen Vick
Attn: Bankruptcy Desk/Managing Agent
7016 Rio Grande Gorge Ct
Las Vegas, NV 89130

Helen White
Attn: Bankruptcy Desk/Managing Agent
300 White Bluffs St
Las Vegas, NV 89148

Helena Detmer
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2108
Las Vegas, NV 89148

Helli New Mexico
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 240
925 Acequia Madre
Santa Fe NM 87505

HELP of Southern Nevada
Attn: Bankruptcy Desk/Managing Agent
Fuliala Riley
1640 E. Flamingo Rd., #100
Las Vegas NV 89119

Help U 2 Be Seen
Attn: Bankruptcy Desk/Managing Agent
4690 Deer Forest Dr.
Las Vegas NV 89139

Helvie Family
Attn: Bankruptcy Desk/Managing Agent
158 Crooked Putter Dr
Las Vegas, NV 89148

Helvie Family
Attn: Bankruptcy Desk/Managing Agent
2701 Hot Springs Blvd
Las Vegas, NM 87701

Henderson Chevrolet
Attn: Bankruptcy Desk/Managing Agent
PO Box 90610
Henderson, NV 89009-0610

Henderson NV Chamber of Commerce
Attn: Bankruptcy Desk/Managing Agent
590 S. Boulder Highway
Henderson NV 89015

Henderson NV Chevrolet
Attn: Bankruptcy Desk/Managing Agent
PO Box 90610
240 North Gibson Road
Henderson NV 89009-0610

Henderson NV Community Foundation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 95050
Henderson NV  890095050

Henderson NV Home News
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 90430
Henderson NV  89009

Hendricks Family
Attn: Bankruptcy Desk/Managing Agent
111 Rancho Maria St
Las Vegas, NV 89148

Henri Specialties Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
280 Orville Wright Court
Las Vegas NV 89119

Henry & Carol Belfonte
Attn: Bankruptcy Desk/Managing Agent
351 Angels Trace Ct
Las Vegas, NV 89148

Henry & Carol Belfonte
Attn: Bankruptcy Desk/Managing Agent
7129 NE Antioch Rd
Gladstone, MO 64119

Henry & Ermazell Jones
Attn: Bankruptcy Desk/Managing Agent
7539 Hornblower Ave
Las Vegas, NV 89131

Henry & Henry Laygo
Attn: Bankruptcy Desk/Managing Agent
401 Second St
Palo Alto, CA 94306

Henry & Henry Laygo
Attn: Bankruptcy Desk/Managing Agent
8920 Lansberry Ct
Las Vegas, NV 89147

Henry & Nhattan Pham
Attn: Bankruptcy Desk/Managing Agent
7631 Park Forest Dr
Huntington Beach, CA 92648

Henry & Nhattan Pham
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1110
Las Vegas, NV 89148

Henry & Nhattan Pham
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2171
Las Vegas, NV 89148

Henry & Noris Larkin
Attn: Bankruptcy Desk/Managing Agent
15 Bay Park Circle
S. San Francisco 94080

Henry & Noris Larkin
Attn: Bankruptcy Desk/Managing Agent
15 Baypark Cir
South San Francisco, CA 94080

Henry & Noris Larkin
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 203
Las Vegas, NV 89113

Henry Molenda
Attn: Bankruptcy Desk/Managing Agent
1039 Ashbridge Bay Dr
Pittsburg, CA 94565

Henry Molenda
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 303
Las Vegas, NV 89113

Herenia & Eugene Perez
Attn: Bankruptcy Desk/Managing Agent
581 Newberry Springs Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Herenia & Eugene Perez
Attn: Bankruptcy Desk/Managing Agent
PO Box 2718
Daly City, CA 94017

Heritage Shutter Nevada
Attn: Bankruptcy Desk/Managing Agent
4350 S. Arville Street
Suite B2-14
Las Vegas NV 89103

Herman & Janis Wooten
Attn: Bankruptcy Desk/Managing Agent
131 Honors Course Dr
Las Vegas, NV 89148

Herman & Milagros Escobal
Attn: Bankruptcy Desk/Managing Agent
351 Tayman Park Ave
Las Vegas, NV 89148

Herman M. Adams
Attn: Bankruptcy Desk/Managing Agent
300 Fremont Street
Suite 110
Las Vegas NV 89101

Herminia & Emmanuel Diokno
Attn: Bankruptcy Desk/Managing Agent
6818 Rose Mallow St
Las Vegas, NV 89148

Herminia & Mario Oliveros
Attn: Bankruptcy Desk/Managing Agent
172 Tall Ruff Dr
Las Vegas, NV 89148

Herminia & Mario Oliveros
Attn: Bankruptcy Desk/Managing Agent
8564 Madeira Ct
Elk Grove, CA 95624

Herminia Scannicchio
Attn: Bankruptcy Desk/Managing Agent
3206 Ivanhoe Ranch Rd.
El Cajon CA 92019

Hew Family
Attn: Bankruptcy Desk/Managing Agent
170 Broken Putter Way
Las Vegas, NV 89148

Hew Family
Attn: Bankruptcy Desk/Managing Agent
281 Arbour Garden Ave
Las Vegas, NV 89148

HEWETT'S ISLAND CDO LTD
Attn: Bankruptcy Desk/Managing Agent
Ryan Eckert
55 Water Street Plaza Level 3rd Fl
New York, NY 10041

Hiatt Furniture MFG. Co. Inc.
Attn: Bankruptcy Desk/Managing Agent
12520 S. Chadron Ave.
Hawthorne CA 90250

Hideki & Chiiko Sasaki
Attn: Bankruptcy Desk/Managing Agent
133 Lakewood Garden Dr
Las Vegas, NV 89148

Hideki & Chiiko Sasaki
Attn: Bankruptcy Desk/Managing Agent
201 Angels Trace Ct
Las Vegas, NV 89148

Hien & Gladys Truong
Attn: Bankruptcy Desk/Managing Agent
7425 Bugler Swan Way
North Las Vegas, NV 89084

Hien & Gladys Truong
Attn: Bankruptcy Desk/Managing Agent
9753 Kampsville Ave
Las Vegas, NV 89148

Hien & Gladys Truong
Attn: Bankruptcy Desk/Managing Agent
9769 Kampsville Ave
Las Vegas, NV 89148

Hien Le
Attn: Bankruptcy Desk/Managing Agent
215 Blackstone River Ave
Las Vegas, NV 89148

Highbridge Partners
Attn: Bankruptcy Desk/Managing Agent
9820 Willow Creek Road
Suite 445
San Diego CA 92131

Higher Ground LLC
Attn: Bankruptcy Desk/Managing Agent
252 Hickory Heights Ave
Las Vegas, NV 89148

Higher Ground LLC
Attn: Bankruptcy Desk/Managing Agent
268 Crooked Tree Dr
Las Vegas, NV 89148

Higher Ground LLC
Attn: Bankruptcy Desk/Managing Agent
9472 Los Cotos Ct
Las Vegas, NV 89147

Higher Ground LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 98378
Las Vegas, NV 89193

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

HIGHLAND CREDIT OPP CDO LTD.
Attn: Bankruptcy Desk/Managing Agent
Kurt Daum
13455 Noel Road, Suite 800
Dallas, TX 75240

Highway Rentals Inc
Attn: Bankruptcy Desk/Managing Agent
4533 Andrews St.
N. Las Vegas NV 89081

Highway Striping and Signs
Attn: Bankruptcy Desk/Managing Agent
3425 Bunkerhill Drive
Suite B
N. Las Vegas NV 89032

Highway Technologies
Attn: Bankruptcy Desk/Managing Agent
PO Box 51581
Los Angeles, CA 90051

Higinio Marco Rodriquez
Attn: Bankruptcy Desk/Managing Agent
2700 Daley Street
North Las Vegas NV 89030

Hila Havdala
Attn: Bankruptcy Desk/Managing Agent
9719 Valmeyer Ave
Las Vegas, NV 89148

Hildreth, Christopher W.
Attn: Bankruptcy Desk/Managing Agent
6725 Old Valley St
Las Vegas, NV 89149

Hill International, Inc
Attn: Bankruptcy Desk/Managing Agent
Attn: Ron Emma
303 Lippincott Centre
Marlton NJ 08053

Hilman Rollers
Attn: Bankruptcy Desk/Managing Agent
12 Timber Lane
Marlboro NJ 07746

HI-PAC
Attn: Bankruptcy Desk/Managing Agent
3685 Pecos McLeod
Las Vegas NV 89121

Hiroko Hashimoto
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2071
Las Vegas, NV 89148

Hiroshi & Kazuko Tajima
Attn: Bankruptcy Desk/Managing Agent
276 Brushy Creek Ave
Las Vegas, NV 89148

Hirschi Masonry
Attn: Bankruptcy Desk/Managing Agent
4685 Berg St.
N. Las Vegas NV 89081

Ho Man & Ah Kuen Chiu
Attn: Bankruptcy Desk/Managing Agent
284 Harpers Ferry Avenue
Las Vegas NV 89148

HOA DVD
Attn: Bankruptcy Desk/Managing Agent
2060-D Ave Arboles #103
Thousand Oaks CA 91362

Hobbs, Ong & Associates
Attn: Bankruptcy Desk/Managing Agent
3900 Paradise Rd
Suite 152
Las Vegas NV 89109

Hobbytown USA
Attn: Bankruptcy Desk/Managing Agent
5085 West Sahara
Suite 134
Las Vegas NV 89146

Hobo Foto
Attn: Bankruptcy Desk/Managing Agent
Annie Dobb
6170 W. Lake Mead Blvd.# 312
Las Vegas NV 89108

Ho-chang Lin
Attn: Bankruptcy Desk/Managing Agent
387 Ladies Tee Ct
Las Vegas, NV 89148

Hodzic Family
Attn: Bankruptcy Desk/Managing Agent
122 Broken Putter Way
Las Vegas, NV 89148

Hodzic Family
Attn: Bankruptcy Desk/Managing Agent
14 Quail Valley St
Las Vegas, NV 89148

Hodzic Family
Attn: Bankruptcy Desk/Managing Agent
Postfach 2922
76016 Karlsruhe Germany, 76016

Hoflanbd & Associates
Attn: Bankruptcy Desk/Managing Agent
c/o Joseph M. Karacsonyi, Esq.
228 South Fourth Street, 1st Floor
Las Vegas, NV 89101

Holiday Inn Express Kingman
Attn: Bankruptcy Desk/Managing Agent
3031 E. Andy Devine Ave.
Kingman AZ 86401

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Holiday Lighting Dynamics
Attn: Bankruptcy Desk/Managing Agent
2694 Hollovale Lane
Henderson NV  89052

Hollman Inc.
Attn: Bankruptcy Desk/Managing Agent
1825 Walnut Hill Lane, Suite 110
Irving TX 75038

Holly Cowden
Attn: Bankruptcy Desk/Managing Agent
324 White Bluffs St
Las Vegas, NV 89148

Holly Dapp
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 202
Las Vegas, NV 89113

Holly Joint Trust
Attn: Bankruptcy Desk/Managing Agent
82 Sahalee Dr
Las Vegas, NV 89148

Holman's of Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
4445 S. Valley View Blvd, #2
Las Vegas NV 89103

Home Builders Research
Attn: Bankruptcy Desk/Managing Agent
Dennis
7210 Red Cinder St.
Las Vegas NV 89131

Home Buyer's Warranty
Attn: Bankruptcy Desk/Managing Agent
2-10 Home Buyers Warranty
1417 West Arkansas Lane
Arlington TX 76013

Home Countrywide
Attn: Bankruptcy Desk/Managing Agent
1079 Via Saint Lucia Pl
Henderson, NV 89011

Home Countrywide
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Home Countrywide
Attn: Bankruptcy Desk/Managing Agent
400 Countywide Wy Sv-35
Simi Valley, CA 93065

Home Countrywide
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 205
Las Vegas, NV 89113

Home Depot
Attn: Bankruptcy Desk/Managing Agent

Home Finishes, Inc.
Attn: Bankruptcy Desk/Managing Agent
Diane
3037 Independence Drive
Suite A
Livermore CA 94550

Home Intercom Company
Attn: Bankruptcy Desk/Managing Agent
Paul Caspany
6656 W. Fredonia Drive
Las Vegas NV 89108

HomeBuilder.com
Attn: Bankruptcy Desk/Managing Agent
PO Box 13239
Scottsdale AZ 85267-3239

Homer Chee
Attn: Bankruptcy Desk/Managing Agent
1125 Red Iron Way
Las Vegas NV 89110

Homer Liwag
Attn: Bankruptcy Desk/Managing Agent
285 Blackstone River Ave
Las Vegas, NV 89148

Homer Michaels
Attn: Bankruptcy Desk/Managing Agent
Homer Michaels
8716 Burning Hide Avenue
Las Vegas NV 89143

Homeready, Inc.
Attn: Bankruptcy Desk/Managing Agent
Gilbert Ganschow
7470 Dean Martin Drive
Suite # 112
Las Vegas NV 89139

Homes & Living
Attn: Bankruptcy Desk/Managing Agent
brett-x1068
Trader Publishing
P.O.Box 9277
Canton OH 44711

Homes Howard
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 202
Las Vegas, NV 89113

Homesales Inc
Attn: Bankruptcy Desk/Managing Agent
3415 Vision Dr
Columbus, OH 43219

Homesales Inc
Attn: Bankruptcy Desk/Managing Agent
473 Via Stretto Ave
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                            Served 4/17/2009

HomesOnTV
Attn: Bankruptcy Desk/Managing Agent
1501 Ten Palms Court
Las Vegas NV 89117

Homestore Sales Company, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O Box 13239
Scottsdale AZ 85267-3239

Honeywell Mortgage & Realty
Attn: Bankruptcy Desk/Managing Agent
6331 Greenleaf Ave., Suite B
Whittier CA 90601

Hong Chung
Attn: Bankruptcy Desk/Managing Agent
784 Vortex Ave
Henderson, NV 89002

Hong Wang
Attn: Bankruptcy Desk/Managing Agent
146 Castle Course Ave
Las Vegas, NV 89148

Honorato Buscaino
Attn: Bankruptcy Desk/Managing Agent
2449 Creekside Run
Chino Hills, CA 91709

Honorato Buscaino
Attn: Bankruptcy Desk/Managing Agent
519 Center Green Dr
Las Vegas, NV 89148

Hoolihan's Excavating, Inc.
Attn: Bankruptcy Desk/Managing Agent
652 Middlegate Road
Henderson NV  89015

Hopper Resources
Attn: Bankruptcy Desk/Managing Agent
Chuck Taylor
2951 Marion Drive #117
Las Vegas NV 89115

Horacio & Leonor Bonetti
Attn: Bankruptcy Desk/Managing Agent
180 Macoby Run St
Las Vegas, NV 89148

Horacio & Leonor Bonetti
Attn: Bankruptcy Desk/Managing Agent
380 Whitly Bay Ave
Las Vegas, NV 89148

Horizon Precast, Inc.
Attn: Bankruptcy Desk/Managing Agent
3625 Sunshine Dr.
Kingman AZ 86409-3449

Horst Liebl
Attn: Bankruptcy Desk/Managing Agent
1148 Amberton Ln
Thousand Oaks, CA 91320

Horst Liebl
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2039
Las Vegas, NV 89148

Hortense Failloux
Attn: Bankruptcy Desk/Managing Agent
358 Blackstone River Ave
Las Vegas, NV 89148

Hortense Failloux
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Hosea Kim
Attn: Bankruptcy Desk/Managing Agent
275 Soggy Ruff Way
Las Vegas, NV 89148

Hospitality Trading Corp.
Attn: Bankruptcy Desk/Managing Agent
32 Anacapa Street
Santa Barbara CA 93101

Hospitality Works
Attn: Bankruptcy Desk/Managing Agent
655 Deerfield Road, Suite 100
Deerfield IL 60015

Hosseim Azari
Attn: Bankruptcy Desk/Managing Agent
81 Daisy Springs Ct
Las Vegas, NV 89148

Hosseim Azari
Attn: Bankruptcy Desk/Managing Agent
PO Box 655
Van Nuys, CA 91408

Hotack Family
Attn: Bankruptcy Desk/Managing Agent
293 Rolling Springs Dr
Las Vegas, NV 89148

Houck Family
Attn: Bankruptcy Desk/Managing Agent
2176 Luau Ct
Henderson, NV 89074

Houck Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2155
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

House & Garden
Attn: Bankruptcy Desk/Managing Agent
Professional Relations
P. O. Box 37632
Boone IA 50037-0632

Household Fin Reality Corp Nv
Attn: Bankruptcy Desk/Managing Agent
148 Macoby Run St
Las Vegas, NV 89148

Household Fin Reality Corp Nv
Attn: Bankruptcy Desk/Managing Agent
931 Corporate Center Dr
Pomona, CA 91768

Household Finance Realty Corp Nv
Attn: Bankruptcy Desk/Managing Agent
636 Grand Regency Blvd
Brandon, FL 33510

Household Finance Realty Corp Nv
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 307
Las Vegas, NV 89113

Household Finance Realty Corp Nv
Attn: Bankruptcy Desk/Managing Agent
782 Vortex Ave
Henderson, NV 89002

Household Finance Realty Corp Nv
Attn: Bankruptcy Desk/Managing Agent
931 Corporate Center Dr
Pomona, CA 91768

Houston-Stafford Electri
Attn: Bankruptcy Desk/Managing Agent
Mike / Chris
451 Mark Leany Drive
Henderson NV 89015

Howard & Jody Goldstein
Attn: Bankruptcy Desk/Managing Agent
378 Apple River Ct
Las Vegas, NV 89148

Howard & Jody Goldstein
Attn: Bankruptcy Desk/Managing Agent
616 Chervil Valley Dr
Las Vegas, NV 89138

Howard Altshuler
Attn: Bankruptcy Desk/Managing Agent
39 Voltaire Ave
Henderson, NV 89002

Howard Chin
Attn: Bankruptcy Desk/Managing Agent
13717 Bannon Drive
Cerritos CA 90703

Howard F. Scheuner
Attn: Bankruptcy Desk/Managing Agent
2850 Fisher Rd.
Howell MI 48855

Howard Lerner
Attn: Bankruptcy Desk/Managing Agent
249 Via Franciosa Dr
Henderson, NV 89011

Howard Logsdon
Attn: Bankruptcy Desk/Managing Agent
Logsdon Contracting, LLC
2711 W. Windmill Lane
Las Vegas NV 89123

Howell Shaw
Attn: Bankruptcy Desk/Managing Agent
131 Rancho Maria St
Las Vegas, NV 89148

HS  Worldwide Parts
Attn: Bankruptcy Desk/Managing Agent
1821 Santa Cruz Street
San Pedro CA 90732

HSBC Business Solutions
Attn: Bankruptcy Desk/Managing Agent
c/o Northern Tool & Equipment
P.O. Box 5219
Carol Stream IL 60197-5219

Hsiu & Sheng Wang
Attn: Bankruptcy Desk/Managing Agent
1500 Atlantic St
Union City, CA 94587

Hsiu & Sheng Wang
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1147
Las Vegas, NV 89147

Hsiu Yu
Attn: Bankruptcy Desk/Managing Agent
51 N Painted Mountain Dr
Las Vegas, NV 89148

Hsiu Yu
Attn: Bankruptcy Desk/Managing Agent
9316 Perennial Ave
Las Vegas, NV 89148

HTA Plumbing & Mechanical
Attn: Bankruptcy Desk/Managing Agent
2049 Pabco Road
Henderson NV  89011

Hua Family
Attn: Bankruptcy Desk/Managing Agent
8910 Lansberry Ct
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Hua Huang
Attn: Bankruptcy Desk/Managing Agent
534 N Orange Ave Apt A
La Puente, CA 91744

Hua Huang
Attn: Bankruptcy Desk/Managing Agent
765 Orchard Course Dr
Las Vegas, NV 89148

Hua Hui Tseng Huang
Attn: Bankruptcy Desk/Managing Agent
534 N. Orange #A
La Puente CA 91744

Huang Family
Attn: Bankruptcy Desk/Managing Agent
592 Over Par Ct
Las Vegas, NV 89148

Huang Family
Attn: Bankruptcy Desk/Managing Agent
889 Colonial Dr
Youngstown, OH 44505

Huaying Wang
Attn: Bankruptcy Desk/Managing Agent
331 Turtle Peak Ave
Las Vegas, NV 89148

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL 60559-5570

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
Ins. Dept
601 Oakmont Lane, Suite 400
Westmont IL 60559-5570

Hubbard, Mary Ann
Attn: Bankruptcy Desk/Managing Agent
294 Garwood Court
Henderson, NV 89074

Huddleston Family
Attn: Bankruptcy Desk/Managing Agent
281 Turtle Peak Ave
Las Vegas, NV 89148

Huff Commercial Interiors
Attn: Bankruptcy Desk/Managing Agent
4077 South Industrial Road
Las Vegas NV 89103

Hugh Munro
Attn: Bankruptcy Desk/Managing Agent
301 Turtle Peak Ave
Las Vegas, NV 89148

Hugh Munro
Attn: Bankruptcy Desk/Managing Agent
7926 Hillside Ave
Los Angeles, CA 90046

Hughes Family
Attn: Bankruptcy Desk/Managing Agent
9299 Blue Fax Pl
Las Vegas, NV 89148

Hughes Family
Attn: Bankruptcy Desk/Managing Agent
9299 Blue Flax Pl
Las Vegas, NV 89148

Hughes, Lynn E
Attn: Bankruptcy Desk/Managing Agent
4105 Mountain Trek
Las Vegas, NV 89129

Hugo Desmarais
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2030
Las Vegas, NV 89148

Hugo Rivera
Attn: Bankruptcy Desk/Managing Agent
169 Hickory Heights Ave
Las Vegas, NV 89148

Hui Zhang
Attn: Bankruptcy Desk/Managing Agent
197 Short Ruff Way
Las Vegas, NV 89148

Human Resources Council
Attn: Bankruptcy Desk/Managing Agent
PO Box 804441
Kansas City MO 64180-4441

Humphreys & Partners
Attn: Bankruptcy Desk/Managing Agent
Architects
5339 Alpha Road Ste 300
Dallas TX 75240-7307

Hung & Ai Phuong
Attn: Bankruptcy Desk/Managing Agent
1118 S 9th St
Alhambra, CA 91801

Hung & Ai Phuong
Attn: Bankruptcy Desk/Managing Agent
620 Harvester Course Dr
Las Vegas, NV 89148

Hung Dang
Attn: Bankruptcy Desk/Managing Agent
115 Hazelmere Ln
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Hung Dang
Attn: Bankruptcy Desk/Managing Agent
169 Cascade Lake St
Las Vegas, NV 89148

Hung Hoang
Attn: Bankruptcy Desk/Managing Agent
1029 Via Gallia St
Henderson, NV 89011

Hung Hoang
Attn: Bankruptcy Desk/Managing Agent
1029 Via Vallia St
Henderson, NV 89015

Hung Luong
Attn: Bankruptcy Desk/Managing Agent
7169 S Durango Dr Unit 307
Las Vegas, NV 89113

Hung Nguyen
Attn: Bankruptcy Desk/Managing Agent
13291 Lee Dr
Westminster, CA 92683

Hung Nguyen
Attn: Bankruptcy Desk/Managing Agent
284 Via Di Citta Dr
Henderson, NV 89011

Hung-Shing Tsang
Attn: Bankruptcy Desk/Managing Agent
26 Buckingham Drive
Aurora IL 60506

Hung-shing Tsang
Attn: Bankruptcy Desk/Managing Agent
312 Angels Trace Ct
Las Vegas, NV 89148

Hutchins Drywall
Attn: Bankruptcy Desk/Managing Agent
2335 Silver Wolf Drive
Henderson, NV 89015

Hutchins Drywall, Inc.
Attn: Bankruptcy Desk/Managing Agent
Mark Hutchins
2335 Silver Wolf Drive
Henderson NV  89015

Huy & Tiet Ly
Attn: Bankruptcy Desk/Managing Agent
40 Tall Ruff Dr
Las Vegas, NV 89148

Huy & Tiet Ly
Attn: Bankruptcy Desk/Managing Agent
7471 Port Orchard Ave
Las Vegas, NV 89113

Huy Nguyen
Attn: Bankruptcy Desk/Managing Agent
78 Broken Putler Way
Las Vegas, NV 89148

Huy Nguyen
Attn: Bankruptcy Desk/Managing Agent
78 Broken Rutter Wy
Las Vegas, NV 89148

Huyen Nguyen
Attn: Bankruptcy Desk/Managing Agent
1016 Viale Placenza Pl
Henderson, NV 89011

Huyen Nguyen
Attn: Bankruptcy Desk/Managing Agent
11220 109 Ave
Edmonton Ab T5H11000
Canada

Huygens Family
Attn: Bankruptcy Desk/Managing Agent
600 Via Colmo Ave
Henderson, NV 89011

Huynh Family
Attn: Bankruptcy Desk/Managing Agent
2018 32nd Ave
San Francisco, CA 94116

Huynh Family
Attn: Bankruptcy Desk/Managing Agent
272 Soggy Ruff Way
Las Vegas, NV 89148

Huynh Hoa
Attn: Bankruptcy Desk/Managing Agent
224 Wicked Wedge Way
Las Vegas, NV 89148

Hy & Carolina Le
Attn: Bankruptcy Desk/Managing Agent
101 Cliff Valley Dr
Las Vegas, NV 89148

Hy & Carolina Le
Attn: Bankruptcy Desk/Managing Agent
7524 Bradford Pear Dr
Irving, TX 75063

Hyacinth Ligutom
Attn: Bankruptcy Desk/Managing Agent
3558 Harbor Tides Street
Las Vegas NV  89147

Hyatt & Stubblefield, P.C.
Attn: Bankruptcy Desk/Managing Agent
225 Peachtree Street, N.E.
Suite 1200
Atlanta GA 30303

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Hy-Bar Windows & Doors
Attn: Bankruptcy Desk/Managing Agent
6210 Annie Oakley
Las Vegas NV 89120

Hydro Arch
Attn: Bankruptcy Desk/Managing Agent
980 Mary Crest Road Suite B
Henderson NV 89014

HydroHoist SouthWest Ltd.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60517
Boulder City NV 89006

Hye & Keum Kang
Attn: Bankruptcy Desk/Managing Agent
381 Arbour Garden Ave
Las Vegas, NV 89148

Hye & Keum Kang
Attn: Bankruptcy Desk/Managing Agent
60 S Painted Mountain Dr
Las Vegas, NV 89148

Hye Kim
Attn: Bankruptcy Desk/Managing Agent
331 Tayman Park Ave
Las Vegas, NV 89148

Hyeon Kim
Attn: Bankruptcy Desk/Managing Agent
191 Waterton Lakes Ave
Las Vegas, NV 89148

Hyperion Group Public Affairs
Attn: Bankruptcy Desk/Managing Agent
4413 N. Saddlebag Trail Suite # 1
Scottsdale AZ 85251

Hyphen Solutions, Ltd.
Attn: Bankruptcy Desk/Managing Agent
5055 Keller Springs Road #200
Addison TX 75001

Hyun & Sung Kim
Attn: Bankruptcy Desk/Managing Agent
316 White Bluffs St
Las Vegas, NV 89148

Hyun Kang
Attn: Bankruptcy Desk/Managing Agent
4778 Lone Mesa Dr
Las Vegas, NV 89147

IAAPA
Attn: Bankruptcy Desk/Managing Agent
1448 Duke Street
Alexandria VA 22314

Iafrate Family
Attn: Bankruptcy Desk/Managing Agent
2175 Stockwell Rd Apt 916
Bossier City, LA 71111

Iafrate Family
Attn: Bankruptcy Desk/Managing Agent
68 Chateau Whistler Ct
Las Vegas, NV 89148

Ian & Virginia Leslie
Attn: Bankruptcy Desk/Managing Agent
7421 Cedar Rae Ave
Las Vegas, NV 89131

Ian Hwang
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 209
Las Vegas, NV 89113

Ian Murray
Attn: Bankruptcy Desk/Managing Agent
254 Duck Hollow Ave
Las Vegas, NV 89148

Ian Shafer
Attn: Bankruptcy Desk/Managing Agent
77 Rock Run St
Las Vegas, NV 89148

Ian Underhill
Attn: Bankruptcy Desk/Managing Agent
332 Jacaranda Arbor Street
Las Vegas NV 89144

Ibarra Family
Attn: Bankruptcy Desk/Managing Agent
2542 1/4 Folsom St
Los Angeles, CA 90033

Ibarra Family
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 116
Las Vegas, NV 89113

IBI-International
Attn: Bankruptcy Desk/Managing Agent
Business Index
600 17th Street,STE 2800 South
Denver CO 80202

Ice Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Robert G. Urichuk
5175 West Diablo Drive, Ste. 105
Las Vegas NV 89118

I-chieh & Da-Ching Wang
Attn: Bankruptcy Desk/Managing Agent
52 Redwood Ln
South Glastonbury, CT 06073

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

I-chieh & Da-Ching Wang
Attn: Bankruptcy Desk/Managing Agent
749 Orchard Course Dr
Las Vegas, NV 89148

I-Chieh E. Wang
Attn: Bankruptcy Desk/Managing Agent
52 Redwood Lane
S. Glastonbury CT 06073

ICON Receivables
Attn: Bankruptcy Desk/Managing Agent
c/o M&T Bank
PO Box 8000 Dept.006
Buffalo NY 14267

ID Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 S. Fort Apache Road
Suite 100
Las Vegas NV 89148

Idania & Amaury Torres
Attn: Bankruptcy Desk/Managing Agent
4616 S 6th Ave
Tucson, AZ 85714

Idania & Amaury Torres
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 313
Las Vegas, NV 89113

IDCSERVCO
Attn: Bankruptcy Desk/Managing Agent
ATTN: ACCOUNTS RECEIVABLE
PO BOX 1925
CULVER CITY CA 90232-1925

Ideal Electrical Contracting
Attn: Bankruptcy Desk/Managing Agent
3508 E. Charleston Blvd.
Suite A
Las Vegas NV 89110

Ideal Products
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4090
Ontario CA 91761

Ignacio and Sheila Ledesma
Attn: Bankruptcy Desk/Managing Agent
784 S Salt Spray Ct
Las Vegas NV 89139

IGXG MANAGEMENT LLC
Attn: Bankruptcy Desk/Managing Agent
Jessica Raymond
540 Madison Avenue, Suite 21A
New York, NY 10022

Ihan Liu
Attn: Bankruptcy Desk/Managing Agent
180 Duck Hollow Ave
Las Vegas, NV 89148

Ihan Liu
Attn: Bankruptcy Desk/Managing Agent
45 Bay Colony Dr
Westwood, MA 02090

Ike & Carolyn Nnaja
Attn: Bankruptcy Desk/Managing Agent
198 Hickory Heights Ave
Las Vegas, NV 89148

Ike & Carolyn Nnaja
Attn: Bankruptcy Desk/Managing Agent
3081 Ashbourne Cir
San Ramon, CA 94583

Iklas Dimaya-Unlimited Realty
Attn: Bankruptcy Desk/Managing Agent
191 W. Wilbur Road
Suite 102
Thousand Oaks 91360

Ikon Office Solutions
Attn: Bankruptcy Desk/Managing Agent
PO BOX 7420
Pasadena 91109-7420

Ikon Office Solutions
Attn: Bankruptcy Desk/Managing Agent
PO BOX 7420
Pasadena, CA 91109-7420

Ileana Fratut-Filip
Attn: Bankruptcy Desk/Managing Agent
492 Via Stretto Ave
Henderson, NV 89011

Illini LLC
Attn: Bankruptcy Desk/Managing Agent
3230 S Buffalo Dr Ste 108
Las Vegas, NV 89117

Illini LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1086
Las Vegas, NV 89148

Ilsoo Kim
Attn: Bankruptcy Desk/Managing Agent
1049 Via Saint Lucia Pl
Henderson, NV 89011

IMA Design Group
Attn: Bankruptcy Desk/Managing Agent
Vicky
2500 Michelson Dr. Suite 125
Irvine CA 92612

Image One
Attn: Bankruptcy Desk/Managing Agent
9360 West Flamingo Road
Suite 110-450
Las Vegas NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                   Served 4/17/2009

Imelda Afable
Attn: Bankruptcy Desk/Managing Agent
234 Via Franciosa Dr
Henderson, NV 89011

ImEx Ware, Inc.
Attn: Bankruptcy Desk/Managing Agent
2000 E. Maule Avenue
Las Vegas NV 89119

Immobilia LLC
Attn: Bankruptcy Desk/Managing Agent
4455 W Sunset Rd
Las Vegas, NV 89118

Immobilia LLC
Attn: Bankruptcy Desk/Managing Agent
6735 Gold Yarrow St
Las Vegas, NV 89148

Imperial Headwear
Attn: Bankruptcy Desk/Managing Agent
1-800-933-9444
P.O.Box 971363
Dallas TX 75397-1363

Imperial Iron, Inc.
Attn: Bankruptcy Desk/Managing Agent
4226 Fidus Dr.
Las Vegas NV 89103-3709

Imperial Steel Inc.
Attn: Bankruptcy Desk/Managing Agent
4226 Fidus Drive
Las Vegas NV 89103

Imran Thanvi
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 105
Las Vegas, NV 89113

Imran Thanvi
Attn: Bankruptcy Desk/Managing Agent
819 Covina Way
Fremont, CA 94539

In Business Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle
Suite 250
Henderson NV  89074

Independent Landscape Services
Attn: Bankruptcy Desk/Managing Agent
Rachel
647 Cape Horn Dr.
Henderson NV  89015

Inderjeet Julka
Attn: Bankruptcy Desk/Managing Agent
16418 Bainbrook Ave
Cerritos, CA 90703

Inderjeet Julka
Attn: Bankruptcy Desk/Managing Agent
165 Crooked Tree Dr
Las Vegas, NV 89148

Industrial Comm. of Arizona
Attn: Bankruptcy Desk/Managing Agent
Division of Occupational Safety
P. O. Box 19070
Phoenix AZ 85005-9070

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

IndyMac Bank
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78826
Phoenix AZ 85062-8826

Infinity Enterprises
Attn: Bankruptcy Desk/Managing Agent
3347 S. Highland Dr. Suite 304
Las Vegas NV 89109

Infinity Promotions Gp
Attn: Bankruptcy Desk/Managing Agent
6655 W. Sahara Avenue D-208
Las Vegas NV 89146

Inflight Surf & Sail
Attn: Bankruptcy Desk/Managing Agent
1250 Pacific Coast Hwy
Seal Beach CA 90740

Info Cubic LLC
Attn: Bankruptcy Desk/Managing Agent
9250 E Costilla Ave
Ste 230
Greenwood Village CO 80112

Info Stor Of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
1428 Pama Lane
Las Vegas NV 89119

Information Leasing Corp
Attn: Bankruptcy Desk/Managing Agent
995 Dalton Ave
Cincinnati OH 45203-1101

Info-Tech Research Group
Attn: Bankruptcy Desk/Managing Agent
401 Clarence Street 2nd Floor
London, Ontario
Canada N6A 3M6

Ingar Carlson
Attn: Bankruptcy Desk/Managing Agent
292 Fairway Woods Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Inland Litho
Attn: Bankruptcy Desk/Managing Agent
4305 E La Palma Avenue
Anaheim CA 92807

Innova-Champion Discs
Attn: Bankruptcy Desk/Managing Agent
Tim Selinske
11077 Arrow Route
Rancho Cucamonga CA 91730

Innovative Access Control
Attn: Bankruptcy Desk/Managing Agent
4365 South Cameron
Suite A
Las Vegas NV 89103

Innovative Carpets
Attn: Bankruptcy Desk/Managing Agent
45 Legion Dr.
Cresskill NJ 07626

Insight
Attn: Bankruptcy Desk/Managing Agent
Barb S.-A/Rx3219
P. O. Box 78825
Phoenix AZ 85062-8825

Insight
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 78825
Phoenix, AZ 85062-8825

Insight Global Finance
Attn: Bankruptcy Desk/Managing Agent
PO BOX 100706
Pasadena CA 91189-0706

Institute of Business
Attn: Bankruptcy Desk/Managing Agent
Publications
748 Springdale Dr. Suite 150
Exton PA 19341

Insulpro Projects
Attn: Bankruptcy Desk/Managing Agent
A Masco Company
697 Corinthian Way
Las Vegas NV 89030

Insurance Support Center
Attn: Bankruptcy Desk/Managing Agent
Sherri Hamilton
P. O. Box 53981
Phoenix AZ 85072-3981

Integra Realty Resources
Attn: Bankruptcy Desk/Managing Agent
1635 Village Center Circle, # 150
Las Vegas NV 89134

Integra Telecom
Attn: Bankruptcy Desk/Managing Agent
PO Box 2966
Milwaukee WI 93201

Integrated Flight Systems
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 12697
Reno NV 89510

Integrated Systems Group
Attn: Bankruptcy Desk/Managing Agent
9101 W Sahara Ave Suite 105
Las Vegas NV 89117

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
5330 W. Quail Avenue
Las Vegas, NV 89118

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
CMA Business Credit Services
3110 W Cheyenne Ave., #100
N. Las Vegas, NV 89032

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
Randy
5330 W. Quail Avenue
Las Vegas NV 89118

Intellicept
Attn: Bankruptcy Desk/Managing Agent
1444 Pioneer Way #13
El Cajon CA 92020

Intense School, Inc.
Attn: Bankruptcy Desk/Managing Agent
8211 W. Broward Blvd. #210
Fort Lauderdale FL 33324

Intera Inc.
Attn: Bankruptcy Desk/Managing Agent
9111A Research Blvd.
Austin TX 78758

InterCall
Attn: Bankruptcy Desk/Managing Agent
PO BOX 281866
Atlanta GA 30384-1866

Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 South Fort Apache Road
Suite 110
Las Vegas NV 89148

Interior Finishworks
Attn: Bankruptcy Desk/Managing Agent
3432 N. Bruce St. #9
Las Vegas NV 89030

Interior Specialists, Inc.
Attn: Bankruptcy Desk/Managing Agent
1630 Faraday
7465 W. Sunset Rd
Suite 1200
Las Vegas NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                                Served 4/17/2009

Interisk Limited
Attn: Bankruptcy Desk/Managing Agent
901 Dover Drive Ste 200
Newport Beach 92660

Intermountain Slurry
Attn: Bankruptcy Desk/Managing Agent
PO Box 1841
Sparks NV 89432

Intermountain Slurry Seal, Inc
Attn: Bankruptcy Desk/Managing Agent
4560 Donavan Way Ste K
N. Las Vegas NV 89081

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
Fresno CA 93888

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
Taxpayer Assistance
Ogden UT 84201

International Art Prop., Inc.
Attn: Bankruptcy Desk/Managing Agent
67 San Carlos Avenue
Sausalito CA 94965

International House of Blues
Attn: Bankruptcy Desk/Managing Agent
Foundation
3950 South Las Vegas NV Blvd.
Las Vegas NV 89119

International Iron Works, Inc.
Attn: Bankruptcy Desk/Managing Agent
2501 S. Malt Avenue
Los AngelesCA  90040

Internet Corporation Listing
Attn: Bankruptcy Desk/Managing Agent
Service
303 Park Avenue S, #1073
New York NY 10010

Internet Marketing Report
Attn: Bankruptcy Desk/Managing Agent
370 Technology Drive
P.O. Box 3019
Malvern PA 19355

Interstate Plumbing & A/C
Attn: Bankruptcy Desk/Managing Agent
7201 West Post Road
Las Vegas NV 89113

Intertech Computer Products
Attn: Bankruptcy Desk/Managing Agent
5225 S. 39th Street
Phoenix AZ 85040

Intrepid Iron, Inc.
Attn: Bankruptcy Desk/Managing Agent
3321 Western Avenue
Las Vegas NV 89109

Inyo County Treasurer
Attn: Bankruptcy Desk/Managing Agent
Alisha McMurtrie
Tax Collector
PO Box O
Independence CA 93526-0614

IOBP
Attn: Bankruptcy Desk/Managing Agent
Institute of Business Publication
748 Springdale Drive Suite 150
Exton PA 19341

Ion Popescu
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 315
Las Vegas, NV 89113

Iorgulescu Family
Attn: Bankruptcy Desk/Managing Agent
10301 Hawk Ravine St
Las Vegas, NV 89178

Iorgulescu Family
Attn: Bankruptcy Desk/Managing Agent
473 Newberry Springs Dr
Las Vegas, NV 89148

Iovino Masonry Inc.
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd.
Las Vegas NV 89139

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Ira Lapp
Attn: Bankruptcy Desk/Managing Agent
500 Via Palermo Dr
Henderson, NV 89011

Irene & David Nelson
Attn: Bankruptcy Desk/Managing Agent
857 Whitebirch Ln
Wantagh, NY 11793

Irene & David Nelson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1162
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Irene Avila
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 214
Las Vegas, NV 89113

Irene Mindo
Attn: Bankruptcy Desk/Managing Agent
132 Honors Course Dr
Las Vegas, NV 89148

Irene Mindo
Attn: Bankruptcy Desk/Managing Agent
7386 Calle Real Apt 1
Goleta, CA 93117

Irina Alexieva
Attn: Bankruptcy Desk/Managing Agent
4798 Lone Mesa Dr
Las Vegas, NV 89147

Irina Lebedeff
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 201
Las Vegas, NV 89113

Irina Petrova
Attn: Bankruptcy Desk/Managing Agent
9708 Valmeyer Ave
Las Vegas, NV 89148

Iris Levi
Attn: Bankruptcy Desk/Managing Agent
141 Cliff Valley Dr
Las Vegas, NV 89148

Irla Ladia
Attn: Bankruptcy Desk/Managing Agent
132 Short Ruff Way
Las Vegas, NV 89148

Irla Ladia
Attn: Bankruptcy Desk/Managing Agent
1376 W 1st St
San Pedro, CA 90732

Irma Ledesma
Attn: Bankruptcy Desk/Managing Agent
4784 Essen Ct
Las Vegas, NV 89147

Irma Ledesma
Attn: Bankruptcy Desk/Managing Agent
5716 La Seyne Pl
San Jose, CA 95138

Iron Specialists
Attn: Bankruptcy Desk/Managing Agent
1102 Sharp Circle
North Las Vegas NV 89030

Irwin Commercial Finance Corp.
Attn: Bankruptcy Desk/Managing Agent
Equipment Finance
330 120th Avenue NE, Suite 110
Bellevue CA 98005

Isabel Grigorian
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 210
Las Vegas, NV 89113

Isabel Johnson
Attn: Bankruptcy Desk/Managing Agent
610 Newberry Springs Dr
Las Vegas, NV 89148

Isabel Johnson
Attn: Bankruptcy Desk/Managing Agent
6217 Anastasia St
Simi Valley, CA 93063

Isabel Streelman
Attn: Bankruptcy Desk/Managing Agent
19303 SW 4th Street
Pembroke Pines FL 33029

Isagani & Virginia Abalos
Attn: Bankruptcy Desk/Managing Agent
140 Honors Course Dr
Las Vegas, NV 89148

Isaías & Consuelo Cupino
Attn: Bankruptcy Desk/Managing Agent
209 W Highland Dr
Oconto Falls, WI 54154

Isaías & Consuelo Cupino
Attn: Bankruptcy Desk/Managing Agent
27 Indian Run Way
Las Vegas, NV 89148

ISCO Industries, LLC
Attn: Bankruptcy Desk/Managing Agent
926 Baxter Avenue
Box 4545
Louisville KY 40204

Isiah & Tamira Jakes
Attn: Bankruptcy Desk/Managing Agent
789 Tossa De Mar Ave
Henderson, NV 89002

Island Oasis Frozen Beverage
Attn: Bankruptcy Desk/Managing Agent
141 Norfolk Street
PO Box 711558
Cincinnati OH 45271-1558

Ismael & Aurora Cariño
Attn: Bankruptcy Desk/Managing Agent
54 Olimar Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Israel & Maria Faustino
Attn: Bankruptcy Desk/Managing Agent
6939 Fenton St
Chino, CA 91710

Israel & Maria Faustino
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 206
Las Vegas, NV 89113

Israel & Romely Gamboa
Attn: Bankruptcy Desk/Managing Agent
250 Soggy Ruff Way
Las Vegas, NV 89148

Italy Service
Attn: Bankruptcy Desk/Managing Agent
2407 S. Highland
Las Vegas NV 89102

Itzhak & Angelita Berenholz
Attn: Bankruptcy Desk/Managing Agent
55 Aberdeen Rd
Elizabeth, NJ 07208

Itzhak & Angelita Berenholz
Attn: Bankruptcy Desk/Managing Agent
9090 Red Shores Way
Las Vegas, NV 89147

Ivan & Isabel Patron
Attn: Bankruptcy Desk/Managing Agent
6712 Gold Yarrow St
Las Vegas, NV 89148

Ivan & Isabel Patron
Attn: Bankruptcy Desk/Managing Agent
PO Box 1784
San Juan Capistrano, CA 92693

Ivan Karabachev, M.D.
Attn: Bankruptcy Desk/Managing Agent
3201 S. Maryland Pkwy #500
Las Vegas NV 89109

Ivan Klimov
Attn: Bankruptcy Desk/Managing Agent
204 Via Mezza Luna Ct
Henderson, NV 89011

IVS Associates Inc.
Attn: Bankruptcy Desk/Managing Agent
111 Continental Dr.
Suite 210
Newark DE 19713

Ivy's Welding
Attn: Bankruptcy Desk/Managing Agent
3292 N. Azteck
Golden Valley AZ 86413

J E LP Corporation
Attn: Bankruptcy Desk/Managing Agent
20913 Costanso St
Woodland Hills, CA 91364

J E LP Corporation
Attn: Bankruptcy Desk/Managing Agent
276 Crooked Tree Dr
Las Vegas, NV 89148

J Family
Attn: Bankruptcy Desk/Managing Agent
7531 Apple Springs Ave
Las Vegas, NV 89131

J Family
Attn: Bankruptcy Desk/Managing Agent
9545 Los Cotos Ct
Las Vegas, NV 89147

J J J O R S Investments LLC
Attn: Bankruptcy Desk/Managing Agent
6168 Natalie Rd
Chino Hills, CA 91709

J J J O R S Investments LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2107
Las Vegas, NV 89148

J or J Welding, LLC
Attn: Bankruptcy Desk/Managing Agent
203 W Brooks Ave
Ste F
N Las Vegas NV 89030-3927

J P Chase Morgan
Attn: Bankruptcy Desk/Managing Agent
268 Broken Par Dr
Las Vegas, NV 89148

J P Chase Morgan
Attn: Bankruptcy Desk/Managing Agent
450 American St
Simi Valley, CA 93065

J P M C Specialty Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
14800 Frye Rd
Fort Worth, TX 76155

J P M C Specialty Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2172
Las Vegas, NV 89148

J S W Real Estate Invest LLC
Attn: Bankruptcy Desk/Managing Agent
5594 S Fort Apache Rd Ste 100
Las Vegas, NV 89148

J S W Real Estate Invest LLC
Attn: Bankruptcy Desk/Managing Agent
9696 Kampsville Ave
Las Vegas, NV 89148

J&J Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
5920 W. Cougar Ave.
Las Vegas NV 89139

J&J Glass, Inc.
Attn: Bankruptcy Desk/Managing Agent
3910 W. Spring Mountain Rd.
Suite B-1
Las Vegas NV 89102

J. A. Vay & Sons, Inc.
Attn: Bankruptcy Desk/Managing Agent
5546 Camino Al Norte 2-256
N. Las Vegas NV 89031

J. Perry Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
4487 Reno
Las Vegas NV 89118

J.B. Knowles, Inc.
Attn: Bankruptcy Desk/Managing Agent
31336 Woodshire Ln.
Blue River WI 53518-4634

J.D. Power & Associates
Attn: Bankruptcy Desk/Managing Agent
2625 Townsgate Road
Westlake Village CA 91361

J.E.C. James Econn & Co. Ins.
Attn: Bankruptcy Desk/Managing Agent
445 South Figueroa Street
36th Floor
Los Angeles CA 90071-1602

Ja Ha
Attn: Bankruptcy Desk/Managing Agent
340 Broken Par Dr
Las Vegas, NV 89148

Jabbar & Nasrin Mirreghabie
Attn: Bankruptcy Desk/Managing Agent
1853 Corre Camino Way
Vista, CA 92084

Jabbar & Nasrin Mirreghabie
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2089
Las Vegas, NV 89148

JACesare and Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
671 Professional Ave.
Suite 504
Henderson NV  89015

Jack & Colleen Fithian
Attn: Bankruptcy Desk/Managing Agent
288 Via Di Citta Dr
Henderson, NV 89011

Jack & Pauline Hurford
Attn: Bankruptcy Desk/Managing Agent
407 Village Grove
Sherwood Park AB
Canada

Jack & Pauline Hurford
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1003
Las Vegas, NV 89148

Jack and Sons Automotive
Attn: Bankruptcy Desk/Managing Agent
7010 W. Russell Road
Las Vegas NV 89113

Jack Ji
Attn: Bankruptcy Desk/Managing Agent
326 Dog Leg Dr
Las Vegas, NV 89148

Jack Phillips
Attn: Bankruptcy Desk/Managing Agent
2261 Lauren Dr
Las Vegas, NV 89134

Jack Phillips
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 102
Las Vegas, NV 89113

Jack Pots Portables, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1444
Lake Havasu City AZ 86405

Jack Rose
Attn: Bankruptcy Desk/Managing Agent
341 Tayman Park Ave
Las Vegas, NV 89148

Jackie Hill
Attn: Bankruptcy Desk/Managing Agent
9285 Dames Rocket Place
Las Vegas NV 89148

Jackpot Graphics
Attn: Bankruptcy Desk/Managing Agent
Barbara
4290 Cameron Street
Suite 8
Las Vegas NV 89103

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
2440 Marcos Street
Las Vegas, NV 89115

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
Nikki Miller
2440 Marcos Street
Las Vegas NV 89115

Jacks Vision LLC
Attn: Bankruptcy Desk/Managing Agent
141 Industrial Park Road
Suite 307
Henderson NV  89015

Jacob & Carmel Gonzales
Attn: Bankruptcy Desk/Managing Agent
1024 Via Gallia St
Henderson, NV 89011

Jacob Hansen
Attn: Bankruptcy Desk/Managing Agent
2730 E. Carol Avenue
Mesa AZ 85204

Jacobs Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Scott Jacobs
8076 w. Sahra Avenue
Suite B
Las Vegas NV 89117

Jacobs Family
Attn: Bankruptcy Desk/Managing Agent
274 Rolling Springs Dr
Las Vegas, NV 89148

Jacobs Family
Attn: Bankruptcy Desk/Managing Agent
68 Misty Springs Ct
Las Vegas, NV 89148

Jacobsen's Marine
Attn: Bankruptcy Desk/Managing Agent
2300A E. Lake Mead Drive
Henderson NV  89015

Jacobson Family
Attn: Bankruptcy Desk/Managing Agent
115 Standing Stone St
Las Vegas, NV 89148

Jacqueline Benjamin
Attn: Bankruptcy Desk/Managing Agent
9688 Dieterich Ave
Las Vegas, NV 89148

Jacqueline Gilbert
Attn: Bankruptcy Desk/Managing Agent
203 Sea Rim Ave
Las Vegas, NV 89148

Jacqueline Guinn
Attn: Bankruptcy Desk/Managing Agent
34626 Yellow Parrot Dr
Zephyrhills, FL 33541

Jacqueline Guinn
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1167
Las Vegas, NV 89148

Jacqueline Jansen
Attn: Bankruptcy Desk/Managing Agent
102 Wicked Wedge Way
Las Vegas, NV 89148

Jacqueline Jansen
Attn: Bankruptcy Desk/Managing Agent
311 N Robertson Blvd # 314
Beverly Hills, CA 90211

Jacquelyn Taylor
Attn: Bankruptcy Desk/Managing Agent
3901 Cherrywood Ave
Los Angeles, CA 90008

Jacquelyn Taylor
Attn: Bankruptcy Desk/Managing Agent
4709 Lomas Santa Fe St
Las Vegas, NV 89147

Jacquelynn Hill
Attn: Bankruptcy Desk/Managing Agent
9285 Dames Rocket Pl
Las Vegas, NV 89148

Jacques & Jenny Phan
Attn: Bankruptcy Desk/Managing Agent
8930 Lansberry Ct
Las Vegas, NV 89147

Jacqulyn Kerr
Attn: Bankruptcy Desk/Managing Agent
8350 W Desert Inn Rd Apt 1085
Las Vegas, NV 89117

Jacqulyn Kerr
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1145
Las Vegas, NV 89148

Jade & Lorraine Anderson
Attn: Bankruptcy Desk/Managing Agent
374 Harpers Ferry Ave
Las Vegas, NV 89148

Jade & Lorraine Anderson
Attn: Bankruptcy Desk/Managing Agent
591 Center Green Dr
Las Vegas, NV 89148

Jade Anderson
Attn: Bankruptcy Desk/Managing Agent
591 Center Green Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Jade Haviland
Attn: Bankruptcy Desk/Managing Agent
1052 Nia Prato Ln
Henderson, NV 89011

Jade Haviland
Attn: Bankruptcy Desk/Managing Agent
1052 Via Prato Ln
Henderson, NV 89011

Jadwiga Kuc
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 206
Las Vegas, NV 89113

Jadwiga Kuc
Attn: Bankruptcy Desk/Managing Agent
7480 River Dove Ct
Las Vegas, NV 89139

Jae Chang
Attn: Bankruptcy Desk/Managing Agent
1518 Quiet Pond Ln
San Jose, CA 95138

Jae Chang
Attn: Bankruptcy Desk/Managing Agent
9670 Marcelline Ave
Las Vegas, NV 89148

Jae Ha
Attn: Bankruptcy Desk/Managing Agent
362 Arbour Garden Ave
Las Vegas, NV 89148

Jae-yoon Rim
Attn: Bankruptcy Desk/Managing Agent
175 Marco Island St
Las Vegas, NV 89148

Jae-youn Baek
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 208
Las Vegas, NV 89113

Jaffer Yaseyyedi
Attn: Bankruptcy Desk/Managing Agent
2076 Ridgeline Ave
Vista, CA 92081

Jaffer Yaseyyedi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1180
Las Vegas, NV 89148

Jaime & Letty Tycangco
Attn: Bankruptcy Desk/Managing Agent
210 Tayman Park Ave
Las Vegas, NV 89148

Jaime & Letty Tycangco
Attn: Bankruptcy Desk/Managing Agent
609 Balboa St
West Covina, CA 91791

Jaime & Rosalinda Mallari
Attn: Bankruptcy Desk/Managing Agent
121 Sandy Bunker Ln
Las Vegas, NV 89148

Jaime & Rosalinda Mallari
Attn: Bankruptcy Desk/Managing Agent
243 Crooked Tree Dr
Las Vegas, NV 89148

Jaime & Rosalinda Mallari
Attn: Bankruptcy Desk/Managing Agent
PO Box 5427
South San Francisco, CA 94083

Jaime Jover
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 309
Las Vegas, NV 89113

Jaimee Rodriquez
Attn: Bankruptcy Desk/Managing Agent

Jaimie Blue
Attn: Bankruptcy Desk/Managing Agent
dba Bella Luna Pictures
6930 Paradise Road #2004
Las Vegas NV 89119

Jake & Daniel Rudolph
Attn: Bankruptcy Desk/Managing Agent
176 Broken Putter Way
Las Vegas, NV 89148

Jake Blasco
Attn: Bankruptcy Desk/Managing Agent
255 Blackstone River Ave
Las Vegas, NV 89148

Jake Sakurai
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 307
Las Vegas, NV 89113

Jake Worline
Attn: Bankruptcy Desk/Managing Agent
7431 Thornbuck Pl
Las Vegas, NV 89131

Jake Worline
Attn: Bankruptcy Desk/Managing Agent
PO Box 751135
Las Vegas, NV 89136

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Jalene Rogers
Attn: Bankruptcy Desk/Managing Agent
9149 Rusty Rifle Ave.
Las Vegas NV 89143

JAM Family Trust
Attn: Bankruptcy Desk/Managing Agent
1583 Ashfield Valley Avenue
Las Vegas NV 89123

Jama Huggins
Attn: Bankruptcy Desk/Managing Agent
6865 S. Tamaros #101
Las Vegas NV 89119

Jama Investments LLC
Attn: Bankruptcy Desk/Managing Agent
1540 Canyon Ledge Ct
Las Vegas, NV 89117

Jama Investments LLC
Attn: Bankruptcy Desk/Managing Agent
9654 Kampsville Ave
Las Vegas, NV 89148

Jamal Elkhansa
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2077
Las Vegas, NV 89148

James & Alison May
Attn: Bankruptcy Desk/Managing Agent
187 Fairway Woods Dr
Las Vegas, NV 89148

James & Barbara Hayden
Attn: Bankruptcy Desk/Managing Agent
952 Via Stellato St
Henderson, NV 89011

James & Cheryl Karnuth
Attn: Bankruptcy Desk/Managing Agent
311 Angels Trace Ct
Las Vegas, NV 89148

James & Claire Grach
Attn: Bankruptcy Desk/Managing Agent
165 Lakewood Garden Dr
Las Vegas, NV 89148

James & Cynthia Cody
Attn: Bankruptcy Desk/Managing Agent
7410 Red Cinder St
Las Vegas, NV 89131

James & Cynthia Lupo
Attn: Bankruptcy Desk/Managing Agent
193 Rusty Plank Ave
Las Vegas, NV 89148

James & Cynthia Lupo
Attn: Bankruptcy Desk/Managing Agent
226 Blackstone River Ave
Las Vegas, NV 89148

James & Deborah Barr
Attn: Bankruptcy Desk/Managing Agent
774 Tossa De Mar Ave
Henderson, NV 89002

James & Deborah Barr
Attn: Bankruptcy Desk/Managing Agent
774 Tossa Del Mar Ave
Henderson, NV 89015

James & Diawanti Anselmo
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 210
Las Vegas, NV 89113

James & Doris Pomerening
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 110
Las Vegas, NV 89113

James & Evangeline Novotny
Attn: Bankruptcy Desk/Managing Agent
777 Tossa De Mar Ave
Henderson, NV 89002

James & Glynda Rhodes
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Court
Las Vegas NV 89148

James & Glynda Rhodes
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

James & Glynda Rhodes
Attn: Bankruptcy Desk/Managing Agent
9691 Dieterich Ave
Las Vegas, NV 89148

James & Grace Ching
Attn: Bankruptcy Desk/Managing Agent
1812 Canfield Rd
Park Ridge, IL 60068

James & Grace Ching
Attn: Bankruptcy Desk/Managing Agent
48 Broken Putter Way
Las Vegas, NV 89148

James & Irina Salvatore
Attn: Bankruptcy Desk/Managing Agent
199 Duck Hollow Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

James & Irina Salvatore
Attn: Bankruptcy Desk/Managing Agent
7080 W Patrick Ln
Las Vegas, NV 89113

James & Isabel Griego
Attn: Bankruptcy Desk/Managing Agent
4650 73rd St
La Mesa, CA 91941

James & Isabel Griego
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1155
Las Vegas, NV 89148

James & Jessie Yee
Attn: Bankruptcy Desk/Managing Agent
129 Tall Ruff Dr
Las Vegas, NV 89148

James & Jessie Yee
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

James & Jessie Yee
Attn: Bankruptcy Desk/Managing Agent
686 Harvester Course Dr
Las Vegas, NV 89148

James & Joyce Divirgilius
Attn: Bankruptcy Desk/Managing Agent
7529 Hornblower Ave
Las Vegas, NV 89131

James & Kathrine Davis
Attn: Bankruptcy Desk/Managing Agent
1117 Via Canale Dr
Henderson, NV 89011

James & Kathrine Davis
Attn: Bankruptcy Desk/Managing Agent
408 20th St
Huntington Beach, CA 92648

James & Kathryn Karr
Attn: Bankruptcy Desk/Managing Agent
103 Bowler Springs St
Las Vegas, NV 89148

James & Kathryn Karr
Attn: Bankruptcy Desk/Managing Agent
88 Sahalee Dr
Las Vegas, NV 89148

James & Kim Devlin
Attn: Bankruptcy Desk/Managing Agent
612 Via Colmo Ave
Henderson, NV 89011

James & Kimberly Boone
Attn: Bankruptcy Desk/Managing Agent
460 Via Stretto Ave
Henderson, NV 89011

James & Laraine Miller
Attn: Bankruptcy Desk/Managing Agent
9558 Castillana Ct
Las Vegas, NV 89147

James & Lauren Hess
Attn: Bankruptcy Desk/Managing Agent
60 Broken Putter Way
Las Vegas, NV 89148

James & Laurie Walker
Attn: Bankruptcy Desk/Managing Agent
5536 Hawley Ct
Las Vegas, NV 89118

James & Laurie Walker
Attn: Bankruptcy Desk/Managing Agent
9737 Kampsville Ave
Las Vegas, NV 89148

James & Lea Wozniak
Attn: Bankruptcy Desk/Managing Agent
5954 Windward Way
Portage, IN 46368

James & Lea Wozniak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1015
Las Vegas, NV 89148

James & Linda Kracht
Attn: Bankruptcy Desk/Managing Agent
21427 Meteor Dr
Cupertino, CA 95014

James & Linda Kracht
Attn: Bankruptcy Desk/Managing Agent
4795 Frankfurt Ct
Las Vegas, NV 89147

James & Mani Parrott
Attn: Bankruptcy Desk/Managing Agent
178 Paxon Hollow Ct
Las Vegas, NV 89148

James & Maria Shen
Attn: Bankruptcy Desk/Managing Agent
6847 Rose Mallow St
Las Vegas, NV 89148

James & Maureen Siple
Attn: Bankruptcy Desk/Managing Agent
3312 Amish Avenue
N. Las Vegas NV 89031

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                      Served 4/17/2009

James & Paola Martin
Attn: Bankruptcy Desk/Managing Agent
424 First On Dr
Las Vegas, NV 89148

James & Paola Martin
Attn: Bankruptcy Desk/Managing Agent
9887 Brook Canyon Dr # 228-7476
Las Vegas, NV 89147

James & Rosan Barnewolt
Attn: Bankruptcy Desk/Managing Agent
1212 Olivia Pkwy
Henderson, NV 89011

James & Simone Cook
Attn: Bankruptcy Desk/Managing Agent
7501 Cedar Rae Ave
Las Vegas, NV 89131

James & Stacie Fox
Attn: Bankruptcy Desk/Managing Agent
158 Crooked Tree Dr
Las Vegas, NV 89148

James & Susan Damitz
Attn: Bankruptcy Desk/Managing Agent
7221 Tealwood St
Las Vegas, NV 89131

James & Terri Longwell
Attn: Bankruptcy Desk/Managing Agent
1053 Via Prato Ln
Henderson, NV 89011

James & Theresa Locklar
Attn: Bankruptcy Desk/Managing Agent
120 Short Ruff Way
Las Vegas, NV 89148

James A. Bevan
Attn: Bankruptcy Desk/Managing Agent
679 Vortex Ave
Henderson NV 89015

James Baker
Attn: Bankruptcy Desk/Managing Agent
15 Quail Valley St
Las Vegas, NV 89148

James Baker
Attn: Bankruptcy Desk/Managing Agent
6 Lakeview Vlg
Chillicothe, MO 64601

James Beal & Dean A Jelmini
Attn: Bankruptcy Desk/Managing Agent
Attorneys at Law
c/o Law Offices of Natalie Blake
Los Angeles CA 90025

James Bevan
Attn: Bankruptcy Desk/Managing Agent
679 Vortex Ave
Henderson, NV 89002

James Braccio
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 305
Las Vegas, NV 89113

James Breeden
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 105
Las Vegas, NV 89113

James Brooks
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 106
Las Vegas, NV 89113

James Conway
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 313
Las Vegas, NV 89113

James Cronk
Attn: Bankruptcy Desk/Managing Agent
6517 Bethalto St
Las Vegas, NV 89148

James Davis
Attn: Bankruptcy Desk/Managing Agent
408 20th Street
Huntington Beach CA 92648

James E. Garrett
Attn: Bankruptcy Desk/Managing Agent
Jimmy
4911 Mission Bay Drive
Las Vegas NV 89113-1350

James Econn & Company
Attn: Bankruptcy Desk/Managing Agent
445 S. Figueroa St. 36th Fl.
Los Angeles CA 90071-1602

James Family
Attn: Bankruptcy Desk/Managing Agent
76 Rancho Maria St
Las Vegas, NV 89148

James G.Coyne
Attn: Bankruptcy Desk/Managing Agent
22 Indian Run Way
Las Vegas NV 89148

James Garrett Trust
Attn: Bankruptcy Desk/Managing Agent
c/o James E Garrett
4911 Mission Bay Drive
Las Vegas NV 89113-1350

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

James Gray
Attn: Bankruptcy Desk/Managing Agent
288 Scramble Dr
Las Vegas, NV 89148

James Hunt
Attn: Bankruptcy Desk/Managing Agent
11441 Allerton Park Dr Unit 211
Las Vegas, NV 89135

James Hunt
Attn: Bankruptcy Desk/Managing Agent
171 Crooked Putter Dr
Las Vegas, NV 89148

James J. Pisanelli, Esq.
Attn: Bankruptcy Desk/Managing Agent
Brownstein Hyatt Farber Schreck PC
300 S Fourth St., Suite 1200
Las Vegas, NV 89101

James Jenkins Equip. Rental
Attn: Bankruptcy Desk/Managing Agent
35800 Calle NoPal
Temecula CA 92592

James Jennings
Attn: Bankruptcy Desk/Managing Agent
351 Cart Crossing Way
Las Vegas, NV 89148

James Kilroy
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 113
Las Vegas, NV 89113

James Kracht
Attn: Bankruptcy Desk/Managing Agent
Linda Kracht
21427 Meteor Drive
Cupertino CA 95014

James Lapelusa
Attn: Bankruptcy Desk/Managing Agent
1178 Olinia Pkwy
Henderson, NV 89011

James Lapelusa
Attn: Bankruptcy Desk/Managing Agent
1178 Olivia Pkwy
Henderson, NV 89011

James Lapelusa
Attn: Bankruptcy Desk/Managing Agent
221 Via Luna Rosa Ct
Henderson, NV 89011

James Ludwig
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 93325
Las Vegas NV 89193

James Maiola
Attn: Bankruptcy Desk/Managing Agent
9490 W. Ann Road
Las Vegas NV 89149

James Marino
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 113
Las Vegas, NV 89113

James Markey
Attn: Bankruptcy Desk/Managing Agent
6557 Harbor Dr NW
Canton, OH 44718

James Markey
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2079
Las Vegas, NV 89148

James Metzger
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 213
Las Vegas, NV 89113

James Metzger
Attn: Bankruptcy Desk/Managing Agent
7956 Mission Center Ct Unit H
San Diego, CA 92108

James Milkowski
Attn: Bankruptcy Desk/Managing Agent
10137 Dragons Meadow Ct
Las Vegas, NV 89148

James Nameth
Attn: Bankruptcy Desk/Managing Agent
1041 Via Prato Ln
Henderson, NV 89011

James Nelson
Attn: Bankruptcy Desk/Managing Agent
2843 Via Florentine St
Henderson, NV 89074

James Nelson
Attn: Bankruptcy Desk/Managing Agent
4768 Califa Dr
Las Vegas, NV 89122

James Nikopoulos
Attn: Bankruptcy Desk/Managing Agent
500 First On Dr
Las Vegas, NV 89148

James Nikopoulos
Attn: Bankruptcy Desk/Managing Agent
7881 Rockwind Ct
Las Vegas, NV 89117

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

James O'Hara
Attn: Bankruptcy Desk/Managing Agent
6812 Rose Mallow St
Las Vegas, NV 89148

James Orr
Attn: Bankruptcy Desk/Managing Agent
771 Wigan Pier Dr
Henderson, NV 89002

James Raymond
Attn: Bankruptcy Desk/Managing Agent
1280 Olivia Pkwy
Henderson, NV 89011

James Remmert
Attn: Bankruptcy Desk/Managing Agent
1755 Sunset Blvd
Boulder, CO 80304

James Remmert
Attn: Bankruptcy Desk/Managing Agent
304 Sea Rim Ave
Las Vegas, NV 89148

James Robert Kamuth
Attn: Bankruptcy Desk/Managing Agent
281 Tayman Park Avenue
Las Vegas NV 89148

James Sarubbi
Attn: Bankruptcy Desk/Managing Agent
483 Via Del Foro Dr
Henderson, NV 89011

James Severson
Attn: Bankruptcy Desk/Managing Agent
2365 D Wooster Cir
Las Vegas NV 89108

James Shane
Attn: Bankruptcy Desk/Managing Agent
279 Rolling Springs Dr
Las Vegas, NV 89148

James Sidenstricker
Attn: Bankruptcy Desk/Managing Agent
960 Via Vannucci Way
Henderson, NV 89011

James Simmons
Attn: Bankruptcy Desk/Managing Agent
321 Foster Springs Rd
Las Vegas, NV 89148

James Stevens
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1121
Las Vegas, NV 89147

James Swan
Attn: Bankruptcy Desk/Managing Agent
5329 S. Cameron St
Ste #109
Las Vegas NV 89118

James Truss Company
Attn: Bankruptcy Desk/Managing Agent
4220 Donovan Way
N.Las Vegas NV 89030

James Witkowski
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 304
Las Vegas, NV 89113

Jamie Hayes
Attn: Bankruptcy Desk/Managing Agent
347 Foster Springs Rd
Las Vegas, NV 89148

Jamie Hayes
Attn: Bankruptcy Desk/Managing Agent
8959 La Manga Ave
Las Vegas, NV 89147

Jamie Miller
Attn: Bankruptcy Desk/Managing Agent
952 Via Canale Dr
Henderson, NV 89011

Jamie Perez
Attn: Bankruptcy Desk/Managing Agent
6633 Babys Tear Pl
Las Vegas, NV 89148

Jammie Hsu
Attn: Bankruptcy Desk/Managing Agent
695 Orchard Course Dr
Las Vegas, NV 89148

Jammie Hsu
Attn: Bankruptcy Desk/Managing Agent
7835 S Rainbow Blvd Ste 4
Las Vegas, NV 89139

Jammie S.K. HSU
Attn: Bankruptcy Desk/Managing Agent
7835 South Rainbow Blvd.
Suite 4-5
Las Vegas NV 89139

Jams, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 512850
Los Angeles 90051-0850

Jan & Wen Stubbs
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 109
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Jan & Wen Stubbs
Attn: Bankruptcy Desk/Managing Agent
7346 Brinco Peak St
Las Vegas, NV 89139

Janaki Sutton
Attn: Bankruptcy Desk/Managing Agent
238 Via Franciosa Dr
Henderson, NV 89011

Janas Dymon
Attn: Bankruptcy Desk/Managing Agent
385 Apple River Ct
Las Vegas, NV 89148

Jane Hoffner
Attn: Bankruptcy Desk/Managing Agent
10 Barlovento Ct
Newport Beach, CA 92663

Jane Hoffner
Attn: Bankruptcy Desk/Managing Agent
235 Rustic Club Way
Las Vegas, NV 89148

Jane Memmott
Attn: Bankruptcy Desk/Managing Agent
2675 Windmill Parkway #3923
Henderson NV  89074

Jane Pollak
Attn: Bankruptcy Desk/Managing Agent
128 Wellington Rd
Indianapolis, IN 46260

Jane Pollak
Attn: Bankruptcy Desk/Managing Agent
68 Sahalee Dr
Las Vegas, NV 89148

Jane Yee
Attn: Bankruptcy Desk/Managing Agent
4601 El Camino Cabos Dr
Las Vegas, NV 89147

Janet & Donald Collins
Attn: Bankruptcy Desk/Managing Agent
4 Candide St
Henderson, NV 89002

Janet Ames
Attn: Bankruptcy Desk/Managing Agent
230 Locust Valley Ave
Las Vegas, NV 89148

Janet Cacdac
Attn: Bankruptcy Desk/Managing Agent
394 Trailing Putt Way
Las Vegas, NV 89148

Janet Medrano-Abrego
Attn: Bankruptcy Desk/Managing Agent
4728 Califa Dr
Las Vegas, NV 89122

Janet Ragon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1133
Las Vegas, NV 89148

Janice Greer
Attn: Bankruptcy Desk/Managing Agent
1019 Via Calderia Pl
Henderson, NV 89011

Janice McGriff
Attn: Bankruptcy Desk/Managing Agent
1268 Olivia Pkwy
Henderson, NV 89011

Janice Stutz
Attn: Bankruptcy Desk/Managing Agent
1150 Olivia Pkwy
Henderson, NV 89011

Janice Wong
Attn: Bankruptcy Desk/Managing Agent
68 Dixie Springs Ct
Las Vegas, NV 89148

Janna Malizia
Attn: Bankruptcy Desk/Managing Agent
3276 N Polo Dr
Aptos, CA 95003

Janna Malizia
Attn: Bankruptcy Desk/Managing Agent
336 Broken Par Dr
Las Vegas, NV 89148

Janna Strickland
Attn: Bankruptcy Desk/Managing Agent
9726 Kampsville Ave
Las Vegas, NV 89148

Jared & Bridget Moser
Attn: Bankruptcy Desk/Managing Agent
128 Macoby Run St
Las Vegas, NV 89148

Jared & Jennifer Green
Attn: Bankruptcy Desk/Managing Agent
388 Ladies Tee Ct
Las Vegas, NV 89148

Jared & Pamela Odd
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 204
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Jared Festner
Attn: Bankruptcy Desk/Managing Agent
477 Foster Springs Rd
Las Vegas, NV 89148

Jared Marks, Esq.
Attn: Bankruptcy Desk/Managing Agent
3753 Howard Hughes Parkway
Suite 200
Las Vegas NV 89169

Jared Marks, Esq.
Attn: Bankruptcy Desk/Managing Agent
3753 Howard Hughes Pkwy #200
Las Vegas, NV 89169

Jared Weiss
Attn: Bankruptcy Desk/Managing Agent
6768 Pastel Camellia
Las Vegas NV 89148

Jaroslaw & Jennifer Marciniak
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 214
Las Vegas, NV 89113

Jaroslaw & Jennifer Marciniak
Attn: Bankruptcy Desk/Managing Agent
7219 Amhurst Way
Clearwater, FL 33764

Jasmine Yau
Attn: Bankruptcy Desk/Managing Agent
124 Macoby Run St
Las Vegas, NV 89148

Jasmine Yau
Attn: Bankruptcy Desk/Managing Agent
489 W Summerfield Cir
Anaheim, CA 92802

Jason & Amy Harrison
Attn: Bankruptcy Desk/Managing Agent
457 Punto Vallata Dr
Henderson, NV 89011

Jason & Kimberly Moyer
Attn: Bankruptcy Desk/Managing Agent
7245 Tealwood St
Las Vegas, NV 89131

Jason & Lisa Bowling
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 214
Las Vegas, NV 89113

Jason & Melissa Laporte
Attn: Bankruptcy Desk/Managing Agent
717 Jane Eyre Pl
Henderson, NV 89002

Jason & Pamela Henne
Attn: Bankruptcy Desk/Managing Agent
6856 Scarlet Flax St
Las Vegas, NV 89148

Jason & Sarah Castiglione
Attn: Bankruptcy Desk/Managing Agent
1058 Via Di Olivia St
Henderson, NV 89011

Jason & Terry Ono
Attn: Bankruptcy Desk/Managing Agent
1462 Danyelle Ct
Las Vegas, NV 89117

Jason & Terry Ono
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 206
Las Vegas, NV 89113

Jason Batungbacal
Attn: Bankruptcy Desk/Managing Agent
234 Rusty Plank Ave
Las Vegas, NV 89148

Jason Batungbacal
Attn: Bankruptcy Desk/Managing Agent
7092 Hawaii Kai Dr Apt 27
Honolulu, HI 96825

Jason Cathcart
Attn: Bankruptcy Desk/Managing Agent
10255 Bright Harbor
Las Vegas NV 89135

Jason Chan
Attn: Bankruptcy Desk/Managing Agent
3425 Wasatch Dr.
Las Vegas NV 89122

Jason Faber
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1118
Las Vegas, NV 89147

Jason Menendez
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 203
Las Vegas, NV 89113

Jason Menendez
Attn: Bankruptcy Desk/Managing Agent
9699 Powell Plateau Ct
Las Vegas, NV 89148

Jason Miller
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 311
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Jason Newitt
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave #1150
Las Vegas NV 89147

Jason Newitt
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1150
Las Vegas, NV 89147

Jason Rozar
Attn: Bankruptcy Desk/Managing Agent
8916 Egyptian Avenue
Las Vegas NV 89143

Jason Spronk
Attn: Bankruptcy Desk/Managing Agent
960 Via Canale Dr
Henderson, NV 89011

Jason Woodard
Attn: Bankruptcy Desk/Managing Agent
19 Pangloss St
Henderson, NV 89002

Jason Woywod
Attn: Bankruptcy Desk/Managing Agent
2260 Villefort Ct.
Las Vegas NV 89117

Javier & Gloria Pacheco
Attn: Bankruptcy Desk/Managing Agent
9678 Valmeyer Ave
Las Vegas, NV 89148

Jay & Pamela Poster
Attn: Bankruptcy Desk/Managing Agent
99 Bowler Springs St
Las Vegas, NV 89148

Jay Abbott
Attn: Bankruptcy Desk/Managing Agent
9222 W. Tropicana Ave.
Las Vegas NV 89147

Jay Bartlett
Attn: Bankruptcy Desk/Managing Agent
795 Wigan Pier Dr
Henderson, NV 89002

Jay Boyer
Attn: Bankruptcy Desk/Managing Agent
496 Bighorn Ridge Ave
Henderson, NV 89012

Jay Boyer
Attn: Bankruptcy Desk/Managing Agent
63 Voltaire Ave
Henderson, NV 89002

Jay Cleveland
Attn: Bankruptcy Desk/Managing Agent
9250 Perennial Ave
Las Vegas, NV 89148

Jay Earl Smith, Esq.
Attn: Bankruptcy Desk/Managing Agent
1935 Village Center Cir
Las Vegas, NV 89134

Jay Earl Smith, Esq.
Attn: Bankruptcy Desk/Managing Agent
c/o Smith, Larsen, & Wixom
1935 Village Center Circle
Las Vegas NV 89134

Jay Gilder
Attn: Bankruptcy Desk/Managing Agent
18593 Brookhurst St
Fountain Valley, CA 92708

Jay Gilder
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 203
Las Vegas, NV 89113

Jay H. Youngman
Attn: Bankruptcy Desk/Managing Agent
PO Box 334
Tahoma CA 96142

Jay Kapur
Attn: Bankruptcy Desk/Managing Agent
269 Via Di Citta Dr
Henderson, NV 89011

Jay Kho
Attn: Bankruptcy Desk/Managing Agent
277 Lenape Heights Ave
Las Vegas, NV 89148

Jay Reid
Attn: Bankruptcy Desk/Managing Agent
9270 Prairie Aster Pl
Las Vegas, NV 89148

Jayar Manufacturing Company
Attn: Bankruptcy Desk/Managing Agent
7370 Commercial Way
Henderson NV  89011

JayLee Development
Attn: Bankruptcy Desk/Managing Agent
3975 West Quail #10
Las Vegas NV 89118

Jaymie Benish
Attn: Bankruptcy Desk/Managing Agent

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Jazlin Simeona
Attn: Bankruptcy Desk/Managing Agent
57 Tall Ruff Dr
Las Vegas, NV 89148

JC Construction
Attn: Bankruptcy Desk/Managing Agent
25413 Juno St.
Sun City CA 92586

JCI Structural Engineering
Attn: Bankruptcy Desk/Managing Agent
8076 w. Sahara Avenue
Suite B
Las Vegas NV 89117

JCON Skymedia
Attn: Bankruptcy Desk/Managing Agent
181 Cooper Avenue # 112
Tonawanda NY 14150

Jean & Sasha Erramouspe
Attn: Bankruptcy Desk/Managing Agent
257 Via Franciosa Dr
Henderson, NV 89011

Jean Song
Attn: Bankruptcy Desk/Managing Agent
66 Rusty Springs Ct
Las Vegas, NV 89148

Jeanette Graham
Attn: Bankruptcy Desk/Managing Agent

Jeanette Nguyen
Attn: Bankruptcy Desk/Managing Agent
542 Halloran Springs Rd
Las Vegas, NV 89148

Jeanette Nguyen
Attn: Bankruptcy Desk/Managing Agent
5835 E Ridgemont Ct
Orange, CA 92869

Jeanine Zeigler
Attn: Bankruptcy Desk/Managing Agent
66 Sunset Bay St
Las Vegas NV 89148

Jeanne Bethers
Attn: Bankruptcy Desk/Managing Agent
2059 S 900 E
Bountiful, UT 84010

Jeanne Bethers
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 205
Las Vegas, NV 89113

Jeannie Chau
Attn: Bankruptcy Desk/Managing Agent
1083 S Mount Vernon Ave
Colton, CA 92324

Jeannie Chau
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2007
Las Vegas, NV 89148

Jeannie Lee
Attn: Bankruptcy Desk/Managing Agent
236 Wicked Wedge Way
Las Vegas, NV 89148

Jeb Singraugh
Attn: Bankruptcy Desk/Managing Agent
266 Rusty Plank Ave
Las Vegas, NV 89148

Jebe Family
Attn: Bankruptcy Desk/Managing Agent
500 San Felicia Way
Los Altos, CA 94022

Jebe Family
Attn: Bankruptcy Desk/Managing Agent
57 Pangloss St
Henderson, NV 89002

Jeff & Gina Tomasini
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 303
Las Vegas, NV 89113

Jeff Fegert
Attn: Bankruptcy Desk/Managing Agent
3451 Losee Rd. #E
North Las Vegas NV 89030

Jeff Stemple
Attn: Bankruptcy Desk/Managing Agent
99 Teton Pines Drive
Henderson NV 89014

Jeff Strong
Attn: Bankruptcy Desk/Managing Agent
Ted
5521 Red Sun Drive
Las Vegas NV 89129

Jeffery Hill
Attn: Bankruptcy Desk/Managing Agent
90 Back Spin Ct
Las Vegas, NV 89148

Jeffrey & Angelina Welch
Attn: Bankruptcy Desk/Managing Agent
82 Sunset Bay St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Jeffrey & Attyna Dee
Attn: Bankruptcy Desk/Managing Agent
183 Middlefield Dr
San Francisco, CA 94132

Jeffrey & Attyna Dee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1091
Las Vegas, NV 89148

Jeffrey & Bethany Briney
Attn: Bankruptcy Desk/Managing Agent
31282 Ceanothus Dr
Laguna Beach, CA 92651

Jeffrey & Bethany Briney
Attn: Bankruptcy Desk/Managing Agent
915 Via Canale Dr
Henderson, NV 89011

Jeffrey & Brenda Baker
Attn: Bankruptcy Desk/Managing Agent
7550 Cedar Rae Ave
Las Vegas, NV 89131

Jeffrey & Devecia Venuto
Attn: Bankruptcy Desk/Managing Agent
9715 Waukegan Ave
Las Vegas, NV 89148

Jeffrey & Emire Stitt
Attn: Bankruptcy Desk/Managing Agent
1240 Olivia Pkwy
Henderson, NV 89011

Jeffrey & Joanna McCoy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2060
Las Vegas, NV 89148

Jeffrey & Kevin Leduff
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 108
Las Vegas, NV 89113

Jeffrey & Kevin Leduff
Attn: Bankruptcy Desk/Managing Agent
PO Box 3321
La Habra, CA 90632

Jeffrey & Kristina Knebl
Attn: Bankruptcy Desk/Managing Agent
1081 Via Canale Dr
Henderson, NV 89011

Jeffrey & Kristina Knebl
Attn: Bankruptcy Desk/Managing Agent
PO Box 91656
Henderson, NV 89009

Jeffrey & Lee Mix
Attn: Bankruptcy Desk/Managing Agent
225 Via Mezza Luna Ct
Henderson, NV 89011

Jeffrey & Linda Hoeck
Attn: Bankruptcy Desk/Managing Agent
1860 Capistrano Way
Burlingame, CA 94010

Jeffrey & Linda Hoeck
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2093
Las Vegas, NV 89148

Jeffrey & Lolita Cosio
Attn: Bankruptcy Desk/Managing Agent
1033 Viale Placenza Pl
Henderson, NV 89011

Jeffrey & Luanne Lee
Attn: Bankruptcy Desk/Managing Agent
22 Sandy Bunker Ln
Las Vegas, NV 89148

Jeffrey & Sherry Schuerman
Attn: Bankruptcy Desk/Managing Agent
567 Halloran Springs Rd
Las Vegas, NV 89148

Jeffrey & Teresa Tabor
Attn: Bankruptcy Desk/Managing Agent
2 Candide St
Henderson, NV 89002

Jeffrey and Meredith Harris
Attn: Bankruptcy Desk/Managing Agent
2989 Via Della Amore
Henderson NV  89052

Jeffrey Carillo
Attn: Bankruptcy Desk/Managing Agent
304 Broken Par Dr
Las Vegas, NV 89148

Jeffrey Clark
Attn: Bankruptcy Desk/Managing Agent
10076 San Gervasio Ave
Las Vegas, NV 89147

Jeffrey Clark
Attn: Bankruptcy Desk/Managing Agent
212 Locust Valley Ave
Las Vegas, NV 89148

Jeffrey George
Attn: Bankruptcy Desk/Managing Agent
4624 Stuttgart St
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Jeffrey Green Photography
Attn: Bankruptcy Desk/Managing Agent
972 Vegas Valley Drive
Las Vegas NV 89109

Jeffrey Guyer & Tricia Gaines
Attn: Bankruptcy Desk/Managing Agent
2872 Moonlight Bay Lane
Las Vegas NV 89129

Jeffrey Long
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 308
Las Vegas, NV 89113

Jeffrey S. Barcy
Attn: Bankruptcy Desk/Managing Agent
97 Round Hill Road
Tiburon, CA 94920

Jeffrey S. Barcy
Attn: Bankruptcy Desk/Managing Agent
Ridgeback Partners
97 Round Hill Road
Tiburon CA 94920

Jeffrey Share
Attn: Bankruptcy Desk/Managing Agent
794 Vortex Ave
Henderson, NV 89002

Jeffrey Vonglodfelter
Attn: Bankruptcy Desk/Managing Agent
58 Blaven Dr
Henderson, NV 89002

Jeffrey W. Stempel
Attn: Bankruptcy Desk/Managing Agent
99 Tenton Pines Dr
Henderson NV 89014

Jeffrey Weinberg
Attn: Bankruptcy Desk/Managing Agent
16 W. Pacific Ave #2
Henderson NV 89015

Jehu Mariscal
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 311
Las Vegas, NV 89113

Jen & Shuyiang Wang
Attn: Bankruptcy Desk/Managing Agent
1809 S 2nd Ave
Arcadia, CA 91006

Jen & Shuyiang Wang
Attn: Bankruptcy Desk/Managing Agent
351 Center Green Dr
Las Vegas, NV 89148

Jeni Greenwood
Attn: Bankruptcy Desk/Managing Agent
795 Telfer Ln
Henderson, NV 89002

Jenilee Andres
Attn: Bankruptcy Desk/Managing Agent
283 Trailing Putt Way
Las Vegas, NV 89148

Jenna Creel
Attn: Bankruptcy Desk/Managing Agent
111 Standing Stone St
Las Vegas, NV 89148

Jenna Creel
Attn: Bankruptcy Desk/Managing Agent
3709 Andreen Ln
Spring Valley, CA 91977

Jennie Hanaoka
Attn: Bankruptcy Desk/Managing Agent
12888 Sundown Ln
Chino Hills, CA 91709

Jennie Hanaoka
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 203
Las Vegas, NV 89113

Jennifer & Michael Pascucci
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 201
Las Vegas, NV 89113

Jennifer & Shawn Schai
Attn: Bankruptcy Desk/Managing Agent
480 Via Palermo Dr
Henderson, NV 89011

Jennifer Burris
Attn: Bankruptcy Desk/Managing Agent
5938 Sakhalin Ave
Las Vegas, NV 89139

Jennifer Burris
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 202
Las Vegas, NV 89113

Jennifer Enyart
Attn: Bankruptcy Desk/Managing Agent
1256 Olivia Pkwy
Henderson, NV 89011

Jennifer Gettle
Attn: Bankruptcy Desk/Managing Agent
7220 Cottonsparrow St
Las Vegas, NV 89131

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                                    Served 4/17/2009

Jennifer Johnson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1071
Las Vegas, NV 89148

Jennifer Klee
Attn: Bankruptcy Desk/Managing Agent
3210 Waterford Ct Apt 1003
Rochester Hills, MI 48309

Jennifer Klee
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 209
Las Vegas, NV 89113

Jennifer Martinez
Attn: Bankruptcy Desk/Managing Agent
4632 Califa Dr
Las Vegas, NV 89122

Jennifer Noble
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 214
Las Vegas, NV 89113

Jennifer Paek
Attn: Bankruptcy Desk/Managing Agent
199 Hickory Heights Ave
Las Vegas, NV 89148

Jennifer Pool
Attn: Bankruptcy Desk/Managing Agent
160 Lenape Heights Ave
Las Vegas, NV 89148

Jennifer Pool
Attn: Bankruptcy Desk/Managing Agent
7399 W Diablo Dr
Las Vegas, NV 89113

Jennifer Smith
Attn: Bankruptcy Desk/Managing Agent
171 Dog Leg Dr
Las Vegas, NV 89148

Jennifer Somers
Attn: Bankruptcy Desk/Managing Agent
9235 Tulip Trestle
Las Vegas NV 89148

Jennifer Thomas
Attn: Bankruptcy Desk/Managing Agent
6448 Aether St
Las Vegas, NV 89148

Jennifer Weber
Attn: Bankruptcy Desk/Managing Agent
241 Angels Trace Ct
Las Vegas, NV 89148

Jennifer Weber
Attn: Bankruptcy Desk/Managing Agent
PO Box 4800050
Los Angeles, CA 90048

Jennifer Yip-Ow
Attn: Bankruptcy Desk/Managing Agent
105 Bowler Springs St
Las Vegas, NV 89148

Jennifer Yip-Ow
Attn: Bankruptcy Desk/Managing Agent
1555 Fillmore St
San Francisco, CA 94115

Jenny Chang
Attn: Bankruptcy Desk/Managing Agent
638 Newberry Springs Dr
Las Vegas, NV 89148

Jenny Ching Ying Li
Attn: Bankruptcy Desk/Managing Agent
282 Rusty Plank Ave
Las Vegas NV 89148

Jensen Fencen, LLC
Attn: Bankruptcy Desk/Managing Agent
2360 Buckhorn Bend
Kingman AZ 86409

Jensen Precast
Attn: Bankruptcy Desk/Managing Agent
3853 Losee Road
North Las Vegas NV 89030-3326

Jeom Lee
Attn: Bankruptcy Desk/Managing Agent
412 Via Stretto Ave
Henderson, NV 89011

Jeom Lee
Attn: Bankruptcy Desk/Managing Agent
9883 Ridgehaven Ave
Las Vegas, NV 89148

Jeraldo Jose
Attn: Bankruptcy Desk/Managing Agent
6678 Roanoke Ct
Las Vegas, NV 89148

Jeremiah Javier
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1113
Las Vegas, NV 89148

Jeremy & Beverly Davison
Attn: Bankruptcy Desk/Managing Agent
901 Via Stellato St
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Jeremy & Stacy Powell
Attn: Bankruptcy Desk/Managing Agent
6848 Rose Mallow St
Las Vegas, NV 89148

Jeremy Weisbart
Attn: Bankruptcy Desk/Managing Agent
897 Via Stellato St
Henderson, NV 89011

Jeremy Zaetz
Attn: Bankruptcy Desk/Managing Agent
189 Dog Leg Dr
Las Vegas, NV 89148

Jerome James Mancini
Attn: Bankruptcy Desk/Managing Agent
1811 Nauarre Lane
Henderson NV  89014

Jerrick & Pacita Cornelio
Attn: Bankruptcy Desk/Managing Agent
16307 Alpine Pl
La Mirada, CA 90638

Jerrick & Pacita Cornelio
Attn: Bankruptcy Desk/Managing Agent
525 Halloran Springs Rd
Las Vegas, NV 89148

Jerry & Maribel Pineda
Attn: Bankruptcy Desk/Managing Agent
43070 Noria Rd
Fremont, CA 94539

Jerry & Maribel Pineda
Attn: Bankruptcy Desk/Managing Agent
9796 Ziegler Ave
Las Vegas, NV 89148

Jerry Cabebe
Attn: Bankruptcy Desk/Managing Agent
373 Banff Ct
Las Vegas, NV 89148

Jerry Doebler
Attn: Bankruptcy Desk/Managing Agent
6762 Pastel Camellia St
Las Vegas, NV 89148

Jerry Kim
Attn: Bankruptcy Desk/Managing Agent
55 Back Spin Ct
Las Vegas, NV 89148

Jerry Kim
Attn: Bankruptcy Desk/Managing Agent
5810 Boulder Brook Ct
Las Vegas, NV 89149

Jerry Lapour
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 103
Las Vegas, NV 89113

Jerry Spivey
Attn: Bankruptcy Desk/Managing Agent
7229 Buglehorn St
Las Vegas, NV 89131

Jerzy & Danuta Karez
Attn: Bankruptcy Desk/Managing Agent
157 Crooked Tree Dr
Las Vegas, NV 89148

Jesse & April Parke
Attn: Bankruptcy Desk/Managing Agent
6692 Bristow Falls Ct
Las Vegas, NV 89148

Jesse & Harriet Castillo
Attn: Bankruptcy Desk/Managing Agent
272 Locust Valley Ave
Las Vegas, NV 89148

Jesse & Harriet Castillo
Attn: Bankruptcy Desk/Managing Agent
32409 Monterey Dr
Union City, CA 94587

Jesse & Sara Tillie
Attn: Bankruptcy Desk/Managing Agent
261 Via Franciosa Dr
Henderson, NV 89011

Jesse Curiel
Attn: Bankruptcy Desk/Managing Agent
1066 Via Saint Lucia Pl
Henderson, NV 89011

Jesse Estrada
Attn: Bankruptcy Desk/Managing Agent
6025 W. Flamingo Rd.,# 215
Las Vegas NV 89103-0107

Jesse Gould
Attn: Bankruptcy Desk/Managing Agent
131 Sandy Bunker Ln
Las Vegas, NV 89148

Jesse Jimenez
Attn: Bankruptcy Desk/Managing Agent
527 Newberry Springs Dr
Las Vegas, NV 89148

Jesse Shoop
Attn: Bankruptcy Desk/Managing Agent
Mestizo USA
2245 Seahurst Drive, Ste. G
Las Vegas NV 89142

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Jesse Vazquez
Attn: Bankruptcy Desk/Managing Agent
4732 Stavanger Lane
Las Vegas NV 89147

Jessica Jordan
Attn: Bankruptcy Desk/Managing Agent
72 Back Spin Ct
Las Vegas, NV 89148

Jessica's Children
Attn: Bankruptcy Desk/Managing Agent
6691 Ironbound Bay
Las Vegas NV 89139

Jessie McNair
Attn: Bankruptcy Desk/Managing Agent
2255 E. Sunset Road
#1137
Las Vegas NV 89119

Jessika Jani
Attn: Bankruptcy Desk/Managing Agent
71 Blaven Dr
Henderson, NV 89002

Jesus & Charito Delosreyes
Attn: Bankruptcy Desk/Managing Agent
165 Broken Putter Way
Las Vegas, NV 89148

Jesus & Charito Delosreyes
Attn: Bankruptcy Desk/Managing Agent
4250 Birmingham Way
Union City, CA 94587

Jesus & Christine Vega
Attn: Bankruptcy Desk/Managing Agent
220 Via Mezza Luna Ct
Henderson, NV 89011

Jesus & Felicidad Buenaseda
Attn: Bankruptcy Desk/Managing Agent
9294 Bearded Iris Ave
Las Vegas, NV 89148

Jesus & Marie Florendo
Attn: Bankruptcy Desk/Managing Agent
4726 Ashington St
Las Vegas, NV 89147

Jesus & Yasmin Castellano
Attn: Bankruptcy Desk/Managing Agent
14713 Bruce St
Bellflower, CA 90706

Jesus & Yasmin Castellano
Attn: Bankruptcy Desk/Managing Agent
593 Newberry Springs Dr
Las Vegas, NV 89148

Jet Nevada
Attn: Bankruptcy Desk/Managing Agent
4511 W. Cheyenne
Suite 3
North Las Vegas NV 89032

Jet Source, Inc
Attn: Bankruptcy Desk/Managing Agent
2056 Palomar Airport Road
Carlsbad CA 92011

Jevgine Avadian
Attn: Bankruptcy Desk/Managing Agent
408 Spencer St
Glendale, CA 91202

Jevgine Avadian
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 302
Las Vegas, NV 89113

Jewel-Craft, Inc.
Attn: Bankruptcy Desk/Managing Agent
4122 Olympic Boulevard
Erlanger KY 41018

Jhalani Bent
Attn: Bankruptcy Desk/Managing Agent
192 Macoby Run St
Las Vegas, NV 89148

Ji Yu
Attn: Bankruptcy Desk/Managing Agent
138 Cooks Creek Ct
Las Vegas, NV 89148

Jia/zhao Family
Attn: Bankruptcy Desk/Managing Agent
1073 Oaktree Dr
San Jose, CA 95129

Jia/zhao Family
Attn: Bankruptcy Desk/Managing Agent
49 Back Spin Ct
Las Vegas, NV 89148

Jianwei Ge
Attn: Bankruptcy Desk/Managing Agent
329 Fringe Ruff Dr
Las Vegas, NV 89148

Jianwei Ge
Attn: Bankruptcy Desk/Managing Agent
9975 Peace Way Unit 2084
Las Vegas, NV 89147

Jianwen Zeng
Attn: Bankruptcy Desk/Managing Agent
PO Box 81264
Las Vegas NV 89180

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Jietao Su
Attn: Bankruptcy Desk/Managing Agent
178 Tall Ruff Dr
Las Vegas, NV 89148

Jihoon Kim
Attn: Bankruptcy Desk/Managing Agent
389 Fringe Ruff Dr
Las Vegas, NV 89148

Jill & David Boller
Attn: Bankruptcy Desk/Managing Agent
1048 Via Saint Lucia Pl
Henderson, NV 89011

Jill Centoni
Attn: Bankruptcy Desk/Managing Agent
9303 Lemon Mint Ct
Las Vegas, NV 89148

Jill Luckette
Attn: Bankruptcy Desk/Managing Agent
6809 Scarlet Flax St
Las Vegas, NV 89148

Jill Marano
Attn: Bankruptcy Desk/Managing Agent
6741 Gold Yarrow St
Las Vegas, NV 89148

Jillian Tindall
Attn: Bankruptcy Desk/Managing Agent
1101 Via Canale Dr
Henderson, NV 89011

Jim & Nhan Taylor
Attn: Bankruptcy Desk/Managing Agent
468 Via Stretto Ave
Henderson, NV 89011

Jim & Nhan Taylor
Attn: Bankruptcy Desk/Managing Agent
955 Via Canale Dr
Henderson, NV 89011

Jim Chiang
Attn: Bankruptcy Desk/Managing Agent
754 Wigan Pier Dr
Henderson, NV 89002

Jim Reichert
Attn: Bankruptcy Desk/Managing Agent
233 Sea Rim Ave
Las Vegas, NV 89148

Jim Reichert
Attn: Bankruptcy Desk/Managing Agent
PO Box 1
Marion, IL 62959

Jim Whitehead
Attn: Bankruptcy Desk/Managing Agent
3915 Fernwood St
San Mateo, CA 94403

Jim Whitehead
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1093
Las Vegas, NV 89148

Jimmie Vega
Attn: Bankruptcy Desk/Managing Agent
1130 Olivia Pkwy
Henderson, NV 89011

Jimmy & Hazel Boone
Attn: Bankruptcy Desk/Managing Agent
382 Grandover Ct
Las Vegas, NV 89148

Jimmy Charalambous
Attn: Bankruptcy Desk/Managing Agent
291 Ladies Tee Ct
Las Vegas, NV 89148

Jimmy Charalambous
Attn: Bankruptcy Desk/Managing Agent
525 E Seaside Way Unit 1509
Long Beach, CA 90802

Jimmy Chen
Attn: Bankruptcy Desk/Managing Agent
13331 Presidio Pl
Tustin, CA 92782

Jimmy Chen
Attn: Bankruptcy Desk/Managing Agent
224 Fairway Woods Dr
Las Vegas, NV 89148

Jimmy Rafferty
Attn: Bankruptcy Desk/Managing Agent
9761 Kampsville Ave
Las Vegas, NV 89148

Jimmy Valdez
Attn: Bankruptcy Desk/Managing Agent
123 Tall Ruff Dr
Las Vegas, NV 89148

Jim's House of Glass
Attn: Bankruptcy Desk/Managing Agent
2445 Airway
Kingman AZ 86401

Jin Jin
Attn: Bankruptcy Desk/Managing Agent
9748 Ziegler Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Jing Peng
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 215
Las Vegas, NV 89113

Jing Peng
Attn: Bankruptcy Desk/Managing Agent
8962 Sanibel Shore Ave
Las Vegas, NV 89147

Jinglian Jin
Attn: Bankruptcy Desk/Managing Agent
214 Tall Ruff Dr
Las Vegas, NV 89148

Jirong Xie
Attn: Bankruptcy Desk/Managing Agent
50 Laying Up Ct
Las Vegas, NV 89148

JMA Architecture Studios
Attn: Bankruptcy Desk/Managing Agent
10150 Covington Cross Drive
Las Vegas NV 89144

JN Holding Inc.
Attn: Bankruptcy Desk/Managing Agent
612 Meyer Lane
Ste 11
Redondo Beach CA 90278

Jo Barrett
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 106
Las Vegas, NV 89113

Jo Dittrich
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 308
Las Vegas, NV 89113

Joachim Heumann
Attn: Bankruptcy Desk/Managing Agent
8759 Las Olivas Ave
Las Vegas, NV 89147

Joan & Paul Carapucci
Attn: Bankruptcy Desk/Managing Agent
4659 Stuttgart St
Las Vegas, NV 89147

Joan Leduc
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 113
Las Vegas, NV 89113

Joan Travis
Attn: Bankruptcy Desk/Managing Agent
10372 Madre Ave
Las Vegas NV 89135

Joann Wilson
Attn: Bankruptcy Desk/Managing Agent
7221 Golden Falcon St
Las Vegas, NV 89131

Joanna Buckley
Attn: Bankruptcy Desk/Managing Agent
4585 Califa Dr
Las Vegas, NV 89122

Joanne Artemis
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1112
Las Vegas, NV 89148

Jobing.com
Attn: Bankruptcy Desk/Managing Agent
PO BOX 29386
Phoenix AZ 85038-9386

JobTarget.com
Attn: Bankruptcy Desk/Managing Agent
Accounting Dept.
22 Masonic St., Suite 302
New London 06320

Jocelyn & Ronaldo Fernando
Attn: Bankruptcy Desk/Managing Agent
12719 Goethe Pl
Granada Hills, CA 91344

Jocelyn & Ronaldo Fernando
Attn: Bankruptcy Desk/Managing Agent
375 Blackstone River Ave
Las Vegas, NV 89148

Jocelyn Capangpangan
Attn: Bankruptcy Desk/Managing Agent
276 Hickory Heights Ave
Las Vegas, NV 89148

Jocelyn King
Attn: Bankruptcy Desk/Managing Agent
61 Pangloss St
Henderson, NV 89002

Jock Shop
Attn: Bankruptcy Desk/Managing Agent
5785 W. Sahara Blvd.
Las Vegas NV 89146

Jody McCavitt
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2018
Las Vegas, NV 89148

Jody Stewart
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 302
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Joe & Jenne Moncada
Attn: Bankruptcy Desk/Managing Agent
413 Pure Rain Ct
Las Vegas, NV 89148

Joe & Jenne Moncada
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2048
Las Vegas, NV 89148

Joe AND Carol Ott
Attn: Bankruptcy Desk/Managing Agent
621 Shawow Mountain Drive
Kingman AZ 86401

Joe Turner Customer Service
Attn: Bankruptcy Desk/Managing Agent
Consulting
3525 Sandybrook Lane
Napa CA 94558

Joel & Celia Solloway
Attn: Bankruptcy Desk/Managing Agent
3889 Wild Cherry Oval
Beachwood, OH 44122

Joel & Celia Solloway
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2024
Las Vegas, NV 89148

Joel & Donna Rumph
Attn: Bankruptcy Desk/Managing Agent
287 Soggy Ruff Way
Las Vegas, NV 89148

Joel & Gemma Dancel
Attn: Bankruptcy Desk/Managing Agent
4865 Lames Dr
Las Vegas, NV 89122

Joel & Katherine Kapland
Attn: Bankruptcy Desk/Managing Agent
577 Via Di Parione Ct
Henderson, NV 89011

Joel & Mabel Corpuz
Attn: Bankruptcy Desk/Managing Agent
515 Newberry Springs Dr
Las Vegas, NV 89148

Joel & Mabel Corpuz
Attn: Bankruptcy Desk/Managing Agent
920 Haunani Pl
Wailuku, HI 96793

Joel & Sharon Coffman
Attn: Bankruptcy Desk/Managing Agent
82 Cascade Lake St
Las Vegas, NV 89148

Joel & Susan Marshall
Attn: Bankruptcy Desk/Managing Agent
1162 Olivia Pkwy
Henderson, NV 89011

Joel Morejon
Attn: Bankruptcy Desk/Managing Agent
1039 Via Sanguinella St
Henderson, NV 89011

Joel Payne Associates
Attn: Bankruptcy Desk/Managing Agent
2880 E. Flamingo Rd. Ste E
Las Vegas NV 89121

Joel Roussel
Attn: Bankruptcy Desk/Managing Agent
6768 Pastel Camellia St
Las Vegas, NV 89148

Joel Roussel
Attn: Bankruptcy Desk/Managing Agent
9405 Low Tide Ct
Las Vegas, NV 89117

Joe's Carpet
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3423
Kingman AZ 86402

Joey & Jacquiline Castillo
Attn: Bankruptcy Desk/Managing Agent
9270 Bearded Iris Ave
Las Vegas, NV 89148

Joey & Tia Price
Attn: Bankruptcy Desk/Managing Agent
8940 Minsk Ct
Las Vegas, NV 89147

Johanna Leyde
Attn: Bankruptcy Desk/Managing Agent
1069 Via Prato Ln
Henderson, NV 89011

Johanna Tressler
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2013
Las Vegas, NV 89148

Johannes Gottschalk
Attn: Bankruptcy Desk/Managing Agent
1024 Via Di Olivia St
Henderson, NV 89011

Johannes Gottschalk
Attn: Bankruptcy Desk/Managing Agent
2765 Brands Hatch Ct
Henderson, NV 89052

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                          Served 4/17/2009

John & Andrea McKeague
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1074
Las Vegas, NV 89148

John & Anniebelle Tuquero
Attn: Bankruptcy Desk/Managing Agent
11910 Yearling St
Cerritos, CA 90703

John & Anniebelle Tuquero
Attn: Bankruptcy Desk/Managing Agent
262 Soggy Ruff Way
Las Vegas, NV 89148

John & Brenda Sanchez
Attn: Bankruptcy Desk/Managing Agent
398 Blue Tee Ct
Las Vegas, NV 89148

John & Carolyn Discola
Attn: Bankruptcy Desk/Managing Agent
12261 Alison Dr
Santa Rosa Valley, CA 93012

John & Carolyn Discola
Attn: Bankruptcy Desk/Managing Agent
941 Rue Grand Paradis Ln
Henderson, NV 89011

John & Dawn Liberti
Attn: Bankruptcy Desk/Managing Agent
261 Tayman Park Ave
Las Vegas, NV 89148

John & Deanna Coluccio
Attn: Bankruptcy Desk/Managing Agent
78 Blaven Dr
Henderson, NV 89002

John & Denyel Mathisen
Attn: Bankruptcy Desk/Managing Agent
1085 Via Prato Ln
Henderson, NV 89011

John & Dorthy Butler
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 203
Las Vegas, NV 89113

John & Ellen Spatafore
Attn: Bankruptcy Desk/Managing Agent
57 Chateau Whistler Ct
Las Vegas, NV 89148

John & Enci Youssefi
Attn: Bankruptcy Desk/Managing Agent
745 Wigan Pier Dr
Henderson, NV 89002

John & Enci Youssefi
Attn: Bankruptcy Desk/Managing Agent
PO Box 174
Belmont, CA 94002

John & Gretchen Fox
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1166
Las Vegas, NV 89148

John & Jane Macclafferty
Attn: Bankruptcy Desk/Managing Agent
73 Blaven Dr
Henderson, NV 89002

John & Jill Chambers
Attn: Bankruptcy Desk/Managing Agent
7216 Buglehorn St
Las Vegas, NV 89131

John & Jill Lay
Attn: Bankruptcy Desk/Managing Agent
609 Halloran Springs Rd
Las Vegas, NV 89148

John & Jin Kim
Attn: Bankruptcy Desk/Managing Agent
162 Sandy Bunker Ln
Las Vegas, NV 89148

John & John Carroll
Attn: Bankruptcy Desk/Managing Agent
120 Wicked Wedge Way
Las Vegas, NV 89148

John & Judith Stader
Attn: Bankruptcy Desk/Managing Agent
244 Pasqual Ave
Ventura, CA 93004

John & Judith Stader
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 105
Las Vegas, NV 89113

John & Karen Campo
Attn: Bankruptcy Desk/Managing Agent
212 Cascade Lake St
Las Vegas, NV 89148

John & Kathleen Bobos
Attn: Bankruptcy Desk/Managing Agent
18 Indian Run Way
Las Vegas, NV 89148

John & Kathleen Bobos
Attn: Bankruptcy Desk/Managing Agent
2203 Dickinson Rd Apt 101
Chesterton, IN 46304

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

John & Kathrina David
Attn: Bankruptcy Desk/Managing Agent
1838 Esprit Ct
San Jose, CA 95131

John & Kathrina David
Attn: Bankruptcy Desk/Managing Agent
210 Hickory Heights Ave
Las Vegas, NV 89148

John & Kathryn Danielson
Attn: Bankruptcy Desk/Managing Agent
7321 Chaparral Cove Ln
Las Vegas, NV 89131

John & Khadija Rohrer
Attn: Bankruptcy Desk/Managing Agent
220 Rusty Plank Ave
Las Vegas, NV 89148

John & Kim Ferrari
Attn: Bankruptcy Desk/Managing Agent
757 Wigan Pier Dr
Henderson, NV 89002

John & Marie Gargano
Attn: Bankruptcy Desk/Managing Agent
253 Via Franciosa Dr
Henderson, NV 89011

John & Marie Martorano
Attn: Bankruptcy Desk/Managing Agent
288 Soggy Ruff Way
Las Vegas, NV 89148

John & Melinda Aldrian
Attn: Bankruptcy Desk/Managing Agent
2815 Prospect St
Corona, CA 92881

John & Melinda Aldrian
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 308
Las Vegas, NV 89113

John & Michele Polci
Attn: Bankruptcy Desk/Managing Agent
103 Arcadian Shores St
Las Vegas, NV 89148

John & Nicole Schallenkamp
Attn: Bankruptcy Desk/Managing Agent
6036 Sandalwood Dr
Billings, MT 59106

John & Nicole Schallenkamp
Attn: Bankruptcy Desk/Managing Agent
968 Via Stellato St
Henderson, NV 89011

John & Nonita Leary
Attn: Bankruptcy Desk/Managing Agent
42 Sandy Bunker Ln
Las Vegas, NV 89148

John & Paula Brewer
Attn: Bankruptcy Desk/Managing Agent
47 Voltaire Ave
Henderson, NV 89002

John & Pia Hermann
Attn: Bankruptcy Desk/Managing Agent
190 Tayman Park Ave
Las Vegas, NV 89148

John & Pimei Chen
Attn: Bankruptcy Desk/Managing Agent
282 Caddy Bag Ct
Las Vegas, NV 89148

John & Pimei Chen
Attn: Bankruptcy Desk/Managing Agent
3395 S Jones Blvd # 31
Las Vegas, NV 89146

John & Pi-Mei Chen
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 201
Las Vegas, NV 89113

John & Rhonda Glaze
Attn: Bankruptcy Desk/Managing Agent
6806 Baby Jade Ct
Las Vegas, NV 89148

John & Sandra Dye
Attn: Bankruptcy Desk/Managing Agent
127 Wicked Wedge Way
Las Vegas, NV 89148

John & Sandra Dye
Attn: Bankruptcy Desk/Managing Agent
5528 W 123rd Pl
Hawthorne, CA 90250

John & Susan Chance
Attn: Bankruptcy Desk/Managing Agent
382 Center Green Dr
Las Vegas, NV 89148

John & Susan Chance
Attn: Bankruptcy Desk/Managing Agent
394 Center Green Dr
Las Vegas, NV 89148

John & Susan Chance
Attn: Bankruptcy Desk/Managing Agent
7571 Jacaranda Bay St
Las Vegas, NV 89139

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                            Served 4/17/2009

John & Teresa Bogar
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 110
Las Vegas, NV 89113

John & Teresa Bogar
Attn: Bankruptcy Desk/Managing Agent
9130 County Rd #190
Manvel, TX 77578

John A. Dorsett
Attn: Bankruptcy Desk/Managing Agent
2900 el Camino #243
Las Vegas NV 89102

John Accardi
Attn: Bankruptcy Desk/Managing Agent
362 Randoever St.
Las Vegas NV 89148

John and Marie Venteau
Attn: Bankruptcy Desk/Managing Agent
PO Box 713
Mattituck NY 11952

John Ashburn
Attn: Bankruptcy Desk/Managing Agent
440 Via Del Foro Dr
Henderson, NV 89011

John Ashburn
Attn: Bankruptcy Desk/Managing Agent
95-462 Mahuli St
Mililani, HI 96789

John Brown Fabrics
Attn: Bankruptcy Desk/Managing Agent
11427 North Hwy. 59
Gravette 72736

John Burwell
Attn: Bankruptcy Desk/Managing Agent
14330 Hill Prince
San Antonio TX 78248

John C. Jones
Attn: Bankruptcy Desk/Managing Agent
3633 Lily Haven Ave
Las Vegas NV 89120

John Caso
Attn: Bankruptcy Desk/Managing Agent
5304 Coral Gables
Las Vegas NV 89130

John Cereso
Attn: Bankruptcy Desk/Managing Agent
400 Via Stretto Ave
Henderson, NV 89011

John Chapman Land Plan
Attn: Bankruptcy Desk/Managing Agent
4 Corporate Plaza, Suite 202
Newport Beach CA 92660

John Charles Designs, Inc.
Attn: Bankruptcy Desk/Managing Agent
6600 Caballero Blvd.
Buena Park CA 90620

John Collins
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 207
Las Vegas, NV 89113

John D Brown
Attn: Bankruptcy Desk/Managing Agent
7450 S. Eastern Ave #2081
Las Vegas NV 89123

John E. Hampton & Associates
Attn: Bankruptcy Desk/Managing Agent
Attonreys & Consultants at Law
8235 Douglas Ave, Suite 1300
Dallas TX 75225

John Fencl
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 214
Las Vegas, NV 89113

John Fratut
Attn: Bankruptcy Desk/Managing Agent
492 Via Stretto Ave
Henderson NV  89015-0838

John Gatrell
Attn: Bankruptcy Desk/Managing Agent
576 Via Colmo Ave
Henderson, NV 89011

John Geng
Attn: Bankruptcy Desk/Managing Agent
281 Waterron Lakes Ave
Las Vegas, NV 89148

John Geng
Attn: Bankruptcy Desk/Managing Agent
281 Waterton Lakes Ave
Las Vegas, NV 89148

John Gilje
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 115
Las Vegas, NV 89113

John Gilje
Attn: Bankruptcy Desk/Managing Agent
PO Box 2428
Lake Havasu City, AZ 86405

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                     Served 4/17/2009

John Gupta
Attn: Bankruptcy Desk/Managing Agent
%W Schaffer
Old Brookville, NY 11545

John Gupta
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 206
Las Vegas, NV 89113

John Hancock
Attn: Bankruptcy Desk/Managing Agent
Freedom 529 emp code 10471
P.O.Box 17603
Baltimore MD 21297-1603

John Hanna & Associates,inc
Attn: Bankruptcy Desk/Managing Agent
444South  Cedros Ave#260
Solana Beach CA 92075

John Harrison
Attn: Bankruptcy Desk/Managing Agent
211 E Ohio St Apt 514
Chicago, IL 60611

John Harrison
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 106
Las Vegas, NV 89113

John Hurzel
Attn: Bankruptcy Desk/Managing Agent
1061 Via Canale Dr
Henderson, NV 89011

John Hurzel
Attn: Bankruptcy Desk/Managing Agent
PO Box 2433
Carson City, NV 89702

John J. Smith
Attn: Bankruptcy Desk/Managing Agent
Jim Smith
9159 W. Flamingo
Suite 100
Las Vegas NV 89147

John K. Mangum, P.C.
Attn: Bankruptcy Desk/Managing Agent
318 West Roosevelt Street
Phoenix AZ 85003

John Littlejohn
Attn: Bankruptcy Desk/Managing Agent
59 Rusty Springs Ct
Las Vegas, NV 89148

John Magbual
Attn: Bankruptcy Desk/Managing Agent
184 Lenape Heights Ave
Las Vegas, NV 89148

John Magbual
Attn: Bankruptcy Desk/Managing Agent
9123 Iron Cactus Ave
Las Vegas, NV 89148

John Malinowski
Attn: Bankruptcy Desk/Managing Agent
24 Goodwill Ct
Newport Beach, CA 92663

John Malinowski
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 212
Las Vegas, NV 89113

John Mamuscia
Attn: Bankruptcy Desk/Managing Agent
2360 S. Emerson St.
Denver CO 80210

John Marman
Attn: Bankruptcy Desk/Managing Agent
81 Chateau Whistler Ct
Las Vegas, NV 89148

John Masse
Attn: Bankruptcy Desk/Managing Agent
1045 Via Saint Lucia Pl
Henderson, NV 89011

John Moczynski
Attn: Bankruptcy Desk/Managing Agent
4708 Califa Dr
Las Vegas, NV 89122

John Morgerson
Attn: Bankruptcy Desk/Managing Agent
1069 Via Corto St
Henderson, NV 89011

John Morgerson
Attn: Bankruptcy Desk/Managing Agent
5310 Silver Wing Blvd
Louisville, KY 40241

John Pappageorge Consulting
Attn: Bankruptcy Desk/Managing Agent
3445 Westwind Rd
Las Vegas NV 89146

John Person
Attn: Bankruptcy Desk/Managing Agent
245 Blackstone River Ave
Las Vegas, NV 89148

John Person
Attn: Bankruptcy Desk/Managing Agent
4040 Perfect Lure St
Las Vegas, NV 89129

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

John R. Cooper
Attn: Bankruptcy Desk/Managing Agent
3396 Skyline View DR
Reno 89509

John R. Obiniana
Attn: Bankruptcy Desk/Managing Agent
6455 Lake Scene Street
Las Vegas NV 89148

John Rizzo
Attn: Bankruptcy Desk/Managing Agent
781 Tossa De Mar Ave
Henderson, NV 89002

John Roberts
Attn: Bankruptcy Desk/Managing Agent
192 Angels Trace Ct
Las Vegas, NV 89148

John Roberts
Attn: Bankruptcy Desk/Managing Agent
262 Broken Par Dr
Las Vegas, NV 89148

John Rodgers
Attn: Bankruptcy Desk/Managing Agent
6203-97Th Ave Court West
University Place, WA 98467

John Rodgers
Attn: Bankruptcy Desk/Managing Agent
769 Tossa De Mar Ave
Henderson, NV 89002

John Scarselli
Attn: Bankruptcy Desk/Managing Agent
6685 Aviston St
Las Vegas, NV 89148

John Scott
Attn: Bankruptcy Desk/Managing Agent
1084 Via Corto St
Henderson, NV 89011

John Sheehan
Attn: Bankruptcy Desk/Managing Agent
361 Arbour Garden Ave
Las Vegas, NV 89148

John Sidman-St
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1135
Las Vegas, NV 89148

John Stone
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 215
Las Vegas, NV 89113

John Stone
Attn: Bankruptcy Desk/Managing Agent
PO Box 1811
Zephyr Cove, NV 89448

John Sundell
Attn: Bankruptcy Desk/Managing Agent
2587 Lockleven Wy
Henderson, NV 89044

John Sundell
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 310
Las Vegas, NV 89113

John Szlyk
Attn: Bankruptcy Desk/Managing Agent
158 Walnut Hill Rd
Chestnut Hill, MA 02467

John Szlyk
Attn: Bankruptcy Desk/Managing Agent
792 Watercut Ct
Henderson, NV 89002

John Tang
Attn: Bankruptcy Desk/Managing Agent
728 Pacific Ave Ste 300
San Francisco, CA 94133

John Tang
Attn: Bankruptcy Desk/Managing Agent
9684 Kampsville Ave
Las Vegas, NV 89148

John Theiss
Attn: Bankruptcy Desk/Managing Agent
380 Tayman Park Ave
Las Vegas, NV 89148

John Thomson
Attn: Bankruptcy Desk/Managing Agent
8950 Minsk Ct
Las Vegas, NV 89147

John Vennochi
Attn: Bankruptcy Desk/Managing Agent
141 Chateau Whistler Ct
Las Vegas, NV 89148

John Villaneuve
Attn: Bankruptcy Desk/Managing Agent
655 Baker St Apt T104
Costa Mesa, CA 92626

John Villaneuve
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 308
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

John Waldrip
Attn: Bankruptcy Desk/Managing Agent
6774 Pastel Camellia St
Las Vegas, NV 89148

John Woodbury
Attn: Bankruptcy Desk/Managing Agent
Ambient Image, Inc
PO Box 26464
Las Vegas NV 89126

Johnny & Adelaida Bustos
Attn: Bankruptcy Desk/Managing Agent
2075 Village Center Cir
Las Vegas, NV 89134

Johnny & Adelaida Bustos
Attn: Bankruptcy Desk/Managing Agent
244 Hickory Heights Ave
Las Vegas, NV 89148

Johnny & Alicia Calimlim
Attn: Bankruptcy Desk/Managing Agent
201 Via Luna Rosa Ct
Henderson, NV 89011

Johnny & Alicia Calimlim
Attn: Bankruptcy Desk/Managing Agent
2617 Camino Del Sol
Fullerton, CA 92833

Johnny Pulache
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 108
Las Vegas, NV 89113

Johnny Rocker
Attn: Bankruptcy Desk/Managing Agent
1863 Desert Forest Way
Henderson, NV 89012

Johnny Rocker
Attn: Bankruptcy Desk/Managing Agent
764 Tossa De Mar Ave
Henderson, NV 89002

Johnson Electric
Attn: Bankruptcy Desk/Managing Agent
Pat Raebell
3874 Silvestri Lane
Las Vegas NV 89120

Johnson Family
Attn: Bankruptcy Desk/Managing Agent
302 Angel's Trace Ct
Las Vegas, NV 89148

Johnson, Lucinda
Attn: Bankruptcy Desk/Managing Agent
PO Box 777956
Henderson, NV 89077

Johnston, Jerry
Attn: Bankruptcy Desk/Managing Agent
1113 Byorick Way
Las Vegas, NV 89128

Johnstone Supply
Attn: Bankruptcy Desk/Managing Agent
2314 Western Ave
Las Vegas NV 89102-4803

Jolley Urga Wirth & Woodbury
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Hughes Parkway
Wells Fargo Tower 16th Floor
Las Vegas NV 89169

Jolynn Smith
Attn: Bankruptcy Desk/Managing Agent
1003 Via Calderia Pl
Henderson, NV 89011

Jon & Anneliese Purser
Attn: Bankruptcy Desk/Managing Agent
1029 Via Sacra St
Henderson, NV 89011

Jon & Meryl Kern
Attn: Bankruptcy Desk/Managing Agent
191 Hazelmere Ln
Las Vegas, NV 89148

Jon & Michelle Chir
Attn: Bankruptcy Desk/Managing Agent
560 Via Diacceto Ave
Henderson, NV 89011

Jon & Rosa Frankel
Attn: Bankruptcy Desk/Managing Agent
145 Honors Course Dr
Las Vegas, NV 89148

Jon Burtness
Attn: Bankruptcy Desk/Managing Agent
37 Diamond Run St
Las Vegas, NV 89148

Jon Burtness
Attn: Bankruptcy Desk/Managing Agent
9060 Stange Ave
Las Vegas, NV 89129

Jon Dorsey
Attn: Bankruptcy Desk/Managing Agent
3121 Birch Grove Ct
Las Vegas, NV 89134

Jon Dorsey
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 307
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                     Served 4/17/2009

Jon Shirley
Attn: Bankruptcy Desk/Managing Agent
198 Pocono Manor Ct
Las Vegas, NV 89148

Jon Valkenburg
Attn: Bankruptcy Desk/Managing Agent
10993 Ladyburn Ct
Las Vegas, NV 89141

Jon Valkenburg
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 214
Las Vegas, NV 89113

Jonas & Vaidas Cikotas
Attn: Bankruptcy Desk/Managing Agent
14012 Labeau Ave
Charlotte, NC 28277

Jonas & Vaidas Cikotas
Attn: Bankruptcy Desk/Managing Agent
285 Fairway Woods Dr
Las Vegas, NV 89148

Jonathan & Lisa Davis
Attn: Bankruptcy Desk/Managing Agent
1304 Olivia Pkwy
Henderson, NV 89011

Jonathan & Lisa Davis
Attn: Bankruptcy Desk/Managing Agent
1304 Olivia Pkwy
Henderson, NV 89015

Jonathan Zamora
Attn: Bankruptcy Desk/Managing Agent
1090 Via Saint Lucia Pl
Henderson, NV 89011

Jones Family
Attn: Bankruptcy Desk/Managing Agent
103 Wicked Wedge Way
Las Vegas, NV 89148

Jones Family
Attn: Bankruptcy Desk/Managing Agent
22 Rancho Maria St
Las Vegas, NV 89148

Jones Family
Attn: Bankruptcy Desk/Managing Agent
31 N 700 E # 223
St George, UT 84770

Jones Media Inc
Attn: Bankruptcy Desk/Managing Agent
Mary Mahoney
4145 West Teco Avenue
Las Vegas NV 89118

Jones Paint & Glass, Inc.
Attn: Bankruptcy Desk/Managing Agent
122 S. 1200 East
St. George UT 84790

Jones Vargas, Inc.
Attn: Bankruptcy Desk/Managing Agent
3773 Howard Hughes Pkwy 3rd Fl
Las Vegas NV 89109

Jones, Nicole M.
Attn: Bankruptcy Desk/Managing Agent
10115 Jeffreys St. Unit 1137
Las Vegas, NV 89183

Jones, Shannon
Attn: Bankruptcy Desk/Managing Agent
317 Gardenia Lane
Las Vegas, NV 89107

Jongluck Mutrais
Attn: Bankruptcy Desk/Managing Agent
415 S Crest Rd
Orange, CA 92868

Jongluck Mutrais
Attn: Bankruptcy Desk/Managing Agent
415 South Crest Road
Orange CA 92868

Jongluck Mutrais
Attn: Bankruptcy Desk/Managing Agent
530 Via Del Corallo Way
Henderson, NV 89011

Jono Choi
Attn: Bankruptcy Desk/Managing Agent
1208 Olivia Pkwy
Henderson, NV 89011

Jono Choi
Attn: Bankruptcy Desk/Managing Agent
25425 Colette Way
Calabasas, CA 91302

Jordan Engineering Group
Attn: Bankruptcy Desk/Managing Agent
4908 East McDowell Rd
Suite 103
Phoenix AZ 85008

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
Mike Nester
P.O. Box 24755
Tempe AZ 85285-4755

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 24755
Tempe, AZ 85285-4755

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                   Served 4/17/2009

Jorge & Consolacion Blanco
Attn: Bankruptcy Desk/Managing Agent
2517 Lark Sparrow Way
Elk Grove, CA 95757

Jorge & Consolacion Blanco
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1163
Las Vegas, NV 89147

Jorge & Tsuilin Valenzuela
Attn: Bankruptcy Desk/Managing Agent
638 Harvester Course Dr
Las Vegas, NV 89148

Jorge Acosta
Attn: Bankruptcy Desk/Managing Agent
363 Center Green Dr
Las Vegas, NV 89148

Jorge Acosta
Attn: Bankruptcy Desk/Managing Agent
5418 Ontario Cmn
Fremont, CA 94555

Jorge Andrade
Attn: Bankruptcy Desk/Managing Agent
211 Crooked Putter Dr
Las Vegas, NV 89148

Jorge Andrade
Attn: Bankruptcy Desk/Managing Agent
3904 W 171st St
Torrance, CA 90504

Jorge C. Zepeda
Attn: Bankruptcy Desk/Managing Agent
5208 Mountain View Drive
Las Vegas NV 89146

Jorge Carrillo
Attn: Bankruptcy Desk/Managing Agent
9686 Ziegler Ave
Las Vegas, NV 89148

Jorge Morales
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1167
Las Vegas, NV 89147

Jorge Palacios
Attn: Bankruptcy Desk/Managing Agent
380 Whitly Bay Ave
Las Vegas, NV 89148

Jorge Palacios
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 104
Las Vegas, NV 89113

Jose & Annie Dejesus
Attn: Bankruptcy Desk/Managing Agent
24341 Sunnycrest Ct
Diamond Bar, CA 91765

Jose & Annie Dejesus
Attn: Bankruptcy Desk/Managing Agent
477 Via Stretto Ave
Henderson, NV 89011

Jose & Annie Dejesus
Attn: Bankruptcy Desk/Managing Agent
893 Via Stellato St
Henderson, NV 89011

Jose & Belen Cotay
Attn: Bankruptcy Desk/Managing Agent
2515 Sycamore Hills Dr
Fort Wayne, IN 46814

Jose & Belen Cotay
Attn: Bankruptcy Desk/Managing Agent
96 Broken Putter Way
Las Vegas, NV 89148

Jose & Gloria Martel
Attn: Bankruptcy Desk/Managing Agent
137 Quail Valley St
Las Vegas, NV 89148

Jose & Josefina Labayo
Attn: Bankruptcy Desk/Managing Agent
17 Jamestown Dr
Michigan City, IN 46360

Jose & Josefina Labayo
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 111
Las Vegas, NV 89113

Jose & Linda Catala
Attn: Bankruptcy Desk/Managing Agent
10117 Pinnacle View Pl
Las Vegas, NV 89134

Jose & Linda Catala
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1001
Las Vegas, NV 89148

Jose & Nelsa Aguilar
Attn: Bankruptcy Desk/Managing Agent
4683 Califa Dr
Las Vegas, NV 89122

Jose & Rhodora Caturay
Attn: Bankruptcy Desk/Managing Agent
6780 Pastel Camellia St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Jose & Rhodora Caturay
Attn: Bankruptcy Desk/Managing Agent
8 Lycett Cir
Daly City, CA 94015

Jose & Roxasita Yasul
Attn: Bankruptcy Desk/Managing Agent
4553 El Camino Cabos Dr
Las Vegas, NV 89147

Jose & Ruth Gamboa
Attn: Bankruptcy Desk/Managing Agent
85 Honors Course Dr
Las Vegas, NV 89148

Jose & Shirley Julio
Attn: Bankruptcy Desk/Managing Agent
1166 Olivia Pkwy
Henderson, NV 89011

Jose & Shirley Julio
Attn: Bankruptcy Desk/Managing Agent
16 Galileo Dr
East Windsor, NJ 08512

Jose & Tina Basilio
Attn: Bankruptcy Desk/Managing Agent
9764 Waukegan Ave
Las Vegas, NV 89148

Jose & Zenaida Gan
Attn: Bankruptcy Desk/Managing Agent
1106 E Jay St
Carson, CA 90745

Jose & Zenaida Gan
Attn: Bankruptcy Desk/Managing Agent
263 Tie Breaker Ct
Las Vegas, NV 89148

Jose Abad
Attn: Bankruptcy Desk/Managing Agent
4338 Helaman Ave
Las Vegas, NV 89120

Jose Abad
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 312
Las Vegas, NV 89113

Jose Alvarez
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 108
Las Vegas, NV 89113

Jose Aquino
Attn: Bankruptcy Desk/Managing Agent
1768 Laguna St
Seaside, CA 93955

Jose Aquino
Attn: Bankruptcy Desk/Managing Agent
201 Short Ruff Way
Las Vegas, NV 89148

Jose Cipriano
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2149
Las Vegas, NV 89148

Jose Collado
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1173
Las Vegas, NV 89147

Jose Corona
Attn: Bankruptcy Desk/Managing Agent
10022 Amber Field St
Las Vegas, NV 89178

Jose Corona
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 305
Las Vegas, NV 89113

Jose Corona
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 311
Las Vegas, NV 89113

Jose Corrales
Attn: Bankruptcy Desk/Managing Agent
109 Wicked Wedge Way
Las Vegas, NV 89148

Jose Dones
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1102
Las Vegas, NV 89147

Jose Dones
Attn: Bankruptcy Desk/Managing Agent
9741 Ridgebluff Ave
Las Vegas, NV 89148

Jose Elique
Attn: Bankruptcy Desk/Managing Agent
354 Harpers Ferry Ave
Las Vegas, NV 89148

Jose Escobar
Attn: Bankruptcy Desk/Managing Agent
9241 Tulip Trestle Ave
Las Vegas, NV 89148

Jose Gutierrez
Attn: Bankruptcy Desk/Managing Agent
297 Via Franciosa Dr
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail | Served 4/17/2009

Jose Gutierrez
Attn: Bankruptcy Desk/Managing Agent
4184 Seville St
Las Vegas, NV 89121

Jose Hernandez
Attn: Bankruptcy Desk/Managing Agent
4749 Califa Dr
Las Vegas, NV 89122

Jose Padilla
Attn: Bankruptcy Desk/Managing Agent
6853 Rose Mallow St
Las Vegas, NV 89148

Josefina & Marguerite Kramer
Attn: Bankruptcy Desk/Managing Agent
221 Via Mezza Luna Ct
Henderson, NV 89011

Joseluis & Bertha Robledo
Attn: Bankruptcy Desk/Managing Agent
4692 Califa Dr
Las Vegas, NV 89122

Joseph & Aida Whetstone
Attn: Bankruptcy Desk/Managing Agent
3939 Ruskin St
Las Vegas, NV 89147

Joseph & Aida Whetstone
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 110
Las Vegas, NV 89113

Joseph & Amy Muckleroy
Attn: Bankruptcy Desk/Managing Agent
9716 Waukegan Ave
Las Vegas, NV 89148

Joseph & Angela Stoddard
Attn: Bankruptcy Desk/Managing Agent
439 Hidden Holde Dr
Las Vegas, NV 89148

Joseph & Angela Stoddard
Attn: Bankruptcy Desk/Managing Agent
439 Hidden Hole Dr
Las Vegas, NV 89148

Joseph & Bethany Reding
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 105
Las Vegas, NV 89113

Joseph & Catherine Nocerino
Attn: Bankruptcy Desk/Managing Agent
726 Tossa De Mar Ave
Henderson, NV 89002

Joseph & Cheryl Yancey
Attn: Bankruptcy Desk/Managing Agent
1068 Via Canale Dr
Henderson, NV 89011

Joseph & Colleen Brewster
Attn: Bankruptcy Desk/Managing Agent
6796 Rose Mallow St
Las Vegas, NV 89148

Joseph & Deanna Francis
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1154
Las Vegas, NV 89148

Joseph & Debra Fries
Attn: Bankruptcy Desk/Managing Agent
270 Rustic Club Way
Las Vegas, NV 89148

Joseph & Hope Zerilli
Attn: Bankruptcy Desk/Managing Agent
12 Keats Pl
Greenlawn, NY 11740

Joseph & Hope Zerilli
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 210
Las Vegas, NV 89113

Joseph & Jamie Ray
Attn: Bankruptcy Desk/Managing Agent
1059 Via Saint Andrea Pl
Henderson, NV 89011

Joseph & Jennifer Quiner
Attn: Bankruptcy Desk/Managing Agent
53 Pangloss St
Henderson, NV 89002

Joseph & Judy Pascuzzi
Attn: Bankruptcy Desk/Managing Agent
302 Dog Leg Dr
Las Vegas, NV 89148

Joseph & Judy Pascuzzi
Attn: Bankruptcy Desk/Managing Agent
9232 Dalmahoy Pl
Las Vegas, NV 89145

Joseph & Judy Pascuzzi
Attn: Bankruptcy Desk/Managing Agent
9780 Waukegan Ave
Las Vegas, NV 89148

Joseph & Julia Huang
Attn: Bankruptcy Desk/Managing Agent
133 Crooked Putter Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Joseph & Julia Huang
Attn: Bankruptcy Desk/Managing Agent
8 Freeman St
Newark, NJ 07105

Joseph & Kristen Dodd
Attn: Bankruptcy Desk/Managing Agent
3782 Riley Ann Ave
Las Vegas NV 89139

Joseph & Laurie Cifune
Attn: Bankruptcy Desk/Managing Agent
417 Center Green Dr
Las Vegas, NV 89148

Joseph & Laurie Cifune
Attn: Bankruptcy Desk/Managing Agent
PO Box 403
Lyndhurst, NJ 07071

Joseph & Lentz
Attn: Bankruptcy Desk/Managing Agent
3027 E. Warm Springs Rd.  #200
Las Vegas NV 89120

Joseph & Margarita Bautista
Attn: Bankruptcy Desk/Managing Agent
180 Pocono Manor Ct
Las Vegas, NV 89148

Joseph & Margarita Bautista
Attn: Bankruptcy Desk/Managing Agent
388 Ensign Ln
Redwood City, CA 94065

Joseph & Maria Dungo
Attn: Bankruptcy Desk/Managing Agent
452 Center Green Dr
Las Vegas, NV 89148

Joseph & Maria Dungo
Attn: Bankruptcy Desk/Managing Agent
4705 Shetland Ct
Antioch, CA 94531

Joseph & Marie Zerill
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 207
Las Vegas, NV 89113

Joseph & Michelle Randazzo
Attn: Bankruptcy Desk/Managing Agent
122 Cascade Lake St
Las Vegas, NV 89148

Joseph & Michelle Randazzo
Attn: Bankruptcy Desk/Managing Agent
3429 Raven Ave
Las Vegas, NV 89139

Joseph & Michelle Randazzo
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 109
Las Vegas, NV 89113

Joseph & Michelle Scibetta
Attn: Bankruptcy Desk/Managing Agent
251 Tie Breaker Ct
Las Vegas, NV 89148

Joseph & Peggy Sartin
Attn: Bankruptcy Desk/Managing Agent
908 Via Del Tramonto St
Henderson, NV 89011

Joseph & Sharon Kwok
Attn: Bankruptcy Desk/Managing Agent
860 Meridian Bay Lane #223
Foster City CA 94404

Joseph & Thomas Keller
Attn: Bankruptcy Desk/Managing Agent
909 Via Stellato St
Henderson, NV 89011

Joseph Bostedt
Attn: Bankruptcy Desk/Managing Agent
7182 S Ireland Way
Centennial, CO 80016

Joseph Bostedt
Attn: Bankruptcy Desk/Managing Agent
9764 Ziegler Ave
Las Vegas, NV 89148

Joseph Chang
Attn: Bankruptcy Desk/Managing Agent
307 Descano Garden Dr
Las Vegas, NV 89148

Joseph Chang
Attn: Bankruptcy Desk/Managing Agent
7466 Desertscape Ave
Las Vegas, NV 89178

Joseph E. Faris
Attn: Bankruptcy Desk/Managing Agent
Assistant
1359 Rimrock Drive
San Jose CA 95120

Joseph Elias
Attn: Bankruptcy Desk/Managing Agent
1359 Rimrock Drive
San Jose CA 95120

Joseph Faris
Attn: Bankruptcy Desk/Managing Agent
1359 Rimrock Dr
San Jose, CA 95120

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Joseph Faris
Attn: Bankruptcy Desk/Managing Agent
151 Sandy Bunker Ln
Las Vegas, NV 89148

Joseph J. Lach, Jr.
Attn: Bankruptcy Desk/Managing Agent
5012 Hollywood Road
North Las Vegas NV 89031

Joseph Kithas & Patricia Moisa
Attn: Bankruptcy Desk/Managing Agent
222-2 Big Horn Dr
Boulder City AZ 89005

Joseph Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2154
Las Vegas, NV 89148

Joseph M. Munoz
Attn: Bankruptcy Desk/Managing Agent
2 Brandermill Drive
Henderson NV 89052

Joseph Nastasi
Attn: Bankruptcy Desk/Managing Agent
560 Richland Blvd
Brightwaters, NY 11718

Joseph Nastasi
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 312
Las Vegas, NV 89113

Joseph Nguyen
Attn: Bankruptcy Desk/Managing Agent
331 Waterton Lakes Ave
Las Vegas, NV 89148

Joseph Solla
Attn: Bankruptcy Desk/Managing Agent
576 Via Di Parione Ct
Henderson, NV 89011

Joseph Tsze
Attn: Bankruptcy Desk/Managing Agent
448 First On Dr
Las Vegas, NV 89148

Joseph Wolflick
Attn: Bankruptcy Desk/Managing Agent
1039 Via San Gallo Ct
Henderson, NV 89011

Josephine & Richard So
Attn: Bankruptcy Desk/Managing Agent
1621 Dole St Apt 102
Honolulu, HI 96822

Josephine & Richard So
Attn: Bankruptcy Desk/Managing Agent
265 Trailing Putt Way
Las Vegas, NV 89148

Josephine Weber
Attn: Bankruptcy Desk/Managing Agent
253 Duck Hollow Ave
Las Vegas, NV 89148

Josephine Weber
Attn: Bankruptcy Desk/Managing Agent
265 Oliver St
Daly City, CA 94014

Josh & Amber Claunch
Attn: Bankruptcy Desk/Managing Agent
200 Via Mezza Luna Ct
Henderson, NV 89011

Joshua & Alicia Dobbins
Attn: Bankruptcy Desk/Managing Agent
190 Tall Ruff Dr
Las Vegas, NV 89148

Joshua & Kari Skinner
Attn: Bankruptcy Desk/Managing Agent
1043 Via Sanguinella St
Henderson, NV 89011

Joshua & Lindsay Hahn
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1176
Las Vegas, NV 89147

Joshua A.Hambarian and
Attn: Bankruptcy Desk/Managing Agent
Nicholas Hambarian
2735 Camino Del Mar
Del Mar CA 92014

Joshua Chau
Attn: Bankruptcy Desk/Managing Agent
236 Palmetto Pointe Dr
Henderson, NV 89012

Joshua Chau
Attn: Bankruptcy Desk/Managing Agent
6863 Scarlet Flax St
Las Vegas, NV 89148

Joshua Grantz
Attn: Bankruptcy Desk/Managing Agent
1008 Bannockburn Street
Las Vegas NV 89145

Joshua Igeleke, Jr.
Attn: Bankruptcy Desk/Managing Agent
2705 Kingclaven Drive
Henderson NV  89044

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Joshua Nelson
Attn: Bankruptcy Desk/Managing Agent
251 Cliff Valley Dr
Las Vegas, NV 89148

Joshua Zehner
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 310
Las Vegas, NV 89113

Josielyn Jones
Attn: Bankruptcy Desk/Managing Agent
379 Center Green Dr
Las Vegas, NV 89148

Josielyn Jones
Attn: Bankruptcy Desk/Managing Agent
5863 Ocean Terrace Dr
Rancho Palos Verdes, CA 90275

Journey's Appliance Repairs
Attn: Bankruptcy Desk/Managing Agent
4301 S.ValleyView Blvd. Unit 14
Las Vegas NV 89103

Jovellanos Family
Attn: Bankruptcy Desk/Managing Agent
4653 Califa Dr
Las Vegas, NV 89122

Joven Cruz
Attn: Bankruptcy Desk/Managing Agent
8042 Cantaloupe Ave
Panorama City CA 91402

Joyce Campbell
Attn: Bankruptcy Desk/Managing Agent
1154 Williamsburg Cir
Grayslake, IL 60030

Joyce Campbell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2059
Las Vegas, NV 89148

Joyce Leung
Attn: Bankruptcy Desk/Managing Agent
383 Harpers Ferry Avenue
Las Vegas NV 89148

Joyce Parco
Attn: Bankruptcy Desk/Managing Agent
9241 Tulip Trestle Avenue
Las Vegas NV 89148

Joyce Schoeller
Attn: Bankruptcy Desk/Managing Agent
6631 Dapple Gray Rd
Las Vegas, NV 89148

Joyce Ulibarri
Attn: Bankruptcy Desk/Managing Agent
7212 Cottonsparrow St
Las Vegas, NV 89131

JPL Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
8620 South Eastern Avenue
Suite 8
Las Vegas NV 89123

JS Pest Control
Attn: Bankruptcy Desk/Managing Agent
3157 N. Rainbow Blvd. #568
Las Vegas NV 89108-4578

Juan & Anabel Camacho
Attn: Bankruptcy Desk/Managing Agent
4738 Califa Dr
Las Vegas, NV 89122

Juan & Eileen Santillan
Attn: Bankruptcy Desk/Managing Agent
4012 S Rainbow Blvd # 745
Las Vegas, NV 89103

Juan & Eileen Santillan
Attn: Bankruptcy Desk/Managing Agent
76 Sully Creek Ct
Las Vegas, NV 89148

Juan & Vitalia Boyzo
Attn: Bankruptcy Desk/Managing Agent
518 Newberry Springs Dr
Las Vegas, NV 89148

Juan Mendoza
Attn: Bankruptcy Desk/Managing Agent

Juan Merheb
Attn: Bankruptcy Desk/Managing Agent
265 Via Franciosa Dr
Henderson, NV 89011

Juan Sanjurjo
Attn: Bankruptcy Desk/Managing Agent
1029 Via Canale Dr
Henderson, NV 89011

Juan Valencia
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1177
Las Vegas, NV 89148

Juana E. Araiza
Attn: Bankruptcy Desk/Managing Agent
476 Via Palermo Dr.
Henderson NV  89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Jud & Barbara Brown
Attn: Bankruptcy Desk/Managing Agent
314 Sea Rim Ave
Las Vegas, NV 89148

Jude Tanner
Attn: Bankruptcy Desk/Managing Agent

Judith Langen
Attn: Bankruptcy Desk/Managing Agent
10141 Somerdale Cy
Las Vegas NV 89148

Judith McCartin
Attn: Bankruptcy Desk/Managing Agent
784 Tossa De Mar Ave
Henderson, NV 89002

Judith White
Attn: Bankruptcy Desk/Managing Agent
447 Center Green Dr
Las Vegas, NV 89148

Judith White
Attn: Bankruptcy Desk/Managing Agent
PO Box 95554
Las Vegas, NV 89193

Judson & Gloria Berggren
Attn: Bankruptcy Desk/Managing Agent
7530 Hornblower Ave
Las Vegas, NV 89131

Judy Britt
Attn: Bankruptcy Desk/Managing Agent
7224 Buglehorn St
Las Vegas, NV 89131

Judy Britt
Attn: Bankruptcy Desk/Managing Agent
7578 Catalina Harbor St
Las Vegas, NV 89131

Judy Choi
Attn: Bankruptcy Desk/Managing Agent
237 Via Di Citta Dr
Henderson, NV 89011

Judy Nelson
Attn: Bankruptcy Desk/Managing Agent
4052 Monthill Ave.
Las Vegas NV 89121

Judy Shallenberger
Attn: Bankruptcy Desk/Managing Agent
191 Wicked Wedge Way
Las Vegas, NV 89148

Jui & Duo Lan
Attn: Bankruptcy Desk/Managing Agent
296 Blackstone River Ave
Las Vegas, NV 89148

Juice Media LLC
Attn: Bankruptcy Desk/Managing Agent
7433 Cleghorn Canyon Way
Las Vegas NV 89113

Jules Katuna
Attn: Bankruptcy Desk/Managing Agent
1046 Via Nandina Pl
Henderson, NV 89011

Jules Kaluna
Attn: Bankruptcy Desk/Managing Agent
PO Box 5311
Reno, NV 89513

Julia Parrot-Bastos
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 213
Las Vegas, NV 89113

Julia Schwalb
Attn: Bankruptcy Desk/Managing Agent
205 Via Luna Rosa Ct
Henderson, NV 89011

Julian & Sophia Lee
Attn: Bankruptcy Desk/Managing Agent
332 Waterton Lakes Ave
Las Vegas, NV 89148

Julie & Wilson Abuan
Attn: Bankruptcy Desk/Managing Agent
921 Via Stellato St
Henderson, NV 89011

Julie Hicks
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 111
Las Vegas, NV 89113

Julie Lynch
Attn: Bankruptcy Desk/Managing Agent
68 Blaven Dr
Henderson, NV 89002

Julie Schmitz
Attn: Bankruptcy Desk/Managing Agent
273 Rusty Plank Ave
Las Vegas, NV 89148

Julie Schmitz
Attn: Bankruptcy Desk/Managing Agent
PO Box 675423
Rancho Santa Fe, CA 92067

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Julie Torizawa
Attn: Bankruptcy Desk/Managing Agent
9714 Kampsville Ave
Las Vegas, NV 89148

Juliet & Nilo Miranda
Attn: Bankruptcy Desk/Managing Agent
11962 Janette Ln
Garden Grove, CA 92840

Juliet & Nilo Miranda
Attn: Bankruptcy Desk/Managing Agent
544 Foster Springs Rd
Las Vegas, NV 89148

Julio Mendoza
Attn: Bankruptcy Desk/Managing Agent
ReMax Olson & Associates
11141 Tampa Avenue
Northridge CA 91326

Julio Padilla
Attn: Bankruptcy Desk/Managing Agent
372 Turtle Peak Ave
Las Vegas, NV 89148

Julius & Sandra Berezovsky
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 110
Las Vegas, NV 89113

Julius Conner
Attn: Bankruptcy Desk/Managing Agent
316 Blackstone River Ave
Las Vegas, NV 89148

Jumpstart Heavy Equipment
Attn: Bankruptcy Desk/Managing Agent
Glen A. Jones
625 Ebbcreek Drive #D
Corona CA 92880

Jun & Yimin Liu
Attn: Bankruptcy Desk/Managing Agent
31 Diamond Run St
Las Vegas, NV 89148

Jun & Yimin Liu
Attn: Bankruptcy Desk/Managing Agent
8694 Mesquite Hills St
Las Vegas, NV 89139

Jun Chow
Attn: Bankruptcy Desk/Managing Agent
156 Wicked Wedge Way
Las Vegas, NV 89148

Jun Liu
Attn: Bankruptcy Desk/Managing Agent
8694 Mesquite Hills St
Las Vegas, NV 89139

Jun Liu
Attn: Bankruptcy Desk/Managing Agent
9309 Lemon Mint Ct
Las Vegas, NV 89148

Jun Sui
Attn: Bankruptcy Desk/Managing Agent
174 Short Ruff Way
Las Vegas, NV 89148

Jung & Pill Shin
Attn: Bankruptcy Desk/Managing Agent
173 Water Hazard Ln
Las Vegas, NV 89148

Jung & Pill Shin
Attn: Bankruptcy Desk/Managing Agent
25609 Mesquite Ct
Valencia, CA 91381

Jung Han
Attn: Bankruptcy Desk/Managing Agent
257 Rolling Springs Dr
Las Vegas, NV 89148

Jung Lee
Attn: Bankruptcy Desk/Managing Agent
348 Lakewood Garden Dr
Las Vegas, NV 89148

Jurist Family
Attn: Bankruptcy Desk/Managing Agent
101 Sunshine Coast Ln
Las Vegas, NV 89148

Jurist Family
Attn: Bankruptcy Desk/Managing Agent
374 Highland Hills Ct
Las Vegas, NV 89148

Just Because Gifts
Attn: Bankruptcy Desk/Managing Agent
3924 Diamond Ridge St
Las Vegas NV 89129

Just Blueprints
Attn: Bankruptcy Desk/Managing Agent
3142 Stockton Hill Road
Kingman AZ 86401

Justin & Jaynell Chambers
Attn: Bankruptcy Desk/Managing Agent
Justin cell
1812 Stockton Hill Road
Kingman AZ 86401

Justin & Renee Bratton
Attn: Bankruptcy Desk/Managing Agent
9789 Marcelline Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Justin Cajiuat
Attn: Bankruptcy Desk/Managing Agent
1085 Via Canale Dr
Henderson, NV 89011

Justin Rivera
Attn: Bankruptcy Desk/Managing Agent
417 Via Stretto Ave
Henderson, NV 89011

Justin Saragoza
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2023
Las Vegas, NV 89148

Justin Trent
Attn: Bankruptcy Desk/Managing Agent
184 Paxon Hollow Ct
Las Vegas, NV 89148

Justin Trent
Attn: Bankruptcy Desk/Managing Agent
2145 Francesco Ct
Livermore, CA 94550

Justiniano Jaojoco
Attn: Bankruptcy Desk/Managing Agent
95 Broken Putter Way
Las Vegas, NV 89148

Juvenile Diabetes Research
Foundation
Attn: Bankruptcy Desk/Managing Agent
5542 S. Fort Apache Rd Suite 120
Las Vegas NV 89148

Juyd Lee
Attn: Bankruptcy Desk/Managing Agent
270 Lenape Heights Ave
Las Vegas, NV 89148

JW Zunino & Associates
Attn: Bankruptcy Desk/Managing Agent
3191 S. Jones Blvd
Las Vegas NV 89146

JWilliams Staffing
Attn: Bankruptcy Desk/Managing Agent
19762 Mac Arthur Blvd.
Suite 120
Irvine CA 92612

K & K Door & Trim
Attn: Bankruptcy Desk/Managing Agent
Roy Hester
5620 Cameron Street Suite E
Las Vegas NV 89118

K & K Plastering
Attn: Bankruptcy Desk/Managing Agent
5795 Rogers Street
Las Vegas NV 89118

K & K Printing
Attn: Bankruptcy Desk/Managing Agent
8665 West Flamingo Road, #2000
Las Vegas NV 89147

K Family
Attn: Bankruptcy Desk/Managing Agent
234 Sea Rim Ave
Las Vegas, NV 89148

K Family
Attn: Bankruptcy Desk/Managing Agent
6612 Gossamer Fog Ave
Las Vegas, NV 89139

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
20530 Earlgate St
Walnut, CA 91789

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
261 Fringe Ruff Dr
Las Vegas, NV 89148

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
448 Walnut Ave
Arcadia, CA 91007

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
502 Center Green Dr
Las Vegas, NV 89148

K J Investments LLC
Attn: Bankruptcy Desk/Managing Agent
80 Laying Up Ct
Las Vegas, NV 89148

K S Platinum
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 313
Las Vegas, NV 89113

K S Platinum
Attn: Bankruptcy Desk/Managing Agent
PO Box 82182
Las Vegas, NV 89180

K&D CONSTRUCTION
Attn: Bankruptcy Desk/Managing Agent
4367 W. Sunset Road
Building G Suite A
Las Vegas NV 89118

K. Brinkerhoff Enterprises
Attn: Bankruptcy Desk/Managing Agent
6998 Stone Meadow Ave
Las Vegas, NV 89142

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

K. Brinkerhoff Enterprises
Attn: Bankruptcy Desk/Managing Agent
6998 Stone Meadows Avenue
Las Vegas NV 89142

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

K.D International
Attn: Bankruptcy Desk/Managing Agent
4939 Kaibab Forest Ave
Las Vegas NV 89141

Kachina Heat Transfer, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 41115
Phoenix AZ 85080-1115

Kachinad LLC
Attn: Bankruptcy Desk/Managing Agent
5105 Gentle River Ave
Las Vegas, NV 89130

Kachinad LLC
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 217
Las Vegas, NV 89113

Kahnrad Awalt
Attn: Bankruptcy Desk/Managing Agent
85461330 Metavante Way
Sioux Falls, SD 57186

Kahnrad Awalt
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2174
Las Vegas, NV 89148

Kai & Lo Lee
Attn: Bankruptcy Desk/Managing Agent
324 Lakewood Garden Dr
Las Vegas, NV 89148

Kai & Lo Lee
Attn: Bankruptcy Desk/Managing Agent
72 Sandy Bunker Ln
Las Vegas, NV 89148

Kai & Lo Lee
Attn: Bankruptcy Desk/Managing Agent
877 Darien Way
San Francisco, CA 94127

Kai & Lo Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2125
Las Vegas, NV 89148

Kairong & Xiu Gan
Attn: Bankruptcy Desk/Managing Agent
9556 Los Cotos Ct
Las Vegas, NV 89147

Kakani Family
Attn: Bankruptcy Desk/Managing Agent
4759 Crakow Ct
Las Vegas, NV 89147

Kakavulias Family
Attn: Bankruptcy Desk/Managing Agent
181 Tayman Park Ave
Las Vegas, NV 89148

Kakavulias Family
Attn: Bankruptcy Desk/Managing Agent
3658 Ambergate Ct
Las Vegas, NV 89147

Kam Law
Attn: Bankruptcy Desk/Managing Agent
1030 Winston Ave
San Marino, CA 91108

Kam Law
Attn: Bankruptcy Desk/Managing Agent
195 Tall Ruff Dr
Las Vegas, NV 89148

Kam Wong
Attn: Bankruptcy Desk/Managing Agent
2330 W Avenue 33
Los Angeles, CA 90065

Kam Wong
Attn: Bankruptcy Desk/Managing Agent
378 Center Green Dr
Las Vegas, NV 89148

Kamer Zucker Abbott
Attn: Bankruptcy Desk/Managing Agent
Attorneys-at-Law
3000 W. Charleston Blvd. Ste 3
Las Vegas NV 89102

Kamins-markese Family
Attn: Bankruptcy Desk/Managing Agent
292 Turtle Peak Ave
Las Vegas, NV 89148

Kamran Nouri
Attn: Bankruptcy Desk/Managing Agent
9255 Bearded Iris Ave
Las Vegas, NV 89148

Kamrooz Majd
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 106
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Kamrooz Majd
Attn: Bankruptcy Desk/Managing Agent
836 N La Cienega Blvd
Los Angeles, CA 90069

Kandise Leong
Attn: Bankruptcy Desk/Managing Agent
116 Honors Course Dr
Las Vegas, NV 89148

Karen Barna
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 302
Las Vegas, NV 89113

Karen Bastien
Attn: Bankruptcy Desk/Managing Agent
1017 Via Dupre St
Henderson, NV 89011

Karen Bastien
Attn: Bankruptcy Desk/Managing Agent
5903 Preservation Dr
Hamilton, MI 49419

Karen Chapman
Attn: Bankruptcy Desk/Managing Agent
758 Wigan Pier Dr
Henderson, NV 89002

Karen Luckey
Attn: Bankruptcy Desk/Managing Agent
313 Firestone Dr.
Las Vegas NV 89145-4087

Karen McChesney
Attn: Bankruptcy Desk/Managing Agent
980 Via Canale Dr
Henderson, NV 89011

Karey Gottschall
Attn: Bankruptcy Desk/Managing Agent
324 Summer Palace Way
Las Vegas NV 89144

Kari & Steven Jacobson
Attn: Bankruptcy Desk/Managing Agent
150 Chateau Whistler Ct
Las Vegas, NV 89148

Karin Huang
Attn: Bankruptcy Desk/Managing Agent
9692 Ziegler Ave
Las Vegas, NV 89148

Karine Oganesyan
Attn: Bankruptcy Desk/Managing Agent
180 Tayman Park Ave
Las Vegas, NV 89148

Karl & Flora Tzeng
Attn: Bankruptcy Desk/Managing Agent
303 Celebration Dr
Milpitas, CA 95035

Karl & Flora Tzeng
Attn: Bankruptcy Desk/Managing Agent
53 Chateau Whistler Ct
Las Vegas, NV 89148

Karla Galindo
Attn: Bankruptcy Desk/Managing Agent
7345 Misty Glow Ct
Las Vegas, NV 89131

Karla Galindo
Attn: Bankruptcy Desk/Managing Agent
7705 Falconwing Ave
Las Vegas, NV 89131

Karo, Kevin
Attn: Bankruptcy Desk/Managing Agent
1321 Alderton Lane
Las Vegas, NV 89144

Kasha Khongpluem
Attn: Bankruptcy Desk/Managing Agent
6691 Kreb Lake Ct
Las Vegas, NV 89148

Kashwere Comforts
Attn: Bankruptcy Desk/Managing Agent
19749 Bahama Street
Northridge CA 91324

Katerina Lukjancikova
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1098
Las Vegas, NV 89147

Kathelyn Hill
Attn: Bankruptcy Desk/Managing Agent
1065 Via Prato Ln
Henderson, NV 89011

Kathelyn Hill
Attn: Bankruptcy Desk/Managing Agent
PO Box 92632
Anchorage, AK 99509

Katherine Hammonds
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2156
Las Vegas, NV 89148

Katherine Heffner
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2058
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Katherine Larsen
Attn: Bankruptcy Desk/Managing Agent
6838 Scarlet Flax St
Las Vegas, NV 89148

Katherine Lee
Attn: Bankruptcy Desk/Managing Agent
291 Turtle Peak Ave
Las Vegas, NV 89148

Katherine Martin-Martyr
Attn: Bankruptcy Desk/Managing Agent
6830 Baby Jade Ct
Las Vegas, NV 89148

Katherine McDonald
Attn: Bankruptcy Desk/Managing Agent
7228 Buglehorn St
Las Vegas, NV 89131

Kathleen & Terry Bratton
Attn: Bankruptcy Desk/Managing Agent
7212 Buglehorn St
Las Vegas, NV 89131

Kathleen Bennett
Attn: Bankruptcy Desk/Managing Agent
523 Via Del Corallo Way
Henderson, NV 89011

Kathleen Gant
Attn: Bankruptcy Desk/Managing Agent
1126 Olivia Pkwy
Henderson, NV 89011

Kathleen Morocco
Attn: Bankruptcy Desk/Managing Agent
224 Sea Rim Ave
Las Vegas, NV 89148

Kathleen Mullinnix
Attn: Bankruptcy Desk/Managing Agent
4 Oro  Valley Dr ive
Hendrson NV 89052

Kathleen Urbanski
Attn: Bankruptcy Desk/Managing Agent
336 Blackstone River Ave
Las Vegas, NV 89148

Kathleen Vansittert
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 214
Las Vegas, NV 89113

Kathrine Moore
Attn: Bankruptcy Desk/Managing Agent
6841 Rose Mallow St
Las Vegas, NV 89148

Kathryn Turner
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2113
Las Vegas, NV 89148

Kathy & Paul Puglise
Attn: Bankruptcy Desk/Managing Agent
1304 Sanjo Farms Dr
Chesapeake, VA 23320

Kathy & Paul Puglise
Attn: Bankruptcy Desk/Managing Agent
529 Via Del Capitano Ct
Henderson, NV 89011

Kathy Bie-Shia & Richard C Chu
Attn: Bankruptcy Desk/Managing Agent
7681 River Mist Court
Las Vegas NV 89113

Kathy Brown
Attn: Bankruptcy Desk/Managing Agent
4602 Califa Dr
Las Vegas, NV 89122

Kathy Liebert
Attn: Bankruptcy Desk/Managing Agent
79 Laying Up Ct
Las Vegas, NV 89148

Kathy May
Attn: Bankruptcy Desk/Managing Agent
15 Indian Run Way
Las Vegas, NV 89148

Kathy Moreno
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1065
Las Vegas, NV 89148

Kathy Muiter
Attn: Bankruptcy Desk/Managing Agent
69 Chateau Whistler Ct
Las Vegas, NV 89148

Katja Dittmar
Attn: Bankruptcy Desk/Managing Agent
1053 Via Canale Dr
Henderson, NV 89011

KATONAH IX CLO LTD
Attn: Bankruptcy Desk/Managing Agent
Jack Stack
295 Madison Avenue
New York , N.Y. 10017

KATONAH VII LTD
Attn: Bankruptcy Desk/Managing Agent
Jack Stack
295 Madison Avenue
New York , N.Y. 10017

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                            Served 4/17/2009

Kaufman, Kaufman & Associates
Attn: Bankruptcy Desk/Managing Agent
PC Trust Account
2000 S. Eastern Avenue
Las Vegas NV 89104

Kaura Heinemann
Attn: Bankruptcy Desk/Managing Agent
7835 So. Rainbow Blvd #4-21
Las Vegas NV 89139

Kay Greenawalt
Attn: Bankruptcy Desk/Managing Agent
485 Via Palermo Dr
Henderson, NV 89011

Kay Pulliam
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 106
Las Vegas, NV 89113

Kayla Mai
Attn: Bankruptcy Desk/Managing Agent
274 Ladies Tee Ct
Las Vegas, NV 89148

Kazarian Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1116
Las Vegas, NV 89148

Kazue & Toni Chinda
Attn: Bankruptcy Desk/Managing Agent
32 Queen Valley Ct
Las Vegas, NV 89148

Kazue & Toni Chinda
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 108
Las Vegas, NV 89113

Kazue & Toni Chinda
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 209
Las Vegas, NV 89113

Kazue & Toni Chinda
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 211
Las Vegas, NV 89113

KB Home Nevada Inc
Attn: Bankruptcy Desk/Managing Agent
5855 Badura Ave.
Las Vegas NV 89118

KBC FINANCL PROD CAYMAN IS LTD
Attn: Bankruptcy Desk/Managing Agent
Stephen King
140 East 45th Street, 4th Fl
New York, NY 10017

KBI
Attn: Bankruptcy Desk/Managing Agent
dba Action Crushing
931 American Pacific Dr 107
Henderson NV 89014

KBI Concrete
Attn: Bankruptcy Desk/Managing Agent
5201 S. Polaris
Las Vegas NV 89118

KDT Construction
Attn: Bankruptcy Desk/Managing Agent
5130 S Valley View Blvd #110
Las Vegas NV 89118

Ke Hsiang
Attn: Bankruptcy Desk/Managing Agent
262 Lenape Heights Ave
Las Vegas, NV 89148

Keadrick D.  Washington
Attn: Bankruptcy Desk/Managing Agent
Washington Financial
3129 S. Hacienda Blvd. Ste 301
Hacienda Heights CA 91745-3604

Keck Family
Attn: Bankruptcy Desk/Managing Agent
6803 Mataro Dr
Las Vegas, NV 89103

Keck Family
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 102
Las Vegas, NV 89113

Kee Wong
Attn: Bankruptcy Desk/Managing Agent
213 Sea Rim Ave
Las Vegas, NV 89148

Keefe Family
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 211
Las Vegas, NV 89113

Keep Memory Alive
Attn: Bankruptcy Desk/Managing Agent
9101 West Sahara Ave
PMB 105-177
Las Vegas NV 89117

Keiser Family
Attn: Bankruptcy Desk/Managing Agent
445 Punto Vallata Dr
Henderson, NV 89011

Keith & Eddie Murillo
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 307
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Keith & Eddie Murillo
Attn: Bankruptcy Desk/Managing Agent
820 Canterra St 1054
Las Vegas, NV 89138

Keith & Janet Oberlander
Attn: Bankruptcy Desk/Managing Agent
972 Via Vannucci Way
Henderson, NV 89011

Keith & Karyl Dennison
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 211
Las Vegas, NV 89113

Keith & Karyl Dennison
Attn: Bankruptcy Desk/Managing Agent
7754 Galloping Hills St
Las Vegas, NV 89113

Keith & Wendy Swatsley
Attn: Bankruptcy Desk/Managing Agent
5295 Malta St
Denver, CO 80249

Keith & Wendy Swatsley
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1032
Las Vegas, NV 89148

Keith Furillo
Attn: Bankruptcy Desk/Managing Agent
1272 Olivia Pkwy
Henderson, NV 89011

Keith Tu
Attn: Bankruptcy Desk/Managing Agent
1029 Via Dupre St
Henderson, NV 89011

Keller Equipment Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60485
Phoenix AZ 85082-0485

Keller Williams Realty
Attn: Bankruptcy Desk/Managing Agent
4652 Hollywood Blvd.
Los Angeles CA 90027

Kellogg-Cutler-Yenchek
Attn: Bankruptcy Desk/Managing Agent
Bobbie Smith
Insurance Services
330 E. Charleston Blvd.
Las Vegas NV 89104

Kelly & Carol Faltis
Attn: Bankruptcy Desk/Managing Agent
968 Via Canale Dr
Henderson, NV 89011

Kelly & Tammy Pierce
Attn: Bankruptcy Desk/Managing Agent
118 Tall Ruff Dr
Las Vegas, NV 89148

Kelly Campbell
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 308
Las Vegas, NV 89113

Kelly Connery
Attn: Bankruptcy Desk/Managing Agent
170 Crooked Putter Dr
Las Vegas, NV 89148

Kelly Deverell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1006
Las Vegas, NV 89148

Kelly Deverell
Attn: Bankruptcy Desk/Managing Agent
9124 Eagle Ridge Dr
Las Vegas, NV 89134

Kelly Dudek
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 207
Las Vegas, NV 89113

Kelly French
Attn: Bankruptcy Desk/Managing Agent
114 Wicked Wedge Way
Las Vegas, NV 89148

Kelly Lujan
Attn: Bankruptcy Desk/Managing Agent
89 Daisy Springs Ct
Las Vegas, NV 89148

Kelly Ortiz
Attn: Bankruptcy Desk/Managing Agent
178 Tamarron Cliffs Street
Las Vegas NV 89148-2794

Kelly Steele
Attn: Bankruptcy Desk/Managing Agent
3663 E Oquendo Rd
Las Vegas, NV 89120

Kelly Steele
Attn: Bankruptcy Desk/Managing Agent
6674 Aviston St
Las Vegas, NV 89148

Kelly Thomas
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 206
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                     Served 4/17/2009

Kelly-Hooks, Lisa
Attn: Bankruptcy Desk/Managing Agent
6709 Scavenger Hunt St
N Las Vegas, NV 89084

Kelly's Pipe & Supply Co., Inc
Attn: Bankruptcy Desk/Managing Agent
2124 Industrial Road
Las Vegas NV 89114

Kelvin & Deseree Palafox
Attn: Bankruptcy Desk/Managing Agent
794 Watercut Ct
Henderson, NV 89002

Ken & Barbara McPhee
Attn: Bankruptcy Desk/Managing Agent
29-788 Citadel Dr
Port Coouitlam BC V3C
Canada

Ken & Barbara McPhee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2021
Las Vegas, NV 89148

Ken Earl
Attn: Bankruptcy Desk/Managing Agent
9741 Red Bear Ct.
Las Vegas NV 98117

Ken Pak
Attn: Bankruptcy Desk/Managing Agent
125 Lakewood Garden Dr
Las Vegas, NV 89148

Ken Sachs
Attn: Bankruptcy Desk/Managing Agent
7113 Honeysuckle Ct
Las Vegas NV 89119

Kennedy, Mark
Attn: Bankruptcy Desk/Managing Agent
1113 Via Canale
Henderson, NV 89011

Kenneth & Angela Howard
Attn: Bankruptcy Desk/Managing Agent
533 Via Palermo Dr
Henderson, NV 89011

Kenneth & Claudette Dean
Attn: Bankruptcy Desk/Managing Agent
2110 Forest Ridge Rd
Saint Charles, IL 60174

Kenneth & Claudette Dean
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 209
Las Vegas, NV 89113

Kenneth & Dana Hoback
Attn: Bankruptcy Desk/Managing Agent
9278 Bearded Iris Ave
Las Vegas, NV 89148

Kenneth & Irma Gilbert
Attn: Bankruptcy Desk/Managing Agent
7519 Homblower Ave
Las Vegas, NV 89131

Kenneth & Michele Moses
Attn: Bankruptcy Desk/Managing Agent
789 Craigmark Ct
Henderson, NV 89002

Kenneth & Miriam Roberts
Attn: Bankruptcy Desk/Managing Agent
488 Via Del Foro Dr
Henderson, NV 89011

Kenneth & Rebecca Colgate
Attn: Bankruptcy Desk/Managing Agent
680 Vortex Ave
Henderson, NV 89002

Kenneth & Sumi Nakama
Attn: Bankruptcy Desk/Managing Agent
237 Via Franciosa Dr
Henderson, NV 89011

Kenneth & Tamera Howay
Attn: Bankruptcy Desk/Managing Agent
242 Crooked Putter Dr
Las Vegas, NV 89148

Kenneth & Tanya Smith
Attn: Bankruptcy Desk/Managing Agent
55-620C Iosepa St
Laie, HI 96762

Kenneth & Tanya Smith
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 203
Las Vegas, NV 89113

Kenneth A Seltzer, CPA
Attn: Bankruptcy Desk/Managing Agent
17 Candlewyck Drive
Henderson NV  89052

Kenneth Antos
Attn: Bankruptcy Desk/Managing Agent
4968 Mountain Foliage Dr
Las Vegas, NV 89148

Kenneth Antos
Attn: Bankruptcy Desk/Managing Agent
5148 Spanish Heights Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Kenneth Carter
Attn: Bankruptcy Desk/Managing Agent
6773 Prairie Clover St
Las Vegas, NV 89148

Kenneth Cruz
Attn: Bankruptcy Desk/Managing Agent
1041 Via Canale Dr
Henderson, NV 89011

Kenneth Ferguson
Attn: Bankruptcy Desk/Managing Agent
1543 William Way
Concord, CA 94520

Kenneth Ferguson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2176
Las Vegas, NV 89148

Kenneth Flynn
Attn: Bankruptcy Desk/Managing Agent
6954 Emerald Spring
Las Vegas NV 89113

Kenneth Lombardo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1139
Las Vegas, NV 89148

Kenneth Lowman
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 209
Las Vegas, NV 89113

Kenneth Madl
Attn: Bankruptcy Desk/Managing Agent
9798 Marcelline Ave
Las Vegas, NV 89148

Kenneth O`Neill
Attn: Bankruptcy Desk/Managing Agent
6679 Roanoke Ct
Las Vegas, NV 89148

Kenneth Slockbower
Attn: Bankruptcy Desk/Managing Agent
9580 Los Cotos Ct
Las Vegas, NV 89147

Kenneth Webster
Attn: Bankruptcy Desk/Managing Agent
375 Apple River Ct
Las Vegas, NV 89148

Kennith & Deborah Pancake
Attn: Bankruptcy Desk/Managing Agent
7205 Cottonsparrow St
Las Vegas, NV 89131

Kennith Antos and Shelia Neuman-Antos
Attn: Bankruptcy Desk/Managing Agent
5148 Spanish Heights Drive
Las Vegas, NV 89148

Kenny Chiu
Attn: Bankruptcy Desk/Managing Agent
284 Harpers Ferry Ave
Las Vegas, NV 89148

Kenny Chiu
Attn: Bankruptcy Desk/Managing Agent
786 Jackson St # 2
San Francisco, CA 94133

Kenny Van Hoang
Attn: Bankruptcy Desk/Managing Agent
& Huynh Chi Kim
2133 Carobwood Ln
San Jose CA 95132-1213

Keno-AM Las Vegas
Attn: Bankruptcy Desk/Managing Agent
8755 W. Flamingo Rd.
Las Vegas NV 89147

Kent & Loris Davis
Attn: Bankruptcy Desk/Managing Agent
5600 Del Rey Ave
Las Vegas, NV 89146

Kent & Loris Davis
Attn: Bankruptcy Desk/Managing Agent
7224 Cottonsparrow St
Las Vegas, NV 89131

Kent & Shari McNamara
Attn: Bankruptcy Desk/Managing Agent
181 Hickory Heights Ave
Las Vegas, NV 89148

Kent & Shari McNamara
Attn: Bankruptcy Desk/Managing Agent
3070 Blue Heron Trce
Medina, OH 44256

Kent Reichert
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1119
Las Vegas, NV 89148

Kent's Glass & Mirror Inc.
Attn: Bankruptcy Desk/Managing Agent
3140 Polaris #38
Las Vegas NV 89102

Kenya Jamal
Attn: Bankruptcy Desk/Managing Agent
248 Palm Trace Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Kepeng Lu
Attn: Bankruptcy Desk/Managing Agent
329 Falcons Fire Ave
Las Vegas, NV 89148

Kerri-ann Siu
Attn: Bankruptcy Desk/Managing Agent
182 Wicked Wedge Way
Las Vegas, NV 89148

Kerrie & Joseph Kissane
Attn: Bankruptcy Desk/Managing Agent
250 Crooked Putter Dr
Las Vegas, NV 89148

Kerry Cartmill
Attn: Bankruptcy Desk/Managing Agent
2300 Corporate Cir Ste 185
Henderson, NV 89074

Kerry Cartmill
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 109
Las Vegas, NV 89113

Kerry Gulino
Attn: Bankruptcy Desk/Managing Agent
75 Tall Ruff Dr
Las Vegas, NV 89148

Kesgomol Family
Attn: Bankruptcy Desk/Managing Agent
1028 Viale Placenza Pl
Henderson, NV 89011

Kesgomol Family
Attn: Bankruptcy Desk/Managing Agent
661 Middlegate Rd
Henderson, NV 89011

Kevin & Carrie Cates
Attn: Bankruptcy Desk/Managing Agent
34 Tall Ruff Dr
Las Vegas, NV 89148

Kevin & Christina Eclips
Attn: Bankruptcy Desk/Managing Agent
4647 Munich Ct
Las Vegas, NV 89147

Kevin & Katherine Mercadante
Attn: Bankruptcy Desk/Managing Agent
245 Tie Breaker Ct
Las Vegas, NV 89148

Kevin & Katherine Mercadante
Attn: Bankruptcy Desk/Managing Agent
7 Digregorio Dr
Worcester, MA 01604

Kevin & Lisa Olsen
Attn: Bankruptcy Desk/Managing Agent
311 Turtle Peak Ave
Las Vegas, NV 89148

Kevin & Lisa Olsen
Attn: Bankruptcy Desk/Managing Agent
3580 Bayside Rd
Orono, MN 55356

Kevin & Valerie Duffley
Attn: Bankruptcy Desk/Managing Agent
754 Tossa De Mar Ave
Henderson, NV 89002

Kevin & Violet McKee
Attn: Bankruptcy Desk/Managing Agent
7229 Eaglegate St
Las Vegas, NV 89131

Kevin Colosimo
Attn: Bankruptcy Desk/Managing Agent
7213 Buglehorn St
Las Vegas, NV 89131

Kevin Cusick
Attn: Bankruptcy Desk/Managing Agent
527 Via Del Corallo Way
Henderson, NV 89011

Kevin Fellowes
Attn: Bankruptcy Desk/Managing Agent
7410 Bridlehorne Ave
Las Vegas, NV 89131

Kevin Hall
Attn: Bankruptcy Desk/Managing Agent
2505 Loring St
San Diego, CA 92109

Kevin Hall
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1043
Las Vegas, NV 89148

Kevin Hall
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1050
Las Vegas, NV 89148

Kevin L. Crook Architect, Inc
Attn: Bankruptcy Desk/Managing Agent
1360 Reynolds Ave.
Suite 110
Irvine 92614

Kevin Labombard
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 201
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Kevin O'Leary
Attn: Bankruptcy Desk/Managing Agent
501 Via Stretto Ave
Henderson, NV 89011

KGMN-FM
Attn: Bankruptcy Desk/Managing Agent
New West Broadcasting
812 E. Beale St.
Kingman AZ 86401

Khalid & Sajida Baig
Attn: Bankruptcy Desk/Managing Agent
451 Pilgrim Loop
Fremont, CA 94539

Khalid & Sajida Baig
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 105
Las Vegas, NV 89113

Khalid & Sajida Baig
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 106
Las Vegas, NV 89113

Khamsone & Sounanh Luangrath
Attn: Bankruptcy Desk/Managing Agent
1040 Via Saint Lucia Pl
Henderson, NV 89011

Khiem Cao
Attn: Bankruptcy Desk/Managing Agent
281 Via Di Citta Dr
Henderson, NV 89011

Khis & Yommana Suravallop
Attn: Bankruptcy Desk/Managing Agent
614 Newberry Springs Dr
Las Vegas, NV 89148

Khoa & Shannon Do
Attn: Bankruptcy Desk/Managing Agent
488 Via Palermo Dr
Henderson, NV 89011

Khoa & Shannon Do
Attn: Bankruptcy Desk/Managing Agent
928 Via Stellato St
Henderson, NV 89011

Khoa Do
Attn: Bankruptcy Desk/Managing Agent
929 Via Stellato St
Henderson, NV 89011

Khristy Lair
Attn: Bankruptcy Desk/Managing Agent
393 Trailing Putt Way
Las Vegas, NV 89148

KI
Attn: Bankruptcy Desk/Managing Agent
600 Townsend Street #100 West
San Francisco CA 94103

Kids to Kids Spread the Word
Attn: Bankruptcy Desk/Managing Agent
Nevada
260 East Desert Rose Drive
Henderson NV  89015

Kiesling Hess Finishing
Attn: Bankruptcy Desk/Managing Agent
Kim Applegate
13205 Estrella Avenue
Gardena CA 90248

Kiet Trinh
Attn: Bankruptcy Desk/Managing Agent
46 Tall Ruff Dr
Las Vegas, NV 89148

Kigh & Ken Fong
Attn: Bankruptcy Desk/Managing Agent
338 Dog Leg Dr
Las Vegas, NV 89148

Kilian & Elaine Whelan
Attn: Bankruptcy Desk/Managing Agent
3 Pereira Dr
Devonshire Bermuda 01
Bermuda

Kilian & Elaine Whelan
Attn: Bankruptcy Desk/Managing Agent
382 Blue Tee Ct
Las Vegas, NV 89148

Kim DeChirico
Attn: Bankruptcy Desk/Managing Agent
1908 Placid Ravine
Las Vegas NV 89117

Kim Family
Attn: Bankruptcy Desk/Managing Agent
182 Cascade Lake St
Las Vegas, NV 89148

Kim Horn
Attn: Bankruptcy Desk/Managing Agent
112 Union Street
Suite A
Prescott AZ 86303

Kim Le
Attn: Bankruptcy Desk/Managing Agent
8764 Las Olivas Ave
Las Vegas, NV 89147

Kim Rapp
Attn: Bankruptcy Desk/Managing Agent
333 Pleasant Summit Drive
Henderson NV  89012

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Kim Vu
Attn: Bankruptcy Desk/Managing Agent
6839 Scarlet Flax St
Las Vegas, NV 89148

Kim, Edward
Attn: Bankruptcy Desk/Managing Agent
19569 Rinaldi St Unit #5
Northridge, CA 91326

Kimberley Stone
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 307
Las Vegas, NV 89113

Kimberly & David Picciano
Attn: Bankruptcy Desk/Managing Agent
1056 Via Canale Dr
Henderson, NV 89011

Kimberly Harrison
Attn: Bankruptcy Desk/Managing Agent
242 Waterton Lakes Ave
Las Vegas, NV 89148

Kimberly Harrison
Attn: Bankruptcy Desk/Managing Agent
6607 Costa Brava Rd
Las Vegas, NV 89146

Kimberly Harrison
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 304
Las Vegas, NV 89113

Kimberly Oleson
Attn: Bankruptcy Desk/Managing Agent
1037 Viale Placenza Pl
Henderson, NV 89011

Kimberly Propson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2034
Las Vegas, NV 89148

Kimberly Rombardo
Attn: Bankruptcy Desk/Managing Agent
157 Crooked Tree Way
Las Vegas NV  89148

Kim-hoa Needham
Attn: Bankruptcy Desk/Managing Agent
5187 Briar Patch Way
Las Vegas, NV 89118

Kim-hoa Needham
Attn: Bankruptcy Desk/Managing Agent
557 Newberry Springs Dr
Las Vegas, NV 89148

Kimley-Horn & Associates
Attn: Bankruptcy Desk/Managing Agent
2080 Flamingo Rd
Ste 210
Las Vegas NV 89119

Kin & Janice Chau
Attn: Bankruptcy Desk/Managing Agent
161 Lenape Heights Ave
Las Vegas, NV 89148

Kin & Janice Chau
Attn: Bankruptcy Desk/Managing Agent
750 W Bonita Ave Apt 18
Claremont, CA 91711

Kincaid Land LLC
Attn: Bankruptcy Desk/Managing Agent
235 Wicked Wedge Way
Las Vegas, NV 89148

Kincaid Land LLC
Attn: Bankruptcy Desk/Managing Agent
256 Soggy Ruff Way
Las Vegas, NV 89148

Kincaid Land LLC
Attn: Bankruptcy Desk/Managing Agent
3208 Rugby Dr
Billings, MT 59102

King, Daniel
Attn: Bankruptcy Desk/Managing Agent
1930 Village Center Cir
Las Vegas, NV 89144

Kingman Auto Supply
Attn: Bankruptcy Desk/Managing Agent
2595 Airfield Ave.
Kingman AZ  86401

Kingman AZ Area Chamber of Comm.
Attn: Bankruptcy Desk/Managing Agent
120 W. Andy Devine
P.O. Box 1150
Kingman AZ 86401

Kingman AZ Auto Supply
Attn: Bankruptcy Desk/Managing Agent
2595 Airfield Ave
Kingman, AZ  86401

Kingman AZ Auto Supply Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2910 Airfield
Kingman AZ 86401

Kingman AZ Boys & Girls Club
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4362
301 N. 1st Street
Kingman AZ 86402

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Kingman AZ Daily Miner
Attn: Bankruptcy Desk/Managing Agent
3015 Stockton Hill Road
Kingman AZ 86401

Kingman AZ High School Band
Attn: Bankruptcy Desk/Managing Agent
Attn: Mr. Hernandez
4182 North Bank Street
Kingman AZ 86409

Kingman AZ Newspapers
Attn: Bankruptcy Desk/Managing Agent
3015 Stockton Hill Rd.
Kingman AZ 86401

Kingman AZ Regional Med. Found.
Attn: Bankruptcy Desk/Managing Agent
3269 Stockton Hill Road
Kingman AZ 86401

Kingman AZ Tools Plus
Attn: Bankruptcy Desk/Managing Agent
532 E. Beale St.
Kingman AZ 86401

Kingman AZ True Value Home Center
Attn: Bankruptcy Desk/Managing Agent
3633 Stockton Hill Rd.
Kingman AZ 86401

Kingman/Golden Valley MLS
Attn: Bankruptcy Desk/Managing Agent
1923 Kino
Kingman AZ 86401

KINGSLAND I,LTD
Attn: Bankruptcy Desk/Managing Agent
1325 Avenue of the Americas,
27th Floor
Scottsdale AZ 85287-3239

KINGSLAND I,LTD
Attn: Bankruptcy Desk/Managing Agent
Daniel Giglio
1325 Avenue of the Americas, 27th Floor
New York, NY 10019

Kinkade Appraisal
Attn: Bankruptcy Desk/Managing Agent
5757 N. Tee Pee Lane
Las Vegas NV 89149

Kinko's
Attn: Bankruptcy Desk/Managing Agent
4750 West Sahara Avenue
Las Vegas NV

Kinnison Family
Attn: Bankruptcy Desk/Managing Agent
17811 N 64th Ave
Glendale, AZ 85308

Kinnison Family
Attn: Bankruptcy Desk/Managing Agent
794 Wigan Pier Dr
Henderson, NV 89002

Kirby Adams
Attn: Bankruptcy Desk/Managing Agent
6824 Rose Mallow St
Las Vegas, NV 89148

Kirco Electric
Attn: Bankruptcy Desk/Managing Agent
2016 Detroit Ave.
Kingman AZ 86401

Kirk Jue
Attn: Bankruptcy Desk/Managing Agent
2336 28th Street #D
Santa Monica CA 90405

KirkLand Development LLC
Attn: Bankruptcy Desk/Managing Agent
155 Wentworth Drive
Henderson NV  89074

Kirsh Media Group
Attn: Bankruptcy Desk/Managing Agent
700 South Third St.
Las Vegas NV 89101

Kisook Hwang
Attn: Bankruptcy Desk/Managing Agent
2474 Ram Crossing Way
Henderson, NV 89074

Kisook Hwang
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 211
Las Vegas, NV 89113

Kitagawa Family
Attn: Bankruptcy Desk/Managing Agent
712 E 18th St
National City, CA 91950

Kitagawa Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1168
Las Vegas, NV 89148

Kitty Lepnis
Attn: Bankruptcy Desk/Managing Agent
385 Hidden Hole Dr
Las Vegas, NV 89148

Kivanc Orengil
Attn: Bankruptcy Desk/Managing Agent
3688 E Tompkins Ave
Las Vegas, NV 89121

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Kivanc Orengil
Attn: Bankruptcy Desk/Managing Agent
680 Harvester Course Dr
Las Vegas, NV 89148

KJUL-FM 104.3
Attn: Bankruptcy Desk/Managing Agent
1455 Tropicana   Ste 800
Las Vegas NV 89119

KKB Cleaning Service Inc
Attn: Bankruptcy Desk/Managing Agent
Scott Gershman
P.O.Box 370597
Las Vegas NV 89137-0597

KKE Architects
Attn: Bankruptcy Desk/Managing Agent
300 First Ave N. #500
400 N. Stephanie
Suite 245
Henderson NV  89014

KKLZ 96.3 fm Corp.
Attn: Bankruptcy Desk/Managing Agent
1455 E. Tropicana
Suite 800
Las Vegas NV 89119

KLAS
Attn: Bankruptcy Desk/Managing Agent
3228 Channel 8 Drive
Las Vegas NV 89109

Klint & Araceli Headlee
Attn: Bankruptcy Desk/Managing Agent
173 Lenape Heights Ave
Las Vegas, NV 89148

Klint & Araceli Headlee
Attn: Bankruptcy Desk/Managing Agent
PO Box 145
Dulzura, CA 91917

KLVX
Attn: Bankruptcy Desk/Managing Agent
Attn: Kurt Mische
4210 Channel 10 Drive
Las Vegas NV 89119

KMR, Aviation, Inc.
Attn: Bankruptcy Desk/Managing Agent
1150 S. Vineyard
Ontario CA 91761

KMXB FM
Attn: Bankruptcy Desk/Managing Agent
PO Box 100111
Pasadena CA 91189-0111

Kneip Family
Attn: Bankruptcy Desk/Managing Agent
27011 Karns Ct Unit 2104
Canyon Country, CA 91387

Kneip Family
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 107
Las Vegas, NV 89113

Knight Electric
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest Rd, Suite P
Henderson NV  89074

Knight Fire Protection
Attn: Bankruptcy Desk/Managing Agent
Shane Dowdy
2101 Western Avenue
Las Vegas NV 89102

Knox Company
Attn: Bankruptcy Desk/Managing Agent
1601 W.Deer Valley Road
Phoenix AZ 85027

Koami Acolatse
Attn: Bankruptcy Desk/Managing Agent
1344 Corte Bagalso
San Marcos, CA 92069

Koami Acolatse
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2020
Las Vegas, NV 89148

Koch & Scow, LLC
Attn: Bankruptcy Desk/Managing Agent
11500 Eastern Avenue
Suite 110
Henderson NV  56052
Henderson NV  56052

Koche Family
Attn: Bankruptcy Desk/Managing Agent
78 Sahalee Dr
Las Vegas, NV 89148

Koei Liauw
Attn: Bankruptcy Desk/Managing Agent
361 Turtle Peak Ave
Las Vegas, NV 89148

Kofi Baryeh
Attn: Bankruptcy Desk/Managing Agent
960 Via Columbo St
Henderson, NV 89011

Kohler Rental Power, Inc.
Attn: Bankruptcy Desk/Managing Agent
444 Highland Drive
7766 Collection Center Dr.
Suite 714
Chicago IL 60693

Kolob Industries, Inc.
Attn: Bankruptcy Desk/Managing Agent
5841 E. Charleston Blvd.
#230-350
Las Vegas NV 89142

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

KOMP FM
Attn: Bankruptcy Desk/Managing Agent
Juliette Stern
Lotus Broadcasting Corp.
4660 South Decatur
Las Vegas NV 89103

Konrad Piatkowski
Attn: Bankruptcy Desk/Managing Agent
143 Short Ruff Way
Las Vegas, NV 89148

Kosaka Design
Attn: Bankruptcy Desk/Managing Agent
115 West Micheltorena St. Suite B
Santa Barbara CA 93101

Kourosh Hormozi
Attn: Bankruptcy Desk/Managing Agent
763 Tossa De Mar Ave
Henderson, NV 89002

Koutnouyan Family
Attn: Bankruptcy Desk/Managing Agent
247 Rustic Club Way
Las Vegas, NV 89148

Koutnouyan Family
Attn: Bankruptcy Desk/Managing Agent
4370 Fairlawn Dr
Flintridge, CA 91011

KQAS-FM
Attn: Bankruptcy Desk/Managing Agent
2725 E. Desert Inn Rd., Suite 180
Las Vegas NV 89121

Kravet
Attn: Bankruptcy Desk/Managing Agent
Ellen
c/o Ellen Powell Assoc.
939 15th Street # 11
Santa Monica CA 90403

Kris Elliott
Attn: Bankruptcy Desk/Managing Agent
282 Spring Hollow Dr
Las Vegas, NV 89148

Kris Yee
Attn: Bankruptcy Desk/Managing Agent
15343 Norton St
San Leandro, CA 94579

Kris Yee
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 307
Las Vegas, NV 89113

Kristen Recklitis
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 213
Las Vegas, NV 89113

Kristen Ross
Attn: Bankruptcy Desk/Managing Agent
7240 Rogers Street
Las Vegas NV 89118

Kristin Campbell
Attn: Bankruptcy Desk/Managing Agent
150 Wicked Wedge Way
Las Vegas, NV 89148

Kristin Russi
Attn: Bankruptcy Desk/Managing Agent
53 Blaven Dr
Henderson, NV 89002

Kristina Kegeyan
Attn: Bankruptcy Desk/Managing Agent
10911 Hesby St Apt 4
North Hollywood, CA 91601

Kristina Kegeyan
Attn: Bankruptcy Desk/Managing Agent
172 Waterton Lakes Ave
Las Vegas, NV 89148

Kristine Becker
Attn: Bankruptcy Desk/Managing Agent
1118 Olivia Pkwy
Henderson, NV 89011

Kristine Becker
Attn: Bankruptcy Desk/Managing Agent
2566 Sykes Creek Dr
Merritt Island, FL 32953

Kristine Satamian
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 211
Las Vegas, NV 89113

Kristoffer John Parel
Attn: Bankruptcy Desk/Managing Agent
4561 Tara Drive
Encino CA91436

Kristopher & J A Cuva-Scheible
Attn: Bankruptcy Desk/Managing Agent
178 Flying Hills Ave
Las Vegas, NV 89148

Kristopher Derentz
Attn: Bankruptcy Desk/Managing Agent
1034 Via San Gallo Ct
Henderson, NV 89011

Kristopher Mohfanz
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1116
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                      Served 4/17/2009

Kristy Spackman
Attn: Bankruptcy Desk/Managing Agent
8615 Cherry Creek Court
Wichita 67207

Krisztina Stevens
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 108
Las Vegas, NV 89113

Krisztina Stevens
Attn: Bankruptcy Desk/Managing Agent
7768 Eagle Lake Ave
Las Vegas, NV 89147

Kritsada & Nitaya Bujadham
Attn: Bankruptcy Desk/Managing Agent
1107 E. Tropicana Blvd.
Las Vegas NV 89119

Kritsada & Nitaya Bujadham
Attn: Bankruptcy Desk/Managing Agent
249 Rusty Plank Ave
Las Vegas, NV 89148

Kritsada & Nitaya Bujadham
Attn: Bankruptcy Desk/Managing Agent
292 Angels Trace Ct
Las Vegas, NV 89148

KRLV AM
Attn: Bankruptcy Desk/Managing Agent
5010 South Spencer Street
Las Vegas NV 89119

KRMC Foundation
Attn: Bankruptcy Desk/Managing Agent
3269 Stockton Hill Rd.
Kingman AZ 86409

Krueger, Debra S
Attn: Bankruptcy Desk/Managing Agent
519 Emden St
Henderson, NV 89015

Krzysztof Kochmanski
Attn: Bankruptcy Desk/Managing Agent
6859 Rose Mallow St
Las Vegas, NV 89148

KSTJ-FM
Attn: Bankruptcy Desk/Managing Agent
1455 E. Tropicana #800
Las Vegas NV 89119

KTGY Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
17922 Fitch
Irvine CA 92614

Kum Kim
Attn: Bankruptcy Desk/Managing Agent
6699 Roanoke Ct
Las Vegas, NV 89148

Kumi Watabe
Attn: Bankruptcy Desk/Managing Agent
3550 Carter Dr Apt 48
South San Francisco, CA 94080

Kumi Watabe
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2133
Las Vegas, NV 89148

Kummer Kaempfer Bonner &
Attn: Bankruptcy Desk/Managing Agent
Renshaw, Inc
3800 Howard Hughes Pkwy.
Las Vegas NV 89109

Kuniko Thelander
Attn: Bankruptcy Desk/Managing Agent
46 W Potomae Ave
Lombard, IL 60148

Kuniko Thelander
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 304
Las Vegas, NV 89113

Kunio Watanabe
Attn: Bankruptcy Desk/Managing Agent
222 Waterton Lakes Ave
Las Vegas, NV 89148

Kunsthaus LLC
Attn: Bankruptcy Desk/Managing Agent
511 Center Green Dr
Las Vegas, NV 89148

Kuo & Jessica Chang
Attn: Bankruptcy Desk/Managing Agent
166 Tall Ruff Dr
Las Vegas, NV 89148

Kuo & Jessica Chang
Attn: Bankruptcy Desk/Managing Agent
945 Ironshoe Ct
Walnut, CA 91789

Kuo & Kim Shieh
Attn: Bankruptcy Desk/Managing Agent
132 Macoby Run St
Las Vegas, NV 89148

Kuo-chu & Nancy Hsu
Attn: Bankruptcy Desk/Managing Agent
147 Crooked Putter Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Kuo-chu & Nancy Hsu
Attn: Bankruptcy Desk/Managing Agent
6741 Sea Swallow St
N Las Vegas, NV 89084

Kurt Torneslog
Attn: Bankruptcy Desk/Managing Agent
5606 West Collins
Golden Valley AZ 86413

Kusatani Family
Attn: Bankruptcy Desk/Managing Agent
4577 El Camino Cabos Dr
Las Vegas, NV 89147

Kustom Kings Inc.
Attn: Bankruptcy Desk/Managing Agent
5580 S. Decatur Blvd
Las Vegas NV 89118

KVBC-TV3
Attn: Bankruptcy Desk/Managing Agent
1500 Foremaster Lane
Las Vegas NV 89101

Kwan & Jum Yang
Attn: Bankruptcy Desk/Managing Agent
9702 Kampsville Ave
Las Vegas, NV 89148

Kwock & Shuet Lam
Attn: Bankruptcy Desk/Managing Agent
98 Sunset Bay St
Las Vegas, NV 89148

Kwok & Consuelo Tse
Attn: Bankruptcy Desk/Managing Agent
333 Lakewood Garden Dr
Las Vegas, NV 89148

Kwok & Elaine Leung
Attn: Bankruptcy Desk/Managing Agent
3620 Redwood Rd
Oakland, CA 94619

Kwok & Elaine Leung
Attn: Bankruptcy Desk/Managing Agent
62 Blaven Dr
Henderson, NV 89002

Kwok Chan
Attn: Bankruptcy Desk/Managing Agent
16 W 16th St # 7
New York, NY 10011

Kwok Chan
Attn: Bankruptcy Desk/Managing Agent
74 Laying Up Ct
Las Vegas, NV 89148

Kwok Kan Chan
Attn: Bankruptcy Desk/Managing Agent
16W. 16th St.
APT 7PN
New York 10011

KXPT FM-Lotus Broadcasti
Attn: Bankruptcy Desk/Managing Agent
Juliette Stern
8755 W. Flamingo Rd.
Las Vegas NV 89147

Kyle & Rica McCleary
Attn: Bankruptcy Desk/Managing Agent
747 Wigan Pier Dr
Henderson, NV 89002

Kyle Moyer & Company, LLC
Attn: Bankruptcy Desk/Managing Agent
7525 East Camelback Rd.
Suite 104
Scottsdale AZ 85251

Kyle Yahiro-Okino
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave #1156
Las Vegas NV 89147

Kyle Yahiro-Okino
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1156
Las Vegas, NV 89147

Kyong Osbourne
Attn: Bankruptcy Desk/Managing Agent
256 Fairway Woods Dr
Las Vegas, NV 89148

Kyong Osbourne
Attn: Bankruptcy Desk/Managing Agent
9655 Brooks Lake Ave
Las Vegas, NV 89148

Kyung Park
Attn: Bankruptcy Desk/Managing Agent
1100 Daytona St
Pahrump, NV 89048

Kyung Park
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1094
Las Vegas, NV 89148

KZKE - FM
Attn: Bankruptcy Desk/Managing Agent
812 East Beale Street
Kingman AZ 86401

L & R Trucking
Attn: Bankruptcy Desk/Managing Agent
3655 Hodges Rd
Kingman AZ 86409

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

L & S Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
L & S Mechanical
290 Sunpac Ave
Henderson NV 89015

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
1 Sunshine Coast Ln
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
129 Broken Putter Way
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
148 Water Hazard Ln
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
152 Broken Putter Way
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
155 Water Hazard Ln
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
458 Center Green Dr
Las Vegas, NV 89148

L E F Properties LLC
Attn: Bankruptcy Desk/Managing Agent
800 N Michigan Ave Apt 2301
Chicago, IL 60611

L Family
Attn: Bankruptcy Desk/Managing Agent
2720 Sweet Willow Ln
Las Vegas, NV 89135

L Family
Attn: Bankruptcy Desk/Managing Agent
58 Tall Ruff Dr
Las Vegas, NV 89148

L Family
Attn: Bankruptcy Desk/Managing Agent
8677 Keyesport Ct
Las Vegas, NV 89148

L Family
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 105
Las Vegas, NV 89113

L Family
Attn: Bankruptcy Desk/Managing Agent
903 E Route 66 Ste D
Glendora, CA 91740

L.T.R.D. Corporation
Attn: Bankruptcy Desk/Managing Agent
3531 E Russell Road Ste G
Las Vegas NV 89120

L.V. Chamber of Commerce
Attn: Bankruptcy Desk/Managing Agent
Lana Woodward
3720 Howard Hughes Parkway
Las Vegas NV  89109-0937

La Jolla Pacific
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine CA 92618

La Maison T LLC
Attn: Bankruptcy Desk/Managing Agent
433 Hidden Hole Dr
Las Vegas, NV 89148

La Maison T LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 280
Atwood, CA 92811

La Quinta Inn & Suites
Attn: Bankruptcy Desk/Managing Agent
7101 Cascade Valley Court
Las Vegas NV 89128

Lab Safety Supply,Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5004
Janesville WI 53547-5004

Labor Express
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 15000
Chandler AZ 85244-5000

Labor Ready Temporary SW
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 31001-0257
Pasadena CA 91110-0257

Labor Systems
Attn: Bankruptcy Desk/Managing Agent
PO Box 1205
Chandler AZ 85244-1205

Lafrance Family
Attn: Bankruptcy Desk/Managing Agent
5829 Austin English St
N Las Vegas, NV 89081

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Lafrance Family
Attn: Bankruptcy Desk/Managing Agent
6755 Prairie Clover St
Las Vegas, NV 89148

Lagana Family
Attn: Bankruptcy Desk/Managing Agent
142 Altura Vista
Los Gatos, CA 95032

Lagana Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1137
Las Vegas, NV 89148

Laguna Geosciences, Inc.
Attn: Bankruptcy Desk/Managing Agent
31642 Sp. Pacific Hwy. #100
Laguna Beach CA 92651

Lai & Nancy Lee
Attn: Bankruptcy Desk/Managing Agent
9677 Kampsville Ave
Las Vegas, NV 89148

Lai Kwok
Attn: Bankruptcy Desk/Managing Agent
230 Tayman Park Ave
Las Vegas, NV 89148

Lai Kwok
Attn: Bankruptcy Desk/Managing Agent
4214 California St
San Francisco, CA 94118

Leisure Cooney Outdoor
Attn: Bankruptcy Desk/Managing Agent
1302 West Camelback Road
Phoenix AZ 85013

Lake & Cobb PLC
Attn: Bankruptcy Desk/Managing Agent
10429 S. 51st St.
Suite 215
Phoenix AZ 85044

Lake Ridge Realty
Attn: Bankruptcy Desk/Managing Agent
Cheryl Williams
P. O. Box 21885
Bullhead City AZ 86439

Lamar Companies
Attn: Bankruptcy Desk/Managing Agent
Monica
PO Box 96030
Baton Rouge LA 70896

Lamb Family
Attn: Bankruptcy Desk/Managing Agent
189 Lakewood Garden Dr
Las Vegas, NV 89148

Lamb Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 558
Dubois, WY 82513

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
20250 Plummer Street
Chatsworth, CA 91311

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
Gail Forman/6340 S.Sandhill Rd
Attn: Accounts Receivable
20250 Plummer Street
Chatsworth CA 91311

Lance Millage
Attn: Bankruptcy Desk/Managing Agent
481 Via Palermo Dr
Henderson, NV 89011

Lance Richey
Attn: Bankruptcy Desk/Managing Agent

Land America Account Servicing
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 2986
Phoenix AZ 85062

Land Title of Nevada
Attn: Bankruptcy Desk/Managing Agent
Susan Coleman
P.O. Box 26239
Las Vegas NV 89126

Landaco Landscaping & Grading
Attn: Bankruptcy Desk/Managing Agent
Vance
4660 S. Polaris
Las Vegas NV 89103-5615

LandAmerica Transnation
Attn: Bankruptcy Desk/Managing Agent
1316 Stocton Hill Road
Kingman AZ 86401

Landiscor Aerial Information
Attn: Bankruptcy Desk/Managing Agent
John Lloyd
P. O Box 98309
Phoenix AZ 85038-8309

Landmark Books, LLC
Attn: Bankruptcy Desk/Managing Agent
1601 Cloverfield Boulevard
2nd Floor, South Tower
Santa Monica CA 90404

LANDMARK CDO LIMITED
Attn: Bankruptcy Desk/Managing Agent
John D'Angelo
6 Lanmark Square
Stamford CT

Rhodes Design and Development Corp. 09-14846 - U.S. Mail    Served 4/17/2009

Landon Schechter
Attn: Bankruptcy Desk/Managing Agent
37 Voltaire Ave
Henderson, NV 89002

Landscape Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
35 W. Mayflower Avenue
North Las Vegas NV 89030

Landscapes Unlimited, LLC
Attn: Bankruptcy Desk/Managing Agent
Southwest Regional Office
8145 East Evans Rd. Ste 7
Scottsdale AZ 85260

Landslide Strategic Media, LLC
Attn: Bankruptcy Desk/Managing Agent
8408 E. Redwing Road
Scottsdale AZ 85250

Lane Furniture Ind., Inc.
Attn: Bankruptcy Desk/Managing Agent
5380 Hwy 145
P.O. Box 1627
Tupelo MS 38802

Langford Crane Service
Attn: Bankruptcy Desk/Managing Agent
6130 W. Tropicana PMB#218
Las Vegas NV 69103

Language Learning Enterprises
Attn: Bankruptcy Desk/Managing Agent
2654 Valley Ave.
Suite J
Winchester VA 22601

Lani B. Misalucha
Attn: Bankruptcy Desk/Managing Agent
7115 Mountain Den Avenue
Las Vegas NV 89179

Lanier, Laura
Attn: Bankruptcy Desk/Managing Agent
8780 W Nevso Dr
Las Vegas, NV 89147

Lanvin Singtalay
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 203
Las Vegas, NV 89113

Laptop City Online
Attn: Bankruptcy Desk/Managing Agent
1391 N. Military Trail
West Palm Beach FL 33409

Laquitter Drummer
Attn: Bankruptcy Desk/Managing Agent
359 Trailing Putt Way
Las Vegas, NV 89148

Larry & Cheryl Mayorga
Attn: Bankruptcy Desk/Managing Agent
495 Center Green Dr
Las Vegas, NV 89148

Larry & Cheryl Mayorga
Attn: Bankruptcy Desk/Managing Agent
947 Evening Dew Dr
Las Vegas, NV 89110

Larry & Elaine Skinner
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 104
Las Vegas, NV 89113

Larry & Elaine Skinner
Attn: Bankruptcy Desk/Managing Agent
910 Haliburton Rd
Edmonton AB T6R
Canada

Larry & Mely Idanan
Attn: Bankruptcy Desk/Managing Agent
352 Broken Par Dr
Las Vegas, NV 89148

Larry & Regina Beaulac
Attn: Bankruptcy Desk/Managing Agent
4725 Ashington St
Las Vegas, NV 89147

Larry & Shawntel Miller
Attn: Bankruptcy Desk/Managing Agent
785 Wigan Pier Dr
Henderson, NV 89002

Larry Blackwell
Attn: Bankruptcy Desk/Managing Agent
3987 Topawa Drive
Las Vegas NV 69103

Larry Blackwell
Attn: Bankruptcy Desk/Managing Agent
3987 Topowa Dr
Las Vegas, NV 89103

Larry D. Nolan
Attn: Bankruptcy Desk/Managing Agent
HC 37, Box 2087
Dolan Springs AZ 86441

Larry Errthum
Attn: Bankruptcy Desk/Managing Agent
11243 Fiefole
Las Vegas NV 89141

Larry Fitch
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 312
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Larry Gurganus
Attn: Bankruptcy Desk/Managing Agent
1441 Foothills Village Dr
Henderson, NV 89012

Larry Gurganus
Attn: Bankruptcy Desk/Managing Agent
333 Cart Crossing Way
Las Vegas, NV 89148

Larry Holmes
Attn: Bankruptcy Desk/Managing Agent
200 Rosemary Ln
Las Vegas, NV 89107

Larry Holmes
Attn: Bankruptcy Desk/Managing Agent
205 Duck Hollow Ave
Las Vegas, NV 89148

Larry Ivers
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 202
Las Vegas, NV 89113

Larry McGovern
Attn: Bankruptcy Desk/Managing Agent
1146 Olivia Pkwy
Henderson, NV 89011

Larry McGovern
Attn: Bankruptcy Desk/Managing Agent
605 Fragrant Orchard St
Henderson, NV 89015

Larry Michaels
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 304
Las Vegas, NV 89113

Larry Sip
Attn: Bankruptcy Desk/Managing Agent
1008 Kanavi Way
Ivins UT 84738

Larry Stewart
Attn: Bankruptcy Desk/Managing Agent
9766 Marcelline Ave
Las Vegas, NV 89148

Larry's Towing & Transport
Attn: Bankruptcy Desk/Managing Agent
6800 W. Gary Ave
Las Vegas NV 89139

Larson & Associates
Attn: Bankruptcy Desk/Managing Agent
4058 S. Industrial Road
Las Vegas NV 89103

Larson & Stephens, LLC
Attn: Bankruptcy Desk/Managing Agent
810 S Casino Center Blvd
Las VEgas, NV 89101

Lartrell Redmond
Attn: Bankruptcy Desk/Managing Agent
6711 Surfbird St
N Las Vegas, NV 89084

Lartrell Redmond
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1014
Las Vegas, NV 89148

LAS Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
856 E. Sahara #201
Las Vegas NV 89104

Las Vegas Billboards
Attn: Bankruptcy Desk/Managing Agent
5665 S. Valley View Blvd#4
Las Vegas NV 89119

Las Vegas Customs
Attn: Bankruptcy Desk/Managing Agent
Redline Motorsports, Inc.
4881 W Hacienda Ave #2
Las Vegas NV 89118

Las Vegas Life, LLC
Attn: Bankruptcy Desk/Managing Agent
A Greenspun Media Group Pub.
2290 Corporate Circle, Suite 250
Henderson NV 89074

Las Vegas Magazine
Attn: Bankruptcy Desk/Managing Agent
Showbiz Weekly, Inc.
2290 Corporate Circle Suite 250
Henderson NV 89074

Las Vegas Municipal Court
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 9855
Las Vegas NV 89193

Las Vegas NV 51's Baseball
Attn: Bankruptcy Desk/Managing Agent
850 Las Vegas Blvd. North
Las Vegas NV 89101

Las Vegas NV Art Museum
Attn: Bankruptcy Desk/Managing Agent
9600 West Sahara
Las Vegas NV 89117

Las Vegas NV Chamber of Commerce
Attn: Bankruptcy Desk/Managing Agent
Attn: Sales Department
3720 Howard Hughes Parkway
Las Vegas NV 89109-0937

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Las Vegas NV Chinese Daily News
Attn: Bankruptcy Desk/Managing Agent
4215 Spring Mountain Road
Suite B-208A
Las Vegas NV 89102

Las Vegas NV Clark County
Attn: Bankruptcy Desk/Managing Agent
Library District
833 Las Vegas NV Blvd North 4th Floo
Las Vegas NV 89101

Las Vegas NV Color Graphics, Inc.
Attn: Bankruptcy Desk/Managing Agent
4265 W Sunset Road
Las Vegas NV 89118

Las Vegas NV DVD Transfer Co.
Attn: Bankruptcy Desk/Managing Agent
Rens Swann
6732 W. Oak Valley Dr.
Las Vegas NV 89103

Las Vegas NV Electric
Attn: Bankruptcy Desk/Managing Agent
3305 Meade Avenue
Las Vegas NV  89102

Las Vegas NV Entertainment
Attn: Bankruptcy Desk/Managing Agent
Productions
4990 Paradise Rd.,Ste 103
Las Vegas NV 89119

Las Vegas NV Justice Court
Attn: Bankruptcy Desk/Managing Agent
200 Lewis Avenue
Las Vegas NV 89155

Las Vegas NV Neurosurgery
Attn: Bankruptcy Desk/Managing Agent
Orthopaedics & Rehabilitation
501 S. Rancho Dr. I-67
Las Vegas NV 89106

Las Vegas NV Office Furniture
Attn: Bankruptcy Desk/Managing Agent
7370 S. Industrial Road Ste 405
Las Vegas NV 89139

Las Vegas NV Reprographics
Attn: Bankruptcy Desk/Managing Agent
5329 S. Cameron
Suite 112
Las Vegas NV 89118

Las Vegas NV Shed Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 36790
Las Vegas NV 89133-6790

Las Vegas NV Southwest Rotary Clu
Attn: Bankruptcy Desk/Managing Agent
PO Box 70126
University Station
Las Vegas NV 89170-0126

Las Vegas NV Stile
Attn: Bankruptcy Desk/Managing Agent
# 8 Red Fawn Court
Henderson NV 89074

Las Vegas NV Underground
Attn: Bankruptcy Desk/Managing Agent
5790 Wynn Road Suite 2
Las Vegas NV 89118

Las Vegas NV Valley Water D
Attn: Bankruptcy Desk/Managing Agent
Customer Service
1001 South Valley View Blvd
Attn:Remittance Processing
Las Vegas NV 89153

Las Vegas Paving
Attn: Bankruptcy Desk/Managing Agent
4420 S. Decatur
Las Vegas NV 89103

Las Vegas Publications, LLC
Attn: Bankruptcy Desk/Managing Agent
8689 W. Sahara Ave
Suite 260
Las Vegas NV 89117

Las Vegas Review Journal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 70
Las Vegas NV 89125

Las Vegas Toilet Rentals
Attn: Bankruptcy Desk/Managing Agent
2069 N. Christy Lane
Las Vegas NV 89156

Las Vegas Township Court 128
Attn: Bankruptcy Desk/Managing Agent
Reference Citation #421906

Las Vegas Valley Water D
Attn: Bankruptcy Desk/Managing Agent
1001 South Valley View Blvd
Attn:Remittance Processing
Las Vegas, NV 89153

Laser Printer Specialist
Attn: Bankruptcy Desk/Managing Agent
4625 Wynn Road  #104
Las Vegas NV 89103

Laser World
Attn: Bankruptcy Desk/Managing Agent
1517 W. Oakey Blvd.
Las Vegas NV 89102

Lasley Family
Attn: Bankruptcy Desk/Managing Agent
5116 Rolling Fairway Dr
Valrico, FL 33596

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Lesley Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1029
Las Vegas, NV 89148

Lasting Impressions
Attn: Bankruptcy Desk/Managing Agent
7777 Hauck Street
Las Vegas NV 89139

LasVegas.com
Attn: Bankruptcy Desk/Managing Agent
Monica Peterson
1111 W. Bonanza Road
Las Vegas NV 89125-0070

Latham & Watkins LLP
Attn: Bankruptcy Desk/Managing Agent
633 West Fifth Street
Suite 4000
Los Angeles CA 90071-2007

LATITUDE CLO I
Attn: Bankruptcy Desk/Managing Agent
Charles Strause
1850 Gateway Drive  Suite 650
San Mateo, Ca, 94404

Lauana & Albert Hart
Attn: Bankruptcy Desk/Managing Agent
8572 Whitesails Cir
Huntington Beach, CA 92646

Lauana & Albert Hart
Attn: Bankruptcy Desk/Managing Agent
953 Via Stellato St
Henderson, NV 89011

Laura Birholtz
Attn: Bankruptcy Desk/Managing Agent
2801 S Valley View Blvd Ste 10
Las Vegas, NV 89102

Laura Birholtz
Attn: Bankruptcy Desk/Managing Agent
6860 Rose Mallow St
Las Vegas, NV 89148

Laura Buscaglia
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1049
Las Vegas, NV 89148

Laura D'Amore
Attn: Bankruptcy Desk/Managing Agent
785 Telfer Ln
Henderson, NV 89002

Laura Estrada
Attn: Bankruptcy Desk/Managing Agent
9703 Dieterich Ave
Las Vegas, NV 89148

Laura Holt
Attn: Bankruptcy Desk/Managing Agent
6790 Gold Yarrow St
Las Vegas, NV 89148

Laura Jebe
Attn: Bankruptcy Desk/Managing Agent
4618 El Camino Cabos Dr
Las Vegas, NV 89147

Laura Romo
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 206
Las Vegas, NV 89113

Laura Tolentino
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2094
Las Vegas, NV 89148

Laura Valle
Attn: Bankruptcy Desk/Managing Agent
347 Trailing Putt Way
Las Vegas, NV 89148

Laura Vallenari
Attn: Bankruptcy Desk/Managing Agent
1055 Via San Gallo Ct
Henderson, NV 89011

Laura Yang
Attn: Bankruptcy Desk/Managing Agent
326 Blackstone River Ave
Las Vegas, NV 89148

Laureano & Maria Natividad
Attn: Bankruptcy Desk/Managing Agent
19431 Trentham Ave
Cerritos, CA 90703

Laureano & Maria Natividad
Attn: Bankruptcy Desk/Managing Agent
69 Sully Creek Ct
Las Vegas, NV 89148

Laureen Stevens
Attn: Bankruptcy Desk/Managing Agent
9261 Dames Rocket Pl
Las Vegas, NV 89148

Lauren & Adrienne Finley
Attn: Bankruptcy Desk/Managing Agent
3254 W Canyon Ave
San Diego, CA 92123

Lauren & Adrienne Finley
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 307
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Laurenca & Victoria Brocato
Attn: Bankruptcy Desk/Managing Agent
1405 Saintsbury Dr
Las Vegas, NV 89144

Laurence & Victoria Brocato
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 311
Las Vegas, NV 89113

Laurie Anderson
Attn: Bankruptcy Desk/Managing Agent
420 Maloney Ct
Suisun City, CA 94585

Laurie Anderson
Attn: Bankruptcy Desk/Managing Agent
6855 Baby Jade Ct
Las Vegas, NV 89148

Laurie Paquette
Attn: Bankruptcy Desk/Managing Agent
321 Waterton Lakes Ave
Las Vegas, NV 89148

Laurienti, Barbara
Attn: Bankruptcy Desk/Managing Agent
8490 Lambert Dr
Las Vegas, NV 89147

Lavelle & Johnson, P.C.
Attn: Bankruptcy Desk/Managing Agent
Lakes Business Park
8831 W. Sahara
Las Vegas NV 89117

Lavitoria Family
Attn: Bankruptcy Desk/Managing Agent
148 Mandalay Ave
Hercules, CA 94547

Lavitoria Family
Attn: Bankruptcy Desk/Managing Agent
254 Via Franciosa Dr
Henderson, NV 89011

Lavonne Ritzema
Attn: Bankruptcy Desk/Managing Agent
4225 Dry Fork Rd
Whites Creek, TN 37189

Lavonne Ritzema
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 205
Las Vegas, NV 89113

Law Offices of Jongwon Yi, LLC
Attn: Bankruptcy Desk/Managing Agent
c/o Jongwon Yi, Esq.
1700 7th Avenue, Suite 2100
Seattle, WA 94101

Law Offices of Rawlings, Olson, Cannon, Gromley & Desruis
Attn: Bankruptcy Desk/Managing Agent
c/o Dana j. Nitz, Esq.
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Lawrence & Aida Liptak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1126
Las Vegas, NV 89148

Lawrence & Kim Grace
Attn: Bankruptcy Desk/Managing Agent
22192 Crane St
Lake Forest, CA 92630

Lawrence & Kim Grace
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 312
Las Vegas, NV 89113

Lawrence & Sandra Casovan
Attn: Bankruptcy Desk/Managing Agent
110 Weser Close
Edmonton AB T6M2
Canada

Lawrence & Sandra Casovan
Attn: Bankruptcy Desk/Managing Agent
218 Fairway Woods Dr
Las Vegas, NV 89148

Lawrence & Sibel Houck
Attn: Bankruptcy Desk/Managing Agent
146 Dog Leg Dr
Las Vegas, NV 89148

Lawrence & Sibel Houck
Attn: Bankruptcy Desk/Managing Agent
2176 Luau Ct
Henderson, NV 89074

Lawrence Strzelecki
Attn: Bankruptcy Desk/Managing Agent
127 Cooks Creek Ct
Las Vegas, NV 89148

Lawrence Strzelecki
Attn: Bankruptcy Desk/Managing Agent
PO Box 370694
Milwaukee, WI 53237

Lawrence Wiezien, Inc.
Attn: Bankruptcy Desk/Managing Agent
30131 Town Center Drive
Suite 268
Laguna Niguel CA 92677-2082

Lawrie & Saron Wright
Attn: Bankruptcy Desk/Managing Agent
1034 Via Sanguinella St
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Lawson, Perry
Attn: Bankruptcy Desk/Managing Agent
570 Country Apple Ave
Las Vegas, NV 89183

Lawton, Cameron
Attn: Bankruptcy Desk/Managing Agent
6300 West Tropicana #101
Las Vegas, NV 89103

Layman, John
Attn: Bankruptcy Desk/Managing Agent
3917 Sage River St
Las Vegas, NV 89129

Layne Christensen Company
Attn: Bankruptcy Desk/Managing Agent
12030 E. Riggs Road
Chandler AZ 85249-3701

Layton Technology, Inc.
Attn: Bankruptcy Desk/Managing Agent
3710 Corporex Park Dr Ste 100
One Tampa City Center
Suite 2500
Tampa FL 33602

LB Furniture Industries, LLC
Attn: Bankruptcy Desk/Managing Agent
Linda Schatz
99 South Third Street
Hudson NY 12534

LCSC Seller Finance
Attn: Bankruptcy Desk/Managing Agent
Office
Collection Account
3637 Sentara Way, Ste 303
Virginia Beach VA 23452

Leach, Johnson, Song & Gruchow
Attn: Bankruptcy Desk/Managing Agent
5495 S. Rainbow Blvd. #202
Las Vegas NV 89118

Leah Gregorio
Attn: Bankruptcy Desk/Managing Agent
7195 Island Oak Ave
Las Vegas, NV 89113

Leah Gregorio
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2067
Las Vegas, NV 89148

Leal, Crystal
Attn: Bankruptcy Desk/Managing Agent
326 Azure Ave
Las Vegas, NV 89031

Leandro & Sharon Galaz
Attn: Bankruptcy Desk/Managing Agent
524 Punto Vallata Dr
Henderson, NV 89011

Lear & Lear LLP Law Offices
Attn: Bankruptcy Desk/Managing Agent
299 S.Main Ste 2200
808 E. South Temple
Salt Lake City UT 84102

Learning Assessment Partners
Attn: Bankruptcy Desk/Managing Agent
1325 Airmotive Way
Suite #160
Reno NV 89502

Learning for Life
Attn: Bankruptcy Desk/Managing Agent
Attn: Sponsorships
7220 South Paradise Road
Las Vegas NV 89119

LeClairRyan,a Professional Crp
Attn: Bankruptcy Desk/Managing Agent
Riverfront Plaza, East Tower
951 E. Bryd Street - Eighth Floor
Richmond VA 23219

Lee & Ne Jeong
Attn: Bankruptcy Desk/Managing Agent
190 Dog Leg Dr
Las Vegas, NV 89148

Lee & Russell Client Trust Acc
Attn: Bankruptcy Desk/Managing Agent
Tax ID # 06-1663241
7575 Vegas Drive, Ste 150
Las Vegas NV 89128

Lee & Russell, APC
Attn: Bankruptcy Desk/Managing Agent
7575 Vegas Drive
Suite 150
Las Vegas NV 89128

Lee Family
Attn: Bankruptcy Desk/Managing Agent
12 Sandy Bunker Ln
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
279 Broken Par Dr
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
2924 Copper Beach Ct
Las Vegas, NV 89117

Lee Family
Attn: Bankruptcy Desk/Managing Agent
296 Rolling Springs Dr
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
52 Sandy Bunker Ln
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Lee Family
Attn: Bankruptcy Desk/Managing Agent
82 Sandy Bunker Ln
Las Vegas, NV 89148

Lee Family
Attn: Bankruptcy Desk/Managing Agent
877 Darien Way
San Francisco, CA 94127

Lee Grissom
Attn: Bankruptcy Desk/Managing Agent
14556 Newport Ave Unit 2
Tustin, CA 92780

Lee Grissom
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 105
Las Vegas, NV 89113

Lee Jofa
Attn: Bankruptcy Desk/Managing Agent
225 Central Avenue South
Bethpage NY 11714

Lee Lan
Attn: Bankruptcy Desk/Managing Agent
310 Falcons Fire Ave
Las Vegas, NV 89148

Lee Lan
Attn: Bankruptcy Desk/Managing Agent
6480 Spring Mountain Rd Ste 2
Las Vegas, NV 89146

Lee Markholt
Attn: Bankruptcy Desk/Managing Agent
130 Water Hazard Ln
Las Vegas, NV 89148

Lee Markholt
Attn: Bankruptcy Desk/Managing Agent
PO Box 1225
Eatonville, WA 98328

Lee Mitchell
Attn: Bankruptcy Desk/Managing Agent
6345 Belgium Dr
Las Vegas, NV 89122

Lee Mitchell
Attn: Bankruptcy Desk/Managing Agent
7 Wayfaire
Rancho Santa Margarita, CA 92688

Lee Nevada Trust
Attn: Bankruptcy Desk/Managing Agent
476 Punto Vallata Dr
Henderson, NV 89011

Lee,Hernandez,Kelsey,Brooks
Attn: Bankruptcy Desk/Managing Agent
Garofalo, & Blake
7575 Vegas Drive #150
Las Vegas NV 89128

Leeann Stewart-Schencke
Attn: Bankruptcy Desk/Managing Agent
9702 Valmeyer Ave
Las Vegas, NV 89148

Lee-hong Family
Attn: Bankruptcy Desk/Managing Agent
131 Hazelmere Ln
Las Vegas, NV 89148

Legacy Construction
Attn: Bankruptcy Desk/Managing Agent
4339 No. Rancho Rd.
Las Vegas NV 89

Legacy Homes Realty, Inc.
Attn: Bankruptcy Desk/Managing Agent
3700 San Pablo Ave
Suite B-5
Hercules CA 94547

Legal Document Solutions
Attn: Bankruptcy Desk/Managing Agent
710 South 8th Street
Las Vegas NV 89101

Legal Ease of Nevada
Attn: Bankruptcy Desk/Managing Agent
211 North Buffalo Drive, Suite C
Las Vegas NV 89145

Legend Ranch POA
Attn: Bankruptcy Desk/Managing Agent
1834 Highway 95
Bullhead City AZ 86442

Legend Windows for the West
Attn: Bankruptcy Desk/Managing Agent
8050 S. Arville, #101
Las Vegas NV 89139

Leggio Family
Attn: Bankruptcy Desk/Managing Agent
4781 Essen Ct
Las Vegas, NV 89147

Leggio Family
Attn: Bankruptcy Desk/Managing Agent
5740 La Seyne Pl
San Jose, CA 95138

LEHMAN COMMERCIAL PAPER INC.
Attn: Bankruptcy Desk/Managing Agent
Bradley Sweeney
745 Seventh Avenue
New York NY 10019

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Lehman Family
Attn: Bankruptcy Desk/Managing Agent
4648 Munich Ct
Las Vegas, NV 89147

Leibowitz Shumaker Berger
Attn: Bankruptcy Desk/Managing Agent
& Rubens LLP
201 North Civic Drive, Suite 180
Walnut Creek CA 94596-8226

Leigh Family
Attn: Bankruptcy Desk/Managing Agent
309 Falcons Fire Ave
Las Vegas, NV 89148

Leigh Family
Attn: Bankruptcy Desk/Managing Agent
4214 California St
San Francisco, CA 94118

Leilani Marcelino
Attn: Bankruptcy Desk/Managing Agent
6823 Rose Mallow St
Las Vegas, NV 89148

Leiter Family
Attn: Bankruptcy Desk/Managing Agent
7510 Brittlethorne Ave
Las Vegas, NV 89131

Lemoine Family
Attn: Bankruptcy Desk/Managing Agent
7310 Red Cinder St
Las Vegas, NV 89131

Lena Isted
Attn: Bankruptcy Desk/Managing Agent
1132 Via Canale Dr
Henderson, NV 89011

Lending Team Mortgage
Attn: Bankruptcy Desk/Managing Agent
Sanny Lam
3000 Alemany Blvd
San Francisco CA 94112

Lenell Patrick
Attn: Bankruptcy Desk/Managing Agent
7510 Hornblower Ave
Las Vegas, NV 89131

Lenin & Yaneth Rodas
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 306
Las Vegas, NV 89113

Leo May
Attn: Bankruptcy Desk/Managing Agent
97 Arcadian Shores St
Las Vegas, NV 89148

Leon Davis
Attn: Bankruptcy Desk/Managing Agent
1313 Spring Meadow Ln
Concord, CA 94521

Leon Davis
Attn: Bankruptcy Desk/Managing Agent
255 Fairway Woods Dr
Las Vegas, NV 89148

Leon Ho
Attn: Bankruptcy Desk/Managing Agent
7209 Cottonsparrow St
Las Vegas, NV 89131

Leon Nguyen
Attn: Bankruptcy Desk/Managing Agent
955 Via Canale Dr
Henderson, NV 89011

Leonard & Betsy Rhodes
Attn: Bankruptcy Desk/Managing Agent
Living Trust
3024 Highland Falls
Las Vegas NV 89134

Leonard & Jennifer Taylor
Attn: Bankruptcy Desk/Managing Agent
4925 Woody Valley St
North Las Vegas NV 89031

Leonard & Shirley Mangalindan
Attn: Bankruptcy Desk/Managing Agent
11555 Allen
Tustin, CA 92782

Leonard & Shirley Mangalindan
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 206
Las Vegas, NV 89113

Leonard Martin
Attn: Bankruptcy Desk/Managing Agent
188 Wicked Wedge Way
Las Vegas, NV 89148

Leonard Martin
Attn: Bankruptcy Desk/Managing Agent
4892 Stavanger Ln
Las Vegas, NV 89147

Leonard Rasho
Attn: Bankruptcy Desk/Managing Agent
192 Sandy Bunker Ln
Las Vegas, NV 89148

Leonard Rasho
Attn: Bankruptcy Desk/Managing Agent
20252 Via Cellini
Porter Ranch CA 91326

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Leonard Schroader
Attn: Bankruptcy Desk/Managing Agent
37 Chateau Whistler Ct
Las Vegas, NV 89148

Leonard Urso
Attn: Bankruptcy Desk/Managing Agent
199 Fairway Woods Dr
Las Vegas, NV 89148

Leonardo Katigbak
Attn: Bankruptcy Desk/Managing Agent
3326 Hillside Garden Dr
Las Vegas, NV 89135

Leonardo Katigbak
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 209
Las Vegas, NV 89113

Leonel & Sandra Torres
Attn: Bankruptcy Desk/Managing Agent
787 Vortex Ave
Henderson, NV 89002

Leonides & Carolen Alfonso
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1012
Las Vegas, NV 89148

Leonides & Carolen Alfonso
Attn: Bankruptcy Desk/Managing Agent
973 Seascape Cir
Rodeo, CA 94572

Leonisa & Armando Marasigan
Attn: Bankruptcy Desk/Managing Agent
533 Newberry Springs Dr
Las Vegas, NV 89148

Leopoldo & Rosario Frausto
Attn: Bankruptcy Desk/Managing Agent
171 Tayman Park Ave
Las Vegas, NV 89148

Leopoldo M. Asuncion
Attn: Bankruptcy Desk/Managing Agent
242 Angels Trace Court
Las Vegas NV  89148

Lerna Wending
Attn: Bankruptcy Desk/Managing Agent
190 Chadwell Ct
Henderson NV  89074

Lernik Moradian
Attn: Bankruptcy Desk/Managing Agent
1640 Irving Ave
Glendale, CA 91201

Lernik Moradian
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 315
Las Vegas, NV 89113

Leroy's Ace Hardware
Attn: Bankruptcy Desk/Managing Agent
4550 Stockton Hill Rd
Kingman AZ 86401

Les & Debbie Schwartz
Attn: Bankruptcy Desk/Managing Agent
239 Spring Hollow Dr
Las Vegas, NV 89148

Les & Debbie Schwartz
Attn: Bankruptcy Desk/Managing Agent
6212 39th Ave
Stettler AB T0C
Canada

Leslie & Kevin Rowens
Attn: Bankruptcy Desk/Managing Agent
477 Punto Vallata Dr
Henderson, NV 89011

Leslie & Lestie Blasco
Attn: Bankruptcy Desk/Managing Agent
193 Sea Rim Ave
Las Vegas, NV 89148

Leslie & Maria Ackerman
Attn: Bankruptcy Desk/Managing Agent
10102 Gish Ave
Tujunga, CA 91042

Leslie & Maria Ackerman
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1082
Las Vegas, NV 89148

Leslie & Michelle Levin
Attn: Bankruptcy Desk/Managing Agent
273 Harpers Ferry Ave
Las Vegas, NV 89148

Leslie & Michelle Levin
Attn: Bankruptcy Desk/Managing Agent
3765 Parna Ln
Las Vegas, NV 89120

Leslie Brotherton
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 211
Las Vegas, NV 89113

Leslie Lacuesta
Attn: Bankruptcy Desk/Managing Agent
578 Newberry Springs Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Leslie Lacuesta
Attn: Bankruptcy Desk/Managing Agent
8603 Eileen St
Spring Valley, CA 91977

Lesly & Ferdinand Devera
Attn: Bankruptcy Desk/Managing Agent
9308 Bearded Iris Ave
Las Vegas, NV 89148

Leticia Watson
Attn: Bankruptcy Desk/Managing Agent
10-734 Dabney Drive # 57
San Diego CA 92126

Letizia Ad Team
Attn: Bankruptcy Desk/Managing Agent
8010 W. Sahara Ave.Suite 260
Las Vegas NV 89117

Leung, Mark
Attn: Bankruptcy Desk/Managing Agent
10632 Chickasaw Cedar Court
Las Vegas, NV 89129

Levaux Family
Attn: Bankruptcy Desk/Managing Agent
183 Dog Leg Dr
Las Vegas, NV 89148

Levaux Family
Attn: Bankruptcy Desk/Managing Agent
248 Tie Breaker Ct
Las Vegas, NV 89148

Levaux Family
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Levent Yilmaz
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2056
Las Vegas, NV 89148

Leverage Communications
Attn: Bankruptcy Desk/Managing Agent
INC.
3111 South Valley View    INC
# E108
Las Vegas NV 89102

Levin Family
Attn: Bankruptcy Desk/Managing Agent
4565 El Camino Cabos Dr
Las Vegas, NV 89147

Levin Family
Attn: Bankruptcy Desk/Managing Agent
4571 El Camino Cabos Dr
Las Vegas, NV 89147

Levitz
Attn: Bankruptcy Desk/Managing Agent
91 S. Martin Luther King Blvd.
Las Vegas NV 89106-4340

Levon Stephanian
Attn: Bankruptcy Desk/Managing Agent
210 Crooked Pine Dr
Las Vegas, NV 89148

Levon Stephanian
Attn: Bankruptcy Desk/Managing Agent
286 Brushy Creek Ave
Las Vegas, NV 89148

Lewey, Gary L
Attn: Bankruptcy Desk/Managing Agent
8820 Jewel Ridge Ave
Las Vegas, NV 89148

Lewis M Etcoff, Ph.D., P.C.
Attn: Bankruptcy Desk/Managing Agent
8475 S. Eastern
Suite 205
Las Vegas NV 89123

Leydecker Family
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 302
Las Vegas, NV 89113

Leydecker Family
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 216
Las Vegas, NV 89113

Leydecker Family
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 207
Las Vegas, NV 89113

LGS Architects-Nevada
Attn: Bankruptcy Desk/Managing Agent
2444 Dupont Drive
Irvine CA 92612

Li Li
Attn: Bankruptcy Desk/Managing Agent
257 Palm Trace Ave
Las Vegas, NV 89148

Li Tan
Attn: Bankruptcy Desk/Managing Agent
191 Rancho Maria St
Las Vegas, NV 89148

Li Tan
Attn: Bankruptcy Desk/Managing Agent
304 Harpers Ferry Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Li Tang
Attn: Bankruptcy Desk/Managing Agent
9660 Kampsville Ave
Las Vegas, NV 89148

Li Tang
Attn: Bankruptcy Desk/Managing Agent
9787 Maple Sugar Leaf Pl
Las Vegas, NV 89148

Li Wang
Attn: Bankruptcy Desk/Managing Agent
109 Standing Stone St
Las Vegas, NV 89148

Li Wang
Attn: Bankruptcy Desk/Managing Agent
4940 Earl Gros Ave #1
Baton Roughe, LA 70820

Lian Lin
Attn: Bankruptcy Desk/Managing Agent
75 Rusty Springs Ct
Las Vegas, NV 89148

Liangcai Tan
Attn: Bankruptcy Desk/Managing Agent
2172 De Narvik Dr
Henderson, NV 89044

Liangcai Tan
Attn: Bankruptcy Desk/Managing Agent
72 Daisy Springs Ct
Las Vegas, NV 89148

Lianne Shih
Attn: Bankruptcy Desk/Managing Agent
300 Trailing Putt Way
Las Vegas, NV 89148

Lianne Shih
Attn: Bankruptcy Desk/Managing Agent
341 Angels Trace Ct
Las Vegas, NV 89148

Liao Family
Attn: Bankruptcy Desk/Managing Agent
260 Tayman Park Ave
Las Vegas, NV 89148

Libby W. Raynes Family Trust
Attn: Bankruptcy Desk/Managing Agent
C/O Premier Trust of Nevada
2700 West Sahara Ave Ste 300
Las Vegas NV 89102

Liberty Cutting & Coring
Attn: Bankruptcy Desk/Managing Agent
HCR 33 Box 41
Las Vegas NV 89124

Liberty Fire Servica
Attn: Bankruptcy Desk/Managing Agent
1306 West Craig Rd.
Suite E, #155
N. Las Vegas NV 89032

Liberty Flag & Specialty Co.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 398
Reedsburg WI 53959-0398

Liberty High School
Attn: Bankruptcy Desk/Managing Agent
3700 Liberty Heights Ave.
Henderson NV  89052

Liberty Realty
Attn: Bankruptcy Desk/Managing Agent
2451 S. Buffalo Dr
Las Vegas NV 89117

Lied Animal Shelter
Attn: Bankruptcy Desk/Managing Agent
Kara Kidwell
655 North Mojave Road
Las Vegas NV 89101-2401

Lied Discovery Children's
Attn: Bankruptcy Desk/Managing Agent
Museum
833 Las Vegas NV Boulevard North
Las Vegas NV 89101

Lien Ly
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 116
Las Vegas, NV 89113

Lien-Thi Duong
Attn: Bankruptcy Desk/Managing Agent
3000 High View Dr.
Henderson NV  89014

Ligaya Padlan
Attn: Bankruptcy Desk/Managing Agent
37085 Walnut St Apt C
Newark, CA 94560

Ligaya Padlan
Attn: Bankruptcy Desk/Managing Agent
582 Newberry Springs Dr
Las Vegas, NV 89148

Lijun Li
Attn: Bankruptcy Desk/Managing Agent
9252 Prairie Aster Pl
Las Vegas, NV 89148

Lili Claire Foundation
Attn: Bankruptcy Desk/Managing Agent
2800 28th Street, Suite 160
Santa Monica CA 90405

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Lili Tan
Attn: Bankruptcy Desk/Managing Agent
161 Duck Hollow Ave
Las Vegas, NV 89148

Lilia Navarro
Attn: Bankruptcy Desk/Managing Agent
285 Broken Par Dr
Las Vegas, NV 89148

Lilia Navarro
Attn: Bankruptcy Desk/Managing Agent
893 Tramway Dr
Milpitas, CA 95035

Lilibeth Sieler
Attn: Bankruptcy Desk/Managing Agent
549 Halloran Springs Rd
Las Vegas, NV 89148

Liliya Zlotnikova and
Attn: Bankruptcy Desk/Managing Agent
Afroim Psavko
12783 Calle De Los Roses
San Diego CA 92129

Lillian Melgar
Attn: Bankruptcy Desk/Managing Agent
9070 Red Shores Way
Las Vegas, NV 89147

Lily & Howard Chin
Attn: Bankruptcy Desk/Managing Agent
13717 Bannon Dr
Cerritos, CA 90703

Lily & Howard Chin
Attn: Bankruptcy Desk/Managing Agent
171 Tall Ruff Dr
Las Vegas, NV 89148

Lily Jack
Attn: Bankruptcy Desk/Managing Agent
Ashley
Mitch Zerg & Associates
31838 Village Center Rd
Westlake Village CA 91361

Lily Sy
Attn: Bankruptcy Desk/Managing Agent
4788 Frankfurt Ct
Las Vegas, NV 89147

Lily Sy
Attn: Bankruptcy Desk/Managing Agent
693 Applause Pl
San Jose, CA 95134

Lily Tian
Attn: Bankruptcy Desk/Managing Agent
211 Wicked Wedge Way
Las Vegas, NV 89148

Lilya Bezinover
Attn: Bankruptcy Desk/Managing Agent
182 Waterton Lakes Ave
Las Vegas, NV 89148

Lilya Bezinover
Attn: Bankruptcy Desk/Managing Agent
8159 Santa Monica Blvd Ste 201
West Hollywood, CA 90046

Lim Family
Attn: Bankruptcy Desk/Managing Agent
268 Fairway Woods Dr
Las Vegas, NV 89148

Lim Family
Attn: Bankruptcy Desk/Managing Agent
391 Center Green Dr
Las Vegas, NV 89148

Lim Family
Attn: Bankruptcy Desk/Managing Agent
88 Sunset Bay St
Las Vegas, NV 89148

Lin Family
Attn: Bankruptcy Desk/Managing Agent
377 Palm Trace Ave
Las Vegas, NV 89148

Lin Jin
Attn: Bankruptcy Desk/Managing Agent
6807 Baby Jade Ct
Las Vegas, NV 89148

Lin Jin
Attn: Bankruptcy Desk/Managing Agent
PO Box 31511
Las Vegas, NV 89173

Lin Li
Attn: Bankruptcy Desk/Managing Agent
333 Harpers Ferry Ave
Las Vegas, NV 89148

Linares, Daniel
Attn: Bankruptcy Desk/Managing Agent
2004 East Mesquite Ave
Las Vegas, NV 89101

Linares-Mata, Victor
Attn: Bankruptcy Desk/Managing Agent
2004 East Mesquite Ave
Las Vegas, NV 89101

Lincoln,Gustafson,Cercos
Attn: Bankruptcy Desk/Managing Agent
c/o Nicholas B. Salerno, Esq.
Client Trust Account
2300 West Sahara, Ste 300 Box 2
Las Vegas NV 89102

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Linda & Christopher Robertson
Attn: Bankruptcy Desk/Managing Agent
7540 Apple Springs Ave
Las Vegas, NV 89131

Linda & Lee Weiss
Attn: Bankruptcy Desk/Managing Agent
770 Tossa De Mar Ave
Henderson, NV 89002

Linda Aydelott
Attn: Bankruptcy Desk/Managing Agent
2155 Whitewater Dr
Bullhead City, AZ 86442

Linda Aydelott
Attn: Bankruptcy Desk/Managing Agent
71 Sunset Bay St
Las Vegas, NV 89148

Linda Diver
Attn: Bankruptcy Desk/Managing Agent
227 Piute Lane
Henderson NV  89015

Linda Hong
Attn: Bankruptcy Desk/Managing Agent
49 Chateau Whistler Ct
Las Vegas, NV 89148

Linda Johnson
Attn: Bankruptcy Desk/Managing Agent
106 Sunset Bay St
Las Vegas, NV 89148

Linda Johnson
Attn: Bankruptcy Desk/Managing Agent
383 Highland Hills Ct
Las Vegas, NV 89148

Linda Oyler
Attn: Bankruptcy Desk/Managing Agent
8227 Heather Rock Ct
Las Vegas, NV 89117

Linda Oyler
Attn: Bankruptcy Desk/Managing Agent
9278 Orchid Pansy Ave
Las Vegas, NV 89148

Linda Price
Attn: Bankruptcy Desk/Managing Agent
7204 Cottonsparrow St
Las Vegas, NV 89131

Linda Saenz
Attn: Bankruptcy Desk/Managing Agent
644 Newberry Springs Dr
Las Vegas, NV 89148

Linda Sorensen
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 104
Las Vegas, NV 89113

Linda Wallace
Attn: Bankruptcy Desk/Managing Agent
6228 Windfresh Drive
Las Vegas NV 89148

Linda Warren
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 214
Las Vegas, NV 89113

Linda Watkins
Attn: Bankruptcy Desk/Managing Agent
283 Hickory Heights Ave
Las Vegas, NV 89148

Linda Wong
Attn: Bankruptcy Desk/Managing Agent
62 Cascade Lake St
Las Vegas, NV 89148

Linda Wood
Attn: Bankruptcy Desk/Managing Agent
9462 Verneda Ct
Las Vegas, NV 89147

Lindau & Associates
Attn: Bankruptcy Desk/Managing Agent
8805 Strafford Springs Drive
Las Vegas NV 89134

Linfield Design Associates
Attn: Bankruptcy Desk/Managing Agent
2136 F Rutland Drive
Austin TX 78758

Linjun Zhou
Attn: Bankruptcy Desk/Managing Agent
175 Crooked Putter Dr
Las Vegas, NV 89148

Linjun Zhou
Attn: Bankruptcy Desk/Managing Agent
19782 Glen Brae Dr
Saratoga, CA 95070

Linjun Zhou
Attn: Bankruptcy Desk/Managing Agent
53 Broken Putter Way
Las Vegas, NV 89148

Lino Mejia
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2179
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Lionel Sawyer & Collins
Attn: Bankruptcy Desk/Managing Agent
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas NV 89101

Lip & Hgai Hom
Attn: Bankruptcy Desk/Managing Agent
287 Palm Trace Ave
Las Vegas, NV 89148

Lisa Brown
Attn: Bankruptcy Desk/Managing Agent
1037 Via Prato Ln
Henderson, NV 89011

Lisa Brown
Attn: Bankruptcy Desk/Managing Agent
15 Irvine Pl Inverurie
Aberdeenshire Ab51
Scotland

Lisa Davis
Attn: Bankruptcy Desk/Managing Agent
6060 Allred Pl.#103
Henderson NV  89011

Lisa Larsen
Attn: Bankruptcy Desk/Managing Agent
Keller Williams Realty
2230 Corporate Circle Ste 250
Henderson NV  89074

Lisa Lunetta
Attn: Bankruptcy Desk/Managing Agent
77 Fulton Street
Apt. 21G
New York NY 10038

Lisa M. Munoz
Attn: Bankruptcy Desk/Managing Agent
9414 Boulder Creek St.
Las Vegas NV 89123

Lisa Mai
Attn: Bankruptcy Desk/Managing Agent
10049 Claverton Ct
Las Vegas, NV 89148

Lisa Mai
Attn: Bankruptcy Desk/Managing Agent
261 Fairway Woods Dr
Las Vegas, NV 89148

Lisa Mai
Attn: Bankruptcy Desk/Managing Agent
262 Fairway Woods Dr
Las Vegas, NV 89148

Lisa Morales
Attn: Bankruptcy Desk/Managing Agent
7509 Hornblower Ave
Las Vegas, NV 89131

Lisa Morgan
Attn: Bankruptcy Desk/Managing Agent
4501 Cedros Ave Apt 332
Sherman Oaks, CA 91403

Lisa Morgan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1098
Las Vegas, NV 89148

Lisa Povill
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 214
Las Vegas, NV 89113

Lisa Rivera
Attn: Bankruptcy Desk/Managing Agent
137 Short Ruff Way
Las Vegas, NV 89148

Lisa Uremovich-Hill
Attn: Bankruptcy Desk/Managing Agent
685 Vortex Ave
Henderson, NV 89002

Lisa Yu
Attn: Bankruptcy Desk/Managing Agent
268 Fringe Ruff Dr
Las Vegas, NV 89148

Lisa Yu
Attn: Bankruptcy Desk/Managing Agent
947 Florida Ave
Pittsburgh, PA 15228

Litig@tion Document Group Inc.
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Huges
Suite 115
Las Vegas NV 89109

Lito & Evelyn Cuartero
Attn: Bankruptcy Desk/Managing Agent
37 Sundance Dr
Pomona, CA 91766

Lito & Evelyn Cuartero
Attn: Bankruptcy Desk/Managing Agent
74 Rusty Springs Ct
Las Vegas, NV 89148

Little Baja
Attn: Bankruptcy Desk/Managing Agent
3033 Ford Ave.
Las Vegas NV 89139

Littler Mendelson, PC
Attn: Bankruptcy Desk/Managing Agent
PO Box 45547
San Francisco 94145-0547

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Litton Loan Servicing LP
Attn: Bankruptcy Desk/Managing Agent
250 E John Carpenter Fwy # 300
Irving, TX 75062

Litton Loan Servicing LP
Attn: Bankruptcy Desk/Managing Agent
476 Via Palermo Dr
Henderson, NV 89011

Liuchu Huang
Attn: Bankruptcy Desk/Managing Agent
224 Crooked Putter Dr
Las Vegas, NV 89148

Live Large Promotions
Attn: Bankruptcy Desk/Managing Agent
2285 Coral Ridge Drive
Henderson NV  89052

Living Water Lawn & Garden
Attn: Bankruptcy Desk/Managing Agent
8322 Sunset Horizon Street
Las Vegas NV 89131

Liza Wolff
Attn: Bankruptcy Desk/Managing Agent
244 Crooked Tree Dr
Las Vegas, NV 89148

Lloren Family
Attn: Bankruptcy Desk/Managing Agent
19451 Red Hawk Rd
Walnut, CA 91789

Lloren Family
Attn: Bankruptcy Desk/Managing Agent
9703 Waukegan Ave
Las Vegas, NV 89148

Lloyd & Carmela Curry
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 104
Las Vegas, NV 89113

Lloyd Armstrong
Attn: Bankruptcy Desk/Managing Agent
456 Via Stretto Ave
Henderson, NV 89011

Lloyd Tanji
Attn: Bankruptcy Desk/Managing Agent
3395 Hardesty St
Honolulu, HI 96816

Lloyd Tanji
Attn: Bankruptcy Desk/Managing Agent
9722 Waukegan Ave
Las Vegas, NV 89148

Lloyd Williams
Attn: Bankruptcy Desk/Managing Agent
6466 Aether St
Las Vegas, NV 89148

LMG, Inc.
Attn: Bankruptcy Desk/Managing Agent
7220 Industrial Road, Suite 300
Las Vegas NV 89118-5230

Loan Care Account Servicing
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 791340
Baltimore MD 21279-1340

Lockhart Collection
Attn: Bankruptcy Desk/Managing Agent
Joe L.
10532 Painter Ave.
Santa Fe Springs CA 90670

Lockshop
Attn: Bankruptcy Desk/Managing Agent
4528 W. Diablo Dr. Suite C114
Las Vegas NV 89118

Loewenstein Inc.
Attn: Bankruptcy Desk/Managing Agent
Beata
1801 N. Andrews Ave.
Pompano Beach CA 33069

Logan, Raymond
Attn: Bankruptcy Desk/Managing Agent
770 Autumn Moon Dr
Las Vegas, NV 89123

Logsdon Contracting LLC
Attn: Bankruptcy Desk/Managing Agent
1509 Andrew David Ave.
North Las Vegas NV 89086

Lohman Family
Attn: Bankruptcy Desk/Managing Agent
4682 Califa Dr
Las Vegas, NV 89122

Lois Copple
Attn: Bankruptcy Desk/Managing Agent
393 Highland Hills Ct
Las Vegas NV 89148

Lois Samuels
Attn: Bankruptcy Desk/Managing Agent
1016 Stratford Rd
Deerfield, IL 60015

Lois Samuels
Attn: Bankruptcy Desk/Managing Agent
182 Angels Trace Ct
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Lok Family 1 LLC
Attn: Bankruptcy Desk/Managing Agent
1842 Birdie Ln
Henderson, NV 89074

Lok Family 1 LLC
Attn: Bankruptcy Desk/Managing Agent
47 Diamond Run St
Las Vegas, NV 89148

Lola Mitchell
Attn: Bankruptcy Desk/Managing Agent
139 Cooks Creek Ct
Las Vegas, NV 89148

Lolita Maningas
Attn: Bankruptcy Desk/Managing Agent
6630 Rose Mallow St
Las Vegas, NV 89148

Lonnie Ward
Attn: Bankruptcy Desk/Managing Agent
5408 Jasper Butte Street
Las Vegas NV 89130

Lopez Family
Attn: Bankruptcy Desk/Managing Agent
191 Cliff Valley Dr
Las Vegas, NV 89148

Lopez Family
Attn: Bankruptcy Desk/Managing Agent
523 Via Garofano Ave
Henderson, NV 89011

Lora Salas
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1013
Las Vegas, NV 89148

Lorena Rios
Attn: Bankruptcy Desk/Managing Agent
120 Chimney Ridge Pl
Sterling, VA 20165

Lorena Rios
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1118
Las Vegas, NV 89148

Lorenza Coleman
Attn: Bankruptcy Desk/Managing Agent
1065 Via Corto St
Henderson, NV 89011

Lorenzo & Carmelita Garcia
Attn: Bankruptcy Desk/Managing Agent
395 Center Green Dr
Las Vegas, NV 89148

Lorenzo & Carmelita Garcia
Attn: Bankruptcy Desk/Managing Agent
400 E Bay St Ste 806
Jacksonville, FL 32202

Lorenzo & Carmelita Garcia
Attn: Bankruptcy Desk/Managing Agent
8242 Jose Circle West
Jacksonville FL 32217

Lorenzo Family
Attn: Bankruptcy Desk/Managing Agent
240 Taylor St
Staten Island, NY 10310

Lorenzo Family
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 208
Las Vegas, NV 89113

Loreta Arenas
Attn: Bankruptcy Desk/Managing Agent
408 Hidden Hole Dr
Las Vegas, NV 89148

Lori & Marc Labrecque
Attn: Bankruptcy Desk/Managing Agent
7401 Cedar Rae Ave
Las Vegas, NV 89131

Lori A & Henri Short, Sr.
Attn: Bankruptcy Desk/Managing Agent
PO Box 8561
Lancaster CA 93539

Lori Scalleat
Attn: Bankruptcy Desk/Managing Agent
Jeff
4822 Stavenger Lane
Las Vegas NV  89117

Lori Whittle
Attn: Bankruptcy Desk/Managing Agent
565 Via Di Parione Ct
Henderson, NV 89011

Lori Winchell
Attn: Bankruptcy Desk/Managing Agent
370 Falcons Fire Ave
Las Vegas, NV 89148

Lorin & Bodil Hughes
Attn: Bankruptcy Desk/Managing Agent
191 S Painted Mountain Dr
Las Vegas, NV 89148

Lorin & Bodil Hughes
Attn: Bankruptcy Desk/Managing Agent
8530 Gagnier Blvd
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Lorman Education Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Bix 509
Eau Claire  WI 54702-0509

Lorraine & Reynaldo Manalo
Attn: Bankruptcy Desk/Managing Agent
33527 Stephano Ct
Fremont, CA 94555

Lorraine & Reynaldo Manalo
Attn: Bankruptcy Desk/Managing Agent
61 Back Spin Ct
Las Vegas, NV 89148

Lorraine Coughlin
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2147
Las Vegas, NV 89148

Lorraine Lazcano
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 302
Las Vegas, NV 89113

Los Angeles Freightliner
Attn: Bankruptcy Desk/Managing Agent
PO Box 60816
Los Angeles CA 90060-0816

Los Angeles Times LLC
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 60040
General Mail Facility
Los Angeles CA 90099-021

Louella Lea
Attn: Bankruptcy Desk/Managing Agent
234 Rustic Club Way
Las Vegas, NV 89148

Louie Cordero
Attn: Bankruptcy Desk/Managing Agent
P O Box 81147
Las Vegas NV 89180

Louie Family
Attn: Bankruptcy Desk/Managing Agent
274 Broken Par Dr
Las Vegas, NV 89148

Louie Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 3137
South Pasadena, CA 91031

Louis & Dolores D`Amico
Attn: Bankruptcy Desk/Managing Agent
31 Sahalee Dr
Las Vegas, NV 89148

Louis & Dolores D`Amico
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 210
Las Vegas, NV 89113

Louis Rautenberg
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1051
Las Vegas, NV 89148

Lourdes Vargas
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 202
Las Vegas, NV 89113

LOVE Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
3442 North Buffalo Dr.
Las Vegas, NV 89129

LOVE Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
Del Engineering, Inc. dba LOVE
3442 North Buffalo Dr.
Las Vegas NV 89129

Lovelace, Megan
Attn: Bankruptcy Desk/Managing Agent
10571 Fabrica St
Las Vegas, NV 89141

Lovella & Dean Malicdem
Attn: Bankruptcy Desk/Managing Agent
285 Via Franciosa Dr
Henderson, NV 89011

Lowe, Montgomery
Attn: Bankruptcy Desk/Managing Agent
5329 Striking Point Court
Las Vegas, NV 89130

Lowell Family
Attn: Bankruptcy Desk/Managing Agent
23 Arcadian Shores St
Las Vegas, NV 89148

Lowes
Attn: Bankruptcy Desk/Managing Agent
5050 S. Fort Apache Road
Las Vegas NV 89148

Lowe's Business Account
Attn: Bankruptcy Desk/Managing Agent
PO Box 530970
Atlanta GA 30353-0970

LPA, Inc
Attn: Bankruptcy Desk/Managing Agent
Deann Collins
5161 California Ave
Suite 100
Irvine CA 92617

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

LR Nelson Consulting
Attn: Bankruptcy Desk/Managing Agent
6765 W. Russell Rd.
Suite 200
Las Vegas NV 89118-1885

Luan & Luan Liu
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

Luan & Luan Liu
Attn: Bankruptcy Desk/Managing Agent
6767 Prairie Clover St
Las Vegas, NV 89148

Lubawy & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
8250 W. Charleston Blvd., Ste 100
Las Vegas NV 89117

Lucchesi,Galati Arc. Inc
Attn: Bankruptcy Desk/Managing Agent
no 1099 needed
500 Pilot Road Suite A
Las Vegas NV 89119

Lucheng Mailloux
Attn: Bankruptcy Desk/Managing Agent
598 Over Par Ct
Las Vegas, NV 89148

Lucky Cab Co. of Nevada
Attn: Bankruptcy Desk/Managing Agent
4195 W. Diablo Dr.
Las Vegas NV 89118

Ludovico & Zenaida Bengson
Attn: Bankruptcy Desk/Managing Agent
1807 By Woods Ln
Stevenson, MD 21153

Ludovico & Zenaida Bengson
Attn: Bankruptcy Desk/Managing Agent
499 Via Del Foro Dr
Henderson, NV 89011

Luis & Dorothy Halal
Attn: Bankruptcy Desk/Managing Agent
5 Tutty Cir
Sayreville, NJ 08872

Luis & Dorothy Halal
Attn: Bankruptcy Desk/Managing Agent
525 Via Del Capitano Ct
Henderson, NV 89011

Luis & Joanna Luque
Attn: Bankruptcy Desk/Managing Agent
767 Wigan Pier Dr
Henderson, NV 89002

Luis & Karmina Ochoa
Attn: Bankruptcy Desk/Managing Agent
1069 Via Canale Dr
Henderson, NV 89011

Luis & Maria Crisostomo
Attn: Bankruptcy Desk/Managing Agent
8930 Minsk Ct
Las Vegas, NV 89147

Luis & Maria Crisostomo
Attn: Bankruptcy Desk/Managing Agent
PO Box 502546
Saipan, MP 96950

Luis & Molly Jayo
Attn: Bankruptcy Desk/Managing Agent
4758 Califa Dr
Las Vegas, NV 89122

Luis & Molly Jayo
Attn: Bankruptcy Desk/Managing Agent
PO Box 33968
Reno, NV 89533

Luis Rojas
Attn: Bankruptcy Desk/Managing Agent
497 Via Palermo Dr
Henderson, NV 89011

Lukas Kratochvil
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 210
Las Vegas, NV 89113

Luminita Ionescu
Attn: Bankruptcy Desk/Managing Agent
900 S 4th St # 218
Las Vegas, NV 89101

Luminita Ionescu
Attn: Bankruptcy Desk/Managing Agent
9656 Ziegler Ave
Las Vegas, NV 89148

Lun Lin
Attn: Bankruptcy Desk/Managing Agent
149 Lakewood Garden Dr
Las Vegas, NV 89148

Lun Lin
Attn: Bankruptcy Desk/Managing Agent
2206 Woodlands Dr
Tyler, TX 75703

Lunas Construction, Inc.
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Avenue
Las Vegas NV 89115

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Lunas Roll-Off Rental, Inc
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Ave.
Las Vegas NV 89115

Lunetta, Lisa
Attn: Bankruptcy Desk/Managing Agent
1849 Lyell Canyon Lane
Las Vegas, NV 89134

Lutfi & Lerzan Surmen
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2106
Las Vegas, NV 89148

Luthien Melchior
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 214
Las Vegas, NV 89113

Luthien Melchior
Attn: Bankruptcy Desk/Managing Agent
PO Box 80112
Las Vegas, NV 89180

Luxury Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Tanja Anguay
Las Vegas NV Review Journal
1111 W. Bonanza Road
Las Vegas NV 89106-3545

LV Clark County Library Dist.
Attn: Bankruptcy Desk/Managing Agent
Performing Arts Center

LV Engineers.com
Attn: Bankruptcy Desk/Managing Agent
1 Cactus Garden Drive
Suite A-17
Henderson NV  89014

LV Valley Groundwater Mgmt Pro
Attn: Bankruptcy Desk/Managing Agent
c/o So. Nevada Water Authority
1001 S.Valley View Blvd.
Las Vegas NV 89153

LVCMI
Attn: Bankruptcy Desk/Managing Agent
6875 Speedway Blvd Unit U-102
Las Vegas NV 89115

Ly & Thuy Nguyen
Attn: Bankruptcy Desk/Managing Agent
1750 Clear Lake Ave
Milpitas, CA 95035

Ly & Thuy Nguyen
Attn: Bankruptcy Desk/Managing Agent
9688 Marcelline Ave
Las Vegas, NV 89148

Lydwine Zamor
Attn: Bankruptcy Desk/Managing Agent
930 Via Canale Dr
Henderson, NV 89011

Lyn Pambuena
Attn: Bankruptcy Desk/Managing Agent
19858 Parthenia St
Northridge, CA 91324

Lyn Pambuena
Attn: Bankruptcy Desk/Managing Agent
278 Caddy Bag Ct
Las Vegas, NV 89148

Lynda I. Diver
Attn: Bankruptcy Desk/Managing Agent
227 Piute
Henderson NV  89015

Lyndell Kewley
Attn: Bankruptcy Desk/Managing Agent
91 Rancho Maria St
Las Vegas, NV 89148

Lyndsi Pinko
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2057
Las Vegas, NV 89148

Lynette Boggs McDonald
Attn: Bankruptcy Desk/Managing Agent
For County Commissioner

Lynn Mendell
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 108
Las Vegas, NV 89113

Lynne Willis
Attn: Bankruptcy Desk/Managing Agent
977 Via Columbo St
Henderson, NV 89011

Lynnmarie Homes LLC
Attn: Bankruptcy Desk/Managing Agent
1025 Via Gallia St
Henderson, NV 89011

Lynnmarie Homes LLC
Attn: Bankruptcy Desk/Managing Agent
9913 Fox Springs Dr
Las Vegas, NV 89117

Lyudmila Georgiev
Attn: Bankruptcy Desk/Managing Agent
384 Trailing Putt Way
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Lyudmyla Kovalchuk
Attn: Bankruptcy Desk/Managing Agent
240 Wicked Wedge Way
Las Vegas, NV 89148

M & A Trailers
Attn: Bankruptcy Desk/Managing Agent
10162 Live Oak Avenue
Fontana 92335

M & M Installation, Inc.
Attn: Bankruptcy Desk/Managing Agent
Melanie
3315 E. Russell Road #A4-261
Las Vegas NV 89120

M K J New Granada LLC
Attn: Bankruptcy Desk/Managing Agent
112 Honors Course Dr
Las Vegas, NV 89148

M K J New Granada LLC
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 204
Las Vegas, NV 89113

M Mariah Nieslanik
Attn: Bankruptcy Desk/Managing Agent
281 29 Rd
Grand Junction, CO 81503

M Mariah Nieslanik
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 308
Las Vegas, NV 89113

M Ming & Stella Quan
Attn: Bankruptcy Desk/Managing Agent
315 Blackstone River Ave
Las Vegas, NV 89148

M Ming & Stella Quan
Attn: Bankruptcy Desk/Managing Agent
39 Sea Cliff Ave
San Francisco, CA 94121

M S Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
NEDRA STEPHENSEN
and Service Rock Products
3840 North Commerce
Las Vegas NV 89032

M S I Landscaping, Inc.
Attn: Bankruptcy Desk/Managing Agent
4820 Quality Court
Suite B
Las Vegas NV 89103

M Staff Solutions, LLC
Attn: Bankruptcy Desk/Managing Agent
2921 N. Tenaya Way
Suite 201
Las Vegas NV 89128

M Yi Hung
Attn: Bankruptcy Desk/Managing Agent
3750 Cerisiers Ave
Brossard QC J4Z3W7
Canada

M Yi Hung
Attn: Bankruptcy Desk/Managing Agent
519 Halloran Springs Rd
Las Vegas, NV 89148

M&M Electric, Inc
Attn: Bankruptcy Desk/Managing Agent
3655 W. Dewey Drive
Las Vegas NV 89118

M.A. Engineering Inc.
Attn: Bankruptcy Desk/Managing Agent
3281 S. Higland Dr. Ste 813
Las Vegas NV 89109

M.A.D. Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Anthony Delgado
3121 Blossom Glen Drive
Henderson NV  89014

M2 Group, Inc
Attn: Bankruptcy Desk/Managing Agent
Abby Heyen
4854 E. Baseline Rd., Suite 104
Mesa AZ 85206

Ma Penas
Attn: Bankruptcy Desk/Managing Agent
1510 Crestwood Dr
San Bruno, CA 94066

Ma Penas
Attn: Bankruptcy Desk/Managing Agent
548 Halloran Springs Rd
Las Vegas, NV 89148

Mac Repair
Attn: Bankruptcy Desk/Managing Agent
7075 Redwood Blvd Ste G
Novato CA 94945

Mack Bradley
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2129
Las Vegas, NV 89148

MacTEK
Attn: Bankruptcy Desk/Managing Agent
8809 Colorful Pines
Las Vegas NV 89143

Mactus Family
Attn: Bankruptcy Desk/Managing Agent
265 Rusty Plank Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Mactus Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 45235
Phoenix, AZ 85064

Madden Brand High
Attn: Bankruptcy Desk/Managing Agent
Madden Corporate Services, Inc.
6810 New Tampa Hwy, Ste 200
Lakeland FL 33815

Madelyn Carnate-Peralta
Attn: Bankruptcy Desk/Managing Agent
9717 Marcelline Ave
Las Vegas, NV 89148

Madelyn Carnate-Peralta
Attn: Bankruptcy Desk/Managing Agent
9717 Marcelline Ave.
Las Vegas NV 89147

MADISON PARK FUNDING V
Attn: Bankruptcy Desk/Managing Agent
Ramin Kamali
Eleven Madison Avenue
New York, NY 10010

Madrid  HOA
Attn: Bankruptcy Desk/Managing Agent
c/o RMI Management, LLC
259 North Pecos Road, Suite 100
Henderson, NV 89074

Madrid HOA
Attn: Bankruptcy Desk/Managing Agent
9510 Costilana St.
Las Vegas NV 89147

Madrid, Rolando
Attn: Bankruptcy Desk/Managing Agent
913 Bridgewater Ave
Las Vegas, NV 89110

Magalong Family
Attn: Bankruptcy Desk/Managing Agent
420 Oberle Pl
Placentia, CA 92870

Magalong Family
Attn: Bankruptcy Desk/Managing Agent
497 Newberry Springs Dr
Las Vegas, NV 89148

Magazine Payment Services, Inc
Attn: Bankruptcy Desk/Managing Agent
Boating World
P.O. Box 1296
Sausalito CA 94966

Magazine Publications of LVRJ
Attn: Bankruptcy Desk/Managing Agent
1111 W. Bonanza Road
Las Vegas NV 89106-3545

Magda Jimenez
Attn: Bankruptcy Desk/Managing Agent
303 Ladies Tee Ct
Las Vegas, NV 89148

Magdalena & Alexis Villanueva
Attn: Bankruptcy Desk/Managing Agent
197 Rusty Plank Ave
Las Vegas, NV 89148

Magdalena & Alexis Villanueva
Attn: Bankruptcy Desk/Managing Agent
2310 N Walnut Rd
Las Vegas, NV 89115

Magdalena Wald
Attn: Bankruptcy Desk/Managing Agent
3644 S. Fort Apache #2146
Las Vegas NV 89147

Magi Hsih
Attn: Bankruptcy Desk/Managing Agent
311 Trailing Putt Way
Las Vegas, NV 89148

Magi Hsih
Attn: Bankruptcy Desk/Managing Agent
341 Angels Trace Ct
Las Vegas, NV 89148

Magi Hsih
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 311
Las Vegas, NV 89113

Magic Touch Interior
Attn: Bankruptcy Desk/Managing Agent
4425 E Sahara Avenue
Suite 16
Las Vegas NV 89104

Magic Valley Inspection
Attn: Bankruptcy Desk/Managing Agent
Bruce-249-4122
1829 E. Charleston #103
Las Vegas NV 89104

Maglio, Anthony
Attn: Bankruptcy Desk/Managing Agent
5301 La Patera Lane
Las Vegas, NV 89149

MAGNETITE V CLO LTD
Attn: Bankruptcy Desk/Managing Agent
40 East 52nd Street
New York, NY 10022

Maharam
Attn: Bankruptcy Desk/Managing Agent
Ramona/Asha
45 Rasons Court
Hauppauge NY 11788

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Mahelona Family
Attn: Bankruptcy Desk/Managing Agent
1775 Victoria Way
San Marcos, CA 92069

Mahelona Family
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 105
Las Vegas, NV 89113

Maher Farah
Attn: Bankruptcy Desk/Managing Agent
247 Crooked Putter Dr
Las Vegas, NV 89148

Maher Farah
Attn: Bankruptcy Desk/Managing Agent
732 Towne Lake Dr
Montgomery, AL 36117

Mahnaz Eghterafi
Attn: Bankruptcy Desk/Managing Agent
138 Short Ruff Way
Las Vegas, NV 89148

Mahnaz Eghterafi
Attn: Bankruptcy Desk/Managing Agent
8805 E Cloudview Way
Anaheim, CA 92808

Mahviz Properties LLC
Attn: Bankruptcy Desk/Managing Agent
%Tower Realty
Las Vegas, NV 89147

Mahviz Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 102
Las Vegas, NV 89113

Maiker Monteagudo
Attn: Bankruptcy Desk/Managing Agent
211 Wicked Wedge Way
Las Vegas, NV 89148

Maila Aganon
Attn: Bankruptcy Desk/Managing Agent
67 Honors Course Dr
Las Vegas, NV 89148

Mailmax Mailing Solutions LLC
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Pkwy
Suite 100
Las Vegas NV 89169

MainAmundson & Associates CPAs
Attn: Bankruptcy Desk/Managing Agent
10191 Park Run Dr #200
Las Vegas, NV 89145

MainAmundson & Associates CPAs
Attn: Bankruptcy Desk/Managing Agent
Jim Main
10191 Park Run Drive
Suite 200
Las Vegas NV 89145

Maite Copenttipy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1169
Las Vegas, NV 89148

Majarlica Enterprises Inc
Attn: Bankruptcy Desk/Managing Agent
236 Fairway Woods Dr
Las Vegas, NV 89148

Majarlica Enterprises Inc
Attn: Bankruptcy Desk/Managing Agent
3540 W Sahara Ave # 127
Las Vegas, NV 89102

Majestic Color
Attn: Bankruptcy Desk/Managing Agent
PO Box 13109
Las Vegas NV 89112-1109

Majestic Color Growers, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 620150
Las Vegas NV 89162

Majestic Plumbing
Attn: Bankruptcy Desk/Managing Agent
3823 Losee Road
No Las Vegas NV 89030

Majestic Property Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
189 Paxon Hollow Ct
Las Vegas, NV 89148

Majestic Property Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 371357
Las Vegas, NV 89137

Majilite Corp
Attn: Bankruptcy Desk/Managing Agent
2464 22nd Avenue
San Francisco CA 94116

Majilite Corporation
Attn: Bankruptcy Desk/Managing Agent
C/O Lauren Schulte & Associates
1530 Broadway Road
Dracut MA 01826-2830

Major Distributors, Inc.
Attn: Bankruptcy Desk/Managing Agent
3744 W. Meade Avenue
Las Vegas NV 89102

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Make-A-Wish Found. of So. NV
Attn: Bankruptcy Desk/Managing Agent
3885 S. Decatur Blvd., Suite 1000
Las Vegas NV 89103

Makol Family
Attn: Bankruptcy Desk/Managing Agent
156 Short Ruff Way
Las Vegas, NV 89148

Mamie Zhu
Attn: Bankruptcy Desk/Managing Agent
186 Shawnee Ave
San Francisco, CA 94112

Mamie Zhu
Attn: Bankruptcy Desk/Managing Agent
9731 Kampsville Ave
Las Vegas, NV 89148

Man & Jie Yan
Attn: Bankruptcy Desk/Managing Agent
2015 Peaceful Hills Rd
Walnut, CA 91789

Man & Jie Yan
Attn: Bankruptcy Desk/Managing Agent
9689 Valmeyer Ave
Las Vegas, NV 89148

Manafortuna Productions, Inc.
Attn: Bankruptcy Desk/Managing Agent
Lisa Faith
2756 N. Green Valley Pkwy.
#777
Henderson NV 89014

Manatt, Phelps & Phillips
Attn: Bankruptcy Desk/Managing Agent
11355 West Olympic Blvd.
Los Angeles CA 90064-1614

Manchester Grand Hyatt
Attn: Bankruptcy Desk/Managing Agent
One Market Place
San Diego CA 92101

Mancini, Jerome
Attn: Bankruptcy Desk/Managing Agent
1900 Magic Canyon Dr
Henderson, NV 89002

Mandalay Home Furnishings, Inc
Attn: Bankruptcy Desk/Managing Agent
7391 Earl Circle
Huntington Beach CA 92647

Manganal Sales
Attn: Bankruptcy Desk/Managing Agent
1240 S. Llincoln
Colton CA 92324

Manish & Anamika Sharma
Attn: Bankruptcy Desk/Managing Agent
3 Precedent Pl
Manalapan, NJ 07726

Manish & Anamika Sharma
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2068
Las Vegas, NV 89148

Manning, Hall & Salisbury, LLC
Attn: Bankruptcy Desk/Managing Agent
617 South Eighth Street
Suite A
Las Vegas NV 89101-7004

Manolito & Grace Baluyot
Attn: Bankruptcy Desk/Managing Agent
109 Chateau Whistler Ct
Las Vegas, NV 89148

Manolo & Emelita Robles
Attn: Bankruptcy Desk/Managing Agent
19828 Turtle Springs Way
Northridge, CA 91326

Manolo & Emelita Robles
Attn: Bankruptcy Desk/Managing Agent
85 Back Spin Ct
Las Vegas, NV 89148

Manolo Montes
Attn: Bankruptcy Desk/Managing Agent
104 Arcadian Shores St
Las Vegas, NV 89148

Manolo Montes
Attn: Bankruptcy Desk/Managing Agent
PO Box 573
Schoolcraft, MI 49087

Manpower Temporary Services
Attn: Bankruptcy Desk/Managing Agent
8170 W. Sahara Ave
Suite 207
Las Vegas NV 89117

Manuel & Evelyn Casanova
Attn: Bankruptcy Desk/Managing Agent
257 Tie Breaker Ct
Las Vegas, NV 89148

Manuel & Evelyn Casanova
Attn: Bankruptcy Desk/Managing Agent
745 Buhl Morton Rd
Gallipolis, OH 45631

Manuel & Jessica Del Toro
Attn: Bankruptcy Desk/Managing Agent

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Manuel & Jessica Del Toro
Attn: Bankruptcy Desk/Managing Agent
1066 Via Nandina Pl
Henderson, NV 89011

Manuel & Leticia Anel
Attn: Bankruptcy Desk/Managing Agent
232 Angels Trace Ct
Las Vegas, NV 89148

Manuel & Teresa Artiga
Attn: Bankruptcy Desk/Managing Agent
484 Via Palermo Dr
Henderson, NV 89011

Manuel Casanova
Attn: Bankruptcy Desk/Managing Agent
164 Crooked Putter Dr
Las Vegas, NV 89148

Manuel Casanova
Attn: Bankruptcy Desk/Managing Agent
745 Buhl Morton Rd
Gallipolis, OH 45631

Manuel Gallegus
Attn: Bankruptcy Desk/Managing Agent
493 Via Palermo Dr
Henderson, NV 89011

Manuel Gallegus
Attn: Bankruptcy Desk/Managing Agent
6464 Bryn Mawr Dr
Los Angeles, CA 90068

Manuel Vieites
Attn: Bankruptcy Desk/Managing Agent
292 Soggy Ruff Way
Las Vegas, NV 89148

Manya Evans
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 108
Las Vegas, NV 89113

MapInfo Corporation
Attn: Bankruptcy Desk/Managing Agent
One Global View
Troy NY12180

Marc & Cheryl Vetter
Attn: Bankruptcy Desk/Managing Agent
45 Sunset Bay St
Las Vegas, NV 89148

Marc & Dorothy Sliwa
Attn: Bankruptcy Desk/Managing Agent
175 Fairway Woods Dr
Las Vegas, NV 89148

Marc Cohen
Attn: Bankruptcy Desk/Managing Agent
2536 Bechamel Pl
Henderson, NV 89044

Marc Cohen
Attn: Bankruptcy Desk/Managing Agent
270 Caddy Bag Ct
Las Vegas, NV 89148

Marc Davis
Attn: Bankruptcy Desk/Managing Agent
1024 Via Dupre St
Henderson, NV 89011

Marc Szabo
Attn: Bankruptcy Desk/Managing Agent
50485 Via Amante
La Quinta CA 92253

Marc Webster
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1150
Las Vegas, NV 89148

Marc Zebrasky
Attn: Bankruptcy Desk/Managing Agent
169 Wicked Wedge Way
Las Vegas, NV 89148

Marc Zebrasky
Attn: Bankruptcy Desk/Managing Agent
316 Palm Dr
Hermosa Beach, CA 90254

Marcello Cardenas
Attn: Bankruptcy Desk/Managing Agent
185 Crooked Putter Dr
Las Vegas, NV 89148

March of Dimes So NV Division
Attn: Bankruptcy Desk/Managing Agent
Attn: Dale Andreason
820 Rancho Lane, Suite 55
Las Vegas NV 89106

March of Dimes-AZ
Attn: Bankruptcy Desk/Managing Agent
3550 N. Central Ave #610
Phoenix AZ 85012

Marci Simmons
Attn: Bankruptcy Desk/Managing Agent
9569 Los Cotos Ct
Las Vegas, NV 89147

Marcia & Leonard Poliandro
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 111
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Marcia Denino
Attn: Bankruptcy Desk/Managing Agent
6647 Dapple Gray Rd
Las Vegas, NV 89148

Marcie Fleck
Attn: Bankruptcy Desk/Managing Agent
132 Wicked Wedge Way
Las Vegas, NV 89148

Marco & Jennifer Traniello
Attn: Bankruptcy Desk/Managing Agent
2990 Transverse Creek Ln
Las Vegas, NV 89135

Marco & Jennifer Traniello
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 305
Las Vegas, NV 89113

Marco & Jurisha Tambaoan
Attn: Bankruptcy Desk/Managing Agent
5800 Forbes Dr
Newark, CA 94560

Marco & Jurisha Tambaoan
Attn: Bankruptcy Desk/Managing Agent
96 Daisy Springs Ct
Las Vegas, NV 89148

Marco Family
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 105
Las Vegas, NV 89113

Marco Family
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 204
Las Vegas, NV 89113

Marco Rentals, Inc.
Attn: Bankruptcy Desk/Managing Agent
1501 N. Susan St.
Santa Ana CA 92703

Marcoa Publishing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4415 West Spring Mountain Rd.
Suite 205
Las Vegas NV 89102

Marconi Family
Attn: Bankruptcy Desk/Managing Agent
45 Blaven Dr
Henderson, NV 89002

Marcus & Jameail Wilson
Attn: Bankruptcy Desk/Managing Agent
1093 Via Prato Ln
Henderson, NV 89011

Margaret A. Bean
Attn: Bankruptcy Desk/Managing Agent
6540 Casamar Street
N. Las Vegas NV 89086

Margaret Domeny
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 204
Las Vegas, NV 89113

Margaret Domeny
Attn: Bankruptcy Desk/Managing Agent
764 Old Barn Rd
Lake Barrington, IL 60010

Margaret Shen
Attn: Bankruptcy Desk/Managing Agent
135 Tall Ruff Dr
Las Vegas, NV 89148

Margaret Shen
Attn: Bankruptcy Desk/Managing Agent
282 Rusty Plank Ave
Las Vegas, NV 89148

Margareta Magyari
Attn: Bankruptcy Desk/Managing Agent
2165 Brigham St # 10
Brooklyn, NY 11229

Margareta Magyari
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 308
Las Vegas, NV 89113

Margarita H. Mangondaya
Attn: Bankruptcy Desk/Managing Agent
12850 Covey Lane
Houston TX 77099

Margarito Montesdeoca
Attn: Bankruptcy Desk/Managing Agent
122 Corey Creek Ct
Las Vegas, NV 89148

Margie Culata
Attn: Bankruptcy Desk/Managing Agent
587 Newberry Springs Dr
Las Vegas, NV 89148

Margolin Family
Attn: Bankruptcy Desk/Managing Agent
530 Newberry Springs Dr
Las Vegas, NV 89148

Maria & Edward Elayda
Attn: Bankruptcy Desk/Managing Agent
1618 Mount Tamalpais Ave
Chula Vista, CA 91913

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                        Served 4/17/2009

Maria & Edward Elayda
Attn: Bankruptcy Desk/Managing Agent
9694 Marcelline Ave
Las Vegas, NV 89148

Maria & Jeffrey McMillan
Attn: Bankruptcy Desk/Managing Agent
41 Sunshine Coast Ln
Las Vegas, NV 89148

Maria & Joel Cenabre
Attn: Bankruptcy Desk/Managing Agent
19353 Bryabt St
Northridge, CA 91324

Maria & Joel Cenabre
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 110
Las Vegas, NV 89113

Maria & Otis Jones
Attn: Bankruptcy Desk/Managing Agent
181 Real Long Way
Las Vegas, NV 89148

Maria & Otis Jones
Attn: Bankruptcy Desk/Managing Agent
2445 Crocker Way
Antioch, CA 94531

Maria & Patrick Cummings
Attn: Bankruptcy Desk/Managing Agent
9772 Valmeyer Ave
Las Vegas, NV 89148

Maria & Raul Diaz
Attn: Bankruptcy Desk/Managing Agent
261 Duck Hollow Ave
Las Vegas, NV 89148

Maria & Robert Antikoll
Attn: Bankruptcy Desk/Managing Agent
1066 Via Capassi Way
Henderson, NV 89011

Maria & Robert Antikoll
Attn: Bankruptcy Desk/Managing Agent
481 Via Stretto Ave
Henderson, NV 89011

Maria & Rodelio Rubi
Attn: Bankruptcy Desk/Managing Agent
131 Water Hazard Ln
Las Vegas, NV 89148

Maria & Rodelio Rubi
Attn: Bankruptcy Desk/Managing Agent
132 Pineview Ave
Bardonia, NY 10954

Maria & Thomas Escalante
Attn: Bankruptcy Desk/Managing Agent
206 Duck Hollow Ave
Las Vegas, NV 89148

Maria & Thomas Escalante
Attn: Bankruptcy Desk/Managing Agent
438 Alhambra Rd
South San Francisco, CA 94080

Maria & Ulysses Valencerina
Attn: Bankruptcy Desk/Managing Agent
64 Daisy Springs Ct
Las Vegas, NV 89148

Maria & Ulysses Valencerina
Attn: Bankruptcy Desk/Managing Agent
84 Broken Putter Way
Las Vegas, NV 89148

Maria Arches
Attn: Bankruptcy Desk/Managing Agent
169 Honors Course Dr
Las Vegas, NV 89148

Maria Austria
Attn: Bankruptcy Desk/Managing Agent
509 Newberry Springs Dr
Las Vegas, NV 89148

Maria Baschshi
Attn: Bankruptcy Desk/Managing Agent
7078 Montcliff Ave
Las Vegas, NV 89147

Maria Baschshi
Attn: Bankruptcy Desk/Managing Agent
9298 Dames Rocket Pl
Las Vegas, NV 89148

Maria Bautista
Attn: Bankruptcy Desk/Managing Agent
21 Tidewater Cove
Buena Park CA 90621

Maria Bothmann
Attn: Bankruptcy Desk/Managing Agent
373 Harpers Ferry Ave
Las Vegas, NV 89148

Maria Bothmann
Attn: Bankruptcy Desk/Managing Agent
7651 Feliz Camino Ave
Las Vegas, NV 89129

Maria Deang
Attn: Bankruptcy Desk/Managing Agent
8581 Hayloft Place
Riverside CA 92508

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Maria Delgadillo
Attn: Bankruptcy Desk/Managing Agent
421 Via Stretto Ave
Henderson, NV 89011

Maria Elena Ejercito
Attn: Bankruptcy Desk/Managing Agent

Maria Galvez
Attn: Bankruptcy Desk/Managing Agent
4611 Deer Forest Ave
Las Vegas, NV 89139

Maria Galvez
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1011
Las Vegas, NV 89148

Maria Guerrero
Attn: Bankruptcy Desk/Managing Agent
1131 Compass Ln Apt 105
Foster City, CA 94404

Maria Guerrero
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1008
Las Vegas, NV 89148

Maria Legaspi
Attn: Bankruptcy Desk/Managing Agent
403 First On Dr
Las Vegas, NV 89148

Maria Leon
Attn: Bankruptcy Desk/Managing Agent
569 Newberry Springs Dr
Las Vegas, NV 89148

Maria Lerda
Attn: Bankruptcy Desk/Managing Agent
378 Palm Trace Ave
Las Vegas, NV 89148

Maria Martinez
Attn: Bankruptcy Desk/Managing Agent
232 Dog Leg Dr
Las Vegas, NV 89148

Maria Militante
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2010
Las Vegas, NV 89148

Maria Portnoy
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2036
Las Vegas, NV 89148

Maria Rodriguez
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 213
Las Vegas, NV 89113

Maria Romano
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 306
Las Vegas, NV 89113

Marian, Christopher
Attn: Bankruptcy Desk/Managing Agent
2312 Silvereye Dr
N Las Vegas, NV 89084

Mariana Ciubotaru
Attn: Bankruptcy Desk/Managing Agent
939 Via Canale Dr
Henderson, NV 89011

Mariana Matthews
Attn: Bankruptcy Desk/Managing Agent
4777 Essen Ct
Las Vegas, NV 89147

Marianne Deang
Attn: Bankruptcy Desk/Managing Agent
6686 Keyesport Ct
Las Vegas, NV 89148

Marianne Deang
Attn: Bankruptcy Desk/Managing Agent
8620 Remick Ave
Sun Valley, CA 91352

Marianne Rogers
Attn: Bankruptcy Desk/Managing Agent
7530 Arborcrest Ave
Las Vegas, NV 89131

Maribel Fuentes
Attn: Bankruptcy Desk/Managing Agent
16571 Flower Glen Dr
Hacienda Heights, CA 91745

Maribel Fuentes
Attn: Bankruptcy Desk/Managing Agent
289 Caddy Bag Ct
Las Vegas, NV 89148

Maricar Anderson
Attn: Bankruptcy Desk/Managing Agent
200 Locust Valley Ave
Las Vegas, NV 89148

Maridel Rivera
Attn: Bankruptcy Desk/Managing Agent
382 Broken Par Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                     Served 4/17/2009

Marie & Jeffrey McMillan
Attn: Bankruptcy Desk/Managing Agent
62 Sahalee Dr
Las Vegas, NV 89148

Marie & Jeffrey McMillan
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 108
Las Vegas, NV 89113

Marie Laserna
Attn: Bankruptcy Desk/Managing Agent
11650 River Rim Rd
San Diego, CA 92126

Marie Laserna
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 104
Las Vegas, NV 89113

Marie Laserna
Attn: Bankruptcy Desk/Managing Agent
7123 S. Durango Dr.
Las Vegas NV 89148

Marie Pornin
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 104
Las Vegas, NV 89113

Marie Pornin
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 111
Las Vegas, NV 89113

Marie Pornin
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Marie Reynoso
Attn: Bankruptcy Desk/Managing Agent
2766 Armacost Ave
Los Angeles, CA 90064

Marie Reynoso
Attn: Bankruptcy Desk/Managing Agent
531 Halloran Springs Rd
Las Vegas, NV 89148

Marie Zhang
Attn: Bankruptcy Desk/Managing Agent
360 Falcons Fire Ave
Las Vegas, NV 89148

Marie Zhang
Attn: Bankruptcy Desk/Managing Agent
669 Kew Gardens Dr
Las Vegas, NV 89178

Marilyn & Juan Benitez
Attn: Bankruptcy Desk/Managing Agent
1048 Via Canale Dr
Henderson, NV 89011

Marilyn & Juan Benitez
Attn: Bankruptcy Desk/Managing Agent
1850 Parkland Way
San Diego, CA 92114

Marilyn Samson
Attn: Bankruptcy Desk/Managing Agent
18448 Lemarsh St Unit 50
Northridge, CA 91325

Marilyn Samson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1147
Las Vegas, NV 89148

Marine West Distributors
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1082
Boulder City AZ 89005

Mario & Imelda Pineda
Attn: Bankruptcy Desk/Managing Agent
105 E Roblin St
Carson, CA 90746

Mario & Imelda Pineda
Attn: Bankruptcy Desk/Managing Agent
453 Center Green Dr
Las Vegas, NV 89148

Mario & Nora Marin
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 107
Las Vegas, NV 89113

Mario & Nora Marin
Attn: Bankruptcy Desk/Managing Agent
9154 Pershing Ave
Orangevale, CA 95662

Mario & Perlita Bautista
Attn: Bankruptcy Desk/Managing Agent
11839 River Rim Rd
San Diego, CA 92126

Mario & Perlita Bautista
Attn: Bankruptcy Desk/Managing Agent
554 Newberry Springs Dr
Las Vegas, NV 89148

Mario E. Diaz & Assoc.
Attn: Bankruptcy Desk/Managing Agent
2525 E. Arizona Builtmore Cir
Suite A-117
Phoenix AZ 85016

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                   Served 4/17/2009

Mario Felix
Attn: Bankruptcy Desk/Managing Agent
130 Tall Ruff Dr
Las Vegas, NV 89148

Mario Felix
Attn: Bankruptcy Desk/Managing Agent
1464 N Estate Dr
Tucson, AZ 85715

Marion Kelsch
Attn: Bankruptcy Desk/Managing Agent
205 Carol Way
MidVale UT 84047

Mariposa Real Estate Advisors
Attn: Bankruptcy Desk/Managing Agent
1613 Chelsea Rd.
Unit 204
San Marino CA 91108

Marisa Castaneda
Attn: Bankruptcy Desk/Managing Agent
3464 Gosling Street
Las Vegas NV 89117

Maritoni & Charles Alonzo
Attn: Bankruptcy Desk/Managing Agent
65 Broken Putter Way
Las Vegas, NV 89148

Maritza Coles
Attn: Bankruptcy Desk/Managing Agent
7229 Golden Falcon St
Las Vegas, NV 89131

Marjilyn Marana
Attn: Bankruptcy Desk/Managing Agent
182 S Commonwealth Ave
Los Angeles, CA 90004

Marjilyn Marana
Attn: Bankruptcy Desk/Managing Agent
56 Laying Up Ct
Las Vegas, NV 89148

Marjorie Hogg
Attn: Bankruptcy Desk/Managing Agent
370 Larkin Vw
Watsonville, CA 95076

Marjorie Hogg
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 209
Las Vegas, NV 89113

Mark & Ana Nicolas
Attn: Bankruptcy Desk/Managing Agent
276 Spring Hollow Dr
Las Vegas, NV 89148

Mark & Angela Andrews
Attn: Bankruptcy Desk/Managing Agent
9658 Valmeyer Ave
Las Vegas, NV 89148

Mark & Betty Curzon
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 106
Las Vegas, NV 89113

Mark & Betty Curzon
Attn: Bankruptcy Desk/Managing Agent
PO Box 347
Sister Bay, WI 54234

Mark & Beverly Ford
Attn: Bankruptcy Desk/Managing Agent
1292 Olivia Pkwy
Henderson, NV 89011

Mark & Beverly Ford
Attn: Bankruptcy Desk/Managing Agent
PO Box 11431
Las Vegas, NV 89111

Mark & Carrie Ayala
Attn: Bankruptcy Desk/Managing Agent
7701 Falconwing Ave
Las Vegas, NV 89131

Mark & Charlene Stanford
Attn: Bankruptcy Desk/Managing Agent
500 Via Stretto Ave
Henderson, NV 89011

Mark & Cheri Perlman
Attn: Bankruptcy Desk/Managing Agent
32 Cascade Lake St
Las Vegas, NV 89148

Mark & Darsann Chase
Attn: Bankruptcy Desk/Managing Agent
2367 Chasing Star Ave.
Las Vegas NV 89123

Mark & Dilcia Millen
Attn: Bankruptcy Desk/Managing Agent
290 Via Franciosa Dr
Henderson, NV 89011

Mark & Felicia Nemcek
Attn: Bankruptcy Desk/Managing Agent
787 Tossa De Mar Ave
Henderson, NV 89002

Mark & Jill Buntrock
Attn: Bankruptcy Desk/Managing Agent
5465 Cardinal Ridge Ct Unit 104
Las Vegas, NV 89149

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                          Served 4/17/2009

Mark & Jill Buntrock
Attn: Bankruptcy Desk/Managing Agent
7530 Apple Springs Ave
Las Vegas, NV 89131

Mark & Leslie McGarry
Attn: Bankruptcy Desk/Managing Agent
202 Angels Trace Ct
Las Vegas, NV 89148

Mark & Maria Manzi
Attn: Bankruptcy Desk/Managing Agent
470 First On Dr
Las Vegas, NV 89148

Mark & Maria Manzi
Attn: Bankruptcy Desk/Managing Agent
77 Water Way
Riverhead, NY 11901

Mark & Sandra Kamholz
Attn: Bankruptcy Desk/Managing Agent
444 Via Stretto Ave
Henderson, NV 89011

Mark & Sandra Kamholz
Attn: Bankruptcy Desk/Managing Agent
57 Brantwood Dr
West Seneca, NY 14224

Mark & Stephanie Stefl
Attn: Bankruptcy Desk/Managing Agent
968 Via Vannucci Way
Henderson, NV 89011

Mark & Tracey Prough
Attn: Bankruptcy Desk/Managing Agent
1036 Via Saint Lucia Pl
Henderson, NV 89011

Mark & Wanda Shumar
Attn: Bankruptcy Desk/Managing Agent
616 Via Colmo Ave
Henderson, NV 89011

Mark & Wendy Venuto
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1055
Las Vegas, NV 89148

Mark & Wendy Venuto
Attn: Bankruptcy Desk/Managing Agent
9305 Lexford Way
Brighton, MI 48114

Mark A. Mesec & Associates
Attn: Bankruptcy Desk/Managing Agent
8401 North Central Espressway
Suite 345
Dallas TX 75225

Mark Alfrey
Attn: Bankruptcy Desk/Managing Agent
241 Via Franciosa Dr
Henderson, NV 89011

Mark Balleza
Attn: Bankruptcy Desk/Managing Agent
151 Crooked Tree Dr
Las Vegas, NV 89148

Mark Balleza
Attn: Bankruptcy Desk/Managing Agent
35794 Augustine Ct
Fremont, CA 94536

Mark Barrett
Attn: Bankruptcy Desk/Managing Agent
3707 Seashosre Palm Ct
Las Vegas, NV 89121

Mark Barrett
Attn: Bankruptcy Desk/Managing Agent
9737 Valmeyer Ave
Las Vegas, NV 89148

Mark Castile
Attn: Bankruptcy Desk/Managing Agent
188 Crooked Putter Dr
Las Vegas, NV 89148

Mark Crowe
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 213
Las Vegas, NV 89113

Mark Crowe
Attn: Bankruptcy Desk/Managing Agent
PO Box 446
Walnut, CA 91788

Mark David Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 7924
621 Southwest St
High Point  NC 27260

Mark Gerardi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1174
Las Vegas, NV 89148

Mark Gerlitz
Attn: Bankruptcy Desk/Managing Agent
171 Rancho Maria St
Las Vegas, NV 89148

Mark Gerlitz
Attn: Bankruptcy Desk/Managing Agent
90 Panamount St N W
Calgary AB T3K0C
Canada

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Mark Glyman, MDDDS
Attn: Bankruptcy Desk/Managing Agent
Eric D. Wanson, MDDMD
2030 E. Flamingo Rd.,Ste. 288
Las Vegas NV 89119-5163

Mark Hinkle
Attn: Bankruptcy Desk/Managing Agent
217 Crooked Putter Dr
Las Vegas, NV 89148

Mark Hurley
Attn: Bankruptcy Desk/Managing Agent
2501 Calico Street
Las Vegas NV 89108

Mark Karoll
Attn: Bankruptcy Desk/Managing Agent
2050 W Warm Springs Rd Unit 121
Henderson, NV 89014

Mark Karoll
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 313
Las Vegas, NV 89113

Mark Kristo
Attn: Bankruptcy Desk/Managing Agent
7217 Golden Falcon St
Las Veges, NV 89131

Mark Lancaster
Attn: Bankruptcy Desk/Managing Agent
1039 Via Di Olivia St
Henderson, NV 89011

Mark Lancaster
Attn: Bankruptcy Desk/Managing Agent
4512 Teen Barnes Rd
Frederick, MD 21703

Mark Mayer
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 102
Las Vegas, NV 89113

Mark Miller
Attn: Bankruptcy Desk/Managing Agent
42 Uia Anadeja
Rancho Santa Margarita, CA 92688

Mark Miller
Attn: Bankruptcy Desk/Managing Agent
48 Back Spin Ct
Las Vegas, NV 89148

Mark Nierras
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2167
Las Vegas, NV 89148

Mark Pelzman
Attn: Bankruptcy Desk/Managing Agent
8350 W. Desert Inn Rd. #1019
Las Vegas NV 89117

Mark Plebanski
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 212
Las Vegas, NV 89113

Mark Purdy
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1096
Las Vegas, NV 89147

Mark Rawsey
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 213
Las Vegas, NV 89113

Mark Resnick
Attn: Bankruptcy Desk/Managing Agent
170 Wicked Wedge Way
Las Vegas, NV 89148

Mark Ross Johnson Architect
Attn: Bankruptcy Desk/Managing Agent
4790 W University Avenue
Las Vegas NV 89103

Mark Rouleau
Attn: Bankruptcy Desk/Managing Agent
8 Candide St
Henderson, NV 89002

Mark Schonebaum
Attn: Bankruptcy Desk/Managing Agent
216 Via Mezza Luna Ct
Henderson, NV 89011

Mark Smith
Attn: Bankruptcy Desk/Managing Agent
759 Tossa De Mar Ave
Henderson, NV 89002

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Mark Thomas
Attn: Bankruptcy Desk/Managing Agent
16811 Noyes Ave
Irvine, CA 92606

Mark Thomas
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2140
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Mark Wood
Attn: Bankruptcy Desk/Managing Agent
89 Honors Course Dr
Las Vegas, NV 89148

Markeseion, Winston
Attn: Bankruptcy Desk/Managing Agent
3736 Lone Oak
Las Vegas, NV 89110

Marketing Directions Inc.
Attn: Bankruptcy Desk/Managing Agent
14850 Scenic Heights Rd.
Suite 155
Eden Prairie MN 55344

Marketing Results Plus, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 231085
Las Vegas NV 89123

Marketing Solutions Corp
Attn: Bankruptcy Desk/Managing Agent
10317 Wellside Hill Ave
Las Vegas NV 89128

Markezic, Adrian
Attn: Bankruptcy Desk/Managing Agent
7123 Clearwater Ave
Las Vegas, NV 89147

Marko Blagojevic
Attn: Bankruptcy Desk/Managing Agent
9740 Ziegler Ave
Las Vegas, NV 89148

Marko Mijacevic
Attn: Bankruptcy Desk/Managing Agent
9277 Orchid Pansy Ave
Las Vegas, NV 89148

Marlan C. Walker
Attn: Bankruptcy Desk/Managing Agent
1885 Eucalyptus Hill Road
Santa Barbara CA 93108

Marlene Kalnitz
Attn: Bankruptcy Desk/Managing Agent
9474 Verneda Ct
Las Vegas, NV 89147

Marleny Noriega
Attn: Bankruptcy Desk/Managing Agent
196 Flying Hills Ave
Las Vegas, NV 89148

Marley & Grace Pacpaco
Attn: Bankruptcy Desk/Managing Agent
1431 Feather Hill Ct
Thousand Oaks, CA 91320

Marley & Grace Pacpaco
Attn: Bankruptcy Desk/Managing Agent
165 Crooked Putter Dr
Las Vegas, NV 89148

Marron & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
7511 Fourth Street NW
Albuquerque NM 87107

Marron and Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
7511 Fourth Street NW
Albuquerque NM 87107

Marshall Family
Attn: Bankruptcy Desk/Managing Agent
16435 Carlson Dr
Morgan Hill, CA 95037

Marshall Family
Attn: Bankruptcy Desk/Managing Agent
503 Center Green Dr
Las Vegas, NV 89148

Marshall Hundert
Attn: Bankruptcy Desk/Managing Agent
1196 Olivia Pkwy
Henderson, NV 89011

Marshall Hundert
Attn: Bankruptcy Desk/Managing Agent
631 Wotherspoon Close
Edmonton AB T6M2
Canada

Marta & Sebastian Lopez
Attn: Bankruptcy Desk/Managing Agent
6621 Creeping Thyme St
Las Vegas, NV 89148

Martensen Family
Attn: Bankruptcy Desk/Managing Agent
12 Pangloss St
Henderson, NV 89002

Martensen Family
Attn: Bankruptcy Desk/Managing Agent
947 12th Ave
Honolulu, HI 96816

Martin & Cathy Martinez
Attn: Bankruptcy Desk/Managing Agent
4855 Lames Dr
Las Vegas, NV 89122

Martin & Laura Gonska
Attn: Bankruptcy Desk/Managing Agent
7520 Bridlehorne Ave
Las Vegas, NV 89131

Rhodes Design and Development Corp. 09-14846 - U.S. Mail | Served 4/17/2009

Martin Bassick
Attn: Bankruptcy Desk/Managing Agent
313 Sea Rim Ave
Las Vegas, NV 89148

Martin Deliyski
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2051
Las Vegas, NV 89148

Martin Laursen
Attn: Bankruptcy Desk/Managing Agent
161 Honors Course Dr
Las Vegas, NV 89148

Martin Roach
Attn: Bankruptcy Desk/Managing Agent
1034 Via Di Olivia St
Henderson, NV 89011

Martin Swanty
Attn: Bankruptcy Desk/Managing Agent
Chrysler Dodge Jeep
2640 E. Andy Devine
Kingman AZ 86401

Martina Geinzer
Attn: Bankruptcy Desk/Managing Agent
244 Sea Rim Ave
Las Vegas, NV 89148

Martina Geinzer
Attn: Bankruptcy Desk/Managing Agent
PO Box 80808
Las Vegas, NV 89180

Martinez & Turek, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 South Cedar Avenue
Rialto CA 92376-9102

Martinez, Samuel
Attn: Bankruptcy Desk/Managing Agent
7917 Dappled Light Ave
Las Vegas, NV 89131

Martiniano Que
Attn: Bankruptcy Desk/Managing Agent
174 Duck Hollow Ave
Las Vegas, NV 89148

Martiniano Que
Attn: Bankruptcy Desk/Managing Agent
7137 Cressida Ct
Las Vegas, NV 89113

Martires Family
Attn: Bankruptcy Desk/Managing Agent
484 Via Stretto Ave
Henderson, NV 89011

Martyak, Greg
Attn: Bankruptcy Desk/Managing Agent
1448 Evening Song Ave
Henderson, NV 89012

Martyn Wall
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2146
Las Vegas, NV 89148

Martyn Wall
Attn: Bankruptcy Desk/Managing Agent
PO Box 75056
Rpo West Hills Calgary
Canada

Marvic
Attn: Bankruptcy Desk/Managing Agent
c/o Sloan Miyasato
2 Henry Adams St
San Francisco CA 94103

Marvic Textiles USA, LTD
Attn: Bankruptcy Desk/Managing Agent
Unit I, Westpoint Trading Est.
Alliance Rd, Action
London, W3 ORA

Marvin & Tiffany Matlock
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 306
Las Vegas, NV 89113

Marvin Case
Attn: Bankruptcy Desk/Managing Agent
10062 Flokton Ave
Las Vegas, NV 89148

Marvin Case
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1109
Las Vegas, NV 89148

Marwan Salah
Attn: Bankruptcy Desk/Managing Agent
106 N Glendale Ave # 195
Glendale, CA 91206

Marwan Salah
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 108
Las Vegas, NV 89113

Marwan Salah
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 110
Las Vegas, NV 89113

Marwan Salah
Attn: Bankruptcy Desk/Managing Agent
PO Box 658
Downey, CA 90241

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Mary & Brian Fallucca
Attn: Bankruptcy Desk/Managing Agent
225 Pershing Rd
Clifton, NJ 07013

Mary & Brian Fallucca
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 203
Las Vegas, NV 89113

Mary & Gary Owens
Attn: Bankruptcy Desk/Managing Agent
1004 Viale Placenza Pl
Henderson, NV 89011

Mary & Gary Owens
Attn: Bankruptcy Desk/Managing Agent
1880 Arapahoe St Apt 2005
Denver, CO 80202

Mary & Marc Dillon
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 110
Las Vegas, NV 89113

Mary & Marc Dillon
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 209
Las Vegas, NV 89113

Mary & Marc Dillon
Attn: Bankruptcy Desk/Managing Agent
8601 E Canyon Vista Dr
Anaheim, CA 92808

Mary & Monica Williams
Attn: Bankruptcy Desk/Managing Agent
6796 Gold Yarrow St
Las Vegas, NV 89148

Mary & Victor Heldt
Attn: Bankruptcy Desk/Managing Agent
35 E Horizon Ridge Pkwy Ste 110
Henderson, NV 89002

Mary & Victor Heldt
Attn: Bankruptcy Desk/Managing Agent
760 Tossa De Mar Ave
Henderson, NV 89002

Mary Auteri
Attn: Bankruptcy Desk/Managing Agent
261 Cliff Valley Dr
Las Vegas, NV 89148

Mary Avens
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 207
Las Vegas, NV 89113

Mary Avens
Attn: Bankruptcy Desk/Managing Agent
PO Box 400775
Las Vegas, NV 89140

Mary Buonantony
Attn: Bankruptcy Desk/Managing Agent
200 Duck Hollow Ave
Las Vegas, NV 89148

Mary Castro
Attn: Bankruptcy Desk/Managing Agent
1596 Teak Ave
Merced, CA 95340

Mary Castro
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 310
Las Vegas, NV 89113

Mary Clark
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 213
Las Vegas, NV 89113

Mary Galvez
Attn: Bankruptcy Desk/Managing Agent
1022 Via Sacra St
Henderson, NV 89011

Mary Galvez
Attn: Bankruptcy Desk/Managing Agent
14765 Apple Valley Rd
Apple Valley, CA 92307

Mary Garling
Attn: Bankruptcy Desk/Managing Agent
786 Vortex Ave
Henderson, NV 89002

Mary Jennings
Attn: Bankruptcy Desk/Managing Agent
192 Hickory Heights Ave
Las Vegas, NV 89148

Mary Joy David-San Andres
Attn: Bankruptcy Desk/Managing Agent
5327 Lamoille Circle
Las Vegas NV 89120-2076

Mary Muratore
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 309
Las Vegas, NV 89113

Mary Muratore
Attn: Bankruptcy Desk/Managing Agent
Mail Stop Sv-31A
Simi Valley, CA 93065

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Mary Szabo
Attn: Bankruptcy Desk/Managing Agent

Maryann Alinas
Attn: Bankruptcy Desk/Managing Agent
2067 Avenida Hacienda
Chino Hills, CA 91709

Maryann Alinas
Attn: Bankruptcy Desk/Managing Agent
905 Via Stellato St
Henderson, NV 89011

Marybel Diaz
Attn: Bankruptcy Desk/Managing Agent
383 Cart Crossing Way
Las Vegas, NV 89148

Marylou & Jesus Paras
Attn: Bankruptcy Desk/Managing Agent
400 First On Dr
Las Vegas, NV 89148

Marylou & Jesus Paras
Attn: Bankruptcy Desk/Managing Agent
6707 Florence Pl
Rancho Cucamonga, CA 91701

Masami & Miyuki Abe
Attn: Bankruptcy Desk/Managing Agent
171 Castle Course Ave
Las Vegas, NV 89148

Masami & Miyuki Abe
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

Masco Builder Cabinet Group
Attn: Bankruptcy Desk/Managing Agent
5353 W US 223
Adrian MI 49221

Massenzio & Patrizia Iannuzzi
Attn: Bankruptcy Desk/Managing Agent
3248 Ribble Cresent
Oakville ON L6M 0B1 Canada
Canada

Massenzio & Patrizia Iannuzzi
Attn: Bankruptcy Desk/Managing Agent
377 Fringe Ruff Dr
Las Vegas, NV 89148

MassMutual Financial Group
Attn: Bankruptcy Desk/Managing Agent
Beth Vivian Walker
Disability Income
Box 371837
Pittsburgh PA 15250-7837

MasTech North America, Inc.
Attn: Bankruptcy Desk/Managing Agent
3680 Quail Avenue
Las Vegas NV 89118

Masterfile Corporation
Attn: Bankruptcy Desk/Managing Agent
175 Bloor Street East
South Tower, 2nd Floor
Toronto, Canada 3R8

Mastropieri Family
Attn: Bankruptcy Desk/Managing Agent
341 Lakewood Garden Dr
Las Vegas, NV 89148

Mastropieri Family
Attn: Bankruptcy Desk/Managing Agent
8365 Turtle Creek Cir
Las Vegas, NV 89113

Mathew Miller
Attn: Bankruptcy Desk/Managing Agent
23 Indian Run Way
Las Vegas, NV 89148

MATLINPATTERSON GLOBAL OPPOR
Attn: Bankruptcy Desk/Managing Agent
Robert H. Weiss
520 Madison Avenue, 35th Floor
New York, NY 10022-4213

Matman, Inc.
Attn: Bankruptcy Desk/Managing Agent
5015 West Sahara Ave., Ste 125
Las Vegas NV 89103

Matsubara Family
Attn: Bankruptcy Desk/Managing Agent
147 Tall Ruff Dr
Las Vegas, NV 89148

Matt Eaker
Attn: Bankruptcy Desk/Managing Agent
1042 Via Di Olivia St
Henderson, NV 89011

Matt Smith Phyical Therapy
Attn: Bankruptcy Desk/Managing Agent
848 N. Rainbow Blvd 357
Las Vegas NV 89107-1103

Matthew & Catherine Paupst
Attn: Bankruptcy Desk/Managing Agent
9757 Marcelline Ave
Las Vegas, NV 89148

Matthew & Frank Parvis
Attn: Bankruptcy Desk/Managing Agent
1056 Via Prato Ln
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Matthew & Grace Graham
Attn: Bankruptcy Desk/Managing Agent
7237 Buglehorn St
Las Vegas, NV 89131

Matthew & Jennavelle Churlik
Attn: Bankruptcy Desk/Managing Agent
1260 Olivia Pkwy
Henderson, NV 89011

Matthew & Joanna Calderone
Attn: Bankruptcy Desk/Managing Agent
3729 Clayton Rd
Concord, CA 94521

Matthew & Joanna Calderone
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 309
Las Vegas, NV 89113

Matthew & Lillian Romo
Attn: Bankruptcy Desk/Managing Agent
297 Sepulveda Ct
Milpitas, CA 95035

Matthew & Lillian Romo
Attn: Bankruptcy Desk/Managing Agent
518 Center Green Dr
Las Vegas, NV 89148

Matthew & Michelle Gibson
Attn: Bankruptcy Desk/Managing Agent
1008 Viale Placenza Pl
Henderson, NV 89011

Matthew Bendik
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 303
Las Vegas, NV 89113

Matthew Cochran
Attn: Bankruptcy Desk/Managing Agent
17 Candide St
Henderson, NV 89002

Matthew Excell
Attn: Bankruptcy Desk/Managing Agent
793 Alder Green Ave
Henderson, NV 89002

Matthew Fox
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1134
Las Vegas, NV 89148

Matthew Garley
Attn: Bankruptcy Desk/Managing Agent
9284 Orchid Pansy Ave
Las Vegas, NV 89148

Matthew Hennager
Attn: Bankruptcy Desk/Managing Agent
1074 Olivia Pkwy
Henderson, NV 89011

Matthew Kodlick
Attn: Bankruptcy Desk/Managing Agent
391 Centerton Rd
Bridgeton, NJ 08302

Matthew Kodlick
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 304
Las Vegas, NV 89113

Matthew Phan
Attn: Bankruptcy Desk/Managing Agent
1028 Baronet Dr
Las Vegas, NV 89138

Matthew Phan
Attn: Bankruptcy Desk/Managing Agent
4764 Lone Mesa Dr
Las Vegas, NV 89147

Matthew Tanico
Attn: Bankruptcy Desk/Managing Agent
6754 Gold Yarrow St
Las Vegas, NV 89148

Matthew Tanico
Attn: Bankruptcy Desk/Managing Agent
9316 Bearded Iris Ave
Las Vegas, NV 89148

Matthew Wehling
Attn: Bankruptcy Desk/Managing Agent
399 Blue Tee Ct
Las Vegas, NV 89148

Matthew Zizzo
Attn: Bankruptcy Desk/Managing Agent
751 Wigan Pier Dr
Henderson, NV 89002

Mau & Kim Nguyen
Attn: Bankruptcy Desk/Managing Agent
6263 Narcissus Ave
Newark, CA 94560

Mau & Kim Nguyen
Attn: Bankruptcy Desk/Managing Agent
9778 Kampsville Ave
Las Vegas, NV 89148

Maureena & William Kosareff
Attn: Bankruptcy Desk/Managing Agent
496 Foster Springs Rd
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Maurice & Najla Collins
Attn: Bankruptcy Desk/Managing Agent
7025 Rancho De Taos Ct
Las Vegas, NV 89130

Maurice & Najla Collins
Attn: Bankruptcy Desk/Managing Agent
7729 Falconwing Ave
Las Vegas, NV 89131

Maurice Haber
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 306
Las Vegas, NV 89113

Maurice Kaz
Attn: Bankruptcy Desk/Managing Agent
5123 El Cemonte Ave
Davis, CA 95618

Maurice Kaz
Attn: Bankruptcy Desk/Managing Agent
552 Via Colmo Ave
Henderson, NV 89011

Maurice Rodriguez
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 305
Las Vegas, NV 89113

Maurice Seebeck Jr.
Attn: Bankruptcy Desk/Managing Agent
2721 Copper Cove Drive
Henderson NV 89074

Mauro & Purificacion Cusi
Attn: Bankruptcy Desk/Managing Agent
4547 El Camino Cabos Dr
Las Vegas, NV 89147

Mauro Cana
Attn: Bankruptcy Desk/Managing Agent
562 Foster Springs Rd
Las Vegas, NV 89148

Maverick Helicopter Tours
Attn: Bankruptcy Desk/Managing Agent
6075 Las Vegas NV Blvd. South
Las Vegas NV 89119

Maverick Paving
Attn: Bankruptcy Desk/Managing Agent
4535 W. Russell Suite 14
Las Vegas NV 89118

Max & Carolyn Fisher
Attn: Bankruptcy Desk/Managing Agent
304 Via Di Citta Dr
Henderson, NV 89011

Max Christie
Attn: Bankruptcy Desk/Managing Agent
4850 Lames Dr
Las Vegas, NV 89122

Maximino & Flerida Gutierrez
Attn: Bankruptcy Desk/Managing Agent
58 Rusty Springs Ct
Las Vegas, NV 89148

Maximino Mata
Attn: Bankruptcy Desk/Managing Agent
4818 Califa Dr
Las Vegas, NV 89122

Maxine Schneider
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 102
Las Vegas, NV 89113

Maxwell & Diane Bronkella
Attn: Bankruptcy Desk/Managing Agent
25 Pangloss St
Henderson, NV 89002

May & William Domingo
Attn: Bankruptcy Desk/Managing Agent
9718 Marcelline Ave
Las Vegas, NV 89148

Mayo Family
Attn: Bankruptcy Desk/Managing Agent
749 Wigan Pier Dr
Henderson, NV 89002

Mayrand Publishers
Attn: Bankruptcy Desk/Managing Agent
32 Power Dam Way
Suite PA-1-4
Plattsburgh PA 12901

Mayumi & David Martinez
Attn: Bankruptcy Desk/Managing Agent
529 Via Cenami Ct
Henderson, NV 89011

Mayumi & David Martinez
Attn: Bankruptcy Desk/Managing Agent
8254 Calmosa Ave
Whittier, CA 90602

Maywood Furniture
Attn: Bankruptcy Desk/Managing Agent
23 West Howcoft Rd.
Maywood NJ 07607

Maziad & Jounaya Aboulhosn
Attn: Bankruptcy Desk/Managing Agent
284 Trailing Putt Way
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Maziad & Jounaya Aboulhosn
Attn: Bankruptcy Desk/Managing Agent
674 Shirehampton Dr
Las Vegas, NV 89178

MB Consulting, LLC
Attn: Bankruptcy Desk/Managing Agent
315 Balsa Street
Henderson NV 89015-8232

McAfee, Inc.
Attn: Bankruptcy Desk/Managing Agent
3965 Freedom Circle
Santa Clara CA 95054-0963

McCaffery Reserve Consulting
Attn: Bankruptcy Desk/Managing Agent
230 Playa Del Norte Street
La Jolla CA 92037

McCandless International Truck
Attn: Bankruptcy Desk/Managing Agent
3780 Losee Road
Las Vegas NV 89030

McCarren International Airport
Attn: Bankruptcy Desk/Managing Agent
Enforcement Section
P.O. Box 11005
Las Vegas NV 89111-1005

Mccarter Family
Attn: Bankruptcy Desk/Managing Agent
4880 Lames Dr
Las Vegas, NV 89122

McCarty, Lance
Attn: Bankruptcy Desk/Managing Agent
9490 W Ann Road
Las Vegas, NV 89149

Mcclelland Family
Attn: Bankruptcy Desk/Managing Agent
61 Chateau Whistler Ct
Las Vegas, NV 89148

McConnell Cabinets, Inc.
Attn: Bankruptcy Desk/Managing Agent
Marilyn Vindedal
3275 Ali Baba, Suite 516
Las Vegas NV 89118

Mccoy-parenti Family
Attn: Bankruptcy Desk/Managing Agent
7236 Buglehorn St
Las Vegas, NV 89131

McCullough, Clint
Attn: Bankruptcy Desk/Managing Agent
1632 Hacienda Horse Court
Henderson, NV 89002

McDonald -Carano-Wilson, LLP
Attn: Bankruptcy Desk/Managing Agent
2300 West Sahara Avenue
No. 10, Suite 1000
Las Vegas NV 89102

Mcgarry Investments LLC
Attn: Bankruptcy Desk/Managing Agent
202 Angels Trace Ct
Las Vegas, NV 89148

Mcgarry Investments LLC
Attn: Bankruptcy Desk/Managing Agent
370 Dog Leg Dr
Las Vegas, NV 89148

McKenzie, Katina
Attn: Bankruptcy Desk/Managing Agent
510 College Drive #1423
Henderson, NV 89015

Mclaughlin Family
Attn: Bankruptcy Desk/Managing Agent
472 Via Palermo Dr
Henderson, NV 89011

MDBee
Attn: Bankruptcy Desk/Managing Agent
1905 Lakeside Dr.
Bullhead City AZ 86442

Meadows HOA at Elkhorn Springs
Attn: Bankruptcy Desk/Managing Agent
c/o Benchmark Properties, Inc.
1515 East Tropicana, Suite 350A
Las Vegas, NV 89119

Meadows Homeowner Association
Attn: Bankruptcy Desk/Managing Agent
c/o Benchmark Association
1515 E. Tropicana, Ste 350A
Las Vegas NV 89105

Mean-zoun Zeng
Attn: Bankruptcy Desk/Managing Agent
323 Harpers Ferry Ave
Las Vegas, NV 89148

Mean-zoun Zeng
Attn: Bankruptcy Desk/Managing Agent
341 Angels Trace Ct
Las Vegas, NV 89148

Media Distributors
Attn: Bankruptcy Desk/Managing Agent
Attn: Mona
1219 Folsum Ave.
San Francisco CA 94103

MediaTrac, LLC
Attn: Bankruptcy Desk/Managing Agent
5000 Executive Parkway
Suite 250
San Ramon CA 94583

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Medina Family
Attn: Bankruptcy Desk/Managing Agent
230 Wicked Wedge Way
Las Vegas, NV 89148

Medina Family
Attn: Bankruptcy Desk/Managing Agent
3728 Rocky Shore Dr
Vallejo, CA 94591

Medina Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas NV 89032

Mee & Eric Chang
Attn: Bankruptcy Desk/Managing Agent
199 Real Long Way
Las Vegas, NV 89148

Meei Li
Attn: Bankruptcy Desk/Managing Agent
256 Clyde St
Chestnut Hill, MA 02467

Meei Li
Attn: Bankruptcy Desk/Managing Agent
4792 Lone Mesa Dr
Las Vegas, NV 89147

Meeks + Partners
Attn: Bankruptcy Desk/Managing Agent
20401 SW Birch Street
Suite 200
Newport Beach CA 92660

Meerkat Inc.
Attn: Bankruptcy Desk/Managing Agent
960 Hathaway St. B
Banning CA 92220

Mei Dong Xia
Attn: Bankruptcy Desk/Managing Agent
5170 S. Jones Blvd.
Las Vegas NV 89118

Mei Fang Wang
Attn: Bankruptcy Desk/Managing Agent
2105 Forest View Avenue
Hillsborough CA 94010

Mei Wang
Attn: Bankruptcy Desk/Managing Agent
2105 Forest View Ave
Hillsborough, CA 94010

Mei Wang
Attn: Bankruptcy Desk/Managing Agent
9267 Bearded Iris Ave
Las Vegas, NV 89148

Meihua Jin
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 210
Las Vegas, NV 89113

Meilin Chiang
Attn: Bankruptcy Desk/Managing Agent
518 First On Dr
Las Vegas, NV 89148

Meiling Family
Attn: Bankruptcy Desk/Managing Agent
11621 Villa Malaparte Ave
Las Vegas, NV 89138

Meiling Family
Attn: Bankruptcy Desk/Managing Agent
365 Fringe Ruff Dr
Las Vegas, NV 89148

Melanie Whitt
Attn: Bankruptcy Desk/Managing Agent
7208 Eagelgate St
Las Vegas, NV 89131

Melanie Whitt
Attn: Bankruptcy Desk/Managing Agent
7208 Eaglegate St
Las Vegas, NV 89131

Melba Soriano
Attn: Bankruptcy Desk/Managing Agent
162 Cascade Lake St
Las Vegas, NV 89148

Melchor & Barbara Funtila
Attn: Bankruptcy Desk/Managing Agent
183 Broken Putter Way
Las Vegas, NV 89148

Melchor & Barbara Funtila
Attn: Bankruptcy Desk/Managing Agent
4236 Frost Way
Modesto, CA 95356

Meldrum Family Trust
Attn: Bankruptcy Desk/Managing Agent
3555 Polaris
Las Vegas NV 89102

Melecia Pedraza
Attn: Bankruptcy Desk/Managing Agent
120 Macoby Run St
Las Vegas, NV 89148

Melendez Family
Attn: Bankruptcy Desk/Managing Agent
46 Blaven Dr
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                          Served 4/17/2009

Melina Ismail
Attn: Bankruptcy Desk/Managing Agent
346 Cart Crossing Way
Las Vegas, NV 89148

Melinda & Virgilio Agustin
Attn: Bankruptcy Desk/Managing Agent
299 Trailing Putt Way
Las Vegas, NV 89148

Melinda & Virgilio Agustin
Attn: Bankruptcy Desk/Managing Agent
7 Wilson Ave
Dedham, MA 02026

Melissa Farmer
Attn: Bankruptcy Desk/Managing Agent
94 Olimar Ave
Las Vegas, NV 89148

Melissa Garcia
Attn: Bankruptcy Desk/Managing Agent
6454 Aether St
Las Vegas, NV 89148

Melissa Mack
Attn: Bankruptcy Desk/Managing Agent
1139 Leeward Ln
Alameda, CA 94502

Melissa Mack
Attn: Bankruptcy Desk/Managing Agent
366 Apple River Ct
Las Vegas, NV 89148

Melissa Patterson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2049
Las Vegas, NV 89148

Melissa Rogers
Attn: Bankruptcy Desk/Managing Agent
8912 W. Napoli Drive
Las Vegas NV 89117

Melissa Roldan
Attn: Bankruptcy Desk/Managing Agent
265 Rolling Springs Dr
Las Vegas, NV 89148

Melissa Rothermel
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 315
Las Vegas, NV 89113

Melissa Spiegel
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 207
Las Vegas, NV 89113

Melton Daniels
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2073
Las Vegas, NV 89148

Melvin Armstrong
Attn: Bankruptcy Desk/Managing Agent
8764 Stockholm Ave
Las Vegas, NV 89147

Melvin Denny AKO, Inc.
Attn: Bankruptcy Desk/Managing Agent
Melvin Ako
25492 Terreno Dr.
Mission Viejo CA 92691

Memphis Championshp BBQ
Attn: Bankruptcy Desk/Managing Agent
3380 W. Hacienda
Suite 102
Las Vegas NV 89118

Mendenhall Smith, Inc.
Attn: Bankruptcy Desk/Managing Agent
3571 Redrock #A
Las Vegas, NV 89103

Mendoza, Andres
Attn: Bankruptcy Desk/Managing Agent
2026 Whippletree
Las Vegas, NV 89121

Mendoza, Juan
Attn: Bankruptcy Desk/Managing Agent
2026 Whipple Tree
Las Vegas, NV 89119

Mendoza, Maryvi
Attn: Bankruptcy Desk/Managing Agent
7973 Dutch Villas St
Las Vegas, NV 89139

Mendoza, Simon A
Attn: Bankruptcy Desk/Managing Agent
2881 Prestonwood St
Las Vegas, NV 89156

Mendrei & Cecilia Leelin
Attn: Bankruptcy Desk/Managing Agent
221 Angels Trace Ct
Las Vegas, NV 89148

Mentor 4
Attn: Bankruptcy Desk/Managing Agent
William R. Weber Jr.
4040 South Eastern Ave.
Suite 100
Las Vegas NV 89119

Mercantile Systems & Sur
Attn: Bankruptcy Desk/Managing Agent
1280 Central Blvd.,Ste E2
BrentwoodCA  94513

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Mercedes & Ricky Labindalaua
Attn: Bankruptcy Desk/Managing Agent
151 Short Ruff Way
Las Vegas, NV 89148

Mercedes & Ricky Labindalaua
Attn: Bankruptcy Desk/Managing Agent
6 Downing Cir
Salinas, CA 93906

Mercedes-Benz Credit-KY
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 9001880
Louisville KY 40290

Mercedes-Benz Financial
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 9001921
Louisville KY 40290-1921

Mercury Reprographics
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas NV 89120

Mercy Air Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 31001-0819
Pasadena CA 91110-0819

Meredith McGhan
Attn: Bankruptcy Desk/Managing Agent
3955 Swenson # 34
Las Vegas NV 89119

Meredith, Weinstein & Numbers
Attn: Bankruptcy Desk/Managing Agent
115 Ward Street
Larkspur CA 94939-1326

Merlo Family
Attn: Bankruptcy Desk/Managing Agent
3712 Aquarius Dr
Huntington Beach, CA 92649

Merlo Family
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 104
Las Vegas, NV 89113

Merope Magsino
Attn: Bankruptcy Desk/Managing Agent
1436 Butterfield Ave
San Dimas, CA 91773

Merope Magsino
Attn: Bankruptcy Desk/Managing Agent
144 Macoby Run St
Las Vegas, NV 89148

Merritt Family
Attn: Bankruptcy Desk/Managing Agent
985 Via Canale Dr
Henderson, NV 89011

Merry Carnahan
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 307
Las Vegas, NV 89113

Merryhill Schools
Attn: Bankruptcy Desk/Managing Agent
Kim/Billing
5055 S. Durango Dr
Las Vegas NV 89113

Mertens
Attn: Bankruptcy Desk/Managing Agent
4385 Baker Dr.
Kingman AZ 86409

Meskerem Degefu
Attn: Bankruptcy Desk/Managing Agent
9786 Kampsville Ave
Las Vegas, NV 89148

Mesquite Material Testing
Attn: Bankruptcy Desk/Managing Agent
752 West Pioneer Blvd
Mesquite NM 89027

Mestas Roofing Inc
Attn: Bankruptcy Desk/Managing Agent
GENE / Chuck
5630 Stephanie Street
Suite B
Las Vegas NV 89122

Mestre Greve Associates
Attn: Bankruptcy Desk/Managing Agent
27812 El Lazo Rd
Laguna Niguel AZ 92677

Method 123
Attn: Bankruptcy Desk/Managing Agent
33A Napier Avenue
Takapuna
Auckland

Metro Diesel Injection
Attn: Bankruptcy Desk/Managing Agent
12631 Los Nietos Road
Santa Fe SpringsCA  90670

Metro Electric
Attn: Bankruptcy Desk/Managing Agent
3315 Birtcher Drive
Las Vegas NV 89118

Metro Trucking
Attn: Bankruptcy Desk/Managing Agent
4815 Alto
Las Vegas NV 89115

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Metrocall, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 740521
Atlanta GA 30374-0521

MetroStudy
Attn: Bankruptcy Desk/Managing Agent
10370 Richmond Ave St 750
P.O. Box 2683, Dept. #00
Houston, TX 77252

Meyers Group
Attn: Bankruptcy Desk/Managing Agent
714-540-8500
555 Anton Blvd., Suite 950
Costa Mesa CA 92626

MGM Grand
Attn: Bankruptcy Desk/Managing Agent
Robert Urichuk
3799 Las Vegas NV Blvd,South
Las Vegas NV 89109

Mia & Michael Pavicich
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1149
Las Vegas, NV 89147

Miagros Pinero
Attn: Bankruptcy Desk/Managing Agent
680 Harvester Course Drive
Las Vegas NV 89148

Miao Family
Attn: Bankruptcy Desk/Managing Agent
134 Crooked Putter Dr
Las Vegas, NV 89148

Miao Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 112-833
Taipei
Taiwan

Miao Su
Attn: Bankruptcy Desk/Managing Agent
1555 E Rochelle Ave # 123-2
Las Vegas, NV 89119

Miao Su
Attn: Bankruptcy Desk/Managing Agent
291 Tayman Park Ave
Las Vegas, NV 89148

Michael & Abby Jones
Attn: Bankruptcy Desk/Managing Agent
192 Broken Putter Way
Las Vegas, NV 89148

Michael & Alison Orci
Attn: Bankruptcy Desk/Managing Agent
382 Turtle Peak Ave
Las Vegas, NV 89148

Michael & Barbara Tricarichi
Attn: Bankruptcy Desk/Managing Agent
341 Arbour Garden Ave
Las Vegas, NV 89148

Michael & Brelan Armstrong
Attn: Bankruptcy Desk/Managing Agent
1 Pangloss St
Henderson, NV 89002

Michael & Carmalon Beal
Attn: Bankruptcy Desk/Managing Agent
10283 Caminito Toronjo
San Diego, CA 92131

Michael & Carmalon Beal
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 314
Las Vegas, NV 89113

Michael & Carolyn Brower
Attn: Bankruptcy Desk/Managing Agent
480 Via Del Foro Dr
Henderson, NV 89011

Michael & Catherine Rin
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2148
Las Vegas, NV 89148

Michael & Charmaine Demunda
Attn: Bankruptcy Desk/Managing Agent
762 Wigan Pier Dr
Henderson, NV 89002

Michael & Christine Cho
Attn: Bankruptcy Desk/Managing Agent
217 Via Mezza Luna Ct
Henderson, NV 89011

Michael & Dianna Cacciabaudo
Attn: Bankruptcy Desk/Managing Agent
51 Pangloss St
Henderson, NV 89002

Michael & Donna Higelmire
Attn: Bankruptcy Desk/Managing Agent
2974 Tyburn St
Los Angeles, CA 90039

Michael & Donna Higelmire
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 206
Las Vegas, NV 89113

Michael & Dorothy Furillo
Attn: Bankruptcy Desk/Managing Agent
1252 Olivia Pkwy
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                                        Served 4/17/2009

Michael & Dorothy Furillo
Attn: Bankruptcy Desk/Managing Agent
2724 Altair Ave
Thousand Oaks, CA 91360

Michael & Elisabeth Freeland
Attn: Bankruptcy Desk/Managing Agent
440 Via Stretto Ave
Henderson, NV 89011

Michael & Elisabeth Freeland
Attn: Bankruptcy Desk/Managing Agent
PO Box 997
El Dorado, CA 95623

Michael & Elizabeth Fetherolf
Attn: Bankruptcy Desk/Managing Agent
9315 Orchid Pansy Ave
Las Vegas, NV 89148

Michael & Elizabeth Volk
Attn: Bankruptcy Desk/Managing Agent
273 Rolling Springs Dr
Las Vegas, NV 89148

Michael & Fe Gabriel
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 107
Las Vegas, NV 89113

Michael & Gay Shapiro
Attn: Bankruptcy Desk/Managing Agent
371 Foster Springs Rd
Las Vegas, NV 89148

Michael & Gay Shapiro
Attn: Bankruptcy Desk/Managing Agent
62 Coolwater Rd
Bell Canyon, CA 91307

Michael & Hayley Gaw
Attn: Bankruptcy Desk/Managing Agent
22261 Lantern Ln
Lake Forest, CA 92630

Michael & Hayley Gaw
Attn: Bankruptcy Desk/Managing Agent
264 Sea Rim Ave
Las Vegas, NV 89148

Michael & Isabel Kirk
Attn: Bankruptcy Desk/Managing Agent
7229 Cottonsparrow St
Las Vegas, NV 89131

Michael & Janet Hughes
Attn: Bankruptcy Desk/Managing Agent
4430 Independence Ave N
New Hope, MN 55428

Michael & Janet Hughes
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 108
Las Vegas, NV 89113

Michael & Jeanettt Mulhall
Attn: Bankruptcy Desk/Managing Agent
285 Rolling Springs Dr
Las Vegas, NV 89148

Michael & Jessica Mahayosnand
Attn: Bankruptcy Desk/Managing Agent
6607 Babys Tear Pl
Las Vegas, NV 89148

Michael & Joy Pancake
Attn: Bankruptcy Desk/Managing Agent
7237 Tealwood St
Las Vegas, NV 89131

Michael & Joyce Lewis
Attn: Bankruptcy Desk/Managing Agent
Joyce Lewis
10503 Angelo Tenero Ave
Las Vegas NV 89135

Michael & Karen Early
Attn: Bankruptcy Desk/Managing Agent
121 Cliff Valley Dr
Las Vegas, NV 89148

Michael & Katherine Ramey
Attn: Bankruptcy Desk/Managing Agent
51 Voltaire Ave
Henderson, NV 89002

Michael & Leonor Kelly
Attn: Bankruptcy Desk/Managing Agent
1035 Via Calderia Pl
Henderson, NV 89011

Michael & Louisa Gildner
Attn: Bankruptcy Desk/Managing Agent
9324 Bearded Iris Ave
Las Vegas, NV 89148

Michael & Maria Barr
Attn: Bankruptcy Desk/Managing Agent
453 Via Stretto Ave
Henderson, NV 89011

Michael & Maria Moures
Attn: Bankruptcy Desk/Managing Agent
778 Wigan Pier Dr
Henderson, NV 89002

Michael & Michelle Politi
Attn: Bankruptcy Desk/Managing Agent
964 Via Canale Dr
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Michael & Natividad Gilbert
Attn: Bankruptcy Desk/Managing Agent
56 Sunset Bay St
Las Vegas, NV 89148

Michael & Paige Russell
Attn: Bankruptcy Desk/Managing Agent
4651 Munich Ct
Las Vegas, NV 89147

Michael & Patricia Dudek
Attn: Bankruptcy Desk/Managing Agent
5606 San Florentine Ave
Las Vegas, NV 89141

Michael & Patricia Dudek
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 206
Las Vegas, NV 89113

Michael & Sandra Marranca
Attn: Bankruptcy Desk/Managing Agent
15 Tall Ruff Dr
Las Vegas, NV 89148

Michael & Sandra Marranca
Attn: Bankruptcy Desk/Managing Agent
20 Crown Point Ln
Williamsville, NY 14221

Michael & Sharon O'Brien
Attn: Bankruptcy Desk/Managing Agent
10 Pangloss St
Henderson, NV 89002

Michael & Sharon Walker
Attn: Bankruptcy Desk/Managing Agent
363 Harpers Ferry Ave
Las Vegas, NV 89148

Michael & Susan Neidenthal
Attn: Bankruptcy Desk/Managing Agent
639 Greenleaf Ave
Smyrna, TN 37167

Michael & Susan Neidenthal
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2169
Las Vegas, NV 89148

Michael & Susan Rawlins
Attn: Bankruptcy Desk/Managing Agent
496 Via Del Foro Dr
Henderson, NV 89011

Michael & Susan Rawlins
Attn: Bankruptcy Desk/Managing Agent
500 Via Del Foro Dr
Henderson, NV 89011

Michael & Toni Goldsmith
Attn: Bankruptcy Desk/Managing Agent
199 Pocono Manor Ct
Las Vegas, NV 89148

Michael & Trinidad Anderson
Attn: Bankruptcy Desk/Managing Agent
3220 Longview Dr
San Bruno, CA 94066

Michael & Trinidad Anderson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2164
Las Vegas, NV 89148

Michael & Yulin Nichol
Attn: Bankruptcy Desk/Managing Agent
73 Arcadian Shores St
Las Vegas, NV 89148

Michael A. Eggers
Attn: Bankruptcy Desk/Managing Agent
6437 Grey Dove Circle
Las Vegas NV 89118

Michael Adari
Attn: Bankruptcy Desk/Managing Agent
1761 Butano Dr
Milpitas, CA 95035

Michael Adari
Attn: Bankruptcy Desk/Managing Agent
477 Center Green Dr
Las Vegas, NV 89148

Michael and Laura Ribando
Attn: Bankruptcy Desk/Managing Agent
125 Lucinda Drive
Babylon NY 11702

Michael Artinian
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 214
Las Vegas, NV 89113

Michael Blevens
Attn: Bankruptcy Desk/Managing Agent

Michael Blevens
Attn: Bankruptcy Desk/Managing Agent
1027 Via Calderia Pl
Henderson, NV 89011

Michael Bliss
Attn: Bankruptcy Desk/Managing Agent
9732 Kampsville Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Michael Conrad
Attn: Bankruptcy Desk/Managing Agent
4100 Bennett Mountain Street
Las Vegas NV 89129

Michael Corrente
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 218
Las Vegas, NV 89113

Michael Corrigan
Attn: Bankruptcy Desk/Managing Agent
331 Descano Garden Dr
Las Vegas, NV 89148

Michael Cramer
Attn: Bankruptcy Desk/Managing Agent
905 Via Del Tramonto St
Henderson, NV 89011

Michael DeSilva
Attn: Bankruptcy Desk/Managing Agent
2981 Brighton Creek Court
Las Vegas NV 89135

Michael Edens
Attn: Bankruptcy Desk/Managing Agent
342 Angels Trace Ct
Las Vegas, NV 89148

Michael Edwards
Attn: Bankruptcy Desk/Managing Agent
404 Via Stretto Ave
Henderson, NV 89011

Michael Empey
Attn: Bankruptcy Desk/Managing Agent
798 Vortex Ave
Henderson, NV 89002

Michael Erikson
Attn: Bankruptcy Desk/Managing Agent

Michael Fastow
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 102
Las Vegas, NV 89113

Michael Ford
Attn: Bankruptcy Desk/Managing Agent
133 Cooks Creek Ct
Las Vegas, NV 89148

Michael Ford
Attn: Bankruptcy Desk/Managing Agent
3233 Winged Foot Dr
Fairfield, CA 94534

Michael Gaboldi
Attn: Bankruptcy Desk/Managing Agent
4366 Spooner Lake Cir
Las Vegas, NV 89147

Michael Gaboldi
Attn: Bankruptcy Desk/Managing Agent
4774 Frankfurt Ct
Las Vegas, NV 89147

Michael Garcia
Attn: Bankruptcy Desk/Managing Agent
773 Tossa De Mar Ave
Henderson, NV 89002

Michael Grochowski
Attn: Bankruptcy Desk/Managing Agent
721 Jane Eyre Pl
Henderson, NV 89002

Michael Hetey
Attn: Bankruptcy Desk/Managing Agent
790 Alder Green Ave
Henderson, NV 89002

Michael J McKenna MD PC
Attn: Bankruptcy Desk/Managing Agent
6070 S. Fort Apache Road
Suite 100
Las Vegas NV 89148

Michael J. Gauthier
Attn: Bankruptcy Desk/Managing Agent
PO Box 46764
Las Vegas NV 89114

Michael J. McLaughlin
Attn: Bankruptcy Desk/Managing Agent
5649 West Collins
Golden Valley AZ 86413

Michael Jackness
Attn: Bankruptcy Desk/Managing Agent
9676 Marcelline Ave
Las Vegas, NV 89148

Michael Keith
Attn: Bankruptcy Desk/Managing Agent
2 D Altrui Dr
Hillsborough, NJ 08844

Michael Keith
Attn: Bankruptcy Desk/Managing Agent
934 Via Canale Dr
Henderson, NV 89011

Michael Kightlinger
Attn: Bankruptcy Desk/Managing Agent
9581 Verneda Ct
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Michael Leon
Attn: Bankruptcy Desk/Managing Agent
195 Paxon Hollow Ct
Las Vegas, NV 89148

Michael Leon
Attn: Bankruptcy Desk/Managing Agent
195 Paxton Hollow Ct
Las Vegas, NV 89148

Michael Liang
Attn: Bankruptcy Desk/Managing Agent
357 Palm Trace Ave
Las Vegas, NV 89148

Michael Liang
Attn: Bankruptcy Desk/Managing Agent
712 Sharon Hills St
Henderson, NV 89052

Michael Loi
Attn: Bankruptcy Desk/Managing Agent
224 Dog Leg Dr
Las Vegas, NV 89148

Michael Loi
Attn: Bankruptcy Desk/Managing Agent
8406 Mondavi Hill Ct
Las Vegas, NV 89139

Michael Lott
Attn: Bankruptcy Desk/Managing Agent
33 Via Ermitas
Rancho Santa Margarita, CA 92688

Michael Lott
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2084
Las Vegas, NV 89148

Michael Maione
Attn: Bankruptcy Desk/Managing Agent
53 Dogwood Hills St
Las Vegas, NV 89148

Michael Mason
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 204
Las Vegas, NV 89113

Michael Matoff
Attn: Bankruptcy Desk/Managing Agent
2453 Hill Street
Santa Monica CA 90406

Michael Mazzone
Attn: Bankruptcy Desk/Managing Agent
44 Blaven Dr
Henderson, NV 89002

Michael McNeely
Attn: Bankruptcy Desk/Managing Agent
274 Rusty Plank Ave
Las Vegas, NV 89148

Michael Moradian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2101
Las Vegas, NV 89148

Michael Mulconrey
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 111
Las Vegas, NV 89113

Michael Mundt
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 306
Las Vegas, NV 89113

Michael Myers
Attn: Bankruptcy Desk/Managing Agent
242 Angels Trace Ct
Las Vegas, NV 89148

Michael Myers
Attn: Bankruptcy Desk/Managing Agent
7537 S Rainbow Blvd Ste 109
Las Vegas, NV 89139

Michael Napolitano
Attn: Bankruptcy Desk/Managing Agent
889 Via Del Tramonto St
Henderson, NV 89011

Michael Parker
Attn: Bankruptcy Desk/Managing Agent
10142 Worahridge
Rancho Cucamonga, CA 91730

Michael Parker
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 202
Las Vegas, NV 89113

Michael Parks
Attn: Bankruptcy Desk/Managing Agent
173 Duck Hollow Ave
Las Vegas, NV 89148

Michael Pasieka
Attn: Bankruptcy Desk/Managing Agent
876 Cloud Pl
Warminster, PA 18974

Michael Pasieka
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1041
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Michael Ribaudo
Attn: Bankruptcy Desk/Managing Agent
4320 W Desert Inn Rd Ste C
Las Vegas, NV 89102

Michael Ribaudo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1070
Las Vegas, NV 89148

Michael Roth
Attn: Bankruptcy Desk/Managing Agent
6681 Kreb Lake Ct
Las Vegas, NV 89148

Michael Rubin
Attn: Bankruptcy Desk/Managing Agent
5060 Evanwood Ave
Oak Park, CA 91377

Michael Rubin
Attn: Bankruptcy Desk/Managing Agent
60 Back Spin Ct
Las Vegas, NV 89148

Michael S. Nakama
Attn: Bankruptcy Desk/Managing Agent
972 Catle Amable
Glendale CA 91208

Michael Sarro
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1106
Las Vegas, NV 89148

Michael Steifle
Attn: Bankruptcy Desk/Managing Agent

Michael Stypa
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1158
Las Vegas, NV 89147

Michael Sussen
Attn: Bankruptcy Desk/Managing Agent
6779 Prairie Clover St
Las Vegas, NV 89148

Michael Sutton
Attn: Bankruptcy Desk/Managing Agent
468 Via Palermo Dr
Henderson, NV 89011

Michael T. Fraley
Attn: Bankruptcy Desk/Managing Agent
RR HCR Box 729
Sandy Valley NV 89019

Michael Tissera
Attn: Bankruptcy Desk/Managing Agent
2043 W El Camino Real Apt 313
Mountain View, CA 94040

Michael Tissera
Attn: Bankruptcy Desk/Managing Agent
61 Laying Up Ct
Las Vegas, NV 89148

Michael Tsai
Attn: Bankruptcy Desk/Managing Agent
301 Waterton Lakes Ave
Las Vegas, NV 89148

Michael Tsai
Attn: Bankruptcy Desk/Managing Agent
324 Sea Rim Ave
Las Vegas, NV 89148

Michael Valiente
Attn: Bankruptcy Desk/Managing Agent
1046 Via Sanguinella St
Henderson, NV 89011

Michael Valiente
Attn: Bankruptcy Desk/Managing Agent
383 Trailing Putt Way
Las Vegas, NV 89148

Michael Valiente
Attn: Bankruptcy Desk/Managing Agent
4915 E Boston Ave
Las Vegas, NV 89104

Michael Watson
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 112
Las Vegas, NV 89113

Michael Wirick
Attn: Bankruptcy Desk/Managing Agent
286 Caddy Bag Ct
Las Vegas, NV 89148

Michael Xu
Attn: Bankruptcy Desk/Managing Agent
405 Center Green Dr
Las Vegas, NV 89148

Michael Zakis
Attn: Bankruptcy Desk/Managing Agent
1083 Via Saint Lucia Pl
Henderson, NV 89011

Michael's Signs & Displays
Attn: Bankruptcy Desk/Managing Agent
Cell
660 E. Eldorado Lane
Las Vegas NV 89123

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Michal Wszeborowski
Attn: Bankruptcy Desk/Managing Agent
9782 Marcelline Ave
Las Vegas, NV 89148

Micheal & Megan Sanchez
Attn: Bankruptcy Desk/Managing Agent
7217 Tealwood St
Las Vegas, NV 89131

Michele Gemayel
Attn: Bankruptcy Desk/Managing Agent
293 Dog Leg Dr
Las Vegas, NV 89148

Michele Gemayel
Attn: Bankruptcy Desk/Managing Agent
923 Hilts Ave
Los Angeles, CA 90024

Michele Hansen
Attn: Bankruptcy Desk/Managing Agent
1020 Via Gallia St
Henderson, NV 89011

Michelle & Dennis Piedra
Attn: Bankruptcy Desk/Managing Agent
897 Via Del Tramonto St
Henderson, NV 89011

Michelle & Preston Dickens
Attn: Bankruptcy Desk/Managing Agent
202 Dog Leg Dr
Las Vegas, NV 89148

Michelle Bella
Attn: Bankruptcy Desk/Managing Agent
1025 Via Canale Dr
Henderson, NV 89011

Michelle Blair
Attn: Bankruptcy Desk/Managing Agent
318 Fringe Ruff Dr
Las Vegas, NV 89148

Michelle Burns
Attn: Bankruptcy Desk/Managing Agent
193 Tad Moore Avenue
Las Vegas NV 89148

Michelle Eaton
Attn: Bankruptcy Desk/Managing Agent
512 Newberry Springs Dr
Las Vegas, NV 89148

Michelle Gulli
Attn: Bankruptcy Desk/Managing Agent
9325 Desert Inn # 126
Las Vegas NV 89117

Michelle Johnson
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 202
Las Vegas, NV 89113

Michelle Park
Attn: Bankruptcy Desk/Managing Agent
165 Marco Island St
Las Vegas, NV 89148

Michelle Shaver
Attn: Bankruptcy Desk/Managing Agent
9712 Dieterich Ave
Las Vegas, NV 89148

Michelle Stanek
Attn: Bankruptcy Desk/Managing Agent
281 Dog Leg Dr
Las Vegas, NV 89148

Michelle Zhou
Attn: Bankruptcy Desk/Managing Agent
9080 Red Shores Way
Las Vegas, NV 89147

Micheli Kaltsas
Attn: Bankruptcy Desk/Managing Agent
6844 Scarlet Flax St
Las Vegas, NV 89148

Michiyo & Hiroyuki Hojo
Attn: Bankruptcy Desk/Managing Agent
359 Athens St
San Francisco, CA 94112

Michiyo & Hiroyuki Hojo
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 308
Las Vegas, NV 89113

Micki Ly
Attn: Bankruptcy Desk/Managing Agent
212 Wicked Wedge Way
Las Vegas, NV 89148

Micki Ly
Attn: Bankruptcy Desk/Managing Agent
80 Mahalani St # M
Wailuku, HI 96793

Microsoft TechNet
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5540
Pleasanton CA 94566-9940

Mida Fresquez
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 306
Las Vegas, NV 89113

Mida Fresquez
Attn: Bankruptcy Desk/Managing Agent
7825 Sea Rock Rd
Las Vegas, NV 89128

Mignea Family
Attn: Bankruptcy Desk/Managing Agent
5929 Coral Flat St
N Las Vegas, NV 89031

Mignea Family
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 210
Las Vegas, NV 89113

Miguel & Israelita Delapaz
Attn: Bankruptcy Desk/Managing Agent
6715 Marianne Dr
Suitland, MD 20746

Miguel & Israelita Delapaz
Attn: Bankruptcy Desk/Managing Agent
981 Via Canale Dr
Henderson, NV 89011

Miguel & Sheryl Roa
Attn: Bankruptcy Desk/Managing Agent
375 Cart Crossing Way
Las Vegas, NV 89148

Miguel Gonzalez
Attn: Bankruptcy Desk/Managing Agent
249 Soggy Ruff Way
Las Vegas, NV 89148

Miguel Gonzalez
Attn: Bankruptcy Desk/Managing Agent
PO Box 30036
Las Vegas, NV 89173

Miguel Salido
Attn: Bankruptcy Desk/Managing Agent
251 Dog Leg Dr
Las Vegas, NV 89148

Mihwa Bae
Attn: Bankruptcy Desk/Managing Agent
320 Tayman Park Ave
Las Vegas, NV 89148

Mike & Amy Jones
Attn: Bankruptcy Desk/Managing Agent
328 Palm Trace Ave
Las Vegas, NV 89148

Mike Eggers
Attn: Bankruptcy Desk/Managing Agent
6437 Grey Dove Circle
Las Vegas NV 89118

Mike Gupta
Attn: Bankruptcy Desk/Managing Agent
104 Pound Hollow Rd
Glen Head, NY 11545

Mike Gupta
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 111
Las Vegas, NV 89113

Mikell & Linda Dale
Attn: Bankruptcy Desk/Managing Agent
7400 Red Cinder St
Las Vegas, NV 89131

Mike's Drain and Plumbing
Attn: Bankruptcy Desk/Managing Agent
3560 Polaris Ave
Suite# 23
Las Vegas NV 89103

Mikhail & Anastasia Savchenko
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2102
Las Vegas, NV 89148

Mikhail & Edita Fikhman
Attn: Bankruptcy Desk/Managing Agent
19321 Califa St
Tarzana, CA 91356

Mikhail & Edita Fikhman
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 202
Las Vegas, NV 89113

Milagros & Leopoldo Delatorre
Attn: Bankruptcy Desk/Managing Agent
5831 196th Pl
Fresh Meadows, NY 11365

Milagros & Leopoldo Delatorre
Attn: Bankruptcy Desk/Managing Agent
6671 Kreb Lake Ct
Las Vegas, NV 89148

Milagros Malapit
Attn: Bankruptcy Desk/Managing Agent
92 Cascade Lake St
Las Vegas, NV 89148

Milan Starustka
Attn: Bankruptcy Desk/Managing Agent
9261 Bearded Iris Ave
Las Vegas, NV 89148

Milan Starustka
Attn: Bankruptcy Desk/Managing Agent
9827 Antelope Canyon
Las Vegas NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Mildred Deang
Attn: Bankruptcy Desk/Managing Agent
6670 Kreb Lake Ct
Las Vegas, NV 89148

Mildred Deang
Attn: Bankruptcy Desk/Managing Agent
8620 Remick Ave
Sun Valley, CA 91352

Milena Danev
Attn: Bankruptcy Desk/Managing Agent
9461 Los Cotos Ct
Las Vegas, NV 89147

Miles Simon
Attn: Bankruptcy Desk/Managing Agent
206 Wicked Wedge Way
Las Vegas, NV 89148

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
Diane Monachelli
P. O. Box 53583
Phoenix AZ 85072

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 53583
Phoenix, AZ 85072

Milivoj Maric
Attn: Bankruptcy Desk/Managing Agent
7439 Parnell Ave
Las Vegas, NV 89147

Milivoj Maric
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1089
Las Vegas, NV 89148

Millenium Staffing & MGMT SVCS
Attn: Bankruptcy Desk/Managing Agent
Ellen Robinson
P.O.BOX  931974
Cleveland OH 44193

Miller Blades
Attn: Bankruptcy Desk/Managing Agent
Jodi Suddarth
PO Box 9000-150
Alta Loma CA 91701

Miller Design Group
Attn: Bankruptcy Desk/Managing Agent
10305 Canyon Valley Avenue
Las Vegas NV 89145

Miller Rentals, Inc.
Attn: Bankruptcy Desk/Managing Agent
3990 W. Dewey Dr. Suite #14
Las Vegas NV 89118-2345

Milner, Roselyn
Attn: Bankruptcy Desk/Managing Agent
9990 Prairie Dove Ave
Las Vegas, NV 89117

Milton & Lilia Fletcher
Attn: Bankruptcy Desk/Managing Agent
432 Via Stretto Ave
Henderson, NV 89011

Milton Philpotts
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 211
Las Vegas, NV 89113

Min Chan
Attn: Bankruptcy Desk/Managing Agent
270 Spring Hollow Dr
Las Vegas, NV 89148

Min Chou
Attn: Bankruptcy Desk/Managing Agent
51 N Painted Mountain Dr
Las Vegas, NV 89148

Min Chou
Attn: Bankruptcy Desk/Managing Agent
9314 Lemon Mint Ct
Las Vegas, NV 89148

Min-chen Family
Attn: Bankruptcy Desk/Managing Agent
186 Duck Hollow Ave
Las Vegas, NV 89148

Min-chen Family
Attn: Bankruptcy Desk/Managing Agent
311 Arbour Garden Ave
Las Vegas, NV 89148

Mind Theatre Audio, Inc
Attn: Bankruptcy Desk/Managing Agent
3485 W. Harmon, Suite 100
Las Vegas NV 89103

Ming Hung
Attn: Bankruptcy Desk/Managing Agent
157 Lakewood Garden Dr
Las Vegas, NV 89148

Ming Hung
Attn: Bankruptcy Desk/Managing Agent
9313 Queen Charlotte Dr
Las Vegas, NV 89145

Minh & Muoi Quach
Attn: Bankruptcy Desk/Managing Agent
111 Cliff Valley Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Minh Cao
Attn: Bankruptcy Desk/Managing Agent
521A 37th Ave
San Francisco, CA 94121

Minh Cao
Attn: Bankruptcy Desk/Managing Agent
9726 Valmeyer Ave
Las Vegas, NV 89148

Minh Ly
Attn: Bankruptcy Desk/Managing Agent
8920 Minsk Ct
Las Vegas, NV 89147

Mini Storage of Nevada
Attn: Bankruptcy Desk/Managing Agent
4303 South Arville
Las Vegas NV 89103

Minorities in Progress
Attn: Bankruptcy Desk/Managing Agent
21133 Victory Blvd. #215
Canoga Park CA 91303

Minsk Investment LLC
Attn: Bankruptcy Desk/Managing Agent
7631 Jacaranda Bay St
Las Vegas, NV 89139

Minsk Investment LLC
Attn: Bankruptcy Desk/Managing Agent
8911 Minsk Ct
Las Vegas, NV 89147

Mira & David Kim
Attn: Bankruptcy Desk/Managing Agent
187 Real Long Way
Las Vegas, NV 89148

Miracle Method of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
5151 Procyon St # 104
Las Vegas NV 89118

Miracle Playground Sales SW
Attn: Bankruptcy Desk/Managing Agent
2657 Windmill Parkway #195
Henderson NV 89074-3384

Mirajoy Rayo
Attn: Bankruptcy Desk/Managing Agent
441 Punto Vallata Dr
Henderson, NV 89011

Mireya Salamanca
Attn: Bankruptcy Desk/Managing Agent
36 Chateau Whistler Ct
Las Vegas, NV 89148

Mirsada & Ranko Glisic
Attn: Bankruptcy Desk/Managing Agent
4748 Califa Dr
Las Vegas, NV 89122

MIS Group
Attn: Bankruptcy Desk/Managing Agent
PO BOX 678119
Dallas TX 75267-8119

Misbah Khan
Attn: Bankruptcy Desk/Managing Agent
1918 Mountain Aspen Ln
Kingwood, TX 77345

Misbah Khan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1128
Las Vegas, NV 89148

Mission Bank
Attn: Bankruptcy Desk/Managing Agent
2439 Hualapai Mountain Road
Kingman AZ 86401

Mist Systems Int. Inc.
Attn: Bankruptcy Desk/Managing Agent
4820 Quality Ct Suite#B
Las Vegas NV 89103

Mitchell & Kim Sneck
Attn: Bankruptcy Desk/Managing Agent
416 Via Stretto Ave
Henderson, NV 89011

Mitchell & Lisa Wieder
Attn: Bankruptcy Desk/Managing Agent
2 Sterling Cir
Dix Hills, NY 11746

Mitchell & Lisa Wieder
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1058
Las Vegas, NV 89148

Mitchell Aronson
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1159
Las Vegas, NV 89147

Mitchell, Kenneth
Attn: Bankruptcy Desk/Managing Agent
5938 Tybalt Court
Las Vegas, NV 89113

Mixed - Media
Attn: Bankruptcy Desk/Managing Agent
3585 E Patrick Lane Ste 800
Las Vegas NV 89120

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Miyamoto International Inc
Attn: Bankruptcy Desk/Managing Agent
Accounting Department
1450 Halyard Dr
Suite 1
West Sacramento CA 95691

MLAN
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Parkway
Suite 290
Las Vegas NV 89109-5972

Mob Morton
Attn: Bankruptcy Desk/Managing Agent
PO BOX 4237
Kingman AZ 86401

Mobile Billboards
Attn: Bankruptcy Desk/Managing Agent
www.MBBLV.com
5460 Desert Point Drive
Las Vegas NV 89118

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
Customer Service
PO Box 79149
Phoenix AZ 85062-9149

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 79149
Phoenix, AZ 85062-9149

Modesto Family
Attn: Bankruptcy Desk/Managing Agent
13846 W Dublin Dr
Lockport, IL 60491

Modesto Family
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 113
Las Vegas, NV 89113

Modular Building Solutions
Attn: Bankruptcy Desk/Managing Agent
60 Sandra Lee Blvd.
West Milton PA 17886

Modular Space Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O. BOX 641595
Pittsburgh PA 15264-1595

Mohamed Kacem
Attn: Bankruptcy Desk/Managing Agent
53 Dixie Springs Ct
Las Vegas, NV 89148

Mohammad Qasem
Attn: Bankruptcy Desk/Managing Agent
2198 Orchard Mist St
Las Vegas, NV 89135

Mohammad Qasem
Attn: Bankruptcy Desk/Managing Agent
240 Rustic Club Way
Las Vegas, NV 89148

Mohammad Toussimehr
Attn: Bankruptcy Desk/Managing Agent
169 Budd Ave
Campbell, CA 95008

Mohammad Toussimehr
Attn: Bankruptcy Desk/Managing Agent
766 Tossa De Mar Ave
Henderson, NV 89002

Mohave Co. and Env. Health
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7000
E. Hwy 66 Suite A
Kingman AZ 86402-7000

Mohave County Assessor
Attn: Bankruptcy Desk/Managing Agent
700 W. Beale St.
PO Box 7000
Kingman AZ 86402

Mohave County Community &
Attn: Bankruptcy Desk/Managing Agent
Economic Development
P.O. Box 7000
Kingman AZ 86402-7000

Mohave County Fair Association
Attn: Bankruptcy Desk/Managing Agent
2600 Fairgrounds Blvd.
Kingman AZ 86401-4169

Mohave County Landowners Assoc
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 3877
Kingman AZ 86402-9975

Mohave County Sheriff's Office
Attn: Bankruptcy Desk/Managing Agent
600 West Beale Street
Attn: Civil Division
P. O. Box 1191
Kingman AZ 89402

Mohave County Treasurer
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 712
3313 E. Oak Street
Kingman AZ 86402

Mohave Electric Cooperative
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2000
Bullhead City AZ 86430

Mohave Engineering Associates
Attn: Bankruptcy Desk/Managing Agent
2202 Stockton Road
Kingman AZ 86401

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Mohave Nut and Bolt, LLC
Attn: Bankruptcy Desk/Managing Agent
1711 Stockton Hill Rd # 293
Kingman AZ 86401

Mohave State Bank
Attn: Bankruptcy Desk/Managing Agent
3737 Stockton Hill Rd.
Kingman AZ 86401

Mohave Utility Equipment Corp.
Attn: Bankruptcy Desk/Managing Agent
2210 E. Airway
Kingman AZ 86401

Mojave Co.-Comm. Development
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7000
Kingman AZ 86402-7000

Mona & Tish Lidji
Attn: Bankruptcy Desk/Managing Agent
1215 Anchors Way Dr Spc 280
Ventura, CA 93001

Mona & Tish Lidji
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1170
Las Vegas, NV 89148

Mona Tilson
Attn: Bankruptcy Desk/Managing Agent
316 Via Franciosa Dr
Henderson, NV 89011

Mona Tilson
Attn: Bankruptcy Desk/Managing Agent
975 East Ave # 128
Chico, CA 95926

Monarch Media Group
Attn: Bankruptcy Desk/Managing Agent
3665 Dove Road
Port Huron MI 48060

Monarch Promotions, Inc.
Attn: Bankruptcy Desk/Managing Agent
4505 West Hacienda
Las Vegas NV 89118

Mondier Khaira
Attn: Bankruptcy Desk/Managing Agent
77 Sunset Bay St
Las Vegas, NV 89148

MoneyTree, Inc. and
Attn: Bankruptcy Desk/Managing Agent
Dubowsky Law Office CHTD.

Mongonaise Macenat
Attn: Bankruptcy Desk/Managing Agent
6756 Pastel Camellia St
Las Vegas, NV 89148

Mongonaise Macenat
Attn: Bankruptcy Desk/Managing Agent
6756 Pastel Camellia St
Las Vegas, NV 89148

Monica Berge
Attn: Bankruptcy Desk/Managing Agent
1833 Lyell Canyon Lane
Las Vegas NV 89134

Monica Rubio-Pesce
Attn: Bankruptcy Desk/Managing Agent
97 Bowler Springs St
Las Vegas, NV 89148

Monique Delgado
Attn: Bankruptcy Desk/Managing Agent
945 Via Stellato St
Henderson, NV 89011

Monmouth Fabricators
Attn: Bankruptcy Desk/Managing Agent
5005 Belmar Blvd Suite C6
Farmingdale NJ 07727

Monsen Engineering Supply
Attn: Bankruptcy Desk/Managing Agent
of Nevada
5115 S. Valley Vie Blvd.
Las Vegas NV 89118

Monster.com
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 90364
Chicago IL 60696-0364

Monsuru Ibraheem
Attn: Bankruptcy Desk/Managing Agent
1081 Via Prato Ln
Henderson, NV 89011

Montalbo Family
Attn: Bankruptcy Desk/Managing Agent
34 Blaven Dr
Henderson, NV 89002

Montalbo Family
Attn: Bankruptcy Desk/Managing Agent
439 Vivienne Dr
Watsonville, CA 95076

Montgomery Consulting
Attn: Bankruptcy Desk/Managing Agent
Allan (Jay) Eenhuis
Engineers, LLC
9640 W. Tropicana Ave., #115
Las Vegas NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Montgomery Consulting
Attn: Bankruptcy Desk/Managing Agent
Engineers, LLC
5673 Cameron Street
Las Vegas, NV 89118

Monty Brown
Attn: Bankruptcy Desk/Managing Agent
183 E 2300 N
North Ogden, UT 84414

Monty Brown
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 204
Las Vegas, NV 89113

Moo & Jung Chaing
Attn: Bankruptcy Desk/Managing Agent
262 Tie Breaker Ct
Las Vegas, NV 89148

Moo & Jung Chaing
Attn: Bankruptcy Desk/Managing Agent
6000 W Harmon Ave Apt 117
Las Vegas, NV 89103

Moody Properties LLCSeries D
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 207
Las Vegas, NV 89113

Moody Properties LLCSeries D
Attn: Bankruptcy Desk/Managing Agent
9994 Nike Way
Las Vegas, NV 89148

Moody's Investors Service
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 102597
Atlanta GA 30368-0597

Moore & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
1755 Laurel Lane
Prescott AZ 86301

Moore Media
Attn: Bankruptcy Desk/Managing Agent
2255 Renaissance
Las Vegas NV 89119

Moore, Sofiya
Attn: Bankruptcy Desk/Managing Agent
9745 Edifice Ave
Las Vegas, NV 89117

Moran Family
Attn: Bankruptcy Desk/Managing Agent
382 Arbour Garden Ave
Las Vegas, NV 89148

Morgan Grimshaw
Attn: Bankruptcy Desk/Managing Agent

MORGAN STANLEY PRIME INCOME TR
Attn: Bankruptcy Desk/Managing Agent
Philip Yarrow
522 Fifth Avenue, 7th Floor
New York, NY 10036

Morley Family
Attn: Bankruptcy Desk/Managing Agent
21 Chateau Whistler Ct
Las Vegas, NV 89148

Morley Family
Attn: Bankruptcy Desk/Managing Agent
306 Blackstone River Ave
Las Vegas, NV 89148

Morpace, Inc.
Attn: Bankruptcy Desk/Managing Agent
31700 Middlebelt Road
Farmington Hills MI 48334

Morrill, Virginia
Attn: Bankruptcy Desk/Managing Agent
10175 W Spring Mountain Road #2015
Las Vegas, NV 89117

Morris Mattingly
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 213
Las Vegas, NV 89113

Morris Stockstill
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 310
Las Vegas, NV 89113

Morris, Pickering, & Sanner
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th St. Suite 900
Las Vegas NV 89101

Morris, Shannon L,
Attn: Bankruptcy Desk/Managing Agent
3125 W Warm Springs #1224
Henderson, NV 89014

Morton & Juanita Velasco
Attn: Bankruptcy Desk/Managing Agent
184 Flying Hills Ave
Las Vegas, NV 89148

Mosley, Charles
Attn: Bankruptcy Desk/Managing Agent
28 Collection River Dr
Henderson, NV 89052

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Motivational Systems Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 Cleveland Avenue
National City CA 91950

Moto-Xpress
Attn: Bankruptcy Desk/Managing Agent
829 Sand Primrose Street
Las Vegas NV 89138

Mountain Spring Funding LLC
Attn: Bankruptcy Desk/Managing Agent
127 Crooked Putter Dr
Las Vegas, NV 89148

Mountain Spring Funding LLC
Attn: Bankruptcy Desk/Managing Agent
3838 Rayment Dr # 309
Las Vegas, NV 89121

Mousaw, Russell
Attn: Bankruptcy Desk/Managing Agent
1805 Camino Carlos Rey
N Las Vegas, NV 89031

Move Sales, Inc
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
P.O. Box 13239
Scottsdale AZ 85267-3239

Moyes Storey
Attn: Bankruptcy Desk/Managing Agent
1850 North Central Avenue
Suite 1100
Phoenix AZ 85004

Mpower Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 60767
Los Angeles CA 90060

Mr Tractor Sales, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7200
San Bernardino CA 92411

Mr. George
Attn: Bankruptcy Desk/Managing Agent
PO Box 400334
Las Vegas NV 89140

Mr. Woo H. Choi
Attn: Bankruptcy Desk/Managing Agent
% W.J.C.L.L.C.
2824 Dove Run Creek Dr
Las Vegas NV 89135

MRJ Arhitects
Attn: Bankruptcy Desk/Managing Agent
4790 W University Ave
Las Vegas NV 89103

Ms. Shirley Carasso
Attn: Bankruptcy Desk/Managing Agent
1980 Wesley Drive
Folsom CA 95630

MSE Environmental
Attn: Bankruptcy Desk/Managing Agent
9811 West Charleston Blvd.
Suite 2403
Las Vegas NV 89117

MSI Landscaping, Inc.
Attn: Bankruptcy Desk/Managing Agent
4820 Quality Ct. Suite B
Las Vegas NV 89103-5221

MSIM PECONIC BAY LTD.
Attn: Bankruptcy Desk/Managing Agent
Philip Yarrow
One Parkview Plaza
Oakbrook Terrace, IL 60181

Mt. Hawley Insurance Crp
Attn: Bankruptcy Desk/Managing Agent
Terry
9025 N. Lindbergh Drive
Dept #3350
Peoria IL 61615

Mt. Tipton Water Company
Attn: Bankruptcy Desk/Managing Agent

Mubarak Geham
Attn: Bankruptcy Desk/Managing Agent
1506 2nd St
Selma, CA 93662

Mubarak Geham
Attn: Bankruptcy Desk/Managing Agent
9665 Dieterich Ave
Las Vegas, NV 89148

Mubera Kurtagic
Attn: Bankruptcy Desk/Managing Agent
409 Hidden Hole Dr
Las Vegas, NV 89148

Mueller Striping
Attn: Bankruptcy Desk/Managing Agent
8591 Fairfield Avenue
Las Vegas NV 89123

Mui & Christopher Rothwell
Attn: Bankruptcy Desk/Managing Agent
66 Back Spin Ct
Las Vegas, NV 89148

Muije & Varricchio Trust
Attn: Bankruptcy Desk/Managing Agent
Account
302 E. Carson Ave. Ste 550
Las Vegas NV 89101

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Mumby Family
Attn: Bankruptcy Desk/Managing Agent
334 Sea Rim Ave
Las Vegas, NV 89148

Muoi Thai
Attn: Bankruptcy Desk/Managing Agent
4765 Crakow Ct
Las Vegas, NV 89147

Muriel Dejesus
Attn: Bankruptcy Desk/Managing Agent
4797 Essen Ct
Las Vegas, NV 89147

Murray Family
Attn: Bankruptcy Desk/Managing Agent
121 Standing Stone St
Las Vegas, NV 89148

Murray Ledarney
Attn: Bankruptcy Desk/Managing Agent
132 Fredson Dr S E
Calgary AB T2H1E
Canada

Murray Ledarney
Attn: Bankruptcy Desk/Managing Agent
132 Fredson Dr SE
Calgary AB T2H1E
Canada

Murray Ledarney
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 201
Las Vegas, NV 89113

Murray Ledarney
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1127
Las Vegas, NV 89148

Murray's Iron Works
Attn: Bankruptcy Desk/Managing Agent
Richard Kileen
1801 East 50th Street
Los Angeles CA 90058

MV Cleaning, LLC
Attn: Bankruptcy Desk/Managing Agent
1516 Remembrance Hill
Las Vegas NV 89144-5412

My Otero
Attn: Bankruptcy Desk/Managing Agent
1035 Via San Gallo Ct
Henderson, NV 89011

Myra Serrano
Attn: Bankruptcy Desk/Managing Agent
298 Broken Par Dr
Las Vegas, NV 89148

Myrle Rasmussen
Attn: Bankruptcy Desk/Managing Agent
21 Pangloss St
Henderson, NV 89002

Myrna & Brian Meek
Attn: Bankruptcy Desk/Managing Agent
1042 Via Sanguinella St
Henderson, NV 89011

Myrna & Brian Meek
Attn: Bankruptcy Desk/Managing Agent
4122 Long Cove Cir
Corona, CA 92883

Myrna Picardal
Attn: Bankruptcy Desk/Managing Agent
127 Corey Creek Ct
Las Vegas, NV 89148

Myrna Picardal
Attn: Bankruptcy Desk/Managing Agent
406 Fynn Valley Dr
Las Vegas, NV 89148

Mystic Electric
Attn: Bankruptcy Desk/Managing Agent
Lynda Kemp
2580 N. Liowa Blvd.  #101
Lake Havasu City AZ 86403

N and A Lee Family LLC
Attn: Bankruptcy Desk/Managing Agent
370 Center Green Dr
Las Vegas, NV 89148

N and A Lee Family LLC
Attn: Bankruptcy Desk/Managing Agent
8216 Jose Bento Way
Sacramento, CA 95829

N Family
Attn: Bankruptcy Desk/Managing Agent
460 Punto Vallata Dr
Henderson, NV 89011

N.J. Shaum & Son
Attn: Bankruptcy Desk/Managing Agent
Marsha Jensen
PO Box 819
Flagstaff, AZ 86002

Nadeem Ahmad
Attn: Bankruptcy Desk/Managing Agent
350 W 50th St Apt 35D
New York, NY 10019

Nadeem Ahmad
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2137
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Nader & Robyn Sarkhosh
Attn: Bankruptcy Desk/Managing Agent
1087 Via Capassi Way
Henderson, NV 89011

Nader & Robyn Sarkhosh
Attn: Bankruptcy Desk/Managing Agent
49 Phillipsburg
Irvine, CA 92620

Nadine & Jonathan Endo
Attn: Bankruptcy Desk/Managing Agent
957 Via Piave Ct
Henderson, NV 89011

Nadine Giudicessi
Attn: Bankruptcy Desk/Managing Agent
Gary Giudiessi
5840 Michelin Circle
Las Vegas NV 89103

Nafen Hu
Attn: Bankruptcy Desk/Managing Agent
141 Broken Putter Way
Las Vegas, NV 89148

Nafen Hu
Attn: Bankruptcy Desk/Managing Agent
18401 Dancy St
Rowland Heights, CA 91748

Nagui Nakhla
Attn: Bankruptcy Desk/Managing Agent
3501 Anthony Dr
Las Vegas, NV 89121

Nagui Nakhla
Attn: Bankruptcy Desk/Managing Agent
4603 Califa Dr
Las Vegas, NV 89122

Nahaleh & Naghmeh Doroudian
Attn: Bankruptcy Desk/Managing Agent
42 Silkwood
Aliso Viejo, CA 92656

Nahaleh & Naghmeh Doroudian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2002
Las Vegas, NV 89148

NAHB Research Center, Inc.
Attn: Bankruptcy Desk/Managing Agent
400 Prince George's Blvd
Upper Marlboro MD 20774

Nakhleh Family
Attn: Bankruptcy Desk/Managing Agent
10300 Christine Pl
Chatsworth, CA 91311

Nakhleh Family
Attn: Bankruptcy Desk/Managing Agent
363 Ladies Tee Ct
Las Vegas, NV 89148

Nancy & Dennis Smolak
Attn: Bankruptcy Desk/Managing Agent
519 Via Ripagrande Ave
Henderson, NV 89011

Nancy & Dennis Smolak
Attn: Bankruptcy Desk/Managing Agent
8296 Private Ln
Annandale, VA 22003

Nancy & James Schaaf
Attn: Bankruptcy Desk/Managing Agent
185 Water Hazard Ln
Las Vegas, NV 89148

Nancy & James Schaaf
Attn: Bankruptcy Desk/Managing Agent
9891 Star Dr
Huntington Beach, CA 92646

Nancy & Kenneth Jahr
Attn: Bankruptcy Desk/Managing Agent
1086 Via Saint Lucia Pl
Henderson, NV 89011

Nancy & Kenneth Jahr
Attn: Bankruptcy Desk/Managing Agent
16505 Kiwi Way
Lake Elsinore, CA 92530

Nancy & Rick Campbell
Attn: Bankruptcy Desk/Managing Agent
533 Via Del Capitano Ct
Henderson, NV 89011

Nancy Estrada
Attn: Bankruptcy Desk/Managing Agent
31 Pangloss St
Henderson, NV 89002

Nancy Estrada
Attn: Bankruptcy Desk/Managing Agent
4121 Mantle Ave
N Las Vegas, NV 89084

Nancy Kurtik
Attn: Bankruptcy Desk/Managing Agent
179 Lenape Heights Ave
Las Vegas, NV 89148

Nancy Kwon
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 212
Las Vegas, NV 89113

Nancy Macdonald
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 203
Las Vegas, NV 89113

Nancy Ruscito
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 209
Las Vegas, NV 89113

Nancy Susan Camara
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1776
Nederland CO 80466

Nanette Morales
Attn: Bankruptcy Desk/Managing Agent
9292 Dames Rocket Pl
Las Vegas, NV 89148

Napa Auto Parts
Attn: Bankruptcy Desk/Managing Agent
1865 E Butler Ave
Flagstaff, AZ 86001

Napa Auto Parts
Attn: Bankruptcy Desk/Managing Agent
2545 E. Andy Devine-RT. 66
Kingman AZ 86401

Narendra & Meera Mehta
Attn: Bankruptcy Desk/Managing Agent
9682 Marcelline Ave
Las Vegas, NV 89148

Narendra & Meera Mehta
Attn: Bankruptcy Desk/Managing Agent
PO Box 18171
Munds Park, AZ 86017

Naresh & Nita Chopra
Attn: Bankruptcy Desk/Managing Agent
389 Falcons Fire Ave
Las Vegas, NV 89148

Naresh & Nita Chopra
Attn: Bankruptcy Desk/Managing Agent
6662 Silent Harbor Dr
Huntington Beach, CA 92648

Narinder Badwal
Attn: Bankruptcy Desk/Managing Agent
222 Angels Trace Ct
Las Vegas, NV 89148

Narine Gyumushyan
Attn: Bankruptcy Desk/Managing Agent
115 Carr Dr
Glendale, CA 91205

Narine Gyumushyan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1062
Las Vegas, NV 89148

Nasrin Shariatpour
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 312
Las Vegas, NV 89113

Nasrin Shariatpour
Attn: Bankruptcy Desk/Managing Agent
8410 Eldora Ave Unit 2075
Las Vegas, NV 89117

Nasser Georges
Attn: Bankruptcy Desk/Managing Agent
6480 Claremore Court
Las Vegas NV 89110

Natalia & Jeremy Chaffin
Attn: Bankruptcy Desk/Managing Agent
253 Lenape Heights Ave
Las Vegas, NV 89148

Natalia Zelazny
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 107
Las Vegas, NV 89113

Natalie Allen
Attn: Bankruptcy Desk/Managing Agent
6865 Rose Mallow St
Las Vegas, NV 89148

Natalie Blake
Attn: Bankruptcy Desk/Managing Agent
Attorney at Law
12100 Wilshire Blvd, Ste 1125
Los Angeles CA 90025

Natalie Hulaj
Attn: Bankruptcy Desk/Managing Agent
193 Pocono Manor Ct
Las Vegas, NV 89148

Natalie McKimmey
Attn: Bankruptcy Desk/Managing Agent
8950 Lansberry Ct
Las Vegas, NV 89147

Natasha Hampton
Attn: Bankruptcy Desk/Managing Agent
2829 Bridleton Ave
N Las Vegas, NV 89081

Natasha Hampton
Attn: Bankruptcy Desk/Managing Agent
4663 Califa Dr
Las Vegas, NV 89122

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Natasha Yu
Attn: Bankruptcy Desk/Managing Agent
3505 Bella Valencia Ct
Las Vegas, NV 89141

Natasha Yu
Attn: Bankruptcy Desk/Managing Agent
6766 Gold Yarrow St
Las Vegas, NV 89148

Nathan Frost
Attn: Bankruptcy Desk/Managing Agent
7224 Tealwood St
Las Vegas, NV 89131

Nathan Hart
Attn: Bankruptcy Desk/Managing Agent
163 Hickory Heights Ave
Las Vegas, NV 89148

Nathan Lee
Attn: Bankruptcy Desk/Managing Agent
9486 Verneda Ct
Las Vegas, NV 89147

Nathan Lencioni
Attn: Bankruptcy Desk/Managing Agent
4838 Califa Dr
Las Vegas, NV 89122

Nathan Wagner
Attn: Bankruptcy Desk/Managing Agent
497 Via Stretto Ave
Henderson, NV 89011

Nathan Williamson
Attn: Bankruptcy Desk/Managing Agent
280 Locust Valley Ave
Las Vegas, NV 89148

Nathan Williamson
Attn: Bankruptcy Desk/Managing Agent
6292 Athena Dr
Huntington Beach, CA 92647

Nathaniel & Jasmin Dodson
Attn: Bankruptcy Desk/Managing Agent
30 Indian Run Way
Las Vegas, NV 89148

Nathaniel Cicotello
Attn: Bankruptcy Desk/Managing Agent
1632 Indian Cove Lane
Las Vegas NV 89128

Nathaniel Larson
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1100
Las Vegas, NV 89147

National Assc. of Home Builder
Attn: Bankruptcy Desk/Managing Agent
PO Box 409889
Atlanta GA 30384-9799

National Black Digest
Attn: Bankruptcy Desk/Managing Agent
18653 Ventura Blvd. #234
Tarazana CA 91356

National Builder Services
Attn: Bankruptcy Desk/Managing Agent
1717 W. Orangewood Ave Suite F
Orange CA 92868

National City Commercial Capital Corp
Attn: Bankruptcy Desk/Managing Agent
995 Dalton Ave
Cincinnati, OH 45203-1101

National Construction Rentals
Attn: Bankruptcy Desk/Managing Agent
James Perez
5675 Puebla St.
Las Vegas NV 89115

National Flood Insurance Prog.
Attn: Bankruptcy Desk/Managing Agent
PO Box 650346
Dallas TX 75265-0346

National Helicopter Service
Attn: Bankruptcy Desk/Managing Agent
16750 Roscoe Blvd.
& Engineering Company
P. O. Box 17150
Encino CA 91406

National Hispanic Employment
Attn: Bankruptcy Desk/Managing Agent
Review
15030 Ventura Blvd., ste. 887
Sherman Oaks CA 91403

National Info-Tech Cntr
Attn: Bankruptcy Desk/Managing Agent
525-K East Market St. #302
Leesburg VA 20176

National Jewish
Attn: Bankruptcy Desk/Managing Agent
Las Vegas NV Humanitarian Award Dinn
14724 Ventura Blvd Suite 900
Sherman Oaks CA 91403

National Print Group Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 116424
Atlanta GA 30368-6424

National Registered Agents,Inc
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 927
West Windsor NJ 08550-0927

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

National Seminars
Attn: Bankruptcy Desk/Managing Agent
PO Box 419107
Kansas City MO 64141-6107

National Title
Attn: Bankruptcy Desk/Managing Agent
1094 E. Sahara Avenue
Las Vegas NV 89104

Natures Partner, LLC
Attn: Bankruptcy Desk/Managing Agent
1841 N. 23rd Ave.
Phoenix AZ 85009

Naurry Kwon
Attn: Bankruptcy Desk/Managing Agent
279 Falcons Fire Ave
Las Vegas, NV 89148

Navajo Pump &b Supply Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box  1299
Peoria IL 85380-1299

Navasca Family
Attn: Bankruptcy Desk/Managing Agent
174 Crooked Tree Dr
Las Vegas, NV 89148

Navdeep & Satvinder Dhillon
Attn: Bankruptcy Desk/Managing Agent
343 Dog Leg Dr
Las Vegas, NV 89148

Navdeep & Satvinder Dhillon
Attn: Bankruptcy Desk/Managing Agent
44570 Montclaire Ct
Fremont, CA 94539

NCO Financial Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 41593
Philadelphia PA 19101-1593

Neal & Brenda Dastrup
Attn: Bankruptcy Desk/Managing Agent
1061 E Provo Canyon Rd
Provo, UT 84604

Neal & Brenda Dastrup
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 304
Las Vegas, NV 89113

NEC Financial Services, Inc
Attn: Bankruptcy Desk/Managing Agent
300 Frank W Burr Blvd
Teaneck, NJ 07666-6704

Ned & Bernice Kramer
Attn: Bankruptcy Desk/Managing Agent
45 Pangloss St
Henderson, NV 89002

Negham Kellow
Attn: Bankruptcy Desk/Managing Agent
2120 Pont National Drive
Henderson NV  89044

Neghem Kellow
Attn: Bankruptcy Desk/Managing Agent
441 Via Palermo Dr
Henderson, NV 89011

Neil McElroy
Attn: Bankruptcy Desk/Managing Agent
274 Caddy Bag Ct
Las Vegas, NV 89148

Neil Milanes
Attn: Bankruptcy Desk/Managing Agent
8744 Stockholm Ave
Las Vegas, NV 89147

Neil Scelsa
Attn: Bankruptcy Desk/Managing Agent
332 Turtle Peak Ave
Las Vegas, NV 89148

Nelia Medford
Attn: Bankruptcy Desk/Managing Agent
441 Center Green Dr
Las Vegas, NV 89148

Nelia Medford
Attn: Bankruptcy Desk/Managing Agent
7195 Woodshawn Dr
San Diego, CA 92114

Nellie Hanson
Attn: Bankruptcy Desk/Managing Agent
7709 Falconwing Ave
Las Vegas, NV 89131

Nelms Family
Attn: Bankruptcy Desk/Managing Agent
77 Dixie Springs Ct
Las Vegas, NV 89148

Nels Bloyer
Attn: Bankruptcy Desk/Managing Agent
9785 Valmeyer Ave
Las Vegas, NV 89148

Nelson & Erica Garcia
Attn: Bankruptcy Desk/Managing Agent
6478 Aether St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Nelson & Josie Corros
Attn: Bankruptcy Desk/Managing Agent
722 Tossa De Mar Ave
Henderson, NV 89002

Nelson & Tomasita Sanchez
Attn: Bankruptcy Desk/Managing Agent
185 Duck Hollow Ave
Las Vegas, NV 89148

Nelson Pham
Attn: Bankruptcy Desk/Managing Agent
4559 El Camino Cabos Dr
Las Vegas, NV 89147

Nelson Tan
Attn: Bankruptcy Desk/Managing Agent
17916 Holmes Ave
Cerritos, CA 90703

Nelson Tan
Attn: Bankruptcy Desk/Managing Agent
6693 Bristow Falls Ct
Las Vegas, NV 89148

Nelson Wong
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

Nelson Wong
Attn: Bankruptcy Desk/Managing Agent
6730 Gold Yarrow St
Las Vegas, NV 89148

Nenad & Zorka Lojanica
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 212
Las Vegas, NV 89113

Nenita Abbott
Attn: Bankruptcy Desk/Managing Agent
16 Clarendon Rd
Burlingame, CA 94010

Nenita Abbott
Attn: Bankruptcy Desk/Managing Agent
366 Center Green Dr
Las Vegas, NV 89148

Neofunds By Neopost
Attn: Bankruptcy Desk/Managing Agent
PO Box 31021
Tampa FL 33631-3021

Neon Desert Investments LLC
Attn: Bankruptcy Desk/Managing Agent
1341 W Medinah Ct
Anthem, AZ 85086

Neon Desert Investments LLC
Attn: Bankruptcy Desk/Managing Agent
799 Vortex Ave
Henderson, NV 89002

Neopost Leasing
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 45822
San Francisco CA 94145-0822

Neopost, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 45800
San Francisco CA 94145-0800

Neria Canonizado
Attn: Bankruptcy Desk/Managing Agent
364 Harpers Ferry Ave
Las Vegas, NV 89148

Neria Canonizado
Attn: Bankruptcy Desk/Managing Agent
6760 Mission St
Daly City, CA 94014

Nerissa Illustrisimo
Attn: Bankruptcy Desk/Managing Agent
54 Broken Putter Way
Las Vegas, NV 89148

NES Rentals
Attn: Bankruptcy Desk/Managing Agent
Local Address:
P. O. Box 951057
Dallas TX 75395-1057

Nessen Lighting Inc
Attn: Bankruptcy Desk/Managing Agent
Nina Bevilacqua
420Railroadway
Mamaroneck NY 10543

Nestor & Theresa Campos
Attn: Bankruptcy Desk/Managing Agent
12951 Haynes St
N Hollywood, CA 91606

Nestor & Theresa Campos
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1161
Las Vegas, NV 89148

Netco, Inc
Attn: Bankruptcy Desk/Managing Agent
5581 South Cameron Suite A
Las Vegas NV 89118

Network Realty
Attn: Bankruptcy Desk/Managing Agent
Anthony Hapiuk - Agent

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Nevada  Installation Services
Attn: Bankruptcy Desk/Managing Agent
7390 Eastgate Road
Ste 100
Henderson NV  89011

Nevada Association Services
Attn: Bankruptcy Desk/Managing Agent
6224 W. Desert Inn Road
Suite A
Las Vegas NV 89146

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Cancer Institute
Attn: Bankruptcy Desk/Managing Agent
c/o Rock for the Cure
10000 West Charleston Blvd #260
Las Vegas NV 89135

Nevada Child Seekers
Attn: Bankruptcy Desk/Managing Agent
2880 East Flamingo Rd.,Suite J
Las Vegas NV 89121

Nevada Construction
Attn: Bankruptcy Desk/Managing Agent
Laura Sanchez
Cleanup
2745 N. Nellis Blvd
Las Vegas NV 89115

Nevada Contractors
Attn: Bankruptcy Desk/Managing Agent
Insurance Company, Inc.
1210 S. Valley View, St. 114
Las Vegas NV 89102

Nevada Countertop Corp.
Attn: Bankruptcy Desk/Managing Agent
Dave
4031 Industrial Center Dr.
Suite #703
N. Las Vegas NV 89030

Nevada Department of Employment, Training & Rehabil
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52614
Phoenix AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Division of
Attn: Bankruptcy Desk/Managing Agent
Environmental Protection
901 South Stuart Street Ste 4001
Carson City 89701

Nevada Division of
Attn: Bankruptcy Desk/Managing Agent
Environmental Protection
901 South Stuart Street Ste 4001
Carson City, NV 89701

Nevada Fire Protection
Attn: Bankruptcy Desk/Managing Agent
Don Blunt
6335 So. Pecos Suite #28
Las Vegas NV 89120

Nevada Glass
Attn: Bankruptcy Desk/Managing Agent
4770 W. Nevso Dr. Suite B12
Las Vegas NV 89103

Nevada Gypsum Floors,Inc
Attn: Bankruptcy Desk/Managing Agent
Rick Ellison
3588 So. Valley View
Las Vegas NV 89103

Nevada Health Sciences System
Attn: Bankruptcy Desk/Managing Agent
Jim Rogers
5550 W. Flamingo, Suite C1
Las Vegas NV 89103

Nevada Horticultural
Attn: Bankruptcy Desk/Managing Agent
8055 N. Tioga Way
Las Vegas NV 89131

Nevada House of Hose
Attn: Bankruptcy Desk/Managing Agent
1015 Sharp Circle
N Las Vegas NV 89030

Nevada Ilumination Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 42201
Las Vegas NV 89116

Nevada Injury Prevention
Attn: Bankruptcy Desk/Managing Agent
Debbie Kreun, President
4221 W. Val Dechiana Ave.
Las Vegas NV 89141-4257

Nevada Legal News
Attn: Bankruptcy Desk/Managing Agent
930 S. 4th Street, Suite 100
Las Vegas NV 89101

Nevada Legal Services
Attn: Bankruptcy Desk/Managing Agent
530 S. 6th St.
c/o Nikki Ashmore
Las Vegas NV 89101

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Nevada Plastering, Inc.
Attn: Bankruptcy Desk/Managing Agent
153 W Lake Mead Blvd.
Bldg. 1 Ste 102
Henderson NV  89015

Nevada Public Radio
Attn: Bankruptcy Desk/Managing Agent
1289 S. Torrey Pines
Las Vegas NV 89146

Nevada School of the Arts
Attn: Bankruptcy Desk/Managing Agent
4170 South Decatur Blvd.
Suite A-4
Las Vegas NV 89103

Nevada State Contractors Board
Attn: Bankruptcy Desk/Managing Agent
9670 Gateway Drive Ste 100
Reno NV 89521

Nevada Title Company Inc
Attn: Bankruptcy Desk/Managing Agent
doreen nudd
2500 N. Buffalo Drive, Ste 150
Las Vegas NV 89128

Nevada Utilities/Telephone Ser
Attn: Bankruptcy Desk/Managing Agent
1700 S. Main Street
Las Vegas NV 89104

Nevadans for Sound Government
Attn: Bankruptcy Desk/Managing Agent
Mark Warden
3111 S. Valley View Blvd.
Suite B-109
Las Vegas NV 89102

Nevcon Enterprises
Attn: Bankruptcy Desk/Managing Agent
4141 W. Oquendo Rd. Suite # 1
Las Vegas NV 89118-3005

New Concept Stone Work
Attn: Bankruptcy Desk/Managing Agent
6100 Mountain Vista Buite B
Henderson NV  89014

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
6639 Schuster Street
Las Vegas, NV 89118

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
Andrea Taylor
6639 Schuster Street
Las Vegas NV 89118

New Freedom Mortgage Corp.
Attn: Bankruptcy Desk/Managing Agent
Attn: Customer Service
2363 So. Foothill Blvd.
Salt Lake City UT 84109

New Homeowner Magazine
Attn: Bankruptcy Desk/Managing Agent
Billing Department
PO BOX 370534
Las Vegas NV 89137

New Homes Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 9277
Canton OH 44711

New Horizon Academy
Attn: Bankruptcy Desk/Managing Agent
c/o Barry Becker
50 South Jones Blve
Las Vegas NV 89107

New Horizons Computer Learning
Attn: Bankruptcy Desk/Managing Agent
Centers
7674 W Lake Mead Blvd. #250
Las Vegas NV 89128

New Image Electric
Attn: Bankruptcy Desk/Managing Agent
4315 West Post Rd.
Las Vegas NV 89118

New Life International Church
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81234
Las Vegas NV 89180-1234

New Vision Electric
Attn: Bankruptcy Desk/Managing Agent
1306 W. Craig Rd. Ste E191
N Las Vegas NV 89032-0215

Newcomb Family
Attn: Bankruptcy Desk/Managing Agent
1073 Via Prato Ln
Henderson, NV 89011

Newcomb Family
Attn: Bankruptcy Desk/Managing Agent
1824 Madera Canyon Pl
Las Vegas, NV 89128

Newcourt Financial Inc.
Attn: Bankruptcy Desk/Managing Agent
shirley mosly421
21146 Network Place
Chicago IL 60673-1211

Newman Garrison Gilmore
Attn: Bankruptcy Desk/Managing Agent
20401 SW Birch St. Suite # 200
Newport Beach CA 92660

Newman-Frey Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jeff Frey
314 S. Las Palmas Ave.
Los Angeles CA 90020

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                      Served 4/17/2009

News West Publishing
Attn: Bankruptcy Desk/Managing Agent
2435 Miracle Mile
P.O. Box 21209
Bullhead City AZ 86439

Next Designer Logistics
Attn: Bankruptcy Desk/Managing Agent
Mark Sanders
10620 Southern Highlands Pkwy
#110-394
Las Vegas NV 89141

Nextel-ATTN:LOCKBOX 7418
Attn: Bankruptcy Desk/Managing Agent
james-2171
465 N. Halstead, Suite 160
Pasadena CA 91107

NextGen Integrated Solutions
Attn: Bankruptcy Desk/Managing Agent
7165 Bermuda Rd.
Las Vegas NV 89119

Nga Lo
Attn: Bankruptcy Desk/Managing Agent
9262 Blue Flax Pl
Las Vegas, NV 89148

Nga Phan
Attn: Bankruptcy Desk/Managing Agent
227 Palm Trace Ave
Las Vegas, NV 89148

Ngai Hom
Attn: Bankruptcy Desk/Managing Agent
258 Palm Trace Ave
Las Vegas, NV 89148

Ng-houng Family
Attn: Bankruptcy Desk/Managing Agent
96 Sully Creek Ct
Las Vegas, NV 89148

Ngo Family
Attn: Bankruptcy Desk/Managing Agent
49 Sully Creek Ct
Las Vegas, NV 89148

Nguyen Family
Attn: Bankruptcy Desk/Managing Agent
397 Hidden Hole Dr
Las Vegas, NV 89148

Nguyen Family
Attn: Bankruptcy Desk/Managing Agent
48 Whitford
Irvine, CA 92602

Nhat Nguyen
Attn: Bankruptcy Desk/Managing Agent
6843 Baby Jade Ct
Las Vegas, NV 89148

Nhung Bach
Attn: Bankruptcy Desk/Managing Agent
103 Honors Course Dr
Las Vegas, NV 89148

Nhung Phu
Attn: Bankruptcy Desk/Managing Agent
2018 32nd Ave
San Francisco, CA 94116

Nhung Phu
Attn: Bankruptcy Desk/Managing Agent
9769 Valmeyer Ave
Las Vegas, NV 89148

Nicanor & Suzita Granados
Attn: Bankruptcy Desk/Managing Agent
11964 Montfort Cir
Glen Allen, VA 23059

Nicanor & Suzita Granados
Attn: Bankruptcy Desk/Managing Agent
145 Castle Course Ave
Las Vegas, NV 89148

Nicholas & Caryn Rivellini
Attn: Bankruptcy Desk/Managing Agent
9592 Los Cotos Ct
Las Vegas, NV 89147

Nicholas & Heather Desanto
Attn: Bankruptcy Desk/Managing Agent
1012 Via Latina St
Henderson, NV 89011

Nicholas & Karen Zubia
Attn: Bankruptcy Desk/Managing Agent
893 Via Del Tramonto St
Henderson, NV 89011

Nicholas Cox
Attn: Bankruptcy Desk/Managing Agent
524 First On Dr
Las Vegas, NV 89148

Nicholas Cox
Attn: Bankruptcy Desk/Managing Agent
9659 Kampsville Ave
Las Vegas, NV 89148

Nicholas Nguyen
Attn: Bankruptcy Desk/Managing Agent
91 Laying Up Ct
Las Vegas, NV 89148

Nicholus & Mindy Starley
Attn: Bankruptcy Desk/Managing Agent
1071 Via Saint Lucia Pl
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Nick & Georgia Dalacas
Attn: Bankruptcy Desk/Managing Agent
31 Castle Creek Ct
Las Vegas, NV 89148

Nick Bowers
Attn: Bankruptcy Desk/Managing Agent
2014 Main St.
Kingman AZ 86401

Nick Brunson
Attn: Bankruptcy Desk/Managing Agent
9944 Swimming Hole Street
Las Vegas NV 89183

Nick Filippides
Attn: Bankruptcy Desk/Managing Agent
4542 Grey Spencer Dr
Las Vegas, NV 89141

Nick Filippides
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2001
Las Vegas, NV 89148

Nick Rivera
Attn: Bankruptcy Desk/Managing Agent
Rivera Auto Detail
4830 Little Cayman St.
Las Vegas NV 89031

Nickie & Jennifer James
Attn: Bankruptcy Desk/Managing Agent
972 Via Canale Dr
Henderson, NV 89011

Nicolas Hernandez,
Attn: Bankruptcy Desk/Managing Agent
Fire Insurance Exchange, and
Daniel S.Simon, Esq.

Nicolas Ibarra
Attn: Bankruptcy Desk/Managing Agent
182 Fairway Woods Dr
Las Vegas, NV 89148

Nicolas Sfeir
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 103
Las Vegas, NV 89113

Nicolas Sfeir
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 202
Las Vegas, NV 89113

Nicolas Sfeir
Attn: Bankruptcy Desk/Managing Agent
9867 Brooks Lake Ave
Las Vegas, NV 89148

Nicole Houng
Attn: Bankruptcy Desk/Managing Agent
97 Sunset Bay St
Las Vegas, NV 89148

Nicole Lepore
Attn: Bankruptcy Desk/Managing Agent
1765 Summer Blush Ave
Las Vegas, NV 89183

Nicole Lepore
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 211
Las Vegas, NV 89113

Nicole Nance
Attn: Bankruptcy Desk/Managing Agent
208 Tall Ruff Dr
Las Vegas, NV 89148

Nicole Ramirez
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 312
Las Vegas, NV 89113

Nicoleta Costia
Attn: Bankruptcy Desk/Managing Agent
253 Sea Rim Ave
Las Vegas, NV 89148

Nicolette Tucker
Attn: Bankruptcy Desk/Managing Agent
1042 Via San Gallo Ct
Henderson, NV 89011

Nida Santos
Attn: Bankruptcy Desk/Managing Agent
13543 Pico Ct
Fontana, CA 92336

Nida Santos
Attn: Bankruptcy Desk/Managing Agent
420 Center Green Dr
Las Vegas, NV 89148

Nigel Howard
Attn: Bankruptcy Desk/Managing Agent
23 Decoy Ave
London
England

Nigel Howard
Attn: Bankruptcy Desk/Managing Agent
482 Center Green Dr
Las Vegas, NV 89148

Night Shift
Attn: Bankruptcy Desk/Managing Agent
Sean
5280 South Valley View Blvd.
Suite B
Las Vegas NV 89118

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Nigro Family
Attn: Bankruptcy Desk/Managing Agent
245 Winthrop St
Quincy, MA 02169

Nigro Family
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 106
Las Vegas, NV 89113

Niko Samarxhiu
Attn: Bankruptcy Desk/Managing Agent
146 Broken Putter Way
Las Vegas, NV 89148

Nikolina Milovanska-Martchev
Attn: Bankruptcy Desk/Managing Agent
2880 Red Rock St
Las Vegas, NV 89146

Nikolina Milovanska-Martchev
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 307
Las Vegas, NV 89113

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nileen Lugo
Attn: Bankruptcy Desk/Managing Agent
142 Castle Course Ave
Las Vegas, NV 89148

Nim Tang
Attn: Bankruptcy Desk/Managing Agent
158 Broken Putter Way
Las Vegas, NV 89148

Nim Tang
Attn: Bankruptcy Desk/Managing Agent
PO Box 5025
Charleston, OR 97420

Ninman Family
Attn: Bankruptcy Desk/Managing Agent
501 Halloran Springs Rd
Las Vegas, NV 89148

Ninman Family
Attn: Bankruptcy Desk/Managing Agent
777 N Rainbow Blvd Ste 250
Las Vegas, NV 89107

Nitaya & Kritsada Bujadham
Attn: Bankruptcy Desk/Managing Agent
292 Angels Trace Ct
Las Vegas, NV 89148

Nitin Goel
Attn: Bankruptcy Desk/Managing Agent
593 Over Par Ct
Las Vegas, NV 89148

Nitz, Walton, Heaton
Attn: Bankruptcy Desk/Managing Agent
Penny
Trust Account
601 S. 10th Street
Las Vegas NV 89101

NMHG Financial Services, Inc
Attn: Bankruptcy Desk/Managing Agent
10 Riverview Dr
Dansbury, CT 06810-6268

Nobilis
Attn: Bankruptcy Desk/Managing Agent
20 Locust Avenue
Berkeley Heights NJ 07922

Noble Family
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 204
Las Vegas, NV 89113

Noble House
Attn: Bankruptcy Desk/Managing Agent
21220 Devonshire #102
Chatsworth CA 91311

Noe & Marisela Quintero
Attn: Bankruptcy Desk/Managing Agent
86 Olimar Ave
Las Vegas, NV 89148

Noel & Carina Mateo
Attn: Bankruptcy Desk/Managing Agent
20912 Raintree Ln
Trabuco Canyon, CA 92679

Noel & Carina Mateo
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 108
Las Vegas, NV 89113

Noel & Danielle Mateo
Attn: Bankruptcy Desk/Managing Agent
756 Tossa De Mar Ave
Henderson, NV 89002

Noel & Marina Ignacio
Attn: Bankruptcy Desk/Managing Agent
295 Blackstone River Ave
Las Vegas, NV 89148

Noel & Maryjean Yraola
Attn: Bankruptcy Desk/Managing Agent
175 Castle Course Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Noel & Sylvie Coia
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 208
Las Vegas, NV 89113

Noel & Sylvie Coia
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Noel A. Bejarano
Attn: Bankruptcy Desk/Managing Agent
1739 22nd Avenue
San Francisco CA 94122-4419

Noel and Eduarda Manaloto
Attn: Bankruptcy Desk/Managing Agent
and John Henry Wright, ESQ.

Noel Coia
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 205
Las Vegas, NV 89113

Noel Coia
Attn: Bankruptcy Desk/Managing Agent
91 E Agate Ave Unit 409
Las Vegas, NV 89123

Noel Maramba
Attn: Bankruptcy Desk/Managing Agent
23031 Mission Dr
Carson, CA 90745

Noel Maramba
Attn: Bankruptcy Desk/Managing Agent
9689 Kampsville Ave
Las Vegas, NV 89148

Noemi Andro-Vasko
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 107
Las Vegas, NV 89113

Noi Hoang
Attn: Bankruptcy Desk/Managing Agent
365 Dog Leg Dr
Las Vegas, NV 89148

Nolan Family
Attn: Bankruptcy Desk/Managing Agent
253 Lakewood Garden Dr
Las Vegas, NV 89148

Nora & John Kuder
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 202
Las Vegas, NV 89113

Nora Lanting
Attn: Bankruptcy Desk/Managing Agent
296 Dog Leg Dr
Las Vegas, NV 89148

Nora Lanting
Attn: Bankruptcy Desk/Managing Agent
4830 Agnes Ave
Temple City, CA 91780

Norair Antonyan
Attn: Bankruptcy Desk/Managing Agent
325 Blackstone River Ave
Las Vegas, NV 89148

Norair Antonyan
Attn: Bankruptcy Desk/Managing Agent
6463 Gilson Ave
N Hollywood, CA 91606

Norma Gigante
Attn: Bankruptcy Desk/Managing Agent
1725 E Woodridge Cir
West Covina, CA 91792

Norma Gigante
Attn: Bankruptcy Desk/Managing Agent
476 Center Green Dr
Las Vegas, NV 89148

Norma Gutin
Attn: Bankruptcy Desk/Managing Agent
1021 Via Dupre St
Henderson, NV 89011

Norma Gutin
Attn: Bankruptcy Desk/Managing Agent
519 Meyer Ln # 346
Redondo Beach, CA 90278

Norman & Janet Balison
Attn: Bankruptcy Desk/Managing Agent
786 Craigmark Ct
Henderson, NV 89002

Norman & Maysie Mendiola
Attn: Bankruptcy Desk/Managing Agent
6761 Prairie Clover St
Las Vegas, NV 89148

Norman & Sylvia Rosencrantz
Attn: Bankruptcy Desk/Managing Agent
23852 Villena
Mission Viejo CA 92692

Norman Ching
Attn: Bankruptcy Desk/Managing Agent
4220 California SL # 202
San Francisco CA 94118

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Norpac Construction
Attn: Bankruptcy Desk/Managing Agent
4125 W. Dewey Dr  Suite A
Las Vegas NV 89118

North American Media, Ltd.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 97714
Las Vegas NV 89193-7714

North Las Vegas Municipal Cour
Attn: Bankruptcy Desk/Managing Agent
2332 Las Vegas Blvd., North
#100
North Las Vegas, NV 89030

North Las Vegas NV Municipal Cour
Attn: Bankruptcy Desk/Managing Agent
2332 Las Vegas NV Blvd., North
#100
North Las Vegas NV 89030

North Star Materials
Attn: Bankruptcy Desk/Managing Agent
2014 Main Street
Kingman AZ 86401

Northern Arizona Saw Cutting
Attn: Bankruptcy Desk/Managing Agent
4330 E. Navajo Ln.
Rimrock, AZ  86335

Northern Lights HOA at Elkhorn Springs
Attn: Bankruptcy Desk/Managing Agent
c/o Benchmark Properties, Inc.
1515 East Tropicana, Suite 350A
Las Vegas, NV 89119

Northern Mechanical
Attn: Bankruptcy Desk/Managing Agent
3340 Sunrise Avenue #103
Las Vegas NV 89101

Northern Safety Co. Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 4250
Utica NY 13504-4250

Northland Exploration Surveys
Attn: Bankruptcy Desk/Managing Agent
Ken Krenky
528 W Aspen Ave
Flagstaff, AZ 86001

Northstar Marine Survey
Attn: Bankruptcy Desk/Managing Agent
3215 S. Tenaya Way
Las Vegas NV 89117

Northwest Lock & Safe, Inc.
Attn: Bankruptcy Desk/Managing Agent
2131 Northern Avenue
Kingman AZ 86401

Notepro Inc.
Attn: Bankruptcy Desk/Managing Agent
3519 East Shea Blvd
Suite 136
Phoenix AZ 85028-3343

Nova Display
Attn: Bankruptcy Desk/Managing Agent
1626 Piner Road
Santa Rosa CA 95403-1908

Novak Family
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 306
Las Vegas, NV 89113

NP Studios
Attn: Bankruptcy Desk/Managing Agent
1841 N. 23rd Ave.
Phoenix AZ 85009

NPG Cable
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1604
St. Joseph MO 64502-1604

NRS Corporation
Attn: Bankruptcy Desk/Managing Agent
Ken Ahlers
P.O. Box 1170
Milwaukee WI 53201-1170

Nuco Plastering and Stucco Inc
Attn: Bankruptcy Desk/Managing Agent
86 Voltaire Ave
Henderson, NV 89002

Nuco Plastering and Stucco Inc
Attn: Bankruptcy Desk/Managing Agent
9611 N 16th Ave
Phoenix, AZ 85021

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
9611 N. 16th Ave.
Phoenix, AZ 85021-2126

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
Patty
9611 N. 16th Ave.
Phoenix AZ 85021-2126

Nugent Family
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 313
Las Vegas, NV 89113

Numeriano & Virginia Judal
Attn: Bankruptcy Desk/Managing Agent
30269 Willowbrook Rd
Hayward, CA 94544

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Numeriano & Virginia Judal
Attn: Bankruptcy Desk/Managing Agent
4584 Califa Dr
Las Vegas, NV 89122

Nunez, Eduardo
Attn: Bankruptcy Desk/Managing Agent
2528 Perliter Ave
Las Vegas, NV 89030

NU-Power, Inc.
Attn: Bankruptcy Desk/Managing Agent
4015 W Dewey Drive
Las Vegas NV 89118

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue Suite J1-J3
Costa Mesa, CA 92626

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
Bob Stone
3151 Airway Avenue Suite J1-J3
Costa Mesa CA 92626

Nuzhat Bukhari
Attn: Bankruptcy Desk/Managing Agent
9686 Waukegan Ave
Las Vegas, NV 89148

NV Division of Water Resources
Attn: Bankruptcy Desk/Managing Agent
400 Shadow Lane #201
Las Vegas NV 89109

NV Energy
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno NV 89520-3086

NV Environmental Protect
Attn: Bankruptcy Desk/Managing Agent
901 S. Stewart St.
Carson City NV 89701

NV SOS/Internet
Attn: Bankruptcy Desk/Managing Agent

NV State Contractors Brd
Attn: Bankruptcy Desk/Managing Agent
2310 Corporate Circle,ste 200
Henderson NV  89074

Nye & David Myrick
Attn: Bankruptcy Desk/Managing Agent
230 Via Franciosa Dr
Henderson, NV 89011

Nye County Treasurer
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 473
Tonopah NV 89049-0473

Nystrom Building Product
Attn: Bankruptcy Desk/Managing Agent
Joe Bidwell
NW 7845
PO Box 1450
Minneapolis MN 55485-7845

O R A W A LLC
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 210
Las Vegas, NV 89113

O R A W A LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1157
Las Vegas, NV 89148

O R A W A LLC
Attn: Bankruptcy Desk/Managing Agent
9101 W Sahara Ave # 105-F28
Las Vegas, NV 89117

Oakstone Publishing, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 381116
Birmingham AL 35238-1116

Oakstone Wellness
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 263
Chelsea AL 35043

Oasis Pool Maintenance
Attn: Bankruptcy Desk/Managing Agent
4 Bergholt Crest Avenue
Henderson NV 89015

Occupational Health Centers of
Attn: Bankruptcy Desk/Managing Agent
the Southwest, P.A.
P.O.Box 5950
Sparks NV 89432-5950

Odis Reid
Attn: Bankruptcy Desk/Managing Agent
7350 Red Cinder St
Las Vegas, NV 89131

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
4616 W. Sahara Ave Pmb 178
Las Vegas, NV 89102

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
Judy
4616 W. Sahara Ave Pmb 178
Las Vegas NV 89102

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Odyssey Consulting
Attn: Bankruptcy Desk/Managing Agent
7804 Arden Grove St
Las Vegas NV 89113

Ofelia & Nestor Vitoria
Attn: Bankruptcy Desk/Managing Agent
115 Short Ruff Way
Las Vegas, NV 89148

Off Shore Marine
Attn: Bankruptcy Desk/Managing Agent
1090 E. Lake Mead Drive
Henderson NV 89015

Office Depot
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 70025
Los Angeles, CA 90074-0025

Office Depot
Attn: Bankruptcy Desk/Managing Agent
Robert Parsons
P. O. Box 70025
Los Angeles CA 90074-0025

Office Furniture  Pros
Attn: Bankruptcy Desk/Managing Agent
7111 Garden Grove BlvD
Suite# 103
Garden Grove CA 92841

Office Furniture USA
Attn: Bankruptcy Desk/Managing Agent
3211 Builders Ave
Las Vegas NV 89101

Office Max
Attn: Bankruptcy Desk/Managing Agent
HSBC Business Solutions
P. O. Box 5239
Carol Stream IL 60197-0000

Office of Manufactured Housing
Attn: Bankruptcy Desk/Managing Agent
1110 W. Washingtong Ste. 100
Phoenix AZ 85007

Office Of The Attorney General
Attn: Bankruptcy Desk/Managing Agent
AG Case #009433499
P.O. Box 659791
San Antonio TX 78265-9791

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Office Plus
Attn: Bankruptcy Desk/Managing Agent
melissa
3201 Builders Ave
Las Vegas NV 89101

Office Team
Attn: Bankruptcy Desk/Managing Agent
For temp office help
FILE 73484
P. O. Box 60000
San Francisco CA 94160-3484

OfficeMax Credit Plan
Attn: Bankruptcy Desk/Managing Agent
Marty-x5182
Dept. 58 - 3600826415
P.O. Box 9020
Des Moines IA 50638-9020

OFFSITE DEVELOPMENT INC
Attn: Bankruptcy Desk/Managing Agent
4700 Copper Sage St
Suite C
Las Vegas NV 89115

Ohmar & Lizzel Villavicencio
Attn: Bankruptcy Desk/Managing Agent
3 Candide St
Henderson, NV 89002

Oishi Properties
Attn: Bankruptcy Desk/Managing Agent
Carol Crawley - Manager
2301 East Sahara Avenue
Las Vegas NV 89104

Okada Family
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 110
Las Vegas, NV 89113

Okada Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 1175
Kailua Kona, HI 96745

Oleg Baklanov
Attn: Bankruptcy Desk/Managing Agent
371 Tayman Park Ave
Las Vegas, NV 89148

Oleksandr Pylypenko
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 306
Las Vegas, NV 89113

Oleksiy Mogylnyy
Attn: Bankruptcy Desk/Managing Agent
287 Dog Leg Dr
Las Vegas, NV 89148

Oleron & Theresa Pascual
Attn: Bankruptcy Desk/Managing Agent
10241 Deerfield Ln
Northridge, CA 91324

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Oleron & Theresa Pascual
Attn: Bankruptcy Desk/Managing Agent
93 Tall Ruff Dr
Las Vegas, NV 89148

Olga & Christian Izquierdo
Attn: Bankruptcy Desk/Managing Agent
306 Via Franciosa Dr
Henderson, NV 89011

Olga Albicki
Attn: Bankruptcy Desk/Managing Agent
333 Sea Rim Ave
Las Vegas, NV 89148

Olga Evdokimova
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 218
Las Vegas, NV 89113

Olguin & Lona Moreno
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 212
Las Vegas, NV 89113

Olivar Family
Attn: Bankruptcy Desk/Managing Agent
1511 Maxwell Ln
Vista, CA 92084

Olivar Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2038
Las Vegas, NV 89148

Oliver Lee
Attn: Bankruptcy Desk/Managing Agent
International Realty Group
3855 S. Valley View Blvd. #7
Las Vegas NV 89103

Olivia & Dedrik Elliott
Attn: Bankruptcy Desk/Managing Agent
1288 Olivia Pkwy
Henderson, NV 89011

Olivia Pan
Attn: Bankruptcy Desk/Managing Agent
1031 Ximeno Ave
Long Beach, CA 90804

Olivia Pan
Attn: Bankruptcy Desk/Managing Agent
294 Fringe Ruff Dr
Las Vegas, NV 89148

Olivia Yabut
Attn: Bankruptcy Desk/Managing Agent
599 Newberry Springs Dr
Las Vegas, NV 89148

Omar & Martha Molina
Attn: Bankruptcy Desk/Managing Agent
216 Crooked Tree Dr
Las Vegas, NV 89148

Omar Rendon
Attn: Bankruptcy Desk/Managing Agent
3149 E. Desert Inn Rd# 52
Las Vegas NV 89121

Omar Toribio
Attn: Bankruptcy Desk/Managing Agent
6255 W. Tropicana Ave #99
Las Vegas NV 89103

Omer Bloyd
Attn: Bankruptcy Desk/Managing Agent
515 Via Ripagrande Ave
Henderson, NV 89011

Omer Zaheer
Attn: Bankruptcy Desk/Managing Agent
1017 Ocean Ave Apt B
Santa Monica, CA 90403

Omer Zaheer
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1130
Las Vegas, NV 89148

Omni Management Group
Attn: Bankruptcy Desk/Managing Agent
16501 Ventura Blvd #440
Encino, CA 91436-2068

Omni Management Group
Attn: Bankruptcy Desk/Managing Agent
16501 Ventura Boulevard
Suite 440
Encino CA 91436-2068

On Demand Sedan & Limousine
Attn: Bankruptcy Desk/Managing Agent
90 West Oakey
Las Vegas NV 89102

On Time Signs
Attn: Bankruptcy Desk/Managing Agent
4960 South Fort Apache, Ste 440
Las Vegas NV 89148

On Track Mechanical
Attn: Bankruptcy Desk/Managing Agent
9360 Byham Lane
Cherry Valley CA 92223

One Community
Attn: Bankruptcy Desk/Managing Agent
2699 N Tenaya Way
Las Vegas, NV 89128

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

One Community
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2100
Las Vegas, NV 89148

One Stop Hydraulics
Attn: Bankruptcy Desk/Managing Agent
294 Metcalf Rd.
Kingman AZ 86401

O'Neal Billiard Mechanics
Attn: Bankruptcy Desk/Managing Agent
17048 Queenside Dr.
Covina CA 91722

OnStar Subscription Center
Attn: Bankruptcy Desk/Managing Agent
PO Box 77000
Detroit MI 48277-0246

Opportunity Village ARC.INC
Attn: Bankruptcy Desk/Managing Agent
6300 West Oakey Boulevard
Las Vegas NV 89146

Opulence Studios
Attn: Bankruptcy Desk/Managing Agent
1900 Western Ave
Las Vegas NV 89102

Oralia Molinero
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 203
Las Vegas, NV 89113

Orange County Register
Attn: Bankruptcy Desk/Managing Agent
625 N. Grand Ave
Santa Ana CA 92701

ORCO Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 05891
PO Box 39000
San Francisco CA 94139-5891

Oren Adani
Attn: Bankruptcy Desk/Managing Agent
9652 Valmeyer Ave
Las Vegas, NV 89148

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
5740 Arville St Suite 201
Las Vegas NV 89118

Orlando Rivera
Attn: Bankruptcy Desk/Managing Agent
11653 Elianto Street
Las Vegas NV 89123

Orly Hayon
Attn: Bankruptcy Desk/Managing Agent
6804 Rose Mallow St
Las Vegas, NV 89148

Oro Family
Attn: Bankruptcy Desk/Managing Agent
205 Hickory Heights Ave
Las Vegas, NV 89148

Ortaliza Family
Attn: Bankruptcy Desk/Managing Agent
141 Rancho Maria St
Las Vegas, NV 89148

Oryan Corporation
Attn: Bankruptcy Desk/Managing Agent
825 Calle Arroyo
San Dimas, CA 91773

Oryan Corporation
Attn: Bankruptcy Desk/Managing Agent
947 Via Canale Dr
Henderson, NV 89011

Osborn Architects-Engineers
Attn: Bankruptcy Desk/Managing Agent
Brian K. Happel
1300 East Ninth Street, Ste 1500
Cleveland OH 44144-1573

Osborne, Mihaela Ciobanu
Attn: Bankruptcy Desk/Managing Agent
6575 West Tropicana Avenue #2104
Las Vegas, NV 89103

Oscar & Helen Nicolas
Attn: Bankruptcy Desk/Managing Agent
283 Crooked Tree Dr
Las Vegas, NV 89148

Oscar Parel
Attn: Bankruptcy Desk/Managing Agent
141 Tall Ruff Dr
Las Vegas, NV 89148

Oscar Parel
Attn: Bankruptcy Desk/Managing Agent
4561 Tara Del
Encino CA 91436

Oscar Parel
Attn: Bankruptcy Desk/Managing Agent
4561 Tara Dr
Encino, CA 91436

OSHA
Attn: Bankruptcy Desk/Managing Agent
1301 N Green Valley Pkwy
Henderson NV  89074

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ostheimer & Company
Attn: Bankruptcy Desk/Managing Agent
james
13981 Alyssum Way
Tucson AZ 85737

Oswaldo & Cecilia Cachola
Attn: Bankruptcy Desk/Managing Agent
9718 Dieterich Ave
Las Vegas, NV 89148

Oswaldo & Cecilia Cachola
Attn: Bankruptcy Desk/Managing Agent
PO Box 612701
San Jose, CA 95161

Otto Family
Attn: Bankruptcy Desk/Managing Agent
321 Arbour Garden Ave
Las Vegas, NV 89148

Oumer Kass
Attn: Bankruptcy Desk/Managing Agent
9762 Kampsville Ave
Las Vegas, NV 89148

Ounjian, Salpirose
Attn: Bankruptcy Desk/Managing Agent
5504 Via Rosa Court
Las Vegas, NV 89130

Outdoor Furniture Liquidators
Attn: Bankruptcy Desk/Managing Agent
6767 W. Tropicana Ave,Ste 212
Liquidators
Las Vegas NV 89117

Outdoor Solutions
Attn: Bankruptcy Desk/Managing Agent
Scott Carlovsky
7935 W. Sahara Avenue
Suite 201
Las Vegas NV 89117

Ovation Development Corp.
Attn: Bankruptcy Desk/Managing Agent
1175 American Pacific Drive
Suite F
Henderson NV  89074

Owens Geotechnical
Attn: Bankruptcy Desk/Managing Agent
4480 West Hacienda Avenue
Suite 104
Las Vegas NV 89118

Owens Mobile Home
Attn: Bankruptcy Desk/Managing Agent
John Owens
Service Inc.
1932 Smith St.
Las Vegas NV 89108

OWS CLO I LTD
Attn: Bankruptcy Desk/Managing Agent
Bill Lemberg
200 Park Ave 7th Floor
New York, NY 10166

Ozzo Design
Attn: Bankruptcy Desk/Managing Agent
Ozzie Thoreson
36 A'Alapapa Place
Kailua CA 96734

P&L Fencing & Iron
Attn: Bankruptcy Desk/Managing Agent
8414 W. Farm Rd Ste 180 475
Las Vegas NV 89131

P.I.P.E.S.
Attn: Bankruptcy Desk/Managing Agent
43141 Business Center Pkwy #201
Lancaster, CA 63535

P.I.P.E.S.
Attn: Bankruptcy Desk/Managing Agent
Arnold Rodlo
43141 Business Center Pkwy
Suite 201
Lancaster MO 63535

Pablo & Amelia Maranan
Attn: Bankruptcy Desk/Managing Agent
42 Cedar Ln Apt F3
Ossining, NY 10562

Pablo & Amelia Maranan
Attn: Bankruptcy Desk/Managing Agent
793 Wigan Pier Dr
Henderson, NV 89002

Pablo & Elida Flores
Attn: Bankruptcy Desk/Managing Agent
7233 Cottonsparrow St
Las Vegas, NV 89131

Pac Van n
Attn: Bankruptcy Desk/Managing Agent
652 Middlegate Suite B
Henderson NV  89015

Pachulski Stang Ziehl & Jones
Attn: Bankruptcy Desk/Managing Agent
10100 Santa Monica Blvd.
Los Angeles CA 90067

Pacific Property Consultants
Attn: Bankruptcy Desk/Managing Agent
12725 Stowe Drive
Poway CA 92064

PacifiCare
Attn: Bankruptcy Desk/Managing Agent
File # U25141
4601 E Hilton Ave
Phoenix AZ 85072-2078

Paculdo Family
Attn: Bankruptcy Desk/Managing Agent
254 Lenape Heights Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Paculdo Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 1489
Huntington Beach, CA 92647

Pac-Van, Inc
Attn: Bankruptcy Desk/Managing Agent
2693 Paysphere Circle
Chicago IL 60674

Padawang Family
Attn: Bankruptcy Desk/Managing Agent
281 Rusty Plank Ave
Las Vegas, NV 89148

Padawang Family
Attn: Bankruptcy Desk/Managing Agent
731 Castlerea Ln
Des Plaines, IL 60016

Padilla Construction Co. of NV
Attn: Bankruptcy Desk/Managing Agent
1605 N. O'Donnell Way
Orange CA 92867

Padma's Plantation
Attn: Bankruptcy Desk/Managing Agent
1375 England Drive
Batavia IL 60510

Pain Family
Attn: Bankruptcy Desk/Managing Agent
192 Pocono Manor Ct
Las Vegas, NV 89148

Paint & Paperworks
Attn: Bankruptcy Desk/Managing Agent
4310 S. Cameron St.
Las Vegas NV 89146

Palacio Family
Attn: Bankruptcy Desk/Managing Agent
440 Punto Vallata Dr
Henderson, NV 89011

Palacio Family
Attn: Bankruptcy Desk/Managing Agent
881 Glenview Dr
San Bruno, CA 94066

Palecek
Attn: Bankruptcy Desk/Managing Agent
Dept. #05898
P.O. Box 39000
San Francisco CA 94139-5898

Pallas Textiles
Attn: Bankruptcy Desk/Managing Agent
Nichole
Bin 088
Milwaukee WI 53288-0088

Palm Carpet &Tile LLC
Attn: Bankruptcy Desk/Managing Agent
7652 Ribbon Rock St
Las Vegas NV 89139

Palm Garden Corporation
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Palm Gardens HOA
Attn: Bankruptcy Desk/Managing Agent
c/o Benchmark Properties, Inc.
1515 East Tropicana, Suite 350A
Las Vegas, NV 89119

Palm Gardens, Ltd.
Attn: Bankruptcy Desk/Managing Agent
Jim Rhodes
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Palm Hills HOA
Attn: Bankruptcy Desk/Managing Agent
C/O US Bank
P.O.Box 500377
San Diego CA 92150-0377

Palmer Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
Phillip Palmer
1412 Western Ave.
Las Vegas NV 89102

Pamela Boulden
Attn: Bankruptcy Desk/Managing Agent
9245 Tisha Renee Ave.
Las Vegas NV 89147

Pamela Moore
Attn: Bankruptcy Desk/Managing Agent
7230 Elderly Ave
Las Vegas, NV 89131

Pamela Moore
Attn: Bankruptcy Desk/Managing Agent
7737 Falconwing Ave
Las Vegas, NV 89131

Pamela Nichol
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 310
Las Vegas, NV 89113

Pammy P P P Inc
Attn: Bankruptcy Desk/Managing Agent
286 Blackstone River Ave
Las Vegas, NV 89148

Pammy P P P Inc
Attn: Bankruptcy Desk/Managing Agent
293 Lakewood Garden Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Pammy P P P Inc
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

Panda Windows & Doors
Attn: Bankruptcy Desk/Managing Agent
3415 Bellington Rd.
Ste A190
N. Las Vegas NV 89030

Pando-shorts Family
Attn: Bankruptcy Desk/Managing Agent
7401 Apple Springs Ave
Las Vegas, NV 89131

Pangburn, Scott
Attn: Bankruptcy Desk/Managing Agent
6804 Endora Dr
Las Vegas, NV 89103

Pacia Martin
Attn: Bankruptcy Desk/Managing Agent
7109 Painted Butte
Las Vegas NV 89178

Paper Signatures
Attn: Bankruptcy Desk/Managing Agent
1133 Broadway
Suite 217
New York 10010

Par 3 Landscape
Attn: Bankruptcy Desk/Managing Agent
4610 Wynn Rd. #B
Las Vegas, NV 89103

Par 5 Enterprises
Attn: Bankruptcy Desk/Managing Agent
409 Club Court
Las Vegas, NV 89144

Paradigm Engineering, LLC
Attn: Bankruptcy Desk/Managing Agent
972-829-8100 main office #
P. O. Box 202387
Dallas TX 75320-2387

Paradise Pools
Attn: Bankruptcy Desk/Managing Agent
5110 N Buffalo Drive
Las Vegas NV 89149

Paramaz Kossayan
Attn: Bankruptcy Desk/Managing Agent
277 Via Di Citta Dr
Henderson, NV 89011

Paramount Capital Corporation
Attn: Bankruptcy Desk/Managing Agent
1918 Filbert Street
Suite 101
San Francisco CA 94123

Paramount Destination Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 19330
Las Vegas NV 89132-0330

Paramount Rodeo
Attn: Bankruptcy Desk/Managing Agent
Sandy Margolin
17501 Ventura Blvd
Encion CA 91316

Paredes Family
Attn: Bankruptcy Desk/Managing Agent
152 Cascade Lake St
Las Vegas, NV 89148

Paredes Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 4405
Chatsworth, CA 91313

Parisi Inc.
Attn: Bankruptcy Desk/Managing Agent
2002 Jimmy Durante Blvd #308
Del Mar CA 92014

Park Avenue Cleaners
Attn: Bankruptcy Desk/Managing Agent
7210 W. Lake Mead
Suite 2
Las Vegas NV 89138

Park Cockerill
Attn: Bankruptcy Desk/Managing Agent
3408 Markridge Rd
La Crescenta, CA 91214

Park Cockerill
Attn: Bankruptcy Desk/Managing Agent
415 Foster Springs Rd
Las Vegas, NV 89148

Parker Family
Attn: Bankruptcy Desk/Managing Agent
47 Broken Putter Way
Las Vegas, NV 89148

Parker Family
Attn: Bankruptcy Desk/Managing Agent
509 NE 196th Ave
Camas, WA 98607

Parker Finch & Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
3838 N. Central Ave
Ste 1100
Phoenix AZ 85012

Parker, Taryn
Attn: Bankruptcy Desk/Managing Agent
10120 W Flamingo Rd Ste 4-171
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Parmenter Family
Attn: Bankruptcy Desk/Managing Agent
21 Ocean Harbour Ln
Las Vegas, NV 89148

Parminder & Paul Janda
Attn: Bankruptcy Desk/Managing Agent
140 Crooked Putter Dr
Las Vegas, NV 89148

Parminder & Paul Janda
Attn: Bankruptcy Desk/Managing Agent
521 E Sherherd Ave
Fresno, CA 93720

Parraguirre Family
Attn: Bankruptcy Desk/Managing Agent
63 Arcadian Shores St
Las Vegas, NV 89148

Parsons Behle & Latimer
Attn: Bankruptcy Desk/Managing Agent
201 S Main St
Ste 1800
Salt Lake City UT 89111

Parsons Bros Rockeries
Attn: Bankruptcy Desk/Managing Agent
Denise Wright
710 W. Sunset Road  #110
Henderson NV  89015

Party Supermart
Attn: Bankruptcy Desk/Managing Agent
2521 E. Bonanza Rd
Las Vegas NV 89101

PassKey
Attn: Bankruptcy Desk/Managing Agent
4395 S. Polaris
Las Vegas NV 89103

Pat Davies
Attn: Bankruptcy Desk/Managing Agent
2300 Iron Point Rd Apt 2022
Folsom, CA 95630

Pat Davies
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 314
Las Vegas, NV 89113

Pat Decarbo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2069
Las Vegas, NV 89148

Patch Co, Inc.
Attn: Bankruptcy Desk/Managing Agent
2922 Serene
Henderson NV  89074

Patchara & Duane Iona
Attn: Bankruptcy Desk/Managing Agent
42 Blaven Dr
Henderson, NV 89002

Paterno & Merlinda Trias
Attn: Bankruptcy Desk/Managing Agent
498 N Abbott Ave
Milpitas, CA 95035

Paterno & Merlinda Trias
Attn: Bankruptcy Desk/Managing Agent
586 Newberry Springs Dr
Las Vegas, NV 89148

Patient Financial Services
Attn: Bankruptcy Desk/Managing Agent
Mayo Clinic Scottsdale
P.O.Box 52557
Phoenix AZ 85072-2557

Patrice Edwards
Attn: Bankruptcy Desk/Managing Agent
297 Fairway Woods Dr
Las Vegas, NV 89148

Patrice Edwards
Attn: Bankruptcy Desk/Managing Agent
9601 Soquel Dr
Aptos, CA 95003

Patricia & Michael Woo
Attn: Bankruptcy Desk/Managing Agent
214 Galway Bay
Alameda, CA 94502

Patricia & Michael Woo
Attn: Bankruptcy Desk/Managing Agent
53 Voltaire Ave
Henderson, NV 89002

Patricia Becker
Attn: Bankruptcy Desk/Managing Agent
11464 Glowing Sunset Lane
Las Vegas NV 89135

Patricia Eyster
Attn: Bankruptcy Desk/Managing Agent
25582 Starboard Dr
Dana Point, CA 92629

Patricia Eyster
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 203
Las Vegas, NV 89113

Patricia Farley-Saavedra
Attn: Bankruptcy Desk/Managing Agent
7525 Rushing Current St
Las Vegas NV 89131

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Patricia Frankola
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 204
Las Vegas, NV 89113

Patricia Hinds
Attn: Bankruptcy Desk/Managing Agent
289 Falcons Fire Ave
Las Vegas, NV 89148

Patricia Micali
Attn: Bankruptcy Desk/Managing Agent
29 Pangloss St
Henderson, NV 89002

Patricia Naran
Attn: Bankruptcy Desk/Managing Agent
719 Jane Eyre Pl
Henderson, NV 89002

Patricia Pena
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 213
Las Vegas, NV 89113

Patricia Renna
Attn: Bankruptcy Desk/Managing Agent
102 Rancho Maria St
Las Vegas, NV 89148

Patricia Saunders
Attn: Bankruptcy Desk/Managing Agent
140 Dog Leg Dr
Las Vegas, NV 89148

Patricia Sharp
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 108
Las Vegas, NV 89113

Patricia Shutt
Attn: Bankruptcy Desk/Managing Agent
190 Lenape Heights Ave
Las Vegas, NV 89148

Patricia Smith
Attn: Bankruptcy Desk/Managing Agent
4788 Califa Dr
Las Vegas, NV 89122

Patricia Smith
Attn: Bankruptcy Desk/Managing Agent
7521 Apple Springs Ave
Las Vegas, NV 89131

Patricia Smith
Attn: Bankruptcy Desk/Managing Agent
PO Box 335609
N Las Vegas, NV 89033

Patrick & Anna Espinoza
Attn: Bankruptcy Desk/Managing Agent
8910 Minsk Ct
Las Vegas, NV 89147

Patrick & Carmen Day
Attn: Bankruptcy Desk/Managing Agent
7510 Apple Springs Ave
Las Vegas, NV 89131

Patrick & Diane Powell
Attn: Bankruptcy Desk/Managing Agent
188 Rusty Plank Ave
Las Vegas, NV 89148

Patrick & May Smith
Attn: Bankruptcy Desk/Managing Agent
602 Newberry Springs Dr
Las Vegas, NV 89148

Patrick & Monica Cheng
Attn: Bankruptcy Desk/Managing Agent
3999 Golden Terrace Ln
Chino Hills, CA 91709

Patrick & Monica Cheng
Attn: Bankruptcy Desk/Managing Agent
81 Honors Course Dr
Las Vegas, NV 89148

Patrick & Sarah Oreilly
Attn: Bankruptcy Desk/Managing Agent
13683 Woodcock Ave
Sylmar, CA 91342

Patrick & Sarah Oreilly
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1046
Las Vegas, NV 89148

Patrick Avakian
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 113
Las Vegas, NV 89113

Patrick Avakian
Attn: Bankruptcy Desk/Managing Agent
936 N Howard St
Glendale, CA 91207

Patrick Bergsrud
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 201
Las Vegas, NV 89113

Patrick Cheng
Attn: Bankruptcy Desk/Managing Agent
162 Duck Hollow Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Patrick Cheng
Attn: Bankruptcy Desk/Managing Agent
7208 Royal Melbourne Dr
Las Vegas, NV 89131

Patrick Ferry
Attn: Bankruptcy Desk/Managing Agent
245 Fairway Woods Dr
Las Vegas, NV 89148

Patrick Hartmann
Attn: Bankruptcy Desk/Managing Agent
1005 Jupiter Lane
Colorado Springs CO 80906

Patrick Kelly
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 313
Las Vegas, NV 89113

Patrick Kelly
Attn: Bankruptcy Desk/Managing Agent
PO Box 6990
Hilo, HI 96720

Patrick Patterson
Attn: Bankruptcy Desk/Managing Agent
73 Daisy Springs Ct
Las Vegas, NV 89148

Patrick Patterson
Attn: Bankruptcy Desk/Managing Agent
91-1048 Kaiau Ave # 16H
Kapolei, HI 96707

Patrick Rush
Attn: Bankruptcy Desk/Managing Agent
335 Blackstone River Ave
Las Vegas, NV 89148

Patrick Thomas
Attn: Bankruptcy Desk/Managing Agent
7431 Hornblower Ave
Las Vegas, NV 89131

Patrick Ziade
Attn: Bankruptcy Desk/Managing Agent
9683 Kampsville Ave
Las Vegas, NV 89148

Patrick Ziade
Attn: Bankruptcy Desk/Managing Agent
9746 Valmeyer Ave
Las Vegas, NV 89148

Patrina Lee
Attn: Bankruptcy Desk/Managing Agent
151 Tayman Park Ave
Las Vegas, NV 89148

Patrina Lee
Attn: Bankruptcy Desk/Managing Agent
331 Forest Park Ct
Pacifica, CA 94044

Paul & Deborah Hayes
Attn: Bankruptcy Desk/Managing Agent
9724 Dieterich Ave
Las Vegas, NV 89148

Paul & Deborah Owens
Attn: Bankruptcy Desk/Managing Agent
13929 Blackbeard Dr
Corpus Christi, TX 78418

Paul & Deborah Owens
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 313
Las Vegas, NV 89113

Paul & Diona Greenbaum
Attn: Bankruptcy Desk/Managing Agent
7201 Teatwood St
Las Vegas, NV 89131

Paul & Kimberly Lipkin
Attn: Bankruptcy Desk/Managing Agent
115 Manor Dr
Piedmont, CA 94611

Paul & Kimberly Lipkin
Attn: Bankruptcy Desk/Managing Agent
396 Hidden Hole Dr
Las Vegas, NV 89148

Paul & Kyung Arusell
Attn: Bankruptcy Desk/Managing Agent
185 Short Ruff Way
Las Vegas, NV 89148

Paul & Nancy Link
Attn: Bankruptcy Desk/Managing Agent
1158 Olivia Pkwy
Henderson, NV 89011

Paul & Nancy Link
Attn: Bankruptcy Desk/Managing Agent
867 Diamond Ridge Cir
Castle Rock, CO 80108

Paul & Prudence Baluyot
Attn: Bankruptcy Desk/Managing Agent
196 Lenape Heights Ave
Las Vegas, NV 89148

Paul & Prudence Baluyot
Attn: Bankruptcy Desk/Managing Agent
241 Marcella Way
Millbrae, CA 94030

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Paul & Rita Olson
Attn: Bankruptcy Desk/Managing Agent
221 Cliff Valley Dr
Las Vegas, NV 89148

Paul & Sheila Radlund
Attn: Bankruptcy Desk/Managing Agent
780 Vortex Ave
Henderson, NV 89002

Paul & Shelli Zamensky
Attn: Bankruptcy Desk/Managing Agent
973 Via Canale Dr
Henderson, NV 89011

Paul & Vivianne Niemela
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 313
Las Vegas, NV 89113

Paul & Wanda Murray
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 106
Las Vegas, NV 89113

Paul Barulich
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2114
Las Vegas, NV 89148

Paul Bendigo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2150
Las Vegas, NV 89148

Paul Benson
Attn: Bankruptcy Desk/Managing Agent
320 Dog Leg Drive
Las Vegas NV  1847.00

Paul Butz
Attn: Bankruptcy Desk/Managing Agent
9684 Valmeyer Ave
Las Vegas, NV 89148

Paul Cho
Attn: Bankruptcy Desk/Managing Agent
4613 El Camino Cabos Dr
Las Vegas, NV 89147

Paul Davis Restoration
Attn: Bankruptcy Desk/Managing Agent
1818 Industrial Road, Ste 210
Las Vegas NV  89102-2631

Paul Elliott
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 302
Las Vegas, NV 89113

Paul Felix
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 304
Las Vegas, NV 89113

Paul Hornikx
Attn: Bankruptcy Desk/Managing Agent
25314 SE 36th Ct
Issaquah, WA 98029

Paul Hornikx
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2134
Las Vegas, NV 89148

Paul Huygens
Attn: Bankruptcy Desk/Managing Agent
600 Via Colmo
Henderson NV 89011

Paul Lirette
Attn: Bankruptcy Desk/Managing Agent
1021 Viale Piacenza Pl
Henderson, NV 89011

Paul Maciejewski
Attn: Bankruptcy Desk/Managing Agent
279 Fairway Woods Dr
Las Vegas, NV 89148

Paul Martin
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1115
Las Vegas, NV 89147

Paul Morway
Attn: Bankruptcy Desk/Managing Agent
44030 Pinto Creek Cir
Indian Wells, CA 92210

Paul Morway
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2090
Las Vegas, NV 89148

Paul Ostermiller
Attn: Bankruptcy Desk/Managing Agent
7721 Falconwing Ave
Las Vegas, NV 89131

Paul Petty
Attn: Bankruptcy Desk/Managing Agent
957 Via Stellato St
Henderson, NV 89011

Paul Renneker
Attn: Bankruptcy Desk/Managing Agent
1104 Norellat Rd.
Henderson NV  89015

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Paul Rosen
Attn: Bankruptcy Desk/Managing Agent
208 Rusty Plank Ave
Las Vegas, NV 89148

Paul Rutherford
Attn: Bankruptcy Desk/Managing Agent
1084 Via Corto St
Henderson, NV 89011

Paul Thompson
Attn: Bankruptcy Desk/Managing Agent
1440 Via Savona Dr.
Henderson NV  89052-3126

Paul Velez
Attn: Bankruptcy Desk/Managing Agent
155 Castle Course Ave
Las Vegas, NV 89148

Paul Weiland
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 309
Las Vegas, NV 89113

Paul Williams
Attn: Bankruptcy Desk/Managing Agent
650 Newberry Springs Dr
Las Vegas, NV 89148

Paula Forry
Attn: Bankruptcy Desk/Managing Agent
369 Falcons Fire Ave
Las Vegas, NV 89148

Paula Holmwood
Attn: Bankruptcy Desk/Managing Agent
241 Fairway Woods Dr
Las Vegas, NV 89148

Paula Iral
Attn: Bankruptcy Desk/Managing Agent
213 Via Franciosa Dr
Henderson, NV 89011

Paula Puia
Attn: Bankruptcy Desk/Managing Agent
4236 Charles Street
Dearborn MI 48126

Paula Solimini
Attn: Bankruptcy Desk/Managing Agent
217 Brett Cir Unit B
Wauconda, IL 60084

Paula Solimini
Attn: Bankruptcy Desk/Managing Agent
350 Falcons Fire Ave
Las Vegas, NV 89148

Paula Vargas
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1160
Las Vegas, NV 89147

Paulette Cloutier
Attn: Bankruptcy Desk/Managing Agent
6641 Brentwood Dr
Huntington Beach, CA 92648

Paulette Cloutier
Attn: Bankruptcy Desk/Managing Agent
964 Via Stellato St
Henderson, NV 89011

Pauline & Rodolfo L. Kabigting
Attn: Bankruptcy Desk/Managing Agent
24 Stonyhill Lane
W. Nyack 10994

Pauline Novak
Attn: Bankruptcy Desk/Managing Agent
5557 Gold Mint Lane
Las Vegas NV 89122

Pauline Novak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2047
Las Vegas, NV 89148

Paulson Reporting Services
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 79509
City of Industry CA 91716-9509

Paver Module Of Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
1013 E. Delhi
N. Las Vegas NV  89030

PBCC
Attn: Bankruptcy Desk/Managing Agent
Pitney Bowes Credit Corporation
P.O.Box 856460
Louisville KY 40285-6460

PBS&J
Attn: Bankruptcy Desk/Managing Agent
2270 Corporate Circle #100
Henderson NV  89074

PC Club
Attn: Bankruptcy Desk/Managing Agent
3441 W. Sahara Blvd
#D
Las Vegas NV 89102

PCBC
Attn: Bankruptcy Desk/Managing Agent
1215 K Street
Suite 1200
Sacramento CA 95814

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Peacock Mountain Ranch Assc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4734 HB
Hualapai AZ 86412

Peak Hour Traffic Data
Attn: Bankruptcy Desk/Managing Agent
Collectors
197 Carlsbad Caverns St.
Henderson NV 89012

Peariso-chiodini Family
Attn: Bankruptcy Desk/Managing Agent
151 Cliff Valley Dr
Las Vegas, NV 89148

Pearl & Rolando Bayot
Attn: Bankruptcy Desk/Managing Agent
340 Lakewood Garden Dr
Las Vegas, NV 89148

Pearl Neal
Attn: Bankruptcy Desk/Managing Agent
237 Palm Trace Ave
Las Vegas, NV 89148

Peccole Little League Baseball
Attn: Bankruptcy Desk/Managing Agent
Sponsorship
P.O. Box 371352
Las Vegas NV 89137

Pedro & Alina Mouriz
Attn: Bankruptcy Desk/Managing Agent
1088 Via Corto St
Henderson, NV 89011

Pedro & Modesta Mallari
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1077
Las Vegas, NV 89148

Pedro & Teresita Lacap
Attn: Bankruptcy Desk/Managing Agent
105 Sunset Bay St
Las Vegas, NV 89148

Pedro Gonzalez
Attn: Bankruptcy Desk/Managing Agent
892 Via Del Tramonto St
Henderson, NV 89011

Pedroza, Avery
Attn: Bankruptcy Desk/Managing Agent
2224 Midvale Terrace
Henderson, NV 89074

Pei Lee
Attn: Bankruptcy Desk/Managing Agent
18571 Nottingham Ln
Rowland Heights, CA 91748

Pei Lee
Attn: Bankruptcy Desk/Managing Agent
67 Back Spin Ct
Las Vegas, NV 89148

Peilai Qian
Attn: Bankruptcy Desk/Managing Agent
269 Falcons Fire Ave
Las Vegas, NV 89148

Pelayo, Jorge
Attn: Bankruptcy Desk/Managing Agent
4768 Crakow Court
Las Vegas, NV 89147

PEM, Inc.
Attn: Bankruptcy Desk/Managing Agent
3390 Wynn Road Ste A
Las Vegas NV 89102

Pen-Cal Administrators, Inc.
Attn: Bankruptcy Desk/Managing Agent
6210 Stoneridge Mall Rd., Ste 300
Pleasanton CA 94588

Penelope Raety
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 209
Las Vegas, NV 89113

Peninsula Floors, Inc.
Attn: Bankruptcy Desk/Managing Agent
Bought out by Carpets N More
P.O. Box 951404
Dallas TX 75395-1404

Peninsula Floors, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 951404
Dallas, TX 75395-1404

Perennials
Attn: Bankruptcy Desk/Managing Agent
Lisa Bergman
3225 E. Carpenter Freeway
Irving TX 75062

Perez, Christina
Attn: Bankruptcy Desk/Managing Agent
3787 Poinsetta Way
Las Vegas, NV 89147

Perez, Elvia
Attn: Bankruptcy Desk/Managing Agent
1924 Cindysue Street Apt C
Las Vegas, NV 89106

Perez, Gerardo
Attn: Bankruptcy Desk/Managing Agent
6101 Cairo Cir
Las Vegas, NV 89107

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Perfect Raingutters
Attn: Bankruptcy Desk/Managing Agent
Jarrett Jamieson
6295 Harrison  #9
Las Vegas NV 89120

Perfecto & Dina Arca
Attn: Bankruptcy Desk/Managing Agent
23222 Rosanna Ct
Torrance, CA 90502

Perfecto & Dina Arca
Attn: Bankruptcy Desk/Managing Agent
461 Via Stretto Ave
Henderson, NV 89011

Perfecto and Dina Arca
Attn: Bankruptcy Desk/Managing Agent
23222 Rosanna Court
Torrance CA 90502

Performance Plastering
Attn: Bankruptcy Desk/Managing Agent
4840 East Cartier Avenue
Las Vegas NV 89115

Performance Plus Engineering
Attn: Bankruptcy Desk/Managing Agent
27740 Jefferson Avenue
Suite 320
Temecula CA 92590

Peridian International
Attn: Bankruptcy Desk/Managing Agent
2600 Newport Blvd, Suite 130
Newport Beach CA 92663

Perkins Cole Brown & Bain
Attn: Bankruptcy Desk/Managing Agent
Accounting number
1201 Third Avenue, 40th Floor
Seattle WA 98101-3099

Perlman Architects, Inc.
Attn: Bankruptcy Desk/Managing Agent
2230 Corporate Circle Ste 290
Henderson NV  89074

Perpetua Gatan
Attn: Bankruptcy Desk/Managing Agent
285 Via Di Citta Dr
Henderson, NV 89011

Perry Family
Attn: Bankruptcy Desk/Managing Agent
2049 Century Park E Ste 2500
Los Angeles, CA 90067

Perry Family
Attn: Bankruptcy Desk/Managing Agent
71 Rock Run St
Las Vegas, NV 89148

Pesin Real Estate LLC
Attn: Bankruptcy Desk/Managing Agent
10620 Southern Highlands Pkwy
Las Vegas, NV 89141

Pesin Real Estate LLC
Attn: Bankruptcy Desk/Managing Agent
495 Via Del Foro Dr
Henderson, NV 89011

Pete King
Attn: Bankruptcy Desk/Managing Agent
2575 E Lone Mountain Road
N. Las Vegas NV 89031

Peter & Angelee Bobeck
Attn: Bankruptcy Desk/Managing Agent
2312 Ladue Ln
Fort Wayne, IN 46804

Peter & Angelee Bobeck
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2117
Las Vegas, NV 89148

Peter & Daradel Thaler
Attn: Bankruptcy Desk/Managing Agent
49 Pangloss St
Henderson, NV 89002

Peter & Daradel Thaler
Attn: Bankruptcy Desk/Managing Agent
PO Box 60793
Boulder City, NV 89006

Peter & Dolores Reicher
Attn: Bankruptcy Desk/Managing Agent
36765 Melbourne Dr
Sterling Heights, MI 48312

Peter & Dolores Reicher
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1030
Las Vegas, NV 89148

Peter & Eleanor Collins
Attn: Bankruptcy Desk/Managing Agent
526 Via Del Corallo Way
Henderson, NV 89011

Peter & Michelle Nowicki
Attn: Bankruptcy Desk/Managing Agent
244 Dog Leg Dr
Las Vegas, NV 89148

Peter & Nancy Pham
Attn: Bankruptcy Desk/Managing Agent
121 Quail Valley St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Peter & Soona Tabuntschikow
Attn: Bankruptcy Desk/Managing Agent
9771 Waukegan Ave
Las Vegas, NV 89148

Peter & Soona Tabuntschikow
Attn: Bankruptcy Desk/Managing Agent
PO Box 1829
Blaine, WA 98231

Peter and Susan Malik
Attn: Bankruptcy Desk/Managing Agent
1104 Arabian Sand Court
Las Vegas NV 89144

Peter Choi
Attn: Bankruptcy Desk/Managing Agent
182 Crooked Putter Dr
Las Vegas, NV 89148

Peter Collins
Attn: Bankruptcy Desk/Managing Agent
526 Via Del Corallo Way
Henderson NV 89011

Peter Ko
Attn: Bankruptcy Desk/Managing Agent
2084 Savannah River St
Henderson, NV 89044

Peter Ko
Attn: Bankruptcy Desk/Managing Agent
286 Ladies Tee Ct
Las Vegas, NV 89148

Peter Ko
Attn: Bankruptcy Desk/Managing Agent
8739 Las Olivas Ave
Las Vegas, NV 89147

Peter Kung
Attn: Bankruptcy Desk/Managing Agent
108 Carl St
San Francisco, CA 94117

Peter Kung
Attn: Bankruptcy Desk/Managing Agent
152 Crooked Putter Dr
Las Vegas, NV 89148

Peter Luk
Attn: Bankruptcy Desk/Managing Agent
9680 Ziegler Ave
Las Vegas, NV 89148

Peter Nguyen
Attn: Bankruptcy Desk/Managing Agent
1261 Thornbury Ln
San Jose, CA 95138

Peter Nguyen
Attn: Bankruptcy Desk/Managing Agent
9740 Waukegan Ave
Las Vegas, NV 89148

Peter Price
Attn: Bankruptcy Desk/Managing Agent
442 Sunrise Villa Dr
Las Vegas NV 89110

Peter R. Pezzani
Attn: Bankruptcy Desk/Managing Agent
1754 Franklin Chase
Henderson NV 89012

Peter Rapone
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 109
Las Vegas, NV 89113

Peter Rho
Attn: Bankruptcy Desk/Managing Agent
196 Dog Leg Dr
Las Vegas, NV 89148

Peter Tibone
Attn: Bankruptcy Desk/Managing Agent
521 Punto Vallata Dr
Henderson, NV 89011

Peter Tomaino
Attn: Bankruptcy Desk/Managing Agent
227 Clay St
Reno, NV 89501

Peter Tomaino
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 311
Las Vegas, NV 89113

Peter Tripp
Attn: Bankruptcy Desk/Managing Agent
1047 Via Sanguinella St
Henderson, NV 89011

Peter Tripp
Attn: Bankruptcy Desk/Managing Agent
18077 Coastline Dr Apt 24
Malibu, CA 90265

Peter Wetherall
Attn: Bankruptcy Desk/Managing Agent
311 Arbour Garden Ave
Las Vegas, NV 89148

Pettigru Counseling Associates
Attn: Bankruptcy Desk/Managing Agent
405 Pettigru Street
Greenville SC 29601

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Peyrolo Family
Attn: Bankruptcy Desk/Managing Agent
35525 Georgetown Dr
Sterling Heights, MI 48312

Peyrolo Family
Attn: Bankruptcy Desk/Managing Agent
4798 Califa Dr
Las Vegas, NV 89122

Phani Gudipati
Attn: Bankruptcy Desk/Managing Agent
784 Wigan Pier Dr
Henderson, NV 89002

Phase One Consulting Eng
Attn: Bankruptcy Desk/Managing Agent
Brian P. Norris
6136 Cottontail Cove Street
Las Vegas NV 89130

Phi & Christine Sun
Attn: Bankruptcy Desk/Managing Agent
242 Rolling Springs Dr
Las Vegas, NV 89148

Phi & Christine Sun
Attn: Bankruptcy Desk/Managing Agent
3350 Harrison St Apt 217
Kingman, AZ 86409

Phil & Joe Su
Attn: Bankruptcy Desk/Managing Agent
200 Crooked Putter Dr
Las Vegas, NV 89148

Phil & Joe Su
Attn: Bankruptcy Desk/Managing Agent
280 Fringe Ruff Dr
Las Vegas, NV 89148

Phil & Yeechin Liao
Attn: Bankruptcy Desk/Managing Agent
12 Cascade Lake St
Las Vegas, NV 89148

Phil and Cindy Shipley
Attn: Bankruptcy Desk/Managing Agent
7804 SW 193rd Street
Miami FL 33157

Phil Deoferio
Attn: Bankruptcy Desk/Managing Agent
175 Real Long Way
Las Vegas, NV 89148

Philip & Amanda Fleming
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2157
Las Vegas, NV 89148

Philip & Eugenia Davis
Attn: Bankruptcy Desk/Managing Agent
545 Via Ruscello Way
Henderson, NV 89011

Philip & Grace Secondez
Attn: Bankruptcy Desk/Managing Agent
4782 Essen Ct
Las Vegas, NV 89147

Philip & Grace Secondez
Attn: Bankruptcy Desk/Managing Agent
500 Foerster St
San Francisco, CA 94127

Philip & Juliette Franklin
Attn: Bankruptcy Desk/Managing Agent
212 Angels Trace Ct
Las Vegas, NV 89148

Philip & Meiken Alexander
Attn: Bankruptcy Desk/Managing Agent
305 Via Di Citta Dr
Henderson, NV 89011

Philip Marrow
Attn: Bankruptcy Desk/Managing Agent
1480 Thrush Ave Apt 36
San Leandro, CA 94578

Philip Marrow
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 208
Las Vegas, NV 89113

Philippe Ziade
Attn: Bankruptcy Desk/Managing Agent
9746 Valmeyer Ave
Las Vegas, NV 89148

Phillip & Janet Schoenwetter
Attn: Bankruptcy Desk/Managing Agent
1093 Via Canale Dr
Henderson, NV 89011

Phillip & Janet Schoenwetter
Attn: Bankruptcy Desk/Managing Agent
30511 Palos Verdes Dr E
Rancho Palos Verdes, CA 90275

Phillip & Margaret Swain
Attn: Bankruptcy Desk/Managing Agent
6711 Gold Yarrow St
Las Vegas, NV 89148

Phillip & Maria Buenvenida
Attn: Bankruptcy Desk/Managing Agent
100 Honors Course Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Phillip & Maria Buenvenida
Attn: Bankruptcy Desk/Managing Agent
31825 59th Ave S
Auburn, WA 98001

Phillip & Terri Fontenelle
Attn: Bankruptcy Desk/Managing Agent
10693 Bonchester Hill St
Las Vegas, NV 89141

Phillip & Terri Fontenelle
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 209
Las Vegas, NV 89113

Phillip Campagna
Attn: Bankruptcy Desk/Managing Agent
11621 Longhirst Hall Ln
Las Vegas, NV 89138

Phillip Campagna
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 311
Las Vegas, NV 89113

Phillip Friedman
Attn: Bankruptcy Desk/Managing Agent
960 Via Stellato St
Henderson, NV 89011

Phillip Pineda
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 313
Las Vegas, NV 89113

Phillips Family
Attn: Bankruptcy Desk/Managing Agent
363 Selkirk Dr
Corona, CA 92881

Phillips Family
Attn: Bankruptcy Desk/Managing Agent
371 Grandover Ct
Las Vegas, NV 89148

Phillips Family
Attn: Bankruptcy Desk/Managing Agent
756 Wigan Pier Dr
Henderson, NV 89002

Phillips Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 531421
Henderson, NV 89053

Phillips, Kenneth
Attn: Bankruptcy Desk/Managing Agent
4034 Ridgewood
Las Vegas, NV 89121

Phineas Family
Attn: Bankruptcy Desk/Managing Agent
307 W Sandison St
Wilmington, CA 90744

Phineas Family
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 110
Las Vegas, NV 89113

Phoenix Draperies Internationa
Attn: Bankruptcy Desk/Managing Agent
Sid Nellis
2460 Malt Avenue
City of Commerce CA 90040

Phoenix Pest & Termite Control
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 11067
Phoenix AZ 85061

Phoenix Precast Products, Inc.
Attn: Bankruptcy Desk/Managing Agent
1856 E. Deer Valley Road
Phoenix AZ 85024

Phong Le
Attn: Bankruptcy Desk/Managing Agent
9498 Verneda Ct
Las Vegas, NV 89147

Photo Research LLC
Attn: Bankruptcy Desk/Managing Agent
Dennis
2919 "B" Mead
Las Vegas NV 89102

Phu Duong
Attn: Bankruptcy Desk/Managing Agent
356 Dog Leg Dr
Las Vegas, NV 89148

Phu Duong
Attn: Bankruptcy Desk/Managing Agent
8612 W 72nd Ter
Overland Park, KS 66204

Phuong Kim Ong
Attn: Bankruptcy Desk/Managing Agent
8501 University Ave
#2085
Las Vegas NV 89147

Picornell Family
Attn: Bankruptcy Desk/Managing Agent
18 Winsor Ct
Sayreville, NJ 08872

Picornell Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1164
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                              Served 4/17/2009

Pictographics
Attn: Bankruptcy Desk/Managing Agent
4830 W. Oquendo
Las Vegas NV 89118

Picture Perfect Ent.
Attn: Bankruptcy Desk/Managing Agent
702-375-1688
5046 Spanish Hills Dr
Las Vegas NV 89148

Pierce Eislen
Attn: Bankruptcy Desk/Managing Agent
7201 East Camelback Road
Suite 245
Scottsdale AZ 85251

Piezon Family
Attn: Bankruptcy Desk/Managing Agent
7430 Cedar Rae Ave
Las Vegas, NV 89131

Pilar Temoche
Attn: Bankruptcy Desk/Managing Agent
45 Chateau Whistler Ct
Las Vegas, NV 89148

Pina Martorana
Attn: Bankruptcy Desk/Managing Agent
51 Dogwood Hills St
Las Vegas, NV 89148

Pinetree Enterprise Inc
Attn: Bankruptcy Desk/Managing Agent
563 Newberry Springs Dr
Las Vegas, NV 89148

Pinetree Enterprise Inc
Attn: Bankruptcy Desk/Managing Agent
575 Newberry Springs Dr
Las Vegas, NV 89148

Pinetree Enterprise Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 16665
Irvine, CA 92623

Ping Fang
Attn: Bankruptcy Desk/Managing Agent
275 Spring Hollow Dr
Las Vegas, NV 89148

Ping Ge
Attn: Bankruptcy Desk/Managing Agent
710 Cayman Ln
Foster City, CA 94404

Ping Ge
Attn: Bankruptcy Desk/Managing Agent
78 Back Spin Ct
Las Vegas, NV 89148

Ping Ni
Attn: Bankruptcy Desk/Managing Agent
9667 Waukegan Ave
Las Vegas, NV 89148

Pinnacle Architectural Studio
Attn: Bankruptcy Desk/Managing Agent
Quinn Boesenecker
9755 West Charleston Blvd.
Las Vegas NV 89117

Pinnacle Grading LLC
Attn: Bankruptcy Desk/Managing Agent
313 South Aztec Road
Golden Valley AZ 86413

Pinnacle Printing
Attn: Bankruptcy Desk/Managing Agent
3347 South Highland Drive
Las Vegas NV 89109

Pioneer Overhead Door
Attn: Bankruptcy Desk/Managing Agent
4046 West Ponerosa Way
Las Vegas NV 89118-8794

Pioneer Woodworking, LTD
Attn: Bankruptcy Desk/Managing Agent
Chris
4125 W. Dewey Dr. Suite B
Las Vegas NV 89118

Pipe Maintenance Serv. Inc.
Attn: Bankruptcy Desk/Managing Agent
412 E Gowan Road
N Las Vegas NV  89032

Piper Plastics, LLC
Attn: Bankruptcy Desk/Managing Agent
7260 Dean Martin Drive
Suite 1000
Las Vegas NV 89118

Piracle
Attn: Bankruptcy Desk/Managing Agent
Order checks from HOPE
2302 South Presidents Drive
Suite B
Salt Lake City UT 84120

Pitney Bowes Purchase Power
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 856042
Louisville KY 40285-6042

Pitney Bowes, Inc.
Attn: Bankruptcy Desk/Managing Agent
Sales & General Info
P.O. Box 856390
Louisville KY 40285-6390

Plan B Productions
Attn: Bankruptcy Desk/Managing Agent
1055 N. Victory Place
Burbank CA 91502

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Planned Parenthood
Attn: Bankruptcy Desk/Managing Agent
Attn: Liz
320 West Charleston
Las Vegas NV 89102

Plantworks
Attn: Bankruptcy Desk/Managing Agent
3930 Graphic Center Drive
Las Vegas NV 89118

Platinum Finish
Attn: Bankruptcy Desk/Managing Agent
5462 Jacobs Field Street
Las Vegas NV 89148

Player Lane Properties LLC
Attn: Bankruptcy Desk/Managing Agent
17821 17th St Ste 193
Tustin, CA 92780

Player Lane Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 207
Las Vegas, NV 89113

Playscapes, Inc.
Attn: Bankruptcy Desk/Managing Agent
Children's Environments
2600 Daniels Street
Madison WI 53718

Plumb Level Art Installation
Attn: Bankruptcy Desk/Managing Agent
4375 W.Desert Inn, C-219
Las Vegas NV 89102

Po & Carol Wong
Attn: Bankruptcy Desk/Managing Agent
253 Crooked Putter Dr
Las Vegas, NV 89148

Polar Air & Heating
Attn: Bankruptcy Desk/Managing Agent
5030 Harrison Drive
Las Vegas NV 89120

Polina Chebotareva
Attn: Bankruptcy Desk/Managing Agent
650 Harvester Course Dr
Las Vegas, NV 89148

Polito, Giselle
Attn: Bankruptcy Desk/Managing Agent
2742 Mansville Ave
Henderson, NV 89052

Poll Ngo
Attn: Bankruptcy Desk/Managing Agent
18 Celestine Cir
Ladera Ranch, CA 92694

Poll Ngo
Attn: Bankruptcy Desk/Managing Agent
9286 Bearded Iris Ave
Las Vegas, NV 89148

Pollack & Associates
Attn: Bankruptcy Desk/Managing Agent
c/o Donghia Textiles
150 Varick Street 10th Fl.
New York NY 10013

Pollack & Associates
Attn: Bankruptcy Desk/Managing Agent
Traci Rock
c/o Donghia
101 Henry Adams St.  #144
San Francisco CA 94103

Polly Family
Attn: Bankruptcy Desk/Managing Agent
473 Punto Vallata Dr
Henderson, NV 89011

Polo Cleaners
Attn: Bankruptcy Desk/Managing Agent
4985 Port Apache Dr Ste 101
Las Vegas NV 89148

Pompeii Furniture
Attn: Bankruptcy Desk/Managing Agent
Ashley
c/o Mitch Zerg & Associates
9860 Gidley St
EL Monte CA 91731

Pool Tables Plus, Inc.
Attn: Bankruptcy Desk/Managing Agent
6985 W. Sahara # 117
Las Vegas NV 89117

Pools by Grube
Attn: Bankruptcy Desk/Managing Agent
961 Empire Mesa Way
Henderson NV  89015

Porsha Revesz
Attn: Bankruptcy Desk/Managing Agent
298 Belair View Ct.
Henderson NV  89074

Portaframe, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 594
Dexter MO  63841

Post Tensioing Institute Store
Attn: Bankruptcy Desk/Managing Agent
8601 North Black Canyon Hwy
Ste. 103
Phoenix AZ 85021

Post Tension of Nevada
Attn: Bankruptcy Desk/Managing Agent
1179 Center Point Dr.
Henderson NV  89074

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Poster Compliance Center
Attn: Bankruptcy Desk/Managing Agent
3687 Mt Diablo Blvd Ste B100
Lafayette CA 94549-3744

Pouya Mohajer
Attn: Bankruptcy Desk/Managing Agent
144 Wicked Wedge Way
Las Vegas, NV 89148

Powen Li
Attn: Bankruptcy Desk/Managing Agent
2935 Judah St
San Francisco, CA 94122

Powen Li
Attn: Bankruptcy Desk/Managing Agent
4780 Lone Mesa Dr
Las Vegas, NV 89147

Power & Motoryacht
Attn: Bankruptcy Desk/Managing Agent
P.O Box 57544
Boulder CO 80321-7544

Power Plus, Inc
Attn: Bankruptcy Desk/Managing Agent
3131 Olive Street
Las Vegas NV 89104

Prashant & Rupali Gupte
Attn: Bankruptcy Desk/Managing Agent
161 Tayman Park Ave
Las Vegas, NV 89148

Praxair
Attn: Bankruptcy Desk/Managing Agent
310-Praxair Distribution Inc.
P.O. Box 120812 Dept. 0812
Dallas TX 75312-0812

Precision Simulations
Attn: Bankruptcy Desk/Managing Agent
396 Civic Drive, Suite B
Pleasant Hill CA 94523

Precision Surveys
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 94928
8414-D Jefferson St. NE
Albuquerque NM 87199

Prem Signh
Attn: Bankruptcy Desk/Managing Agent
9301 Thonder Court
Las Vegas NV 89149

Premier Business Solutions
Attn: Bankruptcy Desk/Managing Agent
15909 B East Gale Ave
Hacienda Heights CA 91745

Premier New Homes
Attn: Bankruptcy Desk/Managing Agent
Attn: Summer Betting
15555 N. 79th Place Suite 200
Scottsdale AZ 85260

Premier Office Systems, Inc
Attn: Bankruptcy Desk/Managing Agent
1210 South Valley View Blvd.
Suite 215
Las Vegas NV 89102

Premier Sportscar Service Inc.
Attn: Bankruptcy Desk/Managing Agent
4005 W. Dewey Drive
Las Vegas NV 89118

Premier Trust of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
Custodian for Rene Raynes IRA
411 Bonneville Suite #1
Las Vegas NV 89101

Premium Financing Spec.
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 25287
Tempe AZ 85285-5287

Premium Financing Specialists
Attn: Bankruptcy Desk/Managing Agent
National Accounts
P.O. Box 419090
Kansas City MO 64141-6090

PREMIUM LOAN TRUST I
Attn: Bankruptcy Desk/Managing Agent
190 S. Lasalle 23rd Fl
Chicago IL 60603

Premysl Placek
Attn: Bankruptcy Desk/Managing Agent
10040 Basalt Hollow Ave
Las Vegas, NV 89148

Premysl Placek
Attn: Bankruptcy Desk/Managing Agent
7641 Falconwing Ave
Las Vegas, NV 89131

Present Family
Attn: Bankruptcy Desk/Managing Agent
441 Via Stretto Ave
Henderson, NV 89011

Present Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 92165
Henderson, NV 89009

Presley Howell
Attn: Bankruptcy Desk/Managing Agent
4734 Ashington St
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                   Served 4/17/2009

Prestige Plastering, Inc.
Attn: Bankruptcy Desk/Managing Agent
790 Lake Havasu Ave.
Suite 7
Lake Havasu City AZ 86403

PRG Scenic Technologies
Attn: Bankruptcy Desk/Managing Agent
6050 S. Valley View Blvd
Las Vegas NV 89118

Pribyl, Anthony
Attn: Bankruptcy Desk/Managing Agent
5450 S Fort Apache Road #168
Las Vegas, NV 89148

Priddy, Matthew
Attn: Bankruptcy Desk/Managing Agent
398 Blue Tee Court
Las Vegas, NV 89148

Principal Life
Attn: Bankruptcy Desk/Managing Agent
Dept 900
P.O. Box 14416
Des Moines 50306-3416

Príncipe, Peter
Attn: Bankruptcy Desk/Managing Agent
5421 E Harmon Avenue Q11
Las Vegas, NV 89122

Print International
Attn: Bankruptcy Desk/Managing Agent
Dave Stefanic
345 Hudson Street
Fifth Floor
New York 10014

Priscilla & Robert Magsalin
Attn: Bankruptcy Desk/Managing Agent
4792 Frankfurt Ct
Las Vegas, NV 89147

Priscilla Lao
Attn: Bankruptcy Desk/Managing Agent
330 Fringe Ruff Dr
Las Vegas, NV 89148

Priscilla Lao
Attn: Bankruptcy Desk/Managing Agent
446 25th Ave Apt 2
San Francisco, CA 94121

Prism LLC
Attn: Bankruptcy Desk/Managing Agent
1222 Silver Knoll Ave
Las Vegas NV 89123

Prlina, John
Attn: Bankruptcy Desk/Managing Agent
6225 Racel St
Las Vegas, NV 89131

Pro Color Inc.
Attn: Bankruptcy Desk/Managing Agent
6280 S. Valley View
Suite 110
Las Vegas NV 89118

Pro Group Management
Attn: Bankruptcy Desk/Managing Agent
175 East Reno
Suite c9
Las Vegas NV 89119

Pro Specialties Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
8295 Aero Place
Suite 260
San Diego CA 92123-1807

Pro Tech
Attn: Bankruptcy Desk/Managing Agent
4428 David Rd
Kingman AZ 86409

Pro Tect Security
Attn: Bankruptcy Desk/Managing Agent
3511 S.Eastern Avenue
Las Vegas NV 89109

Production Plumbing
Attn: Bankruptcy Desk/Managing Agent
Robert Kahre
1555 Bledsoe Lane
Las Vegas NV 89110

Production Resource Group
Attn: Bankruptcy Desk/Managing Agent
PRG-Scenic Technologies
c/o ProMix
P.O. Box 41261
Santa Ana CA 92799-1261

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
194 Wicked Wedge Way
Las Vegas, NV 89148

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
235 Fairway Woods Dr
Las Vegas, NV 89148

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
299 Fringe Ruff Dr
Las Vegas, NV 89148

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
34 Cobbs Creek Way
Las Vegas, NV 89148

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
59 Big Creek Ct
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Professional Billing Ltd
Attn: Bankruptcy Desk/Managing Agent
83 Broken Putter Way
Las Vegas, NV 89148

Professional Document Products
Attn: Bankruptcy Desk/Managing Agent
3371 W. Oquendo Road
Las Vegas NV 89118

Professional Door & Millworks
Attn: Bankruptcy Desk/Managing Agent
2951 Morion Dr Ste #117B
Las Vegas, NV 89115

Professional Door & Millworks
Attn: Bankruptcy Desk/Managing Agent
Sandy
2951 Morion Dr Ste #117B
Las Vegas NV 89115

Progressive Business Pub.
Attn: Bankruptcy Desk/Managing Agent
370 Technology Drive
PO Box 3019
Malvern PA 19355

Progressive Drywall Systems
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3595
Lake Havasu AZ 86405

Progressive Wholesales
Attn: Bankruptcy Desk/Managing Agent
PO BOX 95127
Las Vegas NV  89193-5127

Prokopchuk, Scott
Attn: Bankruptcy Desk/Managing Agent
760 San Jacoma Pl
Las Vegas, NV 89138

Promotions & Event Management
Attn: Bankruptcy Desk/Managing Agent
INC.
3390 Wynn Road, Suite A
Las Vegas NV 89102

Property Management Systems
Attn: Bankruptcy Desk/Managing Agent
Tops Software
364-C Christopher Avenue
Gaithersburg MD 20879

Props By Chefs LLC
Attn: Bankruptcy Desk/Managing Agent
1417 Romanesca Dr
Henderson, NV 89052

Props By Chefs LLC
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 310
Las Vegas, NV 89113

Pro-Sweep of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
4830 N. Serene Drive
Las Vegas NV 89130

Province Real Estate Advisors
Attn: Bankruptcy Desk/Managing Agent
2275 Corporate Cir #275
Henderson, NV 89074

Province Real Estate Advisors
Attn: Bankruptcy Desk/Managing Agent
Paul Huygens
2275 Corporate Circle
Suite 275
Henderson NV  89074

Prudential Americana Group
Attn: Bankruptcy Desk/Managing Agent
Christopher Koman - Realtor
7475 W. Sahara Ave, Ste 100
Las Vegas NV 89117

Prudential Mohave, Realtors
Attn: Bankruptcy Desk/Managing Agent
2202 Stockton Hill Rd., Suite C
Kingman AZ 86401

Prudential Overall Supply
Attn: Bankruptcy Desk/Managing Agent
3915 West Hacienda
Las Vegas NV 89118

Prus Family
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 102
Las Vegas, NV 89113

Puckett,Jason
Attn: Bankruptcy Desk/Managing Agent
2090 Western Ave
Norco, CA 92860

Pulido Construction
Attn: Bankruptcy Desk/Managing Agent
3540 Sahara Ave # 572
Las Vegas NV 89102

Purdue Marion & Assoc.
Attn: Bankruptcy Desk/Managing Agent
3455 Cliff Shadows Pkwy
Suite 190
Las Vegas NV 89129

Putting Greens Direct of NV
Attn: Bankruptcy Desk/Managing Agent
5550 S. Cameron Suite H
Las Vegas NV 89118

Pyrenees Investments 3 LLC
Attn: Bankruptcy Desk/Managing Agent
106 Cassia Way
Henderson, NV 89014

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Pyrenees Investments 3 LLC
Attn: Bankruptcy Desk/Managing Agent
6833 Scarlet Flax St
Las Vegas, NV 89148

Q Media
Attn: Bankruptcy Desk/Managing Agent
8565 W Craig Rd
Las Vegas NV 89129

QED, Inc & Shane Clifford, Esq
Attn: Bankruptcy Desk/Managing Agent
District Court Case #A534449

Qiong Tang
Attn: Bankruptcy Desk/Managing Agent
4790 Lone Mesa Dr
Las Vegas, NV 89147

Quality Built
Attn: Bankruptcy Desk/Managing Agent
12725 Stowe Dr
Poway CA 92061

Quality Cabinets of Nevada
Attn: Bankruptcy Desk/Managing Agent
865 Pilot Road
Lock Box 842520
Dallas TX 75284-2520

Quality Carpet & Upholst.Clean
Attn: Bankruptcy Desk/Managing Agent
Mike
5700 Negril Ave
Las Vegas NV 89130

Quality Concrete Surfaces
Attn: Bankruptcy Desk/Managing Agent
Jon Forsyth
347 S. 700 W. #C
Cedar City UT 84720

Quality Design Products LLC
Attn: Bankruptcy Desk/Managing Agent
Joe Ervin
6373 Industrial Road
Las Vegas AZ  89118

Quality Ford Trucks
Attn: Bankruptcy Desk/Managing Agent
4150 Donaven Way
Las Vegas NV

Quality Impressions
Attn: Bankruptcy Desk/Managing Agent
6295 Harrison Dr.
Suite 29
Las Vegas, NV 89120

Quality Inn
Attn: Bankruptcy Desk/Managing Agent
1400 E. Andy Devine Ave.
Kingman AZ 86401

Quality Interiors, Inc
Attn: Bankruptcy Desk/Managing Agent
104 S. Maple Street
Corona, CA 92880-1704

Quality Interiors, Inc
Attn: Bankruptcy Desk/Managing Agent
Rick Merigold (President)
104 S. Maple Street
Corona CA 92880-1704

Quality Screen Print Corp
Attn: Bankruptcy Desk/Managing Agent
127 Jefferson NE, Ste B
Albuquerque NM 87108

Quality Towing
Attn: Bankruptcy Desk/Managing Agent
2201 N. Commerce
N. Las Vegas NV 89030

Quality Wood Products
Attn: Bankruptcy Desk/Managing Agent
3001 N. Nellis
Las Vegas NV 89115

Quantum Collections
Attn: Bankruptcy Desk/Managing Agent
P.O.BOX 364389
North Las Vegas NV 89036-8389

Quantum Resources
Attn: Bankruptcy Desk/Managing Agent
Sharon/Steve
13030 Inglewood Ave.  #200
Hawthorne CA 90250

Quest Diagnostics
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 79025
Phoenix AZ 85062-9025

Quick Crete Products Crp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 639
Norco CA 92860-0639

Quiet Technology Systems
Attn: Bankruptcy Desk/Managing Agent
David Dempsey
255 N. Pasadena Street
Gilbert AZ 85233

Quinncie & Khanh Do
Attn: Bankruptcy Desk/Managing Agent
434 Hidden Hole Dr
Las Vegas, NV 89148

Quinncie & Khanh Do
Attn: Bankruptcy Desk/Managing Agent
PO Box 769
Rosemead, CA 91770

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Quira Manthei
Attn: Bankruptcy Desk/Managing Agent
4655 Hamburg St
Las Vegas, NV 89147

Qun Huang
Attn: Bankruptcy Desk/Managing Agent
133 Quail Valley St
Las Vegas, NV 89148

QVS
Attn: Bankruptcy Desk/Managing Agent
2731 Crimson Canyon
Las Vegas NV 89128

R & R Equities, LLC
Attn: Bankruptcy Desk/Managing Agent
5238 Spring Canyon Street
North Las Vegas NV 89031

R Brian Roces
Attn: Bankruptcy Desk/Managing Agent
7173 Durango St
Las Vegas, NV 89120

R Brian Roces
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 313
Las Vegas, NV 89113

R F 2 Investments LLC
Attn: Bankruptcy Desk/Managing Agent
9697 Dieterich Ave
Las Vegas, NV 89148

R F 2 Investments LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 400686
Las Vegas, NV 89140

R Family
Attn: Bankruptcy Desk/Managing Agent
271 Cliff Valley Dr
Las Vegas, NV 89148

R Family
Attn: Bankruptcy Desk/Managing Agent
588 Via Colmo Ave
Henderson, NV 89011

R Family
Attn: Bankruptcy Desk/Managing Agent
6257 Mighty Flotilla Ave
Las Vegas, NV 89139

R Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2123
Las Vegas, NV 89148

R K Properties LLC
Attn: Bankruptcy Desk/Managing Agent
2920 S Rainbow Blvd Ste 130
Las Vegas, NV 89146

R K Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1117
Las Vegas, NV 89148

R M & Susan Ameng
Attn: Bankruptcy Desk/Managing Agent
4592 Califa Dr
Las Vegas, NV 89122

R M & Susan Ameng
Attn: Bankruptcy Desk/Managing Agent
PO Box 1304
Las Vegas, NV 89125

R P L Consulting Group LLC
Attn: Bankruptcy Desk/Managing Agent
193 Real Long Way
Las Vegas, NV 89148

R P L Consulting Group LLC
Attn: Bankruptcy Desk/Managing Agent
256 N Racetrack Rd
Henderson, NV 89015

R Ranch Ventures
Attn: Bankruptcy Desk/Managing Agent
James Foote
c/o of Irma Au
1385 Sierra Madre Villa Avenue
Pasadena CA 91107

R Ranch Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
182 Sandy Bunker Ln
Las Vegas, NV 89148

R Ranch Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
531 Towne Ave
Los Angeles, CA 90013

R Ranch Ventures, LLC
Attn: Bankruptcy Desk/Managing Agent
Irma Au
c/o Irma Au
1385 Sierra Madre Villa Avenue
Pasadena CA 91107

R. P. Weddell & Sons Co.
Attn: Bankruptcy Desk/Managing Agent
4945 E. Carey
Las Vegas NV 89115

R. Scott Dugan Appraisal Co.
Attn: Bankruptcy Desk/Managing Agent
6767 W. Tropicana
Suite #110
Las Vegas NV 89103

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

R.O.I. Appraisal, Ltd.
Attn: Bankruptcy Desk/Managing Agent
2700 East Sunset Road Ste C-20
Las Vegas NV 89120

R.S. Herman Architects, Inc
Attn: Bankruptcy Desk/Managing Agent
6009 Melrose Ave.
Los Angeles CA 90038

R.W. Turner & Sons
Attn: Bankruptcy Desk/Managing Agent
Pump & Windmill Co., Inc
3471 Hwy 89N
Chino Valley AZ 86323

Rachael Brown
Attn: Bankruptcy Desk/Managing Agent
1092 Via Corto St
Henderson, NV 89011

Rachel & Song Ngo
Attn: Bankruptcy Desk/Managing Agent
157 Short Ruff Way
Las Vegas, NV 89148

Rachelle Rabago
Attn: Bankruptcy Desk/Managing Agent
217 Via Franciosa Dr
Henderson, NV 89011

Rafael & Christian Vidal
Attn: Bankruptcy Desk/Managing Agent
551 Newberry Springs Dr
Las Vegas, NV 89148

Rafael & Elsa Alaban
Attn: Bankruptcy Desk/Managing Agent
2804 Fresno St
Santa Clara, CA 95051

Rafael & Elsa Alaban
Attn: Bankruptcy Desk/Managing Agent
293 Fringe Ruff Dr
Las Vegas, NV 89148

Rafael Serrano
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 205
Las Vegas, NV 89113

Rafik & Irina Kasparian
Attn: Bankruptcy Desk/Managing Agent
10387 Grizzly Forest Dr
Las Vegas, NV 89178

Rafik & Irina Kasparian
Attn: Bankruptcy Desk/Managing Agent
4766 Ashington St
Las Vegas, NV 89147

Rags To Riches, Inc.
Attn: Bankruptcy Desk/Managing Agent
Pete Aguilar
5420 S. Cameron Suite #109
Las Vegas NV 89118

Rahill, Peter
Attn: Bankruptcy Desk/Managing Agent
9683 Kampsville Road
Las Vegas, NV 89148

Rain 2 Day Inc.
Attn: Bankruptcy Desk/Managing Agent
4850 E. Cartier Ave.
Las Vegas NV 89115

Rainbow International
Attn: Bankruptcy Desk/Managing Agent
6442 Windy Street #2
Las Vegas NV 89119

Rajender Thakran
Attn: Bankruptcy Desk/Managing Agent
1174 Olivia Pkwy
Henderson, NV 89011

Rajender Thakran
Attn: Bankruptcy Desk/Managing Agent
14762 Kinai Rd
Apple Valley, CA 92307

Rajinder Bajwa
Attn: Bankruptcy Desk/Managing Agent
3247 Vintage Oaks Ct
San Jose, CA 95148

Rajinder Bajwa
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1175
Las Vegas, NV 89148

Rakeman Plumbing
Attn: Bankruptcy Desk/Managing Agent
3823 Losee Road
North Las Vegas NV 89030

Ralph & Alice Zanfardino
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1178
Las Vegas, NV 89148

Ralph & Deborah Reid
Attn: Bankruptcy Desk/Managing Agent
696 Vortex Ave
Henderson, NV 89002

Ralph & Fely Powelson
Attn: Bankruptcy Desk/Managing Agent
592 Via Colmo Ave
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ralph & Fely Powelson
Attn: Bankruptcy Desk/Managing Agent
7616 McNulty Ave
Winnetka, CA 91306

Ralph & Kathleen Keeling
Attn: Bankruptcy Desk/Managing Agent
4839 Lames Dr
Las Vegas, NV 89122

Ralph & Lois Nicosia
Attn: Bankruptcy Desk/Managing Agent
973 Via Columbo St
Henderson, NV 89011

Ralph & Marilyn Nelson
Attn: Bankruptcy Desk/Managing Agent
786 Alder Green Ave
Henderson, NV 89002

Ralph & Patricia Ramsay
Attn: Bankruptcy Desk/Managing Agent
2314 Martell Ln N W
Emonton AB T6R 0
Canada

Ralph & Patricia Ramsay
Attn: Bankruptcy Desk/Managing Agent
2314 Martell Ln N W
Emonton ABT6R
Canada

Ralph & Patricia Ramsay
Attn: Bankruptcy Desk/Managing Agent
551 Via Ripagrande Ave
Henderson, NV 89011

Ralph & Pearl Perry
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 105
Las Vegas, NV 89113

Ralph & Tammy Neely
Attn: Bankruptcy Desk/Managing Agent
9498 Castillana Ct
Las Vegas, NV 89147

Ralph Jones Display
Attn: Bankruptcy Desk/Managing Agent
2576 East Charleston Blvd
Las Vegas NV 89104-2323

Ralph Montemalo
Attn: Bankruptcy Desk/Managing Agent
151 Castle Course Ave
Las Vegas, NV 89148

Ralph Productions
Attn: Bankruptcy Desk/Managing Agent
151 Haskins Way, Unit E
South San Francisco CA 94080

Ralph Waroe
Attn: Bankruptcy Desk/Managing Agent
3558 Procyon St
Las Vegas, NV 89103

Ralph Waroe
Attn: Bankruptcy Desk/Managing Agent
54 Suklly Creek Ct
Las Vegas, NV 89148

Ralph Waroe
Attn: Bankruptcy Desk/Managing Agent
54 Sully Creek Ct
Las Vegas, NV 89148

Ralph Waroe
Attn: Bankruptcy Desk/Managing Agent
9782 Valmeyer Ave
Las Vegas, NV 89148

Raman Kapur
Attn: Bankruptcy Desk/Managing Agent
470 Sierra Ave
Mountain View, CA 94041

Raman Kapur
Attn: Bankruptcy Desk/Managing Agent
9755 Waukegan Ave
Las Vegas, NV 89148

Ramesh & Renu Khitri
Attn: Bankruptcy Desk/Managing Agent
1065 Via Canale Dr
Henderson, NV 89011

Rami & Bonnie Avischai
Attn: Bankruptcy Desk/Managing Agent
8665 Martinique Bay Ln
Las Vegas, NV 89147

Rami & Bonnie Avischai
Attn: Bankruptcy Desk/Managing Agent
9748 Waukegan Ave
Las Vegas, NV 89148

Rami & Bonnie Avischai
Attn: Bankruptcy Desk/Managing Agent
9758 Marcelline Ave
Las Vegas, NV 89148

Ramiel & Elsie Gutierrez
Attn: Bankruptcy Desk/Managing Agent
28 Nelson Ct
Daly City, CA 94015

Ramiel & Elsie Gutierrez
Attn: Bankruptcy Desk/Managing Agent
397 First On Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Ramirez Family
Attn: Bankruptcy Desk/Managing Agent
7717 Falconwing Ave
Las Vegas, NV 89131

Ramirez, Jose A
Attn: Bankruptcy Desk/Managing Agent
211 Paul Ave
Las Vegas, NV 89106

Ramirez, Samuel
Attn: Bankruptcy Desk/Managing Agent
1886 Shannon Christine Dr
Las Vegas, NV 89104

Ramon & Lydia Dy-Ragos
Attn: Bankruptcy Desk/Managing Agent
276 Soggy Ruff Way
Las Vegas, NV 89148

Ramon & Lydia Dy-Ragos
Attn: Bankruptcy Desk/Managing Agent
4411 Alexis Dr
Las Vegas, NV 89103

Ramon Nakhla
Attn: Bankruptcy Desk/Managing Agent
9796 Waukegan Ave
Las Vegas, NV 89148

Ramon Sanchez
Attn: Bankruptcy Desk/Managing Agent
162 Wicked Wedge Way
Las Vegas, NV 89148

Ramoncito & Socorro Formoso
Attn: Bankruptcy Desk/Managing Agent
187 Crooked Putter Dr
Las Vegas, NV 89148

Ramos, Woody
Attn: Bankruptcy Desk/Managing Agent
8958 Rufina
Las Vegas, NV 89149

Ramy Salch
Attn: Bankruptcy Desk/Managing Agent
1037 Via Panfilo Ave
Henderson, NV 89011

Ramy Salch
Attn: Bankruptcy Desk/Managing Agent
16144 Bighorn Ct
Chino Hills, CA 91709

Ranch Rhodes
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

Ranch Rhodes
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2110
Las Vegas, NV 89148

Randal C. Garofalo
Attn: Bankruptcy Desk/Managing Agent
2317 Robinhood Place
Orange CA 92867

Randall & Anita Warren
Attn: Bankruptcy Desk/Managing Agent
2368 Pieper Ln
Tustin, CA 92782

Randall & Anita Warren
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 213
Las Vegas, NV 89113

Randall & Brooke Reed
Attn: Bankruptcy Desk/Managing Agent
69 Dixie Springs Ct
Las Vegas, NV 89148

Randle Walther
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2158
Las Vegas, NV 89148

Random Lengths
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 867
Eugene OR 97440-0867

Randy & Deborah Rolfsness
Attn: Bankruptcy Desk/Managing Agent
538 Via Ripagrande Ave
Henderson, NV 89011

Randy & Kittie Harris
Attn: Bankruptcy Desk/Managing Agent
1025 Via Sacra St
Henderson, NV 89011

Randy & Wesley Marx
Attn: Bankruptcy Desk/Managing Agent
145 Wicked Wedge Way
Las Vegas, NV 89148

Randy Broussard
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1063
Las Vegas, NV 89148

Randy Hughes
Attn: Bankruptcy Desk/Managing Agent
1050 Via Di Olivia St
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Randy Wolfe
Attn: Bankruptcy Desk/Managing Agent
26825 Kendall Ln
Stevenson Ranch, CA 91381

Randy Wolfe
Attn: Bankruptcy Desk/Managing Agent
27 Pangloss St
Henderson, NV 89002

Ransom & Benjamin Publishers
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 160
Mystic CT 06355

Ransom, Lucienne
Attn: Bankruptcy Desk/Managing Agent
1657 Bent Arrow Drive
N Las Vegas, NV 89031

Raphail & Ludmilla Rubinov
Attn: Bankruptcy Desk/Managing Agent
917 Via Stellato St
Henderson, NV 89011

Rapid Color, Inc.
Attn: Bankruptcy Desk/Managing Agent
3314 South Highland Drive
Las Vegas NV 89109

Rapid Refill Ink
Attn: Bankruptcy Desk/Managing Agent
7375 S. Durango Dr.
Las Vegas NV 89113

Raquel Bonsignore
Attn: Bankruptcy Desk/Managing Agent
1020 Via Dupre St
Henderson, NV 89011

Raquel Nash
Attn: Bankruptcy Desk/Managing Agent
1865 N. Walnut Rd. Apt 105
Las Vegas NV 89115

Rau, David E.
Attn: Bankruptcy Desk/Managing Agent
3114 E Claremont Ave
Phoeniz, AZ 85016

Raul & Rina Martinez
Attn: Bankruptcy Desk/Managing Agent
574 Foster Springs Rd
Las Vegas, NV 89148

Raul Ang
Attn: Bankruptcy Desk/Managing Agent
7510 Arborcrest Ave
Las Vegas, NV 89131

Raul Machin
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1097
Las Vegas, NV 89147

Ray & Iklas Dimaya
Attn: Bankruptcy Desk/Managing Agent
524 Halloran Springs Rd
Las Vegas, NV 89148

Ray & Iklas Dimaya
Attn: Bankruptcy Desk/Managing Agent
5804 Mustang Dr
Simi Valley, CA 93063

Ray Debrouwer
Attn: Bankruptcy Desk/Managing Agent
9286 Dames Rocket Pl
Las Vegas, NV 89148

Ray Debrouwer
Attn: Bankruptcy Desk/Managing Agent
9705 Washburn Rd
Downey, CA 90241

Ray Laymon
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 208
Las Vegas, NV 89113

Ray M. Chavarria
Attn: Bankruptcy Desk/Managing Agent
1052 Via Canale Drive
Henderson NV 89011

Ray Mhelona
Attn: Bankruptcy Desk/Managing Agent
7195 South Durango Drive #105
Las Vegas, NV 89113

Raymon Falzone
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 202
Las Vegas, NV 89113

Raymond & Delia Valdez
Attn: Bankruptcy Desk/Managing Agent
49 Hunt Valley Trail
Henderson NV 89052

Raymond & Lynn Torres
Attn: Bankruptcy Desk/Managing Agent
1818 Saint Charles St
Alameda, CA 94501

Raymond & Lynn Torres
Attn: Bankruptcy Desk/Managing Agent
267 Crooked Tree Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Raymond & Marie Collins
Attn: Bankruptcy Desk/Managing Agent
130 Chestnut St
Camden, ME 04843

Raymond & Marie Collins
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2016
Las Vegas, NV 89148

Raymond & Patricia Danton
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 312
Las Vegas, NV 89113

Raymond & Patricia Danton
Attn: Bankruptcy Desk/Managing Agent
75 Pacific Dr
Port Macquarie NSW 2444
Australia

Raymond Almanzan
Attn: Bankruptcy Desk/Managing Agent
940 Via Canale Dr
Henderson, NV 89011

Raymond Aragon
Attn: Bankruptcy Desk/Managing Agent
973 Via Stellato St
Henderson, NV 89011

Raymond Cortenbach
Attn: Bankruptcy Desk/Managing Agent
10620 Southern Highlands Pkwy
Las Vegas, NV 89141

Raymond Cortenbach
Attn: Bankruptcy Desk/Managing Agent
221 Tayman Park Ave
Las Vegas, NV 89148

Raymond M. Logan
Attn: Bankruptcy Desk/Managing Agent
770 Autumn Moon Dr
Las Vegas NV 89123

Raymond Mielniczek
Attn: Bankruptcy Desk/Managing Agent
1124 Via Canale Dr
Henderson, NV 89011

Raymond Vanco
Attn: Bankruptcy Desk/Managing Agent
13642 Birchbark Ct
Orland Park, IL 60462

Raymond Vanco
Attn: Bankruptcy Desk/Managing Agent
9280 Dames Rocket Pl
Las Vegas, NV 89148

Raymund Eusebio
Attn: Bankruptcy Desk/Managing Agent
308 Palm Trace Ave
Las Vegas, NV 89148

Raz & Ayelet Blit
Attn: Bankruptcy Desk/Managing Agent
6849 Baby Jade Ct
Las Vegas, NV 89148

Razmic & Elda Setaghaian
Attn: Bankruptcy Desk/Managing Agent
700 Roselli St
Burbank, CA 91501

Razmic & Elda Setaghaian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1054
Las Vegas, NV 89148

RBC Builder Finance
Attn: Bankruptcy Desk/Managing Agent
11011 Richmond Avenue
Suite 850
Houston TX 77042

RBF Consulting
Attn: Bankruptcy Desk/Managing Agent
14725 Altron Pkwy
Irvine CA 92618

RCD MECHANICAL
Attn: Bankruptcy Desk/Managing Agent
Tim Naas
1820 Willow Trail
Las Vegas NV 89108

RCR Plumbing & Mechanical Inc.
Attn: Bankruptcy Desk/Managing Agent
5165 Schrills
Las Vegas, NV 89118

RCR Plumbing & Mechanical Inc.
Attn: Bankruptcy Desk/Managing Agent
Tom Powers
5165 Schrills
Las Vegas NV 89118

RCS Real Estate Appraisal
Attn: Bankruptcy Desk/Managing Agent
Red Cliffs Professional Park
321 North Mall Drive, Ste X-101
St. George UT 84790

RD Cust. Welding & Fabrication
Attn: Bankruptcy Desk/Managing Agent
1953 Lucille
Kingman AZ 86401

Re/Max Elite
Attn: Bankruptcy Desk/Managing Agent
9931 W. Charleston Blvd.
Suite 2
Las Vegas NV 89117

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Real Estate Advertising Serv.
Attn: Bankruptcy Desk/Managing Agent
4520 Enterprise Street
Fremont CA 94538

Real Estate Broker
Attn: Bankruptcy Desk/Managing Agent
Jess Medina
7445 S. Durango Dr. Ste 104
Las Vegas NV 89148

Real Estate Economics
Attn: Bankruptcy Desk/Managing Agent
30131 Town Center Drive
Ste 270
Laguna Niguel CA 92677

Real Estate Temps
Attn: Bankruptcy Desk/Managing Agent
2465 Campus Dr 1st FL
PO Box 18857
Irvine CA 92623-8857

Realm of Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
1188 Center Point Drive
Henderson NV 89014

Realty 600
Attn: Bankruptcy Desk/Managing Agent
1840 Glendale Blvd.
Los Angeles CA 90026

Realty Executives
Attn: Bankruptcy Desk/Managing Agent
2601 Stockton Hill Road
Suite B
Kingman AZ 86401

Realty West Inc.
Attn: Bankruptcy Desk/Managing Agent
nicole
1100 Mary Crest Road
Henderson NV 89074

Rebecca & Domingo Misa
Attn: Bankruptcy Desk/Managing Agent
15105 Matisse Cir
La Mirada, CA 90638

Rebecca & Domingo Misa
Attn: Bankruptcy Desk/Managing Agent
61 Dixie Springs Ct
Las Vegas, NV 89148

Rebecca Gober
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 113
Las Vegas, NV 89113

Rebecca Gober
Attn: Bankruptcy Desk/Managing Agent
Psc 94 Box 1301
APO, AE 09824

Rebecca Sanchez
Attn: Bankruptcy Desk/Managing Agent
411 S Virgil Ave Apt 202
Los Angeles, CA 90020

Rebecca Sanchez
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1085
Las Vegas, NV 89148

Rebel Builders, Inc.
Attn: Bankruptcy Desk/Managing Agent
9165 South Jones Blvd.
Las Vegas NV 89139

Rebel Oil
Attn: Bankruptcy Desk/Managing Agent
2200 S Highland Dr
Las Vegas, NV 89102

Rebel Oil Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 S. Highland Drive
Las Vegas NV 89102-4812

Rebel Party Rental
Attn: Bankruptcy Desk/Managing Agent
4231 Bertos Drive
Las Vegas NV 89103

Recall Total Information
Attn: Bankruptcy Desk/Managing Agent
Management, Inc.
PO Box 841693
Dallas TX 75284-1693

Recat Inc.
Attn: Bankruptcy Desk/Managing Agent
325 West Rider St.
Perris CA 92571

Recio Family
Attn: Bankruptcy Desk/Managing Agent
63 Dogwood Hills St
Las Vegas, NV 89148

Red Apple Grill
Attn: Bankruptcy Desk/Managing Agent
1989 Redwood Street
Las Vegas NV 89146

Red Lion Hotel
Attn: Bankruptcy Desk/Managing Agent
1021 NE Grand Avenue
Portland OR 97232

Red Rock Mechanical, LLC
Attn: Bankruptcy Desk/Managing Agent
6311 Dean Martin Dr.
Las Vegas NV 89118

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Red Rose Roofing
Attn: Bankruptcy Desk/Managing Agent
4530 N. Walnut Rd.
N. Las Vegas NV 89081

Red Star Automotive
Attn: Bankruptcy Desk/Managing Agent
2147 North Decatur
Las Vegas NV 89108

Redburn Tire Company
Attn: Bankruptcy Desk/Managing Agent
3801 W Clarendon Ave
Phoenix, AZ 85019-3717

Redburn Tire Company
Attn: Bankruptcy Desk/Managing Agent
4710 East Cartier NV 89115
PO BOX 14828
Phoenix AZ 85063-4828

REDBURN Tire Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box14828
Phoenix, AZ 85063

Redman, Wallace
Attn: Bankruptcy Desk/Managing Agent
PO Box 9564
Pahrump, NV 89060

Redrock
Attn: Bankruptcy Desk/Managing Agent
24401 Halsted Road
Farmington Hills MI  48335

Redrock Communications
Attn: Bankruptcy Desk/Managing Agent
15530 Rockfield Blvd.
Suite B1
Irvine CA 92618

Reed & Melinda Howe
Attn: Bankruptcy Desk/Managing Agent
791 Wigan Pier Dr
Henderson, NV 89002

Reed, Wesley
Attn: Bankruptcy Desk/Managing Agent
4473 Vicobello
Las Vegas, NV 89141

Reef Colonial, LLC
Attn: Bankruptcy Desk/Managing Agent
Gaylynn Dapper
P. O. Box 98898
Drawer 2002
Las Vegas NV 89193-8898

REEF Colonial, LLC
Attn: Bankruptcy Desk/Managing Agent
Linda Castle
c/o The Equity Group
P. O. Box 98813
Las Vegas NV 89193

Reel Sound
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest, Suite P
Henderson NV  89074

Reese Family
Attn: Bankruptcy Desk/Managing Agent
6815 Scarlet Flax St
Las Vegas, NV 89148

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

Reezwan Dossa
Attn: Bankruptcy Desk/Managing Agent
429 Center Green Dr
Las Vegas, NV 89148

Regal Materials Inc.
Attn: Bankruptcy Desk/Managing Agent
1013 E Delhi
N Las Vegas NV  89030

Reghis Romero
Attn: Bankruptcy Desk/Managing Agent
482 First On Dr
Las Vegas, NV 89148

Reghis Romero
Attn: Bankruptcy Desk/Managing Agent
7931 Long Beach St
Las Vegas, NV 89139

Regina Edwards
Attn: Bankruptcy Desk/Managing Agent
235 Crooked Putter Dr
Las Vegas, NV 89148

Reginald Asuncion
Attn: Bankruptcy Desk/Managing Agent
242 Angels Trace Court
Las Vegas NV 89148

Regions Interstate Billing
Attn: Bankruptcy Desk/Managing Agent
1025 5th Avenue SE
Decatur AL 35601

Registrar of Contractors
Attn: Bankruptcy Desk/Managing Agent
800 W. Washington, 6th Floor
Phoenix AZ 8507

Rehman Family
Attn: Bankruptcy Desk/Managing Agent
4595 El Camino Cabos Dr
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Reiche Family
Attn: Bankruptcy Desk/Managing Agent
6394 Cedar Brook Ln
Warrenton, VA 20187

Reiche Family
Attn: Bankruptcy Desk/Managing Agent
746 Wigan Pier Dr
Henderson, NV 89002

Reid & Jennifer Glaser
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 212
Las Vegas, NV 89113

Reid & Jennifer Glaser
Attn: Bankruptcy Desk/Managing Agent
PO Box 566
Vista, CA 92085

Reid Forman
Attn: Bankruptcy Desk/Managing Agent
202 Rusty Plank Ave
Las Vegas, NV 89148

Reiji Serratore
Attn: Bankruptcy Desk/Managing Agent
9 Tall Ruff Dr
Las Vegas, NV 89148

Reiji Serratore
Attn: Bankruptcy Desk/Managing Agent
9333 W Sunset Rd
Las Vegas, NV 89148

Reis Family
Attn: Bankruptcy Desk/Managing Agent
2082 Catalina Blvd
San Diego, CA 92107

Reis Family
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 204
Las Vegas, NV 89113

Relax Inn
Attn: Bankruptcy Desk/Managing Agent
3016 E. Andy Devine
Kingman AZ 86401

Reliable Pump, Inc
Attn: Bankruptcy Desk/Managing Agent
4105 W. Bell Drive
dba Reliable Pump & Motor
PO Box 31115
Las Vegas NV 89173

Reliable Service Company
Attn: Bankruptcy Desk/Managing Agent
2626 Westwood Drive
Las Vegas NV 89109-1118

Relocating in Las Vegas
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 100001
PO Box 8680
Prairie Village KS 66208

Relocation Resources LLC
Attn: Bankruptcy Desk/Managing Agent
accounting
1415 Louisiana Ste 3475
Houston TX 77002

Remax of Cherry Hill
Attn: Bankruptcy Desk/Managing Agent
Attn: Debra Campbell
1736 Route 70 East
Cherry Hill NJ 08003

ReMax Olson Assoc.
Attn: Bankruptcy Desk/Managing Agent
16842 Devonshire St.
Granda Hills CA 91344

ReMax One
Attn: Bankruptcy Desk/Managing Agent
5135 Camino El Norte
North Las Vegas NV 89031

ReMax Realty
Attn: Bankruptcy Desk/Managing Agent
4435 S. Buffalo Dr.
Las Vegas NV 89147

Rena Bellinger
Attn: Bankruptcy Desk/Managing Agent
259 Crooked Putter Dr
Las Vegas, NV 89148

Renaissance Catering, Inc.
Attn: Bankruptcy Desk/Managing Agent
3999 Renate Drive
Las Vegas NV 89103

Renaldo Cabico
Attn: Bankruptcy Desk/Managing Agent
7237 Cottonsparrow St
Las Vegas, NV 89131

Renee & Mark Robbins
Attn: Bankruptcy Desk/Managing Agent
792 Telfer Ln
Henderson, NV 89002

Renee Borba
Attn: Bankruptcy Desk/Managing Agent
6698 Keyesport Ct
Las Vegas, NV 89148

Renee Perillo
Attn: Bankruptcy Desk/Managing Agent
1051 Via Di Olivia St
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Renee Rapisura
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 310
Las Vegas, NV 89113

Renita & Vernon Carter
Attn: Bankruptcy Desk/Managing Agent
9259 Orchid Pansy Ave
Las Vegas, NV 89148

Rent A Center
Attn: Bankruptcy Desk/Managing Agent
6140 W. Tropicana #C-1
Las Vegas NV 89103

Rent-A-Center
Attn: Bankruptcy Desk/Managing Agent
3280 Stockton Hill Rd.
Suite A
Kingman AZ 86409

Renteria, Jose
Attn: Bankruptcy Desk/Managing Agent
3346 Iberia St
Las Vegas, NV 89146

Renzo & Lorie Marini
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 209
Las Vegas, NV 89113

Republic Furniture MFG. Inc
Attn: Bankruptcy Desk/Managing Agent
930 East 61st Street
Los Angeles CA 90001-0867

Republic Furniture Mfg., Inc.
Attn: Bankruptcy Desk/Managing Agent
Judy
930 East 61st Street
Los Angeles CA 90001-0867

Republic Mortgage
Attn: Bankruptcy Desk/Managing Agent
5598 S. Fort Apache
Las Vegas NV 89148

Republic Serv. of So. NV
Attn: Bankruptcy Desk/Managing Agent
770 E. Sahara Avenue
Las Vegas NV 89193-8508

Republic Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 78040
Phoenix AZ 85062-8040

Residential Funding Corp
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 93895
Chicago IL 60661

Residential Warranty Corp.
Attn: Bankruptcy Desk/Managing Agent
5300 Derry St.
Harrisburg PA 17111-3598

Resource Technology Associates
Attn: Bankruptcy Desk/Managing Agent
1111 E. Touhy Ave
Suite 230
Des Plaines IL 60018

Resun Leasing, Inc.
Attn: Bankruptcy Desk/Managing Agent
Bank of America Lockbox Services
12603 Collection Center Drive
Chicago IL 60693

Retail Association of Nevada
Attn: Bankruptcy Desk/Managing Agent
(RAN)
410 S. Minnesota Street
Carson City NV 89703-4272

Retail Association of Nevada
Attn: Bankruptcy Desk/Managing Agent
410 S Minnesota St
Carson City, NV 89703

Retain Michael Villani
Attn: Bankruptcy Desk/Managing Agent

Reuben & Norma Flores
Attn: Bankruptcy Desk/Managing Agent
37 Pine Grove Dr
Nelsonville, OH 45764

Reuben & Norma Flores
Attn: Bankruptcy Desk/Managing Agent
410 Center Green Dr
Las Vegas, NV 89148

Revco International
Attn: Bankruptcy Desk/Managing Agent
18720 Crenshaw Blvd.
Torrance CA 90504

Rex Smith
Attn: Bankruptcy Desk/Managing Agent
7520 Cedar Rae Ave
Las Vegas, NV 89131

Reylen Bangoy
Attn: Bankruptcy Desk/Managing Agent
1859 Canton Dr
Milpitas, CA 95035

Reylen Bangoy
Attn: Bankruptcy Desk/Managing Agent
252 Crooked Tree Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Reynaldo & Perlita Cabusas
Attn: Bankruptcy Desk/Managing Agent
2028 Northcrest Ct
Modesto, CA 95355

Reynaldo & Perlita Cabusas
Attn: Bankruptcy Desk/Managing Agent
9679 Dieterich Ave
Las Vegas, NV 89148

Reynaldo Delacruz
Attn: Bankruptcy Desk/Managing Agent
90 Broken Putter Way
Las Vegas, NV 89148

Reynaldo Delacruz
Attn: Bankruptcy Desk/Managing Agent
PO Box 337
Saint Clairsville, OH 43950

Reynaldo DeLaCruz
Attn: Bankruptcy Desk/Managing Agent
PO BOX 337
St. Clairsville OH 43950

Reynaldo Garcia
Attn: Bankruptcy Desk/Managing Agent
277 Via Franciosa Dr
Henderson, NV 89011

Reynaldo Garcia
Attn: Bankruptcy Desk/Managing Agent
3112 Harbison Way
National City, CA 91950

Reza & Ellen Sefidi
Attn: Bankruptcy Desk/Managing Agent
148 Shepard Strut
Hercules, CA 94547

Reza & Ellen Sefidi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1022
Las Vegas, NV 89148

RGR Group, LLC
Attn: Bankruptcy Desk/Managing Agent
6763 W. Charleston Blvd
Las Vegas NV 89146

Rheyburt & Rhodora Villafuerte
Attn: Bankruptcy Desk/Managing Agent
4576 Califa Dr
Las Vegas, NV 89122

Rhinotek Computer Products
Attn: Bankruptcy Desk/Managing Agent
2301 E. Del Amo Blvd
Carson CA 902200

Rhodes Design and Development Corp
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

Rhodes Design and Development Corp
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1137
Las Vegas, NV 89147

Rhodes Design and Development Corp
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1138
Las Vegas, NV 89147

Rhodes Engineering
Attn: Bankruptcy Desk/Managing Agent
4630 S Arville St
Suite A
Las Vegas, NV 89103

Rhodes Family
Attn: Bankruptcy Desk/Managing Agent
22 Indian Run Way
Las Vegas, NV 89148

Rhodes Family
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Ct
Las Vegas, NV 89148

Rhodes Framing
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court
Suite #B - 105 & 106
Henderson NV  89015

Rhodes Holding Limited P
Attn: Bankruptcy Desk/Managing Agent
3024 N. Highland Falls Dr
Las Vegas NV 89134

Rhodes Homes Arizona, LLC
Attn: Bankruptcy Desk/Managing Agent
313 South Aztec
Golden Valley AZ 86413

Rhodes Ranch Association, Inc.
Attn: Bankruptcy Desk/Managing Agent
c/o Neighborhood Association Group
133 Rhodes Ranch Parkway
Las Vegas, NV 89148

Rhodes Ranch Country Clu
Attn: Bankruptcy Desk/Managing Agent
20 Rhodes Ranch Parkway
Las Vegas NV 89148

Rhodes Ranch Country Club
Attn: Bankruptcy Desk/Managing Agent
20 Rhodes Ranch Pkwy
Las Vegas, NV

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                      Served 4/17/2009

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
115 Rhodes Ranch Pkwy
Las Vegas, NV 89148

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
20 Rhodes Ranch Pkwy
Las Vegas, NV 89148

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
Las Vegas, NV 89147

Rhodes Ranch Golf Inc
Attn: Bankruptcy Desk/Managing Agent
Las Vegas, NV 89148

Rhodes Ranch HOA
Attn: Bankruptcy Desk/Managing Agent
4730 South Fort Apache Rd.
Suite 300
Las Vegas NV 89148

Rhodes, Deborah L.
Attn: Bankruptcy Desk/Managing Agent
Debbie
8789 Spanish Mountain
Las Vegas NV 89113

Rhodes, Glynda
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Court
Las Vegas, NV 89148

Rhodes, James
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Court
Las Vegas, NV 89148

Rhodes, James M.
Attn: Bankruptcy Desk/Managing Agent
Jim
5068 Spanish Heights Drive
Las Vegas NV 89113

Rhodes, John
Attn: Bankruptcy Desk/Managing Agent
2113 Hillsgate St
Las Vegas, NV 89134

Rhodes, Michael
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Court
Las Vegas, NV 89148

Rian Applebaum
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2143
Las Vegas, NV 89148

Ribeiro Management Co., LLC
Attn: Bankruptcy Desk/Managing Agent
195 E. Reno Avenue, Suite A
Las Vegas NV 89119

Ricardo & Flora Hernandez
Attn: Bankruptcy Desk/Managing Agent
17779 Riverbend Rd
Salinas, CA 93908

Ricardo & Flora Hernandez
Attn: Bankruptcy Desk/Managing Agent
569 Via Di Parione Ct
Henderson, NV 89011

Ricardo & Jeannie Molato
Attn: Bankruptcy Desk/Managing Agent
12834 Via Donatello
Porter Ranch, CA 91326

Ricardo & Jeannie Molato
Attn: Bankruptcy Desk/Managing Agent
81 Tall Ruff Dr
Las Vegas, NV 89148

Ricardo & Maridel Cortez
Attn: Bankruptcy Desk/Managing Agent
4284 Coventry Way
Union City, CA 94587

Ricardo & Maridel Cortez
Attn: Bankruptcy Desk/Managing Agent
9701 Kampsville Ave
Las Vegas, NV 89148

Ricardo & Nenita Rodriguez
Attn: Bankruptcy Desk/Managing Agent
262 Via Franciosa Dr
Henderson, NV 89011

Ricardo & Ramelo Ruma
Attn: Bankruptcy Desk/Managing Agent
280 Via Di Citta Dr
Henderson, NV 89011

Ricardo & Ramelo Ruma
Attn: Bankruptcy Desk/Managing Agent
4305 Lisa Dr
Union City, CA 94587

Ricardo Byers
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 208
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Ricardo Daza
Attn: Bankruptcy Desk/Managing Agent
1050 W. College View Dr.
Apt 6
Monterey Park CA 91754

Rice II, Clayton
Attn: Bankruptcy Desk/Managing Agent
4291 San Alivia Court
Las Vegas, NV 89141

Rice Silbey Reuther & Sullivan
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Parkway
Suite 700
Las Vegas NV 89109

Rice, Silbey, Reuther & Sullivan, LLP
Attn: Bankruptcy Desk/Managing Agent
c/o Renee Reuther, Esq.
3960 Howard Hughes Parkway, Suite 700
Las Vegas, NV 89169

Rich Bowen
Attn: Bankruptcy Desk/Managing Agent
29381 Old U.S. 33
West Elkhart MD 46514

Rich Leroy
Attn: Bankruptcy Desk/Managing Agent
548 Via Colmo Ave
Henderson, NV 89011

Rich Leroy
Attn: Bankruptcy Desk/Managing Agent
PO Box 2784
Malibu, CA 90265

Richard & Allie Williams
Attn: Bankruptcy Desk/Managing Agent
7520 Red Cinder St
Las Vegas, NV 89131

Richard & Amy Stevens
Attn: Bankruptcy Desk/Managing Agent
4733 Califa Dr
Las Vegas, NV 89122

Richard & Audrey Kanthack
Attn: Bankruptcy Desk/Managing Agent
7500 Cedar Rae Ave
Las Vegas, NV 89131

Richard & Bie-Shia Chu
Attn: Bankruptcy Desk/Managing Agent
132 Sandy Bunker Ln
Las Vegas, NV 89148

Richard & Bie-Shia Chu
Attn: Bankruptcy Desk/Managing Agent
7681 River Mist Ct
Las Vegas, NV 89113

Richard & Elissa Palmer
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 306
Las Vegas, NV 89113

Richard & Elissa Palmer
Attn: Bankruptcy Desk/Managing Agent
9804 Concord Downs Ave
Las Vegas, NV 89117

Richard & Evelyn Yale
Attn: Bankruptcy Desk/Managing Agent
4549 La Tuna Ct
Camarillo, CA 93012

Richard & Evelyn Yale
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 215
Las Vegas, NV 89113

Richard & Glenda Lisle
Attn: Bankruptcy Desk/Managing Agent
1408 Splendido Dr
Las Vegas, NV 89117

Richard & Glenda Lisle
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 216
Las Vegas, NV 89113

Richard & Judith Mozerka
Attn: Bankruptcy Desk/Managing Agent
1201 Westminster Dr
Woodridge, IL 60517

Richard & Judith Mozerka
Attn: Bankruptcy Desk/Managing Agent
171 Hazelmere Ln
Las Vegas, NV 89148

Richard & June Laubinger
Attn: Bankruptcy Desk/Managing Agent
209 Via Mezza Luna Ct
Henderson, NV 89011

Richard & Katherine Artuso
Attn: Bankruptcy Desk/Managing Agent
311 Dog Leg Dr
Las Vegas, NV 89148

Richard & Katherine Artuso
Attn: Bankruptcy Desk/Managing Agent
535 Green Gables Ave
Las Vegas, NV 89183

Richard & Kendra Ellerman
Attn: Bankruptcy Desk/Managing Agent
11900 E 350 Hwy
Raytown, MO 64138

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Richard & Kendra Ellerman
Attn: Bankruptcy Desk/Managing Agent
86 Rancho Maria St
Las Vegas, NV 89148

Richard & Lauren Slocum
Attn: Bankruptcy Desk/Managing Agent
532 Via Colmo Ave
Henderson, NV 89011

Richard & Leslie Novick
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1128
Las Vegas, NV 89147

Richard & Marcia Ricci
Attn: Bankruptcy Desk/Managing Agent
44 Chateau Whistler Ct
Las Vegas, NV 89148

Richard & Margie Popovits
Attn: Bankruptcy Desk/Managing Agent
11436 S Drake Ave
Chicago, IL 60655

Richard & Margie Popovits
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 208
Las Vegas, NV 89113

Richard & Maryhelen Smith
Attn: Bankruptcy Desk/Managing Agent
8941 Lansberry Ct
Las Vegas, NV 89147

Richard & Monica Sarthou
Attn: Bankruptcy Desk/Managing Agent
3015 Cornwall Dr
Glendale, CA 91206

Richard & Monica Sarthou
Attn: Bankruptcy Desk/Managing Agent
573 Via Di Parione Ct
Henderson, NV 89011

Richard & Nicole Hammond
Attn: Bankruptcy Desk/Managing Agent
1024 Viale Placenza Pl
Henderson, NV 89011

Richard & Norma Niemiec
Attn: Bankruptcy Desk/Managing Agent
19302 SE 178th Pl
Renton, WA 98058

Richard & Norma Niemiec
Attn: Bankruptcy Desk/Managing Agent
356 Lakewood Garden Dr
Las Vegas, NV 89148

Richard & Norma Tompkins
Attn: Bankruptcy Desk/Managing Agent
527 Center Green Dr
Las Vegas, NV 89148

Richard & Patricia Olson
Attn: Bankruptcy Desk/Managing Agent
213 Lakewood Garden Dr
Las Vegas, NV 89148

Richard & Sharon Heimburger
Attn: Bankruptcy Desk/Managing Agent
4840 Lames Dr
Las Vegas, NV 89122

Richard & Sonya Holdsworth
Attn: Bankruptcy Desk/Managing Agent
75 Sully Creek Ct
Las Vegas, NV 89148

Richard & Victoria Marcoux
Attn: Bankruptcy Desk/Managing Agent
927 Via Canale Dr
Henderson, NV 89011

Richard Alfonso
Attn: Bankruptcy Desk/Managing Agent
135 Corey Creek Ct
Las Vegas, NV 89148

Richard Alfonso
Attn: Bankruptcy Desk/Managing Agent
63 Stearns Ln
Sudbury, MA 01776

Richard Belt
Attn: Bankruptcy Desk/Managing Agent
271 Arbour Garden Ave
Las Vegas, NV 89148

Richard Boyd
Attn: Bankruptcy Desk/Managing Agent
15463 Woodcrest Dr
Whittier, CA 90604

Richard Boyd
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2160
Las Vegas, NV 89148

Richard Castro
Attn: Bankruptcy Desk/Managing Agent
24 Pangloss St
Henderson, NV 89002

Richard Chad Williams
Attn: Bankruptcy Desk/Managing Agent
4416 W. Del Monte Circle
Las Vegas NV 89102

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Richard Chen
Attn: Bankruptcy Desk/Managing Agent
644 Harvester Course Dr
Las Vegas, NV 89148

Richard Cunningham
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 110
Las Vegas, NV 89113

Richard Dolphin
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 115
Las Vegas, NV 89113

Richard Flemke
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1096
Las Vegas, NV 89148

Richard Flemke
Attn: Bankruptcy Desk/Managing Agent
PO Box 82223
Las Vegas, NV 89180

Richard Fontela
Attn: Bankruptcy Desk/Managing Agent
4791 Essen Ct
Las Vegas, NV 89147

Richard Fontela
Attn: Bankruptcy Desk/Managing Agent
8072 Elgin Ln
Dublin, CA 94568

Richard Gotschall
Attn: Bankruptcy Desk/Managing Agent
251 Crooked Tree Dr
Las Vegas, NV 89148

Richard Hines
Attn: Bankruptcy Desk/Managing Agent
885 Via Del Tramonto St
Henderson, NV 89011

Richard Klutman,Nereida Klutma
Attn: Bankruptcy Desk/Managing Agent
Haney,Woloson & Mullins & Nehme-
Tomaka & Associates
Las Vegas NV

Richard Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2126
Las Vegas, NV 89148

Richard Lethridge
Attn: Bankruptcy Desk/Managing Agent
6866 Rose Mallow St
Las Vegas, NV 89148

Richard Lieberman
Attn: Bankruptcy Desk/Managing Agent
9730 Marcelline Ave
Las Vegas, NV 89148

Richard Lieberman
Attn: Bankruptcy Desk/Managing Agent
PO Box 400563
Las Vegas, NV 89140

Richard Luke Architects
Attn: Bankruptcy Desk/Managing Agent
Karen
9081 W. Sahara Avenue
Las Vegas NV 89117

Richard McConiga
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 113
Las Vegas, NV 89113

Richard Ngo
Attn: Bankruptcy Desk/Managing Agent
18 Celestine Cir
Ladera Ranch, CA 92694

Richard Ngo
Attn: Bankruptcy Desk/Managing Agent
428 Via Stretto Ave
Henderson, NV 89011

Richard Sanders
Attn: Bankruptcy Desk/Managing Agent
8788 Las Olivas Ave
Las Vegas, NV 89147

Richard Stgermain
Attn: Bankruptcy Desk/Managing Agent
1070 Via Saint Lucia Pl
Henderson, NV 89011

Richard Stgermain
Attn: Bankruptcy Desk/Managing Agent
2607 Western Ave Apt 211
Seattle, WA 98121

Richard Teh
Attn: Bankruptcy Desk/Managing Agent
416 Lake Windemere St
Las Vegas, NV 89138

Richard Teh
Attn: Bankruptcy Desk/Managing Agent
9662 Ziegler Ave
Las Vegas, NV 89148

Richard Vigil
Attn: Bankruptcy Desk/Managing Agent
7232 Cottonsparrow St
Las Vegas, NV 89131

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Richard Vigil
Attn: Bankruptcy Desk/Managing Agent
7922 Soaring Brook St
Las Vegas, NV 89131

Richard Vitale
Attn: Bankruptcy Desk/Managing Agent
245 E 54th St Apt 27N
New York, NY 10022

Richard Vitale
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 208
Las Vegas, NV 89113

Richard Worth
Attn: Bankruptcy Desk/Managing Agent
788 Wigan Pier Dr
Henderson, NV 89002

Richard Yee
Attn: Bankruptcy Desk/Managing Agent
361 Grandover Ct
Las Vegas, NV 89148

Richards Family
Attn: Bankruptcy Desk/Managing Agent
4674 Stuttgart St
Las Vegas, NV 89147

Richey, Lance E.
Attn: Bankruptcy Desk/Managing Agent
8162 Beaver Brook Way
Las Vegas, NV 89123

Richie Cortez
Attn: Bankruptcy Desk/Managing Agent
158 Dog Leg Dr
Las Vegas, NV 89148

Richmond Manqubat
Attn: Bankruptcy Desk/Managing Agent
536 Halloran Springs Rd
Las Vegas, NV 89148

Ricjy & Shuk Leo
Attn: Bankruptcy Desk/Managing Agent
3090 Morningside Dr
Thousand Oaks, CA 91362

Ricjy & Shuk Leo
Attn: Bankruptcy Desk/Managing Agent
41 Rancho Maria St
Las Vegas, NV 89148

Rick & Barbara Marrazzo
Attn: Bankruptcy Desk/Managing Agent
2439 Maple St
Franklin Park, IL 60131

Rick & Barbara Marrazzo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2022
Las Vegas, NV 89148

Rick & Pam Meitzler
Attn: Bankruptcy Desk/Managing Agent
5550 Mallaro Lane
Hoffman Estates IL 60192

Rick Hildreth
Attn: Bankruptcy Desk/Managing Agent
3599 Hammock Drive
Las Vegas NV 89147

Rick Williams
Attn: Bankruptcy Desk/Managing Agent
4416 Del Monte Circle
Las Vegas NV 89102

Rickey & Doris Lofton
Attn: Bankruptcy Desk/Managing Agent
9474 Castilana Ct
Las Vegas, NV 89147

Ricky & Sherry Culler
Attn: Bankruptcy Desk/Managing Agent
4668 Munich Ct
Las Vegas, NV 89147

Ricky Lee
Attn: Bankruptcy Desk/Managing Agent
1050 Via Sanguinella St
Henderson, NV 89011

Ricky Lee
Attn: Bankruptcy Desk/Managing Agent
241 Waterton Lakes Ave
Las Vegas, NV 89148

Ricky Lee
Attn: Bankruptcy Desk/Managing Agent
261 Waterton Lakes Ave
Las Vegas, NV 89148

Ricky Lee
Attn: Bankruptcy Desk/Managing Agent
280 Falcons Fire Ave
Las Vegas, NV 89148

Ricky Lee
Attn: Bankruptcy Desk/Managing Agent
322 Karen Ave Unit 203
Las Vegas, NV 89109

Riegger Family
Attn: Bankruptcy Desk/Managing Agent
768 Tossa De Mar Ave
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                        Served 4/17/2009

Righellis PC,
Attn: Bankruptcy Desk/Managing Agent
A Professional Corporation
2328 Timberline  Way
Las Vegas NV 89117

Rim Rock Engineering
Attn: Bankruptcy Desk/Managing Agent
Russ Talbot
7433 W. Lake Mead Blvd
Suite 100
Las Vegas NV 89128

Rinaldi & Associates
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 90157
Henderson NV  89009-0157

Rinker Materials
Attn: Bankruptcy Desk/Managing Agent
5030 N Lamb Boulevard
Las Vegas NV 89115

Rio All-Suite Hotel & Casino
Attn: Bankruptcy Desk/Managing Agent
3700 W.Flamingo Road
Las Vegas NV 89103

Rise & Run, Inc.
Attn: Bankruptcy Desk/Managing Agent
1995 Whitney Mesa
Henderson NV  89014

Risk Enterprise Management Ltd
Attn: Bankruptcy Desk/Managing Agent
c/o Clarendon America Ins. Co.
P. O Box 600
Brea CA 92822

River Cities Excavating, LLC
Attn: Bankruptcy Desk/Managing Agent
Mike Bradley
2504 Lillie Ave.
Kingman AZ 86401

River City Newspapers LLC
Attn: Bankruptcy Desk/Managing Agent
2225 West Acoma Blvd.
Lake Havasu City 86403

River Doors
Attn: Bankruptcy Desk/Managing Agent
4075 Arcadia Lane
Fort Mohave AZ 86426

River Valley Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
221 F Street
Needles CA 92363

Rivers Revital
Attn: Bankruptcy Desk/Managing Agent
8754 Stockholm Ave
Las Vegas, NV 89147

RKA Enterprises
Attn: Bankruptcy Desk/Managing Agent
Sign Xpress
3271 S. Highland Dr. #711
Las Vegas NV 89109-1051

RMI Management, LLC
Attn: Bankruptcy Desk/Managing Agent
Lisa Smith
630 Trade Center Drive
Las Vegas NV 89119

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

Road Runner Fire & Safety Eq.
Attn: Bankruptcy Desk/Managing Agent
2175 N. Kiowa Blvd. #105
Lake Havasu AZ 86403

Road Runner Sanitary
Attn: Bankruptcy Desk/Managing Agent
Supplies, Inc
1600 W. Acoma BL # 45
Lake Havasu City AZ 86403-2898

Roadsafe Traffic Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jason Woods
908 Sharp Circle
North Las Vegas NV 89030

Rob & Ada Chan
Attn: Bankruptcy Desk/Managing Agent
281 Spring Hollow Dr
Las Vegas, NV 89148

Rob & Ada Chan
Attn: Bankruptcy Desk/Managing Agent
506 Whitewood Crest
Saskatoon SK S7J 4L1
Canada

Robelen Family
Attn: Bankruptcy Desk/Managing Agent
101 Sunshine Coast Ln
Las Vegas, NV 89148

Robert & Alecia Nelson
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 213
Las Vegas, NV 89113

Robert & Angela Casto
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 106
Las Vegas, NV 89113

Robert & Ann Brown
Attn: Bankruptcy Desk/Managing Agent
4658 Munich Ct
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                            Served 4/17/2009

Robert & Annaliese Parlanti
Attn: Bankruptcy Desk/Managing Agent
1080 Via Saint Lucia Pl
Henderson, NV 89011

Robert & Bernice Pearson
Attn: Bankruptcy Desk/Managing Agent
1089 Via Prato Ln
Henderson, NV 89011

Robert & Betty Campbell
Attn: Bankruptcy Desk/Managing Agent
1919 E Blue Flame St
Kingman, AZ 86409

Robert & Betty Campbell
Attn: Bankruptcy Desk/Managing Agent
4634 Stuttgart St
Las Vegas, NV 89147

Robert & Brenda Thomas
Attn: Bankruptcy Desk/Managing Agent
7520 Apple Springs Ave
Las Vegas, NV 89131

Robert & Candice Semonian
Attn: Bankruptcy Desk/Managing Agent
2310 Antler Ave
Ventura, CA 93003

Robert & Candice Semonian
Attn: Bankruptcy Desk/Managing Agent
292 Scramble Dr
Las Vegas, NV 89148

Robert & Christine Pelander
Attn: Bankruptcy Desk/Managing Agent
790 Wigan Pier Dr
Henderson, NV 89002

Robert & Constance Gamiero
Attn: Bankruptcy Desk/Managing Agent
623 Orchard Course Dr
Las Vegas, NV 89148

Robert & Diane Gardner
Attn: Bankruptcy Desk/Managing Agent
7420 Bridlehorne Ave
Las Vegas, NV 89131

Robert & Edee Alexander
Attn: Bankruptcy Desk/Managing Agent
6842 Baby Jade Ct
Las Vegas, NV 89148

Robert & Eva-Marie Miller
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 109
Las Vegas, NV 89113

Robert & Eva-Marie Miller
Attn: Bankruptcy Desk/Managing Agent
9772 Canyon Walk Ave
Las Vegas, NV 89147

Robert & Francine Nichols
Attn: Bankruptcy Desk/Managing Agent
161 Wicked Wedge Way
Las Vegas, NV 89148

Robert & Gail Irwin
Attn: Bankruptcy Desk/Managing Agent
448 Via Stretto Ave
Henderson, NV 89011

Robert & Gail Ream
Attn: Bankruptcy Desk/Managing Agent
476 Newberry Springs Dr
Las Vegas, NV 89148

Robert & Glenna Stuart
Attn: Bankruptcy Desk/Managing Agent
214 Sea Rim Ave
Las Vegas, NV 89148

Robert & Glenna Stuart
Attn: Bankruptcy Desk/Managing Agent
4021 Meadows Ln
Las Vegas, NV 89107

Robert & Herca Byron
Attn: Bankruptcy Desk/Managing Agent
194 Fairway Woods Dr
Las Vegas, NV 89148

Robert & Jean Capparell
Attn: Bankruptcy Desk/Managing Agent
55 Pangloss St
Henderson, NV 89002

Robert & Jeanne Weich
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 309
Las Vegas, NV 89113

Robert & Joyce Gaza
Attn: Bankruptcy Desk/Managing Agent
489 Via Stretto Ave
Henderson, NV 89011

Robert & Joyce Irving
Attn: Bankruptcy Desk/Managing Agent
7240 Buglehorn St
Las Vegas, NV 89131

Robert & Kathryn Cartwright
Attn: Bankruptcy Desk/Managing Agent
19116 NE 203rd Ct
Woodinville, WA 98077

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                      Served 4/17/2009

Robert & Kathryn Cartwright
Attn: Bankruptcy Desk/Managing Agent
315 Foster Springs Rd
Las Vegas, NV 89148

Robert & Lauri Bernardo
Attn: Bankruptcy Desk/Managing Agent
6826 Scarlet Flax St
Las Vegas, NV 89148

Robert & Leanor Valenzuela
Attn: Bankruptcy Desk/Managing Agent
13480 Forrestwood Way
Lathrop, CA 95330

Robert & Leanor Valenzuela
Attn: Bankruptcy Desk/Managing Agent
140 Broken Putter Way
Las Vegas, NV 89148

Robert & Linda O'Brien
Attn: Bankruptcy Desk/Managing Agent
1471 Marchall St
Elmont, NY 11003

Robert & Linda O'Brien
Attn: Bankruptcy Desk/Managing Agent
476 Via Stretto Ave
Henderson, NV 89011

Robert & Lorraine Anthonisen
Attn: Bankruptcy Desk/Managing Agent
7520 Hornblower Ave
Las Vegas, NV 89131

Robert & Lydia Akers
Attn: Bankruptcy Desk/Managing Agent
281 Via Franciosa Dr
Henderson, NV 89011

Robert & Lydia Akers
Attn: Bankruptcy Desk/Managing Agent
972 S Pinewood Ln
Nixa, MO 65714

Robert & M Isabel Rijke
Attn: Bankruptcy Desk/Managing Agent
10247 Maggira Pl
Las Vegas, NV 89135

Robert & M Isabel Rijke
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 108
Las Vegas, NV 89113

Robert & Marcia Schellhase
Attn: Bankruptcy Desk/Managing Agent
501 Via Palermo Dr
Henderson, NV 89011

Robert & Marie Deleon
Attn: Bankruptcy Desk/Managing Agent
37 Chesney Dr
Henderson, NV 89074

Robert & Marie Deleon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1160
Las Vegas, NV 89148

Robert & Michelle Walter
Attn: Bankruptcy Desk/Managing Agent
594 Foster Springs Rd
Las Vegas, NV 89148

Robert & Myrna Danganan
Attn: Bankruptcy Desk/Managing Agent
280 Ladies Tee Ct
Las Vegas, NV 89148

Robert & Myrna Danganan
Attn: Bankruptcy Desk/Managing Agent
5463 Country View Dr
El Sobrante, CA 94803

Robert & Myrna Garcia
Attn: Bankruptcy Desk/Managing Agent
605 Kaimana St
Kahului, HI 96732

Robert & Myrna Garcia
Attn: Bankruptcy Desk/Managing Agent
656 Newberry Springs Dr
Las Vegas, NV 89148

Robert & Robin Casey
Attn: Bankruptcy Desk/Managing Agent
10 Quail Valley St
Las Vegas, NV 89148

Robert & Samantha Heller
Attn: Bankruptcy Desk/Managing Agent
1080 Via Corto St
Henderson, NV 89011

Robert & Sheila Baskett
Attn: Bankruptcy Desk/Managing Agent
208 Lenape Heights Ave
Las Vegas, NV 89148

Robert & Siew Moran
Attn: Bankruptcy Desk/Managing Agent
1049 Viale Placenza Pl
Henderson, NV 89011

Robert & Susan Kohler
Attn: Bankruptcy Desk/Managing Agent
201 Rancho Maria St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Robert & Tam Simons
Attn: Bankruptcy Desk/Managing Agent
211 Arbour Garden Ave
Las Vegas, NV 89148

Robert & Tam Simons
Attn: Bankruptcy Desk/Managing Agent
29 Chateau Whistler Ct
Las Vegas, NV 89148

Robert & Tam Simons
Attn: Bankruptcy Desk/Managing Agent
7111 Montreal Dr
Lakeland, FL 33810

Robert & Thucuc Haight
Attn: Bankruptcy Desk/Managing Agent
4664 Stuttgart St
Las Vegas, NV 89147

Robert & Tinni Thompson
Attn: Bankruptcy Desk/Managing Agent
7031 Tuscany Way
El Dorado Hills, CA 95762

Robert & Tinni Thompson
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 116
Las Vegas, NV 89113

Robert Allen Group
Attn: Bankruptcy Desk/Managing Agent
2660 Paysphere Circle
Chicago IL 60674

Robert and Deborah Berlinger
Attn: Bankruptcy Desk/Managing Agent
11232 Golden Chestnut Place
Las Vegas NV 89135

Robert and Ruby Lou Duque
Attn: Bankruptcy Desk/Managing Agent
246 Duck Hollow
Las Vegas NV 89148

Robert Ashley
Attn: Bankruptcy Desk/Managing Agent
57 Dogwood Hills St
Las Vegas, NV 89148

Robert Avila, Esq.
Attn: Bankruptcy Desk/Managing Agent
50 South Jones Boulevard #203
Las Vegas, NV 89107

Robert Beare
Attn: Bankruptcy Desk/Managing Agent
496 Via Stretto Ave
Henderson, NV 89011

Robert Beyer
Attn: Bankruptcy Desk/Managing Agent
2777 Paradise Rd Unit 502
Las Vegas, NV 89109

Robert Beyer
Attn: Bankruptcy Desk/Managing Agent
9725 Valmeyer Ave
Las Vegas, NV 89148

Robert Brown
Attn: Bankruptcy Desk/Managing Agent
4658 Munich Ct
Las Vegas NV 89147

Robert C. Maddox & Associates
Attn: Bankruptcy Desk/Managing Agent
595 Double Eagle Ct  Suite 2000
Reno NV 89521

Robert Carr
Attn: Bankruptcy Desk/Managing Agent
6829 Rose Mallow St
Las Vegas, NV 89148

Robert D. DePrez
Attn: Bankruptcy Desk/Managing Agent
11057 Clear Meadows Dr.
Las Vegas NV 89134

Robert D`Amelio
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1145
Las Vegas, NV 89147

Robert Davidson
Attn: Bankruptcy Desk/Managing Agent
86 Lexington Ave
Rochelle Park, NJ 07662

Robert Davidson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2031
Las Vegas, NV 89148

Robert Diver
Attn: Bankruptcy Desk/Managing Agent
227 Piute Lane
Henderson NV  89015

Robert Downs
Attn: Bankruptcy Desk/Managing Agent
7 Gregoria Ct
Baltimore, MD 21212

Robert Downs
Attn: Bankruptcy Desk/Managing Agent
933 Rue Grand Paradis Ln
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Robert Gevorkian
Attn: Bankruptcy Desk/Managing Agent
9499 Castillana Ct
Las Vegas, NV 89147

Robert Goce
Attn: Bankruptcy Desk/Managing Agent
1408 W Farrington St
W Covina, CA 91790

Robert Goce
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1104
Las Vegas, NV 89148

Robert Grant
Attn: Bankruptcy Desk/Managing Agent
7185 Portia Court
Las Vegas NV 89113

Robert Half Finance
Attn: Bankruptcy Desk/Managing Agent
& Accounting
3980 Howard Hughes Pkwy Suite 380
Las Vegas NV 89109

Robert Hoffman
Attn: Bankruptcy Desk/Managing Agent
522 Via Del Corallo Way
Henderson, NV 89011

Robert Jacoby
Attn: Bankruptcy Desk/Managing Agent
1038 Via Di Olivia St
Henderson, NV 89011

Robert Jacoby
Attn: Bankruptcy Desk/Managing Agent
30462 Terracina Pl
Castaic, CA 91384

Robert Jankovics
Attn: Bankruptcy Desk/Managing Agent
365 Apple River Ct
Las Vegas, NV 89148

Robert Jankovics
Attn: Bankruptcy Desk/Managing Agent
43 Market St
Poughkeepsie, NY 12601

Robert Jawelski
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 201
Las Vegas, NV 89113

Robert Johnson
Attn: Bankruptcy Desk/Managing Agent
160 Castle Course Ave
Las Vegas, NV 89148

Robert Kelly III
Attn: Bankruptcy Desk/Managing Agent
16369 Sun Summit Dr
Riverside CA 92503

Robert Kessler
Attn: Bankruptcy Desk/Managing Agent
4774 Ashington St
Las Vegas, NV 89147

Robert Kessler
Attn: Bankruptcy Desk/Managing Agent
710 Canary Wharf Dr
Las Vegas, NV 89178

Robert Khachatourians
Attn: Bankruptcy Desk/Managing Agent
20808 Tulsa St
Chatsworth, CA 91311

Robert Khachatourians
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 201
Las Vegas, NV 89113

Robert Krauss
Attn: Bankruptcy Desk/Managing Agent
83 Rock Run St
Las Vegas, NV 89148

Robert Labanowski
Attn: Bankruptcy Desk/Managing Agent
85 Dixie Springs Ct
Las Vegas, NV 89148

Robert Labella
Attn: Bankruptcy Desk/Managing Agent
777 Wigan Pier Dr
Henderson, NV 89002

Robert Larivee
Attn: Bankruptcy Desk/Managing Agent
1078 Via Capassi Way
Henderson, NV 89011

Robert Maddox, Esq.
Attn: Bankruptcy Desk/Managing Agent
3811 West Charleston Boulevard #110
Las Vegas, NV 89521

Robert Mann
Attn: Bankruptcy Desk/Managing Agent
52 Rancho Maria St
Las Vegas, NV 89148

Robert Mariani
Attn: Bankruptcy Desk/Managing Agent
6735 N. Talman Avenue
Chicago IL 60645

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Robert Marinas
Attn: Bankruptcy Desk/Managing Agent
5125 Beran St
Torrance, CA 90503

Robert Marinas
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 306
Las Vegas, NV 89113

Robert May
Attn: Bankruptcy Desk/Managing Agent
460 Via Del Foro Dr
Henderson, NV 89011

Robert Meissner
Attn: Bankruptcy Desk/Managing Agent
413 Via Stretto Ave
Henderson, NV 89011

Robert Merrick
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 212
Las Vegas, NV 89113

Robert Norton
Attn: Bankruptcy Desk/Managing Agent
5 Pangloss St
Henderson, NV 89002

Robert Olaya
Attn: Bankruptcy Desk/Managing Agent
33 Tall Ruff Dr
Las Vegas, NV 89148

Robert Osvald
Attn: Bankruptcy Desk/Managing Agent
30 E Neck Rd
Huntington, NY 11743

Robert Osvald
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 204
Las Vegas, NV 89113

Robert Pereira
Attn: Bankruptcy Desk/Managing Agent
55 Blaven Dr
Henderson, NV 89002

Robert Price
Attn: Bankruptcy Desk/Managing Agent
84 Newmiller St
Henderson, NV 89002

Robert Price
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2178
Las Vegas, NV 89148

Robert Pusateri
Attn: Bankruptcy Desk/Managing Agent
207 Rusty Plank Ave
Las Vegas, NV 89148

Robert Pusateri
Attn: Bankruptcy Desk/Managing Agent
7704 Musical Ln
Las Vegas, NV 89145

Robert R. Gonzales
Attn: Bankruptcy Desk/Managing Agent
697 Fort Slocum Street
Las Vegas NV 89183

Robert Reynolds Esq.
Attn: Bankruptcy Desk/Managing Agent
823 Las Vegas NV Blvd. South
Las Vegas NV 89101

Robert Robinson
Attn: Bankruptcy Desk/Managing Agent
8940 Lansberry Ct
Las Vegas, NV 89147

Robert Rosenberger
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 303
Las Vegas, NV 89113

Robert Sabatini
Attn: Bankruptcy Desk/Managing Agent
231 Tayman Park Ave
Las Vegas, NV 89148

Robert Santwer
Attn: Bankruptcy Desk/Managing Agent
7586 Aspen Color St.
Las Vegas NV 89139

Robert Siddall
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 306
Las Vegas, NV 89113

Robert Siddall
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 109
Las Vegas, NV 89113

Robert Sullivan
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 112
Las Vegas, NV 89113

Robert Sullivan
Attn: Bankruptcy Desk/Managing Agent
909 Purdy Lodge St
Las Vegas, NV 89138

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                            Served 4/17/2009

Robert Sutherland
Attn: Bankruptcy Desk/Managing Agent
229 Lakewood Garden Dr
Las Vegas, NV 89148

Robert Thomas
Attn: Bankruptcy Desk/Managing Agent
9257 Prairie Aster Pl
Las Vegas, NV 89148

Robert Timlin
Attn: Bankruptcy Desk/Managing Agent
70 Blaven Dr
Henderson, NV 89002

Robert Timoshuk
Attn: Bankruptcy Desk/Managing Agent
449 Via Stretto Ave
Henderson, NV 89011

Robert Walther
Attn: Bankruptcy Desk/Managing Agent
218 Duck Hollow Ave
Las Vegas, NV 89148

Robert Zaragoza
Attn: Bankruptcy Desk/Managing Agent
1329 Curtiss Ave
San Jose, CA 95125

Robert Zaragoza
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 302
Las Vegas, NV 89113

Roberto & Gwendolyn Hernandez
Attn: Bankruptcy Desk/Managing Agent
436 First On Dr
Las Vegas, NV 89148

Roberto & Julita Mendoza
Attn: Bankruptcy Desk/Managing Agent
1264 Olivia Pkwy
Henderson, NV 89011

Roberto & Julita Mendoza
Attn: Bankruptcy Desk/Managing Agent
4621 Ruth Way
Union City, CA 94587

Roberto & Maria Antikoll
Attn: Bankruptcy Desk/Managing Agent
1066 Via Capassi Way
Henderson, NV 89011

Roberto & Normita Floro
Attn: Bankruptcy Desk/Managing Agent
2518 Glen Dundee Way
San Jose, CA 95148

Roberto & Normita Floro
Attn: Bankruptcy Desk/Managing Agent
590 Foster Springs Rd
Las Vegas, NV 89148

Roberto & San Ochoa
Attn: Bankruptcy Desk/Managing Agent
4778 Califa Dr
Las Vegas, NV 89122

Roberto Olivas-Mercado
Attn: Bankruptcy Desk/Managing Agent
48 Blaven Dr
Henderson, NV 89002

Roberts Glass and Mirror
Attn: Bankruptcy Desk/Managing Agent
5216 So. Procyon
Las Vegas NV 89118

Robertson Industries, Inc.
Attn: Bankruptcy Desk/Managing Agent
4145 W. Mercury Way
Suite 200
Chandler AZ 85226

Robertson, Joe
Attn: Bankruptcy Desk/Managing Agent
1251 Stokes St
Las Vegas, NV 89110

Robi & Robert Burns
Attn: Bankruptcy Desk/Managing Agent
517 Via Palermo Dr
Henderson, NV 89011

Robin Delagarza
Attn: Bankruptcy Desk/Managing Agent
504 Via Palermo Dr
Henderson, NV 89011

Robin Gallaway
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 111
Las Vegas, NV 89113

Robin Morello
Attn: Bankruptcy Desk/Managing Agent
7205 Tealwood St
Las Vegas, NV 89131

Robinson Family
Attn: Bankruptcy Desk/Managing Agent
353 Foster Springs Rd
Las Vegas, NV 89148

Robinson Golf Design Inc
Attn: Bankruptcy Desk/Managing Agent
Nina Richardson
361 Forest Avenue, Suite 200
Laguna Beach CA 92651

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Robinson, Tom
Attn: Bankruptcy Desk/Managing Agent
9416 Greenham Cir
Las Vegas, NV 89117

Robison Engineering Co.
Attn: Bankruptcy Desk/Managing Agent
35 High Ridge Court
Reno NV 89511

Robles, Amber
Attn: Bankruptcy Desk/Managing Agent
2800 E Eastern Avenue #914
Las Vegas, NV 89109

Robyn Family
Attn: Bankruptcy Desk/Managing Agent
5130 S Fort Apache Rd # 215-243
Las Vegas, NV 89148

Robyn Family
Attn: Bankruptcy Desk/Managing Agent
9797 Marcelline Ave
Las Vegas, NV 89148

Robyn Jones
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 310
Las Vegas, NV 89113

Rochelle Engstrom
Attn: Bankruptcy Desk/Managing Agent
11 Pangloss St
Henderson, NV 89002

Rochelle Sheridan
Attn: Bankruptcy Desk/Managing Agent
121 Rancho Maria St
Las Vegas, NV 89148

Rochiel Wallers
Attn: Bankruptcy Desk/Managing Agent
7177 Lansbrook Avenue
Las Vegas NV 89131

Rock Hard Concrete
Attn: Bankruptcy Desk/Managing Agent
100 E. Laval Drive
P.O. Box 90127
Henderson NV  89015

Rock Solutions, Inc.
Attn: Bankruptcy Desk/Managing Agent
2410 E. Gowan Rd.
N. Las Vegas NV 89030

Rock Wood Casual Furniture
Attn: Bankruptcy Desk/Managing Agent
1273 N. Jervice Rd. E
Oakville I6H1A7
Canada

Rockhurst University
Attn: Bankruptcy Desk/Managing Agent
Continuing Education Center, Inc
P.O. Box 419107
Kansas City MO 64141-6107

Rocky Mountain Equipment
Attn: Bankruptcy Desk/Managing Agent
Chara Stewart
P.O. Box 61237
Boulder City NV 89006

Rocky Nash Photography
Attn: Bankruptcy Desk/Managing Agent
Raquel Tasha Nash
1865 N. Walnut Road, # 105
Las Vegas NV 89115

Rocky Top
Attn: Bankruptcy Desk/Managing Agent
44 W. Mayflower Avenue
North Las Vegas, NV 89030

Rocky Top
Attn: Bankruptcy Desk/Managing Agent
www.rockytopnv.com
44 W. Mayflower Avenue
North Las Vegas NV 89030

Rodel & Jeannette Usam
Attn: Bankruptcy Desk/Managing Agent
9662 Waukegan Ave
Las Vegas, NV 89148

Rodelo Pinili
Attn: Bankruptcy Desk/Managing Agent
9725 Kampsville Ave
Las Vegas, NV 89148

Rodeo Event Sponsors
Attn: Bankruptcy Desk/Managing Agent
4666 Stockton Hill Rd
Kingman AZ 86401

Roderick Solis
Attn: Bankruptcy Desk/Managing Agent
9265 Tulip Trestle Ave
Las Vegas, NV 89148

Rodey, Dickason, Sloan, Akin,
Attn: Bankruptcy Desk/Managing Agent
& Robb, P.A.
201 3rd St., N.W., Suite 2200
Albuquerque NM 87103

Rodgers Family
Attn: Bankruptcy Desk/Managing Agent
6203-97Th Ave Court West
University Place, WA 98467

Rodgers Family
Attn: Bankruptcy Desk/Managing Agent
771 Tossa De Mar Ave
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Rodney & Lyda Harris
Attn: Bankruptcy Desk/Managing Agent
7500 Hornblower Ave
Las Vegas, NV 89131

Rodney & Portia Stewart
Attn: Bankruptcy Desk/Managing Agent
4771 Crakow Ct
Las Vegas, NV 89147

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rodney Rubi
Attn: Bankruptcy Desk/Managing Agent
230 Crooked Putter Dr
Las Vegas, NV 89148

Rodney Rubi
Attn: Bankruptcy Desk/Managing Agent
6779 Heritage Dr
Poplar Bluff, MO 63901

Rodney Steward
Attn: Bankruptcy Desk/Managing Agent
176 Fairway Woods Dr
Las Vegas, NV 89148

Rodolfo & Anita Lopez
Attn: Bankruptcy Desk/Managing Agent
6270 Hannon Ct
San Diego, CA 92117

Rodolfo & Anita Lopez
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 110
Las Vegas, NV 89113

Rodolfo & Fairlie Gutierrez
Attn: Bankruptcy Desk/Managing Agent
123 Red Tee Ln
Las Vegas, NV 89148

Rodolfo & Fairlie Gutierrez
Attn: Bankruptcy Desk/Managing Agent
1808 Ashton Ave
Burlingame, CA 94010

Rodolfo & Lourdest Dorilag
Attn: Bankruptcy Desk/Managing Agent
26 Indian Run Way
Las Vegas, NV 89148

Rodolfo & Maria Jao
Attn: Bankruptcy Desk/Managing Agent
14 Indian Run Way
Las Vegas, NV 89148

Rodolfo & Maria Jao
Attn: Bankruptcy Desk/Managing Agent
1400 S Lake Park Ave Ste 300
Hobart, IN 46342

Rodolfo & Rebecca Galgana
Attn: Bankruptcy Desk/Managing Agent
106 Tall Ruff Dr
Las Vegas, NV 89148

Rodolfo & Rosalie Martinez
Attn: Bankruptcy Desk/Managing Agent
1728 Trestle Glen Rd
Piedmont, CA 94610

Rodolfo & Rosalie Martinez
Attn: Bankruptcy Desk/Managing Agent
261 Lakewood Garden Dr
Las Vegas, NV 89148

Rodolfo & Rosalina Carino
Attn: Bankruptcy Desk/Managing Agent
3237 E Hilltonia Dr
West Covina, CA 91792

Rodolfo & Rosalina Carino
Attn: Bankruptcy Desk/Managing Agent
91 Rusty Springs Ct
Las Vegas, NV 89148

Rodolfo Nino
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 104
Las Vegas, NV 89113

Rodolph Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 1249
Sonoma CA 95476-1249

Rodrigo & Zoila Gutierrez
Attn: Bankruptcy Desk/Managing Agent
551 Center Green Dr
Las Vegas, NV 89148

Rodrigo & Zoila Gutierrez
Attn: Bankruptcy Desk/Managing Agent
809 Danbury St
Salinas, CA 93906

Rodrigo Cruz
Attn: Bankruptcy Desk/Managing Agent
%T Moore
Las Vegas, NV 89145

Rodrigo Cruz
Attn: Bankruptcy Desk/Managing Agent
206 Crooked Putter Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                           Served 4/17/2009

Rodriguez, Don
Attn: Bankruptcy Desk/Managing Agent
1115 Mariposa
Boulder City, NV 89005

Rodriguez, Hijinio
Attn: Bankruptcy Desk/Managing Agent
5625 Big Sea St
Las Vegas, NV 89110

Rodriguez, Jaime E.
Attn: Bankruptcy Desk/Managing Agent
9752 Villa La Mora
Las Vegas, NV 89147

Roger & Hillary Velado
Attn: Bankruptcy Desk/Managing Agent
67 Blaven Dr
Henderson, NV 89002

Roger & My Blasco
Attn: Bankruptcy Desk/Managing Agent
6 Candide St
Henderson, NV 89002

Roger & My Blasco
Attn: Bankruptcy Desk/Managing Agent
9845 Masterful Dr
Las Vegas, NV 89148

Roger & Nicole Rose
Attn: Bankruptcy Desk/Managing Agent
76 Tall Ruff Dr
Las Vegas, NV 89148

Roger & Wanda Johnson
Attn: Bankruptcy Desk/Managing Agent
7530 Bridlehorne Ave
Las Vegas, NV 89131

Rogers Family
Attn: Bankruptcy Desk/Managing Agent
359 Foster Springs Rd
Las Vegas, NV 89148

Rogers Family
Attn: Bankruptcy Desk/Managing Agent
9624 Creemore Dr
Tujunga, CA 91042

Rolando & Agnes Silverio
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1081
Las Vegas, NV 89148

Rolando & Agnes Silverio
Attn: Bankruptcy Desk/Managing Agent
955 Pierpont St
Rahway, NJ 07065

Rolando & Joselyn Sy
Attn: Bankruptcy Desk/Managing Agent
1296 Olivia Pkwy
Henderson, NV 89011

Rolando & Joselyn Sy
Attn: Bankruptcy Desk/Managing Agent
369 Longhill Ct
San Jose, CA 95138

Rolando & Norma Navarro
Attn: Bankruptcy Desk/Managing Agent
207 Crooked Putter Dr
Las Vegas, NV 89148

Rolando & Norma Navarro
Attn: Bankruptcy Desk/Managing Agent
3813 Long Beach Blvd
Long Beach, CA 90807

Rolando & Susan Aguila
Attn: Bankruptcy Desk/Managing Agent
122 Solidago Avenue
Las Vegas NV 89183

Rolando Laus
Attn: Bankruptcy Desk/Managing Agent
41 Broken Putter Way
Las Vegas, NV 89148

ROLLables,Ink.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 201
Palmyra NJ 08065-0201

Rolland Lawson
Attn: Bankruptcy Desk/Managing Agent
1045 Via Prato Ln
Henderson, NV 89011

Rolland Lawson
Attn: Bankruptcy Desk/Managing Agent
3354 E Jaeger Cir
Mesa, AZ 85213

Rolondo Garcia
Attn: Bankruptcy Desk/Managing Agent
201 Waterton Lakes Ave
Las Vegas, NV 89148

Rolondo Garcia
Attn: Bankruptcy Desk/Managing Agent
357 Deanne Ln
Daly City, CA 94014

Roman Tamayo
Attn: Bankruptcy Desk/Managing Agent
220 Lenape Heights Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Roman, Robert
Attn: Bankruptcy Desk/Managing Agent
3509 Mastercraft Ave
N Las Vegas, NV 89032

Romana Wells
Attn: Bankruptcy Desk/Managing Agent
342 Fringe Ruff Dr
Las Vegas, NV 89148

Romano, Rosario J Jr.
Attn: Bankruptcy Desk/Managing Agent
8713 Sherwood Park Dr
Las Vegas, NV 89131

Romeo & Imelda Ladia
Attn: Bankruptcy Desk/Managing Agent
126 Short Ruff Way
Las Vegas, NV 89148

Romeo & Imelda Ladia
Attn: Bankruptcy Desk/Managing Agent
1376 W 1st St
San Pedro, CA 90732

Romeo & Zedeva Alvidera
Attn: Bankruptcy Desk/Managing Agent
3912 Monte Sereno Ter
Fremont, CA 94539

Romeo & Zedeva Alvidera
Attn: Bankruptcy Desk/Managing Agent
524 Newberry Springs Dr
Las Vegas, NV 89148

Romeo Velikov
Attn: Bankruptcy Desk/Managing Agent
9763 Waukegan Ave
Las Vegas, NV 89148

Romer & Juliet Paulino
Attn: Bankruptcy Desk/Managing Agent
125 Water Hazard Ln
Las Vegas, NV 89148

Romer & Juliet Paulino
Attn: Bankruptcy Desk/Managing Agent
9632 Hillview Rd
Anaheim, CA 92804

Rommel  Barbadillo
Attn: Bankruptcy Desk/Managing Agent
Milagros Barbadillo (mother)
7655 Ironwood Knoll Avenue
Las Vegas NV 89113

Rommel & Mary Antonio
Attn: Bankruptcy Desk/Managing Agent
119 Water Hazard Ln
Las Vegas, NV 89148

Rommel & Mary Antonio
Attn: Bankruptcy Desk/Managing Agent
914 E Olive Ave
Burbank, CA 91501

Rommel Barbadillo
Attn: Bankruptcy Desk/Managing Agent
70 Myrtle Springs Ct
Las Vegas, NV 89148

Romualdo & Michael Deguzman
Attn: Bankruptcy Desk/Managing Agent
6484 Aether St
Las Vegas, NV 89148

Romulus Archeri
Attn: Bankruptcy Desk/Managing Agent
P.O.BOX 28533
Las Vegas NV 89126

Romy & Dorene Ocampo
Attn: Bankruptcy Desk/Managing Agent
72 Broken Putter Way
Las Vegas, NV 89148

Ron & Marci Turkel
Attn: Bankruptcy Desk/Managing Agent
284 Scramble Dr
Las Vegas, NV 89148

Ron & Maria America
Attn: Bankruptcy Desk/Managing Agent
4312 San Marino Ct
Elk Grove, CA 95758

Ron & Maria America
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1052
Las Vegas, NV 89148

Ron & Michelle Faithfull
Attn: Bankruptcy Desk/Managing Agent
3325 W Torino Ave
Las Vegas, NV 89139

Ron & Michelle Faithfull
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1123
Las Vegas, NV 89148

Ron & Sarit Lugashi
Attn: Bankruptcy Desk/Managing Agent
9727 Dieterich Ave
Las Vegas, NV 89148

Ron D. Morgan Sr. AND
Attn: Bankruptcy Desk/Managing Agent
Kayla J. Morgan
23232 Solano Rd.
Corning CA 96021-3054

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Ron Faithfull
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1095
Las Vegas, NV 89148

Ron Gillette
Attn: Bankruptcy Desk/Managing Agent
9534 Castilana Court
Las Vegas NV 89147

Ron Gorski
Attn: Bankruptcy Desk/Managing Agent
1875 Mesquite Canyon Dr
Las Vegas NV 89012

Ron McTague
Attn: Bankruptcy Desk/Managing Agent
213 Rusty Plank Ave
Las Vegas, NV 89148

Ron Rubi
Attn: Bankruptcy Desk/Managing Agent
12420 Windance Dr
Gulfport, MS 39503

Ron Rubi
Attn: Bankruptcy Desk/Managing Agent
291 Soggy Ruff Way
Las Vegas, NV 89148

Ron Solis
Attn: Bankruptcy Desk/Managing Agent
6872 Rose Mallow St.
Las Vegas NV 89147

Ron Warfield Trucking
Attn: Bankruptcy Desk/Managing Agent
2345 N Beth Way
Flagstaff, AZ 86001

Ronald & Carol Lerman
Attn: Bankruptcy Desk/Managing Agent
26822 Calle Maria
Mission Viejo, CA 92691

Ronald & Carol Lerman
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 211
Las Vegas, NV 89113

Ronald & Dixie Zacher
Attn: Bankruptcy Desk/Managing Agent
682 Vortex Ave
Henderson, NV 89002

Ronald & Irene Hillger
Attn: Bankruptcy Desk/Managing Agent
896 Via Del Tramonto St
Henderson, NV 89011

Ronald & Loretta Shak
Attn: Bankruptcy Desk/Managing Agent
17015 Jeanette Avenue
Cerritos CA 90703

Ronald & Marci Turkel
Attn: Bankruptcy Desk/Managing Agent
1018 Sheldon Avenue
Staten Island NY 10309-2115

Ronald & Mary Aldinger
Attn: Bankruptcy Desk/Managing Agent
6009 Golden Saddle St
Las Vegas, NV 89130

Ronald & Mary Aldinger
Attn: Bankruptcy Desk/Managing Agent
7233 Golden Falcon St
Las Vegas, NV 89131

Ronald & Melissa Dejonge
Attn: Bankruptcy Desk/Managing Agent
7201 Cottonsparrow St
Las Vegas, NV 89131

Ronald & Melody Thompson
Attn: Bankruptcy Desk/Managing Agent
97 Chateau Whistler Ct
Las Vegas, NV 89148

Ronald & Michelle Faithfull
Attn: Bankruptcy Desk/Managing Agent
3378 W Pebble Rd
Las Vegas, NV 89139

Ronald & Michelle Faithfull
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1005
Las Vegas, NV 89148

Ronald & Miya Staton
Attn: Bankruptcy Desk/Managing Agent
62 Rancho Maria St
Las Vegas, NV 89148

Ronald & Roberta Leonardo
Attn: Bankruptcy Desk/Managing Agent
112 Don Miguel Cir
Palm Desert, CA 92260

Ronald & Roberta Leonardo
Attn: Bankruptcy Desk/Managing Agent
453 Punto Vallata Dr
Henderson, NV 89011

Ronald & Sandra Hindmarch
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 212
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Ronald & Tammy Tabura
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 105
Las Vegas, NV 89113

Ronald F. Stevenson II
Attn: Bankruptcy Desk/Managing Agent
374 Rancho La Costa St.
Las Vegas NV 89138

Ronald Hermida
Attn: Bankruptcy Desk/Managing Agent
420 Hidden Hole Dr
Las Vegas, NV 89148

Ronald Manfredini
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 107
Las Vegas, NV 89113

Ronald McDonald House
Attn: Bankruptcy Desk/Managing Agent
2323 Potosi St.
Las Vegas NV 89146

Ronald McKy
Attn: Bankruptcy Desk/Managing Agent
1624 Russet Dr
Eugene, OR 97401

Ronald McKy
Attn: Bankruptcy Desk/Managing Agent
766 Wigan Pier Dr
Henderson, NV 89002

Ronald Solis
Attn: Bankruptcy Desk/Managing Agent
6872 Rose Mallow St
Las Vegas, NV 89148

Ronald Yates
Attn: Bankruptcy Desk/Managing Agent
339 Cart Crossing Way
Las Vegas, NV 89148

Ronaldo & Susan Deang
Attn: Bankruptcy Desk/Managing Agent
124 Honors Course Dr
Las Vegas, NV 89148

Ronda Gutierrez
Attn: Bankruptcy Desk/Managing Agent
948 Via Stellato St
Henderson, NV 89011

Ronen Arad
Attn: Bankruptcy Desk/Managing Agent
1906 E Desert Ln
Phoenix, AZ 85042

Ronen Arad
Attn: Bankruptcy Desk/Managing Agent
9735 Marcelline Ave
Las Vegas, NV 89148

Rong Fang
Attn: Bankruptcy Desk/Managing Agent
125 Connemara Way Apt 18
Sunnyvale, CA 94087

Rong Fang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2091
Las Vegas, NV 89148

Ronnel Mendoza
Attn: Bankruptcy Desk/Managing Agent
283 Sea Rim Ave
Las Vegas, NV 89148

Ronnie Yesharim
Attn: Bankruptcy Desk/Managing Agent
17401 Ventura Blvd Ste A17
Encino, CA 91316

Ronnie Yesharim
Attn: Bankruptcy Desk/Managing Agent
483 Center Green Dr
Las Vegas, NV 89148

Ronny & Catherine Charry
Attn: Bankruptcy Desk/Managing Agent
248 Wicked Wedge Way
Las Vegas, NV 89148

Rorie, Christopher
Attn: Bankruptcy Desk/Managing Agent
386 Center Green Dr
Las Vegas, NV 89148

Rosa & Julio Mendoza
Attn: Bankruptcy Desk/Managing Agent
18648 Hillsboro Rd
Northridge, CA 91326

Rosa & Julio Mendoza
Attn: Bankruptcy Desk/Managing Agent
9788 Ziegler Ave
Las Vegas, NV 89148

Rosa Marquez
Attn: Bankruptcy Desk/Managing Agent
126 Wicked Wedge Way
Las Vegas, NV 89148

Rosalba and Gino Ferraro
Attn: Bankruptcy Desk/Managing Agent
10254 Sofferto Ave
Las Vegas NV 89135

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Rosalie & Efren Cruz
Attn: Bankruptcy Desk/Managing Agent
21 San Miguel Cor A Rita Sts
San Juan City Metro Manila
Phillipines

Rosalie & Efren Cruz
Attn: Bankruptcy Desk/Managing Agent
45 Tall Ruff Dr
Las Vegas, NV 89148

Rosalinda Mallari
Attn: Bankruptcy Desk/Managing Agent
243 Crooked Tree Drive
Las Vegas NV 89148

Rosalyn Ordonez
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1165
Las Vegas, NV 89147

Rosalyn Ordonez
Attn: Bankruptcy Desk/Managing Agent
94-1080 Halelehua St
Waipahu, HI 96797

Rosalynn & James Kirk
Attn: Bankruptcy Desk/Managing Agent
526 Foster Springs Rd
Las Vegas, NV 89148

Rosario & Ricardo Apacionado
Attn: Bankruptcy Desk/Managing Agent
8045 Hamlin Ave
Skokie, IL 60076

Rosario & Ricardo Apacionado
Attn: Bankruptcy Desk/Managing Agent
9749 Marcelline Ave
Las Vegas, NV 89148

Rosario & Rizalindo Rebong
Attn: Bankruptcy Desk/Managing Agent
1023 Via Calderia Pl
Henderson, NV 89011

Rose Family
Attn: Bankruptcy Desk/Managing Agent
391 Center Green Dr
Las Vegas, NV 89148

Rose Smith
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 308
Las Vegas, NV 89113

Roseanne Scarola
Attn: Bankruptcy Desk/Managing Agent
7420 Apple Springs Ave
Las Vegas, NV 89131

ROSEDALE CLO II LTD
Attn: Bankruptcy Desk/Managing Agent
Troy Isaksen
700 Alexander Park, Suite 201
Princeton, NJ 08540

ROSEDALE CLO LTD
Attn: Bankruptcy Desk/Managing Agent
Troy Isaksen
700 Alexander Park, Suite 201
Princeton, NJ 08540

Rosellamar Delmar
Attn: Bankruptcy Desk/Managing Agent
1102 W 204th St
Torrance, CA 90502

Rosellamar Delmar
Attn: Bankruptcy Desk/Managing Agent
196 Paxon Hollow Ct
Las Vegas, NV 89148

Rosemarie & Reynaldo Celario
Attn: Bankruptcy Desk/Managing Agent
153 Honors Course Dr
Las Vegas, NV 89148

Rosemary Cunningham
Attn: Bankruptcy Desk/Managing Agent
224 Via Luna Rosa Ct
Henderson, NV 89011

Rosemary Gee
Attn: Bankruptcy Desk/Managing Agent
2 Lakewood Cir
San Mateo, CA 94402

Rosemary Gee
Attn: Bankruptcy Desk/Managing Agent
57 Blaven Dr
Henderson, NV 89002

Rosemary H. Cooley
Attn: Bankruptcy Desk/Managing Agent
1993 S. Mesa Drive
Palm Springs CA 92264

Rosemary Kline
Attn: Bankruptcy Desk/Managing Agent
1057 Via Corto St
Henderson, NV 89011

Rosemary Kline
Attn: Bankruptcy Desk/Managing Agent
2550 Glenkerry Dr
Anchorage, AK 99504

Rosenfeld & Hansen LLP
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Hughes Parkway
Suite 650
Las Vegas NV 89109

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Rosenfeld & Money, LLP
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Hughes Pkwy # 650
Las Vegas NV 89109

Rosette Blow
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2104
Las Vegas, NV 89148

Rosita & Nicolas Preciado
Attn: Bankruptcy Desk/Managing Agent
3700 San Pablo Avenue
Hercules CA 94547

Rosita Preciado
Attn: Bankruptcy Desk/Managing Agent
Legacy Homes Realty Inc.
3700 San Pablo Avenue
Hercules CA 94547

Ross & Rosemary Portale
Attn: Bankruptcy Desk/Managing Agent
9260 Orchid Pansy Ave
Las Vegas, NV 89148

Ross Brough
Attn: Bankruptcy Desk/Managing Agent
363 Highland Hills Ct
Las Vegas, NV 89148

Ross Woodard
Attn: Bankruptcy Desk/Managing Agent
9657 Belle Amour Lane
Las Vegas NV 89123

Ross Woodard
Attn: Bankruptcy Desk/Managing Agent
9700 Dieterich Ave
Las Vegas, NV 89148

Rossi McKee
Attn: Bankruptcy Desk/Managing Agent
425 Foster Springs Rd
Las Vegas, NV 89148

Rossi McKee
Attn: Bankruptcy Desk/Managing Agent
530 Elden Dr NE
Atlanta, GA 30342

Rosylene Pozo
Attn: Bankruptcy Desk/Managing Agent
6644 Babys Tear Pl
Las Vegas, NV 89148

Roth Family
Attn: Bankruptcy Desk/Managing Agent
9734 Ziegler Ave
Las Vegas, NV 89148

Roth Staffing Companies
Attn: Bankruptcy Desk/Managing Agent
Dept 8892
Los Angeles CA 90084-8892

Roto Rooter Services Co.
Attn: Bankruptcy Desk/Managing Agent
5372 Collection Center Drive
Chicago IL 60693

Rouben & Sarkis Papikian
Attn: Bankruptcy Desk/Managing Agent
112 Cascade Lake St
Las Vegas, NV 89148

Rouben & Sarkis Papikian
Attn: Bankruptcy Desk/Managing Agent
1734 N Ogden Dr
Los Angeles, CA 90046

Rouben Papikian
Attn: Bankruptcy Desk/Managing Agent
1551 N La Brea Ave Ph
Hollywood, CA 90028

Rouben Papikian
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 312
Las Vegas, NV 89113

Rouben Papikian
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 303
Las Vegas, NV 89113

Roumiana Tzenova
Attn: Bankruptcy Desk/Managing Agent
65 Daisy Springs Ct
Las Vegas, NV 89148

Route 66 Motorsports
Attn: Bankruptcy Desk/Managing Agent
2501 Beverly Ave.
Kingman AZ 86401

Rowena & Emmanuel Dela Cruz
Attn: Bankruptcy Desk/Managing Agent
1138 Olivia Parkway
Henderson NV  89015

Rowena & Emmanuel Delacruz
Attn: Bankruptcy Desk/Managing Agent
1138 Olivia Pkwy
Henderson, NV 89011

Rowena Cayabyab-Dureg
Attn: Bankruptcy Desk/Managing Agent
1911 Alta Oaks Dr
Arcadia, CA 91006

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Rowena Cayabyab-Dureg
Attn: Bankruptcy Desk/Managing Agent
93 Dixie Springs Ct
Las Vegas, NV 89148

Roy & Octavia Brown
Attn: Bankruptcy Desk/Managing Agent
249 Ramo Dr
Rochester, NY 14606

Roy & Octavia Brown
Attn: Bankruptcy Desk/Managing Agent
976 Via Stellato St
Henderson, NV 89011

Roy & Peggy Peng
Attn: Bankruptcy Desk/Managing Agent
259 Hickory Heights Ave
Las Vegas, NV 89148

Roy & Shirley Marrs
Attn: Bankruptcy Desk/Managing Agent
64 Blaven Dr
Henderson, NV 89002

Roy & Susan Moralde
Attn: Bankruptcy Desk/Managing Agent
164 Broken Putter Way
Las Vegas, NV 89148

Roy & Susan Moralde
Attn: Bankruptcy Desk/Managing Agent
200006 Tanager Ct
Santa Clarita, CA 91351

Roy Adams
Attn: Bankruptcy Desk/Managing Agent
22797 Watson Heights Cir
Ashburn, VA 20148

Roy Adams
Attn: Bankruptcy Desk/Managing Agent
240 Tayman Park Ave
Las Vegas, NV 89148

Roy Theiss
Attn: Bankruptcy Desk/Managing Agent
266 Via Franciosa Dr
Henderson, NV 89011

Royal Custom Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jack Sissoyev
1449 Industrial Park St.
Covina CA 91722

Royal Festivals, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow Blvd
# 107-131
Las Vegas NV 89103

Royal Security, Inc.
Attn: Bankruptcy Desk/Managing Agent
2770 S. Maryland Pkwy, Ste 312
Las Vegas NV 89109

RS Consulting
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 50511
Parks AZ 86018

RSM McGladrey, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th Street
Suite 600
Las Vegas NV 89101

RSVP Party Rentals
Attn: Bankruptcy Desk/Managing Agent
4445 S. Valley View, Suite 7
Las Vegas NV 89103

RTS Concrete
Attn: Bankruptcy Desk/Managing Agent
Robert
4524 Orange Heights Streets
Las Vegas NV 89129

Ruben & Martha Villa
Attn: Bankruptcy Desk/Managing Agent
743 Wigan Pier Dr
Henderson, NV 89002

Ruben Reyes
Attn: Bankruptcy Desk/Managing Agent
783 Esperanza Pl
Chula Vista, CA 91914

Ruben Reyes
Attn: Bankruptcy Desk/Managing Agent
94 Broken Putter Way
Las Vegas, NV 89148

Rubio, Willi
Attn: Bankruptcy Desk/Managing Agent
6013 Cedar Lake Court
Las Vegas, NV 89110

Ruby & Robert Duque
Attn: Bankruptcy Desk/Managing Agent
246 Duck Hollow Ave
Las Vegas, NV 89148

Ruby Rieta
Attn: Bankruptcy Desk/Managing Agent
24072 Madeiros Ave
Hayward, CA 94541

Ruby Rieta
Attn: Bankruptcy Desk/Managing Agent
317 Dog Leg Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Ruby Sherbert
Attn: Bankruptcy Desk/Managing Agent
320 Dog Leg Dr
Las Vegas, NV 89148

Ruby Sherbert
Attn: Bankruptcy Desk/Managing Agent
7137 Cressida Ct
Las Vegas, NV 89113

Rudy & Lindsay Miller
Attn: Bankruptcy Desk/Managing Agent
7725 Falconwing Ave
Las Vegas, NV 89131

Rudy & Shirley Carrasco
Attn: Bankruptcy Desk/Managing Agent
1980 Wesley Dr
Folsom, CA 95630

Rudy & Shirley Carrasco
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1087
Las Vegas, NV 89148

Rudy Glass Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
1920 Holly Ave
Lake Havasu City AZ 86403

Rufina Corpuz
Attn: Bankruptcy Desk/Managing Agent
1051 Via San Gallo Ct
Henderson, NV 89011

Rufina Corpuz
Attn: Bankruptcy Desk/Managing Agent
13122 Bella Vista Ct
Chino Hills, CA 91709

Rufino Deguzman
Attn: Bankruptcy Desk/Managing Agent
795 Alder Green Ave
Henderson, NV 89002

Rui & Chao-Ju Chang
Attn: Bankruptcy Desk/Managing Agent
211 Fairway Woods Dr
Las Vegas, NV 89148

Rui & Chao-Ju Chang
Attn: Bankruptcy Desk/Managing Agent
3225 Rivera St
San Francisco, CA 94116

Rui Dong
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 314
Las Vegas, NV 89113

Rui Dong
Attn: Bankruptcy Desk/Managing Agent
9330 Horse Canyon Dr
Las Vegas, NV 89178

Rumany Long
Attn: Bankruptcy Desk/Managing Agent
425 Via Stretto Ave
Henderson, NV 89011

Russell & Eugenia Bond
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1060
Las Vegas, NV 89148

Russell & Ina Medina
Attn: Bankruptcy Desk/Managing Agent
457 Via Stretto Ave
Henderson, NV 89011

Russell & Mercedita Villamaria
Attn: Bankruptcy Desk/Managing Agent
435 Foster Springs Rd
Las Vegas, NV 89148

Russell Golish
Attn: Bankruptcy Desk/Managing Agent
4132 S Rainbow Blvd # 396
Las Vegas, NV 89103

Russell Golish
Attn: Bankruptcy Desk/Managing Agent
9308 Lemon Mint Ct
Las Vegas, NV 89148

Russell Mousaw
Attn: Bankruptcy Desk/Managing Agent

Russell Phillips
Attn: Bankruptcy Desk/Managing Agent
261 Broken Par Dr
Las Vegas, NV 89148

Russell Rendon
Attn: Bankruptcy Desk/Managing Agent
6836 Rose Mallow St
Las Vegas, NV 89148

Rusty Setser
Attn: Bankruptcy Desk/Managing Agent
1000 Park Newport #31
Newport Beach CA 92660

Ruth & Douglas Williams
Attn: Bankruptcy Desk/Managing Agent
3404 Coy Dr
Sherman Oaks, CA 91423

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ruth & Douglas Williams
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 115
Las Vegas, NV 89113

Ruth Gebremedhen
Attn: Bankruptcy Desk/Managing Agent
268 Palm Trace Ave
Las Vegas, NV 89148

Ruth Summa
Attn: Bankruptcy Desk/Managing Agent
115 Nathan St
Waterbury, CT 06708

Ruth Summa
Attn: Bankruptcy Desk/Managing Agent
197 Lakewood Garden Dr
Las Vegas, NV 89148

RVI Planning
Attn: Bankruptcy Desk/Managing Agent
712 Congress Avenue Ste 30
Austin TX 78701

RVI Planning & Landscape Arch.
Attn: Bankruptcy Desk/Managing Agent
712 Congress Ave.
Suite 300
Austin TX 78701

Ryan & Marjorie Kelley
Attn: Bankruptcy Desk/Managing Agent
6527 Bethalto St
Las Vegas, NV 89148

Ryan & Rachel Martin
Attn: Bankruptcy Desk/Managing Agent
6845 Scarlet Flax St
Las Vegas, NV 89148

Ryan Blanchard
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 214
Las Vegas, NV 89113

Ryan Christ
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2075
Las Vegas, NV 89148

Ryan Gillian
Attn: Bankruptcy Desk/Managing Agent
2900 El Camino Ave# 98
Las Vegas NV

Ryan Hayes
Attn: Bankruptcy Desk/Managing Agent
9741 Marcelline Ave
Las Vegas, NV 89148

Ryan Klosterman
Attn: Bankruptcy Desk/Managing Agent
7061 W Glenn Dr
Glendale, AZ 85303

Ryan Klosterman
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1131
Las Vegas, NV 89148

Ryan Mandel
Attn: Bankruptcy Desk/Managing Agent
61 Rancho Maria St
Las Vegas, NV 89148

Ryan Plotnick
Attn: Bankruptcy Desk/Managing Agent
2150 N. Tenaya
Las Vegas NV 89128

Ryan Rapp & Underwood, P.L.C.
Attn: Bankruptcy Desk/Managing Agent
3101 N. Central Avenue
Suite 1500
Phoenix AZ 85012-2644

Ryan Soucie
Attn: Bankruptcy Desk/Managing Agent
133 Wicked Wedge Way
Las Vegas, NV 89148

Ryan Soucie
Attn: Bankruptcy Desk/Managing Agent
607 Orchard Course Dr
Las Vegas, NV 89148

Ryland & Nicole Whitaker
Attn: Bankruptcy Desk/Managing Agent
217 Duck Hollow Ave
Las Vegas, NV 89148

S & B Mechanical
Attn: Bankruptcy Desk/Managing Agent
2325 Jacaranda St
Mesa, AZ 85213

S & S Paint & Drywall
Attn: Bankruptcy Desk/Managing Agent
Jason Stephens
4708 Elm Ave
Las Vegas NV 89110

S Family
Attn: Bankruptcy Desk/Managing Agent
34767 Rumford Ter
Union City, CA 94587

S Family
Attn: Bankruptcy Desk/Managing Agent
6848 Baby Jade Ct
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Sacon Construction
Attn: Bankruptcy Desk/Managing Agent
7385 Prairie Falcon Rd., #110
Las Vegas NV 89128

Sacramento Bee Newspaper
Attn: Bankruptcy Desk/Managing Agent
Mark Chow (Classifieds)
Sacramento CA

Sadie Yee
Attn: Bankruptcy Desk/Managing Agent
10 Cobbs Creek Way
Las Vegas, NV 89148

Saenz Family
Attn: Bankruptcy Desk/Managing Agent
204 Crooked Tree Dr
Las Vegas, NV 89148

Saenz Family
Attn: Bankruptcy Desk/Managing Agent
281 Andover Ridge Ct
Henderson, NV 89012

SAFECO Insurance Co
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 34685
Seattle WA 98124-1685

Safeguard Business Syste
Attn: Bankruptcy Desk/Managing Agent
Bill Maxwell
PO Box 910947
Los Angeles CA 90091-0947

Safeguard Business Systems
Attn: Bankruptcy Desk/Managing Agent
PO Box 88043
Chicago IL 60680-1043

Safelite Auto Glass
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 633197
Cincinnati OH 45263-3197

Safety Kleen
Attn: Bankruptcy Desk/Managing Agent
5400 Legacy Drive,
Cluster II Bldg. 3
Plano TX 75024

Safety Meeting Outlines Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 700
Frankfort IL 60423

Safety Rails of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
Mike Kramer
3447 Ringstar Road
Las Vegas NV 89030

Saffles Construction Inc
Attn: Bankruptcy Desk/Managing Agent
Sharon
1350 E. Flamingo Rd.#210
Las Vegas NV 89119

Sage Construction
Attn: Bankruptcy Desk/Managing Agent
2752 Abelf Lane
Las Vegas NV 89115

Sage Software, Inc
Attn: Bankruptcy Desk/Managing Agent
15195 NW Greenbrier Parkway
Beaverton OR 97006-5701

Sagebrush Enterprises,In
Attn: Bankruptcy Desk/Managing Agent
11
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Sai & Pauline Yip
Attn: Bankruptcy Desk/Managing Agent
364 Highland Hills Ct
Las Vegas, NV 89148

Sail Magazine
Attn: Bankruptcy Desk/Managing Agent
Magazine Payment Services, Inc.
P. O. Box 1296
Sausalito CA 94966-1296

Salah Elbakri
Attn: Bankruptcy Desk/Managing Agent
2350 Clipper St
San Mateo, CA 94403

Salah Elbakri
Attn: Bankruptcy Desk/Managing Agent
267 Fairway Woods Dr
Las Vegas, NV 89148

Salango Family
Attn: Bankruptcy Desk/Managing Agent
192 Crooked Tree Dr
Las Vegas, NV 89148

Salango Family
Attn: Bankruptcy Desk/Managing Agent
19915 Christina Cir
Cerritos, CA 90703

Saldi Family
Attn: Bankruptcy Desk/Managing Agent
139 Crooked Putter Dr
Las Vegas, NV 89148

Salem Family
Attn: Bankruptcy Desk/Managing Agent
384 Harpers Ferry Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                      Served 4/17/2009

Salestraq
Attn: Bankruptcy Desk/Managing Agent
Larry Murphy
9101 Alta Dr. #1406
Las Vegas NV 89145

Salestraq of New Mexico
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 16025
Albuquerque NM 87191

Sally Balecha
Attn: Bankruptcy Desk/Managing Agent
The Force Realty
7251 W. Lake Mead # 300
Las Vegas NV 89128

Sally Bengoechea
Attn: Bankruptcy Desk/Managing Agent
229 Via Di Citta
Henderson NV 89011

Salomon & Lilian Deras
Attn: Bankruptcy Desk/Managing Agent
18827 Clearbrook St
Northridge, CA 91326

Salomon & Lilian Deras
Attn: Bankruptcy Desk/Managing Agent
25 Laying Up Ct
Las Vegas, NV 89148

Salvador & Eleanor Garcia
Attn: Bankruptcy Desk/Managing Agent
291 Arbour Garden Ave
Las Vegas, NV 89148

Salvatore, William
Attn: Bankruptcy Desk/Managing Agent
4466 Regalo Bello St
Las Vegas, NV 89135

Sam & Cindy Wong
Attn: Bankruptcy Desk/Managing Agent
285 Lenape Heights Ave
Las Vegas, NV 89148

Sam & Cindy Wong
Attn: Bankruptcy Desk/Managing Agent
79 Dorado Ter
San Francisco, CA 94112

Sam & Donella Boyd
Attn: Bankruptcy Desk/Managing Agent
4775 Frankfurt Ct
Las Vegas, NV 89147

Sam & Donella Boyd
Attn: Bankruptcy Desk/Managing Agent
5138 Spanish Hills Dr
Las Vegas, NV 89148

Sam & Shirley Williams
Attn: Bankruptcy Desk/Managing Agent
2609 8th Ave
Oakland, CA 94606

Sam & Shirley Williams
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1168
Las Vegas, NV 89147

Sam Huynh
Attn: Bankruptcy Desk/Managing Agent
503 Newberry Springs Dr
Las Vegas, NV 89148

Sam Tsai
Attn: Bankruptcy Desk/Managing Agent
324 Sea Rim Ave
Las Vegas, NV 89148

Sam Tsai
Attn: Bankruptcy Desk/Managing Agent
7 Susan Pl
Edison, NJ 08817

Sam Zhang
Attn: Bankruptcy Desk/Managing Agent
126 Cooks Creek Ct
Las Vegas, NV 89148

Sam Zhang
Attn: Bankruptcy Desk/Managing Agent
194 Strata Ave
Las Vegas, NV 89148

Samantha Radak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1037
Las Vegas, NV 89148

Samantha Wimmer
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 307
Las Vegas, NV 89113

Sambuco Family
Attn: Bankruptcy Desk/Managing Agent
6 Spruce Ln
Valley Stream, NY 11581

Sambuco Family
Attn: Bankruptcy Desk/Managing Agent
7511 Arborcrest Ave
Las Vegas, NV 89131

Same Day Banner & Print
Attn: Bankruptcy Desk/Managing Agent
Supplies
4000 W. Ali Baba Lane, Ste. A
Las Vegas NV 89118

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                Served 4/17/2009

Sammy Lam
Attn: Bankruptcy Desk/Managing Agent
2146 18th Avenue
San Francisco 94116

Sampson, Jason
Attn: Bankruptcy Desk/Managing Agent
6201 Sweetbriar
Las Vegas, NV 89146

Samran & Khoraphin Thomloi
Attn: Bankruptcy Desk/Managing Agent
4717 Ashington St
Las Vegas, NV 89147

Samran & Khoraphin Thomloi
Attn: Bankruptcy Desk/Managing Agent
5145 Colfax Ave
North Hollywood, CA 91601

Samrok USA Inc
Attn: Bankruptcy Desk/Managing Agent
236 Crooked Tree Dr
Las Vegas, NV 89148

Samrok USA Inc
Attn: Bankruptcy Desk/Managing Agent
43 Ranchridge Dr NW
Calgary AB T3G 1
Canada

Sam's Club
Attn: Bankruptcy Desk/Managing Agent
7175 Spring Mountain Road
Las Vegas NV 89117

Samsul Family
Attn: Bankruptcy Desk/Managing Agent
153 Crooked Putter Dr
Las Vegas, NV 89148

Samuel & Cynthia Avila
Attn: Bankruptcy Desk/Managing Agent
787 Wigan Pier Dr
Henderson, NV 89002

Samuel & Flora Wallace
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 303
Las Vegas, NV 89113

Samuel & Flora Wallace
Attn: Bankruptcy Desk/Managing Agent
7540 Jacaranda Bay St
Las Vegas, NV 89139

Samuel & Flora Wallace
Attn: Bankruptcy Desk/Managing Agent
7540 Jackaranda Bay St
Las Vegas, NV 89139

Samuel & Flora Wallace
Attn: Bankruptcy Desk/Managing Agent
9706 Marcelline Ave
Las Vegas, NV 89148

Samuel & Vi Lyall
Attn: Bankruptcy Desk/Managing Agent
4330 Quail Run Ct
Danville, CA 94506

Samuel & Vi Lyall
Attn: Bankruptcy Desk/Managing Agent
5 Candide St
Henderson, NV 89002

Samuel Azeke
Attn: Bankruptcy Desk/Managing Agent
14 Pangloss St
Henderson, NV 89002

Samuel Azeke
Attn: Bankruptcy Desk/Managing Agent
1942 Sundown Canyon Dr
Henderson, NV 89014

Samuel Elmore IV
Attn: Bankruptcy Desk/Managing Agent
1030 Weather Board
Henderson NV 89011

Samuel Ho
Attn: Bankruptcy Desk/Managing Agent
43643 Southerland Way
Fremont, CA 94539

Samuel Ho
Attn: Bankruptcy Desk/Managing Agent
6684 Aviston St
Las Vegas, NV 89148

Samuel Shin
Attn: Bankruptcy Desk/Managing Agent
4733 Ashington St
Las Vegas, NV 89147

San Bernardino County
Attn: Bankruptcy Desk/Managing Agent
670 E. Gilbert St.
San Bernardino CA 92415-0133

San Gabriel Construction
Attn: Bankruptcy Desk/Managing Agent
10120 W. Flamingo Rd., STE 4-195
Las Vegas NV 89147

San Jose Business Journal
Attn: Bankruptcy Desk/Managing Agent
96 N. 3rd Street
Suite 100
San Jose CA 95112

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                              Served 4/17/2009

Sanchez Family
Attn: Bankruptcy Desk/Managing Agent
430 Talbot Dr
Hollister, CA 95023

Sanchez Family
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 105
Las Vegas, NV 89113

Sanders Construction Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 92707
Henderson NV 89009

Sanders Family
Attn: Bankruptcy Desk/Managing Agent
284 White Bluffs St
Las Vegas, NV 89148

Sandi Berendji
Attn: Bankruptcy Desk/Managing Agent
252 Waterton Lakes Ave
Las Vegas, NV 89148

Sandi Menta
Attn: Bankruptcy Desk/Managing Agent
901 Via Del Tramonto St
Henderson, NV 89011

Sandlin Lumber Company, Inc
Attn: Bankruptcy Desk/Managing Agent
5555 South Arville
Las Vegas NV 89118

Sandra & Warren Warren
Attn: Bankruptcy Desk/Managing Agent
9581 Los Cotos Ct
Las Vegas, NV 89147

Sandra Fletes
Attn: Bankruptcy Desk/Managing Agent
1044 Via Prato Ln
Henderson, NV 89011

Sandra Garcia
Attn: Bankruptcy Desk/Managing Agent
15353 Patronella Ave
Gardena CA 90249

Sandra M. Welpman
Attn: Bankruptcy Desk/Managing Agent
3014 Lake Blakely Rd.
Henderson NV 89052

Sandra Perry
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2029
Las Vegas, NV 89148

Sandra Stacey
Attn: Bankruptcy Desk/Managing Agent
5114 Scenic Ridge Dr
Las Vegas NV 89148

Sandvick Equipment and
Attn: Bankruptcy Desk/Managing Agent
Supply Company
P.O. Box 8220
Phoenix AZ 85066

Sandy Anderson
Attn: Bankruptcy Desk/Managing Agent
6646 S Dapple Gray Rd
Las Vegas, NV 89148

Sandy Anderson
Attn: Bankruptcy Desk/Managing Agent
9435 W Tropicana Ave # 102-101
Las Vegas, NV 89147

Sandy Lam
Attn: Bankruptcy Desk/Managing Agent
6831 Baby Jade Ct
Las Vegas, NV 89148

Sandy McBride
Attn: Bankruptcy Desk/Managing Agent
Sandy
1306 Autumn Wind Way
Henderson NV  89012

Sang & Yen Ly
Attn: Bankruptcy Desk/Managing Agent
767 Tossa De Mar Ave
Henderson, NV 89002

Sanhapit Sampatisiri
Attn: Bankruptcy Desk/Managing Agent
10530 Wilshire Blvd Apt 406
Los Angeles, CA 90024

Sanhapit Sampatisiri
Attn: Bankruptcy Desk/Managing Agent
201 Arbour Garden Ave
Las Vegas, NV 89148

Santa Fe Pacific R.R.
Attn: Bankruptcy Desk/Managing Agent
c/o Newmont Realty Company
1700 Lincoln Street
Denver CO 80203

Santa Fe Ranch P.O.A.
Attn: Bankruptcy Desk/Managing Agent
1834 Highway 95
Bullhead City AZ 86442

Santa Monica Airport
Attn: Bankruptcy Desk/Managing Agent
3223 Donald Douglas Loop South
Suite 3
Santa Monica CA 90405

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Santini Family
Attn: Bankruptcy Desk/Managing Agent
4710 Laguna Vista St
Las Vegas, NV 89147

Santoro, Driggs, Walch,
Attn: Bankruptcy Desk/Managing Agent
Kearney, Johnson & Thompson
400 S. Fourth St  3rd Floor
Las Vegas NV 89101

Sanucci, Kathryn
Attn: Bankruptcy Desk/Managing Agent
7230 Shallowford Ave
Las Vegas, NV 89131

Sara Efraim
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 206
Las Vegas, NV 89113

Sara Grimaldo
Attn: Bankruptcy Desk/Managing Agent
7216 Cottonsparrow St
Las Vegas, NV 89131

Sara Stottler
Attn: Bankruptcy Desk/Managing Agent
59 Blaven Dr
Henderson, NV 89002

Sarah & Braly Joy
Attn: Bankruptcy Desk/Managing Agent
199 Crooked Putter Dr
Las Vegas, NV 89148

Sarah Gura
Attn: Bankruptcy Desk/Managing Agent
2868 Reef Bay Ln
Las Vegas, NV 89128

Sarah Gura
Attn: Bankruptcy Desk/Managing Agent
4784 Frankfurt Ct
Las Vegas, NV 89147

Sarah Thornton
Attn: Bankruptcy Desk/Managing Agent
9616 Port Orange Ln
Las Vegas NV 89134

Sarah Wolff
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 210
Las Vegas, NV 89113

Sareena Manisuta
Attn: Bankruptcy Desk/Managing Agent
211 Angels Trace Ct
Las Vegas, NV 89148

Sari Grossman
Attn: Bankruptcy Desk/Managing Agent
511 Via Ripagrande Ave
Henderson, NV 89011

Sarindar & Paramjit Dhillon
Attn: Bankruptcy Desk/Managing Agent
43542 Gallegos Ave
Fremont, CA 94539

Sarindar & Paramjit Dhillon
Attn: Bankruptcy Desk/Managing Agent
43542 Gallegos Ave
Fremont, CA 94539

Sarindar & Paramjit Dhillon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2009
Las Vegas, NV 89148

Sarindar & Paramjit Dhillon
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2012
Las Vegas, NV 89148

Sassan Sadigh
Attn: Bankruptcy Desk/Managing Agent
328 Broken Par Dr
Las Vegas, NV 89148

Sassan Sadigh
Attn: Bankruptcy Desk/Managing Agent
335 1st St
Los Altos, CA 94022

Satvinder & Balbir Dhillon
Attn: Bankruptcy Desk/Managing Agent
44570 Montclaire Ct
Fremont, CA 94539

Satvinder & Balbir Dhillon
Attn: Bankruptcy Desk/Managing Agent
6818 Baby Jade Ct
Las Vegas, NV 89148

Saveera Lamwar
Attn: Bankruptcy Desk/Managing Agent
1201 Folsom St
San Francisco, CA 94103

Saveera Lamwar
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 111
Las Vegas, NV 89113

Savings Colonial
Attn: Bankruptcy Desk/Managing Agent
2626 A West Freeway
Fort Worth, TX 76102

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                         Served 4/17/2009

Savings Colonial
Attn: Bankruptcy Desk/Managing Agent
371 Cart Crossing Way
Las Vegas, NV 89148

Saw Horse LLC
Attn: Bankruptcy Desk/Managing Agent
2281 Candlestick Ave
Henderson, NV 89052

Saw Horse LLC
Attn: Bankruptcy Desk/Managing Agent
446 Center Green Dr
Las Vegas, NV 89148

SBC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 989045
West Sacramento CA 95798-9045

SC Fuels
Attn: Bankruptcy Desk/Managing Agent
Cardlock fuels
P.O. Box 14014
Orange CA 92863-4014

SC Fuels
Attn: Bankruptcy Desk/Managing Agent
PO Box 14014
Orange, CA 92863

Scappa Family
Attn: Bankruptcy Desk/Managing Agent
20 Pangloss St
Henderson, NV 89002

Scarbrough Company
Attn: Bankruptcy Desk/Managing Agent
7372 Walnut Avenue, # X
Buena Park CA 90620

Scenic Technologies
Attn: Bankruptcy Desk/Managing Agent
6050 S. Valley View Blvd # C
Las Vegas NV 89118-3152

SCF   Arizona
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 33049
Phoenix AZ 85067-3049

Scharpnick Family
Attn: Bankruptcy Desk/Managing Agent
1105 Via Canale Dr
Henderson, NV 89011

Scharpnick Family
Attn: Bankruptcy Desk/Managing Agent
12 Via Potenza Ct
Henderson, NV 89011

Schermerhorn, David
Attn: Bankruptcy Desk/Managing Agent
3305 La Cascada Venue
N Las Vegas, NV 89031

Schramm Jr., Joseph H.
Attn: Bankruptcy Desk/Managing Agent
6666 W Washington Ave Apt 210
Las Vegas, NV 89107

Schreck Brignone
Attn: Bankruptcy Desk/Managing Agent
Attorneys at Law
300 South Fourth Street, Ste 1200
Las Vegas NV 89101

Schuller Family
Attn: Bankruptcy Desk/Managing Agent
6607 234th St SW
Mountlake Terrace, WA 98043

Schuller Family
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 104
Las Vegas, NV 89113

Schwartz Family
Attn: Bankruptcy Desk/Managing Agent
2844 Westwood Blvd
Los Angeles, CA 90064

Schwartz Family
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 305
Las Vegas, NV 89113

Schweit Family
Attn: Bankruptcy Desk/Managing Agent
134 Dog Leg Dr
Las Vegas, NV 89148

Schweit Family
Attn: Bankruptcy Desk/Managing Agent
3029 Misty Harbour Dr
Las Vegas, NV 89117

SCINC Marketing
Attn: Bankruptcy Desk/Managing Agent
10824 S. Eastern Ave
Ste. A-763
Henderson NV 89052

Scott & Arsenia Alderman
Attn: Bankruptcy Desk/Managing Agent
7232 Buglehorn St
Las Vegas, NV 89131

Scott & Cara Sathrum
Attn: Bankruptcy Desk/Managing Agent
9655 Waukegan Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Scott & Connie Whaley
Attn: Bankruptcy Desk/Managing Agent
9229 Tulip Trestle Ave
Las Vegas, NV 89148

Scott & Dawn Steinbach
Attn: Bankruptcy Desk/Managing Agent
297 Rolling Springs Dr
Las Vegas, NV 89148

Scott & Debbie Hager
Attn: Bankruptcy Desk/Managing Agent
632 Harvester Course Dr
Las Vegas, NV 89148

Scott & Joanne Thomas
Attn: Bankruptcy Desk/Managing Agent
1074 Via Saint Lucia Pl
Henderson, NV 89011

Scott & Jugatx Hartung
Attn: Bankruptcy Desk/Managing Agent
969 Via Columbo St
Henderson, NV 89011

Scott & Kenni Burdette
Attn: Bankruptcy Desk/Managing Agent
691 Vortex Ave
Henderson, NV 89002

Scott & Nancy Camero
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 212
Las Vegas, NV 89113

Scott A. Stewart
Attn: Bankruptcy Desk/Managing Agent
573 Duran St
Henderson NV 89015

Scott Andrle
Attn: Bankruptcy Desk/Managing Agent
298 Palm Trace Ave
Las Vegas, NV 89148

Scott Architectural Lighting
Attn: Bankruptcy Desk/Managing Agent
355 Watt Drive
Fairfield CA 94585

Scott Carey
Attn: Bankruptcy Desk/Managing Agent
290 Falcons Fire Ave
Las Vegas, NV 89148

Scott Carey
Attn: Bankruptcy Desk/Managing Agent
3540 W Sahara Ave # 736
Las Vegas, NV 89102

Scott Family
Attn: Bankruptcy Desk/Managing Agent
1082 Olivia Pkwy
Henderson, NV 89011

Scott Flanigan
Attn: Bankruptcy Desk/Managing Agent
2516 Malaga Dr
San Jose, CA 95125

Scott Flanigan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1059
Las Vegas, NV 89148

Scott Lebaron
Attn: Bankruptcy Desk/Managing Agent
245 Lakewood Garden Dr
Las Vegas, NV 89148

Scott Nguyen
Attn: Bankruptcy Desk/Managing Agent
117 Quail Valley St
Las Vegas, NV 89148

Scott Poletto
Attn: Bankruptcy Desk/Managing Agent
952 Via Vannucci Way
Henderson, NV 89011

Scott R. Hoopingarner
Attn: Bankruptcy Desk/Managing Agent
10175 Spencer St #2
Las Vegas NV 89123

Scott Segars
Attn: Bankruptcy Desk/Managing Agent
492 Via Del Foro Dr
Henderson, NV 89011

Scott Sims
Attn: Bankruptcy Desk/Managing Agent
9695 Kampsville Ave
Las Vegas, NV 89148

Scott Smith
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 302
Las Vegas, NV 89113

Scott Stewart
Attn: Bankruptcy Desk/Managing Agent
212 Via Mezza Luna Ct
Henderson, NV 89011

Scott Wilkins
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 743204
Los Angeles CA 90004

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Scott-Gauthier, Debra
Attn: Bankruptcy Desk/Managing Agent
4650 W Oakey #2064
Las Vegas, NV 89102

Scoular & Laura Reid
Attn: Bankruptcy Desk/Managing Agent
10128 Coluter Pine Ave
Las Vegas, NV 89129

Scoular & Laura Reid
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2119
Las Vegas, NV 89148

SCR Development
Attn: Bankruptcy Desk/Managing Agent
PO Box 2407
Cottonwood, AZ 86326

Screenmobile
Attn: Bankruptcy Desk/Managing Agent
2141 Henniker Way
Las Vegas NV 89134

SDA Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
6403 Lookout Mountain Drive
Las Vegas NV 89110-1910

SDG Com Serv
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 28547
Las Vegas NV 89126

Sealco, Inc
Attn: Bankruptcy Desk/Managing Agent
Joe Wadkins
875 Silverado Ranch Blvd.
Suite #1164
Las Vegas NV 89109

Sean & Andrew Maganito
Attn: Bankruptcy Desk/Managing Agent
279 Soggy Ruff Way
Las Vegas, NV 89148

Sean & Andrew Maganito
Attn: Bankruptcy Desk/Managing Agent
388 Fieldstone Dr
Fremont, CA 94536

Sean & Lida Chatman
Attn: Bankruptcy Desk/Managing Agent
322 Angels Trace Ct
Las Vegas, NV 89148

Sean & Lida Chatman
Attn: Bankruptcy Desk/Managing Agent
323 Montserrat Dr
Redwood City, CA 94065

Sean & Suzanne Broadbent
Attn: Bankruptcy Desk/Managing Agent
933 Via Stellato St
Henderson, NV 89011

Sean Callan
Attn: Bankruptcy Desk/Managing Agent
19401 Highridge Way
Portola Hills, CA 92679

Sean Callan
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 207
Las Vegas, NV 89113

Sean Chatman
Attn: Bankruptcy Desk/Managing Agent
1 Pine St. # 2106
San Francisco CA 94111

Sean Chatman
Attn: Bankruptcy Desk/Managing Agent
117 Lakewood Garden Dr
Las Vegas, NV 89148

Sean Chatman
Attn: Bankruptcy Desk/Managing Agent
323 Montserrat Dr
Redwood City, CA 94065

Sean Gallagher
Attn: Bankruptcy Desk/Managing Agent
813 Old Mine Creek Lane
Las Vegas NV 89134

Sean McManus
Attn: Bankruptcy Desk/Managing Agent
1054 Via Saint Andrea Pl
Henderson, NV 89011

Sean Zahniser
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1153
Las Vegas, NV 89147

Sear-Brown Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 Meridian Centre
Suite 250
Rochester NY 14618

Searchlight Township
Attn: Bankruptcy Desk/Managing Agent
Justice Court
P. O. Box 815
Searchlight NV 89046

Sears Commercial One
Attn: Bankruptcy Desk/Managing Agent
PO Box 689131
Des MoinesIA  50368-9131

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Sears Contract Sales
Attn: Bankruptcy Desk/Managing Agent
Bob Eustice
74 Horseweed Circle
Henderson NV 89015

Sebastian & Andrea Crapanzano
Attn: Bankruptcy Desk/Managing Agent
1013 E 12th St
Brooklyn, NY 11230

Sebastian & Andrea Crapanzano
Attn: Bankruptcy Desk/Managing Agent
7330 Red Cinder St
Las Vegas, NV 89131

Sebastian & Melissa Vallet
Attn: Bankruptcy Desk/Managing Agent
1028 Via Latina St
Henderson, NV 89011

Sebastian & Tamany Silvestri
Attn: Bankruptcy Desk/Managing Agent
1060 Via Canale Dr
Henderson, NV 89011

Secco Family
Attn: Bankruptcy Desk/Managing Agent
265 Blackstone River Ave
Las Vegas, NV 89148

Secretary Housing and Urban Dev
Attn: Bankruptcy Desk/Managing Agent
13832 N 32nd St # D-150
Phoenix, AZ 85032

Secretary Housing and Urban Dev
Attn: Bankruptcy Desk/Managing Agent
5312 Bolsa Ave Ste 200
Huntington Beach, CA 92649

Secretary Housing and Urban Dev
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 113
Las Vegas, NV 89113

Secretary Housing and Urban Dev
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2115
Las Vegas, NV 89148

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Secretary of State - AZ
Attn: Bankruptcy Desk/Managing Agent
1700 W. Washington
Phoenix AZ 85007

Secretary of State - CA
Attn: Bankruptcy Desk/Managing Agent
State of California
1500 11th Street, 3rd Floor
Sacramento CA 95814

Secretary of State Dean Heller
Attn: Bankruptcy Desk/Managing Agent
101 North Carson St, #3
Carson City NV

Security One
Attn: Bankruptcy Desk/Managing Agent
3100 S. Valley View
Las Vegas NV 89102

Security Title Acc't Servicing
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 33279
Phoenix AZ 85067

Security Title Agency
Attn: Bankruptcy Desk/Managing Agent
4645 N. 32nd St. #A-100
Phoenix AZ 85018

Securtech, Inc.
Attn: Bankruptcy Desk/Managing Agent
7155 Bermuda Road, Suite A
Las Vegas NV 89119

Seetal Tejura
Attn: Bankruptcy Desk/Managing Agent
35 Diamond Run St
Las Vegas, NV 89148

Select Build of Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Window Dept
4339 Corporate Circle Dr, Ste 108
North Las Vegas NV 89030

SelectBuild Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Roofing Dept
4339 Corporate Circle Dr.,Ste 108
North Las Vegas NV 89030

Seleshi Lemma
Attn: Bankruptcy Desk/Managing Agent
6808 Scarlet Flax St
Las Vegas, NV 89148

SELLING ON HOLD
Attn: Bankruptcy Desk/Managing Agent
1400 PRESTON RD STE 300
PLANO TX 75093

Seong & Hyang Kim
Attn: Bankruptcy Desk/Managing Agent
3833 Pahoa Ave
Honolulu, HI 96816

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Seong & Hyang Kim
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 211
Las Vegas, NV 89113

Serena Evans
Attn: Bankruptcy Desk/Managing Agent
6690 Kreb Lake Ct
Las Vegas, NV 89148

Sergio & Ma Gimenez
Attn: Bankruptcy Desk/Managing Agent
1147 Mississauga Valley Blvd
Mississauga ON
Canada

Sergio & Ma Gimenez
Attn: Bankruptcy Desk/Managing Agent
190 Flying Hills Ave
Las Vegas, NV 89148

Sergio & Maria Medina
Attn: Bankruptcy Desk/Managing Agent
4718 Califa Dr
Las Vegas, NV 89122

Sergio Blasco
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 309
Las Vegas, NV 89113

Sergio Morote
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 106
Las Vegas, NV 89113

Serjun Andaya
Attn: Bankruptcy Desk/Managing Agent
64 Daisy Springs Ct
Las Vegas, NV 89148

Sertac Padir
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 303
Las Vegas, NV 89113

Serv Pro Northwest Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Jeff Lalley
791 Middlegate Rd.
Henderson NV 89015

Service Motor Parts Co.
Attn: Bankruptcy Desk/Managing Agent
1501 Beach Street
Montebello CA 90640

Service Pros.
Attn: Bankruptcy Desk/Managing Agent
3600 Highland Dr. Ste # 2
Las Vegas NV 89103

Service Rock Products
Attn: Bankruptcy Desk/Managing Agent
151 Cassia Way
Henderson NV 89014-6616

Service Software, LLC
Attn: Bankruptcy Desk/Managing Agent
Support
2100 West Littleton Blvd
Suite 100
Littleton CO 80120

Seth & Michele Robinson
Attn: Bankruptcy Desk/Managing Agent
9685 Dieterich Ave
Las Vegas, NV 89148

Seventy Three Inc
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 112
Las Vegas, NV 89113

Seventy Three Inc
Attn: Bankruptcy Desk/Managing Agent
8020 Festivity Cir
Las Vegas, NV 89145

Sevilla Family
Attn: Bankruptcy Desk/Managing Agent
166 Flying Hills Ave
Las Vegas, NV 89148

Sevilla Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1009
Las Vegas, NV 89148

Sew What Marine Fabrication
Attn: Bankruptcy Desk/Managing Agent
6349 Waterdragon Ave.
Las Vegas NV 89110

Shadi & Luba Girgis
Attn: Bankruptcy Desk/Managing Agent
173 Honors Course Dr
Las Vegas, NV 89148

Shafqaat Bukhari
Attn: Bankruptcy Desk/Managing Agent
265 Rustic Club Way
Las Vegas, NV 89148

Shafqaat Bukhari
Attn: Bankruptcy Desk/Managing Agent
9697 Waukegan Ave
Las Vegas, NV 89148

Shahen & Sona Aprahamian
Attn: Bankruptcy Desk/Managing Agent
202 Cascade Lake St
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Shahnad Kim
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 310
Las Vegas, NV 89113

Shahnad Kim
Attn: Bankruptcy Desk/Managing Agent
9313 Shoshone Ave
Northridge, CA 91325

Shak Family
Attn: Bankruptcy Desk/Managing Agent
17015 Jeanette Ave
Cerritos, CA 90703

Shak Family
Attn: Bankruptcy Desk/Managing Agent
62 Myrtle Springs Ct
Las Vegas, NV 89148

Shallbetter Inc.
Attn: Bankruptcy Desk/Managing Agent
Dept. #5315
P.O. Box 3090
Milwaukee WI 53201

Shamoun, Rem
Attn: Bankruptcy Desk/Managing Agent
5933 Horsehair Blanket Dr
N Las Vegas, NV 89081

Shan O-Yuan
Attn: Bankruptcy Desk/Managing Agent
9707 Valmeyer Ave
Las Vegas, NV 89148

Shane Monaco
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1131
Las Vegas, NV 89147

Shane Rensmon
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1101
Las Vegas, NV 89147

Shane Stephens
Attn: Bankruptcy Desk/Managing Agent
1121 Via Canale Dr
Henderson, NV 89011

Shanease Bauman-Caldwell
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 312
Las Vegas, NV 89113

Shanett Leliveld
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 108
Las Vegas, NV 89113

Shani Family
Attn: Bankruptcy Desk/Managing Agent
7400 Arborcrest Ave
Las Vegas, NV 89131

Shannon & Bethann Guyer
Attn: Bankruptcy Desk/Managing Agent
187 Hickory Heights Ave
Las Vegas, NV 89148

Shannon Family
Attn: Bankruptcy Desk/Managing Agent
111 Sunshine Coast Ln
Las Vegas, NV 89148

Shannon Shiang
Attn: Bankruptcy Desk/Managing Agent
271 Tayman Park Ave
Las Vegas, NV 89148

Shannon Shiang
Attn: Bankruptcy Desk/Managing Agent
95 Wall St Apt 717
New York, NY 10005

Shannon Smith
Attn: Bankruptcy Desk/Managing Agent
585 Via Di Parione Ct
Henderson, NV 89011

Shao-ning Yu
Attn: Bankruptcy Desk/Managing Agent
24 W State St Apt 8
Granby, MA 01033

Shao-ning Yu
Attn: Bankruptcy Desk/Managing Agent
266 Rolling Springs Dr
Las Vegas, NV 89148

Sharelle Snow
Attn: Bankruptcy Desk/Managing Agent
6474 Aether St
Las Vegas, NV 89148

Shari Robbins
Attn: Bankruptcy Desk/Managing Agent
12 Highpoint Pl
West Windsor, NJ 08550

Shari Robbins
Attn: Bankruptcy Desk/Managing Agent
181 Short Ruff Way
Las Vegas, NV 89148

Sharlene & David Dickinson
Attn: Bankruptcy Desk/Managing Agent
1070 Olivia Pkwy
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Sharon Berrett
Attn: Bankruptcy Desk/Managing Agent
27605 N 74th St
Scottsdale, AZ 85266

Sharon Berrett
Attn: Bankruptcy Desk/Managing Agent
27605 N. 74th Street
Scottsdale AZ 85262

Sharon Berrett
Attn: Bankruptcy Desk/Managing Agent
449 Via Palermo Dr
Henderson, NV 89011

Sharon Berrett
Attn: Bankruptcy Desk/Managing Agent
453 Via Palermo Dr
Henderson, NV 89011

Sharon Harrell
Attn: Bankruptcy Desk/Managing Agent
2101 Diamond Peak Ct
Las Vegas, NV 89117

Sharon Harrell
Attn: Bankruptcy Desk/Managing Agent
9754 Valmeyer Ave
Las Vegas, NV 89148

Sharon Nasser
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2127
Las Vegas, NV 89148

SHARON SHINA
Attn: Bankruptcy Desk/Managing Agent
91 BOWLER SPRINGS
LAS VEGAS NV 89148

Sharp Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4842 North Berg Street
North Las Vegas NV 89081-2621

Sharron Scott
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 108
Las Vegas, NV 89113

Shaun & Lou Spencer
Attn: Bankruptcy Desk/Managing Agent
550 Foster Springs Rd
Las Vegas, NV 89148

Shaun Shiraishi
Attn: Bankruptcy Desk/Managing Agent
45-180 Mahalani Pl Apt 19
Kaneohe, HI 96744

Shaun Shiraishi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1153
Las Vegas, NV 89148

Shauna Martin
Attn: Bankruptcy Desk/Managing Agent
6765 Gold Yarrow St
Las Vegas, NV 89148

Shawn Bowen
Attn: Bankruptcy Desk/Managing Agent
1036 Via Canale Dr
Henderson, NV 89011

Shawn Koehn
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 305
Las Vegas, NV 89113

Shawn Koehn
Attn: Bankruptcy Desk/Managing Agent
PO Box 401244
Las Vegas, NV 89140

Shawn Marion
Attn: Bankruptcy Desk/Managing Agent
2500 Northwinds Pkwy Ste 275
Alpharetta, GA 30009

Shawn Marion
Attn: Bankruptcy Desk/Managing Agent
9484 Los Cotos Ct
Las Vegas, NV 89147

Shawn McWilliams
Attn: Bankruptcy Desk/Managing Agent
1700 W Horizon Ridge Pkwy Ste 202
Henderson, NV 89012

Shawn McWilliams
Attn: Bankruptcy Desk/Managing Agent
47 Blaven Dr
Henderson, NV 89002

Shawn O'Keefe
Attn: Bankruptcy Desk/Managing Agent
9 Pangloss St
Henderson, NV 89002

Shawn Simon
Attn: Bankruptcy Desk/Managing Agent
119 Standing Stone St
Las Vegas, NV 89148

Shay Bassett
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 102
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Shaylon HOA
Attn: Bankruptcy Desk/Managing Agent
c/o NAG - Neighborhood Association
133 Rhodes Ranch Parkway
Las Vegas, NV  89148

Shaylon Homeowners
Attn: Bankruptcy Desk/Managing Agent
Association, Inc
133 Rhodes Ranch Parkway
Las Vegas NV 89148

Shearing Family Trust
Attn: Bankruptcy Desk/Managing Agent
8506 West Desert Inn Road
Las Vegas NV 89117

Sheen Family
Attn: Bankruptcy Desk/Managing Agent
180 Hickory Heights Ave
Las Vegas, NV 89148

Sheen Family
Attn: Bankruptcy Desk/Managing Agent
204 Hickory Heights Ave
Las Vegas, NV 89148

Sheen Family
Attn: Bankruptcy Desk/Managing Agent
3512 Wynn Rd
Las Vegas, NV 89103

Sheets Clothing
Attn: Bankruptcy Desk/Managing Agent
4360 Acroplis Avenue
N. Las Vegas NV 89031

Sheik Ellias
Attn: Bankruptcy Desk/Managing Agent
172 Flying Hills Ave
Las Vegas, NV 89148

Sheikh Family
Attn: Bankruptcy Desk/Managing Agent
221 Via Franciosa Dr
Henderson, NV 89011

Sheila Heidt
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 305
Las Vegas, NV 89113

Sheila Heidt
Attn: Bankruptcy Desk/Managing Agent
7841 Sea Rock Rd
Las Vegas, NV 89128

Shelby Williams Industries
Attn: Bankruptcy Desk/Managing Agent
John Harrington
8687 Melrose Ave.
Los AngelesCA  90069

Shelley & James Gitomer
Attn: Bankruptcy Desk/Managing Agent
4600 El Camino Cabos Dr
Las Vegas, NV 89147

Shelly Cain
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 212
Las Vegas, NV 89113

Shelly Leipham
Attn: Bankruptcy Desk/Managing Agent
4654 Stuttgart St
Las Vegas, NV 89147

Shelly Merlino
Attn: Bankruptcy Desk/Managing Agent
5055 Jeffreys St. Apt. B 115
Las Vegas NV 89119

Shelton Family
Attn: Bankruptcy Desk/Managing Agent
6788 Rose Mallow St
Las Vegas, NV 89148

Sherny Pak
Attn: Bankruptcy Desk/Managing Agent
125 Lakewood Garden Dr
Las Vegas, NV 89148

Sherny Pak
Attn: Bankruptcy Desk/Managing Agent
305 Blackstone River Ave
Las Vegas, NV 89148

Sheng Xue
Attn: Bankruptcy Desk/Managing Agent
4794 Lone Mesa Dr
Las Vegas, NV 89147

Shenghua Li
Attn: Bankruptcy Desk/Managing Agent
177 Tall Ruff Dr
Las Vegas, NV 89148

Sheraton New Orleans
Attn: Bankruptcy Desk/Managing Agent
500 Canal Street
New orleans LA 70130

Sheree Whigham
Attn: Bankruptcy Desk/Managing Agent
13 Pangloss St
Henderson, NV 89002

Sherese & Francis Nguyen
Attn: Bankruptcy Desk/Managing Agent
205 Via Franciosa Dr
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Sheriff of Mohave County
Attn: Bankruptcy Desk/Managing Agent
P.O. box 1191
Kingman AZ 86402

Sherman Baker
Attn: Bankruptcy Desk/Managing Agent
678 Vortex Ave
Henderson, NV 89002

Sherri Cox
Attn: Bankruptcy Desk/Managing Agent
9664 Kampsville Ave
Las Vegas, NV 89148

Sherwin & Lynda Bennes
Attn: Bankruptcy Desk/Managing Agent
126 Corey Creek Ct
Las Vegas, NV 89148

Shi & Jian Lu
Attn: Bankruptcy Desk/Managing Agent
324 Trailing Putt Way
Las Vegas, NV 89148

Shields Family
Attn: Bankruptcy Desk/Managing Agent
520 Foster Springs Rd
Las Vegas, NV 89148

Shields Family
Attn: Bankruptcy Desk/Managing Agent
947 Woodacre Dr
Boulder City, NV 89005

Shigeki & Konomi Ueda
Attn: Bankruptcy Desk/Managing Agent
241 Cliff Valley Dr
Las Vegas, NV 89148

Shigeki & Konomi Ueda
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2004
Las Vegas, NV 89148

Shigeru & Linda Takashima
Attn: Bankruptcy Desk/Managing Agent
28 Saraceno
Newport Coast, CA 92657

Shigeru & Linda Takashima
Attn: Bankruptcy Desk/Managing Agent
445 Foster Springs Rd
Las Vegas, NV 89148

Shiho Ishige
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2139
Las Vegas, NV 89148

Shiming Wen
Attn: Bankruptcy Desk/Managing Agent
142 Cascade Lake St
Las Vegas, NV 89148

Shimshon Adani
Attn: Bankruptcy Desk/Managing Agent
341 Waterton Lakes Ave
Las Vegas, NV 89148

Shin Shih
Attn: Bankruptcy Desk/Managing Agent
9657 Valmeyer Ave
Las Vegas, NV 89148

Shin Thomson
Attn: Bankruptcy Desk/Managing Agent
330 Falcons Fire Ave
Las Vegas, NV 89148

Shin Thomson
Attn: Bankruptcy Desk/Managing Agent
7898 Blue Venice Ct
Las Vegas, NV 89117

Shinn, Denney
Attn: Bankruptcy Desk/Managing Agent
6575 W Tropicana Avenue #2061
Las Vegas, NV 89103

Shiou Yeh
Attn: Bankruptcy Desk/Managing Agent
183 Castle Course Ave
Las Vegas, NV 89148

Shiow Mei-Guo
Attn: Bankruptcy Desk/Managing Agent
6130 W. Flamingo Rd., # 211
Las Vegas NV 89103-2280

Shirish & Smita Patel
Attn: Bankruptcy Desk/Managing Agent
13411 San Remo
Tustin, CA 92782

Shirish & Smita Patel
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1076
Las Vegas, NV 89148

Shirley & William Lee
Attn: Bankruptcy Desk/Managing Agent
728 Pacific Ave Ste 706
San Francisco, CA 94133

Shirley & William Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2136
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Shirley Aspiras
Attn: Bankruptcy Desk/Managing Agent
14 Cobbs Creek Way
Las Vegas, NV 89148

Shirley B. Parraguirre
Attn: Bankruptcy Desk/Managing Agent
County Clerk ATTN: FFN
PO BOX 551604
Las Vegas NV 89155-1604

Shirley Best
Attn: Bankruptcy Desk/Managing Agent
1041 Viale Placenza Pl
Henderson, NV 89011

Shirley Iles Johnson
Attn: Bankruptcy Desk/Managing Agent
1256 Whitehall Drive
Longmont CO 80501

Shirley Santos
Attn: Bankruptcy Desk/Managing Agent
181 Farragut St
Hercules, CA 94547

Shirley Santos
Attn: Bankruptcy Desk/Managing Agent
6862 Scarlet Flax St.
Las Vegas NV 89148

Shiu Cheung
Attn: Bankruptcy Desk/Managing Agent
676 Harvester Course Dr
Las Vegas, NV 89148

Shizue Takeuchi
Attn: Bankruptcy Desk/Managing Agent
10734 Dabney Dr Apt 62
San Diego, CA 92126

Shizue Takeuchi
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 313
Las Vegas, NV 89113

Shlom Benefraim
Attn: Bankruptcy Desk/Managing Agent
21 Sunshine Coast Ln
Las Vegas, NV 89148

Shonkwiler Marcoux Advertising
Attn: Bankruptcy Desk/Managing Agent
7180 Pollock Drive, Ste. 100
Las Vegas NV 89119

Short Entrerprises LLC
Attn: Bankruptcy Desk/Managing Agent
dba Arthur's Sales and Service
523 E. Andy Devine Ave
Kingman AZ 86491

Showcase Investments Ltd
Attn: Bankruptcy Desk/Managing Agent
8879 W Flamingo Rd Ste 201
Las Vegas, NV 89147

Showcase Investments Ltd
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1162
Las Vegas, NV 89147

Showcase Publishing Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 8680
Prairie Village KS 66208-0680

SHRM
Attn: Bankruptcy Desk/Managing Agent
Society for Human Resource Mgmt.
PO BOX 79482
Baltimore MD 21298-8614

SHRM Store
Attn: Bankruptcy Desk/Managing Agent
1650 Blugrass Lakes, PKY
Alpharetta GA 30004

Shuangyang Li
Attn: Bankruptcy Desk/Managing Agent
9291 Perennial Ave
Las Vegas, NV 89148

Shumei & Peter Kam
Attn: Bankruptcy Desk/Managing Agent
349 Dog Leg Dr
Las Vegas, NV 89148

Shumei & Peter Kam
Attn: Bankruptcy Desk/Managing Agent
857 Gainsborough Dr
Pasadena, CA 91107

Shun Wu
Attn: Bankruptcy Desk/Managing Agent
212 Waterton Lakes Ave
Las Vegas, NV 89148

Shustek Family
Attn: Bankruptcy Desk/Managing Agent
84 Dixie Springs Ct
Las Vegas, NV 89148

Shutter House
Attn: Bankruptcy Desk/Managing Agent
6675 S. Tenaya Way
Suite 160
Las Vegas NV 89113

Si Xuan
Attn: Bankruptcy Desk/Managing Agent
68 Laying Up Ct
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Siarhei Kudrevich
Attn: Bankruptcy Desk/Managing Agent
229 Wicked Wedge Way
Las Vegas, NV 89148

Siarhei Kudrevich
Attn: Bankruptcy Desk/Managing Agent
74 Tamarron Cliffs St
Las Vegas, NV 89148

Sicoli Family
Attn: Bankruptcy Desk/Managing Agent
232 Waterton Lakes Ave
Las Vegas, NV 89148

Siemens Bldg Technologies, Inc
Attn: Bankruptcy Desk/Managing Agent
7850 Collections Center Drive
Chicago, IL 60693

Siemens Bldg Technologies, Inc
Attn: Bankruptcy Desk/Managing Agent
Desirae Pierce - Accounting
7850 Collections Center Drive
Chicago IL 60693

Sierra Ready Mix
Attn: Bankruptcy Desk/Managing Agent
4150 Smiley Road
North Las Vegas NV  89031

Sierra Summit Consulting, LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 11907
Zephyr Cove NV 89448

Sierra Vista High School
Attn: Bankruptcy Desk/Managing Agent
8100 West Robindale Road
Las Vegas NV 89113

SIERRA WEST PUBLISHING
Attn: Bankruptcy Desk/Managing Agent
170 NORTH 200 WEST
ST GEORGE UT 84770

Siew Chong
Attn: Bankruptcy Desk/Managing Agent
54 Arcadian Shores St
Las Vegas, NV 89148

Siew Chong
Attn: Bankruptcy Desk/Managing Agent
9980 Waxberry Ct
Las Vegas, NV 89178

Sign A Rama
Attn: Bankruptcy Desk/Managing Agent
2707 E Craig Rd
Unit B
N. Las Vegas NV 89030

Sign City, USA
Attn: Bankruptcy Desk/Managing Agent
4810  W. University Ave.
Las Vegas NV 89103

Signal Gates
Attn: Bankruptcy Desk/Managing Agent
1800 South 5th Avenue
Tucson AZ 85713

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
3170 Polaris Ave., Suite 10
18606 W. Rebel Road
Hauser Lake ID 83854

Signs for Success
Attn: Bankruptcy Desk/Managing Agent
2813 E. Alexander Road
N. Las Vegas, NV 89030

Signs for Success
Attn: Bankruptcy Desk/Managing Agent
Albert
2813 E. Alexander Road
N. Las Vegas NV 89030

Signs West, Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 Mary Crest RD
Henderson, NV 89074

Signs West, Inc.
Attn: Bankruptcy Desk/Managing Agent
Mary Jo
1100 Mary Crest RD
Henderson NV 89074

Silas & Stephanie Walker
Attn: Bankruptcy Desk/Managing Agent
136 Tall Ruff Dr
Las Vegas, NV 89148

Silver State Bank
Attn: Bankruptcy Desk/Managing Agent
8901 W. Sahara Ave
2nd Floor
Las Vegas NV 89117

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
4205 W Tompkins Ave Ste #3
Las Vegas, NV 89103

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
Gib Ganschow
4205 W Tompkins Ave Ste #3
Las Vegas NV 89103

Silver State Exterminator Corp
Attn: Bankruptcy Desk/Managing Agent
5965 Harrison Dr.
Suite 1
Las Vegas NV 89120

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Silver State Fireplaces
Attn: Bankruptcy Desk/Managing Agent
Danny Check
3555 W. Quail Road, Ste A
Las Vegas NV 89118

Silver State Materials
Attn: Bankruptcy Desk/Managing Agent
2025 E. Financial Way,Glendora
DBA CalPortland Company
Dept No 7409
Los Angeles CA 90084-7409

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

Silver State Steel Group
Attn: Bankruptcy Desk/Managing Agent
3680 W. Reno
Las Vegas, NV 89118

Silver State Steel Group
Attn: Bankruptcy Desk/Managing Agent
Pete Agular
3680 W. Reno
Las Vegas NV 89118

Silverado Self Storage
Attn: Bankruptcy Desk/Managing Agent
9545 West Russell Road
Las Vegas NV 89148

Silverbrook Group LLC
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 306
Las Vegas, NV 89113

Silverbrook Group LLC
Attn: Bankruptcy Desk/Managing Agent
9891 Wonderful Day Dr
Las Vegas, NV 89148

Silverstone Investment Group
Attn: Bankruptcy Desk/Managing Agent
23679 Calabasas Rd Suite 777
Calabasas CA 91302

Silvia & Roger Garcia
Attn: Bankruptcy Desk/Managing Agent
491 Newberry Springs Dr
Las Vegas, NV 89148

Sim Family
Attn: Bankruptcy Desk/Managing Agent
8776 Las Olivas Ave
Las Vegas, NV 89147

Simin Chetnikov
Attn: Bankruptcy Desk/Managing Agent
6638 S Dapple Gray Rd
Las Vegas, NV 89148

Simmons, Brooke
Attn: Bankruptcy Desk/Managing Agent
6255 W. Arby Avenue #197
Las Vegas, NV 89118

Simon Family
Attn: Bankruptcy Desk/Managing Agent
6748 Gold Yarrow St
Las Vegas, NV 89148

Simplex Grinnell
Attn: Bankruptcy Desk/Managing Agent
1545 Pama Lane
Las Vegas NV 89119

Simpson, Brent
Attn: Bankruptcy Desk/Managing Agent
7278 Westpark Ave
Las Vegas, NV 89147

Sin City Auto Detailing
Attn: Bankruptcy Desk/Managing Agent
2209 Sunland Ave.
Las Vegas NV 89106

Sinesia Shumaker
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 206
Las Vegas, NV 89113

Singer Max LP
Attn: Bankruptcy Desk/Managing Agent
1711 Langley Ave
Irvine, CA 92614

Singer Max LP
Attn: Bankruptcy Desk/Managing Agent
211 Cliff Valley Dr
Las Vegas, NV 89148

Sirmos Lighting
Attn: Bankruptcy Desk/Managing Agent
30-00 47th Avenue
Long Island City NY 11101

Sisinio & Fe Lim
Attn: Bankruptcy Desk/Managing Agent
9411 Neenah Ave
Morton Grove, IL 60053

Sisinio & Fe Lim
Attn: Bankruptcy Desk/Managing Agent
976 Via Vannucci Way
Henderson, NV 89011

Sithiluk Chanstapornkul
Attn: Bankruptcy Desk/Managing Agent
277 Duck Hollow Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Sithipong Chanstapornkul
Attn: Bankruptcy Desk/Managing Agent
245 Lenape Heights Ave
Las Vegas, NV 89148

Siti Ma
Attn: Bankruptcy Desk/Managing Agent
179 Crooked Putter Dr
Las Vegas, NV 89148

Siu Chan
Attn: Bankruptcy Desk/Managing Agent
225 Blackstone River Ave
Las Vegas, NV 89148

Siu Yuet Leigh
Attn: Bankruptcy Desk/Managing Agent
4214 California Street
San Francisco CA 94118

Six Feathers Holding, LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court
Suite B-106
Henderson NV 89015

Skadden, Arps, Slate,Meagher &
Attn: Bankruptcy Desk/Managing Agent
And Affiliates
P.O. Box 1764
White Plains NY 10602

Skaggs Companies, Inc.
Attn: Bankruptcy Desk/Managing Agent
3828 South Main Street
Salt Lake City UT 89115

Skyline Insulation, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jim Johnson
4151 Industrial Center Drive
Suite 800
N Las Vegas NV 89030

SkyRye
Attn: Bankruptcy Desk/Managing Agent
315 Pleasant Summit
Henderson NV 89012

Skyword Marketing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4636 East Elwood, Suite 5
Phoenix AZ 85040-1963

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV 89118

Sloane Sealey
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 201
Las Vegas, NV 89113

Slobodan Mijajlovic
Attn: Bankruptcy Desk/Managing Agent
1213 Highway 70 East
New Bern NC 28560-6615

Smail Kheddar
Attn: Bankruptcy Desk/Managing Agent
2400 Mountain Oak Rd
Bakersfield, CA 93311

Smail Kheddar
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2006
Las Vegas, NV 89148

Smallwood Family
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 211
Las Vegas, NV 89113

Smallwood Family
Attn: Bankruptcy Desk/Managing Agent
94 1041 Kaloli Loop
Waipahu, HI 96797

SmartMoney
Attn: Bankruptcy Desk/Managing Agent
Professional Subscription Service
P.O. Box 7536
Red Oak IA 51591-0538

Smith Family
Attn: Bankruptcy Desk/Managing Agent
4595 Califa Dr
Las Vegas, NV 89122

Smith Larsen & Wixom
Attn: Bankruptcy Desk/Managing Agent
1935 Village Center Circle
Las Vegas NV 89134

Smith, Bruce
Attn: Bankruptcy Desk/Managing Agent
1598 Falling Leaf Lane
Las Vegas, NV 89142

Smith, Charles
Attn: Bankruptcy Desk/Managing Agent
7700 Catalina Harbor St
Las Vegas, NV 89131

Smith, David
Attn: Bankruptcy Desk/Managing Agent
214 Valerian St
Henderson, NV 89015

Smith, Gregory
Attn: Bankruptcy Desk/Managing Agent
5905 Everview Court
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Smooth Jazz105.7
Attn: Bankruptcy Desk/Managing Agent
Theresa Tullis
Riviera Broacasting Group
2725 E. Desert Inn Ste. 180
Las Vegas NV 89121

SMS Financial, LLC
Attn: Bankruptcy Desk/Managing Agent
2645 North 7th Avenue
Phoenix AZ 85007

Snell & Wilmer , LLP
Attn: Bankruptcy Desk/Managing Agent
One Arizona Center
Phoenix AZ 85004-2202

Snipper, Wainer & Markoff
Attn: Bankruptcy Desk/Managing Agent
270 N. Canon Dr.
Penthouse
Beverly Hills CA 90210

So NV Home Bldrs Assoc
Attn: Bankruptcy Desk/Managing Agent
3685 South Pecos McLeod
Las Vegas NV 89121

So. Nevada Paving Co.
Attn: Bankruptcy Desk/Managing Agent
Jeff Thompson
4040 Frehner Rd.
N. Las Vegas NV 89030

So. Nevada Pest Control
Attn: Bankruptcy Desk/Managing Agent
Jim
4301 Production Way
Las Vegas NV 89115

So. NV. New Homes Guide
Attn: Bankruptcy Desk/Managing Agent
Jackie Simmons
PO Box 920
Las Vegas NV 89125-0920

SOA Sales Office Access., Inc.
Attn: Bankruptcy Desk/Managing Agent
7211 Patterson Drive
Garden Grove CA 92841

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Socrates Roussos
Attn: Bankruptcy Desk/Managing Agent
5201 S Torrey Pines Dr Unit 1273
Las Vegas, NV 89118

Socrates Roussos
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 307
Las Vegas, NV 89113

Sofia & Don Cavales
Attn: Bankruptcy Desk/Managing Agent
364 Banff Ct
Las Vegas, NV 89148

Sohrabi Family
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 109
Las Vegas, NV 89113

Sohrabi Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 230668
Encinitas, CA 92023

Soil Tech
Attn: Bankruptcy Desk/Managing Agent
5375 South Cameron
Suite L
Las Vegas NV 89118

Sola Kim
Attn: Bankruptcy Desk/Managing Agent
6842 Rose Mallow St
Las Vegas, NV 89148

Solar Etc. Inc.
Attn: Bankruptcy Desk/Managing Agent
934 Palmetto St
Henderson NV 89015

Solar Industries
Attn: Bankruptcy Desk/Managing Agent
Paul Shulman
P.O.Box 27337
Tucson AZ 85726-7337

Solberg & Kennedy
Attn: Bankruptcy Desk/Managing Agent
5320 N. 16th St
Phoenix AZ 85016

Soledad McCarter
Attn: Bankruptcy Desk/Managing Agent
390 Blue Tee Ct
Las Vegas, NV 89148

Soledad McCarter
Attn: Bankruptcy Desk/Managing Agent
5455 Zelzah Ave Apt 106
Encino, CA 91316

Solomon Dwiggins & Freer
Attn: Bankruptcy Desk/Managing Agent
Attorney's At Law
7881 W. Charleston Blvd., Ste 24
Las Vegas NV 89117

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Sommer, Cody
Attn: Bankruptcy Desk/Managing Agent
1152 Orphington Court
Henderson, NV 89002

Somrudee Amatayakul
Attn: Bankruptcy Desk/Managing Agent
331 Arbour Garden Ave
Las Vegas, NV 89148

Somrudee Amatayakul
Attn: Bankruptcy Desk/Managing Agent
94 Ekamai Rd
Bangkok
Thailand

Somsubhra Sikdar
Attn: Bankruptcy Desk/Managing Agent
4785 Essen Ct
Las Vegas, NV 89147

Somsubhra Sikdar
Attn: Bankruptcy Desk/Managing Agent
5692 Country Club Pkwy
San Jose, CA 95138

Son Chung
Attn: Bankruptcy Desk/Managing Agent
209 S Stephanie St # B213
Henderson, NV 89012

Son Chung
Attn: Bankruptcy Desk/Managing Agent
9715 Dieterich Ave
Las Vegas, NV 89148

Son Lee
Attn: Bankruptcy Desk/Managing Agent
204 Sea Rim Ave
Las Vegas, NV 89148

Son Tran
Attn: Bankruptcy Desk/Managing Agent
17034 S Berendo Ave
Gardena, CA 90247

Son Tran
Attn: Bankruptcy Desk/Managing Agent
6854 Baby Jade Ct
Las Vegas, NV 89148

Song & Millie Ngo
Attn: Bankruptcy Desk/Managing Agent
103 Cascade Lake St
Las Vegas, NV 89148

Song & Millie Ngo
Attn: Bankruptcy Desk/Managing Agent
374 Center Green Dr
Las Vegas, NV 89148

Sonia Bautista
Attn: Bankruptcy Desk/Managing Agent
1371 Fernwood Dr
McKinleyville, CA 95519

Sonia Bautista
Attn: Bankruptcy Desk/Managing Agent
560 Via Colmo Ave
Henderson, NV 89011

Sonia Fleming
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1073
Las Vegas, NV 89148

Sonia Sanabria
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 205
Las Vegas, NV 89113

Sonia Sanabria
Attn: Bankruptcy Desk/Managing Agent
900 Las Vegas Blvd S Unit 1108
Las Vegas, NV 89101

Sonia Stansmore
Attn: Bankruptcy Desk/Managing Agent
260 65th St Apt 30K
Brooklyn, NY 11220

Sonia Stansmore
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1092
Las Vegas, NV 89148

Sonia Stansmore
Attn: Bankruptcy Desk/Managing Agent
9050 W Warms Springs Rd. #1092
Las Vegas NV  89148

Sonntag Family
Attn: Bankruptcy Desk/Managing Agent
728 Tossa De Mar Ave
Henderson, NV 89002

Sook Lacap
Attn: Bankruptcy Desk/Managing Agent
9287 Blue Flax Pl
Las Vegas, NV 89148

Soon Family
Attn: Bankruptcy Desk/Managing Agent
429 Sand Beach Rd
Alameda, CA 94501

Soon Family
Attn: Bankruptcy Desk/Managing Agent
50 Blaven Dr
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Sorida Klinhornhual
Attn: Bankruptcy Desk/Managing Agent
258 Rustic Club Way
Las Vegas, NV 89148

Sorin Busicescu
Attn: Bankruptcy Desk/Managing Agent
259 Dog Leg Dr
Las Vegas, NV 89148

SORIN REAL ESTATE CDO I LTD.
Attn: Bankruptcy Desk/Managing Agent
Cameron Kirby
420 LEXINGTON AVE - SUITE 2356
NEW YORK, NY 10170

SOS Staffing
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 27008
Salt Lake City UT 84127

Soto Diamond Investment LLC
Attn: Bankruptcy Desk/Managing Agent
39 Tall Ruff Dr
Las Vegas, NV 89148

Sound Plumbing & Heating
Attn: Bankruptcy Desk/Managing Agent
6209 Industrial Road
Las Vegas NV 89118

South Dakota Secretary
Attn: Bankruptcy Desk/Managing Agent
of State
400 E. Capitol Ave
Pierre SD 57501

South Data Inc
Attn: Bankruptcy Desk/Managing Agent
1401 Boggs Drive
Mount Airy NC 27030

Southern Accents
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 82331
TampaFL 33662-3311

Southern Arizona Paving, Inc.
Attn: Bankruptcy Desk/Managing Agent
4102 East Illinois St
Tucson AZ 85714

Southern Hills Hospital
Attn: Bankruptcy Desk/Managing Agent
4468
P.O. Box 538620
Atlanta GA 30353-8620

Southern Nevada Glass, Inc.
Attn: Bankruptcy Desk/Managing Agent
4770 W. Nevso Drive # 12
Las Vegas NV 89103-3766

Southern Nevada Health Dist.
Attn: Bankruptcy Desk/Managing Agent
625 Shadow Lane
P.O.Box 4426
Las Vegas NV 89127

Southern Nevada Inspect
Attn: Bankruptcy Desk/Managing Agent
Patrick K.Miller
6113 Fawn Circle
Las Vegas, 89107

Southern Nevada Paving, Inc
Attn: Bankruptcy Desk/Managing Agent
3920 West Hacienda
Las Vegas NV 89118

Southern Nevada Pools
Attn: Bankruptcy Desk/Managing Agent
10345 S. Eastern Ave
Henderson NV 89052

Southern NV Pest Control, Inc.
Attn: Bankruptcy Desk/Managing Agent
4301 Production Way
Las Vegas NV 89115

Southern Section Nevada APA
Attn: Bankruptcy Desk/Managing Agent
Attn: Laura Martin, Comm. Devel.
P.O. Box 95050
Henderson NV 89009-5050

Southwest Air Conditioning,Inc
Attn: Bankruptcy Desk/Managing Agent
Megan
3020 South Valley View Blvd.
Las Vegas NV 89102

Southwest Consulting Group
Attn: Bankruptcy Desk/Managing Agent
11858 Bernardo Plaza Ct.
Suite 101C
San Diego CA 92128

Southwest Design Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
2020 W. Bonanza Street
Las Vegas NV 89106

Southwest Draperies
Attn: Bankruptcy Desk/Managing Agent
5530 Evaline St.
Las Vegas NV 89120

Southwest Engineering In
Attn: Bankruptcy Desk/Managing Agent
3610 N. Rancho Drive
Las Vegas NV 89130

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Southwest Hospitality
Attn: Bankruptcy Desk/Managing Agent
4030 Stockton Hill Rd #2
Kingman AZ 86401

Southwest Iron, LLC
Attn: Bankruptcy Desk/Managing Agent
2606 Losee Rd.
North Las Vegas NV 89030

Southwest Ironworks
Attn: Bankruptcy Desk/Managing Agent
5050 East Russell Road
Las Vegas NV 89122

Southwest Linen
Attn: Bankruptcy Desk/Managing Agent
6335 Sunset Corporate Drive
Las Vegas NV 89120

Southwest Masonry
Attn: Bankruptcy Desk/Managing Agent
4425 E. Colton Avenue
Las Vegas NV 89115

Southwest Tree Company LLC
Attn: Bankruptcy Desk/Managing Agent
2538 Anthem Village Drive #100
Henderson NV 89052

Sova LLC
Attn: Bankruptcy Desk/Managing Agent
3651 Lindell Rd Ste G
Las Vegas, NV 89103

Sova LLC
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 206
Las Vegas, NV 89113

Soyoung Yang
Attn: Bankruptcy Desk/Managing Agent
10620 Southern Highlands Pkwy
Las Vegas, NV 89141

Soyoung Yang
Attn: Bankruptcy Desk/Managing Agent
488 Newberry Springs Dr
Las Vegas, NV 89148

Spanish Hills HOA
Attn: Bankruptcy Desk/Managing Agent
c/o RMI Management, LLC
630 Trade Center Drive
Las Vegas NV 89119

Sparklett's Drinking Wat
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 660579
Dallas, TX 75266-0579

Sparklett's Drinking Wat
Attn: Bankruptcy Desk/Managing Agent
Terry
P.O. Box 660579
Dallas TX 75266-0579

Spec Construction
Attn: Bankruptcy Desk/Managing Agent
Dana Stanley
1999 Whitney Mesa Dr. Suite D
Las Vegas NV 89014

Specialty Advertising Products
Attn: Bankruptcy Desk/Managing Agent
Inc.
24705 Silverwood Rd.
Howey-In-The-Hills FL 34737

Specialty Engineering Design
Attn: Bankruptcy Desk/Managing Agent
6380 S. Valley View Blvd. # 406
Las Vegas NV 89118

Specialty Financial
Attn: Bankruptcy Desk/Managing Agent
Grace C.Caudill
P.O.Box 838
6160 Plumas St.
Reno NV 89509

Specialty Technical Publishers
Attn: Bankruptcy Desk/Managing Agent
1225 E. Keith Rd Unit 10
North Vancouver V7J 1J3
Canada

Spencer, David
Attn: Bankruptcy Desk/Managing Agent
6132 Skokie Court
Las Vegas, NV 89130

Spinrod Family
Attn: Bankruptcy Desk/Managing Agent
1870 Castle Oaks Ct
Walnut Creek, CA 94595

Spinrod Family
Attn: Bankruptcy Desk/Managing Agent
339 Descano Garden Dr
Las Vegas, NV 89148

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
3525 W Hacienda
Las Vegas, NV 89118

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
Samantha Hicks
3525 W Hacienda
Las Vegas NV 89118

Splash Window & Screen
Attn: Bankruptcy Desk/Managing Agent
Cleaning
P.O. Box 10471
Fort Mohave AZ 86427

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Sports Entertainment LLC
Attn: Bankruptcy Desk/Managing Agent
806 Buchanan Blvd. #115-303
Boulder City NV 89005

Sports Illustrated
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 60001
Tampa FL 33660-0001

Spring Johnson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2162
Las Vegas, NV 89148

Spring Mountain Resources LLC
Attn: Bankruptcy Desk/Managing Agent
201 Tayman Park Ave
Las Vegas, NV 89148

Spring Mountain Resources LLC
Attn: Bankruptcy Desk/Managing Agent
285 Lakewood Garden Dr
Las Vegas, NV 89148

Spring Mountain Resources LLC
Attn: Bankruptcy Desk/Managing Agent
5415 W Harmon Ave Unit 1023
Las Vegas, NV 89103

Spring Mountain Resources LLC
Attn: Bankruptcy Desk/Managing Agent
7021 Bright Springs Ct
Las Vegas, NV 89113

Spring Valley High School
Attn: Bankruptcy Desk/Managing Agent
3750 South Buffalo Drive
Las Vegas NV 89147

Sprint
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 219100
Kansas City MO 64121-9100

Sprint - NC
Attn: Bankruptcy Desk/Managing Agent
PO Box 96031
Charlotte NC 28296-0031

Sprint - TX
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 650270
Dallas TX 75265-0270

Sprint CA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79255
City of Industry CA 91716-9255

Sprint Deposit
Attn: Bankruptcy Desk/Managing Agent
330 S. Valley View Blvd.
Attn: Subdivision Desk
Las Vegas NV 89152

Sprint North Supply Leas
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 550599
Jacksonville FL 32255-0599

Sprint PCS
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4181
Carol Stream IL 60197-4181

Sprint Telimagine Inc.
Attn: Bankruptcy Desk/Managing Agent
nina penney
PO Box 98789
Las Vegas NV 89193

Sprint Yellow Pages
Attn: Bankruptcy Desk/Managing Agent
daynisha
PO Box 805056
Kansas City MO 64180-5056

Sprint/Central Telephone
Attn: Bankruptcy Desk/Managing Agent
8882718694
P.O. Box 79133
Phoenix AZ 85062-9133

Sprint-AZ
Attn: Bankruptcy Desk/Managing Agent
PO Box 79133
Phoenix AZ 85062-9133

Sprint-CA
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 79357
City of Industry CA 91716-9357

Sprint-CA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 54977
Los Angeles CA 90054-0977

Sprint-IL
Attn: Bankruptcy Desk/Managing Agent
PO Box 4181
Carol Stream IL 60197

Sprint-MO
Attn: Bankruptcy Desk/Managing Agent
PO  Box 872212
Kansas City MO 64187-2212

Spry Family
Attn: Bankruptcy Desk/Managing Agent
792 Wigan Pier Dr
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                      Served 4/17/2009

Spur Trucking
Attn: Bankruptcy Desk/Managing Agent
John&Cynthia Burt (Owner)
2525 Jagerson
Kingman AZ 86401

Srdjan Nikolich
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 204
Las Vegas, NV 89113

Sretko & Mirjana Lojanica
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 206
Las Vegas, NV 89113

St. Rose Dominican Health
Attn: Bankruptcy Desk/Managing Agent
Foundation
3001 St. Rose Parkway
Henderson NV  89052

St.of NV-Real Estate Div
Attn: Bankruptcy Desk/Managing Agent
788 Fairview Dr., Suite 200
Carson City NV 89701

Staci & Timothy McHale
Attn: Bankruptcy Desk/Managing Agent
63 Tall Ruff Dr
Las Vegas, NV 89148

Stacy & Xavier Warren
Attn: Bankruptcy Desk/Managing Agent
22 Tall Ruff Dr
Las Vegas, NV 89148

Stacy Hulsing
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 1672
Dubois WY 82513

Stacy Thornton
Attn: Bankruptcy Desk/Managing Agent
655 Lewelling Blvd # 2950
San Leandro, CA 94579

Stacy Thornton
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2065
Las Vegas, NV 89148

Staffmark, Inc.
Attn: Bankruptcy Desk/Managing Agent
3360 W. Sahara Avenue
Suite 210
Las Vegas NV 89102

Stafford, Eric
Attn: Bankruptcy Desk/Managing Agent
1027 Via Calderia Pl
Henderson, NV 89011

Stafford, Jonathan
Attn: Bankruptcy Desk/Managing Agent
2857 Prestonwood St
Las Vegas, NV 89156

Stafford,Dean
Attn: Bankruptcy Desk/Managing Agent
6810 Fallona St.
Las Vegas, NV 89156

Stan Toloczko
Attn: Bankruptcy Desk/Managing Agent
10416 Rocky Waters Ave
Las Vegas NV  89129

Stan Wittz
Attn: Bankruptcy Desk/Managing Agent
5900 Melo Ave.
Las Vegas NV  89131

Standard and Poor's
Attn: Bankruptcy Desk/Managing Agent
2542 Collection Center Drive
Chicago IL 60693

Standard Wholesale
Attn: Bankruptcy Desk/Managing Agent
855 W. Bonanza Road
P.O Box 4157 Annex
Las Vegas NV 89127

Stanley & Felicia Schrier
Attn: Bankruptcy Desk/Managing Agent
4594 El Camino Cabos Dr
Las Vegas, NV 89147

Stanley & Sherri Yucha
Attn: Bankruptcy Desk/Managing Agent
964 Via Vannucci Way
Henderson, NV 89011

Stanley Consultants, Inc
Attn: Bankruptcy Desk/Managing Agent
5820 S. Eastern Avenue
Las Vegas, NV 89119

Stanley Consultants, Inc
Attn: Bankruptcy Desk/Managing Agent
Dave Frohnen
5820 S. Eastern Avenue
Las Vegas NV 89119

Stanley Fox
Attn: Bankruptcy Desk/Managing Agent
2215 E 24th St
Brooklyn, NY 11229

Stanley Fox
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 112
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Stanley Schiff
Attn: Bankruptcy Desk/Managing Agent
2024 Paddock Ln
Williamstown, NJ 08094

Stanley Schiff
Attn: Bankruptcy Desk/Managing Agent
988 Via Canale Dr
Henderson, NV 89011

Staples Credit Plan
Attn: Bankruptcy Desk/Managing Agent
PO Box 689020
Des Moines IA 50368-9020

Staples, Inc.
Attn: Bankruptcy Desk/Managing Agent
2195 N. University Park Blvd.
Layton UT 84041

Star International
Attn: Bankruptcy Desk/Managing Agent
30322 Esperanza
Suite 100
Rancho Santa Margarita CA 92688-2138

Starla Gales
Attn: Bankruptcy Desk/Managing Agent
1075 Via Saint Lucia Pl
Henderson, NV 89011

Start To Finish
Attn: Bankruptcy Desk/Managing Agent
2595 S. Cimarron Rd., Suite #103
Las Vegas NV 89117

Start to Finish Cleaning
Attn: Bankruptcy Desk/Managing Agent
3975 W. Quail Suite 8
Las Vegas NV 89118

State Bar of Arizona
Attn: Bankruptcy Desk/Managing Agent
4201 North 24th St Suite 200
Phoenix AZ 85016

State Bar of Nevada
Attn: Bankruptcy Desk/Managing Agent
600 E. Charleston Blvd
Las Vegas NV 89145

State Collection & Disb
Attn: Bankruptcy Desk/Managing Agent
Unit SCADU
P.O. Box 98950
Las Vegas NV 89193

State Collection & Disb.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 969067
West Sacramento CA 95798

State Farm Insurance Co
Attn: Bankruptcy Desk/Managing Agent
Amber
6332 South Rainbow Blv. Ste 100
Las Vegas NV 89118

State of California
Attn: Bankruptcy Desk/Managing Agent
Board of Equalization
P.O.Box 942879
Sacramento CA 94279-0001

State of California
Attn: Bankruptcy Desk/Managing Agent
Franchise Tax Board
P. O. Box 942867
Sacramento CA 94267-0011

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Business License Renewal
P.O. Box 52614
Phoenix AZ 85072-2614

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Department of Taxation
1550 E. College Parkway, Ste 115
Carson City 89706-7937

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Department of Taxation-AR Payment
P.O. Box 52685
Phoenix AZ 85072

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City NV 89713-0030

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

State of NV-Div. of Water Res.
Attn: Bankruptcy Desk/Managing Agent
123 W. Nye Lane
Room 246
Carson City NV 89706-0818

State Security Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 407
Kingman AZ 86402

Statewide Fire Protection
Attn: Bankruptcy Desk/Managing Agent
3130 Westwood Drive
Las Vegas NV 89109

Statewide Lighting
Attn: Bankruptcy Desk/Managing Agent
Gail Foreman
800 E. Sahara
Las Vegas NV 89104

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                          Served 4/17/2009

Steamatic of Southern Nevada
Attn: Bankruptcy Desk/Managing Agent
2851 Synergy Street
Las Vegas NV 89030

Steam-Whirl
Attn: Bankruptcy Desk/Managing Agent
3775 W. Teco Avenue #5
Las Vegas NV 89118-6827

Steel Engineers Incorporated
Attn: Bankruptcy Desk/Managing Agent
716 W. Mesquite
Las Vegas NV 89106

Stefanie Encarnacion
Attn: Bankruptcy Desk/Managing Agent
144 Short Ruff Way
Las Vegas, NV 89148

Stefanie Encarnacion
Attn: Bankruptcy Desk/Managing Agent
21921 Rashdall Ave
Carson, CA 90745

Stefano Arcoleo
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1007
Las Vegas, NV 89148

Stegall Family
Attn: Bankruptcy Desk/Managing Agent
1067 Via Saint Lucia Pl
Henderson, NV 89011

Steifle, David Michael
Attn: Bankruptcy Desk/Managing Agent
234 Summit Vista St
Henderson, NV 89052

Stella Yim-Wong
Attn: Bankruptcy Desk/Managing Agent
168 Castle Course Ave
Las Vegas, NV 89148

Stephan Bonnar
Attn: Bankruptcy Desk/Managing Agent
208 Via Luna Rosa Ct
Henderson, NV 89011

Stephanie & Tim Koutras
Attn: Bankruptcy Desk/Managing Agent
292 Broken Par Dr
Las Vegas, NV 89148

Stephanie & Tim Koutras
Attn: Bankruptcy Desk/Managing Agent
385 S Lemon Ave # E139
Walnut, CA 91789

Stephanie Aguilar
Attn: Bankruptcy Desk/Managing Agent
9276 Prairie Aster Pl
Las Vegas, NV 89148

Stephanie Barile
Attn: Bankruptcy Desk/Managing Agent
149 Sullivan Ave
Farmingdale, NY 11735

Stephanie Barile
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 204
Las Vegas, NV 89113

Stephanie Hoelzel
Attn: Bankruptcy Desk/Managing Agent
600 Via Colmo Ave
Henderson NV 89011

Stephanie Juric
Attn: Bankruptcy Desk/Managing Agent
332 White Bluffs St
Las Vegas, NV 89148

Stephanie Le
Attn: Bankruptcy Desk/Managing Agent
42410 N 46th Ln
Phoenix, AZ 85086

Stephanie Le
Attn: Bankruptcy Desk/Managing Agent
484 Foster Springs Rd
Las Vegas, NV 89148

Stephanie Lee
Attn: Bankruptcy Desk/Managing Agent
10548 Meadow Mist Ave
Las Vegas, NV 89135

Stephanie Lee
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 210
Las Vegas, NV 89113

Stephanie Limperis
Attn: Bankruptcy Desk/Managing Agent
778 Tossa De Mar Ave
Henderson, NV 89002

Stephanie Limperis
Attn: Bankruptcy Desk/Managing Agent
964 Aspen Breeze Ave
Las Vegas NV 89123

Stephanie Rice
Attn: Bankruptcy Desk/Managing Agent
786 Wigan Pier Dr
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Stephanie Roberts
Attn: Bankruptcy Desk/Managing Agent
8951 Lansberry Ct
Las Vegas, NV 89147

Stephen & Angelique Gradney
Attn: Bankruptcy Desk/Managing Agent
12 Via Del Cielo
Rancho Palos Verdes, CA 90275

Stephen & Angelique Gradney
Attn: Bankruptcy Desk/Managing Agent
471 Foster Springs Rd
Las Vegas, NV 89148

Stephen & Angelique Gradney
Attn: Bankruptcy Desk/Managing Agent
483 Foster Springs Rd
Las Vegas, NV 89148

Stephen & Bella Merkatz
Attn: Bankruptcy Desk/Managing Agent
192 Cascade Lake St
Las Vegas, NV 89148

Stephen & Bernadette Andaya
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 108
Las Vegas, NV 89113

Stephen & Carolina Griffin
Attn: Bankruptcy Desk/Managing Agent
221 Drysdale Cir
Henderson, NV 89074

Stephen & Carolina Griffin
Attn: Bankruptcy Desk/Managing Agent
6777 Gold Yarrow St
Las Vegas, NV 89148

Stephen & Colomba Hribik
Attn: Bankruptcy Desk/Managing Agent
4775 N Tee Pee Ln
Las Vegas, NV 89129

Stephen & Colomba Hribik
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 313
Las Vegas, NV 89113

Stephen & Donna Makein
Attn: Bankruptcy Desk/Managing Agent
549 Via Ruscello Way
Henderson, NV 89011

Stephen & Inthira Ligutom
Attn: Bankruptcy Desk/Managing Agent
5498 Peace River Ct
Las Vegas, NV 89148

Stephen & Inthira Ligutom
Attn: Bankruptcy Desk/Managing Agent
623 Newberry Springs Dr
Las Vegas, NV 89148

Stephen & Joseph Wancha
Attn: Bankruptcy Desk/Managing Agent
1209 Washington Ave Ste 509
Saint Louis, MO 63103

Stephen & Joseph Wancha
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 304
Las Vegas, NV 89113

Stephen & Kasia Craig
Attn: Bankruptcy Desk/Managing Agent
9462 Malasana Ct
Las Vegas, NV 89147

Stephen & Mayleen Ang
Attn: Bankruptcy Desk/Managing Agent
1308 Olivia Pkwy
Henderson, NV 89011

Stephen & Mayleen Ang
Attn: Bankruptcy Desk/Managing Agent
52 Lakewood Dr
Centralia, IL 62801

Stephen & Renee Reed
Attn: Bankruptcy Desk/Managing Agent
784 Alder Green Ave
Henderson, NV 89002

Stephen & Rong Richardson
Attn: Bankruptcy Desk/Managing Agent
191 Honors Course Dr
Las Vegas, NV 89148

Stephen Arnold
Attn: Bankruptcy Desk/Managing Agent
233 Spring Hollow Dr
Las Vegas, NV 89148

Stephen Deguzman
Attn: Bankruptcy Desk/Managing Agent
30 Cobbs Creek Way
Las Vegas, NV 89148

Stephen Gradney
Attn: Bankruptcy Desk/Managing Agent
51 Tall Ruff Dr
Las Vegas, NV 89148

Stephen Lee Seto
Attn: Bankruptcy Desk/Managing Agent
1750 Grant Avenue, #D
San Francisco CA 94133

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Stephen Miller
Attn: Bankruptcy Desk/Managing Agent
4828 Califa Dr
Las Vegas, NV 89122

Stephen Miller
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 310
Las Vegas, NV 89113

Stephen Olson
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 207
Las Vegas, NV 89113

Stephen Rennie
Attn: Bankruptcy Desk/Managing Agent
8709 Villa Pablo Ln
Las Vegas, NV 89147

Stephen Rennie
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1108
Las Vegas, NV 89148

Stephen Robison
Attn: Bankruptcy Desk/Managing Agent
7411 Apple Springs Ave
Las Vegas, NV 89131

Stephen Robison
Attn: Bankruptcy Desk/Managing Agent
8309 Garnet Canyon Ln
Las Vegas, NV 89129

Stephen Schweyen
Attn: Bankruptcy Desk/Managing Agent
245 Via Di Citta Dr
Henderson, NV 89011

Stephen Shaffer
Attn: Bankruptcy Desk/Managing Agent
429 Via Stretto Ave
Henderson, NV 89011

Stephens Media Group
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 70
Las Vegas NV 89125-0070

Stephens, Christopher
Attn: Bankruptcy Desk/Managing Agent
18 Wade Hampton Trail
Henderson, NV 89052

Sterling Education Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3127
Eau Claire WI 54702-3127

Sterling Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
2825 Coleman Street
N, Las Vegas NV 89032

Stern Family
Attn: Bankruptcy Desk/Managing Agent
5707 Wish Ave
Encino, CA 91316

Stern Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1144
Las Vegas, NV 89148

Steve & Anita Wong
Attn: Bankruptcy Desk/Managing Agent
8931 Lansberry Ct
Las Vegas, NV 89147

Steve & Lily Paris
Attn: Bankruptcy Desk/Managing Agent
122 Ocean Harbour Ln
Las Vegas, NV 89148

Steve & Lily Paris
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 106
Las Vegas, NV 89113

Steve & Maria McClintock
Attn: Bankruptcy Desk/Managing Agent
225 Via Luna Rosa Ct
Henderson, NV 89011

Steve Artinger
Attn: Bankruptcy Desk/Managing Agent
602 Fynn Valley Drive
Las Vegas NV 89148

Steve Beyer Productions, Inc.
Attn: Bankruptcy Desk/Managing Agent
133 N. Gibson Road
Henderson NV 89014

Steve Biron
Attn: Bankruptcy Desk/Managing Agent
564 Manhattan Place
San Jose CA 95136

Steve Kernnitzer
Attn: Bankruptcy Desk/Managing Agent
192 Pocono Manor Ct.
Las Vegas NV 89148

Steve Selbrede
Attn: Bankruptcy Desk/Managing Agent
1 Woodland Ct
Novato, CA 94947

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Steve Selbrede
Attn: Bankruptcy Desk/Managing Agent
358 Broken Par Dr
Las Vegas, NV 89148

Steve Selbrede
Attn: Bankruptcy Desk/Managing Agent
38 Laying Up Ct
Las Vegas, NV 89148

Steve Strom
Attn: Bankruptcy Desk/Managing Agent
1030 Weatherboard Street
Henderson NV 89011

Steve Triplett
Attn: Bankruptcy Desk/Managing Agent
39817 Amberley Cir
Temecula, CA 92591

Steve Triplett
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 202
Las Vegas, NV 89113

Steve Wolf & Assoc. Inc
Attn: Bankruptcy Desk/Managing Agent
9602 Santiago Blvd
Villa Park CA 92867

Steven & Brenda Cowart
Attn: Bankruptcy Desk/Managing Agent
9701 Valmeyer Ave
Las Vegas, NV 89148

Steven & Dena McIntosh
Attn: Bankruptcy Desk/Managing Agent
793 Vortex Ave
Henderson, NV 89002

Steven & Dianne Macdonald
Attn: Bankruptcy Desk/Managing Agent
7733 Falconwing Ave
Las Vegas, NV 89131

Steven & Edward Cushman
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 211
Las Vegas, NV 89113

Steven & Jennifer Rhodes
Attn: Bankruptcy Desk/Managing Agent
2 Sandy Bunker Ln
Las Vegas, NV 89148

Steven & Jennifer Rhodes
Attn: Bankruptcy Desk/Managing Agent
5014 Spanish Hills Dr
Las Vegas, NV 89148

Steven & Jodi Makransky
Attn: Bankruptcy Desk/Managing Agent
6626 Babys Tear Pl
Las Vegas, NV 89148

Steven & Kathy Barrett
Attn: Bankruptcy Desk/Managing Agent
87 Sunset Bay St
Las Vegas, NV 89148

Steven & Kelly Hendricks
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2063
Las Vegas, NV 89148

Steven & Mindy Thomas
Attn: Bankruptcy Desk/Managing Agent
444 Via Del Foro Dr
Henderson, NV 89011

Steven & Nancy Mihovich
Attn: Bankruptcy Desk/Managing Agent
10147 Dragons Meadow Ct
Las Vegas, NV 89148

Steven & Robin Bell
Attn: Bankruptcy Desk/Managing Agent
107 Oldham Pl
Ambler, PA 19002

Steven & Robin Bell
Attn: Bankruptcy Desk/Managing Agent
262 Waterton Lakes Ave
Las Vegas, NV 89148

Steven & Souksathit Gordon
Attn: Bankruptcy Desk/Managing Agent
1025 Viale Placenza Pl
Henderson, NV 89011

Steven & Susan Lalich
Attn: Bankruptcy Desk/Managing Agent
105 N Main St
Grant Park, IL 60940

Steven & Susan Lalich
Attn: Bankruptcy Desk/Managing Agent
87 Rock Run St
Las Vegas, NV 89148

Steven & Theresa Em
Attn: Bankruptcy Desk/Managing Agent
213 Via Luna Rosa Ct
Henderson, NV 89011

Steven & Theresa Taylor
Attn: Bankruptcy Desk/Managing Agent
4858 Califa Dr
Las Vegas, NV 89122

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Steven & Young Beck
Attn: Bankruptcy Desk/Managing Agent
270 Duck Hollow Ave
Las Vegas, NV 89148

Steven Atkinson
Attn: Bankruptcy Desk/Managing Agent
7408 Red Swallow St
Las Vegas, NV 89131

Steven Atkinson
Attn: Bankruptcy Desk/Managing Agent
9574 Marina Valley Ave
Las Vegas, NV 89147

Steven Destefano
Attn: Bankruptcy Desk/Managing Agent
1083 Via Capassi Way
Henderson, NV 89011

Steven Destefano
Attn: Bankruptcy Desk/Managing Agent
2050 W Warm Springs Rd Unit 3821
Henderson, NV 89014

Steven Enterprises, Inc
Attn: Bankruptcy Desk/Managing Agent
PO BOX 16307
Irvine CA 92623-6307

Steven Gavalas
Attn: Bankruptcy Desk/Managing Agent
378 Trailing Putt Way
Las Vegas, NV 89148

Steven Kang
Attn: Bankruptcy Desk/Managing Agent
580 Via Di Parione Ct
Henderson, NV 89011

Steven Kang
Attn: Bankruptcy Desk/Managing Agent
9512 Montanza Way
Buena Park, CA 90620

Steven Kinkade
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 307
Las Vegas, NV 89113

Steven Kinkade
Attn: Bankruptcy Desk/Managing Agent
PO Box 391
Garden Valley, ID 83622

Steven L. Rhodes, D.D.S.
Attn: Bankruptcy Desk/Managing Agent
501 South Rancho Drive
E-29
Las Vegas NV 89106

Steven Ralphs
Attn: Bankruptcy Desk/Managing Agent
7232 Eaglegate St
Las Vegas, NV 89131

Steven Saxon
Attn: Bankruptcy Desk/Managing Agent
1284 Olivia Pkwy
Henderson, NV 89011

Steven Slepion
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2088
Las Vegas, NV 89148

Steven Slepion
Attn: Bankruptcy Desk/Managing Agent
9050 W. Warm Springs # 2088
Las Vegas NV 89148

Steven Watanabe
Attn: Bankruptcy Desk/Managing Agent
9302 Lemon Mint Ct
Las Vegas, NV 89148

Steven Youles
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1099
Las Vegas, NV 89147

Stevenson Family
Attn: Bankruptcy Desk/Managing Agent
374 Rancho La Costa St
Las Vegas, NV 89138

Stevenson Family
Attn: Bankruptcy Desk/Managing Agent
457 Via Palermo Dr
Henderson, NV 89011

Stevenson Jr., Gary
Attn: Bankruptcy Desk/Managing Agent
7255 West Sunset Road #10479
Las Vegas, NV 89113

Stewart Archibald & Barney LLP
Attn: Bankruptcy Desk/Managing Agent
7881 W. Charleston Blvd.
Suite 250
Las Vegas NV 89117-8323

Stewart Occhipinti, LLP
Attn: Bankruptcy Desk/Managing Agent
Attorneys & Counselors at Law
65 West 36th Street, 7th Floor
New York NY 10018

Stewart USA Trust
Attn: Bankruptcy Desk/Managing Agent
21421-111 Ave N W
Edmonton AB
Canada

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Stewart USA Trust
Attn: Bankruptcy Desk/Managing Agent
21421-111 Ave N W
Edmonton AB T5S
Canada

Stewart USA Trust
Attn: Bankruptcy Desk/Managing Agent
464 Punto Vallata Dr
Henderson, NV 89011

Stewart&Sundell Concrete
Attn: Bankruptcy Desk/Managing Agent
Bob Bledsoe.
1760 West Brooks Avenue
North Las Vegas NV 89032

Stewart, Lacy
Attn: Bankruptcy Desk/Managing Agent
8109 Tilkuni Drive
Las Vegas, NV 89166

Stimulus Technologies
Attn: Bankruptcy Desk/Managing Agent
6100 S. Mountain Vista St.
Suite 100
Henderson NV 89014

Stitch Monsters
Attn: Bankruptcy Desk/Managing Agent
550 Bracken Ave.
Las Vegas NV 89104

Stockbridge Northwest Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6061
Kingman AZ 86402

Stockhausen, Nicole C.
Attn: Bankruptcy Desk/Managing Agent
14 Old Lake Cir
Henderson, NV 89074

Stone Age Design, LLC
Attn: Bankruptcy Desk/Managing Agent
2043 Pabco Road
Henderson NV 89015

Stone Masons, Inc
Attn: Bankruptcy Desk/Managing Agent
5581 S. Cameron Suite A
Las Vegas NV 89118

Stonewall Publishing, Inc
Attn: Bankruptcy Desk/Managing Agent
2408 Pardee Place
Las Vegas NV 89104

Storage One at Rhodes Ranch
Attn: Bankruptcy Desk/Managing Agent
8777 W. Warm Springs Road
Las Vegas NV 89148

Stoudnor, Troy
Attn: Bankruptcy Desk/Managing Agent
3604 Harrier Court
N Las Vegas, NV 89084

Stout Family
Attn: Bankruptcy Desk/Managing Agent
23 Pangloss St
Henderson, NV 89002

Stout Lighting
Attn: Bankruptcy Desk/Managing Agent
A Div. of Stout Electric
6440 Schirils St.
Las Vegas NV 89118

Stout, Vanessa
Attn: Bankruptcy Desk/Managing Agent
3908 Sage River St
Las Vegas, NV 89129

Stow Away
Attn: Bankruptcy Desk/Managing Agent
921 Olsen Street
Henderson NV 89015

STRATEGIC VALUE MASTER FUND
Attn: Bankruptcy Desk/Managing Agent
Alan Liu
100 West Putnam: Alan Liu
Greenwich, CT 06830

Stratton Consulting
Attn: Bankruptcy Desk/Managing Agent
22 Kittansett Loop
Henderson NV 89052

Streetscape
Attn: Bankruptcy Desk/Managing Agent
714-898-4842
15641 Product Lane
Suite 7
Huntington Beach CA 92649

Strickland Family
Attn: Bankruptcy Desk/Managing Agent
7221 Buglehorn St
Las Vegas, NV 89131

Strickland Family
Attn: Bankruptcy Desk/Managing Agent
7833 Lonesome Harbor Ave
Las Vegas, NV 89131

Striping Solutions
Attn: Bankruptcy Desk/Managing Agent
4181 W. Oquendo Road
Las Vegas NV 89118

Style Wise Interactive
Attn: Bankruptcy Desk/Managing Agent
richard
6600 Amelia Earhart Court
Las Vegas NV 89119

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Subdivision Acceptance
Attn: Bankruptcy Desk/Managing Agent
285 Sunpac Rd
Henderson NV 89011

Sudha Guttikonda
Attn: Bankruptcy Desk/Managing Agent
71 Rancho Maria St
Las Vegas, NV 89148

Sugarman Family
Attn: Bankruptcy Desk/Managing Agent
3350 Palm Center Dr
Las Vegas, NV 89103

Sugarman Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1117
Las Vegas, NV 89147

Suguitan Family
Attn: Bankruptcy Desk/Managing Agent
3616 Morningside Dr
El Sobrante, CA 94803

Suguitan Family
Attn: Bankruptcy Desk/Managing Agent
6760 Gold Yarrow St
Las Vegas, NV 89148

Suk Huang
Attn: Bankruptcy Desk/Managing Agent
287 Palm Trace Ave
Las Vegas, NV 89148

Sukdave Singh
Attn: Bankruptcy Desk/Managing Agent
772 Wigan Pier Dr
Henderson, NV 89002

Suke Zhang
Attn: Bankruptcy Desk/Managing Agent
312 S Arroyo Dr Apt D
San Gabriel, CA 91776

Suke Zhang
Attn: Bankruptcy Desk/Managing Agent
479 Newberry Springs Dr
Las Vegas, NV 89148

Sullivan Group Real Estate Adv
Attn: Bankruptcy Desk/Managing Agent
12555 High Bluff Dr #210
San Diego, CA 92130

Sullivan Group Real Estate Adv
Attn: Bankruptcy Desk/Managing Agent
Tim Sullivan
12555 High Bluff Drive
Suite 210
San Diego CA 92130

Suman Tandra
Attn: Bankruptcy Desk/Managing Agent
55 River Dr S Apt 2201
Jersey City, NJ 07310

Suman Tandra
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2080
Las Vegas, NV 89148

Summerlin Hosp Med Ctr, LLC
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 31001-0827
Pasadena CA 91110-0827

Summers Electrical Engineering
Attn: Bankruptcy Desk/Managing Agent
1129 Gallant Fox Avenue
Henderson NV 89015

Sun Cat Skylight
Attn: Bankruptcy Desk/Managing Agent
Joan Georgens
4485 Emerald Ave.
Las Vegas NV 89120

Sun City Landscaping
Attn: Bankruptcy Desk/Managing Agent
4270 West Patrick Lane
Las Vegas NV 89118

Sun Country Systems LLC
Attn: Bankruptcy Desk/Managing Agent
4500 Delancy Unit 3
Las Vegas NV 89103

Sun Flowers Florist
Attn: Bankruptcy Desk/Managing Agent
3250 N. Tenaya Way
Suite 106
Las Vegas NV 89129

Sun Outdoor Advertising LLC
Attn: Bankruptcy Desk/Managing Agent
Terry Palmer
5630 District Blvd., Suite # 126
Bakersfield CA 93313

Sun State Components of N. AZ
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4077
Kingman AZ 86402

Sun State Lumber
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3699
Kingman AZ 86402

Sun Valley Bumper
Attn: Bankruptcy Desk/Managing Agent
2551 Airway Ave
P.O. Box 806
Kingman AZ 86401

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Sunburst Construction, Inc.
Attn: Bankruptcy Desk/Managing Agent
5180 Cameron St Suite# 6
Las Vegas NV 89118

Sunburst Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Brad
3770 E. Desert Inn Road, # 273
Las Vegas NV 89121

Sunburst Shutters
Attn: Bankruptcy Desk/Managing Agent
Stan
6480 W. Flamingo Road
Las Vegas NV 89103

Sundance Helicopters
Attn: Bankruptcy Desk/Managing Agent
5596 Haven Street
Las Vegas NV 89119

Sunflowers
Attn: Bankruptcy Desk/Managing Agent
3250 N. Tenaya Way #106
Las Vegas NV 89129

Sunim Mitchell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2122
Las Vegas, NV 89148

Sunland Asphalt
Attn: Bankruptcy Desk/Managing Agent
PO Box 20814
Bullhead City, AZ 86439

Sunni & Jody Westbrook
Attn: Bankruptcy Desk/Managing Agent
606 Newberry Springs Dr
Las Vegas, NV 89148

Sunrise Fire Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 82034
Las Vegas NV 89190-2034

Sunrise Mechanical, Inc.
Attn: Bankruptcy Desk/Managing Agent
7380 Commercial Way
Henderson NV 89011

Sunrise Mountain Avionics
Attn: Bankruptcy Desk/Managing Agent
2830 N, Rancho Drive
Las Vegas NV 89130

Sunrise Paving,Inc
Attn: Bankruptcy Desk/Managing Agent
5562 Mountain Vista St.
Las Vegas NV 89120

Sunrise Solar Screen &
Attn: Bankruptcy Desk/Managing Agent
Blind Company
2454 Losee Rd. Suite A
Las Vegas NV 89030

Sunscape Window Coverings
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 621811
Las Vegas NV 89162

Sunset Oasis Landscape
Attn: Bankruptcy Desk/Managing Agent
4575 West Cougar
Las Vegas NV 89139

Sunstate Companies, Inc
Attn: Bankruptcy Desk/Managing Agent
4435 E. Colton Ave
Suite 101
Las Vegas NV 89115

Sunthary Delcastillo
Attn: Bankruptcy Desk/Managing Agent
267 Broken Par Dr
Las Vegas, NV 89148

Sunthary Delcastillo
Attn: Bankruptcy Desk/Managing Agent
4158 Walnut Ave
Long Beach, CA 90807

Sunworld Landscape LLC
Attn: Bankruptcy Desk/Managing Agent
Deanne Beer
3020 Builders Avenue
Las Vegas NV 89101

Supavadee Srisakorn
Attn: Bankruptcy Desk/Managing Agent
5574 Golden Palms Ct
Las Vegas, NV 89148

Supavadee Srisakorn
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 215
Las Vegas, NV 89113

Super Color Digital
Attn: Bankruptcy Desk/Managing Agent
4495 W. Sunset Rd
Las Vegas NV 89118

Superior Frame & Trim
Attn: Bankruptcy Desk/Managing Agent
1642 North McCulloch Blvd.
Lake Havasu City AZ 86403

Support Payment Clearing House
Attn: Bankruptcy Desk/Managing Agent
Case# FC2002090434
P.O.Box 52107
Phoenix AZ 85072-2107

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

Supreme Court of Arizona
Attn: Bankruptcy Desk/Managing Agent
1501 W. Washington Ste 104
Phoenix AZ 85007-3231

Suresh Sadineni
Attn: Bankruptcy Desk/Managing Agent
284 Sea Rim Ave
Las Vegas, NV 89148

Surface Solutions
Attn: Bankruptcy Desk/Managing Agent
Eulalio Moreno
P. O. Box 335112
North Las Vegas NV 89033

Surface Solutions
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 335112
North Las Vegas, NV 89033

Surface Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
2758  N. Green Valley Pkwy
PMB 458
Henderson NV 89014

Surgical Arts Center
Attn: Bankruptcy Desk/Managing Agent
9499 W Charleston 250
Las Vegas NV 89117

Surya Carpet Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 324
Adairsville GA 30103

Susan & Gregg Schell
Attn: Bankruptcy Desk/Managing Agent
7412 Red Swallow St
Las Vegas, NV 89131

Susan & Richard Baldwin
Attn: Bankruptcy Desk/Managing Agent
1122 Olivia Pkwy
Henderson, NV 89011

Susan Caramico
Attn: Bankruptcy Desk/Managing Agent
7511 Apple Springs Ave
Las Vegas, NV 89131

Susan Cobb
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 315
Las Vegas, NV 89113

Susan L. Engelke
Attn: Bankruptcy Desk/Managing Agent
5904 Pavilion Lakes Ave.
Las Vegas NV 89122

Susan Lawson
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 205
Las Vegas, NV 89113

Susan Miller-Zapper
Attn: Bankruptcy Desk/Managing Agent
2764 Lake Sahara Dr
Ste. 111
Las Vegas NV 89117

Susan Nielson
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 202
Las Vegas, NV 89113

Susan Ovist
Attn: Bankruptcy Desk/Managing Agent
2548 Silvser Beach Drive
Las Vegas NV 89052

Susan Sachanko
Attn: Bankruptcy Desk/Managing Agent
1276 Olivia Pkwy
Henderson, NV 89011

Susan Shook Associates
Attn: Bankruptcy Desk/Managing Agent
240 Newport Center Drive
Suite 220
Newport Beach CA 92660

Susan Tokunaga
Attn: Bankruptcy Desk/Managing Agent
1029 Via Panfilo Ave
Henderson, NV 89011

Susan Tokunaga
Attn: Bankruptcy Desk/Managing Agent
2406 Rue De Bourdeaux
Henderson, NV 89074

Susan Wong
Attn: Bankruptcy Desk/Managing Agent
121 Chateau Whistler Ct
Las Vegas, NV 89148

Susan Wong
Attn: Bankruptcy Desk/Managing Agent
165 Honors Course Dr
Las Vegas, NV 89148

Susan Zabolotniuk
Attn: Bankruptcy Desk/Managing Agent
1216 Olivia Pkwy
Henderson, NV 89011

Susan Zabolotniuk
Attn: Bankruptcy Desk/Managing Agent
2109-16 Yonge St
Toronto ON Canada M5E2
Canada

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Susan Zabolotniuk
Attn: Bankruptcy Desk/Managing Agent
2109-16 Yonge St
Toronto ON M5E2
Canada

Susanna & Sammy Yip
Attn: Bankruptcy Desk/Managing Agent
447-32Nd Avenue
San Francisco, CA 94121

Susanna & Sammy Yip
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2041
Las Vegas, NV 89148

Susanna Yip
Attn: Bankruptcy Desk/Managing Agent
447-32nd Avenue
San Francisco CA 94121

Susie L. Lee
Attn: Bankruptcy Desk/Managing Agent
860 Meridian Bay Lane # 223
Foster City CA 94404

Susie Shawnego
Attn: Bankruptcy Desk/Managing Agent
14 Candlewyck Dr
Henderson, NV 89052

Susie Shawnego
Attn: Bankruptcy Desk/Managing Agent
18 Quail Valley St
Las Vegas, NV 89148

Susteen, Inc
Attn: Bankruptcy Desk/Managing Agent
8001 Irvine Center Dr.
Suite 1500
Irvine CA 92618

Sutherland - Perennials
Attn: Bankruptcy Desk/Managing Agent
Mimi/Kristen
c/o Shears & Windows
101 Henry Adams St.  #256
San Francisco CA 94103

Sutherland Family
Attn: Bankruptcy Desk/Managing Agent
5046 Spanish Hills Dr
Las Vegas, NV 89148

Sutherland Family
Attn: Bankruptcy Desk/Managing Agent
9594 Malasana Ct
Las Vegas, NV 89147

Suzan McFarland
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 208
Las Vegas, NV 89113

Suzana Rutar
Attn: Bankruptcy Desk/Managing Agent
1950 E Warm Springs Road
Las Vegas NV  89119

Suzani Asmlash
Attn: Bankruptcy Desk/Managing Agent
182 Rusty Plank Ave
Las Vegas, NV 89148

Suzanne & Philip Richards
Attn: Bankruptcy Desk/Managing Agent
925 Via Stellato St
Henderson, NV 89011

Suzanne Kage
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1047
Las Vegas, NV 89148

Suzanne Simone
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2017
Las Vegas, NV 89148

Svoma, Ronald
Attn: Bankruptcy Desk/Managing Agent
20 Kieth Drive PO Box 50511
Parks, AZ 86018

Swan Advertising
Attn: Bankruptcy Desk/Managing Agent
2880 Meade Avenue, Suite 202
Las Vegas NV 89102

Swan Family
Attn: Bankruptcy Desk/Managing Agent
249 Rolling Springs Dr
Las Vegas, NV 89148

Swan Family
Attn: Bankruptcy Desk/Managing Agent
9101 W Sahara Ave # 105-B34
Las Vegas, NV 89117

Swaner, Richard
Attn: Bankruptcy Desk/Managing Agent
3375 West Pebble Road
Las Vegas, NV 89139

Swany Pool Service, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 371000
Las Vegas NV 89137

Swarts, Manning & Associates
Attn: Bankruptcy Desk/Managing Agent
10091 Park Run Drive #200
Las Vegas NV 89145

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Sy & Lo-Wei Deng
Attn: Bankruptcy Desk/Managing Agent
165 Tall Ruff Dr
Las Vegas, NV 89148

Syang Su
Attn: Bankruptcy Desk/Managing Agent
200 Crooked Putter Dr
Las Vegas, NV 89148

Syang Su
Attn: Bankruptcy Desk/Managing Agent
6025 Marigold Point Ct
Las Vegas, NV 89120

Sydney Wang
Attn: Bankruptcy Desk/Managing Agent
120 Honors Course Dr
Las Vegas, NV 89148

Syed Ali
Attn: Bankruptcy Desk/Managing Agent
9710 Waukegan Ave
Las Vegas, NV 89148

SYKIA Imports LLC
Attn: Bankruptcy Desk/Managing Agent
dba SIGMA-CAD
158 Wold Ct.
Eau Claire WI 54701

Sylvan Learning Center
Attn: Bankruptcy Desk/Managing Agent
1181 South Buffalo Drive # 120
Las Vegas NV 89117

Sylvester & Marilyn Sirna
Attn: Bankruptcy Desk/Managing Agent
9268 Dames Rocket Pl
Las Vegas, NV 89148

Sylvester & Susie Mitchell
Attn: Bankruptcy Desk/Managing Agent
9223 Tulip Trestle Ave
Las Vegas, NV 89148

Sylvia & Nariman Zaheri
Attn: Bankruptcy Desk/Managing Agent
275 Crooked Tree Dr
Las Vegas, NV 89148

Sylvia & Nariman Zaheri
Attn: Bankruptcy Desk/Managing Agent
640 Cordova St
Daly City, CA 94014

Symmetry Products Group
Attn: Bankruptcy Desk/Managing Agent
c/o Lance Industries, Inc.
55 Industrial Circle
Lincoln RI 02865

Syscon Consulting
Attn: Bankruptcy Desk/Managing Agent
Jerry Slater
2255 Loring Avenue
Henderson NV 89074

Szabo, Mary
Attn: Bankruptcy Desk/Managing Agent
10409 Sacre Court
Las Vegas, NV 89135

T & R Paint & Drywall
Attn: Bankruptcy Desk/Managing Agent
235 W. Brooks
N. Las Vegas NV 89630

T K B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
6364 Mighty Flotilla Ave
Las Vegas, NV 89139

T K B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 113
Las Vegas, NV 89113

T LP Trust
Attn: Bankruptcy Desk/Managing Agent
1029 Via Di Olivia St
Henderson, NV 89011

T. Brothers Tile, LLC
Attn: Bankruptcy Desk/Managing Agent
3450 S. Polaris
Las Vegas NV 89102

T.P.S. Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
358 Beesley Dr.
Las Vegas NV 89110

Taemi Park
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 205
Las Vegas, NV 89113

Tak & Siu Yeung
Attn: Bankruptcy Desk/Managing Agent
1451 Bonita Ter
Monterey Park, CA 91754

Tak & Siu Yeung
Attn: Bankruptcy Desk/Managing Agent
616 Over Par Ct
Las Vegas, NV 89148

Take It From The Top Talent
Attn: Bankruptcy Desk/Managing Agent
3658 Moon Lit Rain Drive
Las Vegas NV 89135

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Tamara & Anthony Cicchetti
Attn: Bankruptcy Desk/Managing Agent
192 Waterton Lakes Ave
Las Vegas, NV 89148

Tamara Chamberlain
Attn: Bankruptcy Desk/Managing Agent
555 Via Ripagrande Ave
Henderson, NV 89011

Tamara Garner
Attn: Bankruptcy Desk/Managing Agent
7430 Hornblower Ave
Las Vegas, NV 89131

Tamara Lelyk
Attn: Bankruptcy Desk/Managing Agent
9256 Dames Rocket Pl
Las Vegas, NV 89148

Tami Zuehlsdorf
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1125
Las Vegas, NV 89148

Tammy & David Garcia
Attn: Bankruptcy Desk/Managing Agent
436 Via Stretto Ave
Henderson, NV 89011

Tammy Warden
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1148
Las Vegas, NV 89148

Tang Family
Attn: Bankruptcy Desk/Managing Agent
760 Ricota Ct
Henderson, NV 89012

Tang Family
Attn: Bankruptcy Desk/Managing Agent
796 Vortex Ave
Henderson, NV 89002

Tang Nog
Attn: Bankruptcy Desk/Managing Agent
3130 138th St Apt 3C
Flushing, NY 11354

Tang Nog
Attn: Bankruptcy Desk/Managing Agent
336 Trailing Putt Way
Las Vegas, NV 89148

Tank Sharks
Attn: Bankruptcy Desk/Managing Agent
9633 Kelly Creek Avenue
Las Vegas NV 89129

Tanner, Jude
Attn: Bankruptcy Desk/Managing Agent
7100 West Alex St
Las Vegas, NV 89129

Tanny & Marcia Ancheta
Attn: Bankruptcy Desk/Managing Agent
31 Rancho Maria St
Las Vegas, NV 89148

Tantara HOA
Attn: Bankruptcy Desk/Managing Agent
c/o Excellence Community Management
601 Whitney Ranch, Suite B-10
Henderson, NV 89074

Tapia Family
Attn: Bankruptcy Desk/Managing Agent
21425 Avalon Blvd Spc 61
Carson, CA 90745

Tapia Family
Attn: Bankruptcy Desk/Managing Agent
6801 Scarlet Flax St
Las Vegas, NV 89148

Tara & David Russell
Attn: Bankruptcy Desk/Managing Agent
4680 Laguna Vista St
Las Vegas, NV 89147

Tara & Mark Alexander
Attn: Bankruptcy Desk/Managing Agent
1133 Via Canale Dr
Henderson, NV 89011

Tara Boissonneault
Attn: Bankruptcy Desk/Managing Agent
36 Blaven Dr
Henderson, NV 89002

Tara Rogers
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1004
Las Vegas, NV 89148

Tarbell Realtors
Attn: Bankruptcy Desk/Managing Agent
18356 Irvine Blvd
2nd floor
Tustin CA 92780

Target National Bank
Attn: Bankruptcy Desk/Managing Agent
P.O Box 59317
Minneapolis MN 55459-0317

Tarwater, Dan
Attn: Bankruptcy Desk/Managing Agent
2144 Banner Wood St
Henderson, NV 89044

Rhodes Design and Development Corp. 09-14846 - U.S. Mail
                                                                                    Served 4/17/2009

Tatyana Antokhina
Attn: Bankruptcy Desk/Managing Agent
374 Banff Ct
Las Vegas, NV 89148

Taunton Direct, Inc.
Attn: Bankruptcy Desk/Managing Agent
63 S. Main Street
PO Box 5507
Newton CT 06470-5507

Taxpayer Taxpayer
Attn: Bankruptcy Desk/Managing Agent
Las Vegas, NV 89000

Taxpayer Taxpayer
Attn: Bankruptcy Desk/Managing Agent
South Grand Central
Henderson, NV 89011

Taxpayer Taxpayer
Attn: Bankruptcy Desk/Managing Agent
South Grand Central
Las Vegas, NV 89148

Taylor Hastings
Attn: Bankruptcy Desk/Managing Agent
3725 N Kenneth Rd
Kingman, AZ 86409

Taylor Zink
Attn: Bankruptcy Desk/Managing Agent
10209 Huxlely Cross Lane
Las Vegas NV 89144

Technicom Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
4130 N. Losee Road
N. Las Vegas NV 89030-3302

Ted & Patricia Wilkes
Attn: Bankruptcy Desk/Managing Agent
249 Via Di Citta Dr
Henderson, NV 89011

Ted Wiens Auto
Attn: Bankruptcy Desk/Managing Agent

Tedros Kebede
Attn: Bankruptcy Desk/Managing Agent
1200 Olivia Pkwy
Henderson, NV 89011

Tedros Kebede
Attn: Bankruptcy Desk/Managing Agent
302 Island Reef Ave
Henderson, NV 89012

Tedros Kebede and
Attn: Bankruptcy Desk/Managing Agent
Emebet Haillu
302 Island Reef Avenue
Henderson NV 89012

TEHAMA
Attn: Bankruptcy Desk/Managing Agent
1-800-955-9400 ext 1023
P.O.Box 1079
Denver CO 80256-1079

Tek Systems
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 198568
Atlanta, GA 30384-8568

Tek Systems
Attn: Bankruptcy Desk/Managing Agent
Will Moore
P.O. Box 198568
Atlanta GA 30384-8568

TelePacific Communications
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 526015
Sacramento CA 95852-6015

Television Monitoring Services
Attn: Bankruptcy Desk/Managing Agent
4132 S. Rainbow Blvd. #213
Las Vegas NV 89103

Telimagine
Attn: Bankruptcy Desk/Managing Agent
PO Box 98789
Las Vegas NV 89193

Templin, Joseph
Attn: Bankruptcy Desk/Managing Agent
7304 Coffeyville Ave
Las Vegas, NV 89147

Ten Compass North
Attn: Bankruptcy Desk/Managing Agent
1080 Mary Crest Road
Henderson NV 89074

Teodulo Granada
Attn: Bankruptcy Desk/Managing Agent
186 Crooked Tree Dr
Las Vegas, NV 89148

Teofilo Bonilla
Attn: Bankruptcy Desk/Managing Agent
5919 Tybalt Ct
Las Vegas, NV 89113

Teofilo Bonilla
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 109
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                           Served 4/17/2009

Teresa Castillo
Attn: Bankruptcy Desk/Managing Agent
191 Water Hazard Ln
Las Vegas, NV 89148

Teresa Castillo
Attn: Bankruptcy Desk/Managing Agent
2969 Ingledale Ter
Los Angeles, CA 90039

Teresa Erickson
Attn: Bankruptcy Desk/Managing Agent
TO THE TE DESIGN
1809 BIRCH ST
LAS VEGAS NV 89102

Teresa Karam
Attn: Bankruptcy Desk/Managing Agent
496 Via Palermo Dr
Henderson, NV 89011

Teresa Norris
Attn: Bankruptcy Desk/Managing Agent
177 Broken Putter Way
Las Vegas, NV 89148

Teresita & Danny Magsino
Attn: Bankruptcy Desk/Managing Agent
598 Foster Springs Rd
Las Vegas, NV 89148

Teresita & N R Rabanera
Attn: Bankruptcy Desk/Managing Agent
6537 Bethalto St
Las Vegas, NV 89148

Teresita & N R Rabanera
Attn: Bankruptcy Desk/Managing Agent
6670 Mount Whitney Dr
Buena Park, CA 90620

Teresita Africano
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 208
Las Vegas, NV 89113

Teresita Buhay
Attn: Bankruptcy Desk/Managing Agent
128 Broken Putter Way
Las Vegas, NV 89148

Teresita Kamel
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 105
Las Vegas, NV 89113

Teriza Arguelles-Anicete
Attn: Bankruptcy Desk/Managing Agent
357 Cart Crossing Way
Las Vegas, NV 89148

Teriza Arguelles-Anicete
Attn: Bankruptcy Desk/Managing Agent
594 Monterey Blvd
San Francisco, CA 94127

Terra Contracting Inc.
Attn: Bankruptcy Desk/Managing Agent
5980 West Cougar
Las Vegas, NV 89139

Terra Contracting Inc.
Attn: Bankruptcy Desk/Managing Agent
Justin Anderson
5980 West Cougar
Las Vegas NV 89139

Terra Montero
Attn: Bankruptcy Desk/Managing Agent
57 Daisy Springs Ct
Las Vegas, NV 89148

Terra West Property Mgmt.
Attn: Bankruptcy Desk/Managing Agent
2655 S. Rainbow Blvd.  Suite 200
Las Vegas NV 89146

Terrence & Kathleen Elder
Attn: Bankruptcy Desk/Managing Agent
9211 Tulip Trestle Ave
Las Vegas, NV 89148

Terrence Miller
Attn: Bankruptcy Desk/Managing Agent
793 Telfer Ln
Henderson, NV 89002

Terri Castro
Attn: Bankruptcy Desk/Managing Agent
2049 Jesse Scott St
Las Vegas NV  89106

Terry & Bev Brisebois
Attn: Bankruptcy Desk/Managing Agent
1053 Via Camelia St
Henderson, NV 89011

Terry & Bev Brisebois
Attn: Bankruptcy Desk/Managing Agent
2805-12 St N E
Calgary AB T2E 7J2
Canada

Terry & Joyce Harris
Attn: Bankruptcy Desk/Managing Agent
4860 Lames Dr
Las Vegas, NV 89122

Terry & Laura Hopper
Attn: Bankruptcy Desk/Managing Agent
1 Rocky Mtn
Coto De Caza, CA 92679

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Terry & Laura Hopper
Attn: Bankruptcy Desk/Managing Agent
269 Via Franciosa Dr
Henderson, NV 89011

Terry & Linda Ono
Attn: Bankruptcy Desk/Managing Agent
1462 Danyelle Court
Las Vegas NV 89117

Terry & Peggy Gibson
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 203
Las Vegas, NV 89113

Terry Corneil
Attn: Bankruptcy Desk/Managing Agent
1408 Diamond Country Drive
Reno NV 89521

Terry Gregory
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2142
Las Vegas, NV 89148

Terry Hickman
Attn: Bankruptcy Desk/Managing Agent
7501 Apple Springs Ave
Las Vegas, NV 89131

Terry Ono, Trustee
Attn: Bankruptcy Desk/Managing Agent
1462 Danyelle Ct
Las Vegas NV 89117

Terry Page
Attn: Bankruptcy Desk/Managing Agent
1618 Navajo Point
Henderson NV 89074

Terryberry Company, LLC
Attn: Bankruptcy Desk/Managing Agent
2033 Oak Industrial Drive N.E.
Grand Rapids MI 49501

Te's By Kim
Attn: Bankruptcy Desk/Managing Agent
1402 Eastern
Kingman AZ 86401

Tessy Lake
Attn: Bankruptcy Desk/Managing Agent
271 Soggy Ruff Way
Las Vegas, NV 89148

Tessy Lake
Attn: Bankruptcy Desk/Managing Agent
568 Foster Springs Rd
Las Vegas, NV 89148

Tetra Tech, Inc
Attn: Bankruptcy Desk/Managing Agent
Infrastructure Services Group
File #55701-13
Los Angeles CA 90074-5701

Texmo Oil Company
Attn: Bankruptcy Desk/Managing Agent
2950 E. Andy Devine Ave.
Kingman AZ 86401

Textron Financial Corp
Attn: Bankruptcy Desk/Managing Agent
1451 Marvin Griffin Rd
Augusta GA 30906-3852

Textron Financial Corp
Attn: Bankruptcy Desk/Managing Agent
40 Westminster St
Providence, RI 02903-2525

TGN Enterprises
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 881411
San Diego CA 92168

Thang O
Attn: Bankruptcy Desk/Managing Agent
237 Lakewood Garden Dr
Las Vegas, NV 89148

Thanh La
Attn: Bankruptcy Desk/Managing Agent
1062 Via Saint Lucia Pl
Henderson, NV 89011

Thanh-van Vu
Attn: Bankruptcy Desk/Managing Agent
1208 Stellar Way
Milpitas, CA 95035

Thanh-van Vu
Attn: Bankruptcy Desk/Managing Agent
364 Cart Crossing Way
Las Vegas, NV 89148

That Extra Touch
Attn: Bankruptcy Desk/Managing Agent
3017 Sheridan St. Ste 2
Las Vegas NV 89102

Thayer Family
Attn: Bankruptcy Desk/Managing Agent
7511 Cedar Rae Ave
Las Vegas, NV 89131

The  Bureau of National
Attn: Bankruptcy Desk/Managing Agent
Customer Relatio
Affairs  Inc.
1231 25th Street, N.W.
Washington DC 20037

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

The Ad Guys
Attn: Bankruptcy Desk/Managing Agent
HCR 33 Box 2953
Las Vegas NV 89124

The Advantage Group
Attn: Bankruptcy Desk/Managing Agent
1695 Meadow Wood Lane #200
Reno NV 89502-6511

The Andre Agassi Charitable
Attn: Bankruptcy Desk/Managing Agent
Foundation
3960 Howard Hughes Pkwy, Ste. 750
Las Vegas NV 89109

The Animal Foundation
Attn: Bankruptcy Desk/Managing Agent
Attn: Kara Kidwell
Lied Animal Shelter
655 North Mojave Road
Las Vegas NV 89101-2401

The Art Group
Attn: Bankruptcy Desk/Managing Agent
3119 W Post Road
Las Vegas NV 89118

The Barrel Company Inc.
Attn: Bankruptcy Desk/Managing Agent
3433 Losee Rd #3
N. Las Vegas NV 89030

The Battery Source
Attn: Bankruptcy Desk/Managing Agent
5015 W. Sahara Ave. #124
Las Vegas NV 89102

The Bilco Company
Attn: Bankruptcy Desk/Managing Agent
c/o Mitchell Associates
5229 N 7th Avenue Suite 102
Phoenix AZ 85013-1963

The Bobbit Group
Attn: Bankruptcy Desk/Managing Agent
PO Box 1346
Hoopa CA 95546

The Bostedt Corp
Attn: Bankruptcy Desk/Managing Agent
8683 W. Sahara Ave
Ste 100
Las Vegas NV 89117

The Butler Did It
Attn: Bankruptcy Desk/Managing Agent
6729 Airdale Circle
Las Vegas NV 89103

The Cabinet Guy
Attn: Bankruptcy Desk/Managing Agent
1070 Daytona Ave.
Pahrump NV 89048

The Carroll School
Attn: Bankruptcy Desk/Managing Agent
Dana Blackhurst
25 Baker Bridge Road
Lincoln MA 01773

The Chandler Collection
Attn: Bankruptcy Desk/Managing Agent
5548 Lindbergh Lane
Bell CA 90201

The CIT Group/Equipment Financing
Attn: Bankruptcy Desk/Managing Agent
PO Box 27248
Tempe, AZ 85285-7248

The CIT Group/Sales Financing
Attn: Bankruptcy Desk/Managing Agent
715 S. Metropolitan Avenue
P. O. Box 24330
Oklahoma City OK 73124

The Cleaning Gals
Attn: Bankruptcy Desk/Managing Agent
Jeanette
2025 Maya Dr.
Kingman AZ 86401

The Clubs at Rhodes Ranch
Attn: Bankruptcy Desk/Managing Agent
8975 W. Warm Springs
Las Vegas NV 89148

The Corporate Search Group,Inc
Attn: Bankruptcy Desk/Managing Agent
Recruitment of Professionals
P. O. Box 7303
La Verne CA 91750

The Council on Education
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 340023
Boston MA 02241-0423

The Counselors of Real Estate
Attn: Bankruptcy Desk/Managing Agent
430 North Michigan Avenue
Chicago IL 60611-4089

The Economist
Attn: Bankruptcy Desk/Managing Agent
Subscription Department
P.O.Box 50402
Boulder CO 80322-0402

The Falls HOA
Attn: Bankruptcy Desk/Managing Agent
4730 South Fort Apache Road
Suite 300
Las Vegas NV 89147

The Falls@Rhodes Ranch
Attn: Bankruptcy Desk/Managing Agent
c/o Castle Management
P. O. Box 94707
Las Vegas NV 89193-4707

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

The Food Hotline
Attn: Bankruptcy Desk/Managing Agent
3351 S. Highland, Ste 208
Las Vegas NV 89108

The Garage Door Center
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way # 100
Henderson NV 89014

The Home Depot Credit Services
Attn: Bankruptcy Desk/Managing Agent
2482070000000
Dept. 32 - 2017234646
P. O. Box 6029
The Lakes NV 88901-6029

The Home Show
Attn: Bankruptcy Desk/Managing Agent
1501 Ten Palms Court
Las Vegas NV 89117

The James Family Trust
Attn: Bankruptcy Desk/Managing Agent
5010 South Valley View Boulevard
Las Vegas, NV 89118

The Kingsmen
Attn: Bankruptcy Desk/Managing Agent
Bob Rose
P.O. Box 6211
Kingman AZ 86402

The Kingsmen Golf Committee
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6211
Kingman AZ 86402

The Koko Company
Attn: Bankruptcy Desk/Managing Agent
4402 11th Street
Suite 503
Long Island City NY 11101

The LanDesign Consultant, Inc.
Attn: Bankruptcy Desk/Managing Agent
1134 Castle Point Avenue
Las Vegas NV 89014

The Las Vegas NV Press
Attn: Bankruptcy Desk/Managing Agent
1385 Pama Ln
#111
Las Vegas NV 89119

The Law Firm of
Attn: Bankruptcy Desk/Managing Agent
John E. Hampton & Associates
8235 Douglas Ave. Suite 1300
Dallas TX 75225

The Law Offices of
Attn: Bankruptcy Desk/Managing Agent
Kermitt L. Waters
704 South 9th Street
Las Vegas NV 89101

The Lawrence Company
Attn: Bankruptcy Desk/Managing Agent
52 First Street, Suite 210
San Jose CA 95113

The Learning Center
Attn: Bankruptcy Desk/Managing Agent
2975 S. Rainbow Blvd.
Suite D1
Las Vegas NV 89146

The Magic World of Plants
Attn: Bankruptcy Desk/Managing Agent
4535 W. Sahara # 105
Las Vegas NV 89102

The Masonry Group Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
4685 Berg Street
North Las Vegas NV 89081

The McFletcher Corporation
Attn: Bankruptcy Desk/Managing Agent
8700 East Vista Bonita Dr.
Suite 220
Scottsdale AZ  85255-3201

The McGraw-Hill Companies
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4182
Los Angeles CA 90096-4182

The Meadows School
Attn: Bankruptcy Desk/Managing Agent
8601 Scholar Lane
Las Vegas NV 89128

The Mili Group Inc
Attn: Bankruptcy Desk/Managing Agent
330 E. Warm Springs Road
Las Vegas NV 89119

The Mili Grp-Eric Santos
Attn: Bankruptcy Desk/Managing Agent
330 E. Warm Springs Rd
Ste A-15
Las Vegas NV 89119

The Mobile Storage Group
Attn: Bankruptcy Desk/Managing Agent
7590 North Glen Oaks Blvd
PO Box 10999
Burbank CA 91510

The Mobile Storage Group
Attn: Bankruptcy Desk/Managing Agent
PO Box 10999
Burbank, CA 91510

The Neon Museum
Attn: Bankruptcy Desk/Managing Agent
821 Las Vegas NV Blvd. North
Las Vegas NV 89101

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                    Served 4/17/2009

The News
Attn: Bankruptcy Desk/Managing Agent
Vince Durocher - Sales Rep.
2290 Corporate Circle, Suite 250
Henderson NV 89074

The Office of the Labor
Attn: Bankruptcy Desk/Managing Agent
Commissioner
555 E. Washington Ave.,Suite 4100
Las Vegas NV 89101

The Orleans Hotel & Casino
Attn: Bankruptcy Desk/Managing Agent
4500 W. Tropicana Ave.
Las Vegas NV 89103

The Osborne Engineering Compan
Attn: Bankruptcy Desk/Managing Agent
Robert venorsky
1300 East Ninth St, Suite 1500
Cleveland OH 44114

The Paving Stone Company
Attn: Bankruptcy Desk/Managing Agent
Bryan
3995 Industrial Rd.
Las Vegas NV 89103

The Plantworks
Attn: Bankruptcy Desk/Managing Agent
3930 Graphics Center Drive
Las Vegas NV 89118

The Plastic Man
Attn: Bankruptcy Desk/Managing Agent
3919 Renate Drive
Las Vegas NV 89103

The Popcorn Factory
Attn: Bankruptcy Desk/Managing Agent
1600 Stewart Avenue
Westbury CT 11590

The Preserves at Elkhorn HOA
Attn: Bankruptcy Desk/Managing Agent
c/o Kalifelz Team Assoc.Mgmt, LLC
7900 West Tropical Pkwy # 130
Las Vegas NV 89149

The Preserves at Elkhorn HOA
Attn: Bankruptcy Desk/Managing Agent
Marti Zeigler (Assoc. Mgr)
Benchmark Association Services
1515 E. Tropicana Avenue,Ste 350A
Las Vegas NV 89119

The Project for
Attn: Bankruptcy Desk/Managing Agent
Arizona's Future
913 W. McDowell
Phoenix AZ 85007

The Public Education Foundatio
Attn: Bankruptcy Desk/Managing Agent
3360 West Sahara Avenue
Suite 160
Las Vegas NV 89102

The Randall Company
Attn: Bankruptcy Desk/Managing Agent
Petra Latch
8920 West Tropicana Avenue
Suite 105
Las Vegas NV 89147

The Rogich Communications Grou
Attn: Bankruptcy Desk/Managing Agent
3980 Howard Hughes Pkwy
Suite 550
Las Vegas NV 89109

The Rosenfeld Law Group
Attn: Bankruptcy Desk/Managing Agent
6725 Via Austi Parkway
Suite 200
Las Vegas NV 89119

The Rug Market America
Attn: Bankruptcy Desk/Managing Agent
5370 W. Jefferson Blvd.
Los AngelesCA  90016

The San Diego Union Tribune
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 120191
San Diego CA 92112-0191

The Shade Tree
Attn: Bankruptcy Desk/Managing Agent
Attn: Heather Estus
P. O. Box 669
Las Vegas NV 89125

The Sports Authority
Attn: Bankruptcy Desk/Managing Agent
5120 S. Fort Apache Road
Las Vegas NV 89148

The Standard
Attn: Bankruptcy Desk/Managing Agent
221 E. Beale St.
Kingman AZ 86401

The Stoneyard, LLC
Attn: Bankruptcy Desk/Managing Agent
2 Spectacle Pond Road
Littleton MA 01460

The Sullivan Group, LLC
Attn: Bankruptcy Desk/Managing Agent
Real Estate Advisors
12555 High Bluff Drive, Suite 210
San Diego CA 92130

The Tribune
Attn: Bankruptcy Desk/Managing Agent
120 W. First Ave.
Mesa AZ 85210

The UPS Store #1104
Attn: Bankruptcy Desk/Managing Agent
9030 W. Sahara Avenue
Las Vegas NV 89117

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

The Urban Land Institute
Attn: Bankruptcy Desk/Managing Agent
Department 186
Washington DC 20055-0186

The Villas HOA
Attn: Bankruptcy Desk/Managing Agent
4730 S. Fort Apache Suite 300
Las Vegas NV 89147

The Wall Street Journal
Attn: Bankruptcy Desk/Managing Agent
Attn: Manager Subscriber Service
P.O. Box 7007
Chicopee MA 01021-9985

The Water Man
Attn: Bankruptcy Desk/Managing Agent
1449 Carrizo Rd.
Golden Valley AZ 86413

The Web Group
Attn: Bankruptcy Desk/Managing Agent
208 Rudolph Ave.
Elmwood Park NJ 07407

The Weber Group, L.C.
Attn: Bankruptcy Desk/Managing Agent
Fred Tregaskes
16825 South Weber Dr.
Chandler AZ 85226-4112

The Wheel Thing, Inc.
Attn: Bankruptcy Desk/Managing Agent
5312 Palm Drive
LaCanada CA 91011

The Windo-Pro/Dwight Hayes
Attn: Bankruptcy Desk/Managing Agent
PO Box 1937
Dolan Springs AZ 86441

Thearon & Karen Anderson
Attn: Bankruptcy Desk/Managing Agent
753 Wigan Pier Dr
Henderson, NV 89002

Thelma & Manuel Diago
Attn: Bankruptcy Desk/Managing Agent
254 Jefferson Ave
Brentwood, NY 11717

Thelma & Manuel Diago
Attn: Bankruptcy Desk/Managing Agent
315 Descano Garden Dr
Las Vegas, NV 89148

Theodore Braga
Attn: Bankruptcy Desk/Managing Agent
1074 Delano St
San Lorenzo, CA 94580

Theodore Braga
Attn: Bankruptcy Desk/Managing Agent
9266 Orchid Pansy Ave
Las Vegas, NV 89148

Theodore Bryla
Attn: Bankruptcy Desk/Managing Agent
7530 Cedar Rae Ave
Las Vegas, NV 89131

Theodore Stilwell
Attn: Bankruptcy Desk/Managing Agent
383 Foster Springs Rd
Las Vegas, NV 89148

Theodore Stilwell
Attn: Bankruptcy Desk/Managing Agent
9544 Stone Oak Ct
Salinas, CA 93907

Theresa Brown
Attn: Bankruptcy Desk/Managing Agent
2301 Effingham St
Portsmouth, VA 23704

Theresa Brown
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 312
Las Vegas, NV 89113

Theresa Dinkins
Attn: Bankruptcy Desk/Managing Agent
626 Harvester Course Dr
Las Vegas, NV 89148

Theresa P. Dinkins
Attn: Bankruptcy Desk/Managing Agent
P.O.BOX 2382
Dublin CA 94568

Theresita Bourdeaux
Attn: Bankruptcy Desk/Managing Agent
378 Highland Dr
Pineville, LA 71360

Theresita Bourdeaux
Attn: Bankruptcy Desk/Managing Agent
4778 Essen Ct
Las Vegas, NV 89147

Thien H. Vu & Kristina Tran
Attn: Bankruptcy Desk/Managing Agent
30806 Wisteria Circle
Murrieta CA 92563

Thinh Tran
Attn: Bankruptcy Desk/Managing Agent
506 Newberry Springs Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Thinh Tran
Attn: Bankruptcy Desk/Managing Agent
9742 Garrett Cir
Huntington Beach, CA 92646

Think Big Ballons
Attn: Bankruptcy Desk/Managing Agent
6170 W. Lake Mead Blvd
# 298
Las Vegas NV 89108

THK Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
2953 South Peoria Street
Suite 101
Aurora CO 80014

Thomas & Alberta Fox
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 203
Las Vegas, NV 89113

Thomas & Bette Bisco
Attn: Bankruptcy Desk/Managing Agent
1000 N Green Valley Pkwy
Henderson, NV 89074

Thomas & Bette Bisco
Attn: Bankruptcy Desk/Managing Agent
17 Pangloss St
Henderson, NV 89002

Thomas & Bonnie Callahan
Attn: Bankruptcy Desk/Managing Agent
6811 Rose Mallow St
Las Vegas, NV 89148

Thomas & Constance Pender
Attn: Bankruptcy Desk/Managing Agent
4870 Lames Dr
Las Vegas, NV 89122

Thomas & Crystal Haselton
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 213
Las Vegas, NV 89113

Thomas & Crystal Haselton
Attn: Bankruptcy Desk/Managing Agent
PO Box 10912
Pleasanton, CA 94588

Thomas & Dorothy Olsen
Attn: Bankruptcy Desk/Managing Agent
289 Rolling Springs Dr
Las Vegas, NV 89148

Thomas & Dorothy Olsen
Attn: Bankruptcy Desk/Managing Agent
3355 N Five Mile Rd # 302
Boise, ID 83713

Thomas & E Suzette Phillips
Attn: Bankruptcy Desk/Managing Agent
556 Via Colmo Ave
Henderson, NV 89011

Thomas & Evelyn Daumeyer
Attn: Bankruptcy Desk/Managing Agent
461 Punto Vallata Dr
Henderson, NV 89011

Thomas & Jamie Emlaw
Attn: Bankruptcy Desk/Managing Agent
35 Voltaire Ave
Henderson, NV 89002

Thomas & Janet Lombino
Attn: Bankruptcy Desk/Managing Agent
155 Marco Island St
Las Vegas, NV 89148

Thomas & Karan Sims
Attn: Bankruptcy Desk/Managing Agent
489 Via Palermo Dr
Henderson, NV 89011

Thomas & Keiko Riggins
Attn: Bankruptcy Desk/Managing Agent
926 Via Canale Dr
Henderson, NV 89011

Thomas & Kelli Sanchez
Attn: Bankruptcy Desk/Managing Agent
7201 Buglehorn St
Las Vegas, NV 89131

Thomas & Lori Shanahan
Attn: Bankruptcy Desk/Managing Agent
266 Brushy Creek Ave
Las Vegas, NV 89148

Thomas & Mun Crandall
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 302
Las Vegas, NV 89113

Thomas & Pamela Dahlen
Attn: Bankruptcy Desk/Managing Agent
977 Via Canale Dr
Henderson, NV 89011

Thomas & Pamela Dahlen
Attn: Bankruptcy Desk/Managing Agent
9929 Laurel Springs Ave
Las Vegas, NV 89134

Thomas & Pamela Dahlen
Attn: Bankruptcy Desk/Managing Agent
993 Via Canale Dr
Henderson, NV 89011

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Thomas & Rosemary Dibble
Attn: Bankruptcy Desk/Managing Agent
1457 E 8730 S
Sandy, UT 84093

Thomas & Rosemary Dibble
Attn: Bankruptcy Desk/Managing Agent
269 Spring Hollow Dr
Las Vegas, NV 89148

Thomas & Sandra Donaldson
Attn: Bankruptcy Desk/Managing Agent
349 Lakewood Garden Dr
Las Vegas, NV 89148

Thomas & Sandra Donaldson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2130
Las Vegas, NV 89148

Thomas & Susan Cavanaugh
Attn: Bankruptcy Desk/Managing Agent
391 Hidden Hole Dr
Las Vegas, NV 89148

Thomas & Susan Cavanaugh
Attn: Bankruptcy Desk/Managing Agent
8540 Dune Lake Rd SE
Moses Lake, WA 98837

Thomas & Virginia Schwab
Attn: Bankruptcy Desk/Managing Agent
1068 Via Corto St
Henderson, NV 89011

Thomas & Virginia Schwab
Attn: Bankruptcy Desk/Managing Agent
PO Box 426
Capitola, CA 95010

Thomas & Yolanda Cloyd
Attn: Bankruptcy Desk/Managing Agent
40 Blaven Dr
Henderson, NV 89002

Thomas Buffolino
Attn: Bankruptcy Desk/Managing Agent
281 Cliff Valley Dr
Las Vegas, NV 89148

Thomas Carroll and Associates
Attn: Bankruptcy Desk/Managing Agent
5860 South Pecos, Suite 400
Las Vegas NV 89120

Thomas Coletto
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 309
Las Vegas, NV 89113

Thomas Connolly
Attn: Bankruptcy Desk/Managing Agent
327 Cart Crossing Way
Las Vegas, NV 89148

Thomas Corey
Attn: Bankruptcy Desk/Managing Agent
956 Via Vannucci Way
Henderson, NV 89011

Thomas Crooks
Attn: Bankruptcy Desk/Managing Agent
1033 Via Panfilo Ave
Henderson, NV 89011

Thomas Digiola
Attn: Bankruptcy Desk/Managing Agent
900 Via Del Tramonto St
Henderson, NV 89011

Thomas Dombrowski
Attn: Bankruptcy Desk/Managing Agent
6 Cobbs Creek Way
Las Vegas, NV 89148

Thomas Dzikowski
Attn: Bankruptcy Desk/Managing Agent
7173 Duragno Dr #201
Las Vegas, NV 89113

Thomas Dzikowski
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 201
Las Vegas, NV 89113

Thomas Family
Attn: Bankruptcy Desk/Managing Agent
694 Vortex Ave
Henderson, NV 89002

Thomas Ford
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 743204
Los Angeles CA 90004

Thomas Groce
Attn: Bankruptcy Desk/Managing Agent
7420 Red Cinder St
Las Vegas, NV 89131

Thomas Hovorka
Attn: Bankruptcy Desk/Managing Agent
782 Tossa De Mar Ave
Henderson, NV 89002

Thomas Hovorka
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 1454
San Bruno CA 94066

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                          Served 4/17/2009

Thomas Isbell
Attn: Bankruptcy Desk/Managing Agent
11837 Love Orchid Ln
Las Vegas, NV 89138

Thomas Isbell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1044
Las Vegas, NV 89148

Thomas J. Puhek, DDS
Attn: Bankruptcy Desk/Managing Agent
3431 E. Sunset Rd., Suite 301
Las Vegas NV 89120

Thomas Janulewicz
Attn: Bankruptcy Desk/Managing Agent
9307 Orchid Pansy Ave
Las Vegas, NV 89148

Thomas Kelly
Attn: Bankruptcy Desk/Managing Agent
334 Cart Crossing Way
Las Vegas, NV 89148

Thomas King
Attn: Bankruptcy Desk/Managing Agent
162 Crooked Tree Dr
Las Vegas, NV 89148

Thomas Patufka
Attn: Bankruptcy Desk/Managing Agent
7123 S Durango Dr Unit 309
Las Vegas, NV 89113

Thomas Perkins & Associates
Attn: Bankruptcy Desk/Managing Agent
6285 S Valley View Blvd Ste H
Las Vegas NV 89118

Thomas Robinson
Attn: Bankruptcy Desk/Managing Agent

Thomas Ryan
Attn: Bankruptcy Desk/Managing Agent
1192 Olivia Pkwy
Henderson, NV 89011

Thomas Ryan
Attn: Bankruptcy Desk/Managing Agent
N96 W14663 Emerald Ln
Germantown, WI 53022

Thomas Takeuchi
Attn: Bankruptcy Desk/Managing Agent
201 Wicked Wedge Way
Las Vegas, NV 89148

Thomas Takeuchi
Attn: Bankruptcy Desk/Managing Agent
398 Lunalilo Home Rd
Honolulu, HI 96825

Thomas Tran
Attn: Bankruptcy Desk/Managing Agent
107 Red Tee Ln
Las Vegas, NV 89148

Thomas Tran
Attn: Bankruptcy Desk/Managing Agent
2462 Strathmore Ave
Rosemead, CA 91770

Thomas Trieu
Attn: Bankruptcy Desk/Managing Agent
302 Turtle Peak Ave
Las Vegas, NV 89148

Thomas, Kelly
Attn: Bankruptcy Desk/Managing Agent
2728 Briarcliff
Henderson, NV 89074

Thompson Learning
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 95999
Chicago IL 60694-5999

Thomson West
Attn: Bankruptcy Desk/Managing Agent
P.O BOX 6292
Carol Stream IL 60197-6292

Thorburn Associates Inc.
Attn: Bankruptcy Desk/Managing Agent
2867 Grove Way
PO Box 20399
Castro Valley CA 95456

Thornton Family
Attn: Bankruptcy Desk/Managing Agent
42 Cascade Lake St
Las Vegas, NV 89148

Through The Eyes of a Child
Attn: Bankruptcy Desk/Managing Agent
420 Red Canvas Place
Las Vegas NV 89144

Thu Truong
Attn: Bankruptcy Desk/Managing Agent
1927 Reed Hill Dr.
Windermere FL 34786

Thy Tran
Attn: Bankruptcy Desk/Managing Agent
9475 Castillana Ct
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Thybony
Attn: Bankruptcy Desk/Managing Agent
3720 N. Kedzie Ave.
Chicago IL 60618-4543

Tian Fu
Attn: Bankruptcy Desk/Managing Agent
305 Fringe Ruff Dr
Las Vegas, NV 89148

Tian Fu
Attn: Bankruptcy Desk/Managing Agent
5420 Lindsey Ln
Cypress, CA 90630

Tiberti Fence Co.
Attn: Bankruptcy Desk/Managing Agent
4975 Rogers Street
Las Vegas NV 89118

Tiburon HOA
Attn: Bankruptcy Desk/Managing Agent
c/o Taylor Association Management
259 North Pecos Road, Suite 100
Henderson, NV 89074

Tiburon II HOA
Attn: Bankruptcy Desk/Managing Agent
c/o Taylor Association Management
259 North Pecos Road, Suite 100
Henderson, NV 89074

Tiee Family
Attn: Bankruptcy Desk/Managing Agent
7421 Thornbuck Pl
Las Vegas, NV 89131

Tiffany Banks
Attn: Bankruptcy Desk/Managing Agent
5809 La Jolla Way
Las Vegas NV 89108

Tiffany Bellotti
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1126
Las Vegas, NV 89147

Tiffany Jew
Attn: Bankruptcy Desk/Managing Agent
176 Marbly Ave
Daly City, CA 94015

Tiffany Jew
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2120
Las Vegas, NV 89148

Tiger Consulting
Attn: Bankruptcy Desk/Managing Agent
Larry Van Pelte
618 Tustin Avenue
Newport Beach CA 92663

Tim LuCarelli
Attn: Bankruptcy Desk/Managing Agent
6737 Costa Brava Road
Las Vegas NV 89146

Timberline Software
Attn: Bankruptcy Desk/Managing Agent
Sage Software, Inc.
P.O.Box 728
Beaverton OR 97075-0728

Timberline Users Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 697
SylvaniaOH  43560

Timothy & Altagracia Anderson
Attn: Bankruptcy Desk/Managing Agent
530 Via Ripagrande Ave
Henderson, NV 89011

Timothy & Caroline Delugo
Attn: Bankruptcy Desk/Managing Agent
41 Diamond Run St
Las Vegas, NV 89148

Timothy & Deborah Lewis
Attn: Bankruptcy Desk/Managing Agent
6827 Scarlet Flax St
Las Vegas, NV 89148

Timothy & Gerald Norman
Attn: Bankruptcy Desk/Managing Agent
9675 Marcelline Ave
Las Vegas, NV 89148

Timothy & Juliet Shirley
Attn: Bankruptcy Desk/Managing Agent
6832 Scarlet Flax St
Las Vegas, NV 89148

Timothy & Laura Canale
Attn: Bankruptcy Desk/Managing Agent
238 Palm Trace Ave
Las Vegas, NV 89148

Timothy & Stacey Sam
Attn: Bankruptcy Desk/Managing Agent
262 Fringe Ruff Dr
Las Vegas, NV 89148

Timothy & Valerie Bedwell
Attn: Bankruptcy Desk/Managing Agent
755 Wigan Pier Dr
Henderson, NV 89002

Timothy D. Rasmussen
Attn: Bankruptcy Desk/Managing Agent
3400 Casana Dr. Unit 1071
Las Vegas NV 89122

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Timothy Fitzgerald
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 214
Las Vegas, NV 89113

Timothy Giles
Attn: Bankruptcy Desk/Managing Agent
7809 Flagler Street
Las Vegas NV 89139

Timothy Hastie
Attn: Bankruptcy Desk/Managing Agent
1236 Olivia Pkwy
Henderson, NV 89011

Timothy Kusz
Attn: Bankruptcy Desk/Managing Agent
7500 Brittlethorne Ave
Las Vegas, NV 89131

Timothy Madison
Attn: Bankruptcy Desk/Managing Agent
6225 Humus Ave
Las Vegas, NV 89139

Timothy Madison
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 205
Las Vegas, NV 89113

Timothy Malagon
Attn: Bankruptcy Desk/Managing Agent
639 Orchard Course Dr
Las Vegas, NV 89148

Timothy Martin
Attn: Bankruptcy Desk/Managing Agent
215 Lenape Heights Ave
Las Vegas, NV 89148

Timothy Martin
Attn: Bankruptcy Desk/Managing Agent
2325 Cockatoo Dr
N Las Vegas, NV 89084

Timothy McQuay
Attn: Bankruptcy Desk/Managing Agent
290 Caddy Bag Ct
Las Vegas, NV 89148

Timothy McQuay
Attn: Bankruptcy Desk/Managing Agent
6492 Applegate Ct
San Jose, CA 95119

Timothy Mersch
Attn: Bankruptcy Desk/Managing Agent
4847 Lames Dr
Las Vegas, NV 89122

Timothy Morris
Attn: Bankruptcy Desk/Managing Agent
6883 Rose Mallow St
Las Vegas, NV 89148

Timothy Waters
Attn: Bankruptcy Desk/Managing Agent
205 Dandelion Ln
San Ramon, CA 94582

Timothy Waters
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2081
Las Vegas, NV 89148

Tin & Linda Nguyen
Attn: Bankruptcy Desk/Managing Agent
15403 Barbarossa Dr
Houston, TX 77083

Tin & Linda Nguyen
Attn: Bankruptcy Desk/Managing Agent
611 Newberry Springs Dr
Las Vegas, NV 89148

Tin Cheung
Attn: Bankruptcy Desk/Managing Agent
101 Sandy Bunker Ln
Las Vegas, NV 89148

Tin Cheung
Attn: Bankruptcy Desk/Managing Agent
2346 Indian Creek Rd
Diamond Bar, CA 91765

Tin Cheung
Attn: Bankruptcy Desk/Managing Agent
687 Orchard Course Dr
Las Vegas, NV 89148

Tin Kerine Cheung
Attn: Bankruptcy Desk/Managing Agent
2346 Indian Creek Road
Diamond Bar CA 91765

Tina Licata
Attn: Bankruptcy Desk/Managing Agent
9 Campbell St
New Hyde Park, NY 11040

Tina Licata
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2151
Las Vegas, NV 89148

Tina T LLC
Attn: Bankruptcy Desk/Managing Agent
168 Hickory Heights Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Tina T LLC
Attn: Bankruptcy Desk/Managing Agent
5450 Wesleyan Ct
Las Vegas, NV 89113

Tina Yao
Attn: Bankruptcy Desk/Managing Agent
14007 Blue Ribbon Ln
Corona, CA 92880

Tina Yao
Attn: Bankruptcy Desk/Managing Agent
273 Sea Rim Ave
Las Vegas, NV 89148

Tina Zardiashvili
Attn: Bankruptcy Desk/Managing Agent
332 Broken Par Dr
Las Vegas, NV 89148

Tinat LLC
Attn: Bankruptcy Desk/Managing Agent
216 Hickory Heights Ave
Las Vegas, NV 89148

Tinat LLC
Attn: Bankruptcy Desk/Managing Agent
5450 Wesleyan Ct
Las Vegas, NV 89113

Tinat LLC
Attn: Bankruptcy Desk/Managing Agent
9653 Kampsville Ave
Las Vegas, NV 89148

Ting Xu
Attn: Bankruptcy Desk/Managing Agent
173 Williamsburg Ct
Albany, NY 12203

Ting Xu
Attn: Bankruptcy Desk/Managing Agent
378 Fringe Ruff Dr
Las Vegas, NV 89148

Tire Works
Attn: Bankruptcy Desk/Managing Agent
9590 W. Tropicana Ave.
Las Vegas NV 89147

TireMasters/KKL
Attn: Bankruptcy Desk/Managing Agent
5680 North Simmons
N. Las Vegas NV 89031

Tishara Cousino
Attn: Bankruptcy Desk/Managing Agent
5015 W. Sahara Ste 125-217
Las Vegas NV 89146

Tita Rosario
Attn: Bankruptcy Desk/Managing Agent
12512 Mantilla Rd
San Diego, CA 92128

Tita Rosario
Attn: Bankruptcy Desk/Managing Agent
538 Foster Springs Rd
Las Vegas, NV 89148

Titan Stairs & Trim Inc.
Attn: Bankruptcy Desk/Managing Agent
Dave Poisson
5325 South Valley View
Las Vegas NV 89118

Titleist
Attn: Bankruptcy Desk/Managing Agent
Acushnet Company
P.O.Box 965
Fairhaven MA 02719-0965

Tito Luna and Stacey Dowing
Attn: Bankruptcy Desk/Managing Agent
7777 S. Jones Blvd # 1075
Las Vegas NV 89139

Tjia Family
Attn: Bankruptcy Desk/Managing Agent
198 Short Ruff Way
Las Vegas, NV 89148

Tjia Family
Attn: Bankruptcy Desk/Managing Agent
199 Broken Putter Way
Las Vegas, NV 89148

Tjia Family
Attn: Bankruptcy Desk/Managing Agent
25395 Prado De La Felicidad
Calabasas, CA 91302

Tjia Family
Attn: Bankruptcy Desk/Managing Agent
7730 Airport Business Pkwy
Van Nuys, CA 91406

T-Mobile
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 742596
Cincinnati OH 45274-2596

To Go By Jo Catering
Attn: Bankruptcy Desk/Managing Agent
9101 W. Sahara Avenue
Suite 105 - E23
Las Vegas NV 89117

Tobares Family
Attn: Bankruptcy Desk/Managing Agent
174 Hickory Heights Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
219 Rusty Plank Ave
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
308 Lakewood Garden Dr
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
331 Forest Park Ct
Pacifica, CA 94044

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
381 Grandover Ct
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
383 Banff Ct
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
388 First On Dr
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
4214 California St
San Francisco, CA 94118

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2042
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2111
Las Vegas, NV 89148

Toby & Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2128
Las Vegas, NV 89148

Todd & Brigette Hajduk
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 209
Las Vegas, NV 89113

Todd & Brigette Hajduk
Attn: Bankruptcy Desk/Managing Agent
9317 Mountain Rise Ave
Las Vegas, NV 89129

Todd & Karen Kennedy
Attn: Bankruptcy Desk/Managing Agent
9794 Kampsville Ave
Las Vegas, NV 89148

Todd & Priscila Lee
Attn: Bankruptcy Desk/Managing Agent
261 Via Di Citta Dr
Henderson, NV 89011

Todd & Priscila Lee
Attn: Bankruptcy Desk/Managing Agent
5509 Sunview Way
Antioch, CA 94531

Todd Brunson
Attn: Bankruptcy Desk/Managing Agent
4895 Stavanger Ln
Las Vegas, NV 89147

Todd Brunson
Attn: Bankruptcy Desk/Managing Agent
9462 Castiliana Ct
Las Vegas, NV 89147

Todd Hopkins
Attn: Bankruptcy Desk/Managing Agent
4615 Pico St Apt 5
San Diego, CA 92109

Todd Hopkins
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 308
Las Vegas, NV 89113

Todd McLean
Attn: Bankruptcy Desk/Managing Agent
136 Maria Dr
Petaluma, CA 94954

Todd McLean
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 104
Las Vegas, NV 89113

Tom & Ann Vongchanglaw
Attn: Bankruptcy Desk/Managing Agent
6857 Scarlet Flax St
Las Vegas, NV 89148

Tom & Hien Trang
Attn: Bankruptcy Desk/Managing Agent
363 Banff Ct
Las Vegas, NV 89148

Tom & Hien Trang
Attn: Bankruptcy Desk/Managing Agent
4205 E Summer Creek Ln
Anaheim, CA 92807

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Tom Frank
Attn: Bankruptcy Desk/Managing Agent
1939 Wikieup #1
114 Tucker Plaza,  Suite 5
Kingman AZ 86401

Tom Mulso
Attn: Bankruptcy Desk/Managing Agent
2600 S. Town Center Dr.#2045
Las Vegas NV 89135

Tomislav & Rozalija Buntic
Attn: Bankruptcy Desk/Managing Agent
615 Orchard Course Dr
Las Vegas, NV 89148

Tomo Aihara
Attn: Bankruptcy Desk/Managing Agent
28 Tall Ruff Dr
Las Vegas, NV 89148

Toney L. Earl
Attn: Bankruptcy Desk/Managing Agent
37 Williams Avenue
Spring Valley NY 10977

Toni Delellis
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 209
Las Vegas, NV 89113

Tonia Holmes-Sutton, M.Ed
Attn: Bankruptcy Desk/Managing Agent
Tonia Holmes-Sutton      Cell:
Andre Aggasi College Preparatory
1201 West Lake Mead Blvd.
Las Vegas NV 89156

Tonika Lyle
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2170
Las Vegas, NV 89148

Tony & Georgeea Grissom
Attn: Bankruptcy Desk/Managing Agent
2502 Serenity Ct
Henderson, NV 89074

Tony & Georgeea Grissom
Attn: Bankruptcy Desk/Managing Agent
524 Via Cenami Ct
Henderson, NV 89011

Tony & Wai Chow
Attn: Bankruptcy Desk/Managing Agent
662 Harvester Course Dr
Las Vegas, NV 89148

Tony Howard
Attn: Bankruptcy Desk/Managing Agent
4760 Crakow Ct
Las Vegas, NV 89147

Tony Manitta
Attn: Bankruptcy Desk/Managing Agent
7100 West Alexander Blvd.
Bldg. 2, Apt. 1013
Las Vegas NV 89129

Tony Mostajir
Attn: Bankruptcy Desk/Managing Agent
Landcor
4465 S. Jones #9
Las Vegas NV 89103

Tony Wood
Attn: Bankruptcy Desk/Managing Agent
241 Tayman Park Ave
Las Vegas, NV 89148

Top Brass
Attn: Bankruptcy Desk/Managing Agent
1719 Whitehead Road
Baltimore 21207

Top Health
Attn: Bankruptcy Desk/Managing Agent
PO Box 263
Chelsea AL 35043

Top Notch Services
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd
Las Vegas NV 89139

Tops Software, LLC
Attn: Bankruptcy Desk/Managing Agent
364 C. Christopher Ave
Gaithersburg MD 20879

Toro Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference Street
Las Vegas NV 89122

Toro Underground Inc
Attn: Bankruptcy Desk/Managing Agent
1916 N. Boulder Hwy, Bldg A
Henderson NV 89015

Torres Companies LLC
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 308
Las Vegas, NV 89113

Torres Companies LLC
Attn: Bankruptcy Desk/Managing Agent
884 Loma Bonita Pl
Las Vegas, NV 89138

Torres Lawn Service & More
Attn: Bankruptcy Desk/Managing Agent
Tel L. Corral
2815 W Ford  Apt. #1062
Las Vegas NV 89123

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Tory Garber
Attn: Bankruptcy Desk/Managing Agent
6771 Gold Yarrow St
Las Vegas, NV 89148

Tosh Monday
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2124
Las Vegas, NV 89148

Total Concrete, LLC
Attn: Bankruptcy Desk/Managing Agent
3823 Losee Road
N. Las Vegas NV 89030

Total Home Works
Attn: Bankruptcy Desk/Managing Agent
David
4955 South Durango, Suite 207
Las Vegas NV 89113

Total Sign Systems
Attn: Bankruptcy Desk/Managing Agent
3021 S. Valley View # 108
Las Vegas NV 89102

TotTurf
Attn: Bankruptcy Desk/Managing Agent
4145 W. Mercury Way
Chandler AZ 85226

Touch, LLC
Attn: Bankruptcy Desk/Managing Agent
2121  South Industrial Road
Las Vegas NV 89102

Towbin Jeep
Attn: Bankruptcy Desk/Managing Agent
5555 West Sahara Ave
Las Vegas NV 89146

Towbin Motorcars
Attn: Bankruptcy Desk/Managing Agent
2550 S. Jones Blvd.
Las Vegas NV 89146

Tower Builders, LLC
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Drive
Suite 101
Las Vegas NV 89130

Town & Country
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7182
Red Oak IA 51591

Toyoko Calderone
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 216
Las Vegas, NV 89113

Toyoko Calderone
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 302
Las Vegas, NV 89113

Traci Chrisagis Photography
Attn: Bankruptcy Desk/Managing Agent
1068 Nordyke Ave.
Henderson NV 89015

Tracie Williams
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 109
Las Vegas, NV 89113

Tracy Merrill
Attn: Bankruptcy Desk/Managing Agent
9267 Dames Rocket Pl
Las Vegas, NV 89148

Tracy Pryor
Attn: Bankruptcy Desk/Managing Agent
1045 Viale Placenza Pl
Henderson, NV 89011

Tracy Thomas
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2145
Las Vegas, NV 89148

Trademark Electric
Attn: Bankruptcy Desk/Managing Agent
2119 Roy Rodgers Way
Kingman AZ 86401

Traffic Control & Safety
Attn: Bankruptcy Desk/Managing Agent
5380 Cameron Street Suite 10
Las Vegas NV  89118

Traffic Control Service, Inc.
Attn: Bankruptcy Desk/Managing Agent
Elva
P.O. Box  4180
Fullerton CA 92834

Trang Tran
Attn: Bankruptcy Desk/Managing Agent
161 Sandy Bunker Ln
Las Vegas, NV 89148

Transnation Title Ins. Co
Attn: Bankruptcy Desk/Managing Agent
3880 Stockton Hill Road
Suite 104
Kingman AZ 86401

Transnation Title Insurance
Attn: Bankruptcy Desk/Managing Agent
1316 Stockton Hill Road
Kingman AZ 86401

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Travers & Associates
Attn: Bankruptcy Desk/Managing Agent
20 Allen Ave. Ste 310
P.O. Box 220519
Saint Louis MO 63122

Travis & Angela Norberg
Attn: Bankruptcy Desk/Managing Agent
61 Blaven Dr
Henderson, NV 89002

Treasa Winkler
Attn: Bankruptcy Desk/Managing Agent
6717 Gold Yarrow St
Las Vegas, NV 89148

Trend Curve Marketing
Attn: Bankruptcy Desk/Managing Agent
Directions, Inc.
14850 Scenic Heights Rd. Ste. 155
Eden Prairie MN 55344

Trenlink/Compulink
Attn: Bankruptcy Desk/Managing Agent
4211 W. Sahara Avenue # A
Las Vegas NV 89102

Trevor & Maria Lothian
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 208
Las Vegas, NV 89113

Tri Power Scooters, Inc.
Attn: Bankruptcy Desk/Managing Agent
4375 W. Reno Avenue, Ste 6
Las Vegas NV 89118

Triadic Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
121 W. Hemlock
P. O. Box 471
Deming NM 88031

Tribble, Gregory
Attn: Bankruptcy Desk/Managing Agent
10175 Spring Mountain Road #2115
Las Vegas, NV 89117

Tribes Holdings, LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Ct.
Suite B # 106
Henderson NV 89015

Tribune
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78317
Phoenix AZ 85062-8317

Trina Phinizy
Attn: Bankruptcy Desk/Managing Agent
5514 Megan Faye St
N Las Vegas, NV 89031

Trina Phinizy
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 312
Las Vegas, NV 89113

Trinh Tran
Attn: Bankruptcy Desk/Managing Agent
9745 Kampsville Ave
Las Vegas, NV 89148

TriNova, Inc.
Attn: Bankruptcy Desk/Managing Agent
722 W. Broadway
Glendale CA 91204

Triton Grading & Paving LLC
Attn: Bankruptcy Desk/Managing Agent
4220 Arcata Way
Bldg B Suite 1
N Las Vegas NV 89030

Trophies of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
4295 S. Arville Suite A
Las Vegas NV 89103

Tropicana 3
Attn: Bankruptcy Desk/Managing Agent
9590 W. Tropicana Ave
Las Vegas NV 89147

Tropicana Durango Inves.
Attn: Bankruptcy Desk/Managing Agent
James Rhodes
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Tropicana Durango Ltd. I
Attn: Bankruptcy Desk/Managing Agent
Jim Rhodes
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Troy & Dana Burnett
Attn: Bankruptcy Desk/Managing Agent
209 Via Franciosa Dr
Henderson, NV 89011

Troy & Laura Vanderburg
Attn: Bankruptcy Desk/Managing Agent
176 Rusty Plank Ave
Las Vegas, NV 89148

Troy & Tony Alvarez
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 309
Las Vegas, NV 89113

Troy Smith
Attn: Bankruptcy Desk/Managing Agent
20071 Lawson Ln
Huntington Beach, CA 92646

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Troy Smith
Attn: Bankruptcy Desk/Managing Agent
282 Waterton Lakes Ave
Las Vegas, NV 89148

Truck Parts & Equipment Co.
Attn: Bankruptcy Desk/Managing Agent
4150 Donovan way
N. Las Vegas NV 89030

Truck Tub International
Attn: Bankruptcy Desk/Managing Agent
PO Box 2111
Pismo Beach, CA 93448

True Marketing
Attn: Bankruptcy Desk/Managing Agent
12 Sunset Way
Building B, Ste 202
Henderson NV 89014

Truesdell Residential Inc
Attn: Bankruptcy Desk/Managing Agent
3529 E. Wood St.
Phoenix AZ 85040-1834

Trust Galper
Attn: Bankruptcy Desk/Managing Agent
9594 Castillana Ct
Las Vegas, NV 89147

Trustee Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
4612 Califa Dr
Las Vegas, NV 89122

Trustee Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
6741 Quarterhorse Ln
Las Vegas, NV 89148

Trustee Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
6795 Gold Yarrow St
Las Vegas, NV 89148

TSA of Nevada, LLP
Attn: Bankruptcy Desk/Managing Agent
3110 S. Rainbow Blvd
Suite 104
Las Vegas NV 89146

TSCS
Attn: Bankruptcy Desk/Managing Agent
Rob Griffith
Texas State Construction Systems
9100 SW Freeway, Suite 100
Houston TX 77074

TSI Monitoring LLC
Attn: Bankruptcy Desk/Managing Agent
8550 W. Charleston Blvd #110
Las Vegas NV 89117

TSI Sales and Installation LLC
Attn: Bankruptcy Desk/Managing Agent
8550 W. Charleston Blvd #110
Las Vegas NV 89117

TSS Enterprises
Attn: Bankruptcy Desk/Managing Agent
Gary Simler
2827 E Ellini St
Phoenix, AZ 85040

Tsun Young
Attn: Bankruptcy Desk/Managing Agent
46 Sunset Bay St
Las Vegas, NV 89148

Tuan Tran
Attn: Bankruptcy Desk/Managing Agent
223 Crooked Putter Dr
Las Vegas, NV 89148

TUG/Timberline Users Group
Attn: Bankruptcy Desk/Managing Agent
5210 Eagle Ridge Lane
Sylvania OH 43560

Tun & Cheng Minliu
Attn: Bankruptcy Desk/Managing Agent
22 Quail Valley St
Las Vegas, NV 89148

Tun & Cheng Minliu
Attn: Bankruptcy Desk/Managing Agent
9251 Southern Breeze Dr
Orlando, FL 32836

Tung Family
Attn: Bankruptcy Desk/Managing Agent
371 Turtle Peak Ave
Las Vegas, NV 89148

Tung Family
Attn: Bankruptcy Desk/Managing Agent
801 Franklin St Apt 1239
Oakland, CA 94607

Turf Depot Direct, LLC
Attn: Bankruptcy Desk/Managing Agent
www.turfdepotdirect.com
7618 Carlton Oaks
Las Vegas NV 89113

Turf Equipment
Attn: Bankruptcy Desk/Managing Agent
3558 S Procyon Ave
Las Vegas NV 89103

Turfgrass America LP
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 848420
Dallas TX 752848420

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Turner Green Afrasiabi &
Attn: Bankruptcy Desk/Managing Agent
Arledge LLP
535 Anton Blvd, Ste 850
Costa Mesa CA 92626

Turner Reporting & Captioning
Attn: Bankruptcy Desk/Managing Agent
8308 Slate Harbor Circle
Suite 9246
Las Vegas NV 89128

Tuscany Apartments
Attn: Bankruptcy Desk/Managing Agent
725 South Hualapai Way
Las Vegas NV 89145

Tuscany Cable TV
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 23277
Bullhead City AZ 86439

Tuscany Master Association
Attn: Bankruptcy Desk/Managing Agent
133 Rhodes Ranch Parkway
Las Vegas NV 89148

TV Real Estate Show
Attn: Bankruptcy Desk/Managing Agent
Rich Newman
1412 S. Jones Boulevard
Las Vegas NV 89146

Twist Family
Attn: Bankruptcy Desk/Managing Agent
2469 Bench Reef Pl
Henderson, NV 89052

Twist Family
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 202
Las Vegas, NV 89113

Twylla Williford
Attn: Bankruptcy Desk/Managing Agent
302 Waterton Lakes Ave
Las Vegas, NV 89148

Ty & Marianne Darien
Attn: Bankruptcy Desk/Managing Agent
4780 Essen Ct
Las Vegas, NV 89147

Tye & Kimberly Homerding
Attn: Bankruptcy Desk/Managing Agent
7241 Chaparral Cove Ln
Las Vegas, NV 89131

Tyler & Karen Dion
Attn: Bankruptcy Desk/Managing Agent
452 Punto Vallata Dr
Henderson, NV 89011

Tyona Brandt
Attn: Bankruptcy Desk/Managing Agent
4644 E. Desert Trail
Kingman AZ 86401

Tyrone Hicks
Attn: Bankruptcy Desk/Managing Agent
7500 Arborcrest Ave
Las Vegas, NV 89131

Tyrus & Lisa Washington
Attn: Bankruptcy Desk/Managing Agent
469 Punto Vallata Dr
Henderson, NV 89011

Tze & Alice Chen
Attn: Bankruptcy Desk/Managing Agent
64 Arcadian Shores St
Las Vegas, NV 89148

U.S. Loan Servicing
Attn: Bankruptcy Desk/Managing Agent
3225 S. Rainbow
Suite 107
Las Vegas NV 89146

UCN
Attn: Bankruptcy Desk/Managing Agent
Payment Center #5450
P.O. Box 410468
Salt Lake City UT 84141

Udayan Patel
Attn: Bankruptcy Desk/Managing Agent
7127 S Durango Dr Unit 110
Las Vegas, NV 89113

Udayan Patel
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 105
Las Vegas, NV 89113

Udayan Patel
Attn: Bankruptcy Desk/Managing Agent
908 Post St
San Francisco, CA 94109

UDOA Enterprise
Attn: Bankruptcy Desk/Managing Agent
82 Margaret Street, Suite 203
Plattsburg NY 12901

ULINE
Attn: Bankruptcy Desk/Managing Agent
2200 S. Lakeside Dr.
Waukegan IL 60085

ULI-The Urban Land Insitute
Attn: Bankruptcy Desk/Managing Agent
Department 186
Washington DC 20055-0186

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Ullman Family
Attn: Bankruptcy Desk/Managing Agent
7511 Brittlethorne Ave
Las Vegas, NV 89131

Ulpiano & Marilyn Sivila
Attn: Bankruptcy Desk/Managing Agent
1021 Via Sacra St
Henderson, NV 89011

Ulpiano & Marilyn Sivila
Attn: Bankruptcy Desk/Managing Agent
4183 Astin Canyon Ct
San Jose, CA 95121

Ultimate Electronics
Attn: Bankruptcy Desk/Managing Agent
741 S. Rainbow Blvd
Las Vegas NV 0

Ultimate Staffing Services
Attn: Bankruptcy Desk/Managing Agent
Dept 8892
Los Angeles CA 90084-8892

ULTRA MASTER LTD
Attn: Bankruptcy Desk/Managing Agent
Terry Conner-Graham
430 Park Avenue, 9th Floor
New York, NY 10022

Unassociated Properties LLC
Attn: Bankruptcy Desk/Managing Agent
105 Chateau Whistler Ct
Las Vegas, NV 89148

Unassociated Properties LLC
Attn: Bankruptcy Desk/Managing Agent
19127 County Rd 2
Sauk Centre, MN 56378

Unique Signs USA Inc.
Attn: Bankruptcy Desk/Managing Agent
4665 S. Procyon St. #K
Las Vegas NV 89103

Unique Tile & Marble, Inc.
Attn: Bankruptcy Desk/Managing Agent
9361 W Gilmore Avenue
Las Vegas NV 89129

Unishippers LV
Attn: Bankruptcy Desk/Managing Agent
12235 Beach Blvd.
Suite 9
Stanton CA 90680-3943

UniSource Energy Service-Gas
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 659581
San Antonio TX 78265-9581

UniSource Energy Services
Attn: Bankruptcy Desk/Managing Agent
2498 Airway Avenue
P. O. Box 3099
Kingman AZ 86402-3099

UniSource Energy Services-Elec
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 659564
San Antonio TX 78265-9564

United Financial Mgmt Co
Attn: Bankruptcy Desk/Managing Agent
Attn: Controller - United Title
3980 Howard Hughes Parkway
Las Vegas NV 89109

United Grafix, Inc.
Attn: Bankruptcy Desk/Managing Agent
William Roop
10890 General Drive
Orlando FL 32824

United Rentals
Attn: Bankruptcy Desk/Managing Agent
Anna
Highway Technologies
P.O. Box 51581
Los Angeles CA 90051-5881

United Rentals Highway
Attn: Bankruptcy Desk/Managing Agent
Technologies, Inc
PO Box 51581
Los Angeles CA 90051-5881

United Rentals Northwest, Inc
Attn: Bankruptcy Desk/Managing Agent
1595 Riverview Dr
Bullhead City, AZ 86442

United Rentals Northwest, Inc
Attn: Bankruptcy Desk/Managing Agent
3521 N Rancho Dr
Las Vegas, NV 89130-3123

United Rentals Northwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79334
City of Industry CA 91716-9333

United Site Services of Nevada
Attn: Bankruptcy Desk/Managing Agent
PO Box 231567
Las Vegas NV 89123

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Postal Service
Attn: Bankruptcy Desk/Managing Agent
1001 E. Sunset
Las Vegas NV 89199

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
Cincinnati OH 45999-0149

United Title of NV Corp.
Attn: Bankruptcy Desk/Managing Agent
Susan Coleman
5550 W. Flamingo
Suite B-1
Las Vegas NV 89103

United Valley, LLC
Attn: Bankruptcy Desk/Managing Agent
Richard Chu
7681 River Mist Court
Las Vegas NV 89113

United Western Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 308
Las Vegas, NV 89113

United Western Properties LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 400700
Las Vegas, NV 89140

Universal Brass
Attn: Bankruptcy Desk/Managing Agent
5475 Wynn Rd
Suite 400
Las Vegas NV 89118-2349

Universal Door & Trim
Attn: Bankruptcy Desk/Managing Agent
Patricia or Shirli
3840 N. Commerce St.
N. Las Vegas NV 89032

Univest Commercial, LLC
Attn: Bankruptcy Desk/Managing Agent
4600 N. Scottsdale Rd.
Suite 1400
Scottsdale AZ 89231

Unlimited Glass Repair
Attn: Bankruptcy Desk/Managing Agent
Marsha
9090 Fisher Ave.
Las Vegas NV 89149

UNLV
Attn: Bankruptcy Desk/Managing Agent
4505 Maryland Parkway Box 456004
Las Vegas NV 89154-6004

UNLV -ASCE
Attn: Bankruptcy Desk/Managing Agent
4505 Maryland Pkwy
Box 454017
Las Vegas NV 89154-4017

UNLV Foundation
Attn: Bankruptcy Desk/Managing Agent
PO Box 456025
Las Vegas NV 89154-6025

UPS
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 894820
Los Angeles CA 90189-4820

UPS Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Donna Cobarris
303 Peachtree Center Avenue, #100
Alpharetta, GA 30303

UPS Delivery Service
Attn: Bankruptcy Desk/Managing Agent
LockBox 577
Carol Stream IL 60132-0577

UPS Supply Chain Solutions,Inc
Attn: Bankruptcy Desk/Managing Agent
Attn: Customs Brokerage Services
P.O. Box 34486
Louisville KY 40232

Urata Family
Attn: Bankruptcy Desk/Managing Agent
57 Voltaire Ave
Henderson, NV 89002

Urban Land Institute
Attn: Bankruptcy Desk/Managing Agent
1025 Thomas Jefferson St.  NW
Suite 500
Washington DC 20007

Urbano Magboo
Attn: Bankruptcy Desk/Managing Agent
1835 Kickapoo Ct
Morgan Hill, CA 95037

Urbano Magboo
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 205
Las Vegas, NV 89113

Urbino Family
Attn: Bankruptcy Desk/Managing Agent
237 Duck Hollow Ave
Las Vegas, NV 89148

Urbino Family
Attn: Bankruptcy Desk/Managing Agent
788 Antiquity Dr
Fairfield, CA 94534

Urichuk Family
Attn: Bankruptcy Desk/Managing Agent
148 Honors Course Dr
Las Vegas, NV 89148

Urology Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
5701 W. Charleston Blvd Ste 201
Las Vegas NV 89146-0903

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

URS Corporation
Attn: Bankruptcy Desk/Managing Agent
Dept. 1028
PO Box 121028
Dallas TX 75312-1028

Ursula & Jesus Ominga
Attn: Bankruptcy Desk/Managing Agent
287 Spring Hollow Dr
Las Vegas, NV 89148

US Bank
Attn: Bankruptcy Desk/Managing Agent
PO Box 230789
Portland, OR 97281-0789

US Express Leasing, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 Lanidex Plz
Parsippany, NJ 07054-2723

US Fish & Wildlife Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 709
Albuquerque NM 87103

US Yellow
Attn: Bankruptcy Desk/Managing Agent
National Yellow Pages
P. O. Box 3110
Jersey City NJ 07303-3110

USA Today
Attn: Bankruptcy Desk/Managing Agent
7950 Jones Branch Dr.
Mc Lean VA 22108

USBancorp Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 230769
13010 SW 68th Parkway
Portland OR 97281-0769

Usman Family
Attn: Bankruptcy Desk/Managing Agent
271 Angels Trace Ct
Las Vegas, NV 89148

Usman Family
Attn: Bankruptcy Desk/Managing Agent
4271 Saint Paul Cir
Pittsburg, CA 94565

USPS
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 894715
Los Angeles CA 90189-4715

Utilico Underground
Attn: Bankruptcy Desk/Managing Agent
Pat
P.O.Box 34985
Las Vegas, NV 89133

V H Investments LLC
Attn: Bankruptcy Desk/Managing Agent
104 Via Del Signoria
Rancho Mirage, CA 92270

V H Investments LLC
Attn: Bankruptcy Desk/Managing Agent
185 Lenape Heights Ave
Las Vegas, NV 89148

V2 Creative, Inc.
Attn: Bankruptcy Desk/Managing Agent
900 S. Pavilion Center Drive
#180
Las Vegas NV 89144-4584

Vadim & Natalya Osipova
Attn: Bankruptcy Desk/Managing Agent
560 Newberry Springs Dr
Las Vegas, NV 89148

Vahe & Dorine Aharonian
Attn: Bankruptcy Desk/Managing Agent
4940 Collett Ave
Encino, CA 91436

Vahe & Dorine Aharonian
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2116
Las Vegas, NV 89148

Vahe Markarian
Attn: Bankruptcy Desk/Managing Agent
1097 Via Prato Ln
Henderson, NV 89011

Vahe Markarian
Attn: Bankruptcy Desk/Managing Agent
11774 Thunderbird Ave
Porter Ranch, CA 91326

Vahik & Lilit Baghdassarian
Attn: Bankruptcy Desk/Managing Agent
6961 Rubio Ave
Van Nuys, CA 91406

Vahik & Lilit Baghdassarian
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 313
Las Vegas, NV 89113

Valdez Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
Steve Valdez
600 Wilshire Ave.
Kingman AZ 86401

Valdez, Juan
Attn: Bankruptcy Desk/Managing Agent
3544 Labrusca Vines Court
N Las Vegas, NV 89081

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Valencia County Treasurer
Attn: Bankruptcy Desk/Managing Agent
Diana Martinez-Coplen
P. O. Box 939
Los Lunas NM 87031-0939

Valentina Fields
Attn: Bankruptcy Desk/Managing Agent
176 Crooked Putter Dr
Las Vegas, NV 89148

Valeriano & Gladys Morejon
Attn: Bankruptcy Desk/Managing Agent
1039 Via Sanguinella St
Henderson, NV 89011

Valeriano & Gladys Morejon
Attn: Bankruptcy Desk/Managing Agent
1046 Via Di Olivia St
Henderson, NV 89011

Valerie Angles
Attn: Bankruptcy Desk/Managing Agent
460 Peralta Ave
Long Beach, CA 90803

Valerie Angles
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1019
Las Vegas, NV 89148

Valerie Scherschligt
Attn: Bankruptcy Desk/Managing Agent
370 Clarence House Ave Unit 102
North Las Vegas, NV 89032

Valerie Scherschligt
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 116
Las Vegas, NV 89113

Valerie Thomton
Attn: Bankruptcy Desk/Managing Agent
480 W 10 N
Orem, UT 84057

Valerie Thomton
Attn: Bankruptcy Desk/Managing Agent
7189 S Durango Dr Unit 302
Las Vegas, NV 89113

Valiente Family
Attn: Bankruptcy Desk/Managing Agent
4915 E Boston Ave
Las Vegas, NV 89104

Valiente Family
Attn: Bankruptcy Desk/Managing Agent
542 Via Ripagrande Ave
Henderson, NV 89011

Valimont, Randy
Attn: Bankruptcy Desk/Managing Agent
9501 W Sahara Ave
Las Vegas, NV 89117

Valley Air Conditioning Inc.
Attn: Bankruptcy Desk/Managing Agent
9225 Mann Street
Las Vegas NV 89139

Valley Green Landscaping
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 620150
5516 Boulder HWY 2F-288
Las Vegas NV 89147

Valley Pioneers Water
Attn: Bankruptcy Desk/Managing Agent
Company Inc.
5998 W. Chino Drive
Golden Valley IL 86413

Valmore, Mark
Attn: Bankruptcy Desk/Managing Agent
5712 Pacesetter St
N Las Vegas, NV 89081

Vamsi Surapaneni
Attn: Bankruptcy Desk/Managing Agent
172 Sandy Bunker Ln
Las Vegas, NV 89148

Van & Pamela Hudson
Attn: Bankruptcy Desk/Managing Agent
220 Via Luna Rosa Ct
Henderson, NV 89011

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

VAN KAMPEN DYNAMIC CRED OPP FN
Attn: Bankruptcy Desk/Managing Agent
Gerard Fogarty
One Parkview Plaza
Oakbrook Terrace, IL 60181

Vanessa Campbell
Attn: Bankruptcy Desk/Managing Agent
511 Halloran Springs Rd
Las Vegas, NV 89148

Vanessa Campbell
Attn: Bankruptcy Desk/Managing Agent
PO Box 95697
Las Vegas, NV 89193

Vanessa Winkler
Attn: Bankruptcy Desk/Managing Agent

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Varon Family
Attn: Bankruptcy Desk/Managing Agent
117 Chateau Whistler Ct
Las Vegas, NV 89148

Varon Family
Attn: Bankruptcy Desk/Managing Agent
14 Palomino Ln
Rolling Hills Estates, CA 90274

Vartouhie Partamian
Attn: Bankruptcy Desk/Managing Agent
233 Via Franciosa Dr
Henderson, NV 89011

Varunprabha Family
Attn: Bankruptcy Desk/Managing Agent
78 Myrtle Springs Ct
Las Vegas, NV 89148

Vaughn Family
Attn: Bankruptcy Desk/Managing Agent
21922 Jinetes
Mission Viejo, CA 92691

Vaughn Family
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 104
Las Vegas, NV 89113

Vaunda Broadhead
Attn: Bankruptcy Desk/Managing Agent
3053 West Craig Road, Suite E
North Las Vegas NV 89032

Vava Schroeder
Attn: Bankruptcy Desk/Managing Agent
307 Palm Trace Ave
Las Vegas, NV 89146

Vazzana Underground, Inc
Attn: Bankruptcy Desk/Managing Agent
Donita
6690 N. Tenaya Way
Las Vegas NV 89131

Vector Structural Engineering
Attn: Bankruptcy Desk/Managing Agent
9138 S. State St.
Suite 101
Sandy AZ 84070

Veerachart Sritongsook
Attn: Bankruptcy Desk/Managing Agent
179 Honors Course Dr
Las Vegas, NV 89148

Vega Family
Attn: Bankruptcy Desk/Managing Agent
16 Princeville Ln
Las Vegas, NV 89113

Vega Family
Attn: Bankruptcy Desk/Managing Agent
6819 Baby Jade Ct
Las Vegas, NV 89148

Vega Properties LLC
Attn: Bankruptcy Desk/Managing Agent
542 Malicoat Ave
Oakley, CA 94561

Vega Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2173
Las Vegas, NV 89148

Vegas Bar & Restaraunt Supply
Attn: Bankruptcy Desk/Managing Agent
4375 S. Valley View, Ste. G
Las Vegas NV 89103

Vegas Magazine Partners, LLC
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle, Suite 250
Henderson NV  89074

Vegas Painters,
Attn: Bankruptcy Desk/Managing Agent
The Professionals
2820 South Jones Blvd. Suite 1
Las Vegas NV  89146

Vegas Seminar
Attn: Bankruptcy Desk/Managing Agent
16 Tapadero Lane
Las Vegas NV 89135

Vegas Valley District Co., Inc
Attn: Bankruptcy Desk/Managing Agent
3725 S. Industrial Road
Las Vegas NV 89109

Vegas Valley Fire
Attn: Bankruptcy Desk/Managing Agent
Shane Murphy
Protection
5740 South Arville St, Ste 203
Las Vegas NV 89118

Vegas Valley Fire
Attn: Bankruptcy Desk/Managing Agent
Shane Murphy
Protection
5740 South Arville St, Ste 203
Las Vegas NV 89118

Vegas Valley Locking Systems
Attn: Bankruptcy Desk/Managing Agent
6243 Industrial Road
Las Vegas NV 89118-3803

Vegas Verticals
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1545
Logandale NV 89021

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Vegas.com, LLC
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle Drive
Suite 250
Henderson NV 89074

VegasGolfer Magazine
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle, Suite 250
Henderson NV 89074

Velasquez Family
Attn: Bankruptcy Desk/Managing Agent
269 Duck Hollow Ave
Las Vegas, NV 89148

Velibor & Olivera Djuric
Attn: Bankruptcy Desk/Managing Agent
160 Somerglen Common SW
Calgary AB T2Y 4E8
Canada

Velibor & Olivera Djuric
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 303
Las Vegas, NV 89113

Veneklasen Associates
Attn: Bankruptcy Desk/Managing Agent
1711 Sixteenth St.
Santa Monica CA 90404

Venicio Inc.
Attn: Bankruptcy Desk/Managing Agent
John Dunia
5301 Shelia Street
Commerce CA 90040

Venko & Heike Nikolov
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 309
Las Vegas, NV 89113

Venko & Heike Nikolov
Attn: Bankruptcy Desk/Managing Agent
8085 Canto Ave
Las Vegas, NV 89147

VENTURE II CDO 2002 LIMITED
Attn: Bankruptcy Desk/Managing Agent
Christine Tang
12 East 49th Street 29th  Floor
New York, NY 10017

Vera Crawford
Attn: Bankruptcy Desk/Managing Agent
9291 Dames Rocket Pl
Las Vegas, NV 89148

Vera Raicevic
Attn: Bankruptcy Desk/Managing Agent
268 Dog Leg Dr
Las Vegas, NV 89148

Veranda
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7115
Red Oak IA 51591-2115

Verizon Wireless
Attn: Bankruptcy Desk/Managing Agent
PO Box 9622
Mission Hills CA 91346-9622

Veronica Rader
Attn: Bankruptcy Desk/Managing Agent
4612 El Camino Cabos Dr
Las Vegas, NV 89147

Veronika Szalai
Attn: Bankruptcy Desk/Managing Agent
405 Foster Springs Rd
Las Vegas, NV 89148

Vesselka Rizova
Attn: Bankruptcy Desk/Managing Agent
9704 Waukegan Ave
Las Vegas, NV 89148

Vestin
Attn: Bankruptcy Desk/Managing Agent
6149 S Rainbow Blvd
Las Vegas NV 89118

Via Direct Marketing
Attn: Bankruptcy Desk/Managing Agent
502 Beneficial Place
Henderson NV 89012

Viapiana Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2097
Las Vegas, NV 89148

Vickey Murray-Garcia
Attn: Bankruptcy Desk/Managing Agent
7400 Hornblower Ave
Las Vegas, NV 89131

Vicki Glass
Attn: Bankruptcy Desk/Managing Agent
2987 Kala Kaua Ave # 302
Honolulu HI 96815

Vicki Lan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1141
Las Vegas, NV 89148

Vicki Lan
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Sptings Rd #1141
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                          Served 4/17/2009

Vicki Murray-Garcia
Attn: Bankruptcy Desk/Managing Agent
7410 Hornblower Ave
Las Vegas, NV 89131

Vickie & Michael Martin
Attn: Bankruptcy Desk/Managing Agent
7224 Golden Falcon St
Las Vegas, NV 89131

Vico Software, Inc.
Attn: Bankruptcy Desk/Managing Agent
120 Washington Street
Suite 202-C
Salem MA 01972

Vic's Portable Machining, Inc.
Attn: Bankruptcy Desk/Managing Agent
159 N. East End Ave.
Pomona CA 91767

Victor & Josephine Pascual
Attn: Bankruptcy Desk/Managing Agent
293 Sea Rim Ave
Las Vegas, NV 89148

Victor & Josephine Pascual
Attn: Bankruptcy Desk/Managing Agent
3982 Hemway Ct
Simi Valley, CA 93063

Victor & Katherina Fontanilla
Attn: Bankruptcy Desk/Managing Agent
202 Lenape Heights Ave
Las Vegas, NV 89148

Victor & Katherina Fontanilla
Attn: Bankruptcy Desk/Managing Agent
444 W 163rd St
Lawndale, CA 90260

Victor & Kathryn Gielisse
Attn: Bankruptcy Desk/Managing Agent
26 Huyler Dr
Hyde Park, NY 12538

Victor & Kathryn Gielisse
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 212
Las Vegas, NV 89113

Victor & Melania Calomfirescu
Attn: Bankruptcy Desk/Managing Agent
243 Sea Rim Ave
Las Vegas, NV 89148

Victor & Michelle Haehnel
Attn: Bankruptcy Desk/Managing Agent
4742 Ashington St
Las Vegas, NV 89147

Victor Chill
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 113
Las Vegas, NV 89113

Victor Gerodias
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 113
Las Vegas, NV 89113

Victor Hou
Attn: Bankruptcy Desk/Managing Agent
597 Halloran Springs Rd
Las Vegas, NV 89148

Victor Salinas
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 201
Las Vegas, NV 89113

Victor Uy
Attn: Bankruptcy Desk/Managing Agent
64 Sully Creek Ct
Las Vegas, NV 89148

Victor Uy
Attn: Bankruptcy Desk/Managing Agent
940 S Camerford Ln
Anaheim, CA 92808

Victor Wu
Attn: Bankruptcy Desk/Managing Agent
2160 Shelburne Way
Torrance, CA 90503

Victor Wu
Attn: Bankruptcy Desk/Managing Agent
470 Center Green Dr
Las Vegas, NV 89148

Victoria C. Rose
Attn: Bankruptcy Desk/Managing Agent
2118 Ashley Ridge Court
San Jose CA 95138

Victoria Leigh
Attn: Bankruptcy Desk/Managing Agent
7400 Bridlehorne Ave
Las Vegas, NV 89131

Victoria Rose
Attn: Bankruptcy Desk/Managing Agent
2118 Ashley Ridge Ct
San Jose, CA 95138

Victoria Rose
Attn: Bankruptcy Desk/Managing Agent
4793 Frankfurt Ct
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Victoriano & Julieta Fernandez
Attn: Bankruptcy Desk/Managing Agent
309 Foster Springs Rd
Las Vegas, NV 89148

Victoriano & Julieta Fernandez
Attn: Bankruptcy Desk/Managing Agent
8533 Ranchito Ave
Panorama City, CA 91402

Victoriano Adina
Attn: Bankruptcy Desk/Managing Agent
9863 Ridgehaven Ave.
Las Vegas NV 89148-4636

Victorino & Lily Gerodias
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 207
Las Vegas, NV 89113

Victoriya Gentsar
Attn: Bankruptcy Desk/Managing Agent
231 Waterton Lakes Ave
Las Vegas, NV 89148

Vien Woods
Attn: Bankruptcy Desk/Managing Agent
160 Macoby Run St
Las Vegas, NV 89148

Vietmeier, Maria
Attn: Bankruptcy Desk/Managing Agent
6308 Silver Edge St
N Las Vegas, NV 89031

Vigil, Andrea
Attn: Bankruptcy Desk/Managing Agent
3732 Coleman
Las Vegas, NV 89032

Vijaykumar Lingegowda
Attn: Bankruptcy Desk/Managing Agent
172 Cascade Lake St
Las Vegas, NV 89148

Viking Office Products
Attn: Bankruptcy Desk/Managing Agent
PO Box 88040
Chicago, IL 60680-1040

Viktoria Voltshek
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 309
Las Vegas, NV 89113

Vilaiwan Watanabe
Attn: Bankruptcy Desk/Managing Agent
6850 Scarlet Flax St
Las Vegas, NV 89148

Vilas Balakrishna
Attn: Bankruptcy Desk/Managing Agent
105 Tall Ruff Dr
Las Vegas, NV 89148

Village View Lighting Inc.
Attn: Bankruptcy Desk/Managing Agent
Rob Keegan
490 East Easy Street, #1
Simi Valley 93065

Villas at Kingman AZ HOA
Attn: Bankruptcy Desk/Managing Agent
c/o Parker Finch Management
P. O. Box 503310
San Diego CA 92150-3310

Villas Community Association
Attn: Bankruptcy Desk/Managing Agent
c/o KGDO Holding Company dba Terra West
2655 S. Rainbow Blvd., Suite 200
Las Vegas, NV  89146

Villas in Kingman AZ Homeowner
Attn: Bankruptcy Desk/Managing Agent
Association
3838 N. Central Avenue Suite 1100
Phoenix AZ 85012

Vilma & Nimrod Kempis
Attn: Bankruptcy Desk/Managing Agent
1537 Silver Pond Ln
San Jose, CA 95138

Vilma & Nimrod Kempis
Attn: Bankruptcy Desk/Managing Agent
159 Broken Putter Way
Las Vegas, NV 89148

Vinay Benjamin
Attn: Bankruptcy Desk/Managing Agent
7205 Buglehorn St
Las Vegas, NV 89131

Vincent & Annette Alonzi
Attn: Bankruptcy Desk/Managing Agent
9583 Malasana Ct
Las Vegas, NV 89147

Vincent B. Luna
Attn: Bankruptcy Desk/Managing Agent
and Violeta Pingol Luna
20 Laurelhurst Dr.
Ladera Ranch CA 92694-0203

Vincent Jones
Attn: Bankruptcy Desk/Managing Agent
156 Castle Course Ave
Las Vegas, NV 89148

Vincent Lopez
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 210
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

VINYL INDUSTRIAL PRODUCTS, INC
Attn: Bankruptcy Desk/Managing Agent
1700 DOBBS ROAD
ST AUGUSTINE FL 32084

Violeta & Julian Cumti
Attn: Bankruptcy Desk/Managing Agent
212 Margarita Ave
Palo Alto, CA 94306

Violeta & Julian Cumti
Attn: Bankruptcy Desk/Managing Agent
395 Foster Springs Rd
Las Vegas, NV 89148

Virgil & Mona Payawal
Attn: Bankruptcy Desk/Managing Agent
72 Cascade Lake St
Las Vegas, NV 89148

Virgil Page
Attn: Bankruptcy Desk/Managing Agent
288 Spring Hollow Dr
Las Vegas, NV 89148

Virgil Page
Attn: Bankruptcy Desk/Managing Agent
60 Boatworks Dr
Bayonne, NJ 07002

Virgilio & Ann Paredes
Attn: Bankruptcy Desk/Managing Agent
3 Mayapple Rd
Sicklerville, NJ 08081

Virgilio & Ann Paredes
Attn: Bankruptcy Desk/Managing Agent
535 Center Green Dr
Las Vegas, NV 89148

Virgilio & Annievie Obiniana
Attn: Bankruptcy Desk/Managing Agent
285 Caddy Bag Ct
Las Vegas, NV 89148

Virgilio Berto
Attn: Bankruptcy Desk/Managing Agent
269 Lakewood Garden Dr
Las Vegas, NV 89148

Virginia & Brian Kaplan
Attn: Bankruptcy Desk/Managing Agent
118 Water Hazard Ln
Las Vegas, NV 89148

Virginia & Demos Fournier
Attn: Bankruptcy Desk/Managing Agent
4652 Califa Dr
Las Vegas, NV 89122

Virginia Casa
Attn: Bankruptcy Desk/Managing Agent
1044 Viale Placenza Pl
Henderson, NV 89011

Virginia Casa
Attn: Bankruptcy Desk/Managing Agent
85 Bay Ave W
Hampton Bays, NY 11946

Virginia Darcy
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 310
Las Vegas, NV 89113

Virginia Fluet
Attn: Bankruptcy Desk/Managing Agent
631 Ofarrell St Apt 710
San Francisco, CA 94109

Virginia Fluet
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2175
Las Vegas, NV 89148

Virginia Martin
Attn: Bankruptcy Desk/Managing Agent
1082 Via Capassi Way
Henderson, NV 89011

Virtual Design Group
Attn: Bankruptcy Desk/Managing Agent
3035 Croyden Bay
Costa Mesa 92626

Vision Air
Attn: Bankruptcy Desk/Managing Agent
PO Box 35260
Las Vegas NV 89193-5260

Vision Drywall & Paint
Attn: Bankruptcy Desk/Managing Agent
2600 Losee Road
N. Las Vegas NV 89030

Vision Landscape & Design
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3073
Kingman AZ 86402

Vision Service Plan - (NV)
Attn: Bankruptcy Desk/Managing Agent
File # 73279
P.O. Box 60000
San Francisco CA 94160-3279

Vista Chevrolet
Attn: Bankruptcy Desk/Managing Agent
5501 Drexel Road
Las Vegas NV 89130

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Vista Landscape Centers
Attn: Bankruptcy Desk/Managing Agent
951 E. Wigwam Pkwy
Henderson NV 89014

Vistage Worldwide, Inc
Attn: Bankruptcy Desk/Managing Agent
File 57158
Los Angeles CA 90074-7158

Visual Motion
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5741
Twin Falls ID 83303

Vivan Campbell
Attn: Bankruptcy Desk/Managing Agent
71 Broken Putter Way
Las Vegas, NV 89148

Vivan Nguyen
Attn: Bankruptcy Desk/Managing Agent
346 Broken Par Dr
Las Vegas, NV 89148

Vivan Nguyen
Attn: Bankruptcy Desk/Managing Agent
487 Coelho St
Milpitas, CA 95035

Vivian Narssa & Suzan Malik
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 31324
Las Vegas NV 89173

Vivien Fabro
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 106
Las Vegas, NV 89113

Vivien Fabro
Attn: Bankruptcy Desk/Managing Agent
7524 Salvadora Pl
Las Vegas, NV 89113

Vladimir Sosnine
Attn: Bankruptcy Desk/Managing Agent
168 Dog Leg Dr
Las Vegas, NV 89148

VMN Consulting LLC
Attn: Bankruptcy Desk/Managing Agent
Valerie M. Neal (owner)
625 Sunrise Ave.
Kingman AZ 86409

Vora, Payal D
Attn: Bankruptcy Desk/Managing Agent
8600 W Charleston Blvd #1036
Las Vegas, NV 89117

Vu Investment Group LLC
Attn: Bankruptcy Desk/Managing Agent
9779 Waukegan Ave
Las Vegas, NV 89148

Vuong Family
Attn: Bankruptcy Desk/Managing Agent
385 Blackstone River Ave
Las Vegas, NV 89148

Vuong Family
Attn: Bankruptcy Desk/Managing Agent
59 Living Edens Ct
Las Vegas, NV 89148

W Larry & Duhngdao Whitesell
Attn: Bankruptcy Desk/Managing Agent
109 Lakewood Garden Dr
Las Vegas, NV 89148

W M C Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
117 Tall Ruff Dr
Las Vegas, NV 89148

W M C Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
PO Box 650070
Dallas, TX 75265

Wagner Family
Attn: Bankruptcy Desk/Managing Agent
528 Via Del Capitano Ct
Henderson, NV 89011

Wagner, Kathleen
Attn: Bankruptcy Desk/Managing Agent
1121 Cahill Ave
Las Vegas, NV 89128

Waite Family
Attn: Bankruptcy Desk/Managing Agent
9689 Geiger Peak Ct
Las Vegas, NV 89148

Waite Family
Attn: Bankruptcy Desk/Managing Agent
9788 Waukegan Ave
Las Vegas, NV 89148

Waldrop Family
Attn: Bankruptcy Desk/Managing Agent
125 Chateau Whistler Ct
Las Vegas, NV 89148

Walid & Faiza Yousif
Attn: Bankruptcy Desk/Managing Agent
312 Turtle Peak Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Walker Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
1711 Stockton Hill Rd. #281
Kingman AZ 86401

Walker Family Limited
Attn: Bankruptcy Desk/Managing Agent
Partnership
1885 Eucalyptus Hill Road
Santa Barbara CA 93108

Walker Furniture Corp
Attn: Bankruptcy Desk/Managing Agent
301 S. Martin Luther King Blvd
Las Vegas NV  89106

Walker Zanger
Attn: Bankruptcy Desk/Managing Agent
4701 S. Cameron St.
Suite P
Las Vegas NV  89103

Walker, Janet
Attn: Bankruptcy Desk/Managing Agent
7732 Beach Falls Court
Las Vegas, NV 89149

Wall Constructors Inc
Attn: Bankruptcy Desk/Managing Agent
6015 Mcleod
Las Vegas NV 89120

Wall Family
Attn: Bankruptcy Desk/Managing Agent
4672 Califa Dr
Las Vegas, NV 89122

Wall Street Journal
Attn: Bankruptcy Desk/Managing Agent
200 Burnett Rd
Chicopee MA 01020

Wall Systems Inc - Paint
Attn: Bankruptcy Desk/Managing Agent
Roxanne at CA office
6015 McLeod Drive
Las Vegas NV 89120

Wall Systems Inc-Drywall
Attn: Bankruptcy Desk/Managing Agent
6015 McLeod Drive
Las Vegas NV 89120

Wallace Dunlap
Attn: Bankruptcy Desk/Managing Agent
7205 Eaglegate St
Las Vegas, NV 89131

Wallace Morris Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
5740 S. Arville Street Suite #206
Las Vegas, NV 89118

Wallace Morris Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
Nicole Parker
5740 S. Arville Street Suite #206
Las Vegas NV  89118

Walsh, Brian
Attn: Bankruptcy Desk/Managing Agent
744 Asbury Park St
Henderson, NV 89052

Walt Walters
Attn: Bankruptcy Desk/Managing Agent
2461 E Orangehorpe Ave #200
Fullerton, CA 92831

Walt Walters
Attn: Bankruptcy Desk/Managing Agent
2461 E Orangethorpe Ave Ste 200
Fullerton, CA 92831

Walt Walters
Attn: Bankruptcy Desk/Managing Agent
55 Sunset Bay St
Las Vegas, NV 89148

Walt Walters
Attn: Bankruptcy Desk/Managing Agent
6 Pangloss St
Henderson, NV 89002

Walter & Dora Mih
Attn: Bankruptcy Desk/Managing Agent
200 SW Elm St
Pullman, WA 99163

Walter & Dora Mih
Attn: Bankruptcy Desk/Managing Agent
280 Soggy Ruff Way
Las Vegas, NV 89148

Walter & Irene Drechsler
Attn: Bankruptcy Desk/Managing Agent
105 Broken Putter Way
Las Vegas, NV 89148

Walter & Irene Drechsler
Attn: Bankruptcy Desk/Managing Agent
716 Ontario St
Oak Park, IL 60302

Walter & Jian Knapik
Attn: Bankruptcy Desk/Managing Agent
6732 Pastel Camellia St
Las Vegas, NV 89148

Walter & Karen Goodhart
Attn: Bankruptcy Desk/Managing Agent
7420 Arborcrest Ave
Las Vegas, NV 89131

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Walter & Sylvia Valbuena
Attn: Bankruptcy Desk/Managing Agent
1017 Via Gallia St
Henderson, NV 89011

Walter & Sylvia Valbuena
Attn: Bankruptcy Desk/Managing Agent
7089 Vettuno Ct
Rancho Cucamonga, CA 91701

Walter Breckan Title I School
Attn: Bankruptcy Desk/Managing Agent
1200 N. 27th Street
Las Vegas NV  89101

Walter Hahn, Ph.D.
Attn: Bankruptcy Desk/Managing Agent
Real Estate Consulting
2102 Business Center Dr. Ste 206E
Irvine CA 92612

Walter Karl Inc.
Attn: Bankruptcy Desk/Managing Agent
Two Blue Hill Plaza
PO Box 1662
Pearl River NY 10965

Walter Stewart
Attn: Bankruptcy Desk/Managing Agent
59 S 4th St
Lewisburg, PA 17837

Walter Stewart
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 207
Las Vegas, NV 89113

Walter Stewart
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 111
Las Vegas, NV 89113

Walters Wicker, Inc
Attn: Bankruptcy Desk/Managing Agent
Ashley
c/o Mitch Zerg & Assoc
65 Bancker Streert
Englewood NJ 07631

Wan Pak
Attn: Bankruptcy Desk/Managing Agent
141 Lakewood Garden Dr
Las Vegas, NV 89148

Wan Pak
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

Wang Family
Attn: Bankruptcy Desk/Managing Agent
2185 Alcova Ridge Dr
Las Vegas, NV 89135

Wang Family
Attn: Bankruptcy Desk/Managing Agent
624 Via Colmo Ave
Henderson, NV 89011

Wang Family
Attn: Bankruptcy Desk/Managing Agent
9065 Circle Lake Dr
Grand Blanc, MI 48439

Wang Family
Attn: Bankruptcy Desk/Managing Agent
9742 Marcelline Ave
Las Vegas, NV 89148

Wang Son
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 304
Las Vegas, NV 89113

Warner's Nursey & Landscape
Attn: Bankruptcy Desk/Managing Agent
1101 E Butler Ave
Flagstaff, AZ 86001

Warren & Judith Krasnow
Attn: Bankruptcy Desk/Managing Agent
7501 Bridlehorne Ave
Las Vegas, NV 89131

Warren & Judith Krasnow
Attn: Bankruptcy Desk/Managing Agent
7501 Brittlethorne Ave
Las Vegas, NV 89131

Warren's Homework
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 80090
Las Vegas NV 89180

Washington Mutual
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 78148
Phoenix AZ 85062-8148

WatchGuard Services
Attn: Bankruptcy Desk/Managing Agent
215 O'Neill Ave.
Belmont CA 94002-9817

Water FX
Attn: Bankruptcy Desk/Managing Agent
Custom Pools,Spas,& Fountains LLC
4690 W. Post Rd
Las Vegas NV  89118

Water Movers
Attn: Bankruptcy Desk/Managing Agent
PO BOX 66693
Phoenix AZ 85082

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                      Served 4/17/2009

Water Movers Equipment Rental
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 66693
Phoenix AZ 85082

Watts Family
Attn: Bankruptcy Desk/Managing Agent
4693 Califa Dr
Las Vegas, NV 89122

Wayde Stoker
Attn: Bankruptcy Desk/Managing Agent
1112 Montana Ave Ste 381
Santa Monica, CA 90403

Wayde Stoker
Attn: Bankruptcy Desk/Managing Agent
25 Chateau Whistler Ct
Las Vegas, NV 89148

Wayne & Laurel Stratulate
Attn: Bankruptcy Desk/Managing Agent
227 Spring Hollow Dr
Las Vegas, NV 89148

Wayne & Laurel Stratulate
Attn: Bankruptcy Desk/Managing Agent
4106-65A St
Stettler AB T0C
Canada

Wayne O. Norris
Attn: Bankruptcy Desk/Managing Agent
3189 Lauren Nicole Ln
Buford GA 30519

Wayne Prosser
Attn: Bankruptcy Desk/Managing Agent
1012 Via Dupre St
Henderson, NV 89011

Wayne Tran
Attn: Bankruptcy Desk/Managing Agent
14426 Clymer St
Mission Hills, CA 91345

Wayne Tran
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 210
Las Vegas, NV 89113

Wazuu Design
Attn: Bankruptcy Desk/Managing Agent
4175 S. Riley St
# 104
Las Vegas NV 89147

WCR
Attn: Bankruptcy Desk/Managing Agent
Rebecca Reid, Treasurer
5785 W. Tropicana # 7
Las Vegas NV 89103

WDC Exploration & Well
Attn: Bankruptcy Desk/Managing Agent
1421 S 39th Avenue
Phoenix AZ 85009

We Mail
Attn: Bankruptcy Desk/Managing Agent
3111 South Valley View
Bldg. D101
Las Vegas NV 89102

Wealth Management Group
Attn: Bankruptcy Desk/Managing Agent
3770 Howard Hughes Pkwy.
Suite 200
Las Vegas NV 89109

Wei & Jonathan Yee
Attn: Bankruptcy Desk/Managing Agent
1265 Manor Dr
Pittsburgh, PA 15241

Wei & Jonathan Yee
Attn: Bankruptcy Desk/Managing Agent
9728 Waukegan Ave
Las Vegas, NV 89148

Wei Chung
Attn: Bankruptcy Desk/Managing Agent
195 Duck Hollow Ave
Las Vegas, NV 89148

Wei Chung
Attn: Bankruptcy Desk/Managing Agent
21 Sahalee Dr
Las Vegas, NV 89148

Wei Shen
Attn: Bankruptcy Desk/Managing Agent
306 Fringe Ruff Dr
Las Vegas, NV 89148

Wei Wang
Attn: Bankruptcy Desk/Managing Agent
5111 Hillside Pl
Palmdale, CA 93551

Wei Wang
Attn: Bankruptcy Desk/Managing Agent
9765 Marcelline Ave
Las Vegas, NV 89148

Weiner Family
Attn: Bankruptcy Desk/Managing Agent
282 Turtle Peak Ave
Las Vegas, NV 89148

Weiner Family
Attn: Bankruptcy Desk/Managing Agent
515 S Flower St Ste 2700
Los Angeles, CA 90071

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Weintraub Organization
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounting Department
6000 East Evans Ave.,# 2-100
Denver CO 80222

Welch Plastics
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View B-103
Las Vegas NV 89141

Weldon Family
Attn: Bankruptcy Desk/Managing Agent
282 Rolling Springs Dr
Las Vegas, NV 89148

Weldon Family
Attn: Bankruptcy Desk/Managing Agent
4464 Lone Tree Way
Antioch, CA 94531

Wells Fargo
Attn: Bankruptcy Desk/Managing Agent
leticia X3169
1030 5th Ave-Remittance Proces
P.O., Box 23003
Columbus GA 31901

Wells Fargo Auto Finance
Attn: Bankruptcy Desk/Managing Agent
1-800-559-3557
P.O.Box 410448
Salt Lake City UT 84141-0448

Wells Fargo Bank Trust
Attn: Bankruptcy Desk/Managing Agent
Flex Spending Account
381 East Broadway Ste 110
Salt Lake City UT 84111-2684

Wells Fargo Bank, N.A.
Attn: Bankruptcy Desk/Managing Agent
Trust Operations
NW 5159, P. O. Box 1450
Minneapolis MN 55485-5159

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wells Fargo Bk Trust Operation
Attn: Bankruptcy Desk/Managing Agent
NW 5159
P. O. Box 1450
Minneapolis MN 55485-5159

Wells Fargo Card Service
Attn: Bankruptcy Desk/Managing Agent
800-247-8101
P.O. Box 30086
Los Angeles CA 90030-0086

Wells Fargo Equipment
Attn: Bankruptcy Desk/Managing Agent
Finance, NW-8178
P.O. Box 1450
Minneapolis MN 55485-8178

Wells Fargo Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
733 Marquette Ave
Minneapolis, MN  55402

Wells Fargo Equipment Finance, Inc
Attn: Bankruptcy Desk/Managing Agent
1540 W Fountainhead Pkwy
Tempe, AZ 85282-1839

Wells Fargo Financial Nevada 2
Attn: Bankruptcy Desk/Managing Agent
4119 121st St
Urbandale, IA 50323

Wells Fargo Financial Nevada 2
Attn: Bankruptcy Desk/Managing Agent
62 Pangloss St
Henderson, NV 89002

Wells Fargo Flex Benefit Serv
Attn: Bankruptcy Desk/Managing Agent
PO Box 45600
Salt Lake City UT 84145-0600

Wells Fargo Health Benefit Ser
Attn: Bankruptcy Desk/Managing Agent
299 South Main Street
4th Floor
Salt Lake City UT 84111

Wells Fargo Home Mortgage
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 8417
Carol Stream IL 60197-8417

Wells Fargo-10 ton Dump Trucks
Attn: Bankruptcy Desk/Managing Agent
733 Marquette Ave
Minneapolis, MN  55402

Wells Fargo-Bell
Attn: Bankruptcy Desk/Managing Agent
733 Marquette Ave
Minneapolis, MN  55402

Wells Fargo-Tractor/Heavy Trailer
Attn: Bankruptcy Desk/Managing Agent
733 Marquette Ave
Minneapolis, MN  55402

Wells, Ryan A.
Attn: Bankruptcy Desk/Managing Agent
838 Lime Rock Road
Boulder City, NV 89005

Wen Family
Attn: Bankruptcy Desk/Managing Agent
246 Blackstone River Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Wen Family
Attn: Bankruptcy Desk/Managing Agent
4448 Fiore Bella Blvd
Las Vegas, NV 89135

Wen Huang
Attn: Bankruptcy Desk/Managing Agent
212 Duck Hollow Ave
Las Vegas, NV 89148

Wen Huang
Attn: Bankruptcy Desk/Managing Agent
5201 S Torrey Pines Dr Unit 1282
Las Vegas, NV 89118

Wen Jiang
Attn: Bankruptcy Desk/Managing Agent
220 Dog Leg Dr
Las Vegas, NV 89148

Wendi Pickford
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 205
Las Vegas, NV 89113

Wendie Aston
Attn: Bankruptcy Desk/Managing Agent
932 Via Stellato St
Henderson, NV 89011

Wendy Butensky
Attn: Bankruptcy Desk/Managing Agent
1038 Via Nandina Pl
Henderson, NV 89011

Wendy Chouinard
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 214
Las Vegas, NV 89113

Wendy Harrison
Attn: Bankruptcy Desk/Managing Agent
2953 Via Meridiana
Henderson NV 89052

Wendy Schummer
Attn: Bankruptcy Desk/Managing Agent
4662 Califa Dr
Las Vegas, NV 89122

Wendy Zink
Attn: Bankruptcy Desk/Managing Agent
520 Via Del Capitano Ct
Henderson, NV 89011

Wenran Lin
Attn: Bankruptcy Desk/Managing Agent
4786 Lone Mesa Dr
Las Vegas, NV 89147

Wesley & Jeanne Heu
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1148
Las Vegas, NV 89147

Wesley & Jeanne Heu
Attn: Bankruptcy Desk/Managing Agent
94-457 Kuakahi Pl
Waipahu, HI 96797

Wesley & Jill Baker
Attn: Bankruptcy Desk/Managing Agent
1300 Olivia Pkwy
Henderson, NV 89011

Wesley & Mary Murakami
Attn: Bankruptcy Desk/Managing Agent
1156 Lexington Way
Livermore, CA 94550

Wesley & Mary Murakami
Attn: Bankruptcy Desk/Managing Agent
197 Flying Hills Ave
Las Vegas, NV 89148

Wesley & Mary Murakami
Attn: Bankruptcy Desk/Managing Agent
198 Rusty Plank Ave
Las Vegas, NV 89148

Wessel Family
Attn: Bankruptcy Desk/Managing Agent
70 Sully Creek Ct
Las Vegas, NV 89148

West 57th  Homeowners' Association
Attn: Bankruptcy Desk/Managing Agent
133 Rhodes Ranch Parkway
Las Vegas, NV 89148

West Coast Environmental Inc.
Attn: Bankruptcy Desk/Managing Agent
5131 Keswick Road
North Las Vegas NV  89031

West Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1075
Las Vegas, NV 89148

West Tropicana Propertie
Attn: Bankruptcy Desk/Managing Agent
4630 So. Arville Suite B
Las Vegas NV  89103

Westar Credit Union
Attn: Bankruptcy Desk/Managing Agent
P.O.BOX  94138
LAS VEGAS NV 89193-4138

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                        Served 4/17/2009

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
9025 S. Kyrene Road
Tempe, AZ 85284

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
Richard Kerner
9025 S. Kyrene Road
Tempe AZ 85284

WestCor Construction
Attn: Bankruptcy Desk/Managing Agent
Steve Christianson
Framing
5620 Stephanie Street
Las Vegas NV  89122

WestCor Construction DBA
Attn: Bankruptcy Desk/Managing Agent
Randy Smith
Southwest Glazing
5620 Stephanie St
Las Vegas NV  89122

Westcor Windows
Attn: Bankruptcy Desk/Managing Agent
Craig Osterhoudt
5620 Stephanie Street
Las Vegas NV  89122

Western Landscape Construction
Attn: Bankruptcy Desk/Managing Agent
4021 West Carey Avenue
North Las Vegas NV  89032

Western Landscape Construction
Attn: Bankruptcy Desk/Managing Agent
4670 S. Polaris Avenue
Las Vegas NV 89103

Western National Mutual Ins Co
Attn: Bankruptcy Desk/Managing Agent
5350 W 78th St
Edina, MN 55439

Western National Mutual Ins Co
Attn: Bankruptcy Desk/Managing Agent
72 Sunset Bay St
Las Vegas, NV 89148

Western Outdoor Inc
Attn: Bankruptcy Desk/Managing Agent
Patty
3060 Business Lane
Las Vegas NV 89103

Western Outdoor-Land Lse
Attn: Bankruptcy Desk/Managing Agent
3060 Business Lane
Las Vegas NV 89103

Western Progress Company
Attn: Bankruptcy Desk/Managing Agent
c/o Fred R. Eldean
4828 N. Greentr4ee Drive - East
Litchfield AZ 85340

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
121 N. Gibson Road
Henderson, NV 89014

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
Rhonda Smith
121 N. Gibson Road
Henderson NV 89014

Western Sign & Flag Inc
Attn: Bankruptcy Desk/Managing Agent
Monique
4181 W. Oquendo Road
Las Vegas NV  89118

Western States Contracting
Attn: Bankruptcy Desk/Managing Agent
2810 N. Nellis Blvd.
Las Vegas NV 89115

Western States Hydro Hoi
Attn: Bankruptcy Desk/Managing Agent
12 D.V. Farms Drive
Dammeron ValleyUT  84783

Western Technologies, Inc.
Attn: Bankruptcy Desk/Managing Agent
3611 West Tompkins Ave
Las Vegas NV 89103-5618

WesternInteriors and Design
Attn: Bankruptcy Desk/Managing Agent
5410 Wilshire Blvd.
Suite 200 West
Los Angeles CA 90036

Westland Properties LLC
Attn: Bankruptcy Desk/Managing Agent
214 Lenape Heights Ave
Las Vegas, NV 89148

Westland Properties LLC
Attn: Bankruptcy Desk/Managing Agent
537 Marina Blvd
San Francisco, CA 94123

Westland Properties LLC
Attn: Bankruptcy Desk/Managing Agent
6680 Kreb Lake Ct
Las Vegas, NV 89148

Westland Properties LLC
Attn: Bankruptcy Desk/Managing Agent
9659 Dieterich Ave
Las Vegas, NV 89148

Westside Disposal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 10129
Golden Valley AZ 86413

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Weststar Loan Servicing Corp.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29503
Las Vegas NV  89126

Westwood Partners, LTD
Attn: Bankruptcy Desk/Managing Agent
7881 S. Durango Dr.
Las Vegas NV  89113

Whatley, Joseph L.
Attn: Bankruptcy Desk/Managing Agent
8 Skybird Court
Las Vegas, NV 89135

Wheaton World Wide Moving
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 50800
Indianapolis IN 46250-0800

Whirlpool Appliances
Attn: Bankruptcy Desk/Managing Agent
Tiffany Miracle
10180 Tree Bark St.
Las Vegas NV  89123

White & Case, LLP
Attn: Bankruptcy Desk/Managing Agent
633 West Fifth Street, Suite 1900
Los Angeles CA 90071-2007

White Mountain Framers
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court Suite B106
Henderson NV  89015

White Valley Construction
Attn: Bankruptcy Desk/Managing Agent
671 Professional Avenue Ste 514
Henderson NV  89015

Whitewater West Industries
Attn: Bankruptcy Desk/Managing Agent
6700 McMillan Way
Richmond, BC, Canada V6W-1J7

Whitscell, Paul
Attn: Bankruptcy Desk/Managing Agent
7924 Quill Gordon Ave
Las Vegas, NV 89149

Wholesale Builders Suppl
Attn: Bankruptcy Desk/Managing Agent
Vince Catiglione
5625 S. Valley View
Las Vegas NV 89118

Wholesale WC Connection
Attn: Bankruptcy Desk/Managing Agent
6280 S. Valley View Blvd.
Las Vegas NV 89118

Who's Calling
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3675
Seattle WA 98124-3675

Wiggins Family
Attn: Bankruptcy Desk/Managing Agent
7401 Arborcrest Ave
Las Vegas, NV 89131

Wild At Heart, Inc.
Attn: Bankruptcy Desk/Managing Agent
31840 N. 45th Street
Cave Creek AZ 85331

Wild Streak Talent
Attn: Bankruptcy Desk/Managing Agent
3355 W. Spring Mt Rd #264
Las Vegas NV  89102

Wild West Properties, L.L.C.
Attn: Bankruptcy Desk/Managing Agent
8101 Camino Paisano NW
Albuquerque NM 87120

Wildwood Lamps
Attn: Bankruptcy Desk/Managing Agent
David Jaegar
516 Paul Street
Rocky Mount NC 27801

Wilfredo & Anacleta Rillera
Attn: Bankruptcy Desk/Managing Agent
195 Broken Putter Way
Las Vegas, NV 89148

Wilfredo & Anacleta Rillera
Attn: Bankruptcy Desk/Managing Agent
2150 Walden St
Oxnard, CA 93033

Wilfredo Sanchez
Attn: Bankruptcy Desk/Managing Agent
9706 Dieterich Ave
Las Vegas, NV 89148

Wilhelmi Family
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 111
Las Vegas, NV 89113

Wilhelmina & Rolando Granados
Attn: Bankruptcy Desk/Managing Agent
112 Honors Course Dr
Las Vegas, NV 89148

Wilhelmina & Rolando Granados
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 104
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Wilkie, Marlene J.
Attn: Bankruptcy Desk/Managing Agent
2532 Valencia Pl
Henderson, NV 89074

Willard Burke
Attn: Bankruptcy Desk/Managing Agent
5493 Cholla Cactus Ave
Las Vegas, NV 89141

Willard Burke
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 305
Las Vegas, NV 89113

William & Angela Barton
Attn: Bankruptcy Desk/Managing Agent
772 Tossa De Mar Ave
Henderson, NV 89002

William & Bonnie Abbott
Attn: Bankruptcy Desk/Managing Agent
1134 Olivia Pkwy
Henderson, NV 89011

William & Dale Anderson
Attn: Bankruptcy Desk/Managing Agent
4042 Elderberry Cir
Corona, CA 92882

William & Dale Anderson
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1066
Las Vegas, NV 89148

William & Douglas Lee
Attn: Bankruptcy Desk/Managing Agent
332 Lakewood Garden Dr
Las Vegas, NV 89148

William & Douglas Lee
Attn: Bankruptcy Desk/Managing Agent
728 Pacific Ave Ste 706
San Francisco, CA 94133

William & Georgia Nidiffer
Attn: Bankruptcy Desk/Managing Agent
935 Via Canale Dr
Henderson, NV 89011

William & Jacqueline Terry
Attn: Bankruptcy Desk/Managing Agent
38360 Kingsbury Dr
N Ridgeville, OH 44039

William & Jacqueline Terry
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 310
Las Vegas, NV 89113

William & Joyce Adamson
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 311
Las Vegas, NV 89113

William & Joyce Adamson
Attn: Bankruptcy Desk/Managing Agent
983 N Sunset Dr
Washington, UT 84780

William & Keiko French
Attn: Bankruptcy Desk/Managing Agent
485 Newberry Springs Dr
Las Vegas, NV 89148

William & Keiko French
Attn: Bankruptcy Desk/Managing Agent
Psc 470 Box 2869
FPO, AP 96534

William & Kitty Carmody
Attn: Bankruptcy Desk/Managing Agent
755 Tossa De Mar Ave
Henderson, NV 89002

William & Lynda Kerekes
Attn: Bankruptcy Desk/Managing Agent
272 Waterton Lakes Ave
Las Vegas, NV 89148

William & Lynda Kerekes
Attn: Bankruptcy Desk/Managing Agent
6806 E Telegraph St
Yuma, AZ 85365

William & Marika Lamancusa
Attn: Bankruptcy Desk/Managing Agent
9716 Ziegler Ave
Las Vegas, NV 89148

William & Mary Domingo
Attn: Bankruptcy Desk/Managing Agent
9718 Marcelline Ave.
Las Vegas NV  89147

William & Rica Colbert
Attn: Bankruptcy Desk/Managing Agent
274 Sea Rim Ave
Las Vegas, NV 89148

William & Sandra Petrozza
Attn: Bankruptcy Desk/Managing Agent
6744 Pastel Camellia St
Las Vegas, NV 89148

William & Sherna Gardner
Attn: Bankruptcy Desk/Managing Agent
209 Spring Hollow Dr
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

William & Sherma Gardner
Attn: Bankruptcy Desk/Managing Agent
8950 Labish Center Rd NE
Silverton, OR 97381

William & Susan Dendiu
Attn: Bankruptcy Desk/Managing Agent
241 Arbour Garden Ave
Las Vegas, NV 89148

William & Teresa McNair
Attn: Bankruptcy Desk/Managing Agent
1013 Via Gallia St
Henderson, NV 89011

William & Teresa McNair
Attn: Bankruptcy Desk/Managing Agent
65975 Avenida Ladera
Desert Hot Springs, CA 92240

William & Theresa Gibbs
Attn: Bankruptcy Desk/Managing Agent
8961 Lansberry Ct
Las Vegas, NV 89147

William & Vicky Stgeorge
Attn: Bankruptcy Desk/Managing Agent
3450 Bella Sovana Ct
Las Vegas, NV 89141

William & Vicky Stgeorge
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 216
Las Vegas, NV 89113

William Abbott
Attn: Bankruptcy Desk/Managing Agent
1134 Olivia Pkwy
Henderson NV  89009

William Baker
Attn: Bankruptcy Desk/Managing Agent
3209 Mason Avenue
Las Vegas NV 89102

William Barnes
Attn: Bankruptcy Desk/Managing Agent
7115 S Durango Dr Unit 304
Las Vegas, NV 89113

William Briscoe
Attn: Bankruptcy Desk/Managing Agent
7119 S Durango Dr Unit 309
Las Vegas, NV 89113

William C. Polly
Attn: Bankruptcy Desk/Managing Agent
26 Via Di Roma
Long Beach CA 90803

William Castellanos
Attn: Bankruptcy Desk/Managing Agent
102 Sunset Bay St
Las Vegas, NV 89148

William Choy
Attn: Bankruptcy Desk/Managing Agent
299 Dog Leg Dr
Las Vegas, NV 89148

William Cuva
Attn: Bankruptcy Desk/Managing Agent
2923 W Sahara Ave
Las Vegas, NV 89102

William Cuva
Attn: Bankruptcy Desk/Managing Agent
44 Arcadian Shores St
Las Vegas, NV 89148

William Dibenedetto
Attn: Bankruptcy Desk/Managing Agent
1064 Via Canale Dr
Henderson, NV 89011

William Dively
Attn: Bankruptcy Desk/Managing Agent
10473 Burensburg Ave
Las Vegas NV  89135

William Dunbar
Attn: Bankruptcy Desk/Managing Agent
275 Dog Leg Dr
Las Vegas, NV 89148

William E. Fears
Attn: Bankruptcy Desk/Managing Agent
5880 Duneville Court
Las Vegas NV  89103

William Ensign
Attn: Bankruptcy Desk/Managing Agent
283 Harpers Ferry Ave
Las Vegas, NV 89148

William Ensign
Attn: Bankruptcy Desk/Managing Agent
5170 Rustic Ridge Dr
Las Vegas, NV 89148

William Eversole
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60172
Las Vegas NV  89160

William Farnsworth
Attn: Bankruptcy Desk/Managing Agent
7143 S Durango Dr Unit 213
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

William G. Ford
Attn: Bankruptcy Desk/Managing Agent
28453 Horeshoe Circle
Santa Clarita CA 91390

William Gentry
Attn: Bankruptcy Desk/Managing Agent
2400 Historic Decatur Rd
San Diego, CA 92106

William Gentry
Attn: Bankruptcy Desk/Managing Agent
9738 Valmeyer Ave
Las Vegas, NV 89148

William Howell
Attn: Bankruptcy Desk/Managing Agent
1036 Viale Placenza Pl
Henderson, NV 89011

William Howell
Attn: Bankruptcy Desk/Managing Agent
80345 Pebble Beach Dr
Indio, CA 92201

William J. Kincaid
Attn: Bankruptcy Desk/Managing Agent
4653 Park Drive #B
Carlsbad CA

William Johnson
Attn: Bankruptcy Desk/Managing Agent
235 Blackstone River Ave
Las Vegas, NV 89148

William McKinney
Attn: Bankruptcy Desk/Managing Agent
9247 Tulip Trestle Ave
Las Vegas, NV 89148

William Nail
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 109
Las Vegas, NV 89113

William Orrison
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 107
Las Vegas, NV 89113

William R Duncan
Attn: Bankruptcy Desk/Managing Agent
6000 Flaming Coral Lane
Las Vegas NV 89130

William R. Binetti
Attn: Bankruptcy Desk/Managing Agent
Attorney at Law
801 Newman Rd.
Racine WI 53406-4035

William Richards
Attn: Bankruptcy Desk/Managing Agent
9793 Valmeyer Ave
Las Vegas, NV 89148

William Seegmiller
Attn: Bankruptcy Desk/Managing Agent
1330 Port Ashley
Newport Beach, CA 92660

William Seegmiller
Attn: Bankruptcy Desk/Managing Agent
95 Bowler Springs St
Las Vegas, NV 89148

William Smith
Attn: Bankruptcy Desk/Managing Agent
7167 S Durango Dr Unit 307
Las Vegas, NV 89113

William Swanson
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 102
Las Vegas, NV 89113

William Swanson
Attn: Bankruptcy Desk/Managing Agent
PO Box 401385
Las Vegas, NV 89140

William Thurston
Attn: Bankruptcy Desk/Managing Agent
7400 Apple Springs Ave
Las Vegas, NV 89131

William Turnbull
Attn: Bankruptcy Desk/Managing Agent
5450 Wesleyan Ct
Las Vegas, NV 89113

William Turnbull
Attn: Bankruptcy Desk/Managing Agent
80 Daisy Springs Ct
Las Vegas, NV 89148

William Walsh
Attn: Bankruptcy Desk/Managing Agent
101 Rancho Maria St
Las Vegas, NV 89148

William Wang
Attn: Bankruptcy Desk/Managing Agent
167 Water Hazard Ln
Las Vegas, NV 89148

William Wang
Attn: Bankruptcy Desk/Managing Agent
1750 W Romneya Dr Apt 247
Anaheim, CA 92801

William Washington
Attn: Bankruptcy Desk/Managing Agent
5435 Pomeroy Cr.
Las Vegas NV 89142

Williams Family
Attn: Bankruptcy Desk/Managing Agent
1001 S Meadows Pkwy Apt 1712
Reno, NV 89521

Williams Family
Attn: Bankruptcy Desk/Managing Agent
323 Trailing Putt Way
Las Vegas, NV 89148

Williams Family
Attn: Bankruptcy Desk/Managing Agent
3625 Gundry Ave
Long Beach, CA 90807

Williams Family
Attn: Bankruptcy Desk/Managing Agent
7139 S Durango Dr Unit 109
Las Vegas, NV 89113

Williams Family
Attn: Bankruptcy Desk/Managing Agent
7185 S Durango Dr Unit 203
Las Vegas, NV 89113

Williams Family
Attn: Bankruptcy Desk/Managing Agent
7311 Chaparral Cove Ln
Las Vegas, NV 89131

Williams Family
Attn: Bankruptcy Desk/Managing Agent
7616 Capstick Ave
Las Vegas, NV 89129

Williams Scotsman, Inc.
Attn: Bankruptcy Desk/Managing Agent
danielle
File#91975
Chicago IL 60693-1975

Williams, Christopher
Attn: Bankruptcy Desk/Managing Agent
10919 Paradise Road
Henderson, NV 89052

Willie Gong
Attn: Bankruptcy Desk/Managing Agent
62 Olimar Ave
Las Vegas, NV 89148

Willis Roof Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
4755 W. Dewey Drive
Las Vegas NV 89118

Wilmar Contracting Inc
Attn: Bankruptcy Desk/Managing Agent
4525 W. Hacienda Ste 1
Las Vegas, NV 89118

Wilmar Contracting Inc
Attn: Bankruptcy Desk/Managing Agent
Veda Cascone
4525 W. Hacienda Ste 1
Las Vegas NV 89118

Wilmer & Jennifer Morejon
Attn: Bankruptcy Desk/Managing Agent
1039 Via Sanguinella St
Henderson, NV 89011

Wilmer & Jennifer Morejon
Attn: Bankruptcy Desk/Managing Agent
1043 Via Di Olivia St
Henderson, NV 89011

Wilson Family
Attn: Bankruptcy Desk/Managing Agent
55 Voltaire Ave
Henderson, NV 89002

Wilson Property Trust
Attn: Bankruptcy Desk/Managing Agent
4613 Califa Dr
Las Vegas, NV 89122

Wilson, Stephanie
Attn: Bankruptcy Desk/Managing Agent
452 Center Green Dr
Las Vegas, NV 89138

Wilvert Crawford
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1103
Las Vegas, NV 89148

Window Depot Inc.
Attn: Bankruptcy Desk/Managing Agent
Debbie Adcock
P.O. Box 27337
Tucson AZ 85726-7337

Wing & Hin Chan
Attn: Bankruptcy Desk/Managing Agent
143 Macoby Run St
Las Vegas, NV 89148

Wing & Hin Chan
Attn: Bankruptcy Desk/Managing Agent
215 Park Row Apt 12A
New York, NY 10038

Winkler, Vanessa
Attn: Bankruptcy Desk/Managing Agent
2857 Prestonwood St
Las Vegas, NV 89156

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                         Served 4/17/2009

Winning Technologies Inc.
Attn: Bankruptcy Desk/Managing Agent
#1 Stoney Brook Lane
O'FallonMO  63366

Winning Wigwam Windfall
Attn: Bankruptcy Desk/Managing Agent
c/o John Horvat
4045 Spencer, #118
Las Vegas NV 89119

Winroc
Attn: Bankruptcy Desk/Managing Agent
3775 East Sahara
Las Vegas NV 89104

Wireless Consulting Corporatio
Attn: Bankruptcy Desk/Managing Agent
4955 S. Durango Dr.
Suite 151
Las Vegas NV  89113

Witham Family
Attn: Bankruptcy Desk/Managing Agent
1932 Altozano Dr
El Cajon, CA 92020

Witham Family
Attn: Bankruptcy Desk/Managing Agent
7173 S Durango Dr Unit 106
Las Vegas, NV 89113

WJR Consulting Services, LLC
Attn: Bankruptcy Desk/Managing Agent
339 Hollins Hall Street
Las Vegas NV  89145

WLC Nevada
Attn: Bankruptcy Desk/Managing Agent
4580 S. Polaris Avenue
Las Vegas NV  89103

Wm.J.Hotz Structural
Attn: Bankruptcy Desk/Managing Agent
1609 Changing Seasons St.
Las Vegas NV  89144

Wojtowitz, Jon M.
Attn: Bankruptcy Desk/Managing Agent
9768 Dream Brook Ct
Las Vegas, NV 89149

Wong Family
Attn: Bankruptcy Desk/Managing Agent
286 Rolling Springs Dr
Las Vegas, NV 89148

Wong Family
Attn: Bankruptcy Desk/Managing Agent
3575 Griffith Park Blvd
Los Angeles, CA 90027

Wong Family
Attn: Bankruptcy Desk/Managing Agent
62 Cascade Lake St
Las Vegas, NV 89148

Wong Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1039
Las Vegas, NV 89148

Wonravee Chavalit
Attn: Bankruptcy Desk/Managing Agent
3720 Fountain Ct.
North Las Vegas NV 89032

Woo Shin
Attn: Bankruptcy Desk/Managing Agent
179 Castle Course Ave
Las Vegas, NV 89148

Wood Rodgers, Inc.
Attn: Bankruptcy Desk/Managing Agent
3301 C Street
Bldg. 100-B
Sacramento CA 95816

Wood, Smith, Henning & Berman
Attn: Bankruptcy Desk/Managing Agent
4175 S. Riley Street
Suite 204
Las Vegas NV  89147

Woodard Furniture
Attn: Bankruptcy Desk/Managing Agent
Sharon
c/o Quantum Resources
13030 Inglewood Ave. #200
Hawthorne CA 90250

Woodard, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 73014
Chicago IL 60673-7014

WoodWorks Software
Attn: Bankruptcy Desk/Managing Agent
3380 Sheridan Dr., Ste 306
Amherst NY 14226-1499

Woon & Jina Ra
Attn: Bankruptcy Desk/Managing Agent
31 Laying Up Ct
Las Vegas, NV 89148

Work Zone Traffic Services
Attn: Bankruptcy Desk/Managing Agent
4280 W. Reno Ave.  Suite H
Las Vegas NV 89118

Workman Family
Attn: Bankruptcy Desk/Managing Agent
760 Wigan Pier Dr
Henderson, NV 89002

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

World Capital Funding In
Attn: Bankruptcy Desk/Managing Agent
Attn: Rosie Asuncion RE Broker
10 East Vivian Drive
Pleasant Hill CA 94523

World Financial Marking
Attn: Bankruptcy Desk/Managing Agent
Rosie Asuncion
1838 Colfax Street
Concrod CA 94520

WP South Builders Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
c/o James E Smyth
3800 Howard Hughes Pkwy 7th Floor
Las Vegas, NV 89169

WREDCo, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81526
Las Vegas NV 89180

WRG Design Inc.
Attn: Bankruptcy Desk/Managing Agent
5415 SW Westgate Drive
Suite 100
Portland OR 97221

Wright Engineers
Attn: Bankruptcy Desk/Managing Agent
7425 Peak Drive
Las Vegas NV 89128

Wright Painting/Drywall
Attn: Bankruptcy Desk/Managing Agent
Robert Kahre
6270 Kimberly, Suite # D
Las Vegas NV 89122

Wright Stanish & Winckler
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th St. #701 BOA Plaza
Las Vegas NV 89101

Wyman Dun
Attn: Bankruptcy Desk/Managing Agent
3658 Ivy Canyon Ct
San Jose, CA 95121

Wyman Dun
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2109
Las Vegas, NV 89148

Wynona Byrd
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 104
Las Vegas, NV 89113

Wyoming Child Support
Attn: Bankruptcy Desk/Managing Agent
Enforcement 37236
P.O. Box 1027
Cheyenne WY 82003

Xanadu Family
Attn: Bankruptcy Desk/Managing Agent
3745 Las Vegas Blvd S
Las Vegas, NV 89109

Xanadu Family
Attn: Bankruptcy Desk/Managing Agent
5212 Spanish Heights Dr
Las Vegas, NV 89148

Xerox Corp.
Attn: Bankruptcy Desk/Managing Agent
PO Box 7405
Pasadena CA 91109-7405

XEROX CORPORATION
Attn: Bankruptcy Desk/Managing Agent
P.O BOX 650361
DALLAS TX 75265-0361

Xerox Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 7413
Pasadena CA 91109-7413

Xiao Huang
Attn: Bankruptcy Desk/Managing Agent
6688 Roanoke Ct
Las Vegas, NV 89148

Xiao Tang
Attn: Bankruptcy Desk/Managing Agent
4741 Ashington St
Las Vegas, NV 89147

Xiao Wang
Attn: Bankruptcy Desk/Managing Agent
196 Duck Hollow Ave
Las Vegas, NV 89148

Xiao Yang
Attn: Bankruptcy Desk/Managing Agent
127 Honors Course Dr
Las Vegas, NV 89148

Xiaodong Yang
Attn: Bankruptcy Desk/Managing Agent
116 Broken Putter Way
Las Vegas, NV 89148

Xiaodong Yang
Attn: Bankruptcy Desk/Managing Agent
Las Vegas Nv 89113
Las Vegas, NV 89113

Xiaoping Li
Attn: Bankruptcy Desk/Managing Agent
1438 S Blaney Ave
San Jose, CA 95129

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Xiaoping Li
Attn: Bankruptcy Desk/Managing Agent
148 Tall Ruff Dr
Las Vegas, NV 89148

Xiaping Zhang
Attn: Bankruptcy Desk/Managing Agent
9060 Red Shores Way
Las Vegas, NV 89147

Xie Bin
Attn: Bankruptcy Desk/Managing Agent
111 Red Tee Ln
Las Vegas, NV 89148

Xijuan Xu
Attn: Bankruptcy Desk/Managing Agent
12845 Crestfield Court
Rancho Cucamonga CA 91739

Xijuan Xu
Attn: Bankruptcy Desk/Managing Agent
12845 Crestfield Ct
Rancho Cucamonga, CA 91739

Xijuan Xu
Attn: Bankruptcy Desk/Managing Agent
757 Orchard Course Dr
Las Vegas, NV 89148

Xikui Xu
Attn: Bankruptcy Desk/Managing Agent
12845 Crestfield Court
Rancho Cucamonga CA 91739-8011

Xin Shi
Attn: Bankruptcy Desk/Managing Agent
16628 China Berry Ct
Chino Hills, CA 91709

Xin Shi
Attn: Bankruptcy Desk/Managing Agent
471 Center Green Dr
Las Vegas, NV 89148

Xinchu Zhang
Attn: Bankruptcy Desk/Managing Agent
81 Sunshine Coast Ln
Las Vegas, NV 89148

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
16021 Royal Oak Rd
Encino, CA 91436

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1082
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1083
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1084
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1085
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1086
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1087
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1088
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1089
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1090
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1091
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1092
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1093
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1103
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1104
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1105
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1106
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1107
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1108
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1109
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1110
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1111
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1112
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1113
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1114
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1133
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1134
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1135
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1136
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1139
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1140
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1141
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1142
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1143
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1144
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1146
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1151
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1152
Las Vegas, NV 89147

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1155
Las Vegas, NV 89147

X-It At 215 LLC
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave Unit 1161
Las Vegas, NV 89147

X-it Homeowner's Association
Attn: Bankruptcy Desk/Managing Agent
333 Rhodes Ranch Parkway
Las Vegas NV  89148

X-IT Homeowners' Association
Attn: Bankruptcy Desk/Managing Agent
133 Rhodes Ranch Parkway
Las Vegas, NV 89148

Xiu Xu
Attn: Bankruptcy Desk/Managing Agent
252 Rustic Club Way
Las Vegas, NV 89148

Xiuxia Xu
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30391
Las Vegas NV 89173

XM Satellite Radio
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78054
Phoenix AZ 85062-8054

XN Ross
Attn: Bankruptcy Desk/Managing Agent
3182 Pradera Circle
Las Vegas NV 89121

Xu Huang
Attn: Bankruptcy Desk/Managing Agent
271 Trailing Putt Way
Las Vegas, NV 89148

Xuan Liu
Attn: Bankruptcy Desk/Managing Agent
330 Tayman Park Ave
Las Vegas, NV 89148

Xuan Liu
Attn: Bankruptcy Desk/Managing Agent
6 Cerrito
Irvine, CA 92612

Xueping Jiang
Attn: Bankruptcy Desk/Managing Agent
6761 Crosby Ct
San Jose, CA 95129

Xueping Jiang
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1002
Las Vegas, NV 89148

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
%Tower Realty
Las Vegas, NV 89147

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 104
Las Vegas, NV 89113

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 105
Las Vegas, NV 89113

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 107
Las Vegas, NV 89113

Y M B Properties LLC
Attn: Bankruptcy Desk/Managing Agent
7163 S Durango Dr Unit 201
Las Vegas, NV 89113

Yabut Family
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1010
Las Vegas, NV 89148

Yabut Family
Attn: Bankruptcy Desk/Managing Agent
9966 Liberty View Rd
Las Vegas, NV 89148

Yacobian Family
Attn: Bankruptcy Desk/Managing Agent
377 Tranquil Ln
Oak Park, CA 91377

Yacobian Family
Attn: Bankruptcy Desk/Managing Agent
786 Tossa De Mar Ave
Henderson, NV 89002

Yalawnda Taylor
Attn: Bankruptcy Desk/Managing Agent
6837 Baby Jade Ct
Las Vegas, NV 89148

Yamamoto, Augusta
Attn: Bankruptcy Desk/Managing Agent
9140 Bushy Tail Avenue #103
Las Vegas, NV 89149

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                    Served 4/17/2009

Yamas Controls
Attn: Bankruptcy Desk/Managing Agent
3951 Preformance Dr Ste C
Sacramento CA 95838

Yamashita Family
Attn: Bankruptcy Desk/Managing Agent
8727 Stockholm Ave
Las Vegas, NV 89147

Yamil Rodriguez
Attn: Bankruptcy Desk/Managing Agent
508 Foster Springs
Las Vegas NV 142

Yamil Rodriguez
Attn: Bankruptcy Desk/Managing Agent
508 Foster Springs Rd
Las Vegas, NV 89148

Yan Li
Attn: Bankruptcy Desk/Managing Agent
809 Ville Franche
Las Vegas NV  89145

Yan Li
Attn: Bankruptcy Desk/Managing Agent
9773 Marcelline Ave
Las Vegas, NV 89148

Yang Shin
Attn: Bankruptcy Desk/Managing Agent
315 Ladies Tee Ct
Las Vegas, NV 89148

Yanjie Chen
Attn: Bankruptcy Desk/Managing Agent
6632 Babys Tear Pl
Las Vegas, NV 89148

Yanping Bagg
Attn: Bankruptcy Desk/Managing Agent
19 Indian Run Way
Las Vegas, NV 89148

Yanping Bagg
Attn: Bankruptcy Desk/Managing Agent
3 Tall Ruff Dr
Las Vegas, NV 89148

Yanping Bagg
Attn: Bankruptcy Desk/Managing Agent
4350 Spring Mountain Rd # 106
Las Vegas, NV 89102

Yanping Bagg
Attn: Bankruptcy Desk/Managing Agent
4350 Spring Mountain Rd Ste 116
Las Vegas, NV 89102

Yao He
Attn: Bankruptcy Desk/Managing Agent
2605 Las Verdes St
Las Vegas, NV 89102

Yao He
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 304
Las Vegas, NV 89113

Yao Tan
Attn: Bankruptcy Desk/Managing Agent
430 N Sandhill Blvd
Mesquite, NV 89027

Yao Tan
Attn: Bankruptcy Desk/Managing Agent
4788 Lone Mesa Dr
Las Vegas, NV 89147

Yaobin Zhou
Attn: Bankruptcy Desk/Managing Agent
190 Paxon Hollow Ct
Las Vegas, NV 89148

Yaskin Family
Attn: Bankruptcy Desk/Managing Agent
631 Orchard Course Dr
Las Vegas, NV 89148

Yasmin Aquino
Attn: Bankruptcy Desk/Managing Agent
91 Back Spin Ct
Las Vegas, NV 89148

Yee Wah Ho
Attn: Bankruptcy Desk/Managing Agent
20514 E. Pacific Dr.
Walnut CA 91789

Yelena Campbell
Attn: Bankruptcy Desk/Managing Agent
1520 Via Cassia
Henderson, NV 89052

Yelena Campbell
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2014
Las Vegas, NV 89148

Yelena Groce
Attn: Bankruptcy Desk/Managing Agent
352 Turtle Peak Ave
Las Vegas, NV 89148

Yellow Pages Distribution
Attn: Bankruptcy Desk/Managing Agent
Service
P.O. Box 222045
Dallas TX 75222-2045

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Yellow Pages United
Attn: Bankruptcy Desk/Managing Agent
PO Box 95450
Atlanta GA 30347-0450

Yellow Pages, Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60007
Anaheim CA 92812-6007

Yen Miller
Attn: Bankruptcy Desk/Managing Agent
318 Palm Trace Ave
Las Vegas, NV 89148

Yen-hsi & Grace Chu
Attn: Bankruptcy Desk/Managing Agent
1018 Aquamarine Ter
Union City, CA 94587

Yen-hsi & Grace Chu
Attn: Bankruptcy Desk/Managing Agent
435 Center Green Dr
Las Vegas, NV 89148

Yeon Mun
Attn: Bankruptcy Desk/Managing Agent
44 Sully Creek Ct
Las Vegas, NV 89148

Yeranouhi Anispekyan
Attn: Bankruptcy Desk/Managing Agent
1933 Tamarind Ave Apt 3
Los Angeles, CA 90068

Yeranouhi Anispekyan
Attn: Bankruptcy Desk/Managing Agent
70 Rancho Maria St
Las Vegas, NV 89148

Yeuklin Gong
Attn: Bankruptcy Desk/Managing Agent
2498 Western Ave
Altamont, NY 12009

Yeuklin Gong
Attn: Bankruptcy Desk/Managing Agent
9698 Ziegler Ave
Las Vegas, NV 89148

Yi Li
Attn: Bankruptcy Desk/Managing Agent
97 Back Spin Ct
Las Vegas, NV 89148

Yichang Lee
Attn: Bankruptcy Desk/Managing Agent
128 Honors Course Dr
Las Vegas, NV 89148

Ying & Yanfang Liu
Attn: Bankruptcy Desk/Managing Agent
26 Cobbs Creek Way
Las Vegas, NV 89148

Yoko Allen
Attn: Bankruptcy Desk/Managing Agent
303 Saint Thomas Dr Apt D
Newport News, VA 23606

Yoko Allen
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 309
Las Vegas, NV 89113

Yoko Kamino
Attn: Bankruptcy Desk/Managing Agent
176 Wicked Wedge Way
Las Vegas, NV 89148

Yoko Kamino
Attn: Bankruptcy Desk/Managing Agent
322 Karen Ave Unit 203
Las Vegas, NV 89109

Yolanda Tabucanon
Attn: Bankruptcy Desk/Managing Agent
4748 Lone Mesa Dr
Las Vegas, NV 89147

Yong & Yung Chung
Attn: Bankruptcy Desk/Managing Agent
51 Sunshine Coast Ln
Las Vegas, NV 89148

Yong Kwon
Attn: Bankruptcy Desk/Managing Agent
258 Spring Hollow Dr
Las Vegas, NV 89148

Yong Parknavy
Attn: Bankruptcy Desk/Managing Agent
1060 Via Nandina Pl
Henderson, NV 89011

Yong Parknavy
Attn: Bankruptcy Desk/Managing Agent
8857 University Blvd # A
Moon Township, PA 15108

Yosef Avi-Izak
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2098
Las Vegas, NV 89148

Young & Ok Park
Attn: Bankruptcy Desk/Managing Agent
281 Tayman Park Ave
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Served 4/17/2009

Young & Ok Park
Attn: Bankruptcy Desk/Managing Agent
5657 Doubleday St
Las Vegas, NV 89118

Young At Heart
Attn: Bankruptcy Desk/Managing Agent
Ann Marie Vadala
813 New Season Ct
Las Vegas NV  89123

Young Cho
Attn: Bankruptcy Desk/Managing Agent
1086 Via Capassi Way
Henderson, NV 89011

Young Family
Attn: Bankruptcy Desk/Managing Agent
2 Cascade Lake St
Las Vegas, NV 89148

Young Wee
Attn: Bankruptcy Desk/Managing Agent
342 Turtle Peak Ave
Las Vegas, NV 89148

Younger Brothers Windows NV
Attn: Bankruptcy Desk/Managing Agent
DO NOT USE
4815 W. Russell Road
Suite 3C
Las Vegas NV  89118

Your Cleaning Choice, Inc.
Attn: Bankruptcy Desk/Managing Agent
5115 S. Industrial Road
Suite 102
Las Vegas NV  89118

YP.com
Attn: Bankruptcy Desk/Managing Agent
101 Convention Center Dr.
Suite 1002
Las Vegas NV  89109

Yu & Cindy Wang
Attn: Bankruptcy Desk/Managing Agent
21027 Comer Dr
Saratoga, CA 95070

Yu & Cindy Wang
Attn: Bankruptcy Desk/Managing Agent
350 Fringe Ruff Dr
Las Vegas, NV 89148

Yu Family
Attn: Bankruptcy Desk/Managing Agent
12474 Sumner Dr
Saratoga, CA 95070

Yu Family
Attn: Bankruptcy Desk/Managing Agent
366 Fringe Ruff Dr
Las Vegas, NV 89148

Yu Jiang
Attn: Bankruptcy Desk/Managing Agent
162 Castle Course Ave
Las Vegas, NV 89148

Yu Liu
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 205
Las Vegas, NV 89113

Yuan & Shin-Lan Chang
Attn: Bankruptcy Desk/Managing Agent
179 Water Hazard Ln
Las Vegas, NV 89148

Yuan & Shin-Lan Chang
Attn: Bankruptcy Desk/Managing Agent
7483 S Chapparal Cir E
Centennial, CO 80016

Yuan Cheng
Attn: Bankruptcy Desk/Managing Agent
23605 Ridge Line Rd
Diamond Bar, CA 91765

Yuan Cheng
Attn: Bankruptcy Desk/Managing Agent
6694 Aviston St
Las Vegas, NV 89148

Yue, Alan
Attn: Bankruptcy Desk/Managing Agent
9162 Herrera Ave
Las Vegas, NV 89129

Yuen & Wing Fong
Attn: Bankruptcy Desk/Managing Agent
2207 NW Queens Way
Grants Pass, OR 97526

Yuen & Wing Fong
Attn: Bankruptcy Desk/Managing Agent
250 Tayman Park Ave
Las Vegas, NV 89148

Yugu Tang
Attn: Bankruptcy Desk/Managing Agent
9774 Marcelline Ave
Las Vegas, NV 89148

Yui & Joyce Chan
Attn: Bankruptcy Desk/Managing Agent
1 Forest Gate Cir
Oak Brook, IL 60523

Yui & Joyce Chan
Attn: Bankruptcy Desk/Managing Agent
171 Broken Putter Way
Las Vegas, NV 89148

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                      Served 4/17/2009

Yui & Joyce Chan
Attn: Bankruptcy Desk/Managing Agent
188 Broken Putter Way
Las Vegas, NV 89148

Yukin Kwan
Attn: Bankruptcy Desk/Managing Agent
284 Hickory Heights Ave
Las Vegas, NV 89148

Yukio & Toshiko Yoshimoto
Attn: Bankruptcy Desk/Managing Agent
209 Via Luna Rosa Ct
Henderson, NV 89011

Yuko Dubois
Attn: Bankruptcy Desk/Managing Agent
7151 S Durango Dr Unit 202
Las Vegas, NV 89113

Yule Park
Attn: Bankruptcy Desk/Managing Agent
268 W Duarte Rd
Arcadia, CA 91007

Yule Park
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 1152
Las Vegas, NV 89148

Yuliya Buryk
Attn: Bankruptcy Desk/Managing Agent
194 Rusty Plank Ave
Las Vegas, NV 89148

Yuma Title Account Servicing
Attn: Bankruptcy Desk/Managing Agent
1690 S 4th Avenue
Post Office Box 2765
Yuma AZ 85366

Yumei Cao
Attn: Bankruptcy Desk/Managing Agent
259 Falcons Fire Ave
Las Vegas, NV 89148

Yumei Cao
Attn: Bankruptcy Desk/Managing Agent
5055 W Hacienda Ave Unit 2216
Las Vegas, NV 89118

Yumi Malinis
Attn: Bankruptcy Desk/Managing Agent
9700 Marcelline Ave
Las Vegas, NV 89148

Yun Chao
Attn: Bankruptcy Desk/Managing Agent
1708 Paseo Maravilla
Camarillo, CA 93012

Yun Chao
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 110
Las Vegas, NV 89113

Yun Choi
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2076
Las Vegas, NV 89148

Yung Pung
Attn: Bankruptcy Desk/Managing Agent
11518 Ridge Mist Ter
Potomac, MD 20854

Yung Pung
Attn: Bankruptcy Desk/Managing Agent
23 Quail Valley St
Las Vegas, NV 89148

Yung Yao
Attn: Bankruptcy Desk/Managing Agent
1122 Pescadero St
Milpitas, CA 95035

Yung Yao
Attn: Bankruptcy Desk/Managing Agent
188 Fortress Course Ct
Las Vegas, NV 89148

Yunhee Kim
Attn: Bankruptcy Desk/Managing Agent
124 Water Hazard Ln
Las Vegas, NV 89148

Yunhee Kim
Attn: Bankruptcy Desk/Managing Agent
625 S Berendo St Apt 507
Los Angeles, CA 90005

Yunyoung Lee
Attn: Bankruptcy Desk/Managing Agent
545 Newberry Springs Dr
Las Vegas, NV 89148

Yupayao Carl
Attn: Bankruptcy Desk/Managing Agent
6572 Kell Lane
Las Vegas NV  89156

Yuriy Karapetyan
Attn: Bankruptcy Desk/Managing Agent
5173 Hollywood Blvd Apt 207
Los Angeles, CA 90027

Yuriy Karapetyan
Attn: Bankruptcy Desk/Managing Agent
7155 S Durango Dr Unit 207
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Yurri Shiller
Attn: Bankruptcy Desk/Managing Agent
2382 Falsetto Ave
Henderson NV 89052

Yvette Dang
Attn: Bankruptcy Desk/Managing Agent
351 Turtle Peak Ave
Las Vegas, NV 89148

Yvonne & Guadalupe Cisneros
Attn: Bankruptcy Desk/Managing Agent
6687 Keyesport Ct
Las Vegas, NV 89148

Yvonne Chartier
Attn: Bankruptcy Desk/Managing Agent
7103 S Durango Dr Unit 213
Las Vegas, NV 89113

Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
159 Castle Course Ave
Las Vegas, NV 89148

Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
4214 California St
San Francisco, CA 94118

Yvonne Skrzeczyna
Attn: Bankruptcy Desk/Managing Agent
303 Sea Rim Ave
Las Vegas, NV 89148

Zachary & Valerie Thompson
Attn: Bankruptcy Desk/Managing Agent
257 Spring Hollow Dr
Las Vegas, NV 89148

Zahra Sobhi
Attn: Bankruptcy Desk/Managing Agent
273 Via Franciosa Dr
Henderson, NV 89011

Zaldy Antioquia
Attn: Bankruptcy Desk/Managing Agent
1087 Via Saint Lucia Pl
Henderson, NV 89011

Zaldy Antioquia
Attn: Bankruptcy Desk/Managing Agent
1087 Via St Lucia Pl
Henderson, NV 89011

Zavala, Jina
Attn: Bankruptcy Desk/Managing Agent
8401 Tilted Cart
Las Vegas, NV 89143

Zaya Ochana
Attn: Bankruptcy Desk/Managing Agent
3 Greenridge Rd
Elgin, IL 60120

Zaya Ochana
Attn: Bankruptcy Desk/Managing Agent
7147 S Durango Dr Unit 203
Las Vegas, NV 89113

Zbigniew & Danuta Korepta
Attn: Bankruptcy Desk/Managing Agent
27 Tall Ruff Dr
Las Vegas, NV 89148

Zbigniew Cabaj
Attn: Bankruptcy Desk/Managing Agent
12997 Pipilo Ct
San Diego, CA 92129

Zbigniew Cabaj
Attn: Bankruptcy Desk/Managing Agent
7159 S Durango Dr Unit 308
Las Vegas, NV 89113

Zee Medical Service
Attn: Bankruptcy Desk/Managing Agent
1618 West Oakey
Las Vegas, NV 89102-2612

Zee Medical Service
Attn: Bankruptcy Desk/Managing Agent
JoAnne
1618 West Oakey
Las Vegas NV 89102-2612

Zee's Artistries
Attn: Bankruptcy Desk/Managing Agent
2505 Antem Village Dr.
Ste E577
Henderson NV 89052

Zeevi Family
Attn: Bankruptcy Desk/Managing Agent
4644 Stuttgart St
Las Vegas, NV 89147

Zeigler Family
Attn: Bankruptcy Desk/Managing Agent
66 Sunset Bay St
Las Vegas, NV 89148

Zenaida & Edgardo Cruz
Attn: Bankruptcy Desk/Managing Agent
1248 Olivia Pkwy
Henderson, NV 89011

Zenaida & Edgardo Cruz
Attn: Bankruptcy Desk/Managing Agent
3257 Santa Isabella Ct
Union City, CA 94587

Rhodes Design and Development Corp. 09-14846 - U.S. Mail                                                    Served 4/17/2009

Zenaida Munson
Attn: Bankruptcy Desk/Managing Agent
107 Water Hazard Ln
Las Vegas, NV 89148

Zenaida Munson
Attn: Bankruptcy Desk/Managing Agent
401 1st Ave Apt 2A
New York, NY 10010

Zhao Xu
Attn: Bankruptcy Desk/Managing Agent
7131 S Durango Dr Unit 202
Las Vegas, NV 89113

Zhen Ye
Attn: Bankruptcy Desk/Managing Agent
1161 York Ave Apt 11A
New York, NY 10065

Zhen Ye
Attn: Bankruptcy Desk/Managing Agent
119 Honors Course Dr
Las Vegas, NV 89148

Zhi Yu
Attn: Bankruptcy Desk/Managing Agent
187 Pocono Manor Ct
Las Vegas, NV 89148

Zhi Zhang
Attn: Bankruptcy Desk/Managing Agent
67 Rusty Springs Ct
Las Vegas, NV 89148

Zhihua Huang
Attn: Bankruptcy Desk/Managing Agent
184 Tall Ruff Dr
Las Vegas, NV 89148

Zhijun Tong
Attn: Bankruptcy Desk/Managing Agent
142 Tall Ruff Dr
Las Vegas, NV 89148

Zhijun Tong
Attn: Bankruptcy Desk/Managing Agent
44832 Vista Del Sol
Fremont, CA 94539

Zhimin Situ
Attn: Bankruptcy Desk/Managing Agent
1025 Via Di Olivia St
Henderson, NV 89011

Zhongrui Xia
Attn: Bankruptcy Desk/Managing Agent
160 Tall Ruff Dr
Las Vegas, NV 89148

Zhongrui Xia
Attn: Bankruptcy Desk/Managing Agent
4176 Bell Cmn
Fremont, CA 94536

Zia Zia
Attn: Bankruptcy Desk/Managing Agent
5822 Chesterfield Ct
San Jose, CA 95138

Zia Zia
Attn: Bankruptcy Desk/Managing Agent
7107 S Durango Dr Unit 305
Las Vegas, NV 89113

Ziad Karam
Attn: Bankruptcy Desk/Managing Agent
369 Dog Leg Dr
Las Vegas, NV 89148

Ziad Karam
Attn: Bankruptcy Desk/Managing Agent
725 Secret London Ave
Las Vegas, NV 89178

Ziad Karam
Attn: Bankruptcy Desk/Managing Agent
725 Sercret London Ave.
Las Vegas NV  89178

Zimmer, Kathleen
Attn: Bankruptcy Desk/Managing Agent
8321 W Florine Ave
Las Vegas, NV 89129

Zippmann Family
Attn: Bankruptcy Desk/Managing Agent
297 Palm Trace Ave
Las Vegas, NV 89148

Ziv Davis
Attn: Bankruptcy Desk/Managing Agent
55 Grant Avenue
San Francisco CA 94108

Zohren Behin-Ain
Attn: Bankruptcy Desk/Managing Agent
1026 Via Nandina Pl
Henderson, NV 89011

Zokik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
1640 Irving Ave
Glendale, CA 91201

Zokik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 304
Las Vegas, NV 89113

Rhodes Design and Development Corp. 09-14846 - U.S. Mail

Zoran & Vera Malesevic
Attn: Bankruptcy Desk/Managing Agent
9660 Dieterich Ave
Las Vegas, NV 89148

Zorik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
1640 Irving Ave
Glendale, CA 91201

Zorik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
7111 S Durango Dr Unit 205
Las Vegas, NV 89113

Zorik Pirijanian
Attn: Bankruptcy Desk/Managing Agent
7135 S Durango Dr Unit 307
Las Vegas, NV 89113

Zottoli Family
Attn: Bankruptcy Desk/Managing Agent
951 Via Canale Dr
Henderson, NV 89011

Zoubir Mouaki-Benani
Attn: Bankruptcy Desk/Managing Agent
207 Wicked Wedge Way
Las Vegas, NV 89148

Zoubir Mouaki-Benani
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2152
Las Vegas, NV 89148

Zoubir Mouaki-C
Attn: Bankruptcy Desk/Managing Agent
488 Center Green Dr
Las Vegas, NV 89148

Zulfia Alimov
Attn: Bankruptcy Desk/Managing Agent
37 Cobbs Creek Way
Las Vegas, NV 89148

Zulfia Alimova
Attn: Bankruptcy Desk/Managing Agent
9050 W Warm Springs Rd Unit 2095
Las Vegas, NV 89148

Zulfia Alimova
Attn: Bankruptcy Desk/Managing Agent
18 Cobbs Creek Way
Las Vegas, NV 89148

Zulfia Aulimova
Attn: Bankruptcy Desk/Managing Agent
123 Corey Creek Ct
Las Vegas, NV 89148

Zurich Services Corporation
Attn: Bankruptcy Desk/Managing Agent
Barbara Taylor
P. O. Box 66944
Chicago IL 60666-0944

Zurich Services Corporation
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 66944
Chicago, IL 60666-0944

Zuyi Qiu
Attn: Bankruptcy Desk/Managing Agent
351 Ladies Tee Ct
Las Vegas, NV 89148

Creditors:  10815

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **TUSCANY ACQUISITIONS III, LLC** | Case No.: BK-S-09-14850-LBR |
| | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                                      Chapter 11

TUSCANY ACQUISITIONS III, LLC                Case No. BK-S-09-14850-LBR
Tax I.D. No. 20-44597777

                    Debtor.
_____/

### NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Deadlines to File a Proof of Claim |
| --- |

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

| Creditors May Not Take Certain Actions: |
| --- |

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: |
| --- |

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: **Tuscany Acquisitions III, LLC** | | Case Number: **09-14850** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( ) -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: ( ) -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: 
*(If known)*

Filed On: 

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$ .

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $ . **Annual Interest Rate:** %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ . **Basis for perfection:**

| Amount Secured | Amount Unsecured | |
|---|---|---|
| $ . | $ . | |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ).

Amount entitled to priority:
$ .

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

Printed Name                                         Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**

Served 4/17/2009

A Company Portable
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise ID 83705

ABC Locksmith Corp.
Attn: Bankruptcy Desk/Managing Agent
3981 E. Sunset Road, #E
Las Vegas NV  89120

Access Technologies Corp
Attn: Bankruptcy Desk/Managing Agent
241 Sunpac Avenue
Henderson, NV 89015

All American Carpet Care
Attn: Bankruptcy Desk/Managing Agent
2756 North Green Valley Pkwy #108
Henderson NV 89014

American Asphalt & Grading Co.
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield St.
N. Las Vegas, NV 89032

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

AMPAM-RCR PLUMBING
Attn: Bankruptcy Desk/Managing Agent
3985 W Post Rd
Las Vegas, NV 89118

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
798 A Street
Las Vegas, NV 89106

Andres Mendoza
Attn: Bankruptcy Desk/Managing Agent

Anthony & Francisca Iorio
Attn: Bankruptcy Desk/Managing Agent
1048 Via Prato Ln
Henderson, NV 89011

Anthony & Francisca Iorio
Attn: Bankruptcy Desk/Managing Agent
13859 Palomino Ct
Victorville, CA 92394

AR Iron LLC
Attn: Bankruptcy Desk/Managing Agent
1425 Athol Avenue
Henderson, NV 89015

Arapahoe Cleaning LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite B-106
Henderson NV  89015

Aristotle Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 35126
Las Vegas, NV 89133-5126

Arizona Attorney General
Attn: Bankruptcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

ATRIUM DOOR & WINDOW
Attn: Bankruptcy Desk/Managing Agent
3890 W. Northwest Hwy #500
Dallas, TX 75234

B & F Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
2735 Simmons St. #100
N Las Vegas NV 89032

B.D. Trim
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly Ave. Suite B
Las Vegas NV 89122-7655

Bair's Carpet Valley - C
Attn: Bankruptcy Desk/Managing Agent
BAIRIE/LOLA
7465 West Sunset Road
Suite 1200
Las Vegas NV 89113

Bancroft, Susa & Galloway
Attn: Bankruptcy Desk/Managing Agent
4713 E. Camp Lowell Drive
Tucson AZ 85712

Bell, Boyd & Lloyd
Attn: Bankruptcy Desk/Managing Agent
1615 L Street N.W. Ste 1200
Washington DC 20036-5610

Blue Ribbon Stairs
Attn: Bankruptcy Desk/Managing Agent
5860 Alder Avenue
Suite 500
Sacramento CA 95828-1114

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
1183 Center Point Drive
Henderson, NV 89074

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**                                           **Served 4/17/2009**

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Cabinet West
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way #100
Henderson NV 89014

Cabinetec, Inc.
Attn: Bankruptcy Desk/Managing Agent
2711 E. Craig Road Suite A & B
North Las Vegas NV 89030

Carino Nelson
Attn: Bankruptcy Desk/Managing Agent
255 Via Franciosa Drive
Henderson NV 89015

Carpino Stone Applications
Attn: Bankruptcy Desk/Managing Agent
1987 Whitney Mesa Dr.
Henderson, NV 89014

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
2160 W. Charleston
Suite M
Las Vegas, NV 89102

Christopher & Suzanne Taddei
Attn: Bankruptcy Desk/Managing Agent
1061 Via Prato Ln
Henderson, NV 89011

Christopher & Suzanne Taddei
Attn: Bankruptcy Desk/Managing Agent
3147 Crane Creek Pl
Eagan, MN 55121

Christy McKinley
Attn: Bankruptcy Desk/Managing Agent
1057 Via Prato Ln
Henderson, NV 89011

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV 89005-5011

City of Henderson Utility Serv
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 95011
Henderson NV 89009-5011

Clark County Fence
Attn: Bankruptcy Desk/Managing Agent
3114 E Charleston
Las Vegas NV 89104

Clark County Recorders
Attn: Bankruptcy Desk/Managing Agent
500 South Grand Central Pkwy
PO Box 551510 2nd Floor
Las Vegas NV 89155-1510

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

Colleen & Geoffrey Zimmer
Attn: Bankruptcy Desk/Managing Agent
1041 Via Panfilo Ave
Henderson, NV 89011

Colleen & Geoffrey Zimmer
Attn: Bankruptcy Desk/Managing Agent
116 Boyd Ave
Chittenango, NY 13037

Computer Contractors Assn.,Inc
Attn: Bankruptcy Desk/Managing Agent
12261 Alison Drive
Camarillo CA 93012-9338

Constance Carter
Attn: Bankruptcy Desk/Managing Agent
1025 Via Panfilo Ave
Henderson, NV 89011

Constance Carter
Attn: Bankruptcy Desk/Managing Agent
16200 Golden View Dr
Anchorage, AK 99516

Coronado Concrete
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie St.
Las Vegas, NV 89122

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**

Served 4/17/2009

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Culligan
Attn: Bankruptcy Desk/Managing Agent
NW 5120
PO Box 1450
Minneapolis MN 54485-5120

Custom Hearth Dist.,Inc.
Attn: Bankrutpcy Desk/Managing Agent
P.O. Box 335367
N. Las Vegas, NV 89033

Damon Masaki
Attn: Bankruptcy Desk/Managing Agent
1077 Via Prato Ln
Henderson, NV 89011

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

Dawn Kearns
Attn: Bankruptcy Desk/Managing Agent
1045 Via Panfilo Ave
Henderson, NV 89011

Dean & Dunn Roofing
Attn: Bankruptcy Desk/Managing Agent
5385 South Cameron
Suite 21
Las Vegas NV 89118

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Del Grosso Floor Covering, Inc
Attn: Bankruptcy Desk/Managing Agent
3170 Ponderosa Way
Las Vegas NV 89118

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Home Electric
Attn: Bankruptcy Desk/Managing Agent
8635 W.Sahara Blvd., # 441
Las Vegas NV 89117

Desert Plastering, LLC
Attn: Bankruptcy Desk/Managing Agent
2602 Losee Road
North Las Vegas, NV 89030

Direct Grading & Paving
Attn: Bankruptcy Desk/Managing Agent
2755 N. Lamont
Las Vegas NV 89115

Double A Electric, LLC
Attn: Bankruptcy Desk/Managing Agent
580 West Cheyenne Avenue Ste 100
N. Las Vegas NV 89030

Dr. Drywall & Paint,Too
Attn: Bankruptcy Desk/Managing Agent
2408 Santa Clara St
Las Vegas NV 89104

DPI Residential Corporation
Att:   Bankruptcy Desk/Managing Agent
17182 Armstrong Avenue
Irvine, CA 92614

Dynamic Heating & Air
Attn: Bankruptcy Desk/Managing Agent
of Nevada, Inc.
3315 Birtcher Drive
Las Vegas NV 89118

Eagle Painting & Drywall Inc.
Attn: Bankruptcy Desk/Managing Agent
Paul Baker
6225 Harrison Dr
Suite 1
Las Vegas, NV 89120

Edna & Danilo Paule
Attn: Bankruptcy Desk/Managing Agent
1061 Via Corto St
Henderson, NV 89011

Edna & Danilo Paule
Attn: Bankruptcy Desk/Managing Agent
7701 Man O War St
Las Vegas, NV 89131

Edward & Vera Vien
Attn: Bankruptcy Desk/Managing Agent
1072 Via Corto St
Henderson, NV 89011

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**                                   **Served 4/17/2009**

Edward & Vera Vien
Attn: Bankruptcy Desk/Managing Agent
921 SW Washington St Ste 758
Portland, OR 97205

Edward A. Williams
Attn: Bankruptcy Desk/Managing Agent
3214 Velvet Rose
Las Vegas, NV 89135

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 660068
Dallas TX 75266-0068

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Executive Plastering
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Dr. Suite 101
Las Vegas NV 89130

Exotic Millworks, Inc.
Attn: Bankruptcy Desk/Managing Agent
5034 Swift River Court
North Las Vegas NV 89031

Ferraro Marble Companies
Attn: Bankruptcy Desk/Managing Agent
4155 Sobb Avenue
Las Vegas NV 89118

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow, # 180
Las Vegas, NV 89103

Frontier Management LLC
Attn: Bankruptcy Desk/Managing Agent
1049 Via Prato Ln
Henderson, NV 89011

Frontier Management LLC
Attn: Bankruptcy Desk/Managing Agent
3609 Bison
Scottsbluff, NE 69361

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N Las Vegas, NV 89030

GeoTek, Inc.
Attn: Bankruptcy Desk/Managing Agent
Wayne Anderson
6835 S. Escondido Street
Suite A
Las Vegas NV 89119

Granite World
Attn: Bankruptcy Desk/Managing Agent
2360 E. La Madre Way
North Las Vegas, NV 89081

Guy Evans
Attn: Bankruptcy Desk/Managing Agent
PO Box 42426
Las Vegas NV 89116

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL 60559-5570

ID Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 S. Fort Apache Road
Suite 100
Las Vegas NV 89148

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
5330 W. Quail Avenue
Las Vegas, NV 89118

Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 South Fort Apache Road
Suite 110
Las Vegas NV 89148

Interior Specialists, Inc.
Attn: Bankruptcy Desk/Managing Agent
1630 Faraday
7465 W. Sunset Rd
Suite 1200
Las Vegas NV 89113

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Interstate Plumbing & A/C
Attn: Bankruptcy Desk/Managing Agent
7201 West Post Road
Las Vegas NV 89113

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**                                                                **Served 4/17/2009**

Iovino Masonry Inc.
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd.
Las Vegas NV 89139

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
2440 Marcos Street
Las Vegas, NV 89115

Jade Haviland
Attn: Bankruptcy Desk/Managing Agent
1052 Nia Prato Ln
Henderson, NV 89011

Jade Haviland
Attn: Bankruptcy Desk/Managing Agent
1052 Via Prato Ln
Henderson, NV 89011

James & Maureen Siple
Attn: Bankruptcy Desk/Managing Agent
3312 Amish Avenue
N. Las Vegas NV 89031

James & Terri Longwell
Attn: Bankruptcy Desk/Managing Agent
1053 Via Prato Ln
Henderson, NV 89011

James Nameth
Attn: Bankruptcy Desk/Managing Agent
1041 Via Prato Ln
Henderson, NV 89011

Johanna Leyde
Attn: Bankruptcy Desk/Managing Agent
1069 Via Prato Ln
Henderson, NV 89011

John & Denyel Mathisen
Attn: Bankruptcy Desk/Managing Agent
1085 Via Prato Ln
Henderson, NV 89011

John Morgerson
Attn: Bankruptcy Desk/Managing Agent
1069 Via Corto St
Henderson, NV 89011

John Morgerson
Attn: Bankruptcy Desk/Managing Agent
5310 Silver Wing Blvd
Louisville, KY 40241

John Scott
Attn: Bankruptcy Desk/Managing Agent
1064 Via Corto St
Henderson, NV 89011

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 24755
Tempe, AZ 85285-4755

Joshua Igeleke, Jr.
Attn: Bankruptcy Desk/Managing Agent
2705 Kingclaven Drive
Henderson NV  89044

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

Kathelyn Hill
Attn: Bankruptcy Desk/Managing Agent
1065 Via Prato Ln
Henderson, NV 89011

Kathelyn Hill
Attn: Bankruptcy Desk/Managing Agent
PO Box 92632
Anchorage, AK 99509

Kaye  MacClendon
Attn: Bankruptcy Desk/Managing Agent
165 Rolling Cove Ave
Henderson, NV 89011

Knight Electric
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest Rd, Suite P
Henderson NV  89074

La Jolla Pacific
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine CA 92618

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
20250 Plummer Street
Chatsworth, CA 91311

Lisa Brown
Attn: Bankruptcy Desk/Managing Agent
1037 Via Prato Ln
Henderson, NV 89011

Lisa Brown
Attn: Bankruptcy Desk/Managing Agent
15 Irvine Pl Inverurie
Aberdeenshire Ab51
Scotland

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**                                                           **Served 4/17/2009**

Lorenza Coleman
Attn: Bankruptcy Desk/Managing Agent
1065 Via Corto St
Henderson, NV 89011

LOVE Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
3442 North Buffalo Dr.
Las Vegas, NV 89129

Lunas Roll-Off Rental, Inc
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Ave.
Las Vegas NV 89115

M&M Electric, Inc
Attn: Bankruptcy Desk/Managing Agent
3655 W. Dewey Drive
Las Vegas NV 89118

Marcus & Jameail Wilson
Attn: Bankruptcy Desk/Managing Agent
1093 Via Prato Ln
Henderson, NV 89011

Mark & Darsann Chase
Attn: Bankruptcy Desk/Managing Agent
2367 Chasing Star Ave.
Las Vegas NV 89123

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Matthew & Frank Parvis
Attn: Bankruptcy Desk/Managing Agent
1056 Via Prato Ln
Henderson, NV 89011

Medina Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas NV 89032

Mercury Reprographics
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas NV 89120

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 53583
Phoenix, AZ 85072

Modular Space Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O. BOX 641595
Pittsburgh PA 15264-1595

Monsuru Ibraheem
Attn: Bankruptcy Desk/Managing Agent
1081 Via Prato Ln
Henderson, NV 89011

Montgomery Consulting
Attn: Bankruptcy Desk/Managing Agent
Engineers, LLC
5673 Cameron Street
Las Vegas, NV 89118

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52614
Phoenix AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Division of
Attn: Bankruptcy Desk/Managing Agent
Environmental Protection
901 South Stuart Street Ste 4001
Carson City, NV 89701

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
6639 Schuster Street
Las Vegas, NV 89118

Newcomb Family
Attn: Bankruptcy Desk/Managing Agent
1073 Via Prato Ln
Henderson, NV 89011

Newcomb Family
Attn: Bankruptcy Desk/Managing Agent
1824 Madera Canyon Pl
Las Vegas, NV 89128

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**                                                    **Served 4/17/2009**

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
9611 N. 16th Ave.
Phoenix, AZ 85021-2126

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue Suite J1-J3
Costa Mesa, CA 92626

NV Energy
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno NV 89520-3086

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
4616 W. Sahara Ave Pmb 178
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
5740 Arville St Suite 201
Las Vegas NV 89118

Paul Rutherford
Attn: Bankruptcy Desk/Managing Agent
1084 Via Corto St
Henderson, NV 89011

Pedro & Alina Mouriz
Attn: Bankruptcy Desk/Managing Agent
1088 Via Corto St
Henderson, NV 89011

Performance Plus Engineering
Attn: Bankruptcy Desk/Managing Agent
27740 Jefferson Avenue
Suite 320
Temecula CA 92590

Professional Door & Millworks
Attn: Bankrutpcy Desk/Managing Agent
2951 Morion Dr Ste #117B
Las Vegas, NV 89115

Quality Cabinets of Nevada
Attn: Bankruptcy Desk/Managing Agent
Lock Box 842520
Dallas, TX 75284-2520

Quality Interiors, Inc
Attn: Bankruptcy Desk/Managing Agent
104 S. Maple Street
Corona, CA 92880-1704

Quality Wood Products
Attn: Bankruptcy Desk/Managing Agent
3001 N. Nellis
Las Vegas NV 89115

Rachael Brown
Attn: Bankruptcy Desk/Managing Agent
1092 Via Corto St
Henderson, NV 89011

Ramy Salch
Attn: Bankruptcy Desk/Managing Agent
1037 Via Panfilo Ave
Henderson, NV 89011

Ramy Salch
Attn: Bankruptcy Desk/Managing Agent
16144 Bighorn Ct
Chino Hills, CA 91709

RCR Plumbing & Mechanical Inc.
Attn: Bankruptcy Desk/Managing Agent
5165 Schrills
Las Vegas, NV 89118

Red Rock Mechanical, LLC
Attn: Bankruptcy Desk/Managing Agent
6311 Dean Martin Dr.
Las Vegas NV 89118

Reel Sound
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest, Suite P
Henderson NV 89074

Regal Materials Inc.
Attn: Bankruptcy Desk/Managing Agent
1013 E Delhi
N Las Vegas NV 89030

Rick Mora
Attn: Bankruptcy Desk/Managing Agent
929 Evening Fawn Dr
N Las Vegas, NV 89031

Rise & Run, Inc.
Attn: Bankruptcy Desk/Managing Agent
1995 Whitney Mesa
Henderson NV 89014

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**

Served 4/17/2009

Robert & Bernice Pearson
Attn: Bankruptcy Desk/Managing Agent
1089 Via Prato Ln
Henderson, NV 89011

Robert & Samantha Heller
Attn: Bankruptcy Desk/Managing Agent
1080 Via Corto St
Henderson, NV 89011

Rocky Top
Attn: Bankruptcy Desk/Managing Agent
44 W. Mayflower Avenue
North Las Vegas, NV 89030

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rolando & Susan Aguila
Attn: Bankruptcy Desk/Managing Agent
122 Solidago Avenue
Las Vegas NV 89183

Rolland Lawson
Attn: Bankruptcy Desk/Managing Agent
1045 Via Prato Ln
Henderson, NV 89011

Rolland Lawson
Attn: Bankruptcy Desk/Managing Agent
3354 E Jaeger Cir
Mesa, AZ 85213

Rosemary Kline
Attn: Bankruptcy Desk/Managing Agent
1057 Via Corto St
Henderson, NV 89011

Rosemary Kline
Attn: Bankruptcy Desk/Managing Agent
2550 Glenkerry Dr
Anchorage, AK 99504

Safety Rails of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
3447 Ringstar Road
Las Vegas, NV 89030

San Gabriel Construction
Attn: Bankruptcy Desk/Managing Agent
10120 W. Flamingo Rd., STE 4-195
Las Vegas NV 89147

Sandra Fletes
Attn: Bankruptcy Desk/Managing Agent
1044 Via Prato Ln
Henderson, NV 89011

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

SelectBuild Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Roofing Dept
4339 Corporate Circle Dr.,Ste 108
North Las Vegas NV 89030

Serv Pro Northwest Las Vegas
Attn: Bankruptcy Desk/Managing Agent
791 Middlegate Rd.
Henderson, NV 89015

Sharp Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4842 North Berg Street
North Las Vegas NV 89081-2621

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
18606 W. Rebel Road
Hauser Lake, ID 83854

Signs West, Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 Mary Crest RD
Henderson, NV 89074

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
4205 W Tompkins Ave Ste #3
Las Vegas, NV 89103

Silver State Fireplaces
Attn: Bankruptcy Desk/Managing Agent
3555 W. Quail Road, Ste A
Las Vegas, NV 89118

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

Silver State Steel Group
Attn: Bankruptcy Desk/Managing Agent
3680 W. Reno
Las Vegas, NV 89118

Simplex Grinnell
Attn: Bankruptcy Desk/Managing Agent
1545 Pama Lane
Las Vegas NV 89119

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**                                                                                  Served 4/17/2009

Social Security Administration
Attn: Bankrupcty Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
3525 W Hacienda
Las Vegas, NV 89118

Stanley Consultants, Inc
Attn: Bankruptcy Desk/Managing Agent
5820 S. Eastern Avenue
Las Vegas, NV 89119

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Steamatic of Southern Nevada
Attn: Bankruptcy Desk/Managing Agent
2851 Synergy Street
Las Vegas NV 89030

Sterling Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
2825 Coleman Street
N. Las Vegas NV 89032

Surface Solutions
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 335112
North Las Vegas, NV 89033

Surface Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
2756  N. Green Valley Pkwy
PMB 458
Henderson NV 89014

Susan Tokunaga
Attn: Bankruptcy Desk/Managing Agent
1029 Via Panfilo Ave
Henderson, NV 89011

Susan Tokunaga
Attn: Bankruptcy Desk/Managing Agent
2406 Rue De Bourdeaux
Henderson, NV 89074

The Garage Door Center
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way # 100
Henderson NV 89014

Thomas & Virginia Schwab
Attn: Bankruptcy Desk/Managing Agent
1068 Via Corto St
Henderson, NV 89011

Thomas & Virginia Schwab
Attn: Bankruptcy Desk/Managing Agent
PO Box 426
Capitola, CA 95010

Thomas Crooks
Attn: Bankruptcy Desk/Managing Agent
1033 Via Panfilo Ave
Henderson, NV 89011

Tiberti Fence Co.
Attn: Bankruptcy Desk/Managing Agent
4975 Rogers Street
Las Vegas NV 89118

Tower Builders, LLC
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Drive
Suite 101
Las Vegas NV 89130

Triton Grading & Paving LLC
Attn: Bankruptcy Desk/Managing Agent
4220 Arcata Way
Bldg B Suite 1
N Las Vegas NV 89030

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Vahe Markarian
Attn: Bankruptcy Desk/Managing Agent
1097 Via Prato Ln
Henderson, NV 89011

Vahe Markarian
Attn: Bankruptcy Desk/Managing Agent
11774 Thunderbird Ave
Porter Ranch, CA 91326

Valley Air Conditioning Inc.
Attn: Bankruptcy Desk/Managing Agent
9225 Mann Street
Las Vegas NV 89139

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

**Tuscany Acquisitions III, LLC 09-14850 - U.S. Mail**                                                            **Served 4/17/2009**

Wall Constructors Inc
Attn: Bankruptcy Desk/Managing Agent
6015 Mcleod
Las Vegas NV 89120

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
9025 S. Kyrene Road
Tempe, AZ 85284

WestCor Construction
Attn: Bankruptcy Desk/Managing Agent
Steve Christianson
Framing
5620 Stephanie Street
Las Vegas NV  89122

WestCor Construction DBA
Attn: Bankruptcy Desk/Managing Agent
Randy Smith
Southwest Glazing
5620 Stephanie St
Las Vegas NV  89122

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
121 N. Gibson Road
Henderson, NV 89014

Willis Roof Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
4755 W. Dewey Drive
Las Vegas NV 89118

WREDCo, inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81526
Las Vegas NV  89180

Wright Engineers
Attn: Bankruptcy Desk/Managing Agent
7425 Peak Drive
Las Vegas NV  89128

Creditors:  225

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **HERITAGE LAND COMPANY, LLC** | Case No.: BK-S-09-14778-LBR |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2 UNITED STATES BANKRUPTCY COURT

3 DISTRICT OF NEVADA

4 In re:

5 HERITAGE LAND COMPANY, LLC
Tax I.D. No. 20-3612918

Chapter 11

6 Case No. BK-S-09-14778-LBR

7 Debtor.
_____/

8

9 **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
AND DEADLINES**

10

11 A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

12 You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
consult an attorney to protect your rights. All documents filed in this case may be viewed at the

13 bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under

14 the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER
login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15

16 NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
enclosed on the page of this Notice entitled "Explanations."

17 **Attorney for Debtor(s) (name and address):**

18 ZACHARIAH LARSON
LARSON & STEPHENS

19 810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101

20 Telephone number:  (702) 382-1170

21 PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11ᵗʰ FLOOR

22 LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

23

24 **Meeting of Creditors**

25 **DATE**: May 7, 2009
**TIME**: 3:00 PM

26 **LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

27

28 **Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the
paragraph named "Meeting of Creditors."

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

**Creditors May Not Take Certain Actions**:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

**EXPLANATIONS**

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: **Heritage Land Company, LLC** | Case Number: **09-14778** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (    )    -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
_(if known)_

Filed On:

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (    )    -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**    $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

**Value of Property:** $    **Annual Interest Rate:**    %
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $    **Basis for perfection:**

**Amount Secured**    **Amount Unsecured**
$    $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (    ).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. _(See instruction 7 and definition of "redacted" on reverse side.)_

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name    Title

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0897    0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

**Heritage Land Company, LLC 09-14778 - U.S. Mail**

Served 4/17/2009

Akin Gump Strauss Hauer & Feld
Attn: Bankruptcy Desk/Managing Agent
One Bryant Park
New York, NY 10036

AlixPartners, LLP
Attn: Bankruptcy Desk/Managing Agent
9 West 57 Street #3420
New York, NY 10019

Alvarez & Marsal
Attn: Bankruptcy Desk/Managing Agent
633 West Fifth Street
Suite 2560
Los Angeles CA 90071

American Express-FL
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 360001
Ft. Lauderdale FL 33336-0001

Arizona Attorney General
Attn: Bankruptcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona Land Quest LLC
Attn: Bankruptcy Desk/Managing Agent
1608 Buffalo Trail
Henderson NV 89014

Arizona State Treasurer's Office
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Chicago Title Co.
Attn: Bankruptcy Desk/Managing Agent
9500 West Flamingo Rd.
Suite 140
Las Vegas, NV 89147

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankruptcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse First Boston
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable - IBD
11 Madison Avenue, 11th Floor
New York NY 10010

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Cushman & Wakefield of Arizona
Attn: Bankruptcy Desk/Managing Agent
Valuation Services
2525 East Camelback Road, St 1000
Phoenix, AZ 85016

Cushman & Wakefield Texas,Inc.
Attn: Bankruptcy Desk/Managing Agent
Michael L. Miller
1330 Post Oak Boulevard
Suite 2700
Houston TX 77056

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Deutsche Bank
Attn: Bankruptcy Desk/Managing Agent
60 Wall Street
New York NY 10005

Fabian & Clendenin
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 510210
Salt Lake City, UT 84151-0210

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

**Heritage Land Company, LLC 09-14778 - U.S. Mail**                                    Served 4/17/2009

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 69801

Gibson, Dunn  & Crutcher LLP
Attn: Bankruptcy Desk/Managing Agent
333 South Grand Avenue
Los Angeles CA 90071

Highbridge Partners
Attn: Bankruptcy Desk/Managing Agent
9820 Willow Creek Road
Suite 445
San Diego CA 92131

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Mariposa Real Estate Advisors
Attn: Bankruptcy Desk/Managing Agent
1613 Chelsea Rd.
Unit 204
San Marino CA 91108

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Moody's Investors Service
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 102597
Atlanta GA 30368-0597

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankruptcy Desk/Managing Agent
2600 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankruptcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Pachulski Stang Ziehl & Jones
Attn: Bankruptcy Desk/Managing Agent
10100 Santa Monica Blvd.
Los Angeles CA 90067

Paramount Capital Corporation
Attn: Bankruptcy Desk/Managing Agent
1918 Filbert Street
Suite 101
San Francisco CA 94123

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

Rhodes Ranch LLC
Attn: Bankruptcy Desk/Managing Agent
4730 S. Fort Apache Road
Suite 300
Las Vegas, NV  89147

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Sedora Holdings, LLC
Attn: Bankruptcy Desk/Managing Agent
4730 S. Fort Apache Road
Suite 300
Las Vegas, NV  89147

Skadden, Arps, Slate,Meagher &
Attn: Bankruptcy Desk/Managing Agent
And Affiliates
P.O. Box 1764
White Plains NY 10602

**Heritage Land Company, LLC 09-14778 - U.S. Mail**

Snell & Wilmer , LLP
Attn: Bankruptcy Desk/Managing Agent
One Arizona Center
Phoenix AZ 85004-2202

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 6016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Standard and Poor's
Attn: Bankruptcy Desk/Managing Agent
2542 Collection Center Drive
Chicago IL 60693

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  56

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **THE RHODES COMPANIES, LLC** | Case No.: BK-S-09-14814-LBR |
| Debtor. | Chapter 11 |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2                            UNITED STATES BANKRUPTCY COURT

3                                    DISTRICT OF NEVADA

4        In re:

5        THE RHODES COMPANIES, LLC                    Chapter 11
         Tax I.D. No.  20-3613060
6                                                      Case No. BK-S-09-14814-LBR

7                              Debtor.
                    _____/

8

9              NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                                    AND DEADLINES
10

11       A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

12       You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult
         an attorney to protect your rights.  All documents filed in this case may be viewed at the bankruptcy
13       clerk's office at the address listed on this Notice.  The dockets and imaged case documents may also be
         viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case:
14       **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password,
         call 1-800-676-6856 or go online at http://pacer.uscourts.gov.
15
         NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information
16       enclosed on the page of this Notice entitled "Explanations."

17       **Attorney for Debtor(s) (name and address):**

18                                   ZACHARIAH LARSON
                                     LARSON & STEPHENS
19                            810 S. CASINO CENTER BLVD., SUITE 104
                                     LAS VEGAS, NV 89101
20                            Telephone number:  (702) 382-1170

21                            PACHULSKI STANG ZIEHL & JONES LLP
                              10100 SANTA MONICA BLVD., 11th FLOOR
22                                 LOS ANGELES, CA 90067-4100
                              Telephone Number: (310) 277-6910
23

24                                   **Meeting of Creditors**

25                                   **DATE**: May 7, 2009
                                     **TIME**: 3:00 PM
26                  **LOCATION:**  Foley Federal Building and U.S. Courthouse
                    300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101
27
                              **Creditor with a Foreign Address:**
28       See additional information enclosed on the page of this Notice entitled "Explanations," under the
                              paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Deadlines to File a Proof of Claim** |
|---|
| For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.** |
| For a governmental unit:  **180 days after the date of the order for relief.** |
| See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope. |
| Mail completed Proof of Claim forms to **Claims Agent for Debtor**: |

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

| **Creditors May Not Take Certain Actions:** |
|---|
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered.  Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan.  A plan is not effective unless confirmed by the court.  You may be sent  a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan.  You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing.  Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded under a later date without further notice.  The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim.  If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov.  You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER).  If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim.  Whether or not your claim is scheduled, you are permitted to file a Proof of Claim.  If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan.  A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim.  Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.  **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors.  If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt.  See Bankruptcy Code § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice.  You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: **The Rhodes Companies, LLC** | Case Number: **09-14814** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On:

TEL: ( )  -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

TEL: ( )  -

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

**Value of Property:** $ **Annual Interest Rate:** %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $

**Basis for perfection:**

| Amount Secured | Amount Unsecured |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ).

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

Printed Name | Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857          0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

The Rhodes Companies, LLC 09-14814 - U.S. Mail

1 Bad Computer
Attn: Bankruptcy Desk/Managing Agent
5408 Jasper Butte Street
Las Vegas NV 89130

200 MPH Printers
Attn: Bankruptcy Desk/Managing Agent
7423 Newcrest Circle
Las Vegas NV 89147

2005 Sage Summit Cus Conf
Attn: Bankruptcy Desk/Managing Agent
c/o Conferon
3 Allied Drive, Suite 306
Dedham MA 02026

212 Software
Attn: Bankruptcy Desk/Managing Agent
Support Department
364-C Christopher Avenue
Gaithersburg MD 20879

702 Sports
Attn: Bankruptcy Desk/Managing Agent
2505 Dog Leg Trail
McKinney TX 75069

944 Magazine
Attn: Bankruptcy Desk/Managing Agent
3070 W. Post Road
Las Vegas NV 89118

A & A Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 12755
Las Vegas NV  89112

A & A Uniforms, Inc.
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View Blvd.
Suite J-101
Las Vegas NV 89102

A & L Western Agricultural Lab
Attn: Bankruptcy Desk/Managing Agent
1311 Woodland Avenue #1
Modesto CA 95351

A A Premier Pools & Spas
Attn: Bankruptcy Desk/Managing Agent
Patrick McClain
5110 North  Buffalo
Las Vegas NV  89129

A Affordable Striping
Attn: Bankruptcy Desk/Managing Agent
& Sealing, LLC
5795 S. Sandhill Rd., Suite F
Las Vegas NV 89120

A Childrens Dentist
Attn: Bankruptcy Desk/Managing Agent
8710 W. Charleston Blvd #100
Las Vegas NV  89117-5452

A Company Portable
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise ID 83705

A Friendly Drain Cleaner
Attn: Bankruptcy Desk/Managing Agent
8665 W. Flamingo Rd. # 2025
Las Vegas NV  89147

A Land Acquisitions Company
Attn: Bankruptcy Desk/Managing Agent
9001 Night Owl Court
Las Vegas NV 89134

A Perfect Finish
Attn: Bankruptcy Desk/Managing Agent
Adam Fisher
6376 Canyon Dawn Avenue
Las Vegas NV 89108

A R Ornamental Iron,Inc.
Attn: Bankruptcy Desk/Managing Agent
RON
1425 Athol Avenue
Henderson NV 89015

A to Z, Inc.
Attn: Bankruptcy Desk/Managing Agent
Bob
P.O. Box 97654
Las Vegas NV 89193-7654

A&B Security Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
3201 West Sahara Blvd.
Las Vegas NV  89102

A&B Supply
Attn: Bankruptcy Desk/Managing Agent
1081 N. Lake Havasu Ave, Unit 102
Lake Havasu City AZ 86403

A&D Automatic Gate and Access
Attn: Bankruptcy Desk/Managing Agent
6442 Windy Street Suite A
Las Vegas NV 89119

A.A. Roofing Co.
Attn: Bankruptcy Desk/Managing Agent
9505 Grenville Ave.
Las Vegas NV  89134

A.G.P. Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
Gary Polci
4255 E. Charleston Blvd. # 333
Las Vegas NV 89104

A.T.D.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3110
Jersey City NJ 07303-3110

A.T.D.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 41308
Jacksonville FL 32203-1308

A-1 Office Machine Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
1215 South Commerce Street
Las Vegas NV  89102

A-1 Pool Service
Attn: Bankruptcy Desk/Managing Agent
PO Box 27173
Las Vegas NV  89126

A-1 Rubber Stamp & Engraving
Attn: Bankruptcy Desk/Managing Agent
3111 South Valley View Blvd.
# O-103
Las Vegas NV 89102

A-1 Security, Ltd.
Attn: Bankruptcy Desk/Managing Agent
917 S First St
Las Vegas NV 89101

A-1 Stucco
Attn: Bankruptcy Desk/Managing Agent
330 E. Warm Springs, Suite 132
Las Vegas NV 89119

AAA Action
Attn: Bankruptcy Desk/Managing Agent
1537 W Oakey Blvd
Las Vegas NV  89102

AAA Designer Logistics
Attn: Bankruptcy Desk/Managing Agent
2801 W. Mission Rd.
Alhambra CA 91803

AAA Heating & Air
Attn: Bankruptcy Desk/Managing Agent
Field & Service
& Heating & Cooling Supply
PO Box 15128
Las Vegas NV 89114-5128

AAA Packing & Shipping, Inc.
Attn: Bankruptcy Desk/Managing Agent
2801 W. Mission Rd.
Alhambra CA 91803

A-Always Clean Pool
Attn: Bankruptcy Desk/Managing Agent
5504 Liverpool Rd.
Las Vegas NV 89107

AArrow Advertising LLC
Attn: Bankruptcy Desk/Managing Agent
4312 Valeta St.
San Diego CA 92107

Abbott Plumbing
Attn: Bankruptcy Desk/Managing Agent
3021 S. Valley View, #109
Las Vegas NV 89102

Abbott's Custom Printing
Attn: Bankruptcy Desk/Managing Agent
6275 Harrison Dr
Suite 5
Las Vegas NV  89120

ABC Distributing, LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
P.O. Box 619000
North Miami FL 33261-9000

ABC Locksmith Corp.
Attn: Bankruptcy Desk/Managing Agent
3981 E. Sunset Road, #E
Las Vegas NV  89120

ABC Logistics
Attn: Bankruptcy Desk/Managing Agent
6160 Stevenson Way #A
Las Vegas NV  89120

ABC Moving, Inc.
Attn: Bankruptcy Desk/Managing Agent
1645 N. 46th Street
Mesa AZ 85205-4101

ABC Service America
Attn: Bankruptcy Desk/Managing Agent
25 Fourth St. NW
Faribault MN 55021

Abes Construction
Attn: Bankruptcy Desk/Managing Agent
Abraham
4241 E. Russel Road
Las Vegas NV  89120

ABF Consulting Engineers
Attn: Bankruptcy Desk/Managing Agent
6170 W. Viking Rd
Las Vegas NV 89103

Able Kitchen & Bath Showplace
Attn: Bankruptcy Desk/Managing Agent
Monja Cardoza
6380 S Valley View Suite 212/214
Las Vegas NV 89118

Able Lock & Key
Attn: Bankruptcy Desk/Managing Agent
353 Pilot Road Ste B
Las Vegas NV 89119

ABS Inc.
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View Blvd #N106
Las Vegas NV  89102

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

AC Houston Lumber Company
Attn: Bankruptcy Desk/Managing Agent
PO BOX 337410
North Las Vegas NV  89033-0041

Accent Awnings (Nevada) Inc.
Attn: Bankruptcy Desk/Managing Agent
1210 S. Main St.
Las Vegas NV 89104

Access Door And Glass
Attn: Bankruptcy Desk/Managing Agent
1023 Whitney Ranch Drive
Henderson NV AZ 89014

Access Tech, Inc.
Attn: Bankruptcy Desk/Managing Agent
28075 N Avenue Stanford
Valencia CA 91355-1104

Access Technologies Corp
Attn: Bankruptcy Desk/Managing Agent
241 Sunpac Avenue
Henderson, NV 89015

Accountants, Inc.
Attn: Bankruptcy Desk/Managing Agent
File 30235
P.O. Box 60000
San Francisco CA 94160

Ace Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
Eric Escoto
400 West Athens Avenue
Henderson NV  89015

Ace Fire Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
1062 South Main Street
Las Vegas NV  89101

Ace Hardware
Attn: Bankruptcy Desk/Managing Agent
4550 Stockton Hill Rd.
Kingman AZ 86401

ACE USA
Attn: Bankruptcy Desk/Managing Agent
Dept. CH 14089
Palatine IL 60055-4089

Action Moving Company
Attn: Bankruptcy Desk/Managing Agent
4109 Glencoe Avenue
Marilna Del Ray CA 90297

Action Party Rentals
Attn: Bankruptcy Desk/Managing Agent
4350 S. Arville
Bldg C26
Las Vegas NV  89103

Action Signs & Promotions
Attn: Bankruptcy Desk/Managing Agent
13681 Newport Ave
Ste 8-312
Tustin CA 92780-7815

Action Towing
Attn: Bankruptcy Desk/Managing Agent
3035 Westwood Drive
Las Vegas NV 89109

Acton Welding, Inc.
Attn: Bankruptcy Desk/Managing Agent
4765 Interstate Way
Kingman AZ 86401

Adam J. Mandel
Attn: Bankruptcy Desk/Managing Agent
6808 El Carmen Street
Long Beach CA 90815

Adams Bros/Garage Dr
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way Suite 100
Henderson NV 89014

Adams Brothers Carpet In
Attn: Bankruptcy Desk/Managing Agent
5625 S. Arville, Ste.E
Las Vegas NV 89118

ADARON LLC
Attn: Bankruptcy Desk/Managing Agent
5422 E. Road Runnr Rd
Paradise Valley AZ 85253

Addison Glass & Window
Attn: Bankruptcy Desk/Managing Agent
5649 South Cameron
Las Vegas NV 89118

Adera
Attn: Bankruptcy Desk/Managing Agent
4545 W. Diablo Dr., Suite A
Las Vegas NV  89118

Adopt A Highway Maint. Corp.
Attn: Bankruptcy Desk/Managing Agent
1211 Dyer Road #110
Santa Ana CA 92705

ADOT Moter Vehicle Division
Attn: Bankruptcy Desk/Managing Agent
4005 N. 51st Ave
Phoenix AZ 85031-2688

ADR Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
1640 West Alta Drive, Suite 4
Las Vegas NV 89106

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

ADT Drilling, Inc.
Attn: Bankruptcy Desk/Managing Agent
28150 N. Alma School Rd. #103
PMB #440
Scottsdale AZ 85262

Advance Janitorial Service Inc
Attn: Bankruptcy Desk/Managing Agent
4054 Roma Rd.
Kingman AZ 86401

Advanced Brick & Concrete
Attn: Bankruptcy Desk/Managing Agent
8414 W. Farm Rd. # 180-213
Las Vegas NV 89131

Advanced Demolition Technologi
Attn: Bankruptcy Desk/Managing Agent
3125 W. Ali Baba Lane
Suite 713
Las Vegas NV 89118

Advanced Exercise Equip.
Attn: Bankruptcy Desk/Managing Agent
John Kueht
861 South Park Drive #100
Littleton CO 80120

Advanced Lighting Services
Attn: Bankruptcy Desk/Managing Agent
980 American Pacific Dr Suite 107
Henderson NV 89014

Advanced Reserve Solutions Inc
Attn: Bankruptcy Desk/Managing Agent
701 N Green Valley Pkwy #200
Henderson NV 89074

Advantage Financial Services LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 609
Cedar Rapids IA 52406-0609

Advantage Tennis Courts
Attn: Bankruptcy Desk/Managing Agent
POBox 80744
Las Vegas NV 89180-0744

Aero Products Component Serv.
Attn: Bankruptcy Desk/Managing Agent
1718 West 3rd Street
Tempe AZ 85281

Affirmative Security
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 50396
Henderson NV 89016-0396

AFLAC
Attn: Bankruptcy Desk/Managing Agent
Worldwide Headquarters
1932 Wynnton Road
Columbus GA 31999

Aggregate Transport Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4829
Hualapai AZ 86412

Aggreko, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 972562
Dallas TX 75397-2562

Agnus Durgun
Attn: Bankruptcy Desk/Managing Agent
2233 Tahoe Timer Way
Riverbank CA 95367

Ahern Rentals
Attn: Bankruptcy Desk/Managing Agent
4241 S Arville Street
Las Vegas NV 89103

Ah-Yin Yau
Attn: Bankruptcy Desk/Managing Agent
233 North Electric Ave
Alhambra CA 91801

AICCO, Inc.
Attn: Bankruptcy Desk/Managing Agent
Department 7615
Los Angeles CA 90084-7615

AICPA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 10069
Newark NJ 07101-3069

Aid for AIDS of Nevada
Attn: Bankruptcy Desk/Managing Agent
c/o AFAN
2300 S. Rancho Dr., Ste 211
Las Vegas NV 89102

AIM Broadcasting/KLAV 1230
Attn: Bankruptcy Desk/Managing Agent
1810 Weldon Place
Las Vegas NV 89104

Air Center Of Nevada
Attn: Bankruptcy Desk/Managing Agent
1930 Western Ave
Las Vegas NV 89102

Air Control Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
2571 N. Kiowa Blvd.
Lake Havasu City AZ 86403

Air Quality Services of Nevada
Attn: Bankruptcy Desk/Managing Agent
5600 Quail Meadow Ct
Las Vegas NV 89131

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Air-Care Inc
Attn: Bankruptcy Desk/Managing Agent
Vanessa
3868 Post Road
Las Vegas NV  89120-3643

Airgroup Express
Attn: Bankruptcy Desk/Managing Agent
PO Box 3627
Bellevue Valley CA 98009-3627

Ajilon Professional Staffing
Attn: Bankruptcy Desk/Managing Agent
Dept. CH 14031
Palatine IL 60055-4031

Ajoy Chandra
Attn: Bankruptcy Desk/Managing Agent
160 Coles Street
Jersey City NJ 07302

Alan Castillo
Attn: Bankruptcy Desk/Managing Agent
People's Realty-Mortgage
16555 Sherman WY #C
Van Nuys CA 91406

Alder Sales Corporation
Attn: Bankruptcy Desk/Managing Agent
6676 South 400 West
Murray UT 84107

Alejandro De La Rosa-Trinidad
Attn: Bankruptcy Desk/Managing Agent
1020 Dumbarton Street
Las Vegas NV  89110

Alex Mendoza
Attn: Bankruptcy Desk/Managing Agent
ReMax Olson Association
11141 Tampa Avenue
Northridge CA 91326

AlixPartners, LLP
Attn: Bankruptcy Desk/Managing Agent
9 West 57th Street
Suite 3420
New York NY 10019

All About Brick Paving
Attn: Bankruptcy Desk/Managing Agent
Karen
6000 S Eastern Avenue Suite 101
Las Vegas NV 89119

All About Pool Services
Attn: Bankruptcy Desk/Managing Agent
3395 S. Jones Blvd. #149
Las Vegas NV 89146

All American Carpet Care
Attn: Bankruptcy Desk/Managing Agent
2756 North Green Valley Pkwy #108
Henderson NV 89014

All American Cleaning
Attn: Bankruptcy Desk/Managing Agent
Dwayne Frye (Cell)
3658 Miguels Lane
Las Vegas NV 89120

All Drywall & Paint Inc.
Attn: Bankruptcy Desk/Managing Agent
Hugo Lee 2864846
1601 N. Rancho Dr. Suite # 3
Las Vegas, NV 89106

All Pro Home Inspections
Attn: Bankruptcy Desk/Managing Agent
1916 Smith Street
Las Vegas NV 89108

All Striping
Attn: Bankruptcy Desk/Managing Agent
236 S. Rainbow Blvd.
#124
Las Vegas NV 89145-5329

All Valley Wallcovering
Attn: Bankruptcy Desk/Managing Agent
4705 Illustrious Street
Las Vegas NV 89147

All Wood Treasures Co.
Attn: Bankruptcy Desk/Managing Agent
Ed/Jerri/Kim
2063 E. Cedar Street
Tempe AZ 85281

Allen Drilling Inc.
Attn: Bankruptcy Desk/Managing Agent
4015 West Tompkins Ave,
Las Vegas NV 89103

Allen Temporary Staffing
Attn: Bankruptcy Desk/Managing Agent
1700 E. Desert Inn #118
Las Vegas NV  89109

Alliance Drilling
Attn: Bankruptcy Desk/Managing Agent
9618 N. Vista Dr
Kingman AZ 86401

Alliance Mortgage
Attn: Bankruptcy Desk/Managing Agent
Stacie Martin
ATTN: Stacie Martin
3230 S. Buffalo Drive, Suite 106
Las Vegas NV 89117

Allied Forces
Attn: Bankruptcy Desk/Managing Agent
602 Hall Street
Kingman AZ 86401

Allied Publishing Services Inc
Attn: Bankruptcy Desk/Managing Agent
42 Read's Way
New Castle DE 19720-1649

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Alligator Soup
Attn: Bankruptcy Desk/Managing Agent
9350 West Sahara, # 130
Las Vegas NV 89117

AllPro Paint & Collision
Attn: Bankruptcy Desk/Managing Agent
Centers
3615 W. Sprint Mountain Rd
Las Vegas NV 89102

Aloha Airlines
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30028
Honolulu HI 96820

Aloha Vending
Attn: Bankruptcy Desk/Managing Agent
Rick Tramaglino
Quality Vending
106 Eagleview Court
Henderson NV  89074

Alpha Home Inspections
Attn: Bankruptcy Desk/Managing Agent
Craig Stivale
336 Marble Falls St.
Las Vegas NV 89139

Alpha Realty Services
Attn: Bankruptcy Desk/Managing Agent
2260 Corporate Circle Ste 430
Attn: Lois Brown
Henderson NV  89074

Alpine Water Systems
Attn: Bankruptcy Desk/Managing Agent
PO Box 94436
Las Vegas NV 89193-4436

Alrus Consulting
Attn: Bankruptcy Desk/Managing Agent
615 Sierra Rose Drive Ste 1
Reno NV 89511

ALS,Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30701
Albuquerque NM 87190

AL-TER Computers
Attn: Bankruptcy Desk/Managing Agent
28075 Avenue Stanford
Valencia CA 91355

Alternative Lawns
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 230402
Las Vegas NV 89105

Alternative Shopping
Attn: Bankruptcy Desk/Managing Agent
3400 W. Desert Inn  Suite 13
Las Vegas NV 89102

Alumacast
Attn: Bankruptcy Desk/Managing Agent
611 N. Main Street
Las Vegas NV 89101

Alumifax, Inc.
Attn: Bankruptcy Desk/Managing Agent
4325 West Reno Avenue
Las Vegas NV 89118-1650

Alvarez & Marsal
Attn: Bankruptcy Desk/Managing Agent
633 West Fifth Street
Suite 2560
Los Angeles CA 90071

Alyssa L. Frank and
Attn: Bankruptcy Desk/Managing Agent
Roger L. Frank
3609 Bison Street
Scottsbluff NE 69361

Am. Asphalt & Grading SWPP Div
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield Street
N. Las Vegas NV  89030

Amari Artistic Designs
Attn: Bankruptcy Desk/Managing Agent
813 New Season Court
Las Vegas NV  89123

Amazon Designs
Attn: Bankruptcy Desk/Managing Agent
Roger Hanko
3857 Alto Avenue
Las Vegas NV 89115

Amber Dawn Christie
Attn: Bankruptcy Desk/Managing Agent
3203 E. Thompson Avenue
Kingman AZ 86409

AMEC Infrastructure,Inc.
Attn: Bankruptcy Desk/Managing Agent
c/o HSBC Bank Canada
P.O.Box 12700
Seattle WA 98111

America Asia Investments,Inc
Attn: Bankruptcy Desk/Managing Agent
Yvonne Lee
4214 California Street
San Francisco CA 94118

American Airlines Publishing
Attn: Bankruptcy Desk/Managing Agent
PO Box 7247-8814
Philadelphia PA 19170-8814

American Arbitration Associati
Attn: Bankruptcy Desk/Managing Agent
6795 N. Palm Ave
2nd Floor
Fresno CA 93704

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

American Asphalt & Grading Co.
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield St.
N. Las Vegas, NV 89032

American Clay Stabilization
Attn: Bankruptcy Desk/Managing Agent
Gary Stewart
3175 E.Warm Springs Rd  Suite 111
Las Vegas NV  89120

American Commonwealth Mortgage
Attn: Bankruptcy Desk/Managing Agent
536 East Saint Louis Ave.
Las Vegas NV  89104

American Commonwealth Mtg Co.
Attn: Bankruptcy Desk/Managing Agent
Jim Zurbriggen
AAMCO
536 E. St. Louis Avenue
Las Vegas NV 89104

American Digital Networks
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6607
Annapolis MD 21401

American Electric Supply Inc.
Attn: Bankruptcy Desk/Managing Agent
1872 W Pomona Road
Corona CA 92880

American Equities, Inc.
Attn: Bankruptcy Desk/Managing Agent
Contract Collection Dept.
P.O. Box 61427
Vancouver CA 98666

American Eurocopter
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 971227
Dallas TX 75397-1227

American Express-CA
Attn: Bankruptcy Desk/Managing Agent
Box 0001
Los Angeles CA 90096-0001

American Express-FL
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 360001
Ft. Lauderdale FL 33336-0001

American Fence Inc.
Attn: Bankruptcy Desk/Managing Agent
4230 Losee Rd
N. Las Vegas NV 89030

American Flags Express
Attn: Bankruptcy Desk/Managing Agent
12577 W. Custer Avenue
Butler 53007-1108

American Funds
Attn: Bankruptcy Desk/Managing Agent
Service Company
P.O.Box 25067
Santa Ana CA 92799-5067

American Heart Association
Attn: Bankruptcy Desk/Managing Agent
c/o Kristi Doyle
2929 S. 48th Street
Tempe AZ 85282

American Inspection Services
Attn: Bankruptcy Desk/Managing Agent
505 E Windmill Road Suite 1B-171
Las Vegas NV 89123

American International Recover
Attn: Bankruptcy Desk/Managing Agent
Jennifer Gill
100 Summer Street
11th Floor
Boston MA 02110

American Leak Detection
Attn: Bankruptcy Desk/Managing Agent
6185 Harrison Dr. #13
Las Vegas NV 89120

American Maintenance Co.
Attn: Bankruptcy Desk/Managing Agent
Art Atwood
7801 Aplin Avenue
Las Vegas NV 89145

American Media Corp.
Attn: Bankruptcy Desk/Managing Agent
8375 W. Flamingo Rd, Suite 100
Las Vegas NV 89147

American Medical Response
Attn: Bankruptcy Desk/Managing Agent
1200 S. Martin Luther King Blvd
Las Vegas NV 89102

American Modern Home
Attn: Bankruptcy Desk/Managing Agent
Dept. 00429
Cincinnati OH 45274-0429

American Outdoor Advertising
Attn: Bankruptcy Desk/Managing Agent
1702 E. Highlan Ave Suite 310
Phoenix AZ 85016

American Red Ball Transit Co.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1127
Indianapolis IN 46206

American Rent-A-Fence
Attn: Bankruptcy Desk/Managing Agent
4230 Losee Road
N Las Vegas NV  89030

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                    Served 4/17/2009

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

American Turf & Tree
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 530576
Henderson NV 89053

American West Real Estate
Attn: Bankruptcy Desk/Managing Agent
825 Calle Arroyo
9300 Flair Dr. Ste 107A
El Monte CA 91731

American Worker
Attn: Bankruptcy Desk/Managing Agent
Division of Boot Barn
6322 W. Sahara Avenue
Las Vegas NV 89146

America's Flood Insurance
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 910
Rancho Cordova CA 95741-0910

America's Private Security
Attn: Bankruptcy Desk/Managing Agent
Jose Hernandez
3111 S. Valley View Blvd
Suite B-129
Las Vegas NV 89102

Ameri-Chem Inc
Attn: Bankruptcy Desk/Managing Agent
Audra Tubin
4320 W. Reno Suite D
Las Vegas NV 89118

Ameri-Fab, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 87298
Phoenix AZ 85080

Amor Architectural Corporation
Attn: Bankruptcy Desk/Managing Agent
101 Convention Center Drive
Suite 660
Las Vegas NV 89109

Amos Torres
Attn: Bankruptcy Desk/Managing Agent
2625 John L.
Kingman AZ 86401

AMPAM-LDI MECHANICAL (HVAC)
Attn: Bankruptcy Desk/Managing Agent
PATRICK NUNES
3842 E. POST RD.
Las Vegas NV 89120

AMPAM-RCR PLUMBING
Attn: Bankruptcy Desk/Managing Agent
Gary Eckles
3985 W Post Rd
Las Vegas NV 89118

AMTREND Corporation
Attn: Bankruptcy Desk/Managing Agent
Amir Malik
1458 Manhattan Ave.
Fullerton CA 92831

Ana Adina
Attn: Bankruptcy Desk/Managing Agent
7010 Mulberry Ct.
Dublin CA 94568

Ana Maria Dubois
Attn: Bankruptcy Desk/Managing Agent
2018 Maple Springs Street
Henderson NV 89002

Andaru Interior
Attn: Bankruptcy Desk/Managing Agent
614 N. Eckhoff St.
Orange CA 92868

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
KAREN/ROBSON
798 A Street
Las Vegas NV 89106

Andre Angles
Attn: Bankruptcy Desk/Managing Agent
460 Peralta Avenue
Long Beach CA 90803

Andrea Benites
Attn: Bankruptcy Desk/Managing Agent
7173  S. Durango Drive
Las Vegas NV 89148

Andrea K. Bryant
Attn: Bankruptcy Desk/Managing Agent
1436 Vallejo Street
San Francisco 94109

Andrew Doran
Attn: Bankruptcy Desk/Managing Agent
7111 S. Durango Dr.,# 212
Las Vegas NV 89148

Aniello Insurance Agency
Attn: Bankruptcy Desk/Managing Agent
Babette Hart
3012 W. Charleston Blvd. #150
Las Vegas NV 89102

Aninfa A. Lemke
Attn: Bankruptcy Desk/Managing Agent
Crestline Financial & Marketing S
320 Arkansas St.
Vallejo CA 94590

Anita De Dios
Attn: Bankruptcy Desk/Managing Agent
4791 Avenida Del Diablo
Las Vegas NV 89121-6001

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                      Served 4/17/2009

Anne Tran
Attn: Bankruptcy Desk/Managing Agent
3256 Montecito Drive
San Jose CA 95135

Anne Ullman
Attn: Bankruptcy Desk/Managing Agent
7511 Brittlethorne
Las Vegas NV

Answer Plus, Inc.
Attn: Bankruptcy Desk/Managing Agent
1840 E. Sahara Avenue
Suites 201 & 205
Las Vegas NV 89104

ANTARES CAPITAL CORP
Attn: Bankruptcy Desk/Managing Agent
Paul Traynor
201 Merritt 7, PO Box 5201
Norwalk, CT  06851

Anthony & Sylvan Pools
Attn: Bankruptcy Desk/Managing Agent
2890 East Tropicana Avenue
Las Vegas NV 89121

Anthony Malek
Attn: Bankruptcy Desk/Managing Agent
3651 Arville Street
Apt. 143
Las Vegas NV  89103

Anthony N. Sanders
Attn: Bankruptcy Desk/Managing Agent
2300 East Silverado Ranch Blvd.
#2126
Las Vegas NV  89123

Antique Oriental Rugs Center
Attn: Bankruptcy Desk/Managing Agent
6680 W. Flamingo Rd. # 10
Las Vegas NV 89103

AOK Cleaning Professionals
Attn: Bankruptcy Desk/Managing Agent
6024 Puesta Del Sol St
N. Las Vegas NV 89081

Apache Springs LLC
Attn: Bankruptcy Desk/Managing Agent
4630 S. Arville
Ste B
Las Vegas NV 89103

APEX
Attn: Bankruptcy Desk/Managing Agent
Brett Traylor
3675 W. Teco #5
Las Vegas NV 89118

API Fund for Payroll Education
Attn: Bankruptcy Desk/Managing Agent
c/o American Payroll Association
660 North Main Avenue Ste 100
San Antonio TX 78205-1217

Apichai Varunprabha
Attn: Bankruptcy Desk/Managing Agent
c/o Aranya Tangsuyanich
3726 Port Ritchey Street
Las Vegas NV 89147

Apollo Lighting Service
Attn: Bankruptcy Desk/Managing Agent
3510 Cavaretta Court
Las Vegas NV 89103

Apple Computer, Inc.
Attn: Bankruptcy Desk/Managing Agent
3200 Las Vegas NV Blvd. So
Suite 1760
Las Vegas NV  89109

Apple Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
1265 Rockpebble Avenue
N. Las Vegas NV 89030

APPLE Partnership c/o
Attn: Bankruptcy Desk/Managing Agent
Henderson NV Community Foundation
178 Westminster Way
Henderson NV 89015

Appleone Employment Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29048
Glendale CA 91209-9048

Appleone Nevada Inc.
Attn: Bankruptcy Desk/Managing Agent
327 W. Broadway
Glendale CA 91204

Applied Utility Services
Attn: Bankruptcy Desk/Managing Agent
Jeffery A. Neal - Manager
7651 North Jones Boulevard
Las Vegas NV  89131

Appraisal 2000
Attn: Bankruptcy Desk/Managing Agent
Residential Appraisers
2538 Vera Cruz Circle
Henderson NV 89074

Appraisal Institute
Attn: Bankruptcy Desk/Managing Agent
Department 97498
Chicago IL 60678-7498

Aquascape Pool & Spa
Attn: Bankruptcy Desk/Managing Agent
910 S. Rampart Blvd
Las Vegas NV 89145

Aquila Storage & Transport, LP
Attn: Bankruptcy Desk/Managing Agent
20 West Ninth Street
Kansas City MO 64105

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

AR Iron LLC
Attn: Bankruptcy Desk/Managing Agent
1425 Athol Avenue
Henderson, NV 89015

Arapahoe Cleaning LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite B-106
Henderson NV 89015

Arbor View High School
Attn: Bankruptcy Desk/Managing Agent
7500 Whispering Sands Drive
Las Vegas NV 89131

ARC-COM Fabrics, Inc.
Attn: Bankruptcy Desk/Managing Agent
Stella
251 Rhodes Island St. #101
San Francisco CA 94103

ARCHIMEDES FUNDING IV (CAY)LTD
Attn: Bankruptcy Desk/Managing Agent
Mike Hatley
333 South Grand Avenue, Suite #4100
Los Angeles, CA  90071

Architectual Digest
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 37641
Boone IA 50037-2641

Architectural Precast, Inc.
Attn: Bankruptcy Desk/Managing Agent
4630 E. Ann Rd.
Las Vegas NV 89115

Architectural Products
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 387
Bogota NJ 07603

Arclight Systems LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Steve Lawrence
7000 Cardinal Place
Dublin 473017

Argent Healthcare Financial
Attn: Bankruptcy Desk/Managing Agent
Services Inc.
7650 Magna Drive
Belleville IL 62223

ARGUS Software
Attn: Bankruptcy Desk/Managing Agent
PO BOX 671591
Dallas TX 75267-1591

Aristotle Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
Tom Learned
PO Box 35126
Las Vegas NV 89133-5126

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona Casual Furniture
Attn: Bankruptcy Desk/Managing Agent
2305 W. Huntington Drive
Tempe AZ 85282

Arizona Corporation Commission
Attn: Bankruptcy Desk/Managing Agent
1300 W. Washington
Phoenix AZ 85007-2996

Arizona Dept of Environmental
Attn: Bankruptcy Desk/Managing Agent
Quality - Water Permits Section
1110 West Washington St., 5415B-3
Phoenix AZ 85007

Arizona Dept. of Revenue
Attn: Bankruptcy Desk/Managing Agent
PO Box 29010
Phoenix AZ 85038-9010

Arizona Dept. of Water
Attn: Bankruptcy Desk/Managing Agent
Resources
500 N. Third St.
Phoenix AZ 85004

Arizona Discount Plumbing
Attn: Bankruptcy Desk/Managing Agent
Frank Murchison
4565 N. Lomita
Kingman AZ 86409

Arizona Land Quest LLC
Attn: Bankruptcy Desk/Managing Agent
1608 Buffalo Trail
Henderson NV  89014

Arizona Legislative Council
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street
Suite 100
Phoenix AZ 85007-2899

Arizona Registrar of Contract.
Attn: Bankruptcy Desk/Managing Agent
800 W. Washington
6th Floor
Phoenix AZ 85007

Arizona Republic Newspaper
Attn: Bankruptcy Desk/Managing Agent
Subscription
P. O. Box 1950
Phoenix AZ 85001

Arizona Sign Company
Attn: Bankruptcy Desk/Managing Agent
2411 Louise Avenue
Kingman AZ 86401

Arizona State Land Department
Attn: Bankruptcy Desk/Managing Agent
1616 W. Adams
Phoenix AZ 85007

Arizona State Treasurer's Office
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arizona State University
Attn: Bankruptcy Desk/Managing Agent
Attn: Wm W. Badger
P. O. Blox 870204
Tempe AZ 85287-1769

Arizona State University-PBSRG
Attn: Bankruptcy Desk/Managing Agent
Del E Webb School of Construction
PO BOX 870204
Tempe AZ 85287-0204

Arizona Tile & Marble
Attn: Bankruptcy Desk/Managing Agent
5830 South Decatur Blvd
Las Vegas NV 89118-3091

Arlene Montano
Attn: Bankruptcy Desk/Managing Agent
Huntington Mortgage Company
305 Pasadena Ave.
S. Pasadena CA 91030

Armond Matevosian
Attn: Bankruptcy Desk/Managing Agent
1025 Melrose Ave # 2
Glendale CA 91202

Amold & Alma Santos
Attn: Bankruptcy Desk/Managing Agent
1217 Dream Brodge Dr
Las Vegas NV 89144

Arrin Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
CDS Capital, LLC
P.O.Box 748
Lynbrook NY 11563

Arrowhead
Attn: Bankruptcy Desk/Managing Agent
PO BOX 856158
Louisville KY 40285-6158

Art Brokers, Inc.
Attn: Bankruptcy Desk/Managing Agent
3660 Bridgeway
Sausalito CA 94965

Art Classics, LLC
Attn: Bankruptcy Desk/Managing Agent
11 East Wisconsin
Trenton IL 62293

Art Maisto, M.D.
Attn: Bankruptcy Desk/Managing Agent
142 Water Hazard Lane
Las Vegas NV 89148

Art Pfizenmayer
Attn: Bankruptcy Desk/Managing Agent
947 Olive Crest Drive
Encinitas CA 92024

Arte De Mexico
Attn: Bankruptcy Desk/Managing Agent
5356 Riverton Avenue
North Hollywood CA 91601

Arteriors Home
Attn: Bankruptcy Desk/Managing Agent
4430 Simonton Road
Dallas TX 75244

Artistic Iron Works, Inc
Attn: Bankruptcy Desk/Managing Agent
Lou Gibaldi
105 W. Charleston Blvd.
Las Vegas NV 89102

Artmax Inc.
Attn: Bankruptcy Desk/Managing Agent
4748 South St. Louis Ave.
Chicago IL 60632

Arya Farinpour
Attn: Bankruptcy Desk/Managing Agent
22346 Mayall Street
Chatsworth CA 91311

ASAP Apparel
Attn: Bankruptcy Desk/Managing Agent
6151 McLeod Drive
Suite A
Las Vegas NV 89120

Ashanti Partners, Inc.
Attn: Bankruptcy Desk/Managing Agent
7766 Brambly Creek Ct
Las Vegas NV 89129-5511

Ashworth, Inc
Attn: Bankruptcy Desk/Managing Agent
File # 53950
Los Angeles CA 900843950

Asian Journal
Attn: Bankruptcy Desk/Managing Agent
1150 Wilshire Blvd
Los Angeles CA 90017

Asian Week
Attn: Bankruptcy Desk/Managing Agent
809 Sacramento Street
San Francisco CA 94108

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Aspen Concrete
Attn: Bankruptcy Desk/Managing Agent
4177 E Huntington Dr
Flagstaff, AZ 86004

Aspen Publishers
Attn: Bankruptcy Desk/Managing Agent
A Wolters Kluwer Company
P.O. Box 911
Frederick MD 21705-0911

Assa Abloy Hospitality, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 890947
Dallas TX 75389-0947

ASSAIGAI
Attn: Bankruptcy Desk/Managing Agent
Analytical Laboratories, Inc.
4301 Masthead NE
AlbuquerqueNM  87109

ASSE
Attn: Bankruptcy Desk/Managing Agent
33477 Treasury Center
Chicago IL 60694-3400

Assessor's Cartography
Attn: Bankruptcy Desk/Managing Agent
of Mohave County
315 Oak Street, P. O. Box 7000
Kingman AZ 86402

Associated Building Consultant
Attn: Bankruptcy Desk/Managing Agent
2500 Marina Bay Drive
Suite G
League City TX 77573

Asuncion Crowe
Attn: Bankruptcy Desk/Managing Agent
7111 S. Durango Drive
Las Vegas NV 89148

At Systems Security, Inc.
Attn: Bankruptcy Desk/Managing Agent
2400 W. Dunlap Avenue
Suite 225
Phoenix AZ 85021-2886

AT&T
Attn: Bankruptcy Desk/Managing Agent
Acct 702-227-0042 P
P. O Box 78628
Phoenix AZ 85062-8628

AT&T Mobility
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60017
Los Angeles CA 90060-0017

AT&T Mobility
Attn: Bankruptcy Desk/Managing Agent
PO BOX 6463
Carol Stream IL 90197-6463

AT&T Wireless
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 8229
Aurora IL 60572-8229

AT&T Wireless Services
Attn: Bankruptcy Desk/Managing Agent
800-544-3859
PO Box 79075
Phoenix AZ 85062-9075

ATI Windows
Attn: Bankruptcy Desk/Managing Agent
4181 W. Oquendo 89118
401 A Street
Upland CA 91876

ATM Div. of Superior Tennis Courts
Attn: Bankruptcy Desk/Managing Agent
1022 Nevada Highway #111
Boulder City NV 89005

ATR Fitness a division of
Attn: Bankruptcy Desk/Managing Agent
AMCO Distributing Services, Inc.
23610 S. Banning Blvd.
Carson CA 90745

ATRIUM DOOR & WINDOW
Attn: Bankruptcy Desk/Managing Agent
TRAVIS/RAY
3890 W. Northwest Hwy #500
Dallas, TX 75234

ATTENTUS CDO I, LTD
Attn: Bankruptcy Desk/Managing Agent
Sarah Evangelista
2107 Wilson Blvd
Arlington VA 22201

Aurelio R Gascon
Attn: Bankruptcy Desk/Managing Agent
1800 Edmond Street
Las Vegas NV 89146

Auto Fleet Services
Attn: Bankruptcy Desk/Managing Agent
8717 Marble Drive
Las Vegas NV 89134

Automated Access, Inc.
Attn: Bankruptcy Desk/Managing Agent
Mark Akins
81 E. Pyle Ave.
Las Vegas NV 89123

Automated Mailing Service
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View Blvd.  #C-105
Las Vegas NV 89102

AV Vegas
Attn: Bankruptcy Desk/Managing Agent
5000 W. Oakey
Suite E8
Las Vegas NV 89146

AVENUE CLO FUND LTD
Attn: Bankruptcy Desk/Managing Agent
Jessica Raymond
535 Madison Avenue, 15th Floor
New York, NY 10022

Aviall
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 671220
Dallas TX 75267-1220

Aviation Laboratories
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 260118
Dallas TX 75326-0118

Avis Ellis
Attn: Bankruptcy Desk/Managing Agent
1121 Sidehill Way
Las Vegas NV 89110

Awesome Tutors
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 70911
Las Vegas NV  89170

Aztec Plumbing Corp.
Attn: Bankruptcy Desk/Managing Agent
Alan Conrady
2600 Losee Rd
N. Las Vegas NV 89030

Aztech Plastering Co.
Attn: Bankruptcy Desk/Managing Agent
HCR 89033 Box 2754
Las Vegas NV 89124

B & B Engineering
Attn: Bankruptcy Desk/Managing Agent
Bruce Bosshard
1711 Stockton Hill Rd # 312
Kingman AZ 86401

B & C Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
850 S. Boulder Highway # 190
Henderson NV 89015

B & F Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
2735 Simmons St.  #100
N Las Vegas NV 89032

B & L Plumbing of NV, Inc.
Attn: Bankruptcy Desk/Managing Agent
Joseph Smith
P.O. Box 34568
Las Vegas NV 89133-4568

B & M Office Products, Inc.
Attn: Bankruptcy Desk/Managing Agent
3175 W. Ali Baba Lane
Suite 809
Las Vegas NV 89118

B & P, LLC
Attn: Bankruptcy Desk/Managing Agent
3395 S. Jones #228
Las Vegas NV 89146

B.D. Trim
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly Ave. Suite B
Las Vegas NV 89122-7655

Badger Construction LLC
Attn: Bankruptcy Desk/Managing Agent
Dr. William W. Badger
11005 E. Chestnut Drive
Sun Lakes AZ 85248

Badger Construction, Inc
Attn: Bankruptcy Desk/Managing Agent
Mark Griffith
4810 E. Cartier Avenue
Las Vegas NV 89115

Baird, Williams & Greer
Attn: Bankruptcy Desk/Managing Agent
c/o Daryl Williams, Esq.
6225 North 24th Street, Suite 125
Phoenix, AZ 85016

Baird, Williams & Greer LLP
Attn: Bankruptcy Desk/Managing Agent
6225 N. 24th Street, Suite 125
Phoenix AZ 85016

Bair's Carpet Valley - C
Attn: Bankruptcy Desk/Managing Agent
BAIRIE/LOLA
7465 West Sunset Road
Suite 1200
Las Vegas NV 89113

Balance Insurance Agency
Attn: Bankruptcy Desk/Managing Agent
17780 Fitch Suite 150
Irvine CA 92614

Baldwin Development LLC
Attn: Bankruptcy Desk/Managing Agent
6935 Aliante Parkway
Suite 104-283
North Las Vegas NV 89084

Ballard Construction
Attn: Bankruptcy Desk/Managing Agent
4181 Dustin Ave
Las Vegas NV 89120

Ballons with a Twist
Attn: Bankruptcy Desk/Managing Agent
9811 W. Charleston Blvd.,
Suite 2443
Las Vegas NV 89117

Bancroft, Susa & Galloway
Attn: Bankruptcy Desk/Managing Agent
4713 E. Camp Lowell Drive
Tucson AZ 85712

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

Bank Of Oklahoma
Attn: Bankruptcy Desk/Managing Agent
Payment Processing Center
P.O. Box 268800
Oklahoma City OK 73126-8800

Bank West of Nevada
Attn: Bankruptcy Desk/Managing Agent
3500 West Sahara
Las Vegas, NV 89102

Banner Outlet
Attn: Bankruptcy Desk/Managing Agent
6185 S. Valley View, Ste. B
Las Vegas NV 89118

Barbara Allen Photography
Attn: Bankruptcy Desk/Managing Agent
18 Starbrook Drive
Henderson NV 89052

Barbeques Galore
Attn: Bankruptcy Desk/Managing Agent
2580 S. Decatur Blvd.
Las Vegas NV 89102

Barecat Equipment, Inc.
Attn: Bankruptcy Desk/Managing Agent
3672 Pirate Circle
Hunington Beach CA 92649

Baron Pest Control
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 22229
Bullhead City AZ 86439

Barragan Block
Attn: Bankruptcy Desk/Managing Agent
2272 Pondarosa Ln.
Bullhead City AZ 86442

Barry Kagasoff
Attn: Bankruptcy Desk/Managing Agent
523 W. Sixth St. Suite 828
Los Angeles CA 90014

Barstow Superior Court
Attn: Bankruptcy Desk/Managing Agent
235 East Mountain View
Barstow CA 92311

Bart Direction Advertising/BDA
Attn: Bankruptcy Desk/Managing Agent
850 Battery Street
c/o Bart Price
10001 Peace Way, #2339
Las Vegas NV 89147

Baskow & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
2948 E. Russell Road
Las Vegas NV 89120

Bassett Furniture Direct
Attn: Bankruptcy Desk/Managing Agent
7077 West Sahara
Las Vegas NV 89117

Bates Int'l Motor Homes
Attn: Bankruptcy Desk/Managing Agent
3690 S. Eastern Ave., Suite 220
Las Vegas NV 89119

Baudville
Attn: Bankruptcy Desk/Managing Agent
5380 52nd St. S.E.
Grand Rapids MI 49512-9765

Baughman & Turner, Inc.
Attn: Bankruptcy Desk/Managing Agent
1210 Hinson Street
Las Vegas NV 89102-1604

BAWN
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1947
575 South Saliman Road
Carson City NV 89701-5000

BC Wire Rope
Attn: Bankruptcy Desk/Managing Agent
2720 E. Regal Park Dr.
Anaheim CA 92806

BCL Capital
Attn: Bankruptcy Desk/Managing Agent
115 W. College Drive
Attn: Law Department
Marshall MN 56258

BE Business Executive
Attn: Bankruptcy Desk/Managing Agent
Lifestyle Magazine
1001 East Sunset Road PO 96716
Las Vegas NV 89193-6716

Beazer Homes
Attn: Bankruptcy Desk/Managing Agent
9121 W. Russell Rd.
Suite 200
Las Vegas NV 89148

Bechtel Professional Ser
Attn: Bankruptcy Desk/Managing Agent
Wm H. Bechtel
19744 Beach Blvd. #316
Huntington Beach CA 92648

Beckwith Printing Corp
Attn: Bankruptcy Desk/Managing Agent
4580 W. Hacienda
Las Vegas NV 89118

Becky Ulrey
Attn: Bankruptcy Desk/Managing Agent
Certified Legal Videography
3555 Meridale Drive, Suite 2144
Las Vegas NV 89147

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Bee King Bee Removal
Attn: Bankruptcy Desk/Managing Agent
4421 Shoen Ave.
Las Vegas NV 89110

Bee Master of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
PO Box 620635
Las Vegas NV 89162

Bee Reporting Agency, Inc.
Attn: Bankruptcy Desk/Managing Agent
1486 Kew Avenue
Hewlett NY 11557

Beecher Carlson
Attn: Bankruptcy Desk/Managing Agent
Paul D. King (Direct Line)
19800 MacArthur Blvd.
Suite 300
Irvine CA 92612

Beeper City
Attn: Bankruptcy Desk/Managing Agent
3507 S. Maryland Parkway
Las Vegas NV 89109

Behavioral Healthcare Options
Attn: Bankruptcy Desk/Managing Agent
PO Box 15845
Las Vegas NV 89114-5645

Bell, Boyd & Lloyd
Attn: Bankruptcy Desk/Managing Agent
1615 L Street N.W. Ste 1200
Washington DC 20036-5610

Bella Grande Entrances, LLC
Attn: Bankruptcy Desk/Managing Agent
3400 S Procyon Avenue Suite 103C
Las Vegas NV 89102

Belle Miller
Attn: Bankruptcy Desk/Managing Agent
4138 Vicksburg
North Highlands CA 95660

Bellini Company
Attn: Bankruptcy Desk/Managing Agent
5550 A Cameron St.
Las Vegas NV 89118

Benchmark Consulting Services
Attn: Bankruptcy Desk/Managing Agent
1120 Town Center Drive
Suite 220
Las Vegas NV 89144

Bentar Development
Attn: Bankruptcy Desk/Managing Agent
5900 Emerald Ave #B
Las Vegas NV 89122

Berco, Inc.
Attn: Bankruptcy Desk/Managing Agent
Debbie Ebner
1120 Montrose Avenue
St. Louis MO 63104

Bergamo
Attn: Bankruptcy Desk/Managing Agent
1200 Arrow Highway
La Verne CA 91750-5217

Berger & Norton
Attn: Bankruptcy Desk/Managing Agent
A Law Corporation
12121 Wilshire Blvd., Suite 1300
Los Angeles CA 90025

Bernadette A. Rigo
Attn: Bankruptcy Desk/Managing Agent
197 Honors Course Drive
Las Vegas NV 89148

Bernhardt
Attn: Bankruptcy Desk/Managing Agent
1839 Morganton Blvd.
P.O. Box 740
Lenoir NC 28645

Bernice Borak
Attn: Bankruptcy Desk/Managing Agent
1736 E Charleston Blvd #285
Las Vegas NV  89104

Best Agency
Attn: Bankruptcy Desk/Managing Agent
5565 S. Decatur Blvd
Suite 106
Las Vegas NV 89118

Best Water Truck Service
Attn: Bankruptcy Desk/Managing Agent
4512 Andrews Suite J
N Las Vegas NV 89031

Best Western Kings Inn
Attn: Bankruptcy Desk/Managing Agent
2930 East Andy Devine
Kingman AZ 86401

Beth Giordano
Attn: Bankruptcy Desk/Managing Agent
8860 Star Canyon Way
Las Vegas NV 89123

Better Business Bureau
Attn: Bankruptcy Desk/Managing Agent
2301 Palomino Lane
Las Vegas NV 89107-4503

Better Global Business
Attn: Bankruptcy Desk/Managing Agent
Communication
235 Main Street Suite 303
Madison NJ 07940

Better Homes & Gardens
Attn: Bankruptcy Desk/Managing Agent
Billing Center
1716 Locust Street
Des Moines IA 50309-3023

BETTY MAYNARD
Attn: Bankruptcy Desk/Managing Agent
7143 S DURANGO DR
LAS VEGAS NV 89148

Beynon Sports Surfaces
Attn: Bankruptcy Desk/Managing Agent
16 Alt Rd.
Hunt Valley MD 21030

Bibby Financial Services
Attn: Bankruptcy Desk/Managing Agent
6585 S. Arville St.was
(Southwest) Inc.
P. O. Box 840875
Dallas TX 75284-0875

Big O Tires
Attn: Bankruptcy Desk/Managing Agent
1942 E. Andy Devine Ave. RT. 66
Kingman AZ 86401

Bike Trail
Attn: Bankruptcy Desk/Managing Agent
3759 N. Rainbow Blvd.
Las Vegas NV 89108

Bill Doty
Attn: Bankruptcy Desk/Managing Agent
5891 Arandas Court
Las Vegas NV 89103

Bill Heard Chevrolet
Attn: Bankruptcy Desk/Managing Agent
Dept. 1265
PO Box 2153
Birmingham AL 35287-1265

Bill Stickel Trucking
Attn: Bankruptcy Desk/Managing Agent
729 Kendall Lane
Boulder City NV 89005

Bill Vallee
Attn: Bankruptcy Desk/Managing Agent
712 Forrest Haven Way
Henderson NV 89015

Binh  Ly
Attn: Bankruptcy Desk/Managing Agent
8920 Minsk Court
Las Vegas NV 89148

Bishop Gorman High School
Attn: Bankruptcy Desk/Managing Agent
1801 S. Maryland Pkwy.
Las Vegas NV 89104

BJs Glass and Mirrors Company
Attn: Bankruptcy Desk/Managing Agent
69 East Basic Road
Henderson NV 89015

BKM Office Environments
Attn: Bankruptcy Desk/Managing Agent
Missy Cross
2111 Portola Road Suite A
Ventura CA 93003

Black Mountain Avionics
Attn: Bankruptcy Desk/Managing Agent
581 Colonial Cup St.
Henderson NV 89015

Blastex Drilling & Blasting
Attn: Bankruptcy Desk/Managing Agent
PO Box 91390
Henderson NV  89009

BLR
Attn: Bankruptcy Desk/Managing Agent
141 Mill Rock Road East
Old Saybrook CT 06475

Blue Ribbon Stairs
Attn: Bankruptcy Desk/Managing Agent
5860 Alder Avenue
Suite 500
Sacramento CA 95828-1114

Blue Star Jets LLC
Attn: Bankruptcy Desk/Managing Agent
805 Third Avenue
16th Floor
New York NY 10022

BlueLeap Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
3765 Preakness Lane
Suwanee GA 30024

B-Lure Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Claudia
4175 W. Tompkins Avenue
Las Vegas NV 89103

BMT Micro Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 15016
Wilmington DE 28406

BNA
Attn: Bankruptcy Desk/Managing Agent
PO BOX 17009
Baltimore MD 21297-1009

Board of Continuing Legal
Attn: Bankruptcy Desk/Managing Agent
295 Halcomb Ave #A
Reno NV 89502

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Board of Regents
Attn: Bankruptcy Desk/Managing Agent
UNLV Div. of Continuing Education
P.O. Box 45109
Las Vegas NV 89154-1019

Boat Transport, Inc.
Attn: Bankruptcy Desk/Managing Agent
2300 E. Lake Mead Drive
Henderson NV 89105-3003

Boating Magazine
Attn: Bankruptcy Desk/Managing Agent
MPS
P. O. Box 1296
Sausalito CA 94966-1296

Boating World
Attn: Bankruptcy Desk/Managing Agent
Attn: Mail Processing Dept
P. O. Box 1296
Sausalito CA 94966-1296

Bob Barksdale
Attn: Bankruptcy Desk/Managing Agent
2288 E. Camino Rio
Tucson AZ 85718

Bob Fox
Attn: Bankruptcy Desk/Managing Agent
31840 N. 45th St.
Cave Creek AZ 85331

Bob Morton
Attn: Bankruptcy Desk/Managing Agent
PO Box 4237
Kingman AZ AZ 86401

Bob Winokur
Attn: Bankruptcy Desk/Managing Agent
728 Fife Street
Henderson NV 89015

Bobby & Kimberly Williamson
Attn: Bankruptcy Desk/Managing Agent
7500 Apple Springs Ave
Las Vegas NV 89131

Boehan Heng
Attn: Bankruptcy Desk/Managing Agent
9319 Avon Park Ave
Las Vegas NV 89149

Boep Chuon
Attn: Bankruptcy Desk/Managing Agent
717 Loma Ave
Long Beach CA 90804

Bohannan Huston Inc.
Attn: Bankruptcy Desk/Managing Agent
Courtyard I
7500 Jefferson St. NE
Albuquerque NM 87109

Bonanza Beverage Company
Attn: Bankruptcy Desk/Managing Agent
6333 S. Ensworth St.
Las Vegas NV 89119

Bonny Yau
Attn: Bankruptcy Desk/Managing Agent
5418 Ontario Comm
Fremont CA 94555

Boomer Productions
Attn: Bankruptcy Desk/Managing Agent
1828 Plum Court
Henderson NV 89014

Boriz &  Yalina Zhebrak
Attn: Bankruptcy Desk/Managing Agent
5408 S. Hannibal Way
Aurora CO 80015

Bose Corporation
Attn: Bankruptcy Desk/Managing Agent
The Mountain-MS #236
Framingham MA 01701-9168

Boulder City Marine
Attn: Bankruptcy Desk/Managing Agent
1013 Nevada Way
Boulder City NV 89005

Boulevard Printing
Attn: Bankruptcy Desk/Managing Agent
6130 W. Tropicana, Ste 242
Las Vegas NV 89103

Box Brothers Nevada
Attn: Bankruptcy Desk/Managing Agent
Corporate Office
6384 W. Sahara Blvd.
Las Vegas

Boys&Girls Clubs of Henderson
Attn: Bankruptcy Desk/Managing Agent
Attn: Danielle Peot
401 Drake Street
Las Vegas NV 89015-6016

BPXpress
Attn: Bankruptcy Desk/Managing Agent
5190 S Valley View #108
Las Vegas NV 89119

Brad Hamilton
Attn: Bankruptcy Desk/Managing Agent
4020 Driscoll Mtn
Las Vegas NV 89129

Brad S. & Gayle S. Blakeley
Attn: Bankruptcy Desk/Managing Agent
201 E. Desert Rose Drive
Henderson NV 89015

Brad Vowles
Attn: Bankruptcy Desk/Managing Agent
6428 Wheelharrow Peak Drive
Las Vegas NV 89108

Bradley Window Corp.
Attn: Bankruptcy Desk/Managing Agent
Tim Bauman
2250 E.Tropicana Suite #19-111
Las Vegas NV 89119

Bradstone
Attn: Bankruptcy Desk/Managing Agent
Janet
1013 E Delhi
N. Las Vegas NV 89030

Brady Industries, Inc
Attn: Bankruptcy Desk/Managing Agent
4175 S. Arville
Las Vegas NV 89103

Branding Innovations, Inc
Attn: Bankruptcy Desk/Managing Agent
7096 Spring Beauty Ave.
Las Vegas NV 89131

Brandon Iron
Attn: Bankruptcy Desk/Managing Agent
3965 W. Oquendo Rd.
Las Vegas NV 89118

Bravo II Publisher Pricing
Attn: Bankruptcy Desk/Managing Agent
21220 Devonshire #102
Chatsworth CA 91311

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jose Ledon
1183 Center Point Drive
Henderson, NV 89074

Brenda Blanford
Attn: Bankruptcy Desk/Managing Agent
34 Cobbs Creek Way
Las Vegas NV 89148

Brenda F. Luna
Attn: Bankruptcy Desk/Managing Agent
and Linda Empleo Luna
934 S. Manzanita Dr.
West Covina CA 91791-3350

Brenda F. Luna
Attn: Bankruptcy Desk/Managing Agent
and Manuel Jude Alinsug
934 S. Manzanita Dr.
West Covina CA 91791-3350

Brenda Thomas
Attn: Bankruptcy Desk/Managing Agent
7520 Apple Springs
Las Vegas NV 89131

Brenmarc, Inc.
Attn: Bankruptcy Desk/Managing Agent
10 Rue Cezanne
Coto de Caza CA 92679

Brentano Fabrics
Attn: Bankruptcy Desk/Managing Agent
101 Henry Adams St
#144
San FranciscoCA  94103

Brentano, Inc.
Attn: Bankruptcy Desk/Managing Agent
Traci Rock
1481 Paddock Drive
Northbrook IL 60062

Brenton Holland
Attn: Bankruptcy Desk/Managing Agent
5835 W. Paradise Lane
Glendale CA 85306

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Brian Foye
Attn: Bankruptcy Desk/Managing Agent
9397 Olympia
Las Vegas NV 89149

Bricker Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
121 Industrial Park Road
Suite 101
Henderson NV 89015

Brimar
Attn: Bankruptcy Desk/Managing Agent
28250 Ballard Dr.
Lake Forest IL 60045-4536

Brinks Incorporated
Attn: Bankruptcy Desk/Managing Agent
PO Box 651696
Charlotte NC 28265-1696

Brittani Howell
Attn: Bankruptcy Desk/Managing Agent
2904 GnatCatcher Avenue
North Las Vegas NV 89084

Britton Group
Attn: Bankruptcy Desk/Managing Agent
ROI Appraisals
55 South Gibson Rd. Suite 104
Henderson NV 89012

Broadbent & Associates
Attn: Bankruptcy Desk/Managing Agent
8 West Pacific Avenue
Henderson NV 89015

Brock Larsen Design
Attn: Bankruptcy Desk/Managing Agent
2318 Cove Ave.
Los Angeles CA 90039

Brock Furniture Rental
Attn: Bankruptcy Desk/Managing Agent
john williams
2199 Norse Drive
Pleasant Hill CA 94523

Brooklyn & Associates
Attn: Bankruptcy Desk/Managing Agent
Mark Brocklyn
4611 Teller Avenue
Newport Beach CA 92660

Brother International Corp.
Attn: Bankruptcy Desk/Managing Agent
EMA Department
PO BOX 6911
Bridgewater NJ 08807

Brown & Partners Inc.
Attn: Bankruptcy Desk/Managing Agent
3275 South Jones, Ste 101
Las Vegas NV 89146

Brown Drilling Inc
Attn: Bankruptcy Desk/Managing Agent
Kurtis Neilson
3595 E. Gordon Dr.
Kingman AZ 86409

Brown Jordan Co.
Attn: Bankruptcy Desk/Managing Agent
9860 Gidley Street
El Monte CA 91731

Brown Tank & Steel
Attn: Bankruptcy Desk/Managing Agent
Randy & Robert Brown
4300 S. 15 Ave.
PO Box 20781
Phoenix AZ 85036

Brownstein Hyatt Farber
Attn: Bankruptcy Desk/Managing Agent
Schrek LLP
100 City Parkway #1600
Las Vegas NV 89106-4614

Bruce I Shapiro,Ltd.
Attn: Bankruptcy Desk/Managing Agent
2625 Wigwam Parkway, Suite 102
Henderson NV 89074

Bruce W. Marten
Attn: Bankruptcy Desk/Managing Agent
3705 Rick Stratton Drive
Las Vegas NV 89120

Brunschwig & Fils
Attn: Bankruptcy Desk/Managing Agent
75 Virginia Rd
North White Plains NY 10603-0905

Bryan L. Hermanson
Attn: Bankruptcy Desk/Managing Agent
California Mortgage & Realty
201-C Calle Del Oaks
Del Ray Oaks CA 93940

Budget Blinds
Attn: Bankruptcy Desk/Managing Agent
8610 S Eastern
Las Vegas NV 89123

Builder
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 420370
Palm Coast FL 32142

Builder
Attn: Bankruptcy Desk/Managing Agent
PO Box 3530
Northbrook IL 60065-3530

Builder 1440
Attn: Bankruptcy Desk/Managing Agent
Dan Brooks
PO Box 8500-54957
Philadelphia PA 19178-4957

Builder MT
Attn: Bankruptcy Desk/Managing Agent
Order Entry
200 Union Blvd. Ste 500
Lakewood CO 80228

Builders Assoc. of Western NV
Attn: Bankruptcy Desk/Managing Agent
Self Insured Group
810 E. 5th Street
Carson City NV 89701

Builders Association of
Attn: Bankruptcy Desk/Managing Agent
Western Nevada
575 S. Saliman Road
Carson City NV 89701-5000

Builders Insurance Company
Attn: Bankruptcy Desk/Managing Agent
1210 So Valley View Blvd Ste114
Las Vegas NV 89102

Builders Risk Plan
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 931795
Atlanta GA 31193-1795

Building Products & Services
Attn: Bankruptcy Desk/Managing Agent
Norman Bowman
4111 Greenbriar, Suite E
Stafford TX 77477

Bull's-Eye Billiard
Attn: Bankruptcy Desk/Managing Agent
7520 West Washington St.
Las Vegas NV 89125

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                    Served 4/17/2009

Bureau of Land Management
Attn: Bankruptcy Desk/Managing Agent
4785 Vegas Drive
Las Vegas NV 89108

Bureau of National Affairs
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 64543
Baltimore MD 21264-4543

Burlap & Landscape Supply
Attn: Bankruptcy Desk/Managing Agent
5340 Cameron St. #19
Las Vegas NV 89118

Burnham Painting & Drywall
Attn: Bankruptcy Desk/Managing Agent
668 Middlegate Road
Henderson NV 89011

Burr, Pilger & Mayer LLP
Attn: Bankruptcy Desk/Managing Agent
Karl Knock
100 Pringle Ave.
Ste. 340
Walnut Creek CA 94596

Business & Legal Reports
Attn: Bankruptcy Desk/Managing Agent
141 Mill Rock Road East
Old Saybrook CT 06475

Business 21 Publishing
Attn: Bankruptcy Desk/Managing Agent
453A Baltimore Pike
Springfield PA 19064

Business Bank of Nevada
Attn: Bankruptcy Desk/Managing Agent
PO Box 82503
Las Vegas NV 89180-2503

Business Objects Americas
Attn: Bankruptcy Desk/Managing Agent
3030 Orchard Parkway
San Jose CA 95134

Business Week
Attn: Bankruptcy Desk/Managing Agent
1221 Avenue of the Americas
New York NY 10020

Butter Plumbing
Attn: Bankruptcy Desk/Managing Agent
7310 Smoke Ranch Suite D
Las Vegas NV 89128

BYL Collection Services
Attn: Bankruptcy Desk/Managing Agent
3305 Springmountain Rd unit#46
Las Vegas NV 89102

BYU Career Placement Services
Attn: Bankruptcy Desk/Managing Agent
2410 WSC
Provo UT 846020

C & H Concrete
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie St
Las Vegas NV 89122

C 5 Coatings, LLC
Attn: Bankruptcy Desk/Managing Agent
Chris Coleman
4894 Lone Mountain Drive #124
Las Vegas NV 89130

C B S
Attn: Bankruptcy Desk/Managing Agent
52 South Hope Rd.
Suite 3
Golden Valley AZ 86413

C Construction
Attn: Bankruptcy Desk/Managing Agent
Polaris Office
dba Select Build
4339 Corporate Center Dr, Ste 108
North Las Vegas NV 89030

C Wieser
Attn: Bankruptcy Desk/Managing Agent
4600 E.Sunset Road, Suite 316
Henderson NV 89014

C. C. Water Reclamation Dist.
Attn: Bankruptcy Desk/Managing Agent
PO Box 98526
Las Vegas NV 8913-8526

C. J. Welch North, Inc.
Attn: Bankruptcy Desk/Managing Agent
Armand Williamson
101 Henry Adams Street #230
San Francisco CA 94103

C.T. Sewell Elementary School
Attn: Bankruptcy Desk/Managing Agent
c/o Carrie A. Larson
700 East Lake Mead Parkway
Henderson NV 89015

Cabinet West
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way #100
Henderson NV 89014

Cabinetec, Inc.
Attn: Bankruptcy Desk/Managing Agent
2711 E. Craig Road Suite A & B
North Las Vegas NV 89030

Cabinets, Closets & Good
Attn: Bankruptcy Desk/Managing Agent
Jonathan Pruneda
5081 S. Arville
Las Vegas NV 89118

**The Rhodes Companies, LLC 09-14814 - U.S. Mail**

Served 4/17/2009

Cablevision of Arizona
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1604
St. Joseph 64502-1604

Caddo Investments, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 570217
Las Vegas NV 89157

Cadillac of Las Vegas NV W
Attn: Bankruptcy Desk/Managing Agent
5185 W. Sahara Blvd.
Las Vegas NV 89146-3403

Calavan's Pool & Spa Service
Attn: Bankruptcy Desk/Managing Agent
5841 E. Charleston Blvd Suite 104
Las Vegas NV 89142

California Bar Journal
Attn: Bankruptcy Desk/Managing Agent
180 Howard St.
San Francisco CA 94105-1639

California D.M.V
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 942894
Sacramento CA 94294-0895

California Franchise Tax Board
Attn: Bankruptcy Desk/Managing Agent
P. O Box 942857
Sacramento CA 94257-0631

Callville Bay Resort
Attn: Bankruptcy Desk/Managing Agent
HCR-30 Box 100
ATTN: Accounts Receivable
Las Vegas NV 89124

Cal-Vada Concrete, LLC
Attn: Bankruptcy Desk/Managing Agent
656 Eastgate Road, Suite A
Henderson NV 89015

Cameron T. Anicete
Attn: Bankruptcy Desk/Managing Agent
9295 Crosscourt Way
Elk Grove CA 95624

Camino Constructors, LLC
Attn: Bankruptcy Desk/Managing Agent
5404 Tropical Toucan
Las Vegas NV 89130

Campbell Concrete Inc.
Attn: Bankruptcy Desk/Managing Agent
Dean / Ruben
5201 S. Polaris
Las Vegas NV 89118

Canac Kitchens
Attn: Bankruptcy Desk/Managing Agent
Randy Lucas
4580 West Teco Avenue
Las Vegas NV 89118

Cananwill, Inc.
Attn: Bankruptcy Desk/Managing Agent
1000 N. Milwaukee Ave., 5th FL.
Glenview IL 60025

Candance Hamrick
Attn: Bankruptcy Desk/Managing Agent
1037 Via Canale
Henderson NV 89011

Candlelighters for Childhood
Attn: Bankruptcy Desk/Managing Agent
3201 South Maryland Pkwy
Cancer of Southern Nevada
601 South Rancho, Suite B11
Las Vegas NV 89109

Cane & Weiner
Attn: Bankruptcy Desk/Managing Agent
1941 Bishop Lane
Louisville KY 40218

Canepa Riedy & Rubino
Attn: Bankruptcy Desk/Managing Agent
851 S. Rampart Blvd.
Suite 160
Las Vegas NV 89145

Cantera Doors L.V., Inc.
Attn: Bankruptcy Desk/Managing Agent
6380 S. Valley View Blvd.
Suite 300
Las Vegas NV 89118

Canyon Creative & Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
4375 S. Polaris Avenue, Suite 4
Las Vegas NV 89103

Canyon Springs High School
Attn: Bankruptcy Desk/Managing Agent
Baseball
350 East Alexander Road
N.Las Vegas NV 89030

Canyon Springs Pools
Attn: Bankruptcy Desk/Managing Agent
3395 S. Jones Blvd.
Suite 126
Las Vegas NV 89146

Canyon State Enterprises, LLC
Attn: Bankruptcy Desk/Managing Agent
4030 Stockton Hill Rd.  #15
Kingman AZ 86409

Canyon Tire Sales, Inc.
Attn: Bankruptcy Desk/Managing Agent
1240 Magnolia Avenue
Corona CA 98279

Canyon Trails Family Practice
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 379001
Las Vegas NV 89137-9001

Capital Cabinet Corp.
Attn: Bankruptcy Desk/Managing Agent
3645 Lossee Road
North Las Vegas NV 89030

Capital Valley Consultin
Attn: Bankruptcy Desk/Managing Agent
7313 La Mona Ct
Las Vegas NV 89128

Capitol Corporate Services
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1831
Austin TX 78767

Capitol North American
Attn: Bankruptcy Desk/Managing Agent
1780 South Mojave Road
Las Vegas NV 89104

Capriottis Sandwich Shop
Attn: Bankruptcy Desk/Managing Agent
4825 South Fort Apache
Las Vegas NV 89147

Capt Tubs Repair Service
Attn: Bankruptcy Desk/Managing Agent
Ronald D. Roberts
2481 Daytona Avenue
Lake Havasu City AZ 86403

Cardmember Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 790408
St. Louis MO 63179-0408

Carino Nelson
Attn: Bankruptcy Desk/Managing Agent
255 Via Franciosa Drive
Henderson NV 89015

Carlos Diaz
Attn: Bankruptcy Desk/Managing Agent
5916 Old Ridge Road
North Las Vegas NV 89031

Carlos Duno
Attn: Bankruptcy Desk/Managing Agent
210 Gentry Way
Reno NV 89502

Carlos Liera
Attn: Bankruptcy Desk/Managing Agent
2700 Daley Street N
Las Vegas NV 89030

CARLYLE HIGH YIELD PART IV
Attn: Bankruptcy Desk/Managing Agent
Linda Pace
520 Madison Avenue
New York NY 10010

Carmel Hopkins
Attn: Bankruptcy Desk/Managing Agent
2611 Napa Drive
Las Vegas NV 89156

Carol A. Friedland
Attn: Bankruptcy Desk/Managing Agent
Carol
10337 Junction Hill Drive
Las Vegas NV 89134

Carol Grove
Attn: Bankruptcy Desk/Managing Agent
1801 California St.
#100
Denver CO 80202

Carolyn Duarte
Attn: Bankruptcy Desk/Managing Agent
Full and Final Settlement
of all Clamis

Carpenter Sellers Associates
Attn: Bankruptcy Desk/Managing Agent
1919 S. Jones Suite C
Las Vegas NV 89146

Carpets N More, LLC
Attn: Bankruptcy Desk/Managing Agent
John Adams
3185 E Tropicana Avenue
Las Vegas NV 89121

Carpino Stone Applications
Attn: Bankruptcy Desk/Managing Agent
Michael Carpino
1987 Whitney Mesa Dr.
Henderson NV 89014

Carter-Burgess
Attn: Bankruptcy Desk/Managing Agent
Abdul Bhuiyan
PO Box 99350
Fort Worth TX 76199-0350

Case by Case, Ltd.
Attn: Bankruptcy Desk/Managing Agent
3230 Polaris Avenue
Unit 27
Las Vegas NV 89102

Cashman Equipment Company
Attn: Bankruptcy Desk/Managing Agent
File # 56751
Los Angeles CA 90074-6751

Cashman Equipment Rental Company
Attn: Bankruptcy Desk/Managing Agent
3101 E Craig Rd
North Las Vegas, NV 89030-7501

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                          Served 4/17/2009

CASolutions
Attn: Bankruptcy Desk/Managing Agent
PO Box 530639
Henderson NV 89053-0639

Cassidy & Associates
Attn: Bankruptcy Desk/Managing Agent
700 Thirteenth Street N.W.
Suite 400
Washington DC 20005

Castel
Attn: Bankruptcy Desk/Managing Agent
c/o Donghia Textiles
101 Henry Adams St., #144
San Francisco CA 94103

Cat Note # 1
Attn: Bankruptcy Desk/Managing Agent
PO Box 340001
Nashville, TN  37203-0001

Catalina Draperies
Attn: Bankruptcy Desk/Managing Agent
6340 Sunset Corporate Drive
Las Vegas NV 89120

Caterpillar Financial Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 100647
Pasadena CA 91189-0647

Caterpillar Financial Services Corp
Attn: Bankruptcy Desk/Managing Agent
2120 W End Ave
Nashville, TN 37203-5251

Catherine Nocerino
Attn: Bankruptcy Desk/Managing Agent
726 Tossa De Mar
Henderson NV 89015

Cathy Ott
Attn: Bankruptcy Desk/Managing Agent
3865 Zuni
Kingman AZ 86401

CBA
Attn: Bankruptcy Desk/Managing Agent
PO Box 5013
Hayward CA 94540-5013

CBC Trucking Inc
Attn: Bankruptcy Desk/Managing Agent
John Morgan
3393 Rancho Rd.
Golden Valley AZ 86413

CBI Constructors, Inc.
Attn: Bankruptcy Desk/Managing Agent
Mark Jordan
25 W. 1st Street, Suite 210
Claremont CA 91711

CBS Radio
Attn: Bankruptcy Desk/Managing Agent
Venus H.
KKJJ-FM
PO Box 100111
Pasadena CA 91189-0111

CCI Painting Inc.
Attn: Bankruptcy Desk/Managing Agent
500 Harrington St.
Sutie B
Corona CA 92880

CCSN Foundation & Development
Attn: Bankruptcy Desk/Managing Agent
6375 West Charleston W3D
Las Vegas NV 89146

Cedar Roofing Company In
Attn: Bankruptcy Desk/Managing Agent
BYRON
3645 W. Oquendo, Suite #200
Las Vegas NV 89118-3145

Cedco,Inc.
Attn: Bankruptcy Desk/Managing Agent
Greg
7210 Placid Street
Las Vegas NV 89119

CEMEX
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 73261
Chicago, IL  60673-3261

CENT CDO 10 LIMITED
Attn: Bankruptcy Desk/Managing Agent
Robin Stancil
100 N. Sepulveda Boulevard, Suite 650
El Segundo, CA  90245

Centennial High School
Attn: Bankruptcy Desk/Managing Agent
10200 Centennial Parkway
Las Vegas NV 89149

Center Emergency Physicians
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 13909
Philadelphia PA 19101-3909

Center for Natural Lands
Attn: Bankruptcy Desk/Managing Agent
Management
425 E. Alvarado St, Ste H
Fallbrook 92028-2960

Central Valley Insulate
Attn: Bankruptcy Desk/Managing Agent
LLOYD Dominguez
3588 South Valley View Blvd.
Las Vegas NV 89103

Centurion Security Syste
Attn: Bankruptcy Desk/Managing Agent
STEVE
917 S. 1st Street
Las Vegas NV 89101

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                        Served 4/17/2009

Century 21 Advantage Gold
Attn: Bankruptcy Desk/Managing Agent
2625 No Green Valley Pkwy # 150
Las Vegas NV  NV 89014

Century 21 Amber Realty
Attn: Bankruptcy Desk/Managing Agent
Andre Zepeda
23705 Crenshaw Blvd. #100
Torrance CA 90505

Century 21 Moneyworld
Attn: Bankruptcy Desk/Managing Agent
8010 W Sahara Ave Ste 220
9230 S. East Ave.
Las Vegas NV  89123

Century Cast Product Inc
Attn: Bankruptcy Desk/Managing Agent
GEOFF BRUNER
P. O. Box 2933
Pomona CA 91769-2933

Century Realty & Investments
Attn: Bankruptcy Desk/Managing Agent
10161 Bolsa Ave., Suite A-207
Westminster CA 92683

Ceridian
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 10989
Newark NJ 07193

Certified Engineering Sys. Inc
Attn: Bankruptcy Desk/Managing Agent
2949 S Main Street
Salt Lake City UT 84115

Certified Flooring Inspections
Attn: Bankruptcy Desk/Managing Agent
5130 E Charleston #5-5
Las Vegas NV 89142

Certified Legal Videography
Attn: Bankruptcy Desk/Managing Agent
Becky Ulrey
3555 Meridale Drive Suite 2144
Las Vegas NV  89147

Cesar So. Bregaudit
Attn: Bankruptcy Desk/Managing Agent
22163 Wind Flower Place
Santa Clarita CA 91390

CF Dominicana Cigars
Attn: Bankruptcy Desk/Managing Agent
1070 Manor Road
Staten Island NY 10314

Chad Ohira
Attn: Bankruptcy Desk/Managing Agent
1302 Echo Wind Avenue
Henderson NV 89052

Challenge - T.P.
Attn: Bankruptcy Desk/Managing Agent
1421 South Commerce
Las Vegas NV 89102

Champion Movers, LLC
Attn: Bankruptcy Desk/Managing Agent
3003 S. Valley View Blvd. Ste 120
Las Vegas NV 89102

Chances For Children
Attn: Bankruptcy Desk/Managing Agent
Attn: Timothy Bolen
4040 East San Gabriel
Phoenix AZ 85044

Charles & Clara Nagy
Attn: Bankruptcy Desk/Managing Agent
7505 Devon Lane
Chesterland OH 44026

Charles Blen
Attn: Bankruptcy Desk/Managing Agent
242 Rolling Springs Dr
Las Vegas NV 89148

Charles E. Jack Appraisal
Attn: Bankruptcy Desk/Managing Agent
Charles E. Jack
and Consulting, Inc.
8324 Antler Ridge Avenue
Las Vegas NV 89149-4505

Charles E. Kelly and Associate
Attn: Bankruptcy Desk/Managing Agent
The Kelly Law Building
706 S. Eighth Street
Las Vegas NV 89101

Charles M. Damus, Esq., P.C.
Attn: Bankruptcy Desk/Managing Agent
624 South Sixth Street
Las Vegas NV 89101-6920

Charles Sakura
Attn: Bankruptcy Desk/Managing Agent
9416 Arcadia Woods Court
Las Vegas NV 89149

Charles& Nadine McDowell
Attn: Bankruptcy Desk/Managing Agent
418 Arthur Street
Gary IN 6404

Charter Furniture
Attn: Bankruptcy Desk/Managing Agent
Natasha
9401 Whitmore Street
El Monte CA 91733

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
David
2160 W. Charleston Suite M
Las Vegas NV 89102

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Chawla Associates
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 26931
Las Vegas NV 89126

Cheep-Cheep Movers
Attn: Bankruptcy Desk/Managing Agent
1650 Helm Drive
Suite 700
Las Vegas NV 89119

Chefs for Kids, Inc
Attn: Bankruptcy Desk/Managing Agent
1208 Emerywood Court #D
Las Vegas NV 89117

Chem-Aqua
Attn: Bankruptcy Desk/Managing Agent
3330 Sunrise Avenue
Suite 107
Las Vegas NV 89101

ChemDry * Las Vegas
Attn: Bankruptcy Desk/Managing Agent
dba: Madison's Cleaning Co,INC
3772 E. Flamingo Road
Las Vegas NV 89121

Cherine Cope
Attn: Bankruptcy Desk/Managing Agent
10476 Fancy Fern Street
Las Vegas NV 89123

Cherry Tree Design
Attn: Bankruptcy Desk/Managing Agent
320 Pronghorn Trail
Bozeman MT 59718

Chevron and Texaco
Attn: Bankruptcy Desk/Managing Agent
Card Services
PO BOX 2001
Concord CA 94529-0001

Cheyenne Plumbing
Attn: Bankruptcy Desk/Managing Agent
Bill Remley
3275 Ali Baba
Las Vegas NV 89118

Chicago Title Acc't Servicing
Attn: Bankruptcy Desk/Managing Agent
1975 Highway 95
Bullhead City AZ 86442

Chicago Title Agency of Nevada
Attn: Bankruptcy Desk/Managing Agent
3993 Howard Hughes Pkwy #120
Las Vegas, NV 89169

Chicago Title Co.
Attn: Bankruptcy Desk/Managing Agent
621 Riverside Drive
Parker AZ 85344

Chicago Title Co.
Attn: Bankruptcy Desk/Managing Agent
9500 West Flamingo Rd.
Suite 140
Las Vegas, NV 89147

Chicago Title Company
Attn: Bankruptcy Desk/Managing Agent
16969 Von Karman
Irvine 92606

Chicago Title Insurance Co.
Attn: Bankruptcy Desk/Managing Agent
2699 E. Andy Devine Ave.
PO Box 3599
Kingman AZ 86401

Choate Well Services
Attn: Bankruptcy Desk/Managing Agent
Water Surveys
PO Box 651
Pietown NM 87827

Choice One Graphics
Attn: Bankruptcy Desk/Managing Agent
Karrie
142 SE Airpark Dr.
Bend OR 97702

Christian Carpentry
Attn: Bankruptcy Desk/Managing Agent
Chris Stoltzfus
5435 N Rainbow Blvd
Las Vegas NV 89130

Christian Hughes Hope
Attn: Bankruptcy Desk/Managing Agent
3113 Barbara Court
Hollywood CA 90068

Christine S. Price
Attn: Bankruptcy Desk/Managing Agent
3319 Clifden Lane
Burbank CA 91504

Christine Wieser
Attn: Bankruptcy Desk/Managing Agent
4600 E. Sunset # 316
Henderson NV 89014

Christine Yan Xie
Attn: Bankruptcy Desk/Managing Agent
6836 Baby Jade Ct
Las Vegas NV 89148

Christopher & Allison Moderson
Attn: Bankruptcy Desk/Managing Agent
1802 Tiger Creek Ave
Henderson NV 89012

Christopher Hildreth
Attn: Bankruptcy Desk/Managing Agent
3725 Old Valley
Las Vegas NV 89149

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Chubb Group of Ins. Co.
Attn: Bankruptcy Desk/Managing Agent
PO Box 7247-0180
Philadelphia PA 19170-0180

Chuck's Masonry
Attn: Bankruptcy Desk/Managing Agent
7385 Prairie Falcon Road #110
Las Vegas NV 89128

CID Reserve Studies, LLC
Attn: Bankruptcy Desk/Managing Agent
3838 N. Central Avenue
Suite 1100
Phoenix AZ 85012

Cingular Wireless
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 54360
Los Angeles CA 90054-0360

Cingular Wireless
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79075
Phoenix AZ 85062-9075

Cingular Wireless CA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60017
Los Angeles CA 90060-0017

Cintas LOC #F35
Attn: Bankruptcy Desk/Managing Agent
1825 W. Parkside Lane
Phoenix AZ 85027

Cintas LOC #F35
Attn: Bankruptcy Desk/Managing Agent
5432 W. Missouri Ave
Glendale AZ  85301

Circle Software
Attn: Bankruptcy Desk/Managing Agent
2773 Barnet Highway Suite 205
BC V3B 1C2
Coquitlam Canada

CIT Financial Services
Attn: Bankruptcy Desk/Managing Agent
111 Old Eagle School Rd
Wayne, PA  19087

CIT Financial USA, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 91448
Chicago IL 60693

CIT Group/Sales Financing, Inc
Attn: Bankruptcy Desk/Managing Agent
Mrs. Valeris
715 S. Metropolitan Avenue
P.O. Box 24330
Oklahoma City OK 73124

CIT Technology Fin Serv Inc.
Attn: Bankruptcy Desk/Managing Agent
23896 Network Place
Chicago IL 60673-1238

CIT Technology Financing Services, Inc
Attn: Bankruptcy Desk/Managing Agent
10201 Centurion Pkwy N
Ste 100
Jacksonville, FL 32256-4114

Citibank Texas, N.A.
Attn: Bankruptcy Desk/Managing Agent
Cust/Commercial Loan Operations
P.O. Box 8680
Bryan TX 77805-8680

Citicapital Commercial Corp
Attn: Bankruptcy Desk/Managing Agent
PO Box 168647
Irving, TX 75016-8647

Citicorp Vendor Finance
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 41647
Philadelphia PA 19101-1647

Citizens Utilities Rural Co.
Attn: Bankruptcy Desk/Managing Agent
3 High Ridge Park
Stamford CT 06905-1390

Citrix Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
6400 N.W. 6th Way
Ft. Lauderdale 33309

City Demolition Disposal
Attn: Bankruptcy Desk/Managing Agent
1020 Schritter Way
Kingman AZ 86401

City National Bank
Attn: Bankruptcy Desk/Managing Agent
PO BOX 60938
Los Angeles CA 90060-0938

City of Boulder City
Attn: Bankruptcy Desk/Managing Agent
PO Box 61350
Boulder City NV 89005

City of Henderson Utility Serv
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 95011
Henderson NV 89009-5011

City of Henderson-Finance Dept
Attn: Bankruptcy Desk/Managing Agent
Business License Division
P.O. Box 95007
Henderson NV 89009-5007

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                              Served 4/17/2009

City of Kingman
Attn: Bankruptcy Desk/Managing Agent
412 Oak St.
Kingman AZ 86401

City of Kingman, AZ
Attn: Bankruptcy Desk/Managing Agent
310 North 4th Street
Kingman AZ 86401-5817

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Department of Finance & Business
400 Stewart Avenue
Las Vegas NV 89193

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Elkhorn Springs Imp Dist #505
P.O. Box 52782
Phoenix AZ 85072-2782

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
PO Box 1900
Las Vegas NV 89125

City of Las Vegas (parking)
Attn: Bankruptcy Desk/Managing Agent
Parking Citations & Hearing Offic
P.O. Box 52731
Phoenix AZ 85072-2731

City of Las Vegas NV - Sewer
Attn: Bankruptcy Desk/Managing Agent
Department of Finance & Business
P.O. Box 52794
Phoenix AZ 85072-2794

City of North Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2200 Civic Center Drive
North Las Vegas NV 89030

CKN-Partners, Inc.
Attn: Bankruptcy Desk/Managing Agent
9960 West Cheyenne Ave, Suite 280
Las Vegas NV 89129

Claire Damon
Attn: Bankruptcy Desk/Managing Agent
9050 W. Warm Springs # 2170
Las Vegas NV 89148

Claritas, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 533028
Atlanta GA 30353-2028

Clark Co Air Quality & Environ
Attn: Bankruptcy Desk/Managing Agent
Management
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark Co Bldg Dept
Attn: Bankruptcy Desk/Managing Agent
BRENDA
500 S Grand Central Pkwy
PO Box 553530
Las Vegas NV 89115-3530

Clark Co. Water Reclamation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98523
Las Vegas NV 89193-8526

Clark County
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark County Assessor
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155-1401

Clark County Business License
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy 3rd Flr
PO Bos 551810
Las Vegas NV 89155-1810

Clark County Clerk
Attn: Bankruptcy Desk/Managing Agent
200 Lewis Ave.
3rd Floor
Las Vegas NV 89101

Clark County Clerks Offi
Attn: Bankruptcy Desk/Managing Agent
200 S. Third Street
Las Vegas NV 89155

Clark County Comprehensive
Attn: Bankruptcy Desk/Managing Agent
Planning 500 Grand Central Pkwy
PO BOX 551744
Las Vegas NV 89155-1744

Clark County Department
Attn: Bankruptcy Desk/Managing Agent
of Aviation
P.O.Box 11005
Las Vegas NV 89111-1005

Clark County Fence
Attn: Bankruptcy Desk/Managing Agent
3114 E Charleston
Las Vegas NV 89104

Clark County Fire Dept.
Attn: Bankruptcy Desk/Managing Agent
Accounts Payable
575 East Flamingo Road
Las Vegas NV 89119

Clark County GIS Mangement
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
#4016
Las Vegas NV 89106

Served 4/17/2009

Clark County Planning
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark County Public Work
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 553530
Las Vegas NV 89115-3530

Clark County Recorders
Attn: Bankruptcy Desk/Managing Agent
500 South Grand Central Pkwy
PO Box 551510  2nd Floor
Las Vegas NV 89155-1510

Clark County Sanitation
Attn: Bankruptcy Desk/Managing Agent
5857 East Flamingo
Las Vegas NV 89122

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CLAS Information Services
Attn: Bankruptcy Desk/Managing Agent
2020 Hurley Way
Suite 350
Sacramento CA 95825

CLASSI
Attn: Bankruptcy Desk/Managing Agent
UNLV
Box 451025
Las Vegas NV 89154-1025

Classic Architectural Precast
Attn: Bankruptcy Desk/Managing Agent
1701 Athol Ave.
Henderson NV 89015

Classic Body Shop West
Attn: Bankruptcy Desk/Managing Agent
5785 S Durango
Las Vegas NV 89113

Classic Catering
Attn: Bankruptcy Desk/Managing Agent
Harold Mutz
1236 Western
Las Vegas NV 89102

Classic Door & Trim Inc.
Attn: Bankruptcy Desk/Managing Agent
Robb Blenker
4625 Wynn Road
Building B Suite #1
Las Vegas NV 89103

Classic Plumbing Inc
Attn: Bankruptcy Desk/Managing Agent
Tom
3823 Losee Rd.
N Las Vegas NV 89030

Classy Closet, Etc.
Attn: Bankruptcy Desk/Managing Agent
5030 W. Oquendo Rd, # 100
Las Vegas NV 89118-2825

Clayton Rice
Attn: Bankruptcy Desk/Managing Agent
4291 San Alivia Court
Las Vegas NV 89141

Clean Water Pool Serv & Repair
Attn: Bankruptcy Desk/Managing Agent
3430 Purdue Way
Las Vegas NV 89115

Clear Channel Broadcasting Inc
Attn: Bankruptcy Desk/Managing Agent
File Number 91100
Los Angeles CA 90074-1100

Clear Channel Outdoor
Attn: Bankruptcy Desk/Managing Agent
1211 W. Bonanza Road
Las Vegas NV 89106

Clear Media Promotions Inc.
Attn: Bankruptcy Desk/Managing Agent
17332 Irvine Blvd
Tustin CA 92780

Clint Sherrill & Assoc., Inc.
Attn: Bankruptcy Desk/Managing Agent
730 San Mateo SE
Albuquerque NM 87108

Closet & Storage Concepts
Attn: Bankruptcy Desk/Managing Agent
900 Warm Springs Rd
Suite 105
Henderson NV 89015

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Chason Memmott
10967 Lampione Street
Las Vegas NV 89141

CMT Incorporation
Attn: Bankruptcy Desk/Managing Agent
1556 E. Flamingo Rd.  #106
Las Vegas NV 89119

CNH Capital America LLC
Attn: Bankruptcy Desk/Managing Agent
100 Brubaker Ave
New Holland, PA 17557-1861

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Coast Appliance Parts Co.
Attn: Bankruptcy Desk/Managing Agent
2606 Lee Avenue
So. El Monte CA 91733

Coast West Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
2845 Synergy St Bldg 11
N Las Vegas NV 89030

Coast Wholesale Florist, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 371445
Montara 94037-1445

Coastal Living
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 62349
Tampa FL 33662

Cohn Real Estate LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Ed Lubieniecki
1801 Centry Park East, Ste. 2400
Los Angeles CA 90067

Coldwell Banker
Attn: Bankruptcy Desk/Managing Agent
Amy Lui
400 Primrose Rd.
Burlingame CA 94010

Coldwell Banker
Attn: Bankruptcy Desk/Managing Agent
The Judd Group, Inc.
321 S. Lake Havasu Avenue
Lake Havasu City AZ 86403

Coldwell Banker Commercial
Attn: Bankruptcy Desk/Managing Agent
321 S. Lake Havasu Avenue
Lake Havasu AZ 86403

Colleen Zimmer,
Attn: Bankruptcy Desk/Managing Agent
Hummell Real Estate
116 Boyd Ave
Chittenango NY 13037

Colonial Bank
Attn: Bankruptcy Desk/Managing Agent
4670 South Fort Apache #250
Las Vegas NV 89147

Colonial Flag
Attn: Bankruptcy Desk/Managing Agent
Les Pendergraft
6313 S. Pecos Rd # 2
Las Vegas NV 89120

Colonial Supplemental Insur
Attn: Bankruptcy Desk/Managing Agent
Processing Center
P.O.Box 1365
Columbia SC 29202-1365

Color Connections
Attn: Bankruptcy Desk/Managing Agent
Russ Doemer
3880 Stockton Hill Rd.
Ste. 103-291
Kingman AZ 86409

Color Gamut Digital Imaging
Attn: Bankruptcy Desk/Managing Agent
1869 E. Maule Ave Unit J
Las Vegas NV 89119

Colours, Inc.
Attn: Bankruptcy Desk/Managing Agent
7373 Peak Drive
Suite 230
Las Vegas NV 89128

Combined Services Inc
Attn: Bankruptcy Desk/Managing Agent
7555 Hicham Avenue
Las Vegas NV 89129

COM-Data, Inc.
Attn: Bankruptcy Desk/Managing Agent
5301 N. Manuel Dr
Las Vegas NV 89149

Comfort Engineering Inc
Attn: Bankruptcy Desk/Managing Agent
John D. Spargo
9175 W. Flamingo Rd.
Las Vegas NV 89147

Command Center
Attn: Bankruptcy Desk/Managing Agent
Kirk Welstad
746 South Boulder Highway
Henderson NV 89015

Commerce Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
George Reinhardt
T & G Investments
4511 W. Cheyenne, Suite 801
N. Las Vegas NV 89032

Commerce Title Company
Attn: Bankruptcy Desk/Managing Agent
8970 W. Tropicana
Las Vegas NV 89147

Commercial Cabinet Company
Attn: Bankruptcy Desk/Managing Agent
3015 E. Post Road
Las Vegas NV 89120

Commercial Federal Bank
Attn: Bankruptcy Desk/Managing Agent
601 S. Rancho Drive
Suite D-30
Las Vegas NV 89106

Commercial Fitness
Attn: Bankruptcy Desk/Managing Agent
6280 S. Pecos, Suite 300
Las Vegas NV 89120

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

Commercial Hardware
Attn: Bankruptcy Desk/Managing Agent
3725 W Russell Rd
Las Vegas NV 89118

Commerical Lighting
Attn: Bankruptcy Desk/Managing Agent
and Supply Inc.
3401 Sirius Ave
Las Vegas NV 89102

Community Associations,
Attn: Bankruptcy Desk/Managing Agent
Institute
Department 34793
Alexandria VA 22334-0793

Community Bank
Attn: Bankruptcy Desk/Managing Agent
Susan P.    Direct Line
7676 W. Lake Mead Blvd.
Las Vegas NV 89128

Community Bank of Nevada
Attn: Bankruptcy Desk/Managing Agent
Attn: Matt Lanning
8945 West Russell Rd., Ste 300
Las Vegas NV 89148

Community Capital
Attn: Bankruptcy Desk/Managing Agent
1901 Yacht Truant
Newport Beach 92660

COMP USA, Inc.
Attn: Bankruptcy Desk/Managing Agent
3535 W. Sahara
P. O. Box 200670
Dallas TX 75320-0670

Competitive Edge
Attn: Bankruptcy Desk/Managing Agent
5021 Ixworth Place
Westminster CA 92683

Compeware Technology
Attn: Bankruptcy Desk/Managing Agent
Benjamin Graham
Associates, Inc.
3003 Carlisle St.,Ste 200
Dallas TX 75204

Complete Business Systems
Attn: Bankruptcy Desk/Managing Agent
1601 E. Marble Canyon Dr.
Bullhead City AZ 86442

Computer Contractors Assn.,Inc
Attn: Bankruptcy Desk/Managing Agent
12261 Alison Drive
Camarillo CA 93012-9338

Computer Forms
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 23456
Portland OR 97281-3456

Computer Technical Services
Attn: Bankruptcy Desk/Managing Agent
4275 W Bell Dr Ste #10
Las Vegas NV 89118

ComTech Communications Systems
Attn: Bankruptcy Desk/Managing Agent
4330 W. Desert Inn
Suite E
Las Vegas NV 89102-7636

Concrete Clean Up Solutions
Attn: Bankruptcy Desk/Managing Agent
78030 Calle Barcelona, Suite E
La Quinta CA 92253

Concrete Designs, Inc.
Attn: Bankruptcy Desk/Managing Agent
3650 S Broadmont Dr
Tucson AZ 85713-5247

Concrete Speciality
Attn: Bankruptcy Desk/Managing Agent
Barry Lane
Services, Inc.
1911 N. Fine Avenue, Ste.101
Fresno CA 93717

Concrete Visions, Inc.
Attn: Bankruptcy Desk/Managing Agent
4255 E Charleston Blvd Ste 331
Las Vegas NV 89104

ConCrete, Inc
Attn: Bankruptcy Desk/Managing Agent
Keith Salsbury
252 Sun Pac Avenue
Henderson NV 89015

Conex International
Attn: Bankruptcy Desk/Managing Agent
548 Bluebird Canyon Drive
Laguna Beach CA 92651

Conferon/FBO Timberline
Attn: Bankruptcy Desk/Managing Agent
Timberline Summit 2004 Conference
427 University Ave
Norwood MA 02062

CONFLUENT 3 LIMITED
Attn: Bankruptcy Desk/Managing Agent
Philip Yarrow
One Parkview Plaza
Oakbrook Terrace, IL 60181

Connie King
Attn: Bankruptcy Desk/Managing Agent
241 Mariposa Way
Henderson NV 89015

Consolidated Mortgage Co
Attn: Bankruptcy Desk/Managing Agent
Lana Wright
1291 Galleria Drive
Henderson NV 89014

**The Rhodes Companies, LLC 09-14814 - U.S. Mail**

Served 4/17/2009

Consolidated Office
Attn: Bankruptcy Desk/Managing Agent
Systems
118 W. Commonwealth Ave.
Fullerton CA 92832

Consolidated Reprographi
Attn: Bankruptcy Desk/Managing Agent
702-
345 Clinton St.
Costa Mesa CA 92626-6011

Consolidated Roofing
Attn: Bankruptcy Desk/Managing Agent
Ken Kaiser
737 Susanna Way
Henderson NV 89015

Constable
Attn: Bankruptcy Desk/Managing Agent
Terrie Hicks Case# 04C-020264
309 S Third Street
Las Vegas NV 89155

Constant Lighting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Doug
4216 N. Pecos Road
Suite #103
Las Vegas NV 89115

Construction Book Express
Attn: Bankruptcy Desk/Managing Agent
30 Oser Avenue Suite 500
Hauppauge NY11788

Construction Financial
Attn: Bankruptcy Desk/Managing Agent
Management Association
29 Emmons Drive Ste F-50
Princeton NJ 08540

Construction Protective Svcs
Attn: Bankruptcy Desk/Managing Agent
436 West Walnut Street
Gardena CA 90248

Constructive Business Systems
Attn: Bankruptcy Desk/Managing Agent
5310 Harvest Hill Rd
Suite 200
Dallas TX 75230

Consulting Engineers Corp.
Attn: Bankruptcy Desk/Managing Agent
Lynn R. Morris
2131 E. Broadway Rd.
Suite 2
Tempe AZ 85282

Contech Construction Products
Attn: Bankruptcy Desk/Managing Agent
PO Box 232151
Las Vegas NV 89105

Converse Consultants
Attn: Bankruptcy Desk/Managing Agent
731 Pilot Road, Suite H
Las Vegas NV 89119

Conveyor Sales Company
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 60128
Phoenix AZ 85082

Cooper Research
Attn: Bankruptcy Desk/Managing Agent
3396 Skyline View Dr
Reno NV 89509

Cooskey, Toolen, Gage, Duffy & Woog
Attn: Bankruptcy Desk/Managing Agent
c/o Phillip Woog, Esq.
535 Anton Boulevard, 10th Floor
Costa Mesa, CA 92626-1977

Copy Carriers
Attn: Bankruptcy Desk/Managing Agent
19110 S. Vermont Avenue
Gardena CA 90248

Copy Right Video
Attn: Bankruptcy Desk/Managing Agent
1554 18th Street
Santa Monica CA 90404

Corby D. Arnold, Esq.
Attn: Bankruptcy Desk/Managing Agent
2965 S. Jones Suite A
Las Vegas NV 89146

Cornerstone Realty Services
Attn: Bankruptcy Desk/Managing Agent
3341 W. Ball Rd.
Anaheim CA 92804

Cornerstone Solutions
Attn: Bankruptcy Desk/Managing Agent
4731 S. Willow Springs Road
La Grange IL 60525

Coronado Concrete
Attn: Bankruptcy Desk/Managing Agent
AKA: Coronado Masonry
5620 Stephanie St.
Las Vegas NV 89122

Corporate Challenge
Attn: Bankruptcy Desk/Managing Agent
749 Veterans Memorial Dr.
Las Vegas NV 89101

Corporate Express
Attn: Bankruptcy Desk/Managing Agent
PO Box 95708
Chicago IL 60694-5708

Corporate Images
Attn: Bankruptcy Desk/Managing Agent
10624 S Eastern Avenue Ste A-431
Henderson NV 89052

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Corporation Service Company
Attn: Bankruptcy Desk/Managing Agent
2711 Centerville Road
Wilmington DE19808

Corporation Taxes
Attn: Bankruptcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

CORT Clearance Center
Attn: Bankruptcy Desk/Managing Agent
4855 W. Harmon Ave, Ste B
Las Vegas NV 89103

Costa Window Treatments, Inc.
Attn: Bankruptcy Desk/Managing Agent
Natalie/Cesar
1 NE 40th Street, #2
Miami FL 33137

Country Casual
Attn: Bankruptcy Desk/Managing Agent
Sue
7601 Rickenbacker Dr.
Gaithersburg MD 20879

Country Freight Systems
Attn: Bankruptcy Desk/Managing Agent
Kingman AZ

Country Sampler Decorate Ideas
Attn: Bankruptcy Desk/Managing Agent
Decorate With Paint
P. O. Box 420651
Palm Coast FL 32142-0651

Countrywide Home Loans
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 650070
Dallas TX 75265-0070

Countrywide Realty
Attn: Bankruptcy Desk/Managing Agent
1401 E. Charleston Blvd.
Las Vegas NV 89104

Countrywide Tax Service Corp.
Attn: Bankruptcy Desk/Managing Agent
PO Box 10211-Sv3-24
Van Nuys CA 91410-0211

County of Imperial
Attn: Bankruptcy Desk/Managing Agent
Department of Child Support
2795 S. 4th Street
El Centro CA 92243

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Court Trustee BY 0666304
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 513544
Los Angeles CA 90051

CoverEdge
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 14925
Las Vegas NV 89114-4925

Cox Castle & Nicholson, LLP
Attn: Bankruptcy Desk/Managing Agent
2049 Century Park East
28th Floor
Los Angeles CA 90067-3284

Cox Communications
Attn: Bankruptcy Desk/Managing Agent
121 S. Martin Luther King
Las Vegas NV 89106

Cox Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 53262
Phoenix AZ 85072-3262

Coyote Country
Attn: Bankruptcy Desk/Managing Agent
1455 East Tropicana
Suite 800
Las Vegas NV 89119

CPI Refinishing
Attn: Bankruptcy Desk/Managing Agent
4075 Losee Road
N Las Vegas NV 89030

Craig D. Guenther, P.C.
Attn: Bankruptcy Desk/Managing Agent
c/o Craig Guenther, Esq.
3037 Warm Springs Road, Suite 100
Las Vegas, NV 89120

Craig D. Guenther, PC
Attn: Bankruptcy Desk/Managing Agent
3037 East Warm Springs Road
Suite 101
Las Vegas NV 89120-3759

Craig Moore Enterprises
Attn: Bankruptcy Desk/Managing Agent
5650 West Charleston Blvd., # 7
Las Vegas NV 89146

Craig Plumbing
Attn: Bankruptcy Desk/Managing Agent
1899 Commander Dr.
Lake Havasu City AZ 86403

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Creative Metal Solutions
Attn: Bankruptcy Desk/Managing Agent
5190 S. Arville St
Las Vegas NV 89118

Creative Pool Design
Attn: Bankruptcy Desk/Managing Agent
1725 S. Rainbow Blvd. Suite 10
Las Vegas NV 89146

Creative Solutions
Attn: Bankruptcy Desk/Managing Agent
7322 Newman Blvd
Dexter MI 48130

Creators Showcase
Attn: Bankruptcy Desk/Managing Agent
9649 Maricopa Pt
Las Vegas NV 89109

Credit Bureau Central
Attn: Bankruptcy Desk/Managing Agent
2355 Red Rock Street
Suite 200
Las Vegas NV 89146

Credit Suisse First Boston
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable - IBD
11 Madison Avenue, 11th Floor
New York NY 10010

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

CREDIT SUISSE LOAN FUNDING LLC
Attn: Bankruptcy Desk/Managing Agent
Linda Pace
Eleven Madison Avenue
New York, NY 10010

CREDIT SUISSE LOAN FUNDING LLC
Attn: Bankruptcy Desk/Managing Agent
Tom Lynch
One Madison Avenue, 9th Floor
New York NY 10010

Criterion Group
Attn: Bankruptcy Desk/Managing Agent
2701 Crimson Canyon Drive
Ste #120
Las Vegas NV 89128

Crump Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
3202 E. Foothill Blvd.
Pasadena CA 91107-3109

CRWUA
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1058
Coachella CA 92236

CrystalUser.om
Attn: Bankruptcy Desk/Managing Agent
26303 Oak Ridge Drive
Spring TX 77380-1918

CSAM FUNDING I
Attn: Bankruptcy Desk/Managing Agent
Ramin Kamali
11 Madison Avenue
New York NY 10010

CSC Diligenz
Attn: Bankruptcy Desk/Managing Agent
Financial Federal Credit, Inc.
17320 Redhill Avenue, Ste 250
Irvine CA 92614

CSI Concrete
Attn: Bankruptcy Desk/Managing Agent
4070 Ponderosa Way
Las Vegas NV 89118

CSI Installations
Attn: Bankruptcy Desk/Managing Agent
6018 Linosa Court
Las Vegas NV 89141

CT Corporation
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4349
Carol Stream IL 60197-4349

CTI
Attn: Bankruptcy Desk/Managing Agent
248 Impassioned Court
Henderson NV 89052

Culligan
Attn: Bankruptcy Desk/Managing Agent
NW 5120
PO Box 1450
Minneapolis MN 54485-5120

Culligan Water Conditioning
Attn: Bankruptcy Desk/Managing Agent
111 S. 4th St.
Kingman AZ 86401

Cummins Rocky Mountain LLC
Attn: Bankruptcy Desk/Managing Agent
Al Franklin
P.O. Box 894418
Los Angeles CA 90189-4418

Cunha Construction Inc
Attn: Bankruptcy Desk/Managing Agent
904 Eugene Cernan St.
Las Vegas NV 89145

Cushman & Wakefield of Nevada
Attn: Bankruptcy Desk/Managing Agent
Valuation Services
2525 East Camelback Rd, Ste 1000
Phoenix AZ 85016

**The Rhodes Companies, LLC 09-14814 - U.S. Mail**

Cushman & Wakefield Texas,Inc.
Attn: Bankruptcy Desk/Managing Agent
Michael L. Miller
1330 Post Oak Boulevard
Suite 2700
Houston TX 77056

Custom Access Systems
Attn: Bankruptcy Desk/Managing Agent
2255 Crestline Loop
North Las Vegas NV 89030

Custom Asphalt Paving
Attn: Bankruptcy Desk/Managing Agent
5815 Emerald Avenue
Las Vegas NV 89122-7304

Custom Benefit Consultants
Attn: Bankruptcy Desk/Managing Agent
7660 W. Cheyenne, Suite 109
Las Vegas NV 89129

Custom Furniture Rental
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 270037
301 S. Martin Luther King Blvd.
Las Vegas NV 89106

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
ChristianLeCates
P.O. Box 335367
N. Las Vegas NV 89033

Custom Insulation, LLC
Attn: Bankruptcy Desk/Managing Agent
2255 Crestline Loop
N Las Vegas NV 89030

Custom Netting
Attn: Bankruptcy Desk/Managing Agent
Marvin Miranda
3990 W. Dewey Dr. #4
Las Vegas NV 89118

Custom Specialties
Attn: Bankruptcy Desk/Managing Agent
2255 Crestline Loop
N. Las Vegas NV 89030

Custom Stone
Attn: Bankruptcy Desk/Managing Agent
Jamie or Terrie
3816 Civic Center Drive
N. Las Vegas NV 89030

CVL Consultants, Inc.
Attn: Bankruptcy Desk/Managing Agent
Darrin Bench
6280 South Valley View, Ste200
Las Vegas NV 89118

D & B
Attn: Bankruptcy Desk/Managing Agent
75 Remittance Drive, Suite 1793
Chicago IL 60675-1793

D C Installation Corp.
Attn: Bankruptcy Desk/Managing Agent
4690 Panoramic Court
Las Vegas NV 89129

D L Engineering & Controls,Inc
Attn: Bankruptcy Desk/Managing Agent
3550 N. Central Ave.
Suite 1900
Phoenix AZ 85012

D W Turner Public Relations
Attn: Bankruptcy Desk/Managing Agent
400 Gold Ave SW Suite 700
Albuquerque NM 87102

D&K Landscape
Attn: Bankruptcy Desk/Managing Agent
4021 E. Patrick Lane
Las Vegas NV 89120

D&L Landscape
Attn: Bankruptcy Desk/Managing Agent
1712 Afton Dr.
Las Vegas NV 89117

D.M. Babij Welding
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 620092
Las Vegas NV 89162-0092

DAB Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
#395
7650 S. McClintock Dr. Suite 103
Tempe AZ 85283-1673

Dae Toon Lee & Yee Waho Ho
Attn: Bankruptcy Desk/Managing Agent
11190 Prado Del Ray Ln.
Las Vegas NV 89141

Dahlberg Plumbing
Attn: Bankruptcy Desk/Managing Agent
172 Samoset Court
Las Vegas NV 89148

Dale & Rachel Eggers
Attn: Bankruptcy Desk/Managing Agent
Dale M. Eggers (Desert Lumber)
5111 N. Cimarron Rd
Las Vegas NV 89149

Dale's Mobile Welding
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 90004
Henderson NV  89009

Damon Westphal
Attn: Bankruptcy Desk/Managing Agent
2780 Lincoln Road
Las Vegas NV 89115

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

Dan Bradley's Glass Corp
Attn: Bankruptcy Desk/Managing Agent
4125 W. Desert Inn
Ste N-105
Las Vegas NV 89102

Dan Hart & Associates
Attn: Bankruptcy Desk/Managing Agent
3900 Pardise Road Ste 110
Las Vegas NV 89109

Dan Melnick Research, Inc.
Attn: Bankruptcy Desk/Managing Agent
dba. DMR Web Design Services
6005 Loganwood Dr.
Rockville MD 20852

Dana Creath Designs
Attn: Bankruptcy Desk/Managing Agent
c/o Ogata Associates
101 Henry Adams Street
San Francisco CA 94103

Daniel & Farrah Staub
Attn: Bankruptcy Desk/Managing Agent
70 Tall Ruff Drive
Las Vegas NV 89148

Daniel Brodsky Architect &
Attn: Bankruptcy Desk/Managing Agent
Assoc., Inc
5320 N. 16th St. Suite 204
Phoenix AZ 85016

Daniel Chee
Attn: Bankruptcy Desk/Managing Agent
2116 Castleberry Lane
Las Vegas NV 89156

Daniel Wathen
Attn: Bankruptcy Desk/Managing Agent
456 Crocus Hill St.
Las Vegas NV 89138-1552

Danielian Associates
Attn: Bankruptcy Desk/Managing Agent
Architecture & Planning
Sixty Corporate Park
Irvine,CA  92606

Daniell's Septic Tank
Attn: Bankruptcy Desk/Managing Agent
Pumping & Maintenance, Inc.
P.O. Box 1483
Bullhead City AZ 86430

Daniel's West
Attn: Bankruptcy Desk/Managing Agent
5415 S. Cameron #109
Las Vegas NV 89118

Dansby's Trucking
Attn: Bankruptcy Desk/Managing Agent
4740 Cindeella Lane
Las Vegas NV 89102

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

Dark Promotional Products, Inc
Attn: Bankruptcy Desk/Managing Agent
2450 Chandler Ave., Suite18
Las Vegas NV 89120

Darlak Construction
Attn: Bankruptcy Desk/Managing Agent
141 Industrial Park Road # 305
Henderson NV 89015-6609

Darlene Falcon &
Attn: Bankruptcy Desk/Managing Agent
Walter Budzinski
595 Double Eagle Ct Suite 2000
Reno NV 89521

Darryl C. Lattimore E.I.
Attn: Bankruptcy Desk/Managing Agent
900 W. Flamingo Rd.
Las Vegas NV 89147

Darryl Tatz
Attn: Bankruptcy Desk/Managing Agent
Bathtub & Sinks Refinishing
PO Box 35591
Las Vegas NV 89133

Dart Helicopter Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 430
414 Industrial Park Rd.
Piney Flats TN 37686

Data Traq
Attn: Bankruptcy Desk/Managing Agent
Attn: Jan DeMaggio
3500 Embudito NE
Albuquerque NM 87111

David  Liu & Associates
Attn: Bankruptcy Desk/Managing Agent
10217 Hawk Bay Place
Las Vegas NV 89144

David A. Palmer
Attn: Bankruptcy Desk/Managing Agent
4475 Ambrigo Drive
Golden Valley AZ 86413

David B. Gensley
Attn: Bankruptcy Desk/Managing Agent
1139 Sierra Laurel Ct.
Henderson NV  89014

David Castle
Attn: Bankruptcy Desk/Managing Agent
6242 Ordaz Avenue #103
Henderson NV 89011

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

David E. Rau
Attn: Bankruptcy Desk/Managing Agent
3114 E. Claremont Ave.
Phoenix AZ 85016-2356

David Furniture
Attn: Bankruptcy Desk/Managing Agent
711 E. Rosecrans Avenue
Los Angeles CA 90059

David Groover & Associates
Attn: Bankruptcy Desk/Managing Agent
627 South Seventh Street
Las Vegas NV 89101

David Haislip
Attn: Bankruptcy Desk/Managing Agent
10876 E. Santa Fe Trail
Scottsdale AZ 85262

David Kellaway
Attn: Bankruptcy Desk/Managing Agent
9772 Derbyhill Circle
Las Vegas NV 89117

David M. Brown
Attn: Bankruptcy Desk/Managing Agent
1280 Oliva Parkway
Henderson NV 89011

David N. Viger Jr., LLC
Attn: Bankruptcy Desk/Managing Agent
1704 Sun Shower Ct.
Henderson NV 89074

David R. Belding
Attn: Bankruptcy Desk/Managing Agent
Gold Strike Hotel & Gambling
P.O.Box 19278
Jean NV 89019

David Seto
Attn: Bankruptcy Desk/Managing Agent
1750 Grant Avenue, #D
San Francisco CA 94133

David Vivanco
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 628
Bell CA 90201

Day & Night Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
Stacy Chapter (cell)
1220 Earth Court
North Las Vegas NV 89032

Day & Night Sweeping Inc
Attn: Bankruptcy Desk/Managing Agent
7500 W. Lake Mead Blvd-PMB 473
Las Vegas NV 89128

Day Star Construction
Attn: Bankruptcy Desk/Managing Agent
3230 Lark Circle
Las Vegas NV 89121

Day Tile
Attn: Bankruptcy Desk/Managing Agent
683 Roddenberry Avenue
Las Vegas NV 89123

D-Best Tub & Shower Repairs
Attn: Bankruptcy Desk/Managing Agent
5926 Red Rock Circle
Las Vegas NV 89103

DBH Resources, Inc.
Attn: Bankruptcy Desk/Managing Agent
999 North Sepulveda Blvd. Ste 400
El Segundo CA 90245-2731

DBR Enterprises
Attn: Bankruptcy Desk/Managing Agent
3639 El Toro
Las Vegas NV 89129

DC Installation Corp
Attn: Bankruptcy Desk/Managing Agent
6185 S. Valley View
Ste G
Las Vegas NV 89118

DCD Realty
Attn: Bankruptcy Desk/Managing Agent
407 E. Beale Street
Kingman AZ 86401

De Lage Landen Fin.
Attn: Bankruptcy Desk/Managing Agent
111 Old Eagle School Rd
Wayne, IN  19087

De Lage Landen Financial Svcs
Attn: Bankruptcy Desk/Managing Agent
Ref No. 000000000515197
P.O. Box 848411
Dallas TX 7258-8411

Dean & Dunn Roofing
Attn: Bankruptcy Desk/Managing Agent
5385 South Cameron
Suite 21
Las Vegas NV 89118

Debbie Gilmore
Attn: Bankruptcy Desk/Managing Agent
7230 Las Vegas NV Blvd #A183
Las Vegas NV 89119

Deborah Natansohn
Attn: Bankruptcy Desk/Managing Agent
2824 NE 24 Place
Ft. Lauderdale FL 33305

Served 4/17/2009

Debt Recovery Solutions, LLC.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 9001
Westbury NY 11590-9001

Deck Systems Nevada Corp
Attn: Bankruptcy Desk/Managing Agent
Erinn Alati
441 Eastgate Road Suite A
Henderson NV 89015

Decorating Ideas
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 420235
Palm Coast FL 32142-0235

Decorative Crafts
Attn: Bankruptcy Desk/Managing Agent
Catherine
50 Chestnut Street
Greenwich CT 06830

Decorators Express
Attn: Bankruptcy Desk/Managing Agent
2055 Randolph Street
Huntington Park CA 90255

Decorize, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 504112
St. Louis MO 63150-4112

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Del Grosso Floor Covering, Inc
Attn: Bankruptcy Desk/Managing Agent
3170 Ponderosa Way
Las Vegas NV 89118

Delaware Secretary of State
Attn: Bankruptcy Desk/Managing Agent
Vendor #51-6000279

Delcon Pest Control
Attn: Bankruptcy Desk/Managing Agent
PO Box 34167
Las Vegas NV 89133

Dell Account Credit Plan
Attn: Bankruptcy Desk/Managing Agent
Janet Hancock
Dept. 57-0005818029
P.O. Box 9020
Des Moines IA 50368-9020

Dell Business Credit
Attn: Bankruptcy Desk/Managing Agent
Payment Processing Center
PO BOC 5275
Carol Stream IL 60197-5275

Dell Commercial Credit
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 689020
Dept. 50-0059073471
Des Moines IA 50368-9020

Dell Computers LP
Attn: Bankruptcy Desk/Managing Agent
8007663355
c/o Dell USA L.P.
Dept LA21205
Pasadena CA 91185-1205

Dell Financial Services
Attn: Bankruptcy Desk/Managing Agent
Payment Processing Center
4307 Collections Center Drive
Chicago IL 60693

Dell Financial Services, LP
Attn: Bankruptcy Desk/Managing Agent
12234 NIH 35 Bldg. B
Austin, TX 78753-1705

Dell Service Sales
Attn: Bankruptcy Desk/Managing Agent
P.O Box 22130
Oakland CA 94623

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 2079
Carol Stream IL 60132-2079

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO BOX 7247-6446
Philadelphia PA 19170-6446

Deloitte Financial Advisory
Attn: Bankruptcy Desk/Managing Agent
Services LLP
13763 Collections Center Dr.
Chicago IL 60693

Delta Economic Consulting
Attn: Bankruptcy Desk/Managing Agent
Nedra
16869 S.W. 65th Avenue
PMB 379
Portland OR 97035-7865

Dempsey Graphics
Attn: Bankruptcy Desk/Managing Agent
Infinity Enterprises, Inc
1932 Bocal Court
Las Vegas NV 89123

Denise Longo
Attn: Bankruptcy Desk/Managing Agent
3970 Wainscot Ct.
Las Vegas NV 89147-6838

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                              Served 4/17/2009

Denise Marshall
Attn: Bankruptcy Desk/Managing Agent
8965 Edgeworth Place
Las Vegas NV 89123

Dennis Fusi & Young Kim
Attn: Bankruptcy Desk/Managing Agent
151 Rancho Maria St.
Las Vegas NV 89148

Dennis James Fanta
Attn: Bankruptcy Desk/Managing Agent
1625 S.E.10Th Ave Apt.#1003
Ft. Lauderdale FL 33316

Dennis McDonald
Attn: Bankruptcy Desk/Managing Agent
449 Wright Way
Henderson NV 89015

Denver Newspaper Agency
Attn: Bankrutpcy Desk/Managing Agent
P.O.Box 17070
Denver CO 80217-0070

Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Department of Employment
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 E. Third Street
Carson City NV 89713

Dept of Motor Vehicles
Attn: Bankruptcy Desk/Managing Agent
Registration Division
Las Vegas NV 89102

Dept. of Building
Attn: Bankruptcy Desk/Managing Agent
Fire & Life Safely
1110 W. Washington Ste 100
Phoenix AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Dept.of Motor Vehicles Calif.
Attn: Bankruptcy Desk/Managing Agent
2415 1st Ave
Sacramento CA 94269-0001

Derek Hofstetter
Attn: Bankruptcy Desk/Managing Agent
300 E Papago Dr
Flagstaff, AZ 86001

Desert / Clark County
Attn: Bankruptcy Desk/Managing Agent
Lighting Co.
PO BOX 60451
Las Vegas NV 89160

Desert Communities
Attn: Bankruptcy Desk/Managing Agent
4730 South Fort Apache Road
Las Vegas NV 89147

Desert Home Electric
Attn: Bankruptcy Desk/Managing Agent
8635 W.Sahara Blvd., # 441
Las Vegas NV 89117

Desert Lincoln Mercury
Attn: Bankruptcy Desk/Managing Agent
Ann Mooney (Henderson NV Chevrole
240 North Gibson Road
Henderson NV 89014

Desert Lumber Co
Attn: Bankruptcy Desk/Managing Agent
4950 North Bert
N. Las Vegas NV 89031

Desert Messenger
Attn: Bankruptcy Desk/Managing Agent
Walter Akin
P.O. Box 1187
Quartzsite AZ 85346

Desert Plastering, LLC
Attn: Bankruptcy Desk/Managing Agent
Manny / Jim
2602 Losee Road
North Las Vegas NV 89030

Desert Radiologists
Attn: Bankruptcy Desk/Managing Agent
c/o Professional Billing Ltd.
3090 S. Durango # 200
Las Vegas NV 89117

Desert Ridge Landscaping
Attn: Bankruptcy Desk/Managing Agent
Steve Dodd
3840 Cholla Drive
Lake Havasu City AZ 86406

Desert Sky Realty
Attn: Bankruptcy Desk/Managing Agent
1306 Autumn Wind Way
Henderson NV 89052

Desert Specialties Inc.
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N. Las Vegas NV 89030

Desert Springs Pool& Spa
Attn: Bankruptcy Desk/Managing Agent
Lin Wippel
550 N. Stephanie Rd #A
Henderson NV 89014

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Desert Valley Ptg & D/W
Attn: Bankruptcy Desk/Managing Agent
Dennis
2958 N. Commerce #1
North Las Vegas NV 89030

Design Lens, LLC
Attn: Bankruptcy Desk/Managing Agent
15 N. Vista De La Luna
Laguna Beach CA 92651

Design Showcase Interiors
Attn: Bankruptcy Desk/Managing Agent
3585 East Patrick Lane, Suite 700
Las Vegas NV 89120

Design Space Modular Buildings
Attn: Bankruptcy Desk/Managing Agent
Frank D'Amelio
Accounts Receivable
2235 Encinitas Blvd., Ste 111
Encinitas CA 92024-4356

Designer Services, LLC
Attn: Bankruptcy Desk/Managing Agent
3585 E. Patrick Ln.  #800
Las Vegas NV 89120

Designscapes, Inc.
Attn: Bankruptcy Desk/Managing Agent
5269 Green Forest Way
Las Vegas NV 89118

Deutsche Bank
Attn: Bankruptcy Desk/Managing Agent
60 Wall Street
New York NY 10005

DeVault Electric
Attn: Bankruptcy Desk/Managing Agent
1655 Thompson Court
Kingman AZ 86401

Developers Maintenance
Attn: Bankruptcy Desk/Managing Agent
4080 E. Lake Mead Blvd.
#220-C
Las Vegas NV 89115

Development Planning & Finance
Attn: Bankruptcy Desk/Managing Agent
3302 East Indian School,Phoeni
27127 Calle Arroyo
Suite 1910
San Juan Capistrano CA 92675

Devine Flooring LLC
Attn: Bankruptcy Desk/Managing Agent
Cynthia
2153 E. Gordon, Ste E
Kingman AZ 86401

Devonshire Group
Attn: Bankruptcy Desk/Managing Agent
1851 East First Street
Suite 1400
Santa Ana CA 92705

Dewane Ferrin
Attn: Bankruptcy Desk/Managing Agent
692 Harvester Course Dr
Las Vegas NV 89148

DFS Acceptance
Attn: Bankruptcy Desk/Managing Agent
P.O Box 99200
Chicago IL 60693

DHL Express
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 4723
Houston TX 77210-4723

Dial Reprographics, Inc
Attn: Bankruptcy Desk/Managing Agent
330 S 3rd Street Ste 910
Las Vegas NV 89101

Diamond Concrete Cutting
Attn: Bankruptcy Desk/Managing Agent
80 Corporate Park Drive
Henderson NV  89074

Diamond Construction
Attn: Bankruptcy Desk/Managing Agent
Rob Smith
7885 Westwind Road.
Las Vegas NV 89139

Diamond Patios
Attn: Bankruptcy Desk/Managing Agent
12A Sunset Way
Suite 116
Henderson NV 89014

Diamond Spring Water
Attn: Bankruptcy Desk/Managing Agent
2428 Ashfork Ave.
Kingman AZ 86401

Diamond Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
5740 S. Arville St., Suite 205
Las Vegas NV 89118

Digitek, Inc.
Attn: Bankruptcy Desk/Managing Agent
2487 South Gilbert Road
Suite 106-412
Gilbert AZ 85296

Direct Grading & Paving
Attn: Bankruptcy Desk/Managing Agent
2755 N. Lamont
Las Vegas NV 89115

Directional Concepts Inc.
Attn: Bankruptcy Desk/Managing Agent
15137 Woodlawn Avenue
Tustin 92780