The Rhodes Companies, LLC 09-14814 - U.S. Mail                                      Served 4/17/2009

Dirk Griffith
Attn: Bankruptcy Desk/Managing Agent
Dirk
272 Arbour Gardens Ave
Las Vegas NV 89148

DIR-OSHA
Attn: Bankruptcy Desk/Managing Agent
Division of Industrial Relations
1301 N. Green Valley Pkwy
Henderson NV 89074

Dirt Man
Attn: Bankruptcy Desk/Managing Agent
dba: Palms Plus
7845 Haven St.
Las Vegas NV 89123

Discount Cellular Accessories
Attn: Bankruptcy Desk/Managing Agent
22935 Ventura Blvd, Suite 228
Woodland Hills CA 91364

Discount Tires Service
Attn: Bankruptcy Desk/Managing Agent
6565 W. Sahara Ave
Las Vegas NV 89102

Distinctive Clean-Up
Attn: Bankruptcy Desk/Managing Agent
Alan Skinner
726 Prospect Avenue
Las Vegas NV 89015

Distinctive Homes Magazine
Attn: Bankruptcy Desk/Managing Agent
PO Box 9277
Canton OH 44711

Distinctive Marble Inc.
Attn: Bankruptcy Desk/Managing Agent
Tony
40 North Mojave Road
Las Vegas NV 89101

Div. of Water Resources
Attn: Bankruptcy Desk/Managing Agent
State of Nevada
123 W. Nyle Lane, Ste 246
Carson City NV 89706-0818

Diversified Guardian
Attn: Bankruptcy Desk/Managing Agent
Bill O'Reilly
4132 S. Rainbow Blvd.
Suite 216
Las Vegas NV 89103

Diversified Interests, Inc.
Attn: Bankruptcy Desk/Managing Agent
10777 W. Twain Avenue #333
Las Vegas NV 89135

Diversified Protection Systems
Attn: Bankruptcy Desk/Managing Agent
6672 Boulder Highway
Suite 1
Las Vegas NV 89122

Diversified Realty
Attn: Bankruptcy Desk/Managing Agent
911 N. Buffalo, Suite 201
Las Vegas NV 89128

Divine Enterprises
Attn: Bankruptcy Desk/Managing Agent
3595 S. Highland Dr
Suite #4
Las Vegas NV 89103

D-Lighted
Attn: Bankruptcy Desk/Managing Agent
5046 Spanish Hills Drive
Las Vegas NV 89148

DMD SPECIAL SITUATIONS FUNDING
Attn: Bankruptcy Desk/Managing Agent
Akim Grate/Alexander Chavez
4445 Willard Ave., 12th Floor
Chevy Chase, MD 20815

DMR Web Designs Services
Attn: Bankruptcy Desk/Managing Agent
6005 Loganwood Dr
Rockville MD 20852

Do It Yourself Magazine
Attn: Bankruptcy Desk/Managing Agent
1716 Locust Street
Des Moines IA 50309-3023

Document Event Videography
Attn: Bankruptcy Desk/Managing Agent
6822 Sebring St.
Las Vegas NV 89103-4302

Dog & Pony Show
Attn: Bankruptcy Desk/Managing Agent
3395 S. Jones Blvd.  #328
Las Vegas NV 89146

Dominion Enterprises
Attn: Bankruptcy Desk/Managing Agent
PO BOX 9277
Canton OH 44711

Domino
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 37760
Boone IA 50037

Don Kletzien
Attn: Bankruptcy Desk/Managing Agent
Don
5180 Cameron Street #6
Las Vegas NV 89118

Dona and Bliss Rivera
Attn: Bankruptcy Desk/Managing Agent
2951 Siena Heights Dr #1321
Henderson NV  89052

**The Rhodes Companies, LLC 09-14814 - U.S. Mail**

Donald I. Rogers
Attn: Bankruptcy Desk/Managing Agent
738 Rocky Trial Road
Henderson NV 89014

Donald Nelson
Attn: Bankruptcy Desk/Managing Agent
P O Box 36790
Las Vegas NV 89133

Done Right Plumbing Inc.
Attn: Bankruptcy Desk/Managing Agent
3872 Raymert Drive
Las Vegas NV 89121

Donghia Furniture
Attn: Bankruptcy Desk/Managing Agent
Traci Rock/John Bolin
485 Broadway
New York NY 10013

Donovan Burns
Attn: Bankruptcy Desk/Managing Agent
6150 W. 14400 S
Herriman UT 84096

Donovan Burns
Attn: Bankruptcy Desk/Managing Agent
7198 Pine Barrens
Las Vegas NV 89148

Don's Office Products
Attn: Bankruptcy Desk/Managing Agent
216 N. 5th Street
Kingmen AZ 86401-5818

Dorel Vorindan
Attn: Bankruptcy Desk/Managing Agent
3482 Hera St.
Las Vegas NV 89117

Doris Basil-Ibegbulam
Attn: Bankruptcy Desk/Managing Agent
6265 Canebrake Court
Las Vegas NV 89141

Dorothy Garrett
Attn: Bankruptcy Desk/Managing Agent
9568 Los Cotos
Las Vegas NV 89147

Dorothy Marbury, Trustee
Attn: Bankruptcy Desk/Managing Agent
851 N. Nellis Blvd
Las Vegas NV 89110

Double A Electric, LLC
Attn: Bankruptcy Desk/Managing Agent
580 West Cheyenne Avenue Ste 100
N. Las Vegas NV 89030

Douglas E. Swallow
Attn: Bankruptcy Desk/Managing Agent
2940 Majestic Heights
Las Vegas NV 89117

Douglas Epley
Attn: Bankruptcy Desk/Managing Agent
11105 N 1115 St #1102
Scottsdale AZ 85259

Dow Jones & Company, Inc
Attn: Bankruptcy Desk/Managing Agent
OCR Processing
P.O. Box 931
Chicopee MA 01021-0931

Down by the River Finish Carpe
Attn: Bankruptcy Desk/Managing Agent
Scott Pinger
3108 Leawood Drive #B
Lake Havasu City AZ 86404

Down Syndrome Organization
Attn: Bankruptcy Desk/Managing Agent
of Southern Nevada
5300 Vegas Drive
Las Vegas NV 89108-2347

Downey Brand, LLP
Attn: Bankruptcy Desk/Managing Agent
downeybrand.com
Attorneys-at-Law
555 Capitol Mall, 10th Floor
Sacramento CA 95814

Dr. Drywall & Paint,Too
Attn: Bankruptcy Desk/Managing Agent
2408 Santa Clara St
Las Vegas NV 89104

Dr. Kincaid Chair Lo
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 925
Lanoir NC 28645

Drake Asphalt & Concrete
Attn: Bankruptcy Desk/Managing Agent
Systems
PO BOX 231749
Las Vegas NV 89105

Drew Asphalt Paving, Inc.
Attn: Bankruptcy Desk/Managing Agent
4510 N. Valadez St.
Las Vegas NV 89129

DRI Research Foundation
Attn: Bankruptcy Desk/Managing Agent
Attn: Hilary Crowley
755 East Flamingo Road
Las Vegas NV 89119

DRI Residential Corporation
Attn: Bankruptcy Desk/Managing Agent
Corporate Office
17182 Armstrong Avenue
Irvine CA 92614

**The Rhodes Companies, LLC 09-14814 - U.S. Mail**                                   Served 4/17/2009

DriveSavers Data Recovery, Inc
Attn: Bankruptcy Desk/Managing Agent
400 Bel Marin Keys Blvd.
Novato CA 94949

D'Style
Attn: Bankruptcy Desk/Managing Agent
Sharon/Steve
c/o Quantum Resources
13030 Inglewood Ave. #200
Hawthorne CA 90250

DTG Operations, Inc.
Attn: Bankruptcy Desk/Managing Agent
Subrogation Department
Dept. 927
Tulsa OK 74182

Duger Haul It All, Inc.
Attn: Bankruptcy Desk/Managing Agent
845 Rolling Hills Plz. N.
Lake Havasu City AZ 86406

Dun & Bradstreet
Attn: Bankruptcy Desk/Managing Agent
75 Remittance Dr Suite 1793
Chicago IL 0675-1793

Dunn Edwards Corporation
Attn: Bankruptcy Desk/Managing Agent
4885 East 52nd Place
Los Angeles CA 90040-2884

Dust Busters Air Quality, LLC
Attn: Bankruptcy Desk/Managing Agent
3433 Losee Road # 5
North Las Vegas NV 89030

Dust Down Water Trucks
Attn: Bankruptcy Desk/Managing Agent
300 E. Houston Avenue
Gilbert AZ 85234

Dwell
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5100
Harlan IA 51593

Dwight Hayes
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1937
Dolan Springs AZ 86441

Dwyan W. Woodland
Attn: Bankruptcy Desk/Managing Agent
Arrow Air Conditioning
1776 Cottonwood Lane
Mohave Valley AZ 86440

Dylan Ltd.
Attn: Bankruptcy Desk/Managing Agent
c/o James E Garrett
4911 Mission Bay Drive
Las Vegas NV 89113-1350

Dynamic Heating & Air
Attn: Bankruptcy Desk/Managing Agent
of Nevada, Inc.
3315 Birtcher Drive
Las Vegas NV 89118

Dynamic Heating & Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
3315 Birtcher Drive
Las Vegas, NV 89118

Dynamic Plumbing Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
4745 Copper Sage Street
Las Vegas NV 89115

Dynasty Cultured Marble Prod.
Attn: Bankruptcy Desk/Managing Agent
3099 Sycamore Ave.
Kingman AZ 86401

Dyntek Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
Scott
1453 Paysphere Circle
Chicago IL 60674-0014

E & D Company, PLLC
Attn: Bankruptcy Desk/Managing Agent
4943 N. 29th E Ste. A
Idaho Falls ID 83401

E.O.C.
Attn: Bankruptcy Desk/Managing Agent
1705 Anderson Avenue
Compton CA 90220

Eagle Chemical Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 11033
Fort Mojave AZ 86427

Eagle Fence Company
Attn: Bankruptcy Desk/Managing Agent
Chip Lorin
P.O. Box 12386
Bullhead City AZ 86429

Eagle Jet Aviation
Attn: Bankruptcy Desk/Managing Agent
Van Nuys office
5220 Haven St.
Suite 105
Las Vegas NV 89119

Eagle Painting & Drywall Inc.
Attn: Bankruptcy Desk/Managing Agent
Paul Baker
6225 Harrison Dr
Suite 1
Las Vegas, NV 89120

Eagle Promotions
Attn: Bankruptcy Desk/Managing Agent
4575 W. Post Road
Suite 100
Las Vegas NV 89118

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                            Served 4/17/2009

Eagle Quest
Attn: Bankruptcy Desk/Managing Agent
4312 Evans Ridge Court
Las Vegas NV 89129

Earth Development
Attn: Bankruptcy Desk/Managing Agent
7777 Hauck Street
PO Box 36717
Las Vegas NV 89139-0101

EarthCalc Inc.
Attn: Bankruptcy Desk/Managing Agent
909 15 St. , Suite 6
Modesto CA 95354

EarthLink Network, Inc.
Attn: Bankruptcy Desk/Managing Agent
ATTN: VANESSA
PO BOX 6452
Carol Stream IL 60197-6452

East & West Coast Supplies Inc
Attn: Bankruptcy Desk/Managing Agent
3004 Avenue J
Brooklyn NY 11210

Eastridge Temps
Attn: Bankruptcy Desk/Managing Agent
4220 S. Maryland Prkwy,Ste 205
Las Vegas NV 89119

Ebbin Moser + Skaggs LLP
Attn: Bankruptcy Desk/Managing Agent
550 Montgomery St., Suite 900
San Francisco CA 94111

Ecamerafilms.com
Attn: Bankruptcy Desk/Managing Agent
60 South 2nd Street
Suite K
Deer Park MD 11729

ECamSecure Inc.
Attn: Bankruptcy Desk/Managing Agent
436 W. Walnut St.
Gardena CA 90248

Echo Storage Options
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6487
Kingman AZ 86402-6487

Econ Appliance
Attn: Bankruptcy Desk/Managing Agent
Greg Stamm
6630 Arroyo Springs St.
ste 1200
Las Vegas NV 89113

Economy Movers
Attn: Bankruptcy Desk/Managing Agent
4287 W. Switt
P.O. Box 7624
Fresno CA 93747

Edelman
Attn: Bankruptcy Desk/Managing Agent
Teddy & Arthur Edelman
80 Pickett District Road
New Milford CT 06776

Edgardo Asuncion
Attn: Bankruptcy Desk/Managing Agent
242 Angels Trace Court
Las Vegas NV 89148

Edmund Yen
Attn: Bankruptcy Desk/Managing Agent
614 Shenandoah Street
Thousand Oaks CA 91360

Edward A. Williams
Attn: Bankruptcy Desk/Managing Agent
Misty Williams
3214 Velvet Rose
Las Vegas NV 89135

Edward Kim
Attn: Bankruptcy Desk/Managing Agent
63 Wall Street
Apt. 2808
New York NY 10005

Edward S. Jones
Attn: Bankruptcy Desk/Managing Agent
and Bua T. Jones
7020 Statendam Court
McLean VA 22101

Edwards, Hale, Sturman and
Attn: Bankruptcy Desk/Managing Agent
Cushing, Ltd.
415 South Sixth Street, Suite 300
Las Vegas NV 89101-6937

Effective Risk Management
Attn: Bankruptcy Desk/Managing Agent
Pauline Thomas, CRM,CIC,ARM
19200 Von Karman Ave, Ste 500
Irvine CA 92612-8553

Efficient Space Planning
Attn: Bankruptcy Desk/Managing Agent
4337 W. Sunset Rd
Las Vegas NV 89118

Egbert Power and Sound Inc
Attn: Bankruptcy Desk/Managing Agent
All These Cables
3000 W. Ann Road 102-125
North Las Vegas NV 89031

E-Information Technology
Attn: Bankruptcy Desk/Managing Agent
PO BOX 50402
Henderson NV  89016-0402

Elan Financial Services
Attn: Bankruptcy Desk/Managing Agent
P.Q.Box 790408
St. Louis MO 63179-0408

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Elderhorst Bells Inc.
Attn: Bankruptcy Desk/Managing Agent
875 Gravel Pike
Palm PA 18070

Eldorado High School
Attn: Bankruptcy Desk/Managing Agent
1139 N. Linn Lane
Las Vegas NV 89110

Electric Cal, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jason Knight
dba/ Reel Sound
6440 Schirlls Street
Las Vegas NV 89118

Electric Lightwave, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 20553
Rochester NY 14602-0553

Element Landscape & Concrete
Attn: Bankruptcy Desk/Managing Agent
27 Painted View St.
Henderson NV  89012

Elena R. Elamparo
Attn: Bankruptcy Desk/Managing Agent
5261 Polis Drive
La Palma CA 90623

Elena Woodard
Attn: Bankruptcy Desk/Managing Agent
7528 Royal Crystal St
Las Vegas NV 89149-0170

Eliazar Estrada
Attn: Bankruptcy Desk/Managing Agent
316 Roberts St #A
Reno, NV 89502

Elite Installations,Inc.
Attn: Bankruptcy Desk/Managing Agent
9312 Ricardo Lane
Las Vegas NV 89117

Elite Realty
Attn: Bankruptcy Desk/Managing Agent
Alexis Harding
8605 S. Eastern Ave Ste B-102
Las Vegas NV

Elizabeth F. Luu
Attn: Bankruptcy Desk/Managing Agent
1576 10th Avenue
San Francisco CA 94122

Elizabeth Huang & Michael Mok
Attn: Bankruptcy Desk/Managing Agent
2012 Horizon Court
San Leandro CA 94579

Ellensworth Truck & Auto Mach.
Attn: Bankruptcy Desk/Managing Agent
1167 Knollwood Circle
Anaheim CA 92801

Elmira Parker
Attn: Bankruptcy Desk/Managing Agent
374 Banff Ct
Las Vegas NV 89148

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 660068
Dallas TX 75266-0068

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 79133
Phoenix AZ 85062-9133

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 96031
Charlotte NC 28296-0031

Embarq Communications, Inc
Attn: Bankruptcy Desk/Managing Agent
PO BOX 219008
Kansas City MO 64121-9108

Embarq- Deposit
Attn: Bankruptcy Desk/Managing Agent
330 S. Valley View Blvd.
Attn: Subdivision Desk
Las Vegas NV 89107

EMC Insurance Companies
Attn: Bankruptcy Desk/Managing Agent
16150 N. Arrowhead
Fountain Center Dr, Suite 350
Peoria AZ 85385

EmCentrix
Attn: Bankruptcy Desk/Managing Agent
4411 Mar Escarpa
San Clemente CA 92673

Emedco
Attn: Bankruptcy Desk/Managing Agent
P.O. Box
Buffalo NY 14240-0369

Emerald Shotcrete
Attn: Bankruptcy Desk/Managing Agent
7150 W Landberg Ave
Las Vegas NV 89124

EMI Network
Attn: Bankruptcy Desk/Managing Agent
312 Elm Street, Suite 1150
Cincinnati OH 45202

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                    Served 4/17/2009

Emilia Sambajon
Attn: Bankruptcy Desk/Managing Agent
2 Ibis Court
Henderson NV 89052

Emily Choe-Keller Williams
Attn: Bankruptcy Desk/Managing Agent
1038 Via Sanguinella Street
4652 Hollywood Blvd
Los Angeles CA 90027

Emp. Benefits Inst. of Amer.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 33410
Seattle WA 98133-0410

EMPG/St. Rose Dominican Hosp
Attn: Bankruptcy Desk/Managing Agent
P. O. Box
Columbus OH 43218-2554

Empire Appraisal Services, LLC
Attn: Bankruptcy Desk/Managing Agent
5265 S Durango Blvd. Suite 100
Las Vegas NV 89113

Empire Cat
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2985
Phoenix AZ 85062

Empire Southwest LLC
Attn: Bankruptcy Desk/Managing Agent
PO BOX 29879
Phoenix AZ 85038-9879

Empire Steel, LLC
Attn: Bankruptcy Desk/Managing Agent
Richard Crook
1757 Autumn Rust Dr.
Las Vegas NV 89119

Empire Transport
Attn: Bankruptcy Desk/Managing Agent
40 W. Iron Ave.
Mesa AZ 85210

Employment Development Dept.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 66014
Anaheim CA 92816

Enco Southwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
Steve Cottrell
1426 Pueblo Drive
Boulder City AZ 89005-3207

Energy Inspectors
Attn: Bankruptcy Desk/Managing Agent
8515 Edna Avenue
Suite 210
Las Vegas NV 89117

Engineering Solutions & Design
Attn: Bankruptcy Desk/Managing Agent
9393 W 110th St., Suite 500
Overland Park KS  66210

English Garden Florist
Attn: Bankruptcy Desk/Managing Agent
at Tiffany Square
4171 S. Maryland Parkway
Las Vegas NV 89119

Environmental Health Serv. Inc
Attn: Bankruptcy Desk/Managing Agent
3460 W. cheyenne Ave.
North Las Vegas NV 89032

Environmental Management
Solutions
1214 Wigwam Pkwy # 100
Henderson NV  89074-8156

Environmental Systems Research
Attn: Bankruptcy Desk/Managing Agent
George Ishikawa
ESRI, Inc.
File No. 54630
Los Angeles CA 90074-4630

Environmental Technology Serv
Attn: Bankruptcy Desk/Managing Agent
3020 Builders Avenue
Las Vegas NV 89101

Environmental Washout Sytems
Attn: Bankruptcy Desk/Managing Agent
2552 Shellsburg Avenue
P.O. Box 777400
Henderson NV  89007

EnviroSpecialist
Attn: Bankruptcy Desk/Managing Agent
Jim Smith
PO Box 1288
Ft. Worth TX 76101-1288

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Envision Landscaping
Attn: Bankruptcy Desk/Managing Agent
Mando Del Toro
5655 Reference Street
Las Vegas NV 89122

Epicurean Charitable Foundatio
Attn: Bankruptcy Desk/Managing Agent
8970 West Tropicana Ave
Suite 2
Las Vegas NV 89147

EPMG/ST ROSE DOMINICAN
Attn: Bankruptcy Desk/Managing Agent
HOSP SM
PO BOX 182554
Columbus OH 43218-2554

The Rhodes Companies, LLC 09-14814 - U.S. Mail

eProvided.com
Attn: Bankruptcy Desk/Managing Agent
5485 Spur Cross Trail
Attn: Data Recovery
Parker CO 80134

Equipment Finance & Leasing
Attn: Bankruptcy Desk/Managing Agent
NW-8178
P.O. Box 1450
Minneapolis MN 55485-8178

Eric & Hsiao Chin Endy
Attn: Bankruptcy Desk/Managing Agent
2037 Cherry Creek Circle
Las Vegas NV 89135

Eric Kellstadt
Attn: Bankruptcy Desk/Managing Agent
3005 South Even Ave.
Joplin MO 64804

Erin Grijalva
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana #1171
Las Vegas NV 89147

Erin Kenny Consulting
Attn: Bankruptcy Desk/Managing Agent
22 Queen Valley Court
Las Vegas NV 89148

Erin Maves
Attn: Bankruptcy Desk/Managing Agent
5897 Huff Mountain Avenue
Las Vegas, NV 89131

Ernest C. Fagg
Attn: Bankruptcy Desk/Managing Agent
134 Magnesium Street
Henderson NV 89015

Ernst & Young LLP
Attn: Bankruptcy Desk/Managing Agent
2049 Century Park East
Los Angeles CA 90067

ERP Management-FAST,LLC
Attn: Bankruptcy Desk/Managing Agent
Randy Miller
c/o MH2 Technologies, Ltd.
5055 Keller Springs,Ste 100
Addison TX 75001

Errol L. Montgomery & Assoc.
Attn: Bankruptcy Desk/Managing Agent
Consultants in Hydrogeology
1550 E Prince Road
Tucson AZ 85719

ES2
Attn: Bankruptcy Desk/Managing Agent
(Engineering System Solutions)
6380 S. Valley View Blvd #406
Las Vegas NV 89118

ESPN Radio 920
Attn: Bankruptcy Desk/Managing Agent
KBAD AM
8755 W. Flamingo Rd
Las Vegas NV 89147

ESRI Inc.
Attn: Bankruptcy Desk/Managing Agent
File 54630
Los Angeles CA 90074-4630

Estrella Valdez
Attn: Bankruptcy Desk/Managing Agent
10663 Langmuir Ave
Sun Land CA 91040

Eurodesign, Inc
Attn: Bankruptcy Desk/Managing Agent
Kyra Wright
13428 Benson Avenue
Chino CA 91710

Evans Recreation Installations
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 42607
Las Vegas NV 89116-1607

Evelyn Matonovich, Trustee
Attn: Bankruptcy Desk/Managing Agent
29 Pheasant Ridge Drive
Henderson NV 89014

Event 1 Software
Attn: Bankruptcy Desk/Managing Agent
9320 SW Barbur
Suite 240
Portland OR 97219

Ever Electric
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6653
Kingman AZ 86401

Ever-Pac
Attn: Bankruptcy Desk/Managing Agent
2499 Palmyrita Ave.
Riverside CA 92507

Ever-Ready Glass
Attn: Bankruptcy Desk/Managing Agent
3225 Tompkin Ave
Las Vegas NV 89103

eVisolutions
Attn: Bankruptcy Desk/Managing Agent
2360 S. Emerson St.
Denver CO 80210

Ewing Brothers Towing
Attn: Bankruptcy Desk/Managing Agent
1200 A Street
Las Vegas NV 89106

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                    Served 4/17/2009

Exclusively Legal
Attn: Bankruptcy Desk/Managing Agent
c/o Eastridge Personnel of LV
File 55355
Los Angeles CA 90074-5355

Executive Painting, LLC
Attn: Bankruptcy Desk/Managing Agent
3600 So Highland #9
Las Vegas NV 89103

Executive Plastering
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Dr. Suite 101
Las Vegas NV 89130

Executive Plumbing,Heating,Air
Attn: Bankruptcy Desk/Managing Agent
4170 W. Harmon Ave. Suite #6
Las Vegas NV 89103

Exodus & Corazon Granadosin
Attn: Bankruptcy Desk/Managing Agent
1025 Via Dupre Street
Henderson NV 89011-0812

Exotic Millworks, Inc.
Attn: Bankruptcy Desk/Managing Agent
5034 Swift River Court
North Las Vegas NV 89031

Exoticar Paintworks, Inc.
Attn: Bankruptcy Desk/Managing Agent
2901 S. Highland  Bldg. 10E
Las Vegas NV 89109

Express Lock N Key
Attn: Bankruptcy Desk/Managing Agent
Reliable Lock N Key
900 E Karen Ave. # C211
Las Vegas NV 89109

Express Personnel Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 268951
Oklahoma City OK 73126-8951

Express Tel
Attn: Bankruptcy Desk/Managing Agent
Payment Center # 5450
P.O. Box 410468
Salt Lake City UT 84141-0468

Exterior Systems
Attn: Bankruptcy Desk/Managing Agent
Richard Gerstel
PO Box 716
Scottsdale AZ 85252

Extreme Audio, Inc.
Attn: Bankruptcy Desk/Managing Agent
3420 S. Jones Blvd.
Las Vegas NV 89146

Fabian & Clendenin
Attn: Bankruptcy Desk/Managing Agent
Attorneys at Law
P.O.Box 510210
Salt Lake City UT 84151-0210

Fabricut Contract
Attn: Bankruptcy Desk/Managing Agent
Kameron McQueen
9303 East 46th Street
Tulsa OK 74145

Fab-Tec Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 390
Washington 84780

FACT
Attn: Bankruptcy Desk/Managing Agent
1050 S. Rainbow Blvd
Las Vegas NV 89145

Factory:
Attn: Bankruptcy Desk/Managing Agent
5555 Brooks St.
Montclair CA 91763

Fairway Chevrolet
Attn: Bankruptcy Desk/Managing Agent
3100 E. Sahara Avenue
Las Vegas NV 89104

Faith Luthern Jr/Sr. High
Attn: Bankruptcy Desk/Managing Agent
Attn: Beth Holmes -Tuition Dept
2015 S. Hualapai Way
Las Vegas NV 89117

FAOP Operating Company LLC
Attn: Bankruptcy Desk/Managing Agent
1120 Las Vegas NV Boulevard So.
Las Vegas NV 89104-1312

Farley Public Affairs Group
Attn: Bankruptcy Desk/Managing Agent
22816 N 48th Place
Phoenix AZ 85054

Farmer Bros. Co.
Attn: Bankruptcy Desk/Managing Agent
Carrie or Chris
File #55172
Los Angles CA 90074-5172

Fast Fred/Æs Inc.
Attn: Bankruptcy Desk/Managing Agent
5420 E. Forest Dr.
Flagstaff AZ  86004

Fasteners, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 80536
Las Vegas NV 89180-0536

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

FastFrame
Attn: Bankruptcy Desk/Managing Agent
3827 E. Sunset
Suite A
Las Vegas NV 89120

Fastrack Transportation
Attn: Bankruptcy Desk/Managing Agent
9098 Princess Ave.
Flagstaff AZ 86004

FATCO-NOTEWORLD
Attn: Bankruptcy Desk/Managing Agent
P. O. Drawer 487
Account Servicing Center
P. O. Box 34055
Seattle WA 98124-1055

Fe Taboada
Attn: Bankruptcy Desk/Managing Agent
2218 Bell Street
#2
Harlingen TX 78550

FedEx
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 7221
Pasadena CA 91109-7321

Fed-Ex Kinkos
Attn: Bankruptcy Desk/Managing Agent
671 Mall Ring Cir
Henderson NV 89014-6619

Feinberg, Grant, Mayfield,
Attn: Bankruptcy Desk/Managing Agent
Kaneda & Litt, LLP
1955 Village Center Circle
Las Vegas NV 89137

Felix Ramirez and
Attn: Bankruptcy Desk/Managing Agent
Saralyn San Agustin
623 N. Abbot Ave
San Jose CA 95035

Fennemore Craig
Attn: Bankruptcy Desk/Managing Agent
Law Offices
3003 North Central Ave., Ste 2600
Phoenix AZ 85012-2913

Ferguson Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
739 W Sunset Road
Henderson NV 89115-2601

Ferraro Marble Companies
Attn: Bankruptcy Desk/Managing Agent
4155 Sobb Avenue
Las Vegas NV 89118

Ferrellgas
Attn: Bankruptcy Desk/Managing Agent
PO Box 173940
Denver CO 80217-3940

Fertile Earth Corporation
Attn: Bankruptcy Desk/Managing Agent
9384 South 670 West
Sandy UT 84070

FFM, LLC
Attn: Bankruptcy Desk/Managing Agent
C/O Faiss Foley Warren PR
515 South Seventh Street
Las Vegas NV 89101

FILOMENO NAZAL
Attn: Bankruptcy Desk/Managing Agent
127 COREY CREEK
LAS VEGAS NV 89148

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Financial Federal Credit, Inc.
Attn: Bankruptcy Desk/Managing Agent
Scarbrough Company
P. O. Box 201503
Houston TX 77216-1503

Find A Local Business
Attn: Bankruptcy Desk/Managing Agent
10 South Riverside Plaza
Suite 1800
Chicago IL 60606

Fine Art Lamps
Attn: Bankruptcy Desk/Managing Agent
Ashley
c/o Mitch Zerg & Associates
31838 Village Center Road
Westlake Village CA 91361

Fire Hydrant Serv & Const Inc.
Attn: Bankruptcy Desk/Managing Agent
5770 Wynn Road Suite #1
Las Vegas NV 89118

Fire Insurance Exchange and
Attn: Bankruptcy Desk/Managing Agent
Daniel S. Simon, Esq.
810 S. Casino Center Blvd
Las Vegas NV 89101

Firestar, Ltd
Attn: Bankruptcy Desk/Managing Agent
3231 Central Park West
Toledo OH 43617

Firestop, Inc.
Attn: Bankruptcy Desk/Managing Agent
4113 Wagon Trail Ave, Ste. 100
Las Vegas NV 89118

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

First Amer Title - Trust Dept.
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 52023
Phoenix AZ 85072-2023

First American Bank
Attn: Bankruptcy Desk/Managing Agent
Brady Hutka
8401 N Central Expressway #500
Dallas TX 75225

First American Bank Texas, SSB
Attn: Bankruptcy Desk/Managing Agent
Attn: Cons./Comm. Loan Operations
P.O. Box 8680
Bryan TX 77805-8680

First American Real Estate Sol
Attn: Bankruptcy Desk/Managing Agent
5601 E. La Palma Ave.
Attn: Brenda Burns 4th Flr
Anaheim CA 92807

First American Title
Attn: Bankruptcy Desk/Managing Agent
2601 Louisiana Blvd NE
Albuquerque NM 87110

First American Title
Attn: Bankruptcy Desk/Managing Agent
Account Servicing Center
P.O. Drawer 487
PinetopAZ 85935

First American Title Ins. CO
Attn: Bankruptcy Desk/Managing Agent
of Mohave, Inc.
2213 Stockton Hill Rd
Kingman AZ 86401

First American Title Ins. Co.
Attn: Bankruptcy Desk/Managing Agent
2340 Highway 95
Bullhead City AZ 86442

First American Title Ins. Co.
Attn: Bankruptcy Desk/Managing Agent
National Commercial Services
180 Cassia Way, Suite 502
Henderson NV 89014

First American Title Insurance
Attn: Bankruptcy Desk/Managing Agent
Agency of Mohave Inc.
PO Box 4029
Kingman AZ 86401

First Choice Realty & Finance
Attn: Bankruptcy Desk/Managing Agent
382-B So. Lemon Avenue
Walnut CA 91789

First Class Sanitation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1921
Flagstaff AZ 86002

First Glass
Attn: Bankruptcy Desk/Managing Agent
4625 E Sunset
Las Vegas NV

First Insurance Funding Corp.
Attn: Bankruptcy Desk/Managing Agent
08879-0001-853277 Account #
P. O. Box 66468
Chicago IL 60666-0468

First National Bank
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 62823
Phoenix AZ 85082-2823

First National Bank Of Nevada
Attn: Bankruptcy Desk/Managing Agent
Victor Alvarez
4001 S. Decatur Blvd., Suite 18
Las Vegas NV 89103

First National of America,Inc
Attn: Bankruptcy Desk/Managing Agent
188 Mount Airy Road
Basking Ridge NJ 07920

First Nations Funding Realty
Attn: Bankruptcy Desk/Managing Agent
4500 E. Pacific Coast Hw
Ste 200
Long Beach CA 90804

First Risk Management
Attn: Bankruptcy Desk/Managing Agent
The Plaza
1250 Greenwood Ave.,Suite 3
Jenkintown PA 19046

Fisher Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
Susan Happek, Manager
1406 Monroe Drive
Atlanta 30324

Flags and Marketing Unlimited
Attn: Bankruptcy Desk/Managing Agent
Grayner Enterprises
6120 W. Tropicana A-16 #362
Las Vegas NV 89103-4694

Flamingo-Durango Self St
Attn: Bankruptcy Desk/Managing Agent
8525 W. Flamingo Rd.
Las Vegas NV 89147

Flavio Zarattini
Attn: Bankruptcy Desk/Managing Agent
9050 W. Warm Springs #2098
Las Vegas NV 89148

Fleming Enterprises
Attn: Bankruptcy Desk/Managing Agent
3285 Southern Ave
Kingman AZ 86401

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                        Served 4/17/2009

Fletcher Jones Imports
Attn: Bankruptcy Desk/Managing Agent
7300 W. Sahara Avenue
Las Vegas NV

Fletcher Jones-Mercedes
Attn: Bankruptcy Desk/Managing Agent
444 S. Decatur Blvd
Las Vegas NV 89107

Flexsim Software Products
Attn: Bankruptcy Desk/Managing Agent
1577 Technology Way Bldg A
Orem UT 84097

Floor Coating Creations
Attn: Bankruptcy Desk/Managing Agent
Ted Harris
4110 West Ali Baba Lane
Las Vegas NV 89118

Floor Designs of Nevada LLC
Attn: Bankruptcy Desk/Managing Agent
4565 West Post Road
Las Vegas NV 89118-3926

Flooring Evolutions
Attn: Bankruptcy Desk/Managing Agent
6001 S. Decatur Blvd., Suite C
Las Vegas NV 89118

Flores Desigh
Attn: Bankruptcy Desk/Managing Agent
4618 Pacific Blvd.
Vernon CA 90058

Foamtech, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jermon
3340 Pepper Lane, Suite 110
Las Vegas NV 89120

Fong Brothers Company
Attn: Bankruptcy Desk/Managing Agent
Craig
5731 South Alameda Street
Los Angeles CA 90058

Foothill High School
Attn: Bankruptcy Desk/Managing Agent
800 College Drive
Henderson NV  89002

Forbes
Attn: Bankruptcy Desk/Managing Agent
Forbes Magazine
P. O. Box 5468
Harlan IA 51593-4968

Ford
Attn: Bankruptcy Desk/Managing Agent
PO Box 542000
Omaha, NE  68154-8000

Ford Fort Apache Investments
Attn: Bankruptcy Desk/Managing Agent
Attn: Farus Farmanali
6370 W. Flamingo Rd., # 40
Las Vegas NV  89103

Ford Motor Credit
Attn: Bankruptcy Desk/Managing Agent
Pinnacle check sent to:
Attention: Dept A
P.O. Box 239801
Las Vegas NV 89105

Forest Products Society
Attn: Bankruptcy Desk/Managing Agent
2801 Marshall Ct.
Madison WI 53705-2295

Forms Surfaces
Attn: Bankruptcy Desk/Managing Agent
6393 Cindy Lane
Carpinteria CA 93013

Fort Apache Self Storage
Attn: Bankruptcy Desk/Managing Agent
9345 W Flamingo
Las Vegas NV 89147

Forte Gifts
Attn: Bankruptcy Desk/Managing Agent
10889 Eden Ridge Avenue
Las Vegas NV 89135

Fortune
Attn: Bankruptcy Desk/Managing Agent
Corporate Rate Service
P. O. Box 61440
Tampa FL 33661-1440

Fourth Phase Las Vegas
Attn: Bankruptcy Desk/Managing Agent
6050 S. Valley View Blvd.
Las Vegas NV 89118

Fox Security Inc.
Attn: Bankruptcy Desk/Managing Agent
DBA Gaylord Security
953 E. Sahara ave. Suite 255
Las Vegas NV 89104-3096

Foxworth Galbraith
Attn: Bankruptcy Desk/Managing Agent
3060 Airway Ave.
Kingman AZ 86409

Fradella Iron Works Inc
Attn: Bankruptcy Desk/Managing Agent
Jim McCraken
707 Yucca Sreet
Boulder City AZ 89005

Francisco Cifuentes
Attn: Bankruptcy Desk/Managing Agent
3456 Civic Center Drive, # 8
North Las Vegas NV 89030

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Frank Crescentini
Attn: Bankruptcy Desk/Managing Agent
Investigations
7345 S. Durango Dr, B107-229
Las Vegas NV 89113

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
Frank Rodriguez  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
3675 S. Rainbow, # 180
Las Vegas NV 89103

Franklin D. Church
Attn: Bankruptcy Desk/Managing Agent
2535 Rafferty Creek Court
Las Vegas NV 89156

Franklin Document Services
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View Blvd.
#N-108
Las Vegas NV 89102

Frazee Paint
Attn: Bankruptcy Desk/Managing Agent
6625 Miramar Road
P. O. Box 122471
San Diego CA 9112-2471

Fred AND Pamela Eldean
Attn: Bankruptcy Desk/Managing Agent
4828 N Greentree Drive - East
Litchfield AZ 85340

Fred Oldford
Attn: Bankruptcy Desk/Managing Agent
6608 Crosstimber Court
Las Vegas NV 89108

Frederick Chin
Attn: Bankruptcy Desk/Managing Agent
President - Lake Las Vegas
1605 Lake Las Vegas NV Parkway
Henderson NV 89011

Freedom Security
Attn: Bankruptcy Desk/Managing Agent
2303 E. Sahara Ave # 204
Las Vegas NV 89104

Freedom Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
6555 West Gary Avenue
Las Vegas NV 89139

Freelance Landscape Mgmt, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jim Rosanaschi
4465 W. Arby
Las Vegas NV 89118

FreeSanity.com
Attn: Bankruptcy Desk/Managing Agent
1001 E. Sunset Rd.
P.O. Box 96716
Las Vegas NV 89193-6716

Freiday Construction
Attn: Bankruptcy Desk/Managing Agent
PO Box 4267
Kingman, AZ 86401

Fremont Emergency Services
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 1569
Las Vegas NV 89125

French Bouquet Flower Sh
Attn: Bankruptcy Desk/Managing Agent
Joannie
3265 E. Tropicana Ave, Ste. A-
Las Vegas NV 89121

Fresh Squeezed
Attn: Bankruptcy Desk/Managing Agent
Toni Whittier
854 Cypress Pines Way
Henderson NV  89015

Friendly Ford
Attn: Bankruptcy Desk/Managing Agent
660 No. Decatur Blvd.
Las Vegas NV 89107

Friends of Sean Fellows
Attn: Bankruptcy Desk/Managing Agent
1321 Robbers Roost Avenue
Henderson NV  89012

Friends of Tanaka Elementary
Attn: Bankruptcy Desk/Managing Agent
Wayne
6583 Peachtree Lane
Las Vegas NV 89103

Frontier
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 3609
P. O. Box 20550
Rochester NY 14602-0550

Frontier Communications
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 20567
Rochester NY 14602-0567

Full Circle Consult Inc
Attn: Bankruptcy Desk/Managing Agent
3670 N. Rancho Dr. Suite # 103
Las Vegas NV 89130

Fusion Media LLC
Attn: Bankruptcy Desk/Managing Agent
99 North Main Street
Suite 7
Cedar City UT 84720

G Force Restoration, Inc.
Attn: Bankruptcy Desk/Managing Agent
Michael R. Devine
2550 Chandler Avenue
Suite 52
Las Vegas NV 89120

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                    Served 4/17/2009

G Neil
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 451179
Sunrise FL 33345-1179

g photographic.com
Attn: Bankruptcy Desk/Managing Agent
George Bekich II
11597 Andorra St
Las Vegas NV 89183

G.C. Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
Gil Correa
4130 Arctic Spring Ave
Suite 1
North Las Vegas NV 89115

G.C.Wallace Inc.
Attn: Bankruptcy Desk/Managing Agent
6655 South Cimarron Road
Las Vegas NV 89113-2132

Gabriela Ramzi
Attn: Bankruptcy Desk/Managing Agent
9193 Hombard Ave.
Las Vegas NV 89148

GAC Access Controls, Inc
Attn: Bankruptcy Desk/Managing Agent
2721 North Losee Road
North Las Vegas NV 89030

Gainey Ceramics
Attn: Bankruptcy Desk/Managing Agent
1200 Arrow Highway
La Verne CA 91750-5217

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
Joe Camps
1401 Trade Drive
N Las Vegas NV 89030

Gale Insulation
Attn: Bankruptcy Desk/Managing Agent
4195 S. Lynn Dr.
Fort Mohave AZ 86426

Gallagher & Kennedy, P.A.
Attn: Bankruptcy Desk/Managing Agent
2575 E. Camelback Rd.
Phoenix AZ 85016

Gamblers General Store, Inc
Attn: Bankruptcy Desk/Managing Agent
800 S. Main St
Las Vegas NV 89101

Game Time c/o Great Western
Attn: Bankruptcy Desk/Managing Agent
Park & Playground
PO Box 97 2598 W 5700 S
Wellsville UT 84338

Gap Trucking
Attn: Bankruptcy Desk/Managing Agent
William M. Kerbs
3596 N. Benton St.
Kingman AZ 86401

Garrett Donaldson
Attn: Bankruptcy Desk/Managing Agent
PO Box 5087
Goodyear AZ 85338

Gary Becker
Attn: Bankruptcy Desk/Managing Agent
7027 Cannon Ct.
Huntington Beach CA 92648

Gary Frazier
Attn: Bankruptcy Desk/Managing Agent
4120 Erinbird  Avenue
North Las Vegas NV 89084

Gary Garcia
Attn: Bankruptcy Desk/Managing Agent
174 Catron
Oakland 94603

Gary H. Kent, Inc.
Attn: Bankruptcy Desk/Managing Agent
2950 S. Rancho Drive, Ste 200A
Las Vegas NV 89102

Gary Melnik
Attn: Bankruptcy Desk/Managing Agent
2170 Century Park East #1110
Los Angeles CA 90067

Gary Morgan
Attn: Bankruptcy Desk/Managing Agent
18894 E Milan Pl
Aurora CO 80014

Gary Myers
Attn: Bankruptcy Desk/Managing Agent
GRM Real Estate Services
1423 E. Westchester Dr.
Chandler AZ 85249

GARY WILHELMI
Attn: Bankruptcy Desk/Managing Agent
7139 S DURANGO DR
LAS VEGAS NV  89148

Gaudin Porsche
Attn: Bankruptcy Desk/Managing Agent
7200 W. Sahara
Las Vegas NV 89117

GCR Tire Centers
Attn: Bankruptcy Desk/Managing Agent
2815 N. 32nd Ave.
Phoenix AZ 85009

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

GDI Ventures, LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Elaine Feeney
600 Hersch Ave
Pagosa Springs CO 81147

GE Capital
Attn: Bankruptcy Desk/Managing Agent
PO Box 6229
Carol Stream, IL  60197-6229

GE Capital Modular Space
Attn: Bankruptcy Desk/Managing Agent
530 East Swedesford Road
PO Box 641595
Pittsburgh PA 15264-1595

GE Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
114 Tucker St., Suite 6
Kingman AZ 86401

GE Consumer Service
Attn: Bankruptcy Desk/Managing Agent
4610 Arville Street
Las Vegas NV 89103

Gear For Sports
Attn: Bankruptcy Desk/Managing Agent
9700 Commerce Pkwy
P.O. Box 14908
Lenexa KS 66219

Gene T. Porter, LTD
Attn: Bankruptcy Desk/Managing Agent
2850 Horizon Ridge Pkwy
Suite 300
Henderson NV  89052

General Binding Corp
Attn: Bankruptcy Desk/Managing Agent
PO Box 71361
Chicago IL 60694-1361

GENERAL ELECTRIC CAPITAL CORP
Attn: Bankruptcy Desk/Managing Agent
Brent Chase
201 Merritt 7, P.O. Box 5201
Norwalk, CT  06856-5201

General Electric Co
Attn: Bankruptcy Desk/Managing Agent
Jim
GE/RCA Consumer Service
PO Box 840255
Dallas TX 75284

General Steel Corp.
Attn: Bankruptcy Desk/Managing Agent
1075 S. Yukon St.
Suite 250
Lakewood CO 80226

Genergal Electric Capital Corp
Attn: Bankruptcy Desk/Managing Agent
11010 Prairie Lakes Dr., Ste 150
Eden Prairie, MN 55344-3891

Gene's Locksmith
Attn: Bankruptcy Desk/Managing Agent
738 W. Sunset Road
Henderson NV  89011

Genesis Medical Group
Attn: Bankruptcy Desk/Managing Agent
100 North Green Valley Pkwy
#110
Henderson NV  89074

Geocon Inland Empire, Inc.
Attn: Bankruptcy Desk/Managing Agent
6280 South Valley View Blvd.
Suite 624
Las Vegas NV 89118

George F Tibsherany Inc
Attn: Bankruptcy Desk/Managing Agent
7150 E Camelback Rd
Suite #500
Scottsdale AZ 85251

George Q. Valdez
Attn: Bankruptcy Desk/Managing Agent
7875 Alameda Creek Street
Las Vegas NV 89113

Geostructural Tool Kit, Inc.
Attn: Bankruptcy Desk/Managing Agent
2804 Longhorn Blvd.
Austin TX 78758

GeoTek, Inc.
Attn: Bankruptcy Desk/Managing Agent
Wayne Anderson
6835 S. Escondido Street
Suite A
Las Vegas NV 89119

Geronimo Vasquez
Attn: Bankruptcy Desk/Managing Agent
Iris Vasquez
5590 Greeley Place
Fremont CA 94538

Gesco NV
Attn: Bankruptcy Desk/Managing Agent
1868 Anamor St
Redwood City CA 94061

GET Roofing
Attn: Bankruptcy Desk/Managing Agent
745 West Sunset Road
Henderson NV  89015

Giant Textiles Corporation
Attn: Bankruptcy Desk/Managing Agent
Patrick or Amy
PO Box 84228
Seattle WA 89124

GIATI
Attn: Bankruptcy Desk/Managing Agent
101 Henry Adams #136
San Francisco CA 94103

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Gibson, Dunn  & Crutcher LLP
Attn: Bankruptcy Desk/Managing Agent
333 South Grand Avenue
Los Angeles CA 90071

Gilmore, Joseph & Lentz
Attn: Bankruptcy Desk/Managing Agent
6817 S. Eastern Ste 102
Las Vegas NV 89119

Giovanna Raccosta
Attn: Bankruptcy Desk/Managing Agent
9905 Deer Ct
Las Vegas NV 89134

Giroux Glass, Inc.
Attn: Bankruptcy Desk/Managing Agent
Brian Comeno
3620 S. Highland
Las Vegas NV 89103

Git er Done
Attn: Bankruptcy Desk/Managing Agent
4430 North Adams
Kingman AZ 86401

Giant Textile Corporation
Attn: Bankruptcy Desk/Managing Agent
PO Box 84228
Seattle WA 98124

Glass Block Window Co.
Attn: Bankruptcy Desk/Managing Agent
J C Harper
3807 W. Adams St.
Phoenix AZ 85009

Glass Doctor
Attn: Bankruptcy Desk/Managing Agent
1125 American Pacific Dr.
Suite D
Henderson NV 89074

Glassic Art
Attn: Bankruptcy Desk/Managing Agent
5850 S. Polaris , Ste. 700
Las Vegas NV 89129

Glen Jones
Attn: Bankruptcy Desk/Managing Agent
544 Plumosa
Vista CA 92083

Glen Klanian
Attn: Bankruptcy Desk/Managing Agent
229 White Willow Ave.
Las Vegas NV 89123-1102

Glenn and Rene M. Raynes
Attn: Bankruptcy Desk/Managing Agent
Revocable Family Trust
1930 Village Center Circle #3-705
Las Vegas NV 89134

Glenn Raynes Trustee
Attn: Bankruptcy Desk/Managing Agent
9817 Canyon Rock Place
Las Vegas NV 89134

Global Architectural Models
Attn: Bankruptcy Desk/Managing Agent
3863 S. Valley View #10
Las Vegas NV 89147

Global Insight (USA), Inc.
Attn: Bankruptcy Desk/Managing Agent
1000 Winter St. Ste 4300N
P. O Box 845730
Boston MA 02884-5730

Globalstar USA
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 30519
Los Angeles CA 90030-0519

Gloria G. Robbins
Attn: Bankruptcy Desk/Managing Agent
2495 Autumn Chase Lane
Henderson NV  89052

Glorifina Trinidad
Attn: Bankruptcy Desk/Managing Agent
4810 Lone Grove Drive
Las Vegas NV 89139

Glynda Rhodes
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Court
Las Vegas NV 89148

GMAC
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 9001948
Louisville KY 40290-1948

GMS Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
Gary Sturm
4140 Cannoli Circle, Suite A
Las Vegas NV 89103

Gold Mountain Development Corp
Attn: Bankruptcy Desk/Managing Agent
375 Warm Springs Rd
Suite 100
Las Vegas NV 89109

Gold Value California Realty
Attn: Bankruptcy Desk/Managing Agent
Len B. Diaz
9135 Langdon Avenue
North Hills CA 91343

Golden Valley Materials
Attn: Bankruptcy Desk/Managing Agent
2215 Hualapai Mtn. Rd. #H
Kingman AZ 86409

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

Golden West Industries, Inc.
Attn: Bankruptcy Desk/Managing Agent
Laura
5505 S.E. Johnson Creek Blvd.
Portland OR 97206

GolfSwitch, Inc.
Attn: Bankruptcy Desk/Managing Agent
6390 East Thomas Road
Suite 300
Scottsdale AZ 85251

Golightly Tire
Attn: Bankruptcy Desk/Managing Agent
3900 E Huntington Dr
Flagstaff, AZ 86004

Gomez Construction Inc
Attn: Bankruptcy Desk/Managing Agent
Armando Gomez
7204 Shady Springs St.
Las Vegas NV 89131

Good Technology
Attn: Bankruptcy Desk/Managing Agent
Dept CH 17433
Pataline IL 60055-7433

Goodwyn Production Group
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 33429
Las Vegas NV 89133

Gopher Sport
Attn: Bankruptcy Desk/Managing Agent
220 24th Ave. NW
P.O. Box 998
Owatonna MN 55060

Gordon & Rees, LLP
Attn: Bankruptcy Desk/Managing Agent
275 Battery Street, 20th Floor
San Francisco CA 94111

Gordon & Silver, Ltd.
Attn: Bankruptcy Desk/Managing Agent
Attorneys at Law
3960 Howard Hughes Pkwy Ninth FL
Las Vegas NV 89109

Gordon Paving Co.,Inc.
Attn: Bankruptcy Desk/Managing Agent
4780 W. Harmon Ave, Ste 11
Las Vegas NV 89103

Gort Metals Corporation
Attn: Bankruptcy Desk/Managing Agent
John
2336 Whippletree
Las Vegas NV 89119-2860

Gothic Grounds Management
Attn: Bankruptcy Desk/Managing Agent
10005 South 3rd Street
Las Vegas NV 89101

Gothic Landscaping
Attn: Bankruptcy Desk/Managing Agent
Wess Williams
4565 W. Nevso Drive
Las Vegas NV 89103

Gouvis Engineering Consulting
Attn: Bankruptcy Desk/Managing Agent
2150 E. Tahquitz Canyon
Suite 9
Palm Springs CA 92262

Grainger
Attn: Bankruptcy Desk/Managing Agent
2401 Western Ave
Las Vegas NV 89102-4815

GRAM, Inc.
Attn: Bankruptcy Desk/Managing Agent
8500 Menaul Blvd, Suite B-335
Albuquerque NM 87112

Granada Hills HOA
Attn: Bankruptcy Desk/Managing Agent
Ellen
c/o Horizon Community Mgmt,LLC
601 Whitney Ranch Bldg B-10
Henderson NV 89014

GRAND CENTRAL ASSET TRUST SOLA
Attn: Bankruptcy Desk/Managing Agent
540 W. Madison St.
Chicago, IL 60661

Grand Wailea Resort Hotel &Spa
Attn: Bankruptcy Desk/Managing Agent
3850 Wailea Alanul
Wailea Maui HI 96753

Grand Wailea Weddings
Attn: Bankruptcy Desk/Managing Agent
3850 Wailea Alanui Drive
Wailea, Maui HI 96753

Granite World
Attn: Bankruptcy Desk/Managing Agent
BURT
2360 E. La Madre Way
North Las Vegas NV 89081

Grant Klein
Attn: Bankruptcy Desk/Managing Agent
407 Ash Street
Henderson NV 89015

Graphisoft U.S. Inc
Attn: Bankruptcy Desk/Managing Agent
One Gateway Center
Suite 302
Newton MA 02458

Great British Lighting
Attn: Bankruptcy Desk/Managing Agent
c/o Char Penniman
467 Via Royal
Walnut Creek CA 94597

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                      Served 4/17/2009

Great West Commercial Tire
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 3697
3101 Armour
Kingman AZ 86402

Great Western Park
Attn: Bankruptcy Desk/Managing Agent
& Playground
P.O. Box 97
Wellsville UT 84339

Greater LV Assoc. of Realtors
Attn: Bankruptcy Desk/Managing Agent
1750 E. Sahara Ave.
Las Vegas NV 89104-3706

Great-West HealthCare
Attn: Bankruptcy Desk/Managing Agent
Great-West Mail Center
1000 Great West Drive
Kennett MO 63857

Greeley and Hansen LLC
Attn: Bankruptcy Desk/Managing Agent
4625 S Polaris Avenue #210
Las Vegas NV 89103

Green & Pest Free Naturally
Attn: Bankruptcy Desk/Managing Agent
9384 South 670 West
Sandy UT 84070

Green Frog Art
Attn: Bankruptcy Desk/Managing Agent
5150 Palm Valley Road #300
Ponte Vedra Beach FL 32082

Green Tree Landscape & Maint.
Attn: Bankruptcy Desk/Managing Agent
110 West Mayflower Ave
N. Las Vegas NV 89030

Green Valley Electric
Attn: Bankruptcy Desk/Managing Agent
KERRY
5841 E. Charleston Blvd.
#230-350
Las Vegas NV 89142

Green Valley Ranch
Attn: Bankruptcy Desk/Managing Agent
Station Casino
P.O.Box 230160
Las Vegas NV 89123

Greenberg Traurig, LLP
Attn: Bankruptcy Desk/Managing Agent
3773 Howard Hughes Pkwy
Suite 400 North
Las Vegas NV 89169

Greenspun Media Group
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle Suite 250
Henderson NV  89074

Gregory S. Gilbert, Esq.
Attn: Bankruptcy Desk/Managing Agent
Peel Brimley, LLP
3333 E. Serene Ave.,# 200
Las Vegas NV 89047

Greko Romano
Attn: Bankruptcy Desk/Managing Agent
4825 South Fort Apache
Las Vegas NV 89147

Grissom & Associates, Inc
Attn: Bankruptcy Desk/Managing Agent
1818 Industrial Rd.
Suite 202
Las Vegas NV 89102

GSG Construction Management
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Parkway
Suite 200
Las Vegas NV 89169

Guaranty California Ins. Serv.
Attn: Bankruptcy Desk/Managing Agent
445 S. Figueroa St.
Los Angeles CA 90071

Guardian
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 51505
Los Angeles CA 90051-5805

Guardian Carpet Cleaning
Attn: Bankruptcy Desk/Managing Agent
4132 S Rainbow Blvd Ste 216
Las Vegas NV 89103

Guardian Insurance Co.
Attn: Bankruptcy Desk/Managing Agent
36280 Treasury Center
Chicago IL 60694-6200

GULF STREAM COMPASS CLO 2003-1
Attn: Bankruptcy Desk/Managing Agent
Greg Blaszczynski
4201 Congress St. - Suite 475
Charlotte NC 28209

Guy Evans
Attn: Bankruptcy Desk/Managing Agent
PO Box 42426
Las Vegas NV 89116

H & H Printers, Inc.
Attn: Bankruptcy Desk/Managing Agent
4666 N. Stockton Hill Road
Kingman AZ 86409-1757

H & S Landscape & Grading
Attn: Bankruptcy Desk/Managing Agent
2087 Delaware Drive
Kingman AZ 86401

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

H Brown and Company
Attn: Bankruptcy Desk/Managing Agent
4435 Rinker Ln
Las Vegas NV 89147

H2O Environmental
Attn: Bankruptcy Desk/Managing Agent
4280 N. Pecos
Las Vegas NV 89115

Haig's Quality Printing-Nevada
Attn: Bankruptcy Desk/Managing Agent
Billing Contact Summit Financi
SUMMIT Financial Resources LP
PO BOX 29680
Phoenix AZ 85038-9680

Hal Goldblatt
Attn: Bankruptcy Desk/Managing Agent
4513 Del Monte Avenue
Las Vegas NV 89102

Hallmart Collectibles, Inc.
Attn: Bankruptcy Desk/Managing Agent
11684 Ventura Blvd., Suite 953
Studio City CA 91604

Hammond Caulking, Inc.
Attn: Bankruptcy Desk/Managing Agent
2485 West Horizon Ridge Parkway
Suite 110
Henderson NV  89052

Hampton Tedder Tech Serv
Attn: Bankruptcy Desk/Managing Agent
Carl Weiss
4920 Alto Avenue
Las Vegas NV 89115

Handy Man Green Maintenance
Attn: Bankruptcy Desk/Managing Agent
2815 W. Fort Ave. # 1062
Las Vegas NV 89123

Haner Construction
Attn: Bankruptcy Desk/Managing Agent
Home Voice Mail
5201 Patricia Avenue
Las Vegas NV 89130

Hang EM' High Crane Serv.,LLC
Attn: Bankruptcy Desk/Managing Agent
3719 N. 4th Street
Kingman AZ 86401

Hanley Wood e-Media
Attn: Bankruptcy Desk/Managing Agent
One Thomas Circle NW, Suite 600
Washington DC 20005

Hanley Wood Market Intelligenc
Attn: Bankruptcy Desk/Managing Agent
555 Anton Blvd Ste 950
Costa Mesa CA 92626

Hanley-Wood, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 75120
Baltimore MD 21275-5120

Hardin & Sons Inc.
Attn: Bankruptcy Desk/Managing Agent
201 West Cheyenne Ave.
North Las Vegas NV 89030

Hardwood Creations
Attn: Bankruptcy Desk/Managing Agent
Ricky Kimball
P.O. Box 53843
Irvine CA 92619-3843

Harmon Publishing
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 9277
Canton OH 44711

Harper's Underground
Attn: Bankruptcy Desk/Managing Agent
1740 w. Mulberry
Phoenix AZ 85015

Harris Consulting Engin
Attn: Bankruptcy Desk/Managing Agent
770 Pilot Road Suite I
Las Vegas NV 89119

Harrison Door Co. Inc.
Attn: Bankruptcy Desk/Managing Agent
Dena Goodman
1951 Ramrod Avenue
Henderson NV  89014

Harrison Landscaping
Attn: Bankruptcy Desk/Managing Agent
Eric Ludian
1951 Ramrod Ave
Henderson NV  89014

Harrison, Kemp & Jones
Attn: Bankruptcy Desk/Managing Agent
Trust Account
FBO Rainbow Development Corp.

Harry Bowler
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 80704
Las Vegas NV 89180-0704

Harry Mortenson
Attn: Bankruptcy Desk/Managing Agent
3930 El Camino Rd.
Las Vegas NV 89103-2221

Hart Consulting, LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Joe Hart
3020 Hualapai Mountain Road
Kingman AZ 86401

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Hartford Insurance Company
Attn: Bankruptcy Desk/Managing Agent
of the Midwest
PO BOX 650346
Dallas TX 75265-0346

Harvard Business Review
Attn: Bankruptcy Desk/Managing Agent
60 Harvard Way
Boston MA 02163

Hauntec
Attn: Bankruptcy Desk/Managing Agent
800 N. Rainbow Blvd. Ste 208
Las Vegas NV 89107

Havasu Doors, Inc.
Attn: Bankruptcy Desk/Managing Agent
1110 Aviation Drive
Lake Havasu City AZ 86404

Havasu Glass & Mirror, Inc.
Attn: Bankruptcy Desk/Managing Agent
845 Kiowa Ave.
Lake Havasu City AZ 86403

Have Gloves! Will Travel!
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 363104
N. Las Vegas NV 89036-7104

Hawk Ridge Systems
Attn: Bankruptcy Desk/Managing Agent
3100 Mill Street
Suite 214
Reno NV 89502

Hawthorne Village
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 886
Morton Grove IL 60053-0886

Hayward Rubber Stamp
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 351
Hayward CA 94541

HD Supply Waterworks
Attn: Bankruptcy Desk/Managing Agent
Branch 3032
855 W. Bonanza Rd
Las Vegas NV 89106

HDR Engineering Inc.
Attn: Bankruptcy Desk/Managing Agent
271 Turn Pike Drive
Folsom CA 95630

Head Quarters
Attn: Bankruptcy Desk/Managing Agent
PO Box 10449
4120 Hwy 68
Golden Valley AZ 86413

Health Fitness Corporation
Attn: Bankruptcy Desk/Managing Agent
NW 7254
P.O. Box 1450
Minneapolis MN 55485-7254

Health Plan of Nevada
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1388
Las Vegas NV 89125-1388

Heartland Automotive Services
Attn: Bankruptcy Desk/Managing Agent
DBA Jiffy Lube - Region 40
PO BOX 541133
Omaha NE 68154

Heavy Duty LLC
Attn: Bankruptcy Desk/Managing Agent
3451 Losee Road Ste F
N Las Vegas NV 89030

Heidi F. Zwarg Sheltered
Attn: Bankruptcy Desk/Managing Agent
Arno I. Zwarg
Marital Trust, dated 10-3-96
1608 Via Lazo
Palos Verdes Estates CA 90274

Heidi Miller
Attn: Bankruptcy Desk/Managing Agent
7531 Apple Springs
Las Vegas NV 89131

Helli New Mexico
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 240
925 Acequia Madre
Santa Fe NM 87505

HELP of Southern Nevada
Attn: Bankruptcy Desk/Managing Agent
Fuilala Riley
1640 E. Flamingo Rd., #100
Las Vegas NV 89119

Help U 2 Be Seen
Attn: Bankruptcy Desk/Managing Agent
4690 Deer Forest Dr.
Las Vegas NV 89139

Henderson NV Chamber of Commerce
Attn: Bankruptcy Desk/Managing Agent
590 S. Boulder Highway
Henderson NV 89015

Henderson NV Chevrolet
Attn: Bankruptcy Desk/Managing Agent
PO Box 90610
240 North Gibson Road
Henderson NV 89009-0610

Henderson NV Community Foundation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 95050
Henderson NV  890095050

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Henderson NV Home News
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 90430
Henderson NV  89009

Henri Specialties Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
280 Orville Wright Court
Las Vegas NV 89119

Henry & Noris Larkin
Attn: Bankruptcy Desk/Managing Agent
15 Bay Park Circle
S. San Francisco 94080

Heritage Shutter Nevada
Attn: Bankruptcy Desk/Managing Agent
4350 S. Arville Street
Suite B2-14
Las Vegas NV 89103

Herman M. Adams
Attn: Bankruptcy Desk/Managing Agent
300 Fremont Street
Suite 110
Las Vegas NV 89101

Herminia Scannicchio
Attn: Bankruptcy Desk/Managing Agent
3206 Ivanhoe Ranch Rd.
El Cajon CA 92019

HEWETT'S ISLAND CDO LTD
Attn: Bankruptcy Desk/Managing Agent
Ryan Eckert
55 Water Street Plaza Level 3rd Fl
New York, NY 10041

Hiatt Furniture MFG. Co. Inc.
Attn: Bankruptcy Desk/Managing Agent
12520 S. Chadron Ave.
Hawthorne CA 90250

Highbridge Partners
Attn: Bankruptcy Desk/Managing Agent
9820 Willow Creek Road
Suite 445
San Diego CA 92131

HIGHLAND CREDIT OPP CDO LTD.
Attn: Bankruptcy Desk/Managing Agent
Kurt Daum
13455 Noel Road, Suite 800
Dallas, TX  75240

Highway Rentals Inc
Attn: Bankruptcy Desk/Managing Agent
4533 Andrews St.
N. Las Vegas NV 89081

Highway Striping and Signs
Attn: Bankruptcy Desk/Managing Agent
3425 Bunkerhill Drive
Suite B
N. Las Vegas NV 89032

Highway Technologies
Attn: Bankruptcy Desk/Managing Agent
PO Box 51581
Los Angelas, CA 90051

Higinio Marco Rodriquez
Attn: Bankruptcy Desk/Managing Agent
2700 Daley Street
North Las Vegas NV 89030

Hill International, Inc
Attn: Bankruptcy Desk/Managing Agent
Attn: Ron Emma
303 Lippincott Centre
Marlton NJ 08053

Hilman Rollers
Attn: Bankruptcy Desk/Managing Agent
12 Timber Lane
Marlboro NJ 07746

HI-PAC
Attn: Bankruptcy Desk/Managing Agent
3685 Pecos McLeod
Las Vegas NV 89121

Hirschi Masonry
Attn: Bankruptcy Desk/Managing Agent
4685 Berg St.
N. Las Vegas NV 89081

Ho Man & Ah Kuen Chiu
Attn: Bankruptcy Desk/Managing Agent
284 Harpers Ferry Avenue
Las Vegas NV 89148

HOA DVD
Attn: Bankruptcy Desk/Managing Agent
2060-D Ave Arboles #103
Thousand Oaks CA 91362

Hobbs, Ong & Associates
Attn: Bankruptcy Desk/Managing Agent
3900 Paradise Rd
Suite 152
Las Vegas NV 89109

Hobbytown USA
Attn: Bankruptcy Desk/Managing Agent
5085 West Sahara
Suite 134
Las Vegas NV 89146

Hobo Foto
Attn: Bankruptcy Desk/Managing Agent
Annie Dobb
6170 W. Lake Mead Blvd.# 312
Las Vegas NV 89108

Holiday Inn Express Kingman
Attn: Bankruptcy Desk/Managing Agent
3031 E. Andy Devine Ave.
Kingman AZ 86401

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Holiday Lighting Dynamics
Attn: Bankruptcy Desk/Managing Agent
2694 Hollovale Lane
Henderson NV 89052

Holman Inc.
Attn: Bankruptcy Desk/Managing Agent
1825 Walnut Hill Lane, Suite 110
Irving TX 75038

Holman's of Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
4445 S. Valley View Blvd, #2
Las Vegas NV 89103

Home Builders Research
Attn: Bankruptcy Desk/Managing Agent
Dennis
7210 Red Cinder St.
Las Vegas NV 89131

Home Buyer's Warranty
Attn: Bankruptcy Desk/Managing Agent
2-10 Home Buyers Warranty
1417 West Arkansas Lane
Arlington TX 76013

Home Finishes, Inc.
Attn: Bankruptcy Desk/Managing Agent
Diane
3037 Independence Drive
Suite A
Livermore CA 94550

Home Intercom Company
Attn: Bankruptcy Desk/Managing Agent
Paul Caspany
6656 W. Fredonia Drive
Las Vegas NV 89108

HomeBuilder.com
Attn: Bankruptcy Desk/Managing Agent
PO Box 13239
Scottsdale AZ 85267-3239

Homer Chee
Attn: Bankruptcy Desk/Managing Agent
1125 Red Iron Way
Las Vegas NV 89110

Homer Michaels
Attn: Bankruptcy Desk/Managing Agent
Homer Michaels
8716 Burning Hide Avenue
Las Vegas NV 89143

Homeready, Inc.
Attn: Bankruptcy Desk/Managing Agent
Gilbert Ganschow
7470 Dean Martin Drive
Suite # 112
Las Vegas NV 89139

Homes & Living
Attn: Bankruptcy Desk/Managing Agent
brett-x1068
Trader Publishing
P.O.Box 9277
Canton OH 44711

HomesOnTV
Attn: Bankruptcy Desk/Managing Agent
1501 Ten Palms Court
Las Vegas NV 89117

Homestore Sales Company, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O Box 13239
Scottsdale AZ 85267-3239

Honeywell Mortgage & Realty
Attn: Bankruptcy Desk/Managing Agent
6331 Greenleaf Ave., Suite B
Whittier CA 90601

Hoolihan's Excavating, Inc.
Attn: Bankruptcy Desk/Managing Agent
652 Middlegate Road
Henderson NV 89015

Hopper Resources
Attn: Bankruptcy Desk/Managing Agent
Chuck Taylor
2951 Marion Drive #117
Las Vegas NV 89115

Horizon Precast, Inc.
Attn: Bankruptcy Desk/Managing Agent
3625 Sunshine Dr.
Kingman AZ 86409-3449

Hospitality Trading Corp.
Attn: Bankruptcy Desk/Managing Agent
32 Anacapa Street
Santa Barbara CA 93101

Hospitality Works
Attn: Bankruptcy Desk/Managing Agent
655 Deerfield Road, Suite 100
Deerfield IL 60015

House & Garden
Attn: Bankruptcy Desk/Managing Agent
Professional Relations
P. O. Box 37632
Boone IA 50037-0632

Houston-Stafford Electri
Attn: Bankruptcy Desk/Managing Agent
Mike / Chris
451 Mark Leany Drive
Henderson NV 89015

Howard Chin
Attn: Bankruptcy Desk/Managing Agent
13717 Bannon Drive
Cerritos CA 90703

Howard F. Scheuner
Attn: Bankruptcy Desk/Managing Agent
2850 Fisher Rd.
Howell MI 48855

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                          Served 4/17/2009

Howard Logsdon
Attn: Bankruptcy Desk/Managing Agent
Logsdon Contracting, LLC
2711 W. Windmill Lane
Las Vegas NV 89123

HS Worldwide Parts
Attn: Bankruptcy Desk/Managing Agent
1821 Santa Cruz Street
San Pedro CA 90732

HSBC Business Solutions
Attn: Bankruptcy Desk/Managing Agent
c/o Northern Tool & Equipment
P.O. Box 5219
Carol Stream IL 60197-5219

HTA Plumbing & Mechanical
Attn: Bankruptcy Desk/Managing Agent
2049 Pabco Road
Henderson NV  89011

Hua Hui Tseng Huang
Attn: Bankruptcy Desk/Managing Agent
534 N. Orange #A
La Puente CA 91744

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
Ins. Dept
601 Oakmont Lane, Suite 400
Westmont IL 60559-5570

Huff Commercial Interiors
Attn: Bankruptcy Desk/Managing Agent
4077 South Industrial Road
Las Vegas NV 89103

Human Resources Council
Attn: Bankruptcy Desk/Managing Agent
PO Box 804441
Kansas City MO 64180-4441

Humphreys & Partners
Attn: Bankruptcy Desk/Managing Agent
Architects
5339 Alpha Road Ste 300
Dallas TX 75240-7307

Hung-Shing Tsang
Attn: Bankruptcy Desk/Managing Agent
26 Buckingham Drive
Aurora IL 60506

Hutchins Drywall, Inc.
Attn: Bankruptcy Desk/Managing Agent
Mark Hutchins
2335 Silver Wolf Drive
Henderson NV  89015

Hyacinth Ligutom
Attn: Bankruptcy Desk/Managing Agent
3558 Harbor Tides Street
Las Vegas NV  89147

Hyatt & Stubblefield, P.C.
Attn: Bankruptcy Desk/Managing Agent
225 Peachtree Street, N.E.
Suite 1200
Atlanta GA 30303

Hy-Bar Windows & Doors
Attn: Bankruptcy Desk/Managing Agent
6210 Annie Oakley
Las Vegas NV  89120

Hydro Arch
Attn: Bankruptcy Desk/Managing Agent
980 Mary Crest Road Suite B
Henderson NV  89014

HydroHoist SouthWest Ltd.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60517
Boulder City NV 89006

Hyperion Group Public Affairs
Attn: Bankruptcy Desk/Managing Agent
4413 N. Saddlebag Trail Suite # 1
Scottsdale AZ 85251

Hyphen Solutions, Ltd.
Attn: Bankruptcy Desk/Managing Agent
5055 Keller Springs Road #200
Addison TX 75001

IAAPA
Attn: Bankruptcy Desk/Managing Agent
1448 Duke Street
Alexandria VA 22314

Ian Underhill
Attn: Bankruptcy Desk/Managing Agent
332 Jacaranda Arbor Street
Las Vegas NV 89144

IBI-International
Attn: Bankruptcy Desk/Managing Agent
Business Index
600 17th Street,STE 2800 South
Denver CO 80202

Ice Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Robert G. Urichuk
5175 West Diablo Drive, Ste. 105
Las Vegas NV 89118

I-Chieh E. Wang
Attn: Bankruptcy Desk/Managing Agent
52 Redwood Lane
S. Glastonbury CT 06073

ICON Receivables
Attn: Bankruptcy Desk/Managing Agent
c/o M&T Bank
PO Box 8000 Dept.006
Buffalo NY 14267

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

ID Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 S. Fort Apache Road
Suite 100
Las Vegas NV 89148

IDCSERVCO
Attn: Bankruptcy Desk/Managing Agent
ATTN: ACCOUNTS RECEIVABLE
PO BOX 1925
CULVER CITY CA 90232-1925

Ideal Electrical Contracting
Attn: Bankruptcy Desk/Managing Agent
3508 E. Charleston Blvd.
Suite A
Las Vegas NV 89110

Ideal Products
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4090
Ontario CA 91761

Ignacio and Sheila Ledesma
Attn: Bankruptcy Desk/Managing Agent
784 S Salt Spray Ct
Las Vegas NV 89139

IGXG MANAGEMENT LLC
Attn: Bankruptcy Desk/Managing Agent
Jessica Raymond
540 Madison Avenue, Suite 21A
New York, NY 10022

Iklas Dimaya-Unlimited Realty
Attn: Bankruptcy Desk/Managing Agent
191 W. Wilbur Road
Suite 102
Thousand Oaks 91360

Ikon Office Solutions
Attn: Bankruptcy Desk/Managing Agent
PO BOX 7420
Pasadena 91109-7420

IMA Design Group
Attn: Bankruptcy Desk/Managing Agent
Vicky
2500 Michelson Dr. Suite 125
Irvine CA 92612

Image One
Attn: Bankruptcy Desk/Managing Agent
9360 West Flamingo Road
Suite 110-450
Las Vegas NV 89147

ImEx Ware, Inc.
Attn: Bankruptcy Desk/Managing Agent
2000 E. Maule Avenue
Las Vegas NV 89119

Imperial Headwear
Attn: Bankruptcy Desk/Managing Agent
1-800-933-9444
P.O.Box 971363
Dallas TX 75397-1363

Imperial Iron, Inc.
Attn: Bankruptcy Desk/Managing Agent
4226 Fidus Dr.
Las Vegas NV 89103-3709

Imperial Steel Inc.
Attn: Bankruptcy Desk/Managing Agent
4226 Fidus Drive
Las Vegas NV 89103

In Business Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle
Suite 250
Henderson NV  89074

Independent Landscape Services
Attn: Bankruptcy Desk/Managing Agent
Rachel
647 Cape Horn Dr.
Henderson NV  89015

Industrial Comm. of Arizona
Attn: Bankruptcy Desk/Managing Agent
Division of Occupational Safety
P. O. Box 19070
Phoenix AZ 85005-9070

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

IndyMac Bank
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78826
Phoenix AZ 85062-8826

Infinity Enterprises
Attn: Bankruptcy Desk/Managing Agent
3347 S. Highland Dr. Suite 304
Las Vegas NV 89109

Infinity Promotions Gp
Attn: Bankruptcy Desk/Managing Agent
6655 W. Sahara Avenue D-208
Las Vegas NV 89146

Inflight Surf & Sail
Attn: Bankruptcy Desk/Managing Agent
1250 Pacific Coast Hwy
Seal Beach CA 90740

Info Cubic LLC
Attn: Bankruptcy Desk/Managing Agent
9250 E Costilla Ave
Ste 230
Greenwood Village CO 80112

Info Stor Of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
1428 Parna Lane
Las Vegas NV 89119

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Information Leasing Corp
Attn: Bankruptcy Desk/Managing Agent
995 Dalton Ave
Cincinnati OH 45203-1101

Info-Tech Research Group
Attn: Bankruptcy Desk/Managing Agent
401 Clarence Street 2nd Floor
London, Ontario
Canada N6A 3M6

Inland Litho
Attn: Bankruptcy Desk/Managing Agent
4305 E La Palma Avenue
Anaheim CA 92807

Innova-Champion Discs
Attn: Bankruptcy Desk/Managing Agent
Tim Selinske
11077 Arrow Route
Rancho Cucamonga CA 91730

Innovative Access Control
Attn: Bankruptcy Desk/Managing Agent
4365 South Cameron
Suite A
Las Vegas NV 89103

Innovative Carpets
Attn: Bankruptcy Desk/Managing Agent
45 Legion Dr.
Cresskill NJ 07626

Insight
Attn: Bankruptcy Desk/Managing Agent
Barb S.-A/Rx3219
P. O. Box 78825
Phoenix AZ 85062-8825

Insight Global Finance
Attn: Bankruptcy Desk/Managing Agent
PO BOX 100706
Pasadena CA 91189-0706

Institute of Business
Attn: Bankruptcy Desk/Managing Agent
Publications
748 Springdale Dr. Suite 150
Exton PA 19341

Insulpro Projects
Attn: Bankruptcy Desk/Managing Agent
A Masco Company
697 Corinthian Way
Las Vegas NV 89030

Insurance Support Center
Attn: Bankruptcy Desk/Managing Agent
Sherri Hamilton
P. O. Box 53981
Phoenix AZ 85072-3981

Integra Realty Resources
Attn: Bankruptcy Desk/Managing Agent
1635 Village Center Circle, # 150
Las Vegas NV 89134

Integra Telecom
Attn: Bankruptcy Desk/Managing Agent
PO Box 2966
Milwaukee WI 93201

Integrated Flight Systems
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 12697
Reno NV 89510

Integrated Systems Group
Attn: Bankruptcy Desk/Managing Agent
9101 W Sahara Ave Suite 105
Las Vegas NV 89117

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
CMA Business Credit Services
3110 W Cheyenne Ave., #100
N. Las Vegas, NV 89032

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
Randy
5330 W. Quail Avenue
Las Vegas NV 89118

Intellicept
Attn: Bankruptcy Desk/Managing Agent
1444 Pioneer Way #13
El Cajon CA 92020

Intense School, Inc.
Attn: Bankruptcy Desk/Managing Agent
8211 W. Broward Blvd. #210
Fort Lauderdale FL 33324

Intera Inc.
Attn: Bankruptcy Desk/Managing Agent
9111A Research Blvd.
Austin TX 78758

InterCall
Attn: Bankruptcy Desk/Managing Agent
PO BOX 281866
Atlanta GA 30384-1866

Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 South Fort Apache Road
Suite 110
Las Vegas NV 89148

Interior Finishworks
Attn: Bankruptcy Desk/Managing Agent
3432 N. Bruce St. #9
Las Vegas NV 89030

Interior Specialists, Inc.
Attn: Bankruptcy Desk/Managing Agent
1630 Faraday
7465 W. Sunset Rd
Suite 1200
Las Vegas NV 89113

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Interisk Limited
Attn: Bankruptcy Desk/Managing Agent
901 Dover Drive Ste 200
Newport Beach 92660

Intermountain Slurry
Attn: Bankruptcy Desk/Managing Agent
PO Box 1841
Sparks NV 89432

Intermountain Slurry Seal, Inc
Attn: Bankruptcy Desk/Managing Agent
4560 Donavan Way Ste K
N. Las Vegas NV 89081

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
Fresno CA 93888

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
Taxpayer Assistance
Ogden UT 84201

International Art Prop., Inc.
Attn: Bankruptcy Desk/Managing Agent
67 San Carlos Avenue
Sausalito CA 94965

International House of Blues
Attn: Bankruptcy Desk/Managing Agent
Foundation
3950 South Las Vegas NV Blvd.
Las Vegas NV 89119

International Iron Works, Inc.
Attn: Bankruptcy Desk/Managing Agent
2501 S. Malt Avenue
Los AngelesCA  90040

Internet Corporation Listing
Attn: Bankruptcy Desk/Managing Agent
Service
303 Park Avenue S, #1073
New York NY 10010

Internet Marketing Report
Attn: Bankruptcy Desk/Managing Agent
370 Technology Drive
P.O. Box 3019
Malvern PA 19355

Interstate Plumbing & A/C
Attn: Bankruptcy Desk/Managing Agent
7201 West Post Road
Las Vegas NV 89113

Intertech Computer Products
Attn: Bankruptcy Desk/Managing Agent
5225 S. 39th Street
Phoenix AZ 85040

Intrepid Iron, Inc.
Attn: Bankruptcy Desk/Managing Agent
3321 Western Avenue
Las Vegas NV 89109

Inyo County Treasurer
Attn: Bankruptcy Desk/Managing Agent
Alisha McMurtrie
Tax Collector
PO Box O
Independence CA 93526-0614

IOBP
Attn: Bankruptcy Desk/Managing Agent
Institute of Business Publication
748 Springdale Drive Suite 150
Exton PA 19341

Iovino Masonry Inc.
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd.
Las Vegas NV 89139

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Iron Specialists
Attn: Bankruptcy Desk/Managing Agent
1102 Sharp Circle
North Las Vegas NV 89030

Irwin Commercial Finance Corp.
Attn: Bankruptcy Desk/Managing Agent
Equipment Finance
330 120th Avenue NE, Suite 110
Bellevue CA 98005

Isabel Streelman
Attn: Bankruptcy Desk/Managing Agent
19303 SW 4th Street
Pembroke Pines FL 33029

ISCO Industries, LLC
Attn: Bankruptcy Desk/Managing Agent
926 Baxter Avenue
Box 4545
Louisville KY 40204

Island Oasis Frozen Beverage
Attn: Bankruptcy Desk/Managing Agent
141 Norfolk Street
PO Box 711558
Cincinnati OH 45271-1558

Italy Service
Attn: Bankruptcy Desk/Managing Agent
2407 S. Highland
Las Vegas NV 89102

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Ivan Karabachev, M.D.
Attn: Bankruptcy Desk/Managing Agent
3201 S. Maryland Pkwy #500
Las Vegas NV 89109

IVS Associates Inc.
Attn: Bankruptcy Desk/Managing Agent
111 Continental Dr.
Suite 210
Newark DE 19713

Ivy's Welding
Attn: Bankruptcy Desk/Managing Agent
3292 N. Azteck
Golden Valley AZ 86413

J or J Welding, LLC
Attn: Bankruptcy Desk/Managing Agent
203 W Brooks Ave
Ste F
N Las Vegas NV 89030-3927

J&J Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
5920 W. Cougar Ave.
Las Vegas NV 89139

J&J Glass, Inc.
Attn: Bankruptcy Desk/Managing Agent
3910 W. Spring Mountain Rd.
Suite B-1
Las Vegas NV 89102

J. A. Vay & Sons, Inc.
Attn: Bankruptcy Desk/Managing Agent
5546 Camino Al Norte 2-256
N. Las Vegas NV 89031

J. Perry Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
4487 Reno
Las Vegas NV 89118

J.B. Knowles, Inc.
Attn: Bankruptcy Desk/Managing Agent
31336 Woodshire Ln.
Blue River WI 53518-4634

J.D. Power & Associates
Attn: Bankruptcy Desk/Managing Agent
2625 Townsgate Road
Westlake Village CA 91361

J.E.C. James Econn & Co. Ins.
Attn: Bankruptcy Desk/Managing Agent
445 South Figueroa Street
36th Floor
Los Angeles CA 90071-1602

JACesare and Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
671 Professional Ave.
Suite 504
Henderson NV  89015

Jack and Sons Automotive
Attn: Bankruptcy Desk/Managing Agent
7010 W. Russell Road
Las Vegas NV 89113

Jack Pots Portables, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1444
Lake Havasu City AZ 86405

Jackie Hill
Attn: Bankruptcy Desk/Managing Agent
9285 Dames Rocket Place
Las Vegas NV 89148

Jackpot Graphics
Attn: Bankruptcy Desk/Managing Agent
Barbara
4290 Cameron Street
Suite 8
Las Vegas NV 89103

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
Nikki Miller
2440 Marcos Street
Las Vegas NV 89115

Jacks Vision LLC
Attn: Bankruptcy Desk/Managing Agent
141 Industrial Park Road
Suite 307
Henderson NV  89015

Jacob Hansen
Attn: Bankruptcy Desk/Managing Agent
2730 E. Carol Avenue
Mesa AZ 85204

Jacobs Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Scott Jacobs
8076 w. Sahra Avenue
Suite B
Las Vegas NV 89117

Jacobsen's Marine
Attn: Bankruptcy Desk/Managing Agent
2300A E. Lake Mead Drive
Henderson NV  89015

Jaimie Blue
Attn: Bankruptcy Desk/Managing Agent
dba Bella Luna Pictures
6930 Paradise Road #2004
Las Vegas NV 89119

Jalene Rogers
Attn: Bankruptcy Desk/Managing Agent
9149 Rusty Rifle Ave.
Las Vegas NV 89143

JAM Family Trust
Attn: Bankruptcy Desk/Managing Agent
1583 Ashfield Valley Avenue
Las Vegas NV 89123

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                        Served 4/17/2009

Jama Huggins
Attn: Bankruptcy Desk/Managing Agent
6865 S. Tamaros #101
Las Vegas NV 89119

James & Glynda Rhodes
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Court
Las Vegas NV 89148

James & Maureen Siple
Attn: Bankruptcy Desk/Managing Agent
3312 Amish Avenue
N. Las Vegas NV 89031

James A. Bevan
Attn: Bankruptcy Desk/Managing Agent
679 Vortex Ave
Henderson NV 89015

James Beal & Dean A Jelmini
Attn: Bankruptcy Desk/Managing Agent
Attorneys at Law
c/o Law Offices of Natalie Blake
Los Angeles CA 90025

James Davis
Attn: Bankruptcy Desk/Managing Agent
408 20th Street
Huntington Beach CA 92648

James E. Garrett
Attn: Bankruptcy Desk/Managing Agent
Jimmy
4911 Mission Bay Drive
Las Vegas NV 89113-1350

James Econn & Company
Attn: Bankruptcy Desk/Managing Agent
445 S. Figueroa St. 36th Fl.
Los Angeles CA 90071-1602

James G.Coyne
Attn: Bankruptcy Desk/Managing Agent
22 Indian Run Way
Las Vegas NV 89148

James Garrett Trust
Attn: Bankruptcy Desk/Managing Agent
c/o James E Garrett
4911 Mission Bay Drive
Las Vegas NV 89113-1350

James J. Pisanelli, Esq.
Attn: Bankruptcy Desk/Managing Agent
Brownstein Hyatt Farber Schreck PC
300 S Fourth St., Suite 1200
Las Vegas, NV 89101

James Jenkins Equip. Rental
Attn: Bankruptcy Desk/Managing Agent
35800 Calle NoPal
Temecula CA 92592

James Kracht
Attn: Bankruptcy Desk/Managing Agent
Linda Kracht
21427 Meteor Drive
Cupertino CA 95014

James Ludwig
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 93325
Las Vegas NV 89193

James Maiola
Attn: Bankruptcy Desk/Managing Agent
9490 W. Ann Road
Las Vegas NV 89149

James Robert Karnuth
Attn: Bankruptcy Desk/Managing Agent
281 Tayman Park Avenue
Las Vegas NV 89148

James Severson
Attn: Bankruptcy Desk/Managing Agent
2365 D Wooster Cir
Las Vegas NV 89108

James Swan
Attn: Bankruptcy Desk/Managing Agent
5329 S. Cameron St
Ste #109
Las Vegas NV 89118

James Truss Company
Attn: Bankruptcy Desk/Managing Agent
4220 Donovan Way
N.Las Vegas NV 89030

Jammie S.K. HSU
Attn: Bankruptcy Desk/Managing Agent
7835 South Rainbow Blvd.
Suite 4-5
Las Vegas NV 89139

Jams, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 512850
Los Angeles 90051-0850

Jane Memmott
Attn: Bankruptcy Desk/Managing Agent
2675 Windmill Parkway #3923
Henderson NV 89074

Jared Marks, Esq.
Attn: Bankruptcy Desk/Managing Agent
3753 Howard Hughes Parkway
Suite 200
Las Vegas NV 89169

Jared Weiss
Attn: Bankruptcy Desk/Managing Agent
6768 Pastel Camellia
Las Vegas NV 89148

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

Jason Cathcart
Attn: Bankruptcy Desk/Managing Agent
10255 Bright Harbor
Las Vegas NV 89135

Jason Chan
Attn: Bankruptcy Desk/Managing Agent
3425 Wasatch Dr.
Las Vegas NV 89122

Jason Newitt
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave #1150
Las Vegas NV 89147

Jason Rozar
Attn: Bankruptcy Desk/Managing Agent
8916 Egyptian Avenue
Las Vegas NV 89143

Jason Woywod
Attn: Bankruptcy Desk/Managing Agent
2260 Villefort Ct.
Las Vegas NV 89117

Jay Abbott
Attn: Bankruptcy Desk/Managing Agent
9222 W. Tropicana Ave.
Las Vegas NV 89147

Jay Earl Smith, Esq.
Attn: Bankruptcy Desk/Managing Agent
c/o Smith, Larsen, & Wixom
1935 Village Center Circle
Las Vegas NV 89134

Jay H. Youngman
Attn: Bankruptcy Desk/Managing Agent
PO Box 334
Tahoma CA 96142

Jayar Manufacturing Company
Attn: Bankruptcy Desk/Managing Agent
7370 Commercial Way
Henderson NV  89011

JayLee Development
Attn: Bankruptcy Desk/Managing Agent
3975 West Quail #10
Las Vegas NV 89118

JC Construction
Attn: Bankruptcy Desk/Managing Agent
25413 Juno St.
Sun City CA 92586

JCI Structural Engineering
Attn: Bankruptcy Desk/Managing Agent
8076 w. Sahara Avenue
Suite B
Las Vegas NV 89117

JCON Skymedia
Attn: Bankruptcy Desk/Managing Agent
181 Cooper Avenue # 112
Tonawanda NY 14150

Jeanine Zeigler
Attn: Bankruptcy Desk/Managing Agent
66 Sunset Bay St
Las Vegas NV 89148

Jeff Fegert
Attn: Bankruptcy Desk/Managing Agent
3451 Losee Rd. #E
North Las Vegas NV 89030

Jeff Stemple
Attn: Bankruptcy Desk/Managing Agent
99 Teton Pines Drive
Henderson NV 89014

Jeff Strong
Attn: Bankruptcy Desk/Managing Agent
Ted
5521 Red Sun Drive
Las Vegas NV 89129

Jeffrey and Meredith Harris
Attn: Bankruptcy Desk/Managing Agent
2989 Via Della Amore
Henderson NV  89052

Jeffrey Green Photography
Attn: Bankruptcy Desk/Managing Agent
972 Vegas Valley Drive
Las Vegas NV 89109

Jeffrey Guyer & Tricia Gaines
Attn: Bankruptcy Desk/Managing Agent
2872 Moonlight Bay Lane
Las Vegas NV 89129

Jeffrey S. Barcy
Attn: Bankruptcy Desk/Managing Agent
97 Round Hill Road
Tiburon, CA 94920

Jeffrey S. Barcy
Attn: Bankruptcy Desk/Managing Agent
Ridgeback Partners
97 Round Hill Road
Tiburon CA 94920

Jeffrey W. Stempel
Attn: Bankruptcy Desk/Managing Agent
99 Tenton Pines Dr
Henderson NV  89014

Jeffrey Weinberg
Attn: Bankruptcy Desk/Managing Agent
16 W. Pacific Ave #2
Henderson NV  89015

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                    Served 4/17/2009

Jennifer Somers
Attn: Bankruptcy Desk/Managing Agent
9235 Tulip Trestle
Las Vegas NV 89148

Jenny Ching Ying Li
Attn: Bankruptcy Desk/Managing Agent
282 Rusty Plank Ave
Las Vegas NV 89148

Jensen Fencen, LLC
Attn: Bankruptcy Desk/Managing Agent
2360 Buckhorn Bend
Kingman AZ 86409

Jensen Precast
Attn: Bankruptcy Desk/Managing Agent
3853 Losee Road
North Las Vegas NV 89030-3326

Jerome James Mancini
Attn: Bankruptcy Desk/Managing Agent
1811 Nauarre Lane
Henderson NV  89014

Jesse Estrada
Attn: Bankruptcy Desk/Managing Agent
6025 W. Flamingo Rd.,# 215
Las Vegas NV 89103-0107

Jesse Shoop
Attn: Bankruptcy Desk/Managing Agent
Mestizo USA
2245 Seahurst Drive, Ste. G
Las Vegas NV 89142

Jesse Vazquez
Attn: Bankruptcy Desk/Managing Agent
4732 Stavanger Lane
Las Vegas NV 89147

Jessica's Children
Attn: Bankruptcy Desk/Managing Agent
6691 Ironbound Bay
Las Vegas NV 89139

Jessie McNair
Attn: Bankruptcy Desk/Managing Agent
2255 E. Sunset Road
#1137
Las Vegas NV 89119

Jet Nevada
Attn: Bankruptcy Desk/Managing Agent
4511 W. Cheyenne
Suite 3
North Las Vegas NV 89032

Jet Source, Inc
Attn: Bankruptcy Desk/Managing Agent
2056 Palomar Airport Road
Carlsbad CA 92011

Jewel-Craft, Inc.
Attn: Bankruptcy Desk/Managing Agent
4122 Olympic Boulevard
Erlanger KY 41018

Jianwen Zeng
Attn: Bankruptcy Desk/Managing Agent
PO Box 81264
Las Vegas NV 89180

Jim's House of Glass
Attn: Bankruptcy Desk/Managing Agent
2445 Airway
Kingman AZ 86401

JMA Architecture Studios
Attn: Bankruptcy Desk/Managing Agent
10150 Covington Cross Drive
Las Vegas NV 89144

JN Holding Inc.
Attn: Bankruptcy Desk/Managing Agent
612 Meyer Lane
Ste 11
Redondo Beach CA 90278

Joan Travis
Attn: Bankruptcy Desk/Managing Agent
10372 Madre Ave
Las Vegas NV 89135

Jobing.com
Attn: Bankruptcy Desk/Managing Agent
PO BOX 29386
Phoenix AZ 85038-9386

JobTarget.com
Attn: Bankruptcy Desk/Managing Agent
Accounting Dept.
22 Masonic St., Suite 302
New London 06320

Jock Shop
Attn: Bankruptcy Desk/Managing Agent
5785 W. Sahara Blvd.
Las Vegas NV 89146

Joe AND Carol Ott
Attn: Bankruptcy Desk/Managing Agent
621 Shawow Mountain Drive
Kingman AZ 86401

Joe Turner Customer Service
Attn: Bankruptcy Desk/Managing Agent
Consulting
3525 Sandybrook Lane
Napa CA 94558

Joel Payne Associates
Attn: Bankruptcy Desk/Managing Agent
2880 E. Flamingo Rd. Ste E
Las Vegas NV 89121

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Joe's Carpet
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3423
Kingman AZ 86402

John A. Dorsett
Attn: Bankruptcy Desk/Managing Agent
2900 el Camino #243
Las Vegas NV 89102

John Accardi
Attn: Bankruptcy Desk/Managing Agent
362 Randoever St.
Las Vegas NV 89148

John and Marie Venteau
Attn: Bankruptcy Desk/Managing Agent
PO Box 713
Mattituck NY 11952

John Brown Fabrics
Attn: Bankruptcy Desk/Managing Agent
11427 North Hwy. 59
Gravette 72736

John Burwell
Attn: Bankruptcy Desk/Managing Agent
14330 Hill Prince
San Antonio TX 78248

John C. Jones
Attn: Bankruptcy Desk/Managing Agent
3633 Lily Haven Ave
Las Vegas NV 89120

John Caso
Attn: Bankruptcy Desk/Managing Agent
5304 Coral Gables
Las Vegas NV 89130

John Chapman Land Plan
Attn: Bankruptcy Desk/Managing Agent
4 Corporate Plaza, Suite 202
Newport Beach CA 92660

John Charles Designs, Inc.
Attn: Bankruptcy Desk/Managing Agent
6600 Caballero Blvd.
Buena Park CA 90620

John D Brown
Attn: Bankruptcy Desk/Managing Agent
7450 S. Eastern Ave #2081
Las Vegas NV 89123

John E. Hampton & Associates
Attn: Bankruptcy Desk/Managing Agent
Attonreys & Consultants at Law
8235 Douglas Ave, Suite 1300
Dallas TX 75225

John Fratut
Attn: Bankruptcy Desk/Managing Agent
492 Via Stretto Ave
Henderson NV  89015-0838

John Hancock
Attn: Bankruptcy Desk/Managing Agent
Freedom 529 emp code 10471
P.O.Box 17603
Baltimore MD 21297-1603

John Hanna & Associates,inc
Attn: Bankruptcy Desk/Managing Agent
444South  Cedros Ave#260
Solana Beach CA 92075

John J. Smith
Attn: Bankruptcy Desk/Managing Agent
Jim Smith
9159 W. Flamingo
Suite 100
Las Vegas NV 89147

John K. Mangum, P.C.
Attn: Bankruptcy Desk/Managing Agent
318 West Roosevelt Street
Phoenix AZ 85003

John Mamuscia
Attn: Bankruptcy Desk/Managing Agent
2360 S. Emerson St.
Denver CO 80210

John Pappageorge Consulting
Attn: Bankruptcy Desk/Managing Agent
3445 Westwind Rd
Las Vegas NV 89146

John R. Cooper
Attn: Bankruptcy Desk/Managing Agent
3396 Skyline View DR
Reno 89509

John R. Obiniana
Attn: Bankruptcy Desk/Managing Agent
6455 Lake Scene Street
Las Vegas NV 89148

John Woodbury
Attn: Bankruptcy Desk/Managing Agent
Ambient Image, Inc
PO Box 26464
Las Vegas NV 89126

Johnson Electric
Attn: Bankruptcy Desk/Managing Agent
Pat Raebell
3874 Silvestri Lane
Las Vegas NV 89120

Johnstone Supply
Attn: Bankruptcy Desk/Managing Agent
2314 Western Ave
Las Vegas NV 89102-4803

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

Jolley Urga Wirth & Woodbury
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Hughes Parkway
Wells Fargo Tower 16th Floor
Las Vegas NV 89169

Jones Media Inc
Attn: Bankruptcy Desk/Managing Agent
Mary Mahoney
4145 West Teco Avenue
Las Vegas NV 89118

Jones Paint & Glass, Inc.
Attn: Bankruptcy Desk/Managing Agent
122 S. 1200 East
St. George UT 84790

Jones Vargas, Inc.
Attn: Bankruptcy Desk/Managing Agent
3773 Howard Hughes Pkwy 3rd Fl
Las Vegas NV 89109

Jongluck Mutrais
Attn: Bankruptcy Desk/Managing Agent
415 South Crest Road
Orange CA 92868

Jordan Engineering Group
Attn: Bankruptcy Desk/Managing Agent
4908 East McDowell Rd
Suite 103
Phoenix AZ 85008

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
Mike Nester
P.O. Box 24755
Tempe AZ 85285-4755

Jorge C. Zepeda
Attn: Bankruptcy Desk/Managing Agent
5208 Mountain View Drive
Las Vegas NV 89146

Joseph & Kristen Dodd
Attn: Bankruptcy Desk/Managing Agent
3782 Riley Ann Ave
Las Vegas NV 89139

Joseph & Lentz
Attn: Bankruptcy Desk/Managing Agent
3027 E. Warm Springs Rd.  #200
Las Vegas NV 89120

Joseph & Sharon Kwok
Attn: Bankruptcy Desk/Managing Agent
860 Meridian Bay Lane #223
Foster City CA 94404

Joseph E. Faris
Attn: Bankruptcy Desk/Managing Agent
Assistant
1359 Rimrock Drive
San Jose CA 95120

Joseph Elias
Attn: Bankruptcy Desk/Managing Agent
1359 Rimrock Drive
San Jose CA 95120

Joseph J. Lach, Jr.
Attn: Bankruptcy Desk/Managing Agent
5012 Hollywood Road
North Las Vegas NV 89031

Joseph Kithas & Patricia Moisa
Attn: Bankruptcy Desk/Managing Agent
222-2 Big Horn Dr
Boulder City AZ 89005

Joseph M. Munoz
Attn: Bankruptcy Desk/Managing Agent
2 Brandermill Drive
Henderson NV 89052

Joshua A.Hambarian and
Attn: Bankruptcy Desk/Managing Agent
Nicholas Hambarian
2735 Camino Del Mar
Del Mar CA 92014

Joshua Grantz
Attn: Bankruptcy Desk/Managing Agent
1008 Bannockburn Street
Las Vegas NV 89145

Joshua Igeleke, Jr.
Attn: Bankruptcy Desk/Managing Agent
2705 Kingclaven Drive
Henderson NV  89044

Journey's Appliance Repairs
Attn: Bankruptcy Desk/Managing Agent
4301 S.ValleyView Blvd. Unit 14
Las Vegas NV 89103

Joven Cruz
Attn: Bankruptcy Desk/Managing Agent
8042 Cantaloupe Ave
Panorama City CA 91402

Joyce Leung
Attn: Bankruptcy Desk/Managing Agent
383 Harpers Ferry Avenue
Las Vegas NV 89148

Joyce Parco
Attn: Bankruptcy Desk/Managing Agent
9241 Tulip Trestle Avenue
Las Vegas NV 89148

JPL Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
8620 South Eastern Avenue
Suite 8
Las Vegas NV 89123

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                          Served 4/17/2009

JS Pest Control
Attn: Bankruptcy Desk/Managing Agent
3157 N. Rainbow Blvd. #568
Las Vegas NV 89108-4578

Juana E. Araiza
Attn: Bankruptcy Desk/Managing Agent
476 Via Palermo Dr.
Henderson NV 89011

Judith Langen
Attn: Bankruptcy Desk/Managing Agent
10141 Somerdale Cy
Las Vegas NV 89148

Judy Nelson
Attn: Bankruptcy Desk/Managing Agent
4052 Monthill Ave.
Las Vegas NV 89121

Juice Media LLC
Attn: Bankruptcy Desk/Managing Agent
7433 Cleghorn Canyon Way
Las Vegas NV 89113

Julio Mendoza
Attn: Bankruptcy Desk/Managing Agent
ReMax Olson & Associates
11141 Tampa Avenue
Northridge CA 91326

Jumpstart Heavy Equipment
Attn: Bankruptcy Desk/Managing Agent
Glen A. Jones
625 Ebbcreek Drive #D
Corona CA 92880

Just Because Gifts
Attn: Bankruptcy Desk/Managing Agent
3924 Diamond Ridge St
Las Vegas NV 89129

Just Blueprints
Attn: Bankruptcy Desk/Managing Agent
3142 Stockton Hill Road
Kingman AZ 86401

Justin & Jaynell Chambers
Attn: Bankruptcy Desk/Managing Agent
Justin cell
1812 Stockton Hill Road
Kingman AZ 86401

Juvenile Diabetes Research
Attn: Bankruptcy Desk/Managing Agent
Foundation
5542 S. Fort Apache Rd Suite 120
Las Vegas NV 89148

JW Zunino & Associates
Attn: Bankruptcy Desk/Managing Agent
3191 S. Jones Blvd
Las Vegas NV 89146

JWilliams Staffing
Attn: Bankruptcy Desk/Managing Agent
19762 Mac Arthur Blvd.
Suite 120
Irvine CA 92612

K & K Door & Trim
Attn: Bankruptcy Desk/Managing Agent
Roy Hester
5620 Cameron Street Suite E
Las Vegas NV 89118

K & K Plastering
Attn: Bankruptcy Desk/Managing Agent
5795 Rogers Street
Las Vegas NV 89118

K & K Printing
Attn: Bankruptcy Desk/Managing Agent
8665 West Flamingo Road, #2000
Las Vegas NV 89147

K&D CONSTRUCTION
Attn: Bankruptcy Desk/Managing Agent
4367 W. Sunset Road
Building G Suite A
Las Vegas NV 89118

K. Brinkerhoff Enterprises
Attn: Bankruptcy Desk/Managing Agent
6998 Stone Meadows Avenue
Las Vegas NV 89142

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

K.D International
Attn: Bankruptcy Desk/Managing Agent
4939 Kaibab Forest Ave
Las Vegas NV 89141

Kachina Heat Transfer, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 41115
Phoenix AZ 85080-1115

Kamer Zucker Abbott
Attn: Bankruptcy Desk/Managing Agent
Attorneys-at-Law
3000 W. Charleston Blvd. Ste 3
Las Vegas NV 89102

Karen Luckey
Attn: Bankruptcy Desk/Managing Agent
313 Firestone Dr.
Las Vegas NV 89145-4087

Karey Gottschall
Attn: Bankruptcy Desk/Managing Agent
324 Summer Palace Way
Las Vegas NV 89144

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Kashwere Comforts
Attn: Bankruptcy Desk/Managing Agent
19749 Bahama Street
Northridge CA 91324

Kathleen Mullinnix
Attn: Bankruptcy Desk/Managing Agent
4 Oro  Valley Dr ive
Henderson NV 89052

Kathy Bie-Shia & Richard C Chu
Attn: Bankruptcy Desk/Managing Agent
7681 River Mist Court
Las Vegas NV 89113


KATONAH IX CLO LTD
Attn: Bankruptcy Desk/Managing Agent
Jack Stack
295 Madison Avenue
New York , N.Y. 10017

KATONAH VII LTD
Attn: Bankruptcy Desk/Managing Agent
Jack Stack
295 Madison Avenue
New York , N.Y. 10017

Kaufman, Kaufman & Associates
Attn: Bankruptcy Desk/Managing Agent
PC Trust Account
2000 S. Eastern Avenue
Las Vegas NV 89104


Kaura Heinemann
Attn: Bankruptcy Desk/Managing Agent
7835 So. Rainbow Blvd #4-21
Las Vegas NV  89139

KB Home Nevada Inc
Attn: Bankruptcy Desk/Managing Agent
5655 Badura Ave.
Las Vegas NV 89118

KBC FINANCL PROD CAYMAN IS LTD
Attn: Bankruptcy Desk/Managing Agent
Stephen King
140 East 45th Street, 4th Fl
New York, NY 10017


KBI
Attn: Bankruptcy Desk/Managing Agent
dba Action Crushing
931 American Pacific Dr 107
Henderson NV  89014

KBI Concrete
Attn: Bankruptcy Desk/Managing Agent
5201 S. Polaris
Las Vegas NV 89118

KDT Construction
Attn: Bankruptcy Desk/Managing Agent
5130 S Valley View Blvd #110
Las Vegas NV  89118


Keadrick D.  Washington
Attn: Bankruptcy Desk/Managing Agent
Washington Financial
3129 S. Hacienda Blvd. Ste 301
Hacienda Heights CA 91745-3604

Keep Memory Alive
Attn: Bankruptcy Desk/Managing Agent
9101 West Sahara Ave
PMB 105-177
Las Vegas NV 89117

Keller Equipment Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60485
Phoenix AZ 85082-0485


Keller Williams Realty
Attn: Bankruptcy Desk/Managing Agent
4652 Hollywood Blvd.
Los Angeles CA 90027

Kellogg-Cutler-Yenchek
Attn: Bankruptcy Desk/Managing Agent
Bobbie Smith
Insurance Services
330 E. Charleston Blvd.
Las Vegas NV 89104

Kelly Ortiz
Attn: Bankruptcy Desk/Managing Agent
178 Tamarron Cliffs Street
Las Vegas NV 89148-2794


Kelly's Pipe & Supply Co., Inc
Attn: Bankruptcy Desk/Managing Agent
2124 Industrial Road
Las Vegas NV 89114

Ken Earl
Attn: Bankruptcy Desk/Managing Agent
9741 Red Bear Ct.
Las Vegas NV 98117

Ken Sachs
Attn: Bankruptcy Desk/Managing Agent
7113 Honeysuckle Ct
Las Vegas NV 89119


Kenneth A Seltzer, CPA
Attn: Bankruptcy Desk/Managing Agent
17 Candlewyck Drive
Henderson NV  89052

Kenneth Flynn
Attn: Bankruptcy Desk/Managing Agent
6954 Emerald Spring
Las Vegas NV 89113

Kenny Van Hoang
Attn: Bankruptcy Desk/Managing Agent
& Huynh Chi Kim
2133 Carobwood Ln
San Jose CA 95132-1213

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                          Served 4/17/2009

Keno-AM Las Vegas
Attn: Bankruptcy Desk/Managing Agent
8755 W. Flamingo Rd.
Las Vegas NV 89147

Kent's Glass & Mirror Inc.
Attn: Bankruptcy Desk/Managing Agent
3140 Polaris #38
Las Vegas NV 89102

Kevin L. Crook Architect, Inc
Attn: Bankruptcy Desk/Managing Agent
1360 Reynolds Ave.
Suite 110
Irvine 92614

KGMN-FM
Attn: Bankruptcy Desk/Managing Agent
New West Broadcasting
812 E. Beale St.
Kingman AZ 86401

KI
Attn: Bankruptcy Desk/Managing Agent
600 Townsend Street #100 West
San Francisco CA 94103

Kids to Kids Spread the Word
Attn: Bankruptcy Desk/Managing Agent
Nevada
260 East Desert Rose Drive
Henderson NV  89015

Kiesling Hess Finishing
Attn: Bankruptcy Desk/Managing Agent
Kim Applegate
13205 Estrella Avenue
Gardena CA 90248

Kim DeChirico
Attn: Bankruptcy Desk/Managing Agent
1908 Placid Ravine
Las Vegas NV 89117

Kim Horn
Attn: Bankruptcy Desk/Managing Agent
112 Union Street
Suite A
Prescott AZ 86303

Kim Rapp
Attn: Bankruptcy Desk/Managing Agent
333 Pleasant Summit Drive
Henderson NV  89012

Kimberly Rombardo
Attn: Bankruptcy Desk/Managing Agent
157 Crooked Tree Way
Las Vegas NV  89148

Kimley-Horn & Associates
Attn: Bankruptcy Desk/Managing Agent
2080 Flamingo Rd
Ste 210
Las Vegas NV 89119

Kingman Auto Supply
Attn: Bankruptcy Desk/Managing Agent
2595 Airfield Ave.
Kingman AZ 86401

Kingman AZ Area Chamber of Comm.
Attn: Bankruptcy Desk/Managing Agent
120 W. Andy Devine
P.O. Box 1150
Kingman AZ 86401

Kingman AZ Auto Supply
Attn: Bankruptcy Desk/Managing Agent
2595 Airfield Ave
Kingman, AZ  86401

Kingman AZ Auto Supply Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2910 Airfield
Kingman AZ 86401

Kingman AZ Boys & Girls Club
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4362
301 N. 1st Street
Kingman AZ 86402

Kingman AZ Daily Miner
Attn: Bankruptcy Desk/Managing Agent
3015 Stockton Hill Road
Kingman AZ 86401

Kingman AZ High School Band
Attn: Bankruptcy Desk/Managing Agent
Attn: Mr. Hernandez
4182 North Bank Street
Kingman AZ 86409

Kingman AZ Newspapers
Attn: Bankruptcy Desk/Managing Agent
3015 Stockton Hill Rd.
Kingman AZ 86401

Kingman AZ Regional Med. Found.
Attn: Bankruptcy Desk/Managing Agent
3269 Stockton Hill Road
Kingman AZ 86401

Kingman AZ Tools Plus
Attn: Bankruptcy Desk/Managing Agent
532 E. Beale St.
Kingman AZ 86401

Kingman AZ True Value Home Center
Attn: Bankruptcy Desk/Managing Agent
3633 Stockton Hill Rd.
Kingman AZ 86401

Kingman/Golden Valley MLS
Attn: Bankruptcy Desk/Managing Agent
1923 Kino
Kingman AZ 86401

KINGSLAND I,LTD
Attn: Bankruptcy Desk/Managing Agent
1325 Avenue of the Americas,
27th Floor
Scottsdale AZ 85267-3239

KINGSLAND I,LTD
Attn: Bankruptcy Desk/Managing Agent
Daniel Giglio
1325 Avenue of the Americas, 27th Floor
New York, NY 10019

Kinkade Appraisal
Attn: Bankruptcy Desk/Managing Agent
5757 N. Tee Pee Lane
Las Vegas NV 89149

Kinko's
Attn: Bankruptcy Desk/Managing Agent
4750 West Sahara Avenue
Las Vegas NV

Kirco Electric
Attn: Bankruptcy Desk/Managing Agent
2016 Detroit Ave.
Kingman AZ 86401

Kirk Jue
Attn: Bankruptcy Desk/Managing Agent
2336 28th Street #D
Santa Monica CA 90405

KirkLand Development LLC
Attn: Bankruptcy Desk/Managing Agent
155 Wentworth Drive
Henderson NV  89074

Kirsh Media Group
Attn: Bankruptcy Desk/Managing Agent
700 South Third St.
Las Vegas NV 89101

KJUL-FM 104.3
Attn: Bankruptcy Desk/Managing Agent
1455 Tropicana   Ste 800
Las Vegas NV 89119

KKB Cleaning Service Inc
Attn: Bankruptcy Desk/Managing Agent
Scott Gershman
P.O.Box 370597
Las Vegas NV 89137-0597

KKE Architects
Attn: Bankruptcy Desk/Managing Agent
300 First Ave N. #500
400 N. Stephanie
Suite 245
Henderson NV  89014

KKLZ 96.3 fm Corp.
Attn: Bankruptcy Desk/Managing Agent
1455 E. Tropicana
Suite 800
Las Vegas NV 89119

KLAS
Attn: Bankruptcy Desk/Managing Agent
3228 Channel 8 Drive
Las Vegas NV 89109

KLVX
Attn: Bankruptcy Desk/Managing Agent
Attn: Kurt Mische
4210 Channel 10 Drive
Las Vegas NV 89119

KMR, Aviation, Inc.
Attn: Bankruptcy Desk/Managing Agent
1150 S. Vineyard
Ontario CA 91761

KMXB FM
Attn: Bankruptcy Desk/Managing Agent
PO Box 100111
Pasadena CA 91189-0111

Knight Electric
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest Rd, Suite P
Henderson NV  89074

Knight Fire Protection
Attn: Bankruptcy Desk/Managing Agent
Shane Dowdy
2101 Western Avenue
Las Vegas NV 89102

Knox Company
Attn: Bankruptcy Desk/Managing Agent
1601 W.Deer Valley Road
Phoenix AZ 85027

Koch & Scow, LLC
Attn: Bankruptcy Desk/Managing Agent
11500 Eastern Avenue
Suite 110
Henderson NV  56052
Henderson NV  56052

Kohler Rental Power, Inc.
Attn: Bankruptcy Desk/Managing Agent
444 Highland Drive
7766 Collection Center Dr.
Suite 714
Chicago IL 60693

Kolob Industries, Inc.
Attn: Bankruptcy Desk/Managing Agent
5841 E. Charleston Blvd.
#230-350
Las Vegas NV 89142

KOMP FM
Attn: Bankruptcy Desk/Managing Agent
Juliette Stern
Lotus Broadcasting Corp.
4660 South Decatur
Las Vegas NV 89103

Kosaka Design
Attn: Bankruptcy Desk/Managing Agent
115 West Micheltorena St. Suite B
Santa Barbara CA 93101

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                          Served 4/17/2009

KQAS-FM
Attn: Bankruptcy Desk/Managing Agent
2725 E. Desert Inn Rd., Suite 180
Las Vegas NV 89121

Kravet
Attn: Bankruptcy Desk/Managing Agent
Ellen
c/o Ellen Powell Assoc.
939 15th Street # 11
Santa Monica CA 90403

Kristen Ross
Attn: Bankruptcy Desk/Managing Agent
7240 Rogers Street
Las Vegas NV 89118

Kristoffer John Parel
Attn: Bankruptcy Desk/Managing Agent
4561 Tara Drive
Encino CA91436

Kristy Spackman
Attn: Bankruptcy Desk/Managing Agent
8615 Cherry Creek Court
Wichita 67207

Kritsada & Nitaya Bujadham
Attn: Bankruptcy Desk/Managing Agent
1107 E. Tropicana Blvd.
Las Vegas NV 89119

KRLV AM
Attn: Bankruptcy Desk/Managing Agent
5010 South Spencer Street
Las Vegas NV 89119

KRMC Foundation
Attn: Bankruptcy Desk/Managing Agent
3269 Stockton Hill Rd.
Kingman AZ 86409

KSTJ-FM
Attn: Bankruptcy Desk/Managing Agent
1455 E. Tropicana #800
Las Vegas NV 89119

KTGY Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
17922 Fitch
Irvine CA 92614

Kummer Kaempfer Bonner &
Attn: Bankruptcy Desk/Managing Agent
Renshaw, Inc
3800 Howard Hughes Pkwy.
Las Vegas NV 89109

Kurt Torneslog
Attn: Bankruptcy Desk/Managing Agent
5606 West Collins
Golden Valley AZ 86413

Kustom Kings Inc.
Attn: Bankruptcy Desk/Managing Agent
5580 S. Decatur Blvd
Las Vegas NV 89118

KVBC-TV3
Attn: Bankruptcy Desk/Managing Agent
1500 Foremaster Lane
Las Vegas NV 89101

Kwok Kan Chan
Attn: Bankruptcy Desk/Managing Agent
16W. 16th St.
APT 7PN
New York 10011

KXPT FM-Lotus Broadcasti
Attn: Bankruptcy Desk/Managing Agent
Juliette Stern
8755 W. Flamingo Rd.
Las Vegas NV 89147

Kyle Moyer & Company, LLC
Attn: Bankruptcy Desk/Managing Agent
7525 East Camelback Rd.
Suite 104
Scottsdale AZ 85251

Kyle Yahiro-Okino
Attn: Bankruptcy Desk/Managing Agent
9050 W Tropicana Ave #1156
Las Vegas NV 89147

KZKE - FM
Attn: Bankruptcy Desk/Managing Agent
812 East Beale Street
Kingman AZ 86401

L & R Trucking
Attn: Bankruptcy Desk/Managing Agent
3655 Hodges Rd
Kingman AZ 86409

L & S Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
L & S Mechanical
290 Sunpac Ave
Henderson NV  89015

L.T.R.D. Corporation
Attn: Bankruptcy Desk/Managing Agent
3531 E Russell Road Ste G
Las Vegas NV 89120

L.V. Chamber of Commerce
Attn: Bankruptcy Desk/Managing Agent
Lana Woodward
3720 Howard Hughes Parkway
Las Vegas NV  89109-0937

La Jolla Pacific
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine CA 92618

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                          Served 4/17/2009

La Quinta Inn & Suites
Attn: Bankruptcy Desk/Managing Agent
7101 Cascade Valley Court
Las Vegas NV 89128

Lab Safety Supply,Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5004
Janesville WI 53547-5004

Labor Express
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 15000
Chandler AZ 85244-5000

Labor Ready Temporary SW
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 31001-0257
Pasadena CA 91110-0257

Labor Systems
Attn: Bankruptcy Desk/Managing Agent
PO Box 1205
Chandler AZ 85244-1205

Laguna Geosciences, Inc.
Attn: Bankruptcy Desk/Managing Agent
31642 Sp. Pacific Hwy. #100
Laguna Beach CA 92651

Leisure Cooney Outdoor
Attn: Bankruptcy Desk/Managing Agent
1302 West Camelback Road
Phoenix AZ 85013

Lake & Cobb PLC
Attn: Bankruptcy Desk/Managing Agent
10429 S. 51st St.
Suite 215
Phoenix AZ 85044

Lake Ridge Realty
Attn: Bankruptcy Desk/Managing Agent
Cheryl Williams
P. O. Box 21865
Bullhead City AZ 86439

Lamar Companies
Attn: Bankruptcy Desk/Managing Agent
Monica
PO Box 96030
Baton Rouge LA 70896

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
Gail Forman/6340 S.Sandhill Rd
Attn: Accounts Receivable
20250 Plummer Street
Chatsworth CA 91311

Land America Account Servicing
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 2986
Phoenix AZ 85062

Land Title of Nevada
Attn: Bankruptcy Desk/Managing Agent
Susan Coleman
P.O. Box 26239
Las Vegas NV 89126

Landaco Landscaping & Grading
Attn: Bankruptcy Desk/Managing Agent
Vance
4660 S. Polaris
Las Vegas NV 89103-5615

LandAmerica Transnation
Attn: Bankruptcy Desk/Managing Agent
1316 Stocton Hill Road
Kingman AZ 86401

Landiscor Aerial Information
Attn: Bankruptcy Desk/Managing Agent
John Lloyd
P. O Box 98309
Phoenix AZ 85038-8309

Landmark Books, LLC
Attn: Bankruptcy Desk/Managing Agent
1601 Cloverfield Boulevard
2nd Floor, South Tower
Santa Monica CA 90404

LANDMARK CDO LIMITED
Attn: Bankruptcy Desk/Managing Agent
John D'Angelo
6 Lanmark Square
Stamford CT

Landscape Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
35 W. Mayflower Avenue
North Las Vegas NV 89030

Landscapes Unlimited, LLC
Attn: Bankruptcy Desk/Managing Agent
Southwest Regional Office
8145 East Evans Rd. Ste 7
Scottsdale AZ 85260

Landslide Stretegic Media, LLC
Attn: Bankruptcy Desk/Managing Agent
8408 E. Redwing Road
Scottsdale AZ 85250

Lane Furniture Ind., Inc.
Attn: Bankruptcy Desk/Managing Agent
5380 Hwy 145
P.O. Box 1627
Tupelo MS 38802

Langford Crane Service
Attn: Bankruptcy Desk/Managing Agent
6130 W. Tropicana PMB#218
Las Vegas NV 89103

Language Learning Enterprises
Attn: Bankruptcy Desk/Managing Agent
2654 Valley Ave.
Suite J
Winchester VA 22601

Lani B. Misalucha
Attn: Bankruptcy Desk/Managing Agent
7115 Mountain Den Avenue
Las Vegas NV 89179

Laptop City Online
Attn: Bankruptcy Desk/Managing Agent
1391 N. Military Trail
West Palm Beach FL 33409

Larry Blackwell
Attn: Bankruptcy Desk/Managing Agent
3987 Topawa Drive
Las Vegas NV 89103

Larry D. Nolan
Attn: Bankruptcy Desk/Managing Agent
HC 37, Box 2087
Dolan Springs AZ 86441

Larry Errthum
Attn: Bankruptcy Desk/Managing Agent
11243 Fiefole
Las Vegas NV 89141

Larry Sip
Attn: Bankruptcy Desk/Managing Agent
1008 Kanavi Way
Ivins UT 84738

Larry's Towing & Transport
Attn: Bankruptcy Desk/Managing Agent
6800 W. Gary Ave
Las Vegas NV 89139

Larson & Associates
Attn: Bankruptcy Desk/Managing Agent
4058 S. Industrial Road
Las Vegas NV 89103

LAS Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
856 E. Sahara #201
Las Vegas NV 89104

Las Vegas Billboards
Attn: Bankruptcy Desk/Managing Agent
5665 S. Valley View Blvd#4
Las Vegas NV 89119

Las Vegas Customs
Attn: Bankruptcy Desk/Managing Agent
Redline Motorsports, Inc.
4881 W Hacienda Ave #2
Las Vegas NV 89118

Las Vegas Life, LLC
Attn: Bankruptcy Desk/Managing Agent
A Greenspun Media Group Pub.
2290 Corporate Circle, Suite 250
Henderson NV 89074

Las Vegas Magazine
Attn: Bankruptcy Desk/Managing Agent
Showbiz Weekly, Inc.
2290 Corporate Circle Suite 250
Henderson NV 89074

Las Vegas Municipal Court
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 9855
Las Vegas NV 89193

Las Vegas NV 51's Baseball
Attn: Bankruptcy Desk/Managing Agent
850 Las Vegas Blvd. North
Las Vegas NV 89101

Las Vegas NV Art Museum
Attn: Bankruptcy Desk/Managing Agent
9600 West Sahara
Las Vegas NV 89117

Las Vegas NV Chamber of Commerce
Attn: Bankruptcy Desk/Managing Agent
Attn: Sales Department
3720 Howard Hughes Parkway
Las Vegas NV 89109-0937

Las Vegas NV Chinese Daily News
Attn: Bankruptcy Desk/Managing Agent
4215 Spring Mountain Road
Suite B-208A
Las Vegas NV 89102

Las Vegas NV Clark County
Attn: Bankruptcy Desk/Managing Agent
Library District
833 Las Vegas NV Blvd North 4th Floo
Las Vegas NV 89101

Las Vegas NV Color Graphics, Inc.
Attn: Bankruptcy Desk/Managing Agent
4265 W Sunset Road
Las Vegas NV 89118

Las Vegas NV DVD Transfer Co.
Attn: Bankruptcy Desk/Managing Agent
Rens Swann
6732 W. Oak Valley Dr.
Las Vegas NV 89103

Las Vegas NV Electric
Attn: Bankruptcy Desk/Managing Agent
3305 Meade Avenue
Las Vegas NV 89102

Las Vegas NV Entertainment
Attn: Bankruptcy Desk/Managing Agent
Productions
4990 Paradise Rd.,Ste 103
Las Vegas NV 89119

Las Vegas NV Justice Court
Attn: Bankruptcy Desk/Managing Agent
200 Lewis Avenue
Las Vegas NV 89155

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Las Vegas NV Neurosurgery
Attn: Bankruptcy Desk/Managing Agent
Orthopaedics & Rehabilitation
501 S. Rancho Dr. I-67
Las Vegas NV 89106

Las Vegas NV Office Furniture
Attn: Bankruptcy Desk/Managing Agent
7370 S. Industrial Road Ste 405
Las Vegas NV 89139

Las Vegas NV Reprographics
Attn: Bankruptcy Desk/Managing Agent
5329 S. Cameron
Suite 112
Las Vegas NV 89118

Las Vegas NV Shed Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 36790
Las Vegas NV 89133-6790

Las Vegas NV Southwest Rotary Clu
Attn: Bankruptcy Desk/Managing Agent
PO Box 70126
University Station
Las Vegas NV 89170-0126

Las Vegas NV Stile
Attn: Bankruptcy Desk/Managing Agent
# 8 Red Fawn Court
Henderson NV 89074

Las Vegas NV Underground
Attn: Bankruptcy Desk/Managing Agent
5790 Wynn Road Suite 2
Las Vegas NV 89118

Las Vegas NV Valley Water D
Attn: Bankruptcy Desk/Managing Agent
Customer Service
1001 South Valley View Blvd
Attn:Remittance Processing
Las Vegas NV 89153

Las Vegas Paving
Attn: Bankruptcy Desk/Managing Agent
4420 S. Decatur
Las Vegas NV 89103

Las Vegas Publications, LLC
Attn: Bankruptcy Desk/Managing Agent
8689 W. Sahara Ave
Suite 260
Las Vegas NV 89117

Las Vegas Review Journal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 70
Las Vegas NV 89125

Las Vegas Toilet Rentals
Attn: Bankruptcy Desk/Managing Agent
2069 N. Christy Lane
Las Vegas NV 89156

Laser Printer Specialist
Attn: Bankruptcy Desk/Managing Agent
4625 Wynn Road  #104
Las Vegas NV 89103

Laser World
Attn: Bankruptcy Desk/Managing Agent
1517 W. Oakey Blvd.
Las Vegas NV 89102

Lasting Impressions
Attn: Bankruptcy Desk/Managing Agent
7777 Hauck Street
Las Vegas NV 89139

LasVegas.com
Attn: Bankruptcy Desk/Managing Agent
Monica Peterson
1111 W. Bonanza Road
Las Vegas NV 89125-0070

Latham & Watkins LLP
Attn: Bankruptcy Desk/Managing Agent
633 West Fifth Street
Suite 4000
Los Angeles CA 90071-2007

LATITUDE CLO I
Attn: Bankruptcy Desk/Managing Agent
Charles Strause
1850 Gateway Drive  Suite 650
San Mateo, Ca, 94404

Lavelle & Johnson, P.C.
Attn: Bankruptcy Desk/Managing Agent
Lakes Business Park
8831 W. Sahara
Las Vegas NV 89117

Lawrence Wiezien, Inc.
Attn: Bankruptcy Desk/Managing Agent
30131 Town Center Drive
Suite 268
Laguna Niguel CA 92677-2082

Layne Christensen Company
Attn: Bankruptcy Desk/Managing Agent
12030 E. Riggs Road
Chandler AZ 85249-3701

Layton Technology, Inc.
Attn: Bankruptcy Desk/Managing Agent
3710 Corporex Park Dr Ste 100
One Tampa City Center
Suite 2500
Tampa FL 33602

LB Furniture Industries, LLC
Attn: Bankruptcy Desk/Managing Agent
Linda Schatz
99 South Third Street
Hudson NY 12534

LCSC Seller Finance
Attn: Bankruptcy Desk/Managing Agent
Office
Collection Account
3637 Sentara Way, Ste 303
Virginia Beach VA 23452

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Leach, Johnson, Song & Gruchow
Attn: Bankruptcy Desk/Managing Agent
5495 S. Rainbow Blvd. #202
Las Vegas NV 89118

Lear & Lear LLP Law Offices
Attn: Bankruptcy Desk/Managing Agent
299 S.Main Ste 2200
808 E. South Temple
Salt Lake City UT 84102

Learning Assessment Partners
Attn: Bankruptcy Desk/Managing Agent
1325 Airmotive Way
Suite #160
Reno NV 89502

Learning for Life
Attn: Bankruptcy Desk/Managing Agent
Attn: Sponsorships
7220 South Paradise Road
Las Vegas NV 89119

LeClairRyan,a Professional Crp
Attn: Bankruptcy Desk/Managing Agent
Riverfront Plaza, East Tower
951 E. Byrd Street - Eighth Floor
Richmond VA 23219

Lee & Russell Client Trust Acc
Attn: Bankruptcy Desk/Managing Agent
Tax ID # 06-1663241
7575 Vegas Drive, Ste 150
Las Vegas NV 89128

Lee & Russell, APC
Attn: Bankruptcy Desk/Managing Agent
7575 Vegas Drive
Suite 150
Las Vegas NV 89128

Lee Jofa
Attn: Bankruptcy Desk/Managing Agent
225 Central Avenue South
Bethpage NY 11714

Lee, Hernandez, Kelsey, Brooks, Garofalo & Blake
Attn: Bankruptcy Desk/Managing Agent
c/o David Lee, Esq.
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128

Lee,Hernandez,Kelsey,Brooks
Attn: Bankruptcy Desk/Managing Agent
Garofalo, & Blake
7575 Vegas Drive #150
Las Vegas NV 89128

Legacy Construction
Attn: Bankruptcy Desk/Managing Agent
4339 No. Rancho Rd.
Las Vegas NV 89

Legacy Homes Realty, Inc.
Attn: Bankruptcy Desk/Managing Agent
3700 San Pablo Ave
Suite B-5
Hercules CA 94547

Legal Document Solutions
Attn: Bankruptcy Desk/Managing Agent
710 South 8th Street
Las Vegas NV 89101

Legal Ease of Nevada
Attn: Bankruptcy Desk/Managing Agent
211 North Buffalo Drive, Suite C
Las Vegas NV 89145

Legend Ranch POA
Attn: Bankruptcy Desk/Managing Agent
1834 Highway 95
Bullhead City AZ 86442

Legend Windows for the West
Attn: Bankruptcy Desk/Managing Agent
8050 S. Arville, #101
Las Vegas NV 89139

LEHMAN COMMERCIAL PAPER INC.
Attn: Bankruptcy Desk/Managing Agent
Bradley Sweeney
745 Seventh Avenue
New York NY 10019

Leibowitz Shumaker Berger
Attn: Bankruptcy Desk/Managing Agent
& Rubens LLP
201 North Civic Drive, Suite 180
Walnut Creek CA 94596-8226

Lending Team Mortgage
Attn: Bankruptcy Desk/Managing Agent
Sanny Lam
3000 Alemany Blvd
San Francisco CA 94112

Leonard & Betsy Rhodes
Attn: Bankruptcy Desk/Managing Agent
Living Trust
3024 Highland Falls
Las Vegas NV 89134

Leonard & Jennifer Taylor
Attn: Bankruptcy Desk/Managing Agent
4925 Woody Valley St
North Las Vegas NV 89031

Leonard Rasho
Attn: Bankruptcy Desk/Managing Agent
20262 Via Cellini
Porter Ranch CA 91326

Leonard, Dicker & Schreiber, LLP
Attn: Bankruptcy Desk/Managing Agent
c/o Michael Rogers, Esq.
9430 Olympic Boulevard #400
Beverly Hills, CA 90212-4519

Leopoldo M. Asuncion
Attn: Bankruptcy Desk/Managing Agent
242 Angels Trace Court
Las Vegas NV  89148

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Lerna Wending
Attn: Bankruptcy Desk/Managing Agent
190 Chadwell Ct
Henderson NV 89074

Leroy's Ace Hardware
Attn: Bankruptcy Desk/Managing Agent
4550 Stockton Hill Rd
Kingman AZ 86401

Leticia Watson
Attn: Bankruptcy Desk/Managing Agent
10-734 Dabney Drive # 57
San Diego CA 92126

Letizia Ad Team
Attn: Bankruptcy Desk/Managing Agent
8010 W. Sahara Ave.Suite 260
Las Vegas NV 89117

Leverage Communications
Attn: Bankruptcy Desk/Managing Agent
INC.
3111 South Valley View    INC
# E108
Las Vegas NV 89102

Levitz
Attn: Bankruptcy Desk/Managing Agent
91 S. Martin Luther King Blvd.
Las Vegas NV 89106-4340

Lewis M Etcoff, Ph.D., P.C.
Attn: Bankruptcy Desk/Managing Agent
8475 S. Eastern
Suite 205
Las Vegas NV 89123

LGS Architects-Nevada
Attn: Bankruptcy Desk/Managing Agent
2444 Dupont Drive
Irvine CA 92612

Libby W. Raynes Family Trust
Attn: Bankruptcy Desk/Managing Agent
C/O Premier Trust of Nevada
2700 West Sahara Ave Ste 300
Las Vegas NV 89102

Liberty Cutting & Coring
Attn: Bankruptcy Desk/Managing Agent
HCR 33 Box 41
Las Vegas NV 89124

Liberty Fire Service
Attn: Bankruptcy Desk/Managing Agent
1306 West Craig Rd.
Suite E, #155
N. Las Vegas NV 89032

Liberty Flag & Specialty Co.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 398
Reedsburg WI 53959-0398

Liberty High School
Attn: Bankruptcy Desk/Managing Agent
3700 Liberty Heights Ave.
Henderson NV  89052

Liberty Realty
Attn: Bankruptcy Desk/Managing Agent
2451 S. Buffalo Dr
Las Vegas NV 89117

Lied Animal Shelter
Attn: Bankruptcy Desk/Managing Agent
Kara Kidwell
655 North Mojave Road
Las Vegas NV 89101-2401

Lied Discovery Children's
Attn: Bankruptcy Desk/Managing Agent
Museum
833 Las Vegas NV Boulevard North
Las Vegas NV 89101

Lien-Thi Duong
Attn: Bankruptcy Desk/Managing Agent
3000 High View Dr.
Henderson NV  89014

Lili Claire Foundation
Attn: Bankruptcy Desk/Managing Agent
2800 28th Street, Suite 160
Santa Monica CA 90405

Liliya Zlotnikova and
Attn: Bankruptcy Desk/Managing Agent
Afroim Psavko
12783 Calle De Los Roses
San Diego CA 92129

Lily Jack
Attn: Bankruptcy Desk/Managing Agent
Ashley
Mitch Zerg & Associates
31838 Village Center Rd
Westlake Village CA 91361

Lincoln,Gustafson,Cercos
Attn: Bankruptcy Desk/Managing Agent
c/o Nicholas B. Salerno, Esq.
Client Trust Account
2300 West Sahara, Ste 300 Box 2
Las Vegas NV 89102

Linda Diver
Attn: Bankruptcy Desk/Managing Agent
227 Piute Lane
Henderson NV  89015

Linda Wallace
Attn: Bankruptcy Desk/Managing Agent
6228 Windfresh Drive
Las Vegas NV 89148

Lindau & Associates
Attn: Bankruptcy Desk/Managing Agent
8805 Strafford Springs Drive
Las Vegas NV 89134

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Linfield Design Associates
Attn: Bankruptcy Desk/Managing Agent
2136 F Rutland Drive
Austin TX 78758

Lionel Sawyer & Collins
Attn: Bankruptcy Desk/Managing Agent
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas NV 89101

Lisa Davis
Attn: Bankruptcy Desk/Managing Agent
6050 Allred PL#103
Henderson NV  89011

Lisa Larsen
Attn: Bankruptcy Desk/Managing Agent
Keller Williams Realty
2230 Corporate Circle Ste 250
Henderson NV  89074

Lisa Lunetta
Attn: Bankruptcy Desk/Managing Agent
77 Fulton Street
Apt. 21G
New York NY 10038

Lisa M. Munoz
Attn: Bankruptcy Desk/Managing Agent
9414 Boulder Creek St.
Las Vegas NV 89123

Litig@tion Document Group Inc.
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Huges
Suite 115
Las Vegas NV 89109

Little Baja
Attn: Bankruptcy Desk/Managing Agent
3033 Ford Ave.
Las Vegas NV 89139

Littler Mendelson, PC
Attn: Bankruptcy Desk/Managing Agent
PO Box 45547
San Francisco 94145-0547

Live Large Promotions
Attn: Bankruptcy Desk/Managing Agent
2285 Coral Ridge Drive
Henderson NV  89052

Living Water Lawn & Garden
Attn: Bankruptcy Desk/Managing Agent
8322 Sunset Horizon Street
Las Vegas NV 89131

LMG, Inc.
Attn: Bankruptcy Desk/Managing Agent
7220 Industrial Road, Suite 300
Las Vegas NV 89118-5230

Loan Care Account Servicing
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 791340
Baltimore MD 21279-1340

Lockhart Collection
Attn: Bankruptcy Desk/Managing Agent
Joe L.
10532 Painter Ave.
Santa Fe Springs CA 90670

Lockshop
Attn: Bankruptcy Desk/Managing Agent
4528 W. Diablo Dr. Suite C114
Las Vegas NV 89118

Loewenstein Inc.
Attn: Bankruptcy Desk/Managing Agent
Beata
1801 N. Andrews Ave.
Pompano Beach CA 33069

Logsdon Contracting LLC
Attn: Bankruptcy Desk/Managing Agent
1509 Andrew David Ave.
North Las Vegas NV 89086

Lois Copple
Attn: Bankruptcy Desk/Managing Agent
393 Highland Hills Ct
Las Vegas NV 89148

Lonnie Ward
Attn: Bankruptcy Desk/Managing Agent
5408 Jasper Butte Street
Las Vegas NV 89130

Lorenzo & Carmelita Garcia
Attn: Bankruptcy Desk/Managing Agent
8242 Jose Circle West
Jacksonville FL 32217

Lori A & Henri Short, Sr.
Attn: Bankruptcy Desk/Managing Agent
PO Box 8561
Lancaster CA 93539

Lori Scalleat
Attn: Bankruptcy Desk/Managing Agent
Jeff
4822 Stavenger Lane
Las Vegas NV  89117

Lorman Education Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Bix 509
Eau Claire  WI 54702-0509

Los Angeles Freightliner
Attn: Bankruptcy Desk/Managing Agent
PO Box 60816
Los Angeles CA 90060-0816

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                       Served 4/17/2009

Los Angeles Times LLC
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 60040
General Mail Facility
Los Angeles CA 90099-021

Louie Cordero
Attn: Bankruptcy Desk/Managing Agent
P O Box 81147
Las Vegas NV 89180

LOVE Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
Del Engineering, Inc. dba LOVE
3442 North Buffalo Dr.
Las Vegas NV 89129

Lowes
Attn: Bankruptcy Desk/Managing Agent
5050 S. Fort Apache Road
Las Vegas NV 89148

Lowe's Business Account
Attn: Bankruptcy Desk/Managing Agent
PO Box 530970
Atlanta GA 30353-0970

LPA, Inc
Attn: Bankruptcy Desk/Managing Agent
Deann Collins
5161 California Ave
Suite 100
Irvine CA 92617

LR Nelson Consulting
Attn: Bankruptcy Desk/Managing Agent
6765 W. Russell Rd.
Suite 200
Las Vegas NV 89118-1885

Lubawy & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
8250 W. Charleston Blvd., Ste 100
Las Vegas NV 89117

Lucchesi,Galati Arc. Inc
Attn: Bankruptcy Desk/Managing Agent
no 1099 needed
500 Pilot Road Suite A
Las Vegas NV 89119

Lucky Cab Co. of Nevada
Attn: Bankruptcy Desk/Managing Agent
4195 W. Diablo Dr.
Las Vegas NV 89118

Lunas Construction, Inc.
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Avenue
Las Vegas NV 89115

Lunas Roll-Off Rental, Inc
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Ave.
Las Vegas NV 89115

Luxury Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Tanja Anguay
Las Vegas NV Review Journal
1111 W. Bonanza Road
Las Vegas NV 89106-3545

LV Clark County Library Dist.
Attn: Bankruptcy Desk/Managing Agent
Performing Arts Center

LV Engineers.com
Attn: Bankruptcy Desk/Managing Agent
1 Cactus Garden Drive
Suite A-17
Henderson NV  89014

LV Valley Groundwater Mgmt Pro
Attn: Bankruptcy Desk/Managing Agent
c/o So. Nevada Water Authority
1001 S.Valley View Blvd.
Las Vegas NV 89153

LVCMI
Attn: Bankruptcy Desk/Managing Agent
6875 Speedway Blvd Unit U-102
Las Vegas NV 89115

Lynda I. Diver
Attn: Bankruptcy Desk/Managing Agent
227 Piute
Henderson NV  89015

Lynette Boggs McDonald
Attn: Bankruptcy Desk/Managing Agent
For County Commissioner

M & A Trailers
Attn: Bankruptcy Desk/Managing Agent
10162 Live Oak Avenue
Fontana 92335

M & M Installation, Inc.
Attn: Bankruptcy Desk/Managing Agent
Melanie
3315 E. Russell Road #A4-261
Las Vegas NV 89120

M S Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
NEDRA STEPHENSEN
and Service Rock Products
3840 North Commerce
Las Vegas NV 89032

M S I Landscaping, Inc.
Attn: Bankruptcy Desk/Managing Agent
4820 Quality Court
Suite B
Las Vegas NV 89103

M Staff Solutions, LLC
Attn: Bankruptcy Desk/Managing Agent
2921 N. Tenaya Way
Suite 201
Las Vegas NV 89128

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

M&M Electric, Inc
Attn: Bankruptcy Desk/Managing Agent
3655 W. Dewey Drive
Las Vegas NV 89118

M.A. Engineering Inc.
Attn: Bankruptcy Desk/Managing Agent
3281 S. Higland Dr. Ste 813
Las Vegas NV 89109

M.A.D. Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Anthony Delgado
3121 Blossom Glen Drive
Henderson NV  89014

M2 Group, Inc
Attn: Bankruptcy Desk/Managing Agent
Abby Heyen
4854 E. Baseline Rd., Suite 104
Mesa AZ 85206

Mac Repair
Attn: Bankruptcy Desk/Managing Agent
7075 Redwood Blvd Ste G
Novato CA 94945

MacTEK
Attn: Bankruptcy Desk/Managing Agent
8809 Colorful Pines
Las Vegas NV 89143

Madden Brand High
Attn: Bankruptcy Desk/Managing Agent
Madden Corporate Services, Inc.
6810 New Tampa Hwy, Ste 200
Lakeland FL 33815

Madelyn Carnate-Peralta
Attn: Bankruptcy Desk/Managing Agent
9717 Marcelline Ave.
Las Vegas NV 89147

MADISON PARK FUNDING V
Attn: Bankruptcy Desk/Managing Agent
Ramin Kamali
Eleven Madison Avenue
New York, NY 10010

Madrid HOA
Attn: Bankruptcy Desk/Managing Agent
9510 Costilana St.
Las Vegas NV 89147

Magazine Payment Services, Inc
Attn: Bankruptcy Desk/Managing Agent
Boating World
P.O. Box 1296
Sausalito CA 94966

Magazine Publications of LVRJ
Attn: Bankruptcy Desk/Managing Agent
1111 W. Bonanza Road
Las Vegas NV 89106-3545

Magdalena Wald
Attn: Bankruptcy Desk/Managing Agent
3644 S. Fort Apache #2146
Las Vegas NV 89147

Magic Touch Interior
Attn: Bankruptcy Desk/Managing Agent
4425 E Sahara Avenue
Suite 16
Las Vegas NV 89104

Magic Valley Inspection
Attn: Bankruptcy Desk/Managing Agent
Bruce-249-4122
1829 E. Charleston #103
Las Vegas NV 89104

MAGNETITE V CLO LTD
Attn: Bankruptcy Desk/Managing Agent
40 East 52nd Street
New York, NY 10022

Maharam
Attn: Bankruptcy Desk/Managing Agent
Ramona/Asha
45 Rasons Court
Hauppauge NY 11788

Maiker Monteagudo
Attn: Bankruptcy Desk/Managing Agent
211 Wicked Wedge Way
Las Vegas NV 89148

Mailmax Mailing Solutions LLC
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Pkwy
Suite 100
Las Vegas NV 89169

MainAmundson & Associates CPAs
Attn: Bankruptcy Desk/Managing Agent
Jim Main
10191 Park Run Drive
Suite 200
Las Vegas NV 89145

Majestic Color
Attn: Bankruptcy Desk/Managing Agent
PO Box 13109
Las Vegas NV 89112-1109

Majestic Color Growers, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 620150
Las Vegas NV 89162

Majestic Plumbing
Attn: Bankruptcy Desk/Managing Agent
3823 Losee Road
No Las Vegas NV 89030

Majilite Corp
Attn: Bankruptcy Desk/Managing Agent
2464 22nd Avenue
San Francisco CA 94116

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                          Served 4/17/2009

Majilite Corporation
Attn: Bankruptcy Desk/Managing Agent
C/O Lauren Schulte & Associates
1530 Broadway Road
Dracut MA 01826-2830

Major Distributors, Inc.
Attn: Bankruptcy Desk/Managing Agent
3744 W. Meade Avenue
Las Vegas NV 89102

Make-A-Wish Found. of So. NV
Attn: Bankruptcy Desk/Managing Agent
3885 S. Decatur Blvd., Suite 1000
Las Vegas NV 89103

Manafortuna Productions, Inc.
Attn: Bankruptcy Desk/Managing Agent
Lisa Faith
2756 N. Green Valley Pkwy.
#777
Henderson NV 89014

Manatt, Phelps & Phillips
Attn: Bankruptcy Desk/Managing Agent
11355 West Olympic Blvd.
Los Angeles CA 90064-1614

Manchester Grand Hyatt
Attn: Bankruptcy Desk/Managing Agent
One Market Place
San Diego CA 92101

Mandalay Home Furnishings, Inc
Attn: Bankruptcy Desk/Managing Agent
7391 Earl Circle
Huntington Beach CA 92647

Manganal Sales
Attn: Bankruptcy Desk/Managing Agent
1240 S. Lincoln
Colton CA 92324

Manning, Hall & Salisbury, LLC
Attn: Bankruptcy Desk/Managing Agent
617 South Eighth Street
Suite A
Las Vegas NV 89101-7004

Manpower Temporary Services
Attn: Bankruptcy Desk/Managing Agent
8170 W. Sahara Ave
Suite 207
Las Vegas NV 89117

MapInfo Corporation
Attn: Bankruptcy Desk/Managing Agent
One Global View
Troy NY12180

Marc Szabo
Attn: Bankruptcy Desk/Managing Agent
50485 Via Amante
La Quinta CA 92253

March of Dimes So NV Division
Attn: Bankruptcy Desk/Managing Agent
Attn: Dale Andreason
820 Rancho Lane, Suite 55
Las Vegas NV 89106

March of Dimes-AZ
Attn: Bankruptcy Desk/Managing Agent
3550 N. Central Ave #610
Phoenix AZ 85012

Marco Rentals, Inc.
Attn: Bankruptcy Desk/Managing Agent
1501 N. Susan St.
Santa Ana CA 92703

Marcoa Publishing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4415 West Spring Mountain Rd.
Suite 205
Las Vegas NV 89102

Margaret A. Bean
Attn: Bankruptcy Desk/Managing Agent
6540 Casamar Street
N. Las Vegas NV 89086

Margarita H. Mangondaya
Attn: Bankruptcy Desk/Managing Agent
12850 Covey Lane
Houston TX 77099

Maria Bautista
Attn: Bankruptcy Desk/Managing Agent
21 Tidewater Cove
Buena Park CA 90621

Maria Deang
Attn: Bankruptcy Desk/Managing Agent
8581 Hayloft Place
Riverside CA 92508

Marie Laserna
Attn: Bankruptcy Desk/Managing Agent
7123 S. Durango Dr.
Las Vegas NV 89148

Marine West Distributors
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1082
Boulder City AZ 89005

Mario E. Diaz & Assoc.
Attn: Bankruptcy Desk/Managing Agent
2525 E. Arizona Builtmore Cir
Suite A-117
Phoenix AZ 85016

Marion Kelsch
Attn: Bankruptcy Desk/Managing Agent
205 Carol Way
MidVale UT 84047

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Mariposa Real Estate Advisors
Attn: Bankruptcy Desk/Managing Agent
1613 Chelsea Rd.
Unit 204
San Marino CA 91108

Marisa Castaneda
Attn: Bankruptcy Desk/Managing Agent
3464 Gosling Street
Las Vegas NV 89117

Mark & Darsann Chase
Attn: Bankruptcy Desk/Managing Agent
2367 Chasing Star Ave.
Las Vegas NV 89123

Mark A. Mesec & Associates
Attn: Bankruptcy Desk/Managing Agent
8401 North Central Espressway
Suite 345
Dallas TX 75225

Mark David Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 7924
621 Southwest St
High Point  NC 27260

Mark Glyman, MDDDS
Attn: Bankruptcy Desk/Managing Agent
Eric D. Wanson, MDDMD
2030 E. Flamingo Rd.,Ste. 288
Las Vegas NV 89119-5163

Mark Hurley
Attn: Bankruptcy Desk/Managing Agent
2501 Calico Street
Las Vegas NV 89108

Mark Pelzman
Attn: Bankruptcy Desk/Managing Agent
8350 W. Desert Inn Rd. #1019
Las Vegas NV 89117

Mark Ross Johnson Architect
Attn: Bankruptcy Desk/Managing Agent
4790 W University Avenue
Las Vegas NV 89103

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Marketing Directions Inc.
Attn: Bankruptcy Desk/Managing Agent
14850 Scenic Heights Rd.
Suite 155
Eden Prairie MN 55344

Marketing Results Plus, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 231085
Las Vegas NV 89123

Marketing Solutions Corp
Attn: Bankruptcy Desk/Managing Agent
10317 Wellside Hill Ave
Las Vegas NV 89128

Marlan C. Walker
Attn: Bankruptcy Desk/Managing Agent
1885 Eucalyptus Hill Road
Santa Barbara CA 93108

Marron & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
7511 Fourth Street NW
Albuquerque NM 87107

Marron and Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
7511 Fourth Street NW
Albuquerque NM 87107

Martin Swanty
Attn: Bankruptcy Desk/Managing Agent
Chrysler Dodge Jeep
2640 E. Andy Devine
Kingman AZ 86401

Martinez & Turek, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 South Cedar Avenue
Rialto CA 92376-9102

Marvic
Attn: Bankruptcy Desk/Managing Agent
c/o Sloan Miyasato
2 Henry Adams St
San Francisco CA 94103

Marvic Textiles USA, LTD
Attn: Bankruptcy Desk/Managing Agent
Unit I, Westpoint Trading Est.
Alliance Rd, Action
London, W3 ORA

Mary Joy David-San Andres
Attn: Bankruptcy Desk/Managing Agent
5327 Lamoille Circle
Las Vegas NV 89120-2076

Masco Builder Cabinet Group
Attn: Bankruptcy Desk/Managing Agent
5353 W US 223
Adrian MI 49221

MassMutual Financial Group
Attn: Bankruptcy Desk/Managing Agent
Beth Vivian Walker
Disability Income
Box 371837
Pittsburgh PA 15250-7837

MasTech North America, Inc.
Attn: Bankruptcy Desk/Managing Agent
3680 Quail Avenue
Las Vegas NV 89118

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                    Served 4/17/2009

Masterfile Corporation
Attn: Bankruptcy Desk/Managing Agent
175 Bloor Street East
South Tower, 2nd Floor
Toronto, Canada 3R8

MATLINPATTERSON GLOBAL OPPOR
Attn: Bankruptcy Desk/Managing Agent
Robert H. Weiss
520 Madison Avenue, 35th Floor
New York, NY 10022-4213

Matman, Inc.
Attn: Bankruptcy Desk/Managing Agent
5015 West Sahara Ave., Ste 125
Las Vegas NV 89103

Matt Smith Phyical Therapy
Attn: Bankruptcy Desk/Managing Agent
848 N. Rainbow Blvd 357
Las Vegas NV 89107-1103

Maurice Seebeck Jr.
Attn: Bankruptcy Desk/Managing Agent
2721 Copper Cove Drive
Henderson NV 89074

Maverick Helicopter Tours
Attn: Bankruptcy Desk/Managing Agent
6075 Las Vegas NV Blvd. South
Las Vegas NV 89119

Maverick Paving
Attn: Bankruptcy Desk/Managing Agent
4535 W. Russell Suite 14
Las Vegas NV 89118

Mayrand Publishers
Attn: Bankruptcy Desk/Managing Agent
32 Power Dam Way
Suite PA-1-4
Plattsburgh PA 12901

Maywood Furniture
Attn: Bankruptcy Desk/Managing Agent
23 West Howcoft Rd.
Maywood NJ 07607

MB Consulting, LLC
Attn: Bankruptcy Desk/Managing Agent
315 Balsa Street
Henderson NV  89015-8232

McAfee, Inc.
Attn: Bankruptcy Desk/Managing Agent
3965 Freedom Circle
Santa Clara CA 95054-0963

McCaffery Reserve Consulting
Attn: Bankruptcy Desk/Managing Agent
230 Playa Del Norte Street
La Jolla CA 92037

McCandless International Truck
Attn: Bankruptcy Desk/Managing Agent
3780 Losee Road
Las Vegas NV 89030

McCarren International Airport
Attn: Bankruptcy Desk/Managing Agent
Enforcement Section
P.O. Box 11005
Las Vegas NV 89111-1005

McConnell Cabinets, Inc.
Attn: Bankruptcy Desk/Managing Agent
Marilyn Vindedal
3275 Ali Baba, Suite 516
Las Vegas NV 89118

McDonald -Carano-Wilson, LLP
Attn: Bankruptcy Desk/Managing Agent
2300 West Sahara Avenue
No. 10, Suite 1000
Las Vegas NV 89102

MDBee
Attn: Bankruptcy Desk/Managing Agent
1905 Lakeside Dr.
Bullhead City AZ 86442

Meadows Homeowner Association
Attn: Bankruptcy Desk/Managing Agent
c/o Benchmark Association
1515 E. Tropicana, Ste 350A
Las Vegas NV 89105

Media Distributors
Attn: Bankruptcy Desk/Managing Agent
Attn: Mona
1219 Folsum Ave.
San Francisco CA 94103

MediaTrac, LLC
Attn: Bankruptcy Desk/Managing Agent
5000 Executive Parkway
Suite 250
San Ramon CA 94583

Medina Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas NV 89032

Meeks + Partners
Attn: Bankruptcy Desk/Managing Agent
20401 SW Birch Street
Suite 200
Newport Beach CA 92660

Meerkat Inc.
Attn: Bankruptcy Desk/Managing Agent
960 Hathaway St. B
Banning CA 92220

Mei Dong Xia
Attn: Bankruptcy Desk/Managing Agent
5170 S. Jones Blvd.
Las Vegas NV 89118

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Mei Fang Wang
Attn: Bankruptcy Desk/Managing Agent
2105 Forest View Avenue
Hillsborough CA 94010

Meldrum Family Trust
Attn: Bankruptcy Desk/Managing Agent
3555 Polaris
Las Vegas NV 89102

Melissa Rogers
Attn: Bankruptcy Desk/Managing Agent
8912 W. Napoli Drive
Las Vegas NV 89117

Melvin Denny AKO, Inc.
Attn: Bankruptcy Desk/Managing Agent
Melvin Ako
25492 Terreno Dr.
Mission Viejo CA 92691

Memphis Championshp BBQ
Attn: Bankruptcy Desk/Managing Agent
3380 W. Hacienda
Suite 102
Las Vegas NV 89118

Mendenhall Smith, Inc.
Attn: Bankruptcy Desk/Managing Agent
3571 Redrock #A
Las Vegas, NV 89103

Mentor 4
Attn: Bankruptcy Desk/Managing Agent
William R. Weber Jr.
4040 South Eastern Ave.
Suite 100
Las Vegas NV 89119

Mercantile Systems & Sur
Attn: Bankruptcy Desk/Managing Agent
1280 Central Blvd.,Ste E2
BrentwoodCA  94513

Mercedes-Benz Credit-KY
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 9001880
Louisville KY 40290

Mercedes-Benz Financial
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 9001921
Louisville KY 40290-1921

Mercury Reprographics
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas NV 89120

Mercy Air Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 31001-0819
Pasadena CA 91110-0819

Meredith McGhan
Attn: Bankruptcy Desk/Managing Agent
3955 Swenson # 34
Las Vegas NV 89119

Meredith, Weinstein & Numbers
Attn: Bankruptcy Desk/Managing Agent
115 Ward Street
Larkspur CA 94939-1326

Merryhill Schools
Attn: Bankruptcy Desk/Managing Agent
Kim/Billing
5055 S. Durango Dr
Las Vegas NV 89113

Mertens
Attn: Bankruptcy Desk/Managing Agent
4385 Baker Dr.
Kingman AZ 86409

Mesquite Material Testing
Attn: Bankruptcy Desk/Managing Agent
752 West Pioneer Blvd
Mesquite NM 89027

Mestas Roofing Inc
Attn: Bankruptcy Desk/Managing Agent
GENE / Chuck
5630 Stephanie Street
Suite B
Las Vegas NV 89122

Mestre Greve Associates
Attn: Bankruptcy Desk/Managing Agent
27812 El Lazo Rd
Laguna Niguel AZ 92677

Method 123
Attn: Bankruptcy Desk/Managing Agent
33A Napier Avenue
Takapuna
Auckland

Metro Diesel Injection
Attn: Bankruptcy Desk/Managing Agent
12631 Los Nietos Road
Santa Fe SpringsCA  90670

Metro Electric
Attn: Bankruptcy Desk/Managing Agent
3315 Birtcher Drive
Las Vegas NV 89118

Metro Trucking
Attn: Bankruptcy Desk/Managing Agent
4815 Alto
Las Vegas NV 89115

Metrocall, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 740521
Atlanta GA 30374-0521

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                    Served 4/17/2009

MetroStudy
Attn: Bankruptcy Desk/Managing Agent
10370 Richmond Ave St 750
P.O. Box 2683, Dept. #00
Houston, TX 77252

Meyers Group
Attn: Bankruptcy Desk/Managing Agent
714-540-8500
555 Anton Blvd., Suite 950
Costa Mesa CA 92626

MGM Grand
Attn: Bankruptcy Desk/Managing Agent
Robert Urichuk
3799 Las Vegas NV Blvd,South
Las Vegas NV 89109

Miagros Pinero
Attn: Bankruptcy Desk/Managing Agent
680 Harvester Course Drive
Las Vegas NV 89148

Michael & Joyce Lewis
Attn: Bankruptcy Desk/Managing Agent
Joyce Lewis
10503 Angelo Tenero Ave
Las Vegas NV 89135

Michael A. Eggers
Attn: Bankruptcy Desk/Managing Agent
6437 Grey Dove Circle
Las Vegas NV 89118

Michael and Laura Ribando
Attn: Bankruptcy Desk/Managing Agent
125 Lucinda Drive
Babylon NY 11702

Michael Conrad
Attn: Bankruptcy Desk/Managing Agent
4100 Bennett Mountain Street
Las Vegas NV 89129

Michael DeSilva
Attn: Bankruptcy Desk/Managing Agent
2981 Brighton Creek Court
Las Vegas NV 89135

Michael J McKenna MD PC
Attn: Bankruptcy Desk/Managing Agent
6070 S. Fort Apache Road
Suite 100
Las Vegas NV 89148

Michael J. Gauthier
Attn: Bankruptcy Desk/Managing Agent
PO Box 46764
Las Vegas NV 89114

Michael J. McLaughlin
Attn: Bankruptcy Desk/Managing Agent
5649 West Collins
Golden Valley AZ 86413

Michael Matoff
Attn: Bankruptcy Desk/Managing Agent
2453 Hill Street
Santa Monica CA 90406

Michael S. Nakama
Attn: Bankruptcy Desk/Managing Agent
972 Calle Amable
Glendale CA 91208

Michael T. Fraley
Attn: Bankruptcy Desk/Managing Agent
RR HCR Box 729
Sandy Valley NV 89019

Michael's Signs & Displays
Attn: Bankruptcy Desk/Managing Agent
Cell
660 E. Eldorado Lane
Las Vegas NV 89123

Michelle Burns
Attn: Bankruptcy Desk/Managing Agent
193 Tad Moore Avenue
Las Vegas NV 89148

Michelle Gulli
Attn: Bankruptcy Desk/Managing Agent
9325 Desert Inn # 126
Las Vegas NV 89117

Microsoft TechNet
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5540
Pleasanton CA 94566-9940

Mike Eggers
Attn: Bankruptcy Desk/Managing Agent
6437 Grey Dove Circle
Las Vegas NV 89118

Mike's Drain and Plumbling
Attn: Bankruptcy Desk/Managing Agent
3560 Polaris Ave
Suite# 23
Las Vegas NV 89103

Milan Starustka
Attn: Bankruptcy Desk/Managing Agent
9827 Antelope Canyon
Las Vegas NV 89147

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
Diane Monachelli
P. O. Box 53583
Phoenix AZ 85072

Millenium Staffing & MGMT SVCS
Attn: Bankruptcy Desk/Managing Agent
Ellen Robinson
P.O.BOX  931974
Cleveland OH 44193

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Miller Blades
Attn: Bankruptcy Desk/Managing Agent
Jodi Suddarth
PO Box 9000-150
Alta Loma CA 91701

Miller Design Group
Attn: Bankruptcy Desk/Managing Agent
10305 Canyon Valley Avenue
Las Vegas NV 89145

Miller Rentals, Inc.
Attn: Bankruptcy Desk/Managing Agent
3990 W. Dewey Dr. Suite #14
Las Vegas NV 89118-2345

Mind Theatre Audio, Inc
Attn: Bankruptcy Desk/Managing Agent
3485 W. Harmon, Suite 100
Las Vegas NV 89103

Mini Storage of Nevada
Attn: Bankruptcy Desk/Managing Agent
4303 South Arville
Las Vegas NV 89103

Minorities in Progress
Attn: Bankruptcy Desk/Managing Agent
21133 Victory Blvd. #215
Canoga Park CA 91303

Miracle Method of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
5151 Procyon St # 104
Las Vegas NV 89118

Miracle Playground Sales SW
Attn: Bankruptcy Desk/Managing Agent
2657 Windmill Parkway #195
Henderson NV 89074-3384

MIS Group
Attn: Bankruptcy Desk/Managing Agent
PO BOX 678119
Dallas TX 75267-8119

Mission Bank
Attn: Bankruptcy Desk/Managing Agent
2439 Hualapai Mountain Road
Kingman AZ 86401

Mist Systems Int. Inc.
Attn: Bankruptcy Desk/Managing Agent
4820 Quality Ct Suite#B
Las Vegas NV 89103

Mixed - Media
Attn: Bankruptcy Desk/Managing Agent
3585 E Patrick Lane Ste 800
Las Vegas NV 89120

Miyamoto International Inc
Attn: Bankruptcy Desk/Managing Agent
Accounting Department
1450 Halyard Dr
Suite 1
West Sacramento CA 95691

MLAN
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Parkway
Suite 290
Las Vegas NV 89109-5972

Mob Morton
Attn: Bankruptcy Desk/Managing Agent
PO BOX 4237
Kingman AZ 86401

Mobile Billboards
Attn: Bankruptcy Desk/Managing Agent
www.MBBLV.com
5460 Desert Point Drive
Las Vegas NV 89118

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
Customer Service
PO Box 79149
Phoenix AZ 85062-9149

Modular Building Solutions
Attn: Bankruptcy Desk/Managing Agent
60 Sandra Lee Blvd.
West Milton PA 17886

Modular Space Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O. BOX 641595
Pittsburgh PA 15264-1595

Mohave Co. and Env. Health
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7000
E. Hwy 66 Suite A
Kingman AZ 86402-7000

Mohave County Assessor
Attn: Bankruptcy Desk/Managing Agent
700 W. Beale St.
PO Box 7000
Kingman AZ 86402

Mohave County Community &
Attn: Bankruptcy Desk/Managing Agent
Economic Development
P.O. Box 7000
Kingman AZ 86402-7000

Mohave County Fair Association
Attn: Bankruptcy Desk/Managing Agent
2600 Fairgrounds Blvd.
Kingman AZ 86401-4169

Mohave County Landowners Assoc
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 3877
Kingman AZ 86402-9975

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Mohave County Sheriff's Office
Attn: Bankruptcy Desk/Managing Agent
600 West Beale Street
Attn: Civil Division
P. O. Box 1191
Kingman AZ 89402

Mohave County Treasurer
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 712
3313 E. Oak Street
Kingman AZ 86402

Mohave Electric Cooperative
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2000
Bullhead City AZ 86430

Mohave Engineering Associates
Attn: Bankruptcy Desk/Managing Agent
2202 Stockton Road
Kingman AZ 86401

Mohave Nut and Bolt, LLC
Attn: Bankruptcy Desk/Managing Agent
1711 Stockton Hill Rd # 293
Kingman AZ 86401

Mohave State Bank
Attn: Bankruptcy Desk/Managing Agent
3737 Stockton Hill Rd.
Kingman AZ 86401

Mohave Utility Equipment Corp.
Attn: Bankruptcy Desk/Managing Agent
2210 E. Airway
Kingman AZ 86401

Mojave Co.-Comm. Development
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7000
Kingman AZ 86402-7000

Monarch Media Group
Attn: Bankruptcy Desk/Managing Agent
3665 Dove Road
Port Huron MI 48060

Monarch Promotions, Inc.
Attn: Bankruptcy Desk/Managing Agent
4505 West Hacienda
Las Vegas NV 89118

Monica Berge
Attn: Bankruptcy Desk/Managing Agent
1833 Lyell Canyon Lane
Las Vegas NV 89134

Monmouth Fabricators
Attn: Bankruptcy Desk/Managing Agent
5005 Belmar Blvd Suite C6
Farmingdale NJ 07727

Monsen Engineering Supply
Attn: Bankruptcy Desk/Managing Agent
of Nevada
5115 S. Valley Vie Blvd.
Las Vegas NV 89118

Monster.com
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 90364
Chicago IL 60696-0364

Montgomery Consulting
Attn: Bankruptcy Desk/Managing Agent
Allan (Jay) Eenhuis
Engineers, LLC
9640 W. Tropicana Ave., #115
Las Vegas NV 89147

Moody's Investors Service
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 102597
Atlanta GA 30368-0597

Moore & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
1755 Laurel Lane
Prescott AZ 86301

Moore Media
Attn: Bankruptcy Desk/Managing Agent
2255 Renaissance
Las Vegas NV 89119

MORGAN STANLEY PRIME INCOME TR
Attn: Bankruptcy Desk/Managing Agent
Philip Yarrow
522 Fifth Avenue, 7th Floor
New York, NY 10036

Morpace, Inc.
Attn: Bankruptcy Desk/Managing Agent
31700 Middlebelt Road
Farmington Hills MI 48334

Morris, Pickering, & Sanner
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th St. Suite 900
Las Vegas NV 89101

Motivational Systems Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 Cleveland Avenue
National City CA 91950

Moto-Xpress
Attn: Bankruptcy Desk/Managing Agent
829 Sand Primrose Street
Las Vegas NV 89138

Move Sales, Inc
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
P.O. Box 13239
Scottsdale AZ 85267-3239

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

Moyes Storey
Attn: Bankruptcy Desk/Managing Agent
1850 North Central Avenue
Suite 1100
Phoenix AZ 85004

Mpower Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 60767
Los Angeles CA 90060

Mr Tractor Sales, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7200
San Bernardino CA 92411

Mr. George
Attn: Bankruptcy Desk/Managing Agent
PO Box 400334
Las Vegas NV 89140

Mr. Woo H. Choi
Attn: Bankruptcy Desk/Managing Agent
%  W.J.C.L.L.C.
2824 Dove Run Creek Dr
Las Vegas NV 89135

MRJ Arhitects
Attn: Bankruptcy Desk/Managing Agent
4790 W University Ave
Las Vegas NV 89103

Ms. Shirley Carasso
Attn: Bankruptcy Desk/Managing Agent
1980 Wesley Drive
Folsom CA 95630

MSE Environmental
Attn: Bankruptcy Desk/Managing Agent
9811 West Charleston Blvd.
Suite 2403
Las Vegas NV 89117

MSI Landscaping, Inc.
Attn: Bankruptcy Desk/Managing Agent
4820 Quality Ct. Suite B
Las Vegas NV 89103-5221

MSIM PECONIC BAY LTD.
Attn: Bankruptcy Desk/Managing Agent
Philip Yarrow
One Parkview Plaza
Oakbrook Terrace, IL 60181

Mt. Hawley Insurance Crp
Attn: Bankruptcy Desk/Managing Agent
Terry
9025 N. Lindbergh Drive
Dept #3350
Peoria IL 61615

Mueller Striping
Attn: Bankruptcy Desk/Managing Agent
8591 Fairfield Avenue
Las Vegas NV 89123

Muije & Varricchio Trust
Attn: Bankruptcy Desk/Managing Agent
Account
302 E. Carson Ave. Ste 550
Las Vegas NV 89101

Murray's Iron Works
Attn: Bankruptcy Desk/Managing Agent
Richard Kileen
1801 East 50th Street
Los Angeles CA 90058

MV Cleaning, LLC
Attn: Bankruptcy Desk/Managing Agent
1516 Remembrance Hill
Las Vegas NV 89144-5412

Mystic Electric
Attn: Bankruptcy Desk/Managing Agent
Lynda Kemp
2580 N. Liowa Blvd.  #101
Lake Havasu City AZ 86403

N.J. Shaum & Son
Attn: Bankruptcy Desk/Managing Agent
Marsha Jensen
PO Box 819
Flagstaff, AZ 86002

Nadine Giudicessi
Attn: Bankruptcy Desk/Managing Agent
Gary Giudiessi
5640 Michelin Circle
Las Vegas NV 89103

NAHB Research Center, Inc.
Attn: Bankruptcy Desk/Managing Agent
400 Prince George's Blvd
Upper Marlboro MD 20774

Nancy Susan Camara
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1776
Nederland CO 80466

Napa Auto Parts
Attn: Bankruptcy Desk/Managing Agent
1865 E Butler Ave
Flagstaff, AZ  86001

Napa Auto Parts
Attn: Bankruptcy Desk/Managing Agent
2545 E. Andy Devine-RT. 66
Kingman AZ 86401

Nasser Georges
Attn: Bankruptcy Desk/Managing Agent
6480 Claremore Court
Las Vegas NV 89110

Natalie Blake
Attn: Bankruptcy Desk/Managing Agent
Attorney at Law
12100 Wilshire Blvd, Ste 1125
Los Angeles CA 90025

Nathaniel Cicotello
Attn: Bankruptcy Desk/Managing Agent
1632 Indian Cove Lane
Las Vegas NV 89128

National Assc. of Home Builder
Attn: Bankruptcy Desk/Managing Agent
PO Box 409889
Atlanta GA 30384-9799

National Black Digest
Attn: Bankruptcy Desk/Managing Agent
18653 Ventura Blvd. #234
Tarzana CA 91356

National Builder Services
Attn: Bankruptcy Desk/Managing Agent
1717 W. Orangewood Ave Suite F
Orange CA 92868

National City Commercial Capital Corp
Attn: Bankruptcy Desk/Managing Agent
995 Dalton Ave
Cincinnati, OH 45203-1101

National Construction Rentals
Attn: Bankruptcy Desk/Managing Agent
James Perez
5675 Puebla St.
Las Vegas NV 89115

National Flood Insurance Prog.
Attn: Bankruptcy Desk/Managing Agent
PO Box 650346
Dallas TX 75265-0346

National Helicopter Service
Attn: Bankruptcy Desk/Managing Agent
16750 Roscoe Blvd.
& Engineering Company
P. O. Box 17150
Encino CA 91406

National Hispanic Employment
Attn: Bankruptcy Desk/Managing Agent
Review
15030 Ventura Blvd., ste. 887
Sherman Oaks CA 91403

National Info-Tech Cntr
Attn: Bankruptcy Desk/Managing Agent
525-K East Market St. #302
Leesburg VA 20176

National Jewish
Attn: Bankruptcy Desk/Managing Agent
Las Vegas NV Humanitarian Award Dinn
14724 Ventura Blvd Suite 900
Sherman Oaks CA 91403

National Print Group Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 116424
Atlanta GA 30368-6424

National Registered Agents,Inc
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 927
West Windsor NJ 08550-0927

National Seminars
Attn: Bankruptcy Desk/Managing Agent
PO Box 419107
Kansas City MO 64141-6107

National Title
Attn: Bankruptcy Desk/Managing Agent
1094 E. Sahara Avenue
Las Vegas NV 89104

Natures Partner, LLC
Attn: Bankruptcy Desk/Managing Agent
1841 N. 23rd Ave.
Phoenix AZ 85009

Navajo Pump &b Supply Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1299
Peoria IL 85380-1299

NCO Financial Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 41593
Philadelphia PA 19101-1593

NEC Financial Services, Inc
Attn: Bankruptcy Desk/Managing Agent
300 Frank W Burr Blvd
Teaneck, NJ 07666-6704

Negham Kellow
Attn: Bankruptcy Desk/Managing Agent
2120 Pont National Drive
Henderson NV  89044

Neofunds By Neopost
Attn: Bankruptcy Desk/Managing Agent
PO Box 31021
Tampa FL 33631-3021

Neopost Leasing
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 45822
San Francisco CA 94145-0822

Neopost, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 45800
San Francisco CA 94145-0800

NES Rentals
Attn: Bankruptcy Desk/Managing Agent
Local Address:
P. O. Box 951057
Dallas TX 75395-1057

Nessen Lighting Inc
Attn: Bankruptcy Desk/Managing Agent
Nina Bevilacqua
420Railroadway
Mamaroneck NY 10543

Netco, Inc
Attn: Bankruptcy Desk/Managing Agent
5581 South Cameron Suite A
Las Vegas NV 89118

Network Realty
Attn: Bankruptcy Desk/Managing Agent
Anthony Hapiuk – Agent

Nevada  Installation Services
Attn: Bankruptcy Desk/Managing Agent
7390 Eastgate Road
Ste 100
Henderson NV  89011

Nevada Association Services
Attn: Bankruptcy Desk/Managing Agent
6224 W. Desert Inn Road
Suite A
Las Vegas NV 89146

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Cancer Institute
Attn: Bankruptcy Desk/Managing Agent
c/o Rock for the Cure
10000 West Charleston Blvd #260
Las Vegas NV 89135

Nevada Child Seekers
Attn: Bankruptcy Desk/Managing Agent
2880 East Flamingo Rd.,Suite J
Las Vegas NV 89121

Nevada Construction
Attn: Bankruptcy Desk/Managing Agent
Laura Sanchez
Cleanup
2745 N. Nellis Blvd
Las Vegas NV 89115

Nevada Contractors
Attn: Bankruptcy Desk/Managing Agent
Insurance Company, Inc.
1210 S. Valley View, St. 114
Las Vegas NV 89102

Nevada Countertop Corp.
Attn: Bankruptcy Desk/Managing Agent
Dave
4031 Industrial Center Dr.
Suite #703
N. Las Vegas NV 89030

Nevada Department of Employment, Training & Rehabil
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52614
Phoenix AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Division of
Attn: Bankruptcy Desk/Managing Agent
Environmental Protection
901 South Stuart Street Ste 4001
Carson City 89701

Nevada Fire Protection
Attn: Bankruptcy Desk/Managing Agent
Don Blunt
6335 So. Pecos Suite #28
Las Vegas NV 89120

Nevada Glass
Attn: Bankruptcy Desk/Managing Agent
4770 W. Nevso Dr. Suite B12
Las Vegas NV 89103

Nevada Gypsum Floors,Inc
Attn: Bankruptcy Desk/Managing Agent
Rick Ellison
3588 So. Valley View
Las Vegas NV 89103

Nevada Health Sciences System
Attn: Bankruptcy Desk/Managing Agent
Jim Rogers
5550 W. Flamingo, Suite C1
Las Vegas NV 89103

Nevada Horticultural
Attn: Bankruptcy Desk/Managing Agent
8055 N. Tioga Way
Las Vegas NV 89131

Nevada House of Hose
Attn: Bankruptcy Desk/Managing Agent
1015 Sharp Circle
N Las Vegas NV 89030

Nevada Ilumination Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 42201
Las Vegas NV 89116

Nevada Injury Prevention
Attn: Bankruptcy Desk/Managing Agent
Debbie Kreun, President
4221 W. Val Dechiana Ave.
Las Vegas NV 89141-4257

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                      Served 4/17/2009

Nevada Legal News
Attn: Bankruptcy Desk/Managing Agent
930 S. 4th Street, Suite 100
Las Vegas NV 89101

Nevada Legal Services
Attn: Bankruptcy Desk/Managing Agent
530 S. 6th St.
c/o Nikki Ashmore
Las Vegas NV 89101

Nevada Plastering, Inc.
Attn: Bankruptcy Desk/Managing Agent
153 W Lake Mead Blvd.
Bldg. 1 Ste 102
Henderson NV  89015

Nevada Public Radio
Attn: Bankruptcy Desk/Managing Agent
1289 S. Torrey Pines
Las Vegas NV 89146

Nevada School of the Arts
Attn: Bankruptcy Desk/Managing Agent
4170 South Decatur Blvd.
Suite A-4
Las Vegas NV 89103

Nevada State Contractors Board
Attn: Bankruptcy Desk/Managing Agent
9670 Gateway Drive Ste 100
Reno NV 89521

Nevada Title Company Inc
Attn: Bankruptcy Desk/Managing Agent
doreen nudd
2500 N. Buffalo Drive, Ste 150
Las Vegas NV 89128

Nevada Utilities/Telephone Ser
Attn: Bankruptcy Desk/Managing Agent
1700 S. Main Street
Las Vegas NV 89104

Nevadans for Sound Government
Attn: Bankruptcy Desk/Managing Agent
Mark Warden
3111 S. Valley View Blvd.
Suite B-109
Las Vegas NV 89102

Nevcon Enterprises
Attn: Bankruptcy Desk/Managing Agent
4141 W. Oquendo Rd. Suite # 1
Las Vegas NV 89118-3005

New Concept Stone Work
Attn: Bankruptcy Desk/Managing Agent
6100 Mountain Vista Buite B
Henderson NV  89014

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
Andrea Taylor
6639 Schuster Street
Las Vegas NV 89118

New Freedom Mortgage Corp.
Attn: Bankruptcy Desk/Managing Agent
Attn: Customer Service
2363 So. Foothill Blvd.
Salt Lake City UT 84109

New Homeowner Magazine
Attn: Bankruptcy Desk/Managing Agent
Billing Department
PO BOX 370534
Las Vegas NV 89137

New Homes Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 9277
Canton OH 44711

New Horizon Academy
Attn: Bankruptcy Desk/Managing Agent
c/o Barry Becker
50 South Jones Blve
Las Vegas NV 89107

New Horizons Computer Learning
Attn: Bankruptcy Desk/Managing Agent
Centers
7674 W Lake Mead Blvd. #250
Las Vegas NV 89128

New Image Electric
Attn: Bankruptcy Desk/Managing Agent
4315 West Post Rd.
Las Vegas NV 89118

New Life International Church
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81234
Las Vegas NV 89180-1234

New Vision Electric
Attn: Bankruptcy Desk/Managing Agent
1306 W. Craig Rd. Ste E191
N Las Vegas NV 89032-0215

Newcourt Financial Inc.
Attn: Bankruptcy Desk/Managing Agent
shirley mosly421
21146 Network Place
Chicago IL 60673-1211

Newman Garrison Gilmore
Attn: Bankruptcy Desk/Managing Agent
#NAME?
20401 SW Birch St. Suite # 200
Newport Beach CA 92660

Newman-Frey Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jeff Frey
314 S. Las Palmas Ave.
Los Angeles CA 90020

News West Publishing
Attn: Bankruptcy Desk/Managing Agent
2435 Miracle Mile
P.O. Box 21209
Bullhead City AZ 86439

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

Next Designer Logistics
Attn: Bankruptcy Desk/Managing Agent
Mark Sanders
10620 Southern Highlands Pkwy
#110-394
Las Vegas NV 89141

Nextel-ATTN:LOCKBOX 7418
Attn: Bankruptcy Desk/Managing Agent
james-2171
465 N. Halstead, Suite 160
Pasadena CA 91107

NextGen Integrated Solutions
Attn: Bankruptcy Desk/Managing Agent
7165 Bermuda Rd.
Las Vegas NV 89119

Nick Bowers
Attn: Bankruptcy Desk/Managing Agent
2014 Main St.
Kingman AZ 86401

Nick Brunson
Attn: Bankruptcy Desk/Managing Agent
9944 Swimming Hole Street
Las Vegas NV 89183

Nick Rivera
Attn: Bankruptcy Desk/Managing Agent
Rivera Auto Detail
4830 Little Cayman St.
Las Vegas NV 89031

Nicolas Hernandez,
Attn: Bankruptcy Desk/Managing Agent
Fire Insurance Exchange, and
Daniel S.Simon, Esq.

Night Shift
Attn: Bankruptcy Desk/Managing Agent
Sean
5280 South Valley View Blvd.
Suite B
Las Vegas NV 89118

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nitz, Walton, Heaton
Attn: Bankruptcy Desk/Managing Agent
Penny
Trust Account
601 S. 10th Street
Las Vegas NV 89101

NMHG Financial Services, Inc
Attn: Bankruptcy Desk/Managing Agent
10 Riverview Dr
Dansbury, CT 06810-6268

Nobilis
Attn: Bankruptcy Desk/Managing Agent
20 Locust Avenue
Berkeley Heights NJ 07922

Noble House
Attn: Bankruptcy Desk/Managing Agent
21220 Devonshire #102
Chatsworth CA 91311

Noel A. Bejarano
Attn: Bankruptcy Desk/Managing Agent
1739 22nd Avenue
San Francisco CA 94122-4419

Norman & Sylvia Rosencrantz
Attn: Bankruptcy Desk/Managing Agent
23852 Villena
Mission Viejo CA 92692

Norman Ching
Attn: Bankruptcy Desk/Managing Agent
4220 California St. # 202
San Francisco CA 94118

Norpac Construction
Attn: Bankruptcy Desk/Managing Agent
4125 W. Dewey Dr  Suite A
Las Vegas NV 89118

North American Media, Ltd.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 97714
Las Vegas NV 89193-7714

North Las Vegas NV Municipal Cour
Attn: Bankruptcy Desk/Managing Agent
2332 Las Vegas NV Blvd., North
#100
North Las Vegas NV 89030

North Star Materials
Attn: Bankruptcy Desk/Managing Agent
2014 Main Street
Kingman AZ 86401

Northern Arizona Saw Cutting
Attn: Bankruptcy Desk/Managing Agent
4330 E. Navajo Ln.
Rimrock, AZ  86335

Northern Mechanical
Attn: Bankruptcy Desk/Managing Agent
3340 Sunrise Avenue #103
Las Vegas NV 89101

Northern Safety Co. Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 4250
Utica NY 13504-4250

Northland Exploration Surveys
Attn: Bankruptcy Desk/Managing Agent
Ken Krenky
528 W Aspen Ave
Flagstaff, AZ 86001

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

Northstar Marine Survey
Attn: Bankruptcy Desk/Managing Agent
3215 S. Tenaya Way
Las Vegas NV 89117

Northwest Lock & Safe, Inc.
Attn: Bankruptcy Desk/Managing Agent
2131 Northern Avenue
Kingman AZ 86401

Notepro Inc.
Attn: Bankruptcy Desk/Managing Agent
3519 East Shea Blvd
Suite 136
Phoenix AZ 85028-3343

Nova Display
Attn: Bankruptcy Desk/Managing Agent
1626 Piner Road
Santa Rosa CA 95403-1908

NP Studios
Attn: Bankruptcy Desk/Managing Agent
1841 N. 23rd Ave.
Phoenix AZ 85009

NPG Cable
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1604
St. Joseph MO 64502-1604

NRS Corporation
Attn: Bankruptcy Desk/Managing Agent
Ken Ahlers
P.O. Box 1170
Milwaukee WI 53201-1170

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
Patty
9811 N. 16th Ave.
Phoenix AZ 85021-2126

NU-Power, Inc.
Attn: Bankruptcy Desk/Managing Agent
4015 W Dewey Drive
Las Vegas NV 89118

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
Bob Stone
3151 Airway Avenue Suite J1-J3
Costa Mesa CA 92626

NV Division of Water Resources
Attn: Bankruptcy Desk/Managing Agent
400 Shadow Lane #201
Las Vegas NV 89109

NV Energy
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno NV 89520-3086

NV Environmental Protect
Attn: Bankruptcy Desk/Managing Agent
901 S. Stewart St.
Carson City NV 89701

NV State Contractors Brd
Attn: Bankruptcy Desk/Managing Agent
2310 Corporate Circle,ste 200
Henderson NV  89074

Nye County Treasurer
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 473
Tonopah NV 89049-0473

Nystrom Building Product
Attn: Bankruptcy Desk/Managing Agent
Joe Bidwell
NW 7845
PO Box 1450
Minneapolis MN 55485-7845

Oakstone Publishing, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 381116
Birmingham AL 35238-1116

Oakstone Wellness
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 263
Chelsea AL 35043

Oasis Pool Maintenance
Attn: Bankruptcy Desk/Managing Agent
4 Bergholt Crest Avenue
Henderson NV 89015

Occupational Health Centers of
Attn: Bankruptcy Desk/Managing Agent
the Southwest, P.A.
P.O.Box 5950
Sparks NV 89432-5950

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
Judy
4616 W. Sahara Ave Pmb 178
Las Vegas NV 89102

Odyssey Consulting
Attn: Bankruptcy Desk/Managing Agent
7804 Arden Grove St
Las Vegas NV 89113

Off Shore Marine
Attn: Bankruptcy Desk/Managing Agent
1090 E. Lake Mead Drive
Henderson NV  89015

Office Depot
Attn: Bankruptcy Desk/Managing Agent
Robert Parsons
P. O. Box 70025
Los Angeles CA 90074-0025

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                        Served 4/17/2009

Office Furniture  Pros
Attn: Bankruptcy Desk/Managing Agent
7111 Garden Grove Blvd
Suit# 103
Garden Grove CA 92841

Office Furniture USA
Attn: Bankruptcy Desk/Managing Agent
3211 Builders Ave
Las Vegas NV 89101

Office Max
Attn: Bankruptcy Desk/Managing Agent
HSBC Business Solutions
P. O. Box 5239
Carol Stream IL 60197-0000

Office of Manufactured Housing
Attn: Bankruptcy Desk/Managing Agent
1110 W. Washingtong Ste. 100
Phoenix AZ 85007

Office Of The Attorney General
Attn: Bankruptcy Desk/Managing Agent
AG Case #009433499
P.O. Box 659791
San Antonio TX 78265-9791

Office of the Labor Commissioner
Attn: Bankruptcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Office Plus
Attn: Bankruptcy Desk/Managing Agent
melissa
3201 Builders Ave
Las Vegas NV 89101

Office Team
Attn: Bankruptcy Desk/Managing Agent
For temp office help
FILE 73484
P. O. Box 60000
San Francisco CA 94160-3484

OfficeMax Credit Plan
Attn: Bankruptcy Desk/Managing Agent
Marty-x5182
Dept. 58 - 3600826415
P.O. Box 9020
Des Moines IA 50638-9020

OFFSITE DEVELOPMENT INC
Attn: Bankruptcy Desk/Managing Agent
4700 Copper Sage St
Suite C
Las Vegas NV 89115

Oishi Properties
Attn: Bankruptcy Desk/Managing Agent
Carol Crawley - Manager
2301 East Sahara Avenue
Las Vegas NV 89104

Oliver Lee
Attn: Bankruptcy Desk/Managing Agent
International Realty Group
3855 S. Valley View Blvd. #7
Las Vegas NV 89103

Omar Rendon
Attn: Bankruptcy Desk/Managing Agent
3149 E. Desert Inn Rd# 52
Las Vegas NV 89121

Omar Toribio
Attn: Bankruptcy Desk/Managing Agent
6255 W. Tropicana Ave #99
Las Vegas NV 89103

Omni Management Group
Attn: Bankruptcy Desk/Managing Agent
16501 Ventura Boulevard
Suite 440
Encino CA 91436-2068

On Demand Sedan & Limousine
Attn: Bankruptcy Desk/Managing Agent
90 West Oakey
Las Vegas NV 89102

On Time Signs
Attn: Bankruptcy Desk/Managing Agent
4960 South Fort Apache, Ste 440
Las Vegas NV 89148

On Track Mechanical
Attn: Bankruptcy Desk/Managing Agent
9360 Byham Lane
Cherry Valley CA 92223

One Stop Hydraulics
Attn: Bankruptcy Desk/Managing Agent
294 Metcalf Rd.
Kingman AZ 86401

O'Neal Billiard Mechanics
Attn: Bankruptcy Desk/Managing Agent
17048 Queenside Dr.
Covina CA 91722

OnStar Subscription Center
Attn: Bankruptcy Desk/Managing Agent
PO Box 77000
Detroit MI 48277-0246

Opportunity Village ARC.INC
Attn: Bankruptcy Desk/Managing Agent
6300 West Oakey Boulevard
Las Vegas NV 89146

Opulence Studios
Attn: Bankruptcy Desk/Managing Agent
1900 Western Ave
Las Vegas NV 89102

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

Orange County Register
Attn: Bankruptcy Desk/Managing Agent
625 N. Grand Ave
Santa Ana CA 92701

ORCO Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 05891
PO Box 39000
San Francisco CA 94139-5891

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
5740 Arville St Suite 201
Las Vegas NV 89118

Orlando Rivera
Attn: Bankruptcy Desk/Managing Agent
11653 Elianto Street
Las Vegas NV 89123

Osborn Architects-Engineers
Attn: Bankruptcy Desk/Managing Agent
Brian K. Happel
1300 East Ninth Street, Ste 1500
Cleveland OH 44144-1573

Oscar Parel
Attn: Bankruptcy Desk/Managing Agent
4561 Tara Del
Encino CA 91436

OSHA
Attn: Bankruptcy Desk/Managing Agent
1301 N Green Valley Pkwy
Henderson NV  89074

Ostheimer & Company
Attn: Bankruptcy Desk/Managing Agent
james
13981 Alyssum Way
Tucson AZ 85737

Outdoor Furniture Liquidators
Attn: Bankruptcy Desk/Managing Agent
6767 W. Tropicana Ave,Ste 212
Liquidators
Las Vegas NV 89117

Outdoor Solutions
Attn: Bankruptcy Desk/Managing Agent
Scott Carlovsky
7935 W. Sahara Avenue
Suite 201
Las Vegas NV 89117

Ovation Development Corp.
Attn: Bankruptcy Desk/Managing Agent
1175 American Pacific Drive
Suite F
Henderson NV  89074

Owens Geotechnical
Attn: Bankruptcy Desk/Managing Agent
4480 West Hacienda Avenue
Suite 104
Las Vegas NV 89118

Owens Mobile Home
Attn: Bankruptcy Desk/Managing Agent
John Owens
Service Inc.
1932 Smith St.
Las Vegas NV 89108

OWS CLO I LTD
Attn: Bankruptcy Desk/Managing Agent
Bill Lemberg
200 Park Ave 7th Floor
New York, NY 10166

Ozzo Design
Attn: Bankruptcy Desk/Managing Agent
Ozzie Thoreson
36 A'Alapapa Place
Kailua CA 96734

P&L Fencing & Iron
Attn: Bankruptcy Desk/Managing Agent
8414 W. Farm Rd Ste 180 475
Las Vegas NV 89131

P.I.P.E.S.
Attn: Bankruptcy Desk/Managing Agent
Arnold Rodlo
43141 Business Center Pkwy
Suite 201
Lancaster MO 63535

Pac Van n
Attn: Bankruptcy Desk/Managing Agent
652 Middlegate Suite B
Henderson NV  89015

Pachulski Stang Ziehl & Jones
Attn: Bankruptcy Desk/Managing Agent
10100 Santa Monica Blvd.
Los Angeles CA 90067

Pacific Property Consultants
Attn: Bankruptcy Desk/Managing Agent
12725 Stowe Drive
Poway CA 92064

PacifiCare
Attn: Bankruptcy Desk/Managing Agent
File # U25141
4601 E Hilton Ave
Phoenix AZ 85072-2078

Pac-Van, Inc
Attn: Bankruptcy Desk/Managing Agent
2693 Paysphere Circle
Chicago IL 60674

Padilla Construction Co. of NV
Attn: Bankruptcy Desk/Managing Agent
1605 N. O'Donnell Way
Orange CA 92867

Padma's Plantation
Attn: Bankruptcy Desk/Managing Agent
1375 England Drive
Batavia IL 60510

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Paint & Paperworks
Attn: Bankruptcy Desk/Managing Agent
4310 S. Cameron St.
Las Vegas NV 89146

Palecek
Attn: Bankruptcy Desk/Managing Agent
Dept. #05898
P.O. Box 39000
San Francisco CA 94139-5898

Pallas Textiles
Attn: Bankruptcy Desk/Managing Agent
Nichole
Bin 088
Milwaukee WI 53288-0088

Palm Carpet &Tile LLC
Attn: Bankruptcy Desk/Managing Agent
7652 Ribbon Rock St
Las Vegas NV 89139

Palm Garden Corporation
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Palm Gardens, Ltd.
Attn: Bankruptcy Desk/Managing Agent
Jim Rhodes
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Palm Hills HOA
Attn: Bankruptcy Desk/Managing Agent
C/O US Bank
P.O.Box 500377
San Diego CA 92150-0377

Palmer Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
Phillip Palmer
1412 Western Ave.
Las Vegas NV 89102

Pamela Boulden
Attn: Bankruptcy Desk/Managing Agent
9245 Tisha Renee Ave.
Las Vegas NV 89147

Panda Windows & Doors
Attn: Bankruptcy Desk/Managing Agent
3415 Bellington Rd.
Ste A190
N. Las Vegas NV 89030

Paola Martin
Attn: Bankruptcy Desk/Managing Agent
7109 Painted Butte
Las Vegas NV 89178

Paper Signatures
Attn: Bankruptcy Desk/Managing Agent
1133 Broadway
Suite 217
New York 10010

Par 3 Landscape
Attn: Bankruptcy Desk/Managing Agent
4610 Wynn Rd. #B
Las Vegas, NV  89103

Par 5 Enterprises
Attn: Bankruptcy Desk/Managing Agent
409 Club Court
Las Vegas, NV  89144

Paradigm Engineering, LLC
Attn: Bankruptcy Desk/Managing Agent
972-829-8100  main office #
P. O. Box 202387
Dallas TX 75320-2387

Paradise Pools
Attn: Bankruptcy Desk/Managing Agent
5110 N Buffalo Drive
Las Vegas NV 89149

Paramount Capital Corporation
Attn: Bankruptcy Desk/Managing Agent
1918 Filbert Street
Suite 101
San Francisco CA 94123

Paramount Destination Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 19330
Las Vegas NV 89132-0330

Paramount Rodeo
Attn: Bankruptcy Desk/Managing Agent
Sandy Margolin
17501 Ventura Blvd
Encion CA 91316

Parisi Inc.
Attn: Bankruptcy Desk/Managing Agent
2002 Jimmy Durante Blvd #308
Del Mar CA 92014

Park Avenue Cleaners
Attn: Bankruptcy Desk/Managing Agent
7210 W. Lake Mead
Suite 2
Las Vegas NV 89138

Parker Finch & Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
3838 N. Central Ave
Ste 1100
Phoenix AZ 85012

Parsons Behle & Latimer
Attn: Bankruptcy Desk/Managing Agent
201 S Main St
Ste 1800
Salt Lake City UT 89111

Parsons Bros Rockeries
Attn: Bankruptcy Desk/Managing Agent
Denise Wright
710 W. Sunset Road  #110
Henderson NV  89015

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

Party Supermart
Attn: Bankruptcy Desk/Managing Agent
2521 E. Bonanza Rd
Las Vegas NV 89101

PassKey
Attn: Bankruptcy Desk/Managing Agent
4395 S. Polaris
Las Vegas NV 89103

Patch Co, Inc.
Attn: Bankruptcy Desk/Managing Agent
2922 Serene
Henderson NV  89074

Patient Financial Services
Attn: Bankruptcy Desk/Managing Agent
Mayo Clinic Scottsdale
P.O.Box 52557
Phoenix AZ 85072-2557

Patricia Becker
Attn: Bankruptcy Desk/Managing Agent
11464 Glowing Sunset Lane
Las Vegas NV 89135

Patricia Farley-Saavedra
Attn: Bankruptcy Desk/Managing Agent
7525 Rushing Current St
Las Vegas NV 89131

Patrick Hartmann
Attn: Bankruptcy Desk/Managing Agent
1005 Jupiter Lane
Colorado Springs CO 80906

Paul Benson
Attn: Bankruptcy Desk/Managing Agent
320 Dog Leg Drive
Las Vegas NV  1847.00

Paul Davis Restoration
Attn: Bankruptcy Desk/Managing Agent
1818 Industrial Road,Ste 210
Las Vegas NV  89102-2631

Paul Huygens
Attn: Bankruptcy Desk/Managing Agent
600 Via Colmo
Henderson NV 89011

Paul Renneker
Attn: Bankruptcy Desk/Managing Agent
1104 Norellat Rd.
Henderson NV  89015

Paul Thompson
Attn: Bankruptcy Desk/Managing Agent
1440 Via Savona Dr.
Henderson NV  89052-3126

Paula Puia
Attn: Bankruptcy Desk/Managing Agent
4236 Charles Street
Dearborn MI 48126

Pauline & Rodolfo L. Kabigting
Attn: Bankruptcy Desk/Managing Agent
24 Stonyhill Lane
W. Nyack 10994

Pauline Novak
Attn: Bankruptcy Desk/Managing Agent
5557 Gold Mint Lane
Las Vegas NV 89122

Paulson Reporting Services
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 79509
City of Industry CA 91716-9509

Paver Module Of Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
1013 E. Delhi
N. Las Vegas NV  89030

PBCC
Attn: Bankruptcy Desk/Managing Agent
Pitney Bowes Credit Corporation
P.O.Box 856460
Louisville KY 40285-6460

PBS&J
Attn: Bankruptcy Desk/Managing Agent
2270 Corporate Circle #100
Henderson NV  89074

PC Club
Attn: Bankruptcy Desk/Managing Agent
3441 W. Sahara Blvd
#D
Las Vegas NV 89102

PCBC
Attn: Bankruptcy Desk/Managing Agent
1215 K Street
Suite 1200
Sacramento CA 95814

Peacock Mountain Ranch Assc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4734 HB
Hualapai AZ 86412

Peak Hour Traffic Data
Attn: Bankruptcy Desk/Managing Agent
Collectors
197 Carlsbad Caverns St.
Henderson NV  89012

Peccole Little League Baseball
Attn: Bankruptcy Desk/Managing Agent
Sponsorship
P.O. Box 371352
Las Vegas NV 89137

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                              Served 4/17/2009

PEM, Inc.
Attn: Bankruptcy Desk/Managing Agent
3390 Wynn Road Ste A
Las Vegas NV 89102

Pen-Cal Administrators, Inc.
Attn: Bankruptcy Desk/Managing Agent
6210 Stoneridge Mall Rd., Ste 300
Pleasanton CA 94588

Peninsula Floors, Inc.
Attn: Bankruptcy Desk/Managing Agent
Bought out by Carpets N More
P.O. Box 951404
Dallas TX 75395-1404

Perennials
Attn: Bankruptcy Desk/Managing Agent
Lisa Bergman
3225 E. Carpenter Freeway
Irving TX 75062

Perfect Raingutters
Attn: Bankruptcy Desk/Managing Agent
Jarrett Jamieson
6295 Harrison  #9
Las Vegas NV 89120

Perfecto and Dina Arca
Attn: Bankruptcy Desk/Managing Agent
23222 Rosanna Court
Torrance CA 90502

Performance Plastering
Attn: Bankruptcy Desk/Managing Agent
4840 East Cartier Avenue
Las Vegas NV 89115

Performance Plus Engineering
Attn: Bankruptcy Desk/Managing Agent
27740 Jefferson Avenue
Suite 320
Temecula CA 92590

Peridian International
Attn: Bankruptcy Desk/Managing Agent
2600 Newport Blvd, Suite 130
Newport Beach CA 92663

Perkins Cole Brown & Bain
Attn: Bankruptcy Desk/Managing Agent
Accounting number
1201 Third Avenue, 40th Floor
Seattle WA 98101-3099

Perlman Architects, Inc.
Attn: Bankruptcy Desk/Managing Agent
2230 Corporate Circle Ste 290
Henderson NV  89074

Pete King
Attn: Bankruptcy Desk/Managing Agent
2575 E Lone Mountain Road
N. Las Vegas NV 89031

Peter and Susan Malik
Attn: Bankruptcy Desk/Managing Agent
1104 Arabian Sand Court
Las Vegas NV 89144

Peter Collins
Attn: Bankruptcy Desk/Managing Agent
526 Via Del Corallo Way
Henderson NV  89011

Peter Price
Attn: Bankruptcy Desk/Managing Agent
442 Sunrise Villa Dr
Las Vegas NV 89110

Peter R. Pezzani
Attn: Bankruptcy Desk/Managing Agent
1754 Franklin Chase
Henderson NV  89012

Pettigru Counseling Associates
Attn: Bankruptcy Desk/Managing Agent
405 Pettigru Street
Greenville SC  29601

Phase One Consulting Eng
Attn: Bankruptcy Desk/Managing Agent
Brian P. Norris
6136 Cottontail Cove Street
Las Vegas NV 89130

Phil and Cindy Shipley
Attn: Bankruptcy Desk/Managing Agent
7804 SW 193rd Street
Miami FL 33157

Phoenix Draperies Internationa
Attn: Bankruptcy Desk/Managing Agent
Sid Nellis
2460 Malt Avenue
City of Commerce CA 90040

Phoenix Pest & Termite Control
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 11067
Phoenix AZ 85061

Phoenix Precast Products, Inc.
Attn: Bankruptcy Desk/Managing Agent
1856 E. Deer Valley Road
Phoenix AZ 85024

Photo Research LLC
Attn: Bankruptcy Desk/Managing Agent
Dennis
2919 "B" Mead
Las Vegas NV 89102

Phuong Kim Ong
Attn: Bankruptcy Desk/Managing Agent
8501 University Ave
#2085
Las Vegas NV 89147

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Pictographics
Attn: Bankruptcy Desk/Managing Agent
4830 W. Oquendo
Las Vegas NV 89118

Picture Perfect Ent.
Attn: Bankruptcy Desk/Managing Agent
702-375-1888
5046 Spanish Hills Dr
Las Vegas NV 89148

Pierce Eislen
Attn: Bankruptcy Desk/Managing Agent
7201 East Camelback Road
Suite 245
Scottsdale AZ 85251

Pinnacle Architectural Studio
Attn: Bankruptcy Desk/Managing Agent
Quinn Boesenecker
9755 West Charleston Blvd.
Las Vegas NV 89117

Pinnacle Grading LLC
Attn: Bankruptcy Desk/Managing Agent
313 South Aztec Road
Golden Valley AZ 86413

Pinnacle Printing
Attn: Bankruptcy Desk/Managing Agent
3347 South Highland Drive
Las Vegas NV 89109

Pioneer Overhead Door
Attn: Bankruptcy Desk/Managing Agent
4046 West Ponerosa Way
Las Vegas NV 89118-8794

Pioneer Woodworking, LTD
Attn: Bankruptcy Desk/Managing Agent
Chris
4125 W. Dewey Dr. Suite B
Las Vegas NV 89118

Pipe Maintenance Serv. Inc.
Attn: Bankruptcy Desk/Managing Agent
412 E Gowan Road
N Las Vegas NV  89032

Piper Plastics, LLC
Attn: Bankruptcy Desk/Managing Agent
7260 Dean Martin Drive
Suite 1000
Las Vegas NV 89118

Piracle
Attn: Bankruptcy Desk/Managing Agent
Order checks from HOPE
2302 South Presidents Drive
Suite B
Salt Lake City UT 84120

Pitney Bowes Purchase Power
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 856042
Louisville KY 40285-6042

Pitney Bowes, Inc.
Attn: Bankruptcy Desk/Managing Agent
Sales & General Info
P.O. Box 856390
Louisville KY 40285-6390

Plan B Productions
Attn: Bankruptcy Desk/Managing Agent
1055 N. Victory Place
Burbank CA 91502

Planned Parenthood
Attn: Bankruptcy Desk/Managing Agent
Attn: Liz
320 West Charleston
Las Vegas NV 89102

Plantworks
Attn: Bankruptcy Desk/Managing Agent
3930 Graphic Center Drive
Las Vegas NV 89118

Platinum Finish
Attn: Bankruptcy Desk/Managing Agent
5462 Jacobs Field Street
Las Vegas NV 89148

Playscapes, Inc.
Attn: Bankruptcy Desk/Managing Agent
Children's Environments
2600 Daniels Street
Madison WI 53718

Plumb Level Art Installation
Attn: Bankruptcy Desk/Managing Agent
4375 W.Desert Inn, C-219
Las Vegas NV 89102

Polar Air & Heating
Attn: Bankruptcy Desk/Managing Agent
5030 Harrison Drive
Las Vegas NV 89120

Pollack & Associates
Attn: Bankruptcy Desk/Managing Agent
c/o Donghia Textiles
150 Varick Street 10th Fl.
New York NY 10013

Pollack & Associates
Attn: Bankruptcy Desk/Managing Agent
Traci Rock
c/o Donghia
101 Henry Adams St. #144
San Francisco CA 94103

Polo Cleaners
Attn: Bankruptcy Desk/Managing Agent
4985 Port Apache Dr Ste 101
Las Vegas NV 89148

Pompeii Furniture
Attn: Bankruptcy Desk/Managing Agent
Ashley
c/o Mitch Zerg & Associates
9880 Gidley St
EL Monte CA 91731

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Pool Tables Plus, Inc.
Attn: Bankruptcy Desk/Managing Agent
6985 W. Sahara # 117
Las Vegas NV 89117

Pools by Grube
Attn: Bankruptcy Desk/Managing Agent
961 Empire Mesa Way
Henderson NV 89015

Porsha Revesz
Attn: Bankruptcy Desk/Managing Agent
298 Belair View Ct.
Henderson NV 89074

Portaframe, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 594
Dexter MO 63841

Post Tensioing Institute Store
Attn: Bankruptcy Desk/Managing Agent
8601 North Black Canyon Hwy
Ste. 103
Phoenix AZ 85021

Post Tension of Nevada
Attn: Bankruptcy Desk/Managing Agent
1179 Center Point Dr.
Henderson NV 89074

Poster Compliance Center
Attn: Bankruptcy Desk/Managing Agent
3687 Mt Diablo Blvd Ste B100
Lafayette CA 94549-3744

Power & Motoryacht
Attn: Bankruptcy Desk/Managing Agent
P.O Box 57544
Boulder CO 80321-7544

Power Plus, Inc
Attn: Bankruptcy Desk/Managing Agent
3131 Olive Street
Las Vegas NV 89104

Praxair
Attn: Bankruptcy Desk/Managing Agent
310-Praxair Distribution Inc.
P.O. Box 120812 Dept. 0812
Dallas TX 75312-0812

Precision Simulations
Attn: Bankruptcy Desk/Managing Agent
396 Civic Drive, Suite B
Pleasant Hill CA 94523

Precision Surveys
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 94928
8414-D Jefferson St. NE
Albuquerque NM 87199

Prem Signh
Attn: Bankruptcy Desk/Managing Agent
9301 Thonder Court
Las Vegas NV 89149

Premier Business Solutions
Attn: Bankruptcy Desk/Managing Agent
15909 B East Gale Ave
Hacienda Heights CA 91745

Premier New Homes
Attn: Bankruptcy Desk/Managing Agent
Attn: Summer Betting
15555 N. 79th Place Suite 200
Scottsdale AZ 85260

Premier Office Systems, Inc
Attn: Bankruptcy Desk/Managing Agent
1210 South Valley View Blvd.
Suite 215
Las Vegas NV 89102

Premier Sportscar Service Inc.
Attn: Bankruptcy Desk/Managing Agent
4005 W. Dewey Drive
Las Vegas NV 89118

Premier Trust of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
Custodian for Rene Raynes IRA
411 Bonneville Suite #1
Las Vegas NV 89101

Premium Financing Spec.
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 25287
Tempe AZ 85285-5287

Premium Financing Specialists
Attn: Bankruptcy Desk/Managing Agent
National Accounts
P.O. Box 419090
Kansas City MO 64141-6090

PREMIUM LOAN TRUST I
Attn: Bankruptcy Desk/Managing Agent
190 S. Lasalle 23rd Fl
Chicago IL 60603

Prestige Plastering, Inc.
Attn: Bankruptcy Desk/Managing Agent
790 Lake Havasu Ave.
Suite 7
Lake Havasu City AZ 86403

PRG Scenic Technologies
Attn: Bankruptcy Desk/Managing Agent
6050 S. Valley View Blvd
Las Vegas NV 89118

Principal Life
Attn: Bankruptcy Desk/Managing Agent
Dept 900
P.O. Box 14416
Des Moines 50306-3416

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                 Served 4/17/2009

Print International
Attn: Bankruptcy Desk/Managing Agent
Dave Stefanic
345 Hudson Street
Fifth Floor
New York 10014

Prism LLC
Attn: Bankruptcy Desk/Managing Agent
1222 Silver Knoll Ave
Las Vegas NV 89123

Pro Color Inc.
Attn: Bankruptcy Desk/Managing Agent
6280 S. Valley View
Suite 110
Las Vegas NV 89118

Pro Group Management
Attn: Bankruptcy Desk/Managing Agent
175 East Reno
Suite c9
Las Vegas NV 89119

Pro Specialties Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
8295 Aero Place
Suite 260
San Diego CA 92123-1807

Pro Tech
Attn: Bankruptcy Desk/Managing Agent
4428 David Rd
Kingman AZ 86409

Pro Tect Security
Attn: Bankruptcy Desk/Managing Agent
3511 S.Eastern Avenue
Las Vegas NV 89109

Production Plumbing
Attn: Bankruptcy Desk/Managing Agent
Robert Kahre
1555 Bledsoe Lane
Las Vegas NV 89110

Production Resource Group
Attn: Bankruptcy Desk/Managing Agent
PRG-Scenic Technologies
c/o ProMix
P.O. Box 41261
Santa Ana CA 92799-1261

Professional Document Products
Attn: Bankruptcy Desk/Managing Agent
3371 W. Oquendo Road
Las Vegas NV 89118

Professional Door & Millworks
Attn: Bankruptcy Desk/Managing Agent
Sandy
2951 Morion Dr Ste #117B
Las Vegas NV 89115

Progressive Business Pub.
Attn: Bankruptcy Desk/Managing Agent
370 Technology Drive
PO Box 3019
Malvern PA 19355

Progressive Drywall Systems
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3595
Lake Havasu AZ 86405

Progressive Wholesales
Attn: Bankruptcy Desk/Managing Agent
PO BOX 95127
Las Vegas NV  89193-5127

Promotions & Event Management
Attn: Bankruptcy Desk/Managing Agent
INC.
3390 Wynn Road, Suite A
Las Vegas NV 89102

Property Management Systems
Attn: Bankruptcy Desk/Managing Agent
Tops Software
364-C Christopher Avenue
Gaithersburg MD 20879

Pro-Sweep of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
4830 N. Serene Drive
Las Vegas NV 89130

Province Real Estate Advisors
Attn: Bankruptcy Desk/Managing Agent
Paul Huygens
2275 Corporate Circle
Suite 275
Henderson NV  89074

Prudential Americana Group
Attn: Bankruptcy Desk/Managing Agent
Christopher Koman - Realtor
7475 W. Sahara Ave, Ste 100
Las Vegas NV 89117

Prudential Mohave, Realtors
Attn: Bankruptcy Desk/Managing Agent
2202 Stockton Hill Rd., Suite C
Kingman AZ 86401

Prudential Overall Supply
Attn: Bankruptcy Desk/Managing Agent
3915 West Hacienda
Las Vegas NV 89118

Pulido Construction
Attn: Bankruptcy Desk/Managing Agent
3540 Sahara Ave # 572
Las Vegas NV 89102

Purdue Marion & Assoc.
Attn: Bankruptcy Desk/Managing Agent
3455 Cliff Shadows Pkwy
Suite 190
Las Vegas NV 89129

Putting Greens Direct of NV
Attn: Bankruptcy Desk/Managing Agent
5550 S. Cameron Suite H
Las Vegas NV 89118

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Q Media
Attn: Bankruptcy Desk/Managing Agent
8565 W Craig Rd
Las Vegas NV 89129

QED, Inc & Shane Clifford, Esq
Attn: Bankruptcy Desk/Managing Agent
District Court Case #A534449

Quality Built
Attn: Bankruptcy Desk/Managing Agent
12725 Stowe Dr
Poway CA 92061

Quality Cabinets of Nevada
Attn: Bankruptcy Desk/Managing Agent
865 Pilot Road
Lock Box 842520
Dallas TX 75284-2520

Quality Carpet & Uphol.st.Clean
Attn: Bankruptcy Desk/Managing Agent
Mike
5700 Negril Ave
Las Vegas NV 89130

Quality Concrete Surfaces
Attn: Bankruptcy Desk/Managing Agent
Jon Forsyth
347 S. 700 W. #C
Cedar City UT 84720

Quality Design Products LLC
Attn: Bankruptcy Desk/Managing Agent
Joe Ervin
6373 Industrial Road
Las Vegas AZ  89118

Quality Ford Trucks
Attn: Bankruptcy Desk/Managing Agent
4150 Donaven Way
Las Vegas NV

Quality Impressions
Attn: Bankruptcy Desk/Managing Agent
6295 Harrison Dr.
Suite 29
Las Vegas, NV 89120

Quality Inn
Attn: Bankruptcy Desk/Managing Agent
1400 E. Andy Devine Ave.
Kingman AZ 86401

Quality Interiors, Inc
Attn: Bankruptcy Desk/Managing Agent
Rick Merigold (President)
104 S. Maple Street
Corona CA 92880-1704

Quality Screen Print Corp
Attn: Bankruptcy Desk/Managing Agent
127 Jefferson NE, Ste B
Albuquerque NM 87108

Quality Towing
Attn: Bankruptcy Desk/Managing Agent
2201 N. Commerce
N. Las Vegas NV 89030

Quality Wood Products
Attn: Bankruptcy Desk/Managing Agent
3001 N. Nellis
Las Vegas NV 89115

Quantum Collections
Attn: Bankruptcy Desk/Managing Agent
P.O.BOX 364389
North Las Vegas NV 89036-8389

Quantum Resources
Attn: Bankruptcy Desk/Managing Agent
Sharon/Steve
13030 Inglewood Ave.  #200
Hawthorne CA 90250

Quest Diagnostics
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 79025
Phoenix AZ 85062-9025

Quick Crete Products Crp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 639
Norco CA 92860-0639

Quiet Technology Systems
Attn: Bankruptcy Desk/Managing Agent
David Dempsey
255 N. Pasadena Street
Gilbert AZ 85233

QVS
Attn: Bankruptcy Desk/Managing Agent
2731 Crimson Canyon
Las Vegas NV 89128

R & R Equities, LLC
Attn: Bankruptcy Desk/Managing Agent
5238 Spring Canyon Street
North Las Vegas NV 89031

R Ranch Ventures
Attn: Bankruptcy Desk/Managing Agent
James Foote
c/o of Irma Au
1385 Sierra Madre Villa Avenue
Pasadena CA 91107

R Ranch Ventures, LLC
Attn: Bankruptcy Desk/Managing Agent
Irma Au
c/o Irma Au
1385 Sierra Madre Villa Avenue
Pasadena CA 91107

R. P. Weddell & Sons Co.
Attn: Bankruptcy Desk/Managing Agent
4945 E. Carey
Las Vegas NV 89115

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

R. Scott Dugan Appraisal Co.
Attn: Bankruptcy Desk/Managing Agent
6767 W. Tropicana
Suite #110
Las Vegas NV 89103

R.O.I. Appraisal, Ltd.
Attn: Bankruptcy Desk/Managing Agent
2700 East Sunset Road Ste C-20
Las Vegas NV 89120

R.S. Herman Architects, Inc
Attn: Bankruptcy Desk/Managing Agent
6009 Melrose Ave.
Los Angeles CA 90038

R.W. Turner & Sons
Attn: Bankruptcy Desk/Managing Agent
Pump & Windmill Co., Inc
3471 Hwy 89N
Chino Valley AZ 86323

Rags To Riches, Inc.
Attn: Bankruptcy Desk/Managing Agent
Pete Aguilar
5420 S. Cameron Suite #109
Las Vegas NV 89118

Rain 2 Day Inc.
Attn: Bankruptcy Desk/Managing Agent
4850 E. Cartier Ave.
Las Vegas NV 89115

Rainbow International
Attn: Bankruptcy Desk/Managing Agent
6442 Windy Street #2
Las Vegas NV 89119

Rakeman Plumbing
Attn: Bankruptcy Desk/Managing Agent
3823 Losee Road
North Las Vegas NV 89030

Ralph Jones Display
Attn: Bankruptcy Desk/Managing Agent
2576 East Charleston Blvd
Las Vegas NV 89104-2323

Ralph Productions
Attn: Bankruptcy Desk/Managing Agent
151 Haskins Way, Unit E
South San Francisco CA 94080

Randal C. Garofalo
Attn: Bankruptcy Desk/Managing Agent
2317 Robinhood Place
Orange CA 92867

Random Lengths
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 867
Eugene OR 97440-0867

Ransom & Benjamin Publishers
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 160
Mystic CT 06355

Rapid Color, Inc.
Attn: Bankruptcy Desk/Managing Agent
3314 South Highland Drive
Las Vegas NV 89109

Rapid Refill Ink
Attn: Bankruptcy Desk/Managing Agent
7375 S. Durango Dr.
Las Vegas NV 89113

Raquel Nash
Attn: Bankruptcy Desk/Managing Agent
1865 N. Walnut Rd. Apt 105
Las Vegas NV 89115

Ray M. Chavarria
Attn: Bankruptcy Desk/Managing Agent
1052 Via Canale Drive
Henderson NV  89011

Raymond & Delia Valdez
Attn: Bankruptcy Desk/Managing Agent
49 Hunt Valley Trail
Henderson NV  89052

Raymond M. Logan
Attn: Bankruptcy Desk/Managing Agent
770 Autumn Moon Dr
Las Vegas NV 89123

RBC Builder Finance
Attn: Bankruptcy Desk/Managing Agent
11011 Richmond Avenue
Suite 850
Houston TX 77042

RBF Consulting
Attn: Bankruptcy Desk/Managing Agent
14725 Alton Pkwy
Irvine CA 92618

RCD MECHANICAL
Attn: Bankruptcy Desk/Managing Agent
Tim Naas
1820 Willow Trail
Las Vegas NV 89108

RCR Plumbing & Mechanical Inc.
Attn: Bankruptcy Desk/Managing Agent
Tom Powers
5165 Schrills
Las Vegas NV 89118

RCS Real Estate Appraisal
Attn: Bankruptcy Desk/Managing Agent
Red Cliffs Professional Park
321 North Mall Drive, Ste X-101
St. George UT 84790

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                      Served 4/17/2009

RD Cust. Welding & Fabrication
Attn: Bankruptcy Desk/Managing Agent
1953 Lucille
Kingman AZ 86401

Re/Max Elite
Attn: Bankruptcy Desk/Managing Agent
9931 W. Charleston Blvd.
Suite 2
Las Vegas NV 89117

Real Estate Advertising Serv.
Attn: Bankruptcy Desk/Managing Agent
4520 Enterprise Street
Fremont CA 94538

Real Estate Broker
Attn: Bankruptcy Desk/Managing Agent
Jess Medina
7445 S. Durango Dr. Ste 104
Las Vegas NV 89148

Real Estate Economics
Attn: Bankruptcy Desk/Managing Agent
30131 Town Center Drive
Ste 270
Laguna Niguel CA 92677

Real Estate Temps
Attn: Bankruptcy Desk/Managing Agent
2465 Campus Dr 1st FL
PO Box 18857
Irvine CA 92623-8857

Realm of Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
1188 Center Point Drive
Henderson NV  89014

Realty 600
Attn: Bankruptcy Desk/Managing Agent
1840 Glendale Blvd.
Los Angeles CA 90026

Realty Executives
Attn: Bankruptcy Desk/Managing Agent
2601 Stockton Hill Road
Suite B
Kingman AZ 86401

Realty West Inc.
Attn: Bankruptcy Desk/Managing Agent
nicole
1100 Mary Crest Road
Henderson NV  89074

Rebel Builders, Inc.
Attn: Bankruptcy Desk/Managing Agent
9165 South Jones Blvd.
Las Vegas NV 89139

Rebel Oil
Attn: Bankruptcy Desk/Managing Agent
2200 S Highland Dr
Las Vegas, NV 89102

Rebel Oil Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 S. Highland Drive
Las Vegas NV 89102-4812

Rebel Party Rental
Attn: Bankruptcy Desk/Managing Agent
4231 Bertos Drive
Las Vegas NV 89103

Recall Total Information
Attn: Bankruptcy Desk/Managing Agent
Management, Inc.
PO Box 841693
Dallas TX 75284-1693

Recat Inc.
Attn: Bankruptcy Desk/Managing Agent
325 West Rider St.
Perris CA 92571

Red Apple Grill
Attn: Bankruptcy Desk/Managing Agent
1989 Redwood Street
Las Vegas NV 89146

Red Lion Hotel
Attn: Bankruptcy Desk/Managing Agent
1021 NE Grand Avenue
Portland OR 97232

Red Rock Mechanical, LLC
Attn: Bankruptcy Desk/Managing Agent
6311 Dean Martin Dr.
Las Vegas NV 89118

Red Rose Roofing
Attn: Bankruptcy Desk/Managing Agent
4530 N. Walnut Rd.
N. Las Vegas NV 89081

Red Star Automotive
Attn: Bankruptcy Desk/Managing Agent
2147 North Decatur
Las Vegas NV  89108

Redburn Tire Company
Attn: Bankruptcy Desk/Managing Agent
3801 W Clarendon Ave
Phoenix, AZ 85019-3717

Redburn Tire Company
Attn: Bankruptcy Desk/Managing Agent
4710 East Cartier NV 89115
PO BOX 14828
Phoenix AZ 85063-4828

Redrock
Attn: Bankruptcy Desk/Managing Agent
24401 Halsted Road
Farmington Hills MI  48335

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                     Served 4/17/2009

Redrock Communications
Attn: Bankruptcy Desk/Managing Agent
15530 Rockfield Blvd.
Suite B1
Irvine CA 92618

Reef Colonial, LLC
Attn: Bankruptcy Desk/Managing Agent
Gaylynn Dapper
P. O. Box 98898
Drawer 2002
Las Vegas NV 89193-8898

REEF Colonial, LLC
Attn: Bankruptcy Desk/Managing Agent
Linda Castle
c/o The Equity Group
P. O. Box 98813
Las Vegas NV 89193

Reel Sound
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest, Suite P
Henderson NV  89074

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

Regal Materials Inc.
Attn: Bankruptcy Desk/Managing Agent
1013 E Delhi
N Las Vegas NV  89030

Reginald Asuncion
Attn: Bankruptcy Desk/Managing Agent
242 Angels Trace Court
Las Vegas NV 89148

Regions Interstate Billing
Attn: Bankruptcy Desk/Managing Agent
1025 5th Avenue SE
Decatur AL 35601

Registrar of Contractors
Attn: Bankruptcy Desk/Managing Agent
800 W. Washington, 6th Floor
Phoenix AZ 8507

Relax Inn
Attn: Bankruptcy Desk/Managing Agent
3016 E. Andy Devine
Kingman AZ 86401

Reliable Pump, Inc
Attn: Bankruptcy Desk/Managing Agent
4105 W. Bell Drive
dba Reliable Pump & Motor
PO Box 31115
Las Vegas NV 89173

Reliable Service Company
Attn: Bankruptcy Desk/Managing Agent
2626 Westwood Drive
Las Vegas NV 89109-1118

Relocating in Las Vegas
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 100001
PO Box 8680
Prairie Village KS 66208

Relocation Resources LLC
Attn: Bankruptcy Desk/Managing Agent
accounting
1415 Louisiana Ste 3475
Houston TX 77002

Remax of Cherry Hill
Attn: Bankruptcy Desk/Managing Agent
Attn: Debra Campbell
1736 Route 70 East
Cherry Hill NJ 08003

ReMax Olson Assoc.
Attn: Bankruptcy Desk/Managing Agent
16842 Devonshire St.
Granda Hills CA 91344

ReMax One
Attn: Bankruptcy Desk/Managing Agent
5135 Camino El Norte
North Las Vegas NV 89031

ReMax Realty
Attn: Bankruptcy Desk/Managing Agent
4435 S. Buffalo Dr.
Las Vegas NV 89147

Renaissance Catering, Inc.
Attn: Bankruptcy Desk/Managing Agent
3999 Renate Drive
Las Vegas NV 89103

Rent A Center
Attn: Bankruptcy Desk/Managing Agent
6140 W. Tropicana #C-1
Las Vegas NV 89103

Rent-A-Center
Attn: Bankruptcy Desk/Managing Agent
3280 Stockton Hill Rd.
Suite A
Kingman AZ 86409

Republic Furniture MFG. Inc
Attn: Bankruptcy Desk/Managing Agent
930 East 61st Street
Los Angeles CA 90001-0867

Republic Furniture Mfg., Inc.
Attn: Bankruptcy Desk/Managing Agent
Judy
930 East 61st Street
Los Angeles CA 90001-0887

Republic Mortgage
Attn: Bankruptcy Desk/Managing Agent
5598 S. Fort Apache
Las Vegas NV 89148

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

Republic Serv. of So. NV
Attn: Bankruptcy Desk/Managing Agent
770 E. Sahara Avenue
Las Vegas NV 89193-8508

Republic Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 78040
Phoenix AZ 85062-8040

Residential Funding Corp
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 93895
Chicago IL 60661

Residential Warranty Corp.
Attn: Bankruptcy Desk/Managing Agent
5300 Derry St.
Harrisburg PA 17111-3598

Resource Technology Associates
Attn: Bankruptcy Desk/Managing Agent
1111 E. Touhy Ave
Suite 230
Des Plaines IL 60018

Resun Leasing, Inc.
Attn: Bankruptcy Desk/Managing Agent
Bank of America Lockbox Services
12603 Collection Center Drive
Chicago IL 60693

Retail Association of Nevada
Attn: Bankruptcy Desk/Managing Agent
(RAN)
410 S. Minnesota Street
Carson City NV 89703-4272

Revco International
Attn: Bankruptcy Desk/Managing Agent
18720 Crenshaw Blvd.
Torrance CA 90504

Reynaldo DeLaCruz
Attn: Bankruptcy Desk/Managing Agent
PO BOX 337
St. Clairsville OH 43950

RGR Group, LLC
Attn: Bankruptcy Desk/Managing Agent
6763 W. Charleston Blvd
Las Vegas NV 89146

Rhinotek Computer Products
Attn: Bankruptcy Desk/Managing Agent
2301 E. Del Amo Blvd
Carson CA 902200

Rhodes Engineering
Attn: Bankruptcy Desk/Managing Agent
4630 S Arville St
Suite A
Las Vegas, NV 89103

Rhodes Framing
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court
Suite #B - 105 & 106
Henderson NV  89015

Rhodes Holding Limited P
Attn: Bankruptcy Desk/Managing Agent
3024 N. Highland Falls Dr
Las Vegas NV 89134

Rhodes Ranch Country Clu
Attn: Bankruptcy Desk/Managing Agent
20 Rhodes Ranch Parkway
Las Vegas NV 89148

Rhodes Ranch HOA
Attn: Bankruptcy Desk/Managing Agent
4730 Sourth Fort Apache Rd.
Suite 300
Las Vegas NV 89148

Rhodes, Deborah L.
Attn: Bankruptcy Desk/Managing Agent
Debbie
8789 Spanish Mountain
Las Vegas NV 89113

Rhodes, James M.
Attn: Bankruptcy Desk/Managing Agent
Jim
5068 Spanish Heights Drive
Las Vegas NV 89113

Ribeiro Management Co., LLC
Attn: Bankruptcy Desk/Managing Agent
195 E. Reno Avenue, Suite A
Las Vegas NV 89119

Ricardo Daza
Attn: Bankruptcy Desk/Managing Agent
1050 W. College View Dr.
Apt 6
Monterey Park CA 91754

Rice Silbey Reuther & Sullivan
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Parkway
Suite 700
Las Vegas NV 89109

Rich Bowen
Attn: Bankruptcy Desk/Managing Agent
29381 Old U.S. 33
West Elkhart MD 46514

Richard Chad Williams
Attn: Bankruptcy Desk/Managing Agent
4416 W. Del Monte Circle
Las Vegas NV 89102

Richard Klutman,Nereida Klutma
Attn: Bankruptcy Desk/Managing Agent
Haney,Woloson & Mullins & Nehme-
Tomaka & Associates
Las Vegas NV

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Richard Luke Architects
Attn: Bankruptcy Desk/Managing Agent
Karen
9061 W. Sahara Avenue
Las Vegas NV 89117

Rick & Pam Meitzler
Attn: Bankruptcy Desk/Managing Agent
5550 Mallaro Lane
Hoffman Estates IL 60192

Rick Hildreth
Attn: Bankruptcy Desk/Managing Agent
3599 Hammock Drive
Las Vegas NV 89147

Rick Williams
Attn: Bankruptcy Desk/Managing Agent
4416 Del Monte Circle
Las Vegas NV 89102

Righellis PC,
Attn: Bankruptcy Desk/Managing Agent
A Professional Corporation
2328 Timberline  Way
Las Vegas NV 89117

Rim Rock Engineering
Attn: Bankruptcy Desk/Managing Agent
Russ Talbot
7433 W. Lake Mead Blvd
Suite 100
Las Vegas NV 89128

Rinaldi & Associates
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 90157
Henderson NV  89009-0157

Rinker Materials
Attn: Bankruptcy Desk/Managing Agent
5030 N Lamb Boulevard
Las Vegas NV 89115

Rio All-Suite Hotel & Casino
Attn: Bankruptcy Desk/Managing Agent
3700 W.Flamingo Road
Las Vegas NV 89103

Rise & Run, Inc.
Attn: Bankruptcy Desk/Managing Agent
1995 Whitney Mesa
Henderson NV  89014

Risk Enterprise Management Ltd
Attn: Bankruptcy Desk/Managing Agent
c/o Clarendon America Ins. Co.
P. O Box 600
Brea CA 92822

River Cities Excavating, LLC
Attn: Bankruptcy Desk/Managing Agent
Mike Bradley
2504 Lillie Ave.
Kingman AZ 86401

River City Newspapers LLC
Attn: Bankruptcy Desk/Managing Agent
2225 West Acoma Blvd.
Lake Havasu City 86403

River Doors
Attn: Bankruptcy Desk/Managing Agent
4075 Arcadia Lane
Fort Mohave AZ 86426

River Valley Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
221 F Street
Needles CA 92363

RKA Enterprises
Attn: Bankruptcy Desk/Managing Agent
Sign Xpress
3271 S. Highland Dr. #711
Las Vegas NV 89109-1051

RMI Management, LLC
Attn: Bankruptcy Desk/Managing Agent
Lisa Smith
630 Trade Center Drive
Las Vegas NV 89119

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

Road Runner Fire & Safety Eq.
Attn: Bankruptcy Desk/Managing Agent
2175 N. Kiowa Blvd. #105
Lake Havasu AZ 86403

Road Runner Sanitary
Attn: Bankruptcy Desk/Managing Agent
Supplies, Inc
1600 W. Acoma BL # 45
Lake Havasu City AZ 86403-2898

Roadsafe Traffic Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jason Woods
908 Sharp Circle
North Las Vegas NV 89030

Robert Allen Group
Attn: Bankruptcy Desk/Managing Agent
2660 Paysphere Circle
Chicago IL 60674

Robert and Deborah Berlinger
Attn: Bankruptcy Desk/Managing Agent
11232 Golden Chestnut Place
Las Vegas NV 89135

Robert and Ruby Lou Duque
Attn: Bankruptcy Desk/Managing Agent
246 Duck Hollow
Las Vegas NV 89148

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                Served 4/17/2009

Robert Brown
Attn: Bankruptcy Desk/Managing Agent
4658 Munich Ct
Las Vegas NV 89147

Robert C. Maddox & Associates
Attn: Bankruptcy Desk/Managing Agent
595 Double Eagle Ct  Suite 2000
Reno NV 89521

Robert D. DePrez
Attn: Bankruptcy Desk/Managing Agent
11057 Clear Meadows Dr.
Las Vegas NV 89134

Robert Diver
Attn: Bankruptcy Desk/Managing Agent
227 Piute Lane
Henderson NV  89015

Robert Grant
Attn: Bankruptcy Desk/Managing Agent
7185 Portia Court
Las Vegas NV 89113

Robert Half Finance
Attn: Bankruptcy Desk/Managing Agent
& Accounting
3980 Howard Hughes Pkwy Suite 380
Las Vegas NV 89109

Robert Kelly III
Attn: Bankruptcy Desk/Managing Agent
16369 Sun Summit Dr
Riverside CA 92503

Robert Mariani
Attn: Bankruptcy Desk/Managing Agent
6735 N. Talman Avenue
Chicago IL 60645

Robert R. Gonzales
Attn: Bankruptcy Desk/Managing Agent
697 Fort Slocum Street
Las Vegas NV 89183

Robert Reynolds Esq.
Attn: Bankruptcy Desk/Managing Agent
823 Las Vegas NV Blvd. South
Las Vegas NV 89101

Robert Santwer
Attn: Bankruptcy Desk/Managing Agent
7586 Aspen Color St.
Las Vegas NV 89139

Roberts Glass and Mirror
Attn: Bankruptcy Desk/Managing Agent
5216 So. Procyon
Las Vegas NV 89118

Robertson Industries, Inc.
Attn: Bankruptcy Desk/Managing Agent
4145 W. Mercury Way
Suite 200
Chandler AZ 85226

Robinson Golf Design Inc
Attn: Bankruptcy Desk/Managing Agent
Nina Richardson
361 Forest Avenue, Suite 200
Laguna Beach CA 92651

Robison Engineering Co.
Attn: Bankruptcy Desk/Managing Agent
35 High Ridge Court
Reno NV 89511

Rochiel Wallers
Attn: Bankruptcy Desk/Managing Agent
7177 Lansbrook Avenue
Las Vegas NV 89131

Rock Hard Concrete
Attn: Bankruptcy Desk/Managing Agent
100 E. Laval Drive
P.O. Box 90127
Henderson NV  89015

Rock Solutions, Inc.
Attn: Bankruptcy Desk/Managing Agent
2410 E. Gowan Rd.
N. Las Vegas NV 89030

Rock Wood Casual Furniture
Attn: Bankruptcy Desk/Managing Agent
1273 N. Jervice Rd. E
Oakville I6H1A7
Canada

Rockhurst University
Attn: Bankruptcy Desk/Managing Agent
Continuing Education Center, Inc
P.O. Box 419107
Kansas City MO 64141-6107

Rocky Mountain Equipment
Attn: Bankruptcy Desk/Managing Agent
Chara Stawart
P.O. Box 61237
Boulder City NV 89006

Rocky Nash Photography
Attn: Bankruptcy Desk/Managing Agent
Raquel Tasha Nash
1865 N. Walnut Road, # 105
Las Vegas NV 89115

Rocky Top
Attn: Bankruptcy Desk/Managing Agent
www.rockytopnv.com
44 W. Mayflower Avenue
North Las Vegas NV 89030

Rodeo Event Sponsors
Attn: Bankruptcy Desk/Managing Agent
4666 Stockton Hill Rd
Kingman AZ 86401

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Rodey, Dickason, Sloan, Akin,
Attn: Bankruptcy Desk/Managing Agent
& Robb, P.A.
201 3rd St., N.W., Suite 2200
Albuquerque NM 87103

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rodolph Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 1249
Sonoma CA 95476-1249

Rolando & Susan Aguila
Attn: Bankruptcy Desk/Managing Agent
122 Solidago Avenue
Las Vegas NV 89183

ROLLables,Ink.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 201
Palmyra NJ 08065-0201

Rommel  Barbadillo
Attn: Bankruptcy Desk/Managing Agent
Milagros Barbadillo (mother)
7655 Ironwood Knoll Avenue
Las Vegas NV 89113

Romulus Archeri
Attn: Bankruptcy Desk/Managing Agent
P.O.BOX 28533
Las Vegas NV 89126

Ron D. Morgan Sr. AND
Attn: Bankruptcy Desk/Managing Agent
Kayla J. Morgan
23232 Solano Rd.
Corning CA 96021-3054

Ron Gillette
Attn: Bankruptcy Desk/Managing Agent
9534 Castillana Court
Las Vegas NV 89147

Ron Gorski
Attn: Bankruptcy Desk/Managing Agent
1875 Mesquite Canyon Dr
Las Vegas NV 89012

Ron Solis
Attn: Bankruptcy Desk/Managing Agent
6872 Rose Mallow St.
Las Vegas NV 89147

Ron Warfield Trucking
Attn: Bankruptcy Desk/Managing Agent
2345 N Beth Way
Flagstaff, AZ 86001

Ronald & Loretta Shak
Attn: Bankruptcy Desk/Managing Agent
17015 Jeanette Avenue
Cerritos CA 90703

Ronald & Marci Turkel
Attn: Bankruptcy Desk/Managing Agent
1018 Sheldon Avenue
Staten Island NY 10309-2115

Ronald F. Stevenson II
Attn: Bankruptcy Desk/Managing Agent
374 Rancho La Costa St.
Las Vegas NV 89138

Ronald McDonald House
Attn: Bankruptcy Desk/Managing Agent
2323 Potosi St.
Las Vegas NV 89146

Rosalba and Gino Ferraro
Attn: Bankruptcy Desk/Managing Agent
10254 Sofferto Ave
Las Vegas NV 89135

Rosalinda Mallari
Attn: Bankruptcy Desk/Managing Agent
243 Crooked Tree Drive
Las Vegas NV 89148

ROSEDALE CLO II LTD
Attn: Bankruptcy Desk/Managing Agent
Troy Isaksen
700 Alexander Park, Suite 201
Princeton, NJ 08540

ROSEDALE CLO LTD
Attn: Bankruptcy Desk/Managing Agent
Troy Isaksen
700 Alexander Park, Suite 201
Princeton, NJ 08540

Rosemary H. Cooley
Attn: Bankruptcy Desk/Managing Agent
1993 S. Mesa Drive
Palm Springs CA 92264

Rosenfeld & Hansen LLP
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Hughes Parkway
Suite 650
Las Vegas NV 89109

Rosenfeld & Money, LLP
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Hughes Pkwy # 650
Las Vegas NV 89109

Rosita & Nicolas Preciado
Attn: Bankruptcy Desk/Managing Agent
3700 San Pablo Avenue
Hercules CA 94547

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

Rosita Preciado
Attn: Bankruptcy Desk/Managing Agent
Legacy Homes Realty Inc.
3700 San Pablo Avenue
Hercules CA 94547

Ross Woodard
Attn: Bankruptcy Desk/Managing Agent
9657 Belle Amour Lane
Las Vegas NV 89123

Roth Staffing Companies
Attn: Bankruptcy Desk/Managing Agent
Dept 8892
Los Angeles CA 90084-8892

Roto Rooter Services Co.
Attn: Bankruptcy Desk/Managing Agent
5372 Collection Center Drive
Chicago IL 60693

Route 66 Motorsports
Attn: Bankruptcy Desk/Managing Agent
2501 Beverly Ave.
Kingman AZ 86401

Rowena & Emmanuel Dela Cruz
Attn: Bankruptcy Desk/Managing Agent
1138 Olivia Parkway
Henderson NV  89015

Royal Custom Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jack Sissoyev
1449 Industrial Park St.
Covina CA 91722

Royal Festivals, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow Blvd
# 107-131
Las Vegas NV 89103

Royal Security, Inc.
Attn: Bankruptcy Desk/Managing Agent
2770 S. Maryland Pkwy, Ste 312
Las Vegas NV 89109

RS Consulting
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 50511
Parks AZ 86018

RSM McGladrey, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th Street
Suite 600
Las Vegas NV 89101

RSVP Party Rentals
Attn: Bankruptcy Desk/Managing Agent
4445 S. Valley View, Suite 7
Las Vegas NV 89103

RTS Concrete
Attn: Bankruptcy Desk/Managing Agent
Robert
4524 Orange Heights Streets
Las Vegas NV 89129

Rudy Glass Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
1920 Holly Ave
Lake Havasu City AZ 86403

Rusty Setser
Attn: Bankruptcy Desk/Managing Agent
1000 Park Newport #31
Newport Beach CA 92660

RVI Planning
Attn: Bankruptcy Desk/Managing Agent
712 Congress Avenue Ste 30
Austin TX 78701

RVI Planning & Landscape Arch.
Attn: Bankruptcy Desk/Managing Agent
712 Congress Ave.
Suite 300
Austin TX 78701

Ryan Gillian
Attn: Bankruptcy Desk/Managing Agent
2900 El Camino Ave# 98
Las Vegas NV

Ryan Plotnick
Attn: Bankruptcy Desk/Managing Agent
2150 N. Tenaya
Las Vegas NV 89128

Ryan Rapp & Underwood, P.L.C.
Attn: Bankruptcy Desk/Managing Agent
3101 N. Central Avenue
Suite 1500
Phoenix AZ 85012-2644

S & B Mechanical
Attn: Bankruptcy Desk/Managing Agent
2325 Jacaranda St
Mesa, AZ 85213

S & S Paint & Drywall
Attn: Bankruptcy Desk/Managing Agent
Jason Stephens
4708 Elm Ave
Las Vegas NV 89110

Sacon Construction
Attn: Bankruptcy Desk/Managing Agent
7385 Prairie Falcon Rd., #110
Las Vegas NV 89128

Sacramento Bee Newspaper
Attn: Bankruptcy Desk/Managing Agent
Mark Chow (Classifieds)
Sacramento CA

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

SAFECO Insurance Co
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 34685
Seattle WA 98124-1685

Safeguard Business Syste
Attn: Bankruptcy Desk/Managing Agent
Bill Maxwell
PO Box 910947
Los Angeles CA 90091-0947

Safeguard Business Systems
Attn: Bankruptcy Desk/Managing Agent
PO Box 88043
Chicago IL 60680-1043

Safelite Auto Glass
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 633197
Cincinnati OH 45263-3197

Safety Kleen
Attn: Bankruptcy Desk/Managing Agent
5400 Legacy Drive,
Cluster II Bldg. 3
Plano TX 75024

Safety Meeting Outlines Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 700
Frankfort IL 60423

Safety Rails of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
Mike Kramer
3447 Ringstar Road
Las Vegas NV 89030

Saffles Construction Inc
Attn: Bankruptcy Desk/Managing Agent
Sharon
1350 E. Flamingo Rd.#210
Las Vegas NV 89119

Sage Construction
Attn: Bankruptcy Desk/Managing Agent
2752 Abelf Lane
Las Vegas NV 89115

Sage Software, Inc
Attn: Bankruptcy Desk/Managing Agent
15195 NW Greenbrier Parkway
Beaverton OR 97006-5701

Sagebrush Enterprises,In
Attn: Bankruptcy Desk/Managing Agent
11
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Sagebursh Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
4730 S. Fort Apache Road
Suite 300
Las Vegas, NV  89147

Sail Magazine
Attn: Bankruptcy Desk/Managing Agent
Magazine Payment Services, Inc.
P. O. Box 1296
Sausalito CA 94966-1296

Salestraq
Attn: Bankruptcy Desk/Managing Agent
Larry Murphy
9101 Alta Dr. #1406
Las Vegas NV 89145

Salestraq of New Mexico
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 16025
Albuquerque NM 87191

Sally Balecha
Attn: Bankruptcy Desk/Managing Agent
The Force Realty
7251 W. Lake Mead # 300
Las Vegas NV 89128

Sally Bengoechea
Attn: Bankruptcy Desk/Managing Agent
229 Via Di Citta
Henderson NV 89011

Same Day Banner & Print
Attn: Bankruptcy Desk/Managing Agent
Supplies
4000 W. Ali Baba Lane, Ste. A
Las Vegas NV 89118

Sammy Lam
Attn: Bankruptcy Desk/Managing Agent
2146 18th Avenue
San Francisco 94116

Sam's Club
Attn: Bankruptcy Desk/Managing Agent
7175 Spring Mountain Road
Las Vegas NV 89117

Samuel Elmore IV
Attn: Bankruptcy Desk/Managing Agent
1030 Weather Board
Henderson NV 89011

San Bernardino County
Attn: Bankruptcy Desk/Managing Agent
670 E. Gilbert St.
San Bernardino CA 92415-0133

San Gabriel Construction
Attn: Bankruptcy Desk/Managing Agent
10120 W. Flamingo Rd., STE 4-195
Las Vegas NV 89147

San Jose Business Journal
Attn: Bankruptcy Desk/Managing Agent
96 N. 3rd Street
Suite 100
San Jose CA 95112

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                        Served 4/17/2009

Sanders Construction Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 92707
Henderson NV 89009

Sandlin Lumber Company, Inc
Attn: Bankruptcy Desk/Managing Agent
5555 South Arville
Las Vegas NV 89118

Sandra Garcia
Attn: Bankruptcy Desk/Managing Agent
15353 Patronella Ave
Gardena CA 90249

Sandra M. Welpman
Attn: Bankruptcy Desk/Managing Agent
3014 Lake Blakely Rd.
Henderson NV 89052

Sandra Stacey
Attn: Bankruptcy Desk/Managing Agent
5114 Scenic Ridge Dr
Las Vegas NV 89148

Sandvick Equipment and
Attn: Bankruptcy Desk/Managing Agent
Supply Company
P.O. Box 8220
Phoenix AZ 85066

Sandy McBride
Attn: Bankruptcy Desk/Managing Agent
Sandy
1306 Autumn Wind Way
Henderson NV  89012

Santa Fe Pacific R.R.
Attn: Bankruptcy Desk/Managing Agent
c/o Newmont Realty Company
1700 Lincoln Street
Denver CO 80203

Santa Fe Ranch P.O.A.
Attn: Bankruptcy Desk/Managing Agent
1834 Highway 95
Bullhead City AZ 86442

Santa Monica Airport
Attn: Bankruptcy Desk/Managing Agent
3223 Donald Douglas Loop South
Suite 3
Santa Monica CA 90405

Santoro, Driggs, Walch,
Attn: Bankruptcy Desk/Managing Agent
Kearney, Johnson & Thompson
400 S. Fourth St  3rd Floor
Las Vegas NV 89101

Santoro, Driggs, Walch, Kearney, Holley & Thompson
Attn: Bankruptcy Desk/Managing Agent
c/o Nicholas Santoro, Esq.
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101

Sarah Thornton
Attn: Bankruptcy Desk/Managing Agent
9616 Port Orange Ln
Las Vegas NV 89134

SBC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 989045
West Sacramento CA 95798-9045

SC Fuels
Attn: Bankruptcy Desk/Managing Agent
Cardlock fuels
P.O. Box 14014
Orange CA 92863-4014

SC Fuels
Attn: Bankruptcy Desk/Managing Agent
PO Box 14014
Orange, CA 92863

Scarbrough Company
Attn: Bankruptcy Desk/Managing Agent
7372 Walnut Avenue, # X
Buena Park CA 90620

Scenic Technologies
Attn: Bankruptcy Desk/Managing Agent
6050 S. Valley View Blvd # C
Las Vegas NV 89118-3152

SCF   Arizona
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 33049
Phoenix AZ 85067-3049

Schreck Brignone
Attn: Bankruptcy Desk/Managing Agent
Attorneys at Law
300 South Fourth Street, Ste 1200
Las Vegas NV 89101

SCINC Marketing
Attn: Bankruptcy Desk/Managing Agent
10624 S. Eastern Ave
Ste. A-763
Henderson NV 89052

Scott A. Stewart
Attn: Bankruptcy Desk/Managing Agent
573 Duran St
Henderson NV 89015

Scott Architectural Lighting
Attn: Bankruptcy Desk/Managing Agent
355 Watt Drive
Fairfield CA 94585

Scott R. Hoopingarner
Attn: Bankruptcy Desk/Managing Agent
10175 Spencer St #2
Las Vegas NV 89123

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                        Served 4/17/2009

Scott Wilkins
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 743204
Los Angeles CA 90004

SCR Development
Attn: Bankruptcy Desk/Managing Agent
PO Box 2407
Cottonwood, AZ 86326

Screenmobile
Attn: Bankruptcy Desk/Managing Agent
2141 Henniker Way
Las Vegas NV 89134

SDA Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
6403 Lookout Mountain Drive
Las Vegas NV 89110-1910

SDG Com Serv
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 28547
Las Vegas NV 89126

Sealco, Inc
Attn: Bankruptcy Desk/Managing Agent
Joe Wadkins
875 Silverado Ranch Blvd.
Suite #1164
Las Vegas NV 89109

Sean Chatman
Attn: Bankruptcy Desk/Managing Agent
1 Pine St. # 2106
San Francisco CA 94111

Sean Gallagher
Attn: Bankruptcy Desk/Managing Agent
813 Old Mine Creek Lane
Las Vegas NV 89134

Sear-Brown Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 Meridian Centre
Suite 250
Rochester NY 14618

Searchlight Township
Attn: Bankruptcy Desk/Managing Agent
Justice Court
P. O. Box 815
Searchlight NV 89046

Sears Commercial One
Attn: Bankruptcy Desk/Managing Agent
PO Box 689131
Des MoinesIA  50368-9131

Sears Contract Sales
Attn: Bankruptcy Desk/Managing Agent
Bob Eustice
74 Horseweed Circle
Henderson NV  89015

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Secretary of State - AZ
Attn: Bankruptcy Desk/Managing Agent
1700 W. Washington
Phoenix AZ 85007

Secretary of State - CA
Attn: Bankruptcy Desk/Managing Agent
State of California
1500 11th Street, 3rd Floor
Sacramento CA 95814

Secretary of State Dean Heller
Attn: Bankruptcy Desk/Managing Agent
101 North Carson St, #3
Carson City NV

Security One
Attn: Bankruptcy Desk/Managing Agent
3100 S. Valley View
Las Vegas NV 89102

Security Title Acc't Servicing
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 33279
Phoenix AZ 85067

Security Title Agency
Attn: Bankruptcy Desk/Managing Agent
4645 N. 32nd St. #A-100
Phoenix AZ 85018

Securtech, Inc.
Attn: Bankruptcy Desk/Managing Agent
7155 Bermuda Road, Suite A
Las Vegas NV 89119

Select Build of Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Window Dept
4339 Corporate Circle Dr, Ste 108
North Las Vegas NV 89030

SelectBuild Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Roofing Dept
4339 Corporate Circle Dr.,Ste 108
North Las Vegas NV 89030

SELLING ON HOLD
Attn: Bankruptcy Desk/Managing Agent
1400 PRESTON RD STE 300
PLANO TX 75093

Serv Pro Northwest Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Jeff Lalley
791 Middlegate Rd.
Henderson NV 89015

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                              Served 4/17/2009

Service Motor Parts Co.
Attn: Bankruptcy Desk/Managing Agent
1501 Beach Street
Montebello CA 90640

Service Pros.
Attn: Bankruptcy Desk/Managing Agent
3600 Highland Dr. Ste # 2
Las Vegas NV 89103

Service Rock Products
Attn: Bankruptcy Desk/Managing Agent
151 Cassia Way
Henderson NV 89014-6616

Service Software, LLC
Attn: Bankruptcy Desk/Managing Agent
Support
2100 West Littleton Blvd
Suite 100
Littleton CO 80120

Sew What Marine Fabrication
Attn: Bankruptcy Desk/Managing Agent
6349 Waterdragon Ave.
Las Vegas NV 89110

Shallbetter Inc.
Attn: Bankruptcy Desk/Managing Agent
Dept. #5315
P.O. Box 3090
Milwaukee WI 53201

Sharon Berrett
Attn: Bankruptcy Desk/Managing Agent
27605 N. 74th Street
Scottsdale AZ 85262

SHARON SHINA
Attn: Bankruptcy Desk/Managing Agent
91 BOWLER SPRINGS
LAS VEGAS NV 89148

Sharp Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4842 North Berg Street
North Las Vegas NV 89081-2621

Shaylon Homeowners
Attn: Bankruptcy Desk/Managing Agent
Association, Inc
133 Rhodes Ranch Parkway
Las Vegas NV 89148

Shearing Family Trust
Attn: Bankruptcy Desk/Managing Agent
8506 West Desert Inn Road
Las Vegas NV 89117

Sheets Clothing
Attn: Bankruptcy Desk/Managing Agent
4360 Acroplis Avenue
N. Las Vegas NV 89031

Shelby Williams Industries
Attn: Bankruptcy Desk/Managing Agent
John Harrington
8687 Melrose Ave.
Los AngelesCA  90069

Shelly Merlino
Attn: Bankruptcy Desk/Managing Agent
5055 Jeffreys St. Apt. B 115
Las Vegas NV 89119

Sheraton New Orleans
Attn: Bankruptcy Desk/Managing Agent
500 Canal Street
New orleans LA 70130

Sheriff of Mohave County
Attn: Bankruptcy Desk/Managing Agent
P.O. box 1191
Kingman AZ 86402

Shiow Mei-Guo
Attn: Bankruptcy Desk/Managing Agent
6130 W. Flamingo Rd., # 211
Las Vegas NV 89103-2280

Shirley B. Parraguirre
Attn: Bankruptcy Desk/Managing Agent
County Clerk ATTN: FFN
PO BOX 551604
Las Vegas NV 89155-1604

Shirley Iles Johnson
Attn: Bankruptcy Desk/Managing Agent
1256 Whitehall Drive
Longmont CO 80501

Shirley Santos
Attn: Bankruptcy Desk/Managing Agent
6862 Scarlet Flax St.
Las Vegas NV 89148

Shonkwiler Marcoux Advertising
Attn: Bankruptcy Desk/Managing Agent
7180 Pollock Drive, Ste. 100
Las Vegas NV 89119

Short Entrerprises LLC
Attn: Bankruptcy Desk/Managing Agent
dba Arthur's Sales and Service
523 E. Andy Devine Ave
Kingman AZ 86491

Showcase Publishing Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 8680
Prairie Village KS 66208-0680

SHRM
Attn: Bankruptcy Desk/Managing Agent
Society for Human Resource Mgmt.
PO BOX 79482
Baltimore MD 21298-8614

The Rhodes Companies, LLC 09-14814 - U.S. Mail

SHRM Store
Attn: Bankruptcy Desk/Managing Agent
1650 Blugrass Lakes, PKY
Alpharetta GA 30004

Shutter House
Attn: Bankruptcy Desk/Managing Agent
6875 S. Tenaya Way
Suite 160
Las Vegas NV 89113

Siemens Bldg Technologies, Inc
Attn: Bankruptcy Desk/Managing Agent
Desirae Pierce - Accounting
7850 Collections Center Drive
Chicago IL 60693

Sierra Ready Mix
Attn: Bankruptcy Desk/Managing Agent
4150 Smiley Road
North Las Vegas NV  89031

Sierra Summit Consulting, LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 11907
Zephyr Cove NV 89448

Sierra Vista High School
Attn: Bankruptcy Desk/Managing Agent
8100 West Robindale Road
Las Vegas NV 89113

SIERRA WEST PUBLISHING
Attn: Bankruptcy Desk/Managing Agent
170 NORTH 200 WEST
ST GEORGE UT 84770

Sign A Rama
Attn: Bankruptcy Desk/Managing Agent
2707 E Craig Rd
Unit B
N. Las Vegas NV 89030

Sign City, USA
Attn: Bankruptcy Desk/Managing Agent
4810  W. University Ave.
Las Vegas NV 89103

Signal Gates
Attn: Bankruptcy Desk/Managing Agent
1800 South 5th Avenue
Tucson AZ 85713

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
3170 Polaris Ave., Suite 10
18606 W. Rebel Road
Hauser Lake ID 83854

Signs for Success
Attn: Bankruptcy Desk/Managing Agent
Albert
2813 E. Alexander Road
N. Las Vegas NV 89030

Signs West, Inc.
Attn: Bankruptcy Desk/Managing Agent
Mary Jo
1100 Mary Crest RD
Henderson NV 89074

Silver State Bank
Attn: Bankruptcy Desk/Managing Agent
8901 W. Sahara Ave
2nd Floor
Las Vegas NV 89117

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
Gib Ganschow
4205 W Tompkins Ave Ste #3
Las Vegas NV 89103

Silver State Exterminator Corp
Attn: Bankruptcy Desk/Managing Agent
5965 Harrison Dr.
Suite 1
Las Vegas NV 89120

Silver State Fireplaces
Attn: Bankruptcy Desk/Managing Agent
Danny Check
3555 W. Quail Road, Ste A
Las Vegas NV 89118

Silver State Materials
Attn: Bankruptcy Desk/Managing Agent
2025 E. Financial Way,Glendora
DBA CalPortland Company
Dept No 7409
Los Angeles CA 90084-7409

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

Silver State Steel Group
Attn: Bankruptcy Desk/Managing Agent
Pete Agular
3680 W. Reno
Las Vegas NV 89118

Silverado Self Storage
Attn: Bankruptcy Desk/Managing Agent
9545 West Russell Road
Las Vegas NV 89148

Silverstone Investment Group
Attn: Bankruptcy Desk/Managing Agent
23679 Calabasas Rd Suite 777
Calabasas CA 91302

Simplex Grinnell
Attn: Bankruptcy Desk/Managing Agent
1545 Pama Lane
Las Vegas NV 89119

Sin City Auto Detailing
Attn: Bankruptcy Desk/Managing Agent
2209 Sunland Ave.
Las Vegas NV 89106

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                Served 4/17/2009

Sirmos Lighting
Attn: Bankruptcy Desk/Managing Agent
30-00 47th Avenue
Long Island City NY 11101

Siu Yuet Leigh
Attn: Bankruptcy Desk/Managing Agent
4214 California Street
San Francisco CA 94118

Six Feathers Holding, LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court
Suite B-106
Henderson NV  89015

Skadden, Arps, Slate,Meagher &
Attn: Bankruptcy Desk/Managing Agent
And Affiliates
P.O. Box 1764
White Plains NY 10602

Skaggs Companies, Inc.
Attn: Bankruptcy Desk/Managing Agent
3828 South Main Street
Salt Lake City UT 89115

Skyline Insulation, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jim Johnson
4151 Industrial Center Drive
Suite 800
N Las Vegas NV 89030

SkyRye
Attn: Bankruptcy Desk/Managing Agent
315 Pleasant Summit
Henderson NV 89012

Skyword Marketing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4636 East Elwood, Suite 5
Phoenix AZ 85040-1963

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

Slobodan Mijajlovic
Attn: Bankruptcy Desk/Managing Agent
1213 Highway 70 East
New Bern NC 28560-6615

SmartMoney
Attn: Bankruptcy Desk/Managing Agent
Professional Subscription Service
P.O. Box 7538
Red Oak IA 51591-0538

Smith Larsen & Wixom
Attn: Bankruptcy Desk/Managing Agent
1935 Village Center Circle
Las Vegas NV 89134

Smooth Jazz105.7
Attn: Bankruptcy Desk/Managing Agent
Theresa Tullis
Riviera Broacasting Group
2725 E. Desert Inn Ste. 180
Las Vegas NV 89121

SMS Financial, LLC
Attn: Bankruptcy Desk/Managing Agent
2645 North 7th Avenue
Phoenix AZ 85007

Snell & Wilmer , LLP
Attn: Bankruptcy Desk/Managing Agent
One Arizona Center
Phoenix AZ 85004-2202

Snipper, Wainer & Markoff
Attn: Bankruptcy Desk/Managing Agent
270 N. Canon Dr.
Penthouse
Beverly Hills CA 90210

So NV Home Bldrs Assoc
Attn: Bankruptcy Desk/Managing Agent
3685 South Pecos McLeod
Las Vegas NV 89121

So. Nevada Paving Co.
Attn: Bankruptcy Desk/Managing Agent
Jeff Thompson
4040 Frehner Rd.
N. Las Vegas NV 89030

So. Nevada Pest Control
Attn: Bankruptcy Desk/Managing Agent
Jim
4301 Production Way
Las Vegas NV 89115

So. NV. New Homes Guide
Attn: Bankruptcy Desk/Managing Agent
Jackie Simmons
PO Box 920
Las Vegas NV 89125-0920

SOA Sales Office Access., Inc.
Attn: Bankruptcy Desk/Managing Agent
7211 Patterson Drive
Garden Grove CA 92841

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Soil Tech
Attn: Bankruptcy Desk/Managing Agent
5375 South Cameron
Suite L
Las Vegas NV 89118

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                 Served 4/17/2009

Solar Etc. Inc.
Attn: Bankruptcy Desk/Managing Agent
934 Palmetto St
Henderson NV 89015

Solar Industries
Attn: Bankruptcy Desk/Managing Agent
Paul Shulman
P.O. Box 27337
Tucson AZ 85726-7337

Solberg & Kennedy
Attn: Bankruptcy Desk/Managing Agent
5320 N. 16th St
Phoenix AZ 85016

Solomon Dwiggins & Freer
Attn: Bankruptcy Desk/Managing Agent
Attorney's At Law
7881 W. Charleston Blvd., Ste 24
Las Vegas NV 89117

Sonia Stansmore
Attn: Bankruptcy Desk/Managing Agent
9050 W Warms Springs Rd. #1092
Las Vegas NV  89148

SORIN REAL ESTATE CDO I LTD.
Attn: Bankruptcy Desk/Managing Agent
Cameron Kirby
420 LEXINGTON AVE - SUITE 2356
NEW YORK, NY 10170

SOS Staffing
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 27008
Salt Lake City UT 84127

Sound Plumbing & Heating
Attn: Bankruptcy Desk/Managing Agent
6209 Industrial Road
Las Vegas NV 89118

South Dakota Secretary
Attn: Bankruptcy Desk/Managing Agent
of State
400 E. Capitol Ave
Pierre SD 57501

South Data Inc
Attn: Bankruptcy Desk/Managing Agent
1401 Boggs Drive
Mount Airy NC 27030

Southern Accents
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 62331
TampaFL  33662-3311

Southern Arizona Paving, Inc.
Attn: Bankruptcy Desk/Managing Agent
4102 East Illinois St
Tucson AZ 85714

Southern Hills Hospital
Attn: Bankruptcy Desk/Managing Agent
4468
P.O. Box 538620
Atlanta GA 30353-8620

Southern Nevada Glass, Inc.
Attn: Bankruptcy Desk/Managing Agent
4770 W. Nevso Drive # 12
Las Vegas NV 89103-3766

Southern Nevada Health Dist.
Attn: Bankruptcy Desk/Managing Agent
625 Shadow Lane
P.O.Box 4426
Las Vegas NV 89127

Southern Nevada Inspect
Attn: Bankruptcy Desk/Managing Agent
Patrick K.Miller
6113 Fawn Circle
Las Vegas, 89107

Southern Nevada Paving, Inc
Attn: Bankruptcy Desk/Managing Agent
3920 West Hacienda
Las Vegas NV 89118

Southern Nevada Pools
Attn: Bankruptcy Desk/Managing Agent
10345 S. Eastern Ave
Henderson NV 89052

Southern NV Pest Control, Inc.
Attn: Bankruptcy Desk/Managing Agent
4301 Production Way
Las Vegas NV 89115

Southern Section Nevada APA
Attn: Bankruptcy Desk/Managing Agent
Attn: Laura Martin, Comm. Devel.
P.O. Box 95050
Henderson NV 89009-5050

Southwest Air Conditioning,Inc
Attn: Bankruptcy Desk/Managing Agent
Megan
3020 South Valley View Blvd.
Las Vegas NV 89102

Southwest Consulting Group
Attn: Bankruptcy Desk/Managing Agent
11858 Bernardo Plaza Ct.
Suite 101C
San Diego CA 92128

Southwest Design Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
2020 W. Bonanza Street
Las Vegas NV 89106

Southwest Draperies
Attn: Bankruptcy Desk/Managing Agent
5530 Evaline St.
Las Vegas NV 89120

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Southwest Engineering In
Attn: Bankruptcy Desk/Managing Agent
3610 N. Rancho Drive
Las Vegas NV 89130

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Southwest Hospitality
Attn: Bankruptcy Desk/Managing Agent
4030 Stockton Hill Rd #2
Kingman AZ 86401

Southwest Iron, LLC
Attn: Bankruptcy Desk/Managing Agent
2606 Losee Rd.
North Las Vegas NV 89030

Southwest Ironworks
Attn: Bankruptcy Desk/Managing Agent
5050 East Russell Road
Las Vegas NV 89122

Southwest Linen
Attn: Bankruptcy Desk/Managing Agent
6335 Sunset Corporate Drive
Las Vegas NV 89120

Southwest Masonry
Attn: Bankruptcy Desk/Managing Agent
4425 E. Colton Avenue
Las Vegas NV 89115

Southwest Tree Company LLC
Attn: Bankruptcy Desk/Managing Agent
2538 Anthem Village Drive #100
Henderson NV 89052

Spanish Hills HOA
Attn: Bankruptcy Desk/Managing Agent
c/o RMI Management, LLC
630 Trade Center Drive
Las Vegas NV 89119

Sparklett's Drinking Wat
Attn: Bankruptcy Desk/Managing Agent
Terry
P.O. Box 660579
Dallas TX 75266-0579

Spec Construction
Attn: Bankruptcy Desk/Managing Agent
Dana Stanley
1999 Whitney Mesa Dr. Suite D
Las Vegas NV 89014

Specialty Advertising Products
Attn: Bankruptcy Desk/Managing Agent
Inc.
24705 Silverwood Rd.
Howey-In-The-Hills FL 34737

Specialty Engineering Design
Attn: Bankruptcy Desk/Managing Agent
6380 S. Valley View Blvd. # 406
Las Vegas NV 89118

Specialty Financial
Attn: Bankruptcy Desk/Managing Agent
Grace C.Caudill
P.O.Box 838
6160 Plumas St.
Reno NV 89509

Specialty Technical Publishers
Attn: Bankruptcy Desk/Managing Agent
1225 E. Keith Rd Unit 10
North Vancouver V7J 1J3
Canada

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
Samantha Hicks
3525 W Hacienda
Las Vegas NV  89118

Splash Window & Screen
Attn: Bankruptcy Desk/Managing Agent
Cleaning
P.O. Box 10471
Fort Mohave AZ 86427

Sports Entertainment LLC
Attn: Bankruptcy Desk/Managing Agent
806 Buchanan Blvd. #115-303
Boulder City NV 89005

Sports Illustrated
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 60001
Tampa FL 33660-0001

Spring Valley High School
Attn: Bankruptcy Desk/Managing Agent
3750 South Buffalo Drive
Las Vegas NV 89147

Sprint
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 219100
Kansas City MO 64121-9100

Sprint - NC
Attn: Bankruptcy Desk/Managing Agent
PO Box 96031
Charlotte NC 28296-0031

Sprint - TX
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 650270
Dallas TX 75265-0270

Sprint CA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79255
City of Industry CA 91716-9255

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Served 4/17/2009

Sprint Deposit
Attn: Bankruptcy Desk/Managing Agent
330 S. Valley View Blvd.
Attn: Subdivision Desk
Las Vegas NV 89152

Sprint North Supply Leas
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 550599
Jacksonville FL 32255-0599

Sprint PCS
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4181
Carol Stream IL 60197-4181

Sprint Telimagine Inc.
Attn: Bankruptcy Desk/Managing Agent
nina penney
PO Box 98789
Las Vegas NV 89193

Sprint Yellow Pages
Attn: Bankruptcy Desk/Managing Agent
daynisha
PO Box 805056
Kansas City MO 64180-5056

Sprint/Central Telephone
Attn: Bankruptcy Desk/Managing Agent
8882718694
P.O. Box 79133
Phoenix AZ 85062-9133

Sprint-AZ
Attn: Bankruptcy Desk/Managing Agent
PO Box 79133
Phoenix AZ 85062-9133

Sprint-CA
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 79357
City of Industry CA 91716-9357

Sprint-CA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 54977
Los Angeles CA 90054-0977

Sprint-IL
Attn: Bankruptcy Desk/Managing Agent
PO Box 4181
Carol Stream IL 60197

Sprint-MO
Attn: Bankruptcy Desk/Managing Agent
PO  Box 872212
Kansas City MO 64187-2212

Spur Trucking
Attn: Bankruptcy Desk/Managing Agent
John&Cynthia Burt (Owner)
2525 Jagerson
Kingman AZ 86401

St. Rose Dominican Health
Attn: Bankruptcy Desk/Managing Agent
Foundation
3001 St. Rose Parkway
Henderson NV  89052

St.of NV-Real Estate Div
Attn: Bankruptcy Desk/Managing Agent
788 Fairview Dr., Suite 200
Carson City NV 89701

Stacy Hulsing
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 1672
Dubois WY 82513

Staffmark, Inc.
Attn: Bankruptcy Desk/Managing Agent
3360 W. Sahara Avenue
Suite 210
Las Vegas NV 89102

Stan Toloczko
Attn: Bankruptcy Desk/Managing Agent
10416 Rocky Waters Ave
Las Vegas NV  69129

Stan Wittz
Attn: Bankruptcy Desk/Managing Agent
5900 Melo Ave.
Las Vegas NV  89131

Standard and Poor's
Attn: Bankruptcy Desk/Managing Agent
2542 Collection Center Drive
Chicago IL 60693

Standard Wholesale
Attn: Bankruptcy Desk/Managing Agent
855 W. Bonanza Road
P.O Box 4157 Annex
Las Vegas NV 89127

Stanley Consultants, Inc
Attn: Bankruptcy Desk/Managing Agent
Dave Frohnen
5820 S. Eastern Avenue
Las Vegas NV 89119

Staples Credit Plan
Attn: Bankruptcy Desk/Managing Agent
PO Box 689020
Des Moines IA 50368-9020

Staples, Inc.
Attn: Bankruptcy Desk/Managing Agent
2195 N. University Park Blvd.
Layton UT 84041

Star International
Attn: Bankruptcy Desk/Managing Agent
30322 Esperanza
Suite 100
Rancho Santa Margarita CA 92688-2138

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                        Served 4/17/2009

Start To Finish
Attn: Bankruptcy Desk/Managing Agent
2595 S. Cimarron Rd., Suite #103
Las Vegas NV 89117

Start to Finish Cleaning
Attn: Bankruptcy Desk/Managing Agent
3975 W. Quail Suite 8
Las Vegas NV 89118

State Bar of Arizona
Attn: Bankruptcy Desk/Managing Agent
4201 North 24th St Suite 200
Phoenix AZ 85016

State Bar of Nevada
Attn: Bankruptcy Desk/Managing Agent
600 E. Charleston Blvd
Las Vegas NV 89145

State Collection & Disb
Attn: Bankruptcy Desk/Managing Agent
Unit SCADU
P.O. Box 98950
Las Vegas NV 89193

State Collection & Disb.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 989067
West Sacramento CA 95798

State Farm Insurance Co
Attn: Bankruptcy Desk/Managing Agent
Amber
6332 South Rainbow Blv. Ste 100
Las Vegas NV 89118

State of California
Attn: Bankruptcy Desk/Managing Agent
Board of Equalization
P.O.Box 942879
Sacramento CA 94279-0001

State of California
Attn: Bankruptcy Desk/Managing Agent
Franchise Tax Board
P. O. Box 942867
Sacramento CA 94267-0011

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Business License Renewal
P.O. Box 52614
Phoenix AZ 85072-2614

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Department of Taxation
1550 E. College Parkway, Ste 115
Carson City 89706-7937

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Department of Taxation-AR Payment
P.O. Box 52685
Phoenix AZ 85072

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City NV 89713-0030

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

State of NV-Div. of Water Res.
Attn: Bankruptcy Desk/Managing Agent
123 W. Nye Lane
Room 246
Carson City NV 89706-0818

State Security Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 407
Kingman AZ 86402

Statewide Fire Protection
Attn: Bankruptcy Desk/Managing Agent
3130 Westwood Drive
Las Vegas NV 89109

Statewide Lighting
Attn: Bankruptcy Desk/Managing Agent
Gail Foreman
800 E. Sahara
Las Vegas NV 89104

Steamatic of Southern Nevada
Attn: Bankruptcy Desk/Managing Agent
2851 Synergy Street
Las Vegas NV 89030

Steam-Whirl
Attn: Bankruptcy Desk/Managing Agent
3775 W. Teco Avenue #5
Las Vegas NV 89118-6827

Steel Engineers Incorporated
Attn: Bankruptcy Desk/Managing Agent
716 W. Mesquite
Las Vegas NV 89106

Stephanie Hoelzel
Attn: Bankruptcy Desk/Managing Agent
600 Via Colmo Ave
Henderson NV 89011

Stephanie Limperis
Attn: Bankruptcy Desk/Managing Agent
964 Aspen Breeze Ave
Las Vegas NV 89123

Stephen Lee Seto
Attn: Bankruptcy Desk/Managing Agent
1750 Grant Avenue, #D
San Francisco CA 94133

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Stephens Media Group
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 70
Las Vegas NV 89125-0070

Sterling Education Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3127
Eau Claire WI 54702-3127

Sterling Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
2825 Coleman Street
N. Las Vegas NV 89032

Steve Artinger
Attn: Bankruptcy Desk/Managing Agent
602 Fynn Valley Drive
Las Vegas NV 89148

Steve Beyer Productions, Inc.
Attn: Bankruptcy Desk/Managing Agent
133 N. Gibson Road
Henderson NV 89014

Steve Biron
Attn: Bankruptcy Desk/Managing Agent
564 Manhattan Place
San Jose CA 95136

Steve Kemnitzer
Attn: Bankruptcy Desk/Managing Agent
192 Pocono Manor Ct.
Las Vegas NV 89148

Steve Strom
Attn: Bankruptcy Desk/Managing Agent
1030 Weatherboard Street
Henderson NV 89011

Steve Wolf & Assoc. Inc
Attn: Bankruptcy Desk/Managing Agent
9602 Santiago Blvd
Villa Park CA 92867

Steven Enterprises, Inc
Attn: Bankruptcy Desk/Managing Agent
PO BOX 16307
Irvine CA 92623-6307

Steven L. Rhodes, D.D.S.
Attn: Bankruptcy Desk/Managing Agent
501 South Rancho Drive
E-29
Las Vegas NV 89106

Steven Slepion
Attn: Bankruptcy Desk/Managing Agent
9050 W. Warm Springs # 2088
Las Vegas NV 89148

Stewart Archibald & Barney LLP
Attn: Bankruptcy Desk/Managing Agent
7881 W. Charleston Blvd.
Suite 250
Las Vegas NV 89117-8323

Stewart Occhipinti, LLP
Attn: Bankruptcy Desk/Managing Agent
Attorneys & Counselors at Law
65 West 36th Street, 7th Floor
New York NY 10018

Stewart&Sundell Concrete
Attn: Bankruptcy Desk/Managing Agent
Bob Bledsoe.
1760 West Brooks Avenue
North Las Vegas NV 89032

Stimulus Technologies
Attn: Bankruptcy Desk/Managing Agent
6100 S. Mountain Vista St.
Suite 100
Henderson NV 89014

Stitch Monsters
Attn: Bankruptcy Desk/Managing Agent
550 Bracken Ave.
Las Vegas NV 89104

Stockbridge Northwest Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6061
Kingman AZ 86402

Stone Age Design, LLC
Attn: Bankruptcy Desk/Managing Agent
2043 Pabco Road
Henderson NV 89015

Stone Masons, Inc
Attn: Bankruptcy Desk/Managing Agent
5581 S. Cameron Suite A
Las Vegas NV 89118

Stonewall Publishing, Inc
Attn: Bankruptcy Desk/Managing Agent
2408 Pardee Place
Las Vegas NV 89104

Storage One at Rhodes Ranch
Attn: Bankruptcy Desk/Managing Agent
8777 W. Warm Springs Road
Las Vegas NV 89148

Stout Lighting
Attn: Bankruptcy Desk/Managing Agent
A Div. of Stout Electric
6440 Schirls St.
Las Vegas NV 89118

Stow Away
Attn: Bankruptcy Desk/Managing Agent
921 Olsen Street
Henderson NV 89015

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

STRATEGIC VALUE MASTER FUND
Attn: Bankruptcy Desk/Managing Agent
Alan Liu
100 West Putnam: Alan Liu
Greenwich, CT 06830

Stratton Consulting
Attn: Bankruptcy Desk/Managing Agent
22 Kittansett Loop
Henderson NV 89052

Streetscape
Attn: Bankruptcy Desk/Managing Agent
714-898-4842
15641 Product Lane
Suite 7
Huntington Beach CA 92649

Striping Solutions
Attn: Bankruptcy Desk/Managing Agent
4181 W. Oquendo Road
Las Vegas NV 89118

Style Wise Interactive
Attn: Bankruptcy Desk/Managing Agent
richard
6600 Amelia Earhart Court
Las Vegas NV 89119

Subdivision Acceptance
Attn: Bankruptcy Desk/Managing Agent
285 Sunpac Rd
Henderson NV 89011

Sullivan Group Real Estate Adv
Attn: Bankruptcy Desk/Managing Agent
Tim Sullivan
12555 High Bluff Drive
Suite 210
San Diego CA 92130

Summerlin Hosp Med Ctr, LLC
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 31001-0827
Pasadena CA 91110-0827

Summers Electrical Engineering
Attn: Bankruptcy Desk/Managing Agent
1129 Gallant Fox Avenue
Henderson NV 89015

Sun Cat Skylight
Attn: Bankruptcy Desk/Managing Agent
Joan Georgens
4485 Emerald Ave.
Las Vegas NV 89120

Sun City Landscaping
Attn: Bankruptcy Desk/Managing Agent
4270 West Patrick Lane
Las Vegas NV 89118

Sun Country Systems LLC
Attn: Bankruptcy Desk/Managing Agent
4500 Delancy Unit 3
Las Vegas NV 89103

Sun Flowers Florist
Attn: Bankruptcy Desk/Managing Agent
3250 N. Tenaya Way
Suite 106
Las Vegas NV 89129

Sun Outdoor Advertising LLC
Attn: Bankruptcy Desk/Managing Agent
Terry Palmer
5630 District Blvd., Suite # 126
Bakersfield CA 93313

Sun State Components of N. AZ
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4077
Kingman AZ 86402

Sun State Lumber
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3699
Kingman AZ 86402

Sun Valley Bumper
Attn: Bankruptcy Desk/Managing Agent
2551 Airway Ave
P.O. Box 806
Kingman AZ 86401

Sunburst Construction, Inc.
Attn: Bankruptcy Desk/Managing Agent
5180 Cameron St Suite# 6
Las Vegas NV 89118

Sunburst Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Brad
3770 E. Desert Inn Road, # 273
Las Vegas NV 89121

Sunburst Shutters
Attn: Bankruptcy Desk/Managing Agent
Stan
6480 W. Flamingo Road
Las Vegas NV 89103

Sundance Helicopters
Attn: Bankruptcy Desk/Managing Agent
5596 Haven Street
Las Vegas NV 89119

Sunflowers
Attn: Bankruptcy Desk/Managing Agent
3250 N. Tenaya Way #106
Las Vegas NV 89129

Sunland Asphalt
Attn: Bankruptcy Desk/Managing Agent
PO Box 20814
Bullhead City, AZ 86439

Sunrise Fire Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 82034
Las Vegas NV 89190-2034

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Sunrise Mechanical, Inc.
Attn: Bankruptcy Desk/Managing Agent
7380 Commercial Way
Henderson NV 89011

Sunrise Mountain Avionics
Attn: Bankruptcy Desk/Managing Agent
2830 N. Rancho Drive
Las Vegas NV 89130

Sunrise Paving,Inc
Attn: Bankruptcy Desk/Managing Agent
5562 Mountain Vista St.
Las Vegas NV 89120

Sunrise Solar Screen &
Attn: Bankruptcy Desk/Managing Agent
Blind Company
2454 Losee Rd. Suite A
Las Vegas NV 89030

Sunscape Window Coverings
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 621811
Las Vegas NV 89162

Sunset Oasis Landscape
Attn: Bankruptcy Desk/Managing Agent
4575 West Cougar
Las Vegas NV 89139

Sunstate Companies, Inc
Attn: Bankruptcy Desk/Managing Agent
4435 E. Colton Ave
Suite 101
Las Vegas NV 89115

Sunworld Landscape LLC
Attn: Bankruptcy Desk/Managing Agent
Deanne Beer
3020 Builders Avenue
Las Vegas NV 89101

Super Color Digital
Attn: Bankruptcy Desk/Managing Agent
4495 W. Sunset Rd
Las Vegas NV 89118

Superior Frame & Trim
Attn: Bankruptcy Desk/Managing Agent
1642 North McCulloch Blvd.
Lake Havasu City AZ 86403

Support Payment Clearing House
Attn: Bankruptcy Desk/Managing Agent
Case# FC2002090434
P.O.Box 52107
Phoenix AZ 85072-2107

Supreme Court of Arizona
Attn: Bankruptcy Desk/Managing Agent
1501 W. Washington Ste 104
Phoenix AZ 85007-3231

Surface Solutions
Attn: Bankruptcy Desk/Managing Agent
Eutalio Moreno
P. O. Box 335112
North Las Vegas NV 89033

Surface Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
2756  N. Green Valley Pkwy
PMB 458
Henderson NV 89014

Surgical Arts Center
Attn: Bankruptcy Desk/Managing Agent
9499 W Charleston 250
Las Vegas NV 89117

Surya Carpet Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 324
Adairsville GA 30103

Susan L. Engelke
Attn: Bankruptcy Desk/Managing Agent
5904 Pavilion Lakes Ave.
Las Vegas NV 89122

Susan Miller-Zapper
Attn: Bankruptcy Desk/Managing Agent
2764 Lake Sahara Dr
Ste. 111
Las Vegas NV 89117

Susan Ovist
Attn: Bankruptcy Desk/Managing Agent
2548 Silvser Beach Drive
Las Vegas NV 89052

Susan Shook Associates
Attn: Bankruptcy Desk/Managing Agent
240 Newport Center Drive
Suite 220
Newport Beach CA 92660

Susanna Yip
Attn: Bankruptcy Desk/Managing Agent
447-32nd Avenue
San Francisco CA 94121

Susie L. Lee
Attn: Bankruptcy Desk/Managing Agent
860 Meridian Bay Lane # 223
Foster City CA 94404

Susteen, Inc
Attn: Bankruptcy Desk/Managing Agent
8001 Irvine Center Dr.
Suite 1500
Irvine CA 92618

Sutherland - Perennials
Attn: Bankruptcy Desk/Managing Agent
Mimi/Kristen
c/o Shears & Windows
101 Henry Adams St.  #256
San Francisco CA 94103

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

Suzana Rutar
Attn: Bankruptcy Desk/Managing Agent
1950 E Warm Springs Road
Las Vegas NV 89119

Swan Advertising
Attn: Bankruptcy Desk/Managing Agent
2880 Meade Avenue, Suite 202
Las Vegas NV 89102

Swany Pool Service, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 371000
Las Vegas NV 89137

Swarts, Manning & Associates
Attn: Bankruptcy Desk/Managing Agent
10091 Park Run Drive #200
Las Vegas NV 89145

SYKIA Imports LLC
Attn: Bankruptcy Desk/Managing Agent
dba SIGMA-CAD
158 Wold Ct.
Eau Claire WI 54701

Sylvan Learning Center
Attn: Bankruptcy Desk/Managing Agent
1181 South Buffalo Drive # 120
Las Vegas NV 89117

Symmetry Products Group
Attn: Bankruptcy Desk/Managing Agent
c/o Lance Industries, Inc.
55 Industrial Circle
Lincoln RI 02865

Syscon Consulting
Attn: Bankruptcy Desk/Managing Agent
Jerry Slater
2255 Loring Avenue
Henderson NV 89074

T & R Paint & Drywall
Attn: Bankruptcy Desk/Managing Agent
235 W. Brooks
N. Las Vegas NV 89630

T. Brothers Tile, LLC
Attn: Bankruptcy Desk/Managing Agent
3450 S. Polaris
Las Vegas NV 89102

T.P.S. Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
358 Beesley Dr.
Las Vegas NV 89110

Take It From The Top Talent
Attn: Bankruptcy Desk/Managing Agent
3658 Moon Lit Rain Drive
Las Vegas NV 89135

Tank Sharks
Attn: Bankruptcy Desk/Managing Agent
9633 Kelly Creek Avenue
Las Vegas NV 89129

Tarbell Realtors
Attn: Bankruptcy Desk/Managing Agent
18356 Irvine Blvd
2nd floor
Tustin CA 92780

Target National Bank
Attn: Bankruptcy Desk/Managing Agent
P.O Box 59317
Minneapolis MN 55459-0317

Taunton Direct, Inc.
Attn: Bankruptcy Desk/Managing Agent
63 S. Main Street
PO Box 5507
Newton CT 06470-5507

Taylor Hastings
Attn: Bankruptcy Desk/Managing Agent
3725 N Kenneth Rd
Kingman, AZ 86409

Taylor Zink
Attn: Bankruptcy Desk/Managing Agent
10209 Huxley Cross Lane
Las Vegas NV 89144

Technicom Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
4130 N. Losee Road
N. Las Vegas NV 89030-3302

Tedros Kebede and
Attn: Bankruptcy Desk/Managing Agent
Emebet Hailu
302 Island Reef Avenue
Henderson NV 89012

TEHAMA
Attn: Bankruptcy Desk/Managing Agent
1-800-955-9400 ext 1023
P.O.Box 1079
Denver CO 80256-1079

Tek Systems
Attn: Bankruptcy Desk/Managing Agent
Will Moore
P.O. Box 198568
Atlanta GA 30384-8568

TelePacific Communications
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 526015
Sacramento CA 95852-6015

Television Monitoring Services
Attn: Bankruptcy Desk/Managing Agent
4132 S. Rainbow Blvd. #213
Las Vegas NV 89103

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Telimagine
Attn: Bankruptcy Desk/Managing Agent
PO Box 98789
Las Vegas NV 89193

Ten Compass North
Attn: Bankruptcy Desk/Managing Agent
1080 Mary Crest Road
Henderson NV 89074

Teresa Erickson
Attn: Bankruptcy Desk/Managing Agent
TO THE TE DESIGN
1809 BIRCH ST
LAS VEGAS NV 89102

Terra Contracting Inc.
Attn: Bankruptcy Desk/Managing Agent
Justin Anderson
5980 West Cougar
Las Vegas NV 89139

Terra West Property Mgmt.
Attn: Bankruptcy Desk/Managing Agent
2655 S. Rainbow Blvd.  Suite 200
Las Vegas NV 89146

Terri Castro
Attn: Bankruptcy Desk/Managing Agent
2049 Jesse Scott St
Las Vegas NV  89106

Terry & Linda Ono
Attn: Bankruptcy Desk/Managing Agent
1462 Danyelle Court
Las Vegas NV 89117

Terry Corneil
Attn: Bankruptcy Desk/Managing Agent
1408 Diamond Country Drive
Reno NV 89521

Terry Ono, Trustee
Attn: Bankruptcy Desk/Managing Agent
1462 Danyelle Ct
Las Vegas NV 89117

Terry Page
Attn: Bankruptcy Desk/Managing Agent
1618 Navajo Point
Henderson NV 89074

Terryberry Company, LLC
Attn: Bankruptcy Desk/Managing Agent
2033 Oak Industrial Drive N.E.
Grand Rapids MI 49501

Te's By Kim
Attn: Bankruptcy Desk/Managing Agent
1402 Eastern
Kingman AZ 86401

Tetra Tech, Inc
Attn: Bankruptcy Desk/Managing Agent
Infrastructure Services Group
File #55701-13
Los Angeles CA 90074-5701

Texmo Oil Company
Attn: Bankruptcy Desk/Managing Agent
2950 E. Andy Devine Ave.
Kingman AZ 86401

Textron Financial Corp
Attn: Bankruptcy Desk/Managing Agent
1451 Marvin Griffin Rd
Augusta GA 30906-3852

Textron Financial Corp
Attn: Bankruptcy Desk/Managing Agent
40 Westminster St
Providence, RI 02903-2525

TGN Enterprises
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 881411
San Diego CA 92168

That Extra Touch
Attn: Bankruptcy Desk/Managing Agent
3017 Sheridan St. Ste 2
Las Vegas NV 89102

The  Bureau of National
Attn: Bankruptcy Desk/Managing Agent
Customer Relatio
Affairs  Inc.
1231 25th Street, N.W.
Washington DC 20037

The Ad Guys
Attn: Bankruptcy Desk/Managing Agent
HCR 33 Box 2953
Las Vegas NV 89124

The Advantage Group
Attn: Bankruptcy Desk/Managing Agent
1695 Meadow Wood Lane #200
Reno NV 89502-6511

The Andre Agassi Charitable
Attn: Bankruptcy Desk/Managing Agent
Foundation
3960 Howard Hughes Pkwy, Ste. 750
Las Vegas NV 89109

The Animal Foundation
Attn: Bankruptcy Desk/Managing Agent
Attn: Kara Kidwell
Lied Animal Shelter
655 North Mojave Road
Las Vegas NV 89101-2401

The Art Group
Attn: Bankruptcy Desk/Managing Agent
3119 W Post Road
Las Vegas NV 89118

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                      Served 4/17/2009

The Barrel Company Inc.
Attn: Bankruptcy Desk/Managing Agent
3433 Losee Rd #3
N. Las Vegas NV 89030

The Battery Source
Attn: Bankruptcy Desk/Managing Agent
5015 W. Sahara Ave. #124
Las Vegas NV 89102

The Bilco Company
Attn: Bankruptcy Desk/Managing Agent
c/o Mitchell Associates
5229 N 7th Avenue Suite 102
Phoenix AZ 85013-1963

The Bobbit Group
Attn: Bankruptcy Desk/Managing Agent
PO Box 1346
Hoopa CA 95546

The Bostedt Corp
Attn: Bankruptcy Desk/Managing Agent
8683 W. Sahara Ave
Ste 100
Las Vegas NV 89117

The Butler Did It
Attn: Bankruptcy Desk/Managing Agent
6729 Airdale Circle
Las Vegas NV 89103

The Cabinet Guy
Attn: Bankruptcy Desk/Managing Agent
1070 Daytona Ave.
Pahrump NV 89048

The Carroll School
Attn: Bankruptcy Desk/Managing Agent
Dana Blackhurst
25 Baker Bridge Road
Lincoln MA 01773

The Chandler Collection
Attn: Bankruptcy Desk/Managing Agent
5548 Lindbergh Lane
Bell CA 90201

The CIT Group/Equipment Financing
Attn: Bankruptcy Desk/Managing Agent
PO Box 27248
Tempe, AZ 85285-7248

The CIT Group/Sales Financing
Attn: Bankruptcy Desk/Managing Agent
715 S. Metropolitan Avenue
P. O. Box 24330
Oklahoma City OK 73124

The Cleaning Gals
Attn: Bankruptcy Desk/Managing Agent
Jeanette
2025 Maya Dr.
Kingman AZ 86401

The Clubs at Rhodes Ranch
Attn: Bankruptcy Desk/Managing Agent
8975 W. Warm Springs
Las Vegas NV 89148

The Corporate Search Group,Inc
Attn: Bankruptcy Desk/Managing Agent
Recruitment of Professionals
P. O. Box 7303
La Verne CA 91750

The Council on Education
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 340023
Boston MA 02241-0423

The Counselors of Real Estate
Attn: Bankruptcy Desk/Managing Agent
430 North Michigan Avenue
Chicago IL 60611-4089

The Economist
Attn: Bankruptcy Desk/Managing Agent
Subscription Department
P.O.Box 50402
Boulder CO 80322-0402

The Falls HOA
Attn: Bankruptcy Desk/Managing Agent
4730 South Fort Apache Road
Suite 300
Las Vegas NV 89147

The Falls@Rhodes Ranch
Attn: Bankruptcy Desk/Managing Agent
c/o Castle Management
P. O. Box 94707
Las Vegas NV 89193-4707

The Food Hotline
Attn: Bankruptcy Desk/Managing Agent
3351 S. Highland, Ste 208
Las Vegas NV 89108

The Garage Door Center
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way # 100
Henderson NV 89014

The Home Depot Credit Services
Attn: Bankruptcy Desk/Managing Agent
2482070000000
Dept. 32 - 2017234646
P. O. Box 6029
The Lakes NV 88901-6029

The Home Show
Attn: Bankruptcy Desk/Managing Agent
1501 Ten Palms Court
Las Vegas NV 89117

The Kingsmen
Attn: Bankruptcy Desk/Managing Agent
Bob Rose
P.O. Box 6211
Kingman AZ 86402

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                          Served 4/17/2009

The Kingsmen Golf Committee
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6211
Kingman AZ 86402

The Koko Company
Attn: Bankruptcy Desk/Managing Agent
4402 11th Street
Suite 503
Long Island City NY 11101

The LanDesign Consultant, Inc.
Attn: Bankruptcy Desk/Managing Agent
1134 Castle Point Avenue
Las Vegas NV 89014

The Las Vegas NV Press
Attn: Bankruptcy Desk/Managing Agent
1385 Pama Ln
#111
Las Vegas NV 89119

The Law Firm of
Attn: Bankruptcy Desk/Managing Agent
John E. Hampton & Associates
8235 Douglas Ave. Suite 1300
Dallas TX 75225

The Law Offices of
Attn: Bankruptcy Desk/Managing Agent
Kermit L. Waters
704 South 9th Street
Las Vegas NV 89101

The Lawrence Company
Attn: Bankruptcy Desk/Managing Agent
52 First Street, Suite 210
San Jose CA 95113

The Learning Center
Attn: Bankruptcy Desk/Managing Agent
2975 S. Rainbow Blvd.
Suite D1
Las Vegas NV 89146

The Magic World of Plants
Attn: Bankruptcy Desk/Managing Agent
4535 W. Sahara # 105
Las Vegas NV 89102

The Masonry Group Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
4685 Berg Street
North Las Vegas NV 89081

The McFletcher Corporation
Attn: Bankruptcy Desk/Managing Agent
8700 East Vista Bonita Dr.
Suite 220
ScottsdaleAZ  85255-3201

The McGraw-Hill Companies
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4182
Los Angeles CA 90096-4182

The Meadows School
Attn: Bankruptcy Desk/Managing Agent
8501 Scholar Lane
Las Vegas NV 89128

The Mill Group Inc
Attn: Bankruptcy Desk/Managing Agent
330 E. Warm Springs Road
Las Vegas NV 89119

The Mill Grp-Eric Santos
Attn: Bankruptcy Desk/Managing Agent
330 E. Warm Springs Rd
Ste A-15
Las Vegas NV 89119

The Mobile Storage Group
Attn: Bankruptcy Desk/Managing Agent
7590 North Glen Oaks Blvd
PO Box 10999
Burbank CA 91510

The Neon Museum
Attn: Bankruptcy Desk/Managing Agent
821 Las Vegas NV Blvd. North
Las Vegas NV 89101

The News
Attn: Bankruptcy Desk/Managing Agent
Vince Durocher - Sales Rep.
2290 Corporate Circle, Suite 250
Henderson NV 89074

The Office of the Labor
Attn: Bankruptcy Desk/Managing Agent
Commissioner
555 E. Washington Ave.,Suite 4100
Las Vegas NV 89101

The Orleans Hotel & Casino
Attn: Bankruptcy Desk/Managing Agent
4500 W. Tropicana Ave.
Las Vegas NV 89103

The Osborne Engineering Compan
Attn: Bankruptcy Desk/Managing Agent
Robert venorsky
1300 East Ninth St, Suite 1500
Cleveland OH 44114

The Paving Stone Company
Attn: Bankruptcy Desk/Managing Agent
Bryan
3995 Industrial Rd.
Las Vegas NV 89103

The Plantworks
Attn: Bankruptcy Desk/Managing Agent
3930 Graphics Center Drive
Las Vegas NV 89118

The Plastic Man
Attn: Bankruptcy Desk/Managing Agent
3919 Renate Drive
Las Vegas NV 89103

The Rhodes Companies, LLC 09-14814 - U.S. Mail

The Popcorn Factory
Attn: Bankruptcy Desk/Managing Agent
1600 Stewart Avenue
Westbury CT 11590

The Preserves at Elkhorn HOA
Attn: Bankruptcy Desk/Managing Agent
c/o Kallfelz Team Assoc.Mgmt, LLC
7900 West Tropical Pkwy # 130
Las Vegas NV 89149

The Preserves at Elkhorn HOA
Attn: Bankruptcy Desk/Managing Agent
Marti Zeigler (Assoc. Mgr)
Benchmark Association Services
1515 E. Tropicana Avenue,Ste 350A
Las Vegas NV 89119

The Project for
Attn: Bankruptcy Desk/Managing Agent
Arizona's Future
913 W. McDowell
Phoenix AZ 85007

The Public Education Foundatio
Attn: Bankruptcy Desk/Managing Agent
3360 West Sahara Avenue
Suite 160
Las Vegas NV 89102

The Randall Company
Attn: Bankruptcy Desk/Managing Agent
Petra Latch
8920 West Tropicana Avenue
Suite 105
Las Vegas NV 89147

The Rogich Communications Grou
Attn: Bankruptcy Desk/Managing Agent
3980 Howard Hughes Pkwy
Suite 550
Las Vegas NV 89109

The Rosenfeld Law Group
Attn: Bankruptcy Desk/Managing Agent
6725 Via Austi Parkway
Suite 200
Las Vegas NV 89119

The Rug Market America
Attn: Bankruptcy Desk/Managing Agent
5370 W. Jefferson Blvd.
Los AngelesCA  90016

The San Diego Union Tribune
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 120191
San Diego CA 92112-0191

The Shade Tree
Attn: Bankruptcy Desk/Managing Agent
Attn: Heather Estus
P. O. Box 669
Las Vegas NV 89125

The Sports Authority
Attn: Bankruptcy Desk/Managing Agent
5120 S. Fort Apache Road
Las Vegas NV 89148

The Standard
Attn: Bankruptcy Desk/Managing Agent
221 E. Beale St.
Kingman AZ 86401

The Stoneyard, LLC
Attn: Bankruptcy Desk/Managing Agent
2 Spectacle Pond Road
Littleton MA 01460

The Sullivan Group, LLC
Attn: Bankruptcy Desk/Managing Agent
Real Estate Advisors
12555 High Bluff Drive, Suite 210
San Diego CA 92130

The Tribune
Attn: Bankruptcy Desk/Managing Agent
120 W. First Ave.
Mesa AZ 85210

The UPS Store #1104
Attn: Bankruptcy Desk/Managing Agent
9030 W. Sahara Avenue
Las Vegas NV 89117

The Urban Land Institute
Attn: Bankruptcy Desk/Managing Agent
Department 186
Washington DC 20055-0186

The Villas HOA
Attn: Bankruptcy Desk/Managing Agent
4730 S. Fort Apache Suite 300
Las Vegas NV 89147

The Wall Street Journal
Attn: Bankruptcy Desk/Managing Agent
Attn: Manager Subscriber Service
P.O. Box 7007
Chicopee MA 01021-9985

The Water Man
Attn: Bankruptcy Desk/Managing Agent
1449 Carrizo Rd.
Golden Valley AZ 86413

The Web Group
Attn: Bankruptcy Desk/Managing Agent
208 Rudolph Ave.
Elmwood Park NJ 07407

The Weber Group, L.C.
Attn: Bankruptcy Desk/Managing Agent
Fred Tregaskes
16825 South Weber Dr.
Chandler AZ 85226-4112

The Wheel Thing, Inc.
Attn: Bankruptcy Desk/Managing Agent
5312 Palm Drive
LaCanada CA 91011

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

The Windo-Pro/Dwight Hayes
Attn: Bankruptcy Desk/Managing Agent
PO Box 1937
Dolan Springs AZ 86441

Theresa P. Dinkins
Attn: Bankruptcy Desk/Managing Agent
P.O.BOX 2382
Dublin CA 94568

Thien H. Vu & Kristina Tran
Attn: Bankruptcy Desk/Managing Agent
30806 Wisteria Circle
Murrieta CA 92563

Think Big Ballons
Attn: Bankruptcy Desk/Managing Agent
6170 W. Lake Mead Blvd
# 298
Las Vegas NV 89108

THK Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
2953 South Peoria Street
Suite 101
Aurora CO 80014

Thomas Carroll and Associates
Attn: Bankruptcy Desk/Managing Agent
5860 South Pecos, Suite 400
Las Vegas NV 89120

Thomas Ford
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 743204
Los Angeles CA 90004

Thomas Hovorka
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 1454
San Bruno CA 94066

Thomas J. Puhek, DDS
Attn: Bankruptcy Desk/Managing Agent
3431 E. Sunset Rd., Suite 301
Las Vegas NV 89120

Thomas Perkins & Associates
Attn: Bankruptcy Desk/Managing Agent
6285 S Valley View Blvd Ste H
Las Vegas NV 89118

Thompson Learning
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 95999
Chicago IL 60694-5999

Thomson West
Attn: Bankruptcy Desk/Managing Agent
P.O BOX 6292
Carol Stream IL 60197-6292

Thorburn Associates Inc.
Attn: Bankruptcy Desk/Managing Agent
2867 Grove Way
PO Box 20399
Castro Valley CA 95456

Through The Eyes of a Child
Attn: Bankruptcy Desk/Managing Agent
420 Red Canvas Place
Las Vegas NV 89144

Thu Truong
Attn: Bankruptcy Desk/Managing Agent
1927 Reed Hill Dr.
Windermere FL 34786

Thybony
Attn: Bankruptcy Desk/Managing Agent
3720 N. Kedzie Ave.
Chicago IL 60618-4543

Tiberti Fence Co.
Attn: Bankruptcy Desk/Managing Agent
4975 Rogers Street
Las Vegas NV 89118

Tiffany Banks
Attn: Bankruptcy Desk/Managing Agent
5809 La Jolla Way
Las Vegas NV 89108

Tiger Consulting
Attn: Bankruptcy Desk/Managing Agent
Larry Van Pelte
618 Tustin Avenue
Newport Beach CA 92663

Tim LuCarelli
Attn: Bankruptcy Desk/Managing Agent
6737 Costa Brava Road
Las Vegas NV 89146

Timberline Software
Attn: Bankruptcy Desk/Managing Agent
Sage Software, Inc.
P.O.Box 728
Beaverton OR 97075-0728

Timberline Users Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 697
SylvaniaOH  43560

Timothy D. Rasmussen
Attn: Bankruptcy Desk/Managing Agent
3400 Casana Dr. Unit 1071
Las Vegas NV 89122

Timothy Giles
Attn: Bankruptcy Desk/Managing Agent
7809 Flagler Street
Las Vegas NV 89139

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                 Served 4/17/2009

Tin Kerine Cheung
Attn: Bankruptcy Desk/Managing Agent
2346 Indian Creek Road
Diamond Bar CA 91765

Tire Works
Attn: Bankruptcy Desk/Managing Agent
9590 W. Tropicana Ave.
Las Vegas NV 89147

TireMasters/KKL
Attn: Bankruptcy Desk/Managing Agent
5680 North Simmons
N. Las Vegas NV 89031

Tishara Cousino
Attn: Bankruptcy Desk/Managing Agent
5015 W. Sahara Ste 125-217
Las Vegas NV 89146

Titan Stairs & Trim Inc.
Attn: Bankruptcy Desk/Managing Agent
Dave Poisson
5325 South Valley View
Las Vegas NV 89118

Titleist
Attn: Bankruptcy Desk/Managing Agent
Acushnet Company
P.O.Box 965
Fairhaven MA 02719-0965

Tito Luna and Stacey Dowing
Attn: Bankruptcy Desk/Managing Agent
7777 S. Jones Blvd # 1075
Las Vegas NV 89139

T-Mobile
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 742596
Cincinnati OH 45274-2596

To Go By Jo Catering
Attn: Bankruptcy Desk/Managing Agent
9101 W. Sahara Avenue
Suite 105 - E23
Las Vegas NV 89117

Tom Frank
Attn: Bankruptcy Desk/Managing Agent
1939 Wikieup #1
114 Tucker Plaza,  Suite 5
Kingman AZ 86401

Tom Mulso
Attn: Bankruptcy Desk/Managing Agent
2600 S. Town Center Dr.#2045
Las Vegas NV 89135

Toney L. Earl
Attn: Bankruptcy Desk/Managing Agent
37 Williams Avenue
Spring Valley NY 10977

Tonia Holmes-Sutton, M.Ed
Attn: Bankruptcy Desk/Managing Agent
Tonia Holmes-Sutton     Cell:
Andre Aggasi College Preparatory
1201 West Lake Mead Blvd.
Las Vegas NV 89156

Tony Manitta
Attn: Bankruptcy Desk/Managing Agent
7100 West Alexander Blvd.
Bldg. 2, Apt. 1013
Las Vegas NV 89129

Tony Mostajir
Attn: Bankruptcy Desk/Managing Agent
Landcor
4465 S. Jones #9
Las Vegas NV 89103

Top Brass
Attn: Bankruptcy Desk/Managing Agent
1719 Whitehead Road
Baltimore 21207

Top Health
Attn: Bankruptcy Desk/Managing Agent
PO Box 263
Chelsea AL 35043

Top Notch Services
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd
Las Vegas NV 89139

Tops Software, LLC
Attn: Bankruptcy Desk/Managing Agent
364 C. Christopher Ave
Gaithersburg MD 20879

Toro Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference Street
Las Vegas NV 89122

Toro Underground Inc
Attn: Bankruptcy Desk/Managing Agent
1916 N. Boulder Hwy, Bldg A
Henderson NV 89015

Torres Lawn Service & More
Attn: Bankruptcy Desk/Managing Agent
Tel L. Corral
2815 W Ford  Apt. #1062
Las Vegas NV 89123

Total Concrete, LLC
Attn: Bankruptcy Desk/Managing Agent
3823 Losee Road
N. Las Vegas NV 89030

Total Home Works
Attn: Bankruptcy Desk/Managing Agent
David
4955 South Durango, Suite 207
Las Vegas NV 89113

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                          Served 4/17/2009

Total Sign Systems
Attn: Bankruptcy Desk/Managing Agent
3021 S. Valley View # 108
Las Vegas NV 89102

TotTurf
Attn: Bankruptcy Desk/Managing Agent
4145 W. Mercury Way
Chandler AZ 85226

Touch, LLC
Attn: Bankruptcy Desk/Managing Agent
2121  South Industrial Road
Las Vegas NV 89102

Towbin Jeep
Attn: Bankruptcy Desk/Managing Agent
5555 West Sahara Ave
Las Vegas NV 89146

Towbin Motorcars
Attn: Bankruptcy Desk/Managing Agent
2550 S. Jones Blvd.
Las Vegas NV 89146

Tower Builders, LLC
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Drive
Suite 101
Las Vegas NV 89130

Town & Country
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7182
Red Oak IA 51591

Traci Chrisagis Photography
Attn: Bankruptcy Desk/Managing Agent
1068 Nordyke Ave.
Henderson NV 89015

Trademark Electric
Attn: Bankruptcy Desk/Managing Agent
2119 Roy Rodgers Way
Kingman AZ 86401

Traffic Control & Safety
Attn: Bankruptcy Desk/Managing Agent
5380 Cameron Street Suite 10
Las Vegas NV  89118

Traffic Control Service, Inc.
Attn: Bankruptcy Desk/Managing Agent
Elva
P.O. Box  4180
Fullerton CA 92834

Transnation Title Ins. Co
Attn: Bankruptcy Desk/Managing Agent
3880 Stockton Hill Road
Suite 104
Kingman AZ 86401

Transnation Title Insurance
Attn: Bankruptcy Desk/Managing Agent
1316 Stockton Hill Road
Kingman AZ 86401

Travers & Associates
Attn: Bankruptcy Desk/Managing Agent
20 Allen Ave. Ste 310
P.O. Box 220519
Saint Louis MO 63122

Trend Curve Marketing
Attn: Bankruptcy Desk/Managing Agent
Directions, Inc.
14850 Scenic Heights Rd. Ste. 155
Eden Prairie MN 55344

Trentink/Compulink
Attn: Bankruptcy Desk/Managing Agent
4211 W. Sahara Avenue # A
Las Vegas NV 89102

Tri Power Scooters, Inc.
Attn: Bankruptcy Desk/Managing Agent
4375 W. Reno Avenue, Ste 6
Las Vegas NV 89118

Triadic Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
121 W. Hemlock
P. O. Box 471
Deming NM 88031

Tribes Holdings, LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Ct.
Suite B # 106
Henderson NV 89015

Tribune
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78317
Phoenix AZ 85062-8317

TriNova, Inc.
Attn: Bankruptcy Desk/Managing Agent
722 W. Broadway
Glendale CA 91204

Triton Grading & Paving LLC
Attn: Bankruptcy Desk/Managing Agent
4220 Arcata Way
Bldg B Suite 1
N Las Vegas NV 89030

Trophies of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
4295 S. Arville Suite A
Las Vegas NV 89103

Tropicana 3
Attn: Bankruptcy Desk/Managing Agent
9590 W. Tropicana Ave
Las Vegas NV 89147

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                          Served 4/17/2009

Tropicana Durango Inves.
Attn: Bankruptcy Desk/Managing Agent
James Rhodes
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Tropicana Durango Ltd. I
Attn: Bankruptcy Desk/Managing Agent
Jim Rhodes
4730 S Fort Apache Road
Suite 300
Las Vegas NV 89147

Truck Parts & Equipment Co.
Attn: Bankruptcy Desk/Managing Agent
4150 Donovan way
N. Las Vegas NV 89030

Truck Tub International
Attn: Bankruptcy Desk/Managing Agent
PO Box 2111
Pismo Beach, CA 93448

True Marketing
Attn: Bankruptcy Desk/Managing Agent
12 Sunset Way
Building B, Ste 202
Henderson NV 89014

Truesdell Residential Inc
Attn: Bankruptcy Desk/Managing Agent
3529 E. Wood St.
Phoenix AZ 85040-1834

TSA of Nevada, LLP
Attn: Bankruptcy Desk/Managing Agent
3110 S. Rainbow Blvd
Suite 104
Las Vegas NV 89146

TSCS
Attn: Bankruptcy Desk/Managing Agent
Rob Griffith
Texas State Construction Systems
9100 SW Freeway, Suite 100
Houston TX 77074

TSI Monitoring LLC
Attn: Bankruptcy Desk/Managing Agent
8550 W. Charleston Blvd #110
Las Vegas NV 89117

TSI Sales and Installation LLC
Attn: Bankruptcy Desk/Managing Agent
8550 W. Charleston Blvd #110
Las Vegas NV 89117

TSS Enterprises
Attn: Bankruptcy Desk/Managing Agent
Gary Simler
2827 E Eilini St
Phoenix, AZ 85040

TUG/Timberline Users Group
Attn: Bankruptcy Desk/Managing Agent
5210 Eagle Ridge Lane
Sylvania OH 43560

Turf Depot Direct, LLC
Attn: Bankruptcy Desk/Managing Agent
www.turfdepotdirect.com
7618 Carlton Oaks
Las Vegas NV 89113

Turf Equipment
Attn: Bankruptcy Desk/Managing Agent
3558 S Procyon Ave
Las Vegas NV 89103

Turfgrass America LP
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 848420
Dallas TX 752848420

Turner Green Afrasiabi &
Attn: Bankruptcy Desk/Managing Agent
Arledge LLP
535 Anton Blvd, Ste 850
Costa Mesa CA 92626

Turner Reporting & Captioning
Attn: Bankruptcy Desk/Managing Agent
8308 Slate Harbor Circle
Suite 9246
Las Vegas NV 89128

Tuscany Apartments
Attn: Bankruptcy Desk/Managing Agent
725 South Hualapai Way
Las Vegas NV 89145

Tuscany Cable TV
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 23277
Bullhead City AZ 86439

Tuscany Master Association
Attn: Bankruptcy Desk/Managing Agent
133 Rhodes Ranch Parkway
Las Vegas NV 89148

TV Real Estate Show
Attn: Bankruptcy Desk/Managing Agent
Rich Newman
1412 S. Jones Boulevard
Las Vegas NV 89146

Tyona Brandt
Attn: Bankruptcy Desk/Managing Agent
4644 E. Desert Trail
Kingman AZ 86401

U.S. Loan Servicing
Attn: Bankruptcy Desk/Managing Agent
3225 S. Rainbow
Suite 107
Las Vegas NV 89146

UCN
Attn: Bankruptcy Desk/Managing Agent
Payment Center #5450
P.O. Box 410468
Salt Lake City UT 84141

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                          Served 4/17/2009

UDOA Enterprise
Attn: Bankruptcy Desk/Managing Agent
82 Margaret Street, Suite 203
Plattsburg NY 12901

ULINE
Attn: Bankruptcy Desk/Managing Agent
2200 S. Lakeside Dr.
Waukegan IL 60085

ULI-The Urban Land Insitute
Attn: Bankruptcy Desk/Managing Agent
Department 186
Washington DC 20055-0186

Ultimate Electronics
Attn: Bankruptcy Desk/Managing Agent
741 S. Rainbow Blvd
Las Vegas NV 0

Ultimate Staffing Services
Attn: Bankruptcy Desk/Managing Agent
Dept 8892
Los Angeles CA 90084-8892

ULTRA MASTER LTD
Attn: Bankruptcy Desk/Managing Agent
Terry Conner-Graham
430 Park Avenue, 9th Floor
New York, NY 10022

Unique Signs USA Inc.
Attn: Bankruptcy Desk/Managing Agent
4665 S. Procyon St. #K
Las Vegas NV 89103

Unique Tile & Marble, Inc.
Attn: Bankruptcy Desk/Managing Agent
9361 W Gilmore Avenue
Las Vegas NV 89129

Unishippers LV
Attn: Bankruptcy Desk/Managing Agent
12235 Beach Blvd.
Suite 9
Stanton CA 90680-3943

UniSource Energy Service-Gas
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 659581
San Antonio TX 78265-9581

UniSource Energy Services
Attn: Bankruptcy Desk/Managing Agent
2498 Airway Avenue
P. O. Box 3099
Kingman AZ 86402-3099

UniSource Energy Services-Elec
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 659564
San Antonio TX 78265-9564

United Financial Mgmt Co
Attn: Bankruptcy Desk/Managing Agent
Attn: Controller - United Title
3980 Howard Hughes Parkway
Las Vegas NV 89109

United Grafix, Inc.
Attn: Bankruptcy Desk/Managing Agent
William Roop
10890 General Drive
Orlando FL 32824

United Rentals
Attn: Bankruptcy Desk/Managing Agent
Anna
Highway Technologies
P.O. Box 51581
Los Angeles CA 90051-5881

United Rentals Highway
Attn: Bankruptcy Desk/Managing Agent
Technologies, Inc
PO Box 51581
Los Angeles CA 90051-5881

United Rentals Northwest, Inc
Attn: Bankruptcy Desk/Managing Agent
1595 Riverview Dr
Bullhead City, AZ 86442

United Rentals Northwest, Inc
Attn: Bankruptcy Desk/Managing Agent
3521 N Rancho Dr
Las Vegas, NV 89130-3123

United Rentals Northwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79334
City of Industry CA 91716-9333

United Site Services of Nevada
Attn: Bankruptcy Desk/Managing Agent
PO Box 231567
Las Vegas NV 89123

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Postal Service
Attn: Bankruptcy Desk/Managing Agent
1001 E. Sunset
Las Vegas NV 89199

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
Cincinnati OH 45999-0149

United Title of NV Corp.
Attn: Bankruptcy Desk/Managing Agent
Susan Coleman
5550 W. Flamingo
Suite B-1
Las Vegas NV 89103

United Valley, LLC
Attn: Bankruptcy Desk/Managing Agent
Richard Chu
7681 River Mist Court
Las Vegas NV 89113

Universal Brass
Attn: Bankruptcy Desk/Managing Agent
5475 Wynn Rd
Suite 400
Las Vegas NV 89118-2349

Universal Door & Trim
Attn: Bankruptcy Desk/Managing Agent
Patricia or Shirl
3840 N. Commerce St.
N. Las Vegas NV 89032

Univest Commercial, LLC
Attn: Bankruptcy Desk/Managing Agent
4600 N. Scottsdale Rd.
Suite 1400
Scottsdale AZ 89231

Unlimited Glass Repair
Attn: Bankruptcy Desk/Managing Agent
Marsha
9090 Fisher Ave.
Las Vegas NV 89149

UNLV
Attn: Bankruptcy Desk/Managing Agent
4505 Maryland Parkway Box 456004
Las Vegas NV 89154-6004

UNLV -ASCE
Attn: Bankruptcy Desk/Managing Agent
4505 Maryland Pkwy
Box 454017
Las Vegas NV 89154-4017

UNLV Foundation
Attn: Bankruptcy Desk/Managing Agent
PO Box 456025
Las Vegas NV 89154-6025

UPS
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 894820
Los Angeles CA 90189-4820

UPS Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Donna Cobarris
303 Peachtree Center Avenue, #100
Alpharetta, GA 30303

UPS Delivery Service
Attn: Bankruptcy Desk/Managing Agent
LockBox 577
Carol Stream IL 60132-0577

UPS Supply Chain Solutions,Inc
Attn: Bankruptcy Desk/Managing Agent
Attn: Customs Brokerage Services
P.O. Box 34486
Louisville KY 40232

Urban Land Institute
Attn: Bankruptcy Desk/Managing Agent
1025 Thomas Jefferson St. NW
Suite 500
Washington DC 20007

Urology Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
5701 W. Charleston Blvd Ste 201
Las Vegas NV 89146-0903

URS Corporation
Attn: Bankruptcy Desk/Managing Agent
Dept. 1028
PO Box 121028
Dallas TX 75312-1028

US Bank
Attn: Bankruptcy Desk/Managing Agent
PO Box 230789
Portland, OR 97281-0789

US Express Leasing, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 Lanidex Plz
Parsippany, NJ 07054-2723

US Fish & Wildlife Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 709
Albuquerque NM 87103

US Yellow
Attn: Bankruptcy Desk/Managing Agent
National Yellow Pages
P. O. Box 3110
Jersey City NJ 07303-3110

USA Today
Attn: Bankruptcy Desk/Managing Agent
7950 Jones Branch Dr.
Mc Lean VA 22108

USBancorp Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 230789
13010 SW 68th Parkway
Portland OR 97281-0789

USPS
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 894715
Los Angeles CA 90189-4715

Utilico Underground
Attn: Bankruptcy Desk/Managing Agent
Pat
P.O.Box 34985
Las Vegas, NV 89133

V2 Creative, Inc.
Attn: Bankruptcy Desk/Managing Agent
900 S. Pavilion Center Drive
#180
Las Vegas NV 89144-4584

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                            Served 4/17/2009

Valdez Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
Steve Valdez
600 Wilshire Ave.
Kingman AZ 86401

Valencia County Treasurer
Attn: Bankruptcy Desk/Managing Agent
Diana Martinez-Coplen
P. O. Box 939
Los Lunas NM 87031-0939

Valley Air Conditioning Inc.
Attn: Bankruptcy Desk/Managing Agent
9225 Mann Street
Las Vegas NV 89139

Valley Green Landscaping
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 620150
5516 Boulder HWY 2F-288
Las Vegas NV 89147

Valley Pioneers Water
Attn: Bankruptcy Desk/Managing Agent
Company Inc.
5998 W. Chino Drive
Golden Valley IL 86413

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

VAN KAMPEN DYNAMIC CRED OPP FN
Attn: Bankruptcy Desk/Managing Agent
Gerard Fogarty
One Parkview Plaza
Oakbrook Terrace, IL 60181

Vaunda Broadhead
Attn: Bankruptcy Desk/Managing Agent
3053 West Craig Road, Suite E
North Las Vegas NV  89032

Vazzana Underground, Inc
Attn: Bankruptcy Desk/Managing Agent
Donita
6690 N. Tenaya Way
Las Vegas NV 89131

Vector Structural Engineering
Attn: Bankruptcy Desk/Managing Agent
9138 S. State St.
Suite 101
Sandy AZ 84070

Vegas Bar & Restaraunt Supply
Attn: Bankruptcy Desk/Managing Agent
4375 S. Valley View, Ste. G
Las Vegas NV 89103

Vegas Magazine Partners, LLC
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle, Suite 250
Henderson NV  89074

Vegas Painters,
Attn: Bankruptcy Desk/Managing Agent
The Professionals
2820 South Jones Blvd. Suite 1
Las Vegas NV  89146

Vegas Seminar
Attn: Bankruptcy Desk/Managing Agent
16 Tapadero Lane
Las Vegas NV 89135

Vegas Valley District Co., Inc
Attn: Bankruptcy Desk/Managing Agent
3725 S. Industrial Road
Las Vegas NV 89109

Vegas Valley Fire
Attn: Bankruptcy Desk/Managing Agent
Shane Murphy
Protection
5740 South Arville St, Ste 203
Las Vegas NV 89118

Vegas Valley Locking Systems
Attn: Bankruptcy Desk/Managing Agent
6243 Industrial Road
Las Vegas NV 89116-3803

Vegas Verticals
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1545
Logandale NV 89021

Vegas.com, LLC
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle Drive
Suite 250
Henderson NV 89074

VegasGolfer Magazine
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle, Suite 250
Henderson NV 89074

Veneklasen Associates
Attn: Bankruptcy Desk/Managing Agent
1711 Sixteenth St.
Santa Monica CA 90404

Venicio Inc.
Attn: Bankruptcy Desk/Managing Agent
John Dunia
5301 Shelia Street
Commerce CA 90040

VENTURE II CDO 2002 LIMITED
Attn: Bankruptcy Desk/Managing Agent
Christine Tang
12 East 49th Street 29th  Floor
New York, NY 10017

Veranda
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7115
Red Oak IA 51591-2115

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                    Served 4/17/2009

Verizon Wireless
Attn: Bankruptcy Desk/Managing Agent
PO Box 9622
Mission Hills CA 91346-9622

Veslin
Attn: Bankruptcy Desk/Managing Agent
6149 S Rainbow Blvd
Las Vegas NV 89118

Via Direct Marketing
Attn: Bankruptcy Desk/Managing Agent
502 Beneficial Place
Henderson NV 89012

Vicki Glass
Attn: Bankruptcy Desk/Managing Agent
2987 Kala Kaua Ave # 302
Honolulu HI 96815

Vico Software, Inc.
Attn: Bankruptcy Desk/Managing Agent
120 Washington Street
Suite 202-C
Salem MA 01972

Vic's Portable Machining, Inc.
Attn: Bankruptcy Desk/Managing Agent
159 N. East End Ave.
Pomona CA 91767

Victoria C. Rose
Attn: Bankruptcy Desk/Managing Agent
2118 Ashley Ridge Court
San Jose CA 95138

Victoriano Adina
Attn: Bankruptcy Desk/Managing Agent
9863 Ridgehaven Ave.
Las Vegas NV 89148-4636

Viking Office Products
Attn: Bankruptcy Desk/Managing Agent
PO Box 88040
Chicago, IL 60680-1040

Village View Lighting Inc.
Attn: Bankruptcy Desk/Managing Agent
Rob Keegan
490 East Easy Street, #1
Simi Valley 93065

Villas at Kingman AZ HOA
Attn: Bankruptcy Desk/Managing Agent
c/o Parker Finch Management
P. O. Box 503310
San Diego CA 92150-3310

Villas in Kingman AZ Homeowner
Attn: Bankruptcy Desk/Managing Agent
Association
3838 N. Central Avenue Suite 1100
Phoenix AZ 85012

Vincent B. Luna
Attn: Bankruptcy Desk/Managing Agent
and Violeta Pingol Luna
20 Laurelhurst Dr.
Ladera Ranch CA 92694-0203

VINYL INDUSTRIAL PRODUCTS, INC
Attn: Bankruptcy Desk/Managing Agent
1700 DOBBS ROAD
ST AUGUSTINE FL 32084

Virtual Design Group
Attn: Bankruptcy Desk/Managing Agent
3035 Croyden Bay
Costa Mesa 92626

Vision Air
Attn: Bankruptcy Desk/Managing Agent
PO Box 35260
Las Vegas NV 89193-5260

Vision Drywall & Paint
Attn: Bankruptcy Desk/Managing Agent
2600 Losee Road
N. Las Vegas NV 89030

Vision Landscape & Design
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3073
Kingman AZ 86402

Vision Service Plan - (NV)
Attn: Bankruptcy Desk/Managing Agent
File # 73279
P.O. Box 60000
San Francisco CA 94160-3279

Vista Chevrolet
Attn: Bankruptcy Desk/Managing Agent
5501 Drexel Road
Las Vegas NV 89130

Vista Landscape Centers
Attn: Bankruptcy Desk/Managing Agent
951 E. Wigwam Pkwy
Henderson NV 89014

Vistage Worldwide, Inc
Attn: Bankruptcy Desk/Managing Agent
File 57158
Los Angeles CA 90074-7158

Visual Motion
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5741
Twin Falls ID 83303

Vivian Narssa & Suzan Malik
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 31324
Las Vegas NV 89173

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                                   Served 4/17/2009

VMN Consulting LLC
Attn: Bankruptcy Desk/Managing Agent
Valerie M. Neal (owner)
625 Sunrise Ave.
Kingman AZ 86409

Walker Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
1711 Stockton Hill Rd. #281
Kingman AZ 86401

Walker Family Limited
Attn: Bankruptcy Desk/Managing Agent
Partnership
1885 Eucalyptus Hill Road
Santa Barbara CA 93108

Walker Furniture Corp
Attn: Bankruptcy Desk/Managing Agent
301 S. Martin Luther King Blvd
Las Vegas NV 89106

Walker Zanger
Attn: Bankruptcy Desk/Managing Agent
4701 S. Cameron St.
Suite P
Las Vegas NV 89103

Wall Constructors Inc
Attn: Bankruptcy Desk/Managing Agent
6015 Mcleod
Las Vegas NV 89120

Wall Street Journal
Attn: Bankruptcy Desk/Managing Agent
200 Burnett Rd
Chicopee MA 01020

Wall Systems Inc - Paint
Attn: Bankruptcy Desk/Managing Agent
Roxanne at CA office
6015 McLeod Drive
Las Vegas NV 89120

Wall Systems Inc-Drywall
Attn: Bankruptcy Desk/Managing Agent
6015 McLeod Drive
Las Vegas NV 89120

Wallace Morris Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
Nicole Parker
5740 S. Arville Street Suite #206
Las Vegas NV 89118

Walter Breckan Title I School
Attn: Bankruptcy Desk/Managing Agent
1200 N. 27th Street
Las Vegas NV 89101

Walter Hahn, Ph.D.
Attn: Bankruptcy Desk/Managing Agent
Real Estate Consulting
2102 Business Center Dr. Ste 206E
Irvine CA 92612

Walter Karl Inc.
Attn: Bankruptcy Desk/Managing Agent
Two Blue Hill Plaza
PO Box 1662
Pearl River NY 10965

Walters Wicker, Inc
Attn: Bankruptcy Desk/Managing Agent
Ashley
c/o Mitch Zerg & Assoc
65 Bancker Streert
Englewood NJ 07631

Warner's Nursery & Landscape
Attn: Bankruptcy Desk/Managing Agent
1101 E Butler Ave
Flagstaff, AZ 86001

Warren's Homework
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 80090
Las Vegas NV 89180

Washington Mutual
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 78148
Phoenix AZ 85062-8148

WatchGuard Services
Attn: Bankruptcy Desk/Managing Agent
215 O'Neill Ave.
Belmont CA 94002-9817

Water FX
Attn: Bankruptcy Desk/Managing Agent
Custom Pools,Spas,& Fountains LLC
4690 W. Post Rd
Las Vegas NV 89118

Water Movers
Attn: Bankruptcy Desk/Managing Agent
PO BOX 66693
Phoenix AZ 85082

Water Movers Equipment Rental
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 66693
Phoenix AZ 85082

Wayne O. Norris
Attn: Bankruptcy Desk/Managing Agent
3189 Lauren Nicole Ln
Buford GA 30519

Wazuu Design
Attn: Bankruptcy Desk/Managing Agent
4175 S. Riley St
# 104
Las Vegas NV 89147

WCR
Attn: Bankruptcy Desk/Managing Agent
Rebecca Reid, Treasurer
5785 W. Tropicana # 7
Las Vegas NV 89103

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                    Served 4/17/2009

WDC Exploration & Well
Attn: Bankruptcy Desk/Managing Agent
1421 S 39th Avenue
Phoenix AZ 85009

We Mail
Attn: Bankruptcy Desk/Managing Agent
3111 South Valley View
Bldg. D101
Las Vegas NV 89102

Wealth Management Group
Attn: Bankruptcy Desk/Managing Agent
3770 Howard Hughes Pkwy.
Suite 200
Las Vegas NV 89109

Weintraub Organization
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounting Department
6000 East Evans Ave.,# 2-100
Denver CO 80222

Welch Plastics
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View B-103
Las Vegas NV  89141

Wells Fargo
Attn: Bankruptcy Desk/Managing Agent
leticia X3169
1030 5th Ave-Remittance Proces
P.O.. Box 23003
Columbus GA 31901

Wells Fargo Auto Finance
Attn: Bankruptcy Desk/Managing Agent
1-800-559-3557
P.O.Box 410448
Salt Lake City UT 84141-0448

Wells Fargo Bank Trust
Attn: Bankruptcy Desk/Managing Agent
Flex Spending Account
381 East Broadway Ste 110
Salt Lake City UT 84111-2684

Wells Fargo Bank, N.A.
Attn: Bankruptcy Desk/Managing Agent
Trust Operations
NW 5159, P. O. Box 1450
Minneapolis MN 55485-5159

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wells Fargo Bk Trust Operation
Attn: Bankruptcy Desk/Managing Agent
NW 5159
P. O. Box 1450
Minneapolis MN 55485-5159

Wells Fargo Card Service
Attn: Bankruptcy Desk/Managing Agent
800-247-8101
P.O. Box 30086
Los Angeles CA 90030-0086

Wells Fargo Equipment
Attn: Bankruptcy Desk/Managing Agent
Finance, NW-8178
P.O. Box 1450
Minneapolis MN 55485-8178

Wells Fargo Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
733 Marquette Ave
Minneapolis, MN  55402

Wells Fargo Equipment Finance, Inc
Attn: Bankruptcy Desk/Managing Agent
1540 W Fountainhead Pkwy
Tempe, AZ 85282-1839

Wells Fargo Flex Benefit Serv
Attn: Bankruptcy Desk/Managing Agent
PO Box 45600
Salt Lake City UT 84145-0600

Wells Fargo Health Benefit Ser
Attn: Bankruptcy Desk/Managing Agent
299 South Main Street
4th Floor
Salt Lake City UT 84111

Wells Fargo Home Mortgage
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 8417
Carol Stream IL 60197-8417

Wells Fargo-10 ton Dump Trucks
Attn: Bankruptcy Desk/Managing Agent
733 Marquette Ave
Minneapolis, MN  55402

Wells Fargo-Bell
Attn: Bankruptcy Desk/Managing Agent
733 Marquette Ave
Minneapolis, MN  55402

Wells Fargo-Tractor/Heavy Trailer
Attn: Bankruptcy Desk/Managing Agent
733 Marquette Ave
Minneapolis, MN  55402

Wendy Harrison
Attn: Bankruptcy Desk/Managing Agent
2953 Via Meridiana
Henderson NV 89052

West Coast Environmental Inc.
Attn: Bankruptcy Desk/Managing Agent
5131 Keswick Road
North Las Vegas NV 89031

West Tropicana Propertie
Attn: Bankruptcy Desk/Managing Agent
4630 So. Arville Suite B
Las Vegas NV  89103

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Westar Credit Union
Attn: Bankruptcy Desk/Managing Agent
P.O.BOX 94138
LAS VEGAS NV 89193-4138

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
Richard Kerner
9025 S. Kyrene Road
Tempe AZ 85284

WestCor Construction
Attn: Bankruptcy Desk/Managing Agent
Steve Christianson
Framing
5620 Stephanie Street
Las Vegas NV  89122

WestCor Construction DBA
Attn: Bankruptcy Desk/Managing Agent
Randy Smith
Southwest Glazing
5620 Stephanie St
Las Vegas NV  89122

Westcor Windows
Attn: Bankruptcy Desk/Managing Agent
Craig Osterhoudt
5620 Stephanie Street
Las Vegas NV  89122

Western Landscape Construction
Attn: Bankruptcy Desk/Managing Agent
4021 West Carey Avenue
North Las Vegas NV  89032

Western Landscape Construction
Attn: Bankruptcy Desk/Managing Agent
4670 S. Polaris Avenue
Las Vegas NV 89103

Western Outdoor Inc
Attn: Bankruptcy Desk/Managing Agent
Patty
3060 Business Lane
Las Vegas NV 89103

Western Outdoor-Land Lse
Attn: Bankruptcy Desk/Managing Agent
3060 Business Lane
Las Vegas NV  89103

Western Progress Company
Attn: Bankruptcy Desk/Managing Agent
c/o Fred R. Eldean
4828 N. Greentr4ee Drive - East
Litchfield AZ 85340

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
Rhonda Smith
121 N. Gibson Road
Henderson NV 89014

Western Sign & Flag Inc
Attn: Bankruptcy Desk/Managing Agent
Monique
4181 W. Oquendo Road
Las Vegas NV  89118

Western States Contracting
Attn: Bankruptcy Desk/Managing Agent
2810 N. Nellis Blvd.
Las Vegas NV 89115

Western States Hydro Hoi
Attn: Bankruptcy Desk/Managing Agent
12 D.V. Farms Drive
Dammeron ValleyUT  84783

Western Technologies, Inc.
Attn: Bankruptcy Desk/Managing Agent
3611 West Tompkins Ave
Las Vegas NV 89103-5618

WesternInteriors and Design
Attn: Bankruptcy Desk/Managing Agent
5410 Wilshire Blvd.
Suite 200 West
Los Angeles CA 90036

Westside Disposal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 10129
Golden Valley AZ 86413

Weststar Loan Servicing Corp.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29503
Las Vegas NV  89126

Westwood Partners, LTD
Attn: Bankruptcy Desk/Managing Agent
7881 S. Durango Dr.
Las Vegas NV  89113

Wheaton World Wide Moving
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 50800
Indianapolis IN 46250-0800

Whirlpool Appliances
Attn: Bankruptcy Desk/Managing Agent
Tiffany Miracle
10180 Tree Bark St.
Las Vegas NV  89123

White & Case, LLP
Attn: Bankruptcy Desk/Managing Agent
633 West Fifth Street, Suite 1900
Los Angeles CA 90071-2007

White Mountain Framers
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court Suite B106
Henderson NV 89015

White Valley Construction
Attn: Bankruptcy Desk/Managing Agent
671 Professional Avenue Ste 514
Henderson NV  89015

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                 Served 4/17/2009

Whitewater West Industries
Attn: Bankruptcy Desk/Managing Agent
6700 McMillan Way
Richmond, BC, Canada V6W-1J7

Wholesale Builders Suppl
Attn: Bankruptcy Desk/Managing Agent
Vince Catiglione
5625 S. Valley View
Las Vegas NV 89118

Wholesale WC Connection
Attn: Bankruptcy Desk/Managing Agent
6280 S. Valley View Blvd.
Las Vegas NV 89118

Who's Calling
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3675
Seattle WA 98124-3675

Wild At Heart, Inc.
Attn: Bankruptcy Desk/Managing Agent
31840 N. 45th Street
Cave Creek AZ 85331

Wild Streak Talent
Attn: Bankruptcy Desk/Managing Agent
3355 W. Spring Mt Rd #264
Las Vegas NV  89102

Wild West Properties, L.L.C.
Attn: Bankruptcy Desk/Managing Agent
8101 Camino Paisano NW
Albuquerque NM 87120

Wildwood Lamps
Attn: Bankruptcy Desk/Managing Agent
David Jaegar
516 Paul Street
Rocky Mount NC 27801

William & Mary Domingo
Attn: Bankruptcy Desk/Managing Agent
9718 Marcelline Ave.
Las Vegas NV  89147

William Abbott
Attn: Bankruptcy Desk/Managing Agent
1134 Olivia Pkwy
Henderson NV  89009

William Baker
Attn: Bankruptcy Desk/Managing Agent
3209 Mason Avenue
Las Vegas NV 89102

William C. Polly
Attn: Bankruptcy Desk/Managing Agent
26 Via Di Roma
Long Beach CA 90803

William Dively
Attn: Bankruptcy Desk/Managing Agent
10473 Burensburg Ave
Las Vegas NV  89135

William E. Fears
Attn: Bankruptcy Desk/Managing Agent
5880 Duneville Court
Las Vegas NV  89103

William Eversole
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60172
Las Vegas NV  89160

William G. Ford
Attn: Bankruptcy Desk/Managing Agent
28453 Horeshoe Circle
Santa Clarita CA 91390

William J. Kincaid
Attn: Bankruptcy Desk/Managing Agent
4653 Park Drive #B
Carlsbad CA

William R Duncan
Attn: Bankruptcy Desk/Managing Agent
6000 Flaming Coral Lane
Las Vegas NV 89130

William R. Binetti
Attn: Bankruptcy Desk/Managing Agent
Attorney at Law
801 Newman Rd.
Racine WI 53406-4035

William Washington
Attn: Bankruptcy Desk/Managing Agent
5435 Pomeroy Cr.
Las Vegas NV 89142

Williams Scotsman, Inc.
Attn: Bankruptcy Desk/Managing Agent
danielle
File#91975
Chicago IL 60693-1975

Willis Roof Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
4755 W. Dewey Drive
Las Vegas NV 89118

Wilmar Contracting Inc
Attn: Bankruptcy Desk/Managing Agent
Veda Cascone
4525 W. Hacienda Ste 1
Las Vegas NV 89118

Window Depot Inc.
Attn: Bankruptcy Desk/Managing Agent
Debbie Adcock
P.O. Box 27337
Tucson AZ 85726-7337

The Rhodes Companies, LLC 09-14814 - U.S. Mail

Winning Technologies Inc.
Attn: Bankruptcy Desk/Managing Agent
#1 Stoney Brook Lane
O'Fallon MO  63366

Winning Wigwam Windfall
Attn: Bankruptcy Desk/Managing Agent
c/o John Horvat
4045 Spencer, #118
Las Vegas NV 89119

Winroc
Attn: Bankruptcy Desk/Managing Agent
3775 East Sahara
Las Vegas NV 89104

Wireless Consulting Corporatio
Attn: Bankruptcy Desk/Managing Agent
4955 S. Durango Dr.
Suite 151
Las Vegas NV  89113

WJR Consulting Services, LLC
Attn: Bankruptcy Desk/Managing Agent
339 Hollins Hall Street
Las Vegas NV  89145

WLC Nevada
Attn: Bankruptcy Desk/Managing Agent
4580 S. Polaris Avenue
Las Vegas NV  89103

Wm.J.Hotz Structural
Attn: Bankruptcy Desk/Managing Agent
1609 Changing Seasons St.
Las Vegas NV  89144

Wonravee Chavalit
Attn: Bankruptcy Desk/Managing Agent
3720 Fountain Ct.
North Las Vegas NV 89032

Wood Rodgers, Inc.
Attn: Bankruptcy Desk/Managing Agent
3301 C Street
Bldg. 100-B
Sacramento CA 95816

Wood, Smith, Henning & Berman
Attn: Bankruptcy Desk/Managing Agent
4175 S. Riley Street
Suite 204
Las Vegas NV  89147

Woodard Furniture
Attn: Bankruptcy Desk/Managing Agent
Sharon
c/o Quantum Resources
13030 Inglewood Ave. #200
Hawthorne CA 90250

Woodard, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 73014
Chicago IL 60673-7014

WoodWorks Software
Attn: Bankruptcy Desk/Managing Agent
3380 Sheridan Dr., Ste 306
Amherst NY 14226-1499

Work Zone Traffic Services
Attn: Bankruptcy Desk/Managing Agent
4280 W. Reno Ave.  Suite H
Las Vegas NV 89118

World Capital Funding In
Attn: Bankruptcy Desk/Managing Agent
Attn: Rosie Asuncion RE Broker
10 East Vivian Drive
Pleasant Hill CA 94523

World Financial Marking
Attn: Bankruptcy Desk/Managing Agent
Rosie Asuncion
1838 Colfax Street
Concord CA 94520

WREDCo, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81526
Las Vegas NV  89180

WRG Design Inc.
Attn: Bankruptcy Desk/Managing Agent
5415 SW Westgate Drive
Suite 100
Portland OR 97221

Wright Engineers
Attn: Bankruptcy Desk/Managing Agent
7425 Peak Drive
Las Vegas NV  89128

Wright Painting/Drywall
Attn: Bankruptcy Desk/Managing Agent
Robert Kahre
6270 Kimberly, Suite # D
Las Vegas NV  89122

Wright Stanish & Winckler
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th St. #701 BOA Plaza
Las Vegas NV  89101

Wyoming Child Support
Attn: Bankruptcy Desk/Managing Agent
Enforcement 37236
P.O. Box 1027
Cheyenne WY 82003

Xerox Corp.
Attn: Bankruptcy Desk/Managing Agent
PO Box 7405
Pasadena CA 91109-7405

XEROX CORPORATION
Attn: Bankruptcy Desk/Managing Agent
P.O BOX 650361
DALLAS TX 75265-0361

The Rhodes Companies, LLC 09-14814 - U.S. Mail                                                                    Served 4/17/2009

Xerox Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 7413
Pasadena CA 91109-7413

Xijuan Xu
Attn: Bankruptcy Desk/Managing Agent
12845 Crestfield Court
Rancho Cucamonga CA 91739

Xikui Xu
Attn: Bankruptcy Desk/Managing Agent
12845 Crestfield Court
Rancho Cucamonga CA 91739-8011

X-it Homeowner's Association
Attn: Bankruptcy Desk/Managing Agent
333 Rhodes Ranch Parkway
Las Vegas NV  89148

Xiuxia Xu
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30391
Las Vegas NV 89173

XM Satellite Radio
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78054
Phoenix AZ 85062-8054

XN Ross
Attn: Bankruptcy Desk/Managing Agent
3182 Pradera Circle
Las Vegas NV 89121

Yamas Controls
Attn: Bankruptcy Desk/Managing Agent
3951 Preformance Dr Ste C
Sacramento CA 95838

Yamil Rodriguez
Attn: Bankruptcy Desk/Managing Agent
508 Foster Springs
Las Vegas NV 142

Yan Li
Attn: Bankruptcy Desk/Managing Agent
809 Ville Franche
Las Vegas NV  89145

Yee Wah Ho
Attn: Bankruptcy Desk/Managing Agent
20514 E. Pacific Dr.
Walnut CA 91789

Yellow Pages Distribution
Attn: Bankruptcy Desk/Managing Agent
Service
P.O. Box 222045
Dallas TX 75222-2045

Yellow Pages United
Attn: Bankruptcy Desk/Managing Agent
PO Box 95450
Atlanta GA 30347-0450

Yellow Pages, Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60007
Anaheim CA 92812-6007

Young At Heart
Attn: Bankruptcy Desk/Managing Agent
Ann Marie Vadala
813 New Season Ct
Las Vegas NV  89123

Younger Brothers Windows NV
Attn: Bankruptcy Desk/Managing Agent
DO NOT USE
4815 W. Russell Road
Suite 3C
Las Vegas NV  89118

Your Cleaning Choice, Inc.
Attn: Bankruptcy Desk/Managing Agent
5115 S. Industrial Road
Suite 102
Las Vegas NV  89118

YP.com
Attn: Bankruptcy Desk/Managing Agent
101 Convention Center Dr.
Suite 1002
Las Vegas NV  89109

Yuma Title Account Servicing
Attn: Bankruptcy Desk/Managing Agent
1690 S 4th Avenue
Post Office Box 2765
Yuma AZ 85366

Yupayao Carl
Attn: Bankruptcy Desk/Managing Agent
6572 Kell Lane
Las Vegas NV  89156

Yurri Shiller
Attn: Bankruptcy Desk/Managing Agent
2382 Falsetto Ave
Henderson NV  89052

Zee Medical Service
Attn: Bankruptcy Desk/Managing Agent
JoAnne
1618 West Oakey
Las Vegas NV  89102-2612

Zee's Artistries
Attn: Bankruptcy Desk/Managing Agent
2505 Antem Village Dr.
Ste E577
Henderson NV  89052

Ziad Karam
Attn: Bankruptcy Desk/Managing Agent
725 Sercret London Ave.
Las Vegas NV  89178

**The Rhodes Companies, LLC 09-14814 - U.S. Mail**                                   **Served 4/17/2009**

Ziv Davis
Attn: Bankruptcy Desk/Managing Agent
55 Grant Avenue
San Francisco CA 94108

Zurich Services Corporation
Attn: Bankruptcy Desk/Managing Agent
Barbara Taylor
P. O. Box 66944
Chicago IL 60666-0944

Creditors:  3482

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBES HOLDINGS, LLC** | Case No.: BK-S-09-14817-LBR |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as Exhibit A:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit B.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2    UNITED STATES BANKRUPTCY COURT

3    DISTRICT OF NEVADA

4    In re:

5    TRIBES HOLDINGS, LLC                           Chapter 11
     Tax I.D. No. 75-3184347
6                                                   Case No. BK-S-09-14817-LBR

7                    Debtor.
     _____/

8

9    **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                              AND DEADLINES**
10

11   | A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

12   | You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
     consult an attorney to protect your rights. All documents filed in this case may be viewed at the
13   bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
     may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
14   the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
     and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.
15
     NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
16   enclosed on the page of this Notice entitled "Explanations."

17   **Attorney for Debtor(s) (name and address):**

18                              ZACHARIAH LARSON
                                LARSON & STEPHENS
19                       810 S. CASINO CENTER BLVD., SUITE 104
                                 LAS VEGAS, NV 89101
20                         Telephone number: (702) 382-1170

21                     PACHULSKI STANG ZIEHL & JONES LLP
                       10100 SANTA MONICA BLVD., 11th FLOOR
22                            LOS ANGELES, CA 90067-4100
                           Telephone Number: (310) 277-6910
23

24                              **Meeting of Creditors**

25                            **DATE**: May 7, 2009
                              **TIME**: 3:00 PM
26              **LOCATION:** Foley Federal Building and U.S. Courthouse
              300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101
27
                         **Creditor with a Foreign Address:**
28   See additional information enclosed on the page of this Notice entitled "Explanations," under the
                          paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **Deadlines to File a Proof of Claim** |
|---|

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

| **Creditors May Not Take Certain Actions:** |
|---|

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** |
|---|

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

| | **EXPLANATIONS** |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: **Tribes Holdings, LLC** | | Case Number: **09-14817** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( )    -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:

TEL: ( )    -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:** $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

**Value of Property:** $                    **Annual Interest Rate:**          %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $                    **Basis for perfection:**

| **Amount Secured** | | **Amount Unsecured** | |
|---|---|---|---|
| $ | | $ | |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (          ).

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

| Printed Name | | Title | |
|---|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857          0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Tribes Holdings, LLC 09-14817 - U.S. Mail**                                                              **Served 4/17/2009**

Able Lock & Key
Attn: Bankruptcy Desk/Managing Agent
P.O Box 620539
Las Vegas, NV 89162

Accurate Building Maintenance
Attn: Bankruptcy Desk/Managing Agent
3062 Sherdian St
Las Vegas, NV 89102

AICCO, Inc.
Attn: Bankruptcy Desk/Managing Agent
1630 E Shaw Ave
#160
Fresno, CA 93710

Ajilon Professional Staffing
Attn: Bankruptcy Desk/Managing Agent
Dept. CH 14031
Palatine IL 60055-4031

Alley,Michael K.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 9144
Pahrump, NV 89060

Alternative Office Systems
Attn: Bankruptcy Desk/Managing Agent
3930 West Ali Baba St
Las Vegas, NV 89118

Ambrose,George
Attn: Bankruptcy Desk/Managing Agent
1240 Harvard Ave
Salt Lake City, UT 84105

Anderson,Leslie J.
Attn: Bankruptcy Desk/Managing Agent
8221 Harvest Spring Pl
Las Vegas, NV 89143

Andrea Benzel
Attn: Bankruptcy Desk/Managing Agent
3348 Moon River Street
Las Vegas, NV 89129

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Aspen Publishers, Inc.
Attn: Bankruptcy Desk/Managing Agent
Accounts Receivable Department
4829 Innovation Way
Chicago, IL 60682-0048

B & L DMV Services
Attn: Bankruptcy Desk/Managing Agent
4535 W Sahara Ave
Ste-115
Las Vegas, NV 89102

Barbero,Nicole M.
Attn: Bankruptcy Desk/Managing Agent
2117 Hoover Ct
Pleasant Hill, CA 94523

Barcena,Jose G
Attn: Bankruptcy Desk/Managing Agent
3530 S. Stirrup
Pahrump, NV 89048

Barnes,Ryan J.
Attn: Bankruptcy Desk/Managing Agent
1733 Kudu Ct
Draper, UT 84020

Bawnsig
Attn: Bankruptcy Desk/Managing Agent
175 E. Reno, Ste C9
Las Vegas, NV 89119

Benzel,Andrea S.
Attn: Bankruptcy Desk/Managing Agent
3348 Moon River St
Las Vegas, NV 89129

Brady Industries, Inc.
Attn: Bankruptcy Desk/Managing Agent
7055 Lindell Road
Las Vegas, NV 89118

Bravo, Inc.
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Ct., Ste B-106
Henderson, NV 89015

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Builders Assoc of Western NV
Attn: Bankruptcy Desk/Managing Agent
575 S. Saliman Road
Carson City, NV 89701

Chavez Construction Cleanup
Attn: Bankruptcy Desk/Managing Agent
2160 West Charleston Blvd
Suite M
Las Vegas, NV 89102

Cheyenne Auto Parts Inc
Attn: Bankruptcy Desk/Managing Agent
4675 C So. Polaris Ave
Las Vegas, NV 89103

**Tribes Holdings, LLC 09-14817 - U.S. Mail**                                                              Served 4/17/2009

Ciciliano,Teresa
Attn: Bankruptcy Desk/Managing Agent
1112 Nawkee Dr
N Las Vegas, NV 89030

City of Henderson Dev. Service
Attn: Bankruptcy Desk/Managing Agent
240 S. Water St
PO. Box 95050
Henderson, NV 89009-5050

Clark County Assesor
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy, 2nd FL
PO Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CMA Business Credit Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 7740
Burbank, CA 91510-7740

Colonial Supplemental Ins
Attn: Bankruptcy Desk/Managing Agent
P.O Box 1365
Columbia, SC 29202-1365

Computer Forms
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 23456
Portland OR 97281-3456

ComTech Communications
Attn: Bankruptcy Desk/Managing Agent
4330 W. Desert Inn, Suite E
Las Vegas, NV 89102

ComTech Communications Systems
Attn: Bankruptcy Desk/Managing Agent
4330 W Desert Inn Rd, Ste- E
Las Vegas, NV 89102

Contractor's Exam Center, Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 East Washington Street
Suite 150
Phoenix, AZ 85034

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Crystal Erickson
Attn: Bankruptcy Desk/Managing Agent
84 Yesterday Dr
Henderson, NV 89074

Deberger,Justin M.
Attn: Bankruptcy Desk/Managing Agent
9450 Baltinglass St
Las Vegas, NV 89123

Debra Packard
Attn: Bankruptcy Desk/Managing Agent
2570 Hitchcock Street
Henderson, NV 89052

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

DHL Express (USA) Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 4723
Houston, TX 77210-4723

Erickson,Crystal
Attn: Bankruptcy Desk/Managing Agent
84 Yesterday Dr
Henderson, NV 89074

Evans,Christopher
Attn: Bankruptcy Desk/Managing Agent
11682 Terenzio Ct
Las Vegas, NV 89183

Fast Glass
Attn: Bankruptcy Desk/Managing Agent
6255 S. Sandhill Rd
Las Vegas, NV 89120

Fasteners Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 80536
Las Vegas, NV 89180-0536

**Tribes Holdings, LLC 09-14817 - U.S. Mail**                                                              **Served 4/17/2009**

Fastsigns
Attn: Bankruptcy Desk/Managing Agent
4704 W. Sahara Ave #2
Las Vegas, NV 89102

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

FirePro
Attn: Bankruptcy Desk/Managing Agent
5130 E. Charleston, Suite 5-142
Las Vegas, NV 89142

Ford Country
Attn: Bankruptcy Desk/Managing Agent
280 North Gibson Road
Henderson, NV 89014

Fred Oldford
Attn: Bankruptcy Desk/Managing Agent
6608 Crosstimber Ct
Las Vegas, NV 89108

Garret Larson
Attn: Bankruptcy Desk/Managing Agent
8603 E. Glencove St.
Mesa, AZ 85207

George Ambrose
Attn: Bankruptcy Desk/Managing Agent
1240 Harvard Avenue
Salt Lake City, UT 84105

Gonzalez,Gilberto
Attn: Bankruptcy Desk/Managing Agent
3401 N. Walnut Rd # 7
Las Vegas, NV 89115

Gritton,Wesley
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 231923
Las Vegas, NV 89123

Guaranty California Insurance
Attn: Bankruptcy Desk/Managing Agent
445 S. Figuerson St., 36th Fl
Los Angeles, CA 90071-1602

Guardian
Attn: Bankruptcy Desk/Managing Agent
36280 Treasury Center
Chicago, IL 60694-6200

Gung Ho Concrete
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Ct., Ste B-106
Henderson, NV 89011

Harsch Investment Properties
Attn: Bankruptcy Desk/Managing Agent
Henderson Commerce Center
Unit #21, PO Box 5000
Portland, OR 97208-5000

Home Builders Research, INC
Attn: Bankruptcy Desk/Managing Agent
7210 Red Cinder St
Las Vegas, NV 89131

Home Depot Credit Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 6029
Dept 32-2001952575
The Lakes, NV 889016029

HR Business Partners
Attn: Bankruptcy Desk/Managing Agent
7525 Rushing Current St
Las Vegas, NV 89131

HUB International Milne of AZ
Attn: Bankruptcy Desk/Managing Agent
1750 East Glendale Ave
Phoenix, AZ 85020-5505

Ikon Office Solutions
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 31001-0850
Pasadena, CA 91110-0850

Indoff Incorporated
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 842808
Kansas City, MO 64184-2808

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Insight
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78825
Phoenix, AZ 85062-8825

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**Tribes Holdings, LLC 09-14817 - U.S. Mail**                                                           **Served 4/17/2009**

J.J. Keller & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 548
Neenah, WI 54957-0548

James Green
Attn: Bankruptcy Desk/Managing Agent
3540 W Sahara # 261
Las Vegas, NV 89102

Jimenez,Julie
Attn: Bankruptcy Desk/Managing Agent
8211 Broward Lane
Las Vegas, NV 89147

Joel Payne Associates
Attn: Bankruptcy Desk/Managing Agent
2880 E. Flaminto Rd. Ste E
Las Vegas, NV 89121

Las Vegas Review-Journal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 920
Las Vegas, NV 89125-0920

Layman,John
Attn: Bankruptcy Desk/Managing Agent
3917 Sage River St
Las Vegas, NV 89129

Leslie Anderson
Attn: Bankruptcy Desk/Managing Agent
9109 Watermelon Seed Ave
Las Vegas, NV 89143

Littler Mendelson
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 45547
San Francisco, CA 94145-0547

Luis Moreno
Attn: Bankruptcy Desk/Managing Agent
1935 Cruiser Ct
Las Vegas, NV 89156

Marin,Maricela
Attn: Bankruptcy Desk/Managing Agent
579 Pomerol Ave
Las Vegas, NV 89123

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Matt Reitzel
Attn: Bankruptcy Desk/Managing Agent
1279 Shimmering Glen Ave
Henderson, NV 89014

McFadden-Dale Industrial
Attn: Bankruptcy Desk/Managing Agent
4477 West Reno Ave
Las Vegas, NV 89118

Meishach Moore
Attn: Bankruptcy Desk/Managing Agent
8049 Diamond Gorge Rd
Las Vegas, NV 89178

Mendoza,Reyes
Attn: Bankruptcy Desk/Managing Agent
5500 Seavaugh
Las Vegas, NV 89107

Mercury LDO
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas, NV 89120

Midnight Printing
Attn: Bankruptcy Desk/Managing Agent
2721 Losee Road
Suite A
North Las Vegas, NV 89030

Moore,Donna J
Attn: Bankruptcy Desk/Managing Agent
6435 Grass Meadows Dr. # 113
Las Vegas, NV 89142

Moore,Meishach J.
Attn: Bankruptcy Desk/Managing Agent
8049 Diamond Gorge Rd
Las Vegas, NV 89178

NEC Financial Services Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 100558
Pasadena, CA 91189-0558

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

**Tribes Holdings, LLC 09-14817 - U.S. Mail**                                                                 **Served 4/17/2009**

Nevada Power Company
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV 89520-3086

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Noble,J'Lyn M.
Attn: Bankruptcy Desk/Managing Agent
509 Indian Bluff St., #103
Las Vegas, NV 89145

NV State Board of Accountancy
Attn: Bankruptcy Desk/Managing Agent
1325 Airmotive Way
Ste 220
Reno, NV 89502

Occupational Health Centers
Attn: Bankruptcy Desk/Managing Agent
of Southwest, P.A.
P.O. Box 5950
Sparks, NV 89432-5950

Office Depot, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 9020
Des Moines, IA 50368-9020

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Oldford,Frederick N.
Attn: Bankruptcy Desk/Managing Agent
6608 Crosstimber Ct
Las Vegas, NV 89108

Oliver,Brandon M.
Attn: Bankruptcy Desk/Managing Agent
7809 Robinglen Ave
Las Vegas, NV 89131

Packard,Debra E.
Attn: Bankruptcy Desk/Managing Agent
2570 Hitchcock St
Henderson, NV 89052

PGM Safety Services, LLC
Attn: Bankruptcy Desk/Managing Agent
575 S Saliman Rd
Carson City, NV 89701

Pin,Gordon
Attn: Bankruptcy Desk/Managing Agent
655 Barbary Pl
Gladstone, OR 97027

Piracle
Attn: Bankruptcy Desk/Managing Agent
Order checks from HOPE
2302 South Presidents Drive
Suite B
Salt Lake City UT 84120

Pitney Bowes
Attn: Bankruptcy Desk/Managing Agent
PO Box 856390
Louisville, KY 40285-6390

Ponce,Karina
Attn: Bankruptcy Desk/Managing Agent
1935 Cruiser Ct
Las Vegas, NV 89156

Protection One
Attn: Bankruptcy Desk/Managing Agent
PO Box 5714
Carol Stream, IL 60197-5714

Purchase Power
Attn: Bankruptcy Desk/Managing Agent
PO Box 856042
Louisville, KY 40285-6042

Qualcomm
Attn: Bankruptcy Desk/Managing Agent
File No. 54210
Los Angeles, CA 90074-4210

Rebel Oil Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 South Highland Dr.
Las Vegas, NV 89102

Rhodes Design & Development
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd, Ste-100
Las Vegas, NV 89147

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rosen,Ian
Attn: Bankruptcy Desk/Managing Agent
901 Mohawk St
Las Vegas, NV 89107

Ryan Barnes
Attn: Bankruptcy Desk/Managing Agent
1733 Kudu Ct
Draper, UT 84020

**Tribes Holdings, LLC 09-14817 - U.S. Mail**                                      Served 4/17/2009

Sabdi Soto
Attn: Bankruptcy Desk/Managing Agent
500 College Pkwy
Carson City, NV 89706

Sanchez,Bryan N.
Attn: Bankruptcy Desk/Managing Agent
2664 Spruce Creek Dr
Las Vegas, NV 89135

Schencke,Michael J.
Attn: Bankruptcy Desk/Managing Agent
9702 Valmeyer Ave
Las Vegas, NV 89148

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 N. Carson St
Carson City, NV 89701-4201

Ser Mac Inc.
Attn: Bankruptcy Desk/Managing Agent
2601 So Highland Dr
Las Vegas, NV 89109

SNHRA -
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 80625
Las Vegas, NV 89180

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Sosa,Maria L.
Attn: Bankruptcy Desk/Managing Agent
10961 Pentland Downs St
Las Vegas, NV 89141

Southern Nevada Welding Supply
Attn: Bankruptcy Desk/Managing Agent
4375 West Reno #3
Las Vegas, NV 89118

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Sparkletts
Attn: Bankruptcy Desk/Managing Agent
PO Box 660579
Dallas, TX 75266-0579

Sprint
Attn: Bankruptcy Desk/Managing Agent
PO Box 79357
City of Industry, CA 91716-9357

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Dept of Taxation - Revenue Div
1550 East College Pkwy, #115
Carson City, NV 89706

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 E. Third St
Carson City, NV 89713-0030

State of Nevada Department of
Attn: Bankruptcy Desk/Managing Agent
Employment Security
500 E Third Street
Carson City, NV 89713

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Stout,Vanessa M.
Attn: Bankruptcy Desk/Managing Agent
3908 Sage River St
Las Vegas, NV 89129

TelePacific Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 526015
Sacramento, CA 95852-6015

Teresa Erickson
Attn: Bankruptcy Desk/Managing Agent
1809 Birch St
Las Vegas, NV 89102

The CiT Group/EF
Attn: Bankruptcy Desk/Managing Agent
File # 54224
Los Angeles, CA 90074-4224

The Public Education Found.
Attn: Bankruptcy Desk/Managing Agent
3360 W Sahara Ave
Suite 160
Las Vegas, NV 89102

The Tire Store Inc.
Attn: Bankruptcy Desk/Managing Agent
704 W. Sunset Rd., Bldg #D
Henderson, NV 89011

Tiberti Co
Attn: Bankruptcy Desk/Managing Agent
4975 Rogers St
Las Vegas, NV 89118

**Tribes Holdings, LLC 09-14817 - U.S. Mail**                                                                                    **Served 4/17/2009**

Timberline Users Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 697
Sylvania OH  43560

Townsend, Tyson S.
Attn: Bankruptcy Desk/Managing Agent
6659 Cave Rock Ave
Las Vegas, NV 89110

UC Regents
Attn: Bankruptcy Desk/Managing Agent
404 Camino del Rio South, Ste-102
San Diego, CA 92108

UniFirst Corporation
Attn: Bankruptcy Desk/Managing Agent
568 Parson Road
Henderson, NV 89015

United Rentals Nothwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 79334
City of Industry, CA 91716-9333

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
PO Box 105083
Atlanta, GA 30348-5083

Universal Automotive & Engine
Attn: Bankruptcy Desk/Managing Agent
212 West Utah Street
Las Vegas, NV 89102

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vegas Propane, Inc.
Attn: Bankruptcy Desk/Managing Agent
4610 Eaker St
N Las Vegas, NV 89081

Verry Best Sign Hanging
Attn: Bankruptcy Desk/Managing Agent
4460 W Hacienda #108
Las Vegas, NV 89118

Vortex Industries
Attn: Bankruptcy Desk/Managing Agent
3198-M Airport Loop
Costa Mesa, CA 92626-9900

Warm Springs RV & Mini Storage
Attn: Bankruptcy Desk/Managing Agent
721 Capehorn Dr
Henderson, NV 89011

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wells Fargo Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
NW 5934
PO Box 1450
Minneapolis, MN 55485-5934

Wells, Michael Dale
Attn: Bankruptcy Desk/Managing Agent
3066 Loma Vista
Las Vegas, NV 89120

White Cap Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 0998
Los Angeles, CA 90088-0998

Wireless Consulting Corporatio
Attn: Bankruptcy Desk/Managing Agent
4955 South Durango Dr., Ste 151
Las Vegas, NV 89113

Creditors:  162

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **APACHE FRAMING, LLC** | Case No.: BK-S-09-14818-LBR |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2    UNITED STATES BANKRUPTCY COURT

3    DISTRICT OF NEVADA

4    In re:

5    APACHE FRAMING, LLC                         Chapter 11
     Tax I.D. No. 20-8776352
6                                                Case No. BK-S-09-14818-LBR

7                    Debtor.
     _____/

8

9    **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,**
                              **AND DEADLINES**
10

11   | A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>. |

12   You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
     consult an attorney to protect your rights. All documents filed in this case may be viewed at the
13   bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
     may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
14   the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
     and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.
15
     NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
16   enclosed on the page of this Notice entitled "Explanations."

17   **Attorney for Debtor(s) (name and address):**

18                        ZACHARIAH LARSON
                          LARSON & STEPHENS
19              810 S. CASINO CENTER BLVD., SUITE 104
                         LAS VEGAS, NV 89101
20                 Telephone number: (702) 382-1170

21                  PACHULSKI STANG ZIEHL & JONES LLP
                  10100 SANTA MONICA BLVD., 11ᵗʰ FLOOR
22                      LOS ANGELES, CA 90067-4100
                      Telephone Number: (310) 277-6910
23

24                       **Meeting of Creditors**

25                        **DATE**: May 7, 2009
                           **TIME**: 3:00 PM
26            **LOCATION:** Foley Federal Building and U.S. Courthouse
             300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101
27
                      **Creditor with a Foreign Address:**
28   See additional information enclosed on the page of this Notice entitled "Explanations," under the
                      paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit: **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims." All claims should be mailed to the Claims Agent listed below. If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

---

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay. If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

---

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

---

- 2 -

| | **EXPLANATIONS** |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT          DISTRICT OF NEVADA | PROOF OF CLAIM |
| --- | --- |

| Name of Debtor: **Apache Framing, LLC** | Case Number: **09-14818** |
| --- | --- |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( ) -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: ( ) -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
(If known)

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:** $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

**Value of Property:** $    **Annual Interest Rate:** ____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $

Basis for perfection:

| Amount Secured | Amount Unsecured |
| --- | --- |
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name | Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857          0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                    Served 4/17/2009

A.R.E.
Attn: Bankruptcy Desk/Managing Agent
1606 S. Commerce
Las Vegas, NV 89102

A.T.D.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3110
Jersey City NJ 07303-3110

Abac,Ricardo
Attn: Bankruptcy Desk/Managing Agent
3777 Gulliver St
Las Vegas, NV 89115

Abrego Rohas,Liborio
Attn: Bankruptcy Desk/Managing Agent
2211 Statz Ave # B
North Las Vegas, NV 89030

AC Houston Lumber Company
Attn: Bankruptcy Desk/Managing Agent
PO BOX 337410
North Las Vegas NV 89033-0041

Acuautla Ramirez,Jose
Attn: Bankruptcy Desk/Managing Agent
1001 N. Pecos Rd. # 148
Las Vegas, NV 89101

Adame,Cesar
Attn: Bankruptcy Desk/Managing Agent
2119 White St
N Las Vegas, NV 89030

Addison Construction Supply
Attn: Bankruptcy Desk/Managing Agent
5685 South Cameron
Las Vegas, NV 89118

Aguado,Carlos
Attn: Bankruptcy Desk/Managing Agent
2505 Daley # 3
North Las Vegas, NV 89030

Aguilar Martinez,Martin
Attn: Bankruptcy Desk/Managing Agent
1622 Putnam Ave
N Las Vegas, NV 89030

Aguilar, Billy Garcia
Attn: Bankruptcy Desk/Managing Agent
2321 Daisy Hill
Las Vegas, NV 89106

Aguiler,Jose
Attn: Bankruptcy Desk/Managing Agent
3827 Trout Lake Ave
Las Vegas, NV 89115

Aguilera, Marcelino
Attn: Bankruptcy Desk/Managing Agent
501 North 15th Street
Las Vegas, NV 89101

Aguirre Valles,Eleuterio
Attn: Bankruptcy Desk/Managing Agent
7 Washington Way
Henderson, NV 89015

Aguirre-Palma,Efren
Attn: Bankruptcy Desk/Managing Agent
625 N. 13th St. Apt C
Las Vegas, NV 89101

Aguirre-Palma,Jose Luis
Attn: Bankruptcy Desk/Managing Agent
625 N. 13 th St. Apt C
Las Vegas, NV 89101

Agustin-Santiago,Josefina
Attn: Bankruptcy Desk/Managing Agent
3751 S. Nellis Blvd
Las Vegas, NV 89121

Alcala V., Juan
Attn: Bankruptcy Desk/Managing Agent
3401 Lockwood Ave
North Las Vegas, NV 89030

Alcala,Jose Antonio
Attn: Bankruptcy Desk/Managing Agent
6201 E. Lake Mead # 250
Las Vegas, NV 89052

Alejo-Camarena,Enrique
Attn: Bankruptcy Desk/Managing Agent
924 Macfar Ln
Las Vegas, NV 89101

Alfarao-Serrano,Victor M
Attn: Bankruptcy Desk/Managing Agent
2513 Salt Lake St
N Las Vegas, NV 89030

Alfaro,Armando
Attn: Bankruptcy Desk/Managing Agent
3904 Via Lucia Dr
Las Vegas, NV 89115

All State Fastner Corp
Attn: Bankruptcy Desk/Managing Agent
PO Box 426
Roseville, MI 48066

Alley, Michael K
Attn: Bankruptcy Desk/Managing Agent
P O Box 9144
Pahrump, NV 89060

**Apache Framing, LLC 09-14818 - U.S. Mail**                                    Served 4/17/2009

Allied Telephone Directories
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3110
Jersey City, NJ 07303-3110

Almaraz, Jose A.
Attn: Bankruptcy Desk/Managing Agent
4344 Rita Circle
Las Vegas, NV 89115

Alvarado Ramirez,Francisco J.
Attn: Bankruptcy Desk/Managing Agent
3825 Trout Lake Ave
Las Vegas, NV 89115

Alvarado,Adelso E.
Attn: Bankruptcy Desk/Managing Agent
2830 So. Decatur Blvd #11
Las Vegas, NV 89102

Alvarado-Cruz,Jose H
Attn: Bankruptcy Desk/Managing Agent
1137 Pawnee Ln.
Henderson, NV 89015

Alvardo, Juan Gilberto
Attn: Bankruptcy Desk/Managing Agent
3825 Trout Lake Avenue
Las Vegas, NV 89115

Alvardo, Pedro Herrera
Attn: Bankruptcy Desk/Managing Agent
3668 Deer Creek Way
No Las Vegas, NV 89115

Alvardo,Martha E
Attn: Bankruptcy Desk/Managing Agent
604 N. 12th St # D
Las Vegas, NV 89101

Alvarez, Ramon
Attn: Bankruptcy Desk/Managing Agent
1428 Arlington Heights
Las Vegas, NV 89110

Alvarez,Gonzalo
Attn: Bankruptcy Desk/Managing Agent
1428 Arlington St
Las Vegas, NV 89110

Alvarez-Llanos,Arnulfo
Attn: Bankruptcy Desk/Managing Agent
2831 Kim Lane # 151
North Las Vegas, NV 89030

Amador Jr,Fernando
Attn: Bankruptcy Desk/Managing Agent
9829 Concord Downs
Las Vegas, NV 89117

Anaya-Enrique,Marvin
Attn: Bankruptcy Desk/Managing Agent
1008 Hazard Ave
Las Vegas, NV 89108

Andrade, Antonio
Attn: Bankruptcy Desk/Managing Agent
608 Triest Ct Apt C
Las Vegas, NV 89110

Andrade, Audencio Alvarez
Attn: Bankruptcy Desk/Managing Agent
1835 Bruce St Apt #1
Las Vegas, NV 89030

Andrade, Ernesto
Attn: Bankruptcy Desk/Managing Agent
5210 E. Owens # A
Las Vegas, NV 89110

Andress,Robert E.
Attn: Bankruptcy Desk/Managing Agent
8665 Zelkova Ct
Las Vegas, NV 89149

Angeles, Benito
Attn: Bankruptcy Desk/Managing Agent
3612 Tonopah Avenue
North Las Vegas, NV 89030

Anguiano G.,Eleodoro
Attn: Bankruptcy Desk/Managing Agent
701 N. 13th St # 309
Las Vegas, NV 89101

Anguiano,Everardo
Attn: Bankruptcy Desk/Managing Agent
701 N. 13th St # 309
Las Vegas, NV 89102

Anguiano,Felipe
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center Dr. # 17 D
North Las Vegas, NV 89030

Anguiano,Gabriel
Attn: Bankruptcy Desk/Managing Agent
701 N 13th St #309
Las Vegas, NV 89101

Anguinaol,Patricio
Attn: Bankruptcy Desk/Managing Agent
3985 E. Cheyenne Ave # 170
Las Vegas, NV 89115

Angulo Medina,Juan Manuel
Attn: Bankruptcy Desk/Managing Agent
4517Todstool
Las Vegas, NV 89110

**Apache Framing, LLC 09-14818 - U.S. Mail**                                    Served 4/17/2009

Anthony Mata
Attn: Bankruptcy Desk/Managing Agent
3460 Harding St
Carlsbad, CA 92008

Aparicio, Romiro
Attn: Bankruptcy Desk/Managing Agent
2105 Sunrise Ave #112
Las Vegas, NV 89101

Aparicio,Abraham
Attn: Bankruptcy Desk/Managing Agent
640 Hitchen Post
Henderson, NV 89011

Araujo,Andres
Attn: Bankruptcy Desk/Managing Agent
3422 Dusty View St
North Las Vegas, NV 89030

Araujo-Calderon,Victor
Attn: Bankruptcy Desk/Managing Agent
3422 Dusty View
North Las Vegas, NV 89030

Arciniega,Leovigildo
Attn: Bankruptcy Desk/Managing Agent
4125 Comb Cr
Las Vegas, NV 89104

Arden,Thomas R
Attn: Bankruptcy Desk/Managing Agent
8015 Fairfield Ave
Las Vegas, NV 89123

Arellano Padilla,Samuel
Attn: Bankruptcy Desk/Managing Agent
4109 Buffalo Bill Ave
Las Vegas, NV 89110

Arellano, Juan B
Attn: Bankruptcy Desk/Managing Agent
2397 Ellis St Apt #6
No. Las Vegas, NV 89030

Arellano,Jose A
Attn: Bankruptcy Desk/Managing Agent
3801 Silver Dollar # 201
Las Vegas, NV 89102

Arellano,Raul
Attn: Bankruptcy Desk/Managing Agent
1537 N. 23rd St # 4
Las Vegas, NV 89101

Arevalo,Marvin Geovani
Attn: Bankruptcy Desk/Managing Agent
2721 Brady Avenue
Las Vegas, NV 89101

Arevalo,William
Attn: Bankruptcy Desk/Managing Agent
6349 Bristol Way
Las Vegas, NV 89107

Arias-Campos,Juan J.
Attn: Bankruptcy Desk/Managing Agent
736 Aster Ln # 12 A
Las Vegas, NV 89101

Arizona Attorney General
Attn: Bankruptcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona Corp. Comm
Attn: Bankruptcy Desk/Managing Agent
1200 W Washington
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arnold Machinery Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30020
Salt Lake City, UT 84130

Arreguin,Miguel A
Attn: Bankruptcy Desk/Managing Agent
3630 E Owens Ave #2088
Las Vegas, NV 89110

Arrellano B.,Juan
Attn: Bankruptcy Desk/Managing Agent
2327 Ellis St. # 6
North Las Vegas, NV 89030

Arreola, Federico
Attn: Bankruptcy Desk/Managing Agent
3809 Cecile Ave #206
Las Vegas, NV 89115

Arthur,Christopher Scott
Attn: Bankruptcy Desk/Managing Agent
9285 Cloudberry Ct.
Las Vegas, NV 89147

Arzo-Gerson,Daniel
Attn: Bankruptcy Desk/Managing Agent
2513 Salt Lake St
North Las Vegas, NV 89030

Arzu Marquez,Miguel A
Attn: Bankruptcy Desk/Managing Agent
801 Fairway Dr
N Las Vegas, NV 89107

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                          **Served 4/17/2009**

Arzu;Miguel A
Attn: Bankruptcy Desk/Managing Agent
801 Fairway Dr
Las Vegas, NV 89107

Ascencio Carias,Angelica
Attn: Bankruptcy Desk/Managing Agent
2300 Mary Dee # A
North Las Vegas, NV 89030

Atherton;Edward F
Attn: Bankruptcy Desk/Managing Agent
129 Breezyshore Ave
N Las Vegas, NV 89031

Austin Hardwoods
Attn: Bankruptcy Desk/Managing Agent
4245 W Sunset Road
Las Vegas, NV 89106

Avalos,Julio Cesar
Attn: Bankruptcy Desk/Managing Agent
921 Snug Harbor # A
Las Vegas, NV 89110

Avalos-Guzman,Francisco
Attn: Bankruptcy Desk/Managing Agent
921 Snug Harbor # A
Las Vegas, NV 89110

Avalos-Silvas,Ivan
Attn: Bankruptcy Desk/Managing Agent
5100 E. Tropicana Apt # 40-B
Las Vegas, NV 89122

Avila-Nunez,Danilo
Attn: Bankruptcy Desk/Managing Agent
9221 Adamhurst Ave
Las Vegas, NV 89148

Avila-Perez,Benito
Attn: Bankruptcy Desk/Managing Agent
605 N. 13th St. # D
Las Vegas, NV 89101

Ayala Villanueva,Jose
Attn: Bankruptcy Desk/Managing Agent
6349 Bristol Way
Las Vegas, NV 89107

Ayala-Rueda,Teresita De Jesus
Attn: Bankruptcy Desk/Managing Agent
3434 Aristas Ave # B
North Las Vegas, NV 89030

AZ Dept of Revenue
Attn: Bankruptcy Desk/Managing Agent
PO Box 29010
Phoenix, AZ 29010

AZ Registrar of Contractors
Attn: Bankruptcy Desk/Managing Agent
715 Main ST
Kingman, AZ 86401

Baker Transportation LLC
Attn: Bankruptcy Desk/Managing Agent
1570 Tumbleweed Dr
Henderson, NV 89015

Balleza, Arturo
Attn: Bankruptcy Desk/Managing Agent
3136 Iroquios Lane
No Las Vegas, NV 89030

Baltazar,Gabriel
Attn: Bankruptcy Desk/Managing Agent
1832 Goldfield
N Las Vegas, NV 89030

Barahona Amaya,Ramon E
Attn: Bankruptcy Desk/Managing Agent
3642 Boulder Highway # 427
Las Vegas, NV 89121

Barajas;Jesus
Attn: Bankruptcy Desk/Managing Agent
2052 Bledsoe Lane
Las Vegas, NV 89156

Barajas-Zamora,Joaquin
Attn: Bankruptcy Desk/Managing Agent
8117 No Tenaya Way
Las Vegas, NV 89131

Barraza,Jose G.
Attn: Bankruptcy Desk/Managing Agent
6093 Apple Orchard Dr.
Las Vegas, NV 89142

Barrios-M,Milton
Attn: Bankruptcy Desk/Managing Agent
2500 Paradise
Las Vegas, NV 89120

Bartolo,Rubio
Attn: Bankruptcy Desk/Managing Agent
3751 Majesty Palm Dr.
Las Vegas, NV 89115

BAWN
Attn: Bankruptcy Desk/Managing Agent
575 S. Saliman Rd
Carson City, NV 89701-5000

Bello-Garcia,Leobardo
Attn: Bankruptcy Desk/Managing Agent
500 W. Miller
North Las Vegas, NV 89030

**Apache Framing, LLC 09-14818 - U.S. Mail**

Beltan-Bernal,Santos
Attn: Bankruptcy Desk/Managing Agent
5308 Padua Way
Las Vegas, NV 89107

Beltran Diarte,Fermin
Attn: Bankruptcy Desk/Managing Agent
1901 Ryn Ave
Las Vegas, NV 89101

Beltran, Mateo
Attn: Bankruptcy Desk/Managing Agent
1901 Ryin Avenue
Las Vegas, NV 89101

Beltran,Artemio
Attn: Bankruptcy Desk/Managing Agent
3751 Nellis Blvd #437
Las Vegas, NV 89169

Beltran,Nicasio
Attn: Bankruptcy Desk/Managing Agent
5843 Goodspring
Las Vegas, NV 89110

Benson,Ryan C.
Attn: Bankruptcy Desk/Managing Agent
5340 N. Blagg Rd
Pahrump, NV 89060

Bernabe, Rodrigo
Attn: Bankruptcy Desk/Managing Agent
1309 E Webb Avenue
North Las Vegas, NV 89030

Bernabe,Eduardo
Attn: Bankruptcy Desk/Managing Agent
4608 Solar Eclipse Dr
Las Vegas, NV 89115

Bernabe-Murguia,Raul
Attn: Bankruptcy Desk/Managing Agent
4608 Solar Eclipse
Las Vegas, NV 89115

Bernabe-Naranjo,Raul
Attn: Bankruptcy Desk/Managing Agent
4608 Solar Eclipse
Las Vegas, NV 89115

Black & Decker
Attn: Bankruptcy Desk/Managing Agent
PO Box 98692
Chicago, IL 60693

Blanco,Erick
Attn: Bankruptcy Desk/Managing Agent
853 Kenicott Pl
Las Vegas, NV 89110

Blue Diamond Heavy Haul
Attn: Bankruptcy Desk/Managing Agent
4815 Alto Ave
Las Vegas, NV 89115

Bovadilla-Lopez;Ivan
Attn: Bankruptcy Desk/Managing Agent
1039 Pearl
Las Vegas, NV 89104

Boveda, Joseph M
Attn: Bankruptcy Desk/Managing Agent
9609 Bending River
Las Vegas, NV 89129

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Brown,Phillip G
Attn: Bankruptcy Desk/Managing Agent
7472 Emerald Glow St.
Las Vegas, NV 89123

Brunk,Richard L.
Attn: Bankruptcy Desk/Managing Agent
9425 Medford Falls Ave
Las Vegas, NV 89149

Buchanan,Richard
Attn: Bankruptcy Desk/Managing Agent
907 E. Essex Dr.
Las Vegas, NV 89107

Builders Assoc of Western NV
Attn: Bankruptcy Desk/Managing Agent
575 S. Saliman Road
Carson City, NV 89701

Builders Information Group
Attn: Bankruptcy Desk/Managing Agent
111 West Washington St., Ste. 450
Chicago, IL 60602

C & N Performance
Attn: Bankruptcy Desk/Managing Agent
323 Sunpac Ct
Henderson, NV 89011

Caballero Hernandez,Esteban
Attn: Bankruptcy Desk/Managing Agent
4204 El Parque Ave
Las Vegas, NV 89102

Caballero,Eduardo
Attn: Bankruptcy Desk/Managing Agent
2850 E Cedar Ave # 257
Las Vegas, NV 89101

**Apache Framing, LLC 09-14818 - U.S. Mail**                                         Served 4/17/2009

Cabrera Cruz,Angel V
Attn: Bankruptcy Desk/Managing Agent
5540 W. Harmon # 1032
Las Vegas, NV 89103

Cabrera Moreno,Sergio
Attn: Bankruptcy Desk/Managing Agent
6221 Yerba Ln
Las Vegas, NV 89108

Cabrera,Manuel
Attn: Bankruptcy Desk/Managing Agent
2608 Vana Ave
North Las Vegas, NV 89030

Cabrera-C,Roque R
Attn: Bankruptcy Desk/Managing Agent
1321 Kar Lee # D
Las Vegas, NV 89146

Calderon Rosas;Leonardo
Attn: Bankruptcy Desk/Managing Agent
3825 N. Nellis Blvd # 100
Las Vegas, NV 89115

Camacho,Jesus
Attn: Bankruptcy Desk/Managing Agent
3414 Cox St.
North Las Vegas, NV 89032

Camarena -Alcantar, Arturo
Attn: Bankruptcy Desk/Managing Agent
3512 Orvis St
N. Las Vegas, NV 89030

Camarena Diaz,Juan
Attn: Bankruptcy Desk/Managing Agent
924 Macfar Ln
Las Vegas, NV 89101

Camarena, Raul
Attn: Bankruptcy Desk/Managing Agent
2545 High Tree Street
No Las Vegas, NV 89030

Camarena,Omero
Attn: Bankruptcy Desk/Managing Agent
1661 Cadillac Ln
Las Vegas, NV 89106

Campos Medina,Orlando
Attn: Bankruptcy Desk/Managing Agent
1532 Vala
Las Vegas, NV 89101

Campos,Epifanio
Attn: Bankruptcy Desk/Managing Agent
1421 Crossdale Ave
Las Vegas, NV 89142

Canal,Miguel
Attn: Bankruptcy Desk/Managing Agent
4574 Armel Ct
Las Vegas, NV 89115

Candelaria Martinez,Agustin
Attn: Bankruptcy Desk/Managing Agent
1936 Cindy Sue # D
Las Vegas, NV 89106

Candelaria Montoya,Misael
Attn: Bankruptcy Desk/Managing Agent
1308 Silver Lake Dr
Las Vegas, NV 89108

Candido Cabrera,Israel
Attn: Bankruptcy Desk/Managing Agent
4054 Vicenta Ct
Las Vegas, NV 89115

Candido-Clavel,Fernando De Jesus
Attn: Bankruptcy Desk/Managing Agent
1723 El Molino Cir
Las Vegas, NV 89108

Cantu,Armando
Attn: Bankruptcy Desk/Managing Agent
3832 Arizona Ave
Las Vegas, NV 89104

Carbajal,Daniel
Attn: Bankruptcy Desk/Managing Agent
4125 Comb Cr
Las Vegas, NV 89104

Carbajal-Rocha,Jose R.
Attn: Bankruptcy Desk/Managing Agent
500 W. Miller # 182
North Las Vegas, NV 89030

Cardenas B.,Sigifredi J
Attn: Bankruptcy Desk/Managing Agent
1648 Goldfield
North Las Vegas, NV 89030

Cardenas Gallardo;Miguel
Attn: Bankruptcy Desk/Managing Agent
5050 Tamarus
Las Vegas, NV 89119

Cardona,Oscar
Attn: Bankruptcy Desk/Managing Agent
4500 Cool Valley Dr
Las Vegas, NV 89110

Carranza, Andres Vasquez
Attn: Bankruptcy Desk/Managing Agent
309 Page Street
Las Vegas, NV 89110

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                      **Served 4/17/2009**

Carrasco-M,Rigoberto
Attn: Bankruptcy Desk/Managing Agent
3104 Wright Ave
North Las Vegas, NV 89030

Carrillo Garcia,Antonio
Attn: Bankruptcy Desk/Managing Agent
3508 Bassler St
North Las Vegas, NV 89030

Carrillo Hernandez,Javier
Attn: Bankruptcy Desk/Managing Agent
3508 Bassler St
North Las Vegas, NV 89030

Carrillo, Jose C
Attn: Bankruptcy Desk/Managing Agent
4192 Tattersall Place
Las Vegas, NV 89115

Carrillo,Andres
Attn: Bankruptcy Desk/Managing Agent
2050 S. Magic # 220
Henderson, NV 89002

Carrillo,Carlos
Attn: Bankruptcy Desk/Managing Agent
1883 Fulstone Way Apt # 2
Las Vegas, NV 89115

Carrillo-S,Jose Alfredo
Attn: Bankruptcy Desk/Managing Agent
1883 Fulstone Way # 2
Las Vegas, NV 89115

Carrillo-S. Luis
Attn: Bankruptcy Desk/Managing Agent
1883 Fulstone Way # 2
Las Vegas, NV 89115

Cashman Equipment Company
Attn: Bankruptcy Desk/Managing Agent
File # 56751
Los Angeles CA 90074-6751

Castellanos, Juan
Attn: Bankruptcy Desk/Managing Agent
2920 Bassler St
N Las Vegas, NV 89030

Castellanos,Gerardo
Attn: Bankruptcy Desk/Managing Agent
2008 E. Sunrise Ave # 1
Las Vegas, NV 89101

Castillo,Erick
Attn: Bankruptcy Desk/Managing Agent
3004 Black Forest
Las Vegas, NV 89102

Castro,Adolfo
Attn: Bankruptcy Desk/Managing Agent
2011 Thunder Storm Ave
North Las Vegas, NV 89032

Castulo Lopez,Jose F
Attn: Bankruptcy Desk/Managing Agent
9815 Martin Luther King
Las Vegas, NV 89106

Castulo Lopez,Juan
Attn: Bankruptcy Desk/Managing Agent
985 Martin Luther King # 106
Las Vegas, NV 89106

Castulo Lopez,Pedro
Attn: Bankruptcy Desk/Managing Agent
985 Martin Luther King # 106
Las Vegas, NV 89106

Castulo,Juan
Attn: Bankruptcy Desk/Managing Agent
9815 Martin Luther King
Las Vegas, NV 89106

Castulo-Lopez; Jesus
Attn: Bankruptcy Desk/Managing Agent
985 Martin Luther King
Las Vegas, NV 89106

Cera Perez,Noel
Attn: Bankruptcy Desk/Managing Agent
3649 Cecile St # E 7
Las Vegas, NV 89115

Ceriterno,Juan
Attn: Bankruptcy Desk/Managing Agent
315 Twing St
North Las Vegas, NV 89030

Cerriteno,Candelario
Attn: Bankruptcy Desk/Managing Agent
2182 N. Pecos Rd # 101
Las Vegas, NV 89115

Chacon, Jose Douglas
Attn: Bankruptcy Desk/Managing Agent
4123 Silver Dollar Apt I
Las Vegas, NV 89102

Chairez-Nunez,Sergio
Attn: Bankruptcy Desk/Managing Agent
2293 Miner Way
Las Vegas, NV 89104

Chang,Leonardo
Attn: Bankruptcy Desk/Managing Agent
2621 Amarillo St
Las Vegas, NV 89102

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                                                    Served 4/17/2009

Chavez Ramirez,Santos
Attn: Bankruptcy Desk/Managing Agent
1920 Cindy Sue # D
Las Vegas, NV 89106

Chavez Ramos,Jesus
Attn: Bankruptcy Desk/Managing Agent
2301 Ellis St # 3
North Las Vegas, NV 89030

Chavez, Alejandro
Attn: Bankruptcy Desk/Managing Agent
1761 No Nellis #11
Las Vegas, NV 89115

Chavez, Ryan C
Attn: Bankruptcy Desk/Managing Agent
9612 Sweetsage Ave
Las Vegas, NV 89129

Chavez,Eleasar
Attn: Bankruptcy Desk/Managing Agent
2445 San Felipe St
Las Vegas, NV 89115

Chavez,Maurilio T
Attn: Bankruptcy Desk/Managing Agent
233 E. New York # D
Las Vegas, NV 89102

Chavez,Antonio
Attn: Bankruptcy Desk/Managing Agent
1761 N. Nellis # 11
Las Vegas, NV 89115

Chavez-Macias,Jacinto
Attn: Bankruptcy Desk/Managing Agent
3432 Aristos Ave
Las Vegas, NV 89030

Chavez-Monroy,Aaron
Attn: Bankruptcy Desk/Managing Agent
3216 Osage Ave
Las Vegas, NV 89101

Chesley,Dennis E.
Attn: Bankruptcy Desk/Managing Agent
931 Anchor Dr
Henderson, NV 89015

Chesley,Joshua C
Attn: Bankruptcy Desk/Managing Agent
1149 Tuscolana
Las Vegas, NV 89141

Chesley,Margie V
Attn: Bankruptcy Desk/Managing Agent
931 Anchor Dr
Henderson, NV 89015

Chesley,Matthew G
Attn: Bankruptcy Desk/Managing Agent
375 W. 600 N.
St. George, UT 84770

Cheyenne Auto Parts Inc
Attn: Bankruptcy Desk/Managing Agent
4675 C So. Polaris Ave
Las Vegas, NV 89103

Ciprian, Ramiro
Attn: Bankruptcy Desk/Managing Agent
2443 Sidney Spring St
Las Vegas, NV 89030

Cisneros,Juan R.
Attn: Bankruptcy Desk/Managing Agent
1838 Harvard
North Las Vegas, NV 89030

CitiCapital (SM)
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6229
Carol Stream, IL 60197-6229

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
240 Water Street
Henderson, NV 89015

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
400 Stewart Ave
Las Vegas, NV 89101

City of North Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2200 Civic Center Drive
North Las Vegas NV 89030

Clark County Assessor
Attn: Bankruptcy Desk/Managing Agent
500 S Grand Central Pkwy., 2nd Fl
PO Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Clark County-Building Dept
Attn: Bankruptcy Desk/Managing Agent
4701 West Russell Road
Las Vegas, NV 89118

Clark Cty Dept of Bus. License
Attn: Bankruptcy Desk/Managing Agent
500 S. Grande Central Pkwy
3rd Floor
Las Vegas, NV 89155-1810

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                      Served 4/17/2009

CMA Business credit Services
Attn: Bankruptcy Desk/Managing Agent
3110 W Cheyenne Ave #100
N Las Vegas, NV 89032

Cobian-R ,Sergio
Attn: Bankruptcy Desk/Managing Agent
1795 Castleberry Ave
Las Vegas, NV 89156

Cobuian Rodriguez,Juan J
Attn: Bankruptcy Desk/Managing Agent
1795 Castleberry Ln
North Las Vegas, NV 89156


COH Finance Department
Attn: Bankruptcy Desk/Managing Agent
P.O Box 95007
Henderson, NV 89009-5007

Colonial Supplemental Ins
Attn: Bankruptcy Desk/Managing Agent
P.O Box 903
Columbia, SC 29202-0903

Conde D.,Lorenzo
Attn: Bankruptcy Desk/Managing Agent
3800 S. Decatur Blvd # 269
Las Vegas, NV 89103


Conde, Gabriel
Attn: Bankruptcy Desk/Managing Agent
3800 S. Decatur #269
Las Vegas, NV 89103

Contractor's Exam Center, Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 East Washington Street
Suite 150
Phoenix, AZ 85034

Contreras, Mario
Attn: Bankruptcy Desk/Managing Agent
2443 Sidney Spring
Las Vegas, NV 89030


Contreras,Nelson
Attn: Bankruptcy Desk/Managing Agent
248 N. 18th St
Las Vegas, NV 89101

Contreras-Araujo,Pedro
Attn: Bankruptcy Desk/Managing Agent
3555 Lake Mead
Las Vegas, NV 89115

Cordon,Benjamin
Attn: Bankruptcy Desk/Managing Agent
221 E. Ogden Ave
Las Vegas, NV 89101


Coria-Sanchez,Rigo
Attn: Bankruptcy Desk/Managing Agent
913 Snug Harbor # D
Las Vegas, NV 89110

Corona-Gutierrez,Jose Juan
Attn: Bankruptcy Desk/Managing Agent
2185 Metalwood
Las Vegas, NV 89142

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706


Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

Corrales, Jose I
Attn: Bankruptcy Desk/Managing Agent
501 North 15th Street
Las Vegas, NV 89101

Corrales-Gonzalez, Cesareo
Attn: Bankruptcy Desk/Managing Agent
2205 Willoughby
Las Vegas, NV 89101


Corrilo,Adriana
Attn: Bankruptcy Desk/Managing Agent
2616 Reynolds
Las Vegas, NV 89030

Corrilo-Tadeo,Francisco
Attn: Bankruptcy Desk/Managing Agent
1412 21st # D
Las Vegas, NV 89101

Cortes,Norma
Attn: Bankruptcy Desk/Managing Agent
1332 Sceny Way
Las Vegas, NV 89108


Cortez,Alberto
Attn: Bankruptcy Desk/Managing Agent
5873 Willard St
Las Vegas, NV 89122

Cortez,Jose
Attn: Bankruptcy Desk/Managing Agent
736 Aste Ln
Las Vegas, NV 89101

Cote,Brian
Attn: Bankruptcy Desk/Managing Agent
3104 Rabbit Greek
Las Vegas, NV 89120

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                    **Served 4/17/2009**

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Bureau Central
Attn: Bankruptcy Desk/Managing Agent
PO Box 29299
Las Vegas, NV 89126

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Cristobal Manzano,Francisco J
Attn: Bankruptcy Desk/Managing Agent
4732 Nova Ln # 4
Las Vegas, NV 89115

Cruz Prudencio,Miriam
Attn: Bankruptcy Desk/Managing Agent
3439 E. Cheyenne AVe
North Las Vegas, NV 89030

Cruz,Jose T
Attn: Bankruptcy Desk/Managing Agent
2600 Arville St. # B-6
Las Vegas, NV 89102

Cruz-Alta,Bernabe
Attn: Bankruptcy Desk/Managing Agent
225 Spencer St
Las Vegas, NV 89101

Cruz-Martinez,Rodolfo
Attn: Bankruptcy Desk/Managing Agent
2831 Kim Lane # 151
N Las Vegas, NV 89030

Cruz-Mejia,Everado
Attn: Bankruptcy Desk/Managing Agent
2208 Demetrios
Las Vegas, NV 89101

Cruz-Perez,Gilberto
Attn: Bankruptcy Desk/Managing Agent
1921 Cindy Sue # 1
Las Vegas, NV 89106

Cuevas, Maximino
Attn: Bankruptcy Desk/Managing Agent
904 Greenbank St
Las Vegas, NV 89110

Cumbie Jr.,Henry L.
Attn: Bankruptcy Desk/Managing Agent
6810 Folana
Las Vegas, NV 89101

Custodio, Jesus Neria
Attn: Bankruptcy Desk/Managing Agent
1308 Silverlake
Las Vegas, NV 89108

Daniels,Jeremy Q
Attn: Bankruptcy Desk/Managing Agent
730 Center St. # 8 B
Henderson, NV 89015

De Gaona Juarez,Andres
Attn: Bankruptcy Desk/Managing Agent
4791 E. Craig # B
Las Vegas, NV 89115

De Jesus Zuluaga,Jose L
Attn: Bankruptcy Desk/Managing Agent
3439 E. Cheyenne Ave
North Las Vegas, NV 89030

De Leon,Armando
Attn: Bankruptcy Desk/Managing Agent
2620 Tonopah
N Las Vegas, NV 89030

De Loera, Alvaro
Attn: Bankruptcy Desk/Managing Agent
5416 W Washington Ave Apt A
Las Vegas, NV 89107

De Los Santos,Jose Mario
Attn: Bankruptcy Desk/Managing Agent
1833 Kenneth
North Las Vegas, NV 89030

Debbie Packard
Attn: Bankruptcy Desk/Managing Agent
2570 Hitchcock Street
Henderson, NV 89052

Del Norte Dept. Child Support
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 66
Crescent City, CA 95531-0066

Del Val Soto,Edwgin
Attn: Bankruptcy Desk/Managing Agent
1624 Lenwood
North Las Vegas, NV 89030

Del Val-Soto,Gustavo
Attn: Bankruptcy Desk/Managing Agent
3704 Tabor Ave
N Las Vegas, NV 89030

Delgado,Cirilo F.
Attn: Bankruptcy Desk/Managing Agent
6545 Coldwater Bay Dr
Las Vegas, NV 89122

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                   Served 4/17/2009

Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Lumber
Attn: Bankruptcy Desk/Managing Agent
4950 North Berg Street
N. Las Vegas, NV 89030

Desert Truss
Attn: Bankruptcy Desk/Managing Agent
4950 North Berg Street
N. Las Vegas, NV 89030

Devries Jr.,Richard
Attn: Bankruptcy Desk/Managing Agent
3273 E. Flamingo Rd. # 102
Las Vegas, NV 89121

Diaz De-Leon,Jesus S
Attn: Bankruptcy Desk/Managing Agent
7 Washington Way
Henderson, NV 89015

Diaz, Eduardo Nunez
Attn: Bankruptcy Desk/Managing Agent
2528 Perliter Avenue
North Las Vegas, NV 89030

Diaz,Efren
Attn: Bankruptcy Desk/Managing Agent
4440 E. Ogden Ave
Las Vegas, NV 89110

Diaz,Sara
Attn: Bankruptcy Desk/Managing Agent
3448 College View # B
North Las Vegas, NV 89030

Diaz,Simon
Attn: Bankruptcy Desk/Managing Agent
401 Patti Ann Woods
Henderson, NV 89002

Diaz-Gonzalez,Ana D
Attn: Bankruptcy Desk/Managing Agent
3125 N. Pecos Apt # 209
Las Vegas, NV 89115

Discount Tire/America's Tire
Attn: Bankruptcy Desk/Managing Agent
PO Box 29851
Phoenix, AZ 85038-9851

Dixon,William B.
Attn: Bankruptcy Desk/Managing Agent
2732 Watkins Glen
Henderson, NV 89052

Dominguez,Alejandro
Attn: Bankruptcy Desk/Managing Agent
916 Snug Harbor St # B
Las Vegas, NV 89110

Dominguez,Jorge
Attn: Bankruptcy Desk/Managing Agent
916 Snug Harbor St. # B
Las Vegas, NV 89110

Dominguez,Raul
Attn: Bankruptcy Desk/Managing Agent
1874 Renada Cirde
North Las Vegas, NV 89030

Duran Onofre, Rigoberto
Attn: Bankruptcy Desk/Managing Agent
3512 Orvis St North
N Las Vegas, NV 89030

Duran Onofre,Rigoberto
Attn: Bankruptcy Desk/Managing Agent
3751 S. Nellis # 22
Las Vegas, NV 89121

Duran,Jorge
Attn: Bankruptcy Desk/Managing Agent
380 Maydelle # F
Las Vegas, NV 89101

Eredia,Jose Luis
Attn: Bankruptcy Desk/Managing Agent
1017 W. Cartier Ave
North Las Vegas, NV 89030

Erickson,Michael
Attn: Bankruptcy Desk/Managing Agent
1809 birch
Las Vegas, NV 89102

Escamilla,Maria
Attn: Bankruptcy Desk/Managing Agent
1921 Cindy Sue # D
Las Vegas, NV 89106

Escobar,Douglas Ernesto
Attn: Bankruptcy Desk/Managing Agent
3904 Via Lucia Dr.
Las Vegas, NV 89115

Escobar,Jose A.
Attn: Bankruptcy Desk/Managing Agent
4954 Larkspur St.
Las Vegas, NV 89120

**Apache Framing, LLC 09-14818 - U.S. Mail**                                    **Served 4/17/2009**

Escobar,Jose O.
Attn: Bankruptcy Desk/Managing Agent
1333 Sunpoint
Las Vegas, NV 89108

Escobar-Leon,Javier
Attn: Bankruptcy Desk/Managing Agent
2513 Salt Lake St.
North Las Vegas, NV 89030

Escoboza,Luis
Attn: Bankruptcy Desk/Managing Agent
3955 Algonquin # 222
Las Vegas, NV 89119

Esparza Diaz,Jorge
Attn: Bankruptcy Desk/Managing Agent
2528 San Felipe St
Las Vegas, NV 89115

Esparza S.,Norberto
Attn: Bankruptcy Desk/Managing Agent
4104 Meadow Valley
Las Vegas, NV 89107

Esqueda R.,Joel
Attn: Bankruptcy Desk/Managing Agent
3201 E. Tonopah Ave
North Las Vegas, NV 89030

Esqueda Ramirez,Hector
Attn: Bankruptcy Desk/Managing Agent
2302 Wilkinson
North Las Vegas, NV 89030

Esqueda, Noe
Attn: Bankruptcy Desk/Managing Agent
6341 Shawnee Ave
Las Vegas, NV 89107

Estada,Alonso
Attn: Bankruptcy Desk/Managing Agent
5636 E. Lake Mead
Las Vega, NV 89156

Estrada,Cristino
Attn: Bankruptcy Desk/Managing Agent
625 N. 20th St
Las Vegas, NV 89101

Evans,Christopher
Attn: Bankruptcy Desk/Managing Agent
11682 Terezio Ct
Las Vegas, NV 89183

Fairway Chevrolet
Attn: Bankruptcy Desk/Managing Agent
3100 E. Sahara Avenue
Las Vegas NV 89104

Fasteners Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 80536
Las Vegas, NV 891800536

Fastsigns
Attn: Bankruptcy Desk/Managing Agent
1291 S. Decatur Blvd. #190
Las Vegas, NV 89102

Felix Bernal,Edgar
Attn: Bankruptcy Desk/Managing Agent
1624 Leewod
North Las Vegas, NV 89030

Felix, Leonel
Attn: Bankruptcy Desk/Managing Agent
1864 Hasib Ct
Las Vegas, NV 89156

Felix,Adrian A.
Attn: Bankruptcy Desk/Managing Agent
3115 Twinning St.
North Las Vegas, NV 89030

Felix,Genaro
Attn: Bankruptcy Desk/Managing Agent
1624 Lenwood
North Las Vegas, NV 89030

Felix,Guadalupe
Attn: Bankruptcy Desk/Managing Agent
1624 Lenwood
North Las Vegas, NV 89030

Felix-Delval; Jose G
Attn: Bankruptcy Desk/Managing Agent
6008 Golden Sun Ct
Las Vegas, NV 89081

Fernandez-P.,Alejandro
Attn: Bankruptcy Desk/Managing Agent
436 N. 21st St.
Las Vegas, NV 89107

Fierro Sosa,Jesus
Attn: Bankruptcy Desk/Managing Agent
1836 S. Brand St
North Las Vegas, NV 89030

Fierro Sosa,Rogelio
Attn: Bankruptcy Desk/Managing Agent
2020 McCarran St
North Las Vegas, NV 89030

Figueroa,Salvador
Attn: Bankruptcy Desk/Managing Agent
2001 Webb Ave
North Las Vegas, NV 89030

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                                 **Served 4/17/2009**

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Flores, Calixto
Attn: Bankruptcy Desk/Managing Agent
3879 King Palm Avenue
Las Vegas, NV 89115

Flores, Noel Garcia
Attn: Bankruptcy Desk/Managing Agent
913 Salem Drive
Las Vegas, NV 89102

Flores,Carlos
Attn: Bankruptcy Desk/Managing Agent
3879 King Palm Ave
Las Vegas, NV 89115

Flores,Jose A
Attn: Bankruptcy Desk/Managing Agent
3916 Cull Canyon Dr
Las Vegas, NV 89110

Flores,Joyquin A.
Attn: Bankruptcy Desk/Managing Agent
3904 Via Lucia Dr.
Las Vegas, NV 89115

Flores,Juana
Attn: Bankruptcy Desk/Managing Agent
3879 King Palm Ave
Las Vegas, NV 89115

Flores,Junior Ivan
Attn: Bankruptcy Desk/Managing Agent
1413 Rev Wilson
Las Vegas, NV 89030

Flores,Salvadora
Attn: Bankruptcy Desk/Managing Agent
3565 E. Colton
Las Vegas, NV 89115

Fraga-J ,Andres
Attn: Bankruptcy Desk/Managing Agent
1001 N. Pecos
Las Vegas, NV 89101

Francisco-Chavez, Marco
Attn: Bankruptcy Desk/Managing Agent
1761 North Nellis #10
Las Vegas, NV 89115

Frantz, Ralph
Attn: Bankruptcy Desk/Managing Agent
7380 So Eastern Ave #124-190
Las Vegas, NV 89123

Frayre, Daniel Urbano
Attn: Bankruptcy Desk/Managing Agent
1309 E Webb Ave
N Las Vegas, NV 89030

Fuentes Islas,Alfredo
Attn: Bankruptcy Desk/Managing Agent
3790 Shirebrook # 167
Las Vegas, NV 89115

Fuentes, Eduardo
Attn: Bankruptcy Desk/Managing Agent
2901 Mulligan St
Las Vegas, NV 89101

Galicia,Bernardo
Attn: Bankruptcy Desk/Managing Agent
3565 E. Colton
Las Vegas, NV 89115

Gallardo-Inzunza,Jesus
Attn: Bankruptcy Desk/Managing Agent
3555 E. Lake Mead Blvd # 197
Las Vegas, NV 89115

Galvan,Arturo
Attn: Bankruptcy Desk/Managing Agent
2528 E. Tonopah
North Las Vegas, NV 89030

Gamez-Beristain,Sergio
Attn: Bankruptcy Desk/Managing Agent
1001 Carey Ave
North Las Vegas, NV 89030

Gandara,Jose A.
Attn: Bankruptcy Desk/Managing Agent
6152 Withrow Downs
North Las Vegas, NV 89081

Garcia Amaya,Oswaldo
Attn: Bankruptcy Desk/Managing Agent
5325 E. Tropicana # 1020
Las Vegas, NV 89122

Garcia Calvillo,Jesus
Attn: Bankruptcy Desk/Managing Agent
5101 Kansas Ave
Las Vegas, NV 89107

Garcia Reyna,Azadoc
Attn: Bankruptcy Desk/Managing Agent
1834 Bartoli # 4
Las Vega, NV 89115

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                          **Served 4/17/2009**

Garcia, Abel
Attn: Bankruptcy Desk/Managing Agent
4525 Yakima Ave
Las Vegas, NV 89121

Garcia, Anthony
Attn: Bankruptcy Desk/Managing Agent
4037 Kristine Lynn Ave
No Las Vegas, NV 89081

Garcia, Asuncion
Attn: Bankruptcy Desk/Managing Agent
4519 Sun Valley Drive
Las Vegas, NV 89121

Garcia, Cesar
Attn: Bankruptcy Desk/Managing Agent
4125 Yakima Ave
Las Vegas, NV 89121

Garcia, David
Attn: Bankruptcy Desk/Managing Agent
6268 Bonillo Dr
Las Vegas, NV 89103

Garcia, Esteban Molina
Attn: Bankruptcy Desk/Managing Agent
2522 Statz Apt #3
No. Las Vegas, NV 89030

Garcia, Jose
Attn: Bankruptcy Desk/Managing Agent
1004 N Jones
Las Vegas, NV 89108

Garcia, Luis
Attn: Bankruptcy Desk/Managing Agent
1004 N. Jones # C
Las Vegas, NV 89108

Garcia, Marcial
Attn: Bankruptcy Desk/Managing Agent
4125 Yakima Ave
Las Vegas, NV 89121

Garcia, Moises
Attn: Bankruptcy Desk/Managing Agent
6501 W charleston Blvd #99
Las Vegas, NV 89146

Garcia, Octavio Tirado
Attn: Bankruptcy Desk/Managing Agent
2321 Constantine Ave
Las Vegas, NV 89101

Garcia, Onorio Fragoso
Attn: Bankruptcy Desk/Managing Agent
1008 Wiliom Ave
No Las Vegas, NV 89030

Garcia,Baltazar
Attn: Bankruptcy Desk/Managing Agent
1016 Jane Ave
Las Vegas, NV 89104

Garcia,Edgardo Elias
Attn: Bankruptcy Desk/Managing Agent
4054 Vicenta Ct.
Las Vegas, NV 89115

Garcia,Joaquin
Attn: Bankruptcy Desk/Managing Agent
2100 Christina St # A
North Las Vegas, NV 89030

Garcia,Juan
Attn: Bankruptcy Desk/Managing Agent
105 Azalea Ct.
Las Vegas, NV 89117

Garcia,Juan
Attn: Bankruptcy Desk/Managing Agent
6300 W. Tropicana # 273
Las Vegas, NV 89103

Garcia,Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
2050 Gran Basin
Las Vegas, NV 89156

Garcia,Marcelino
Attn: Bankruptcy Desk/Managing Agent
2001 Howard Ave
Las Vegas, NV 89104

Garcia,Patricio
Attn: Bankruptcy Desk/Managing Agent
3650 Geist # C 3
Las Vegas, NV 89115

Garcia,Sergio
Attn: Bankruptcy Desk/Managing Agent
235 Ventana Heights
Henderson, NV 89110

Gary D Jacobson
Attn: Bankruptcy Desk/Managing Agent
29139 Outrigger
Lake Elsinor, CA 92530

Gavino Gutierrez,Rosalio
Attn: Bankruptcy Desk/Managing Agent
5020 Jacarillo
North Las Vegas, NV 89031

Gavino,Pedro
Attn: Bankruptcy Desk/Managing Agent
4328 Santa Clarita
Las Vegas, NV 89115

**Apache Framing, LLC 09-14818 - U.S. Mail**                                    **Served 4/17/2009**

GE Capital
Attn: Bankruptcy Desk/Managing Agent
PO Box 6229
Carol Stream, IL 60197-6229

Gedeon-Guardado,Daniel
Attn: Bankruptcy Desk/Managing Agent
2830 S Decatur Blvd #16
Las Vegas, NV 89102

Gil Alcala,Isidro
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center Dr. # 17 D
North Las Vegas, NV 89030

Gil Gomez,Francisco
Attn: Bankruptcy Desk/Managing Agent
5623 Tunis Ave
Las Vegas, NV 89122

Gil-Galvez,Fernando
Attn: Bankruptcy Desk/Managing Agent
466 Linn
Las Vegas, NV 89110

GMAC
Attn: Bankruptcy Desk/Managing Agent
Payment Processing Center
P. O. Box 78234
Phoenix, AZ 85062-8234

GMAC
Attn: Bankruptcy Desk/Managing Agent
Payment Processing Center
PO Box 9001952
Louisville, KY 40290-1952

Godoy Mateo,Jose
Attn: Bankruptcy Desk/Managing Agent
2945 Clifford # 104
Las Vegas, NV 89115

Gomez Q,Ignacio
Attn: Bankruptcy Desk/Managing Agent
3822 Arizona Ave
Las Vegas, NV 89104

Gomez,Edgar Jordan
Attn: Bankruptcy Desk/Managing Agent
6170 Gunderson Blvd
Las Vegas, NV 89103

Gomez,Ernesto L.
Attn: Bankruptcy Desk/Managing Agent
3825 Trout Lake Ave
Las Vegas, NV 89115

Gomez-Reran,Luis
Attn: Bankruptcy Desk/Managing Agent
1761 N. Nellis # 12
Las Vegas, NV 89115

Gonzales,Jaime
Attn: Bankruptcy Desk/Managing Agent
904 N. 20th St. # C
Las Vegas, NV 89101

Gonzalez Heredia,Rafael
Attn: Bankruptcy Desk/Managing Agent
1017 W. Cartier Ave
North Las Vegas, NV 89030

Gonzalez Lias,Osvaldo
Attn: Bankruptcy Desk/Managing Agent
6867 Bonillo Dr
Las Vegas, NV 89103

Gonzalez, Gerardo
Attn: Bankruptcy Desk/Managing Agent
3615 Thomas Ave #3
N Las Vegas, NV 89030

Gonzalez, Henry
Attn: Bankruptcy Desk/Managing Agent
6508 Kimberly Circle
Las Vegas, NV 89107

Gonzalez,Gonzalo
Attn: Bankruptcy Desk/Managing Agent
852 Dusk
Las Vegas, NV 89110

Gonzalez,Joaquin
Attn: Bankruptcy Desk/Managing Agent
3324 Mary Ann Ave
Las Vegas, NV 89101

Gonzalez,Jorge Alexis
Attn: Bankruptcy Desk/Managing Agent
6012 Ripple Cloud Ct
North Las Vegas, NV 89031

Gonzalez,Omar
Attn: Bankruptcy Desk/Managing Agent
1780 Lucky
Las Vegas, NV 89104

Gonzalez,Pedro
Attn: Bankruptcy Desk/Managing Agent
6300 Britanny Way
Las Vegas, NV 89107

Gonzalez,Ruben
Attn: Bankruptcy Desk/Managing Agent
2204 Stanley Ave
North Las Vegas, NV 89030

Gonzalez; Luis A
Attn: Bankruptcy Desk/Managing Agent
1616 Stevens #2
Las Vegas, NV 89115

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                                                          Served 4/17/2009

Gonzalez-Orellana,Wildredo Y
Attn: Bankruptcy Desk/Managing Agent
3916 Cull Canyon
Las Vegas, NV 89110

Gonzalez-Rodriguez,Miguel
Attn: Bankruptcy Desk/Managing Agent
2293 Miner Way
Las Vegas, NV 89104

Gonzalez-V.,Jose G.
Attn: Bankruptcy Desk/Managing Agent
1910 Ferrel # 22
Las Vegas, NV 89106

Granberry Supply Corp
Attn: Bankruptcy Desk/Managing Agent
2665 S Highland
Las Vegas, NV 89109

Griffith,Kirk
Attn: Bankruptcy Desk/Managing Agent
3154 Greendale St
Las Vegas, NV 89121

Guardado, Felipe
Attn: Bankruptcy Desk/Managing Agent
2830 So. Decatur Blvd #16
Las Vegas, NV 89102

Guardado, Isaac Mejia
Attn: Bankruptcy Desk/Managing Agent
4600 W Sirius Ave
Las Vegas, NV 89102

Guardian Life Insurance
Attn: Bankruptcy Desk/Managing Agent
36280 Treasury Center
Chicago, IL 60694-6200

GUARDIAN PREMIUMS
Attn: Bankruptcy Desk/Managing Agent
P.O Box 51505
Los Angeles, CA 90051-5805

Guerra, Elmer
Attn: Bankruptcy Desk/Managing Agent
6508 Kimberly Circle
Las Vegas, NV 89107

Guerrero Ramos,Miguel F.
Attn: Bankruptcy Desk/Managing Agent
3955 E. Charles Blvd # 145
Las Vegas, NV 89104

Guerrero,Jose M.
Attn: Bankruptcy Desk/Managing Agent
3712 Loyola St
North Las Vegas, NV 89030

Guerrero,Juan M.
Attn: Bankruptcy Desk/Managing Agent
2245 La Puente
Las Vegas, NV 89115

Guevara, Antonio
Attn: Bankruptcy Desk/Managing Agent
1315 N Mojave
Las Vegas, NV 89030

Guizar Gamas,Juan Ramon
Attn: Bankruptcy Desk/Managing Agent
277 N. Lamb # F
Las Vegas, NV 89101

Gutierrez Jimenez,Leopoldo
Attn: Bankruptcy Desk/Managing Agent
863 Samoy St
Las Vegas, NV 89110

Gutierrez Martinez,Jose
Attn: Bankruptcy Desk/Managing Agent
1821 Flower Dr
North Las Vegas, NV 89030

Gutierrez Ochoa,Joel
Attn: Bankruptcy Desk/Managing Agent
325 Kane Ave
Las Vegas, NV 89110

Gutierrez Ochoa,Martin
Attn: Bankruptcy Desk/Managing Agent
863 Samoy St
Las Vegas, NV 89110

Gutierrez,Cortes,Christian Y.
Attn: Bankruptcy Desk/Managing Agent
2237 Mc Carren St. # 1
North Las Vegas, NV 89030

Gutierrez,Fernandez
Attn: Bankruptcy Desk/Managing Agent
2813 Stanley Ave
North Las Vegas, NV 89030

Gutierrez,Jaime
Attn: Bankruptcy Desk/Managing Agent
2219 Patriotic
North Las Vegas, NV 89032

Gutierrez;Saul
Attn: Bankruptcy Desk/Managing Agent
2000 E. Owens Ave
N Las Vegas, NV 89030

Gutierrez-Blanco,Lionso
Attn: Bankruptcy Desk/Managing Agent
7 Washington Way
Henderson, NV 89015

**Apache Framing, LLC 09-14818 - U.S. Mail**                                        Served 4/17/2009

Gutierrez-Cortes,Fidencio
Attn: Bankruptcy Desk/Managing Agent
2237 Mc Carren St. # 1
North Las Vegas, NV 89030

Gutierrez-Jimenez, Moises
Attn: Bankruptcy Desk/Managing Agent
1221 Honey Lake St
Las Vegas, NV 89110

Harbor Freight Tools
Attn: Bankruptcy Desk/Managing Agent
PO Box 6010
Mission Oaks Blvd
Camarillo, CA 930116010

Health Plan of Nevada
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1388
Las Vegas NV 89125-1388

Henry Villanueva
Attn: Bankruptcy Desk/Managing Agent
3937 Spencer St. #71
Las Vegas, NV 89119

Heredia, Jose Palma
Attn: Bankruptcy Desk/Managing Agent
1309 22nd St. # 1
Las Vegas, NV 89101

Hernandez Cruz,Ignacio
Attn: Bankruptcy Desk/Managing Agent
1920 Cindy Sue # C
Las Vegas, NV 89106

Hernandez Martin,Rodolfo
Attn: Bankruptcy Desk/Managing Agent
7267 West Park
Las Vegas, NV 89147

Hernandez Murgia,Gregorio
Attn: Bankruptcy Desk/Managing Agent
4045 Shady Oak Dr
Las Vegas, NV 89115

Hernandez Olivares,Victor H
Attn: Bankruptcy Desk/Managing Agent
1426 Arlington St
Las Vegas, NV 89110

Hernandez, Efren
Attn: Bankruptcy Desk/Managing Agent
2522 Statz Ave #3
North Las Vegas, NV 89030

Hernandez, Juan Diego
Attn: Bankruptcy Desk/Managing Agent
1309 E Webb Ave
N Las Vegas, NV 89030

Hernandez, Martin Churape
Attn: Bankruptcy Desk/Managing Agent
1309 E Webb Ave
N Las Vegas, NV 89030

Hernandez, Moises Calderon
Attn: Bankruptcy Desk/Managing Agent
1330 Frank Street
Las Vegas, NV 89104

Hernandez,Cesar
Attn: Bankruptcy Desk/Managing Agent
4125 Comb Cr
Las Vegas, NV 89104

Hernandez,Daniel
Attn: Bankruptcy Desk/Managing Agent
2900 El Camino Apt # 247
Las Vegas, NV 89102

Hernandez,DONOTUSE!
Attn: Bankruptcy Desk/Managing Agent
1324 N. 22nd St # 3
Las Vegas, NV 89101

Hernandez,Francisco
Attn: Bankruptcy Desk/Managing Agent
1309 22nd St # 1
Las Vegas, NV 89101

Hernandez,Freddy
Attn: Bankruptcy Desk/Managing Agent
3623 Kolendo Apt B
Las Vegas, NV 89102

Hernandez,Jose
Attn: Bankruptcy Desk/Managing Agent
3617 Valley Forge Ave # 1174
Las Vegas, NV 89110

Hernandez,Jose A
Attn: Bankruptcy Desk/Managing Agent
2445 San Felipe St
Las Vegas, NV 89115

Hernandez,Jose S
Attn: Bankruptcy Desk/Managing Agent
5621 Auburn Ave
Las Vegas, NV 89108

Hernandez,Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
2313 Superior Position
North Las Vegas, NV 89032

Hernandez,Lei
Attn: Bankruptcy Desk/Managing Agent
2300 Poplar Ln
Las Vegas, NV 89101

**Apache Framing, LLC 09-14818 - U.S. Mail**

Served 4/17/2009

Hernandez,Leonardo
Attn: Bankruptcy Desk/Managing Agent
6124 Evensail Dr
Las Vegas, NV 89156

Hernandez,Ociel
Attn: Bankruptcy Desk/Managing Agent
5020 Jacarilla
North Las Vegas, NV 89030

Hernandez,Victor
Attn: Bankruptcy Desk/Managing Agent
2108 Crawford St. # 1
North Las Vegas, NV 89030

Hernandez,Victor M
Attn: Bankruptcy Desk/Managing Agent
9193 Spoonbill Ridge
Las Vegas, NV 89143

Hernandez; Antonio
Attn: Bankruptcy Desk/Managing Agent
3650 Geist # C 3
Las Vegas, NV 89115

Hernandez; Dennis A.
Attn: Bankruptcy Desk/Managing Agent
3777 Gulliver St
Las Vegas, NV 89115

Hernandez-Angel,Leonel
Attn: Bankruptcy Desk/Managing Agent
1001 E. Carey Ave # 1401
North Las Vegas, NV 89030

Hernandez-Casillas,Julian
Attn: Bankruptcy Desk/Managing Agent
2445 San Felipe St
Las Vegas, NV 89115

Hernandez-Cruz,Ignacio
Attn: Bankruptcy Desk/Managing Agent
1921 Cindy Sue Apt 1
Las Vegas, NV 89106

Hernandez-Flores,Jaime
Attn: Bankruptcy Desk/Managing Agent
1425 Stanley Ave
North Las Vegas, NV 89030

Hernandez-Garcia,Manuel
Attn: Bankruptcy Desk/Managing Agent
1425 Stanley Ave
North Las Vegas, NV 89030

Hernandez-Gonzalez,Alfredo
Attn: Bankruptcy Desk/Managing Agent
92 Linn
Las Vegas, NV 89110

Hernandez-Gonzalez,Luis A
Attn: Bankruptcy Desk/Managing Agent
1740 Breckenwood Ct # 3
Las Vegas, NV 89115

Hernandez-Hernandez,David
Attn: Bankruptcy Desk/Managing Agent
3705 Light House
Las Vegas, NV 89110

Hernandez-M.,Victoriano
Attn: Bankruptcy Desk/Managing Agent
105 Azalea Circle
Las Vegas, NV 89107

Hernandez-Perez,Javier
Attn: Bankruptcy Desk/Managing Agent
4600 E. Charleston # 19
Las Vegas, NV 89104

Hernandez-Resendiz; Porfirio
Attn: Bankruptcy Desk/Managing Agent
3300 Durham Ave
Las Vegas, NV 89101

Hernandez-Roblanda,Hilario
Attn: Bankruptcy Desk/Managing Agent
3623 Kolendo Apt B
Las Vegas, NV 89103

Hernandez-Salinas,Gonzalo
Attn: Bankruptcy Desk/Managing Agent
1200 BN. Lamb lvd # 79
Las Vegas, NV 89110

Hernandez-Sarabia;Roberto
Attn: Bankruptcy Desk/Managing Agent
1324 N. 22 nd St. # 3
Las Vegas, NV 89101

Hernanez-M.,Victoriano
Attn: Bankruptcy Desk/Managing Agent
105 Azalea Cr.
Las Vegas, NV 89107

Herrera Pardo,Victor
Attn: Bankruptcy Desk/Managing Agent
1536 N 22nd St #3
Las Vegas, NV 89101

Herrera, Jose Roman
Attn: Bankruptcy Desk/Managing Agent
4156 Penwood Apt C
Las Vegas, NV 89102

Herrera, Martin
Attn: Bankruptcy Desk/Managing Agent
3518 Simmons St
No. Las Vegas, NV 89032

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                          **Served 4/17/2009**

Herrera, Raul Arellano
Attn: Bankruptcy Desk/Managing Agent
3518 Simmons
No Las Vegas, NV 89032

Herrera, Wilber R
Attn: Bankruptcy Desk/Managing Agent
712 Rubber Avenue
North Las Vegas, NV 89032

Herrera,Alfonso T
Attn: Bankruptcy Desk/Managing Agent
90 Wilber # B
Pahrump, NV 89048

Herrera,Arles A.
Attn: Bankruptcy Desk/Managing Agent
1360 E. Desert Inn Rd. # 1
Las Vegas, NV 89169

Herrera,Genaro
Attn: Bankruptcy Desk/Managing Agent
1360 E. Desert Inn # 1
Las Vegas, NV 89169

Herrera,Nelson
Attn: Bankruptcy Desk/Managing Agent
1360 E. Desert Inn Rd. # 1
Las Vegas, NV 89169

High,Casey W
Attn: Bankruptcy Desk/Managing Agent
4960 Harrison Dr # 125
Las Vegas, NV 89120

Hilti Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 382002
Pittsburgh, PA 152508002

HIP Nevada LLC
Attn: Bankruptcy Desk/Managing Agent
Henderson Commerce Center Unit 21
PO Box 5000
Portland, OR 97208-5000

Holguin,Manuel
Attn: Bankruptcy Desk/Managing Agent
5867 Willard St
Las Vegas, NV 89122

Home Depot Credit Services
Attn: Bankruptcy Desk/Managing Agent
Po Box 6029
Dept.32-2014157097
The Lakes, NV 88901

Hortega Rodriguez,Pedro
Attn: Bankruptcy Desk/Managing Agent
3825 N. Nellis Blvd # 100
Las Vegas, NV 89115

House of Forgings Inc
Attn: Bankruptcy Desk/Managing Agent
16684 Air Center Blvd
Houston, TX 77032

Huerta-Velez,Sebastian
Attn: Bankruptcy Desk/Managing Agent
2700 Marlin Ave #1
Las Vegas, NV 89101

Hurtado Avendano,Alfonso
Attn: Bankruptcy Desk/Managing Agent
4440 E. Ogden Ave
Las Vegas, NV 89110

I. Martinez,Juan
Attn: Bankruptcy Desk/Managing Agent
809 Hedge Way # 5
Las Vegas, NV 89110

Ibanez,Miguel Angel
Attn: Bankruptcy Desk/Managing Agent
5554 Halvern
Las Vegas, NV 89110

Ibarra,Mario E.
Attn: Bankruptcy Desk/Managing Agent
1324 Rev Wilson Ave
North Las Vegas, NV 89030

Ibarra-Lozano,Daniel
Attn: Bankruptcy Desk/Managing Agent
6413 Brittany Way
Las Vegas, NV 89107

Ibarra-Nogueda,Mario
Attn: Bankruptcy Desk/Managing Agent
1329 Rev Wilson Ave
North Las Vegas, NV 89030

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Inland Hobbs Material
Attn: Bankruptcy Desk/Managing Agent
PO Box 61564
Phoenix, AZ 85082-1564

Interiano, Jose  A Nieto
Attn: Bankruptcy Desk/Managing Agent
1330 Frank Street
Las Vegas, NV 89104

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                    **Served 4/17/2009**

Inzunza,Jose H.
Attn: Bankruptcy Desk/Managing Agent
2200 Kenneth Rd.
North Las Vegas, NV 89030

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Jakes Wire Rope & Riggings
Attn: Bankruptcy Desk/Managing Agent
3385 W Patrick Lane Ste-B
Las Vegas, NV 89118

James Truss Company
Attn: Bankruptcy Desk/Managing Agent
4220 Donovan Way
N.Las Vegas NV 89030

Jauregui,Jesus
Attn: Bankruptcy Desk/Managing Agent
828 N. 24th St. # B
Las Vegas, NV 89101

Jimenez Ochoa,Miguel A
Attn: Bankruptcy Desk/Managing Agent
4575 E Chicago Ave
Las Vegas, NV 89104

Jimenez Quinones,Adolfo
Attn: Bankruptcy Desk/Managing Agent
9552 W. Tropicana
Las Vegas, NV 89147

Jimenez,Alberto
Attn: Bankruptcy Desk/Managing Agent
5140 Farndale Ave # A
Las Vegas, NV 89122

Jimenez,Ismael
Attn: Bankruptcy Desk/Managing Agent
725 Lily Ln. # 17 A
Las Vegas, NV 89101

Jimenez-Castillo,Abigail
Attn: Bankruptcy Desk/Managing Agent
360 N 15th St # B
Las Vegas, NV 89101

Josue Romero
Attn: Bankruptcy Desk/Managing Agent
6349 Bristol Way
Las Vegas, NV 89107

Juarez Estrada,Joaquin
Attn: Bankruptcy Desk/Managing Agent
605 13th St #D
Las Vegas, NV 89101

Juarez Estrada,Jose A.
Attn: Bankruptcy Desk/Managing Agent
605 N. 13th St # D
Las Vegas, NV 89101

Juarez,Reynaldo
Attn: Bankruptcy Desk/Managing Agent
605 N. 13th St. # D
Las Vegas, NV 89101

Juarez,Samuel
Attn: Bankruptcy Desk/Managing Agent
605 N. 13th St # D
Las Vegas, NV 89010

Klingspor Abrasives Ince
Attn: Bankruptcy Desk/Managing Agent
6709 Kerns St
San Diego, CA 92154

Kovacs III,Edward J
Attn: Bankruptcy Desk/Managing Agent
5320 Rock Creek Ln
Las Vegas, NV 89130

Lara, Jaime
Attn: Bankruptcy Desk/Managing Agent
1589 Pasture Lane
Las Vegas, NV 89110

Lara, Lorenzo Eufracio
Attn: Bankruptcy Desk/Managing Agent
1255 Rawhide St #1
Las Vegas, NV 89119

Larry Castle
Attn: Bankruptcy Desk/Managing Agent
519 Monterey Dr
Oceanside, CA 92058

Las Vegas Review-Journal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 920
Las Vegas, NV 89125-0920

Lavin,William M
Attn: Bankruptcy Desk/Managing Agent
7608 Twisted Pine Ave
North Las Vegas, NV 89131

Layman IV,John P
Attn: Bankruptcy Desk/Managing Agent
3917 Sage River St
Las Vegas, NV 89129

Layman Sr.,John P
Attn: Bankruptcy Desk/Managing Agent
8512 Lynhurst Dr.
Las Vegas, NV 89134

**Apache Framing, LLC 09-14818 - U.S. Mail**

Layman;Daniel Joseph
Attn: Bankruptcy Desk/Managing Agent
5034 Swift River Ct
N Las Vegas, NV 89031

Lazaro Hernandez,Wilfrido
Attn: Bankruptcy Desk/Managing Agent
924 Macfar Ln
Las Vegas, NV 89101

Lazaro,Ivan
Attn: Bankruptcy Desk/Managing Agent
404 Leonard
Las Vegas, NV 89106

Ledesma Hernandez,Rafael
Attn: Bankruptcy Desk/Managing Agent
2030 McCarran St. # 3
North Las Vegas, NV 89030

Leeper's Stair Products
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 17098
Long Beach, CA 90807

Lemus Escobar,Rutilio A
Attn: Bankruptcy Desk/Managing Agent
2905 Jamestown Way
Las Vegas, NV 89102

Lemus Mejia,Jose G
Attn: Bankruptcy Desk/Managing Agent
2905 Jamestown Way
Las Vegas, NV 89102

Lemus,Francisco
Attn: Bankruptcy Desk/Managing Agent
1740 Breckenwood Ct # 3
Las Vegas, NV 89115

Lemus,Pablo
Attn: Bankruptcy Desk/Managing Agent
2905 Jamestown Way
Las Vegas, NV 89102

Leon Pena,Juan
Attn: Bankruptcy Desk/Managing Agent
3704 Haddock Ave
North Las Vegas, NV 89030

Ley, Fernando R.
Attn: Bankruptcy Desk/Managing Agent
5747 Allegro Ave
Las Vegas, NV 89110

Leyva Gaspar,Agustin
Attn: Bankruptcy Desk/Managing Agent
2101 Sandi Lane
Las Vegas, NV 89115

Leyva-Serrano,Andrew
Attn: Bankruptcy Desk/Managing Agent
2240 Bassler # 1
North Las Vegas, NV 89030

Linares, Alberto
Attn: Bankruptcy Desk/Managing Agent
1536 La Jolla Avenue
Las Vegas, NV 89169

Little Jr.,Waldo M
Attn: Bankruptcy Desk/Managing Agent
3409 Carbury Ct
Las Vegas, NV 89129

Llamas,Alejandro
Attn: Bankruptcy Desk/Managing Agent
1200 N. Lamb Blvd # 68
Las Vegas, NV 89110

Lobato Camarena,Jose A
Attn: Bankruptcy Desk/Managing Agent
3512 Orvis
North Las Vegas, NV 89030

Lobato,Victor
Attn: Bankruptcy Desk/Managing Agent
3801 Silver Dollar # 201
Las Vegas, NV 89102

Lobota-A., Jose Miguel
Attn: Bankruptcy Desk/Managing Agent
2100 Christina St.
North Las Vegas, NV 89030

Lopez Garza,Miguel A.
Attn: Bankruptcy Desk/Managing Agent
4509 San Joaquin
Las Vegas, NV 89102

Lopez Ramirez,Imelda
Attn: Bankruptcy Desk/Managing Agent
2335 Daley St # 4
North Las Vegas, NV 89030

Lopez, Agustin
Attn: Bankruptcy Desk/Managing Agent
2005 East Perliter Avenue
No. Las Vegas, NV 89030

Lopez, Felix Barron
Attn: Bankruptcy Desk/Managing Agent
4152 Paramoumt St
Las Vegas, NV 89115

Lopez, Gonzalo
Attn: Bankruptcy Desk/Managing Agent
883 No. 17th Street
Las Vegas, NV 89101

**Apache Framing, LLC 09-14818 - U.S. Mail**          Served 4/17/2009

Lopez,Jose
Attn: Bankruptcy Desk/Managing Agent
2424 Statz #2
N Las Vegas, NV 89030

Lopez,Maria Lourdes
Attn: Bankruptcy Desk/Managing Agent
1850 Garfield St.
North Las Vegas, NV 89030

Lopez,Mario A.
Attn: Bankruptcy Desk/Managing Agent
1900 Ardmore St
Las Vegas, NV 89104

Lopez-Martin, Gilberto
Attn: Bankruptcy Desk/Managing Agent
8245 Ogee Drive
Las Vegas, NV 89145

Lopez-Martinez,Jose J
Attn: Bankruptcy Desk/Managing Agent
3417 E. Carey Ave
North Las Vegas, NV 89030

Lopez-Rojo,Jose Luis
Attn: Bankruptcy Desk/Managing Agent
2212 Carroll St # B
North Las Vega, NV 89030

Lujan,Joshua Aaron
Attn: Bankruptcy Desk/Managing Agent
533 Bay Bridge Dr
North Las Vegas, NV 89032

Lumber Services
Attn: Bankruptcy Desk/Managing Agent
5555 South Arville
Las Vegas, NV 89118

Luna Fierros,Juan
Attn: Bankruptcy Desk/Managing Agent
3739 Northern Light Dr.
Las Vegas, NV 89115

Luna, Juan
Attn: Bankruptcy Desk/Managing Agent
1524 Cobb Lane
Las Vegas, NV 89101

Luna,Freddy
Attn: Bankruptcy Desk/Managing Agent
3937 S. Spencer # 165
Las Vegas, NV 89119

Lupencio, Noe Marcial
Attn: Bankruptcy Desk/Managing Agent
3028 Glendale
No. Las Vegas, NV 89030

Macias Ortiz,Carlos
Attn: Bankruptcy Desk/Managing Agent
4961 Welter Ave
Las Vegas, NV 89104

Macias,Maria De Jesus
Attn: Bankruptcy Desk/Managing Agent
3432 Aristos Ave
North Las Vegas, NV 89030

Madrid Valdez,Jesus O.
Attn: Bankruptcy Desk/Managing Agent
4710 Luxor Way # 2218
Las Vegas, NV 89115

Madrid-Leyva,Rafael
Attn: Bankruptcy Desk/Managing Agent
5222 Starter St
Las Vegas, NV 89156

Madrigal,Ruben
Attn: Bankruptcy Desk/Managing Agent
4299 Studio St
Las Vegas, NV 89115

Magana Gomez,Jose
Attn: Bankruptcy Desk/Managing Agent
5464 Stacked Chips Rd # 103
Las Vegas, NV 89122

Magana, Bladimiro
Attn: Bankruptcy Desk/Managing Agent
1015 Stone River Dr
No Las Vegas, NV 89030

Mancilla Contreras,Manuel
Attn: Bankruptcy Desk/Managing Agent
1761 N. Nellis # 11
Las Vegas, NV 89115

Mandujano,Arturo
Attn: Bankruptcy Desk/Managing Agent
2309 N. Jones # 2
Las Vegas, NV 89108

Maqueda, Benito Cano
Attn: Bankruptcy Desk/Managing Agent
7108 Powderhorn Circle
Las Vegas, NV 8928

Maqueda,Alfonso Martin
Attn: Bankruptcy Desk/Managing Agent
6500 W. Charleston
Las Vegas, NV 89146

Maravillas-Tovar,Francisco
Attn: Bankruptcy Desk/Managing Agent
3112 Twining
North Las Vegas, NV 89030

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                  Served 4/17/2009

Marin,Armando
Attn: Bankruptcy Desk/Managing Agent
4693 San Rafael
Las Vegas, NV 89120

Marin-Miranda,Noe
Attn: Bankruptcy Desk/Managing Agent
1016 June Ave
Las Vegas, NV 89104

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Martin Martin,Jaime
Attn: Bankruptcy Desk/Managing Agent
3750 E. Bonanza Rd # 3
Las Vegas, NV 89110

Martin Martin,Mario
Attn: Bankruptcy Desk/Managing Agent
6500 W. Charleston # 123
Las Vegas, NV 89146

Martin Santiago,Clemente
Attn: Bankruptcy Desk/Managing Agent
6500 W. Charleston
Las Vegas, NV 89146

Martin Santiago,Florentino
Attn: Bankruptcy Desk/Managing Agent
6500 W. Charleston # 123
Las Vegas, NV 89146

Martin, Aaron Catalan
Attn: Bankruptcy Desk/Managing Agent
4501 Eugene Ave
Las Vegas, NV 89108

Martin, Apolinar
Attn: Bankruptcy Desk/Managing Agent
2029 Gracewood St
No Las Vegas, NV 89032

Martin, Bacilio
Attn: Bankruptcy Desk/Managing Agent
7108 Powderhorn Circle
Las Vegas, NV 89128

Martin, Filogonio Santiago
Attn: Bankruptcy Desk/Managing Agent
6500 W Charleston Blvd #123
Las Vegas, NV 89146

Martinez Bautista,Victor
Attn: Bankruptcy Desk/Managing Agent
402 Spencer St
Las Vegas, NV 89101

Martinez Galvez,Ignacio
Attn: Bankruptcy Desk/Managing Agent
6217 Sespe St
Las Vegas, NV 89108

Martinez Rodriguez,Eduardo
Attn: Bankruptcy Desk/Managing Agent
3401 Lillis
North Las Vegas, NV 89130

Martinez Rojo, Martin
Attn: Bankruptcy Desk/Managing Agent
1641 Ingraham St
N Las Vegas, NV 89030

Martinez, Alejandro Perez
Attn: Bankruptcy Desk/Managing Agent
6500 W Charleston Blvd #123
Las Vegas, NV 89146

Martinez, Benjamin Alberto
Attn: Bankruptcy Desk/Managing Agent
1330 Frank Street
Las Vegas, NV 89104

Martinez, Jose
Attn: Bankruptcy Desk/Managing Agent
102 Azalea
Las Vegas, NV 89107

Martinez, Marcelino
Attn: Bankruptcy Desk/Managing Agent
2522 Statz Apt #3
No. Las Vegas, NV 89030

Martinez,Gilmar A.
Attn: Bankruptcy Desk/Managing Agent
2300 Mary Dee Ave # A
North Las Vegas, NV 89030

Martinez,Juan
Attn: Bankruptcy Desk/Managing Agent
4204 Caliber
Las Vegas, NV 89110

Martinez-Balbueno,Alejandro
Attn: Bankruptcy Desk/Managing Agent
2108 Birch Leaf Cr
Las Vegas, NV 89156

Martinez-C ,Alejandro
Attn: Bankruptcy Desk/Managing Agent
4560 E. Monroe Ave
Las Vegas, NV 89110

Martinez-Cordova,Daniel
Attn: Bankruptcy Desk/Managing Agent
848 Hedge Way # 4
Las Vegas, NV 89110

**Apache Framing, LLC 09-14818 - U.S. Mail**                                    Served 4/17/2009

Martinez-H.,Elias
Attn: Bankruptcy Desk/Managing Agent
4600 Vegas Dr. # 125
Las Vegas, NV 89107

Martinez-Olmos,Rene
Attn: Bankruptcy Desk/Managing Agent
705 14th St
Las Vegas, NV 89110

Martinez-Valles,Alfredo
Attn: Bankruptcy Desk/Managing Agent
3700 E. Bonanza Apt 1045
Las Vegas, NV 89110

McFadden-Dale Industries
Attn: Bankruptcy Desk/Managing Agent
4477 West Reno Ave.
Las Vegas, NV 89118

McGrath, William
Attn: Bankruptcy Desk/Managing Agent
672 Riverbend Place
Henderson, NV 89052

Medina Medrano,Martin
Attn: Bankruptcy Desk/Managing Agent
3216 Osage Ave
Las Vegas, NV 89101

Medina, Carlos A
Attn: Bankruptcy Desk/Managing Agent
4192 Tattersall Place
Las Vegas, NV 89115

Medina, Francisco
Attn: Bankruptcy Desk/Managing Agent
4344 Rita Circle
Las Vegas, NV 89115

Medina, Martin M
Attn: Bankruptcy Desk/Managing Agent
1883 Fultone Way #2
Las Vegas, NV 89115

Medina,Rigoberto
Attn: Bankruptcy Desk/Managing Agent
1957 Ermosillo
Las Vegas, NV 89115

Medina-Jimenez,David
Attn: Bankruptcy Desk/Managing Agent
2433 Saint George St Apt # 4
North Las Vegas, NV 89030

Medrano,Roberto
Attn: Bankruptcy Desk/Managing Agent
3320 Honduras Pl
North Las Vegas, NV 89030

Mejia,Porfirio
Attn: Bankruptcy Desk/Managing Agent
1906 Santa Paula
Las Vegas, NV 89104

Melara-Amaya,Roberto
Attn: Bankruptcy Desk/Managing Agent
5900 Bromley Apt # 7
Las Vegas, NV 89107

Melendez-Morales,Ottoniel
Attn: Bankruptcy Desk/Managing Agent
3076 Congress Ave
Las Vegas, NV 89121

Melo,Arcenio
Attn: Bankruptcy Desk/Managing Agent
2293 Miner Way
Las Vegas, NV 89104

Mendez, Francisco J
Attn: Bankruptcy Desk/Managing Agent
1700 Breckenwood Ct Apt #3
Las Vegas, NV 89115

Mendieta Leon,Jesus
Attn: Bankruptcy Desk/Managing Agent
3334 Flying Ct
North Las Vegas, NV 89032

Mendivil,Carlos Enrique
Attn: Bankruptcy Desk/Managing Agent
3790 Shirebrook Apt # 167
Las Vegas, NV 89115

Mendoza,Andres
Attn: Bankruptcy Desk/Managing Agent
3257 E. Flamingo Rd # 208
Las Vegas, NV 89121

Mendoza,Jose
Attn: Bankruptcy Desk/Managing Agent
4770 E. Owens Ave
Las Vegas, NV 89110

Mendoza,Omar
Attn: Bankruptcy Desk/Managing Agent
5325 E Tropicana
Las Vegas, NV 89122

Mendoza-Cerbera,Francisco
Attn: Bankruptcy Desk/Managing Agent
3447 College View # B
North Las Vegas, NV 89030

Mendoza-Lamadrid,Palemon
Attn: Bankruptcy Desk/Managing Agent
3317 Lockwood Ave
North Las Vegas, NV 89030

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                                 **Served 4/17/2009**

Mendoza-Lopez,Luis
Attn: Bankruptcy Desk/Managing Agent
4098 Pistachio Nut Ave
Las Vegas, NV 89115

Meneses, Francisco
Attn: Bankruptcy Desk/Managing Agent
613 N. 12th Street Apt B
Las Vegas, NV 89101

Mercado,Gustavo
Attn: Bankruptcy Desk/Managing Agent
2204 Stanley Ave
North Las Vegas, NV 89030

Mercury LDO
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas, NV 89120

Metro Trucking
Attn: Bankruptcy Desk/Managing Agent
4815 Alto
Las Vegas NV 89115

Metzoian,Michael V
Attn: Bankruptcy Desk/Managing Agent
286 Sturgeon # 103
Las Vegas, NV 89110

Meza, Francisco
Attn: Bankruptcy Desk/Managing Agent
501 North 15th Street
Las Vegas, NV 89101

Meza, Hugo
Attn: Bankruptcy Desk/Managing Agent
2528 McCarren St Apt #3
No Las Vegas, NV 89030

Michael Bisone
Attn: Bankruptcy Desk/Managing Agent
175 Chinquapin Ave
# B
Carlsbad, CA 92008

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 79149
Phoenix, AZ 85062-9149

Molina,Carlos A
Attn: Bankruptcy Desk/Managing Agent
2604 Jansen AVe
Las Vegas, NV 89101

Mondragon,Arturo
Attn: Bankruptcy Desk/Managing Agent
2665 S. Bassier St. # 270
Las Vegas, NV 89109

Monrroy-Reyes,Juvenal
Attn: Bankruptcy Desk/Managing Agent
2001 Howard Ave
Las Vegas, NV 89104

Montague,Craig
Attn: Bankruptcy Desk/Managing Agent
3609 Odlum Point Ln
North Las Vegas, NV 89032

Montano,Guadalupe
Attn: Bankruptcy Desk/Managing Agent
2819 Kim Ave # 197
North Las Vegas, NV 89030

Montano-Cordova,Rogelio
Attn: Bankruptcy Desk/Managing Agent
917 Tonopah Ave
North Las Vegas, NV 89030

Montes, Rafael Montoya
Attn: Bankruptcy Desk/Managing Agent
1455 E Katie Ave # E16
Las Vegas, NV 89119

Moore,Nathan
Attn: Bankruptcy Desk/Managing Agent
6435 Grass Meadows Dr. # 113
Las Vegas, NV 89142

Morales, Salvador
Attn: Bankruptcy Desk/Managing Agent
1313 Meyer Street
Las Vegas, NV 89101

Morales,Isidro
Attn: Bankruptcy Desk/Managing Agent
2228 Bassler
North Las Vegas, NV 89030

Morales-Villanueva,Francisco
Attn: Bankruptcy Desk/Managing Agent
809 Hedge Way # 5
Las Vegas, NV 89110

Moreno,Miguel A.
Attn: Bankruptcy Desk/Managing Agent
4098 Pistachio Nut Ave
Las Vegas, NV 89115

Morin-Nunez,Carlos Z.
Attn: Bankruptcy Desk/Managing Agent
2900 El Camino Ave # 295
Las Vegas, NV 89102

Morin-Nunez,Julio
Attn: Bankruptcy Desk/Managing Agent
2900 El Camino Ave # 295
Las Vegas, NV 89102

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                    Served 4/17/2009

Muniz, Jose Alfredo
Attn: Bankruptcy Desk/Managing Agent
47155 Vanburen St Apt 220
Indio, CA 92201

Munoz,Humberto
Attn: Bankruptcy Desk/Managing Agent
1616 Stevens # 2
Las Vegas, NV 89115

Murguia, Francisco S.
Attn: Bankruptcy Desk/Managing Agent
3547 Tokio Court
Las Vegas, NV 89115

Murguia, Mariano
Attn: Bankruptcy Desk/Managing Agent
5084 Kell Lane
Las Vegas, NV 89115

Murguia, Octavio
Attn: Bankruptcy Desk/Managing Agent
35547 Tokio Court
Las Vegas, NV 89115

Murguia,Armando
Attn: Bankruptcy Desk/Managing Agent
1400 21st St. Apt A
Las Vegas, NV 89101

Murguia,Octavio
Attn: Bankruptcy Desk/Managing Agent
3547 Tokio Ct
Las Vegas, NV 89115

Najar,Jose Paulo
Attn: Bankruptcy Desk/Managing Agent
2011 Thunder Storm Ave
N Las Vegas, NV 89032

Navarrete-Resendiz;Jesus
Attn: Bankruptcy Desk/Managing Agent
2315 Ellis St. # C
N Las Vegas, NV 89030

Navichoc,Armando
Attn: Bankruptcy Desk/Managing Agent
2621 Amarillo St
Las Vegas, NV 89102

Navichoc,Edwin O
Attn: Bankruptcy Desk/Managing Agent
2600 Arville St # F 13
Las Vegas, NV 89102

Navichoc,Francisco
Attn: Bankruptcy Desk/Managing Agent
2600 Arville St
Las Vegas, NV 89102

Navichoc,Luis A
Attn: Bankruptcy Desk/Managing Agent
2600 Arville St # F 13
Las Vegas, NV 89102

Neal Lindsley
Attn: Bankruptcy Desk/Managing Agent
PO Box 631
Ramona, CA 92065

NEC Financial Services Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 100558
Pasadena, CA 91189-0558

Neri-Quinarez;Florentino
Attn: Bankruptcy Desk/Managing Agent
213 Flower
Las Vegas, NV 89101

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabil
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada House of Hose
Attn: Bankruptcy Desk/Managing Agent
1015 Sharp Circle
N Las Vegas NV 89030

Nevada State Contractors Board
Attn: Bankruptcy Desk/Managing Agent
2310 Corporate Circle, Suite 200
Henderson, NV 89074

Nevada State Treasurer
Attn: Bankruptcy Desk/Managing Agent
555 Washington Ave #4200
Las Vegas, NV 89101-1070

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

**Apache Framing, LLC 09-14818 - U.S. Mail**                                    Served 4/17/2009

NMHG Financial Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 643749
Pittsburgh, PA 15264-3749

Noel-Pena, Dolores
Attn: Bankruptcy Desk/Managing Agent
4041 Deerfield Ave
Las Vegas, NV 89117

Nunez Diaz, Erasmo
Attn: Bankruptcy Desk/Managing Agent
5308 Padua Way
Las Vegas, NV 89107

Nunez, Alvaro
Attn: Bankruptcy Desk/Managing Agent
1834 Jefferson St
Las Vegas, NV 89030

Nunez,Andres
Attn: Bankruptcy Desk/Managing Agent
5308 Padua Way
Las Vegas, NV 89107

Nunez,Eduardo
Attn: Bankruptcy Desk/Managing Agent
2528 Perliter Ave
North Las Vegas, NV 89030

Nunez,Guadalupe
Attn: Bankruptcy Desk/Managing Agent
2208 Demetrios
Las Vegas, NV 89101

Nunez,Pedro
Attn: Bankruptcy Desk/Managing Agent
4009 Sunrise Ave
Las Vegas, NV 89110

Nunez,William Omar
Attn: Bankruptcy Desk/Managing Agent
3663 S. Valley View Apt 306
Las Vegas, NV 89103

NV Employment Security Div
Attn: Bankruptcy Desk/Managing Agent
500 E Third St
Carson City, NV 89713-0030

Ochoa P.,Joel F.
Attn: Bankruptcy Desk/Managing Agent
73 Sacramento Dr.
Las Vegas, NV 89110

Ochoa,Gilberto
Attn: Bankruptcy Desk/Managing Agent
2534 Salt Lake St.
North Las Vegas, NV 89030

Ochoa-Diaz,Manuel G
Attn: Bankruptcy Desk/Managing Agent
3528 Saguaro Valley
North Las Vegas, NV 89030

Office Depot
Attn: Bankruptcy Desk/Managing Agent
PO Box 689020
Des Moines, IA 50368-9020

Office of the Labor Commissioner
Attn: Bankruptcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Oldford,Frederick N.
Attn: Bankruptcy Desk/Managing Agent
6608 Crosstimber Ct
Las Vegas, NV 89108

Olivas-Medina,Guillermo
Attn: Bankruptcy Desk/Managing Agent
3028 Glendale
North Las Vegas, NV 89030

Olvera Resendiz,Emmanuel
Attn: Bankruptcy Desk/Managing Agent
4732 Nova Ln # 4
Las Vegas, NV 89115

Olvera,Rogaciano
Attn: Bankruptcy Desk/Managing Agent
4732 Nova Ln # 2
Las Vegas, NV 89115

Olvera-Recendiz,Lino
Attn: Bankruptcy Desk/Managing Agent
4743 Aventura Canyon
Las Vegas, NV 89139

Olvera-Valladares,Sergio
Attn: Bankruptcy Desk/Managing Agent
625 N. 13th St # C
Las Vegas, NV 89101

Onofre,Francisco
Attn: Bankruptcy Desk/Managing Agent
215 Twining Ave
North Las Vegas, NV 89030

Onofre,Gregorio
Attn: Bankruptcy Desk/Managing Agent
1305 J St
Las Vegas, NV 89106

**Apache Framing, LLC 09-14818 - U.S. Mail**                                             **Served 4/17/2009**

Onofre,Jose
Attn: Bankruptcy Desk/Managing Agent
2100 Christina St # A
North Las Vegas, NV 89030

Onofre-C.,Reinaldo
Attn: Bankruptcy Desk/Managing Agent
3604 Bartlett Ave
North Las Vegas, NV 89030

Onofre-Melo,Rogelio
Attn: Bankruptcy Desk/Managing Agent
924 Macfar Ln
Las Vegas, NV 89101

Ontiveros-Rojos,Ontoniel
Attn: Bankruptcy Desk/Managing Agent
2225 Mc Carran
North Las Vegas, NV 89030

ORCO Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 05891
PO Box 39000
San Francisco CA 94139-5891

Orellana, Javier
Attn: Bankruptcy Desk/Managing Agent
1372 Honolulu
Las Vegas, NV 89104

Orozco,Virgilio
Attn: Bankruptcy Desk/Managing Agent
1305 J St.
Las Vegas, NV 89106

Ortega, Fabian
Attn: Bankruptcy Desk/Managing Agent
1309 22nd St. # 1
Las Vegas, NV 89101

Ortega,Jose Angel
Attn: Bankruptcy Desk/Managing Agent
6336 Garwood
Las Vegas, NV 89107

Ortiz, Francisco Javier
Attn: Bankruptcy Desk/Managing Agent
883 No 17th Street
Las Vegas, NV 89101

Ortiz,Jesus
Attn: Bankruptcy Desk/Managing Agent
4951 Holt Avenue
Las Vegas, NV 89115

Ortiz,Jose Del Carmen
Attn: Bankruptcy Desk/Managing Agent
2815 Samantha Ct.
North Las Vegas, NV 89030

Ortiz-Magana,Javier
Attn: Bankruptcy Desk/Managing Agent
4961 Wellter Ave
Las Vegas, NV 89104

Pacific Stair Products
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 941245
Plano, TX 75094-1245

Pacific Truss & Components Inc
Attn: Bankruptcy Desk/Managing Agent
5805 Emerald Ave
Las Vegas, NV 89122

Padilla-Fraga,Enrique
Attn: Bankruptcy Desk/Managing Agent
1917 Belmont St
Las Vegas, NV 89030

Padilla-Garcia,Raul
Attn: Bankruptcy Desk/Managing Agent
2650 Gran Basin
Las Vegas, NV 89156

Pantoja,Benicio
Attn: Bankruptcy Desk/Managing Agent
78 W. Tropicana
Las Vegas, NV 89103

Pantoja,Julio
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 31536
Las Vegas, NV 89173

Paredes,Armando
Attn: Bankruptcy Desk/Managing Agent
1505 E. Wilson Ave
Las Vegas, NV 89101

Parra Parra ,Emeterio
Attn: Bankruptcy Desk/Managing Agent
3406 E. Diana Dr
North Las Vegas, NV 89030

Pastrana Arroyo,Raul A.
Attn: Bankruptcy Desk/Managing Agent
2500 Ellingson Dr.
Las Vegas, NV 89106

Patino Diaz,David
Attn: Bankruptcy Desk/Managing Agent
2321 Ellis St, # 2
N Las Vegas, NV 89030

Paul DeLong Heavy Haul
Attn: Bankruptcy Desk/Managing Agent
P.O Box 750609
Las Vegas, NV 89136

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                    Served 4/17/2009

Payan Camacho,Esmeralda
Attn: Bankruptcy Desk/Managing Agent
2225 McCarran St # C
North Las Vegas, NV 89030

Payan-Rubio,Gregorio
Attn: Bankruptcy Desk/Managing Agent
2812 Haddock # C
Las Vegas, NV 89110

Pedraza Murillo,Fidel
Attn: Bankruptcy Desk/Managing Agent
4428 Halbert Ave
Las Vegas, NV 89110

Pena,Benito
Attn: Bankruptcy Desk/Managing Agent
4829 Ballantine Dr.
Las Vegas, NV 89110

Penuelas,Jorge
Attn: Bankruptcy Desk/Managing Agent
2119 White St
North Las Vegas, NV 89030

Peralta, Juan
Attn: Bankruptcy Desk/Managing Agent
1001 E. Carey Avenue #715
No. Las Vegas, NV 89030

Perea-Medina,Ricardo
Attn: Bankruptcy Desk/Managing Agent
4098 Pistachio Nut Ave
Las Vegas, NV 89115

Perez Ateaga,Elvia
Attn: Bankruptcy Desk/Managing Agent
1924 Cindy Sue # C
Las Vegas, NV 89106

Perez Macias,Hugo E.
Attn: Bankruptcy Desk/Managing Agent
1324 22nd St
Las Vegas, NV 89101

Perez Macias,Roberto
Attn: Bankruptcy Desk/Managing Agent
1324 22th St. # 4
Las Vegas, NV 89101

Perez Martinez,Antonio
Attn: Bankruptcy Desk/Managing Agent
380 Maydelle # F
Las Vegas, NV 89101

Perez, Angel
Attn: Bankruptcy Desk/Managing Agent
451 N Nellis Apt #1107
Las Vegas, NV 89110

Perez, Elizabeth
Attn: Bankruptcy Desk/Managing Agent
1921 Cindy Sue #1
Las Vegas, NV 89106

Perez,Genaro
Attn: Bankruptcy Desk/Managing Agent
2932 Marlin # 1
Las Vegas, NV 89101

Perez,Jorge
Attn: Bankruptcy Desk/Managing Agent
5554 Halvern Ave
Las Vegas, NV 89110

Perez,Jose
Attn: Bankruptcy Desk/Managing Agent
2908 N. Pecos Rd # 104
Las Vegas, NV 89109

Perez,Lucio
Attn: Bankruptcy Desk/Managing Agent
5050 Tamarus St # 319
Las Vegas, NV 89119

Perez;Sergio
Attn: Bankruptcy Desk/Managing Agent
6309 Brittany Way
Las Vegas, NV 89107

Perez-Castillos,Daniel
Attn: Bankruptcy Desk/Managing Agent
813 Hyattsville
Las Vegas, NV 89110

Perez-Gaspar,Oscar
Attn: Bankruptcy Desk/Managing Agent
4379 Studio
Las Vegas, NV 89115

Perez-Guzman,Miguel A.
Attn: Bankruptcy Desk/Managing Agent
3990 La Brea Ct.
Las Vegas, NV 89110

Perez-Ruiz,Ricardo
Attn: Bankruptcy Desk/Managing Agent
2686 S. Decatur Blvd
Las Vegas, NV 89102

Perez-Vega,Adolfo
Attn: Bankruptcy Desk/Managing Agent
2650 Gran Basin
Las Vegas, NV 89156

Pete Passman
Attn: Bankruptcy Desk/Managing Agent
8050 Arville St # 107
Las Vegas, NV 89139

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                                                                                    **Served 4/17/2009**

Pimental,David
Attn: Bankruptcy Desk/Managing Agent
3250 Orange Sun
Las Vegas, NV 89135

Pin,Gordon
Attn: Bankruptcy Desk/Managing Agent
655 Barbary Pl
Gladstone, OR 97027

Pineda, Jose
Attn: Bankruptcy Desk/Managing Agent
2820 S. Decatur Blvd
Las Vegas, NV 89102

Pineda,Alberto
Attn: Bankruptcy Desk/Managing Agent
3004 Black Forest Dr.
Las Vegas, NV 89102

Plotnick,Robert James
Attn: Bankruptcy Desk/Managing Agent
9349 Dancing Daffodil
Las Vegas, NV 89129

Plotnick,Ryan S.
Attn: Bankruptcy Desk/Managing Agent
6116 Shadow Springs
Las Vegas, NV 89130

Prado,Jose R.
Attn: Bankruptcy Desk/Managing Agent
277 N. Lamb # F
Las Vegas, NV 89101

PROSHOP MOTORSPORTS AND MARINE
Attn: Bankruptcy Desk/Managing Agent
575 WEST LAKE MEAD PARKWAY
HENDERSON, NV 89015

Puerta,Jose
Attn: Bankruptcy Desk/Managing Agent
217 Jackson
Las Vegas, NV 89106

Pulido Fuentes,Raul
Attn: Bankruptcy Desk/Managing Agent
120 Frad Ave
North Las Vegas, NV 89031

Pulido,Jose Luis
Attn: Bankruptcy Desk/Managing Agent
6025 Bryce Canyon Ave
Las Vegas, NV 89156

Quality Towing
Attn: Bankruptcy Desk/Managing Agent
2201 North Commerce Street
North Las Vegas, NV 89030

Quiles,Moises
Attn: Bankruptcy Desk/Managing Agent
2945 Clifford # 104
Las Vegas, NV 89115

Quinn,Mark
Attn: Bankruptcy Desk/Managing Agent
2608 Los Verdes
Las Vegas, NV 89102

Quinones Alvarez,Marcelo
Attn: Bankruptcy Desk/Managing Agent
8117 N Tenaya Way
N Las Vegas, NV 89131

Quinonez,Jesus R.
Attn: Bankruptcy Desk/Managing Agent
3312 Deacon Ave
Las Vegas, NV 89101

Quiroz-M.,Jaime
Attn: Bankruptcy Desk/Managing Agent
7626 Lone Mountain Rd # 14
Las Vegas, NV 89129

Ramirez Hernandez,Diego
Attn: Bankruptcy Desk/Managing Agent
2300 Poplar
Las Vegas, NV 89101

Ramirez,Byron
Attn: Bankruptcy Desk/Managing Agent
4054 Vicenta Ct
Las Vegas, NV 89115

Ramirez,Fidel
Attn: Bankruptcy Desk/Managing Agent
5464 Stacked Chips Rd
Las Vegas, NV 89122

Ramirez,Francisco
Attn: Bankruptcy Desk/Managing Agent
174 Emden Dr.
Henderson, NV 89015

Ramirez,Juan
Attn: Bankruptcy Desk/Managing Agent
2817 Holmes St
North Las Vegas, NV 89030

Ramirez,Juan
Attn: Bankruptcy Desk/Managing Agent
2916 Bassler St
North Las Vegas, NV 89030

Ramirez,Mario A
Attn: Bankruptcy Desk/Managing Agent
1700 Leslie Ave
Las Vegas, NV 89101

**Apache Framing, LLC 09-14818 - U.S. Mail**                                              **Served 4/17/2009**

Ramirez,Victor
Attn: Bankruptcy Desk/Managing Agent
4509 San Joaquin
Las Vegas, NV 89102

Ramirez-Aguilar,Oscar
Attn: Bankruptcy Desk/Managing Agent
2806 Tonopah Ave
North Las Vegas, NV 89030

Ramirez-De La Torre,Francisco
Attn: Bankruptcy Desk/Managing Agent
320 Maggie Brook Ave
Henderson, NV 89015

Ramirez-Quirarte,Sabas
Attn: Bankruptcy Desk/Managing Agent
2404 St. George St.
North Las Vegas, NV 89030

Ramos, Eleazar
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center Dr. # 17 D
North Las Vegas, NV 89030

Ramos,Locadio
Attn: Bankruptcy Desk/Managing Agent
2233 McCarran St. # A
North Las Vegas, NV 89030

Ramos-Estrada,Israel
Attn: Bankruptcy Desk/Managing Agent
500 W. Miller # 182
N Las Vegas, NV 89030

Rangle-Estrella,Hugo
Attn: Bankruptcy Desk/Managing Agent
1916 Cindy Sue # D
Las Vegas, NV 89106

Rebel Oil Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 South Highland Dr.
Las Vegas, NV 89102

Recendiz-Gonzalez,Romaldo
Attn: Bankruptcy Desk/Managing Agent
465 Frederick Ave
Las Vegas, NV 89106

Redburn Tire Company
Attn: Bankruptcy Desk/Managing Agent
4710 East Cartier
Las Vegas, NV 89115

Reinoso-Valdez,Carlos
Attn: Bankruptcy Desk/Managing Agent
4961 Welter Ave
Las Vegas, NV 89104

Republic Services
Attn: Bankruptcy Desk/Managing Agent
770 E Sahara Ave
Po Box 98508
Las Vegas, NV 89193

Reyes Garbalena,Jose A
Attn: Bankruptcy Desk/Managing Agent
3918 Blackford
Las Vegas, NV 89102

Reyes Gonzalez,Miguel Angel
Attn: Bankruptcy Desk/Managing Agent
812 Hyattsbille
Las Vegas, NV 89110

Reyes Hernandez,Jesus
Attn: Bankruptcy Desk/Managing Agent
2300 Poplar
Las Vegas, NV 89101

Reyes Lopez,Eleuterio
Attn: Bankruptcy Desk/Managing Agent
5304 Regina Rose
Las Vegas, NV 89081

Reyes, Juvenal Monroy
Attn: Bankruptcy Desk/Managing Agent
2001 Howard Ave
Las Vegas, NV 89104

Reyes,Hilario
Attn: Bankruptcy Desk/Managing Agent
1001 E. Carey Ave # 1008
North Las Vegas, NV 89030

Reyes,Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
1409 Sombrero Dr. # 1
Las Vegas, NV 89109

Reyes,Miguel
Attn: Bankruptcy Desk/Managing Agent
4412 Cool Valley
Las Vegas, NV 89110

Rhodes Design & Development
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd, Ste# 300
Las Vegas, NV 89147

Ricardo,Marco Antonio
Attn: Bankruptcy Desk/Managing Agent
1237 Hassell Ave
Las Vegas, NV 89106

Richey,Kenneth S
Attn: Bankruptcy Desk/Managing Agent
1625 April Shower
Las Vegas, NV 89144

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                                    **Served 4/17/2009**

Rincon, Alejandro
Attn: Bankruptcy Desk/Managing Agent
521 N. 16th Street
Las Vegas, NV 89101

Rios, Christian Nunez
Attn: Bankruptcy Desk/Managing Agent
2829 Geist Ave
Las Vegas, NV 89115

Rise & Run, Inc.
Attn: Bankruptcy Desk/Managing Agent
1995 Whitney Mesa
Henderson NV  89014

Rivera Cruz,Natalio
Attn: Bankruptcy Desk/Managing Agent
3317 Lockwood Ave
North Las Vegas, NV 89030

Rivera,Hector L
Attn: Bankruptcy Desk/Managing Agent
4710 Obannon Dr # B
Las Vegas, NV 89102

Rivera;Elmer
Attn: Bankruptcy Desk/Managing Agent
3004 Black Forest
Las Vegas, NV 89102

Rivera-Amaya,Baldemar
Attn: Bankruptcy Desk/Managing Agent
2900 E. Charleston Blvd # 145
Las Vegas, NV 89104

Rivera-Bustillos,Erycke E
Attn: Bankruptcy Desk/Managing Agent
2600 Arville St # B-6
Las Vegas, NV 89102

Robertson,Joe N.
Attn: Bankruptcy Desk/Managing Agent
1251 Stokes
Las Vegas, NV 89110

Robinson, Nicholas S
Attn: Bankruptcy Desk/Managing Agent
126 Breezy Shore
North Las Vegas, NV 89031

Robinson,Joseph H.
Attn: Bankruptcy Desk/Managing Agent
3666 Margarita Way
Las Vegas, NV 89103

Robles Moro, J. Jesus
Attn: Bankruptcy Desk/Managing Agent
5508 Burkshire Dr
Las Vegas, NV 89142

Robles,Juan
Attn: Bankruptcy Desk/Managing Agent
4515 Solar Eclipse Dr.
Las Vegas, NV 89115

Robles,Ramon
Attn: Bankruptcy Desk/Managing Agent
4515 Solar Eclipse
Las Vegas, NV 89115

Rocha Angulo,Israel
Attn: Bankruptcy Desk/Managing Agent
713 Starks Dr
Las Vegas, NV 89107

Rocha Cabrera,Jesus
Attn: Bankruptcy Desk/Managing Agent
1536 N. 22nd St # 3
Las Vegas, NV 89101

Rocha,Jose
Attn: Bankruptcy Desk/Managing Agent
2612 Lincoln Ave
North Las Vegas, NV 89030

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rodriguez Barboza,Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
73 Sacremento Dr.
Las Vegas, NV 89110

Rodriguez Morales,Sergio
Attn: Bankruptcy Desk/Managing Agent
2521 Webb
North Las Vegas, NV 89030

Rodriguez, Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
765 Remington Drive
Las Vegas, NV 89110

Rodriguez,Francisco
Attn: Bankruptcy Desk/Managing Agent
7626 W. Lone Mountain Rd # 14
Las Vegas, NV 89129

Rodriguez,Oscar
Attn: Bankruptcy Desk/Managing Agent
4054 Vicenta Ct
Las Vegas, NV 89115

Rodriguez;Jose
Attn: Bankruptcy Desk/Managing Agent
2534 Salt Lake St
N Las Vegas, NV 89030

**Apache Framing, LLC 09-14818 - U.S. Mail**                                    Served 4/17/2009

Rodriguez-Fuentes Jesus A.
Attn: Bankruptcy Desk/Managing Agent
828 N. 24th St. # A
Las Vegas, NV 89101

Rodriguez-Gonzalez,Carlos
Attn: Bankruptcy Desk/Managing Agent
1508 Cobb St. # 2
Las Vegas, NV 89101

Rodriguez-Morales,Efrain
Attn: Bankruptcy Desk/Managing Agent
1124 Stone River
North Las Vegas, NV 89030

Rojas, Jorge
Attn: Bankruptcy Desk/Managing Agent
1512 N. 21st Street #8
Las Vegas, NV 89101

Rojas,Fernando
Attn: Bankruptcy Desk/Managing Agent
714 Nelson # K
North Las Vegas, NV 89030

Rojo-Ayala,Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
2437 Statz Ave # 3
North Las Vegas, NV 89030

Rollabels, Ink, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 201
Palmyra, NJ 08065-0201

Romero, Pedro J
Attn: Bankruptcy Desk/Managing Agent
3565 E Colton Ave
Las Vegas, NV 89115

Romero,Jesus
Attn: Bankruptcy Desk/Managing Agent
607 Triest # C
Las Vegas, NV 89110

Romero,Josue
Attn: Bankruptcy Desk/Managing Agent
6349 Bristol Way
Las Vegas, NV 89107

Rosales R. Jose
Attn: Bankruptcy Desk/Managing Agent
3204 E. Carey Ave
North Las Vegas, NV 89030

Ruano,Sergio
Attn: Bankruptcy Desk/Managing Agent
828 N. 24th St. # A
Las Vegas, NV 89101

Rugby Industrial Products
Attn: Bankruptcy Desk/Managing Agent
4545 W Diablo
Suite B
Las Vegas, NV 89118

Ruiz,Alberto
Attn: Bankruptcy Desk/Managing Agent
1001 E. Carey Ave # 1402
North Las Vegas, NV 89030

Ruiz,Hugo C
Attn: Bankruptcy Desk/Managing Agent
2212 Carroll St
North Las Vegas, NV 89030

Ruiz,Jose Antonio
Attn: Bankruptcy Desk/Managing Agent
3660 Ala Dr. # 2
Las Vegas, NV 89103

Ruiz,Moises
Attn: Bankruptcy Desk/Managing Agent
2220 E. Owens Ave
North Las Vegas, NV 89030

Ruiz,Victor
Attn: Bankruptcy Desk/Managing Agent
3417 E. Cheyenne Ave # 175
North Las Vegas, NV 89030

Ruiz,Victor
Attn: Bankruptcy Desk/Managing Agent
2725 E. Evans # 151
N Las Vegas, NV 89030

S & S Paint & Drywall
Attn: Bankruptcy Desk/Managing Agent
4812 Hayes Place
Las Vegas, NV 89107

Sabalza-Carmona,J Fausto
Attn: Bankruptcy Desk/Managing Agent
2601 E. Stewart Ave Apt 1
Las Vegas, NV 89101

Salas Castaneda,Manuel
Attn: Bankruptcy Desk/Managing Agent
1204 N. 23rd St
Las Vegas, NV 89101

Salazar, Roberto Hernandez
Attn: Bankruptcy Desk/Managing Agent
1728 Cordova Lane #C
Las Vegas, NV 89108

Salazar,Gilberto
Attn: Bankruptcy Desk/Managing Agent
1333 Rexsford P-2
Las Vegas, NV 89104

**Apache Framing, LLC 09-14818 - U.S. Mail**                                    Served 4/17/2009

Salazar;Edgar
Attn: Bankruptcy Desk/Managing Agent
1221 Honey Lake Ct
Las Vegas, NV 89110

Saldana, Jose Luis
Attn: Bankruptcy Desk/Managing Agent
2812 Desert Song Drive
Las Vegas, NV 89106

Salgado-Laurel,Santiago
Attn: Bankruptcy Desk/Managing Agent
1309 22nd St # 1
Las Vegas, NV 89101

Salinas T,Ramon
Attn: Bankruptcy Desk/Managing Agent
2119 Webster St
North Las Vegas, NV 89030

Salinas, Jose Roberto
Attn: Bankruptcy Desk/Managing Agent
4716 Shoen Avenue
Las Vegas, NV 89110

Salinas-E,Alfonzo
Attn: Bankruptcy Desk/Managing Agent
3142 Richford Pl
Las Vegas, NV 89102

Salinas-Magana,Alan
Attn: Bankruptcy Desk/Managing Agent
4716 Shoen Ave
Las Vegas, NV 89110

Sanchez Cornejo,David De Jesus
Attn: Bankruptcy Desk/Managing Agent
2216 W. Owens Ave
North Las Vegas, NV 89030

Sanchez Lopez;Efrain
Attn: Bankruptcy Desk/Managing Agent
2417 Arrowhead
N Las Vegas, NV 89030

Sanchez V,Jorge
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center Dr # 17 D
North Las Vegas, NV 89030

Sanchez, Oscar F
Attn: Bankruptcy Desk/Managing Agent
1846 Bartoli #2
Las Vegas, NV 89115

Sanchez,Josafat
Attn: Bankruptcy Desk/Managing Agent
1324 Kari Lee
Las Vegas, NV 89146

Sanchez,Jose
Attn: Bankruptcy Desk/Managing Agent
5004 S. Maryland Pkwy # 10
Las Vegas, NV 89119

Sanchez,Jose A.
Attn: Bankruptcy Desk/Managing Agent
1936 Cindy Sue # D
Las Vegas, NV 89106

Sanchez,Jose J
Attn: Bankruptcy Desk/Managing Agent
248 E. Foster Ave
Henderson, NV 89011

Sanchez,Librado S.
Attn: Bankruptcy Desk/Managing Agent
8632 Yamamoto St
Las Vegas, NV 89131

Sanchez,Luis
Attn: Bankruptcy Desk/Managing Agent
816 Judson Ave
North Las Vegas, NV 89030

Sanchez-Soto,Mario R.
Attn: Bankruptcy Desk/Managing Agent
841 Park Hurst St
Las Vegas, NV 89110

Sandlin Lumber Company
Attn: Bankruptcy Desk/Managing Agent
5555 So. Arville
Las Vegas, NV 89103

Sandoval Sanabia,Maura
Attn: Bankruptcy Desk/Managing Agent
3325 N. Nellis Blvd # 171
Las Vegas, NV 89115

Sandoval-Arias,Teodoro
Attn: Bankruptcy Desk/Managing Agent
2524 McCarren Apt 6
North Las Vegas, NV 89030

Santana;Omar R
Attn: Bankruptcy Desk/Managing Agent
1915 Crawford
N Las Vegas, NV 89030

Santos-Lazaro; Joel
Attn: Bankruptcy Desk/Managing Agent
2100 Christina St
N Las Vegas, NV 89030

Santos-Linares,Leonardo
Attn: Bankruptcy Desk/Managing Agent
1413 Henri Dr Apt A
Las Vegas, NV 89110

**Apache Framing, LLC 09-14818 - U.S. Mail**                                          **Served 4/17/2009**

Sarabia, Gabriel Quinto
Attn: Bankruptcy Desk/Managing Agent
1498 Arlington Heights
Las Vegas, NV 89110

Saunders Brothers
Attn: Bankruptcy Desk/Managing Agent
1285 Bixby Drive
City of Industry, CA 91745-1708

Savalza, Ramon
Attn: Bankruptcy Desk/Managing Agent
2217 Sunrise Ave
Las Vegas, NV 89101

Scheer's Incorporated
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane Suite 400
Westmont, IL 60559-5570

Sebastian, Diego
Attn: Bankruptcy Desk/Managing Agent
1417 Brooks Ave
North Las Vegas, NV 89030

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Serna Serna, Gabriel
Attn: Bankruptcy Desk/Managing Agent
5210 E. Owens
Las Vegas, NV 89110

Serna, Jose Carrillo
Attn: Bankruptcy Desk/Managing Agent
1883 Fulstone Way #2
Las Vegas, NV 89115

Serna, Teodoro
Attn: Bankruptcy Desk/Managing Agent
5210 E Owens Ave #A
Las Vegas, NV 89110

Serna, Gabriel A
Attn: Bankruptcy Desk/Managing Agent
5210 E. Owens # A
Las Vegas, NV 89110

Serrano Perez, L. Bacilio
Attn: Bankruptcy Desk/Managing Agent
98 S. Martin Luther King # 208
Las Vegas, NV 89106

Serrano, Ronald A.
Attn: Bankruptcy Desk/Managing Agent
5621 Auburn St
Las Vegas, NV 89108

Serrano-Oliva, Mauricio
Attn: Bankruptcy Desk/Managing Agent
2513 Salt Lake St. # A
North Las Vegas, NV 89030

Serratos Quinonez, Edgar Omar
Attn: Bankruptcy Desk/Managing Agent
1931 Ona Marie
North Las Vegas, NV 89032

Sierra, Tony
Attn: Bankruptcy Desk/Managing Agent
2655 E. Deer Spring Way # 1165
Las Vegas, NV 89086

Siguenza, Israel
Attn: Bankruptcy Desk/Managing Agent
6101 Cromwell Cr.
Las Vegas, NV 89107

Silva P, Eduardo
Attn: Bankruptcy Desk/Managing Agent
1324 Kari Lee Ct # D
Las Vegas, NV 89146

Silva, Salvador
Attn: Bankruptcy Desk/Managing Agent
1324 Kary Lee # D
Las Vegas, NV 89110

Silva-Perez, Enrique
Attn: Bankruptcy Desk/Managing Agent
3112 Brady Ave
North Las Vegas, NV 89101

Silva-Solis, Jaime
Attn: Bankruptcy Desk/Managing Agent
4975 Duneville St. # 134
Las Vegas, NV 89118

Sinay-A, Fernando
Attn: Bankruptcy Desk/Managing Agent
2500 Paradise Way
Las Vegas, NV 89120

Sixtos, Onesimo
Attn: Bankruptcy Desk/Managing Agent
217 Jackson
Las Vegas, NV 89106

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                                                          **Served 4/17/2009**

Solano Juarez,Manuel
Attn: Bankruptcy Desk/Managing Agent
2324 Tessa Ct
Las Vegas, NV 89032

Solano Vega,Fidencio
Attn: Bankruptcy Desk/Managing Agent
2940 Daley St
North Las Vegas, NV 89030

Solis,Sijifredo
Attn: Bankruptcy Desk/Managing Agent
1160 May Ave
Las Vegas, NV 89104

Solis-Barojas,Fernando
Attn: Bankruptcy Desk/Managing Agent
5205 Hillman Ave
Las Vegas, NV 89142

Sosa Galingdo,Arturo
Attn: Bankruptcy Desk/Managing Agent
1501 Teton
Las Vegas, NV 89101

Sosa Vargas,Daniel I.
Attn: Bankruptcy Desk/Managing Agent
1501 Teton St.
Las Vegas, NV 89101

Soto Mayor,Hector A.
Attn: Bankruptcy Desk/Managing Agent
1811 Fulstone # 3
Las Vegas, NV 89115

Soto-Estrada,Aroldo
Attn: Bankruptcy Desk/Managing Agent
5554 Halverm Ave
Las Vegas, NV 89110

Spinale,James D.
Attn: Bankruptcy Desk/Managing Agent
PO Box 94113
Las Vegas, NV 89193

Sprint
Attn: Bankruptcy Desk/Managing Agent
PO Box 79357
City of Industry, CA 91716-9357

Stafford,Dean
Attn: Bankruptcy Desk/Managing Agent
6810 Fallona St.
Las Vegas, NV 89156

Stafford,John
Attn: Bankruptcy Desk/Managing Agent
2857 Prestonwood St.
Las Vegas, NV 89156

Stanley Guardado,Richard
Attn: Bankruptcy Desk/Managing Agent
2300 La Puente St.
Las Vegas, NV 89115

State Collection&Disbursements
Attn: Bankruptcy Desk/Managing Agent
PO Box 989067
West Sacramento, CA 95798-9067

State Collections & Distrib
Attn: Bankruptcy Desk/Managing Agent
PO Box 98950
Las Vegas, NV 89193-8950

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
AR PAYMENTS
PO BOX 52685
Phoenix, AZ 85072

State of Nevada Department of
Attn: Bankruptcy Desk/Managing Agent
Employment Security
500 East Third Street
Carson City, NV 89713

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

State of Nevada-Bus Lic Renew
Attn: Bankruptcy Desk/Managing Agent
PO Box 52614
Phoenix, AZ 85072-2614

Steel Engineers Inc
Attn: Bankruptcy Desk/Managing Agent
716 West Mequite Ave
Las Vegas, NV 89106-4699

Striker,Timothy J.
Attn: Bankruptcy Desk/Managing Agent
7675 Hampton Cove Ln
Las Vegas, NV 89113

Sun State Components
Attn: Bankruptcy Desk/Managing Agent
4915 N Berg St
No Las Vegas, NV 89031

Sunstate Equipment
Attn: Bankruptcy Desk/Managing Agent
P.O Box 52581
Phoenix, AZ 85072-2581

Tabarez Martinez,Jose
Attn: Bankruptcy Desk/Managing Agent
1641 Ingraham St
North Las Vegas, NV 89030

**Apache Framing, LLC 09-14818 - U.S. Mail**                                      **Served 4/17/2009**

Tadeo-Valentinez,Juan
Attn: Bankruptcy Desk/Managing Agent
3517 Thomas Ave Apt # 3
North Las Vegas, NV 89030

Tadeo-Valentinez,Mario
Attn: Bankruptcy Desk/Managing Agent
3517 Thomas Ave Apt # 3
North Las Vegas, NV 89030

Taylor,Aaron J
Attn: Bankruptcy Desk/Managing Agent
7725 Cobden Ct
Las Vegas, NV 89147

Taylor,James A
Attn: Bankruptcy Desk/Managing Agent
7725 Cobden Ct
Las Vegas, NV 89147

Ted Wiens Tire Center
Attn: Bankruptcy Desk/Managing Agent
1701 Las Vegas Blvd South
Las Vegas, NV 89104

Teresa Erickson
Attn: Bankruptcy Desk/Managing Agent
1809 Birch St
Las Vegas, NV 89102

The CIT Group/EF
Attn: Bankruptcy Desk/Managing Agent
File #55603
Los Angeles, CA 90074-5603

Thompson,Rov D
Attn: Bankruptcy Desk/Managing Agent
286 Sturgeon Ln
Las Vegas, NV 89101

Timmers,Ryan
Attn: Bankruptcy Desk/Managing Agent
7456 W, Cancero Ave
Las Vegas, NV 89113

Tinoco,Marco Antonio
Attn: Bankruptcy Desk/Managing Agent
2831 Kim Ln. Apt 151
Norht Las Vegas, NV 89030

Topping, Justin A.
Attn: Bankruptcy Desk/Managing Agent
Las Vegas, NV 89032

Torres Lopez,Miguel
Attn: Bankruptcy Desk/Managing Agent
1408 E. Nelson St. # E
North Las Vegas, NV 89030

Torres,Cruz
Attn: Bankruptcy Desk/Managing Agent
6053 Glenborough St.
Las Vegas, NV 89115

Torres,Gonzalo
Attn: Bankruptcy Desk/Managing Agent
2516 Ellis St. # 1
North Las Vegas, NV 89130

Torres,Jorge
Attn: Bankruptcy Desk/Managing Agent
3901 Olive St
Las Vegas, NV 89104

Torres,Rene
Attn: Bankruptcy Desk/Managing Agent
2707 Thunders Struck
N Las Vegas, NV 89030

Torres; Fidel
Attn: Bankruptcy Desk/Managing Agent
777 Quartz Ave PMB 7724
Sandy Valley, NV 89019

Toscano. Jesus
Attn: Bankruptcy Desk/Managing Agent
3320 Tomas Ave # A
N Las Vegas, NV 89030

Trailer Tech
Attn: Bankruptcy Desk/Managing Agent
Warehouse Distributions
5495 South Valley View
Las Vegas, NV 89118

Trapp,Douglas L.
Attn: Bankruptcy Desk/Managing Agent
1117 Pleasant Brooks St.
Las Vegas, NV 89142

United Rentals Northwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
File 51122
Los Angeles, CA 90074-1122

United Road Services Inc
Attn: Bankruptcy Desk/Managing Agent
dba Quality Towing & SST Towing
2201 N Commerce Street
Las Vegas, NV 89030-4148

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
PO Box 105078
Atlanta, GA 30348-5078

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                                        Served 4/17/2009

Valdivia, Jose De Leon
Attn: Bankruptcy Desk/Managing Agent
213 Cervantes St
Las Vegas, NV 89101

Valencia Mendoza,Juan M.
Attn: Bankruptcy Desk/Managing Agent
4770 E. Owens Ave # 207
Las Vegas, NV 89110

Valencia, Jose Julian
Attn: Bankruptcy Desk/Managing Agent
1650 N Pecos #3038
Las Vegas, NV 89115

Valencia,Gerardo
Attn: Bankruptcy Desk/Managing Agent
4770 E. Owens
Las Vegas, NV 89110

Valencia-Vazquez,Victor
Attn: Bankruptcy Desk/Managing Agent
917 Tonopah Ave
North Las Vegas, NV 89030

Valenzuela Aguayo,Rodolfo
Attn: Bankruptcy Desk/Managing Agent
4898 E. Monroe
Las Vegas, NV 89110

Valenzuela,Gustavo
Attn: Bankruptcy Desk/Managing Agent
3401 Heather Ave
N Las Vegas, NV 89030

Valladares-Flores,Enrique
Attn: Bankruptcy Desk/Managing Agent
625 N. 13th St. # C
Las Vegas, NV 89101

Valle,Jeovany A.
Attn: Bankruptcy Desk/Managing Agent
1372 Honolulu
Las Vegas, NV 89104

Valle-Anaya,Raul O.
Attn: Bankruptcy Desk/Managing Agent
1372 Honolulu St
Las Vegas, NV 89104

Vallejo; Jorge
Attn: Bankruptcy Desk/Managing Agent
3401 Lillis Cir
N Las Vegas, NV 89030

Valles-Martinez;Nicolas
Attn: Bankruptcy Desk/Managing Agent
1212 Putnam Ave
N Las Vegas, NV 89030

Valley Air Conditioning &
Attn: Bankruptcy Desk/Managing Agent
Refrigeration, Inc.
PO Box 93061
Las Vegas, NV 89193

Valley,Michael J.
Attn: Bankruptcy Desk/Managing Agent
6925 Water Pipet  Ave
North Las Vegas, NV 89084

Vallez,Caleb D
Attn: Bankruptcy Desk/Managing Agent
6925 Water Pipet Ave
North Las Vegas, NV 89084

Vallez,Danny B
Attn: Bankruptcy Desk/Managing Agent
6235 Guadalupe Ave
Las Vegas, NV 89108

Vallez,Gilbert B.
Attn: Bankruptcy Desk/Managing Agent
660 Gritty Garnet Ave
Las Vegas, NV 89183

Vallez,Justin D.
Attn: Bankruptcy Desk/Managing Agent
6235 Guadlupe Ave
Las Vegas, NV 89108

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vargas, Carlos
Attn: Bankruptcy Desk/Managing Agent
4346 Scarlet Sea Ave
N Las Vegas, NV 89031

Vargas, Juan Guillermo
Attn: Bankruptcy Desk/Managing Agent
3200 South Arville #99
Las Vegas, NV 89102

Vargas, Juan Ramirez
Attn: Bankruptcy Desk/Managing Agent
4518 Sun Vista
Las Vegas, NV 89104

Vargas, Martin
Attn: Bankruptcy Desk/Managing Agent
4628 Grasshopper Dr
Las Vegas, NV 89122

Vasquez Villalta,Isais
Attn: Bankruptcy Desk/Managing Agent
4400 Halbert Ave
Las Vegas, NV 89110

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                    **Served 4/17/2009**

Vazquez, Fernando Diaz
Attn: Bankruptcy Desk/Managing Agent
3401 N Walnut #360
Las Vegas, NV 89115

Vazquez,Aldo I
Attn: Bankruptcy Desk/Managing Agent
1802 Harding St
North Las Vegas, NV 89030

Vazquez,Armando
Attn: Bankruptcy Desk/Managing Agent
2751 E. Bonanza # F 1105
Las Vegas, NV 89101

Vazquez,Noe
Attn: Bankruptcy Desk/Managing Agent
2121 Uilom Dr.
Las Vegas, NV 89108

Vazquez,Vicente
Attn: Bankruptcy Desk/Managing Agent
2013 Carver Ave
North Las Vegas, NV 89032

Vega, Jose Antonio
Attn: Bankruptcy Desk/Managing Agent
2424 Saint George St #B
North Las Vegas, NV 89030

Vegas Propane, Inc.
Attn: Bankruptcy Desk/Managing Agent
4610 Eaker St
N Las Vegas, NV 89081

Vela,Jose
Attn: Bankruptcy Desk/Managing Agent
1925 Crawford St
North Las Vegas, NV 89030

Velasquez-A.,Danny J.
Attn: Bankruptcy Desk/Managing Agent
2600 Arville St B-6
Las Vegas, NV 89102

Ventura,Angel
Attn: Bankruptcy Desk/Managing Agent
1601 Cordoba Ln # C
Las Vegas, NV 89108

Ventura;Martin
Attn: Bankruptcy Desk/Managing Agent
3750 E. Bonanza # 3
Las Vegas, NV 89110

Vidales, Pedro
Attn: Bankruptcy Desk/Managing Agent
4716 Shoen Avenue
Las Vegas, NV 89110

Viera P.,Gustavo
Attn: Bankruptcy Desk/Managing Agent
3832 Arizona Ave
Las Vegas, NV 89104

Viera-Beltran; Carlos
Attn: Bankruptcy Desk/Managing Agent
6008 Golden Sun Ct
Las Vegas, NV 89081

Villa Gil,Armando
Attn: Bankruptcy Desk/Managing Agent
1711 Yale St. # 104
North Las Vegas, NV 89030

Villa Grande,Maer
Attn: Bankruptcy Desk/Managing Agent
1936 Cindy Sue # D
Las Vegas, NV 89106

Villalfana Sandoval,Hipolito
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center Dr. # 17 D
North Las Vegas, NV 89030

Villalta,Ricardo
Attn: Bankruptcy Desk/Managing Agent
4247 Ridgedale Ave
Las Vegas, NV 89121

Villanueva,Edwin
Attn: Bankruptcy Desk/Managing Agent
6349 Bristol Way
Las Vegas, NV 89107

Villanueva,Henry
Attn: Bankruptcy Desk/Managing Agent
3937 Spencer St. # 71
Las Vegas, NV 89119

Villegas,Manolo
Attn: Bankruptcy Desk/Managing Agent
329 Nellis # 72
Las Vegas, NV 89115

Villegas-Montoya,Ignacio
Attn: Bankruptcy Desk/Managing Agent
2214 Statz # G
North Las Vegas, NV 89030

Virgen,Jesus
Attn: Bankruptcy Desk/Managing Agent
5231 San Anselmo St.
Las Vegas, NV 89120

Virginia,Richard
Attn: Bankruptcy Desk/Managing Agent
827 Manor Shores Rd.
Henderson, NV 89002

**Apache Framing, LLC 09-14818 - U.S. Mail**                                                    **Served 4/17/2009**

Vivar, Antonio
Attn: Bankruptcy Desk/Managing Agent
5354 Corral Court
Las Vegas, NV 89119

Walker Jr.,Lawrence L
Attn: Bankruptcy Desk/Managing Agent
4650 W. Oakey Blvd # 1072
Las Vegas, NV 89142

Warm Springs RV & Mini Storage
Attn: Bankruptcy Desk/Managing Agent
721 Capehorn Dr
Henderson, NV 89011

WBJ Industries
Attn: Bankruptcy Desk/Managing Agent
2929 Ensalmo Way
Laughlin, NV 89029

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wells Fargo Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
NW 5934
PO Box 1450
Minneapolis, MN 55485-5934

Werdco BC, Inc.
Attn: Bankruptcy Desk/Managing Agent
4660 Flippin Street
Las Vegas, NV 89115

White Cap Industries
Attn: Bankruptcy Desk/Managing Agent
125 Corporate Park Dr.
Henderson, NV 89015

Wiedemer,Michael B.
Attn: Bankruptcy Desk/Managing Agent
6153 Browning Way
Las Vegas, NV 89130

Winroc
Attn: Bankruptcy Desk/Managing Agent
3775 East Sahara
Las Vegas NV 89104

Winston,Markeseion
Attn: Bankruptcy Desk/Managing Agent
3630 W. Owens # 2060
Las Vegas, NV 89115

Winter,Christopher C.
Attn: Bankruptcy Desk/Managing Agent
6604 Escalon Dr.
Las Vegas, NV 89108

Wireless Consulting Corp
Attn: Bankruptcy Desk/Managing Agent
4955 South Durango Dr
Ste 151
Las Vegas, NV 89113

Woodworkers Emporium
Attn: Bankruptcy Desk/Managing Agent
5461 S Arville
Las Vegas, NV 89118

Zamudio,Rupert R.
Attn: Bankruptcy Desk/Managing Agent
3515 Trotting Horse Rd.
North Las Vegas, NV 89032

Zazueta,David J.
Attn: Bankruptcy Desk/Managing Agent
1864 Hasib Ct.
Las Vegas, NV 89156

Zendejas Jr, Manuel
Attn: Bankruptcy Desk/Managing Agent
3908 Centura Ave
Las Vegas, NV 89110

Zimmerman,Stephan E
Attn: Bankruptcy Desk/Managing Agent
3507 Greenwick Dr.
North Las Vegas, NV 89032

Zuluaga,Salvador
Attn: Bankruptcy Desk/Managing Agent
5812 W. Washington # C
Las Vegas, NV 89107

Zuniga,Francisco J.
Attn: Bankruptcy Desk/Managing Agent
1920 Alwil St. # D
Las Vegas, NV 89106

Zurich Recovery Services
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 64944
Chicago, IL 60666-0944

Creditors:  957

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **GERONIMO PLUMBING, LLC** | Case No.: BK-S-09-14820-LBR |
| Debtor. | Chapter 11 |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2 UNITED STATES BANKRUPTCY COURT

3 DISTRICT OF NEVADA

4 In re:

5 GERONIMO PLUMBING, LLC                    Chapter 11
  Tax I.D. No.  20-1786897
6                                           Case No. BK-S-09-14820-LBR

7 _____ Debtor. _____/

8

9 **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
   AND DEADLINES**

10

11 A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

12 You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
   consult an attorney to protect your rights. All documents filed in this case may be viewed at the
13 bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
   may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
14 the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
   and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15
   NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
16 enclosed on the page of this Notice entitled "Explanations."

17 **Attorney for Debtor(s) (name and address):**

18                          ZACHARIAH LARSON
                            LARSON & STEPHENS
19                     810 S. CASINO CENTER BLVD., SUITE 104
                            LAS VEGAS, NV 89101
20                     Telephone number:  (702) 382-1170

21                    PACHULSKI STANG ZIEHL & JONES LLP
                     10100 SANTA MONICA BLVD., 11ᵗʰ FLOOR
22                         LOS ANGELES, CA 90067-4100
                         Telephone Number: (310) 277-6910

23

24 **Meeting of Creditors**

25                          **DATE**: May 7, 2009
                            **TIME**: 3:00 PM
26           **LOCATION:**  Foley Federal Building and U.S. Courthouse
             300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101
27
                       **Creditor with a Foreign Address:**
28 See additional information enclosed on the page of this Notice entitled "Explanations," under the
   paragraph named "Meeting of Creditors."

<table>
<tr><td>

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit: **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims." All claims should be mailed to the Claims Agent listed below. If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor:**

Heritage Land Company, LLC<br>c/o Omni Management Group, LLC<br>16161 Ventura Blvd., Suite C<br>PMB 477<br>Encino, CA 91436<br>Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**
</td></tr>
<tr><td>

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay. If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.
</td></tr>
<tr><td>

**Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone Number: (702) 388-6257<br>Hours Open: Monday - Friday 9:00 AM - 4:00 PM
</td></tr>
</table>

- 2 -

| | **EXPLANATIONS** |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Geronimo Plumbing, LLC** | Case Number: **09-14820** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (　　　)　　　-

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (　　　)　　　-

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:  $                    Annual Interest Rate: _____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$                    Basis for perfection:

| Amount Secured | Amount Unsecured |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name                                    Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0867                    0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**

Served 4/17/2009

Abbott;Kenneth D.
Attn: Bankruptcy Desk/Managing Agent
4124 Swept Plains St
Las Vegas, NV 89129

Abbott;Steven
Attn: Bankruptcy Desk/Managing Agent
6521 Chatterer St
N Las Vegas, NV 89084

Able Dist. Div of Hajoca
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29364
Phoenix, AZ 85038-9364

Acevedo-Perez;Alejandro
Attn: Bankruptcy Desk/Managing Agent
3851 Alto Ave
Las Vegas, NV 89115

Aguiar-Garcia;Ignacio
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane #K2
Las Vegas, NV 89115

Aguilar Alvarado;Maudilio
Attn: Bankruptcy Desk/Managing Agent
2212 Mc Carren St.
N Las Vegas, NV 89030

Aguilar Garcia;Jesus
Attn: Bankruptcy Desk/Managing Agent
1129 Miller Ave
Las Vegas, NV 89106

Aguilar;Hector
Attn: Bankruptcy Desk/Managing Agent
1129 Miller Ave
Las Vegas, NV 89106

Aguilar;Manuel
Attn: Bankruptcy Desk/Managing Agent
2305 Glassport
Las Vegas, NV 89032

Aguilera Cortez;Ricardo
Attn: Bankruptcy Desk/Managing Agent
1811 Stewart Ave # A
Las Vegas, NV 89101

Aguilera-Rios;Ismael
Attn: Bankruptcy Desk/Managing Agent
8111 Stewart Ave # A
Las Vegas, NV 89101

Aguilera-Rios;Juan Antonio
Attn: Bankruptcy Desk/Managing Agent
8111 Stewart Ave # A
Las Vegas, NV 89101

Ahern Rentals
Attn: Bankruptcy Desk/Managing Agent
4241 S Arville Street
Las Vegas NV  89103

Alaniz-Ruiz;Graciela
Attn: Bankruptcy Desk/Managing Agent
5304 Retablo # A
Las Vegas, NV 89103

Alvarez;Bernardo
Attn: Bankruptcy Desk/Managing Agent
900 Villa Inn Ct
Las Vegas, NV 89110

Alvarez;Daniel
Attn: Bankruptcy Desk/Managing Agent
2651 S. Decatur Blvd # 146
Las Vegas, NV 89102

Alvarez;Joel
Attn: Bankruptcy Desk/Managing Agent
825 N. Lamb #270
Las Vegas, NV 89110

Alvarez;Leobardo
Attn: Bankruptcy Desk/Managing Agent
825 N. Lamb #46
Las Vegas, NV 89110

Alvaro Lujan
Attn: Bankruptcy Desk/Managing Agent
4948 Saratoga Circle
Las Vegas, NV 89120

Ameca Garcia;Manuel
Attn: Bankruptcy Desk/Managing Agent
2300 Rock Springs Blvd., 9
Las Vegas, NV 89128

Amezcua;Carlos
Attn: Bankruptcy Desk/Managing Agent
4069 Vicente
Las Vegas, NV 89115

Anderson;Eric A.
Attn: Bankruptcy Desk/Managing Agent
3636 Markam St
Las Vegas, NV 89121

Andrea Benzel
Attn: Bankruptcy Desk/Managing Agent
3348 Moon River Street
Las Vegas, NV 89129

Aranda;Hector
Attn: Bankruptcy Desk/Managing Agent
1825 Goldfield # 7
N Las Vegas, NV 89030

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                          Served 4/17/2009

Archer;Roger W.
Attn: Bankruptcy Desk/Managing Agent
2488 Sturrock Dr.
Henderson, NV 89044

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arreola;Abraham
Attn: Bankruptcy Desk/Managing Agent
2233 N. Jones Blvd. # 3
Las Vegas, NV 89108

Arreola;Jesus
Attn: Bankruptcy Desk/Managing Agent
2104 E. Mc Williams
Las Vegas, NV 89101

Arreolal;Cesar
Attn: Bankruptcy Desk/Managing Agent
2233 N. Jones Blvd # 3
Las Vegas, NV 89108

Arroyo-Guillen;Luis A
Attn: Bankruptcy Desk/Managing Agent
3236 Mary Dee Ave # A
N Las Vegas, NV 89030

Ascencio;Renan
Attn: Bankruptcy Desk/Managing Agent
232 S. Crestline Dr
Las Vegas, NV 89107

Astorga;Jose Luis
Attn: Bankruptcy Desk/Managing Agent
3650 Lakemead St # 258
Las Vegas, NV 89115

Auto Zone
Attn: Bankruptcy Desk/Managing Agent
4850 South Jones B
Las Vegas, NV 89103

Avila;Juan M.
Attn: Bankruptcy Desk/Managing Agent
3220 Figler Ct. # C
N Las Vegas, NV 89030

B & D Service Center #180
Attn: Bankruptcy Desk/Managing Agent
5565 S. Decatur Blvd., Ste 103
Las Vegas, NV 89118

B & L DMV Services
Attn: Bankruptcy Desk/Managing Agent
5321 Del Monte Ave
Las Vegas, NV 89146

Badillo Gomez;Diego
Attn: Bankruptcy Desk/Managing Agent
2949 Sandy Lane # A9
Las Vegas, NV 89115

Badillo;Miguel Angel
Attn: Bankruptcy Desk/Managing Agent
701 N. 11th St.
Las Vegas, NV 89101

Badillo-Rangel;Alejandro
Attn: Bankruptcy Desk/Managing Agent
504 Julian St., Apt # A
Las Vegas, NV 89101

Baez Camacho;Edmundo
Attn: Bankruptcy Desk/Managing Agent
1166 Lulu Ave., #16
Las Vegas, NV 89119

Baez Camacho;Jose
Attn: Bankruptcy Desk/Managing Agent
1166 Lulu Ave., #16
Las Vegas, NV 89119

Baez-Camacho;Celso
Attn: Bankruptcy Desk/Managing Agent
1166 Lulu Ave # 16
Las Vegas, NV 89119

Bahena;Amparo
Attn: Bankruptcy Desk/Managing Agent
2309 N. Mallard St
Las Vegas, NV 89108

Balderama Lamas;Jaime
Attn: Bankruptcy Desk/Managing Agent
3856 Blue Wave Dr.
Las Vegas, NV 89115

Balli;Anthony D.
Attn: Bankruptcy Desk/Managing Agent
1521 Watercreek Dr.
N Las Vegas, NV 89032

Banuelos;Pedro
Attn: Bankruptcy Desk/Managing Agent
97 Lupin Ct.
Las Vegas, NV 89110

Barahona;Jose
Attn: Bankruptcy Desk/Managing Agent
4763 Cassna Ave
Las Vegas, NV 89115

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**

Served 4/17/2009

Barragan-Avarca;Fidencio
Attn: Bankruptcy Desk/Managing Agent
4111 Venus St.
Pahrump, NV 89048

Barrales;Gamaliel
Attn: Bankruptcy Desk/Managing Agent
5310 Lowell Ave
Las Vegas, NV 89110

Barrales;Jonathan
Attn: Bankruptcy Desk/Managing Agent
5320 Lowell
Las Vegas, NV 89110

Barrales-Garcia;Erik
Attn: Bankruptcy Desk/Managing Agent
1210 Lowell
N Las Vegas, NV 89030

Bedolla C.;Omar
Attn: Bankruptcy Desk/Managing Agent
4352 Pennwood # 1
Las Vegas, NV 89102

Beltran;Manuel R.
Attn: Bankruptcy Desk/Managing Agent
3535 Mercury St. #E
N Las Vegas, NV 89030

Ben Huffman
Attn: Bankruptcy Desk/Managing Agent
3632 Hammock St
Las Vegas, NV 89147

Bernal;Julio
Attn: Bankruptcy Desk/Managing Agent
3041 Carroll St.
N Las Vegas, NV 89030

Bernal-Bugueno;Gabriel
Attn: Bankruptcy Desk/Managing Agent
2925 Carroll St.
N Las Vegas, NV 89030

Bernal-Claudio;Salvador
Attn: Bankruptcy Desk/Managing Agent
4805 Apawana
Las Vegas, NV 89108

Bolanos;Filemon
Attn: Bankruptcy Desk/Managing Agent
604 N. 12th St. # D
Las Vegas, NV 89101

Bonilla;Ever J
Attn: Bankruptcy Desk/Managing Agent
1409 Labrador Dr.
Las Vegas, NV 89142

Boyzo Garcia;Eleazar
Attn: Bankruptcy Desk/Managing Agent
11640 Rossovino St.
Las Vegas, NV 89123

Boyzo;Humberto
Attn: Bankruptcy Desk/Managing Agent
10222 Lavender Mist Ct
Las Vegas, NV 89123

Bravo Munguia;Manuel
Attn: Bankruptcy Desk/Managing Agent
105 Palisade
Las Vegas, NV 89110

Bravo-Mendoza;Miguel Angel
Attn: Bankruptcy Desk/Managing Agent
3815 N. Nellis # 32
Las Vegas, NV 89115

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Bridge;Curtis Leon
Attn: Bankruptcy Desk/Managing Agent
1664 Leather Leaf Dr.
Las Vegas, NV 89123

Briones;Alvaro
Attn: Bankruptcy Desk/Managing Agent
2905 Las Vegas Blvd # 40
N Las Vegas, NV 89030

Bueno;Bladimir
Attn: Bankruptcy Desk/Managing Agent
2609 E. Mesquite
Las Vegas, NV 89101

Bueno-Gomez;Jose I
Attn: Bankruptcy Desk/Managing Agent
2609 E. Mesquite # A
Las Vegas, NV 89101

Buenrostro;Jaime
Attn: Bankruptcy Desk/Managing Agent
6402 Eldorado Pines Ave
Las Vegas, NV 89139

Buentiempo;Christpoher J.
Attn: Bankruptcy Desk/Managing Agent
5820 Meadows Dale Dr.
N Las Vegas, NV 89031

Builders Assoc of Western NV
Attn: Bankruptcy Desk/Managing Agent
575 S. Saliman Road
Carson City, NV 89701

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                    **Served 4/17/2009**

Cabrera Lezama;Javier
Attn: Bankruptcy Desk/Managing Agent
5061 Cambridge
Las Vegas, NV 89109

Cancino;Andres
Attn: Bankruptcy Desk/Managing Agent
1604 Putnam #A
N Las Vegas, NV 89030

Cancino;Ramiro
Attn: Bankruptcy Desk/Managing Agent
1608 Putnam # A
N Las Vegas, NV 89030

Cancino-Escalante;Miguel
Attn: Bankruptcy Desk/Managing Agent
1608 Putnam #A
N Las Vegas, NV 89030

Cardenas;Jesus
Attn: Bankruptcy Desk/Managing Agent
3212 Marry Dee
N Las Vegas, NV 89030

Cardenas-Duran;Emmanuel
Attn: Bankruptcy Desk/Managing Agent
3295 n. Nellis Blvd # 11
Las Vegas, NV 89115

Carrasco-Nunez;Jose
Attn: Bankruptcy Desk/Managing Agent
2200 Torrey Pines Dr
Las Vegas, NV 89108

Carratelli, Jr.;Nicholas R.
Attn: Bankruptcy Desk/Managing Agent
9912 Via Toro Ave
Las Vegas, NV 89117

Carratelli;Joseph D.
Attn: Bankruptcy Desk/Managing Agent
9599 W. Charleston, #1014
Las Vegas, NV 89117

Castellanos-Jimenez;Juan
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center Dr. # 2 H
N Las Vegas, NV 89030

Castellon;Julian
Attn: Bankruptcy Desk/Managing Agent
3236 Mary Dee Ave
N Las Vegas, NV 89030

Castenanos-Marin;Luciano
Attn: Bankruptcy Desk/Managing Agent
3224 Marydee Ave Apt A
N Las Vegas, NV 89030

Castrejon Alvarez;Sergio
Attn: Bankruptcy Desk/Managing Agent
2850 E. Bonanza # 8
Las Vegas, NV 89101

Castro Benitez;Julio C
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane # 86
Las Vegas, NV 89115

Castro Inocence;Ruben
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center
N Las Vegas, NV 89030

Castro;Carlos F
Attn: Bankruptcy Desk/Managing Agent
2021 Sandy Lake # 8
Las Vegas, NV 89115

Castro;Francisco
Attn: Bankruptcy Desk/Managing Agent
4775 Topaz St.
Las Vegas, NV 89121

Castro-Padilla;Franky
Attn: Bankruptcy Desk/Managing Agent
2635 Wyandotte # 22
Las Vegas, NV 89102

Chacon;Heliodoro
Attn: Bankruptcy Desk/Managing Agent
3886 E. Las Vegas Blvd
Las Vegas, NV 89121

Chase;Travis S
Attn: Bankruptcy Desk/Managing Agent
1850 Janet lane
Pahrump, NV 89060

Chavez;Jose L.
Attn: Bankruptcy Desk/Managing Agent
1364 Falling Leaf Ln
Las Vegas, NV 89142

Cheyenne Auto Parts
Attn: Bankruptcy Desk/Managing Agent
4675 C South Polaris Ave
Las Vegas, NV 89103

Chia-Sanchez;Federico
Attn: Bankruptcy Desk/Managing Agent
5413 N. Lamb Blvd Space # 32
Las Vegas, NV 89110

City of Boulder City
Attn: Bankruptcy Desk/Managing Agent
401 California Ave
Boulder City, NV 89005

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                        **Served 4/17/2009**

City of Bullhead
Attn: Bankruptcy Desk/Managing Agent
1255 Marina Blvd.
Bullhead City, AZ 86442

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
240 Water Street
Henderson, NV 89015

City of Kingman
Attn: Bankruptcy Desk/Managing Agent
City Clerks Office
310 N. 4th Street
Kingman, AZ 86401

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
400 Stewart Avenue, 3rd Floor
Las Vegas, NV 89101

City of Mesquite
Attn: Bankruptcy Desk/Managing Agent
10 E. Mesquite Blvd
Mesquite, NV 89027

City of North Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2200 Civic Center Drive
North Las Vegas, NV 89036

City of Pahrump
Attn: Bankruptcy Desk/Managing Agent
400 N. Highway 160
Pahrump, NV 89060

Clancy;David A
Attn: Bankruptcy Desk/Managing Agent
1829 Moser Dr
Henderson, NV 89015

Clancy;Laurie A.
Attn: Bankruptcy Desk/Managing Agent
1829 Moser Dr
Henderson, NV 89015

Clark County
Attn: Bankruptcy Desk/Managing Agent
Department of Business License
500 S. Grand Central Pkwy, 3rd Fl
Las Vegas, NV 89115-1810

Clark County Fire Department
Attn: Bankruptcy Desk/Managing Agent
575 E Flamingo Rd
Las Vegas, NV 89119

Clark County services
Attn: Bankruptcy Desk/Managing Agent
4678 S Valley View Blvd
Las Vegas, NV 89103

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Clark County-Building Dept
Attn: Bankruptcy Desk/Managing Agent
4701 West Russell Road
Las Vegas, NV 89118

CMA
Attn: Bankruptcy Desk/Managing Agent
40 E.Verdug Ave
Burbank, CA 91510-7740

Cobarruvias-Benitez;Emmanuel
Attn: Bankruptcy Desk/Managing Agent
3140 Van Deer Meer
N Las Vegas, NV 89030

Coleman;William E.
Attn: Bankruptcy Desk/Managing Agent
4550 E. Karen
Las Vegas, NV 89121

Colin Acevedo;Cesar
Attn: Bankruptcy Desk/Managing Agent
4723 E. Coronado
Las Vegas, NV 89104

Colindres;Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
2895 E. Charleston Blvd
Las Vegas, NV 89104

Consolidated Reprographics
Attn: Bankruptcy Desk/Managing Agent
345 Clinton Street
Costa Mesa, CA 92626-6011

Constables Office
Attn: Bankruptcy Desk/Managing Agent
309 S. Third Street
Las Vegas, NV 89155-2110

Contino Valhuerdi;Jorge F.
Attn: Bankruptcy Desk/Managing Agent
4440 Tamarus St
Las Vegas, NV 89119

Contreras Jr.;Eduardo
Attn: Bankruptcy Desk/Managing Agent
257 E. San Jacinto
Perris, CA 92570

Contreras;Juan
Attn: Bankruptcy Desk/Managing Agent
825 N. Lamb Blvd #46
N Las Vegas, NV 89030

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                        Served 4/17/2009

Contreras;Luis
Attn: Bankruptcy Desk/Managing Agent
9554 Sunshade Ct
Las Vegas, NV 89147

Cornejo Banderas;Jose Frutoso
Attn: Bankruptcy Desk/Managing Agent
2217 Sunrise Ave # 12
Las Vegas, NV 89101

Coronado;Orozco;Manuel
Attn: Bankruptcy Desk/Managing Agent
4511 Calico Cliff
N Las Vegas, NV 89031

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

Cortez Martinez;Jose Gilberto
Attn: Bankruptcy Desk/Managing Agent
517 N 28th St # 62
Las Vegas, NV 89101

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Cox;Daniel
Attn: Bankruptcy Desk/Managing Agent
625 Whitney Ranch Rd
Las Vegas, NV 89015

Crabtree;Jon A.
Attn: Bankruptcy Desk/Managing Agent
3420 Taylor Ave
N Las Vegas, NV 89030

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Crisostomo;Jose
Attn: Bankruptcy Desk/Managing Agent
5817 Iris Ave
Las Vegas, NV 89107

Cruz;Carlos E.
Attn: Bankruptcy Desk/Managing Agent
1412 Hacienda Ave # C
Las Vegas, NV 89119

Cruz;Eduardo Jaime
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Ln
N Las Vegas, NV 89115

Cruz;Leonardo Daniel
Attn: Bankruptcy Desk/Managing Agent
1013 Meyer Ave
Las Vegas, NV 89101

Cruz;Mario A
Attn: Bankruptcy Desk/Managing Agent
4352 Penwood
Las Vegas, NV 89102

Cruz-Camarena;Alejandro
Attn: Bankruptcy Desk/Managing Agent
2512 Hickey Ave
N Las Vegas, NV 89030

Cruz-Gomez;Luis
Attn: Bankruptcy Desk/Managing Agent
1013 Meyer Ave
Las Vegas, NV 89101

Cruz-Gonzalez;Jorge
Attn: Bankruptcy Desk/Managing Agent
1013 Meryer St.
Las Vegas, NV 89101

Cruz-J.;Jose Luis
Attn: Bankruptcy Desk/Managing Agent
2244 Statz
N Las Vegas, NV 89030

Cruz-Jaime;Gaudencio
Attn: Bankruptcy Desk/Managing Agent
3650 E. Lake Mead # 165
Las Vegas, NV 89115

Cuen;Jose A.
Attn: Bankruptcy Desk/Managing Agent
805 N. 20th St.
Las Vegas, NV 89101

Cuevas;Javier
Attn: Bankruptcy Desk/Managing Agent
4532 Swandale Ave
Las Vegas, NV 89121

Cumplido;Matthew James
Attn: Bankruptcy Desk/Managing Agent
10609 Spruce Brough
Las Vegas, NV 89123

Curiel-Chavez;Gilberto
Attn: Bankruptcy Desk/Managing Agent
1001 E. Carey # 1115
N Las Vegas, NV 89030

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                             **Served 4/17/2009**

Daher;David E
Attn: Bankruptcy Desk/Managing Agent
3644 Hammock St.
Las Vegas, NV 89147

David Groover & Associates
Attn: Bankruptcy Desk/Managing Agent
627 South Seventh Street
Las Vegas NV 89101

D-Best Inc.
Attn: Bankruptcy Desk/Managing Agent
5926 Red Rock Circle
Las Vegas, NV 89103

De Dios;Jose
Attn: Bankruptcy Desk/Managing Agent
3204 Fligler
N Las Vegas, NV 89030

Debbie Packard
Attn: Bankruptcy Desk/Managing Agent
25701 Hitchcock St
Henderson, NV 89052

Deberger;Justin M.
Attn: Bankruptcy Desk/Managing Agent
9450 Baltinglass St
Las Vegas, NV 89123

Delfante;Matthew J
Attn: Bankruptcy Desk/Managing Agent
5900 Sky Pointe Dr. # 2096
Las Vegas, NV 89130

Delgado;Isai
Attn: Bankruptcy Desk/Managing Agent
2855 N. Walnut
Las Vegas, NV 89115

Delgado,Miguel
Attn: Bankruptcy Desk/Managing Agent
3563 Tokyo Ct
Las Vegas, NV 89115

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Department of Motor Vehicles
Attn: Bankruptcy Desk/Managing Agent
555 Wright Way
Carson City, NV 89711-0725

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Pipe & Supply
Attn: Bankruptcy Desk/Managing Agent
Attn:  Kyle
5245 Procyon Street
Las Vegas, NV 89118

DHL Express
Attn: Bankruptcy Desk/Managing Agent
PO Box 4723
Houston, TX 772104723

Diaz-Aragon;Marvin Leonel
Attn: Bankruptcy Desk/Managing Agent
1550 E. Harmon Ave
Las Vegas, NV 89119

Diaz-Gomez;Enrique
Attn: Bankruptcy Desk/Managing Agent
2001 Sun Ave # A
N Las Vegas, NV 89030

Diaz-Navarro;Sergio A.
Attn: Bankruptcy Desk/Managing Agent
2940 Aries Cr
Las Vegas, NV 89115

Digiovanni;Charles J.
Attn: Bankruptcy Desk/Managing Agent
373 Morning View Dr
Henderson, NV 89008

Discount Tire Co.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29851
Phoenix, AZ 85038-9851

Dixon;Jason M
Attn: Bankruptcy Desk/Managing Agent
1620 Chapman Dr.
Las Vegas, NV 89104

Dodson-Diefenbach;Bruce A.
Attn: Bankruptcy Desk/Managing Agent
3879 San Andreas Ave
Las Vegas, NV 89121

Dream Tubs Inc,
Attn: Bankruptcy Desk/Managing Agent
7388 Scottish Castle Avenue
Las Vegas, NV 89113

Eakin;Ryan A.
Attn: Bankruptcy Desk/Managing Agent
705 Heritage Point
Henderson, NV 89015

Edwards;Andrew D
Attn: Bankruptcy Desk/Managing Agent
9836 Lenox Crest Pl.
Las Vegas, NV 89134

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**

Served 4/17/2009

Elizondo;Alex S
Attn: Bankruptcy Desk/Managing Agent
3750 E. Bonanza Rd. # 149
Las Vegas, NV 89110

Emmanuel Cardenus
Attn: Bankruptcy Desk/Managing Agent
9475 Marshall Creek St
Las Vegas, NV 89178

Espinoza;Carlos R
Attn: Bankruptcy Desk/Managing Agent
3240 Mary Dee
N Las Vegas, NV 89030

Espinoza;Israel
Attn: Bankruptcy Desk/Managing Agent
3851 Wynn Rd # 2008
Las Vegas, NV 89103

Espinoza;Jesus A.
Attn: Bankruptcy Desk/Managing Agent
3800 Wynn Rd # 805
Las Vegas, NV 89103

Espinoza-Cruz;Jorge
Attn: Bankruptcy Desk/Managing Agent
3827 Trouc Lake Ave
Las Vegas, NV 89115

Esquivel;Juan
Attn: Bankruptcy Desk/Managing Agent
2609 Mesquite #A
Las Vegas, NV 89101

Fairway GM Parts Center
Attn: Bankruptcy Desk/Managing Agent
PO Box 42997
Las Vegas, NV 89104

Farnsworth;Jasun A.
Attn: Bankruptcy Desk/Managing Agent
1128 Victorian Hills Ave
Henderson, NV 89015

Fasteners, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 80536
Las Vegas NV 89180-0536

Ferguson Enterprises Inc. #675
Attn: Bankruptcy Desk/Managing Agent
File #56809
Los Angeles, CA 90074-6809

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Flores;Anmi Saddaid
Attn: Bankruptcy Desk/Managing Agent
3755 N. Nellis #45
Las Vegas, NV 89115

Flores;Cesar
Attn: Bankruptcy Desk/Managing Agent
4401 Shoen Ave
Las Vegas, NV 89110

Flores;Erik
Attn: Bankruptcy Desk/Managing Agent
2244 Mc Caren St.
N Las Vegas, NV 89030

Flores;Leonardo
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center Dr. #15-G
N Las Vegas, NV 89115

Flores;Omar
Attn: Bankruptcy Desk/Managing Agent
5416 Seabaugh Ave
Las Vegas, NV 89107

Ford Country
Attn: Bankruptcy Desk/Managing Agent
Valley Auto Mall
280 North Gibson Rd
Henderson, NV 89014

Fraga;Raul
Attn: Bankruptcy Desk/Managing Agent
6501 W. Charleston Blvd # 226
Las Vegas, NV 89146

Franklin;John B.
Attn: Bankruptcy Desk/Managing Agent
2912 Howard Dr
Las Vegas, NV 89104

Frausto-Gonzales;Ramon
Attn: Bankruptcy Desk/Managing Agent
3844 E. Carey Ave.
Las Vegas, NV 89115

Galan;Ernesto
Attn: Bankruptcy Desk/Managing Agent
6156 Lanning
Las Vegas, NV 89108

Galan;Oscar
Attn: Bankruptcy Desk/Managing Agent
6156 Lanning
Las Vegas, NV 89108

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                    **Served 4/17/2009**

Galan;Ricardo
Attn: Bankruptcy Desk/Managing Agent
6156 Lanning Ln
Las Vegas, NV 89108

Galindo-Lopez;Eduardo
Attn: Bankruptcy Desk/Managing Agent
2300 Saturn Ave Unit D
N Las Vegas, NV 89030

Gallegos Delgado;Fernando
Attn: Bankruptcy Desk/Managing Agent
5500 Seabough Ave
Las Vegas, NV 89107

Gallegos;Fernando
Attn: Bankruptcy Desk/Managing Agent
2600 Willoughby
Las Vegas, NV 89101

Gallegos-Cortez;Germain
Attn: Bankruptcy Desk/Managing Agent
2617 Harewood
N Las Vegas, NV 89030

Gallegos-M.;Guillermo
Attn: Bankruptcy Desk/Managing Agent
1401 Meyer St.
Las Vegas, NV 89101

Garcia Andrade;Rosalio
Attn: Bankruptcy Desk/Managing Agent
3236 Mary Dee # B
N Las Vegas, NV 89030

Garcia Bautista;Mario
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane # E-8
Las Vegas, NV 89115

Garcia Jr.; Jorge
Attn: Bankruptcy Desk/Managing Agent
715 Aloe Yucca
Henderson, NV 89011

Garcia;Adolfo
Attn: Bankruptcy Desk/Managing Agent
3555 E. Lake Mead # K 113
Las Vegas, NV 89115

Garcia;Alejandro
Attn: Bankruptcy Desk/Managing Agent
451 N. Nellis Apt 1139
Las Vegas, NV 89125

Garcia;Daniel
Attn: Bankruptcy Desk/Managing Agent
5310 Lowell
Las Vegas, NV 89110

Garcia;Gerardo
Attn: Bankruptcy Desk/Managing Agent
4303 E. Viking Rd
Las Vegas, NV 89121

Garcia;Isidro
Attn: Bankruptcy Desk/Managing Agent
2321 Brooks
N Las Vegas, NV 89030

Garcia;Jorge
Attn: Bankruptcy Desk/Managing Agent
715 Aloe Yucca
Henderson, NV 89015

Garcia;Juan
Attn: Bankruptcy Desk/Managing Agent
3751 S. Nellis Blvd
Las Vegas, NV 89121

Garcia;Julian H.
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane #H3
Las Vegas, NV 89115

Garcia;Leonardo
Attn: Bankruptcy Desk/Managing Agent
3555 E. Lake Mead # K 113
Las Vegas, NV 89115

Garcia;Miguel Angel
Attn: Bankruptcy Desk/Managing Agent
5252 Elgin
Las Vegas, NV 89101

Garcia;Miguel R.
Attn: Bankruptcy Desk/Managing Agent
2321 Brooks
N Las Vegas, NV 89030

Garcia;Rangel
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane # B-5
Las Vegas, NV 89115

Garcia-Badillo;Isidro
Attn: Bankruptcy Desk/Managing Agent
4650 E. Carey # 60
Las Vegas, NV 89115

Garcia-C ;Mario
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane # E - 8
Las Vegas, NV 89115

Garcia-Garcia;Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
1900 E. Tropicana
Las Vegas, NV 89119

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                                                    Served 4/17/2009

Garcia-Haro;Jose S
Attn: Bankruptcy Desk/Managing Agent
3232 Figler # A
N Las Vegas, NV 89030

Garcia-Magana;Juan C
Attn: Bankruptcy Desk/Managing Agent
4480 Arlington
Las Vegas, NV 89110

Garcia-Magana;Rafael
Attn: Bankruptcy Desk/Managing Agent
4480 Arlington Park
Las Vegas, NV 89110

Garcia-N.;Mario Fco.
Attn: Bankruptcy Desk/Managing Agent
3856 Blue Wave Dr
Las Vegas, NV 89115

Garcia-Sanchez;Felipe
Attn: Bankruptcy Desk/Managing Agent
3140 Van Deer Meer
Las Vegas, NV 89032

Garcia-Velazquez;Eduardo
Attn: Bankruptcy Desk/Managing Agent
2240 Statz # C
N Las Vegas, NV 89030

Gates;James M.
Attn: Bankruptcy Desk/Managing Agent
509 NorthEast Stanton
Portland, OR 97212

Gerolaga;Ricky T.
Attn: Bankruptcy Desk/Managing Agent
9766 Silver Pebble
Las Vegas, NV 89123

GMAC Payment Processing Center
Attn: Bankruptcy Desk/Managing Agent
PO Box 9001948
Louisville, KY 40290-1948

Godinez-Lucatero;Guillermo
Attn: Bankruptcy Desk/Managing Agent
3204 Figler # B
N Las Vegas, NV 89030

Godoy;Carlos
Attn: Bankruptcy Desk/Managing Agent
2200 Torry Pines Dr. # 2108
N Las Vegas, NV 89108

Gomez De La Torre;Osvaldo
Attn: Bankruptcy Desk/Managing Agent
400 Ramsey St
Las Vegas, NV 89107

Gomez;Jaime
Attn: Bankruptcy Desk/Managing Agent
2421 Salt Lake St. # C
N Las Vegas, NV 89030

Gomez;Mario
Attn: Bankruptcy Desk/Managing Agent
2421 Salt Lake St. # C
Las Vegas, NV 89030

Gomez;Percival
Attn: Bankruptcy Desk/Managing Agent
2850 Cedar Ave., #132
Las Vegas, NV 89101

Gomez-Madrigal;Evelio
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane, #E-4
Las Vegas, NV 89115

Gonzales Esquijarosa;Yuddenis
Attn: Bankruptcy Desk/Managing Agent
4040 Boulder Hwy Apt 2112
Las Vegas, NV 89121

Gonzales;Jorge L
Attn: Bankruptcy Desk/Managing Agent
2211 Bassler St., #B
N Las Vegas, NV 89030

Gonzalez;Elvia Lucia
Attn: Bankruptcy Desk/Managing Agent
1825 Falcon Ridge
Las Vegas, NV 89142

Gonzalez;Juan
Attn: Bankruptcy Desk/Managing Agent
1608 Putnam
N Las Vegas, NV 89030

Gonzalez;Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
135 N. Cristy Lane
Las Vegas, NV 89110

Gonzalez;Misael
Attn: Bankruptcy Desk/Managing Agent
3220 Figler Apt C 1
N Las Vegas, NV 89030

Gonzalez;Porfirio
Attn: Bankruptcy Desk/Managing Agent
3325 N. Nellis Blvd. #146
Las Vegas, NV 89115

Gonzalez-Montoya;Carlos
Attn: Bankruptcy Desk/Managing Agent
1520 Blue Star
Las Vegas, NV 89032

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                    Served 4/17/2009

Gonzalez-Montoya;Refugio
Attn: Bankruptcy Desk/Managing Agent
1520 Blue Star
Las Vegas, NV 89032

Gonzalez-Naranjo;Oscar
Attn: Bankruptcy Desk/Managing Agent
1825 Fallon Ridge
Las Vegas, NV 89142

Gracia-Quintana;Martha
Attn: Bankruptcy Desk/Managing Agent
5304 Retablo # A
Las Vegas, NV 89103

Gray;John Brooks
Attn: Bankruptcy Desk/Managing Agent
1829 Moser
Henderson, NV 89015

Green;James M.
Attn: Bankruptcy Desk/Managing Agent
3540 W. Sahara # 261
Las Vegas, NV 89102

Gurule;Jonathan P.
Attn: Bankruptcy Desk/Managing Agent
7283 Cestrum Rd
Las Vegas, NV 89113

Gurule;Robert J.
Attn: Bankruptcy Desk/Managing Agent
5155 W. Tropicana #2029
Las Vegas, NV 89103

Gutierrez;Andres
Attn: Bankruptcy Desk/Managing Agent
2809 Holmes St
N Las Vegas, NV 89030

Gutierrez;Israel
Attn: Bankruptcy Desk/Managing Agent
2800 Samantha
N Las Vegas, NV 89030

Harrell;Roland T.
Attn: Bankruptcy Desk/Managing Agent
9115 Sandy Slate Way
Las Vegas, NV 89123

HD Supply Waterworks Ltd
Attn: Bankruptcy Desk/Managing Agent
6770 Bermuda Rd
Las Vegas, NV 89119

Health Plan of Nevada
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1388
Las Vegas NV 89125-1388

Hernandez Duran;Abraham
Attn: Bankruptcy Desk/Managing Agent
6078 Judson
Las Vegas, NV 89156

Hernandez Duran;Jose Arturo
Attn: Bankruptcy Desk/Managing Agent
6078 Judson Ave
Las Vegas, NV 89156

Hernandez Duran;Noe
Attn: Bankruptcy Desk/Managing Agent
6078 Judson
Las Vegas, NV 89156

Hernandez Miranda;Pedro
Attn: Bankruptcy Desk/Managing Agent
1553 Silver Meza Way
Las Vegas, NV 89109

Hernandez;Adrian
Attn: Bankruptcy Desk/Managing Agent
6453 Evergreen Ave
Las Vegas, NV 89107

Hernandez;Benjamin
Attn: Bankruptcy Desk/Managing Agent
50 N. 21 St. #18
Las Vegas, NV 89101

Hernandez;Edel
Attn: Bankruptcy Desk/Managing Agent
50 N. 21st # 18
Las Vegas, NV 89101

Hernandez;Gonzalo A.
Attn: Bankruptcy Desk/Managing Agent
2065 Rawhide St
Las Vegas, NV 89119

Hernandez;Josue M.
Attn: Bankruptcy Desk/Managing Agent
1826 Falling Tree Ave
N Las Vegas, NV 89031

Hernandez;Juan
Attn: Bankruptcy Desk/Managing Agent
9554 Sunshade Ct
Las Vegas, NV 89147

Hernandez-Duran;Juan A.
Attn: Bankruptcy Desk/Managing Agent
6078 Judson Ave
Las Vegas, NV 89156

Hernandez-Percastre;Ricardo
Attn: Bankruptcy Desk/Managing Agent
4214 Fairfax Cincler St. # 1
Las Vegas, NV 89119

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                               **Served 4/17/2009**

Hernandez-Ramos;Eberardo
Attn: Bankruptcy Desk/Managing Agent
4301 Tara Ave # 4
Las Vegas, NV 89102

Herrera;Everardo
Attn: Bankruptcy Desk/Managing Agent
616 N. 12th St. # A
Las Vegas, NV 89101

Higareda-E;Luis A.
Attn: Bankruptcy Desk/Managing Agent
2500 McCarran St
N Las Vegas, NV 89030

Hobbs;Victor Leo
Attn: Bankruptcy Desk/Managing Agent
3849 Cinnamon Wood Way
Las Vegas, NV 89115

Holmstrom;Johnny K.
Attn: Bankruptcy Desk/Managing Agent
4485 Pennwood
Las Vegas, NV 89102

Huffman;Ben W.
Attn: Bankruptcy Desk/Managing Agent
3632 Hammock St
Las Vegas, NV 89147

Hughes Supply Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 79382
City of Industry, CA 91716-9382

Hulsizer;Mathew W.
Attn: Bankruptcy Desk/Managing Agent
4312 Del Santos
Las Vegas, NV 89121

Hyphen Solutions, Ltd.
Attn: Bankruptcy Desk/Managing Agent
5055 Keller Springs, Ste 200
Addison, TX 75001-5997

Ibarra;Juan
Attn: Bankruptcy Desk/Managing Agent
3822 Connie Ave
Las Vegas, NV 89115

Ibarra;Julian
Attn: Bankruptcy Desk/Managing Agent
3609 Amazon Ave
Las Vegas, NV 89110

Ibarria Villafana;Jose D.
Attn: Bankruptcy Desk/Managing Agent
4474 Lindale Ave
N Las Vegas, NV 89121

Ibarria Villafana;Julio C
Attn: Bankruptcy Desk/Managing Agent
4970 Chaising Heart Way
Las Vegas, NV 89115

Ibarria-Villafina;Luis A
Attn: Bankruptcy Desk/Managing Agent
4474 Lindale Ave
Las Vegas, NV 89121

Indoff Incorporated
Attn: Bankruptcy Desk/Managing Agent
PO Box 790120
St Louis, MO 63179-0120

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Insight
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78825
Phoenix, AZ 85062-8825

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

International Commercial Supp
Attn: Bankruptcy Desk/Managing Agent
3111 Valley View Dr
Ste-P101
Las Vegas, NV 89141

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Irene-Crespo;Ernesto
Attn: Bankruptcy Desk/Managing Agent
4675 Baby Bird
Las Vegas, NV 89110

Jaquez;Jose Antonio
Attn: Bankruptcy Desk/Managing Agent
7001 W. Charleston Blvd # 2027
Las Vegas, NV 89117

Jauregui;Jose E.
Attn: Bankruptcy Desk/Managing Agent
3266 Gold Run
N Las Vegas, NV 89032

Jauregui;Martin
Attn: Bankruptcy Desk/Managing Agent
1542 Jaboneria Dr.
Las Vegas, NV 89104

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                          Served 4/17/2009

Jauregui-Lopez;Jose J
Attn: Bankruptcy Desk/Managing Agent
1001 Carey Ave # 1515
N Las Vegas, NV 89030

Jensen Pre Cast
Attn: Bankruptcy Desk/Managing Agent
3853 Losee Road
Las Vegas, NV 89030-3326

Jerez Lemus;Carlos Humberto
Attn: Bankruptcy Desk/Managing Agent
1550 E. Harmon Ave., #407
Las Vegas, NV 89119

Jimenez III;Rafael
Attn: Bankruptcy Desk/Managing Agent
3373 Wayward Ct.
Las Vegas, NV 89129

Jimenez Polanco;Alonso
Attn: Bankruptcy Desk/Managing Agent
1001 E. Carey Ave , #1
N Las Vegas, NV 89030

Joe Perez
Attn: Bankruptcy Desk/Managing Agent
3206 Fontana Colony Ct
North Las Vegas, NV 89031

Johnson;Joseph L.
Attn: Bankruptcy Desk/Managing Agent
777 E. Quartz # 7747
Sandy Valley, NV 89109

Jose Gauregui
Attn: Bankruptcy Desk/Managing Agent

Juarez-Cabrera;Gustavo
Attn: Bankruptcy Desk/Managing Agent
2009 W. Tropicana
Las Vegas, NV 89103

Julian Ibarra
Attn: Bankruptcy Desk/Managing Agent
3609 Amazon Ave
Las Vegas, NV 89110

Karr;Michael Patch
Attn: Bankruptcy Desk/Managing Agent
7255 W. Sunset, #1086
Henderson, NV 89113

Keenan Las Vegas
Attn: Bankruptcy Desk/Managing Agent
831 W. Bonanza Rd
Las Vegas, NV 89106-3595

Krauth;Jason S.
Attn: Bankruptcy Desk/Managing Agent
7565 Durham Hall # 201
Las Vegas, NV 89130

Laina-Morales;Joniel
Attn: Bankruptcy Desk/Managing Agent
1321 Karilee Ct. # A
Las Vegas, NV 89146

Lalley;Jeffrey P.
Attn: Bankruptcy Desk/Managing Agent
650 S. Towncenter Dr., #2120
Las Vegas, NV 89144

Lamas-A.;Anselmo
Attn: Bankruptcy Desk/Managing Agent
3856 Blue Wave Dr.
Las Vegas, NV 89115

Las Vegas Supply
Attn: Bankruptcy Desk/Managing Agent
3250 W. Harmon Ave
Las Vegas, NV 89103

Lazaro;Ernesto Raymundo
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane
Las Vegas, NV 89115

Lemelin;Barbara
Attn: Bankruptcy Desk/Managing Agent
763 Heritage Vista Ave
Henderson, NV 89015

Leon-Cardenas;Marco A
Attn: Bankruptcy Desk/Managing Agent
408 Doches St.
N Las Vegas, NV 89030

Leon-Rodriguez;Roberto
Attn: Bankruptcy Desk/Managing Agent
408 Duches Ave
N Las Vegas, NV 89030

Leslie Anderson
Attn: Bankruptcy Desk/Managing Agent
8221 Harvest Spring Pl
Las Vegas, NV 89143

Lezama;Cesar
Attn: Bankruptcy Desk/Managing Agent
5155 W. Tropicana # 2009
Las Vegas, NV 89103

Liera;Jeffrey G.
Attn: Bankruptcy Desk/Managing Agent
2851 S. Decatur Blvd. # 145
Las Vegas, NV 89102

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**

Limon-Ramirez;Vicente
Attn: Bankruptcy Desk/Managing Agent
30011 Paul Ave
Las Vegas, NV 89106

Llamas;Rey
Attn: Bankruptcy Desk/Managing Agent
4682 Hidalgo Way
Las Vegas, NV 89121

Llanos Gomez;Hector
Attn: Bankruptcy Desk/Managing Agent
3224 Mary Dee # A
N Las Vegas, NV 89030

Lopez Amescua;Roberto
Attn: Bankruptcy Desk/Managing Agent
7717 Partridge
Las Vegas, NV 89145

Lopez Garcia;Felipe
Attn: Bankruptcy Desk/Managing Agent
2895 E. Charleston #1101
Las Vegas, NV 89104

Lopez Paredes;Jose F
Attn: Bankruptcy Desk/Managing Agent
4805 Nevada Ave
Las Vegas, NV 89104

Lopez Perez;Carlos
Attn: Bankruptcy Desk/Managing Agent
712 W. McWilliams #B
Las Vegas, NV 89106

Lopez Valdovinos;Leodoro
Attn: Bankruptcy Desk/Managing Agent
309 Paul Ave
Las Vegas, NV 89106

Lopez;Carlos Felipe
Attn: Bankruptcy Desk/Managing Agent
3038 Carrol St.
N Las Vegas, NV 89030

Lopez;Emmanuel
Attn: Bankruptcy Desk/Managing Agent
1525 Splinter Rock Way
N Las Vegas, NV 89031

Lopez;Feliciano
Attn: Bankruptcy Desk/Managing Agent
4805 Nevada Ave
Las Vegas, NV 89104

Lopez;Felipe
Attn: Bankruptcy Desk/Managing Agent
704 Encanto
Las Vegas, NV 89101

Lopez;Hector
Attn: Bankruptcy Desk/Managing Agent
3815 N. Nellis Blvd # 97
Las Vegas, NV 89115

Lopez;Ibrahim
Attn: Bankruptcy Desk/Managing Agent
2029 Maronay
Las Vegas, NV 89104

Lopez;Isaac
Attn: Bankruptcy Desk/Managing Agent
3228 Mary Dee
N Las Vegas, NV 89030

Lopez;Jorge H
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane # G-5
Las Vegas, NV 89115

Lopez;Pedro
Attn: Bankruptcy Desk/Managing Agent
2508 Stanley Ave
N Las Vegas, NV 89030

Lopez-A.;Ofelia
Attn: Bankruptcy Desk/Managing Agent
1825 Falcon Ridge
Las Vegas, NV 89142

Lopez-Delgadillo;Leonardo
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center # 3A
N Las Vegas, NV 89030

Lopez-Inocence;Misael
Attn: Bankruptcy Desk/Managing Agent
1001 N. Pecos Apt J91
Las Vegas, NV 89101

Lopez-Rosales;Mario
Attn: Bankruptcy Desk/Managing Agent
432 N. 15th St # C
Las Vegas, NV 89101

Lopez-V.;Valdemar
Attn: Bankruptcy Desk/Managing Agent
98 S. Martin Luther King Blvd
Las Vegas, NV 89106

Loza-Varela;Sergio D.
Attn: Bankruptcy Desk/Managing Agent
1900 E. Tropicana # 260
Las Vegas, NV 89106

Lucia Ulloa
Attn: Bankruptcy Desk/Managing Agent
3851 Wynn Rd #2028
Las Vegas, NV 89103

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                              **Served 4/17/2009**

Luna;Lorenzo
Attn: Bankruptcy Desk/Managing Agent
3630 Owens
Las Vegas, NV 89110

Macias;Pablo
Attn: Bankruptcy Desk/Managing Agent
2609 Mesquite #A
Las Vegas, NV 89101

Madrigal;Jose
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane # K-2
Las Vegas, NV 89115

Magallon;Constantino
Attn: Bankruptcy Desk/Managing Agent
2524 Sandy Ln.
Las Vegas, NV 89115

Maile Concrete
Attn: Bankruptcy Desk/Managing Agent
5031 Sobb Ave
Las Vegas, NV 89118

Maldonado;Jose
Attn: Bankruptcy Desk/Managing Agent
3041 Carroll St.
N Las Vegas, NV 89030

Maldonado-Gutierrez;Jose E
Attn: Bankruptcy Desk/Managing Agent
3739 Fountain Ct.
N Las Vegas, NV 89032

Mancinas-Castro;Genaro
Attn: Bankruptcy Desk/Managing Agent
1721 Linden Ave
Las Vegas, NV 89101

Marin;Maricela
Attn: Bankruptcy Desk/Managing Agent
618 Essex East Dr
Las Vegas, NV 89108

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Marquez-Flores;Martin
Attn: Bankruptcy Desk/Managing Agent
3229 Figler St # B
N Las Vegas, NV 89030

Martinez;Brayan
Attn: Bankruptcy Desk/Managing Agent
4040 Silver Dollar # 2
Las Vegas, NV 89102

Martinez;Jesus
Attn: Bankruptcy Desk/Managing Agent
5606 Meikle Ln., #C
Las Vegas, NV 89156

Martinez;Severo
Attn: Bankruptcy Desk/Managing Agent
3432 College View Dr. # B
N Las Vegas, NV 89030

Martinez-Sandoval;Isaac
Attn: Bankruptcy Desk/Managing Agent
1500 E. Karen Ave # 338
Las Vegas, NV 89119

Master Trenching Inc.
Attn: Bankruptcy Desk/Managing Agent
3605 White Quail
Las Vegas, NV 89032

Mauricio Ramos
Attn: Bankruptcy Desk/Managing Agent
59456 Chisolm Trl
Las Vegas, NV 89118

McCann;Matthew D.
Attn: Bankruptcy Desk/Managing Agent
9351 Batlinglass St
Las Vegas, NV 89123

Mead;Shayne M.
Attn: Bankruptcy Desk/Managing Agent
501 E. Lake Mead #2323
Henderson, NV 89015

Medina Cruz;Edgar
Attn: Bankruptcy Desk/Managing Agent
1013 Meyer
Las Vegas, NV 89101

Medina Lopez;Miguel A.
Attn: Bankruptcy Desk/Managing Agent
3871 Twinkle Star
Las Vegas, NV 89115

Medrano;Arturo
Attn: Bankruptcy Desk/Managing Agent
4433 W. Lake Mead Bkvd
Las Vegas, NV 89108

Mejia;Gustavo
Attn: Bankruptcy Desk/Managing Agent
1680 Steven # 2
Las Vegas, NV 89115

Mejia;Juan F.
Attn: Bankruptcy Desk/Managing Agent
3632 Kolendo Ct. # B
Las Vegas, NV 89103

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**

Served 4/17/2009

Mejia;Noriberto
Attn: Bankruptcy Desk/Managing Agent
320 Kane Ave
Las Vegas, NV 89110

Mejia-Salcido;Felipe
Attn: Bankruptcy Desk/Managing Agent
3295 Sandy Ln
Las Vegas, NV 89115

Mendez Sanchez;Raul
Attn: Bankruptcy Desk/Managing Agent
4645 Metpark
Las Vegas, NV 89110

Mendez;Alejandro
Attn: Bankruptcy Desk/Managing Agent
3200 McLeod
Las Vegas, NV 89121

Mendez;Angel
Attn: Bankruptcy Desk/Managing Agent
2314 MCCarran St
Las Vegas, NV 89030

Mendoza Perez;Blademir
Attn: Bankruptcy Desk/Managing Agent
826 Socorro Song
Las Vegas, NV 89052

Mendoza;Francisco
Attn: Bankruptcy Desk/Managing Agent
4069 Vicenta
Las Vegas, NV 89115

Mendoza;Roberto Carlos
Attn: Bankruptcy Desk/Managing Agent
1892 N. Gateway Rd.
Las Vegas, NV 89115

Mendoza-Gonzalez;Saul
Attn: Bankruptcy Desk/Managing Agent
1072 Leesburg St
Las Vegas, NV 89110

Mendoza-Lucero;Mario T.
Attn: Bankruptcy Desk/Managing Agent
1553 Silver Meza Way
Las Vegas, NV 89109

Mentzer;James W.
Attn: Bankruptcy Desk/Managing Agent
30 Tukaway Ct
Henderson, NV 89014

Mercury LDO
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas, NV 89120

Michael Anthony Ingrassi
Attn: Bankruptcy Desk/Managing Agent
1414 White Dr
Las Vegas, NV 89119

Michael Schencke
Attn: Bankruptcy Desk/Managing Agent
7030 Painted Desert St
Las Vegas, NV 89131

Millan;Jose
Attn: Bankruptcy Desk/Managing Agent
2235 Shatz St
Las Vegas, NV 89156

Milne;Zackery T.
Attn: Bankruptcy Desk/Managing Agent
10501 Horseshoe Falls Ct
Las Vegas, NV 89144

Mirafuentes Jr.;Alfred
Attn: Bankruptcy Desk/Managing Agent
4813 Nara Vista Way #202
Las Vegas, NV 89103

Miramontes;Blas
Attn: Bankruptcy Desk/Managing Agent
3315 Mary Dee # A
N Las Vegas, NV 89030

Miramontes-C.;Omar
Attn: Bankruptcy Desk/Managing Agent
2512 Carroll St, #B
N Las Vegas, NV 89030

Miranda;Jose L
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center Dr. Apt 10 A
N Las Vegas, NV 89030

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 79149
Phoenix, AZ 85062-9149

Montes;Alex M.
Attn: Bankruptcy Desk/Managing Agent
3442 Montego Dr
Las Vegas, NV 89123

Montes;Marco Antonio
Attn: Bankruptcy Desk/Managing Agent
2030 Spear St
N Las Vegas, NV 89030

Moore;Mark
Attn: Bankruptcy Desk/Managing Agent
651 Macbrey
Las Vegas, NV 89123

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                    **Served 4/17/2009**

Morales-Carrillo;Pedro
Attn: Bankruptcy Desk/Managing Agent
2911 Mitzi
Las Vegas, NV 89101

More;Jason B
Attn: Bankruptcy Desk/Managing Agent
353 W. Chesapeake Way
Las Vegas, NV 89015

Morones;Salvador G.
Attn: Bankruptcy Desk/Managing Agent
4040 S. Boulder Hwy #2109
Las Vegas, NV 89121

Morris;Robert A.
Attn: Bankruptcy Desk/Managing Agent
432 Kiel St
Henderson, NV 89015

Multi-Tech
Attn: Bankruptcy Desk/Managing Agent
41519 Cherry Street
Marrieta, CA 92562

Munguia-Soto;Carlos
Attn: Bankruptcy Desk/Managing Agent
2526 - C Bulloch St
N Las Vegas, NV 89030

Munguia-Soto;Oscar
Attn: Bankruptcy Desk/Managing Agent
2526 - C Bulloch St
N Las Vegas, NV 89030

Munoz Perez Jr.; Jose
Attn: Bankruptcy Desk/Managing Agent
3206 Fontana Colony Ct
N Las Vegas, NV 89031

Murphy;Timothy W.
Attn: Bankruptcy Desk/Managing Agent
3851 Wynn Rd
Las Vegas, NV 89031

National Fire & Marine
Attn: Bankruptcy Desk/Managing Agent
4016 Farnam Street
Omaha, NE 98131

Navarette;Luis M.
Attn: Bankruptcy Desk/Managing Agent
5820 Meikle Ln
Las Vegas, NV 89156

Navarette-B;Victor H.
Attn: Bankruptcy Desk/Managing Agent
5820 Meikle Ln
Las Vegas, NV 89156

Navel;David
Attn: Bankruptcy Desk/Managing Agent
4255 W Viking Rd #537
Las Vegas, NV 89103

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Compressed Gas & Equip
Attn: Bankruptcy Desk/Managing Agent
1820 S. Western Ave
Las Vegas, NV 89102

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Public Safety
Attn: Bankruptcy Desk/Managing Agent
Division of State Fire Marshal
107 Jacobsen Way
Carson City, NV 89711

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Employment Security Div
Attn: Bankruptcy Desk/Managing Agent
500 E. Third St
Carson City, NV 89173-0030

Nevada Ready Mix
Attn: Bankruptcy Desk/Managing Agent
151 Cassia Way
Henderson, NV 89014

Nevada State Contractors Board
Attn: Bankruptcy Desk/Managing Agent
2310 Corporate Circle, Suite 200
Henderson, NV 89074

Nida;David Allen
Attn: Bankruptcy Desk/Managing Agent
3755 N. Nellis # 31
Las Vegas, NV 89115

Nida;Kenneth C.
Attn: Bankruptcy Desk/Managing Agent
3755 N. Nellis #31
Las Vegas, NV 89115

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                                    **Served 4/17/2009**

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nunez Avalos;Juan
Attn: Bankruptcy Desk/Managing Agent
2200 N. Torrey Pines #2108
Las Vegas, NV 89108

Nunez;Federico
Attn: Bankruptcy Desk/Managing Agent
2200 N. Torrey Pines Dr # 2108
Las Vegas, NV 89108

Nunez;George Juan
Attn: Bankruptcy Desk/Managing Agent
3802 Palos Verdes
Las Vegas, NV 89119

Nv. Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
State of Nv - Sales/Use Tax
PO Box 52609
Phoenix, AZ 85072-2609

Oblek;Joseph J.
Attn: Bankruptcy Desk/Managing Agent
6908 Lunar Light St., #3
Las Vegas, NV 89128

Occupational Health Centers
Attn: Bankruptcy Desk/Managing Agent
PO Box 5950
Sparks, NV 89432

Ocegueda;Romaldo
Attn: Bankruptcy Desk/Managing Agent
2321 Statz # 2
N Las Vegas, NV 89030

Office Depot
Attn: Bankruptcy Desk/Managing Agent
Dept. 56 - 4220066145
PO Box 689020
Des Moines, IA 50368-9020

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Oliveros;Cuautemoc
Attn: Bankruptcy Desk/Managing Agent
5198 Greene Lane # B
Las Vegas, NV 89119

Ortega;Federico
Attn: Bankruptcy Desk/Managing Agent
1512 Lucille St
Las Vegas, NV 89101

Ortega-Silva;Ernesto
Attn: Bankruptcy Desk/Managing Agent
3982 Chasing Heart Way
Las Vegas, NV 89115

Ortiz Montes;Julio Cesar
Attn: Bankruptcy Desk/Managing Agent
3762 N. Cedar Ave # 212
Fresno, CA 93726

Ortiz;Jose F.
Attn: Bankruptcy Desk/Managing Agent
3285 Sandy Lane #2
Las Vegas, NV 89115

Pacheco;Felipe
Attn: Bankruptcy Desk/Managing Agent
2737 Daley St.
N Las Vegas, NV 89030

Paige;Adam N.
Attn: Bankruptcy Desk/Managing Agent
921 Cedarcliff Ave
Las Vegas, NV 89123

Paleta;Jose M.
Attn: Bankruptcy Desk/Managing Agent
3432 College View Apt # B
N Las Vegas, NV 89030

Paz;Eder
Attn: Bankruptcy Desk/Managing Agent
1809 Linden Ave
Las Vegas, NV 89101

Perez;Abel
Attn: Bankruptcy Desk/Managing Agent
572 River Bed St
Las Vegas, NV 89110

Perez;Ramon
Attn: Bankruptcy Desk/Managing Agent
3220 Figler Apt B
N Las Vegas, NV 89030

Perez-Sanchez;Alfonso
Attn: Bankruptcy Desk/Managing Agent
3220 Figler # B
N Las Vegas, NV 89030

Pineda;Ivan
Attn: Bankruptcy Desk/Managing Agent
311 Paul Ln.
Las Vegas, NV 89106

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**

Served 4/17/2009

Pizano-Meza;Sergio
Attn: Bankruptcy Desk/Managing Agent
1842 Estanfor
N Las Vegas, NV 89030

Pocasangre;Mario
Attn: Bankruptcy Desk/Managing Agent
1409 Labrador Dr.
Las Vegas, NV 89142

Ponce;Oliberto
Attn: Bankruptcy Desk/Managing Agent
825 N. Lamb #46
Las Vegas, NV 89110

Posada-Briseno;Felipe
Attn: Bankruptcy Desk/Managing Agent
101 N. 13th St. # 612
Las Vegas, NV 89101

Pozos Salazar;Miguel
Attn: Bankruptcy Desk/Managing Agent
6948 Donsbach Way # D
Las Vegas, NV 89156

Prado-Magallanes;Julio A
Attn: Bankruptcy Desk/Managing Agent
3630 E. Owens Ave # 1009
Las Vegas, NV 89110

Pringle;David J.
Attn: Bankruptcy Desk/Managing Agent
2617 Lenna St
Las Vegas, NV 89102

Quinones-Zuniga;Heriberto
Attn: Bankruptcy Desk/Managing Agent
5685 W. Rochelle # 108
Las Vegas, NV 89103

Rafaela;Socrates Ivan
Attn: Bankruptcy Desk/Managing Agent
4022 Silver Dollar # 104
Las Vegas, NV 89102

Ramierez Munguia;Sebastian
Attn: Bankruptcy Desk/Managing Agent
2508 Stanley
N Las Vegas, NV 89030

Ramierez-Lopez;Antelmo
Attn: Bankruptcy Desk/Managing Agent
2215 Englestar
Las Vegas, NV 89105

Ramirez;Julian
Attn: Bankruptcy Desk/Managing Agent
3409 Blake Ave
Las Vegas, NV 89030

Ramirez;Luis Fernando
Attn: Bankruptcy Desk/Managing Agent
2895 E. Charleston #1101
Las Vegas, NV 89104

Ramirez;Roberto
Attn: Bankruptcy Desk/Managing Agent
508 Julian St., #A
Las Vegas, NV 89101

Ramirez;Roberto
Attn: Bankruptcy Desk/Managing Agent
528 Julian St., #A
Las Vegas, NV 89101

Ramirez-Tlahuetl;Leonel
Attn: Bankruptcy Desk/Managing Agent
3153 Downing Pl
Las Vegas, NV 89121

Ramos Alvarez;Jose Alfredo
Attn: Bankruptcy Desk/Managing Agent
2200 Torrey Pines Dr. # 2108
Las Vegas, NV 89108

Ramos Solorzano Manuel
Attn: Bankruptcy Desk/Managing Agent
4523 Calico Cliff Ct
N Las Vegas, NV 89031

Ramos;Mauricio
Attn: Bankruptcy Desk/Managing Agent
2200 N. Torrey Pines Dr. #2108
Las Vegas, NV 89108

Reachi-Mayo;Jose
Attn: Bankruptcy Desk/Managing Agent
5408 Del Ray Ave
Las Vegas, NV 89146

Rebel Oil Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 South Highland Dr.
Las Vegas, NV 89102

Redburn
Attn: Bankruptcy Desk/Managing Agent
4710 East Cartier
Las Vegas, NV 89015

Reinold;Michael S.
Attn: Bankruptcy Desk/Managing Agent
1620 E. Chapman
Las Vegas, NV 89104

Rendon;Juan
Attn: Bankruptcy Desk/Managing Agent
3990 Savoy
Las Vegas, NV 89115

Geronimo Plumbing, LLC 09-14820 - U.S. Mail                                        **Served 4/17/2009**

Reynozo;Robert
Attn: Bankruptcy Desk/Managing Agent
3020 Spear St.
N Las Vegas, NV 89030

Rich;Daniel L
Attn: Bankruptcy Desk/Managing Agent
10041 Basalt Hollow Ave
Las Vegas, NV 89148

Rios-Cruiz;Angel
Attn: Bankruptcy Desk/Managing Agent
3515 Thomas Ave # 4
N Las Vegas, NV 89030

Rivas;Eva
Attn: Bankruptcy Desk/Managing Agent
9554 Sunshade Ct.
Las Vegas, NV 89147

Rivas;Juan
Attn: Bankruptcy Desk/Managing Agent
9554 Sunshade Ct
Las Vegas, NV 89147

Rivas;Samuel
Attn: Bankruptcy Desk/Managing Agent
526 River Bed St.
Las Vegas, NV 89110

Rivas-Alvarez;Jose Antonio
Attn: Bankruptcy Desk/Managing Agent
9040 Debonair Ave
Las Vegas, NV 89147

Rivas-Curiel;Daniel
Attn: Bankruptcy Desk/Managing Agent
9040 Debonair Ave
Las Vegas, NV 89147

Rivera Calderon;Humberto
Attn: Bankruptcy Desk/Managing Agent
4221 Blooming Desert Ct
Las Vegas, NV 89115

Rivera;Ruperto
Attn: Bankruptcy Desk/Managing Agent
4221 Blooming Desert Ct
Las Vegas, NV 89115

Rivera-Mejia;Franklin Adrian
Attn: Bankruptcy Desk/Managing Agent
3650 E. Lakemead Blvd # 159
Las Vegas, NV 89115

Rivera-Vazquez;Victor
Attn: Bankruptcy Desk/Managing Agent
1951 Jones Blvd # E201
Las Vegas, NV 89108

Robert Reynozo
Attn: Bankruptcy Desk/Managing Agent
3020 Spear St
N Las Vegas, NV 89030

Robinson;William
Attn: Bankruptcy Desk/Managing Agent
1155 E. Twain Ave #108-210
Las Vegas, NV 89169

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rodriguez;Efrain
Attn: Bankruptcy Desk/Managing Agent
3550 E. Lake Mead Blvd., #223
Las Vegas, NV 89115

Rodriguez;Jorge
Attn: Bankruptcy Desk/Managing Agent
2850 E. Bonanza # 2043
Las Vegas, NV 89101

Rodriguez;Jose
Attn: Bankruptcy Desk/Managing Agent
432 N. 15th St. # 3
Las Vegas, NV 89101

Rodriguez;Jose I.
Attn: Bankruptcy Desk/Managing Agent
2125 Webster # 2
N Las Vegas, NV 89030

Rodriguez;Juan
Attn: Bankruptcy Desk/Managing Agent
3140 Van Deer Meer
N Las Vegas, NV 89030

Rodriguez;Juan J.
Attn: Bankruptcy Desk/Managing Agent
1294 E. Hacienda # B
Las Vegas, NV 89119

Rodriguez;Julio Cesar
Attn: Bankruptcy Desk/Managing Agent
2708 Webster
N Las Vegas, NV 89030

Rodriguez;Nasry K
Attn: Bankruptcy Desk/Managing Agent
2500 E. Karen Ave # 188
Las Vegas, NV 89121

Rodriguez-Reyes;Jose Noel
Attn: Bankruptcy Desk/Managing Agent
390 N. 13th St.
Las Vegas, NV 89101

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**

Served 4/17/2009

Rojas;Carlos R.
Attn: Bankruptcy Desk/Managing Agent
7587 Bermuda Rd.
Las Vegas, NV 89123

Rojas-Valentin;Ramon
Attn: Bankruptcy Desk/Managing Agent
1809 Linden
Las Vegas, NV 89101

Rollabels, Ink, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 201
Palmyra, NJ 08065-0201

Romero;Miguel A.
Attn: Bankruptcy Desk/Managing Agent
1215 Cobble Lake
N Las Vegas, NV 89081

Romo-Rizo Jr.; Jose Jesus
Attn: Bankruptcy Desk/Managing Agent
5831 W. La Madre Way
Las Vegas, NV 89130

Ronquilla Sigala;Oscar
Attn: Bankruptcy Desk/Managing Agent
6411 W. Deer Springs
Las Vegas, NV

Roque-Flores;Carlos Magno
Attn: Bankruptcy Desk/Managing Agent
5190 Champion Ave
Las Vegas, NV 89119

Rosales;Luis
Attn: Bankruptcy Desk/Managing Agent
4747 Lucite Ln, #3
Las Vegas, NV 89115

Rubic Orozco;Rogelio
Attn: Bankruptcy Desk/Managing Agent
4511 Calico Cliff
N Las Vegas, NV 89031

Rubio;Simon
Attn: Bankruptcy Desk/Managing Agent
2509 Reynolds Ave
N Las Vegas, NV 89030

Ruiz Gomez;Juan Manuel
Attn: Bankruptcy Desk/Managing Agent
1325 Torrington Dr
Las Vegas, NV 89108

Ruiz Miranda;Susano
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center Dr.
N Las Vegas, NV 89030

Sahagun-Palomera;Cesar
Attn: Bankruptcy Desk/Managing Agent
1205 Orange Ave
Las Vegas, NV 89108

Salazar;Jose
Attn: Bankruptcy Desk/Managing Agent
6919 Dunsbach Way # B
Las Vegas, NV 89156

Salazar;Sergio
Attn: Bankruptcy Desk/Managing Agent
4816 Via Renaldo
Las Vegas, NV 89103

Salcido-Lopez;Teodulo
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane
Las Vegas, NV 89115

Salgado;Alfred
Attn: Bankruptcy Desk/Managing Agent
3930 Silver Dollar Ave # 201
Las Vegas, NV 89102

Salgado;Alfred
Attn: Bankruptcy Desk/Managing Agent
3930 Silver Dollar Ave Apt 201
Las Vegas, NV 89102

Salgado;Jose A
Attn: Bankruptcy Desk/Managing Agent
3930 Silver Dollar Ave Apt 201
Las Vegas, NV 89102

Salinas;Miguel A.
Attn: Bankruptcy Desk/Managing Agent
3208 Taylor
N Las Vegas, NV 89030

Sanabria;Fernando J.
Attn: Bankruptcy Desk/Managing Agent
2235 Shatz St
Las Vegas, NV 89156

Sanabria;Fernando Juan
Attn: Bankruptcy Desk/Managing Agent
2235 Shatz
Las Vegas, NV 89190

Sanabria;Israel Juan
Attn: Bankruptcy Desk/Managing Agent
2235 Shatz
Las Vegas, NV 89156

Sanchez Jimenez;Romeo
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 43935
Las Vegas, NV 89116

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                        Served 4/17/2009

Sanchez-Monteon;Pedro
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center # 3A
N Las Vegas, NV 89030

Sandoval;Anna P
Attn: Bankruptcy Desk/Managing Agent
579 Pomerol Ave
Las Vegas, NV 89123

Sandoval;Francisco
Attn: Bankruptcy Desk/Managing Agent
3038 Carroll St.
N Las Vegas, NV 89030

Santaella Arellano;Ricardo
Attn: Bankruptcy Desk/Managing Agent
5350 Tropicana Ave
Las Vegas, NV 89022

Santiago;Alexis
Attn: Bankruptcy Desk/Managing Agent
5528 Great Divide
N Las Vegas, NV 89031

Sarabria-Rivero;Jorge
Attn: Bankruptcy Desk/Managing Agent
1842 Stanford
N Las Vegas, NV 89030

Scheer's Incorporated
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane Suite 400
Westmont, IL 60559-5570

Schencke;Michael J.
Attn: Bankruptcy Desk/Managing Agent
9702 Valmeyer Ave
Las Vegas, NV 89148

Schwartz;Vincent A.
Attn: Bankruptcy Desk/Managing Agent
6905 Cornflower #4
Las Vegas, NV 89123

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Sewer Cable Equipment Co.
Attn: Bankruptcy Desk/Managing Agent
PO Box 12687
Las Vegas, NV 89112-1687

Silver Queen Inn
Attn: Bankruptcy Desk/Managing Agent
3285 E. Andy Devine Ave
Kingman, AZ 86401

Simo;Fernando M.
Attn: Bankruptcy Desk/Managing Agent
3266 Gold Run
N Las Vegas, NV 89032

Snyder;James L.
Attn: Bankruptcy Desk/Managing Agent
4200 Paradise Rd., #1106
Las Vegas, NV 89109

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Solano-Castro;Raul
Attn: Bankruptcy Desk/Managing Agent
3809 Cecile Ave # 201
Las Vegas, NV 89115

Solorzano Huerta;Luis F.
Attn: Bankruptcy Desk/Managing Agent
2206 Statz #B
N Las Vegas, NV 89030

Soto-Garcia, Samuel
Attn: Bankruptcy Desk/Managing Agent
976 Miller Ave
N Las Vegas, NV 89030

Soto-Paez;Dario
Attn: Bankruptcy Desk/Managing Agent
976 Miller Ave
N Las Vegas, NV 89030

Sprint
Attn: Bankruptcy Desk/Managing Agent
PO Box 79357
City of Industry, CA 91716-9357

Standard Plumbing Supply Co.
Attn: Bankruptcy Desk/Managing Agent
PO Box 708490
Sandy, UT 84070

State Coll & Disb Unit
Attn: Bankruptcy Desk/Managing Agent
PO Bpx 98950
Las Vegas, NV 89193-8950

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Business License Renewal
P.O. Box 52614
Phoenix AZ 85072-2614

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                                    **Served 4/17/2009**

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Steel Engineers Incorporated
Attn: Bankruptcy Desk/Managing Agent
716 W. Mesquite
Las Vegas NV 89106

Straight-Line, Inc.
Attn: Bankruptcy Desk/Managing Agent
8820 El Camino Rd
Las Vegas, NV 89139

Suarez Galan;Rafael
Attn: Bankruptcy Desk/Managing Agent
2617 E. Mesquite Ave # D
Las Vegas, NV 89101

T. Virgils
Attn: Bankruptcy Desk/Managing Agent
10624 S Eastern Suite A Unit 327
Henderson, NV 89052

Tadeo;Esteban
Attn: Bankruptcy Desk/Managing Agent
6453 Evergreen Ave
Las Vegas, NV 89107

Talton, Jr.;Carl L.
Attn: Bankruptcy Desk/Managing Agent
9625 W. Russell Rd., #2007
Las Vegas, NV 89148

Talton;Brandon C.
Attn: Bankruptcy Desk/Managing Agent
9625 W. Russell Rd., #2007
Las Vegas, NV 89148

Ted Wiens
Attn: Bankruptcy Desk/Managing Agent
1701 Las Vegas Blvd
Las Vegas, NV 89104

Teresa Erickson
Attn: Bankruptcy Desk/Managing Agent
1809 Birch St
Las Vegas, NV 89102

Terrones; J. Pablo
Attn: Bankruptcy Desk/Managing Agent
1825 Falcon Ridge St.
Las Vegas, NV 89142

The CiT Group
Attn: Bankruptcy Desk/Managing Agent
File #55603
Los Angeles, CA 90074-5603

The Home Depot
Attn: Bankruptcy Desk/Managing Agent
Dept 32 - 2013142843
PO Box 6029
The Lakes, NV 88901-6029

The Lighthouse
Attn: Bankruptcy Desk/Managing Agent
425 West 10th St.
San Pedro, CA 90731-3213

The Tire Store
Attn: Bankruptcy Desk/Managing Agent
704 W. Sunset Rd., Bldg #D
Henderson, NV 89015

Tirado;Jose L.
Attn: Bankruptcy Desk/Managing Agent
4187 Jacqueline Way
Las Vegas, NV 89115

Toenyes;Preston D
Attn: Bankruptcy Desk/Managing Agent
221 W. Highlands
Henderson, NV 89015

Tool Service
Attn: Bankruptcy Desk/Managing Agent
2912 S. Highland Dr , Ste C
Las Vegas, NV 89109

Toothman;Davis E.
Attn: Bankruptcy Desk/Managing Agent
9655 S. Las Vegas Blvd #222
Las Vegas, NV 89123

Topete;Jose G
Attn: Bankruptcy Desk/Managing Agent
516 Princess Ave
Las Vegas, NV 89101

Toribio;Mario A
Attn: Bankruptcy Desk/Managing Agent
12629 Walcraft St
Lakewood, CA 90715-1911

Torres-Cristosomo;Manuel
Attn: Bankruptcy Desk/Managing Agent
311 Paul Ln
Las Vegas, NV 89106

Torres-Hernandez;Diego
Attn: Bankruptcy Desk/Managing Agent
290 E. Bonanza # 2166
Las Vegas, NV 89101

Tribes Holdings LLC.
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Ct., Ste B-106
Henderson, NV 89011

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                        Served 4/17/2009

Trueba Martinez;Eduardo
Attn: Bankruptcy Desk/Managing Agent
4860 Milone Court
Las Vegas, NV 89130

Tygart;James L.
Attn: Bankruptcy Desk/Managing Agent
5901 Reiter Ave
Las Vegas, NV 89108

Ulloa Lopez;Ricardo
Attn: Bankruptcy Desk/Managing Agent
3212 Mary Dee # B
N Las Vegas, NV 89030

Ulloa Ramirez;Jose Luis
Attn: Bankruptcy Desk/Managing Agent
3301 Civic Center # 16B
N Las Vegas, NV 89030

Ulloa;Niury M
Attn: Bankruptcy Desk/Managing Agent
2065 Rawhide St
Las Vegas, NV 89119

Ulloa-Lopez;Braulio
Attn: Bankruptcy Desk/Managing Agent
3315 Mary Dee # B
N Las Vegas, NV 89030

Ulloa-Lopez;Juan M.
Attn: Bankruptcy Desk/Managing Agent
3212 Mary Dee # B
N Las Vegas, NV 89030

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
PO Box 660095
Dallas, TX 75266-0095

Uribe-Valdivia;Robert C.
Attn: Bankruptcy Desk/Managing Agent
3236 Figler #4
N Las Vegas, NV 89030

Valdez Barrera;Ariel
Attn: Bankruptcy Desk/Managing Agent
2850 Cedar Ave., #132
Las Vegas, NV 89101

Valdovino Lopez; Leonel
Attn: Bankruptcy Desk/Managing Agent
309 Paul Ave
Las Vegas, NV 89106

Valdovinos-Martinez;Ricardo
Attn: Bankruptcy Desk/Managing Agent
3070 S. Nellis Blvd # 2190
Las Vegas, NV 89121

Valenziaz;Carlos
Attn: Bankruptcy Desk/Managing Agent
2233 N. Jones Blvd # 3
Las Vegas, NV 89108

Valenzuela;Angel
Attn: Bankruptcy Desk/Managing Agent
3879 Jontue St
Las Vegas, NV 89115

Valenzuela;Jose A.
Attn: Bankruptcy Desk/Managing Agent
3879 Jontue St.
Las Vegas, NV 89115

Valverde-Valdivinos;Jose E
Attn: Bankruptcy Desk/Managing Agent
3204 Fligler
N Las Vegas, NV 89030

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vargas;Cristian
Attn: Bankruptcy Desk/Managing Agent
1711 Rawhide #1127
Las Vegas, NV 89119

Vargas-Sosa;Arnoldo
Attn: Bankruptcy Desk/Managing Agent
3955 E. Charleston Blvd., #256
Las Vegas, NV 89104

Vasquez;Alberto
Attn: Bankruptcy Desk/Managing Agent
2853 Sandy Falls Way
Las Vegas, NV 89142

Vasquez;Jose Luis
Attn: Bankruptcy Desk/Managing Agent
4012 Via Vaquero
Las Vegas, NV 89102

Vazquez-Hernandez;Rafael
Attn: Bankruptcy Desk/Managing Agent
2244 Statz St
N Las Vegas, NV 89030

Vazquez-Peralta;Rogelio
Attn: Bankruptcy Desk/Managing Agent
1750 E. Karen Ave
Las Vegas, NV 89169

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                                      **Served 4/17/2009**

Vega-Bemarbe;Guillermo
Attn: Bankruptcy Desk/Managing Agent
1919 Princeton St
N Las Vegas, NV 89030

Velay;Ramiro
Attn: Bankruptcy Desk/Managing Agent
4021 Paula St.
Las Vegas, NV 89103

Velazquez-R ;Arnulfo
Attn: Bankruptcy Desk/Managing Agent
3228 Mary Dee # C
Las Vegas, NV 89030

Velazquez-Zendejas;Javier
Attn: Bankruptcy Desk/Managing Agent
4055 Tara # 1
Las Vegas, NV 89102

Velez;Arturo
Attn: Bankruptcy Desk/Managing Agent
2851 S. Decatur
Las Vegas, NV 89102

Venegas;Manuel
Attn: Bankruptcy Desk/Managing Agent
2101 Sandy Lane #3
Las Vegas, NV 89115

Verdin-Chavez;Jose
Attn: Bankruptcy Desk/Managing Agent
3224 Figler #B
N Las Vegas, NV 89030

Vergara;Rafael
Attn: Bankruptcy Desk/Managing Agent
3917 Nellis Blvd # 221
Las Vegas, NV 89115

Verman Lopez;Ricardo
Attn: Bankruptcy Desk/Managing Agent
1830 Santa Paula
Las Vegas, NV 89101

Vidales-Barrientos;Alberto
Attn: Bankruptcy Desk/Managing Agent
5820 Meikle Ln
Las Vegas, NV 89156

Vidales-Barrientos;Jorge
Attn: Bankruptcy Desk/Managing Agent
5820 Meikle Ln
Las Vegas, NV 89156

Vigil;Dustin
Attn: Bankruptcy Desk/Managing Agent
9746 Valmeyer Ave.
Las Vegas, NV 89148

Villa Guzman;Henoch
Attn: Bankruptcy Desk/Managing Agent
3335 Hauck # 1058
Las Vegas, NV 89146

Villa Guzman;Jose Vicente
Attn: Bankruptcy Desk/Managing Agent
5675 Ritter
Las Vegas, NV 89118

Villa;Jose
Attn: Bankruptcy Desk/Managing Agent
3335 Hauck
Las Vegas, NV 89176

Viramontes-Garica;Juan D
Attn: Bankruptcy Desk/Managing Agent
2812 Magnet St.
N Las Vegas, NV 89030

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wells Fargo Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
NW 5934
PO Box 1450
Minneapolis, MN 55485-5934

White Cap Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 0998
Los Angeles, CA 90088-0998

Williams;Bracy B.
Attn: Bankruptcy Desk/Managing Agent
6709 Coble Azul #102
Las Vegas, NV 89108

Wireless Consulting Corp
Attn: Bankruptcy Desk/Managing Agent
4955 South Durango Dr
Ste 151
Las Vegas, NV 89113

Womack;James L.
Attn: Bankruptcy Desk/Managing Agent
5718 Smoke Ranch Rd
Las Vegas, NV 89108

Yellow Pages Processing Center
Attn: Bankruptcy Desk/Managing Agent
PO Box 471902
Tulsa, OK 74147

Yerena Hernandez;Alfonso
Attn: Bankruptcy Desk/Managing Agent
432 N. 15th St # C
Las Vegas, NV 89101

**Geronimo Plumbing, LLC 09-14820 - U.S. Mail**                                      Served 4/17/2009

Yerena Orosco;Crispin
Attn: Bankruptcy Desk/Managing Agent
1305 McDonald Ave
N Las Vegas, NV 89030

Yerena-Pena;Manuel
Attn: Bankruptcy Desk/Managing Agent
2850 E. Bonanza
Las Vegas, NV 89109

Yoguis;Luis
Attn: Bankruptcy Desk/Managing Agent
9554 Sunshade Ct
Las Vegas, NV 89147

Zambada;David
Attn: Bankruptcy Desk/Managing Agent
3800 SNellis St # 204
Las Vegas, NV 89121

Zanabia;David
Attn: Bankruptcy Desk/Managing Agent
6453 Evergreen Ave
Las Vegas, NV 89107

Zanabia;Guillermo
Attn: Bankruptcy Desk/Managing Agent
6453 Evergreen Ave
Las Vegas, NV 89107

Zanabia-Gonzalez;Salvador
Attn: Bankruptcy Desk/Managing Agent
7904 Copper Canyon Rd
Las Vegas, NV 891289

Zaremba;Robert J.
Attn: Bankruptcy Desk/Managing Agent
3724 Marmalane
Las Vegas, NV 89108

Zeledon;Leslia M.
Attn: Bankruptcy Desk/Managing Agent
2650 Pomona Dr.
Las Vegas, NV 89156

Zepeda;Josue
Attn: Bankruptcy Desk/Managing Agent
1540 N. 22nd St., #3
Las Vegas, NV 89101

Zuluaga;Jose
Attn: Bankruptcy Desk/Managing Agent
5075 Spy Glass Hill Dr. # 204
Las Vegas, NV 89142

Zulvaga;Salvador
Attn: Bankruptcy Desk/Managing Agent
18115 W. Washington # C
Las Vegas, NV 89107

Creditors:  612

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **GUNG-HO CONCRETE, LLC** | Case No.: BK-S-09-14822-LBR |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2   UNITED STATES BANKRUPTCY COURT

3   DISTRICT OF NEVADA

4   In re:

5   GUNG-HO CONCRETE, LLC
    Tax I.D. No. 20-0606966

6                                          Chapter 11

                                           Case No. BK-S-09-14822-LBR

7                   Debtor.
                                    /

8

9   **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
    AND DEADLINES**

10

11  A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

12  You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
    consult an attorney to protect your rights. All documents filed in this case may be viewed at the

13  bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
    may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under

14  the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
    and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15
    NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
16  enclosed on the page of this Notice entitled "Explanations."

17  **Attorney for Debtor(s) (name and address):**

18                  ZACHARIAH LARSON
                    LARSON & STEPHENS
19          810 S. CASINO CENTER BLVD., SUITE 104
                    LAS VEGAS, NV 89101
20          Telephone number: (702) 382-1170

21          PACHULSKI STANG ZIEHL & JONES LLP
            10100 SANTA MONICA BLVD., 11th FLOOR
22                  LOS ANGELES, CA 90067-4100
            Telephone Number: (310) 277-6910

23

24                  **Meeting of Creditors**

25                  **DATE**: May 7, 2009
                    **TIME**: 3:00 PM
26          **LOCATION:** Foley Federal Building and U.S. Courthouse
            300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101
27
                    **Creditor with a Foreign Address:**
28  See additional information enclosed on the page of this Notice entitled "Explanations," under the
    paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| |
|---|
| **Deadlines to File a Proof of Claim** |
| For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.** |
| For a governmental unit: **180 days after the date of the order for relief.** |
| See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims." All claims should be mailed to the Claims Agent listed below. If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope. |
| Mail completed Proof of Claim forms to **Claims Agent for Debtor:** |
| Heritage Land Company, LLC<br>c/o Omni Management Group, LLC<br>16161 Ventura Blvd., Suite C<br>PMB 477<br>Encino, CA 91436<br>Telephone Number: (866) 989-6144 |
| **DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.** |
| **Creditors May Not Take Certain Actions:** |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay. If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone Number: (702) 388-6257<br>Hours Open: Monday - Friday 9:00 AM - 4:00 PM |

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Gung-Ho Concrete, LLC** | Case Number: **09-14822** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (　　　)　　　－　　　

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (　　　)　　　－　　　

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: 
*(If known)*

Filed On: 

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$ 　　　　　　.　　

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $ 　　　　　.　　 Annual Interest Rate: 　　%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ 　　　　　.　　 Basis for perfection:

Amount Secured $ 　　　　.　　 Amount Unsecured $ 　　　　.　　

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (　　　　).

Amount entitled to priority:

$ 　　　　　.　　

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

Printed Name　　　　　　　Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

PCC0857　0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —     — INFORMATION —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                    **Served 4/17/2009**

1st Choice Termite & Pest Cont
Attn: Bankruptcy Desk/Managing Agent
9101 W. Sahara Ave. #105, K-25
Las Vegas, NV 89117

84 Lumber
Attn: Bankruptcy Desk/Managing Agent
4330 S. Decatur
Las Vegas, NV 89103

A Construction & Autoglass Inc
Attn: Bankruptcy Desk/Managing Agent
2980 S Rainbow Blvd
Suite 110J
Las Vegas, NV 89146

Acme Welding
Attn: Bankruptcy Desk/Managing Agent
8370 W. Cheyenne 109-207
Las Vegas, NV 89129

Acosta Ibarra,Simon
Attn: Bankruptcy Desk/Managing Agent
1224 W. Washington Ave
Las Vegas, NV 89106

Alanis-Huerta,Bernabe
Attn: Bankruptcy Desk/Managing Agent
5383 Corral Ct
Las Vegas, NV 89119

All State Fastner Corp
Attn: Bankruptcy Desk/Managing Agent
PO Box 426
Roseville, MI 48066

Allen Drilling Inc.
Attn: Bankruptcy Desk/Managing Agent
4015 West Tompkins Ave,
Las Vegas NV 89103

Allied Collection Service Inc
Attn: Bankruptcy Desk/Managing Agent
3080 S Durango Dr Ste 208
Las Vegas, NV 89117

Alonso Millan,Juan
Attn: Bankruptcy Desk/Managing Agent
1720 W. Bonanza, #78
Las Vegas, NV 89106

Alonso-Asencion,Antonio
Attn: Bankruptcy Desk/Managing Agent
1436 Big Tree Ave
N Las Vegas, NV 89031

Altamirano Juarez,Carlos A
Attn: Bankruptcy Desk/Managing Agent
4099 E. Boston Ave
Las Vegas, NV 89108

Alvarado,Higinio B
Attn: Bankruptcy Desk/Managing Agent
5812 Balzar
Las Vegas, NV 89108

Alvarado,Jose J
Attn: Bankruptcy Desk/Managing Agent
1949 Cindy Sue St
Las Vegas, NV 89106

Alvarado,Silvano
Attn: Bankruptcy Desk/Managing Agent
4108 Park Point Ct
Las Vegas, NV 89110

Alvarado-Bravo,Francisco
Attn: Bankruptcy Desk/Managing Agent
4108 Park Point Ct
Las Vegas, NV 89110

Alvarado-Bravo,Martiniano
Attn: Bankruptcy Desk/Managing Agent
4108 Park Point Ct
Las Vegas, NV 89110

Alvarado-Bravo,Pablo
Attn: Bankruptcy Desk/Managing Agent
4108 Park Point Ct
Las Vegas, NV 89110

American Fence Inc.
Attn: Bankruptcy Desk/Managing Agent
4230 Losee Rd
N. Las Vegas NV 89030

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S. Eastern Avenue, Suite 6B
Las Vegas, NV 89119

Amezcua,Efrain
Attn: Bankruptcy Desk/Managing Agent
1005 Virgil
Las Vegas, NV 89110

Andrea Benzel
Attn: Bankruptcy Desk/Managing Agent
3348 Moon River Street
Las Vegas, NV 89129

Apco Equipment
Attn: Bankruptcy Desk/Managing Agent
3432 North 5th Street
North Las Vegas, NV 89032

Apple Exterminating Inc
Attn: Bankruptcy Desk/Managing Agent
2756 N Green Valley Pkwy
Ste-418
Henderson, NV 89014

Gung-Ho Concrete, LLC 09-14822 - U.S. Mail                                                                              Served 4/17/2009

Arellano,Miguel A
Attn: Bankruptcy Desk/Managing Agent
4851 E. Chicago Ave., #4851
Las Vegas, NV 89104

Arias,Cesar
Attn: Bankruptcy Desk/Managing Agent
2204 E. Owens Ave Apt 2
N Las Vegas, NV 89030

Arizona Attorney General
Attn: Bankruptcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Auto Zone
Attn: Bankruptcy Desk/Managing Agent
PO Box 116067
Atlanta, GA 30368-6067

Avalos Flores,Carlos Cesar
Attn: Bankruptcy Desk/Managing Agent
5820 Meikle Ln # 226
Las Vegas, NV 89156

Avalos Flores,Jose R
Attn: Bankruptcy Desk/Managing Agent
5820 Meikle Ln # 226
Las Vegas, NV 89156

Avila Carillo,Eliseo
Attn: Bankruptcy Desk/Managing Agent
1436 Stevens St
Las Vegas, NV 89110

Avila Carrillo,Jose
Attn: Bankruptcy Desk/Managing Agent
3516 Fulstone Ave
N Las Vegas, NV 89030

Avila,Benjamin
Attn: Bankruptcy Desk/Managing Agent
5826 Dodd St
Las Vegas, NV 89122

Avila,Ramon
Attn: Bankruptcy Desk/Managing Agent
2720 Menlo Square Dr. # C
Las Vegas, NV 89101

Avila,Raul
Attn: Bankruptcy Desk/Managing Agent
2933 Salt Lake
N Las Vegas, NV 89030

Avila,Rogelio Navarrete
Attn: Bankruptcy Desk/Managing Agent
2924 Magnet Street
N Las Vegas, NV 89030

Avila-Navarrete,Alfredo
Attn: Bankruptcy Desk/Managing Agent
2933 Salt Lake
N Las Vegas, NV 89030

Avila-Navarrette,Petronilo
Attn: Bankruptcy Desk/Managing Agent
2933 Salt Lake St  N
N Las Vegas, NV 89030

Ayala-Garcia,Francisco
Attn: Bankruptcy Desk/Managing Agent
PO Box 30955
Las Vegas, NV 89175

Ayala-Garcia,Rodrigo
Attn: Bankruptcy Desk/Managing Agent
PO Box 30955
Las Vegas, NV 89173

B & L DMV Enterprises Inc
Attn: Bankruptcy Desk/Managing Agent
4535 West Sahara #115
Las Vegas, NV 89102

Baragan-Guerrero,Gerardo
Attn: Bankruptcy Desk/Managing Agent
1835 Bruce
N Las Vegas, NV 89030

Barcena Flores,Arnulfo
Attn: Bankruptcy Desk/Managing Agent
5920 Mount Auburn St
Las Vegas, NV 89130

Barcena,Ignacio
Attn: Bankruptcy Desk/Managing Agent
5920 Mount Auborn St
Las Vegas, NV 89130

Barcena,Jose G
Attn: Bankruptcy Desk/Managing Agent
3530 S. Stirrup
Pahrump, NV 89048

Barrera-Chavez,Irineo
Attn: Bankruptcy Desk/Managing Agent
1949 Cindy Sue #2
Las Vegas, NV 89106

Barrientos,Juan M.
Attn: Bankruptcy Desk/Managing Agent
1636 Rising Pebble Ct
N Las Vegas, NV 89031

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                    Served 4/17/2009

Bates,Brandon L.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 182
Mexican Springs, NM 87320

Bates,Michael N.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 173
Mexican Springs, NM 87320

Becerra-Lopez,Jose Vincente
Attn: Bankruptcy Desk/Managing Agent
5 Britz Cir Apt B
N Las Vegas, NV 89030

Bedrock Concrete Pumping
Attn: Bankruptcy Desk/Managing Agent
P.O Box 750309
Las Vegas, NV 89136

Begay,Dennis
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 7229
Winslow, AZ 86047

Begay,Milton
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4265
Blue Gap, AZ 86520

Benson,Don D
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 188
Rock Point, AZ 86545

Black & Decker
Attn: Bankruptcy Desk/Managing Agent
PO Box 98692
Chicago, IL 60693

Blackburn,Daniel W.
Attn: Bankruptcy Desk/Managing Agent
7301 La Mona Ct
Las Vegas, NV 89128

Blue Diamond Heavy Haul
Attn: Bankruptcy Desk/Managing Agent
4815 Alto Ave
Las Vegas, NV 89115

Bobcat of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2900 North Losee Rd
Las Vegas, NV 89030

Border Construction
Attn: Bankruptcy Desk/Managing Agent
5580 S. Arville
Las Vegas, NV 89118

Bravo Cortez,Carlos
Attn: Bankruptcy Desk/Managing Agent
1504 N. 22nd St # 3
Las Vegas, NV 89101

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Builders Assoc of Western NV
Attn: Bankruptcy Desk/Managing Agent
575 S. Saliman Road
Carson City, NV 89701

Bull Concrete Corp
Attn: Bankruptcy Desk/Managing Agent
6045 Hauck Street
Las Vegas, NV 89118-2819

Bully Pumping
Attn: Bankruptcy Desk/Managing Agent
6045 Hauck St
Las Vegas, NV 89118

Caaldera,Rogelio
Attn: Bankruptcy Desk/Managing Agent
3405 Navajo Way
Las Vegas, NV 89108

Campos,Armando
Attn: Bankruptcy Desk/Managing Agent
208 Circle Dr
Las Vegas, NV 89101

Cardinal Freight lines Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30370
Las Vegas, NV 89173-0370

Carrasco,Hector
Attn: Bankruptcy Desk/Managing Agent
4111 Annie Oakey Dr
Las Vegas, NV 89121

Cashman Equipment
Attn: Bankruptcy Desk/Managing Agent
File #56751
Los Angeles, CA 90074

Casillas-Lopez,Efrain
Attn: Bankruptcy Desk/Managing Agent
1925 Griffith Ave
Las Vegas, NV 89104

Casino Ready Mix Inc.
Attn: Bankruptcy Desk/Managing Agent
5355 N. Beesley Dr
Las Vegas, NV 89115

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                                                           Served 4/17/2009

Castellanos Flores,Luis A.
Attn: Bankruptcy Desk/Managing Agent
4961 Apollostar Apt 3
Las Vegas, NV 89115

Castro,Adolfo
Attn: Bankruptcy Desk/Managing Agent
2011 Thunder Storm Ave
North Las Vegas, NV 89032

Caterpillar Financial Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 100647
Pasadena CA 91189-0647

Cedeno,David
Attn: Bankruptcy Desk/Managing Agent
2522 Ellis St #4
N Las Vegas, NV 89030

Century Steel Inc.
Attn: Bankruptcy Desk/Managing Agent
6655 S Eastern Ave
Las Vegas, NV 89119

Charley, Benison
Attn: Bankruptcy Desk/Managing Agent
PO Box 686
Crownpoint, NM 87313

Chavarria,Jose
Attn: Bankruptcy Desk/Managing Agent
204 Silver Dollar
Las Vegas, NV 89102

Chavez,Jose Rosas
Attn: Bankruptcy Desk/Managing Agent
4362 E. Lake Mead Blvd sp# 42
Las Vegas, NV 89115

Chavez,Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
2022 Crawford St, Apt #2
N Las Vegas, NV 89030

Chavez,Mark Edward
Attn: Bankruptcy Desk/Managing Agent
1501 Sullivan
Farmington, NM 87401

Chavez-Mejia,Jose
Attn: Bankruptcy Desk/Managing Agent
5330 E. Charleston #41
Las Vegas, NV 89142

Cheyenne Auto Parts Inc
Attn: Bankruptcy Desk/Managing Agent
4675 C So. Polaris Ave
Las Vegas, NV 89103

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
P.O Box 95007
Henderson, NV 89009-5007

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Business Services Division
400 Stewart Avenue, 3rd Floor
Las Vegas, NV 89101

City of North Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2200 Civic Center Drive
North Las Vegas, NV 89036

Clark County Dept of Business License
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy, 3rd Fl
Las Vegas, NV 89115-1810

Clark County Recorder
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Parkway
Las Vegas, NV 89115

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CMA Business Credit Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 7740
Burbank, CA 91510-7740

Cocolan,Miguel
Attn: Bankruptcy Desk/Managing Agent
3337 Crawford St
N Las Vegas, NV 89030

Cocolan,Ricardo
Attn: Bankruptcy Desk/Managing Agent
3337 Crawford St
N Las Vegas, NV 89030

Consolidated Reprographics
Attn: Bankruptcy Desk/Managing Agent
345 Clinton Street
Costa Mesa, CA 92626-6011

Construction Bolt & Stud of NV
Attn: Bankruptcy Desk/Managing Agent
2834 S. Highland Dr.
Las Vegas, NV 89109

Construction Sealants Supply
Attn: Bankruptcy Desk/Managing Agent
4450 W. Diablo
Las Vegas, NV 89118

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                    Served 4/17/2009

Converse Consultants
Attn: Bankruptcy Desk/Managing Agent
731 Pilot Road, Suite H
Las Vegas NV 89119

Cordero,Ruben
Attn: Bankruptcy Desk/Managing Agent
2913 Elms St., #3
Las Vegas, NV 89101

Corona,Roman Rosas
Attn: Bankruptcy Desk/Managing Agent
2022 Crawford Street
N Las Vegas, NV 89030

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Covarrubias,Luis A
Attn: Bankruptcy Desk/Managing Agent
2209 Van Patten Pl
Las Vegas, NV 89104

Creative Foam Shapes
Attn: Bankruptcy Desk/Managing Agent
4420 Andrews St #B
N. Las Vegas, NV 89081

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Cruz-Canales,Cesar A
Attn: Bankruptcy Desk/Managing Agent
3710 Nicholas Dr
Las Vegas, NV 89115

Cruz-Macias,Jose
Attn: Bankruptcy Desk/Managing Agent
3405 Navajo Way
Las Vegas, NV 89108

Curley,Clayton M.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 466  Ft
Wingale, NM 87316

Dan Packer
Attn: Bankruptcy Desk/Managing Agent
320 Hedgehope Drive
Las Vegas, NV 89123

Daniel M. Packer
Attn: Bankruptcy Desk/Managing Agent
641 Sole Addiction
Las Vegas, NV 89123

Davila Polino,Alberto
Attn: Bankruptcy Desk/Managing Agent
2431 Bassler St., #C
N Las Vegas, NV 89030

De Anda,Ernesto
Attn: Bankruptcy Desk/Managing Agent
3650 Geist # E 1
Las Vegas, NV 89115

De Aquino,Juan Pablo
Attn: Bankruptcy Desk/Managing Agent
4767 Convaiere  Ave # 1
N Las Vegas, NV 89115

De La Luz Gonzalez,Jose M.
Attn: Bankruptcy Desk/Managing Agent
5801 Evergreen
Las Vegas, NV 89107

De Los Santos,J. Jesus
Attn: Bankruptcy Desk/Managing Agent
1122 Bonanza Ave., #A
Las Vegas, NV 89011

Debra Packard
Attn: Bankruptcy Desk/Managing Agent
2570 Hitchcock Street
Henderson, NV 89052

DeHerrera,Ted Jude
Attn: Bankruptcy Desk/Managing Agent
2846 Mahongany Grove
Henderson, NV 89074

Delgado,Ruben
Attn: Bankruptcy Desk/Managing Agent
3709 Reseda Ct
N Las Vegas, NV 89030

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept of Motor Vehicles
Attn: Bankruptcy Desk/Managing Agent
Motor Carrier Section
555 Wright Way
Carson City, NV 89711

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                            Served 4/17/2009

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Lumber
Attn: Bankruptcy Desk/Managing Agent
4950 North Berg St
North Las Vegas, NV 89031

Desert Specialty Rigging
Attn: Bankruptcy Desk/Managing Agent
5800 S Valley View Blvd
Ste-107
Las Vegas, NV 89118

Detroit Industrial Tool
Attn: Bankruptcy Desk/Managing Agent
P.O Box 7916
Van Nuys, CA 91409-1068

DHL Express (USA) Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 4723
Houston, TX 77210-4723

Diamond Concrete Cutting
Attn: Bankruptcy Desk/Managing Agent
80 Corporate Park Drive
Henderson NV  89074

Diaz Saldana,Rafael
Attn: Bankruptcy Desk/Managing Agent
530 McKellar Circle, Apt F
Las Vegas, NV 89119

Diaz Valtierra,Juan
Attn: Bankruptcy Desk/Managing Agent
530 McKellar Circle, Apt F
Las Vegas, NV 89119

Diaz-Salgado,Ernesto E.
Attn: Bankruptcy Desk/Managing Agent
1750 Karen Ave., #267
Las Vegas, NV 89109

Dielco Crane Services Inc
Attn: Bankruptcy Desk/Managing Agent
5454 Arville St
Las Vegas, NV 89118

Discount Tire
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29851
Phoenix, AZ 85038-9851

Diversified Drafting LLC
Attn: Bankruptcy Desk/Managing Agent
5729 Walkingstick Lane
North Las Vegas, NV 89031

DJB Gas Services Inc
Attn: Bankruptcy Desk/Managing Agent
P.O Box 1811
Salt Lake City, UT 84110-1811

Dominguez,Benancio
Attn: Bankruptcy Desk/Managing Agent
2751 E. Bonanza Rd
Las Vegas, NV 89101

Employment Security Division
Attn: Bankruptcy Desk/Managing Agent
500 E. Third St
Carson City, NV 89713-0030

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Eric Dobberstein & Associates
Attn: Bankruptcy Desk/Managing Agent
1399 Galleria Drive
Suite 201
Henderson, NV 89014

Eric Dobberstein, Esq.
Attn: Bankruptcy Desk/Managing Agent
1391 Galleria Drive #201
Henderson, NV 89014

Escalante,Arturo
Attn: Bankruptcy Desk/Managing Agent
235 W. Philadelphia
Las Vegas, NV 89102

Escobar,Jose Luis
Attn: Bankruptcy Desk/Managing Agent
512 S. Maryland Pkwy Apt C
Las Vegas, NV 89101

Eslava,Israel
Attn: Bankruptcy Desk/Managing Agent
1900 Allen Lane, #2
Las Vegas, NV 89106

Esparza,Heriberto
Attn: Bankruptcy Desk/Managing Agent
3416 Heather Ave
N Las Vegas, NV 89030

Esparza,Jose Luis
Attn: Bankruptcy Desk/Managing Agent
3311 Coleman
N Las Vegas, NV 89032

Esparza,Juan
Attn: Bankruptcy Desk/Managing Agent
2260 Dolly Lane Apt B
Las Vegas, NV 89115

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                    **Served 4/17/2009**

Espinoza, Heriberto
Attn: Bankruptcy Desk/Managing Agent
101 Pecos Rd
Las Vegas, NV 89115

Espinoza, Marcos I.
Attn: Bankruptcy Desk/Managing Agent
979 Flapjack
Henderson, NV 89014

Estrada Navarrete, Eliazar
Attn: Bankruptcy Desk/Managing Agent
2204 E. Owens Ave
N Las Vegas, NV 89030

Estrada, Maximo
Attn: Bankruptcy Desk/Managing Agent
2516 Reynolds Ave
N Las Vegas, NV 89030

Estrella, Ezequiel
Attn: Bankruptcy Desk/Managing Agent
2304 Willoughby Ave
Las Vegas, NV 89101

Etsitty, Dean D.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box H44-RRTP
Chinle, AZ 86503

Etsitty, Leroy
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2682
Kayenta, AZ 86033

Etsitty, Lucas
Attn: Bankruptcy Desk/Managing Agent
PO Box 155
Rockpoint, AZ 86545

Fairway Chevrolet
Attn: Bankruptcy Desk/Managing Agent
3100 E. Sahara Avenue
Las Vegas NV 89104

Fasteners Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 80536
Las Vegas, NV 89180-0536

Ferguson, Hugh
Attn: Bankruptcy Desk/Managing Agent
1210 Jaylar Cr
Las Vegas, NV 89102

Fernandez-Lopez, Arturo
Attn: Bankruptcy Desk/Managing Agent
3317 Osage
Las Vegas, NV 89101

Figueroa, Alfredo
Attn: Bankruptcy Desk/Managing Agent
1824 Crystal Chimes Dr
Las Vegas, NV 89106

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Flores Gonzalez, Arturo R
Attn: Bankruptcy Desk/Managing Agent
1925 Adwill # A
Las Vegas, NV 89106

Flores, Mahomedalid
Attn: Bankruptcy Desk/Managing Agent
P. O . Box 271684
N Las Vegas, NV 89127

Ford Country
Attn: Bankruptcy Desk/Managing Agent
Valley Auto Mall
280 North Gibson Rd
Henderson, NV 89014

Ford Credit
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7172
Pasadena, CA 91109-7172

Ford Motor Credit Company
Attn: Bankruptcy Desk/Managing Agent
PO Box 790119
St. Louis, MO 63179-0119

Galarza, Alvaro
Attn: Bankruptcy Desk/Managing Agent
3431 Dappie Dr
N Las Vegas, NV 89032

Gallardo, Guillermo
Attn: Bankruptcy Desk/Managing Agent
1504 N 22nd St Unit # 3
Las Vegas, NV 89101

Gallardo, Jose
Attn: Bankruptcy Desk/Managing Agent
2829 Western
N Las Vegas, NV 89030

Garcia Rivera, Roberto
Attn: Bankruptcy Desk/Managing Agent
709 Delta St
Las Vegas, NV 89101

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                    **Served 4/17/2009**

Garcia,Jose R
Attn: Bankruptcy Desk/Managing Agent
5516 W. Bartlett St
Las Vegas, NV 89106

Garcia,Ricardo
Attn: Bankruptcy Desk/Managing Agent
2152 Crawford
N Las Vegas, NV 89030

Garcia-Diaz,Noe
Attn: Bankruptcy Desk/Managing Agent
3705 Del Rio Dr. North
N Las Vegas, NV 89030

Garcia-Hernandez,Jose Antonio
Attn: Bankruptcy Desk/Managing Agent
2608 Brooks Ave
N Las Vegas, NV 89030

Garcia-Lopez,Isaac
Attn: Bankruptcy Desk/Managing Agent
816 Langtry
Las Vegas, NV 89107

Gary Lewey
Attn: Bankruptcy Desk/Managing Agent
5149 Alfingo St
Las Vegas, NV 89135

Gavino Gutierrez,Omar
Attn: Bankruptcy Desk/Managing Agent
2127 Belmont St # A
N Las Vegas, NV 89030

Geo Tek Inc
Attn: Bankruptcy Desk/Managing Agent
6835 South Escondido Street #A
Las Vegas, NV 89119-3832

GLB Insurance Group of NV
Attn: Bankruptcy Desk/Managing Agent
4455 South Pecos Rd
Las Vegas, NV 89121

GMAC Payment Processing Center
Attn: Bankruptcy Desk/Managing Agent
PO Box 9001948
Louisville, KY 40290-1948

Gomez,Armando
Attn: Bankruptcy Desk/Managing Agent
2944 Pecos Rd., #204
Las Vegas, NV 89115

Gonnie,Edison
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2338
Kayenta, AZ 86033

Gonzales-Vasquea, Rafael
Attn: Bankruptcy Desk/Managing Agent
140 N. 20th St.
Las Vegas, NV 89110

Gonzalez Talamantes,Jesus
Attn: Bankruptcy Desk/Managing Agent
4624 Beatrice Ave
Las Vegas, NV 89110

Gonzalez,Ernesto
Attn: Bankruptcy Desk/Managing Agent
3405 Navajo Way
Las Vegas, NV 89108

Gonzalez,Gilberto
Attn: Bankruptcy Desk/Managing Agent
3401 N. Walnut Rd # 7
Las Vegas, NV 89115

Gonzalez-Anaya,Jorge
Attn: Bankruptcy Desk/Managing Agent
1636 Rising Pebble Ct
N Las Vegas, NV 89031

Gonzalez-Ruiz,Juan
Attn: Bankruptcy Desk/Managing Agent
895 Dalton Dr
Las Vegas, NV 89119

Granberry Supply Corp
Attn: Bankruptcy Desk/Managing Agent
2665 S Highland
Las Vegas, NV 89109

GREGORY LYONS
Attn: Bankruptcy Desk/Managing Agent
8237 DUCHARNE AVENUE
LAS VEGAS, NV 89145

Gruber, Amos
Attn: Bankruptcy Desk/Managing Agent
PO Box 4103
Yatahey, NM 87375

Gutierrez,Omar G
Attn: Bankruptcy Desk/Managing Agent
2920 Daley St
N Las Vegas, NV 89030

Gutirrez,Aldo
Attn: Bankruptcy Desk/Managing Agent
3655 E. Sahara #2126
Las Vegas, NV 89104

Guzman Rodriguez,Marcos
Attn: Bankruptcy Desk/Managing Agent
3700 E. Bonanza
Las Vegas, NV 89110

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                            **Served 4/17/2009**

Guzman,Enrique
Attn: Bankruptcy Desk/Managing Agent
1607 Rexford
Las Vegas, NV 89104

Guzman-L,Roberto
Attn: Bankruptcy Desk/Managing Agent
3309 Bassler St
N Las Vegas, NV 89030

Harbor Freight Tools
Attn: Bankruptcy Desk/Managing Agent
PO Box 6010
Camarillo, CA 93011-6010

Health Plan of Nevada
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1388
Las Vegas NV 89125-1388

Henderson Chevrolet
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 90610
240 North Gibson Road
Henderson, NV 89009-0610

Hendrickson,Adam F.
Attn: Bankruptcy Desk/Managing Agent
2836 E. Taylor
N Las Vegas, NV 89030

Hernandez,Gaspar
Attn: Bankruptcy Desk/Managing Agent
2421 Statz
N Las Vegas, NV 89030

Hernandez,Jose T
Attn: Bankruptcy Desk/Managing Agent
6413 Britanny Way
Las Vegas, NV 89103

Hernandez,Jubentino
Attn: Bankruptcy Desk/Managing Agent
808 Senbica Heights
Las Vegas, NV 89081

Hernandez,Liborio
Attn: Bankruptcy Desk/Managing Agent
1001 E. Carey # 4-407
N Las Vegas, NV 89030

Hernandez-Soto,Pedro
Attn: Bankruptcy Desk/Managing Agent
1835 N. Bruce #3
N Las Vegas, NV 89030

Hernanedez-Ramirez,Ubaido
Attn: Bankruptcy Desk/Managing Agent
2327 Bassler St
N Las Vegas, NV 89030

Herrera-Huizar,Ruben
Attn: Bankruptcy Desk/Managing Agent
2305 Theresa Ave
Las Vegas, NV 89101

Hilti Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 382002
Pittsburg, PA 15250-8002

HUB International Milne of AZ
Attn: Bankruptcy Desk/Managing Agent
1750 East Glendale Ave
Phoeniz, AZ 85020-5505

Hyphen Solutions, Ltd.
Attn: Bankruptcy Desk/Managing Agent
5055 Keller Springs Road #200
Addison TX 75001

Ian Rosen
Attn: Bankruptcy Desk/Managing Agent
901 Mohawk
Las Vegas, NV 89107

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Ingersoll-Rand Financial Svcs
Attn: Bankruptcy Desk/Managing Agent
Div. of CitiCapital Comm. Corp.
P.O. Box 6229
Carol Stream, IL 60197-6229

Integrity Collision Center
Attn: Bankruptcy Desk/Managing Agent
6770 Redwood St
Las Vegas, NV 89118

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Jara,Jesus
Attn: Bankruptcy Desk/Managing Agent
4780 Nova Ln Apt 2
Las Vegas, NV 89115

Jaureguy,Gerardo
Attn: Bankruptcy Desk/Managing Agent
2665 S. Bruce # 293
Las Vegas, NV 89109

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                    **Served 4/17/2009**

Jeff Leonard
Attn: Bankruptcy Desk/Managing Agent
8141 Hydra Lane
Las Vegas, NV 89128

Jim White
Attn: Bankruptcy Desk/Managing Agent
676 Sari Dr.
Las Vegas, NV 89110

Jimenez,Julie
Attn: Bankruptcy Desk/Managing Agent
8211 Broward Lane
Las Vegas, NV 89147

JLS Concrete Pumpimg Inc
Attn: Bankruptcy Desk/Managing Agent
P O Box 667
Oak View, CA 93022

Juarez Legarra,Moises
Attn: Bankruptcy Desk/Managing Agent
1720 W. Bonanza #78
Las Vegas, NV 89106

Juarez,Heriberto
Attn: Bankruptcy Desk/Managing Agent
1720 W. Bonanza #78
Las Vegas, NV 89106

Juarez-Lopez,Fredy Damian
Attn: Bankruptcy Desk/Managing Agent
1720 W. Bonanza Blvd., #21
Las Vegas, NV 89106

Juarez-Lopez,Gabriel
Attn: Bankruptcy Desk/Managing Agent
1720 W. Bonanza #21
Las Vegas, NV 89106

K J GROUP LLC
Attn: Bankruptcy Desk/Managing Agent
676 SARI DRIVE
LAS VEGAS, NV 89110-4227

Lamas-Delgado,Miguel
Attn: Bankruptcy Desk/Managing Agent
3700 Bonanza #2074
Las Vegas, NV 89110

Langford Crane Service
Attn: Bankruptcy Desk/Managing Agent
6130 W. Tropicana PMB#218
Las Vegas NV 89103

Las Vegas Review-Journal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 920
Las Vegas, NV 89125-0920

Lazaro Serrano,Jesus
Attn: Bankruptcy Desk/Managing Agent
3851 Wynn # 1051
Las Vegas, NV 89103

Ledezma Vera,Jose
Attn: Bankruptcy Desk/Managing Agent
2512 High Tree St
N Las Vegas, NV 89030

Leonard,Jeffery Martin
Attn: Bankruptcy Desk/Managing Agent
8141 Hydra Lane
Las Vegas, NV 89128

Lopez Moreno Juan
Attn: Bankruptcy Desk/Managing Agent
1720 W. Bonanza #21
Las Vegas, NV 89106

Lopez,Hector
Attn: Bankruptcy Desk/Managing Agent
3950 Silver Dollar #101
Las Vegas, NV 89102

Lopez,Jorge
Attn: Bankruptcy Desk/Managing Agent
6106 Cambala Ct
Las Vegas, NV 89139

Lopez,Jose L.
Attn: Bankruptcy Desk/Managing Agent
1720 W. Bonanza
Las Vegas, NV 89106

Lopez,Manuel
Attn: Bankruptcy Desk/Managing Agent
1809 1/2 Coolidge St
N Las Vegas, NV 89030

Lopez,Pedro
Attn: Bankruptcy Desk/Managing Agent
3864 Silver Dollar #204
Las Vegas, NV 89102

Lopez-Lopez,Jose Antonio
Attn: Bankruptcy Desk/Managing Agent
2650 San Domingo Ln
Las Vegas, NV 89115

Los Angeles Freightliner
Attn: Bankruptcy Desk/Managing Agent
PO Box 60816
Los Angeles CA 90060-0816

Loza,Domingo Rivas
Attn: Bankruptcy Desk/Managing Agent
1925 Griffith Ave
Las Vegas, NV 89104

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                                    **Served 4/17/2009**

LS Construction Consulting Svc
Attn: Bankruptcy Desk/Managing Agent
10120 W. Flamingo Rd.
Suite 4-117
Las Vegas, NV 89135

Luna Cruz,Fidel
Attn: Bankruptcy Desk/Managing Agent
4870 Charleston Ave # 15
Las Vegas, NV 89104

Luna,Alejandro
Attn: Bankruptcy Desk/Managing Agent
4706 Tamalpias Ave
Las Vegas, NV 89120

Lundberg,Brian Kent
Attn: Bankruptcy Desk/Managing Agent
6742 Shelter Lane
Las Vegas, NV 89103

Macias Solis,Omar Alberto
Attn: Bankruptcy Desk/Managing Agent
8557 Fieldmouse
Las Vegas, NV 89142

Macias-Castellanos,Cesar
Attn: Bankruptcy Desk/Managing Agent
268 Steelhead Ln # 203
Las Vegas, NV 89110

Maldonado Padilla,Oscar
Attn: Bankruptcy Desk/Managing Agent
236 W. Philadelphia # 6
Las Vegas, NV 89102

Maldonado,Enrique
Attn: Bankruptcy Desk/Managing Agent
1728 Howard Ave
Las Vegas, NV 89115

Maldonado,Juan
Attn: Bankruptcy Desk/Managing Agent
1728 Howard Ave
Las Vegas, NV 89104

Marin,Maricela
Attn: Bankruptcy Desk/Managing Agent
579 Pomerol Ave
Las Vegas, NV 89123

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Martin-Cruz,Juan
Attn: Bankruptcy Desk/Managing Agent
2215 Sleepy
Las Vegas, NV 89106

Martinez,Basilio
Attn: Bankruptcy Desk/Managing Agent
2510 Crawford St. # B
N Las Vegas, NV 89030

Martinez,Cesar
Attn: Bankruptcy Desk/Managing Agent
2201 Sun Ave # A
N Las Vegas, NV 89030

Martinez,Ernesto
Attn: Bankruptcy Desk/Managing Agent
2725 Magnet Street
N Las Vegas, NV 89030

Martinez,Jesus
Attn: Bankruptcy Desk/Managing Agent
2104 White St.
N Las Vegas, NV 89030

Martinez,Juan
Attn: Bankruptcy Desk/Managing Agent
2201 Perliter Ave
N Las Vegas, NV 89030

Martinez,Miguel D
Attn: Bankruptcy Desk/Managing Agent
1941 Cindy Sue
Las Vegas, NV 89106

Martinez,Octavio
Attn: Bankruptcy Desk/Managing Agent
724 Delta St
N Las Vegas, NV 89030

Martinez-Garcia,Eulalio
Attn: Bankruptcy Desk/Managing Agent
2241 N. Ellis
N Las Vegas, NV 89030

Mayen,Marcelino
Attn: Bankruptcy Desk/Managing Agent
4918 Dobson
Las Vegas, NV 89115

Mazo,Jose A.
Attn: Bankruptcy Desk/Managing Agent
810 M St
Las Vegas, NV 89106

McFadden-Dale Industrial Hardw
Attn: Bankruptcy Desk/Managing Agent
4477 West Reno Ave
Las Vegas, NV 89118

Mejia,Eduardo
Attn: Bankruptcy Desk/Managing Agent
6556 Mt Roy Ln
Las Vegas, NV 89156

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                    **Served 4/17/2009**

Mejia,Jjesus
Attn: Bankruptcy Desk/Managing Agent
6556 Mt Roy Ln
Las Vegas, NV 89156

Mendenhall Smith Struc Eng
Attn: Bankruptcy Desk/Managing Agent
3571 Red Rock Street
Suite A
Las Vegas, NV 89103

Mendez,Pedro
Attn: Bankruptcy Desk/Managing Agent
2140 Clancy St
Las Vegas, NV 89156

Mendoza,Reyes
Attn: Bankruptcy Desk/Managing Agent
5500 Seavaugh
Las Vegas, NV 89107

Mercury LDO
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas, NV 89120

Metro Trucking
Attn: Bankruptcy Desk/Managing Agent
4815 Alto
Las Vegas NV 89115

Midnight Printing
Attn: Bankruptcy Desk/Managing Agent
2721 Losee Road, #A
North Las Vegas, NV 89030

Monarres,Jose
Attn: Bankruptcy Desk/Managing Agent
3705 Struz Ave
Las Vegas, NV 89110

Monarrez,Raymundo
Attn: Bankruptcy Desk/Managing Agent
3705 Strozts
Las Vegas, NV 89110

Montano,Marco Aurelio
Attn: Bankruptcy Desk/Managing Agent
3308 Osage Ave
Las Vegas, NV 89101

Montoya,T.Jonas
Attn: Bankruptcy Desk/Managing Agent
2016 Bonanza # 2016
Las Vegas, NV 89101

Montoya-Martin,Jaime
Attn: Bankruptcy Desk/Managing Agent
1616 Cordoba Lane #C
Las Vegas, NV 89108

Morales,Arturo
Attn: Bankruptcy Desk/Managing Agent
1316 21st # C
Las Vegas, NV 89101

Moreno,Jorge
Attn: Bankruptcy Desk/Managing Agent
497 Calcaterra # C
Las Vegas, NV 89119

Moreno-C.,Manuel
Attn: Bankruptcy Desk/Managing Agent
2249 Statz St., #D
N Las Vegas, NV 89030

Mota,Arturo
Attn: Bankruptcy Desk/Managing Agent
2225 McCarran St # D
N Las Vegas, NV 89030

Mota,Jubenal
Attn: Bankruptcy Desk/Managing Agent
2509 Flower Ave
N Las Vegas, NV 89030

Mota,Martin
Attn: Bankruptcy Desk/Managing Agent
2533 Taylor Ave
N Las Vegas, NV 89030

Mota,Miguel
Attn: Bankruptcy Desk/Managing Agent
3205 Tabor Ave., #B
N Las Vegas, NV 89030

Mota,Raul
Attn: Bankruptcy Desk/Managing Agent
3928 New Hopeway
Las Vegas, NV 89110

MTS Mobile Welding LLC
Attn: Bankruptcy Desk/Managing Agent
5468 Berchmans Ave
Las Vegas, NV 89122

Napoles, Cesar Jaurequi
Attn: Bankruptcy Desk/Managing Agent
2665 S. Bruce
Las Vegas, NV 89109

Nava-R,Aaron
Attn: Bankruptcy Desk/Managing Agent
3024 Carey #3
N Las Vegas, NV 89030

Navarrete,Efrain
Attn: Bankruptcy Desk/Managing Agent
4032 Shady Oak Dr
Las Vegas, NV 89115

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                          **Served 4/17/2009**

Navarrete,Israel
Attn: Bankruptcy Desk/Managing Agent
2915 Salt Lake St
N Las Vegas, NV 89030

Neff Rentals
Attn: Bankruptcy Desk/Managing Agent
3682 S Valley View Blvd
Las Vegas, NV 89103

Nevada  Employment Security Di
Attn: Bankruptcy Desk/Managing Agent
500 E. Third Street
Carson City, NV 89713-0030

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankruptcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Highway Patrol
Attn: Bankruptcy Desk/Managing Agent
555 Wright Way
Carson City, NV 89711-0525

Nevada House of Hose
Attn: Bankruptcy Desk/Managing Agent
1015 Sharp Circle
N Las Vegas NV 89030

Nevada Ready Mix
Attn: Bankruptcy Desk/Managing Agent
151 Cassia Way
Henderson, NV 89014

Nevada State Contractors Board
Attn: Bankruptcy Desk/Managing Agent
2310 Corporate Circle #200
Henderson, NV 89074

Nile Leatham & Timothy P. Thomas, Esq
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Noriega,Erick
Attn: Bankruptcy Desk/Managing Agent
2105 Mariposa Ave
Las Vegas, NV 89104

Nungarary,Jose Jesus
Attn: Bankruptcy Desk/Managing Agent
3404 Lillis Cr
N Las Vegas, NV 89030

Nuno,Teodulo
Attn: Bankruptcy Desk/Managing Agent
1809  1/2 Coolidge St
N Las Vegas, NV 89030

Occupational Health Centers
Attn: Bankruptcy Desk/Managing Agent
PO Box 5950
Sparks, NV 89432

Office of the Labor Commissioner
Attn: Bankruptcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

ORCO Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 05891
PO Box 39000
San Francisco CA 94139-5891

Ordonez-Ramirez,Gerardo
Attn: Bankruptcy Desk/Managing Agent
1912 Rexford
Las Vegas, NV 89104

Ortiz Vega,Luis Fernando
Attn: Bankruptcy Desk/Managing Agent
829 Parkhurst St
Las Vegas, NV 89110

Ortiz-Mata,Jose
Attn: Bankruptcy Desk/Managing Agent
376 N. 15th St. # A
Las Vegas, NV 89101

Owens Geotechnical Inc.
Attn: Bankruptcy Desk/Managing Agent
4480 W. Hacienda Ave. # 104
Las Vegas, NV 89118

P & S Metals & Supply Co.
Attn: Bankruptcy Desk/Managing Agent
5160 S. Rogers St
Las Vegas, NV 89118-1543

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                    **Served 4/17/2009**

Pacer Transport
Attn: Bankruptcy Desk/Managing Agent
PO Box 841742
Dallas, TX 75284-1742

Pacific Coast Steel
Attn: Bankruptcy Desk/Managing Agent
7155 Mission Gorge Road
San Diego, CA 92120

Packer,Daniel L
Attn: Bankruptcy Desk/Managing Agent
320 Hedgehope Drive
Las Vegas, NV 89123

Packer,Taylor J
Attn: Bankruptcy Desk/Managing Agent
320 Hedge Dr
Las Vegas, NV 89123

Padilla Moreno,Samuel
Attn: Bankruptcy Desk/Managing Agent
236 Philadelphia # 6
Las Vegas, NV 89102

Padilla Padilla,Genaro
Attn: Bankruptcy Desk/Managing Agent
1311 S. 11th St
Las Vegas, NV 89104

Padilla,Ricardo
Attn: Bankruptcy Desk/Managing Agent
1135 E. Desert Inn # 1
Las Vegas, NV 89109

Padilla-Bautista,Luis
Attn: Bankruptcy Desk/Managing Agent
912 Hassett
Las Vegas, NV 89104

Padilla-Moreno,Enrique
Attn: Bankruptcy Desk/Managing Agent
236 W. Philadelphia #6
Las Vegas, NV 89102

Paldi Steel
Attn: Bankruptcy Desk/Managing Agent
2220 Creastline Loop
N Las Vegas, NV 89030-4102

Paul DeLong Heavy Haul
Attn: Bankruptcy Desk/Managing Agent
P.O Box 750609
Las Vegas, NV 89136

Paul Werho
Attn: Bankruptcy Desk/Managing Agent
2102 Citroen St
Las Vegas, NV 89142

Paz Rodriguez,Jesus
Attn: Bankruptcy Desk/Managing Agent
4205 Timpani Dr
Las Vegas, NV 89110

Paz-Saldana,Gerardo O
Attn: Bankruptcy Desk/Managing Agent
904 N. 20th St
Las Vegas, NV 89101

Paz-Vivar,Jose L
Attn: Bankruptcy Desk/Managing Agent
4205 Timpani Dr
Las Vegas, NV 89110

Peinado,Reyes Quezada
Attn: Bankruptcy Desk/Managing Agent
213 Stanford St
Las Vegas, NV 89107

Perez Gonzalez,Eduaro
Attn: Bankruptcy Desk/Managing Agent
2516 Herrod Dr
N Las Vegas, NV 89030

Perez Gutierrez,Austreberto
Attn: Bankruptcy Desk/Managing Agent
3381 Athens St., #4
Las Vegas, NV 89109

Perez Noyola,Librado S.
Attn: Bankruptcy Desk/Managing Agent
5855 Woodfield Dr
Las Vegas, NV 89142

Perez Ochoa,Mario
Attn: Bankruptcy Desk/Managing Agent
Las Vegas, NV 89120
Las Vegas, NV 89120

Perez,Gustavo
Attn: Bankruptcy Desk/Managing Agent
1311 S. 11th St
Las Vegas, NV 89104

Perez,Javier
Attn: Bankruptcy Desk/Managing Agent
1421 Henry Dr., #A
Las Vegas, NV 89110

Perez,Ricardo
Attn: Bankruptcy Desk/Managing Agent
2686 S. Decatur
Las Vegas, NV 89102

Perez-Munoz,Remigio
Attn: Bankruptcy Desk/Managing Agent
2516 Herrod Dr
N Las Vegas, NV 89030

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                    **Served 4/17/2009**

PERI Formwork Systems, Inc
Attn: Bankruptcy Desk/Managing Agent
P.O Box 631914
Baltimore, MD 21263-1914

Pimental,David
Attn: Bankruptcy Desk/Managing Agent
3250 Orange Sun
Las Vegas, NV 89135

Plasencia H.,Oscar
Attn: Bankruptcy Desk/Managing Agent
232 W. Philadelphia #2
Las Vegas, NV 89102

Post Tension of Nevada
Attn: Bankruptcy Desk/Managing Agent
1179 Center Point Dr.
Henderson NV 89074

PTO Sales Corporation
Attn: Bankruptcy Desk/Managing Agent
PO Box 1207
La Mirada, CA 90637-1207

Quezada,Jose
Attn: Bankruptcy Desk/Managing Agent
213 Stanford St
Las Vegas, NV 89107

Quintana,Antonio
Attn: Bankruptcy Desk/Managing Agent
8109 Hercules Dr
Las Vegas, NV 89128

Ramirez,Andres
Attn: Bankruptcy Desk/Managing Agent
709 Delta Wilson
Las Vegas, NV 89101

Ramirez,Jaimez A.
Attn: Bankruptcy Desk/Managing Agent
2421 Statz
N Las Vegas, NV 89030

Ramirez-Rivera,Rigoberto
Attn: Bankruptcy Desk/Managing Agent
709 Delta Wilson
Las Vegas, NV 89101

Ramirez-Sanchez,Crecencio
Attn: Bankruptcy Desk/Managing Agent
2933 Salt Lake
N Las Vegas, NV 89030

Ramirez-Torres,Salvador
Attn: Bankruptcy Desk/Managing Agent
1814 S. Fairfield
Las Vegas, NV 89102

Rebel Oil Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 S. Highland Drive
Las Vegas NV 89102-4812

REDBURN Tire Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box14828
Phoenix, AZ 85063

Regalado-Vega,Jose
Attn: Bankruptcy Desk/Managing Agent
3416 Heather Ave
N Las Vegas, NV 89030

Reyes-Mares,Luis A
Attn: Bankruptcy Desk/Managing Agent
2820 Maryin # D
Las Vegas, NV 89101

Rincon Cabrera,Raul
Attn: Bankruptcy Desk/Managing Agent
2850 E. Bonanza
Las Vegas, NV 89101

Rivas Ramirez,Alfredo
Attn: Bankruptcy Desk/Managing Agent
2400 Wooly Rose
Las Vegas, NV 89106

Rivas,Daniel
Attn: Bankruptcy Desk/Managing Agent
1925 Griffith Ave
Las Vegas, NV 89104

Rivas,Guadalupe
Attn: Bankruptcy Desk/Managing Agent
1750 E. Karen Ave #343 Bld 40
Las Vegas, NV 89109

Rivas,Martiniano
Attn: Bankruptcy Desk/Managing Agent
1925 Griffith
Las Vegas, NV 89104

Rivas,Miguel
Attn: Bankruptcy Desk/Managing Agent
1750 E. Karen # 277
N Las Vegas, NV 89030

Robles Galarza,Jose
Attn: Bankruptcy Desk/Managing Agent
3417 Fishers Landing
N Las Vegas, NV 89108

Robles,Baltazar
Attn: Bankruptcy Desk/Managing Agent
713 Delta St
Las Vegas, NV 89101

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                                                          **Served 4/17/2009**

Robles,Pedro
Attn: Bankruptcy Desk/Managing Agent
809 Taylor Ave
N Las Vegas, NV 89030

Rocha,Daniel
Attn: Bankruptcy Desk/Managing Agent
2104 White St
N Las Vegas, NV 89030

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rodriguez,Daniel
Attn: Bankruptcy Desk/Managing Agent
4625 Little Finch
Las Vegas, NV 89115

Rodriguez,Juan M
Attn: Bankruptcy Desk/Managing Agent
5250 Retablo
Las Vegas, NV 89102

Rodriguez,Miguel
Attn: Bankruptcy Desk/Managing Agent
2720 Menlo Square # C
Las Vegas, NV 89101

Rollabels, Ink, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 201
Palmyra, NJ 08065-0201

Romero,Eulalio
Attn: Bankruptcy Desk/Managing Agent
2720 Menlo Square #D
Las Vegas, NV 89101

Romero,Jaime
Attn: Bankruptcy Desk/Managing Agent
2720 Menlo Square Dr., #D
Las Vegas, NV 89101

Romo,Anthony R.
Attn: Bankruptcy Desk/Managing Agent
3400 Cabana Rd # 2118
Las Vegas, NV 89122

RSC Equipment Rental
Attn: Bankruptcy Desk/Managing Agent
3380 St Rose E23Pkwy
Henderson, NV 89052

Ruiz-A.,Gaudencio
Attn: Bankruptcy Desk/Managing Agent
1835 N. Bruce St
N Las Vegas, NV 89030

Safelite Auto Glass
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 633197
Cincinnati OH 45263-3197

Safety Meeting Outlines, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 700
Frankfurt, IL 60423

Salazar,Maria M
Attn: Bankruptcy Desk/Managing Agent
3532 Chelsea Grove
Las Vegas, NV 89122

Salazar,Robin
Attn: Bankruptcy Desk/Managing Agent
1033 Green Way
Las Vegas, NV 89108

Salazar,Valentin
Attn: Bankruptcy Desk/Managing Agent
3404 Lillis Cr
N Las Vegas, NV 89030

Sanchez Hurtado,Joel
Attn: Bankruptcy Desk/Managing Agent
517 N. 28th St # 48
Las Vegas, NV 89101

Sanchez, Martin
Attn: Bankruptcy Desk/Managing Agent
1760 N. Decatur Blvd., #27
Las Vegas, NV 89108

Sanchez,Antonio
Attn: Bankruptcy Desk/Managing Agent
1823 Fulstone Way # 1
Las Vegas, NV 89115

Sanchez,Barba,Alfredo
Attn: Bankruptcy Desk/Managing Agent
2558 San Felipe St
Las Vegas, NV 89115

Sanchez,Bryan N.
Attn: Bankruptcy Desk/Managing Agent
2664 Spruce Creek Dr
Las Vegas, NV 89138

Sanchez,Jose F.
Attn: Bankruptcy Desk/Managing Agent
6063 Shenandoah Ave
Las Vegas, NV 89156

Sanchez,Martin
Attn: Bankruptcy Desk/Managing Agent
3964 Silver Dollar Ave., #3964
Las Vegas, NV 89102

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                    **Served 4/17/2009**

Santiago Garcia,Candido
Attn: Bankruptcy Desk/Managing Agent
409 Crestline Dr
Las Vegas, NV 89107

Santiago Martinez,Rafael
Attn: Bankruptcy Desk/Managing Agent
409 Crestline
Las Vegas, NV 89107

Santiago,Juan A
Attn: Bankruptcy Desk/Managing Agent
409 Crestline
Las Vegas, NV 89107

Santiago,Juan M.
Attn: Bankruptcy Desk/Managing Agent
5266 Stampa Ave
Las Vegas, NV 89146

Santiago-Cruz,Oscar
Attn: Bankruptcy Desk/Managing Agent
409 Crestline
Las Vegas, NV 89107

Santiago-Martinez,Ivan
Attn: Bankruptcy Desk/Managing Agent
409 Crestline # D
Las Vegas, NV 89107

Scheer's Incorporated
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane Suite 400
Westmont, IL 60559-5570

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

SER MAC Inc.
Attn: Bankruptcy Desk/Managing Agent
2601 S. Highland Drive
Las Vegas, NV 89109

Serrato,Dionicio
Attn: Bankruptcy Desk/Managing Agent
3528 Orvis St.
N Las Vegas, NV 89030

Service Rock Products
Attn: Bankruptcy Desk/Managing Agent
151 Cassia Way
Henderson NV 89014-6616

ServPro
Attn: Bankruptcy Desk/Managing Agent
791 Middlegate Rd.
Henderson, NV 89015

Silver State Steel
Attn: Bankruptcy Desk/Managing Agent
3680 W Reno
Las Vegas, NV 89118

Silverstate Materials
Attn: Bankruptcy Desk/Managing Agent
4005 Dean Martin Drive
Las Vegas, NV 89103

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Soto-Hernandez,Ramiro
Attn: Bankruptcy Desk/Managing Agent
3216 Tabor Ave
N Las Vegas, NV 89030

Southern Nevada Welding Supply
Attn: Bankruptcy Desk/Managing Agent
4375 West Reno #3
Las Vegas, NV 89118

Sprint
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4181
Carol Stream, IL 60197-4181

Sprint PCS
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79357
City of Industry, CA 91716-9357

Starwood
Attn: Bankruptcy Desk/Managing Agent
2040 S Teneya Way
Las Vegas, NV 89117

State Coll & Disb Unit
Attn: Bankruptcy Desk/Managing Agent
PO Box 98950
Las Vegas, NV 89193-8950

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Dept of Taxation - Revenue Div
1550 East College Pkwy, #115
Carson City, NV 89706

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City NV 89713-0030

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**

Served 4/17/2009

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

State of NV Business License
Attn: Bankruptcy Desk/Managing Agent
PO Box 52614
Phoenix, AZ 85072-2614

Steel Engineers Incorporated
Attn: Bankruptcy Desk/Managing Agent
716 W. Mesquite
Las Vegas NV 89106

Subias-Ibarra,Cesar
Attn: Bankruptcy Desk/Managing Agent
2016 Bonanza # 2016
Las Vegas, NV 89101

Subiaz,Marsial
Attn: Bankruptcy Desk/Managing Agent
2650 San Domingo
Las Vegas, NV 89115

Sunshine Concrete & Materials
Attn: Bankruptcy Desk/Managing Agent
500 Lake Havasu Ave. N. Ste.D-100
Lake Havasu City, AZ 86403

Sunstate Equipment
Attn: Bankruptcy Desk/Managing Agent
P.O Box 52581
Phoenix, AZ 85072-2581

Ted DeHerrera
Attn: Bankruptcy Desk/Managing Agent
2846 Mahongany
Henderson, NV 89074

Ted Wiens Truck Tire Centers
Attn: Bankruptcy Desk/Managing Agent
3810 Spring Mountain Road
Las Vegas, NV 89102

Teresa Erickson
Attn: Bankruptcy Desk/Managing Agent
1809 Birch St
Las Vegas, NV 89102

The CIT Group
Attn: Bankruptcy Desk/Managing Agent
File #55603
Los Angeles, CA 90074-5603

The Lighthouse
Attn: Bankruptcy Desk/Managing Agent
425 West 10th St.
San Pedro, CA 90731-3213

The Tire Store
Attn: Bankruptcy Desk/Managing Agent
704 W. Sunset Rd., Bldg #D
Henderson, NV 89015

Thomas,Peterson
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3501
Indian Wells, AZ 86031

Thompson,Adrian B
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 131
Mexican Springs, NM 87320

T-Mobile
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 742596
Cincinnati OH 45274-2596

Torres Robles,Ricardo
Attn: Bankruptcy Desk/Managing Agent
3311 Coleman
Las Vegas, NV 89101

Torrez De La Cruz,Alfonso
Attn: Bankruptcy Desk/Managing Agent
1920 Cedar Ave
Las Vegas, NV 89101

Trailer Tech
Attn: Bankruptcy Desk/Managing Agent
5495 South Valley View Blvd
Las Vegas, NV 89118

Travel Lodge @ Kingman
Attn: Bankruptcy Desk/Managing Agent
3275 E. Andy Devine Ave
Kingman, AZ 86401

Tristar Worldwide
Attn: Bankruptcy Desk/Managing Agent
6280 S Valley View Blvd
Ste-604
Las Vegas, NV 89117

UniFirst Corporation
Attn: Bankruptcy Desk/Managing Agent
568 Parkson Rd.
Henderson, NV 89011

United Rentals Northwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
File 51122
Los Angeles, CA 90074-1122

United Rentals Northwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79337
City of Industry, CA 91716-9337

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                                            Served 4/17/2009

United Road Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
2201 N. Commerce
N Las Vegas, NV 89030

United Road Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
2201 North Commerce Street
N Las Vegas, NV 89030

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
PO Box 660095
Dallas, TX 75266-0095

US DOT Haz Mat Reg
Attn: Bankruptcy Desk/Managing Agent
PO Box 70985
Charlotte, NC 28272-0985

Valencia-L.Luis
Attn: Bankruptcy Desk/Managing Agent
1825 Howard Ave
Las Vegas, NV 89104

Valenzuela-Rojo,Mario
Attn: Bankruptcy Desk/Managing Agent
1720 W. Bonanza., #78
Las Vegas, NV 89106

Valley Placers Inc.
Attn: Bankruptcy Desk/Managing Agent
3921 W. Oquendo Rd.
Las Vegas, NV 89118

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vargas,Arnulfo
Attn: Bankruptcy Desk/Managing Agent
6666 W. Washington # K-138
Las Vegas, NV 89107

Vargas-Flores,Carlos Alberto
Attn: Bankruptcy Desk/Managing Agent
6312 Tanzanite
Las Vegas, NV 89130

Vargas-Flores,Faustino
Attn: Bankruptcy Desk/Managing Agent
5225 Pebble Beach Blvd
Las Vegas, NV 89108

Vegas Propane, Inc.
Attn: Bankruptcy Desk/Managing Agent
4610 Eaker St
N Las Vegas, NV 89081

Velasco-Guzman,German
Attn: Bankruptcy Desk/Managing Agent
5325 E. Tropicana
Las Vegas, NV 89122

Venegas,Filiberto
Attn: Bankruptcy Desk/Managing Agent
5266 Stampa Ave
Las Vegas, NV 89146

Veronica,Diego
Attn: Bankruptcy Desk/Managing Agent
840 Dusk Dr
Las Vegas, NV 89110

Villalobos,Jesus M.
Attn: Bankruptcy Desk/Managing Agent
2104 Whit St
N Las Vegas, NV 89030

Villareal,Juan M.
Attn: Bankruptcy Desk/Managing Agent
2139 Statz #4
N Las Vegas, NV 89030

Volvo Rents
Attn: Bankruptcy Desk/Managing Agent
5255 S Valley View Blvd
Las Vegas, NV 89118

Wamco National Inc.
Attn: Bankruptcy Desk/Managing Agent
676 Sari Drive
Las Vegas, NV 89110

Waterproof Supply
Attn: Bankruptcy Desk/Managing Agent
4212 Bertsos Dr., Ste #2
Las Vegas, NV 89103

WBJ Industries
Attn: Bankruptcy Desk/Managing Agent
2929 Ensalmo Way
Laughlin, NV 89029

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wells Fargo Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
File #55603
Los Angeles, CA 90074-5603

**Gung-Ho Concrete, LLC 09-14822 - U.S. Mail**                                                                    Served 4/17/2009

Wells Fargo Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
NW 5934
PO Box 1450
Minneapolis, MN 55485-5934

Werdco BC. Inc.
Attn: Bankruptcy Desk/Managing Agent
4660 Flippin Street
Las Vegas, NV 89115

Werho,Paul R.
Attn: Bankruptcy Desk/Managing Agent
2102 Citroen St
Las Vegas, NV 89142

White Cap Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 0998
Los Angeles, CA 90088-0998

White,David Howard
Attn: Bankruptcy Desk/Managing Agent
1370 May Ave
Las Vegas, NV 89104

White,Glenn David
Attn: Bankruptcy Desk/Managing Agent
1370 May Ave
Las Vegas, NV 89104

White,Michael
Attn: Bankruptcy Desk/Managing Agent
5402 S. Sir Richard Dr
Las Vegas, NV 89110

White,William
Attn: Bankruptcy Desk/Managing Agent
1370 May Ave
Las Vegas, NV 89104

Williams Scotsman, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 91975
Chicago, IL 60693-1975

Williams,Bryan Lee
Attn: Bankruptcy Desk/Managing Agent
5055 Duneville blvd Apt 147 Bldg 26
Las Vegas, NV 89118

Wireless Consulting Corp.
Attn: Bankruptcy Desk/Managing Agent
4955 S. Durango Drive, Ste. 151
Las Vegas, NV 89113

Yazzie,Doyle W.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7148
Winslow, AZ 86047

Yazzie,Julio C
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 178
Brimhall, NM 87310

Yazzie,Troy C
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 142
Brimhall, NM 87310

Yazzie,Vandy K.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7148
Winslow, AZ 86047

Yellowhair,Darrel
Attn: Bankruptcy Desk/Managing Agent
PO Box 656
Tuba City, AZ 86045

Zamora,Luis
Attn: Bankruptcy Desk/Managing Agent
3851 Wynn # 1051
Las Vegas, NV 89103

Zaragoza,Isai
Attn: Bankruptcy Desk/Managing Agent
2328 McCarran St # B
N Las Vegas, NV 89030

Zubias,Julio
Attn: Bankruptcy Desk/Managing Agent
840 Held Rd., #C
Las Vegas, NV 89101

Zuniga M,Faustino
Attn: Bankruptcy Desk/Managing Agent
1941 Cindy Sue
Las Vegas, NV 89106

Creditors:  476

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| **BRAVO, INC.** | Case No.: BK-S-09-14825-LBR |
| | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2          UNITED STATES BANKRUPTCY COURT

3                 DISTRICT OF NEVADA

4    In re:

5    BRAVO, INC.                        Chapter 11
     aka RHODES FRAMING
6    Tax I.D. No. 88-0282642            Case No. BK-S-09-14825-LBR

7              Debtor.

8    _____/

9        **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,**
                          **AND DEADLINES**
10

11   A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

12   You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
     consult an attorney to protect your rights. All documents filed in this case may be viewed at the
13   bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
     may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
14   the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
     and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.
15
     NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
16   enclosed on the page of this Notice entitled "Explanations."

17   **Attorney for Debtor(s) (name and address):**

18                        ZACHARIAH LARSON
                          LARSON & STEPHENS
19              810 S. CASINO CENTER BLVD., SUITE 104
                         LAS VEGAS, NV 89101
20                 Telephone number: (702) 382-1170

21                PACHULSKI STANG ZIEHL & JONES LLP
                  10100 SANTA MONICA BLVD., 11th FLOOR
22                     LOS ANGELES, CA 90067-4100
                   Telephone Number: (310) 277-6910
23

24                      **Meeting of Creditors**

25                      **DATE:** May 7, 2009
                        **TIME:** 3:00 PM
26         **LOCATION:** Foley Federal Building and U.S. Courthouse
          300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101
27
                  **Creditor with a Foreign Address:**
28   See additional information enclosed on the page of this Notice entitled "Explanations," under the
                     paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **Deadlines to File a Proof of Claim** |
|---|

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

| **Creditors May Not Take Certain Actions**: |
|---|

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** |
|---|

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

| | EXPLANATIONS |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Bravo, Inc.** | Case Number: **09-14825** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (    )    -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
_(If known)_

Filed On:

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (    )    -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**          $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:  $                    Annual Interest Rate:          %

Amount of arrearage and other charges as of time case filed included in secured claim, if any:  $                    Basis for perfection:

| Amount Secured | Amount Unsecured |
|---|---|
| $          | $          |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (              ).

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

Printed Name                    Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Bravo, Inc. 09-14825 - U.S. Mail**                                              Served 4/17/2009

Abrego Rojos;Liboric
Attn: Bankruptcy Desk/Managing Agent
2211 Statz Ave # B
N Las Vegas, NV 89030

Addison Construction Supply
Attn: Bankruptcy Desk/Managing Agent
5685 South Cameron
Las Vegas, NV 89118

Aguilar Martinez;Martin
Attn: Bankruptcy Desk/Managing Agent
1622 Putnam Ave
N Las Vegas, NV 89030

Aguilera;Jose
Attn: Bankruptcy Desk/Managing Agent
3827 Trout Lake Ave
Las Vegas, NV 89115

American Funds Service Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 25067
Santa Ana, CA 92799-5067

Arapahoe Cleaning LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite 106
Henderson, NV 89015

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arnold Machinery Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30020
Salt Lake City, UT 84130

Arrellano B.;Juan
Attn: Bankruptcy Desk/Managing Agent
2327 Ellis St. # 6
N Las Vegas, NV 89030

Arthur;Christopher Scott
Attn: Bankruptcy Desk/Managing Agent
9285 Cloud Berry
Las Vegas, NV 89147

Arzu;Miguel A
Attn: Bankruptcy Desk/Managing Agent
801 Fairway Dr
Las Vegas, NV 89107

Atherton;Edward F
Attn: Bankruptcy Desk/Managing Agent
129 Breezyshore Ave
N Las Vegas, NV 89031

Austin Hardwoods
Attn: Bankruptcy Desk/Managing Agent
4245 W. Sunset
Las Vegas, NV 89118

AutoZone-AZ Commercial
Attn: Bankruptcy Desk/Managing Agent
PO Box 116067
Atlanta, GA 30368-6067

Ayala;Jose
Attn: Bankruptcy Desk/Managing Agent
6349 Bristol Way
Las Vegas, NV 89107

B & L DMV Enterprises Inc
Attn: Bankruptcy Desk/Managing Agent
4535 West Sahara
Suite 115
Las Vegas, NV 89102

Barajas;Jesus
Attn: Bankruptcy Desk/Managing Agent
2052 Bledsoe Lane
Las Vegas, NV 89156

Bello-Garcia; Leobardo
Attn: Bankruptcy Desk/Managing Agent
500 W. Miller #50
N Las Vegas, NV 89030

Black & Decker, USPTG
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98692
Chicago, IL 60693

Bovadilla-Lopez;Ivan
Attn: Bankruptcy Desk/Managing Agent
1039 Pearl
Las Vegas, NV 89104

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Builders Assoc of Western NV
Attn: Bankruptcy Desk/Managing Agent
575 S. Saliman Road
Carson City, NV 89701

Calderon Rosas;Leonardo
Attn: Bankruptcy Desk/Managing Agent
3825 N. Nellis Blvd # 100
Las Vegas, NV 89115

**Bravo, Inc. 09-14825 - U.S. Mail**                                                           **Served 4/17/2009**

Camarena;Omero
Attn: Bankruptcy Desk/Managing Agent
2100 Cadillac Ln
Las Vegas, NV 89106

Cardenas Gallardo;Miguel
Attn: Bankruptcy Desk/Managing Agent
5050 Tamarus
Las Vegas, NV 89119

Cashman Equipment Company
Attn: Bankruptcy Desk/Managing Agent
File # 56751
Los Angeles CA 90074-6751

Castulo; Pedro
Attn: Bankruptcy Desk/Managing Agent
985 Martin Luther King # 106
Las Vegas, NV 89106

Castulo;Juan
Attn: Bankruptcy Desk/Managing Agent
9815 Martin Luther King
Las Vegas, NV 89106

Castulo-Lopez; Jesus
Attn: Bankruptcy Desk/Managing Agent
985 Martin Luther King
Las Vegas, NV 89106

Chavez;Antonio
Attn: Bankruptcy Desk/Managing Agent
1761 N. Nellis # 11
Las Vegas, NV 89115

Cheyenne Auto Parts, Inc.
Attn: Bankruptcy Desk/Managing Agent
4675-C South Polaris Avenue
Las Vegas, NV 89103

CIT Group/EF
Attn: Bankruptcy Desk/Managing Agent
File #55603
Los Angeles, CA 900745603

CitiCapital (SM)
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6229
Carol Stream, IL 60197-6229

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
Business License Division
P.O. Box 95007
Henderson, NV 890095007

City of Las Vegas - License
Attn: Bankruptcy Desk/Managing Agent
Dept. of Finance & Business Serv
P.O. Box 52799
Phoenix, AZ 850722799

City of North Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2200 Civic Center Drive
North Las Vegas NV 89030

Clark County Dept. of Bus. Lic
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy. 3rd F
P.O. Box 551810
Las Vegas, NV 891551810

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

Colonial Suppl. Insurance
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1365
Processing Center
Columbia, SC 29202-1365

Corporation Taxes
Attn: Bankruptcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Cowen Associates
Attn: Bankruptcy Desk/Managing Agent
29 Vesta Rd.
Natick, MA 01760

Credit Suisse Loan Funding LLC
Attn: Bankrutpcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Cruz-Martinez;Rodolfo
Attn: Bankrutpcy Desk/Managing Agent
2831 Kim Lane # 151
N Las Vegas, NV 89030

Daniel Layman
Attn: Bankruptcy Desk/Managing Agent
5034 Swift River Ct.
N. Las Vegas, NV 89031

**Bravo, Inc. 09-14825 - U.S. Mail**                                                                    **Served 4/17/2009**

David Dorantes
Attn: Bankruptcy Desk/Managing Agent
3211 Fontana Colony CT
N Las Vegas, NV 89031

De Leon;Armando
Attn: Bankruptcy Desk/Managing Agent
2620 Tonopah
N Las Vegas, NV 89030

Del Norte Dept. Child Support
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 66
Crescent City, CA 95531-0066

Del Val-Soto;Gustavo
Attn: Bankruptcy Desk/Managing Agent
3704 Tabor Ave
N Las Vegas, NV 89030

Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Department of Motor Vehicles
Attn: Bankruptcy Desk/Managing Agent
Registration Division
555 Wright Way
Carson City, NV 897110725

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Lumber
Attn: Bankruptcy Desk/Managing Agent
4950 North Berg Street
N. Las Vegas, NV 89030

DHL Express (USA) Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 4723
Houston, TX 77210-4723

Diaz De-Leon;Jesus S
Attn: Bankruptcy Desk/Managing Agent
7 Washington Way
Henderson, NV 89015

Escamilla;Maria
Attn: Bankruptcy Desk/Managing Agent
1921 Cindy Sue # D
Las Vegas, NV 89105

Fast Glass
Attn: Bankruptcy Desk/Managing Agent
6255 S. Sandhill Rd
Las Vegas, NV 89120

Fasteners, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 80536
Las Vegas, NV 891800536

Felix-Delval; Jose G
Attn: Bankruptcy Desk/Managing Agent
6008 Golden Sun Ct
Las Vegas, NV 89081

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Gonzalez; Luis A
Attn: Bankruptcy Desk/Managing Agent
1616 Stevens #2
Las Vegas, NV 89115

Gonzalez;Jorge Alexis
Attn: Bankruptcy Desk/Managing Agent
4801 E. Tropicana
Las Vegas, NV 89121

Gonzalez-Lopez; Gonzaio
Attn: Bankruptcy Desk/Managing Agent
852 Dusk  Las Vegas, NV 89110
Las Vegas, NV 89110

Granberry Supply Corp.
Attn: Bankruptcy Desk/Managing Agent
P.O.  Box 90550
Phoenix, AZ 850660550

Guardian
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 51505
Los Angeles CA 90051-5805

Guardian Life Insurance
Attn: Bankruptcy Desk/Managing Agent
36280 Treasury Center
Chicago, IL 60694-6200

Guerrero-Ramos;Miguel F
Attn: Bankruptcy Desk/Managing Agent
3955 E. Charleston Blvd # 145
Las Vegas, NV 89104

Gutierrez Jimenez;Leopoldo
Attn: Bankruptcy Desk/Managing Agent
863 Samoy St
Las Vegas, NV 89110

**Bravo, Inc. 09-14825 - U.S. Mail**                                                                                    **Served 4/17/2009**

Gutierrez;Fernando
Attn: Bankruptcy Desk/Managing Agent
2813 Stanley Ave
N Las Vegas, NV 89030

Gutierrez;Saul
Attn: Bankruptcy Desk/Managing Agent
2000 E. Owens Ave
N Las Vegas, NV 89030

Gutierrez-Jimenez; Moises
Attn: Bankruptcy Desk/Managing Agent
1221 Honey Lake St
Las Vegas, NV 89110

Health Plan of Nevada Inc
Attn: Bankruptcy Desk/Managing Agent
Group Services
PO Box 1388
Las Vegas, NV 891251388

Hernandez; Antonio
Attn: Bankruptcy Desk/Managing Agent
3650 Geist # C 3
Las Vegas, NV 89115

Hernandez; Dennis A.
Attn: Bankruptcy Desk/Managing Agent
3777 Gulliver St
Las Vegas, NV 89115

Hernandez-Resendiz; Porfirio
Attn: Bankruptcy Desk/Managing Agent
3300 Durham Ave
Las Vegas, NV 89101

Hernandez-Sarabia;Roberto
Attn: Bankruptcy Desk/Managing Agent
1324 N. 22 nd St. # 3
Las Vegas, NV 89101

Home Depot Credit Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 6029
Dept 32-2001952575
The Lakes, NV 889016029

Hortega Rodriguez;Pedro
Attn: Bankruptcy Desk/Managing Agent
3825 N. Nellis Blvd # 100
Las Vegas, NV 89115

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Inland Hobbs
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 61564
Phoenix, AZ 85082-1564

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Inzunza; Jose
Attn: Bankruptcy Desk/Managing Agent
2200 Kenneth Road
N Las Vegas, NV 89030

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

James Truss Company
Attn: Bankruptcy Desk/Managing Agent
4220 Donovan Way
N.Las Vegas NV 89030

Jorge Amarilla
Attn: Bankruptcy Desk/Managing Agent
4813 Elmhurst Ln
Las Vegas, NV 89108

Klingspor Abrasives, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2367
Hickory, NC 28603-2367

LA County Court Trustee
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 513544
Los Angeles, CA 90051

Layman;Daniel Joseph
Attn: Bankruptcy Desk/Managing Agent
5034 Swift River Ct
N Las Vegas, NV 89031

Layva Gaspar;Agustin
Attn: Bankruptcy Desk/Managing Agent
2101 Sandi Lane
Las Vegas, NV 89115

Leboeuf;Cy James
Attn: Bankruptcy Desk/Managing Agent
2364 Mc Vicar
Kingman, AZ 86401

Leeper's Stair Products
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 17098
Long Beach, CA 90807

Leo Corso
Attn: Bankruptcy Desk/Managing Agent
6416 Gunderson Blvd
Las Vegas, NV 89103

**Bravo, Inc. 09-14825 - U.S. Mail**

Lewis Brisbois Bisgarrd & Smith, LLP
Attn: Bankruptcy Desk/Managing Agent
c/o Janice Brown, Esq.
400 South 4th Street
Las Vegas, NV 89101

Leyva Serrano;Andrew
Attn: Bankruptcy Desk/Managing Agent
2240 Bassler # 1
N Las Vegas, NV 89030

Littler Mendelson, PC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 45547
San Francisco, CA 94145-0547

Lobato-A.;Jose Miguel
Attn: Bankruptcy Desk/Managing Agent
2100 Christina St
N Las Vegas, NV 89030

Loyd W. Baker, Esq.
Attn: Bankruptcy Desk/Managing Agent
500 South 8th Street
Las Vegas, NV 89101

Lumber Services
Attn: Bankruptcy Desk/Managing Agent
5555 South Arville
Las Vegas, NV 89118

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Martinez Rojo; Martin
Attn: Bankruptcy Desk/Managing Agent
1641 Ingraham St
N Las Vegas, NV 89030

McFadden-Dale Industries
Attn: Bankruptcy Desk/Managing Agent
4477 West Reno Ave.
Las Vegas, NV 89118

Mendoza-Madrigal;Andres
Attn: Bankruptcy Desk/Managing Agent
3257 E. Flamingo Rd. # 208
Las Vegas, NV 89121

Mercury LDO
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas, NV 89120

Mike Erickson
Attn: Bankruptcy Desk/Managing Agent
1809 Birch St.
Las Vegas, NV 89102

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 79149
Phoenix, AZ 85062-9149

Navarrete-Resendiz;Jesus
Attn: Bankruptcy Desk/Managing Agent
2315 Ellis St. # C
N Las Vegas, NV 89030

Neri-Quinarez;Florentino
Attn: Bankruptcy Desk/Managing Agent
213 Flower
Las Vegas, NV 89101

Nevada Attorney General
Attn: Bankrutocy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Carbide and Cutter,Inc.
Attn: Bankruptcy Desk/Managing Agent
2120 South Highland Dr. #F
Las Vegas, NV 89102

Nevada Department of Employment, Training & Rehabil
Attn: Bankruptcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Employment Security Div
Attn: Bankruptcy Desk/Managing Agent
Dept.of Employ , Training & Reh
500 E.Third St.
Carson City, NV 89713-0030

Nevada Power Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30086
Reno, NV 895203086

Nevada State Treasurer
Attn: Bankruptcy Desk/Managing Agent
PO Box 98513
Las Vegas, NV 891938513

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

**Bravo, Inc. 09-14825 - U.S. Mail**                                                                       Served 4/17/2009

NMHG Financial Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 643749
Pittsburgh, PA 15264-3749

Nu World Graphics, Inc.
Attn: Bankruptcy Desk/Managing Agent
1801 Western Ave.
Las Vegas, NV 89102-4615

Nunez Diaz; Erasmo
Attn: Bankruptcy Desk/Managing Agent
5308 Padua Way
Las Vegas, NV 89107

Nunez-Diaz; Andres
Attn: Bankruptcy Desk/Managing Agent
5308 Padua Way
Las Vegas, NV 89107

Ochoa;Gilberto
Attn: Bankruptcy Desk/Managing Agent
2534 Salt Lake St
N Las Vegas, NV 89030

Ochoa-Diaz;Gonzalo M.
Attn: Bankruptcy Desk/Managing Agent
3528 Saguaro Valley
N Las Vegas, NV 89030

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Ontiveros-Rojo;Otoniel
Attn: Bankruptcy Desk/Managing Agent
2225 MC Carran
N Las Vegas, NV 89030

ORCO Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 05891
PO Box 39000
San Francisco CA 94139-5891

Ortiz; Jesus G
Attn: Bankruptcy Desk/Managing Agent
4951 Holt Ave
Las Vegas, NV 89115

Pacific Stair Products
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 941245
Plano, TX 75094-1245

Pastrana Arroyo; Raul
Attn: Bankruptcy Desk/Managing Agent
2500 Ellingson Dr
Las Vegas, NV 89106

Patino Diaz;David
Attn: Bankruptcy Desk/Managing Agent
2321 Ellis St, # 2
N Las Vegas, NV 89030

Paul DeLong
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 750609
Las Vegas, NV 89136

Perez;Sergio
Attn: Bankruptcy Desk/Managing Agent
6309 Brittany Way
Las Vegas, NV 89107

Pete Passman Moulding, Inc.
Attn: Bankruptcy Desk/Managing Agent
8050 Arville St #107
Las Vegas, NV 89139

Protection One
Attn: Bankruptcy Desk/Managing Agent
353 Pilot Rd. Ste. # B
Las Vegas, NV 89119

Ramos-Estrada;Israel
Attn: Bankruptcy Desk/Managing Agent
500 W. Miller # 182
N Las Vegas, NV 89030

Rebel Oil Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 S. Highland Drive
Las Vegas NV 89102-4812

Redburn Tire Company
Attn: Bankruptcy Desk/Managing Agent
4710 East Cartier
Las Vegas, NV 89115

Reed Construction Data Inc.
Attn: Bankruptcy Desk/Managing Agent
30 Technology Pkwy South Ste-100
Norcross, GA 30092-2912

Reyes;Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
1409 Sombrero Dr
Las Vegas, NV 89169

Rhodes Design & Development
Attn: Bankruptcy Desk/Managing Agent
4730 So. Fort Apache Rd.
Las Vegas, NV 89147

**Bravo, Inc. 09-14825 - U.S. Mail**                                              Served 4/17/2009

Rivera;Elmer
Attn: Bankruptcy Desk/Managing Agent
3004 Black Forest
Las Vegas, NV 89102

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rodriguez;Jose
Attn: Bankruptcy Desk/Managing Agent
2534 Salt Lake St
N Las Vegas, NV 89030

Romero;Josue
Attn: Bankruptcy Desk/Managing Agent
6349 Bristol Way
Las Vegas, NV 89107

Rubio; Bartolo
Attn: Bankruptcy Desk/Managing Agent
3751 Majesty Palm Dr
Las Vegas, NV 89115

Rugby Industrial Products
Attn: Bankruptcy Desk/Managing Agent
4545 W. Diablo, Suite B
Las Vegas, NV 89118

Ruiz;Victor
Attn: Bankruptcy Desk/Managing Agent
2725 E. Evans # 151
N Las Vegas, NV 89030

S & S Paint & Drywall
Attn: Bankruptcy Desk/Managing Agent
4612 Hayes Place
Las Vegas, NV 89107

Salazar;Edgar
Attn: Bankruptcy Desk/Managing Agent
1221 Honey Lake Ct
Las Vegas, NV 89110

Salinias T.;Ramon
Attn: Bankruptcy Desk/Managing Agent
2119 Webster St
N Las Vegas, NV 89030

Same Day Paint & Body Center
Attn: Bankruptcy Desk/Managing Agent
704 W. Sunset Rd.
Henderson, NV 89015

Sanchez Lopez;Efrain
Attn: Bankruptcy Desk/Managing Agent
2417 Arrowhead
N Las Vegas, NV 89030

Sandlin Lumber Company
Attn: Bankruptcy Desk/Managing Agent
5555 So. Arville
Las Vegas, NV 89103

Santana;Omar R
Attn: Bankruptcy Desk/Managing Agent
1915 Crawford
N Las Vegas, NV 89030

Santos-Lazaro; Joel
Attn: Bankruptcy Desk/Managing Agent
2100 Christina St
N Las Vegas, NV 89030

Scheer's Incorporated
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane Suite 400
Westmont, IL 60559-5570

SDA Electric
Attn: Bankruptcy Desk/Managing Agent
6430 Lookout Mountain Dr.
Las Vegas, NV 89110

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 N. Carson St
Carson City, NV 89701-4201

SER MAC Inc.
Attn: Bankruptcy Desk/Managing Agent
2601 S. Highland Drive
Las Vegas, NV 89109

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Sprint (Cell Phones)
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79357
City of Industry, CA 91716-9357

State Collection & Disb. Unit
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98950
Las Vegas, NV 89193-8950

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

**Bravo, Inc. 09-14825 - U.S. Mail**                                                                                          **Served 4/17/2009**

Sunstate Components
Attn: Bankruptcy Desk/Managing Agent
4915 N. Berg St.
N. Las Vegas, NV 89031

Ted Wiens Tire & Auto Center
Attn: Bankruptcy Desk/Managing Agent
1701 Las Vegas Blvd., So.
Las Vegas, NV 89104

TelePacific Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 526015
Sacramento, CA 95852-6015

Teresa Erickson
Attn: Bankruptcy Desk/Managing Agent
1609 Birch St
Las Vegas, NV 89102

The CIT Group
Attn: Bankruptcy Desk/Managing Agent
4600 Touchton RD. East
Bldg. 100  Suite-300
Jacksonville, FL 32245

Torres; Fidel
Attn: Bankruptcy Desk/Managing Agent
777 Quartz Ave PMB 7724
Sandy Valley, NV 89019

Tribes Holdings, LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Ct. Ste. B-106
Henderson, NV 89015

United Rentals Northwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79337
City of Industry, CA 91716-9337

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
Ogden, UT 84201-0039

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
Philadelphia Service Center
Philadelphia, PA 19255-0072

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
PO Box 105083
Atlanta, GA 30348-5083

Vallejo; Jorge
Attn: Bankruptcy Desk/Managing Agent
3401 Lillis Cir
N Las Vegas, NV 89030

Valles-Martinez;Nicolas
Attn: Bankruptcy Desk/Managing Agent
1212 Putnam Ave
N Las Vegas, NV 89030

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Ventura; Joel M
Attn: Bankruptcy Desk/Managing Agent
401 N. 28th St, #338
Las Vegas, NV 89101

Ventura;Martin
Attn: Bankruptcy Desk/Managing Agent
3750 E. Bonanza # 3
Las Vegas, NV 89110

Viera-Beltran; Carlos
Attn: Bankruptcy Desk/Managing Agent
6008 Golden Sun Ct
Las Vegas, NV 89081

Viera-Pardo; Gustavo
Attn: Bankruptcy Desk/Managing Agent
3832 Arizona Ave
Las Vegas, NV 89104

Villanueva;Henry
Attn: Bankruptcy Desk/Managing Agent
6349 Bristol Way
Las Vegas, NV 89107

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

White Cap Industries
Attn: Bankruptcy Desk/Managing Agent
125 Corporate Park Dr.
Henderson, NV 89015

WINROC
Attn: Bankruptcy Desk/Managing Agent
3775 E. Sahara
Las Vegas, NV 89104

Wireless Consulting Corp.
Attn: Bankruptcy Desk/Managing Agent
4955 S. Durango Drive
Suite 151
Las Vegas, NV 89113

**Bravo, Inc. 09-14825 - U.S. Mail**

**Served 4/17/2009**

Woodworkers Emporium
Attn: Bankruptcy Desk/Managing Agent
125 N. Gibson St.
Henderson, NV 89014

Wright Judd & Winckler
Attn: Bankruptcy Desk/Managing Agent
Bank of America Plaza
300 S. 4th St.   Suite-701
Las Vegas, NV 89101

Zurich Services Corporation
Attn: Bankruptcy Desk/Managing Agent
PO Box 64944
Chicago, IL 60666-0944

Creditors:  195

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **ELKHORN PARTNERS, a Nevada Limited Partnership** | Case No.: BK-S-09-14828-LBR |
| | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2          UNITED STATES BANKRUPTCY COURT

3              DISTRICT OF NEVADA

4    In re:
                                        Chapter 11
5    ELKHORN PARTNERS, A NEVADA
     LIMITED PARTNERSHIP              Case No. BK-S-09-14828-LBR
6    Tax I.D. No.  88-0349654

7                  Debtor.
                               /
8

9        NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                            AND DEADLINES
10

11   A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

12   You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
     consult an attorney to protect your rights. All documents filed in this case may be viewed at the
13   bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
     may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
14   the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
     and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.
15
     NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
16   enclosed on the page of this Notice entitled "Explanations."

17   **Attorney for Debtor(s) (name and address):**

18                      ZACHARIAH LARSON
                         LARSON & STEPHENS
19              810 S. CASINO CENTER BLVD., SUITE 104
                       LAS VEGAS, NV 89101
20             Telephone number:  (702) 382-1170

21              PACHULSKI STANG ZIEHL & JONES LLP
               10100 SANTA MONICA BLVD., 11th FLOOR
22                 LOS ANGELES, CA 90067-4100
                  Telephone Number: (310) 277-6910
23

24                     **Meeting of Creditors**

25                      **DATE**: May 7, 2009
                         **TIME**: 3:00 PM
26            **LOCATION:**  Foley Federal Building and U.S. Courthouse
               300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101
27
                     **Creditor with a Foreign Address:**
28   See additional information enclosed on the page of this Notice entitled "Explanations," under the
                    paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

---

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

---

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

---

- 2 -

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: | **Elkhorn Partners, a Nevada Limited Partnership** | Case Number: | 09-14828 |
|---|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( )  -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: 
*(If known)*

Filed On:

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: ( )  -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $  **Annual Interest Rate:** _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $  **Basis for perfection:**

| **Amount Secured** | **Amount Unsecured** |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ).

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

| Printed Name | | Title |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

PCO0857                0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS — 

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION — 

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**                                   **Served 4/17/2009**

Advanced Funding Strategies Inc
Attn: Bankruptcy Desk/Managing Agent
1800 E Sahara Ave Ste 107
Las Vegas, NV 89104

Advanced Funding Strategies Inc
Attn: Bankruptcy Desk/Managing Agent
7236 Golden Falcon St
Las Vegas, NV 89131

Alejandra Villarreal
Attn: Bankruptcy Desk/Managing Agent
7228 Cottonsparrow St
Las Vegas, NV 89131

Alesia Romanov
Attn: Bankruptcy Desk/Managing Agent
7233 Buglehorn St
Las Vegas, NV 89131

Alfredo Ponce
Attn: Bankruptcy Desk/Managing Agent
7233 Tealwood St
Las Vegas, NV 89131

American Fidelity Assurance Co
Attn: Bankruptcy Desk/Managing Agent
5100 N Classen Blvd Ste 400
Oklahoma City, OK 73118

American Fidelity Assurance Co
Attn: Bankruptcy Desk/Managing Agent
7220 Golden Falcon St
Las Vegas, NV 89131

Anderson Family
Attn: Bankruptcy Desk/Managing Agent
7213 Tealwood St
Las Vegas, NV 89131

Anderson Family
Attn: Bankruptcy Desk/Managing Agent
7430 Red Cinder St
Las Vegas, NV 89131

Ann Ashmore
Attn: Bankruptcy Desk/Managing Agent
7511 Thornbuck Pl
Las Vegas, NV 89131

Anthony McMurray
Attn: Bankruptcy Desk/Managing Agent
7421 Apple Springs Ave
Las Vegas, NV 89131

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arthur & Mary Siskind
Attn: Bankruptcy Desk/Managing Agent
655 Park Ave Apt 4F
New York, NY 10065

Arthur & Mary Siskind
Attn: Bankruptcy Desk/Managing Agent
7500 Bridlehorne Ave
Las Vegas, NV 89131

Atila & Roanna Maczala
Attn: Bankruptcy Desk/Managing Agent
7501 Arborcrest Ave
Las Vegas, NV 89131

Avarice LLC
Attn: Bankruptcy Desk/Managing Agent
2567 W Cheyenne Ave
N Las Vegas, NV 89032

Avarice LLC
Attn: Bankruptcy Desk/Managing Agent
7401 Hornblower Ave
Las Vegas, NV 89131

Bank Morgan J P Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
7255 Baymeadows Way
Jacksonville, FL 32256

Bank Morgan J P Chase Natl Assn
Attn: Bankruptcy Desk/Managing Agent
7540 Cedar Rae Ave
Las Vegas, NV 89131

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank New York Trs
Attn: Bankruptcy Desk/Managing Agent
7713 Falconwing Ave
Las Vegas, NV 89131

Barbara O'Connor
Attn: Bankruptcy Desk/Managing Agent
7605 Falconwing Ave
Las Vegas, NV 89131

Bobby & Kimberly Williamson
Attn: Bankruptcy Desk/Managing Agent
7500 Apple Springs Ave
Las Vegas NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**                                          Served 4/17/2009

Bradley & Amie Modglin
Attn: Bankruptcy Desk/Managing Agent
7431 Cedar Rae Ave
Las Vegas, NV 89131

Brenda & Shawn Bloomer
Attn: Bankruptcy Desk/Managing Agent
7541 Arborcrest Ave
Las Vegas, NV 89131

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Brett Campbell
Attn: Bankruptcy Desk/Managing Agent
3341 Salmon Cr
Las Vegas, NV 89129

Brett Campbell
Attn: Bankruptcy Desk/Managing Agent
7501 Thornbuck Pl
Las Vegas, NV 89131

Bruce & Lora Lester
Attn: Bankruptcy Desk/Managing Agent
7200 Cottonsparrow St
Las Vegas, NV 89131

Bryan & Carla Bertges
Attn: Bankruptcy Desk/Managing Agent
7420 Hornblower Ave
Las Vegas, NV 89131

Bui Hoa
Attn: Bankruptcy Desk/Managing Agent
7217 Buglehorn St
Las Vegas, NV 89131

Byron Mills
Attn: Bankruptcy Desk/Managing Agent
7411 Arborcrest Ave
Las Vegas, NV 89131

C C G Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
6440 Sky Pointe Dr # 140-268
Las Vegas, NV 89131

C C G Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
7521 Cedar Rae Ave
Las Vegas, NV 89131

Carla Stone
Attn: Bankruptcy Desk/Managing Agent
75 Pangloss St
Henderson, NV 89002

Carla Stone
Attn: Bankruptcy Desk/Managing Agent
7531 Arborcrest Ave
Las Vegas, NV 89131

Charkita McGhee
Attn: Bankruptcy Desk/Managing Agent
7209 Buglehorn St
Las Vegas, NV 89131

Charles & Doreen McKee
Attn: Bankruptcy Desk/Managing Agent
7410 Arborcrest Ave
Las Vegas, NV 89131

Charles & Joann Robbins
Attn: Bankruptcy Desk/Managing Agent
7637 Falconwing Ave
Las Vegas, NV 89131

Charles & Nicki Zarganis
Attn: Bankruptcy Desk/Managing Agent
7241 Cottonsparrow St
Las Vegas, NV 89131

Charles & Nicki Zarganis
Attn: Bankruptcy Desk/Managing Agent
916 Evergreen Way
Millbrae, CA 94030

Christopher Tromba
Attn: Bankruptcy Desk/Managing Agent
7221 Eaglegate St
Las Vegas, NV 89131

City of Las Vegas - Sewer
Attn: Bankruptcy Desk/Managing Agent
Department of Finance & Business
P.O. Box 52794
Phoenix, AZ 85072-2794

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Cleotilde Tulio
Attn: Bankruptcy Desk/Managing Agent
7549 Hornblower Ave
Las Vegas, NV 89131

Cline Reeves
Attn: Bankruptcy Desk/Managing Agent
7220 Buglehorn St
Las Vegas, NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**                              **Served 4/17/2009**

Clyde & Ozella Anderson
Attn: Bankruptcy Desk/Managing Agent
4511 Don Ricardo Dr Apt 1
Los Angeles, CA 90008

Clyde & Ozella Anderson
Attn: Bankruptcy Desk/Managing Agent
7217 Cottonsparrow St
Las Vegas, NV 89131

Constance Esposito
Attn: Bankruptcy Desk/Managing Agent
7400 Cedar Rae Ave
Las Vegas, NV 89131

Cooley Family
Attn: Bankruptcy Desk/Managing Agent
7421 Aborcrest Ave
Las Vegas, NV 89131

Cooley Family
Attn: Bankrutpcy Desk/Managing Agent
7421 Arborcrest Ave
Las Vegas, NV 89131

Cooper Family
Attn: Bankruptcy Desk/Managing Agent
7208 Cottonsparrow St
Las Vegas, NV 89131

Cooper Family
Attn: Bankruptcy Desk/Managing Agent
7595 W Camero Ave
Las Vegas, NV 89113

Corporation Taxes
Attn: Bankruptcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Craig & Christine Kinzer
Attn: Bankruptcy Desk/Managing Agent
7241 Tealwood St
Las Vegas, NV 89131

Craig & Kristin Pasco
Attn: Bankruptcy Desk/Managing Agent
7213 Cottonsparrow St
Las Vegas, NV 89131

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Curtis Family
Attn: Bankruptcy Desk/Managing Agent
7530 Red Cinder St
Las Vegas, NV 89131

Daily Family
Attn: Bankruptcy Desk/Managing Agent
7410 Apple Springs Ave
Las Vegas, NV 89131

Daniel & Judy Delrossi
Attn: Bankruptcy Desk/Managing Agent
7741 Falconwing Ave
Las Vegas, NV 89131

Daniel & Linda-Marie Kot
Attn: Bankruptcy Desk/Managing Agent
7617 Falconwing Ave
Las Vegas, NV 89131

Daniel & Linda-Marie Kot
Attn: Bankruptcy Desk/Managing Agent
9025 Rockville Ave
Las Vegas, NV 89143

Daniel Hoshiyama
Attn: Bankruptcy Desk/Managing Agent
1436 Moraga St
San Francisco, CA 94122

Daniel Hoshiyama
Attn: Bankruptcy Desk/Managing Agent
7231 Chaparral Cove Ln
Las Vegas, NV 89131

Daryl & Michelle Gilmore
Attn: Bankruptcy Desk/Managing Agent
7411 Cedar Rae Ave
Las Vegas, NV 89131

David & Leslie Smythmorse
Attn: Bankruptcy Desk/Managing Agent
7212 Eaglegate St
Las Vegas, NV 89131

David Anguiano
Attn: Bankruptcy Desk/Managing Agent
7240 Cottonsparrow St
Las Vegas, NV 89131

David Kasem
Attn: Bankruptcy Desk/Managing Agent
7520 Brittlethorne Ave
Las Vegas, NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**

Served 4/17/2009

Dean & Susanne Griffith
Attn: Bankruptcy Desk/Managing Agent
7540 Red Cinder St
Las Vegas, NV 89131

Denise Washington
Attn: Bankruptcy Desk/Managing Agent
7221 Cottonsparrow St
Las Vegas, NV 89131

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Diane Fox
Attn: Bankruptcy Desk/Managing Agent
7224 Eaglegate St
Las Vegas, NV 89131

Donald & Lisa Anderson
Attn: Bankruptcy Desk/Managing Agent
7411 Hornblower Ave
Las Vegas, NV 89131

Donald & Robyn Vines
Attn: Bankruptcy Desk/Managing Agent
7204 Buglehorn St
Las Vegas, NV 89131

Doran & Kerry Blanchfield
Attn: Bankruptcy Desk/Managing Agent
7208 Buglehorn St
Las Vegas, NV 89131

Douglas Busch
Attn: Bankruptcy Desk/Managing Agent
7510 Bridlehorne Ave
Las Vegas, NV 89131

Dr. Drywall & Paint,Too
Attn: Bankruptcy Desk/Managing Agent
2408 Santa Clara St
Las Vegas NV 89104

Edward & Amy Jeter
Attn: Bankruptcy Desk/Managing Agent
7225 Tealwood St
Las Vegas, NV 89131

Elizabeth & Ernesto Santos
Attn: Bankruptcy Desk/Managing Agent
2351 Flint Ave
San Jose, CA 95148

Elizabeth & Ernesto Santos
Attn: Bankruptcy Desk/Managing Agent
7421 Hornblower Ave
Las Vegas, NV 89131

Elizabeth & Richard Kolkoski
Attn: Bankruptcy Desk/Managing Agent
7501 Hornblower Ave
Las Vegas, NV 89131

Elizabeth Hartman
Attn: Bankruptcy Desk/Managing Agent
7225 Cottonsparrow St
Las Vegas, NV 89131

Enoch & Catherine Wong
Attn: Bankruptcy Desk/Managing Agent
7209 Tealwood St
Las Vegas, NV 89131

Eric & Carole Fulks
Attn: Bankruptcy Desk/Managing Agent
7340 Red Cinder St
Las Vegas, NV 89131

Ericka Moya
Attn: Bankruptcy Desk/Managing Agent
7410 Cedar Rae Ave
Las Vegas, NV 89131

Felecia Flowers
Attn: Bankruptcy Desk/Managing Agent
7229 Tealwood St
Las Vegas, NV 89131

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Floro & Margarita Flores
Attn: Bankruptcy Desk/Managing Agent
7540 Hornblower Ave
Las Vegas, NV 89131

Floro & Margarita Flores
Attn: Bankruptcy Desk/Managing Agent
838 Alcosta Dr
Milpitas, CA 95035

Francisco Cruz
Attn: Bankruptcy Desk/Managing Agent
7244 Cottonsparrow St
Las Vegas, NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**                                               Served 4/17/2009

Freeman & Nina Johnson
Attn: Bankruptcy Desk/Managing Agent
7225 Buglehorn St
Las Vegas, NV 89131

Giuseppe & Marie Milito
Attn: Bankruptcy Desk/Managing Agent
7233 Eaglegate St
Las Vegas, NV 89131

Giuseppe & Nancy Saputo
Attn: Bankruptcy Desk/Managing Agent
7420 Cedar Rae Ave
Las Vegas, NV 89131

Glen & Cheryl Wayne
Attn: Bankruptcy Desk/Managing Agent
7500 Red Cinder St
Las Vegas, NV 89131

Glen & Genevieve Hotinski
Attn: Bankruptcy Desk/Managing Agent
7521 Thornbuck Pl
Las Vegas, NV 89131

Gray Family
Attn: Bankruptcy Desk/Managing Agent
7411 Thornbuck Pl
Las Vegas, NV 89131

Gregory & Shauna Robinson
Attn: Bankruptcy Desk/Managing Agent
7510 Red Cinder St
Las Vegas, NV 89131

Gretchen Apple
Attn: Bankruptcy Desk/Managing Agent
7200 Buglehorn St
Las Vegas, NV 89131

Guadalupe & Isodoro Polanco
Attn: Bankruptcy Desk/Managing Agent
3623 Kutztown Rd
Laureldale, PA 19605

Guadalupe & Isodoro Polanco
Attn: Bankruptcy Desk/Managing Agent
7236 Cottonsparrow St
Las Vegas, NV 89131

Gwen Amie
Attn: Bankruptcy Desk/Managing Agent
7520 Arborcrest Ave
Las Vegas, NV 89131

Harold Graves
Attn: Bankruptcy Desk/Managing Agent
7404 Red Swallow St
Las Vegas, NV 89131

Harshaw Family
Attn: Bankruptcy Desk/Managing Agent
7510 Cedar Rae Ave
Las Vegas, NV 89131

Hartman Family
Attn: Bankruptcy Desk/Managing Agent
7521 Arborcrest Ave
Las Vegas, NV 89131

Henry & Ermazell Jones
Attn: Bankruptcy Desk/Managing Agent
7539 Hornblower Ave
Las Vegas, NV 89131

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL 60559-5570

Ian & Virginia Leslie
Attn: Bankruptcy Desk/Managing Agent
7421 Cedar Rae Ave
Las Vegas, NV 89131

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

J Family
Attn: Bankruptcy Desk/Managing Agent
7531 Apple Springs Ave
Las Vegas, NV 89131

Jake Worline
Attn: Bankruptcy Desk/Managing Agent
7431 Thornbuck Pl
Las Vegas, NV 89131

Jake Worline
Attn: Bankruptcy Desk/Managing Agent
PO Box 751135
Las Vegas, NV 89136

James & Cynthia Cody
Attn: Bankruptcy Desk/Managing Agent
7410 Red Cinder St
Las Vegas, NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**                                                    Served 4/17/2009

James & Joyce Divirgilius
Attn: Bankruptcy Desk/Managing Agent
7529 Hornblower Ave
Las Vegas, NV 89131

James & Simone Cook
Attn: Bankruptcy Desk/Managing Agent
7501 Cedar Rae Ave
Las Vegas, NV 89131

James & Susan Damitz
Attn: Bankruptcy Desk/Managing Agent
7221 Tealwood St
Las Vegas, NV 89131

Jason & Kimberly Moyer
Attn: Bankruptcy Desk/Managing Agent
7245 Tealwood St
Las Vegas, NV 89131

Jeffrey & Brenda Baker
Attn: Bankruptcy Desk/Managing Agent
7550 Cedar Rae Ave
Las Vegas, NV 89131

Jennifer Gettle
Attn: Bankruptcy Desk/Managing Agent
7220 Cottonsparrow St
Las Vegas, NV 89131

Jerry Spivey
Attn: Bankruptcy Desk/Managing Agent
7229 Buglehorn St
Las Vegas, NV 89131

Joann Wilson
Attn: Bankruptcy Desk/Managing Agent
7221 Golden Falcon St
Las Vegas, NV 89131

John & Jill Chambers
Attn: Bankruptcy Desk/Managing Agent
7216 Buglehorn St
Las Vegas, NV 89131

John & Kathryn Danielson
Attn: Bankruptcy Desk/Managing Agent
7321 Chaparral Cove Ln
Las Vegas, NV 89131

Joyce Ulibarri
Attn: Bankruptcy Desk/Managing Agent
7212 Cottonsparrow St
Las Vegas, NV 89131

Judson & Gloria Berggren
Attn: Bankruptcy Desk/Managing Agent
7530 Hornblower Ave
Las Vegas, NV 89131

Judy Britt
Attn: Bankruptcy Desk/Managing Agent
7224 Buglehorn St
Las Vegas, NV 89131

Judy Britt
Attn: Bankruptcy Desk/Managing Agent
7578 Catalina Harbor St
Las Vegas, NV 89131

Karla Galindo
Attn: Bankruptcy Desk/Managing Agent
7345 Misty Glow Ct
Las Vegas, NV 89131

Karla Galindo
Attn: Bankruptcy Desk/Managing Agent
7705 Falconwing Ave
Las Vegas, NV 89131

Katherine McDonald
Attn: Bankruptcy Desk/Managing Agent
7228 Buglehorn St
Las Vegas, NV 89131

Kathleen & Terry Bratton
Attn: Bankruptcy Desk/Managing Agent
7212 Buglehorn St
Las Vegas, NV 89131

Kenneth & Irma Gilbert
Attn: Bankruptcy Desk/Managing Agent
7519 Hornblower Ave
Las Vegas, NV 89131

Kennith & Deborah Pancake
Attn: Bankruptcy Desk/Managing Agent
7205 Cottonsparrow St
Las Vegas, NV 89131

Kent & Loris Davis
Attn: Bankruptcy Desk/Managing Agent
5600 Del Rey Ave
Las Vegas, NV 89146

Kent & Loris Davis
Attn: Bankruptcy Desk/Managing Agent
7224 Cottonsparrow St
Las Vegas, NV 89131

Kevin & Violet McKee
Attn: Bankruptcy Desk/Managing Agent
7229 Eaglegate St
Las Vegas, NV 89131

Kevin Colosimo
Attn: Bankruptcy Desk/Managing Agent
7213 Buglehorn St
Las Vegas, NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**                                        **Served 4/17/2009**

Kevin Fellowes
Attn: Bankruptcy Desk/Managing Agent
7410 Bridlehorne Ave
Las Vegas, NV 89131

Las Vegas Valley Water D
Attn: Bankruptcy Desk/Managing Agent
1001 South Valley View Blvd
Attn:Remittance Processing
Las Vegas, NV 89153

Leiter Family
Attn: Bankruptcy Desk/Managing Agent
7510 Brittlethorne Ave
Las Vegas, NV 89131

Lemoine Family
Attn: Bankruptcy Desk/Managing Agent
7310 Red Cinder St
Las Vegas, NV 89131

Lenell Patrick
Attn: Bankruptcy Desk/Managing Agent
7510 Hornblower Ave
Las Vegas, NV 89131

Leon Ho
Attn: Bankruptcy Desk/Managing Agent
7209 Cottonsparrow St
Las Vegas, NV 89131

Linda & Christopher Robertson
Attn: Bankruptcy Desk/Managing Agent
7540 Apple Springs Ave
Las Vegas, NV 89131

Linda Price
Attn: Bankruptcy Desk/Managing Agent
7204 Cottonsparrow St
Las Vegas, NV 89131

Lisa Morales
Attn: Bankruptcy Desk/Managing Agent
7509 Hornblower Ave
Las Vegas, NV 89131

Lori & Marc Labrecque
Attn: Bankruptcy Desk/Managing Agent
7401 Cedar Rae Ave
Las Vegas, NV 89131

Marianne Rogers
Attn: Bankruptcy Desk/Managing Agent
7530 Arborcrest Ave
Las Vegas, NV 89131

Maritza Coles
Attn: Bankruptcy Desk/Managing Agent
7229 Golden Falcon St
Las Vegas, NV 89131

Mark & Carrie Ayala
Attn: Bankruptcy Desk/Managing Agent
7701 Falconwing Ave
Las Vegas, NV 89131

Mark & Jill Buntrock
Attn: Bankruptcy Desk/Managing Agent
5465 Cardinal Ridge Ct Unit 104
Las Vegas, NV 89149

Mark & Jill Buntrock
Attn: Bankruptcy Desk/Managing Agent
7530 Apple Springs Ave
Las Vegas, NV 89131

Mark Kristo
Attn: Bankruptcy Desk/Managing Agent
7217 Golden Falcon St
Las Vegas, NV 89131

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Martin & Laura Gonska
Attn: Bankruptcy Desk/Managing Agent
7520 Bridlehorne Ave
Las Vegas, NV 89131

Matthew & Grace Graham
Attn: Bankruptcy Desk/Managing Agent
7237 Buglehorn St
Las Vegas, NV 89131

Maurice & Najla Collins
Attn: Bankruptcy Desk/Managing Agent
7025 Rancho De Taos Ct
Las Vegas, NV 89130

Maurice & Najla Collins
Attn: Bankruptcy Desk/Managing Agent
7729 Falconwing Ave
Las Vegas, NV 89131

Mccoy-parenti Family
Attn: Bankruptcy Desk/Managing Agent
7236 Buglehorn St
Las Vegas, NV 89131

Melanie Whitt
Attn: Bankruptcy Desk/Managing Agent
7208 Eagelgate St
Las Vegas, NV 89131

Melanie Whitt
Attn: Bankruptcy Desk/Managing Agent
7208 Eaglegate St
Las Vegas, NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**                                        Served 4/17/2009

Michael & Isabel Kirk
Attn: Bankruptcy Desk/Managing Agent
7229 Cottonsparrow St
Las Vegas, NV 89131

Michael & Joy Pancake
Attn: Bankruptcy Desk/Managing Agent
7237 Tealwood St
Las Vegas, NV 89131

Micheal & Megan Sanchez
Attn: Bankruptcy Desk/Managing Agent
7217 Tealwood St
Las Vegas, NV 89131

Mikell & Linda Dale
Attn: Bankrutpcy Desk/Managing Agent
7400 Red Cinder St
Las Vegas, NV 89131

Nathan Frost
Attn: Bankruptcy Desk/Managing Agent
7224 Tealwood St
Las Vegas, NV 89131

Nellie Hanson
Attn: Bankruptcy Desk/Managing Agent
7709 Falconwing Ave
Las Vegas, NV 89131

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankruptcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

NV Energy
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno NV 89520-3086

Odis Reid
Attn: Bankruptcy Desk/Managing Agent
7350 Red Cinder St
Las Vegas, NV 89131

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Pablo & Elida Flores
Attn: Bankruptcy Desk/Managing Agent
7233 Cottonsparrow St
Las Vegas, NV 89131

Pamela Moore
Attn: Bankruptcy Desk/Managing Agent
7230 Elderly Ave
Las Vegas, NV 89131

Pamela Moore
Attn: Bankruptcy Desk/Managing Agent
7737 Falconwing Ave
Las Vegas, NV 89131

Pando-shorts Family
Attn: Bankruptcy Desk/Managing Agent
7401 Apple Springs Ave
Las Vegas, NV 89131

Patricia Smith
Attn: Bankruptcy Desk/Managing Agent
7521 Apple Springs Ave
Las Vegas, NV 89131

Patrick & Carmen Day
Attn: Bankruptcy Desk/Managing Agent
7510 Apple Springs Ave
Las Vegas, NV 89131

Patrick Thomas
Attn: Bankruptcy Desk/Managing Agent
7431 Hornblower Ave
Las Vegas, NV 89131

Paul & Diona Greenbaum
Attn: Bankruptcy Desk/Managing Agent
7201 Tealwood St
Las Vegas, NV 89131

Paul Ostermiller
Attn: Bankruptcy Desk/Managing Agent
7721 Falconwing Ave
Las Vegas, NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**                                                        Served 4/17/2009

Piezon Family
Attn: Bankruptcy Desk/Managing Agent
7430 Cedar Rae Ave
Las Vegas, NV 89131

Premysl Placek
Attn: Bankruptcy Desk/Managing Agent
10040 Basalt Hollow Ave
Las Vegas, NV 89148

Premysl Placek
Attn: Bankruptcy Desk/Managing Agent
7641 Falconwing Ave
Las Vegas, NV 89131

Ramirez Family
Attn: Bankruptcy Desk/Managing Agent
7717 Falconwing Ave
Las Vegas, NV 89131

Raul Ang
Attn: Bankruptcy Desk/Managing Agent
7510 Arborcrest Ave
Las Vegas, NV 89131

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

Renaldo Cabico
Attn: Bankruptcy Desk/Managing Agent
7237 Cottonsparrow St
Las Vegas, NV 89131

Rex Smith
Attn: Bankruptcy Desk/Managing Agent
7520 Cedar Rae Ave
Las Vegas, NV 89131

Richard & Allie Williams
Attn: Bankruptcy Desk/Managing Agent
7520 Red Cinder St
Las Vegas, NV 89131

Richard & Audrey Kanthack
Attn: Bankruptcy Desk/Managing Agent
7500 Cedar Rae Ave
Las Vegas, NV 89131

Richard Vigil
Attn: Bankruptcy Desk/Managing Agent
7232 Cottonsparrow St
Las Vegas, NV 89131

Richard Vigil
Attn: Bankruptcy Desk/Managing Agent
7922 Soaring Brook St
Las Vegas, NV 89131

Robert & Brenda Thomas
Attn: Bankruptcy Desk/Managing Agent
7520 Apple Springs Ave
Las Vegas, NV 89131

Robert & Diane Gardner
Attn: Bankruptcy Desk/Managing Agent
7420 Bridlehorne Ave
Las Vegas, NV 89131

Robert & Joyce Irving
Attn: Bankruptcy Desk/Managing Agent
7240 Buglehorn St
Las Vegas, NV 89131

Robert & Lorraine Anthonisen
Attn: Bankruptcy Desk/Managing Agent
7520 Hornblower Ave
Las Vegas, NV 89131

Robin Morelio
Attn: Bankruptcy Desk/Managing Agent
7205 Tealwood St
Las Vegas, NV 89131

Rodney & Lyda Harris
Attn: Bankruptcy Desk/Managing Agent
7500 Hornblower Ave
Las Vegas, NV 89131

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Roger & Wanda Johnson
Attn: Bankruptcy Desk/Managing Agent
7530 Bridlehorne Ave
Las Vegas, NV 89131

Ronald & Mary Aldinger
Attn: Bankruptcy Desk/Managing Agent
6009 Golden Saddle St
Las Vegas, NV 89130

Ronald & Mary Aldinger
Attn: Bankruptcy Desk/Managing Agent
7233 Golden Falcon St
Las Vegas, NV 89131

Ronald & Melissa Dejonge
Attn: Bankruptcy Desk/Managing Agent
7201 Cottonsparrow St
Las Vegas, NV 89131

Roseanne Scarola
Attn: Bankruptcy Desk/Managing Agent
7420 Apple Springs Ave
Las Vegas, NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**                                    Served 4/17/2009

Rudy & Lindsay Miller
Attn: Bankruptcy Desk/Managing Agent
7725 Falconwing Ave
Las Vegas, NV 89131

Sambuco Family
Attn: Bankruptcy Desk/Managing Agent
6 Spruce Ln
Valley Stream, NY 11581

Sambuco Family
Attn: Bankruptcy Desk/Managing Agent
7511 Arborcrest Ave
Las Vegas, NV 89131

Sara Grimaldo
Attn: Bankruptcy Desk/Managing Agent
7216 Cottonsparrow St
Las Vegas, NV 89131

Scott & Arsenia Alderman
Attn: Bankrutpcy Desk/Managing Agent
7232 Buglehorn St
Las Vegas, NV 89131

Sebastian & Andrea Crapanzano
Attn: Bankruptcy Desk/Managing Agent
1013 E 12th St
Brooklyn, NY 11230

Sebastian & Andrea Crapanzano
Attn: Bankruptcy Desk/Managing Agent
7330 Red Cinder St
Las Vegas, NV 89131

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Shani Family
Attn: Bankruptcy Desk/Managing Agent
7400 Arborcrest Ave
Las Vegas, NV 89131

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
3525 W Hacienda
Las Vegas, NV 89118

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Department of Taxation
1550 E. College Parkway, Ste 115
Carson City, NV 89706-7937

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Stephen Robison
Attn: Bankruptcy Desk/Managing Agent
7411 Apple Springs Ave
Las Vegas, NV 89131

Stephen Robison
Attn: Bankruptcy Desk/Managing Agent
8309 Garnet Canyon Ln
Las Vegas, NV 89129

Steven & Dianne Macdonald
Attn: Bankruptcy Desk/Managing Agent
7733 Falconwing Ave
Las Vegas, NV 89131

Steven Atkinson
Attn: Bankruptcy Desk/Managing Agent
7408 Red Swallow St
Las Vegas, NV 89131

Steven Atkinson
Attn: Bankruptcy Desk/Managing Agent
9574 Marina Valley Ave
Las Vegas, NV 89147

Steven Ralphs
Attn: Bankruptcy Desk/Managing Agent
7232 Eaglegate St
Las Vegas, NV 89131

Strickland Family
Attn: Bankruptcy Desk/Managing Agent
7221 Buglehorn St
Las Vegas, NV 89131

Strickland Family
Attn: Bankruptcy Desk/Managing Agent
7833 Lonesome Harbor Ave
Las Vegas, NV 89131

Susan & Gregg Schell
Attn: Bankruptcy Desk/Managing Agent
7412 Red Swallow St
Las Vegas, NV 89131

Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail                    Served 4/17/2009

Susan Caramico
Attn: Bankruptcy Desk/Managing Agent
7511 Apple Springs Ave
Las Vegas, NV 89131

Tamara Garner
Attn: Bankruptcy Desk/Managing Agent
7430 Hornblower Ave
Las Vegas, NV 89131

Terry Hickman
Attn: Bankruptcy Desk/Managing Agent
7501 Apple Springs Ave
Las Vegas, NV 89131

Thayer Family
Attn: Bankruptcy Desk/Managing Agent
7511 Cedar Rae Ave
Las Vegas, NV 89131

The Preserves at Elkhorn HOA
Attn: Bankruptcy Desk/Managing Agent
Marti Zeigler (Assoc. Mgr)
Benchmark Association Services
1515 E. Tropicana Avenue,Ste 350A
Las Vegas NV 89119

Theodore Bryla
Attn: Bankruptcy Desk/Managing Agent
7530 Cedar Rae Ave
Las Vegas, NV 89131

Thomas & Kelli Sanchez
Attn: Bankruptcy Desk/Managing Agent
7201 Buglehorn St
Las Vegas, NV 89131

Thomas Groce
Attn: Bankruptcy Desk/Managing Agent
7420 Red Cinder St
Las Vegas, NV 89131

Tiee Family
Attn: Bankruptcy Desk/Managing Agent
7421 Thornbuck Pl
Las Vegas, NV 89131

Timothy Kusz
Attn: Bankruptcy Desk/Managing Agent
7500 Brittlethorne Ave
Las Vegas, NV 89131

Tye & Kimberly Homerding
Attn: Bankruptcy Desk/Managing Agent
7241 Chaparral Cove Ln
Las Vegas, NV 89131

Tyrone Hicks
Attn: Bankruptcy Desk/Managing Agent
7500 Arborcrest Ave
Las Vegas, NV 89131

Ullman Family
Attn: Bankruptcy Desk/Managing Agent
7511 Brittlethorne Ave
Las Vegas, NV 89131

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vickey Murray-Garcia
Attn: Bankruptcy Desk/Managing Agent
7400 Hornblower Ave
Las Vegas, NV 89131

Vicki Murray-Garcia
Attn: Bankruptcy Desk/Managing Agent
7410 Hornblower Ave
Las Vegas, NV 89131

Vickie & Michael Martin
Attn: Bankruptcy Desk/Managing Agent
7224 Golden Falcon St
Las Vegas, NV 89131

Victoria Leigh
Attn: Bankruptcy Desk/Managing Agent
7400 Bridlehorne Ave
Las Vegas, NV 89131

Vinay Benjamin
Attn: Bankruptcy Desk/Managing Agent
7205 Buglehorn St
Las Vegas, NV 89131

Wallace Dunlap
Attn: Bankruptcy Desk/Managing Agent
7205 Eaglegate St
Las Vegas, NV 89131

Wallace Morris Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
5740 S. Arville Street Suite #206
Las Vegas, NV 89118

Walter & Karen Goodhart
Attn: Bankruptcy Desk/Managing Agent
7420 Arborcrest Ave
Las Vegas, NV 89131

Warren & Judith Krasnow
Attn: Bankruptcy Desk/Managing Agent
7501 Bridlehorne Ave
Las Vegas, NV 89131

**Elkhorn Partners, a Nevada Limited Partnership 09-14828 - U.S. Mail**

Served 4/17/2009

Warren & Judith Krasnow
Attn: Bankruptcy Desk/Managing Agent
7501 Brittlethorne Ave
Las Vegas, NV 89131

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wiggins Family
Attn: Bankruptcy Desk/Managing Agent
7401 Arborcrest Ave
Las Vegas, NV 89131

William Thurston
Attn: Bankruptcy Desk/Managing Agent
7400 Apple Springs Ave
Las Vegas, NV 89131

Williams Family
Attn: Bankruptcy Desk/Managing Agent
7311 Chaparral Cove Ln
Las Vegas, NV 89131

Creditors:  269

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **SIX FEATHERS HOLDINGS, LLC** | Case No.: BK-S-09-14833-LBR |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                    Chapter 11

SIX FEATHERS HOLDINGS, LLC                Case No. BK-S-09-14833-LBR
Tax I.D. No.  20-4448451

             Debtor.
_____/

### NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.

---

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

---

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

| | **EXPLANATIONS** |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered.  Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan.  A plan is not effective unless confirmed by the court.  You may be sent a  copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan.  You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing.  Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice.  *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded under a later date without further notice.  The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim.  If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov.  You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER.  If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim.  If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan.  A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim.  Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.  **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors.  If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt.  See Bankruptcy Code § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: **Six Feathers Holdings, LLC** | Case Number: **09-14833** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (     )     -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (     )     -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:** $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $          Annual Interest Rate:      %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $          Basis for perfection:
Amount Secured $          Amount Unsecured $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (          ).

Amount entitled to priority: $

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name          Title

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Six Feathers Holdings, LLC 09-14833 - U.S. Mail**

Served 4/17/2009

Arizona Attorney General
Attn: Bankruptcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabil
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankrupty Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankrutpcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

**Six Feathers Holdings, LLC 09-14833 - U.S. Mail**                                                    **Served 4/17/2009**

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  29

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **ELKHORN INVESTMENTS, INC.** | Case No.: BK-S-09-14837-LBR |
| Debtor. | Chapter 11 |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as Exhibit A:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit B.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                           Chapter 11

ELKHORN INVESTMENTS, INC              Case No. BK-S-09-14837-LBR
Tax I.D. No.  88-0346673

                    Debtor.
_____/

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
AND DEADLINES**

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the
paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Deadlines to File a Proof of Claim** |
| --- |
| For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.** |
| For a governmental unit:  **180 days after the date of the order for relief.** |
| See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope. |
| Mail completed Proof of Claim forms to **Claims Agent for Debtor**: |
| Heritage Land Company, LLC<br>c/o Omni Management Group, LLC<br>16161 Ventura Blvd., Suite C<br>PMB 477<br>Encino, CA 91436<br>Telephone Number: (866) 989-6144 |
| **DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.** |

| **Creditors May Not Take Certain Actions:** |
| --- |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |

| **Address of the Bankruptcy Clerk's Office:** |
| --- |
| U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone Number: (702) 388-6257<br>Hours Open: Monday - Friday 9:00 AM - 4:00 PM |

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Elkhorn Investments, Inc.** | Case Number: **09-14837** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (        )        -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (        )        -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**               $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.**     (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
**Nature of property or right of setoff:**     ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
Describe:

**Value of Property:** $                         **Annual Interest Rate:**          %
**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $                        **Basis for perfection:**

| Amount Secured | Amount Unsecured |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (                         ).

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

| Printed Name | Title |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**Elkhorn Investments, Inc. 09-14837 - U.S. Mail**                                                          Served 4/17/2009

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona Dept. of Real Estate
Attn: Bankruptcy Desk/Managing Agent
2910 N 44th St
Phoenix, AZ 85018

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Jericho Trust
Attn: Bankruptcy Desk/Managing Agent
4730 S. Fort Apache Road
Suite 300
Las Vegas, NV  89147

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

**Elkhorn Investments, Inc. 09-14837 - U.S. Mail**

Served 4/17/2009

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  31

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **JARUPA, LLC** | Case No.: BK-S-09-14839-LBR |
| | Chapter 11 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as Exhibit A:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit B.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2 UNITED STATES BANKRUPTCY COURT

3 DISTRICT OF NEVADA

4 In re:                                    Chapter 11

5 JARUPA, LLC
  Tax I.D. No. 20-4514090                   Case No. BK-S-09-14839-LBR

6

7                     Debtor.
  _____/

8

9 **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
   AND DEADLINES**

10

11 A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

12 You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
   consult an attorney to protect your rights. All documents filed in this case may be viewed at the
   bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
13 may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
   the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
14 and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15 NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
   enclosed on the page of this Notice entitled "Explanations."

16 **Attorney for Debtor(s) (name and address):**

17                         ZACHARIAH LARSON
                           LARSON & STEPHENS
18                   810 S. CASINO CENTER BLVD., SUITE 104
                             LAS VEGAS, NV 89101
19                   Telephone number:  (702) 382-1170

20                   PACHULSKI STANG ZIEHL & JONES LLP
21                  10100 SANTA MONICA BLVD., 11th FLOOR
                           LOS ANGELES, CA 90067-4100
22                     Telephone Number: (310) 277-6910

23

24 **Meeting of Creditors**

25 **DATE**: May 7, 2009
   **TIME**: 3:00 PM
26 **LOCATION:**  Foley Federal Building and U.S. Courthouse
   300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

27 **Creditor with a Foreign Address:**
   See additional information enclosed on the page of this Notice entitled "Explanations," under the
28 paragraph named "Meeting of Creditors."

| |
|---|

### Deadlines to File a Proof of Claim

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

### Address of the Bankruptcy Clerk's Office:

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Jarupa, LLC** | Case Number: **09-14839** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (    )    -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed On: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: (    )    -

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:** $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $ _____ Annual Interest Rate: _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____ Basis for perfection: _____

Amount Secured $ _____ Amount Unsecured $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date _____

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature _____

Printed Name _____ Title _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.  POC0857  0001