B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## --- DEFINITIONS ---

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## --- INFORMATION ---

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Jarupa, LLC 09-14839 - U.S. Mail**                                                      Served 4/17/2009

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Clark Co Bldg Dept
Attn: Bankruptcy Desk/Managing Agent
BRENDA
500 S Grand Central Pkwy
PO Box 553530
Las Vegas NV 89115-3530

Clark County
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark County Fire Dept.
Attn: Bankruptcy Desk/Managing Agent
Accounts Payable
575 East Flamingo Road
Las Vegas NV 89119

Clark County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

GeoTek, Inc.
Attn: Bankruptcy Desk/Managing Agent
Wayne Anderson
6835 S. Escondido Street
Suite A
Las Vegas NV 89119

Humphreys & Partners
Attn: Bankruptcy Desk/Managing Agent
Architects
5339 Alpha Road Ste 300
Dallas TX 75240-7307

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Las Vegas Valley Water D
Attn: Bankruptcy Desk/Managing Agent
1001 South Valley View Blvd
Attn:Remittance Processing
Las Vegas, NV 89153

**Jarupa, LLC 09-14839 - U.S. Mail**                                                    Served 4/17/2009

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Montgomery Consulting
Attn: Bankruptcy Desk/Managing Agent
Engineers, LLC
5673 Cameron Street
Las Vegas, NV 89118

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue Suite J1-J3
Costa Mesa, CA 92626

NV Division of Water Resources
Attn: Bankruptcy Desk/Managing Agent
400 Shadow Lane #201
Las Vegas NV 89109

NV Environmental Protect
Attn: Bankruptcy Desk/Managing Agent
901 S. Stewart St.
Carson City NV 89701

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Southern Nevada Health Dist.
Attn: Bankruptcy Desk/Managing Agent
625 Shadow Lane
P.O.Box 4426
Las Vegas NV 89127

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  46

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **RHODES REALTY, INC.** | Case No.: BK-S-09-14841-LBR |
| | Chapter 11 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California.

Brian Osborne

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                              Chapter 11

RHODES REALTY, INC                          Case No. BK-S-09-14841-LBR
Tax I.D. No.  88-0280716

                          Debtor.
_____/

### NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Deadlines to File a Proof of Claim** |
|---|

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

<div align="center">

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

</div>

DO **NOT** FILE PROOF OF CLAIM FORMS WITH THE COURT.

| **Creditors May Not Take Certain Actions**: |
|---|

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

<div align="center">

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

</div>

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Rhodes Realty, Inc.** | Case Number: **09-14841** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (　　　)　　　－

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed On: _____

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: (　　　)　　　－

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**            $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property:  $ _____    Annual Interest Rate: _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:  $ _____    Basis for perfection: _____

| Amount Secured | Amount Unsecured |
|---|---|
| $ _____ | $ _____ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

Printed Name                              Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857                0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Rhodes Realty, Inc. 09-14841 - U.S. Mail**                                                      **Served 4/17/2009**

944 Magazine
Attn: Bankruptcy Desk/Managing Agent
3070 W. Post Road
Las Vegas NV 89118

A-1 Rubber Stamp & Engraving
Attn: Bankruptcy Desk/Managing Agent
3111 South Valley View Blvd.
# O-103
Las Vegas NV 89102

ABC Locksmith Corp.
Attn: Bankruptcy Desk/Managing Agent
3981 E. Sunset Road, #E
Las Vegas NV  89120

AFLAC
Attn: Bankruptcy Desk/Managing Agent
1932 Wynnton Rd
Columbus, GA 31999

Alina Smith
Attn: Bankruptcy Desk/Managing Agent

America Asia Investments,Inc
Attn: Bankruptcy Desk/Managing Agent
4214 California Street
San Francisco, CA 94118

American Express-FL
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 360001
Ft. Lauderdale FL 33336-0001

American Flags Express
Attn: Bankruptcy Desk/Managing Agent
12577 W. Custer Avenue
Butler, WI 53007-1108

American Funds
Attn: Bankruptcy Desk/Managing Agent
Service Company
P.O.Box 25067
Santa Ana CA 92799-5067

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

Anil Melnick
Attn: Bankruptcy Desk/Managing Agent

Appraisal 2000
Attn: Bankruptcy Desk/Managing Agent
Residential Appraisers
2538 Vera Cruz Circle
Henderson NV 89074

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

BAWN
Attn: Bankruptcy Desk/Managing Agent
575 South Saliman Road
Carson City, NV 89701-5000

Benson, Felicia
Attn: Bankruptcy Desk/Managing Agent
8350 West Desert Inn Road
Las Vegas, NV 89117

Benza, Lisa
Attn: Bankruptcy Desk/Managing Agent
10733 Moon Flower Arbor Place
Las Vegas, NV 89144

Better Business Bureau
Attn: Bankruptcy Desk/Managing Agent
2301 Palomino Lane
Las Vegas NV 89107-4503

Blevens, Michael
Attn: Bankruptcy Desk/Managing Agent
1027 Via Calderia Place
Henderson, NV 89011

Braboy, Brian
Attn: Bankruptcy Desk/Managing Agent
1004 Monte De Oro
Las Vegas, NV 89183

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Brunson, Nicholas
Attn: Bankruptcy Desk/Managing Agent
9944 Swimming Hole Street
Las Vegas, NV 89123

Builders Association of
Attn: Bankruptcy Desk/Managing Agent
Western Nevada
575 S. Saliman Road
Carson City NV 89701-5000

Capitol North American
Attn: Bankruptcy Desk/Managing Agent
1780 South Mojave Road
Las Vegas NV 89104

**Rhodes Realty, Inc. 09-14841 - U.S. Mail**                                                          Served 4/17/2009

Century 21 Amber Realty
Attn: Bankruptcy Desk/Managing Agent
23705 Crenshaw Blvd. #100
Torrance, CA 90505

Cervero, Nicole
Attn: Bankruptcy Desk/Managing Agent
8555 West Russell Road
Las Vegas, NV 89113

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
2160 W. Charleston
Suite M
Las Vegas, NV 89102

Cheep-Cheep Movers
Attn: Bankruptcy Desk/Managing Agent
1650 Helm Drive
Suite 700
Las Vegas NV 89119

Chevron and Texaco
Attn: Bankruptcy Desk/Managing Agent
Card Services
PO BOX 2001
Concord CA 94529-0001

Clark Co. Water Reclamation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98523
Las Vegas NV 89193-8526

Clark County Assessor
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155-1401

Clark County Business License
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy 3rd Flr
PO Bos 551810
Las Vegas NV 89155-1810

Clark County Clerk
Attn: Bankruptcy Desk/Managing Agent
200 Lewis Ave.
3rd Floor
Las Vegas NV 89101

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

Colleen Zimmer,
Attn: Bankruptcy Desk/Managing Agent
Hummell Real Estate
116 Boyd Ave
Chittenango NY 13037

Color Gamut Digital Imaging
Attn: Bankruptcy Desk/Managing Agent
1889 E. Maule Ave Unit J
Las Vegas NV 89119

Corbeille, Jill
Attn: Bankruptcy Desk/Managing Agent
3904 Arrowbrook Way
Las Vegas, NV 89032

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Cox Communications
Attn: Bankruptcy Desk/Managing Agent
121 S. Martin Luther King
Las Vegas NV 89106

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Crosswhite, James
Attn: Bankruptcy Desk/Managing Agent
4125 Coburn Street
North Las Vegas, NV 89032

Custom Access Systems
Attn: Bankruptcy Desk/Managing Agent
2255 Crestline Loop
North Las Vegas NV 89030

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 335367
N. Las Vegas, NV 89033

Dallman, Amy
Attn: Bankruptcy Desk/Managing Agent
5024 Milange Street
North Las Vegas, NV 89031

Dehart, Deriann
Attn: Bankruptcy Desk/Managing Agent
1551 Managua Drive
Las Vegas, NV 89123

**Rhodes Realty, Inc. 09-14841 - U.S. Mail**                                    Served 4/17/2009

Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept of Motor Vehicles
Attn: Bankruptcy Desk/Managing Agent
Registration Division
Las Vegas NV 89102

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Design Lens, LLC
Attn: Bankruptcy Desk/Managing Agent
15 N. Vista De La Luna
Laguna Beach CA 92651

Division of Real Estate
Attn: Bankruptcy Desk/Managing Agent

DMR Web Designs Services
Attn: Bankruptcy Desk/Managing Agent
6005 Loganwood Dr
Rockville MD 20852

Dynamic Heating & Air
Attn: Bankruptcy Desk/Managing Agent
of Nevada, Inc.
3315 Birtcher Drive
Las Vegas NV 89118

E-Information Technology
Attn: Bankruptcy Desk/Managing Agent
PO BOX 50402
Henderson NV  89016-0402

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 660068
Dallas TX 75266-0068

Embarq Communications, Inc
Attn: Bankruptcy Desk/Managing Agent
PO BOX 219008
Kansas City MO 64121-9108

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Express Tel
Attn: Bankruptcy Desk/Managing Agent
Payment Center # 5450
P.O. Box 410468
Salt Lake City UT 84141-0468

FedEx
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 7221
Pasadena CA 91109-7321

FFM, LLC
Attn: Bankruptcy Desk/Managing Agent
C/O Faiss Foley Warren PR
515 South Seventh Street
Las Vegas NV 89101

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

First Choice Realty & Finance
Attn: Bankruptcy Desk/Managing Agent
382-B So. Lemon Avenue
Walnut CA 91789

Forsyth, DeAnna
Attn: Bankruptcy Desk/Managing Agent
3177 Degas Tapestry Ave
Henderson, NV 89044

Fort Apache Self Storage
Attn: Bankruptcy Desk/Managing Agent
9345 W Flamingo
Las Vegas NV 89147

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow, # 180
Las Vegas, NV 89103

Graham, Jeanette
Attn: Bankruptcy Desk/Managing Agent
9100 West Flamingo Road
Las Vegas, NV 89147

Green Valley Electric
Attn: Bankruptcy Desk/Managing Agent
KERRY
5841 E. Charleston Blvd.
#230-350
Las Vegas NV 89142

Greenspun Media Group
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle Suite 250
Henderson NV  89074

Grimshaw, Morgan
Attn: Bankruptcy Desk/Managing Agent
8985 Union Gap Road
Las Vegas, NV 89123

**Rhodes Realty, Inc. 09-14841 - U.S. Mail**                                                     **Served 4/17/2009**

Guaranty California Ins. Serv.
Attn: Bankruptcy Desk/Managing Agent
445 S. Figueroa St.
Los Angeles CA 90071

Hanley Wood Market Intelligenc
Attn: Bankruptcy Desk/Managing Agent
555 Anton Blvd Ste 950
Costa Mesa CA 92626

Hanno, Danielle
Attn: Bankruptcy Desk/Managing Agent
5855 West Rochelle
Las Vegas, NV 89103

Harmon Publishing
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 9277
Canton OH 44711

Harris, Lori
Attn: Bankruptcy Desk/Managing Agent
6821 Scarlet Flax Street
Las Vegas, NV 89148

Health Plan of Nevada
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1388
Las Vegas NV 89125-1388

Help U 2 Be Seen
Attn: Bankruptcy Desk/Managing Agent
4690 Deer Forest Dr.
Las Vegas NV 89139

Home Builders Research, INC
Attn: Bankruptcy Desk/Managing Agent
7210 Red Cinder St
Las Vegas, NV 89131

Home Buyer's Warranty
Attn: Bankruptcy Desk/Managing Agent
2-10 Home Buyers Warranty
1417 West Arkansas Lane
Arlington TX 76013

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Insight
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 78825
Phoenix, AZ 85062-8825

Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 South Fort Apache Road
Suite 110
Las Vegas NV 89148

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Jeanette Graham
Attn: Bankruptcy Desk/Managing Agent

Jimmy Crosswhite
Attn: Bankruptcy Desk/Managing Agent

Joan Travis
Attn: Bankruptcy Desk/Managing Agent
10372 Madre Ave
Las Vegas NV 89135

Joe Turner Customer Service
Attn: Bankruptcy Desk/Managing Agent
Consulting
3525 Sandybrook Lane
Napa CA 94558

Johansen, Heather
Attn: Bankruptcy Desk/Managing Agent
417 Via Stretto Avenue
Henderson, NV 89011

John J. Smith
Attn: Bankruptcy Desk/Managing Agent
Jim Smith
9159 W. Flamingo
Suite 100
Las Vegas NV 89147

JWilliams Staffing
Attn: Bankruptcy Desk/Managing Agent
19762 Mac Arthur Blvd.
Suite 120
Irvine, CA 82612

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

Karstensson, Linne
Attn: Bankruptcy Desk/Managing Agent
67 Contrada Fiore Drive
Henderson, NV 89011

Kilgore, Michelle
Attn: Bankruptcy Desk/Managing Agent
7138 Quarterhorse Lane
Las Vegas, NV 89148

**Rhodes Realty, Inc. 09-14841 - U.S. Mail**

Served 4/17/2009

Koich, Kimberly
Attn: Bankruptcy Desk/Managing Agent
205 Red Rock Road
Boulder City, NV 89005

KVBC-TV3
Attn: Bankruptcy Desk/Managing Agent
1500 Foremaster Lane
Las Vegas NV 89101

Lakin, Barbara
Attn: Bankruptcy Desk/Managing Agent
5828 Ponderosa Verde Place
Las Vegas, NV 89131

Las Vegas Billboards
Attn: Bankruptcy Desk/Managing Agent
5665 S. Valley View Blvd#4
Las Vegas NV 89119

Las Vegas Publications, LLC
Attn: Bankruptcy Desk/Managing Agent
8689 W. Sahara Ave
Suite 260
Las Vegas NV 89117

Las Vegas Review Journal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 70
Las Vegas NV 89125

Linne Karstensson
Attn: Bankruptcy Desk/Managing Agent

Lowry, Lark
Attn: Bankruptcy Desk/Managing Agent
1930 Village Center Circle
Las Vegas, NV 89134

Macari, Victoria
Attn: Bankruptcy Desk/Managing Agent
1575 W. Warm Springs Road
Henderson, NV 89014

Manayan, Marietta
Attn: Bankruptcy Desk/Managing Agent
6023 Quintillion Avenue
Las Vegas, NV 89122

Marc Szabo
Attn: Bankruptcy Desk/Managing Agent
50485 Via Amante
La Quinta CA 92253

Marietta Manayan
Attn: Bankruptcy Desk/Managing Agent

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Means, John
Attn: Bankruptcy Desk/Managing Agent
499 Annet Street
Henderson, NV 89052

Media Distributors
Attn: Bankruptcy Desk/Managing Agent
Attn: Mona
1219 Folsum Ave.
San Francisco CA 94103

Medina Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas NV 89032

Melnick, Anil
Attn: Bankruptcy Desk/Managing Agent
7198 Pine Barrens Street
Las Vegas, NV 89148

Melnick, Brittney
Attn: Bankruptcy Desk/Managing Agent
7198 Pine Barrens Street
Las Vegas, NV 89148

MetroStudy
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2683, Dept. #00
Houston, TX 77252

Mohave County Fair Association
Attn: Bankruptcy Desk/Managing Agent
2600 Fairgrounds Blvd.
Kingman AZ 86401-4169

Morpace, Inc.
Attn: Bankruptcy Desk/Managing Agent
31700 Middlebelt Road
Farmington Hills MI 48334

Motivational Systems Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 Cleveland Avenue
National City CA 91950

Mpower Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 60767
Los Angeles CA 90060

Nelson, Laura
Attn: Bankruptcy Desk/Managing Agent
821 Mantis
Las Vegas, NV 89110

**Rhodes Realty, Inc. 09-14841 - U.S. Mail**                                                          **Served 4/17/2009**

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52614
Phoenix AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Division of Real Estate
Attn: Bankruptcy Desk/Managing Agent

Neville, Jessica
Attn: Bankruptcy Desk/Managing Agent
11313 Via Spiga Dr.
Las Vegas, NV 89138

New Homes Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 9277
Canton OH 44711

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office Depot
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 70025
Los Angeles, CA 90074-0025

Office of the Labor Commissioner
Attn: Bankruptcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Oliver Lee
Attn: Bankruptcy Desk/Managing Agent
3855 S Valley View Blvd #7
Las Vegas, NV 89103

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
5740 Arville St Suite 201
Las Vegas NV 89118

Outdoor Solutions
Attn: Bankruptcy Desk/Managing Agent
Scott Carlovsky
7935 W. Sahara Avenue
Suite 201
Las Vegas NV 89117

Ovist, Susan
Attn: Bankruptcy Desk/Managing Agent
2548 Silver Beach Drive
Henderson, NV 89052

Peraldo, Linda
Attn: Bankruptcy Desk/Managing Agent
9999 West Katie Ave #1170
Las Vegas, NV 89147

Photo Research LLC
Attn: Bankruptcy Desk/Managing Agent
2919 "B" Mead
Las Vegas, NV 89102

Pillsbury, Jessica
Attn: Bankruptcy Desk/Managing Agent
9044 Sierra Palms Way
Henderson, NV 89074

Premier New Homes
Attn: Bankruptcy Desk/Managing Agent
Attn: Summer Betting
15555 N. 79th Place Suite 200
Scottsdale AZ 85260

Price, Bart
Attn: Bankruptcy Desk/Managing Agent
10001 Peace Way
Las Vegas, NV 89147

Prudential Overall Supply
Attn: Bankruptcy Desk/Managing Agent
3915 West Hacienda
Las Vegas NV 89118

Q Media
Attn: Bankruptcy Desk/Managing Agent
8565 W Craig Rd
Las Vegas NV 89129

Quality Impressions
Attn: Bankruptcy Desk/Managing Agent
6295 Harrison Dr.
Suite 29
Las Vegas, NV 89120

**Rhodes Realty, Inc. 09-14841 - U.S. Mail**                                                              **Served 4/17/2009**

Rapid Color, Inc.
Attn: Bankruptcy Desk/Managing Agent
3314 South Highland Drive
Las Vegas NV 89109

Rapid Refill Ink
Attn: Bankruptcy Desk/Managing Agent
7375 S. Durango Dr.
Las Vegas NV 89113

Real Estate Division
Attn: Bankruptcy Desk/Managing Agent

Real Estate Temps
Attn: Bankruptcy Desk/Managing Agent
PO Box 18857
Irvine, CA 92623-8857

Realty West Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 Mary Crest Road
Henderson, NV 89074

Red Apple Grill
Attn: Bankruptcy Desk/Managing Agent
1989 Redwood Street
Las Vegas NV 89146

REEF Colonial, LLC
Attn: Bankruptcy Desk/Managing Agent
Linda Castle
c/o The Equity Group
P. O. Box 98813
Las Vegas NV 89193

Relocating in Las Vegas
Attn: Bankruptcy Desk/Managing Agent
PO Box 8680
Prairie Village, KS 66208

Relocation Resources LLC
Attn: Bankruptcy Desk/Managing Agent
1415 Louisiana #3475
Houston, TX 77002

Remax of Cherry Hill
Attn: Bankruptcy Desk/Managing Agent
1736 Route 70 Easy
Cherry Hill, NJ 08003

Roces, Estee
Attn: Bankruptcy Desk/Managing Agent
195 Crooked Putter Drive
Las Vegas, NV 89148

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rommel  Barbadillo
Attn: Bankruptcy Desk/Managing Agent
7655 Ironwood Knoll Avenue
Las Vegas, NV 89113

Rosenlund, Saralyn
Attn: Bankruptcy Desk/Managing Agent
5493 Railroad River Avenue
Las Vegas, NV 89139

Salestraq
Attn: Bankruptcy Desk/Managing Agent
9101 Alta Dr. #1406
Las Vegas, NV 89145

Sandra M. Welpman
Attn: Bankruptcy Desk/Managing Agent
3014 Lake Blakely Rd.
Henderson NV 89052

Sandy McBride
Attn: Bankruptcy Desk/Managing Agent
1306 Autumn Wind Way
Henderson, NV 89012

Santoro, Driggs, Walch,
Attn: Bankruptcy Desk/Managing Agent
Kearney, Johnson & Thompson
400 S. Fourth St  3rd Floor
Las Vegas NV 89101

Sarah Thornton
Attn: Bankruptcy Desk/Managing Agent
9616 Port Orange Ln
Las Vegas NV 89134

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Sheetz, Debbie
Attn: Bankruptcy Desk/Managing Agent
232 Country Greens Avenue
Las Vegas, NV 89148

Shiel, Carla
Attn: Bankruptcy Desk/Managing Agent
829 Valley Brush St.
Henderson, NV 89052

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
18606 W. Rebel Road
Hauser Lake, ID 83854

Signs for Success
Attn: Bankruptcy Desk/Managing Agent
2813 E. Alexander Road
N. Las Vegas, NV 89030

**Rhodes Realty, Inc. 09-14841 - U.S. Mail**                                                    **Served 4/17/2009**

Signs West, Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 Mary Crest RD
Henderson, NV 89074

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

Smith, Alina
Attn: Bankruptcy Desk/Managing Agent
4040 Browndeer Circle
Las Vegas, NV 89129

Smith, John J.
Attn: Bankruptcy Desk/Managing Agent
10209 Huxley Cross
Las Vegas, NV 89144

Smith, Taylor
Attn: Bankruptcy Desk/Managing Agent
10209 Huxley Cross Lane
Las Vegas, NV 89144

SOA Sales Office Access., Inc.
Attn: Bankruptcy Desk/Managing Agent
7211 Patterson Drive
Garden Grove CA 92841

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Soucie, Ryan
Attn: Bankruptcy Desk/Managing Agent
133 Wicked Wedge Way
Las Vegas, NV 89148

Sparklett's Drinking Wat
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 660579
Dallas, TX 75266-0579

Sprint
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 219100
Kansas City MO 64121-9100

Sprint PCS
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4181
Carol Stream IL 60197-4181

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City NV 89713-0030

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Stephanie Hoelzel
Attn: Bankruptcy Desk/Managing Agent
600 Via Colmo Ave
Henderson NV 89011

Stone, F. Greg
Attn: Bankruptcy Desk/Managing Agent
121 Wicked Wedge Way
Las V egas, NV 89148

Stonewall Publishing, Inc
Attn: Bankruptcy Desk/Managing Agent
2408 Pardee Place
Las Vegas NV 89104

Stow Away
Attn: Bankruptcy Desk/Managing Agent
921 Olsen Street
Henderson NV 89015

Sulett, Leah
Attn: Bankruptcy Desk/Managing Agent
574 Newberry Springs Drive
Las Vegas, NV 89148

TelePacific Communications
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 526015
Sacramento CA 95852-6015

The Sullivan Group, LLC
Attn: Bankruptcy Desk/Managing Agent
Real Estate Advisors
12555 High Bluff Drive, Suite 210
San Diego CA 92130

Total Sign Systems
Attn: Bankruptcy Desk/Managing Agent
3021 S. Valley View # 108
Las Vegas NV 89102

True Marketing
Attn: Bankruptcy Desk/Managing Agent
12 Sunset Way
Building B, Ste 202
Henderson NV 89014

Tuscany Cable TV
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 23277
Bullhead City AZ 86439

**Rhodes Realty, Inc. 09-14841 - U.S. Mail**                                                    Served 4/17/2009

UCN
Attn: Bankruptcy Desk/Managing Agent
Payment Center #5450
P.O. Box 410468
Salt Lake City UT 84141

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Postal Service
Attn: Bankruptcy Desk/Managing Agent
1001 E. Sunset
Las Vegas NV 89199

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Woods, Amber
Attn: Bankruptcy Desk/Managing Agent
8350 West Desert Inn Road
Las Vegas, NV 89117

Zimmerman, Kerri
Attn: Bankruptcy Desk/Managing Agent
7885 W Flamingo Road
Las Vegas, NV 89147

Creditors:  199

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **C & J HOLDINGS, INC.** | Case No.: BK-S-09-14843-LBR |
| | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

C&J HOLDINGS, INC.
aka NEIGHBORHOOD ASSOCIATION
GROUP
Tax I.D. No. 88-0351315

Debtor.
_____/

Chapter 11

Case No. BK-S-09-14843-LBR

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
AND DEADLINES**

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **Meeting of Creditors** |
|---|

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:** Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

| **Deadlines to File a Proof of Claim** |
|---|

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor:**

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

| **DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.** |
|---|

| **Creditors May Not Take Certain Actions**: |
|---|

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** |
|---|

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
| --- | --- | --- |

| Name of Debtor: **C & J Holdings, Inc.** | Case Number: **09-14843** |
| --- | --- |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( )  -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:

TEL: ( )  -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $                    **Annual Interest Rate:**           %
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$                    **Basis for perfection:**
**Amount Secured**            **Amount Unsecured**
$            $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (                    ).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name                    Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857            0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**C & J Holdings, Inc. 09-14843 - U.S. Mail**                                                                    **Served 4/17/2009**

212 Software
364-C Christopher Avenue
Gaithersburg, MD 20879

A&B Printing & Mailing

AFLAC
1932 Wynnton Rd
Columbus, GA 31999

Al Yamamoto
DBA Huli's Hwaiian Style Catering

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

BAWN
575 South Saliman Road
Carson City, NV 89701-5000

Brett A. Axelrod
Attn: Bankrutpcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Builders Association of
Western Nevada
575 S. Saliman Road
Carson City, NV 89701-5000

Clark County Business License
500 S. Grand Central Pkwy 3rd Flr
PO Bos 551810
Las Vegas, NV 89155-1810

Clark County Clerk
200 Lewis Ave.
3rd Floor
Las Vegas, NV 89101

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Community Associations,
Institute
Department 34793
Alexandria, VA 22334-0793

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankrutpcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

DaSilva; Theresa
263 Parisian Springs Court
Las Vegas, NV 89148

Davis: Lisa
6060 Allred Place
Henderson, NV 89011

DeChirico; Kim
1908 Placid Ravine
Las Vegas, NV 89117

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201

Dept. of Employment, Training & Rehab
Attn: Bankrutpcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

DiPietro; Veronica  A.
4732 Chase Canyon Court
Las Vegas, NV 89147

**C & J Holdings, Inc. 09-14843 - U.S. Mail**                                              Served 4/17/2009

Embarq
PO Box 79133
Phoenix, AZ 85062-9133

Erin Maves
5897 Huff Mountain Ave
Las Vegas, NV 89131

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Ford; Jon
7345 S Durango
Las Vegas, NV 89113

Furlinger; Leesa
2079 Toiyabe Street
Las Vegas, NV 89156

Genato; Deborah J.
5229 Park Creek Court
N. Las Vegas, NV 89031

Greengrass; Christine C
5938 Candia Court
Las Vegas, NV 89141

Grijalva; Brenda
11147 Prado Del Rey
Las Vegas, NV 89141

Guaranty California Ins. Serv.
445 S. Figueroa St.
Los Angeles, CA 90071

Guardian
P.O. Box 51505
Los Angeles, CA 90051-5805

Health Plan of Nevada
P.O. Box 1388
Las Vegas, NV 89125-1388

Holub - Davis; Patricia
3129 Frigate Way
North Las Vegas, NV 89084

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Kim DeChirico
1908 Placid Ravine
Las Vegas, NV 89117

Kristy Spackman
8615 Cherry Creek Court
Wichita, KS 67207

Laurienti; Barbara
8490 Lambert Drive
Las Vegas, NV 89147

Limon; Maria D
3708 Internet Avenue
North Las Vegas, NV 89031

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Mr. Grant W. Booker

Neofunds By Neopost
PO Box 31021
Tampa, FL 33631-3021

Neopost Leasing
P. O. Box 45822
San Francisco, CA 94145-0822

Page 2 of 4

C & J Holdings, Inc. 09-14843 - U.S. Mail                                                                            Served 4/17/2009

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
P.O.Box 52674
Phoenix, AZ 85072-2674

Nevada Dept of Taxation
P.O.Box 52614
Phoenix, AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankrutpcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankrutpcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office Depot
P. O. Box 70025
Los Angeles, CA 90074-0025

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankrutpcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Office Team
FILE 73484
P. O. Box 60000
San Francisco, CA 94160-3484

Opportunity Village ARC.INC
6300 West Oakey Boulevard
Las Vegas, NV 89146-1122

Parfitt; Nigel G
9360 W Flamingo #110-420
Las Vegas, NV 89147

Parry; Lisa
383 Fox Lake Avenue
Las Vegas, NV 89148

Professional Document Products
3371 W. Oquendo Road
Las Vegas, NV 89118

Rhodes Ranch HOA
4730 Sourth Fort Apache Rd.
Suite 300
Las Vegas, NV 89148

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Romero; Lynn Rachel
9588 Fresh Crown Court
Las Vegas, NV 89148

Secretary of State
202 North Carson Street,
Carson City, NV 89701-4201

Sladky; Gemma
4784 Lone Mesa Drive
Las Vegas, NV 89147

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Spackman; Kristy
6063 Hidden Rock Drive
North Las Vegas, NV 89031

Sparklett's Drinking Wat
P.O. Box 660579
Dallas, TX 75266-0579

Sprint PCS
P. O. Box 4181
Carol Stream, IL 60197-4181

**C & J Holdings, Inc. 09-14843 - U.S. Mail**                                                                                    **Served 4/17/2009**

Staffmark, Inc.
3360 W. Sahara Avenue
Suite 210
Las Vegas, NV 89102

Staples, Inc.
2195 N. University Park Blvd.
Layton, UT 84041

State of Nevada
Employment Security Division
500 East Third Street
Carson City, NV 89713-0030

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Sugeiry; Castro
831 Sleepy Moon Ave
Henderson, NV 89012

Taylor; Sharla D
242 Lantana Breeze Drive
Las Vegas, NV 89183

Tops Software, LLC
364 C. Christopher Ave
Gaithersburg, MD 20879

Tuscany Master Association
133 Rhodes Ranch Parkway
Las Vegas, NV 89148

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Via Direct Marketing
502 Beneficial Place
Henderson, NV 89012

Wallace; Linda
6228 Windfresh Drive
Las Vegas, NV 89148

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wilson; John R
2600 S Towncentr #1049
Las Vegas, NV 89135

Creditors:  86

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **PARCEL 20, LLC** | Case No.: BK-S-09-14848-LBR |
| | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as Exhibit A:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit B.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2                UNITED STATES BANKRUPTCY COURT

3                      DISTRICT OF NEVADA

4 In re:                          Chapter 11

5 PARCEL 20, LLC
   Tax I.D. No.  20-4975534         Case No. BK-S-09-14848-LBR

6

7              Debtor.
   _____/

8

9     **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,**
                    **AND DEADLINES**

10

11 A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

12 You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents

13 may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login

14 and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15 NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information enclosed on the page of this Notice entitled "Explanations."

16 **Attorney for Debtor(s) (name and address):**

17                ZACHARIAH LARSON

18                LARSON & STEPHENS
         810 S. CASINO CENTER BLVD., SUITE 104

19               LAS VEGAS, NV 89101
         Telephone number:  (702) 382-1170

20         PACHULSKI STANG ZIEHL & JONES LLP

21         10100 SANTA MONICA BLVD., 11th FLOOR
          LOS ANGELES, CA 90067-4100

22          Telephone Number: (310) 277-6910

23

24                **Meeting of Creditors**

25              **DATE:** May 7, 2009
             **TIME:** 3:00 PM

26       **LOCATION:**  Foley Federal Building and U.S. Courthouse
    300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

27           **Creditor with a Foreign Address:**
  See additional information enclosed on the page of this Notice entitled "Explanations," under the

28           paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.   If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

---

**Creditors May Not Take Certain Actions**:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

---

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

---

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| 1<br>2<br>3 | Bankruptcy Clerk's<br>Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| 4 | Creditor with a<br>Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Parcel 20, LLC** | Case Number: **09-14848** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (  ) ___ - ____

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:

TEL: (  ) ___ - ____

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: ____
*(If known)*

Filed On: ____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**           $ _____ . __

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

_____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim.**     (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____

Value of Property: $ _____ . __   **Annual Interest Rate:** _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____ . __   **Basis for perfection:** _____

**Amount Secured**   **Amount Unsecured**
$ _____ . __   $ _____ . __

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority:

$ _____ . __

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|---|

Signature

Printed Name _____   Title _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857          0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## --- DEFINITIONS ---

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## --- INFORMATION ---

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Parcel 20, LLC 09-14848 - U.S. Mail**                                                                    Served 4/17/2009

A Company Portable
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise ID 83705

Air Quality Services of Nevada
Attn: Bankruptcy Desk/Managing Agent
5600 Quail Meadow Ct
Las Vegas NV 89131

Alberto & Cecilia Carluto
Attn: Bankruptcy Desk/Managing Agent
163 Castle Course Ave
Las Vegas, NV 89148

All American Carpet Care
Attn: Bankruptcy Desk/Managing Agent
2756 North Green Valley Pkwy #108
Henderson NV 89014

Ally & Kenneth Yeh
Attn: Bankruptcy Desk/Managing Agent
152 Honors Course Dr
Las Vegas, NV 89148

Ally & Kenneth Yeh
Attn: Bankruptcy Desk/Managing Agent
5652 Cactus Thorn Ave
Las Vegas, NV 89118

Amanda Divito
Attn: Bankruptcy Desk/Managing Agent
668 Harvester Course Dr
Las Vegas, NV 89148

American Asphalt & Grading Co.
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield St.
N. Las Vegas, NV 89032

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

AMPAM-RCR PLUMBING
Attn: Bankruptcy Desk/Managing Agent
3985 W Post Rd
Las Vegas, NV 89118

Amy Zhang
Attn: Bankruptcy Desk/Managing Agent
141 Honors Course Dr
Las Vegas, NV 89148

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
798 A Street
Las Vegas, NV 89106

Ang Family
Attn: Bankruptcy Desk/Managing Agent
60 Douglasbank Rise S E
Calgary AB T2Z1
Canada

Ang Family
Attn: Bankruptcy Desk/Managing Agent
656 Harvester Course Dr
Las Vegas, NV 89148

Angela & Charles Chu
Attn: Bankruptcy Desk/Managing Agent
123 Honors Course Dr
Las Vegas, NV 89148

Angela & Charles Chu
Attn: Bankruptcy Desk/Managing Agent
900 Canada Ct
City Of Industry, CA 91748

Angela Lee
Attn: Bankruptcy Desk/Managing Agent
167 Castle Course Ave
Las Vegas, NV 89148

Antonia & Jeffrey Chung
Attn: Bankruptcy Desk/Managing Agent
1457 Bonita Ter
Monterey Park, CA 91754

Antonia & Jeffrey Chung
Attn: Bankruptcy Desk/Managing Agent
77 Honors Course Dr
Las Vegas, NV 89148

AR Iron LLC
Attn: Bankruptcy Desk/Managing Agent
1425 Athol Avenue
Henderson, NV 89015

Ariel Machado
Attn: Bankruptcy Desk/Managing Agent
178 Castle Course Ave
Las Vegas, NV 89148

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

B & F Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
2735 Simmons St. #100
N Las Vegas NV 89032

**Parcel 20, LLC 09-14848 - U.S. Mail**                                              **Served 4/17/2009**

B.D. Trim
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly Ave. Suite B
Las Vegas NV 89122-7655

Bair's Carpet Valley - C
Attn: Bankruptcy Desk/Managing Agent
BAIRIE/LOLA
7465 West Sunset Road
Suite 1200
Las Vegas NV 89113

Bernadette A. Rigo
Attn: Bankruptcy Desk/Managing Agent
197 Honors Course Drive
Las Vegas NV 89148

Blue Ribbon Stairs
Attn: Bankruptcy Desk/Managing Agent
5860 Alder Avenue
Suite 500
Sacramento CA 95828-1114

Bob Gamiero
Attn: Bankruptcy Desk/Managing Agent

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
1183 Center Point Drive
Henderson, NV 89074

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Brian Emery
Attn: Bankruptcy Desk/Managing Agent
174 Castle Course Ave
Las Vegas, NV 89148

Brian Ng
Attn: Bankruptcy Desk/Managing Agent
1707 15th Ave
San Francisco, CA 94122

Brian Ng
Attn: Bankruptcy Desk/Managing Agent
182 Castle Course Ave
Las Vegas, NV 89148

Bricker Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
121 Industrial Park Road
Suite 101
Henderson NV 89015

Cabinet West
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way #100
Henderson NV 89014

Cabinetec, Inc.
Attn: Bankruptcy Desk/Managing Agent
2711 E. Craig Road Suite A & B
North Las Vegas NV 89030

Calvin Lee
Attn: Bankruptcy Desk/Managing Agent
192 Fortress Course Ct
Las Vegas, NV 89148

Carmela Ballon-Lecaros
Attn: Bankruptcy Desk/Managing Agent
107 Honors Course Dr
Las Vegas, NV 89148

Carpino Stone Applications
Attn: Bankruptcy Desk/Managing Agent
1987 Whitney Mesa Dr.
Henderson, NV 89014

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
2160 W. Charleston
Suite M
Las Vegas, NV 89102

Cherry Rodrigo
Attn: Bankruptcy Desk/Managing Agent
111 Honors Course Dr
Las Vegas, NV 89148

Clark Co Bldg Dept
Attn: Bankruptcy Desk/Managing Agent
BRENDA
500 S Grand Central Pkwy
PO Box 553530
Las Vegas NV 89115-3530

Clark Co. Water Reclamation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98523
Las Vegas NV 89193-8526

Clark County
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark County Develop. Services
Attn: Bankruptcy Desk/Managing Agent

Clark County Fire Dept.
Attn: Bankruptcy Desk/Managing Agent
Accounts Payable
575 East Flamingo Road
Las Vegas NV 89119

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

**Parcel 20, LLC 09-14848 - U.S. Mail**                                               Served 4/17/2009

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

Conrado & Cristina Yabut
Attn: Bankruptcy Desk/Managing Agent
141 Castle Course Ave
Las Vegas, NV 89148

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 335367
N. Las Vegas, NV 89033

Daniel Phee
Attn: Bankruptcy Desk/Managing Agent
149 Honors Course Dr
Las Vegas, NV 89148

Danilo & Emma Mupas
Attn: Bankruptcy Desk/Managing Agent
1087 Moonstone Pl
Chula Vista, CA 91913

Danilo & Emma Mupas
Attn: Bankruptcy Desk/Managing Agent
93 Honors Course Dr
Las Vegas, NV 89148

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

Dean & Dunn Roofing
Attn: Bankruptcy Desk/Managing Agent
5385 South Cameron
Suite 21
Las Vegas NV 89118

Deck Systems Nevada Corp
Attn: Bankruptcy Desk/Managing Agent
441 Eastgate Road Suite A
Henderson, NV 89015

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Del Grosso Floor Covering, Inc
Attn: Bankruptcy Desk/Managing Agent
3170 Ponderosa Way
Las Vegas NV 89118

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Deperio-santos Family
Attn: Bankruptcy Desk/Managing Agent
187 Fortress Course Ct
Las Vegas, NV 89148

Deperio-santos Family
Attn: Bankruptcy Desk/Managing Agent
193 Fortress Course Ct
Las Vegas, NV 89148

Deperio-santos Family
Attn: Bankruptcy Desk/Managing Agent
4391 Lardo Cantata St
Las Vegas, NV 89135

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Plastering, LLC
Attn: Bankruptcy Desk/Managing Agent
2602 Losee Road
North Las Vegas, NV 89030

Dewane Ferrin
Attn: Bankruptcy Desk/Managing Agent
692 Harvester Course Dr
Las Vegas NV 89148

**Parcel 20, LLC 09-14848 - U.S. Mail**                                                                                                   Served 4/17/2009

Direct Grading & Paving
Attn: Bankruptcy Desk/Managing Agent
2755 N. Lamont
Las Vegas NV 89115

Double A Electric, LLC
Attn: Bankruptcy Desk/Managing Agent
580 West Cheyenne Avenue Ste 100
N. Las Vegas NV 89030

Dr. Drywall & Paint,Too
Attn: Bankruptcy Desk/Managing Agent
2408 Santa Clara St
Las Vegas NV 89104

Dynamic Heating & Air
Attn: Bankruptcy Desk/Managing Agent
of Nevada, Inc.
3315 Birtcher Drive
Las Vegas NV 89118

Earnest Elliott
Attn: Bankruptcy Desk/Managing Agent
157 Honors Course Dr
Las Vegas, NV 89148

Environmental Management
Attn: Bankruptcy Desk/Managing Agent
Solutions
1214 Wigwam Pkwy # 100
Henderson NV  89074-8156

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Executive Plumbing,Heating,Air
Attn: Bankruptcy Desk/Managing Agent
4170 W. Harmon Ave. Suite #6
Las Vegas NV 89103

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Fong Family
Attn: Bankruptcy Desk/Managing Agent
108 Honors Course Dr
Las Vegas, NV 89148

Franco Kam
Attn: Bankruptcy Desk/Managing Agent
198 Fortress Course Ct
Las Vegas, NV 89148

Franco Kam
Attn: Bankruptcy Desk/Managing Agent
PO Box 4895
West Hills, CA 91308

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow, # 180
Las Vegas, NV 89103

G.C.Wallace Inc.
Attn: Bankruptcy Desk/Managing Agent
6655 South Cimarron Road
Las Vegas NV 89113-2132

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N Las Vegas, NV 89030

Ganqing Jiang
Attn: Bankruptcy Desk/Managing Agent
185 Honors Course Dr
Las Vegas, NV 89148

George & Doreen Hanada
Attn: Bankruptcy Desk/Managing Agent
1177 Queen St Apt 2107
Honolulu, HI 96814

George & Doreen Hanada
Attn: Bankruptcy Desk/Managing Agent
199 Fortress Course Ct
Las Vegas, NV 89148

Godela & Ananias Gasacao
Attn: Bankruptcy Desk/Managing Agent
156 Honors Course Dr
Las Vegas, NV 89148

Golden Point Investment LLC
Attn: Bankruptcy Desk/Managing Agent
152 Castle Course Ave
Las Vegas, NV 89148

Golden Point Investment LLC
Attn: Bankruptcy Desk/Managing Agent
172 Cliff Valley Dr
Las Vegas, NV 89148

Gouvis Engineering Consulting
Attn: Bankruptcy Desk/Managing Agent
2150 E. Tahquitz Canyon
Suite 9
Palm Springs CA 92262

Granite World
Attn: Bankruptcy Desk/Managing Agent
2360 E. La Madre Way
North Las Vegas, NV 89081

**Parcel 20, LLC 09-14848 - U.S. Mail**                                                    Served 4/17/2009

Hawk Family
Attn: Bankruptcy Desk/Managing Agent
144 Honors Course Dr
Las Vegas, NV 89148

Hawk Family
Attn: Bankruptcy Desk/Managing Agent
4627 203rd St NE
Arlington, WA 98223

Herman & Janis Wooten
Attn: Bankruptcy Desk/Managing Agent
131 Honors Course Dr
Las Vegas, NV 89148

Hong Wang
Attn: Bankruptcy Desk/Managing Agent
146 Castle Course Ave
Las Vegas, NV 89148

Hua Huang
Attn: Bankruptcy Desk/Managing Agent
534 N Orange Ave Apt A
La Puente, CA 91744

Hua Huang
Attn: Bankruptcy Desk/Managing Agent
765 Orchard Course Dr
Las Vegas, NV 89148

Hua Hui Tseng Huang
Attn: Bankruptcy Desk/Managing Agent
534 N. Orange #A
La Puente CA 91744

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL 60559-5570

Hung & Ai Phuong
Attn: Bankruptcy Desk/Managing Agent
1118 S 9th St
Alhambra, CA 91801

Hung & Ai Phuong
Attn: Bankruptcy Desk/Managing Agent
620 Harvester Course Dr
Las Vegas, NV 89148

I-chieh & Da-Ching Wang
Attn: Bankruptcy Desk/Managing Agent
52 Redwood Ln
South Glastonbury, CT 06073

I-chieh & Da-Ching Wang
Attn: Bankruptcy Desk/Managing Agent
749 Orchard Course Dr
Las Vegas, NV 89148

I-Chieh E. Wang
Attn: Bankruptcy Desk/Managing Agent
52 Redwood Lane
S. Glastonbury CT 06073

ID Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 S. Fort Apache Road
Suite 100
Las Vegas NV 89148

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 South Fort Apache Road
Suite 110
Las Vegas NV 89148

Interior Specialists, Inc.
Attn: Bankruptcy Desk/Managing Agent
1630 Faraday
7465 W. Sunset Rd
Suite 1200
Las Vegas NV 89113

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Interstate Plumbing & A/C
Attn: Bankruptcy Desk/Managing Agent
7201 West Post Road
Las Vegas NV 89113

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Irene Mindo
Attn: Bankruptcy Desk/Managing Agent
132 Honors Course Dr
Las Vegas, NV 89148

Irene Mindo
Attn: Bankruptcy Desk/Managing Agent
7386 Calle Real Apt 1
Goleta, CA 93117

Isagani & Virginia Abalos
Attn: Bankruptcy Desk/Managing Agent
140 Honors Course Dr
Las Vegas, NV 89148

J&J Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
5920 W. Cougar Ave.
Las Vegas NV 89139

**Parcel 20, LLC 09-14848 - U.S. Mail**                                                                      Served 4/17/2009

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
2440 Marcos Street
Las Vegas, NV 89115

James & Jessie Yee
Attn: Bankruptcy Desk/Managing Agent
5760 Spring Mountain Rd
Las Vegas, NV 89146

James & Jessie Yee
Attn: Bankruptcy Desk/Managing Agent
686 Harvester Course Dr
Las Vegas, NV 89148

Jammie Hsu
Attn: Bankruptcy Desk/Managing Agent
695 Orchard Course Dr
Las Vegas, NV 89148

Jammie Hsu
Attn: Bankruptcy Desk/Managing Agent
7835 S Rainbow Blvd Ste 4
Las Vegas, NV 89139

Jammie S.K. HSU
Attn: Bankruptcy Desk/Managing Agent
7835 South Rainbow Blvd.
Suite 4-5
Las Vegas NV 89139

Jon & Rosa Frankel
Attn: Bankruptcy Desk/Managing Agent
145 Honors Course Dr
Las Vegas, NV 89148

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 24755
Tempe, AZ 85285-4755

Jorge & Tsuilin Valenzuela
Attn: Bankruptcy Desk/Managing Agent
638 Harvester Course Dr
Las Vegas, NV 89148

Jose & Ruth Gamboa
Attn: Bankruptcy Desk/Managing Agent
85 Honors Course Dr
Las Vegas, NV 89148

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

Kandise Leong
Attn: Bankruptcy Desk/Managing Agent
116 Honors Course Dr
Las Vegas, NV 89148

Kivanc Orengil
Attn: Bankruptcy Desk/Managing Agent
3688 E Tompkins Ave
Las Vegas, NV 89121

Kivanc Orengil
Attn: Bankruptcy Desk/Managing Agent
680 Harvester Course Dr
Las Vegas, NV 89148

Knight Electric
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest Rd, Suite P
Henderson NV  89074

Kohler Rental Power, Inc.
Attn: Bankruptcy Desk/Managing Agent
444 Highland Drive
7766 Collection Center Dr.
Suite 714
Chicago IL 60693

KTGY Group, Inc.
Attn: Bankruptcy Desk/Managing Agent
17922 Fitch
Irvine CA 92614

La Jolla Pacific
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine CA 92618

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
20250 Plummer Street
Chatsworth, CA 91311

Las Vegas Valley Water D
Attn: Bankruptcy Desk/Managing Agent
1001 South Valley View Blvd
Attn:Remittance Processing
Las Vegas, NV 89153

M S Concrete, Inc.
Attn: Bankruptcy Desk/Managing Agent
3840 North Commerce
Las Vegas, NV 89032

M&M Electric, Inc
Attn: Bankruptcy Desk/Managing Agent
3655 W. Dewey Drive
Las Vegas NV 89118

Maila Aganon
Attn: Bankruptcy Desk/Managing Agent
67 Honors Course Dr
Las Vegas, NV 89148

Maria Arches
Attn: Bankruptcy Desk/Managing Agent
169 Honors Course Dr
Las Vegas, NV 89148

**Parcel 20, LLC 09-14848 - U.S. Mail**

Mariposa Real Estate Advisors
Attn: Bankruptcy Desk/Managing Agent
1613 Chelsea Rd.
Unit 204
San Marino CA 91108

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Mark Wood
Attn: Bankruptcy Desk/Managing Agent
89 Honors Course Dr
Las Vegas, NV 89148

Martin Laursen
Attn: Bankruptcy Desk/Managing Agent
161 Honors Course Dr
Las Vegas, NV 89148

Masami & Miyuki Abe
Attn: Bankruptcy Desk/Managing Agent
171 Castle Course Ave
Las Vegas, NV 89148

Masami & Miyuki Abe
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Rd Ste 300
Las Vegas, NV 89147

Medina Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas NV 89032

Mercury Reprographics
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas NV 89120

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 53583
Phoenix, AZ 85072

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 79149
Phoenix, AZ 85062-9149

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabil
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52614
Phoenix AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
6639 Schuster Street
Las Vegas, NV 89118

Nhung Bach
Attn: Bankruptcy Desk/Managing Agent
103 Honors Course Dr
Las Vegas, NV 89148

Nicanor & Suzita Granados
Attn: Bankruptcy Desk/Managing Agent
11964 Montfort Cir
Glen Allen, VA 23059

Nicanor & Suzita Granados
Attn: Bankruptcy Desk/Managing Agent
145 Castle Course Ave
Las Vegas, NV 89148

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nileen Lugo
Attn: Bankruptcy Desk/Managing Agent
142 Castle Course Ave
Las Vegas, NV 89148

Noel & Maryjean Yraola
Attn: Bankruptcy Desk/Managing Agent
175 Castle Course Ave
Las Vegas, NV 89148

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
9611 N. 16th Ave.
Phoenix, AZ 85021-2126

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue Suite J1-J3
Costa Mesa, CA 92626

**Parcel 20, LLC 09-14848 - U.S. Mail**                                                                 **Served 4/17/2009**

NV Energy
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno NV 89520-3086

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
4616 W. Sahara Ave Pmb 178
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

OFFSITE DEVELOPMENT INC
Attn: Bankruptcy Desk/Managing Agent
4700 Copper Sage St
Suite C
Las Vegas NV 89115

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
5740 Arville St Suite 201
Las Vegas NV 89118

Patrick & Monica Cheng
Attn: Bankruptcy Desk/Managing Agent
3999 Golden Terrace Ln
Chino Hills, CA 91709

Patrick & Monica Cheng
Attn: Bankruptcy Desk/Managing Agent
81 Honors Course Dr
Las Vegas, NV 89148

Paul Davis Restoration
Attn: Bankruptcy Desk/Managing Agent
1818 Industrial Road,Ste 210
Las Vegas NV  89102-2631

Paul Velez
Attn: Bankruptcy Desk/Managing Agent
155 Castle Course Ave
Las Vegas, NV 89148

Pauline & Rodolfo L. Kabigting
Attn: Bankruptcy Desk/Managing Agent
24 Stonyhill Lane
W. Nyack, NY 10994

Perfect Raingutters
Attn: Bankruptcy Desk/Managing Agent
Jarrett Jamieson
6295 Harrison #9
Las Vegas NV 89120

Performance Plus Engineering
Attn: Bankruptcy Desk/Managing Agent
27740 Jefferson Avenue
Suite 320
Temecula CA 92590

Perlman Architects, Inc.
Attn: Bankruptcy Desk/Managing Agent
2230 Corporate Circle Ste 290
Henderson NV  89074

Phillip & Maria Buenvenida
Attn: Bankruptcy Desk/Managing Agent
100 Honors Course Dr
Las Vegas, NV 89148

Phillip & Maria Buenvenida
Attn: Bankruptcy Desk/Managing Agent
31825 59th Ave S
Auburn, WA 98001

Polina Chebotareva
Attn: Bankruptcy Desk/Managing Agent
650 Harvester Course Dr
Las Vegas, NV 89148

Quality Interiors, Inc
Attn: Bankruptcy Desk/Managing Agent
104 S. Maple Street
Corona, CA 92880-1704

Quality Wood Products
Attn: Bankruptcy Desk/Managing Agent
3001 N. Nellis
Las Vegas NV 89115

Ralph Montemalo
Attn: Bankruptcy Desk/Managing Agent
151 Castle Course Ave
Las Vegas, NV 89148

RCR Plumbing & Mechanical Inc.
Attn: Bankruptcy Desk/Managing Agent
5165 Schrills
Las Vegas, NV 89118

Reel Sound
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest, Suite P
Henderson NV  89074

Rhodes Ranch Country Club
Attn: Bankruptcy Desk/Managing Agent
20 Rhodes Ranch Pkwy
Las Vegas, NV 89113

Rhodes Ranch HOA
Attn: Bankruptcy Desk/Managing Agent
4730 Sourth Fort Apache Rd.
Suite 300
Las Vegas NV 89148

**Parcel 20, LLC 09-14848 - U.S. Mail**                                                                    Served 4/17/2009

Richard Chen
Attn: Bankruptcy Desk/Managing Agent
644 Harvester Course Dr
Las Vegas, NV 89148

Rise & Run, Inc.
Attn: Bankruptcy Desk/Managing Agent
1995 Whitney Mesa
Henderson NV  89014

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

Roadsafe Traffic Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
908 Sharp Circle
North Las Vegas, NV 89030

Robert & Constance Gamiero
Attn: Bankruptcy Desk/Managing Agent
623 Orchard Course Dr
Las Vegas, NV 89148

Robert Johnson
Attn: Bankruptcy Desk/Managing Agent
160 Castle Course Ave
Las Vegas, NV 89148

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Ronaldo & Susan Deang
Attn: Bankruptcy Desk/Managing Agent
124 Honors Course Dr
Las Vegas, NV 89148

Rosemarie & Reynaldo Celario
Attn: Bankruptcy Desk/Managing Agent
153 Honors Course Dr
Las Vegas, NV 89148

Ryan Soucie
Attn: Bankruptcy Desk/Managing Agent
607 Orchard Course Dr
Las Vegas, NV 89148

Safety Rails of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
3447 Ringstar Road
Las Vegas, NV 89030

Scott & Debbie Hager
Attn: Bankruptcy Desk/Managing Agent
632 Harvester Course Dr
Las Vegas, NV 89148

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Shadi & Luba Girgis
Attn: Bankruptcy Desk/Managing Agent
173 Honors Course Dr
Las Vegas, NV 89148

Shiou Yeh
Attn: Bankruptcy Desk/Managing Agent
183 Castle Course Ave
Las Vegas, NV 89148

Shiu Cheung
Attn: Bankruptcy Desk/Managing Agent
676 Harvester Course Dr
Las Vegas, NV 89148

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
18606 W. Rebel Road
Hauser Lake, ID 83854

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
4205 W Tompkins Ave Ste #3
Las Vegas, NV 89103

Silver State Fireplaces
Attn: Bankruptcy Desk/Managing Agent
3555 W. Quail Road, Ste A
Las Vegas, NV 89118

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

Skyline Insulation, Inc.
Attn: Bankruptcy Desk/Managing Agent
Jim Johnson
4151 Industrial Center Drive
Suite 800
N Las Vegas NV 89030

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

**Parcel 20, LLC 09-14848 - U.S. Mail**                                                                                               Served 4/17/2009

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
3525 W Hacienda
Las Vegas, NV 89118

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Statewide Fire Protection
Attn: Bankruptcy Desk/Managing Agent
3130 Westwood Drive
Las Vegas NV 89109

Stella Yim-Wong
Attn: Bankruptcy Desk/Managing Agent
168 Castle Course Ave
Las Vegas, NV 89148

Stephen & Rong Richardson
Attn: Bankruptcy Desk/Managing Agent
191 Honors Course Dr
Las Vegas, NV 89148

Sterling Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
2825 Coleman Street
N. Las Vegas NV 89032

Streetscape
Attn: Bankruptcy Desk/Managing Agent
714-898-4842
15641 Product Lane
Suite 7
Huntington Beach CA 92649

Sunrise Mechanical, Inc.
Attn: Bankruptcy Desk/Managing Agent
7380 Commercial Way
Henderson NV 89011

Sunstate Companies, Inc
Attn: Bankruptcy Desk/Managing Agent
4435 E. Colton Ave
Suite 101
Las Vegas NV 89115

Surface Solutions
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 335112
North Las Vegas, NV 89033

Surface Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
2756 N. Green Valley Pkwy
PMB 458
Henderson NV 89014

Susan Wong
Attn: Bankruptcy Desk/Managing Agent
165 Honors Course Dr
Las Vegas, NV 89148

Sydney Wang
Attn: Bankruptcy Desk/Managing Agent
120 Honors Course Dr
Las Vegas, NV 89148

Terra Contracting Inc.
Attn: Bankruptcy Desk/Managing Agent
5980 West Cougar
Las Vegas, NV 89139

The Masonry Group Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
4685 Berg Street
North Las Vegas NV 89081

Theresa Dinkins
Attn: Bankruptcy Desk/Managing Agent
626 Harvester Course Dr
Las Vegas, NV 89148

Timothy Malagon
Attn: Bankruptcy Desk/Managing Agent
639 Orchard Course Dr
Las Vegas, NV 89148

Tin Cheung
Attn: Bankruptcy Desk/Managing Agent
2346 Indian Creek Rd
Diamond Bar, CA 91765

Tin Cheung
Attn: Bankruptcy Desk/Managing Agent
687 Orchard Course Dr
Las Vegas, NV 89148

Tin Kerine Cheung
Attn: Bankruptcy Desk/Managing Agent
2346 Indian Creek Road
Diamond Bar CA 91765

Tomislav & Rozalija Buntic
Attn: Bankruptcy Desk/Managing Agent
615 Orchard Course Dr
Las Vegas, NV 89148

Tony & Wai Chow
Attn: Bankruptcy Desk/Managing Agent
662 Harvester Course Dr
Las Vegas, NV 89148

Toro Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference Street
Las Vegas NV 89122

**Parcel 20, LLC 09-14848 - U.S. Mail**                                                                                    **Served 4/17/2009**

Triton Grading & Paving LLC
Attn: Bankruptcy Desk/Managing Agent
4220 Arcata Way
Bldg B Suite 1
N Las Vegas NV 89030

United Rentals
Attn: Bankruptcy Desk/Managing Agent
Anna
Highway Technologies
P.O. Box 51581
Los Angeles CA 90051-5881

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Urichuk Family
Attn: Bankruptcy Desk/Managing Agent
148 Honors Course Dr
Las Vegas, NV 89148

Valley Air Conditioning Inc.
Attn: Bankruptcy Desk/Managing Agent
9225 Mann Street
Las Vegas NV 89139

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Veerachart Sritongsook
Attn: Bankruptcy Desk/Managing Agent
179 Honors Course Dr
Las Vegas, NV 89148

Vincent Jones
Attn: Bankruptcy Desk/Managing Agent
156 Castle Course Ave
Las Vegas, NV 89148

Wall Constructors Inc
Attn: Bankruptcy Desk/Managing Agent
6015 Mcleod
Las Vegas NV 89120

Wallace Morris Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
5740 S. Arville Street Suite #206
Las Vegas, NV 89118

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
9025 S. Kyrene Road
Tempe, AZ 85284

WestCor Construction
Attn: Bankruptcy Desk/Managing Agent
Steve Christianson
Framing
5620 Stephanie Street
Las Vegas NV 89122

WestCor Construction DBA
Attn: Bankruptcy Desk/Managing Agent
Randy Smith
Southwest Glazing
5620 Stephanie St
Las Vegas NV 89122

Westcor Windows
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie Street
Las Vegas, NV 89122

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
121 N. Gibson Road
Henderson, NV 89014

Wilhelmina & Rolando Granados
Attn: Bankruptcy Desk/Managing Agent
112 Honors Course Dr
Las Vegas, NV 89148

Willis Roof Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
4755 W. Dewey Drive
Las Vegas NV 89118

Wilmar Contracting Inc
Attn: Bankruptcy Desk/Managing Agent
4525 W. Hacienda Ste 1
Las Vegas, NV 89118

Woo Shin
Attn: Bankruptcy Desk/Managing Agent
179 Castle Course Ave
Las Vegas, NV 89148

WREDCo, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81526
Las Vegas NV 89180

Wright Engineers
Attn: Bankruptcy Desk/Managing Agent
7425 Peak Drive
Las Vegas NV 89128

Xiao Yang
Attn: Bankruptcy Desk/Managing Agent
127 Honors Course Dr
Las Vegas, NV 89148

Xijuan Xu
Attn: Bankruptcy Desk/Managing Agent
12845 Crestfield Court
Rancho Cucamonga CA 91739

**Parcel 20, LLC 09-14848 - U.S. Mail**

Xijuan Xu
Attn: Bankruptcy Desk/Managing Agent
12845 Crestfield Ct
Rancho Cucamonga, CA 91739

Xijuan Xu
Attn: Bankruptcy Desk/Managing Agent
757 Orchard Course Dr
Las Vegas, NV 89148

Yaskin Family
Attn: Bankruptcy Desk/Managing Agent
631 Orchard Course Dr
Las Vegas, NV 89148

Yichang Lee
Attn: Bankruptcy Desk/Managing Agent
128 Honors Course Dr
Las Vegas, NV 89148

Yu Jiang
Attn: Bankruptcy Desk/Managing Agent
162 Castle Course Ave
Las Vegas, NV 89148

Yung Yao
Attn: Bankruptcy Desk/Managing Agent
1122 Pescadero St
Milpitas, CA 95035

Yung Yao
Attn: Bankruptcy Desk/Managing Agent
188 Fortress Course Ct
Las Vegas, NV 89148

Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
159 Castle Course Ave
Las Vegas, NV 89148

Yvonne Lee
Attn: Bankruptcy Desk/Managing Agent
4214 California St
San Francisco, CA 94118

Zhen Ye
Attn: Bankruptcy Desk/Managing Agent
1161 York Ave Apt 11A
New York, NY 10065

Zhen Ye
Attn: Bankruptcy Desk/Managing Agent
119 Honors Course Dr
Las Vegas, NV 89148

Creditors:  275

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **TUSCANY ACQUISITIONS IV, LLC** | Case No.: BK-S-09-14849-LBR |
| Debtor. | Chapter 11 |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                             Chapter 11

TUSCANY ACQUISITIONS IV, LLC                       Case No. BK-S-09-14849-LBR
Tax I.D. No.  26-1290509

                    Debtor.
_____/

## NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the
paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Deadlines to File a Proof of Claim |
|---|

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.   If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

<div align="center">

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

</div>

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

| Creditors May Not Take Certain Actions: |
|---|

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

<div align="center">

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

</div>

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Tuscany Acquisitions IV, LLC** | Case Number: **09-14849** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (     )     -     

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: 
*(If known)*

Filed On: 

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (     )     -     

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $                    Annual Interest Rate:          %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $
Basis for perfection:

Amount Secured                        Amount Unsecured
$                                    $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (                    ).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| THIS SPACE IS FOR COURT USE ONLY |
|---|

Date 

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name                                    Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857                     0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

Tuscany Acquisitions IV, LLC 09-14849 - U.S. Mail                                                    Served 4/17/2009

A Company Portable
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise ID 83705

ABC Locksmith Corp.
Attn: Bankruptcy Desk/Managing Agent
3981 E. Sunset Road, #E
Las Vegas NV  89120

Access Technologies Corp
Attn: Bankruptcy Desk/Managing Agent
241 Sunpac Avenue
Henderson, NV 89015

Agnes & Dionisio Casao
Attn: Bankruptcy Desk/Managing Agent
487 Via Del Foro Dr
Henderson, NV 89011

Agnes & Dionisio Casao
Attn: Bankruptcy Desk/Managing Agent
6210 Windy Waters Ct
Las Vegas, NV 89110

Albert & Denise Nelson
Attn: Bankruptcy Desk/Managing Agent
476 Via Del Foro Dr
Henderson, NV 89011

All American Carpet Care
Attn: Bankruptcy Desk/Managing Agent
2756 North Green Valley Pkwy #108
Henderson NV 89014

American Asphalt & Grading Co.
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield St.
N. Las Vegas, NV 89032

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

AMPAM-RCR PLUMBING
Attn: Bankruptcy Desk/Managing Agent
3985 W Post Rd
Las Vegas, NV 89118

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
798 A Street
Las Vegas, NV 89106

Andres Mendoza
Attn: Bankruptcy Desk/Managing Agent

AR Iron LLC
Attn: Bankruptcy Desk/Managing Agent
1425 Athol Avenue
Henderson, NV 89015

Arapahoe Cleaning LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite B-106
Henderson NV  89015

Aristotle Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 35126
Las Vegas, NV 89133-5126

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

ATRIUM DOOR & WINDOW
Attn: Bankruptcy Desk/Managing Agent
3890 W. Northwest Hwy #500
Dallas, TX 75234

B & F Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
2735 Simmons St.  #100
N Las Vegas NV 89032

B.D. Trim
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly Ave. Suite B
Las Vegas NV 89122-7655

Bair's Carpet Valley - C
Attn: Bankruptcy Desk/Managing Agent
BAIRIE/LOLA
7465 West Sunset Road
Suite 1200
Las Vegas NV 89113

Bancroft, Susa & Galloway
Attn: Bankruptcy Desk/Managing Agent
4713 E. Camp Lowell Drive
Tucson AZ 85712

Becky Pintar, Esq.
Attn: Bankruptcy Desk/Managing Agent
3993 Howard Hughes Parkway, Suite 530
Las Vegas, NV 89109

Bell, Boyd & Lloyd
Attn: Bankruptcy Desk/Managing Agent
1615 L Street N.W. Ste 1200
Washington DC 20036-5610

Tuscany Acquisitions IV, LLC 09-14849 - U.S. Mail                                                    Served 4/17/2009

Blue Ribbon Stairs
Attn: Bankruptcy Desk/Managing Agent
5860 Alder Avenue
Suite 500
Sacramento CA 95828-1114

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
1183 Center Point Drive
Henderson, NV 89074

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Bullivant, Houser & Bailey, PC
Attn: Bankruptcy Desk/Managing Agent
c/o Richard Dreitzer, Esq.
3883 Howard Hughes Parkway #550
Las Vegas, NV 89169

Cabinet West
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way #100
Henderson NV 89014

Cabinetec, Inc.
Attn: Bankruptcy Desk/Managing Agent
2711 E. Craig Road Suite A & B
North Las Vegas NV 89030

Carino Nelson
Attn: Bankruptcy Desk/Managing Agent
255 Via Franciosa Drive
Henderson NV 89015

Carpino Stone Applications
Attn: Bankruptcy Desk/Managing Agent
1987 Whitney Mesa Dr.
Henderson, NV 89014

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
2160 W. Charleston
Suite M
Las Vegas, NV 89102

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV 89005-5011

City of Henderson Utility Serv
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 95011
Henderson NV 89009-5011

Clark County Fence
Attn: Bankruptcy Desk/Managing Agent
3114 E Charleston
Las Vegas NV 89104

Clark County Recorders
Attn: Bankruptcy Desk/Managing Agent
500 South Grand Central Pkwy
PO Box 551510  2nd Floor
Las Vegas NV 89155-1510

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

Commerce Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
c/o Laughlin Associates, Inc.
2533 North Carson Street
Carson City, NV 89706

Computer Contractors Assn.,Inc
Attn: Bankruptcy Desk/Managing Agent
12261 Alison Drive
Camarillo CA 93012-9338

Coronado Concrete
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie St.
Las Vegas, NV 89122

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Culligan
Attn: Bankruptcy Desk/Managing Agent
NW 5120
PO Box 1450
Minneapolis MN 54485-5120

**Tuscany Acquisitions IV, LLC 09-14849 - U.S. Mail**                                              **Served 4/17/2009**

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 335367
N. Las Vegas, NV 89033

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

Dean & Dunn Roofing
Attn: Bankruptcy Desk/Managing Agent
5385 South Cameron
Suite 21
Las Vegas NV 89118

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Del Grosso Floor Covering, Inc
Attn: Bankruptcy Desk/Managing Agent
3170 Ponderosa Way
Las Vegas NV 89118

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Home Electric
Attn: Bankruptcy Desk/Managing Agent
8635 W.Sahara Blvd., # 441
Las Vegas NV 89117

Desert Plastering, LLC
Attn: Bankruptcy Desk/Managing Agent
2602 Losee Road
North Las Vegas, NV 89030

Direct Grading & Paving
Attn: Bankruptcy Desk/Managing Agent
2755 N. Lamont
Las Vegas NV 89115

Double A Electric, LLC
Attn: Bankruptcy Desk/Managing Agent
580 West Cheyenne Avenue Ste 100
N. Las Vegas NV 89030

Dr. Drywall & Paint,Too
Attn: Bankruptcy Desk/Managing Agent
2408 Santa Clara St
Las Vegas NV 89104

DRI Residential Corporation
Attn: Bankruptcy Desk/Managing Agent
17182 Armstrong Avenue
Irvine, CA 92614

Dynamic Heating & Air
Attn: Bankruptcy Desk/Managing Agent
of Nevada, Inc.
3315 Birtcher Drive
Las Vegas NV 89118

Eagle Painting & Drywall Inc.
Attn: Bankruptcy Desk/Managing Agent
Paul Baker
6225 Harrison Dr
Suite 1
Las Vegas, NV 89120

Edward A. Williams
Attn: Bankruptcy Desk/Managing Agent
3214 Velvet Rose
Las Vegas, NV 89135

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 660068
Dallas TX 75266-0068

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Executive Plastering
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Dr. Suite 101
Las Vegas NV 89130

Exotic Millworks, Inc.
Attn: Bankruptcy Desk/Managing Agent
5034 Swift River Court
North Las Vegas NV 89031

Ferdinand & Maelecora Rodriguez
Attn: Bankruptcy Desk/Managing Agent
2302 Caves Rd
Owings Mills, MD 21117

Ferdinand & Maelecora Rodriguez
Attn: Bankruptcy Desk/Managing Agent
464 Via Del Foro Dr
Henderson, NV 89011

Ferraro Marble Companies
Attn: Bankruptcy Desk/Managing Agent
4155 Sobb Avenue
Las Vegas NV 89118

Tuscany Acquisitions IV, LLC 09-14849 - U.S. Mail

Served 4/17/2009

Financial Comptroller
Attn: Bankrtupcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow, # 180
Las Vegas, NV 89103

Franz & Isolde Barth
Attn: Bankruptcy Desk/Managing Agent
937 Rue Grand Paradis Ln
Henderson, NV 89011

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N Las Vegas, NV 89030

George Blacker
Attn: Bankruptcy Desk/Managing Agent
448 Via Del Foro Dr
Henderson, NV 89011

GeoTek, Inc.
Attn: Bankruptcy Desk/Managing Agent
Wayne Anderson
6835 S. Escondido Street
Suite A
Las Vegas NV 89119

Granite World
Attn: Bankruptcy Desk/Managing Agent
2360 E. La Madre Way
North Las Vegas, NV 89081

Guy Evans
Attn: Bankruptcy Desk/Managing Agent
PO Box 42426
Las Vegas NV 89116

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL 60559-5570

ID Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 S. Fort Apache Road
Suite 100
Las Vegas NV 89148

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
5330 W. Quail Avenue
Las Vegas, NV 89118

Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 South Fort Apache Road
Suite 110
Las Vegas NV 89148

Interior Specialists, Inc.
Attn: Bankruptcy Desk/Managing Agent
1630 Faraday
7465 W. Sunset Rd
Suite 1200
Las Vegas NV 89113

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Interstate Plumbing & A/C
Attn: Bankruptcy Desk/Managing Agent
7201 West Post Road
Las Vegas NV 89113

Iovino Masonry Inc.
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd.
Las Vegas NV 89139

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
2440 Marcos Street
Las Vegas, NV 89115

James & Maureen Siple
Attn: Bankruptcy Desk/Managing Agent
3312 Amish Avenue
N. Las Vegas NV 89031

James Sarubbi
Attn: Bankruptcy Desk/Managing Agent
483 Via Del Foro Dr
Henderson, NV 89011

James Sidenstricker
Attn: Bankruptcy Desk/Managing Agent
960 Via Vannucci Way
Henderson, NV 89011

John & Carolyn Discola
Attn: Bankruptcy Desk/Managing Agent
12261 Alison Dr
Santa Rosa Valley, CA 93012

**Tuscany Acquisitions IV, LLC 09-14849 - U.S. Mail**                                              **Served 4/17/2009**

John & Carolyn Discola
Attn: Bankruptcy Desk/Managing Agent
941 Rue Grand Paradis Ln
Henderson, NV 89011

John Ashburn
Attn: Bankruptcy Desk/Managing Agent
440 Via Del Foro Dr
Henderson, NV 89011

John Ashburn
Attn: Bankruptcy Desk/Managing Agent
95-462 Mahuli St
Mililani, HI 96789

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 24755
Tempe, AZ 85285-4755

Joshua Igeleke, Jr.
Attn: Bankruptcy Desk/Managing Agent
2705 Kingclaven Drive
Henderson NV  89044

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

Kaye  MacClendon
Attn: Bankruptcy Desk/Managing Agent
165 Rolling Cove Ave
Henderson, NV 89011

Keith & Janet Oberlander
Attn: Bankruptcy Desk/Managing Agent
972 Via Vannucci Way
Henderson, NV 89011

Kenneth & Miriam Roberts
Attn: Bankruptcy Desk/Managing Agent
488 Via Del Foro Dr
Henderson, NV 89011

Knight Electric
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest Rd, Suite P
Henderson NV  89074

Kofi Baryeh
Attn: Bankruptcy Desk/Managing Agent
960 Via Columbo St
Henderson, NV 89011

La Jolla Pacific
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine CA 92618

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
20250 Plummer Street
Chatsworth, CA 91311

LOVE Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
3442 North Buffalo Dr.
Las Vegas, NV 89129

Ludovico & Zenaida Bengson
Attn: Bankruptcy Desk/Managing Agent
1807 By Woods Ln
Stevenson, MD 21153

Ludovico & Zenaida Bengson
Attn: Bankruptcy Desk/Managing Agent
499 Via Del Foro Dr
Henderson, NV 89011

Lunas Roll-Off Rental, Inc
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Ave.
Las Vegas NV 89115

Lynne Willis
Attn: Bankruptcy Desk/Managing Agent
977 Via Columbo St
Henderson, NV 89011

M&M Electric, Inc
Attn: Bankruptcy Desk/Managing Agent
3655 W. Dewey Drive
Las Vegas NV 89118

Mark & Darsann Chase
Attn: Bankruptcy Desk/Managing Agent
2367 Chasing Star Ave.
Las Vegas NV 89123

Mark & Stephanie Stefl
Attn: Bankruptcy Desk/Managing Agent
968 Via Vannucci Way
Henderson, NV 89011

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Medina Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas NV 89032

Mercury Reprographics
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas NV 89120

Tuscany Acquisitions IV, LLC 09-14849 - U.S. Mail                                                                           Served 4/17/2009

Michael & Carolyn Brower
Attn: Bankruptcy Desk/Managing Agent
480 Via Del Foro Dr
Henderson, NV 89011

Michael & Susan Rawlins
Attn: Bankruptcy Desk/Managing Agent
496 Via Del Foro Dr
Henderson, NV 89011

Michael & Susan Rawlins
Attn: Bankruptcy Desk/Managing Agent
500 Via Del Foro Dr
Henderson, NV 89011

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 53583
Phoenix, AZ 85072

Modular Space Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O. BOX 641595
Pittsburgh PA 15264-1595

Montgomery Consulting
Attn: Bankruptcy Desk/Managing Agent
Engineers, LLC
5673 Cameron Street
Las Vegas, NV 89118

Nadine & Jonathan Endo
Attn: Bankruptcy Desk/Managing Agent
957 Via Piave Ct
Henderson, NV 89011

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabil
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52614
Phoenix AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Division of
Attn: Bankruptcy Desk/Managing Agent
Environmental Protection
901 South Stuart Street Ste 4001
Carson City, NV 89701

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
6639 Schuster Street
Las Vegas, NV 89118

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
9611 N. 16th Ave.
Phoenix, AZ 85021-2126

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue Suite J1-J3
Costa Mesa, CA 92626

NV Energy
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno NV 89520-3086

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
4616 W. Sahara Ave Pmb 178
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
5740 Arville St Suite 201
Las Vegas NV 89118

Performance Plus Engineering
Attn: Bankruptcy Desk/Managing Agent
27740 Jefferson Avenue
Suite 320
Temecula CA 92590

Pesin Real Estate LLC
Attn: Bankruptcy Desk/Managing Agent
10620 Southern Highlands Pkwy
Las Vegas, NV 89141

**Tuscany Acquisitions IV, LLC 09-14849 - U.S. Mail**                                    **Served 4/17/2009**

Pesin Real Estate LLC
Attn: Bankruptcy Desk/Managing Agent
495 Via Del Foro Dr
Henderson, NV 89011

Professional Door & Millworks
Attn: Bankruptcy Desk/Managing Agent
2951 Morion Dr Ste #117B
Las Vegas, NV 89115

Quality Cabinets of Nevada
Attn: Bankruptcy Desk/Managing Agent
Lock Box 842520
Dallas, TX 75284-2520

Quality Interiors, Inc
Attn: Bankruptcy Desk/Managing Agent
104 S. Maple Street
Corona, CA 92880-1704

Quality Wood Products
Attn: Bankruptcy Desk/Managing Agent
3001 N. Nellis
Las Vegas NV 89115

Ralph & Lois Nicosia
Attn: Bankruptcy Desk/Managing Agent
973 Via Columbo St
Henderson, NV 89011

RCR Plumbing & Mechanical Inc.
Attn: Bankruptcy Desk/Managing Agent
5165 Schrills
Las Vegas, NV 89118

Red Rock Mechanical, LLC
Attn: Bankruptcy Desk/Managing Agent
6311 Dean Martin Dr.
Las Vegas NV 89118

Reel Sound
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest, Suite P
Henderson NV  89074

Regal Materials Inc.
Attn: Bankruptcy Desk/Managing Agent
1013 E Delhi
N Las Vegas NV  89030

Rick Mora
Attn: Bankruptcy Desk/Managing Agent
929 Evening Fawn Dr
N Las Vegas, NV 89031

Rise & Run, Inc.
Attn: Bankruptcy Desk/Managing Agent
1995 Whitney Mesa
Henderson NV  89014

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

Robert Downs
Attn: Bankruptcy Desk/Managing Agent
7 Gregoria Ct
Baltimore, MD 21212

Robert Downs
Attn: Bankruptcy Desk/Managing Agent
933 Rue Grand Paradis Ln
Henderson, NV 89011

Robert May
Attn: Bankruptcy Desk/Managing Agent
460 Via Del Foro Dr
Henderson, NV 89011

Rocky Top
Attn: Bankruptcy Desk/Managing Agent
44 W. Mayflower Avenue
North Las Vegas, NV 89030

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rolando & Susan Aguila
Attn: Bankruptcy Desk/Managing Agent
122 Solidago Avenue
Las Vegas NV 89183

Safety Rails of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
3447 Ringstar Road
Las Vegas, NV 89030

San Gabriel Construction
Attn: Bankruptcy Desk/Managing Agent
10120 W. Flamingo Rd., STE 4-195
Las Vegas NV 89147

Scott & Jugatx Hartung
Attn: Bankruptcy Desk/Managing Agent
969 Via Columbo St
Henderson, NV 89011

Scott Poletto
Attn: Bankruptcy Desk/Managing Agent
952 Via Vannucci Way
Henderson, NV 89011

Scott Segars
Attn: Bankruptcy Desk/Managing Agent
492 Via Del Foro Dr
Henderson, NV 89011

**Tuscany Acquisitions IV, LLC 09-14849 - U.S. Mail**                                                    **Served 4/17/2009**

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

SelectBuild Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Roofing Dept
4339 Corporate Circle Dr.,Ste 108
North Las Vegas NV 89030

Serv Pro Northwest Las Vegas
Attn: Bankruptcy Desk/Managing Agent
791 Middlegate Rd.
Henderson, NV 89015

Sharp Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4842 North Berg Street
North Las Vegas NV 89081-2621

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
18606 W. Rebel Road
Hauser Lake, ID 83854

Signs West, Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 Mary Crest RD
Henderson, NV 89074

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
4205 W Tompkins Ave Ste #3
Las Vegas, NV 89103

Silver State Fireplaces
Attn: Bankruptcy Desk/Managing Agent
3555 W. Quail Road, Ste A
Las Vegas, NV 89118

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

Silver State Steel Group
Attn: Bankruptcy Desk/Managing Agent
3680 W. Reno
Las Vegas, NV 89118

Simplex Grinnell
Attn: Bankruptcy Desk/Managing Agent
1545 Pama Lane
Las Vegas NV 89119

Sisinio & Fe Lim
Attn: Bankruptcy Desk/Managing Agent
9411 Neenah Ave
Morton Grove, IL 60053

Sisinio & Fe Lim
Attn: Bankruptcy Desk/Managing Agent
976 Via Vannucci Way
Henderson, NV 89011

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
3525 W Hacienda
Las Vegas, NV 89118

Stanley & Sherri Yucha
Attn: Bankruptcy Desk/Managing Agent
964 Via Vannucci Way
Henderson, NV 89011

Stanley Consultants, Inc
Attn: Bankruptcy Desk/Managing Agent
5820 S. Eastern Avenue
Las Vegas, NV 89119

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Steamatic of Southern Nevada
Attn: Bankruptcy Desk/Managing Agent
2851 Synergy Street
Las Vegas NV 89030

Sterling Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
2825 Coleman Street
N. Las Vegas NV 89032

Steven & Mindy Thomas
Attn: Bankruptcy Desk/Managing Agent
444 Via Del Foro Dr
Henderson, NV 89011

Tuscany Acquisitions IV, LLC 09-14849 - U.S. Mail

Served 4/17/2009

Surface Solutions
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 335112
North Las Vegas, NV 89033

Surface Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
2756 N. Green Valley Pkwy
PMB 458
Henderson NV 89014

The Garage Door Center
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way # 100
Henderson NV 89014

Thomas Corey
Attn: Bankruptcy Desk/Managing Agent
956 Via Vannucci Way
Henderson, NV 89011

Tiberti Fence Co.
Attn: Bankruptcy Desk/Managing Agent
4975 Rogers Street
Las Vegas NV 89118

Tower Builders, LLC
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Drive
Suite 101
Las Vegas NV 89130

Triton Grading & Paving LLC
Attn: Bankruptcy Desk/Managing Agent
4220 Arcata Way
Bldg B Suite 1
N Las Vegas NV 89030

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Valley Air Conditioning Inc.
Attn: Bankruptcy Desk/Managing Agent
9225 Mann Street
Las Vegas NV 89139

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wall Constructors Inc
Attn: Bankruptcy Desk/Managing Agent
6015 Mcleod
Las Vegas NV 89120

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
9025 S. Kyrene Road
Tempe, AZ 85284

WestCor Construction
Attn: Bankruptcy Desk/Managing Agent
Steve Christianson
Framing
5620 Stephanie Street
Las Vegas NV  89122

WestCor Construction DBA
Attn: Bankruptcy Desk/Managing Agent
Randy Smith
Southwest Glazing
5620 Stephanie St
Las Vegas NV  89122

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
121 N. Gibson Road
Henderson, NV 89014

Willis Roof Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
4755 W. Dewey Drive
Las Vegas NV 89118

WREDCo. Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81526
Las Vegas NV  89180

Wright Engineers
Attn: Bankruptcy Desk/Managing Agent
7425 Peak Drive
Las Vegas NV  89128

Creditors:  211

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **TUSCANY ACQUISITIONS II, LLC** | Case No.: BK-S-09-14852-LBR |
| | Chapter 11 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

### NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

### PROOF OF CLAIM FORM

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                          Chapter 11

TUSCANY ACQUISITIONS II, LLC                    Case No. BK-S-09-14852-LBR
Tax I.D. No.  20-2958693

                    Debtor.
_____/

### NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Deadlines to File a Proof of Claim** |
| --- |
| For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.** |
| For a governmental unit:  **180 days after the date of the order for relief.** |
| See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.   If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope. |
| Mail completed Proof of Claim forms to **Claims Agent for Debtor**: |
| Heritage Land Company, LLC<br>c/o Omni Management Group, LLC<br>16161 Ventura Blvd., Suite C<br>PMB 477<br>Encino, CA 91436<br>Telephone Number: (866) 989-6144 |
| **DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.** |

| **Creditors May Not Take Certain Actions:** |
| --- |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |

| **Address of the Bankruptcy Clerk's Office:** |
| --- |
| U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone Number: (702) 388-6257<br>Hours Open: Monday - Friday 9:00 AM - 4:00 PM |

- 2 -

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: **Tuscany Acquisitions II, LLC** | Case Number: **09-14852** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( ) -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed On: _____

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: ( ) -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $ _____ Annual Interest Rate: _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____ Basis for perfection: _____

Amount Secured $ _____ Amount Unsecured $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority:

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date: _____

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name: _____ Title: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857          0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the fact value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**                                    **Served 4/17/2009**

A Company Portable
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise ID 83705

ABC Locksmith Corp.
Attn: Bankruptcy Desk/Managing Agent
3981 E. Sunset Road, #E
Las Vegas NV 89120

Access Technologies Corp
Attn: Bankruptcy Desk/Managing Agent
241 Sunpac Avenue
Henderson, NV 89015

Adam & Michelle Acosta
Attn: Bankruptcy Desk/Managing Agent
1007 Via Calderia Pl
Henderson, NV 89011

Alan & Elena Aguba
Attn: Bankruptcy Desk/Managing Agent
1015 Via Calderia Pl
Henderson, NV 89011

Alan & Elena Aguba
Attn: Bankruptcy Desk/Managing Agent
906 W Hillcrest Blvd
Monrovia, CA 91016

All American Carpet Care
Attn: Bankruptcy Desk/Managing Agent
2756 North Green Valley Pkwy #108
Henderson NV 89014

Allan & Maria Usaraga
Attn: Bankruptcy Desk/Managing Agent
1090 Via Capassi Way
Henderson, NV 89011

Allan Carter
Attn: Bankruptcy Desk/Managing Agent
1091 Via Capassi Way
Henderson, NV 89011

American Asphalt & Grading Co.
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield St.
N. Las Vegas, NV 89032

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

AMPAM-RCR PLUMBING
Attn: Bankruptcy Desk/Managing Agent
3985 W Post Rd
Las Vegas, NV 89118

Amy Soydara
Attn: Bankruptcy Desk/Managing Agent
1044 Via Saint Lucia Pl
Henderson, NV 89011

Amy Soydara
Attn: Bankruptcy Desk/Managing Agent
1816 McCune Ave
Yuba City, CA 95993

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
798 A Street
Las Vegas, NV 89106

Andres Mendoza
Attn: Bankruptcy Desk/Managing Agent

Andres Topchi
Attn: Bankruptcy Desk/Managing Agent
1034 Via Nandina Pl
Henderson, NV 89011

AR Iron LLC
Attn: Bankruptcy Desk/Managing Agent
1425 Athol Avenue
Henderson, NV 89015

Arapahoe Cleaning LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite B-106
Henderson NV 89015

Aristotle Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 35126
Las Vegas, NV 89133-5126

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arlene Schlander
Attn: Bankruptcy Desk/Managing Agent
572 Via Colmo Ave
Henderson, NV 89011

Arna Robins
Attn: Bankruptcy Desk/Managing Agent
1029 Viale Placenza Pl
Henderson, NV 89011

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**                                            **Served 4/17/2009**

ATRIUM DOOR & WINDOW
Attn: Bankruptcy Desk/Managing Agent
3890 W. Northwest Hwy #500
Dallas, TX 75234

B & F Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
2735 Simmons St. #100
N Las Vegas NV 89032

B.D. Trim
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly Ave. Suite B
Las Vegas NV 89122-7655

Bair's Carpet Valley - C
Attn: Bankruptcy Desk/Managing Agent
BAIRIE/LOLA
7465 West Sunset Road
Suite 1200
Las Vegas NV 89113

Bancroft, Susa & Galloway
Attn: Bankruptcy Desk/Managing Agent
4713 E. Camp Lowell Drive
Tucson AZ 85712

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
1070 Via Capassi Way
Henderson, NV 89011

Bank Deutsche National Tr Co Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
1059 Via Saint Lucia Pl
Henderson, NV 89011

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank U S Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Bank U S Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
536 Via Colmo Ave
Henderson, NV 89011

Bell, Boyd & Lloyd
Attn: Bankruptcy Desk/Managing Agent
1615 L Street N.W. Ste 1200
Washington DC 20036-5610

Blue Ribbon Stairs
Attn: Bankruptcy Desk/Managing Agent
5860 Alder Avenue
Suite 500
Sacramento CA 95828-1114

Boris & Yalina Zhebrak
Attn: Bankruptcy Desk/Managing Agent
1012 Viale Placenza Pl
Henderson, NV 89011

Boris & Yalina Zhebrak
Attn: Bankruptcy Desk/Managing Agent
5408 S Hannibal Way
Centennial, CO 80015

Brandon & Tana Flowers
Attn: Bankruptcy Desk/Managing Agent
1091 Via Saint Lucia Pl
Henderson, NV 89011

Brandon & Tana Flowers
Attn: Bankruptcy Desk/Managing Agent
1100 3rd St
San Rafael, CA 94901

Brandon Family
Attn: Bankruptcy Desk/Managing Agent
540 Via Colmo Ave
Henderson, NV 89011

Brandon Family
Attn: Bankruptcy Desk/Managing Agent
631 N Stephanie St # 587
Henderson, NV 89014

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
1183 Center Point Drive
Henderson, NV 89074

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Cabinet West
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way #100
Henderson NV 89014

Cabinetec, Inc.
Attn: Bankruptcy Desk/Managing Agent
2711 E. Craig Road Suite A & B
North Las Vegas NV 89030

Carino Nelson
Attn: Bankruptcy Desk/Managing Agent
255 Via Franciosa Drive
Henderson NV 89015

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**                                         **Served 4/17/2009**

Carl Family
Attn: Bankruptcy Desk/Managing Agent
544 Via Colmo Ave
Henderson, NV 89011

Carl Family
Attn: Bankruptcy Desk/Managing Agent
6572 Kell Ln
Las Vegas, NV 89156

Carpino Stone Applications
Attn: Bankruptcy Desk/Managing Agent
1987 Whitney Mesa Dr.
Henderson, NV 89014

Cartier Family
Attn: Bankruptcy Desk/Managing Agent
1020 Viale Placenza Pl
Henderson, NV 89011

Cesar & Lilia Bregaudit
Attn: Bankruptcy Desk/Managing Agent
1030 Via Nandina Pl
Henderson, NV 89011

Cesar & Lilia Bregaudit
Attn: Bankruptcy Desk/Managing Agent
22163 Wind Flower Pl
Santa Clarita, CA 91390

Charito & Timoteo Paule
Attn: Bankruptcy Desk/Managing Agent
568 Via Colmo Ave
Henderson, NV 89011

Charito & Timoteo Paule
Attn: Bankruptcy Desk/Managing Agent
6 Orino Ct
Matawan, NJ 07747

Charles & Jill Hatfield
Attn: Bankruptcy Desk/Managing Agent
1066 Via Saint Andrea Pl
Henderson, NV 89011

Charles Taylor
Attn: Bankruptcy Desk/Managing Agent
1055 Via Saint Lucia Pl
Henderson, NV 89011

Charles Vonurff
Attn: Bankruptcy Desk/Managing Agent
1011 Via Calderia Pl
Henderson, NV 89011

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
2160 W. Charleston
Suite M
Las Vegas, NV 89102

Chelsea Fowl
Attn: Bankruptcy Desk/Managing Agent
1032 Viale Placenza Pl
Henderson, NV 89011

Cherine Cope
Attn: Bankruptcy Desk/Managing Agent
1041 Via Saint Lucia Pl
Henderson, NV 89011

Chris Alston
Attn: Bankruptcy Desk/Managing Agent
1000 Viale Placenza Pl
Henderson, NV 89011

Chris Alston
Attn: Bankruptcy Desk/Managing Agent
PO Box 6224
Kingman, AZ 86402

Church Joshua and Stephanie
Attn: Bankruptcy Desk/Managing Agent
1062 Via Saint Andrea Pl
Henderson, NV 89011

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV 89005-5011

City of Henderson Utility Serv
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 95011
Henderson NV 89009-5011

Clark County Fence
Attn: Bankruptcy Desk/Managing Agent
3114 E Charleston
Las Vegas NV 89104

Clark County Recorders
Attn: Bankruptcy Desk/Managing Agent
500 South Grand Central Pkwy
PO Box 551510  2nd Floor
Las Vegas NV 89155-1510

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**                                                                 **Served 4/17/2009**

Computer Contractors Assn.,Inc
Attn: Bankruptcy Desk/Managing Agent
12261 Alison Drive
Camarillo CA 93012-9338

Coronado Concrete
Attn: Bankrutpcy Desk/Managing Agent
5620 Stephanie St.
Las Vegas, NV 89122

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
1056 Via Saint Lucia Pl
Henderson, NV 89011

Cruz Family
Attn: Bankruptcy Desk/Managing Agent
15203 11th St Ste C
Victorville, CA 92395

Culligan
Attn: Bankruptcy Desk/Managing Agent
NW 5120
PO Box 1450
Minneapolis MN 54485-5120

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 335367
N. Las Vegas, NV 89033

Danny Miranda
Attn: Bankruptcy Desk/Managing Agent
1074 Via Capassi Way
Henderson, NV 89011

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

David & Marean Braucher
Attn: Bankruptcy Desk/Managing Agent
1073 Via Saint Andrea Pl
Henderson, NV 89011

David & Peggy Jackson
Attn: Bankruptcy Desk/Managing Agent
1022 Via Nandina Pl
Henderson, NV 89011

David Summers
Attn: Bankruptcy Desk/Managing Agent
1052 Via Saint Lucia Pl
Henderson, NV 89011

David Summers
Attn: Bankruptcy Desk/Managing Agent
806 Buchanan Blvd # 175
Boulder City, NV 89005

Dean & Dunn Roofing
Attn: Bankruptcy Desk/Managing Agent
5385 South Cameron
Suite 21
Las Vegas NV 89118

Debra Stefan
Attn: Bankruptcy Desk/Managing Agent
620 Via Colmo Ave
Henderson, NV 89011

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Del Grosso Floor Covering, Inc
Attn: Bankruptcy Desk/Managing Agent
3170 Ponderosa Way
Las Vegas NV 89118

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Denitza Larsen
Attn: Bankruptcy Desk/Managing Agent
1031 Via Calderia Pl
Henderson, NV 89011

Denitza Larsen
Attn: Bankruptcy Desk/Managing Agent
1031 Via Caleria Pl
Henderson, NV 89011

Dennis & Suellen Pirages
Attn: Bankruptcy Desk/Managing Agent
608 Via Colmo Ave
Henderson, NV 89011

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**                                                    **Served 4/17/2009**

Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Home Electric
Attn: Bankruptcy Desk/Managing Agent
8635 W.Sahara Blvd., # 441
Las Vegas NV 89117

Desert Plastering, LLC
Attn: Bankruptcy Desk/Managing Agent
2602 Losee Road
North Las Vegas, NV 89030

Direct Grading & Paving
Attn: Bankruptcy Desk/Managing Agent
2755 N. Lamont
Las Vegas NV 89115

Double A Electric, LLC
Attn: Bankruptcy Desk/Managing Agent
580 West Cheyenne Avenue Ste 100
N. Las Vegas NV 89030

Dr. Drywall & Paint,Too
Attn: Bankruptcy Desk/Managing Agent
2408 Santa Clara St
Las Vegas NV 89104

DRI Residential Corporation
Attn: Bankruptcy Desk/Managing Agent
17182 Armstrong Avenue
Irvine, CA 92614

Dynamic Heating & Air
Attn: Bankruptcy Desk/Managing Agent
of Nevada, Inc.
3315 Birtcher Drive
Las Vegas NV 89118

Eagle Painting & Drywall Inc.
Attn: Bankruptcy Desk/Managing Agent
Paul Baker
6225 Harrison Dr
Suite 1
Las Vegas, NV 89120

Edward A. Williams
Attn: Bankruptcy Desk/Managing Agent
3214 Velvet Rose
Las Vegas, NV 89135

Elise Imbert
Attn: Bankruptcy Desk/Managing Agent
1070 Via Saint Andrea Pl
Henderson, NV 89011

Elloitt & Sandra Saferin
Attn: Bankruptcy Desk/Managing Agent
1051 Via Saint Lucia Pl
Henderson, NV 89011

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 660068
Dallas TX 75266-0068

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Eric & Tamara Stafford
Attn: Bankruptcy Desk/Managing Agent
1002 Via Saint Andrea Pl
Henderson, NV 89011

Executive Plastering
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Dr. Suite 101
Las Vegas NV 89130

Exotic Millworks, Inc.
Attn: Bankruptcy Desk/Managing Agent
5034 Swift River Court
North Las Vegas NV 89031

Ferraro Marble Companies
Attn: Bankruptcy Desk/Managing Agent
4155 Sobb Avenue
Las Vegas NV 89118

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Francis & Gwendolyn Pascoe
Attn: Bankruptcy Desk/Managing Agent
1052 Via Nandina Pl
Henderson, NV 89011

Francis & Gwendolyn Pascoe
Attn: Bankruptcy Desk/Managing Agent
16755 W Cherry Stage Rd
Colorado Springs, CO 80921

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow, # 180
Las Vegas, NV 89103

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**                                    **Served 4/17/2009**

G M A C Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
1063 Via Saint Lucia Pl
Henderson, NV 89011

G M A C Mortgage LLC
Attn: Bankruptcy Desk/Managing Agent
1100 Virginia Dr
Fort Washington, PA 19034

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N Las Vegas, NV 89030

Gary & Rebecca Wooldridge
Attn: Bankruptcy Desk/Managing Agent
564 Via Colmo Ave
Henderson, NV 89011

Gary & Ursula Becker
Attn: Bankruptcy Desk/Managing Agent
596 Via Colmo Ave
Henderson, NV 89011

GeoTek, Inc.
Attn: Bankruptcy Desk/Managing Agent
Wayne Anderson
6835 S. Escondido Street
Suite A
Las Vegas NV 89119

Granite World
Attn: Bankruptcy Desk/Managing Agent
2360 E. La Madre Way
North Las Vegas, NV 89081

Gregory & Carrie Race
Attn: Bankruptcy Desk/Managing Agent
584 Via Colmo Ave
Henderson, NV 89011

Gregory Piodela
Attn: Bankruptcy Desk/Managing Agent
1042 Via Nandina Pl
Henderson, NV 89011

Guy Evans
Attn: Bankruptcy Desk/Managing Agent
PO Box 42426
Las Vegas NV 89116

Harry & Patricia Williams
Attn: Bankruptcy Desk/Managing Agent
604 Via Colmo Ave
Henderson, NV 89011

Home Countrywide
Attn: Bankruptcy Desk/Managing Agent
1079 Via Saint Lucia Pl
Henderson, NV 89011

Home Countrywide
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL 60559-5570

Huyen Nguyen
Attn: Bankruptcy Desk/Managing Agent
1016 Viale Placenza Pl
Henderson, NV 89011

Huyen Nguyen
Attn: Bankruptcy Desk/Managing Agent
11220 109 Ave
Edmonton AB T5H 110
Canada

Huygens Family
Attn: Bankruptcy Desk/Managing Agent
600 Via Colmo Ave
Henderson, NV 89011

ID Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 S. Fort Apache Road
Suite 100
Las Vegas NV 89148

Ilsoo Kim
Attn: Bankruptcy Desk/Managing Agent
1049 Via Saint Lucia Pl
Henderson, NV 89011

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
5330 W. Quail Avenue
Las Vegas, NV 89118

Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 South Fort Apache Road
Suite 110
Las Vegas NV 89148

Interior Specialists, Inc.
Attn: Bankruptcy Desk/Managing Agent
1630 Faraday
7465 W. Sunset Rd
Suite 1200
Las Vegas NV 89113

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail                                               Served 4/17/2009

Interstate Plumbing & A/C
Attn: Bankruptcy Desk/Managing Agent
7201 West Post Road
Las Vegas NV 89113

Iovino Masonry Inc.
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd.
Las Vegas NV 89139

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
2440 Marcos Street
Las Vegas, NV 89115

James & Kim Devlin
Attn: Bankruptcy Desk/Managing Agent
612 Via Colmo Ave
Henderson, NV 89011

James & Maureen Siple
Attn: Bankruptcy Desk/Managing Agent
3312 Amish Avenue
N. Las Vegas NV 89031

Janice Greer
Attn: Bankruptcy Desk/Managing Agent
1019 Via Calderia Pl
Henderson, NV 89011

Jeffrey & Lolita Cosio
Attn: Bankruptcy Desk/Managing Agent
1033 Viale Placenza Pl
Henderson, NV 89011

Jesse Curiel
Attn: Bankruptcy Desk/Managing Agent
1066 Via Saint Lucia Pl
Henderson, NV 89011

Jill & David Boller
Attn: Bankruptcy Desk/Managing Agent
1048 Via Saint Lucia Pl
Henderson, NV 89011

John Gatrell
Attn: Bankruptcy Desk/Managing Agent
576 Via Colmo Ave
Henderson, NV 89011

John Masse
Attn: Bankruptcy Desk/Managing Agent
1045 Via Saint Lucia Pl
Henderson, NV 89011

Jolynn Smith
Attn: Bankruptcy Desk/Managing Agent
1003 Via Calderia Pl
Henderson, NV 89011

Jonathan Zamora
Attn: Bankruptcy Desk/Managing Agent
1090 Via Saint Lucia Pl
Henderson, NV 89011

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 24755
Tempe, AZ 85285-4755

Joseph & Jamie Ray
Attn: Bankruptcy Desk/Managing Agent
1059 Via Saint Andrea Pl
Henderson, NV 89011

Joshua Igeleke, Jr.
Attn: Bankruptcy Desk/Managing Agent
2705 Kingclaven Drive
Henderson NV  89044

Jules Kaluna
Attn: Bankruptcy Desk/Managing Agent
1046 Via Nandina Pl
Henderson, NV 89011

Jules Kaluna
Attn: Bankruptcy Desk/Managing Agent
PO Box 5311
Reno, NV 89513

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

Kaye  MacClendon
Attn: Bankruptcy Desk/Managing Agent
165 Rolling Cove Ave
Henderson, NV 89011

Kesgomol Family
Attn: Bankruptcy Desk/Managing Agent
1028 Viale Placenza Pl
Henderson, NV 89011

Kesgomol Family
Attn: Bankruptcy Desk/Managing Agent
661 Middlegate Rd
Henderson, NV 89011

Khamsone & Sounanh Luangrath
Attn: Bankruptcy Desk/Managing Agent
1040 Via Saint Lucia Pl
Henderson, NV 89011

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**

Served 4/17/2009

Kimberly Oleson
Attn: Bankruptcy Desk/Managing Agent
1037 Viale Placenza Pl
Henderson, NV 89011

Knight Electric
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest Rd, Suite P
Henderson NV  89074

La Jolla Pacific
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine CA 92618

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
20250 Plummer Street
Chatsworth, CA 91311

LOVE Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
3442 North Buffalo Dr.
Las Vegas, NV 89129

Lunas Roll-Off Rental, Inc
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Ave.
Las Vegas NV 89115

M&M Electric, Inc
Attn: Bankruptcy Desk/Managing Agent
3655 W. Dewey Drive
Las Vegas NV 89118

Manuel & Jessica Del Toro
Attn: Bankruptcy Desk/Managing Agent
,

Manuel & Jessica Del Toro
Attn: Bankruptcy Desk/Managing Agent
1066 Via Nandina Pl
Henderson, NV 89011

Mark & Darsann Chase
Attn: Bankruptcy Desk/Managing Agent
2367 Chasing Star Ave.
Las Vegas NV 89123

Mark & Tracey Prough
Attn: Bankruptcy Desk/Managing Agent
1036 Via Saint Lucia Pl
Henderson, NV 89011

Mark & Wanda Shumar
Attn: Bankruptcy Desk/Managing Agent
616 Via Colmo Ave
Henderson, NV 89011

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Mary & Gary Owens
Attn: Bankruptcy Desk/Managing Agent
1004 Viale Placenza Pl
Henderson, NV 89011

Mary & Gary Owens
Attn: Bankruptcy Desk/Managing Agent
1880 Arapahoe St Apt 2005
Denver, CO 80202

Matthew & Michelle Gibson
Attn: Bankruptcy Desk/Managing Agent
1008 Viale Placenza Pl
Henderson, NV 89011

Maurice Kaz
Attn: Bankruptcy Desk/Managing Agent
5123 El Cemonte Ave
Davis, CA 95618

Maurice Kaz
Attn: Bankruptcy Desk/Managing Agent
552 Via Colmo Ave
Henderson, NV 89011

Medina Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas NV 89032

Mercury Reprographics
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas NV 89120

Michael & Leonor Kelly
Attn: Bankruptcy Desk/Managing Agent
1035 Via Calderia Pl
Henderson, NV 89011

Michael Blevens
Attn: Bankruptcy Desk/Managing Agent
1027 Via Calderia Pl
Henderson, NV 89011

Michael Zakis
Attn: Bankruptcy Desk/Managing Agent
1083 Via Saint Lucia Pl
Henderson, NV 89011

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 53583
Phoenix, AZ 85072

Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail                                    Served 4/17/2009

Modular Space Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O. BOX 641595
Pittsburgh PA 15264-1595

Montgomery Consulting
Attn: Bankruptcy Desk/Managing Agent
Engineers, LLC
5673 Cameron Street
Las Vegas, NV 89118

Nader & Robyn Sarkhosh
Attn: Bankruptcy Desk/Managing Agent
1087 Via Capassi Way
Henderson, NV 89011

Nader & Robyn Sarkhosh
Attn: Bankruptcy Desk/Managing Agent
49 Phillipsburg
Irvine, CA 92620

Nancy & Kenneth Jahr
Attn: Bankruptcy Desk/Managing Agent
1086 Via Saint Lucia Pl
Henderson, NV 89011

Nancy & Kenneth Jahr
Attn: Bankruptcy Desk/Managing Agent
16505 Kiwi Way
Lake Elsinore, CA 92530

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankruptcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52614
Phoenix AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Division of
Attn: Bankruptcy Desk/Managing Agent
Environmental Protection
901 South Stuart Street Ste 4001
Carson City, NV 89701

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
6639 Schuster Street
Las Vegas, NV 89118

Nicholus & Mindy Starley
Attn: Bankruptcy Desk/Managing Agent
1071 Via Saint Lucia Pl
Henderson, NV 89011

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
9611 N. 16th Ave.
Phoenix, AZ 85021-2126

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue Suite J1-J3
Costa Mesa, CA 92626

NV Energy
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno NV 89520-3086

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
4616 W. Sahara Ave Pmb 178
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
5740 Arville St Suite 201
Las Vegas NV 89118

Paul Lirette
Attn: Bankruptcy Desk/Managing Agent
1021 Viale Placenza Pl
Henderson, NV 89011

Performance Plus Engineering
Attn: Bankruptcy Desk/Managing Agent
27740 Jefferson Avenue
Suite 320
Temecula CA 92590

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**

Professional Door & Millworks
Attn: Bankruptcy Desk/Managing Agent
2951 Morion Dr Ste #117B
Las Vegas, NV 89115

Quality Cabinets of Nevada
Attn: Bankruptcy Desk/Managing Agent
Lock Box 842520
Dallas, TX 75284-2520

Quality Interiors, Inc
Attn: Bankruptcy Desk/Managing Agent
104 S. Maple Street
Corona, CA 92880-1704

Quality Wood Products
Attn: Bankruptcy Desk/Managing Agent
3001 N. Nellis
Las Vegas NV 89115

R Family
Attn: Bankruptcy Desk/Managing Agent
588 Via Colmo Ave
Henderson, NV 89011

Ralph & Fely Powelson
Attn: Bankruptcy Desk/Managing Agent
592 Via Colmo Ave
Henderson, NV 89011

Ralph & Fely Powelson
Attn: Bankruptcy Desk/Managing Agent
7616 McNulty Ave
Winnetka, CA 91306

RCR Plumbing & Mechanical Inc.
Attn: Bankruptcy Desk/Managing Agent
5165 Schrills
Las Vegas, NV 89118

Red Rock Mechanical, LLC
Attn: Bankruptcy Desk/Managing Agent
6311 Dean Martin Dr.
Las Vegas NV 89118

Reel Sound
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest, Suite P
Henderson NV 89074

Regal Materials Inc.
Attn: Bankruptcy Desk/Managing Agent
1013 E Delhi
N Las Vegas NV 89030

Rich Leroy
Attn: Bankruptcy Desk/Managing Agent
548 Via Colmo Ave
Henderson, NV 89011

Rich Leroy
Attn: Bankruptcy Desk/Managing Agent
PO Box 2784
Malibu, CA 90265

Richard & Lauren Slocum
Attn: Bankruptcy Desk/Managing Agent
532 Via Colmo Ave
Henderson NV 89011

Richard & Nicole Hammond
Attn: Bankruptcy Desk/Managing Agent
1024 Viale Placenza Pl
Henderson, NV 89011

Richard Stgermain
Attn: Bankruptcy Desk/Managing Agent
1070 Via Saint Lucia Pl
Henderson, NV 89011

Richard Stgermain
Attn: Bankruptcy Desk/Managing Agent
2607 Western Ave Apt 211
Seattle, WA 98121

Rick Mora
Attn: Bankruptcy Desk/Managing Agent
929 Evening Fawn Dr
N Las Vegas, NV 89031

Rise & Run, Inc.
Attn: Bankruptcy Desk/Managing Agent
1995 Whitney Mesa
Henderson NV 89014

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

Robert & Annaliese Parlanti
Attn: Bankruptcy Desk/Managing Agent
1080 Via Saint Lucia Pl
Henderson, NV 89011

Robert & Siew Moran
Attn: Bankruptcy Desk/Managing Agent
1049 Viale Placenza Pl
Henderson, NV 89011

Robert Larivee
Attn: Bankruptcy Desk/Managing Agent
1078 Via Capassi Way
Henderson, NV 89011

Roberto & Maria Antikoll
Attn: Bankruptcy Desk/Managing Agent
1066 Via Capassi Way
Henderson, NV 89011

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**                                     **Served 4/17/2009**

Rocky Top
Attn: Bankruptcy Desk/Managing Agent
44 W. Mayflower Avenue
North Las Vegas, NV 89030

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rolando & Susan Aguila
Attn: Bankruptcy Desk/Managing Agent
122 Solidago Avenue
Las Vegas NV 89183

Rosario & Rizalindo Rebong
Attn: Bankruptcy Desk/Managing Agent
1023 Via Calderia Pl
Henderson, NV 89011

Safety Rails of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
3447 Ringstar Road
Las Vegas, NV 89030

San Gabriel Construction
Attn: Bankruptcy Desk/Managing Agent
10120 W. Flamingo Rd., STE 4-195
Las Vegas NV 89147

Scott & Joanne Thomas
Attn: Bankruptcy Desk/Managing Agent
1074 Via Saint Lucia Pl
Henderson, NV 89011

Sean McManus
Attn: Bankruptcy Desk/Managing Agent
1054 Via Saint Andrea Pl
Henderson, NV 89011

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

SelectBuild Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Roofing Dept
4339 Corporate Circle Dr.,Ste 108
North Las Vegas NV 89030

Serv Pro Northwest Las Vegas
Attn: Bankruptcy Desk/Managing Agent
791 Middlegate Rd.
Henderson, NV 89015

Sharp Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4842 North Berg Street
North Las Vegas NV 89081-2621

Shirley Best
Attn: Bankruptcy Desk/Managing Agent
1041 Viale Placenza Pl
Henderson, NV 89011

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
18606 W. Rebel Road
Hauser Lake, ID 83854

Signs West, Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 Mary Crest RD
Henderson, NV 89074

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
4205 W Tompkins Ave Ste #3
Las Vegas, NV 89103

Silver State Fireplaces
Attn: Bankruptcy Desk/Managing Agent
3555 W. Quail Road, Ste A
Las Vegas, NV 89118

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

Silver State Steel Group
Attn: Bankruptcy Desk/Managing Agent
3680 W. Reno
Las Vegas, NV 89118

Simplex Grinnell
Attn: Bankruptcy Desk/Managing Agent
1545 Pama Lane
Las Vegas NV 89119

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Sonia Bautista
Attn: Bankruptcy Desk/Managing Agent
1371 Fernwood Dr
McKinleyville, CA 95519

**Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail**                                    Served 4/17/2009

Sonia Bautista
Attn: Bankruptcy Desk/Managing Agent
560 Via Colmo Ave
Henderson, NV 89011

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
3525 W Hacienda
Las Vegas, NV 89118

Stanley Consultants, Inc
Attn: Bankruptcy Desk/Managing Agent
5820 S. Eastern Avenue
Las Vegas, NV 89119

Starla Gales
Attn: Bankruptcy Desk/Managing Agent
1075 Via Saint Lucia Pl
Henderson, NV 89011

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Steamatic of Southern Nevada
Attn: Bankruptcy Desk/Managing Agent
2851 Synergy Street
Las Vegas NV 89030

Stegall Family
Attn: Bankruptcy Desk/Managing Agent
1067 Via Saint Lucia Pl
Henderson, NV 89011

Sterling Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
2825 Coleman Street
N. Las Vegas NV 89032

Steven & Souksathit Gordon
Attn: Bankruptcy Desk/Managing Agent
1025 Viale Placenza Pl
Henderson, NV 89011

Steven Destefano
Attn: Bankruptcy Desk/Managing Agent
1083 Via Capassi Way
Henderson, NV 89011

Steven Destefano
Attn: Bankruptcy Desk/Managing Agent
2050 W Warm Springs Rd Unit 3821
Henderson, NV 89014

Surface Solutions
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 335112
North Las Vegas, NV 89033

Surface Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
2756  N. Green Valley Pkwy
PMB 458
Henderson NV 89014

Thanh La
Attn: Bankruptcy Desk/Managing Agent
1062 Via Saint Lucia Pl
Henderson, NV 89011

The Garage Door Center
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way # 100
Henderson NV 89014

Thomas & E Suzette Phillips
Attn: Bankruptcy Desk/Managing Agent
556 Via Colmo Ave
Henderson, NV 89011

Tiberti Fence Co.
Attn: Bankruptcy Desk/Managing Agent
4975 Rogers Street
Las Vegas NV 89118

Tower Builders, LLC
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Drive
Suite 101
Las Vegas NV 89130

Tracy Pryor
Attn: Bankruptcy Desk/Managing Agent
1045 Viale Placenza Pl
Henderson, NV 89011

Triton Grading & Paving LLC
Attn: Bankruptcy Desk/Managing Agent
4220 Arcata Way
Bldg B Suite 1
N Las Vegas NV 89030

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Valley Air Conditioning Inc.
Attn: Bankruptcy Desk/Managing Agent
9225 Mann Street
Las Vegas NV 89139

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Tuscany Acquisitions II, LLC 09-14852 - U.S. Mail

Virginia Casa
Attn: Bankruptcy Desk/Managing Agent
1044 Viale Placenza Pl
Henderson, NV 89011

Virginia Casa
Attn: Bankruptcy Desk/Managing Agent
85 Bay Ave W
Hampton Bays, NY 11946

Virginia Martin
Attn: Bankruptcy Desk/Managing Agent
1082 Via Capassi Way
Henderson, NV 89011

Wall Constructors Inc
Attn: Bankruptcy Desk/Managing Agent
6015 Mcleod
Las Vegas NV 89120

Wang Family
Attn: Bankruptcy Desk/Managing Agent
624 Via Colmo Ave
Henderson, NV 89011

Wang Family
Attn: Bankruptcy Desk/Managing Agent
9065 Circle Lake Dr
Grand Blanc, MI 48439

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wendy Butensky
Attn: Bankruptcy Desk/Managing Agent
1038 Via Nandina Pl
Henderson, NV 89011

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
9025 S. Kyrene Road
Tempe, AZ 85284

WestCor Construction
Attn: Bankruptcy Desk/Managing Agent
Steve Christianson
Framing
5620 Stephanie Street
Las Vegas NV 89122

WestCor Construction DBA
Attn: Bankruptcy Desk/Managing Agent
Randy Smith
Southwest Glazing
5620 Stephanie St
Las Vegas NV 89122

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
121 N. Gibson Road
Henderson, NV 89014

William Howell
Attn: Bankruptcy Desk/Managing Agent
1036 Viale Placenza Pl
Henderson, NV 89011

William Howell
Attn: Bankruptcy Desk/Managing Agent
80345 Pebble Beach Dr
Indio, CA 92201

Willis Roof Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
4755 W. Dewey Drive
Las Vegas NV 89118

WREDCo, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81526
Las Vegas NV 89180

Wright Engineers
Attn: Bankruptcy Desk/Managing Agent
7425 Peak Drive
Las Vegas NV 89128

Yong Parknavy
Attn: Bankruptcy Desk/Managing Agent
1060 Via Nandina Pl
Henderson, NV 89011

Yong Parknavy
Attn: Bankruptcy Desk/Managing Agent
8857 University Blvd # A
Moon Township, PA 15108

Young Cho
Attn: Bankruptcy Desk/Managing Agent
1086 Via Capassi Way
Henderson, NV 89011

Zaldy Antioquia
Attn: Bankruptcy Desk/Managing Agent
1087 Via Saint Lucia Pl
Henderson, NV 89011

Zaldy Antioquia
Attn: Bankruptcy Desk/Managing Agent
1087 Via St Lucia Pl
Henderson, NV 89011

Zohren Behin-Ain
Attn: Bankruptcy Desk/Managing Agent
1026 Via Nandina Pl
Henderson, NV 89011

Creditors:  311

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **TUSCANY ACQUISITIONS, LLC** | Case No.: BK-S-09-14853-LBR |
| Debtor. | Chapter 11 |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                                    Chapter 11

TUSCANY ACQUISITIONS, LLC
Tax I.D. No.  20-2700206                    Case No. BK-S-09-14853-LBR

                    Debtor.
_____/

## NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Deadlines to File a Proof of Claim** |
|---|
| For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.** |
| For a governmental unit:  **180 days after the date of the order for relief.** |
| See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.   If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope. |
| Mail completed Proof of Claim forms to **Claims Agent for Debtor**: |

<div align="center">

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

</div>

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

| **Creditors May Not Take Certain Actions**: |
|---|
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |

<div align="center">

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

</div>

| | EXPLANATIONS |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Tuscany Acquisitions, LLC** | Case Number: **09-14853** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( )    -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:

TEL: ( )    -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $   Annual Interest Rate:   %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $   Basis for perfection:

| Amount Secured | Amount Unsecured |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name    Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857    0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## --- DEFINITIONS ---

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## --- INFORMATION ---

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                                                 **Served 4/17/2009**

A Company Portable
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise ID 83705

A F P Property Corp
Attn: Bankruptcy Desk/Managing Agent
328 Via Franciosa Dr
Henderson, NV 89011

A F P Property Corp
Attn: Bankruptcy Desk/Managing Agent
686 Broadway
Massapequa, NY 11758

ABC Locksmith Corp.
Attn: Bankruptcy Desk/Managing Agent
3981 E. Sunset Road, #E
Las Vegas NV  89120

Access Technologies Corp
Attn: Bankruptcy Desk/Managing Agent
241 Sunpac Avenue
Henderson, NV 89015

Adelaida & Johnny Bustos
Attn: Bankruptcy Desk/Managing Agent
1224 Olivia Pkwy
Henderson, NV 89011

Adelaida & Johnny Bustos
Attn: Bankruptcy Desk/Managing Agent
2658 Indian Creek Rd
Diamond Bar, CA 91765

Adriana Garcia
Attn: Bankruptcy Desk/Managing Agent
265 Via Di Citta Dr
Henderson, NV 89011

Alejandro Navarro
Attn: Bankruptcy Desk/Managing Agent
913 Via Stellato St
Henderson, NV 89011

Alfonso & Rachelle Ramirez
Attn: Bankruptcy Desk/Managing Agent
969 Via Stellato St
Henderson, NV 89011

All American Carpet Care
Attn: Bankruptcy Desk/Managing Agent
2756 North Green Valley Pkwy #108
Henderson NV 89014

Allysa Aaron
Attn: Bankruptcy Desk/Managing Agent
276 Via Di Citta Dr
Henderson, NV 89011

American Asphalt & Grading Co.
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield St.
N. Las Vegas, NV 89032

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

AMPAM-RCR PLUMBING
Attn: Bankruptcy Desk/Managing Agent
3985 W Post Rd
Las Vegas, NV 89118

Ana Luna
Attn: Bankruptcy Desk/Managing Agent
293 Via Di Citta Dr
Henderson, NV 89011

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
798 A Street
Las Vegas, NV 89106

Andrew & Crystal Markowicz
Attn: Bankruptcy Desk/Managing Agent
493 Via Stretto Ave
Henderson, NV 89011

Angela Serratt
Attn: Bankruptcy Desk/Managing Agent
258 Via Franciosa Dr
Henderson, NV 89011

Angelo & Jacqueline Georgiou
Attn: Bankruptcy Desk/Managing Agent
205 Via Mezza Luna Ct
Henderson, NV 89011

AR Iron LLC
Attn: Bankruptcy Desk/Managing Agent
1425 Athol Avenue
Henderson, NV 89015

Arapahoe Cleaning LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite B-106
Henderson NV  89015

Aristotle Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 35126
Las Vegas, NV 89133-5126

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                          **Served 4/17/2009**

Arizona State Treasurer's Office
Attn: Bankrptcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

ATRIUM DOOR & WINDOW
Attn: Bankruptcy Desk/Managing Agent
3890 W. Northwest Hwy #500
Dallas, TX 75234

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
327 Inverness Dr S
Englewood, CO 80112

Aurora Loan Services LLC
Attn: Bankruptcy Desk/Managing Agent
472 Via Stretto Ave
Henderson, NV 89011

Avelino & Nenita Yumang
Attn: Bankruptcy Desk/Managing Agent
13103 Clearwood Ave
La Mirada, CA 90638

Avelino & Nenita Yumang
Attn: Bankruptcy Desk/Managing Agent
937 Via Stellato St
Henderson, NV 89011

B & F Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
2735 Simmons St. #100
N Las Vegas NV 89032

B.D. Trim
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly Ave. Suite B
Las Vegas NV 89122-7655

Bair's Carpet Valley - C
Attn: Bankruptcy Desk/Managing Agent
BAIRIE/LOLA
7465 West Sunset Road
Suite 1200
Las Vegas NV 89113

Bancroft, Susa & Galloway
Attn: Bankruptcy Desk/Managing Agent
4713 E. Camp Lowell Drive
Tucson AZ 85712

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank H S B C USA Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
949 Via Stellato St
Henderson, NV 89011

Bank Indymac F S B
Attn: Bankruptcy Desk/Managing Agent
229 Via Franciosa Dr
Henderson, NV 89011

Bank Indymac F S B
Attn: Bankruptcy Desk/Managing Agent
6900 Beatrice Dr
Kalamazoo, MI 49009

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
1417 N Magnolia Ave
Ocala, FL 34475

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
233 Via Di Citta Dr
Henderson, NV 89011

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
286 Via Franciosa Dr
Henderson, NV 89011

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
292 Via Di Citta Dr
Henderson, NV 89011

Bank U S National Assn Trs
Attn: Bankruptcy Desk/Managing Agent
7495 New Horizon Way
Frederick, MD 21703

Bank Wells Fargo Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
800 State Highway 121 Byp
Lewisville, TX 75067

Bank Wells Fargo Natl Assn Trs
Attn: Bankruptcy Desk/Managing Agent
941 Via Stellato St
Henderson, NV 89011

Barry & Georgina Grimes
Attn: Bankruptcy Desk/Managing Agent
201 Via Mezza Luna Ct
Henderson, NV 89011

Bell, Boyd & Lloyd
Attn: Bankruptcy Desk/Managing Agent
1615 L Street N.W. Ste 1200
Washington DC 20036-5610

Bengoechea Family
Attn: Bankruptcy Desk/Managing Agent
1506 Cliff Branch Dr
Henderson, NV 89014

Tuscany Acquisitions, LLC 09-14853 - U.S. Mail                                                 **Served 4/17/2009**

Bengoechea Family
Attn: Bankruptcy Desk/Managing Agent
229 Via Di Citta Dr
Henderson, NV 89011

Blue Ribbon Stairs
Attn: Bankruptcy Desk/Managing Agent
5860 Alder Avenue
Suite 500
Sacramento CA 95828-1114

Brandon Maldonado
Attn: Bankruptcy Desk/Managing Agent
246 Via Franciosa Dr
Henderson, NV 89011

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
1183 Center Point Drive
Henderson, NV 89074

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Brian & Jamie Reyburn
Attn: Bankruptcy Desk/Managing Agent
224 Via Mezza Luna Ct
Henderson, NV 89011

Brian Robertson
Attn: Bankruptcy Desk/Managing Agent
452 Via Stretto Ave
Henderson, NV 89011

Brian Robertson
Attn: Bankruptcy Desk/Managing Agent
8018 E Santa Ana Canyon Rd
Anaheim, CA 92808

Brooke Bohlke
Attn: Bankruptcy Desk/Managing Agent
961 Via Stellato St
Henderson, NV 89011

Brooks & Leigh Bowman
Attn: Bankruptcy Desk/Managing Agent
931 Via Canale Dr
Henderson, NV 89011

Bruce & Arlene Belman
Attn: Bankruptcy Desk/Managing Agent
314 Longview Park Pl
Louisville, KY 40245

Bruce & Arlene Belman
Attn: Bankruptcy Desk/Managing Agent
933 Via Doccia Ct
Henderson, NV 89011

Cabinet West
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way #100
Henderson NV 89014

Cabinetec, Inc.
Attn: Bankruptcy Desk/Managing Agent
2711 E. Craig Road Suite A & B
North Las Vegas NV 89030

Cae & Brad Swanger
Attn: Bankruptcy Desk/Managing Agent
213 Via Mezza Luna Ct
Henderson, NV 89011

Carino Nelson
Attn: Bankruptcy Desk/Managing Agent
255 Via Franciosa Drive
Henderson NV 89015

Carlos Delasheras
Attn: Bankruptcy Desk/Managing Agent
216 Via Luna Rosa Ct
Henderson, NV 89011

Carol Elliott
Attn: Bankruptcy Desk/Managing Agent
913 Via Del Tramonto St
Henderson, NV 89011

Carolyn Garner
Attn: Bankruptcy Desk/Managing Agent
208 Via Mezza Luna Ct
Henderson, NV 89011

Carpino Stone Applications
Attn: Bankruptcy Desk/Managing Agent
1987 Whitney Mesa Dr.
Henderson, NV 89014

Celso & Fielani Bumagat
Attn: Bankruptcy Desk/Managing Agent
204 Via Luna Rosa Ct
Henderson, NV 89011

Chad & Kristen Mason
Attn: Bankruptcy Desk/Managing Agent
274 Via Franciosa Dr
Henderson, NV 89011

Chance Ojeda
Attn: Bankruptcy Desk/Managing Agent
1220 Olivia Pkwy
Henderson, NV 89011

Charlene Tibbs
Attn: Bankruptcy Desk/Managing Agent
212 Via Luna Rosa Ct
Henderson, NV 89011

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                              Served 4/17/2009

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
2160 W. Charleston
Suite M
Las Vegas, NV 89102

Cheryl Mowry
Attn: Bankruptcy Desk/Managing Agent
480 Via Stretto Ave
Henderson, NV 89011

Chris & Christina Whatley
Attn: Bankruptcy Desk/Managing Agent
948 Via Canale Dr
Henderson, NV 89011

Christopher & Jennifer Seaquist
Attn: Bankruptcy Desk/Managing Agent
200 Via Luna Rosa Ct
Henderson, NV 89011

Christopher & Mary Aldeguer
Attn: Bankruptcy Desk/Managing Agent
282 Via Franciosa Dr
Henderson, NV 89011

Christopher & Mary Aldeguer
Attn: Bankruptcy Desk/Managing Agent
8333 Highland Ranch St
Las Vegas, NV 89131

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV 89005-5011

City of Henderson Utility Serv
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 95011
Henderson NV 89009-5011

Clark County Fence
Attn: Bankruptcy Desk/Managing Agent
3114 E Charleston
Las Vegas NV 89104

Clark County Recorders
Attn: Bankruptcy Desk/Managing Agent
500 South Grand Central Pkwy
PO Box 551510  2nd Floor
Las Vegas NV 89155-1510

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

Computer Contractors Assn.,Inc
Attn: Bankruptcy Desk/Managing Agent
12261 Alison Drive
Camarillo CA 93012-9338

Connie Henderson
Attn: Bankruptcy Desk/Managing Agent
65 River Pointe Dr
Winnipeg MB R2M 5N7
Canada

Connie Henderson
Attn: Bankruptcy Desk/Managing Agent
916 Via Stellato St
Henderson, NV 89011

Cooley Family
Attn: Bankruptcy Desk/Managing Agent
1993 S Mesa Dr
Palm Springs, CA 92264

Cooley Family
Attn: Bankruptcy Desk/Managing Agent
324 Via Franciosa Dr
Henderson, NV 89011

Coronado Concrete
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie St.
Las Vegas, NV 89122

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

Cory Mingo
Attn: Bankruptcy Desk/Managing Agent
989 Via Canale Dr
Henderson, NV 89011

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                                                **Served 4/17/2009**

Culligan
Attn: Bankruptcy Desk/Managing Agent
NW 5120
PO Box 1450
Minneapolis MN 54485-5120

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 335367
N. Las Vegas, NV 89033

D S C Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
2106 Sewee Indian Ct
Mt Pleasant, SC 29466

D S C Holdings LLC
Attn: Bankruptcy Desk/Managing Agent
925 Via Doccia Ct
Henderson, NV 89011

Dale Menning
Attn: Bankruptcy Desk/Managing Agent
241 Via Di Citta Dr
Henderson, NV 89011

Damien Patton
Attn: Bankruptcy Desk/Managing Agent
936 Via Stellato St
Henderson, NV 89011

Daniel Briggs
Attn: Bankruptcy Desk/Managing Agent
940 Via Stellato St
Henderson, NV 89011

Daniel Goodall
Attn: Bankruptcy Desk/Managing Agent
257 Via Di Citta Dr
Henderson, NV 89011

Daniel Seaver
Attn: Bankruptcy Desk/Managing Agent
469 Via Stretto Ave
Henderson, NV 89011

Daniel Westmeyer
Attn: Bankruptcy Desk/Managing Agent
928 Via Stellato St
Henderson, NV 89011

Danilo & Lolita Fontillas
Attn: Bankruptcy Desk/Managing Agent
12091 Edgecliff Ave
Sylmar, CA 91342

Danilo & Lolita Fontillas
Attn: Bankruptcy Desk/Managing Agent
270 Via Franciosa Dr
Henderson, NV 89011

Danilo & Lolita Fontillas
Attn: Bankruptcy Desk/Managing Agent
294 Via Franciosa Dr
Henderson, NV 89011

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

David & Kamilah Word
Attn: Bankruptcy Desk/Managing Agent
289 Via Di Citta Dr
Henderson, NV 89011

Dean & Dunn Roofing
Attn: Bankruptcy Desk/Managing Agent
5385 South Cameron
Suite 21
Las Vegas NV 89118

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Del Grosso Floor Covering, Inc
Attn: Bankruptcy Desk/Managing Agent
3170 Ponderosa Way
Las Vegas NV 89118

Deletto Family
Attn: Bankruptcy Desk/Managing Agent
465 Via Stretto Ave
Henderson, NV 89011

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Deme Manzur
Attn: Bankruptcy Desk/Managing Agent
278 Via Franciosa Dr
Henderson, NV 89011

Dennis & Dorothy Frook
Attn: Bankruptcy Desk/Managing Agent
437 Via Stretto Ave
Henderson, NV 89011

Dennis & Dorothy Frook
Attn: Bankruptcy Desk/Managing Agent
5740 Sumrall Way
Reno, NV 89502

Dennis & Jessica Arca
Attn: Bankruptcy Desk/Managing Agent
4830 Elridge Dr
Rancho Palos Verdes, CA 90275

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**

**Served 4/17/2009**

| | | |
|---|---|---|
| Dennis & Jessica Arca<br>Attn: Bankruptcy Desk/Managing Agent<br>959 Via Canale Dr<br>Henderson, NV 89011 | Department of Economic Security<br>Attn: Bankruptcy Desk/Managing Agent<br>1717 West Jefferson, 050Z-1, Room 119<br>Phoenix, AZ 85007 | Dept. of Employment, Training & Rehab<br>Attn: Bankruptcy Desk/Managing Agent<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 |
| Desert Home Electric<br>Attn: Bankruptcy Desk/Managing Agent<br>8635 W.Sahara Blvd., # 441<br>Las Vegas NV 89117 | Desert Plastering, LLC<br>Attn: Bankruptcy Desk/Managing Agent<br>2602 Losee Road<br>North Las Vegas, NV 89030 | Direct Grading & Paving<br>Attn: Bankruptcy Desk/Managing Agent<br>2755 N. Lamont<br>Las Vegas NV 89115 |
| Donald Klement<br>Attn: Bankruptcy Desk/Managing Agent<br>956 Via Stellato St<br>Henderson, NV 89011 | Donna Kokosky<br>Attn: Bankruptcy Desk/Managing Agent<br>997 Via Canale Dr<br>Henderson, NV 89011 | Double A Electric, LLC<br>Attn: Bankruptcy Desk/Managing Agent<br>580 West Cheyenne Avenue Ste 100<br>N. Las Vegas NV 89030 |
| Douglas & Patricia Foertsch<br>Attn: Bankruptcy Desk/Managing Agent<br>976 Via Canale Dr<br>Henderson, NV 89011 | Dr. Drywall & Paint,Too<br>Attn: Bankruptcy Desk/Managing Agent<br>2408 Santa Clara St<br>Las Vegas NV 89104 | DRI Residential Corporation<br>Attn: Bankruptcy Desk/Managing Agent<br>17182 Armstrong Avenue<br>Irvine, CA 92614 |
| Dynamic Heating & Air<br>Attn: Bankruptcy Desk/Managing Agent<br>of Nevada, Inc.<br>3315 Birtcher Drive<br>Las Vegas NV 89118 | Eagle Painting & Drywall Inc.<br>Attn: Bankruptcy Desk/Managing Agent<br>Paul Baker<br>6225 Harrison Dr<br>Suite 1<br>Las Vegas, NV 89120 | Edward & Bua Jones<br>Attn: Bankruptcy Desk/Managing Agent<br>253 Via Di Citta Dr<br>Henderson, NV 89011 |
| Edward & Bua Jones<br>Attn: Bankruptcy Desk/Managing Agent<br>7020 Statendam Ct<br>McLean, VA 22101 | Edward A. Williams<br>Attn: Bankruptcy Desk/Managing Agent<br>3214 Velvet Rose<br>Las Vegas, NV 89135 | Edward Cruz<br>Attn: Bankruptcy Desk/Managing Agent<br>923 Via Canale Dr<br>Henderson, NV 89011 |
| Ellen Kaptain<br>Attn: Bankruptcy Desk/Managing Agent<br>424 Via Stretto Ave<br>Henderson, NV 89011 | Elvie Jimenez<br>Attn: Bankruptcy Desk/Managing Agent<br>2131 S Ferrier Ct<br>La Habra, CA 90631 | Elvie Jimenez<br>Attn: Bankruptcy Desk/Managing Agent<br>250 Via Franciosa Dr<br>Henderson, NV 89011 |
| Embarq<br>Attn: Bankruptcy Desk/Managing Agent<br>PO Box 660068<br>Dallas TX 75266-0068 | Envision Concrete<br>Attn: Bankruptcy Desk/Managing Agent<br>5655 Reference St.<br>Las Vegas NV 89122 | Eric & Brenda Nidiffer<br>Attn: Bankruptcy Desk/Managing Agent<br>956 Via Canale Dr<br>Henderson, NV 89011 |

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                              **Served 4/17/2009**

Eric Strauss
Attn: Bankruptcy Desk/Managing Agent
1232 Olivia Pkwy
Henderson, NV 89011

Erman Porras
Attn: Bankruptcy Desk/Managing Agent
242 Via Franciosa Dr
Henderson, NV 89011

Erman Porras
Attn: Bankruptcy Desk/Managing Agent
4741 Belmont Rd
Downers Grove, IL 60515

Ernesto Martinez
Attn: Bankruptcy Desk/Managing Agent
541 Via Ruscello Way
Henderson, NV 89011

Ernesto Martinez
Attn: Bankruptcy Desk/Managing Agent
PO Box 5048
Chatsworth, CA 91313

Esteban Hennings
Attn: Bankruptcy Desk/Managing Agent
965 Via Stellato St
Henderson, NV 89011

Evelyn & Erica Binuya
Attn: Bankruptcy Desk/Managing Agent
919 Via Canale Dr
Henderson, NV 89011

Executive Plastering
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Dr. Suite 101
Las Vegas NV 89130

Exotic Millworks, Inc.
Attn: Bankruptcy Desk/Managing Agent
5034 Swift River Court
North Las Vegas NV 89031

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
420 Via Stretto Ave
Henderson, NV 89011

Federal Home Loan Mortgage Corp
Attn: Bankruptcy Desk/Managing Agent
5000 Plano Pkwy
Carrollton, TX 75010

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
225 Via Franciosa Dr
Henderson, NV 89011

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
400 Countrywide Way # Sv-35
Simi Valley, CA 93065

Federal National Mortgage Assn
Attn: Bankruptcy Desk/Managing Agent
445 Via Stretto Ave
Henderson, NV 89011

Fernando & Emelita Rivera
Attn: Bankruptcy Desk/Managing Agent
293 Via Franciosa Dr
Henderson, NV 89011

Fernando & Emelita Rivera
Attn: Bankruptcy Desk/Managing Agent
8816 Katherine Ave
Panorama City, CA 91402

Ferraro Marble Companies
Attn: Bankruptcy Desk/Managing Agent
4155 Sobb Avenue
Las Vegas NV 89118

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Francisco Pimentel
Attn: Bankruptcy Desk/Managing Agent
289 Via Franciosa Dr
Henderson, NV 89011

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow, # 180
Las Vegas, NV 89103

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N Las Vegas, NV 89030

Gary Lennon
Attn: Bankruptcy Desk/Managing Agent
245 Via Franciosa Dr
Henderson, NV 89011

Gedang Family
Attn: Bankruptcy Desk/Managing Agent
1312 Olivia Pkwy
Henderson, NV 89011

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                                          **Served 4/17/2009**

Gedang Family
Attn: Bankruptcy Desk/Managing Agent
2043 Coleman Ct
Simi Valley, CA 93063

Gene & Mary Mabasa
Attn: Bankruptcy Desk/Managing Agent
464 Via Stretto Ave
Henderson, NV 89011

George & Le Capps
Attn: Bankruptcy Desk/Managing Agent
485 Via Stretto Ave
Henderson, NV 89011

George & Le Capps
Attn: Bankruptcy Desk/Managing Agent
8538 Lambert Dr
Las Vegas, NV 89147

GeoTek, Inc.
Attn: Bankruptcy Desk/Managing Agent
Wayne Anderson
6835 S. Escondido Street
Suite A
Las Vegas NV 89119

Giordano Family
Attn: Bankruptcy Desk/Managing Agent
924 Via Stellato St
Henderson, NV 89011

Giovanna Gurrieri
Attn: Bankruptcy Desk/Managing Agent
1228 Olivia Pkwy
Henderson, NV 89011

Glenna Gaudy
Attn: Bankruptcy Desk/Managing Agent
408 Via Stretto Ave
Henderson, NV 89011

Granite World
Attn: Bankruptcy Desk/Managing Agent
2360 E. La Madre Way
North Las Vegas, NV 89081

Grant Westphal
Attn: Bankruptcy Desk/Managing Agent
409 Via Stretto Ave
Henderson, NV 89011

Grant Westphal
Attn: Bankruptcy Desk/Managing Agent
PO Box 301
Sandwich, IL 60548

Gregory & Sylvia Cook
Attn: Bankruptcy Desk/Managing Agent
405 Via Stretto Ave
Henderson, NV 89011

Guy Evans
Attn: Bankruptcy Desk/Managing Agent
PO Box 42426
Las Vegas NV 89116

Ha & Myung Oh
Attn: Bankruptcy Desk/Managing Agent
1523 Ridge Point Dr
Bountiful, UT 84010

Ha & Myung Oh
Attn: Bankruptcy Desk/Managing Agent
217 Via Luna Rosa Ct
Henderson, NV 89011

Harry Ku
Attn: Bankruptcy Desk/Managing Agent
1244 Olivia Pkwy
Henderson, NV 89011

Harry Ku
Attn: Bankruptcy Desk/Managing Agent
440 Middlesex Rd # D-3B
Tyngsboro, MA 01879

Hastie Family
Attn: Bankruptcy Desk/Managing Agent
488 Via Stretto Ave
Henderson, NV 89011

Hector & Kevin Millare
Attn: Bankruptcy Desk/Managing Agent
273 Via Di Citta Dr
Henderson, NV 89011

Held Family
Attn: Bankruptcy Desk/Managing Agent
920 Via Stellato St
Henderson, NV 89011

Homesales Inc
Attn: Bankruptcy Desk/Managing Agent
3415 Vision Dr
Columbus, OH 43219

Homesales Inc
Attn: Bankruptcy Desk/Managing Agent
473 Via Stretto Ave
Henderson, NV 89011

Howard Lerner
Attn: Bankruptcy Desk/Managing Agent
249 Via Franciosa Dr
Henderson, NV 89011

Hub International Scheer's
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL 60559-5570

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**

Served 4/17/2009

Hung Nguyen
Attn: Bankruptcy Desk/Managing Agent
13291 Lee Dr
Westminster, CA 92683

Hung Nguyen
Attn: Bankruptcy Desk/Managing Agent
284 Via Di Citta Dr
Henderson, NV 89011

ID Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 S. Fort Apache Road
Suite 100
Las Vegas NV 89148

Ileana Fratut-Filip
Attn: Bankruptcy Desk/Managing Agent
492 Via Stretto Ave
Henderson, NV 89011

Imelda Afable
Attn: Bankruptcy Desk/Managing Agent
234 Via Franciosa Dr
Henderson, NV 89011

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
5330 W. Quail Avenue
Las Vegas, NV 89118

Interior Design
Attn: Bankruptcy Desk/Managing Agent
5564 South Fort Apache Road
Suite 110
Las Vegas NV 89148

Interior Specialists, Inc.
Attn: Bankruptcy Desk/Managing Agent
1630 Faraday
7465 W. Sunset Rd
Suite 1200
Las Vegas NV 89113

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Interstate Plumbing & A/C
Attn: Bankruptcy Desk/Managing Agent
7201 West Post Road
Las Vegas NV 89113

Iovino Masonry Inc.
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd.
Las Vegas NV 89139

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Ivan Klimov
Attn: Bankruptcy Desk/Managing Agent
204 Via Mezza Luna Ct
Henderson, NV 89011

Jack & Colleen Fithian
Attn: Bankruptcy Desk/Managing Agent
288 Via Di Citta Dr
Henderson, NV 89011

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
2440 Marcos Street
Las Vegas, NV 89115

James & Barbara Hayden
Attn: Bankruptcy Desk/Managing Agent
952 Via Stellato St
Henderson, NV 89011

James & Kimberly Boone
Attn: Bankruptcy Desk/Managing Agent
460 Via Stretto Ave
Henderson, NV 89011

James & Maureen Siple
Attn: Bankruptcy Desk/Managing Agent
3312 Amish Avenue
N. Las Vegas NV 89031

James Lapelusa
Attn: Bankruptcy Desk/Managing Agent
1178 Olivia Pkwy
Henderson, NV 89011

James Lapelusa
Attn: Bankruptcy Desk/Managing Agent
221 Via Luna Rosa Ct
Henderson, NV 89011

James Raymond
Attn: Bankruptcy Desk/Managing Agent
1280 Olivia Pkwy
Henderson, NV 89011

Jamie Miller
Attn: Bankruptcy Desk/Managing Agent
952 Via Canale Dr
Henderson, NV 89011

Janaki Sutton
Attn: Bankruptcy Desk/Managing Agent
238 Via Franciosa Dr
Henderson, NV 89011

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                    **Served 4/17/2009**

Janice McGriff
Attn: Bankruptcy Desk/Managing Agent
1268 Olivia Pkwy
Henderson, NV 89011

Jason Spronk
Attn: Bankruptcy Desk/Managing Agent
960 Via Canale Dr
Henderson, NV 89011

Jay Kapur
Attn: Bankruptcy Desk/Managing Agent
269 Via Di Citta Dr
Henderson, NV 89011

Jean & Sasha Erramouspe
Attn: Bankruptcy Desk/Managing Agent
257 Via Franciosa Dr
Henderson, NV 89011

Jeffrey & Bethany Briney
Attn: Bankruptcy Desk/Managing Agent
31282 Ceanothus Dr
Laguna Beach, CA 92651

Jeffrey & Bethany Briney
Attn: Bankruptcy Desk/Managing Agent
915 Via Canale Dr
Henderson, NV 89011

Jeffrey & Emire Stitt
Attn: Bankruptcy Desk/Managing Agent
1240 Olivia Pkwy
Henderson, NV 89011

Jeffrey & Lee Mix
Attn: Bankruptcy Desk/Managing Agent
225 Via Mezza Luna Ct
Henderson, NV 89011

Jennifer Enyart
Attn: Bankruptcy Desk/Managing Agent
1256 Olivia Pkwy
Henderson, NV 89011

Jeom Lee
Attn: Bankruptcy Desk/Managing Agent
412 Via Stretto Ave
Henderson, NV 89011

Jeom Lee
Attn: Bankruptcy Desk/Managing Agent
9883 Ridgehaven Ave
Las Vegas, NV 89148

Jeremy & Beverly Davison
Attn: Bankruptcy Desk/Managing Agent
901 Via Stellato St
Henderson, NV 89011

Jeremy Weisbart
Attn: Bankruptcy Desk/Managing Agent
897 Via Stellato St
Henderson, NV 89011

Jesse & Sara Tillie
Attn: Bankruptcy Desk/Managing Agent
261 Via Franciosa Dr
Henderson, NV 89011

Jesus & Christine Vega
Attn: Bankruptcy Desk/Managing Agent
220 Via Mezza Luna Ct
Henderson, NV 89011

Jim & Nhan Taylor
Attn: Bankruptcy Desk/Managing Agent
468 Via Stretto Ave
Henderson, NV 89011

Jim & Nhan Taylor
Attn: Bankruptcy Desk/Managing Agent
955 Via Canale Dr
Henderson, NV 89011

John & Marie Gargano
Attn: Bankruptcy Desk/Managing Agent
253 Via Franciosa Dr
Henderson, NV 89011

John & Nicole Schallenkamp
Attn: Bankruptcy Desk/Managing Agent
6036 Sandalwood Dr
Billings, MT 59106

John & Nicole Schallenkamp
Attn: Bankruptcy Desk/Managing Agent
968 Via Stellato St
Henderson, NV 89011

John Cereso
Attn: Bankruptcy Desk/Managing Agent
400 Via Stretto Ave
Henderson, NV 89011

Johnny & Alicia Calimlim
Attn: Bankruptcy Desk/Managing Agent
201 Via Luna Rosa Ct
Henderson, NV 89011

Johnny & Alicia Calimlim
Attn: Bankruptcy Desk/Managing Agent
2617 Camino Del Sol
Fullerton, CA 92833

Jonathan & Lisa Davis
Attn: Bankruptcy Desk/Managing Agent
1304 Olivia Pkwy
Henderson, NV 89011

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                              Served 4/17/2009

Jonathan & Lisa Davis
Attn: Bankruptcy Desk/Managing Agent
1304 Olivia Pkwy
Henderson, NV 89015

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 24755
Tempe, AZ 85285-4755

Jose & Annie Dejesus
Attn: Bankruptcy Desk/Managing Agent
24341 Sunnycrest Ct
Diamond Bar, CA 91765

Jose & Annie Dejesus
Attn: Bankruptcy Desk/Managing Agent
477 Via Stretto Ave
Henderson, NV 89011

Jose & Annie Dejesus
Attn: Bankruptcy Desk/Managing Agent
893 Via Stellato St
Henderson, NV 89011

Jose Gutierrez
Attn: Bankruptcy Desk/Managing Agent
297 Via Franciosa Dr
Henderson, NV 89011

Jose Gutierrez
Attn: Bankruptcy Desk/Managing Agent
4184 Seville St
Las Vegas, NV 89121

Josefina & Marguerite Kramer
Attn: Bankruptcy Desk/Managing Agent
221 Via Mezza Luna Ct
Henderson, NV 89011

Joseph & Peggy Sartin
Attn: Bankruptcy Desk/Managing Agent
908 Via Del Tramonto St
Henderson, NV 89011

Joseph & Thomas Keller
Attn: Bankruptcy Desk/Managing Agent
909 Via Stellato St
Henderson, NV 89011

Josh & Amber Claunch
Attn: Bankruptcy Desk/Managing Agent
200 Via Mezza Luna Ct
Henderson, NV 89011

Joshua Igeleke, Jr.
Attn: Bankruptcy Desk/Managing Agent
2705 Kingclaven Drive
Henderson NV  89044

Juan Merheb
Attn: Bankruptcy Desk/Managing Agent
265 Via Franciosa Dr
Henderson, NV 89011

Judy Choi
Attn: Bankruptcy Desk/Managing Agent
237 Via Di Citta Dr
Henderson, NV 89011

Julia Schwalb
Attn: Bankruptcy Desk/Managing Agent
205 Via Luna Rosa Ct
Henderson, NV 89011

Julie & Wilson Abuan
Attn: Bankruptcy Desk/Managing Agent
921 Via Stellato St
Henderson, NV 89011

Justin Rivera
Attn: Bankruptcy Desk/Managing Agent
417 Via Stretto Ave
Henderson, NV 89011

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

Karen McChesney
Attn: Bankruptcy Desk/Managing Agent
980 Via Canale Dr
Henderson, NV 89011

Kaye  MacClendon
Attn: Bankruptcy Desk/Managing Agent
165 Rolling Cove Ave
Henderson, NV 89011

Keith Furillo
Attn: Bankruptcy Desk/Managing Agent
1272 Olivia Pkwy
Henderson, NV 89011

Kelly & Carol Faltis
Attn: Bankruptcy Desk/Managing Agent
968 Via Canale Dr
Henderson, NV 89011

Kenneth & Sumi Nakama
Attn: Bankruptcy Desk/Managing Agent
237 Via Franciosa Dr
Henderson, NV 89011

Kevin O´Leary
Attn: Bankruptcy Desk/Managing Agent
501 Via Stretto Ave
Henderson, NV 89011

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                    **Served 4/17/2009**

Khiem Cao
Attn: Bankruptcy Desk/Managing Agent
281 Via Di Citta Dr
Henderson, NV 89011

Khoa Do
Attn: Bankruptcy Desk/Managing Agent
929 Via Stellato St
Henderson, NV 89011

Knight Electric
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest Rd, Suite P
Henderson NV  89074

La Jolla Pacific
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine CA 92618

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
20250 Plummer Street
Chatsworth, CA 91311

Lauana & Albert Hart
Attn: Bankruptcy Desk/Managing Agent
8572 Whitesails Cir
Huntington Beach, CA 92646

Lauana & Albert Hart
Attn: Bankruptcy Desk/Managing Agent
953 Via Stellato St
Henderson, NV 89011

Lavitoria Family
Attn: Bankruptcy Desk/Managing Agent
148 Mandalay Ave
Hercules, CA 94547

Lavitoria Family
Attn: Bankruptcy Desk/Managing Agent
254 Via Franciosa Dr
Henderson, NV 89011

Leon Nguyen
Attn: Bankruptcy Desk/Managing Agent
955 Via Canale Dr
Henderson, NV 89011

Lloyd Armstrong
Attn: Bankruptcy Desk/Managing Agent
456 Via Stretto Ave
Henderson, NV 89011

LOVE Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
3442 North Buffalo Dr.
Las Vegas, NV 89129

Lovella & Dean Malicdem
Attn: Bankruptcy Desk/Managing Agent
285 Via Franciosa Dr
Henderson, NV 89011

Lunas Roll-Off Rental, Inc
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Ave.
Las Vegas NV 89115

Lydwine Zamor
Attn: Bankruptcy Desk/Managing Agent
930 Via Canale Dr
Henderson, NV 89011

M&M Electric, Inc
Attn: Bankruptcy Desk/Managing Agent
3655 W. Dewey Drive
Las Vegas NV 89118

Maria & Robert Antikoll
Attn: Bankruptcy Desk/Managing Agent
1066 Via Capassi Way
Henderson, NV 89011

Maria & Robert Antikoll
Attn: Bankruptcy Desk/Managing Agent
481 Via Stretto Ave
Henderson, NV 89011

Maria Delgadillo
Attn: Bankruptcy Desk/Managing Agent
421 Via Stretto Ave
Henderson, NV 89011

Mariana Ciubotaru
Attn: Bankruptcy Desk/Managing Agent
939 Via Canale Dr
Henderson, NV 89011

Mark & Beverly Ford
Attn: Bankruptcy Desk/Managing Agent
1292 Olivia Pkwy
Henderson, NV 89011

Mark & Beverly Ford
Attn: Bankruptcy Desk/Managing Agent
PO Box 11431
Las Vegas, NV 89111

Mark & Charlene Stanford
Attn: Bankruptcy Desk/Managing Agent
500 Via Stretto Ave
Henderson, NV 89011

Mark & Darsann Chase
Attn: Bankruptcy Desk/Managing Agent
2367 Chasing Star Ave.
Las Vegas NV 89123

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                                      **Served 4/17/2009**

Mark & Dilcia Millen
Attn: Bankruptcy Desk/Managing Agent
290 Via Franciosa Dr
Henderson, NV 89011

Mark & Sandra Kamholz
Attn: Bankruptcy Desk/Managing Agent
444 Via Stretto Ave
Henderson, NV 89011

Mark & Sandra Kamholz
Attn: Bankruptcy Desk/Managing Agent
57 Brantwood Dr
West Seneca, NY 14224

Mark Alfrey
Attn: Bankruptcy Desk/Managing Agent
241 Via Franciosa Dr
Henderson, NV 89011

Mark Schonebaum
Attn: Bankruptcy Desk/Managing Agent
216 Via Mezza Luna Ct
Henderson, NV 89011

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Martires Family
Attn: Bankruptcy Desk/Managing Agent
484 Via Stretto Ave
Henderson, NV 89011

Maryann Alinas
Attn: Bankruptcy Desk/Managing Agent
2067 Avenida Hacienda
Chino Hills, CA 91709

Maryann Alinas
Attn: Bankruptcy Desk/Managing Agent
905 Via Stellato St
Henderson, NV 89011

Matthew & Jennavelle Churlik
Attn: Bankruptcy Desk/Managing Agent
1260 Olivia Pkwy
Henderson, NV 89011

Matthew Hennager
Attn: Bankruptcy Desk/Managing Agent
1074 Olivia Pkwy
Henderson, NV 89011

Max & Carolyn Fisher
Attn: Bankruptcy Desk/Managing Agent
304 Via Di Citta Dr
Henderson, NV 89011

Medina Painting & Drywall, Inc
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas NV 89032

Mercury Reprographics
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas NV 89120

Merritt Family
Attn: Bankruptcy Desk/Managing Agent
985 Via Canale Dr
Henderson, NV 89011

Michael & Christine Cho
Attn: Bankruptcy Desk/Managing Agent
217 Via Mezza Luna Ct
Henderson, NV 89011

Michael & Dorothy Furillo
Attn: Bankruptcy Desk/Managing Agent
1252 Olivia Pkwy
Henderson, NV 89011

Michael & Dorothy Furillo
Attn: Bankruptcy Desk/Managing Agent
2724 Altair Ave
Thousand Oaks, CA 91360

Michael & Elisabeth Freeland
Attn: Bankruptcy Desk/Managing Agent
440 Via Stretto Ave
Henderson, NV 89011

Michael & Elisabeth Freeland
Attn: Bankruptcy Desk/Managing Agent
PO Box 997
El Dorado, CA 95623

Michael & Maria Barr
Attn: Bankruptcy Desk/Managing Agent
453 Via Stretto Ave
Henderson, NV 89011

Michael & Michelle Politi
Attn: Bankruptcy Desk/Managing Agent
964 Via Canale Dr
Henderson, NV 89011

Michael Cramer
Attn: Bankruptcy Desk/Managing Agent
905 Via Del Tramonto St
Henderson, NV 89011

Michael Edwards
Attn: Bankruptcy Desk/Managing Agent
404 Via Stretto Ave
Henderson, NV 89011

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**

Served 4/17/2009

Michael Keith
Attn: Bankruptcy Desk/Managing Agent
2 D Altrui Dr
Hillsborough, NJ 08844

Michael Keith
Attn: Bankruptcy Desk/Managing Agent
934 Via Canale Dr
Henderson, NV 89011

Michael Napolitano
Attn: Bankruptcy Desk/Managing Agent
889 Via Del Tramonto St
Henderson, NV 89011

Michelle & Dennis Piedra
Attn: Bankruptcy Desk/Managing Agent
897 Via Del Tramonto St
Henderson, NV 89011

Miguel & Israelita Delapaz
Attn: Bankruptcy Desk/Managing Agent
6715 Marianne Dr
Suitland, MD 20746

Miguel & Israelita Delapaz
Attn: Bankruptcy Desk/Managing Agent
981 Via Canale Dr
Henderson, NV 89011

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 53583
Phoenix, AZ 85072

Milton & Lilia Fletcher
Attn: Bankruptcy Desk/Managing Agent
432 Via Stretto Ave
Henderson, NV 89011

Mitchell & Kim Sneck
Attn: Bankruptcy Desk/Managing Agent
416 Via Stretto Ave
Henderson, NV 89011

Modular Space Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O. BOX 641595
Pittsburgh PA 15264-1595

Mona Tilson
Attn: Bankruptcy Desk/Managing Agent
316 Via Franciosa Dr
Henderson, NV 89011

Mona Tilson
Attn: Bankruptcy Desk/Managing Agent
975 East Ave # 128
Chico, CA 95926

Monique Delgado
Attn: Bankruptcy Desk/Managing Agent
945 Via Stellato St
Henderson, NV 89011

Montgomery Consulting
Attn: Bankruptcy Desk/Managing Agent
Engineers, LLC
5673 Cameron Street
Las Vegas, NV 89118

Nathan Wagner
Attn: Bankruptcy Desk/Managing Agent
497 Via Stretto Ave
Henderson, NV 89011

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52614
Phoenix AZ 85072-2614

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Division of
Attn: Bankruptcy Desk/Managing Agent
Environmental Protection
901 South Stuart Street Ste 4001
Carson City, NV 89701

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
6639 Schuster Street
Las Vegas, NV 89118

Nicholas & Karen Zubia
Attn: Bankruptcy Desk/Managing Agent
893 Via Del Tramonto St
Henderson, NV 89011

Nickie & Jennifer James
Attn: Bankruptcy Desk/Managing Agent
972 Via Canale Dr
Henderson, NV 89011

Tuscany Acquisitions, LLC 09-14853 - U.S. Mail

Served 4/17/2009

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
9611 N. 16th Ave.
Phoenix, AZ 85021-2126

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue Suite J1-J3
Costa Mesa, CA 92626

NV Energy
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno NV 89520-3086

Nye & David Myrick
Attn: Bankruptcy Desk/Managing Agent
230 Via Franciosa Dr
Henderson, NV 89011

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
4616 W. Sahara Ave Pmb 178
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Olga & Christian Izquierdo
Attn: Bankruptcy Desk/Managing Agent
306 Via Franciosa Dr
Henderson, NV 89011

Olivia & Dedrik Elliott
Attn: Bankruptcy Desk/Managing Agent
1288 Olivia Pkwy
Henderson, NV 89011

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
5740 Arville St Suite 201
Las Vegas NV 89118

Oryan Corporation
Attn: Bankruptcy Desk/Managing Agent
825 Calle Arroyo
San Dimas, CA 91773

Oryan Corporation
Attn: Bankruptcy Desk/Managing Agent
947 Via Canale Dr
Henderson, NV 89011

Paramaz Kossayan
Attn: Bankruptcy Desk/Managing Agent
277 Via Di Citta Dr
Henderson, NV 89011

Paul & Shelli Zamensky
Attn: Bankruptcy Desk/Managing Agent
973 Via Canale Dr
Henderson, NV 89011

Paul Petty
Attn: Bankruptcy Desk/Managing Agent
957 Via Stellato St
Henderson, NV 89011

Paula Iral
Attn: Bankruptcy Desk/Managing Agent
213 Via Franciosa Dr
Henderson, NV 89011

Paulette Cloutier
Attn: Bankruptcy Desk/Managing Agent
6641 Brentwood Dr
Huntington Beach, CA 92648

Paulette Cloutier
Attn: Bankruptcy Desk/Managing Agent
964 Via Stellato St
Henderson, NV 89011

Pedro Gonzalez
Attn: Bankruptcy Desk/Managing Agent
892 Via Del Tramonto St
Henderson, NV 89011

Perfecto & Dina Arca
Attn: Bankruptcy Desk/Managing Agent
23222 Rosanna Ct
Torrance, CA 90502

Perfecto & Dina Arca
Attn: Bankruptcy Desk/Managing Agent
461 Via Stretto Ave
Henderson, NV 89011

Performance Plus Engineering
Attn: Bankruptcy Desk/Managing Agent
27740 Jefferson Avenue
Suite 320
Temecula CA 92590

Perpetua Gatan
Attn: Bankruptcy Desk/Managing Agent
285 Via Di Citta Dr
Henderson, NV 89011

Tuscany Acquisitions, LLC 09-14853 - U.S. Mail                                          **Served 4/17/2009**

Philip & Eugenia Davis
Attn: Bankruptcy Desk/Managing Agent
545 Via Ruscello Way
Henderson, NV 89011

Philip & Meiken Alexander
Attn: Bankruptcy Desk/Managing Agent
305 Via Di Citta Dr
Henderson, NV 89011

Phillip Friedman
Attn: Bankruptcy Desk/Managing Agent
960 Via Stellato St
Henderson, NV 89011

Present Family
Attn: Bankruptcy Desk/Managing Agent
441 Via Stretto Ave
Henderson, NV 89011

Present Family
Attn: Bankruptcy Desk/Managing Agent
PO Box 92165
Henderson, NV 89009

Professional Door & Millworks
Attn: Bankruptcy Desk/Managing Agent
2951 Morion Dr Ste #117B
Las Vegas, NV 89115

Quality Cabinets of Nevada
Attn: Bankruptcy Desk/Managing Agent
Lock Box 842520
Dallas, TX 75284-2520

Quality Interiors, Inc
Attn: Bankruptcy Desk/Managing Agent
104 S. Maple Street
Corona, CA 92880-1704

Quality Wood Products
Attn: Bankruptcy Desk/Managing Agent
3001 N. Nellis
Las Vegas NV 89115

Rachelle Rabago
Attn: Bankruptcy Desk/Managing Agent
217 Via Franciosa Dr
Henderson, NV 89011

Raphail & Ludmilla Rubinov
Attn: Bankruptcy Desk/Managing Agent
917 Via Stellato St
Henderson, NV 89011

Raymond Almanzan
Attn: Bankruptcy Desk/Managing Agent
940 Via Canale Dr
Henderson, NV 89011

Raymond Aragon
Attn: Bankruptcy Desk/Managing Agent
973 Via Stellato St
Henderson, NV 89011

RCR Plumbing & Mechanical Inc.
Attn: Bankruptcy Desk/Managing Agent
5165 Schrills
Las Vegas, NV 89118

Red Rock Mechanical, LLC
Attn: Bankruptcy Desk/Managing Agent
6311 Dean Martin Dr.
Las Vegas NV 89118

Reel Sound
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest, Suite P
Henderson NV  89074

Regal Materials Inc.
Attn: Bankruptcy Desk/Managing Agent
1013 E Delhi
N Las Vegas NV  89030

Reynaldo Garcia
Attn: Bankruptcy Desk/Managing Agent
277 Via Franciosa Dr
Henderson, NV 89011

Reynaldo Garcia
Attn: Bankruptcy Desk/Managing Agent
3112 Harbison Way
National City, CA 91950

Ricardo & Nenita Rodriguez
Attn: Bankruptcy Desk/Managing Agent
262 Via Franciosa Dr
Henderson, NV 89011

Ricardo & Ramelo Ruma
Attn: Bankruptcy Desk/Managing Agent
280 Via Di Citta Dr
Henderson, NV 89011

Ricardo & Ramelo Ruma
Attn: Bankruptcy Desk/Managing Agent
4305 Lisa Dr
Union City, CA 94587

Richard & June Laubinger
Attn: Bankruptcy Desk/Managing Agent
209 Via Mezza Luna Ct
Henderson, NV 89011

Richard & Victoria Marcoux
Attn: Bankruptcy Desk/Managing Agent
927 Via Canale Dr
Henderson, NV 89011

Tuscany Acquisitions, LLC 09-14853 - U.S. Mail                                                          Served 4/17/2009

Richard Hines
Attn: Bankruptcy Desk/Managing Agent
885 Via Del Tramonto St
Henderson, NV 89011

Richard Ngo
Attn: Bankruptcy Desk/Managing Agent
18 Celestine Cir
Ladera Ranch, CA 92694

Richard Ngo
Attn: Bankruptcy Desk/Managing Agent
428 Via Stretto Ave
Henderson, NV 89011

Rick Mora
Attn: Bankruptcy Desk/Managing Agent
929 Evening Fawn Dr
N Las Vegas, NV 89031

Rise & Run, Inc.
Attn: Bankruptcy Desk/Managing Agent
1995 Whitney Mesa
Henderson NV  89014

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

Robert & Gail Irwin
Attn: Bankruptcy Desk/Managing Agent
448 Via Stretto Ave
Henderson, NV 89011

Robert & Joyce Gaza
Attn: Bankruptcy Desk/Managing Agent
489 Via Stretto Ave
Henderson, NV 89011

Robert & Linda O'Brien
Attn: Bankruptcy Desk/Managing Agent
1471 Marchall St
Elmont, NY 11003

Robert & Linda O'Brien
Attn: Bankruptcy Desk/Managing Agent
476 Via Stretto Ave
Henderson, NV 89011

Robert & Lydia Akers
Attn: Bankruptcy Desk/Managing Agent
281 Via Franciosa Dr
Henderson, NV 89011

Robert & Lydia Akers
Attn: Bankruptcy Desk/Managing Agent
972 S Pinewood Ln
Nixa, MO 65714

Robert Beare
Attn: Bankruptcy Desk/Managing Agent
496 Via Stretto Ave
Henderson, NV 89011

Robert Meissner
Attn: Bankruptcy Desk/Managing Agent
413 Via Stretto Ave
Henderson, NV 89011

Robert Timoshuk
Attn: Bankruptcy Desk/Managing Agent
449 Via Stretto Ave
Henderson, NV 89011

Roberto & Julita Mendoza
Attn: Bankruptcy Desk/Managing Agent
1264 Olivia Pkwy
Henderson, NV 89011

Roberto & Julita Mendoza
Attn: Bankruptcy Desk/Managing Agent
4621 Ruth Way
Union City, CA 94587

Rocky Top
Attn: Bankruptcy Desk/Managing Agent
44 W. Mayflower Avenue
North Las Vegas, NV 89030

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rolando & Joselyn Sy
Attn: Bankruptcy Desk/Managing Agent
1296 Olivia Pkwy
Henderson, NV 89011

Rolando & Joselyn Sy
Attn: Bankruptcy Desk/Managing Agent
369 Longhill Ct
San Jose, CA 95138

Rolando & Susan Aguila
Attn: Bankruptcy Desk/Managing Agent
122 Solidago Avenue
Las Vegas NV 89183

Ronald & Irene Hillger
Attn: Bankruptcy Desk/Managing Agent
896 Via Del Tramonto St
Henderson, NV 89011

Ronda Gutierrez
Attn: Bankruptcy Desk/Managing Agent
948 Via Stellato St
Henderson, NV 89011

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                              **Served 4/17/2009**

Rosemary Cunningham
Attn: Bankruptcy Desk/Managing Agent
224 Via Luna Rosa Ct
Henderson, NV 89011

Roy & Octavia Brown
Attn: Bankruptcy Desk/Managing Agent
249 Ramo Dr
Rochester, NY 14606

Roy & Octavia Brown
Attn: Bankruptcy Desk/Managing Agent
976 Via Stellato St
Henderson, NV 89011

Roy Theiss
Attn: Bankruptcy Desk/Managing Agent
266 Via Franciosa Dr
Henderson, NV 89011

Rumany Long
Attn: Bankruptcy Desk/Managing Agent
425 Via Stretto Ave
Henderson, NV 89011

Russell & Ina Medina
Attn: Bankruptcy Desk/Managing Agent
457 Via Stretto Ave
Henderson, NV 89011

Safety Rails of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
3447 Ringstar Road
Las Vegas, NV 89030

San Gabriel Construction
Attn: Bankruptcy Desk/Managing Agent
10120 W. Flamingo Rd., STE 4-195
Las Vegas NV 89147

Sandi Menta
Attn: Bankruptcy Desk/Managing Agent
901 Via Del Tramonto St
Henderson, NV 89011

Scott Family
Attn: Bankruptcy Desk/Managing Agent
1082 Olivia Pkwy
Henderson, NV 89011

Scott Stewart
Attn: Bankruptcy Desk/Managing Agent
212 Via Mezza Luna Ct
Henderson, NV 89011

Sean & Suzanne Broadbent
Attn: Bankruptcy Desk/Managing Agent
933 Via Stellato St
Henderson, NV 89011

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

SelectBuild Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: Roofing Dept
4339 Corporate Circle Dr.,Ste 108
North Las Vegas NV 89030

Serv Pro Northwest Las Vegas
Attn: Bankruptcy Desk/Managing Agent
791 Middlegate Rd.
Henderson, NV 89015

Sharlene & David Dickinson
Attn: Bankruptcy Desk/Managing Agent
1070 Olivia Pkwy
Henderson, NV 89011

Sharp Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
4842 North Berg Street
North Las Vegas NV 89081-2621

Sheikh Family
Attn: Bankruptcy Desk/Managing Agent
221 Via Franciosa Dr
Henderson, NV 89011

Sherese & Francis Nguyen
Attn: Bankruptcy Desk/Managing Agent
205 Via Franciosa Dr
Henderson, NV 89011

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
18606 W. Rebel Road
Hauser Lake, ID 83854

Signs West, Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 Mary Crest RD
Henderson, NV 89074

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
4205 W Tompkins Ave Ste #3
Las Vegas, NV 89103

Silver State Fireplaces
Attn: Bankruptcy Desk/Managing Agent
3555 W. Quail Road, Ste A
Las Vegas, NV 89118

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                                    Served 4/17/2009

Silver State Steel Group
Attn: Bankruptcy Desk/Managing Agent
3680 W. Reno
Las Vegas, NV 89118

Simplex Grinnell
Attn: Bankruptcy Desk/Managing Agent
1545 Pama Lane
Las Vegas NV 89119

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Spirit Underground, LLC
Attn: Bankruptcy Desk/Managing Agent
3525 W Hacienda
Las Vegas, NV 89118

Stanley Consultants, Inc
Attn: Bankruptcy Desk/Managing Agent
5820 S. Eastern Avenue
Las Vegas, NV 89119

Stanley Schiff
Attn: Bankruptcy Desk/Managing Agent
2024 Paddock Ln
Williamstown, NJ 08094

Stanley Schiff
Attn: Bankruptcy Desk/Managing Agent
988 Via Canale Dr
Henderson, NV 89011

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Steamatic of Southern Nevada
Attn: Bankruptcy Desk/Managing Agent
2851 Synergy Street
Las Vegas NV 89030

Stephan Bonnar
Attn: Bankruptcy Desk/Managing Agent
208 Via Luna Rosa Ct
Henderson, NV 89011

Stephen & Donna Makein
Attn: Bankruptcy Desk/Managing Agent
549 Via Ruscello Way
Henderson, NV 89011

Stephen & Mayleen Ang
Attn: Bankruptcy Desk/Managing Agent
1308 Olivia Pkwy
Henderson, NV 89011

Stephen & Mayleen Ang
Attn: Bankruptcy Desk/Managing Agent
52 Lakewood Dr
Centralia, IL 62801

Stephen Schweyen
Attn: Bankruptcy Desk/Managing Agent
245 Via Di Citta Dr
Henderson, NV 89011

Stephen Shaffer
Attn: Bankruptcy Desk/Managing Agent
429 Via Stretto Ave
Henderson, NV 89011

Sterling Nevada, LLC
Attn: Bankruptcy Desk/Managing Agent
2825 Coleman Street
N. Las Vegas NV 89032

Steve & Marla McClintock
Attn: Bankruptcy Desk/Managing Agent
225 Via Luna Rosa Ct
Henderson, NV 89011

Steven & Theresa Em
Attn: Bankruptcy Desk/Managing Agent
213 Via Luna Rosa Ct
Henderson, NV 89011

Steven Saxon
Attn: Bankruptcy Desk/Managing Agent
1284 Olivia Pkwy
Henderson, NV 89011

Surface Solutions
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 335112
North Las Vegas, NV 89033

Surface Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
2756  N. Green Valley Pkwy
PMB 458
Henderson NV 89014

Tuscany Acquisitions, LLC 09-14853 - U.S. Mail                                                                           Served 4/17/2009

Susan Sachanko
Attn: Bankruptcy Desk/Managing Agent
1276 Olivia Pkwy
Henderson, NV 89011

Suzanne & Philip Richards
Attn: Bankruptcy Desk/Managing Agent
925 Via Stellato St
Henderson, NV 89011

Tammy & David Garcia
Attn: Bankruptcy Desk/Managing Agent
436 Via Stretto Ave
Henderson, NV 89011

Ted & Patricia Wilkes
Attn: Bankruptcy Desk/Managing Agent
249 Via Di Citta Dr
Henderson, NV 89011

Terry & Laura Hopper
Attn: Bankruptcy Desk/Managing Agent
1 Rocky Mtn
Coto De Caza, CA 92679

Terry & Laura Hopper
Attn: Bankruptcy Desk/Managing Agent
269 Via Franciosa Dr
Henderson, NV 89011

The Garage Door Center
Attn: Bankruptcy Desk/Managing Agent
150 Cassia Way # 100
Henderson NV 89014

Thomas & Keiko Riggins
Attn: Bankruptcy Desk/Managing Agent
926 Via Canale Dr
Henderson, NV 89011

Thomas & Pamela Dahlen
Attn: Bankruptcy Desk/Managing Agent
977 Via Canale Dr
Henderson, NV 89011

Thomas & Pamela Dahlen
Attn: Bankruptcy Desk/Managing Agent
9929 Laurel Springs Ave
Las Vegas, NV 89134

Thomas & Pamela Dahlen
Attn: Bankruptcy Desk/Managing Agent
993 Via Canale Dr
Henderson, NV 89011

Thomas Digiola
Attn: Bankruptcy Desk/Managing Agent
900 Via Del Tramonto St
Henderson, NV 89011

Tiberti Fence Co.
Attn: Bankruptcy Desk/Managing Agent
4975 Rogers Street
Las Vegas NV 89118

Timothy Hastie
Attn: Bankruptcy Desk/Managing Agent
1236 Olivia Pkwy
Henderson, NV 89011

Todd & Priscila Lee
Attn: Bankruptcy Desk/Managing Agent
261 Via Di Citta Dr
Henderson, NV 89011

Todd & Priscila Lee
Attn: Bankruptcy Desk/Managing Agent
5509 Sunview Way
Antioch, CA 94531

Tower Builders, LLC
Attn: Bankruptcy Desk/Managing Agent
3656 N. Rancho Drive
Suite 101
Las Vegas NV 89130

Triton Grading & Paving LLC
Attn: Bankruptcy Desk/Managing Agent
4220 Arcata Way
Bldg B Suite 1
N Las Vegas NV 89030

Troy & Dana Burnett
Attn: Bankruptcy Desk/Managing Agent
209 Via Franciosa Dr
Henderson, NV 89011

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Valley Air Conditioning Inc.
Attn: Bankruptcy Desk/Managing Agent
9225 Mann Street
Las Vegas NV 89139

Van & Pamela Hudson
Attn: Bankruptcy Desk/Managing Agent
220 Via Luna Rosa Ct
Henderson, NV 89011

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vartouhie Partamian
Attn: Bankruptcy Desk/Managing Agent
233 Via Franciosa Dr
Henderson, NV 89011

**Tuscany Acquisitions, LLC 09-14853 - U.S. Mail**                                              Served 4/17/2009

Wall Constructors Inc
Attn: Bankruptcy Desk/Managing Agent
6015 Mcleod
Las Vegas NV 89120

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wendie Aston
Attn: Bankruptcy Desk/Managing Agent
932 Via Stellato St
Henderson, NV 89011

Wesley & Jill Baker
Attn: Bankruptcy Desk/Managing Agent
1300 Olivia Pkwy
Henderson, NV 89011

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
9025 S. Kyrene Road
Tempe, AZ 85284

WestCor Construction
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie Street
Las Vegas, NV 89122

WestCor Construction DBA
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie St
Las Vegas, NV 89122

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
121 N. Gibson Road
Henderson, NV 89014

William & Georgia Nidiffer
Attn: Bankruptcy Desk/Managing Agent
935 Via Canale Dr
Henderson, NV 89011

Willis Roof Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
4755 W. Dewey Drive
Las Vegas NV 89118

WREDCo, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81526
Las Vegas NV  89180

Wright Engineers
Attn: Bankruptcy Desk/Managing Agent
7425 Peak Drive
Las Vegas NV  89128

Yukio & Toshiko Yoshimoto
Attn: Bankruptcy Desk/Managing Agent
209 Via Luna Rosa Ct
Henderson, NV 89011

Zahra Sobhi
Attn: Bankruptcy Desk/Managing Agent
273 Via Franciosa Dr
Henderson, NV 89011

Zenaida & Edgardo Cruz
Attn: Bankruptcy Desk/Managing Agent
1248 Olivia Pkwy
Henderson, NV 89011

Zenaida & Edgardo Cruz
Attn: Bankruptcy Desk/Managing Agent
3257 Santa Isabella Ct
Union City, CA 94587

Zottoli Family
Attn: Bankruptcy Desk/Managing Agent
951 Via Canale Dr
Henderson, NV 89011

Creditors:  497

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **RHODES RANCH GOLF AND COUNTRY CLUB** | Case No.: BK-S-09-14854-LBR |
| | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2              UNITED STATES BANKRUPTCY COURT

3                      DISTRICT OF NEVADA

4     In re:

5     RHODES RANCH GOLF AND                 Chapter 11
      COUNTRY CLUB
6     aka RHODES RANCH GOLF CLUB            Case No. BK-S-09-14854-LBR
      Tax I.D. No.  88-0389730
7
                      Debtor.
8     _____/

9

10          NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                               AND DEADLINES

11
      A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.
12
      You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to
13    consult an attorney to protect your rights.  All documents filed in this case may be viewed at the
      bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents
14    may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
      the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
15    and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

16    NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information
      enclosed on the page of this Notice entitled "Explanations."
17
      **Attorney for Debtor(s) (name and address):**
18
                              ZACHARIAH LARSON
19                            LARSON & STEPHENS
                         810 S. CASINO CENTER BLVD., SUITE 104
20                            LAS VEGAS, NV 89101
                          Telephone number:  (702) 382-1170
21
                      PACHULSKI STANG ZIEHL & JONES LLP
22                    10100 SANTA MONICA BLVD., 11th FLOOR
                          LOS ANGELES, CA 90067-4100
23                        Telephone Number: (310) 277-6910

24

25

26

27

28

1

2

3

4

5

6

| **Meeting of Creditors** |
|:---:|

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the
paragraph named "Meeting of Creditors."

7

8

9

10

11

12

13

14

15

16

17

| **Deadlines to File a Proof of Claim** |
|:---:|

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of
creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph
named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to
receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim
and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

18

19

20

21

| **Creditors May Not Take Certain Actions**: |
|:---:|

In most instances, the filing of the bankruptcy case automatically stays certain collection and other
actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30
days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to
collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.
Consult a lawyer to determine your rights in this case.

22

23

24

| **Address of the Bankruptcy Clerk's Office:** |
|:---:|

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

25

26

27

28

- 2 -

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Rhodes Ranch Golf and Country Club** | Case Number: **09-14854** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (　　　) 　　　 - 　　　

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: 　　　　　
*(If known)*

Filed On: 　　　　

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____

TEL: (　　　) 　　　 - 　　　

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**           $ 　　　　　　　. 　　

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all of part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.**      (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:      ☐ Real Estate      ☐ Motor Vehicle      ☐ Other
Describe:

Value of Property: $ 　　　　　      **Annual Interest Rate:** _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ 　　　　　. 　　      **Basis for perfection:** _____

| **Amount Secured** | **Amount Unsecured** |
|---|---|
| $ 　　　　　. 　　 | $ 　　　　　. 　　 |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

Amount entitled to priority:

$ 　　　　　. 　　

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

| Printed Name | Title |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.          POC0857          0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                    Served 4/17/2009

19th Hole Marketing
Attn: Bankruptcy Desk/Managing Agent
1019 N. Colorado St.
Suite 100
Gilbert, AZ 85233

A Company Portable Restrooms
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise, ID 83705

A.A. Cassaro Construction
Attn: Bankruptcy Desk/Managing Agent
4327 West Sunset Road
Las Vegas, NV 89118

A.D. Williams Turf Sprayers
Attn: Bankruptcy Desk/Managing Agent
25532 West Southern Avenue
Buckeye, AZ 85326-5443

ABC Locksmiths
Attn: Bankruptcy Desk/Managing Agent
3981 East Sunset Road
Suite E
Las Vegas, NV 89120

Abel, Kelly L
Attn: Bankruptcy Desk/Managing Agent
9330 W. Maule Avenue #112
Las Vegas, NV 89148

Accent Awning
Attn: Bankruptcy Desk/Managing Agent
1210 S. Main
Las Vegas, NV 89104

Action Door Services
Attn: Bankruptcy Desk/Managing Agent
2657 Windmill Parkway
Suite 171
Henderson, NV 89074

Action Lawn Service, Inc.
Attn: Bankruptcy Desk/Managing Agent
Attn: David Kitchen
6370 W. Dewey Dr.
Las Vegas, NV 89118

Acushnet
Attn: Bankruptcy Desk/Managing Agent
PO Box 88111
Chicago, IL 60695-1111

Adams, Susie
Attn: Bankruptcy Desk/Managing Agent
8221 Shell Beach Ct
Las Vegas, NV 89117

Advantage Financial Services
Attn: Bankruptcy Desk/Managing Agent
Pete Davison
108 Foxcroft Raod
West Hartford, CT 06119

Affordable Communications, Inc
Attn: Bankruptcy Desk/Managing Agent
1983 Whitney Mesa Drive
Henderson, NV 89014

Agri-Inject, Inc.
Attn: Bankruptcy Desk/Managing Agent
5500 East Highway 34
Yuma, CO 800-4465328

Ahead Headgear, Inc.
Attn: Bankruptcy Desk/Managing Agent
ATTN: A/R Dept.
270 Samuel Barnet Blvd.
New Bedford, MA 02745

Ahern's Rental Center
Attn: Bankruptcy Desk/Managing Agent
4241 S. Arville Street
Las Vegas, NV 89103

Airgas West
Attn: Bankruptcy Desk/Managing Agent
P O Box 7423
Pasadena, CA 91109-7423 USA

Alaiasa, Moepulou
Attn: Bankruptcy Desk/Managing Agent
97 Backspin
Las Vegas, NV 89148

Alarmco
Attn: Bankruptcy Desk/Managing Agent
2007 Las Vegas Blvd. South
Las Vegas, NV 89104-2522

Albert Uster Imports, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 770
Gaithersburg, MD 20884-0770

Albert, David
Attn: Bankruptcy Desk/Managing Agent
10175 Spring Mountain Rd #2091
Las Vegas, NV 89117

All American Home Theater, LLC
Attn: Bankruptcy Desk/Managing Agent
2865 Evening Rock Street
Las Vegas, NV 89135 United States

Alliance
Attn: Bankruptcy Desk/Managing Agent
240 Elliott Rd.
Henderson, NV 89011

Amann, Peter
Attn: Bankruptcy Desk/Managing Agent
350 E Desert Inn Road #E-104
Las Vegas, NV 89109

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                                            Served 4/17/2009

American Shredding Inc
Attn: Bankruptcy Desk/Managing Agent
4280 W. Windmill Lane Suite106
Las Vegas, NV  89139

American Turf Services
Attn: Bankruptcy Desk/Managing Agent
7650 Stage Road
Buena Park, CA  90621

Angeles-Esparza, Felipe
Attn: Bankruptcy Desk/Managing Agent
3425 Sullivance
Las Vegas, NV 89032

Ann Marie Vadala
Attn: Bankruptcy Desk/Managing Agent
813 New Season Ct
Las Vegas, NV  89123

Apco, Inc.
Attn: Bankruptcy Desk/Managing Agent
3432 N 5th Street
North Las Vegas, NV 89032

AR Iron LLC
Attn: Bankruptcy Desk/Managing Agent
1425 Athol Avenue
Henderson, NV 89015

Ararat Wine & Liquor Wholesale Inc.
Attn: Bankruptcy Desk/Managing Agent
3315 E. Russell Road #194
Las Vegas, NV  89120

Arizona Attorney General
Attn: Bankruptcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arizona Sun
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1786
Scottsdale, AZ  85252-1786

Armenta-Araujo, Wenseslao
Attn: Bankruptcy Desk/Managing Agent
3920 Timberlake Dr
Las Vegas, NV 89115

Arrow-Magnolia International, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 59089
Dallas,, TX  75229

AT&T Wireless Services
Attn: Bankruptcy Desk/Managing Agent
P O Box 6463
Carol Stream, IL  60197-64693

Atco International
Attn: Bankruptcy Desk/Managing Agent
2136 Kingston Court, SE
Marietta, GA  30067-8902

Automated Mailing Service
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View Blvd.
Ste. C-105
Las Vegas, NV  89102

Backflow Prevention
Attn: Bankruptcy Desk/Managing Agent
9506 Teton Diablo Ave.
Las Vegas, NV  89117

Baethke, Collin Michael
Attn: Bankruptcy Desk/Managing Agent
2338 N. Green Valley Apt#1615
Henderson, NV 89014

Bailey's Sweeper Service
Attn: Bankruptcy Desk/Managing Agent
4560 S. Arville Street
Suite C15
Las Vegas, NV  89103

Ballard, Tonya
Attn: Bankruptcy Desk/Managing Agent
4403 Shortleaf St
Las Vegas, NV 89119

BAWNSIG
Attn: Bankruptcy Desk/Managing Agent
575 S. Saliman Rd.
Carson City, NV  89701

Bearing Belt Chain
Attn: Bankruptcy Desk/Managing Agent
Division of Purvis Industries
PO Box 540757
Dallas, TX  75354-0757

Behrens, Kelly L.
Attn: Bankruptcy Desk/Managing Agent
3365 Diego Bay
Las Vegas, NV 89117

Bell trans
Attn: Bankruptcy Desk/Managing Agent
1900 Industrial Rd.
Las Vegas, NV  89102

Bennett, Kelly J
Attn: Bankruptcy Desk/Managing Agent
7620 French Springs St
Las Vegas, NV 89139

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                                    **Served 4/17/2009**

Berrett, Angela
Attn: Bankruptcy Desk/Managing Agent
35 Vernon Springs
Las Vegas, NV 89183

Best Approach Publications
Attn: Bankruptcy Desk/Managing Agent
2627 W Birchwood Circle, Ste 2
Mesa, AZ 85202

Best Refrigeration
Attn: Bankruptcy Desk/Managing Agent
3315 E. Russell Road
Suite A-4 #276
Las Vegas, NV 89120-3477

Better Business Bureau of So. NV.
Attn: Bankruptcy Desk/Managing Agent
2301 Palomino Lane
Las Vegas, NV 89107-4503

Bimbo Bakeries USA
Attn: Bankruptcy Desk/Managing Agent
File 52176
Los Angeles, CA 90074

Bio Tech Nutrients, LLC
Attn: Bankruptcy Desk/Managing Agent
818 West Brooks Avenue
N. Las Vegas, NV 89030

Birkholtz, James
Attn: Bankruptcy Desk/Managing Agent
8400 S Maryland Parkway #2026
Las Vegas, NV 89123

Bollinger, Stacey
Attn: Bankruptcy Desk/Managing Agent
1019 Golda Way
Henderson, NV 89011

Bonanza Beverage Company
Attn: Bankruptcy Desk/Managing Agent
Wholesale Beverage Dealers
6333 South Ensworth Street
Las Vegas, NV 89119 USA

Borden, Stefani
Attn: Bankruptcy Desk/Managing Agent
8780 W. Nevso Dr #128
Las Vegas, NV 89147

Boss Glass
Attn: Bankruptcy Desk/Managing Agent
5892 Tarpon Glade Ct.
Las Vegas, NV 89113

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Bridal Spectacular
Attn: Bankruptcy Desk/Managing Agent
2320 S. Duneville
Las Vegas, NV 89146

Bridgestone Sports
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2908
Carol Stream, IL 60132-2908 USA

Brinks Incorporated
Attn: Bankruptcy Desk/Managing Agent
File No. 52005
Los Angeles, CA 90074-2005

Brokaw, Scott
Attn: Bankruptcy Desk/Managing Agent
659 Springbrook Dr
Grand Junction, CO 81504

Buenrostro, Frank
Attn: Bankruptcy Desk/Managing Agent
7600 S Rainbow #2094
Las Vegas, NV 89134

Bulbman
Attn: Bankruptcy Desk/Managing Agent
4230 Cameron Street
Las Vegas, NV 89103

Burlap & Landscape Supply
Attn: Bankruptcy Desk/Managing Agent
5340 Cameron St.
Suite 19
Las Vegas, NV 89118

Butler, Steven
Attn: Bankruptcy Desk/Managing Agent
7135 S. Durango #109
Las Vegas, NV 89148

California Nevada Links, Inc
Attn: Bankruptcy Desk/Managing Agent
3091 Amarillo St.
Simi Valley, CA 93063

Callaway Golf
Attn: Bankruptcy Desk/Managing Agent
PO Box 9002
Carlsbad, CA 92018-9002

Canfield, Cody Lee
Attn: Bankruptcy Desk/Managing Agent
6079 Rancho Santa Fe Dr
Las Vegas, NV 89131

Carefree Embroidery
Attn: Bankruptcy Desk/Managing Agent
7662 E. Gray Rd. #104
Scottsdale, AZ 85260

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                      Served 4/17/2009

Caro-Acosta, Carlos
Attn: Bankruptcy Desk/Managing Agent
3568 Clearlake Ct
Las Vegas, NV 89115

Cart Parts, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 821810
Pembroke Pines, FL  33082-1810 USA

Castile, Everett L.
Attn: Bankruptcy Desk/Managing Agent
8250 N. Grand Canyon Drive #1022
Las Vegas, NV 89166

Castronovo, Aurelien
Attn: Bankruptcy Desk/Managing Agent
63 Cascade Poke St
Las Vegas, NV 89148

Castro-Urias, Basilio
Attn: Bankruptcy Desk/Managing Agent
1401 N. Lamb Apt#229
Las Vegas, NV 89110

Central Services & Records Division
Attn: Bankruptcy Desk/Managing Agent
555 Wright Way
Carson City, NV  89711-0725

Certified Folder Display
Attn: Bankruptcy Desk/Managing Agent
1120 Joshua Way
Vista, CA  92081 USA

CertiFresh Cigar
Attn: Bankruptcy Desk/Managing Agent
4268 Twin Oak Lane
Robbinsdale, MN  55422

Chan, Raymond B
Attn: Bankruptcy Desk/Managing Agent
636 Via Linda Ct.
Las Vegas, NV 89144

Chapin, Joseph
Attn: Bankruptcy Desk/Managing Agent
317 Lakehurst Rd.
Las Vegas, NV 89145

Chavez, Gerardo
Attn: Bankruptcy Desk/Managing Agent
4608 Fireside Ln.
Las Vegas, NV 89110

Chavez, Jorge
Attn: Bankruptcy Desk/Managing Agent
5521 Morendo
Las Vegas, NV 89108

Chavez-Baltazar, Ricardo
Attn: Bankruptcy Desk/Managing Agent
1334 N Jones Blvd
Las Vegas, NV 89108

Chavira, Stacey
Attn: Bankruptcy Desk/Managing Agent
6362 Isabel Cove
Las Vegas, NV 89139

Cheatham, Christopher Henry
Attn: Bankruptcy Desk/Managing Agent
2200 S. Fort Apache #1137
Las Vegas, NV 89117

Chestnutt, Gerald
Attn: Bankruptcy Desk/Managing Agent
11078 Zarod Road
Las Vegas, NV 89135

Cheyenne Auto Parts
Attn: Bankruptcy Desk/Managing Agent
4675-C South Polaris Avenue
Las Vegas, NV  89103 USA

Churm Publishing Golf Group
Attn: Bankruptcy Desk/Managing Agent
1451 Quail Street
Suite 201
Newport Beach, CA  92660

Cifranic, April
Attn: Bankruptcy Desk/Managing Agent
6224 Topweed Ave
Las Vegas, NV 89130

CIT Group Commercial Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 1036
Charlotte, NC  28201-1036

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV  89009

Clark County Assessor
Attn: Bankruptcy Desk/Managing Agent
500 S Grand Central Pkwy
PO Box 551220
Las Vegas, NV  89155-1220

Clark County Bar & Rest. Suppl
Attn: Bankruptcy Desk/Managing Agent
1117 S. Commerce
Las Vegas, NV  89102

Clark County Business License
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy-3FL
P.O. Box 551810
Las Vegas, NV  89155-1810

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                              **Served 4/17/2009**

Clark County Dept of Business License
Attn: Bankruptcy Desk/Managing Agent
500 S Grand Central Pkwy 3rd F
PO Box 551810
Las Vegas, NV  89155-1810

Clark County Reclamation Dist
Attn: Bankruptcy Desk/Managing Agent
P O Box 98526
Las Vegas, NV  89193-8526

Clark County Reclamation Dist.
Attn: Bankruptcy Desk/Managing Agent
PO Box 98526
Las Vegas, NV  89193-8526

Clark County Sanitation Distr
Attn: Bankruptcy Desk/Managing Agent
P O Box 98526
Las Vegas, NV  89193-8526

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Parkway
PO Box 551220
Las Vegas, NV  89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
Dept of Air Quality & Env Mgmt
500 S Grand Central Pkwy
Las Vegas, NV  89106

Club Forms
Attn: Bankruptcy Desk/Managing Agent
100-C Bishop Street
Winston-Salem, NC  27104

Coastal Apparel, Inc.
Attn: Bankruptcy Desk/Managing Agent
812 Jacobs ladder Pl.
Las Vegas, NV  89138

Colonial Life & Accident Ins. Co.
Attn: Bankruptcy Desk/Managing Agent
Processing Center
PO Box 903
Columbia, SC  29202-0903

Color Glo International
Attn: Bankruptcy Desk/Managing Agent
4616 W. Sahara Ave. #384
Las Vegas, NV  89102

Combined Marketing Group
Attn: Bankruptcy Desk/Managing Agent
711 NE Btler Market Rd
Bend,, OR  97701

Communication Specialists Inc.
Attn: Bankruptcy Desk/Managing Agent
3044 Whispering Crest Dr.
Henderson, NV  89052

ComTech
Attn: Bankruptcy Desk/Managing Agent
4330 West Desert Inn
Suite E
Las Vegas, NV  89113

Concentra Medical Centers
Attn: Bankruptcy Desk/Managing Agent
Occupational Health Centers
PO Box 975287
Dallas, TX  75397-5287

Coors Of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
File 50335
Los Angeles, CA  90074-0335 USA

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Cox Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 53262
Phoenix AZ 85072-3262

Cox Media
Attn: Bankruptcy Desk/Managing Agent
6725 Via Austi Pkwy
Las Vegas, NV  89119

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Crowley, Margie L.
Attn: Bankruptcy Desk/Managing Agent
20 Sahalee Dr
Las Vegas, NV 89148

Crown Air Quality
Attn: Bankruptcy Desk/Managing Agent
64 Summerhouse
Irvine, CA  92603

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                    Served 4/17/2009

Cruz, Richard
Attn: Bankruptcy Desk/Managing Agent
8975 W. Warm Springs #16-1109
Las Vegas, NV 89148

Culligan
Attn: Bankruptcy Desk/Managing Agent
PO Box 5277
Carol Stream, IL  60197-5277

Curtis Steel
Attn: Bankruptcy Desk/Managing Agent
4565 Wynn Rd.
Las Vegas, NV  89103

Cutter & Buck
Attn: Bankruptcy Desk/Managing Agent
PO Box 34855
Seattle, WA  98124-1855

CVEC, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box3635
Chatsworth, CA  91313

Dale Zdenek LLC
Attn: Bankruptcy Desk/Managing Agent
9752 Lookout Canyon Ct
Las Vegas, NV  89183

Dan Regester
Attn: Bankruptcy Desk/Managing Agent
2255 E. Sunset Rd. #2056
Las Vegas, NV  89119

Dave Salem
Attn: Bankruptcy Desk/Managing Agent
4921 E Ray Road
Phoenix, AZ  85044

David McReynolds
Attn: Bankruptcy Desk/Managing Agent
2622 Twin Pines Ave.
Henderson, NV  89074

Dell Service Sales
Attn: Bankruptcy Desk/Managing Agent
P.O Box 22130
Oakland CA 94623

Delta Products
Attn: Bankruptcy Desk/Managing Agent
2570 Metropolitan Drive
Trevose, PA  19053

Deluca Liquor & Wine, Ltd.
Attn: Bankruptcy Desk/Managing Agent
File 50329
Los Angeles, CA  90074-0329 USA

Dennis, Dione M.
Attn: Bankruptcy Desk/Managing Agent
711 Durham Lane #E
Ventura, CA 93004

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Derella, Nicholas
Attn: Bankruptcy Desk/Managing Agent
8172 Imperial Lakes St
Las Vegas, NV 89131

Desert Restaurant Equip. Ser., Inc.
Attn: Bankruptcy Desk/Managing Agent
2232 South Nellis Blvd.
Las Vegas, NV  89104

Designer Window Coverings
Attn: Bankruptcy Desk/Managing Agent
2216 Lucerne Drive
Henderson, NV  89014

DEX
Attn: Bankruptcy Desk/Managing Agent
8400 Innovation Way
Chicago, IL  60682-0084

Diaz, Luis A.
Attn: Bankruptcy Desk/Managing Agent
4780 Nova Ln. #2
Las Vegas, NV 89115

Diaz-Santana, Jose L
Attn: Bankruptcy Desk/Managing Agent
4321 Cinderella Ln.
Las Vegas, NV 89102

Dickinson, Bradley R
Attn: Bankruptcy Desk/Managing Agent
65 Sunset Bay St.
Las Vegas, NV 89148

DiCrescenzo, Cherie Y
Attn: Bankruptcy Desk/Managing Agent
7023 W. 64th St
Chicago, IL 60638

Distinctive Designs 21, Inc.
Attn: Bankruptcy Desk/Managing Agent
24835 E. La Palma Ave. #J
Yorba Linda, CA  92887

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                                      **Served 4/17/2009**

Diversified Safety
Attn: Bankruptcy Desk/Managing Agent
PO Box 694
Boca Raton, FL  33429

Divix Golf Inc.
Attn: Bankruptcy Desk/Managing Agent
1050 Pioneer Way
Suite G
El Cajon, CA  92020

Donald, Richard S.
Attn: Bankruptcy Desk/Managing Agent
5419 Tropicana #2510
Las Vegas, NV 89103

Doroteo, Rodolfo
Attn: Bankruptcy Desk/Managing Agent
2336 Daley
N Las Vegas, NV 89030

Dratter Electrical Services
Attn: Bankruptcy Desk/Managing Agent
2681 Industrial Road
Las Vegas, NV  89109

Duran, Lindsey G
Attn: Bankruptcy Desk/Managing Agent
8876 Contrada Ct
Las Vegas, NV 89148

Dyhrkopp, Christopher
Attn: Bankruptcy Desk/Managing Agent
10601 Lessona Street
Las Vegas, NV 89141

Dyntek Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
1453 Payshere Circle
Chicago, IL  60674-0014

Eastern Pacific Apparel
Attn: Bankruptcy Desk/Managing Agent
P O Box 72
Brattlrboro, VT  05302-0072

Ecolab Pest Elimination
Attn: Bankruptcy Desk/Managing Agent
P.O. 6007
Grand Forks, ND  58206-6007

EcoSure
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6009
Grand Forks, ND  58206

Eder, Corey M.
Attn: Bankruptcy Desk/Managing Agent
4389 Clear Brooke Pl
Las Vegas, NV 89178

Eder, Paul A.
Attn: Bankruptcy Desk/Managing Agent
570 Swiss Cottage Ave
Las Vegas, NV 89178

Elkins, Johnna
Attn: Bankruptcy Desk/Managing Agent
11027 Pentland Downs St
Las Vegas, NV 89141

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 660068
Dallas TX 75266-0068

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 79133
Phoenix AZ 85062-9133

Emerald Aire Heating & A/C
Attn: Bankruptcy Desk/Managing Agent
2622 Twin Pines Ave.
Henderson, NV  89074

Erie Cotton Products
Attn: Bankruptcy Desk/Managing Agent
PO Box 267
Erie, PA  16512-0267

ETS Corporation
Attn: Bankruptcy Desk/Managing Agent
10 Pidgeon Hill Dr.
Suite 200
Sterling, VA  20165

Events & More By Dee, Inc.
Attn: Bankruptcy Desk/Managing Agent
1877 Morthgate Blvd. Ste 1
Sarasota, FL  34234

Expand A Sign -USA Inc.
Attn: Bankruptcy Desk/Managing Agent
621 South Park Drive Unit 1400
Littleton, CO  80120

E-Z-GO
Attn: Bankruptcy Desk/Managing Agent
E-Z-GO, A Textron Company
26007 Network Place
Chicago, IL  60673-1260

Face Forward Technologies, LLC
Attn: Bankruptcy Desk/Managing Agent
445 Union Blvd.
Suite 208
Lakewood, CO  80228

Favela-Martinez, Rene
Attn: Bankruptcy Desk/Managing Agent
2924 Bassler St
N Las Vegas, NV 89030

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                        **Served 4/17/2009**

Featheran, Natasha KS
Attn: Bankruptcy Desk/Managing Agent
7720 Golden Talon Ave
Las Vegas, NV 89131

Ferguson Enterprises, Inc.
Attn: Bankruptcy Desk/Managing Agent
Ferguson Enterprises Inc. #675
File #56809
Los Angeles, CA  90074-6809

Ferguson, Jill
Attn: Bankruptcy Desk/Managing Agent
2040 Mondo Ct
Las Vegas, NV 89123

Few, Thomas L.
Attn: Bankruptcy Desk/Managing Agent
10030 Tittleton Ave
Las Vegas, NV 89148

Fila USA, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 8500-4630
Philadelphia, PA  19178-4630

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Finley, Olen
Attn: Bankruptcy Desk/Managing Agent
11147 Prado Del Rey Lane
Las Vegas, NV 89141

Fire-N-Ice Heating & Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
2912 S. Highlabd Dr. #E
Las Vegas, NV  89109

Fleischmann, Robert
Attn: Bankruptcy Desk/Managing Agent
3165 McLennan Ave
Las Vegas, NV 89081

Flores, Benito Cota
Attn: Bankruptcy Desk/Managing Agent
1650 N. Pecos Apt#1033
Las Vegas, NV 89115

Frank Crescentini Investigations
Attn: Bankruptcy Desk/Managing Agent
7345 S. Durango Dr B107-229
Las Vegas, NV  89113

Frautschy, Dennis
Attn: Bankruptcy Desk/Managing Agent
4012 S. 104th St
Greenfield, WI 53228

French, Cody W.
Attn: Bankruptcy Desk/Managing Agent
c/o Office Bar 251 E Center
Pocatella, ID 83201

Frias, Hector
Attn: Bankruptcy Desk/Managing Agent
3661 Alto Ave
Las Vegas, NV 89115

Garcia, Javier
Attn: Bankruptcy Desk/Managing Agent
2850 Cedar Apt #218
Las Vegas, NV 89101

Garcia, Jennifer M.
Attn: Bankruptcy Desk/Managing Agent
10824 Wallflower Ave
Las Vegas, NV 89135

Garcia, Salvador J
Attn: Bankruptcy Desk/Managing Agent
291 Arbour Garden Dr
Las Vegas, NV 89148

Garcia-Sanchez, Johnny D.
Attn: Bankruptcy Desk/Managing Agent
4355 S. Jones #20
Las Vegas, NV 89103

Gas Auto Electric
Attn: Bankruptcy Desk/Managing Agent
1500 Western Ave.
Las Vegas, NV  89102

GCS Service, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 64373
St. Paul, MN  55164-0373

GCSAA
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 419004
Kansa City, MO  64141-6004

General Electric Capital Corporation
Attn: Bankruptcy Desk/Managing Agent
1961 Hirst Drive
Moberly, MO  65270

Georgeson, Chad
Attn: Bankruptcy Desk/Managing Agent
9296 Aspen Shadow St
Las Vegas, NV 89178

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                                                 Served 4/17/2009

Giese, Josh A.
Attn: Bankruptcy Desk/Managing Agent
5244 Rappahanock St
Las Vegas, NV 89122

Gifford Electric Technologies
Attn: Bankruptcy Desk/Managing Agent
5066 W. Post Rd
Las Vegas, NV 89148

Giles, Kristen J.
Attn: Bankruptcy Desk/Managing Agent
604 Roma Ct. #B
Montrose, CO 81401

Global Tour Golf Inc.
Attn: Bankruptcy Desk/Managing Agent
1345 Specialty Dr.
Suite E
Vista, CA  92081

Golden West Industrial Supply
Attn: Bankruptcy Desk/Managing Agent
2180 Agate Court
Simi Valley, CA  93065

Golf Associates Scorecard Co.
Attn: Bankruptcy Desk/Managing Agent
PO Box 6917
91 Westside Dr
Asheville, NC  28816

Golf Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
11621 Markon Drive
Garden Grove, CA  92841

Golf Las Vegas Now
Attn: Bankruptcy Desk/Managing Agent
2104 Donlon Court
Henderson, NV  89012

Golf Logix Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
16055 N. Dial Blvd.
Suite 5
Scottsdale, AZ  85260

Golf Sand, Inc.
Attn: Bankruptcy Desk/Managing Agent
1011 E. Alexander Road
North Las Vegas,, NV  89030

Golf Ventures West
Attn: Bankruptcy Desk/Managing Agent
5101 Gateway Blvd.
Suite 18
Lakeland, FL  33811

Golfer's Guide
Attn: Bankruptcy Desk/Managing Agent
Mktg. Solutions
P.O. Box 5926
Hilton Head Is., SC  29938-5926

GolfHero
Attn: Bankruptcy Desk/Managing Agent
15333 N Pima Road
Suite 245
Scottsdale, AZ  85260

GolfSwitch
Attn: Bankruptcy Desk/Managing Agent
6380 East Thomas Road
Suite 232
Scottsdale, AZ  85251 USA

Gonzalez, Hector
Attn: Bankruptcy Desk/Managing Agent
6976 Dunsbach Way #B
Las Vegas, NV 89156

Gonzalez, Joseph A.
Attn: Bankruptcy Desk/Managing Agent
PO Box 34027
Las Vegas, NV 89133

Good Vibrations
Attn: Bankruptcy Desk/Managing Agent
5544 Green Ferry Avenue
Las Vegas, NV 89131

Gourmet Foods, Inc.
Attn: Bankruptcy Desk/Managing Agent
3365 Birtcher Dr.
Las Vegas, NV  89118

Graff, Brandon M.
Attn: Bankruptcy Desk/Managing Agent
5549 Merriweather
Las Vegas, NV 89113

Graff, Larry
Attn: Bankruptcy Desk/Managing Agent
5549 Merriweather Dr
Las Vegas, NV 89113

Granberry Supply
Attn: Bankruptcy Desk/Managing Agent
PO Box 90550
Phoenix, AZ  85066-0550 USA

Green Valley Electric
Attn: Bankruptcy Desk/Managing Agent
KERRY
5841 E. Charleston Blvd.
#230-350
Las Vegas NV 89142

Greenskeeper LLC
Attn: Bankruptcy Desk/Managing Agent
4607 Lake View Canyon Rd #388
Westlake Village, CA  91361

Greg Norman
Attn: Bankruptcy Desk/Managing Agent
101 Acquisition, Inc.
PO Box 601898
Charlotte, NC  28260-1898

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                                                          **Served 4/17/2009**

Grinnell Fire Protection
Attn: Bankruptcy Desk/Managing Agent
Dept CH 10320
Palatine, IL  60055-0320

Guaranty California Ins. Serv. Inc.
Attn: Bankruptcy Desk/Managing Agent
445 S. Figueroa St.
36th floor
Los Angeles, CA  90071-1602

Guardian
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 51505
Los Angeles CA 90051-5805

Guardian Life Ins Alternate Funding
Attn: Bankruptcy Desk/Managing Agent
Attn: Nancy Hieb
3900 Burgess Place
Bethlehem, PA  18017

Gunier, Chad C.
Attn: Bankruptcy Desk/Managing Agent
784 Viscanio Place
Las Vegas, NV 89138

Gurliaccio, Nicole D.
Attn: Bankruptcy Desk/Managing Agent
1017 N Jones Blvd Apt 102
Las Vegas, NV 89108

Gutierrez, Maria
Attn: Bankruptcy Desk/Managing Agent
387 Mancini Ct
Henderson, NV 89014

Hall, Daniel
Attn: Bankruptcy Desk/Managing Agent
5592 Chapin Mesa Avenue
Las Vegas, NV 89139

Halvorsen, Audrey Jo
Attn: Bankruptcy Desk/Managing Agent
2180 E Warm Springs Rd #1101
Las Vegas, NV 89119

Hamilton, Roxanne M.
Attn: Bankruptcy Desk/Managing Agent
1409 Unbridled Cir
Las Vegas, NV 89117

Hardy, Robert D
Attn: Bankruptcy Desk/Managing Agent
6510 Ansonia Ct
Las Vegas, NV 89118

Haugh, James R.
Attn: Bankruptcy Desk/Managing Agent
1217 Charmast Lane
Las Vegas, NV 89102

Hayes, Gene
Attn: Bankruptcy Desk/Managing Agent
561 Castle Stone Court
Las Vegas, NV 89123

Heavy Duty Welding
Attn: Bankruptcy Desk/Managing Agent
2550 N. NBellis Blvd. Suite A
Las Vegas, NV  89115

Hedges, Nicole
Attn: Bankruptcy Desk/Managing Agent
233 Rusty Plank
Las Vegas, NV 89148

Heika, Richard
Attn: Bankruptcy Desk/Managing Agent
3647 Lanai
Las Vegas, NV 89104

Helena Chemical Co.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60000
File #73801
San Francisco, CA  94160-3801

Henningfeld, Hana Pak
Attn: Bankruptcy Desk/Managing Agent
8979 Ellenbrook St
Las Vegas, NV 89148

Hernandez, Rafael
Attn: Bankruptcy Desk/Managing Agent
2001 E. Tonopah Ave Trlr 3
N Las Vegas, NV 89030

Hernandez, Ramon
Attn: Bankruptcy Desk/Managing Agent
4162 Queen Isabel Ct
Las Vegas, NV 89115

Hernandez, Victor Moreno
Attn: Bankruptcy Desk/Managing Agent
4355 South Jones #20
Las Vegas, NV 89103

Herrera, Noe
Attn: Bankruptcy Desk/Managing Agent
6274 Spanish Moss Ave
Las Vegas, NV 89108

Hinojoza, Carlos
Attn: Bankruptcy Desk/Managing Agent
1168 Pleasant Brook St
Las Vegas, NV 89142

Hippo Golf Company
Attn: Bankruptcy Desk/Managing Agent
2270 Cosmos Ct, Suite 120
Carlsbad, CA  92011

Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail

Hlavaty, Dana
Attn: Bankruptcy Desk/Managing Agent
8017 Nestled Vista
Las Vegas, NV 89128

Holcomb, William
Attn: Bankruptcy Desk/Managing Agent
2133 Arpeggio Ave
Henderson, NV 89052

Holt's ChemDry
Attn: Bankruptcy Desk/Managing Agent
6217 Saginaw Drive
Las Vegas, Nv 89108

Home Depot
Attn: Bankruptcy Desk/Managing Agent
PO Box 6029
The Lakes, NV  88901-6029

Hotsy Southwest
Attn: Bankruptcy Desk/Managing Agent
2910 S. Highland
Unit L
Las Vegas, NV  89109

Hoy's Towel Scent
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1585
Red Lodge,, MT  59068

HPN Health Ins.
Attn: Bankruptcy Desk/Managing Agent
PO Box 1388
Las Vegas, NV  89125-1388

Hub international Scheer's
Attn: Bankruptcy Desk/Managing Agent
601 Oakmount Lane, Suite 400
Westmont , IL  60559--5570

Hunt, Christy
Attn: Bankruptcy Desk/Managing Agent
603 Valley View Dr
Henderson, NV 89002

IBS
Attn: Bankruptcy Desk/Managing Agent
12201 Gayton Road
Suite 100
Richmond, VA  23238 USA

Imperial Headwear,Inc
Attn: Bankruptcy Desk/Managing Agent
1086 Paysphere Cir.
Chicago, IL  60674

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Industrial Electronic Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
15287 Road 28 1/2
Madera, CA  93638-2324

Industrial Services, Ace Steam Cleaning
Attn: Bankruptcy Desk/Managing Agent
5420 Kettering Pl.
Las Vegas, NV  89107

Innovative Prospects Co. LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 668307
Pompano Beach, FL  33066 United States

Interior Designs, Inc.
Attn: Bankruptcy Desk/Managing Agent
5615 South Cameron St.
Suite #1
Las Vegas, NV  89118

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Interstate Battery
Attn: Bankruptcy Desk/Managing Agent
4151 W. Oquendo Road
Las Vegas, NV  89118

Interstate Services
Attn: Bankruptcy Desk/Managing Agent
7201 West Post Rd
Las Vegas, NV  89113

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

J & P Wholesale & Imports
Attn: Bankruptcy Desk/Managing Agent
P.O. Box
Las Vegas, NV  89132 United States

Jacobson, Robert K.
Attn: Bankruptcy Desk/Managing Agent
41 Queen Valley Ct
Las Vegas, NV 89148

Jara-Zarate, Victor M.
Attn: Bankruptcy Desk/Managing Agent
608 Greenhurst Rd
Las Vegas, NV 89145

Jay's Sharpening Service, LLC
Attn: Bankruptcy Desk/Managing Agent
2961 Industrial Road #509
Las Vegas, NV  89109

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                    Served 4/17/2009

JC Golf Accessories
Attn: Bankruptcy Desk/Managing Agent
3602 S Jason Street
Englewood, CO  80110

Jeffery, Ryan
Attn: Bankruptcy Desk/Managing Agent
4200 Paradise Rd
Las Vegas, NV 89169

Jerome Hamilton
Attn: Bankruptcy Desk/Managing Agent
4206 W Reno Ave
Las Vegas, NV  89118

JF Manufacturing, Inc.
Attn: Bankruptcy Desk/Managing Agent
13760 Mountain Ave.
Chino, CA  91710

Joel Koester
Attn: Bankruptcy Desk/Managing Agent
2180 E. Warm Springs Rd.
Apt. 2193
Las Vegas, NV  89119

Johnson, Amanda
Attn: Bankruptcy Desk/Managing Agent
3450 N. Hualapai, Unit 1080
Las Vegas, NV 89129

Johnson, Brent S.
Attn: Bankruptcy Desk/Managing Agent
8820 W. Bell Road Apt#158
Peoria, CO 85382

Johnson, Lynn D.
Attn: Bankruptcy Desk/Managing Agent
2108 Calle De Espana
Las Vegas, NV 89102

Jon Barnhardt
Attn: Bankruptcy Desk/Managing Agent
10040 W. Cheyenne
Suite 170-22
Las Vegas, NV  89129

Jones, Pilar Sacha
Attn: Bankruptcy Desk/Managing Agent
8985 S. Durango Dr #1152
Las Vegas, NV 89113

Jowers, Charlie F.
Attn: Bankruptcy Desk/Managing Agent
500 Sinfold Park Ave
Las Vegas, NV 89148

K.H. Landscaping
Attn: Bankruptcy Desk/Managing Agent
2595 S. Cimarron Road
Suite 206
Las Vegas, NV  89117

Kilby, Nicholas
Attn: Bankruptcy Desk/Managing Agent
7045 Acorn Ct
Las Vegas, NV 89147

Kilsdonk, Raymond
Attn: Bankruptcy Desk/Managing Agent
5072 Tranquil Stream Ct
Las Vegas, NV 89148

Klima, Mike
Attn: Bankruptcy Desk/Managing Agent
10833 Silver Lace Lane
Las Vegas, NV 89135

Knecht, Marcela
Attn: Bankruptcy Desk/Managing Agent
2100 Black Island St #201
Las Vegas, NV 89128

Knell, Aaron P
Attn: Bankruptcy Desk/Managing Agent
704 Bloomingfield Ln
Las Vegas, NV 89145

Knell, Travis
Attn: Bankruptcy Desk/Managing Agent
704 Bloomingfield Ln
Las Vegas, NV 89145

Knight, Kenneth L
Attn: Bankruptcy Desk/Managing Agent
88 Cora Hills Court
Las Vegas, NV 89148

Knight, Lynda
Attn: Bankruptcy Desk/Managing Agent
6779 Flora Dr
Las Vegas, NV 89103

Knight, Samira
Attn: Bankruptcy Desk/Managing Agent
1630 Westwind Road
Las Vegas, NV 89146

Kobes, Teresa
Attn: Bankruptcy Desk/Managing Agent
11256 Moratella Ct
Las Vegas, NV 89141

Koch, Nathan
Attn: Bankruptcy Desk/Managing Agent
8005 Gallagher Island St
Las Vegas, NV 89143

Koester, Joel F.
Attn: Bankruptcy Desk/Managing Agent
2180 E. Warm Springs Rd #2193
Las Vegas, NV 89119

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                    **Served 4/17/2009**

Konopnicki, Daniel J.
Attn: Bankruptcy Desk/Managing Agent
4515 S. Durango #2155
Las Vegas, NV 89147

Kunkel, Adam C
Attn: Bankruptcy Desk/Managing Agent
552 Finn Valley
Las Vegas, NV 89148

Kunkel, Kyle C.
Attn: Bankruptcy Desk/Managing Agent
552 Fynn Valley
Las Vegas, NV 89148

Kvilhaug, Katie
Attn: Bankruptcy Desk/Managing Agent
59 E. Agate #503
Las Vegas, NV 89123

L.V. Review Journal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 920
Las Vegas, NV  89125-0920

Lae, Mark Anthony
Attn: Bankruptcy Desk/Managing Agent
5315 Sun Meadow Ct
N Las Vegas, NV 89031

Laizure, Gary R.
Attn: Bankruptcy Desk/Managing Agent
8204 Aylesbury Ave
Las Vegas, NV 89129

Las Vegas Authority
Attn: Bankruptcy Desk/Managing Agent
Attn: Pat O'Hara
10325 Nu-Wav Blvd.
Las Vegas, NV  89124

las Vegas Bride Magazine
Attn: Bankruptcy Desk/Managing Agent
3320 N. Buffalo
Suite 102
Las Vegas, NV  89129

Las Vegas Chamber Of Commerce
Attn: Bankruptcy Desk/Managing Agent
3720 Howard Hughes Parkway
Las Vegas, NV  89109

Las Vegas Golf Adventures
Attn: Bankruptcy Desk/Managing Agent
5524 South Fort Apache Road
Suite 110
Las Vegas, NV  89148

Las Vegas Golf Authority
Attn: Bankruptcy Desk/Managing Agent
Attn: Pat O'hara
10325 Nu-Wav Kaiv Blvd.
Las Vegas, NV  89124

Las Vegas Golf.com
Attn: Bankruptcy Desk/Managing Agent
2505 Anthem Village Drive
Suite W-240
Henderson,, NV  89052

Las Vegas Limousines
Attn: Bankruptcy Desk/Managing Agent
5010 So. Valley View Blvd.
Las Vegas, NV  89118

Las Vegas Party Tents & Rentals
Attn: Bankruptcy Desk/Managing Agent
4695 Nevso Ave.
Las Vegas, NV  89103

Las Vegas Valley Water Dist.
Attn: Bankruptcy Desk/Managing Agent
1001 South Valley View Blvd.
Las Vegas, NV  89153-0001

Layne Christensen Company
Attn: Bankruptcy Desk/Managing Agent
5916 Paysphere Circle
Chicago, IL  60674

Ledezma, Enrique
Attn: Bankruptcy Desk/Managing Agent
1401 N. Lamb Apt. 125
Las Vegas, NV 89110

Leegin Creative Leather
Attn: Bankruptcy Desk/Managing Agent
14022 Nelson Ave.
City of Industry, CA  91746

Lei, Joshua
Attn: Bankruptcy Desk/Managing Agent
9314 Cider Springs Ct
Las Vegas, NV 89148

Light, Shawn
Attn: Bankruptcy Desk/Managing Agent
7777 S. Jones Blvd. Apt 1232
Las Vegas, NV 89139

Lloyd's
Attn: Bankruptcy Desk/Managing Agent
5701 W. Sunset Rd
Las Vegas, NV  89118

Local Guides
Attn: Bankruptcy Desk/Managing Agent
811 Bridger, Suite 380
Las Vegas, nN  89101

Logo Apparel Inc.
Attn: Bankruptcy Desk/Managing Agent
5445 Desert Point Dr. Suite #A
Las Vegas, NV  89118

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                    Served 4/17/2009

Logo Golf Chips, Inc.
Attn: Bankruptcy Desk/Managing Agent
10924 Hess Blvd.
Morongo valley, CA  92256 USA

Lombardo, Alison
Attn: Bankruptcy Desk/Managing Agent
8624 Fenwick Way
Dublin, CA 94567

Lomeli-Vega, Ramiro
Attn: Bankruptcy Desk/Managing Agent
451 N. Nellis #2086
Las Vegas, NV 89110

Lopez, Jorge L.
Attn: Bankruptcy Desk/Managing Agent
4600 W. Sirus Avenue #F94
Las Vegas, NV 89102

Lopez, Leonel
Attn: Bankruptcy Desk/Managing Agent
2700 Daley St
N Las Vegas, NV 89030

Lopez, Rodrigo
Attn: Bankruptcy Desk/Managing Agent
6603 Grand Oaks Drive
Las Vegas, NV 89156

Lopez-Gil, Hector
Attn: Bankruptcy Desk/Managing Agent
4449 Isabella Ave
Las Vegas, NV 89110

Lowe's Companies Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 530954
Atlanta, GA  30353-0954

Lucas, Bahtia
Attn: Bankruptcy Desk/Managing Agent
6655 Flaminian Lane #101
N Las Vegas, NV 89084

Lundeen, David
Attn: Bankruptcy Desk/Managing Agent
4704 W Maulding Ave
Laa Vegas, NV  89139

Lundeen, David M
Attn: Bankruptcy Desk/Managing Agent
4704 W. Maulding Ave
Las Vegas, NV 89139

Lyddon, Jackie
Attn: Bankruptcy Desk/Managing Agent
7879 Windhamridge Dr
Las Vegas, NV 89139

Macfadden Protech,LLC
Attn: Bankruptcy Desk/Managing Agent
333 Seventh Ave.
New York, NY  10001

Magdos, Ty A
Attn: Bankruptcy Desk/Managing Agent
9732 Cathedral Stairs C
Las Vegas, NV 89148

Maldonado C., David
Attn: Bankruptcy Desk/Managing Agent
3212 Stanley
N Las Vegas, NV 89030

Mamon, Bryan
Attn: Bankruptcy Desk/Managing Agent
6120 W. Tropicana
Las Vegas, NV 89103

Manufacturers' News, Inc.
Attn: Bankruptcy Desk/Managing Agent
1633 Central St.
Evanston, IL  60201-1569

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Martinez, Cathy D
Attn: Bankruptcy Desk/Managing Agent
8301 Fulton Ranch St
Las Vegas, NV 89131

Martinez, Leonel
Attn: Bankruptcy Desk/Managing Agent
1217 N. Jones Blvd. #103
Las Vegas, NV 89108

Mascarenas, Nelson
Attn: Bankruptcy Desk/Managing Agent
10216 Singing View Ct
Las Vegas, NV 89129

McCloy, Brian
Attn: Bankruptcy Desk/Managing Agent
381 Grandover Ct
Las Vegas, NV 89139

Mcfarlane, Arleen
Attn: Bankruptcy Desk/Managing Agent
c/o Layne Company
Atlanta, GA 30342

Mcherny, Lisa
Attn: Bankruptcy Desk/Managing Agent
11741 Stonewall Spring Ave
Las Vegas, NV 89138

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                        **Served 4/17/2009**

McIntosh Communications
Attn: Bankruptcy Desk/Managing Agent
4640 S Arville Ste. E.
Las Vegas, NV  89103

Medina-Lima, Rivaldo
Attn: Bankruptcy Desk/Managing Agent
2320 Tucumcari Dr. Apt 2074
Las Vegas, NV 89108

Mendoza-Lopez, Michael A.
Attn: Bankruptcy Desk/Managing Agent
9103 Harbor Wind Ave
Las Vegas, NV 89178

Metropolitan Outdoor Products, LLC.
Attn: Bankruptcy Desk/Managing Agent
6170 West Lake Mead Blvd.
Suite 150
Las Vegas, NV  89108

Mike Nakama
Attn: Bankruptcy Desk/Managing Agent
972 Calle Amable
Glendale, CA  91208

Miller, Thomas
Attn: Bankruptcy Desk/Managing Agent
2858 Utica Cir
Las Vegas, NV 89146

Miltona Turf Products
Attn: Bankruptcy Desk/Managing Agent
11760 Troy Lane N
Maple Grove, MN  55369

Mister Sausage
Attn: Bankruptcy Desk/Managing Agent
8209 Lauderdale Ct
Las Vegas, NV  89128-7101

Mizuno USA, Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Drawer 101831
Atlanta, GA  30392

Montgomery, Heather
Attn: Bankruptcy Desk/Managing Agent
80 Sully Creek Crt
Las Vegas, NV 89148

Moran Espinoza, Margarita
Attn: Bankruptcy Desk/Managing Agent
3425 Sullivan Cir
N Las Vegas, NV 89032

Moreno-Hernandez, Julio
Attn: Bankruptcy Desk/Managing Agent
4355 S. Jones #20
Las Vegas, NV 89103

Moroles, Fagin R
Attn: Bankruptcy Desk/Managing Agent
151 Tayman Park Ave
Las Vegas, NV 89148

Munar, Prisca
Attn: Bankruptcy Desk/Managing Agent
8048 Palace Monaco Ave
Las Vegas, NV 89117

MV Sport
Attn: Bankruptcy Desk/Managing Agent
88 Spence Street
P.O. Box 9171
Bay Shore, NY  11706

Myers, Jill S.
Attn: Bankruptcy Desk/Managing Agent
455 Foster Springs Rd
Las Vegas, NV 89148

National City Golf Finance
Attn: Bankruptcy Desk/Managing Agent
PO Box 931034
Cleveland, OH  44193

National Golf Course Owners Association
Attn: Bankruptcy Desk/Managing Agent
291 Seven Farms Drive
Second Floor
Charleston, SC  29492

National Golf Foundation
Attn: Bankruptcy Desk/Managing Agent
1150 S. US Highway 1
Suite 401
Jupiter, FL  33477-7226

Navarro, Enrique
Attn: Bankruptcy Desk/Managing Agent
314 Clarges Lane
Las Vegas, NV 89110

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Beverage Company
Attn: Bankruptcy Desk/Managing Agent
File 50950
Los Angeles, CA  90074-0950

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                                            **Served 4/17/2009**

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 52609
Phoenix, AZ  85072

Nevada House of Hose
Attn: Bankruptcy Desk/Managing Agent
1015 Sharp Circle
N Las Vegas, NV  89030 USA

Nevada Linen Supply
Attn: Bankruptcy Desk/Managing Agent
3960 W. Mesa Vista Ave.
Las Vegas, NV  89118

Nevada Power
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV  30086

Nevada Power
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV  89520-3086

Nevada Power Company
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV 89520-3086

Nevada Ready Mix
Attn: Bankruptcy Desk/Managing Agent
151 Cassia Way
Henderson, NV 89014

Nevada Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 N. Carson St.
Carson City, NV  89701-4201

New Resident Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 35195
Las Vegas, NV  89133

Nickel, Robert
Attn: Bankruptcy Desk/Managing Agent
1810 W. State St #423
Boise, ID 83702

Nicolas, Martina L.
Attn: Bankruptcy Desk/Managing Agent
8975 W. Warm Springs Rd #1106
Las Vegas, NV 89148

Nike USA, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 847648
Dallas, TX  75284-7648

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nivel Parts & Mafg. Co., LLC
Attn: Bankruptcy Desk/Managing Agent
6358 Payshere Circle
Chicago, IL  606674

Nixon, Marvin F
Attn: Bankruptcy Desk/Managing Agent
8701 Tangle Wood Dr
McKinney, TX 75090

Nobuyama, Monica A.
Attn: Bankruptcy Desk/Managing Agent
1423 Silent Sunset Ave
N Las Vegas, NV 89084

Norman's Nursery
Attn: Bankruptcy Desk/Managing Agent
8665 East Duarte Road
San Gabriel, CA  91775-1139

Northern Tool & Equipment Co.
Attn: Bankruptcy Desk/Managing Agent
PO Box 5219
Carol Stream, IL  60197-5219

NV Div environmental protection
Attn: Bankruptcy Desk/Managing Agent
901 S. Stewart Street
Suite 4001
Carson City, NV  89701

Oakley, Inc.
Attn: Bankruptcy Desk/Managing Agent
File 55716
Los Angeles, CA  90074-5716 USA

O'Donnell, Sean M.
Attn: Bankruptcy Desk/Managing Agent
5855 Hickory Glen Road
Las Vegas, NV 89179

Office Depot 6011 1600 5110 850
Attn: Bankruptcy Desk/Managing Agent
Dept. 60-05110850
PO Box 6716
The Lakes, NV  88901-6716

Office Max
Attn: Bankruptcy Desk/Managing Agent
PO Box 5239
Carol Stream, IL  60197

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                   **Served 4/17/2009**

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Olaes, Alena P
Attn: Bankruptcy Desk/Managing Agent
8777 Maule Avenue #2183
Las Vegas, NV 89148

One Putt Printing
Attn: Bankruptcy Desk/Managing Agent
1702 Western
# C
Las Vegas, NV  89102

Orbit Enterprises Inc.
Attn: Bankruptcy Desk/Managing Agent
13024 Beverly Park Rd.
Suite 102
Mukilteo, WA  98275

Osborn, Sally R.
Attn: Bankruptcy Desk/Managing Agent
10918 Civiletti St
Las Vegas, NV 89141

Pacheco, William
Attn: Bankrutpcy Desk/Managing Agent
3555 E. Lake Mead #171
Las Vegas, NV 89115

Pacheco-Olivas, Adan
Attn: Bankruptcy Desk/Managing Agent
1820 Brand St
N Las Vegas, NV 89030

Pacheco-Rodriguez, Franco
Attn: Bankruptcy Desk/Managing Agent
3661 Alto Ave
Las Vegas, NV 89115

Pacific Suppliers Co
Attn: Bankruptcy Desk/Managing Agent
8541 Lankershim Blvd
Sun Valley, CA  91352

Palm West Leather
Attn: Bankruptcy Desk/Managing Agent
PO Box 661
Gilbert, AZ  85299

Palmer, Rachel
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30051
Las Vegas, NV 89173

Pangburn, Jean
Attn: Bankruptcy Desk/Managing Agent
6804 Endora Dr
Las Vegas, NV 89103

Par 3 Landscape
Attn: Bankruptcy Desk/Managing Agent
4610 Wynn Road Ste B
Las Vegas, NV  89103

Par 5 Enterprises
Attn: Bankruptcy Desk/Managing Agent
409 Club Court
Las Vegas, NV  89144

Peachtree Forms
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 850
Milton, WA  98354

Pearce, Christopher S.
Attn: Bankruptcy Desk/Managing Agent
8510 Gagnier Blvd
Las Vegas, NV 89113

Pepsi Bottling Group
Attn: Bankruptcy Desk/Managing Agent
PO Box 75948
Chicago, IL  60675-5948

Perreira, Robert
Attn: Bankruptcy Desk/Managing Agent
3340 Giliam Court
Las Vegas, NV 89129

Petrozza, William J.
Attn: Bankruptcy Desk/Managing Agent
6744 Pastel Camellia
Las Vegas, NV 89148

PGA Magazine
Attn: Bankruptcy Desk/Managing Agent
2600 Philmont Avenue
Suite 119
Huntingdon Valley, PA  19006

Pinardi, Jeffrey D.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 11147
Mohave, AZ 86427

Ping, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 52450
Phoenix, AZ  85072-2450

Pinto, Raul
Attn: Bankruptcy Desk/Managing Agent
314 Clarges Ln
Las Vegas, NV 89110

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                          Served 4/17/2009

Placencia, Raul N
Attn: Bankruptcy Desk/Managing Agent
8401 W. Charleston Blvd. #2037
Las Vegas, NV 89117

pondscape Designs
Attn: Bankruptcy Desk/Managing Agent
40 Boardman Poland Road
Youngstown, OH 44517

Poole, Kourtney L
Attn: Bankruptcy Desk/Managing Agent
4281 Parkway Lane
Little River, SC 29566

Premier Office Systems
Attn: Bankruptcy Desk/Managing Agent
1210 S. Valley View Blvd
Las Vegas, NV 89102

Prestige Flag
Attn: Bankruptcy Desk/Managing Agent
591 Camino de la Reina
Suite 917
San Diego, CA 92108

Prime Color of Nevada Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 177
Blue Diamond, NV 89004

Priority Building Services
Attn: Bankruptcy Desk/Managing Agent
521 Mercury Ln.
Brea, CA 92821

Pro Turf Products, Inc.
Attn: Bankruptcy Desk/Managing Agent
1011 E. Alexander Rd.
N. Las Vegas, NV 89030-3206

Professional Golfer's Assoc.
Attn: Bankruptcy Desk/Managing Agent
PGA of America
PO Box 30017
Tampa, FL 33630-3017

QED and Reel Sound, LLC
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest Dr. Suite P
Henderson, NV 89074

Quality Paper Rolls
Attn: Bankruptcy Desk/Managing Agent
6645 W. Badura, Bldg B1
Las Vegas, NV 89118

Quicks Radiator Service
Attn: Bankruptcy Desk/Managing Agent
2925 N. Las Vegas Blvd.
Suite A-B
N. Las Vegas, NV 89030

R&R Products
Attn: Bankruptcy Desk/Managing Agent
3334 E. Milber Street
Tuscon, AZ 85714

R.O. Truck & Equiptment, Inc.
Attn: Bankruptcy Desk/Managing Agent
4120 Losee Rd
North Las Vegas, NV 89030

Ralston, William
Attn: Bankruptcy Desk/Managing Agent
385 Fynn Valley Dr
Las Vegas, NV 89148

Ramirez, Maria De Lourdes
Attn: Bankruptcy Desk/Managing Agent
604 N. 9th St
Las Vegas, NV 89101

Ransom, Wendy L.
Attn: Bankruptcy Desk/Managing Agent
124 Water Hazard Lane
Las Vegas, NV 89148

Ream, Gail Rothstein
Attn: Bankruptcy Desk/Managing Agent
476 Newberry Springs Dr
Las Vegas, NV 89148

Rebel Party Rentals
Attn: Bankruptcy Desk/Managing Agent
4215 Bertsos Drive
Las Vegas, NV 89103

Red Bull North America Inc.
Attn: Bankruptcy Desk/Managing Agent
Dept 9691
Los Angeles, CA 90084-9691

Reddy Ice
Attn: Bankruptcy Desk/Managing Agent
1201 Searles Ave
Las Vegas, NV 89101-1099

Reid, Joseph
Attn: Bankruptcy Desk/Managing Agent
9050 W. Warm Springs #2052
Las Vegas, NV 89148

Reiss, Traci M.
Attn: Bankruptcy Desk/Managing Agent
6691 Ironbound Bay
Las Vegas, NV 89139

Renteria, Aimee
Attn: Bankruptcy Desk/Managing Agent
3450 N. Hualapai Way #1166
Las Vegas, NV 89129

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                          **Served 4/17/2009**

Republic Services of S. NV
Attn: Bankruptcy Desk/Managing Agent
PO Box 78040
Phoenix, AZ  85062-8040

Republic Services of So NV
Attn: Bankruptcy Desk/Managing Agent
PO Box 78040
Phoenix, AZ  85062-8040

RH Donnelley
Attn: Bankruptcy Desk/Managing Agent
8400 Innovation Way
Chicago, IL  60682-0084

Rhodes Ranch HOA
Attn: Bankruptcy Desk/Managing Agent
133 Rhodes Ranch Pkwy
Las Vegas, NV  89148

Ricketts, Tracy
Attn: Bankruptcy Desk/Managing Agent
9225 W. Charleston #1145
Las Vegas, NV 89117

Rivas, William
Attn: Bankruptcy Desk/Managing Agent
8450 W. Charleston Blvd. #1038
Las Vegas, NV 89117

River City Petroleum
Attn: Bankruptcy Desk/Managing Agent
PO Box 235
Sacramento, CA  95691-0235

Riveria-Jimenez, Luis
Attn: Bankruptcy Desk/Managing Agent
155 Vale
Las Vegas, NV 89115

Rives, Ellen
Attn: Bankruptcy Desk/Managing Agent
9166 Vintage Wine Ave
Las Vegas, NV 89148

Riza, Mergim Marco
Attn: Bankruptcy Desk/Managing Agent
8985 S. Durango Dr #1152
Las Vegas, NV 89113

Roancke, John
Attn: Bankruptcy Desk/Managing Agent
7925 Enchanted Pool St
Las Vegas, NV 89139

Robert Sanders
Attn: Bankruptcy Desk/Managing Agent
5421 E. Harmon Ave. #P-21
Las Vegas, NV  89122

Robert Stringer Computer Consultant
Attn: Bankruptcy Desk/Managing Agent
1405 Nedla Ct.
Las Vegas, NV  89104

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rodriguez, Erica
Attn: Bankruptcy Desk/Managing Agent
4155 Twain Ave
Las Vegas, NV 89103

Rodriguez, Melody
Attn: Bankruptcy Desk/Managing Agent
2030 Rawhide St
Las Vegas, NV 89119

Rodriguez, Sergio
Attn: Bankruptcy Desk/Managing Agent
2030 Rawhide St
Las Vegas, NV 89119

Rodriguez, Walter
Attn: Bankruptcy Desk/Managing Agent
2700 Daley St
N Las Vegas, NV 89030

Roman, Perlita
Attn: Bankruptcy Desk/Managing Agent
1708 Changing Seasons St
Las Vegas, NV 89144

Royce Industries, L.C.
Attn: Bankruptcy Desk/Managing Agent
11 West Brooks Ave
No. Las Vegas, NV  89030 USA

RSVP  Party Rentals Inc.
Attn: Bankruptcy Desk/Managing Agent
4445 S. Valley View #7
Las Vegas, NV  89103

Ruelas, Joel
Attn: Bankruptcy Desk/Managing Agent
451 N. Nellis #2086
Las Vegas, NV 89110

Ruiz, Juan C.
Attn: Bankruptcy Desk/Managing Agent
1513 Virgil St
Las Vegas, NV 89110

Ruiz, Mauro
Attn: Bankruptcy Desk/Managing Agent
1304 North Jones Blvd
Las Vegas, NV 89108

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                    **Served 4/17/2009**

Russo, Giuseppe
Attn: Bankruptcy Desk/Managing Agent
7804 Golden Talon
Las Vegas, NV 89131

Russo, Nicole
Attn: Bankruptcy Desk/Managing Agent
7804 Golden Talon Ave
Las Vegas, NV 89131

Russo, Rosario
Attn: Bankruptcy Desk/Managing Agent
7804 Golden Talon Ave
Las Vegas, NV 89131

S.C. Services
Attn: Bankruptcy Desk/Managing Agent
3540 West Sahara Ave.
Suite 553
Las Vegas, NV 89102

Sakurai, David T.
Attn: Bankruptcy Desk/Managing Agent
516 Purcell Dr
Las Vegas, NV 89107

Sam's Club/GECF
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 530970
Atlanta, GA 30353-0970

San Miguel, Maria
Attn: Bankruptcy Desk/Managing Agent
91 Cora Hills Ct
Las Vegas, NV 89148

Sanchez, Shane K
Attn: Bankruptcy Desk/Managing Agent
10085 Chestnut Wood Ave
Las Vegas, NV 89148

Sanders, Robert
Attn: Bankruptcy Desk/Managing Agent
5421 E Harmon Ave. #P-21
Las Vegas, NV 89122

Sandrowitz, Kelly
Attn: Bankruptcy Desk/Managing Agent
7421 Lattimore
Las Vegas, NV 89128

Santoro Driggs ET AL.
Attn: Bankruptcy Desk/Managing Agent
400 S. 4th St.
3rd floor
Las Vegas, NV 89101

Scaffidi, Krystle
Attn: Bankruptcy Desk/Managing Agent
9461 Borough Park
Las Vegas, NV 89145

Schneider, Mark
Attn: Bankruptcy Desk/Managing Agent
2321 Kalkaska Dr
Henderson, NV 89044

Schwartz, Arnold
Attn: Bankruptcy Desk/Managing Agent
3001 W. Warm Springs #4112
Henderson, NV 89014

ScoreGolf Canada
Attn: Bankruptcy Desk/Managing Agent
5397 Eglinton Ave. W.
Suite 101
Toronto, Ontario M9C 5K6 Canada

Sea Breeze Beverages
Attn: Bankruptcy Desk/Managing Agent
9811 W. Charleston Blvd.
Suite 2449
Laa Vegas, NV 89117

Secretary Of State
Attn: Bankruptcy Desk/Managing Agent
204 North Carson Street
Suite 1
Carson City, NV 89701-4299

Seerup, Michael S
Attn: Bankruptcy Desk/Managing Agent
9749 Tumble Lake Ct
Las Vegas, NV 89147

Shanhri-La Tea Of So. Nevada
Attn: Bankruptcy Desk/Managing Agent
3775 W. Teco Ave.
Suite 6
Las Vegas, NV 89118

Shelton Battery
Attn: Bankruptcy Desk/Managing Agent
3731 S. Valley View Blvd.
Las Vegas, NV 89103

Shelton, Tania
Attn: Bankruptcy Desk/Managing Agent
8952 Miller Point
Las Vegas, NV 89149

Silver State Golf Carts
Attn: Bankruptcy Desk/Managing Agent
350 Sunpac Ct. Ste.#1
Henderson, NV 89011

Simplot Partners
Attn: Bankruptcy Desk/Managing Agent
Dept 1136
Los Angeles, CA 90084-1136 USA

Simpson Norton Corp.
Attn: Bankruptcy Desk/Managing Agent
PO Box 52534
Phoenix, AZ 85072-2534 USA

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                         Served 4/17/2009

Singleton, Teresa
Attn: Bankruptcy Desk/Managing Agent
10245 S. Maryland Pkwy #107
Las Vegas, NV 89183

Skar, Courtney L.
Attn: Bankruptcy Desk/Managing Agent
2056 17th Ave
Rice Lake, WI 54868

Smart, David
Attn: Bankruptcy Desk/Managing Agent
9745 Grand Teton Drive Apt#1073
Las Vegas, NV 89149

Snowden, Loretta
Attn: Bankruptcy Desk/Managing Agent
2771 Eldora Cir D
Las Vegas, NV 89146

Snyder, Everett
Attn: Bankruptcy Desk/Managing Agent
8975 W. Warm Springs Rd #1127
Las Vegas, NV 89148

So. Nevada Golf Assoc.
Attn: Bankruptcy Desk/Managing Agent
2625 N. Green Valley Parkway
Suite 100
Henderson, NV  89014

So. NV Health District
Attn: Bankruptcy Desk/Managing Agent
Environmental Health
File 50523
Los Angeles, CA  90074-0523

So.Nevada Hydroseed DBA Soil Tech
Attn: Bankruptcy Desk/Managing Agent
6420 South Cameron
Suite 207
Las Vegas, NV  89118 USA

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Soil Foodweb Oregon, LLC
Attn: Bankruptcy Desk/Managing Agent
728 SW Wake Robin Ave
Corvallis, OR  97333-1612

Soucie, Ilene
Attn: Bankruptcy Desk/Managing Agent
133 Wicked Wedge Way
Las Vegas, NV 89148

Southern and Comstock
Attn: Bankruptcy Desk/Managing Agent
PO Box 19299
Las Vegas, NV  89132-0299

Southwest Gas 7087
Attn: Bankruptcy Desk/Managing Agent
PO Box 98890
Las Vegas, NV  89150-0101

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Southwest Gas Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98512
Las Vegas, NV  89193

Sports Turf
Attn: Bankruptcy Desk/Managing Agent
1019 "A" S. Melrose St.
Placentia, CA  92870

Sportswear Design International Inc
Attn: Bankruptcy Desk/Managing Agent
502 West 300 South
Salt Lake City, UT  84101

Springer Golf Ball Company
Attn: Bankruptcy Desk/Managing Agent
12505 Reed Road Suite 200
Sugar Land, TX  77478

Sprint Yellow Pages
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 660068
Dallas, TX  75266-0068 USA

Srixon Sports USA, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 102674
Atlanta, GA  30368-2674

Standard battery Systems
Attn: Bankruptcy Desk/Managing Agent
4350 Production Ct.
Las Vegas,, NV  89115

Star Equipment
Attn: Bankruptcy Desk/Managing Agent
4025 W. Nevso Dr.
Las Vegas, NV  89103

Start  to Finish
Attn: Bankruptcy Desk/Managing Agent
3975 West Quail
Suite 8
Las Vegas, NV  89118

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                                          Served 4/17/2009

State Of Nevada AR
Attn: Bankruptcy Desk/Managing Agent
P>O> Box 52685
Phoenix, AZ  85072

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

State of Nevada-Business License renewa
Attn: Bankruptcy Desk/Managing Agent
PO Box 52614
Phoenix, AZ  85072-2614

State Restaurant Equipment Co.
Attn: Bankruptcy Desk/Managing Agent
3163 So. Highland Drive
Las Vegas, NV  89109 Usa

Stewart, Michael L.
Attn: Bankruptcy Desk/Managing Agent
2601 S. Grand Canyon Dr. #1068
Las Vegas, NV 89117

Stull, Tate
Attn: Bankruptcy Desk/Managing Agent
9365 Lotus Elan Dr
Las Vegas, NV 89117

Subscription Order Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 162685
Altamonte Springs, FL  32716-2685

Summerlin Bridal Show
Attn: Bankruptcy Desk/Managing Agent
3320 N. Buffalo Drive #102
Las Vegas, NV  89129

Sunbelt Rentals
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 409211
Atlanta, GA  30384-9211

Sunga, Melvin
Attn: Bankruptcy Desk/Managing Agent
375 Center Green Dr
Las Vegas, NV 89148

Sunshine Support
Attn: Bankruptcy Desk/Managing Agent
19841 N. 14th Street
Phoenix, AZ  85024-8229

Sunstate Equipment Co.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 52581
Phoenix, AZ 85072-2581

Sysco
Attn: Bankruptcy Desk/Managing Agent
PO Box 93537
Las Vegas, NV  89193

T2 Green
Attn: Bankruptcy Desk/Managing Agent
PO Box 55191
Sherman Oaks, CA  91413

Tarelo, Alfredo
Attn: Bankruptcy Desk/Managing Agent
1338 Smoke Tree Ave
Las Vegas, NV 89108

Taylor Made / Adidas
Attn: Bankruptcy Desk/Managing Agent
File 56431
Los Angeles, CA  90074

Textron
Attn: Bankruptcy Desk/Managing Agent
Dept AT 40219
Atlanta, GA  31192-0219

Textron Business Services Inc.
Attn: Bankruptcy Desk/Managing Agent
Dept. At 40219
Atlanta, GA  31192-0219

Thacker, Kendall R.
Attn: Bankruptcy Desk/Managing Agent
9113 Tantalizing Ave
Las Vegas, NV 89149

Thatcher Company of Nevada Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 27407
Salt Lake City, UT  84127

The Battery Source
Attn: Bankruptcy Desk/Managing Agent
5015 W. Sahara Ave. #124
Las Vegas, NV  89146

The Cawley Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2110
Manitowoc, WI  54221-2110

The CIT Group
Attn: Bankruptcy Desk/Managing Agent
PO Box 1079
Denver, CO  80256-1079

The Game, LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 1831
Columbus, GA  31902-1831

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                        **Served 4/17/2009**

THERMO FLUIDS Inc
Attn: Bankruptcy Desk/Managing Agent
39354 Treasury Center
Chicago, IL 60694-9300

Thompson, James
Attn: Bankruptcy Desk/Managing Agent
635 W. Ensueno Ct
Gilbert , AZ 85233

Tifosi Optics, Inc
Attn: Bankruptcy Desk/Managing Agent
1051 Industrial Blvd.
Watkinsville,Ga  02241-3695 USA

Titleist/Acushnet
Attn: Bankruptcy Desk/Managing Agent
PO Box 88112
Chicago, IL  60695-1112

Tmax Gear
Attn: Bankruptcy Desk/Managing Agent
Wells Fargo Century
PO Box 360286
Pittsburgh, PA  15250-6286

Tobacco Leaf
Attn: Bankruptcy Desk/Managing Agent
7175 West Lake Mead Blvd.
Suite 120
Las Vegas, NV  89128

Toddes III, Walter E
Attn: Bankruptcy Desk/Managing Agent
51 Big Creek Court
Las Vegas, NV 89148

Torres, Roberto
Attn: Bankruptcy Desk/Managing Agent
344 Upland Blvd
Las Vegas, NV 89104

Toshiba Business Solutions
Attn: Bankruptcy Desk/Managing Agent
File 57202
Los Angeles, CA  90074-7202

Toshiba Financial Services
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 31001-0271
Pasadena, CA  91110-0271

Traasdahl, Amber N.
Attn: Bankruptcy Desk/Managing Agent
4045 Buffalo Drive #A101-258
Las Vegas, NV 89147

Trademark Golf
Attn: Bankruptcy Desk/Managing Agent
7107 Crossroads Blvd
Suite 107
Brentwood, TN  37027

TravelHero.com
Attn: Bankruptcy Desk/Managing Agent
7201 East Camelback Road
Suite 295
Scottsdale, AZ  85251

Treesdale Golf and Country Club
Attn: Bankruptcy Desk/Managing Agent
One Arnold Palmer Drive
Gibsonia, PA  15044

Turf Diagnostics
Attn: Bankruptcy Desk/Managing Agent
1858 Pleasantville Rd. #168
Briarcliff Manor, NY  10510

Turf Equipment Supply Co.
Attn: Bankruptcy Desk/Managing Agent
4022 Ponderosa Way
Las Vegas, NV  89118

Turner, Chelsea
Attn: Bankruptcy Desk/Managing Agent
32 Sandy Bunker Ln
Las Vegas, NV 89148

U.S. Dept. Of Agriculture
Attn: Bankruptcy Desk/Managing Agent
8775 Technology Way
Reno, NV  89521

U.S. Fish & Wildlife Service
Attn: Bankruptcy Desk/Managing Agent
911 N.E. 11th Ave.
Portland, OR  97232-4181

U.S. Plumbing
Attn: Bankruptcy Desk/Managing Agent
201 East Brooks Ave.
N. Las Vegas, NV  89030-3920

UCN
Attn: Bankruptcy Desk/Managing Agent
Payment Center #5450
P.O. Box 410468
Salt Lake City UT 84141

UniFirst Corporation
Attn: Bankruptcy Desk/Managing Agent
568 Parkson Road
Henderson, NV 89015

United Parcel Service
Attn: Bankruptcy Desk/Managing Agent
PO Box 894820
Los Angeles, CA  90189-4820

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                          **Served 4/17/2009**

United States Golf Association
Attn: Bankruptcy Desk/Managing Agent
Golf House
PO Box 708
Far Hills, NJ  07931-0708

Universal Automotive
Attn: Bankruptcy Desk/Managing Agent
212 W. Utah
Las Vegas, NV  89102

Universal Cylinder Exchange, Inc
Attn: Bankruptcy Desk/Managing Agent
692 N. Cypress, "B"
Orange, CA  92867

US Foodservice
Attn: Bankruptcy Desk/Managing Agent
Las Vegas Division
P O Box  3911
Las Vegas, NV  89127

USFWS
Attn: Bankruptcy Desk/Managing Agent
Nevada Dept. Of Wildlife
4747 Vegas Drive
Las Vegas, NV  89108

Valdez-Jimenez, Juan
Attn: Bankruptcy Desk/Managing Agent
4423 Pine Grove St
Las Vegas, NV 89148

Valerio, Hector
Attn: Bankruptcy Desk/Managing Agent
604 N. 9th
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vasileva, Marieta
Attn: Bankruptcy Desk/Managing Agent
5535 Cresent Valley
Las Vegas, NV 89148

Vasileva, Valentina
Attn: Bankruptcy Desk/Managing Agent
5535 Cresent Valley St
Las Vegas, NV 89148

Vegas Golfer LLC
Attn: Bankruptcy Desk/Managing Agent
File 749051
Los Angeles, CA  90074-9051 USA

Ventura, Rodolfo A.
Attn: Bankruptcy Desk/Managing Agent
PO Box 370991
Las Vegas, NV 89137

ViaDirect Marketing
Attn: Bankruptcy Desk/Managing Agent
5989 McLeod Drive
Las Vegas, NV  89120

Vicki Bracy
Attn: Bankruptcy Desk/Managing Agent
8308 Yorkshire Ln
Manassas, VA  20111

Vidan, Katie
Attn: Bankruptcy Desk/Managing Agent
4908 Forest Oaks Dr
Las Vegas, NV 89149

Villard, Keith W.
Attn: Bankruptcy Desk/Managing Agent
5315 Sun Meadows Ct
N Las Vegas, NV 89031

Villasenor, Salvador
Attn: Bankruptcy Desk/Managing Agent
1304 N. Jones Blvd
Las Vegas, NV 89108

Vision Perfect Software
Attn: Bankruptcy Desk/Managing Agent
1875 West 12600 South
PO Box 310
Riverton, UT  84065-0310

Vista Landscape Centers
Attn: Bankruptcy Desk/Managing Agent
951  E. Wigwam Pkwy
Henderson NV 89014

Vold, Thomas
Attn: Bankruptcy Desk/Managing Agent
8443 Waterford Bend
Las Vegas, NV 89123

Vowles, Brad
Attn: Bankruptcy Desk/Managing Agent
1016 Via Latina
Henderson, NV 89011

Vowles, Carson
Attn: Bankruptcy Desk/Managing Agent
1016 Via Latina St
Henderson, NV 89011

Waite, Steven L
Attn: Bankruptcy Desk/Managing Agent
10616 Grand Cypress Ave
Las Vegas, NV 89134

Waldrop, Allen J
Attn: Bankruptcy Desk/Managing Agent
125 Chateau Whistler Ct
Las Vegas, NV 89148

**Rhodes Ranch Golf and Country Club 09-14854 - U.S. Mail**                                                    **Served 4/17/2009**

Ward, Brenda
Attn: Bankruptcy Desk/Managing Agent
9465 W. Post Rd  Apt. #1065
Las Vegas, NV 89148

Water Movers Equip Rental
Attn: Bankruptcy Desk/Managing Agent
PO Box 66693
Phoenix, AZ  85082

Webb, Kristen
Attn: Bankruptcy Desk/Managing Agent
373 Rushing Creek Ct
Henderson, NV 89014

Weintraub, Alana R
Attn: Bankruptcy Desk/Managing Agent
8301 W. Flamingo Rd. #2080
Las Vegas, NV 89148

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wells Fargo Health Benefit Svs.
Attn: Bankruptcy Desk/Managing Agent
PO Box 45600
Salt Lake City, UT  84145

West Coast Turf
Attn: Bankruptcy Desk/Managing Agent
PO Box 4563
Palm Desert, CA  92261

Wheeler, Jennifer
Attn: Bankruptcy Desk/Managing Agent
9025 Teetering Rock
Las Vegas, NV 89143

Whitted, Charmayne M.
Attn: Bankruptcy Desk/Managing Agent
8093 Terecita Ave
Las Vegas, NV 89147

Willey, Timothy
Attn: Bankruptcy Desk/Managing Agent
7045 Eldora Ave
Las Vegas, NV 89117

Winger, Glenn O.
Attn: Bankruptcy Desk/Managing Agent
4750 Nambe Dr
Las Vegas, NV 89121

Wisdek Business Development Co.
Attn: Bankruptcy Desk/Managing Agent
1183 Finch Ave. W
Suite #600-PH
Toronto M3J-2G2 Canada

Wise, Courtney
Attn: Bankruptcy Desk/Managing Agent
c/o The Office Bar 251 E Center St
Pocatella, ID 83201

Wittek
Attn: Bankruptcy Desk/Managing Agent
3865 Commerical Ave
Northbrook, IL  60062

World Variety Produce Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 21127
Los Angeles, CA  90021

Wright, Ronald E.
Attn: Bankruptcy Desk/Managing Agent
8122 W. Flamingo Rd
Las Vegas, NV 89148

Yaksitch, Melissa
Attn: Bankruptcy Desk/Managing Agent
9522 Swiss Stone Court
Las Vegas, NV 89123

Zec, Devon
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace
Las Vegas, NV 89148

Zepeda, Carlos
Attn: Bankruptcy Desk/Managing Agent
2001 Jade Hills Ct
Las Vegas, NV 89106

Creditors:  595

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **OVERFLOW, LP** | Case No.: BK-S-09-14856-LBR |
| Debtor. | Chapter 11 |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                                Chapter 11

OVERFLOW, LP                                          Case No. BK-S-09-14856-LBR
Tax I.D. No. 37-1489349

                    Debtor.
_____/

### NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number: (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:** Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

| | |
|---|---|
| 1 | |

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Overflow, LP** | Case Number: **09-14856** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( )    -

□ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed On: _____

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:

TEL: ( )    -

□ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

□ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**    $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.**    (See instruction #4 on reverse side.)
□ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    □ Real Estate    □ Motor Vehicle    □ Other
Describe:

Value of Property: $    **Annual Interest Rate:** _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $    **Basis for perfection:** _____

| **Amount Secured** | **Amount Unsecured** |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

□ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

□ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

□ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

□ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

□ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

□ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name    Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857    0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Overflow, LP 09-14856 - U.S. Mail**

Served 4/17/2009

| | | |
|---|---|---|
| Arizona Attorney General<br>Attn: Bankrutpcy Desk/Managing Agent<br>1275 West Washington Street<br>Phoenix, AZ 85007 | Arizona State Treasurer's Office<br>Attn: Bankrutpcy Desk/Managing Agent<br>1700 West Washington Street, 1st Floor<br>Phoenix, AZ 85007 | Brett A. Axelrod<br>Attn: Bankruptcy Desk/Managing Agent<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169 |
| Clark County Treasurer<br>Attn: Bankrutpcy Desk/Managing Agent<br>500 S. Grand Central Pky,1st Flr<br>P. O. Box 551220<br>Las Vegas NV 89155-1220 | Clark County Treasurer<br>Attn: Bankrutpcy Desk/Managing Agent<br>C/O Bankrutpcy Clerk<br>500 S. Grand Central Pkwy<br>Box 551220<br>Las Vegas, NV 89155-1220 | Corporation Taxes<br>Attn: Bankrutpcy Desk/Managing Agent<br>1550 College Parkway<br>Carson City, NV 89706 |
| Corporation Taxes<br>Attn: Bankrutpcy Desk/Managing Agent<br>1600 West Monroe<br>Phoenix, AZ 85007 | County Treasurer<br>Attn: Bankrutpcy Desk/Managing Agent<br>10 South Main Street<br>Eureka, NV 89316 | Credit Suisse Loan Funding LLC<br>Attn: Bankrutpcy Desk/Managing Agent<br>Attn: Tom Lynch<br>Eleven Madison Ave., 9th Floor<br>New York, NY 10010 |
| Department of Economic Security<br>Attn: Bankrutpcy Desk/Managing Agent<br>1717 West Jefferson, 050Z-1, Room 119<br>Phoenix, AZ 85007 | Dept. of Employment, Training & Rehab<br>Attn: Bankrutpcy Desk/Managing Agent<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713 | Financial Comptroller<br>Attn: Bankrutpcy Desk/Managing Agent<br>2525 East Roosevelt Street<br>Phoenix, AZ 85008 |
| Financial Comptroller<br>Attn: Bankrutpcy Desk/Managing Agent<br>569 Court Street<br>Elko, NV 89801 | Industrial Commission of Arizona<br>Attn: Bankrutpcy Desk/Managing Agent<br>800 West Washington Street<br>Phoenix, AZ 85007 | Internal Revenue Service<br>Attn: Bankrutpcy Desk/Managing Agent<br>P.O. Box 21126<br>DPN 781<br>Philadelphia, PA 19114 |
| Ira Dizengoff and Phillip Dublin<br>Attn: Bankruptcy Desk/Managing Agent<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Mark Somerstein<br>Attn: Bankrutpcy Desk/Managing Agent<br>Don Demakis, Ben Schneider<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 | Nevada Attorney General<br>Attn: Bankrutpcy Desk/Managing Agent<br>100 North Carson Street<br>Carson City, Nevada 89701-4717 |
| Nevada Department of Employment, Training & Rehabilitatio<br>Attn: Bankrutpcy Desk/Managing Agent<br>2800 East Street Louis Avenue<br>Las Vegas, NV 89104 | Nevada Dept. of Taxation<br>Attn: Bankrutpcy Desk/Managing Agent<br>Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101 | Nile Leatham & Timothy P. Thomas, Esq.<br>Attn: Bankrutpcy Desk/Managing Agent<br>Kolesar & Leatham<br>Wells Fargo Financial Center<br>3320 W. Sahara Ave.<br>Las Vegas, NV 89102 |
| Office of the Labor Commissioner<br>Attn: Bankrutpcy Desk/Managing Agent<br>555 East Washington Avenue, Suite 4100<br>Las Vegas, NV 89101 | Office of the United States Trustee<br>Attn: Bankrutpcy Desk/Managing Agent<br>Attn: August B. Landis<br>300 Las Vegas Blvd. South<br>Suite 4300<br>Las Vegas, NV 89101 | Reeves, Evans, McBride,& Zhang<br>Attn: Bankrutpcy Desk/Managing Agent<br>2285 Renaissance Dr., Suite E<br>Las Vegas NV 89119 |

**Overflow, LP 09-14856 - U.S. Mail**                                             Served 4/17/2009

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  32

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **WALLBOARD, LP** | Case No.: BK-S-09-14858-LBR |
| Debtor. | Chapter 11 |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

<pre>
1
2                    UNITED STATES BANKRUPTCY COURT
3                         DISTRICT OF NEVADA
4     In re:                              Chapter 11
5     WALLBOARD, LP                       Case No. BK-S-09-14858-LBR
      Tax I.D. No. 38-3701467
6
                      Debtor.
7     _____/
8
9            NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                                AND DEADLINES
10
</pre>

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number: (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:** Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the
paragraph named "Meeting of Creditors."

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit: **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims." All claims should be mailed to the Claims Agent listed below. If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay. If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

- 2 -

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: **Wallboard, LP** | | Case Number: **09-14858** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( ___ ) ___ - ___

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: ( ___ ) ___ - ___

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(if known)*

Filed On: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
_____
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: _____
Value of Property: $ _____ Annual Interest Rate: ____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____ Basis for perfection: _____

| Amount Secured | Amount Unsecured |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date _____

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature _____

Printed Name _____ Title _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0867          0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### --- DEFINITIONS ---

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### --- INFORMATION ---

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Wallboard, LP 09-14858 - U.S. Mail**                                                                      Served 4/17/2009

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankrutpcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Clark County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankrutpcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankrutpcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankrutpcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankrutpcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Mark Somerstein
Attn: Bankrutpcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankrutpcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankrutpcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankrutpcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Reeves, Evans, McBride,& Zhang
Attn: Bankrutpcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

**Wallboard, LP 09-14858 - U.S. Mail**                                                                                          **Served 4/17/2009**

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  32

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **JACKKNIFE, LP** | Case No.: BK-S-09-14860-LBR |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                    Chapter 11

JACKKNIFE, LP
Tax I.D. No. 41-2136189                   Case No. BK-S-09-14860-LBR

                    Debtor.
_____/

## NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number: (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

### Meeting of Creditors

**DATE:** May 7, 2009
**TIME:** 3:00 PM
**LOCATION:** Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **Deadlines to File a Proof of Claim** |
|---|
| For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.** |
| For a governmental unit:  **180 days after the date of the order for relief.** |
| See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope. |
| Mail completed Proof of Claim forms to **Claims Agent for Debtor**: |
| Heritage Land Company, LLC<br>c/o Omni Management Group, LLC<br>16161 Ventura Blvd., Suite C<br>PMB 477<br>Encino, CA 91436<br>Telephone Number: (866) 989-6144 |
| **DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.** |
| **Creditors May Not Take Certain Actions**: |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case. |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone Number: (702) 388-6257<br>Hours Open: Monday - Friday 9:00 AM - 4:00 PM |

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | **PROOF OF CLAIM** |
|---|---|---|

| Name of Debtor: **Jackknife, LP** | Case Number: **09-14860** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (   )   -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (   )   -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
_(If known)_

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:** $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $    Annual Interest Rate:   %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $    Basis for perfection:
Amount Secured $    Amount Unsecured $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (   ).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name    Title

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571._    PCC0857    0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Jackknife, LP 09-14860 - U.S. Mail**                                                                    Served 4/17/2009

Arizona Attorney General
Attn: Bankruptcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Chavez Construction Clean Up
Attn: Bankruptcy Desk/Managing Agent
2160 W. Charleston
Suite M
Las Vegas, NV 89102

Clark County
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankruptcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Humphreys & Partners
Attn: Bankruptcy Desk/Managing Agent
Architects
5339 Alpha Road Ste 300
Dallas TX 75240-7307

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
KENNY
2595 S. Cimarron Road
Suite 206
Las Vegas NV 89117-7613

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankruptcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

**Jackknife, LP 09-14860 - U.S. Mail**                                                                     Served 4/17/2009

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue Suite J1-J3
Costa Mesa, CA 92626

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

RNM Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
2 Corporate Park Suite 100
Irvine CA 92606

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV 89118

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  39

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**BATCAVE, LP**<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No.: BK-S-09-14861-LBR<br><br>Chapter 11 |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2 UNITED STATES BANKRUPTCY COURT

3 DISTRICT OF NEVADA

4 In re:                                    Chapter 11

5 BATCAVE, LP
  Tax I.D. No.  30-0246837                  Case No. BK-S-09-14861-LBR
6

7                    Debtor.
  _____/

8

9 **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
  AND DEADLINES**

10

11 A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

12 You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to
   consult an attorney to protect your rights.  All documents filed in this case may be viewed at the
13 bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents
   may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
14 the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
   and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15 NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information
   enclosed on the page of this Notice entitled "Explanations."

16 **Attorney for Debtor(s) (name and address):**

17                          ZACHARIAH LARSON
                            LARSON & STEPHENS
18                     810 S. CASINO CENTER BLVD., SUITE 104
                            LAS VEGAS, NV 89101
19                     Telephone number:  (702) 382-1170

20                  PACHULSKI STANG ZIEHL & JONES LLP
                   10100 SANTA MONICA BLVD., 11th FLOOR
21                       LOS ANGELES, CA 90067-4100
                        Telephone Number: (310) 277-6910
22

23
                                **Meeting of Creditors**
24
                             **DATE**: May 7, 2009
25                            **TIME**: 3:00 PM
                **LOCATION:**  Foley Federal Building and U.S. Courthouse
26            300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

27                          **Creditor with a Foreign Address:**
     See additional information enclosed on the page of this Notice entitled "Explanations," under the
28                      paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Deadlines to File a Proof of Claim** |
|---|

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor:**

<div align="center">

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

</div>

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

| **Creditors May Not Take Certain Actions:** |
|---|

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

<div align="center">

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

</div>

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice.  You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Batcave, LP** | Case Number: **09-14861** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

TEL: ( ___ ) ___ - ____

Filed On: _____

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

TEL: ( ___ ) ___ - ____

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:** $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim** _____
(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:** ____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:** _____

**Value of Property:** $ _____ **Annual Interest Rate:** ___ %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $ _____ **Basis for perfection:** _____

**Amount Secured** $ _____ **Amount Unsecured** $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

Amount entitled to priority: $ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

**Date** _____ **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

**Signature** _____

**Printed Name** _____ **Title** _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857    0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —                — INFORMATION —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**Batcave, LP 09-14861 - U.S. Mail**                                                                     Served 4/17/2009

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Clark County Develop. Services
Attn: Bankrutpcy Desk/Managing Agent
4701 Russell Rd
Las Vegas, NV 89118

Clark County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

**Batcave, LP 09-14861 - U.S. Mail**                                              Served 4/17/2009

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  34

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**CHALKLINE, LP**<br><br><br>            Debtor. | Chapter 11<br><br> Case No.: BK-S-09-14862-LBR<br><br>  Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as Exhibit A:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit B.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2 UNITED STATES BANKRUPTCY COURT

3 DISTRICT OF NEVADA

4 In re:                                                  Chapter 11

5 CHALKLINE, LP
  Tax I.D. No. 35-2230281                                 Case No. BK-S-09-14862-LBR

6

7                    Debtor.
  _____/

8

9 **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                          AND DEADLINES**

10

11 | A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>. |
   | --- |

12 You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to
   consult an attorney to protect your rights.  All documents filed in this case may be viewed at the
13 bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents
   may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
   the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
14 and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15 NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information
   enclosed on the page of this Notice entitled "Explanations."

16 **Attorney for Debtor(s) (name and address):**

17

18                          ZACHARIAH LARSON
                             LARSON & STEPHENS
                    810 S. CASINO CENTER BLVD., SUITE 104
19                           LAS VEGAS, NV 89101
                        Telephone number:  (702) 382-1170

20
                     PACHULSKI STANG ZIEHL & JONES LLP
21                   10100 SANTA MONICA BLVD., 11th FLOOR
                          LOS ANGELES, CA 90067-4100
22                        Telephone Number: (310) 277-6910

23

24 **Meeting of Creditors**

25                           **DATE:** May 7, 2009
                             **TIME:** 3:00 PM
26              **LOCATION:**  Foley Federal Building and U.S. Courthouse
              300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

27                    **Creditor with a Foreign Address:**
    See additional information enclosed on the page of this Notice entitled "Explanations," under the
28                      paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor:**

<div align="center">

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

</div>

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

---

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

---

<div align="center">

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

</div>

---

<div align="center">

- 2 -

</div>

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT          DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **Chalkline, LP** | Case Number: **09-14862** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (    )    -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: 
*(If known)*

Filed On:

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (    )    -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c/o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:
Value of Property: $                                         Annual Interest Rate:         %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $
Basis for perfection:
Amount Secured $                    Amount Unsecured $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (                    ).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name                                                                Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857                    0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Chalkline, LP 09-14862 - U.S. Mail**                                                                                    Served 4/17/2009

Arizona Attorney General
Attn: Bankruptcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankruptcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankruptcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

**Chalkline, LP 09-14862 - U.S. Mail**                                         Served 4/17/2009

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street.
Carson City NV 89701-4201

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  32

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **GLYNDA, LP** | Case No.: BK-S-09-14865-LBR |
| | Chapter 11 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as Exhibit A:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit B.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2              UNITED STATES BANKRUPTCY COURT

3                      DISTRICT OF NEVADA

4    In re:                          Chapter 11

5    GLYNDA, LP                      Case No. BK-S-09-14865-LBR
     Tax I.D. No. 32-0115569
6
                    Debtor.
7    _____/

8

9        **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,**
                            **AND DEADLINES**

10
     ┌─────────────────────────────────────────────────────────────────────────┐
11   │ A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on March 31, 2009.

     │ You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to
12   │ consult an attorney to protect your rights. All documents filed in this case may be viewed at the
     │ bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents
13   │ may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
     │ the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
14   │ and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15   │ NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information
     │ enclosed on the page of this Notice entitled "Explanations."
16   ├─────────────────────────────────────────────────────────────────────────┤
     │ **Attorney for Debtor(s) (name and address):**
17
     │                        ZACHARIAH LARSON
18   │                        LARSON & STEPHENS
     │                810 S. CASINO CENTER BLVD., SUITE 104
19   │                        LAS VEGAS, NV 89101
     │                  Telephone number: (702) 382-1170
20
     │                PACHULSKI STANG ZIEHL & JONES LLP
21   │                10100 SANTA MONICA BLVD., 11th FLOOR
     │                      LOS ANGELES, CA 90067-4100
22   │                  Telephone Number: (310) 277-6910

23   ├─────────────────────────────────────────────────────────────────────────┤
     │                      **Meeting of Creditors**
24
     │                   **DATE:** May 7, 2009
25   │                   **TIME:** 3:00 PM
     │        **LOCATION:** Foley Federal Building and U.S. Courthouse
26   │        300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

27   │                  **Creditor with a Foreign Address:**
     │ See additional information enclosed on the page of this Notice entitled "Explanations," under the
28   │                  paragraph named "Meeting of Creditors."
     └─────────────────────────────────────────────────────────────────────────┘

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **Deadlines to File a Proof of Claim** |
|---|

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

<div align="center">

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

</div>

**DO NOT FILE PROOF OF CLAIM FORMS WITH THE COURT.**

| **Creditors May Not Take Certain Actions**: |
|---|

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:** |
|---|

<div align="center">

U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

</div>

<div align="center">- 2 -</div>

| | **EXPLANATIONS** |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Glynda, LP** | Case Number: **09-14865** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( )  -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
_(If known)_

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: ( )  -

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:** $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $ Annual Interest Rate: %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $
Basis for perfection:

| Amount Secured | Amount Unsecured |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ).

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date:

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

| Printed Name | Title |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857        0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Glynda, LP 09-14865 - U.S. Mail**                                                                                                  Served 4/17/2009

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankrutpcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankrutpcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Mark Somerstein
Attn: Bankrutpcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankrutpcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renaissance Dr., Suite E
Las Vegas NV 89119

**Glynda, LP 09-14865 - U.S. Mail**

Rodney M. Jean
Attn: Bankrutpcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Creditors:  32

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**TICK, LP**<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-09-14866-LBR<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                              Chapter 11

TICK, LP
Tax I.D. No.  41-2140707                            Case No. BK-S-09-14866-LBR

                        Debtor.
_____/

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
AND DEADLINES**

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>.

You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the
paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

<div align="center">

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

</div>

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

---

**Creditors May Not Take Certain Actions**:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized.  Consult a lawyer to determine your rights in this case.

---

<div align="center">

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

</div>

---

<div align="center">

- 2 -

</div>

| | EXPLANATIONS |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT    DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:    **Tick, LP** | Case Number: | 09-14866 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (      )      -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (      )      -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

*(See instruction #2 on reverse side)*

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
*(See instruction #3a on reverse side.)*

**4. Secured Claim.**  *(See instruction #4 on reverse side.)*
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
**Nature of property or right of setoff:**    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

**Value of Property: $**                       **Annual Interest Rate:** _____%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $                       **Basis for perfection:** _____
**Amount Secured**            **Amount Unsecured**
$            $

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (_____).

Amount entitled to priority:
$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

Printed Name                       Title

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Tick, LP 09-14866 - U.S. Mail**

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Reeves, Evans, McBride,& Zhang
2285 Renaissance Dr., Suite E
Las Vegas, NV 89119

**Tick, LP 09-14866 - U.S. Mail**                                                                 Served 4/17/2009

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Secretary of State
202 North Carson Street,
Carson City, NV 89701-4201

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  32

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **RHODES ARIZONA PROPERTIES, LLC** | Case No.: BK-S-09-14868-LBR |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as Exhibit A:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit B.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2                    UNITED STATES BANKRUPTCY COURT

3                          DISTRICT OF NEVADA

4    In re:                                  Chapter 11

5    RHODES ARIZONA PROPERTIES, LLC
     Tax I.D. No.  20-4328738               Case No. BK-S-09-14868-LBR

6

7                      Debtor.
     _____/

8

9        NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                               AND DEADLINES

10

11   | A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on <u>March 31, 2009</u>. |

     You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to
12   consult an attorney to protect your rights.  All documents filed in this case may be viewed at the
     bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents
13   may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
     the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
14   and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15   NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information
     enclosed on the page of this Notice entitled "Explanations."

16   **Attorney for Debtor(s) (name and address):**

17                         ZACHARIAH LARSON
                           LARSON & STEPHENS
18                  810 S. CASINO CENTER BLVD., SUITE 104
                           LAS VEGAS, NV 89101
19                  Telephone number:  (702) 382-1170

20                  PACHULSKI STANG ZIEHL & JONES LLP
                    10100 SANTA MONICA BLVD., 11th FLOOR
21                       LOS ANGELES, CA 90067-4100
                    Telephone Number: (310) 277-6910
22

23                          **Meeting of Creditors**

24
                           **DATE**: May 7, 2009
25                          **TIME**: 3:00 PM
                    **LOCATION:**  Foley Federal Building and U.S. Courthouse
26           300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

27                       **Creditor with a Foreign Address:**
     See additional information enclosed on the page of this Notice entitled "Explanations," under the
28                     paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**Deadlines to File a Proof of Claim**

For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**

For a governmental unit:  **180 days after the date of the order for relief.**

See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.

Mail completed Proof of Claim forms to **Claims Agent for Debtor**:

Heritage Land Company, LLC
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C
PMB 477
Encino, CA 91436
Telephone Number: (866) 989-6144

**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.**

---

**Creditors May Not Take Certain Actions:**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

---

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101
Telephone Number: (702) 388-6257
Hours Open: Monday - Friday 9:00 AM - 4:00 PM

---

- 2 -

| EXPLANATIONS | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| | |
|---|---|
| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Rhodes Arizona Properties, LLC** | Case Number: **09-14868** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( )    -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed On: _____

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____

TEL: ( )    -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**    $ _____ . __

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**
_____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:**
_____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____
Value of Property: $ _____ . __    Annual Interest Rate: _____ %
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____ . __    Basis for perfection: _____

| Amount Secured | Amount Unsecured |
|---|---|
| $ _____ . __ | $ _____ . __ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

Amount entitled to priority:

$ _____ . __

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

| Printed Name | Title |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857                0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Rhodes Arizona Properties, LLC 09-14868 - U.S. Mail**                                                                                    Served 4/17/2009

American Outdoor Advertising
Attn: Bankruptcy Desk/Managing Agent
1702 E Highland Ave #310
Phoenix, AZ 85016

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Chicago Title Insurance Co.
Attn: Bankruptcy Desk/Managing Agent
2699 E. Andy Devine Ave.
PO Box 3599
Kingman AZ 86401

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

DCD Realty
Attn: Bankruptcy Desk/Managing Agent
616 E Beale St
Kingman, AZ 86401

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Doris J. Schoonover
Attn: Bankruptcy Desk/Managing Agent
3203 E Thompson Ave
Kingman, AZ 86409

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

GDI Ventures, LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Elaine Feeney
688 Tamarisk Court
Louisville, CO 80027

Golden Triangle Development
Attn: Bankruptcy Desk/Managing Agent
244 Dark Forest Avenue
Las Vegas, NV 89123

Head Quarters
Attn: Bankruptcy Desk/Managing Agent
4195 Highway 68 Unit C
PMB 449
Golden Valley, AZ 86413

Industrial Commission of Arizona
Attn: Bankruptcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Kim Horn
Attn: Bankruptcy Desk/Managing Agent
112 Union St #a
Prescott, AZ 86303

Lamar Companies
Attn: Bankruptcy Desk/Managing Agent
PO Box 96030
Baton Rouge, LA 70896

**Rhodes Arizona Properties, LLC 09-14868 - U.S. Mail**                                                                                          Served 4/17/2009

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabil
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Prudential Overall Supply
Attn: Bankruptcy Desk/Managing Agent
PO Box 11210
Santa Ana, CA 92711

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Creditors:  39

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| **RHODES HOMES ARIZONA, LLC** | Case No.: BK-S-09-14882-LBR |
| | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as Exhibit A:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as Exhibit B.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                          Chapter 11

RHODES HOMES ARIZONA, LLC
Tax I.D. No.  20-2517248                        Case No. BK-S-09-14882-LBR

                    Debtor.
_____/

## NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on April 1, 2009.

You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to consult an attorney to protect your rights.  All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number:  (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:**  Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the paragraph named "Meeting of Creditors."

1

| **Deadlines to File a Proof of Claim** |
|---|
| For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.** |
| For a governmental unit: **180 days after the date of the order for relief.** |
| See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims." All claims should be mailed to the Claims Agent listed below. If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope. |
| Mail completed Proof of Claim forms to **Claims Agent for Debtor**: |
| <div align="center">Heritage Land Company, LLC<br>c/o Omni Management Group, LLC<br>16161 Ventura Blvd., Suite C<br>PMB 477<br>Encino, CA 91436<br>Telephone Number: (866) 989-6144</div> |
| **DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.** |
| **Creditors May Not Take Certain Actions:** |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay. If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |
| <div align="center">**Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone Number: (702) 388-6257<br>Hours Open: Monday - Friday 9:00 AM - 4:00 PM</div> |

- 2 -

| | **EXPLANATIONS** |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered.  Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan.  A plan is not effective unless confirmed by the court.  You may be sent a  copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan.  You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing.  Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice.  *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded under a later date without further notice.  The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim.  If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov.  You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER).  If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim.  If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan.  A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim.  Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.  **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors.  If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt.  See Bankruptcy Code § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Rhodes Homes Arizona, LLC** | Case Number: 09-14882 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( )    -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
(If known)

Filed On:

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: ( )    -

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**    $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**

(See instruction #3a on reverse side.)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

**Value of Property:** $    **Annual Interest Rate:**    %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $    **Basis for perfection:**

| Amount Secured | Amount Unsecured |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ).

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name    Title

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857    0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### — DEFINITIONS —

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

### — INFORMATION —

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    Served 4/17/2009

200 MPH Printers
Attn: Bankruptcy Desk/Managing Agent
7423 Newcrest Circle
Las Vegas NV 89147

3967 HEATHER AVE LLC
Attn: Bankruptcy Desk/Managing Agent
3967 HEATHER AVE
Kingman, AZ 86401

A Childrens Dentist
Attn: Bankruptcy Desk/Managing Agent
8710 W. Charleston Blvd #100
Las Vegas NV  89117-5452

A Company Portable
Attn: Bankruptcy Desk/Managing Agent
PO Box 5702
Boise ID 83705

A Land Acquisitions Company
Attn: Bankruptcy Desk/Managing Agent
9001 Night Owl Court
Las Vegas NV 89134

A Perfect Finish
Attn: Bankruptcy Desk/Managing Agent
6376 Canyon Dawn Avenue
Las Vegas, NV 89108

A&B Supply
Attn: Bankruptcy Desk/Managing Agent
1081 N. Lake Havasu Ave, Unit 102
Lake Havasu City AZ 86403

A&D Automatic Gate and Access
Attn: Bankruptcy Desk/Managing Agent
6442 Windy Street Suite A
Las Vegas NV 89119

A-1 Rubber Stamp & Engraving
Attn: Bankruptcy Desk/Managing Agent
3111 South Valley View Blvd.
# O-103
Las Vegas NV 89102

A-Always Clean Pool
Attn: Bankruptcy Desk/Managing Agent
5504 Liverpool Rd.
Las Vegas NV  89107

AArrow Advertising LLC
Attn: Bankruptcy Desk/Managing Agent
4312 Valeta St.
San Diego CA 92107

Abbott's Custom Printing
Attn: Bankruptcy Desk/Managing Agent
1275 Shimmering Glen Dr.
Henderson, NV 89014

ABC Locksmith Corp.
Attn: Bankruptcy Desk/Managing Agent
3981 E. Sunset Road, #E
Las Vegas NV  89120

Abes Construction
Attn: Bankruptcy Desk/Managing Agent
4241 E. Russel Road
Las Vegas, NV 89120

Accent Awnings (Nevada) Inc.
Attn: Bankruptcy Desk/Managing Agent
1210 S. Main St.
Las Vegas NV  89104

Access Tech, Inc.
Attn: Bankruptcy Desk/Managing Agent
28075 N Avenue Stanford
Valencia CA 91355-1104

Access Technologies Corp
Attn: Bankruptcy Desk/Managing Agent
241 Sunpac Avenue
Henderson, NV 89015

Ace Hardware
Attn: Bankruptcy Desk/Managing Agent
4550 Stockton Hill Rd.
Kingman AZ 86401

Acton Welding, Inc.
Attn: Bankruptcy Desk/Managing Agent
4765 Interstate Way
Kingman AZ 86401

ADEQ-State of Arizona
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 18228
Phoenix, AZ 85005

Advance Janitorial Service Inc
Attn: Bankruptcy Desk/Managing Agent
4054 Roma Rd.
Kingman AZ 86401

Advanced Exercise Equip.
Attn: Bankruptcy Desk/Managing Agent
861 South Park Drive #100
Littleton, CO 80120

Affirmative Security
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 50396
Henderson NV  89016-0396

Aggregate Transport Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4829
Hualapai AZ 86412

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    Served 4/17/2009

Agnus Durgun
Attn: Bankruptcy Desk/Managing Agent
2233 Tahoe Timer Way
Riverbank CA 95367

Air Control Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
2571 N. Kiowa Blvd.
Lake Havasu City AZ 86403

Air Quality Services of Nevada
Attn: Bankruptcy Desk/Managing Agent
8031 Denevin Street
Las Vegas, NV 89131

ALBRECHT CURTIS C
Attn: Bankruptcy Desk/Managing Agent
3955 HEATHER AVE
Kingman, AZ 86401

Alex Mendoza
Attn: Bankruptcy Desk/Managing Agent
ReMax Olson
.

AL-KHATIB EMAN & JAMAL CPWRS
Attn: Bankruptcy Desk/Managing Agent
3842 HEATHER AVE
Kingman, AZ 86401

All About Brick Paving
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue Suite 101
Las Vegas, NV 89119

All American Carpet Care
Attn: Bankruptcy Desk/Managing Agent
2756 North Green Valley Pkwy #108
Henderson NV 89014

All American Cleaning
Attn: Bankruptcy Desk/Managing Agent
3658 Miguels Lane
Las Vegas, NV 89120

All Drywall & Paint Inc.
Attn: Bankruptcy Desk/Managing Agent
1601 N. Rancho Dr. Suite # 3
Las Vegas,, NV 89106

All Wood Treasures Co.
Attn: Bankruptcy Desk/Managing Agent
2063 E. Cedar Street
Tempe, AZ 85281

ALLEN KRISTOPHER R
Attn: Bankruptcy Desk/Managing Agent
3986 HEATHER AVE
Kingman, AZ 86401

Alliance Mortgage
Attn: Bankruptcy Desk/Managing Agent
ATTN: Stacie Martin
3230 S. Fuffalo Drive, Suite 106
Las Vegas, NV 89117

Allied Forces
Attn: Bankruptcy Desk/Managing Agent
602 Hall Street
Kingman AZ 86401

Alpine Water Systems
Attn: Bankruptcy Desk/Managing Agent
PO Box 94436
Las Vegas NV 89193-4436

Alternative Lawns
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 230402
Las Vegas NV 89105

Alumacast
Attn: Bankruptcy Desk/Managing Agent
3184 Fremont St.
Las Vegas, NV 89104

Am. Asphalt & Grading SWPP Div
Attn: Bankruptcy Desk/Managing Agent
3624 Goldfield Street
N. Las Vegas NV  89030

Amber Dawn Christie
Attn: Bankruptcy Desk/Managing Agent
3203 E. Thompson Avenue
Kingman AZ 86409

American Asphalt & Grading Co.
Attn: Bankruptcy Desk/Managing Agent
2690 N. Decatur Blvd.
Las Vegas, NV 89108

American Commonwealth Mtg Co.
Attn: Bankruptcy Desk/Managing Agent
Jim Zurbriggen
AAMCO
536 E. St. Louis Avenue
Las Vegas NV 89104

American Equities, Inc.
Attn: Bankruptcy Desk/Managing Agent
Contract Collection Dept.
P.O. Box 61427
Vancouver, WA 98666

American Eurocopter
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 971227
Dallas TX 75397-1227

American Express-CA
Attn: Bankruptcy Desk/Managing Agent
Box 0001
Los Angeles CA 90096-0001

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    Served 4/17/2009

American Express-FL
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 360001
Ft. Lauderdale FL 33336-0001

American Fence Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 19040
Phoenix, AZ 85005-9040

American International Recover
Attn: Bankruptcy Desk/Managing Agent
Jennifer Gill
100 Summer Street
11th Floor
Boston MA 02110

American Outdoor Advertising
Attn: Bankruptcy Desk/Managing Agent
1702 E. Highlan Ave Suite 310
Phoenix AZ 85016

American Soils Engineering LLC
Attn: Bankruptcy Desk/Managing Agent
6000 S Eastern Avenue
Suite 6B
Las Vegas NV 89119

America's Private Security
Attn: Bankruptcy Desk/Managing Agent
Jose Hernandez
3111 S. Valley View Blvd
Suite B-129
Las Vegas NV 89102

Amor Architectural Corporation
Attn: Bankruptcy Desk/Managing Agent
101 Convention Center Drive
Suite 660
Las Vegas NV 89109

Amos Torres
Attn: Bankruptcy Desk/Managing Agent
2625 John L.
Kingman AZ 86401

AMPAM-Plumbing of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
5040 Sobb Avenue
Las Vegas, NV 89118

Ana Adina
Attn: Bankruptcy Desk/Managing Agent
7010 Mulberry Ct.
Dublin CA 94568

ANDERSEN KES G & RUTH M TRUSTEES
Attn: Bankruptcy Desk/Managing Agent
3913 HEATHER AVE
Kingman, AZ 86401

Andrade's Cleaning Co.
Attn: Bankruptcy Desk/Managing Agent
798 A Street
Las Vegas, NV 89106

Andrea K. Bryant
Attn: Bankruptcy Desk/Managing Agent
1436 Vallejo Street
San Francisco, CA 94109

Aninfa A. Lemke
Attn: Bankruptcy Desk/Managing Agent
Crestline Financial & Marketing S
320 Arkansas St.
Vallejo CA 94590

Answer Plus, Inc.
Attn: Bankruptcy Desk/Managing Agent
1840 E. Sahara Avenue
Suites 201 & 205
Las Vegas NV 89104

Anthony N. Sanders
Attn: Bankruptcy Desk/Managing Agent
2300 East Silverado Ranch Blvd.
#2126
Las Vegas, NV 89183

Apichai Varunprabha
Attn: Bankruptcy Desk/Managing Agent
c/o Aranya Tangsuyanich
3726 Port Ritchey Street
Las Vegas NV 89147

Apple Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
1265 Rockpebble Avenue
N. Las Vegas NV 89030

APPLE Partnership c/o
Attn: Bankruptcy Desk/Managing Agent
Henderson Community Foundation
178 Westminster Way
Henderson, NV 89015

APPLEBY TAD & HEATHER JT
Attn: Bankruptcy Desk/Managing Agent
3980 HEATHER AVE
Kingman, AZ 86401

Arapahoe Cleaning LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite B-106
Henderson NV  89015

Arclight Systems LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Steve Lawrence
7000 Cardinal Place
Dublin, OH 473017

ARELLANO-CEBALLOS ERACLIO CPWRS 50
Attn: Bankruptcy Desk/Managing Agent
3781 HEATHER AVE
Kingman, AZ 86401

ARICOR Water Solutions
Attn: Bankruptcy Desk/Managing Agent
25213 N. 49th Drive
Glendale, AZ 85310

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                            **Served 4/17/2009**

Aristotle Electric Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 35126
Las Vegas, NV 89133-5126

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona Corporation Commission
Attn: Bankruptcy Desk/Managing Agent
1300 W. Washington
Phoenix AZ 85007-2996

Arizona Dept. of Revenue
Attn: Bankruptcy Desk/Managing Agent
PO Box 29010
Phoenix AZ 85038-9010

Arizona Dept. of Water
Attn: Bankruptcy Desk/Managing Agent
500 N. Third St.
Phoenix, AZ 85004

Arizona Discount Plumbing
Attn: Bankruptcy Desk/Managing Agent
4565 N. Lomita
Kingman, AZ 86409

Arizona Land Quest LLC
Attn: Bankruptcy Desk/Managing Agent
1608 Buffalo Trail
Henderson NV 89014

Arizona Legislative Council
Attn: Bankruptcy Desk/Managing Agent
1700 West Washington Street
Suite 100
Phoenix AZ 85007-2899

Arizona Registrar of Contract.
Attn: Bankruptcy Desk/Managing Agent
800 W. Washington
6th Floor
Phoenix AZ 85007

Arizona Sign Company
Attn: Bankruptcy Desk/Managing Agent
2411 Louise Avenue
Kingman AZ 86401

Arizona State Land Department
Attn: Bankruptcy Desk/Managing Agent
1616 W. Adams
Phoenix AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arizona State University
Attn: Bankruptcy Desk/Managing Agent
Attn: Wm W. Badger
P. O. Blox 870204
Tempe AZ 85287-1769

Arlene Montano
Attn: Bankruptcy Desk/Managing Agent
Huntington Group
305 Pasadena Ave.
S. Pasadena, CA 91030

Arrow Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
5200 Lakewood Road
Fort Mohave, AZ 86426

Art Brokers, Inc.
Attn: Bankruptcy Desk/Managing Agent
247 Shoreline Hwy.
Mill Valley, CA 94941

Artistic Iron Works, Inc
Attn: Bankruptcy Desk/Managing Agent
105 W. Charleston Blvd.
Las Vegas, Nv 89102

Arya Farinpour
Attn: Bankruptcy Desk/Managing Agent
22346 Mayall Street
Chatsworth CA 91311

ASHFORD DOUGLAS & KELLI CPWRS
Attn: Bankruptcy Desk/Managing Agent
3895  HEATHER AVE
Kingman, AZ 86401

Aspen Publishers
Attn: Bankruptcy Desk/Managing Agent
A Wolters Kluwer Company
P.O. Box 911
Frederick MD 21705-0911

Assessor's Cartography
Attn: Bankruptcy Desk/Managing Agent
of Mohave County
315 Oak Street, P. O. Box 7000
Kingman AZ 86402

ATRIUM DOOR & WINDOW
Attn: Bankruptcy Desk/Managing Agent
690 S. 91st Ave. Bldg. A
Tolleson, AZ 85353

Augustin Reyes
Attn: Bankruptcy Desk/Managing Agent
Vision 1 Real Estate
,

AURORA LOAN SERVICES LLC
Attn: Bankruptcy Desk/Managing Agent
3811  HEATHER AVE
Kingman, AZ 86401

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                     Served 4/17/2009

Aviall
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 671220
Dallas TX 75267-1220

AZ Dept. of Fire Buildiing
Attn: Bankruptcy Desk/Managing Agent
1110 W. Washington Ste 100
Phoenix, AZ 85007

Aztec Plumbing Corp.
Attn: Bankruptcy Desk/Managing Agent
2600 Losee Rd
N. Las Vegas, Nv 89030

B & B Engineering
Attn: Bankruptcy Desk/Managing Agent
1711 Stockton Hill Rd # 312
Kingman, AZ 86401

B & C Plumbing, Inc.
Attn: Bankruptcy Desk/Managing Agent
850 S. Boulder Highway # 190
Henderson NV 89015

B & F Construction Inc.
Attn: Bankruptcy Desk/Managing Agent
2735 Simmons St. #100
N Las Vegas NV 89032

B & L Plumbing of NV, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 34568
Las Vegas, NV 89133-4568

B.A.W.N.S.I.G.
Attn: Bankruptcy Desk/Managing Agent
810 E 5TH STREET
STE A
CARSON CITY, NV 89701

B.D. Trim
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly Ave. Suite B
Las Vegas NV 89122-7655

Badger Construction LLC
Attn: Bankruptcy Desk/Managing Agent
Dr. William W. Badger
11005 E. Chestnut Drive
Sun Lakes AZ 85248

Badger Construction, Inc
Attn: Bankruptcy Desk/Managing Agent
4810 E. Cartier Avenue
Las Vegas, NV 89115

Baird, Williams & Greer LLP
Attn: Bankruptcy Desk/Managing Agent
6225 N. 24th Street, Suite 125
Phoenix AZ 85016

Bair's Carpet Valley - C
Attn: Bankruptcy Desk/Managing Agent
BAIRIE/LOLA
7465 West Sunset Road
Suite 1200
Las Vegas NV 89113

Ballard Spahr Andrews Ingersol
Attn: Bankruptcy Desk/Managing Agent
3300 North Central Avenue
Suite 1800
Phoenix, AZ 85012

Ballons with a Twist
Attn: Bankruptcy Desk/Managing Agent
9811 W. Charleston Blvd.,
Suite 2443
Las Vegas NV 89117

Bancroft, Susa & Galloway
Attn: Bankruptcy Desk/Managing Agent
4713 E. Camp Lowell Drive
Tucson AZ 85712

BANGTSON MATTEW A & SARAH L CPWRS
Attn: Bankruptcy Desk/Managing Agent
3877  HEATHER AVE
Kingman, AZ 86401

Bank Of Oklahoma
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 268800
Oklahoma City, OK 73126-8800

Banner Outlet
Attn: Bankruptcy Desk/Managing Agent
6185 S. Valley View, Ste. B
Las Vegas NV 89118

Barecat Equipment, Inc.
Attn: Bankruptcy Desk/Managing Agent
3672 Pirate Circle
Hunington Beach CA 92649

Baron Pest Control
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 22229
Bullhead City AZ 86439

BARONE JAMES H III & JOY
Attn: Bankruptcy Desk/Managing Agent
3782  HEATHER AVE
Kingman, AZ 86401

Barragan Block
Attn: Bankruptcy Desk/Managing Agent
2272 Pondarosa Ln.
Bullhead City AZ 86442

Bart Direction Advertising/BDA
Attn: Bankruptcy Desk/Managing Agent
c/o Bart Price
850 Battery Street
San Francisco, CA 94111

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Bates Int'l Motor Homes
Attn: Bankruptcy Desk/Managing Agent
3690 S. Eastern Ave., Suite 220
Las Vegas NV 89119

BC Wire Rope
Attn: Bankruptcy Desk/Managing Agent
2720 E. Regal Park Dr.
Anaheim CA 92806

BE Business Executive
Attn: Bankruptcy Desk/Managing Agent
1001 East Sunset Road PO 96716
Las Vegas, NV 89193-6716

Beazer Homes
Attn: Bankruptcy Desk/Managing Agent
4670 S. Fort Apache # 200
Las Vegas, NV 89147

Beecher Carlson
Attn: Bankruptcy Desk/Managing Agent
Paul D. King (Direct Line)
19800 MacArthur Blvd.
Suite 300
Irvine CA 92612

Behavioral Healthcare Options
Attn: Bankruptcy Desk/Managing Agent
PO Box 15645
Las Vegas NV 89114-5645

Bell, Boyd & Lloyd
Attn: Bankruptcy Desk/Managing Agent
70 West Madison St. - Ste. 3300
Chicago, IL 60602

Berco, Inc.
Attn: Bankruptcy Desk/Managing Agent
1120 Montrose Avenue
St. Louis, MO 63104

BERDIEL OLGA M
Attn: Bankruptcy Desk/Managing Agent
3902  HEATHER AVE
Kingman, AZ 86401

Best Western Kings Inn
Attn: Bankruptcy Desk/Managing Agent
2930 East Andy Devine
Kingman AZ 86401

Better Business Bureau
Attn: Bankruptcy Desk/Managing Agent
2301 Palomino Lane
Las Vegas NV 89107-4503

Big O Tires
Attn: Bankruptcy Desk/Managing Agent
1942 E. Andy Devine Ave. RT. 66
Kingman AZ 86401

Bill Doty
Attn: Bankruptcy Desk/Managing Agent
5891 Arandas Court
Las Vegas NV 89103

Bill Heard Chevrolet
Attn: Bankruptcy Desk/Managing Agent
Dept. 1265
PO Box 2153
Birmingham AL 35287-1265

BIRON STEVE C
Attn: Bankruptcy Desk/Managing Agent
3901  HEATHER AVE
Kingman, AZ 86401

BLACK DEVELOPMENT LLC
Attn: Bankruptcy Desk/Managing Agent
3871  HEATHER AVE
Kingman, AZ 86401

BLACK JOSEPH & MARY CPWRS
Attn: Bankruptcy Desk/Managing Agent
3829  HEATHER AVE
Kingman, AZ 86401

BLR
Attn: Bankruptcy Desk/Managing Agent
141 Mill Rock Road East
Old Saybrook CT 06475

Blue Ribbon Stairs
Attn: Bankruptcy Desk/Managing Agent
5860 Alder Avenue
Suite 500
Sacramento CA 95828-1114

BlueLeap Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
3765 Preakness Lane
Suwanee GA 30024

B-Lure Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
4175 W. Tompkins Avenue
Las Vegas, NV 89103

BMT Micro Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 15016
Wilmington, NC 28408

Bob Barksdale
Attn: Bankruptcy Desk/Managing Agent
2288 E. Camino Rio
Tucson AZ 85718

Bob Fox
Attn: Bankruptcy Desk/Managing Agent
31840 N. 45th St.
Cave Creek AZ 85331

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                      **Served 4/17/2009**

Bob Morton
Attn: Bankruptcy Desk/Managing Agent
PO Box 4237
Kingman, AZ 86401

Bob's Barricades, Inc.
Attn: Bankruptcy Desk/Managing Agent
4630 Santa Fe Drive
Kingman, AZ 86401

Body Positive
Attn: Bankruptcy Desk/Managing Agent
1144 E McDowell Rd #200
Phoenix, AZ 85006

Bohannan Huston Inc.
Attn: Bankruptcy Desk/Managing Agent
Courtyard I
7500 Jefferson St. NE
Albuquerque, NM 89109-4335

Boriz &  Yalina Zhebrak
Attn: Bankruptcy Desk/Managing Agent
5408 S. Hannibal Way
Aurora CO 80015

Boys & Girls Clubs of the
Attn: Bankruptcy Desk/Managing Agent
East Valley A.J. Branch

.

Boys&Girls Clubs of Henderson
Attn: Bankruptcy Desk/Managing Agent
Attn: Danielle Peot
401 Drake Street
Las Vegas NV 89015-6016

Brad Boe
Attn: Bankruptcy Desk/Managing Agent
4321 W Massingale Rd
Tucson, AZ 85741

Brad Hamilton
Attn: Bankruptcy Desk/Managing Agent
4020 Driscoll Mtn
Las Vegas NV 89129

Brad S. & Gayle S. Blakeley
Attn: Bankruptcy Desk/Managing Agent
201 E. Desert Rose Drive
Henderson NV 89015

Brad Vowles
Attn: Bankruptcy Desk/Managing Agent
1016 Via Latina Street
Henderson, NV 89011

Bradstone
Attn: Bankruptcy Desk/Managing Agent
1013 E Delhi
N. Las Vegas, NV 89030

Branding Innovations, Inc
Attn: Bankruptcy Desk/Managing Agent
7096 Spring Beauty Ave.
Las Vegas NV 89131

Brandon Iron
Attn: Bankruptcy Desk/Managing Agent
3965 W. Oquendo Rd.
Las Vegas NV 89118

Bravo Underground, Inc.
Attn: Bankruptcy Desk/Managing Agent
1183 Center Point Drive
Henderson, NV 89074

Brenda F. Luna
Attn: Bankruptcy Desk/Managing Agent
934 S. Manzanita Dr.
West Covina, CA 91791-3350

Brenda F. Luna
Attn: Bankruptcy Desk/Managing Agent
and Linda Empleo Luna
934 S. Manzanita Dr.
West Covina CA 91791-3350

Brentano Fabrics
Attn: Bankruptcy Desk/Managing Agent
101 Henry Adams St
#144
San FranciscoCA  94103

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Briahna DeFilippis
Attn: Bankruptcy Desk/Managing Agent
9686 Phoenician Ave
Las Vegas, NV 89147

Brian DeFilippis
Attn: Bankruptcy Desk/Managing Agent
9686 Phoenician Ave
Las Veas, NV 89147

Brinks Incorporated
Attn: Bankruptcy Desk/Managing Agent
PO Box 651696
Charlotte NC 28265-1696

Brittney Burns
Attn: Bankruptcy Desk/Managing Agent
1014 Wannamaker Way
Henderson, NV 89015

Broadbent & Associates
Attn: Bankruptcy Desk/Managing Agent
8 West Pacific Avenue
Henderson NV 89015

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    Served 4/17/2009

BROADIE K D & CAROL A CPWRS
Attn: Bankruptcy Desk/Managing Agent
3166 MARSH CREEK
MC CAMMON, ID 83250

BROADIE K D & CAROL A CPWRS
Attn: Bankruptcy Desk/Managing Agent
4193 S ZIRCON RD
Golden Valley, AZ 86413

Brock Larsen Design
Attn: Bankruptcy Desk/Managing Agent
2318 Cove Ave.
Los Angeles CA 90039

Brown Drilling Inc
Attn: Bankruptcy Desk/Managing Agent
3595 E. Gordon Dr.
Kingman, AZ 86409

Brown Jordan Contract
Attn: Bankruptcy Desk/Managing Agent
9860 Gidley Street
El Monte, CA 91731

BRUNO LEE TRUSTEE 50
Attn: Bankruptcy Desk/Managing Agent
3931 HEATHER AVE
Kingman, AZ 86401

Brunschwig & Fils
Attn: Bankruptcy Desk/Managing Agent
75 Virginia Rd
North White Plains NY 10603-0905

Bryan L. Hermanson
Attn: Bankruptcy Desk/Managing Agent
California Mortgage & Realty

BUHR TREVOR L & KATHY L
Attn: Bankruptcy Desk/Managing Agent
3962 HEATHER AVE
Kingman, AZ 86401

Builder
Attn: Bankruptcy Desk/Managing Agent
PO Box 3530
Northbrook IL 60065-3530

Builder 1440
Attn: Bankruptcy Desk/Managing Agent
PO Box 8500-54957
Philadelphia, PA 19178-4957

Builder MT
Attn: Bankruptcy Desk/Managing Agent
200 Union Blvd. Ste 500
Lakewood, CO 80228

Builders Assoc. of Western NV
Attn: Bankruptcy Desk/Managing Agent
Self Insured Group
810 E. 5th Street
Carson City NV 89701

Builders Risk Plan
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 1795
Atlanta GA 31193-1795

Bullhead City Bee
Attn: Bankruptcy Desk/Managing Agent
1905 Lakeside Dr.
Bullhead City, AZ 86442

Bureau of Land Management
Attn: Bankruptcy Desk/Managing Agent
4785 Vegas Drive
Las Vegas NV 89108

Bureau of National Affairs
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 64543
Baltimore MD 21264-4543

BURLAKOFF GEORGE H
Attn: Bankruptcy Desk/Managing Agent
3848 HEATHER AVE
Kingman, AZ 86401

Business & Legal Reports
Attn: Bankruptcy Desk/Managing Agent
141 Mill Rock Road East
Old Saybrook CT 06475

Business Bank of Nevada
Attn: Bankruptcy Desk/Managing Agent
PO Box 82503
Las Vegas NV 89180-2503

C 5 Coatings, LLC
Attn: Bankruptcy Desk/Managing Agent
4894 Lone Mountain Drive #124
Las Vegas, NV 89130

C B S
Attn: Bankruptcy Desk/Managing Agent
52 South Hope Rd.
Suite 3
Golden Valley AZ 86413

Cabinetec, Inc.
Attn: Bankruptcy Desk/Managing Agent
2711 E. Craig Road Suite A & B
North Las Vegas NV 89030

Cadillac of Las Vegas W
Attn: Bankruptcy Desk/Managing Agent
5185 W. Sahara Blvd.
Las Vegas, NV 89146-3403

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    **Served 4/17/2009**

California Bar Journal
Attn: Bankruptcy Desk/Managing Agent
180 Howard St.
San Francisco CA 94105-1639

California D.M.V
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 942894
Sacremento CA 94294-0895

Callville Bay Resort
Attn: Bankruptcy Desk/Managing Agent
HCR-30 Box 100
Las Vegas, NV 89124

Canac Kitchens
Attn: Bankruptcy Desk/Managing Agent
4580 West Teco Avenue
Las Vegas, NV 89118

Candlelighters for Childhood
Attn: Bankruptcy Desk/Managing Agent
Cancer of Southern Nevada
3201 South Maryland Pkwy Ste 600
Las Vegas, NV 89109

Canyon State Enterprises, LLC
Attn: Bankruptcy Desk/Managing Agent
4030 Stockton Hill Rd. #15
Kingman AZ 86409

Canyon Tire Sales, Inc.
Attn: Bankruptcy Desk/Managing Agent
1240 Magnolia Avenue
Corona CA 98279

Canyon Trails Family Practice
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 379001
Las Vegas NV 89137-9001

Capital Cabinet Corp.
Attn: Bankruptcy Desk/Managing Agent
3645 Lossee Road
North Las Vegas NV 89030

Capitol Corporate Services
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1831
Austin TX 78767

Capitol North American
Attn: Bankruptcy Desk/Managing Agent
1780 South Mojave Road
Las Vegas NV 89104

Capriottis Sandwich Shop
Attn: Bankruptcy Desk/Managing Agent
4825 South Fort Apache
Las Vegas NV 89147

Capt Tubs Repair Service
Attn: Bankruptcy Desk/Managing Agent
2481 Daytona Avenue
Lake Havasu City, AZ 86403

Cardmember Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 790408
St. Louis MO 63179-0408

Carla Hampton
Attn: Bankruptcy Desk/Managing Agent
895 Sierra Vista Dr
Las Vegas, NV 89169

Carol Grove
Attn: Bankruptcy Desk/Managing Agent
1801 California St.
#100
Denver CO 80202

Carol Spoerl
Attn: Bankruptcy Desk/Managing Agent
1982 Ascot
Morado, CA 94556

Carpets N More
Attn: Bankruptcy Desk/Managing Agent
3185 E Tropicana Avenue
Las Vegas, NV 89121

Carpino Stone Applications
Attn: Bankruptcy Desk/Managing Agent
1987 Whitney Mesa Dr.
Henderson, NV 89014

CARTER AL & SANDY CPWRS
Attn: Bankruptcy Desk/Managing Agent
4353 S OPAL RD
Golden Valley, AZ 86413

CARTER AL & SANDY CPWRS
Attn: Bankruptcy Desk/Managing Agent
PO BOX 608
BROWNSVILLE, CA 95919

Carter-Burgess, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 99350
Fort Worth, TX 76199-0350

Cashman Equipment Company
Attn: Bankruptcy Desk/Managing Agent
File # 56751
Los Angeles CA 90074-6751

Cassidy & Associates
Attn: Bankruptcy Desk/Managing Agent
700 Thirteenth Street N.W.
Suite 400
Washington DC 20005

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                          **Served 4/17/2009**

Caterpillar Financial Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 100647
Pasadena CA 91189-0647

CATV 77
Attn: Bankruptcy Desk/Managing Agent
211 E. Beale Street
Kingman, AZ 86401

CBC Trucking Inc
Attn: Bankruptcy Desk/Managing Agent
3393 Rancho Rd.
Golden Valley, AZ 86413

CCI Painting
Attn: Bankruptcy Desk/Managing Agent
224 N. Lincoln Avenue
Corona, CA 92882

CE Customs
Attn: Bankruptcy Desk/Managing Agent
2430 Mohave Trail
Golden Valley, AZ 86413

Cedar Roofing Company In
Attn: Bankruptcy Desk/Managing Agent
3645 W. Oquendo, Suite #200
Las Vegas, Nv 89118-3145

Cedco,Inc.
Attn: Bankruptcy Desk/Managing Agent
7210 Placid Street
Las Vegas, NV 89119

Center Emergency Physicians
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 13909
Philadelphia PA 19101-3909

Century 21
Attn: Bankruptcy Desk/Managing Agent
Barbara Ricca Realty
P.O. Box 3368
Kingman, AZ 86402

Century 21 Moneyworld
Attn: Bankruptcy Desk/Managing Agent
9230 S. East Ave.
Las Vegas, NV 89123

Century Cast Product Inc
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 2933
Pomona, CA 91769-2933

Ceridian
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 10989
Newark NJ 07193

CF Dominicana Cigars
Attn: Bankruptcy Desk/Managing Agent
1070 Manor Road
Staten Island NY 10314

CHAMBERLAIN EDWARD R & JUDITH JT
Attn: Bankruptcy Desk/Managing Agent
3932  HEATHER AVE
Kingman, AZ 86401

CHANEY MORRIS J II & MELISSA CO-TRUSTEES
Attn: Bankruptcy Desk/Managing Agent
3907  HEATHER AVE
Kingman, AZ 86401

Chantal Sullivan
Attn: Bankruptcy Desk/Managing Agent
1795 Belcastro
Las Vegas, NV 89117

Charles & Clara Nagy
Attn: Bankruptcy Desk/Managing Agent
7505 Devon Lane
Chesterland OH 44026

Charles E. Kelly and Associate
Attn: Bankruptcy Desk/Managing Agent
The Kelly Law Building
706 S. Eighth Street
Las Vegas NV 89101

Charles Hatherill
Attn: Bankruptcy Desk/Managing Agent
8555 W Sahara
Las Vegas, NV 89117

Charles Sakura
Attn: Bankruptcy Desk/Managing Agent
9416 Arcadia Woods Court
Las Vegas NV 89149

Charter Furniture
Attn: Bankruptcy Desk/Managing Agent
9401 Whitmore Street
El Monte, CA 91733

Chawla Associates
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 26931
Las Vegas NV 89126

Cheep-Cheep Movers
Attn: Bankruptcy Desk/Managing Agent
1650 Helm Drive, Ste 700
Las Vegas, NV 89119

Chefs for Kids, Inc
Attn: Bankruptcy Desk/Managing Agent
1208 Emerywood Court #D
Las Vegas NV 89117

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    **Served 4/17/2009**

Cherine Cope
Attn: Bankruptcy Desk/Managing Agent
10476 Fancy Fern Street
Las Vegas NV 89123

Chicago Title Acc't Servicing
Attn: Bankruptcy Desk/Managing Agent
1975 Highway 95
Bullhead City AZ 86442

Chicago Title Co.
Attn: Bankruptcy Desk/Managing Agent
621 Riverside Drive
Parker AZ 85344

Chicago Title Company
Attn: Bankruptcy Desk/Managing Agent
16969 Von Karman
Irvine, CA 92606

Chicago Title Insurance Co.
Attn: Bankruptcy Desk/Managing Agent
2699 E. Andy Devine Ave.
PO Box 3599
Kingman AZ 86401

CHINYERE ANSEL & STELIA CPWRS
Attn: Bankruptcy Desk/Managing Agent
3938  HEATHER AVE
Kingman, AZ 86401

Choice One Graphics
Attn: Bankruptcy Desk/Managing Agent
142 SE Airpark Dr.
Bend, OR 97702

Chondra Cooley
Attn: Bankruptcy Desk/Managing Agent
274 Broadcast Ave
Las Vegas, NV 89183

Chris Burley
Attn: Bankruptcy Desk/Managing Agent
2240 Runabout Drive
Lake Havasu City, AZ 86403

Chris Woidzik
Attn: Bankruptcy Desk/Managing Agent
3948 Button Creek St
Las Vegas, NV 89183

Christian Carpentry
Attn: Bankruptcy Desk/Managing Agent
5435 N Rainbow Blvd
Las Vegas, NV 89130

Christian Hope
Attn: Bankruptcy Desk/Managing Agent
3113 Barbara Court
Hollywood, CA 90068

Christina Perez
Attn: Bankruptcy Desk/Managing Agent
5013 Royal Lake Ave
Las Vegas, NV 89131

Christina Thebeau
Attn: Bankruptcy Desk/Managing Agent
10245 Hurley Cross Ln
Las Vegas, NV 89144

Christoper Boyd
Attn: Bankruptcy Desk/Managing Agent
728 Whispering Palms
Las Vegas, NV 89123

Christopher & Allison Moderson
Attn: Bankruptcy Desk/Managing Agent
1802 Tiger Creek Ave
Henderson NV 89012

Chubb Group of Ins. Co.
Attn: Bankruptcy Desk/Managing Agent
PO Box 7247-0180
Philadelphia PA 19170-0180

Cingular Wireless
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 54360
Los Angeles CA 90054-0360

Cingular Wireless
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60017
Los Angeles, CA 90060-0017

Cingular Wireless
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79075
Phoenix AZ 85062-9075

Cingular Wireless CA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60017
Los Angeles CA 90060-0017

Cintas LOC #F35
Attn: Bankruptcy Desk/Managing Agent
1825 W. Parkside Lane
Phoenix AZ 85027

Cintas LOC #F35
Attn: Bankruptcy Desk/Managing Agent
5432 W. Missouri Ave
Glendale AZ  85301

Circuit City
Attn: Bankruptcy Desk/Managing Agent
3778 S Maryland Pkwy
Las Vegas, NV 89119

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    **Served 4/17/2009**

CIT Group/Sales Financing, Inc
Attn: Bankruptcy Desk/Managing Agent
Mrs. Valeris
715 S. Metropolitan Avenue
P.O. Box 24330
Oklahoma City OK 73124

City Demolition Disposal
Attn: Bankruptcy Desk/Managing Agent
1020 Schritter Way
Kingman AZ 86401

City of Henderson
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV 89005-5011

City of Henderson Utility Serv
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 95011
Henderson NV 89009-5011

City of Henderson-Finance Dept
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 95007
Henderson, NV 89009-5007

City of Kingman
Attn: Bankruptcy Desk/Managing Agent
412 Oak St.
Kingman AZ 86401

City of Kingman, AZ
Attn: Bankruptcy Desk/Managing Agent
310 North 4th Street
Kingman AZ 86401-5817

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
Department of Finance & Business
400 Stewart Avenue
Las Vegas NV 89193

City of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
PO Box 1900
Las Vegas NV 89125

City of Las Vegas - Sewer
Attn: Bankruptcy Desk/Managing Agent
Department of Finance & Business
P.O. Box 52794
Phoenix, AZ 85072-2794

Clark Co Air Quality & Environ
Attn: Bankruptcy Desk/Managing Agent
Management
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark Co Bldg Dept
Attn: Bankruptcy Desk/Managing Agent
BRENDA
500 S Grand Central Pkwy
PO Box 553530
Las Vegas NV 89115-3530

Clark Co. Water Reclamation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98523
Las Vegas NV 89193-8526

Clark County
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155

Clark County Assessor
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
Las Vegas NV 89155-1401

Clark County Business License
Attn: Bankruptcy Desk/Managing Agent
PO Box 98627
Las Vegas, NV 89193-8627

Clark County Clerk
Attn: Bankruptcy Desk/Managing Agent
200 Lewis Ave.
3rd Floor
Las Vegas NV 89101

Clark County Develop. Services
Attn: Bankruptcy Desk/Managing Agent
4701 Russell Rd
Las Veags, NV 89118

Clark County Fire Dept.
Attn: Bankruptcy Desk/Managing Agent
575 East Flamingo Road
Las Vegas, NV 89119

Clark County GIS Mangement
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
#4016
Las Vegas NV 89106

Clark County Public Work
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 553530
Las Vegas NV 89115-3530

Clark County Recorders
Attn: Bankruptcy Desk/Managing Agent
500 South Grand Central Pkwy
PO Box 551510  2nd Floor
Las Vegas NV 89155-1510

Clark County Sanitation
Attn: Bankruptcy Desk/Managing Agent
5857 East Flamingo
Las Vegas NV 89122

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pky,1st Flr
P. O. Box 551220
Las Vegas NV 89155-1220

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                              Served 4/17/2009

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

CLAS Information Services
Attn: Bankruptcy Desk/Managing Agent
2020 Hurley Way
Suite 350
Sacramento CA 95825

Classic Architectural Precast
Attn: Bankruptcy Desk/Managing Agent
1701 Athol Ave.
Henderson NV 89015

Classic Door & Trim Inc.
Attn: Bankruptcy Desk/Managing Agent
Robb Blenker
4625 Wynn Road
Building B Suite #1
Las Vegas NV 89103

Classic Plumbing Inc
Attn: Bankruptcy Desk/Managing Agent
3823 Losee Rd.
N Las Vegas, NV 89030

Clear Channel Broadcasting Inc
Attn: Bankruptcy Desk/Managing Agent
File Number 91100
Los Angeles CA 90074-1100

Clint Sherrill & Assoc., Inc.
Attn: Bankruptcy Desk/Managing Agent
730 San Mateo SE
Albuquerque NM 87108

CM Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
10967 Lampione Street
Las Vegas, NV 89141

Coastal Living
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 62349
Tampa FL 33662

Coldwell Banker
Attn: Bankruptcy Desk/Managing Agent
Referral Fee
400 Primrose Road
Burlingame, CA 94010

Coldwell Banker
Attn: Bankruptcy Desk/Managing Agent
The Judd Group, Inc.
321 S. Lake Havasu Avenue
Lake Havasu City AZ 86403

Coldwell Banker Commercial
Attn: Bankruptcy Desk/Managing Agent
321 S. Lake Havasu Avenue
Lake Havasu City AZ 86403

Colonial Flag
Attn: Bankruptcy Desk/Managing Agent
6313 S. Pecos Rd # 2
Las Vegas, NV 89120

Colonial Supplemental Insur
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 1365
Columbia, SC 29202-1365

Color Connections
Attn: Bankruptcy Desk/Managing Agent
Russ Doerner
3880 Stockton Hill Rd.
Ste. 103-291
Kingman AZ 86409

Color Gamut Digital Imaging
Attn: Bankruptcy Desk/Managing Agent
1889 E. Maule Ave Unit J
Las Vegas NV 89119

Comfort Engineering Inc
Attn: Bankruptcy Desk/Managing Agent
9175 W. Flamingo Rd.
Las Vegas, Nv 89147

Commerce Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
4511 W. Cheyenne, Suite 801
N. Las Vegas, NV 89032

Commerce Title Company
Attn: Bankruptcy Desk/Managing Agent
8970 W. Tropicana
Las Vegas NV 89147

Commercial Cabinet Company
Attn: Bankruptcy Desk/Managing Agent
3015 E. Post Road
Las Vegas NV 89120

Community Bank
Attn: Bankruptcy Desk/Managing Agent
7676 W. Lake Mead Blvd.
Las Vegas, NV 89128

Community Bank of Nevada
Attn: Bankruptcy Desk/Managing Agent
Attn: Matt Lanning
8945 West Russell Rd., Ste 300
Las Vegas NV 89148

COMP USA, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 200670
Dallas, TX 75320-0670

Competitive Edge
Attn: Bankruptcy Desk/Managing Agent
5021 Ixworth Place
Westminster CA 92683

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                              **Served 4/17/2009**

Complete Business Systems
Attn: Bankruptcy Desk/Managing Agent
1601 E. Marble Canyon Dr.
Bullhead City AZ 86442

Computer Forms
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 23456
Portland OR 97281-3456

ComTech Communications Systems
Attn: Bankruptcy Desk/Managing Agent
4330 W. Desert Inn
Suite E
Las Vegas NV 89102-7636

Concrete Visions, Inc.
Attn: Bankruptcy Desk/Managing Agent
4255 E Charleston Blvd Ste 331
Las Vegas NV 89104

Connie King
Attn: Bankruptcy Desk/Managing Agent
241 Mariposa Way
Henderson NV 89015

Consolidated Mortgage Co
Attn: Bankruptcy Desk/Managing Agent
1291 Galleria Drive
Henderson, NV 89014

Consolidated Office
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 12995
Palm Desert, CA 92255-2995

Consolidated Reprographi
Attn: Bankruptcy Desk/Managing Agent
345 Clinton St.
Costa Mesa, CA 92626-6011

Construction Book Express
Attn: Bankruptcy Desk/Managing Agent
30 Oser Avenue Suite 500
Hauppauge NY11788

Constructive Business Systems
Attn: Bankruptcy Desk/Managing Agent
5310 Harvest Hill Rd
Suite 200
Dallas TX 75230

Consulting Engineers Corp.
Attn: Bankruptcy Desk/Managing Agent
11480 Sunset Hills Road
Suite #200E
Reston, VA 20190

Contech Construction Products
Attn: Bankruptcy Desk/Managing Agent
PO Box 232151
Las Vegas NV 89105

Cooper Research
Attn: Bankruptcy Desk/Managing Agent
3396 Skyline View Dr
Reno NV 89509

Copy Shop
Attn: Bankruptcy Desk/Managing Agent
3324 E Lake Mead Blvd
N Las Vegas, NV 89030

Corazon Estrella
Attn: Bankruptcy Desk/Managing Agent
10030 S Estrella Pkwy
Goodyear, AZ 85338

CORBETT DAVID M & CAMBREA B CPWRS
Attn: Bankruptcy Desk/Managing Agent
3914  HEATHER AVE
Kingman, AZ 86401

Corby D. Arnold, Esq.
Attn: Bankruptcy Desk/Managing Agent
2965 S. Jones Suite A
Las Vegas NV 89146

Coronado Masonry
Attn: Bankruptcy Desk/Managing Agent
5620 Stephanie St.
Las Vegas, NV 89122

Corporation Service Company
Attn: Bankruptcy Desk/Managing Agent
2711 Centerville Road
Wilmington DE19808

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

CORT Clearance Center
Attn: Bankruptcy Desk/Managing Agent
4855 W. Harmon Ave, Ste B
Las Vegas NV 89103

Costa Window Treatments, Inc.
Attn: Bankruptcy Desk/Managing Agent
1 NE 40th Street, #2
Miami, FL 33137

Country Casual
Attn: Bankruptcy Desk/Managing Agent
7601 Rickenbacker Dr.
Gaithersburg, MD 20879

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

Countrywide Home Loans
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 650070
Dallas TX 75265-0070

Countrywide Realty
Attn: Bankruptcy Desk/Managing Agent
1401 E. Charleston Blvd.
Las Vegas NV 89104

Countrywide Tax Service Corp.
Attn: Bankruptcy Desk/Managing Agent
PO Box 10211-Sv3-24
Van Nuys CA 91410-0211

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Cox Communications
Attn: Bankruptcy Desk/Managing Agent
121 S. Martin Luther King
Las Vegas NV 89106

Cox Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 6059
Cypress, CA 90630-0059

Coyote Country
Attn: Bankruptcy Desk/Managing Agent
1455 East Tropicana
Suite 800
Las Vegas NV 89119

Craig Plumbing
Attn: Bankruptcy Desk/Managing Agent
1899 Commander Dr.
Lake Havasu City AZ 86403

Credit Suisse First Boston
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable - IBD
11 Madison Avenue, 11th Floor
New York NY 10010

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

CSi Concrete
Attn: Bankruptcy Desk/Managing Agent
4070 Ponderosa Way
Las Vegas NV 89118

CT Corporation
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4349
Carol Stream IL 60197-4349

Culligan Water Conditioning
Attn: Bankruptcy Desk/Managing Agent
111 S. 4th St.
Kingman AZ 86401

Cummins Rocky Mountain LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 894418
Los Angeles, CA 90189-4418

Cunha Construction Inc
Attn: Bankruptcy Desk/Managing Agent
904 Eugene Cernan St.
Las Vegas NV 89145

Cushman & Wakefield Texas,Inc.
Attn: Bankruptcy Desk/Managing Agent
Michael L. Miller
1330 Post Oak Boulevard
Suite 2700
Houston TX 77056

Custom Furniture Rental
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 270037
273 S. Martin Luther King Blvd.
Las Vegas, NV 89127-0037

Custom Hearth Dist.,Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 335367
N. Las Vegas, NV 89033

Custom Specialties
Attn: Bankruptcy Desk/Managing Agent
2255 Crestline Loop
N. Las Vegas NV 89030

CVL Consultants, Inc.
Attn: Bankruptcy Desk/Managing Agent
6280 South Valley View, Ste200
Las Vegas, NV 89118

D & B
Attn: Bankruptcy Desk/Managing Agent
75 Remittance Drive, Suite 1793
Chicago IL 60675-1793

D W Turner Public Relations
Attn: Bankruptcy Desk/Managing Agent
400 Gold Ave SW Suite 700
Albuquerque NM 87102

D.M. Babij Welding
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 620092
Las Vegas NV 89162-0092

DAB Enterprises LLC
Attn: Bankruptcy Desk/Managing Agent
7650 S. McClintock Dr. Suite 103
Tempe, AZ 85283-1673

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                        Served 4/17/2009

Dale Smith
Attn: Bankruptcy Desk/Managing Agent
629 S. Eloy Road
Golden Valley, AZ 86413

Dan Bradley's Glass Corp
Attn: Bankruptcy Desk/Managing Agent
4125 W. Desert Inn
Las Vegas, NV 89102

Dan Melnick Research, Inc.
Attn: Bankruptcy Desk/Managing Agent
dba. DMR Web Design Services
6005 Loganwood Dr.
Rockville MD 20852

Daniel Brodsky Architect &
Attn: Bankruptcy Desk/Managing Agent
Assoc., Inc
5320 N. 16th St. Suite 204
Phoenix AZ 85016

Daniell's Septic Tank
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1483
Bullhead City, AZ 86430

Danny McAlindon
Attn: Bankruptcy Desk/Managing Agent
523 Sheffield Dr
Henderson, NV 89014

DAQEM
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 555210
Las Vegas NV 89155

Darlak Construction
Attn: Bankruptcy Desk/Managing Agent
141 Industrial Park Road # 305
Henderson NV 89015-6609

Data Traq
Attn: Bankruptcy Desk/Managing Agent
Attn: Jan DeMaggio
3500 Embudito NE
Albuquerque NM 87111

Dave Baxter
Attn: Bankruptcy Desk/Managing Agent
10 Indian Run Way
Las Vegas, NV 89148

David  Liu & Associates
Attn: Bankruptcy Desk/Managing Agent
10217 Hawk Bay Place
Las Vegas NV 89144

David Billingsley
Attn: Bankruptcy Desk/Managing Agent
4507 E Thorn Tree Dr.
Cave Creek, AZ 85331

David M. Brown
Attn: Bankruptcy Desk/Managing Agent
1280 Oliva Parkway
Henderson NV 89011

David N. Viger Jr., LLC
Attn: Bankruptcy Desk/Managing Agent
1704 Sun Shower Ct.
Henderson NV 89074

David Spencer
Attn: Bankruptcy Desk/Managing Agent
2500 Teddy Dr
Las Vegas, NV 89102

DBH Resources, Inc.
Attn: Bankruptcy Desk/Managing Agent
3415 S. Sepulveda Blvd. Ste900
Los Angeles, CA 90034

DC Installation Corp
Attn: Bankruptcy Desk/Managing Agent
6185 S. Valley View
Ste G
Las Vegas NV 89118

DCD Realty
Attn: Bankruptcy Desk/Managing Agent
616 E Beale St
Kingman, AZ 86401

Dean & Dunn Roofing
Attn: Bankruptcy Desk/Managing Agent
5385 South Cameron
Suite 21
Las Vegas NV 89118

Decorators Express
Attn: Bankruptcy Desk/Managing Agent
2055 Randolph Street
Bell Gardens, CA 90255

Del Engineering, Inc.
Attn: Bankruptcy Desk/Managing Agent
4965 N. Dapple Gray Road
Las Vegas NV 89149

Dell Commercial Credit
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 689020
Dept. 50-0059073471
Des Moines IA 50368-9020

Dell Financial Services
Attn: Bankruptcy Desk/Managing Agent
Payment Processing Center
4307 Collections Center Drive
Chicago IL 60693

Dell Service Sales
Attn: Bankruptcy Desk/Managing Agent
P.O Box 22130
Oakland CA 94623

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                              Served 4/17/2009

Deloitte & Touche LLP
Attn: Bankruptcy Desk/Managing Agent
PO Box 403568
Atlanta GA 30384-3568

Deloitte Financial Advisory
Attn: Bankruptcy Desk/Managing Agent
Services LLP
13763 Collections Center Dr.
Chicago IL 60693

Delta Economic Consulting
Attn: Bankruptcy Desk/Managing Agent
Nedra
16869 S.W. 65th Avenue
PMB 379
Portland OR 97035-7865

Dennis Nolan for Nevada
Attn: Bankruptcy Desk/Managing Agent
State Senate
,

Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept Fire Bldg & Life Safety
Attn: Bankruptcy Desk/Managing Agent
1100 West Washington - Ste. 100
Phoenix, AZ 85007-2935

Dept of Homeland Security
Attn: Bankruptcy Desk/Managing Agent
7900 Airport Rd
Winnemucca, NV 89445

Dept of Motor Vehicles
Attn: Bankruptcy Desk/Managing Agent
Registration Division
Las Vegas NV 89102

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Home Electric
Attn: Bankruptcy Desk/Managing Agent
8635 W.Sahara Blvd., # 441
Las Vegas NV 89117

Desert Lincoln Mercury
Attn: Bankruptcy Desk/Managing Agent
240 North Gibson Road
Henderson, NV 89014

Desert Lumber Co
Attn: Bankruptcy Desk/Managing Agent
4950 North Bert
N. Las Vegas NV 89031

Desert Plastering, LLC
Attn: Bankruptcy Desk/Managing Agent
2602 Losee Road
North Las Vegas, NV 89030

Desert Ridge Landscaping
Attn: Bankruptcy Desk/Managing Agent
3840 Cholla Drive
Lake Havasu City, AZ 86406

Desert Volkswagon
Attn: Bankruptcy Desk/Managing Agent
6375 W Sahara
Las Vegas, NV 89146

Design Lens, LLC
Attn: Bankruptcy Desk/Managing Agent
15 N. Vista De La Luna
Laguna Beach CA 92651

Design Space Modular Buildings
Attn: Bankruptcy Desk/Managing Agent
Accounts Receivable
2235 Encinitas Blvd., Ste 111
Encinitas, CA 92024-4356

Developers Maintenance
Attn: Bankruptcy Desk/Managing Agent
4080 E. Lake Mead Blvd.
#220-C
Las Vegas NV 89115

Development Planning & Finance
Attn: Bankruptcy Desk/Managing Agent
3302 East Indian School,Phoeni
27127 Calle Arroyo
Suite 1910
San Juan Capistrano CA 92675

Devine Flooring LLC
Attn: Bankruptcy Desk/Managing Agent
2153 E. Gordon, Ste E
Kingman, AZ 86401

Devonshire Group
Attn: Bankruptcy Desk/Managing Agent
1851 East First Street
Suite 1400
Santa Ana CA 92705

Diamond Concrete Cutting
Attn: Bankruptcy Desk/Managing Agent
80 Corporate Park Drive
Henderson NV  89074

Diamond Spring Water
Attn: Bankruptcy Desk/Managing Agent
2428 Ashfork Ave.
Kingman AZ 86401

Diamond Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
5740 S. Arville St., Suite 205
Las Vegas NV 89118

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

DILLON BOBBY L & DOROTHY CPWRS
Attn: Bankruptcy Desk/Managing Agent
5033 S AMYTHEST RD
Golden Valley, AZ 86413

DILLON BOBBY L & DOROTHY CPWRS
Attn: Bankruptcy Desk/Managing Agent
791 AURORA WY
BLYTHE, CA 92225

Direct Grading & Paving
Attn: Bankruptcy Desk/Managing Agent
2755 N. Lamont
Las Vegas NV 89115

Dirk Griffith
Attn: Bankruptcy Desk/Managing Agent
272 Arbour Gardens Ave
Las Vegas, NV 89148

Discount Cellular Accessories
Attn: Bankruptcy Desk/Managing Agent
22935 Ventura Blvd, Suite 228
Woodland Hills CA 91364

Distinctive Homes Magazine
Attn: Bankruptcy Desk/Managing Agent
PO Box 9277
Canton OH 44711

Distinctive Marble Inc.
Attn: Bankruptcy Desk/Managing Agent
40 North Mojave Road
Las Vegas, NV 89101

Div. of Water Resources
Attn: Bankruptcy Desk/Managing Agent
State of Nevada
123 W. Nyle Lane, Ste 246
Carson City NV 89706-0818

Diversified Protection Systems
Attn: Bankruptcy Desk/Managing Agent
6672 Boulder Highway
Suite 1
Las Vegas NV 89122

Division of Real Estate
Attn: Bankruptcy Desk/Managing Agent
2501 E Sahara Ave #102
Las Vegas, NV 89104

D-Lighted
Attn: Bankruptcy Desk/Managing Agent
5046 Spanish Hills Drive
Las Vegas NV 89148

DMR Web Designs Services
Attn: Bankruptcy Desk/Managing Agent
6005 Loganwood Dr
Rockville, MD 20815

Document Event Videography
Attn: Bankruptcy Desk/Managing Agent
6822 Sebring St.
Las Vegas NV 89103-4302

Don Kletzien
Attn: Bankruptcy Desk/Managing Agent
5180 Cameron Street #6
Las Vegas, Nv 89118

Donovan Burns
Attn: Bankruptcy Desk/Managing Agent
6150 W. 14400 S
Herriman UT 84096

Don's Office Products
Attn: Bankruptcy Desk/Managing Agent
216 N. 5th Street
Kingmen AZ 86401-5818

Doris J. Schoonover
Attn: Bankruptcy Desk/Managing Agent
3203 E Thompson Ave
Kingman, AZ 86409

Dorothy Garrett
Attn: Bankruptcy Desk/Managing Agent
9568 Los Cotos
Las Vegas NV 89147

Double A Electric, LLC
Attn: Bankruptcy Desk/Managing Agent
2625 E. Craig Unit A
N. Las Vegas, NV 89030

Douglas E. Swallow
Attn: Bankruptcy Desk/Managing Agent
2940 Majestic Heights
Las Vegas NV 89117

Dow Jones & Company, Inc
Attn: Bankruptcy Desk/Managing Agent
OCR Processing
P.O. Box 931
Chicopee MA 01021-0931

Down by the River Finish Carpe
Attn: Bankruptcy Desk/Managing Agent
3108 Leawood Drive #B
Lake Havasu City, AZ 86404

Downey Brand, LLP
Attn: Bankruptcy Desk/Managing Agent
downeybrand.com
Attorneys-at-Law
555 Capitol Mall, 10th Floor
Sacramento CA 95814

Dr. Drywall & Paint,Too
Attn: Bankruptcy Desk/Managing Agent
953 E. Sahara Bldg F # F15
Las Vegas, NV 89104

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                        Served 4/17/2009

Drew Asphalt Paving, Inc.
Attn: Bankruptcy Desk/Managing Agent
4510 N. Valadez St.
Las Vegas NV 89129

DRI Research Foundation
Attn: Bankruptcy Desk/Managing Agent
Attn: Hilary Crowley
755 East Flamingo Road
Las Vegas NV 89119

DRI Residential Corporation
Attn: Bankruptcy Desk/Managing Agent
5025 W. Diablo Drive
Las Vegas, NV 89118

D'Style
Attn: Bankruptcy Desk/Managing Agent
Sharon/Steve
c/o Quantum Resources
13030 Inglewood Ave. #200
Hawthorne CA 90250

Dylan Ltd.
Attn: Bankruptcy Desk/Managing Agent
4911 Mission Bay Drive
Las Vegas, NV 89113-1350

Dynasty Cultured Marble Prod.
Attn: Bankruptcy Desk/Managing Agent
3099 Sycamore Ave.
Kingman AZ 86401

Dyntek Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
1453 Paysphere Circle
Chicago, IL 60674-0014

E.O.C.
Attn: Bankruptcy Desk/Managing Agent
1705 Anderson Avenue
Compton CA 90220

Eagle Chemical Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 11033
Fort Mojave AZ 86427

Eagle Jet Aviation
Attn: Bankruptcy Desk/Managing Agent
5220 Haven St.
Suite 105, Hanger 5
Las Vegas, NV 89119

Eagle Promotions
Attn: Bankruptcy Desk/Managing Agent
4575 W. Post Road Ste 100
Las Vegas, NV 89118

EarthLink Network, Inc.
Attn: Bankruptcy Desk/Managing Agent
1375 Peachtree St. N.E.
Atlanta, GA 30309-3173

East Valley Partnership
Attn: Bankruptcy Desk/Managing Agent
2500 S. Power Road
Suite 225-1
Mesa, AZ 85209

Ebbin Moser + Skaggs LLP
Attn: Bankruptcy Desk/Managing Agent
550 Montgomery St., Suite 900
San Francisco CA 94111

Ecamerafilms.com
Attn: Bankruptcy Desk/Managing Agent
60 South 2nd Street
Suite K
Deer Park, NY 11729

ECamSecure Inc.
Attn: Bankruptcy Desk/Managing Agent
436 W. Walnut St.
Gardena CA 90248

Echo Storage Options
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6487
Kingman AZ 86402-6487

Econ Appliance
Attn: Bankruptcy Desk/Managing Agent
Greg Stamm
6630 Arroyo Springs St.
ste 1200
Las Vegas NV 89113

Economy Movers
Attn: Bankruptcy Desk/Managing Agent
4287 W. Swift
P.O. Box 7624
Fresno CA 93747

Edward A. Williams
Attn: Bankruptcy Desk/Managing Agent
3214 Velvet Rose
Las Vegas, NV 89135

Edward S. Jones
Attn: Bankruptcy Desk/Managing Agent
and Bua T. Jones
7020 Statendam Court
McLean VA 22101

Effective Risk Management
Attn: Bankruptcy Desk/Managing Agent
Pauline Thomas, CRM,CIC,ARM
19200 Von Karman Ave, Ste 500
Irvine CA 92612-8553

Efficient Space Planning
Attn: Bankruptcy Desk/Managing Agent
4337 W. Sunset Rd
Las Vegas NV 89118

Egbert Power and Sound Inc
Attn: Bankruptcy Desk/Managing Agent
3585 S. Highland Dr. # 52
Las Vegas, NV 89103

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    **Served 4/17/2009**

Electric Lightwave, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 20553
Rochester NY 14602-0553

Element Landscape & Concrete
Attn: Bankruptcy Desk/Managing Agent
27 Painted View St.
Henderson NV  89012

Elite Realty
Attn: Bankruptcy Desk/Managing Agent
Alexis Harding
8605 S. Eastern Ave Ste B-102
Las Vegas NV

Ellensworth Truck & Auto Mach.
Attn: Bankruptcy Desk/Managing Agent
1167 Knollwood Circle
Anaheim CA 92801

Embarq
Attn: Bankruptcy Desk/Managing Agent
PO Box 79133
Phoenix AZ 85062-9133

Embarq Communications, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 79255
City of Industry, CA 91716-9255

Emedco
Attn: Bankruptcy Desk/Managing Agent
P.O. Box
Buffalo NY 14240-0369

Emilia Sambajon
Attn: Bankruptcy Desk/Managing Agent
2 Ibis Court
Henderson NV  89052

Emily Choe-Keller Williams
Attn: Bankruptcy Desk/Managing Agent
4652 Hollywood Blvd
Los Angeles, CA 90027

Empire Cat
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2985
Phoenix AZ 85062

Empire Southwest LLC
Attn: Bankruptcy Desk/Managing Agent
PO BOX 29879
Phoenix AZ 85038-9879

Empire Steel, LLC
Attn: Bankruptcy Desk/Managing Agent
1757 Autumn Rust Dr.
Las Vegas, NV 89119

Empire Transport
Attn: Bankruptcy Desk/Managing Agent
40 W. Iron Ave.
Mesa AZ 85210

Environmental Health Serv. Inc
Attn: Bankruptcy Desk/Managing Agent
3460 W. cheyenne Ave.
North Las Vegas NV 89032

Environmental Technology Serv
Attn: Bankruptcy Desk/Managing Agent
3020 Builders Avenue
Las Vegas NV 89101

EnviroSpecialist
Attn: Bankruptcy Desk/Managing Agent
PO Box 1288
Ft. Worth, TX 76101-1288

Epicurean Charitable Foundatio
Attn: Bankruptcy Desk/Managing Agent
8970 West Tropicana Ave
Suite 2
Las Vegas NV 89147

Equipment Finance & Leasing
Attn: Bankruptcy Desk/Managing Agent
NW-8178
P.O. Box 1450
Minneapolis MN 55485-8178

Eric & Hsiao Chin Endy
Attn: Bankruptcy Desk/Managing Agent
2037 Cherry Creek Circle
Las Vegas NV 89135

Eric J. Tune
Attn: Bankruptcy Desk/Managing Agent
1360 Egbert Ave
San Francisco, CA 94124

Eric Nielson
Attn: Bankruptcy Desk/Managing Agent
9836 Red Deer St
Las Vegas, LV 89143

Ernest C. Fagg
Attn: Bankruptcy Desk/Managing Agent
134 Magnesium Street
Henderson NV  89015

Errol L. Montgomery & Assoc.
Attn: Bankruptcy Desk/Managing Agent
Consultants in Hydrogeology
1550 E Prince Road
Tucson AZ 85719

ESPN Radio 920
Attn: Bankruptcy Desk/Managing Agent
KBAD AM
8755 W. Flamingo Rd
Las Vegas NV 89147

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

Eurodesign, Inc
Attn: Bankruptcy Desk/Managing Agent
13428 Benson Avenue
Chino, CA 91710

Evan Forrest
Attn: Bankruptcy Desk/Managing Agent
1510 Broad St
San Luis Obispo, CA 93401

Event 1 Software
Attn: Bankruptcy Desk/Managing Agent
9320 SW Barbur
Suite 240
Portland OR 97219

Ever-Pac
Attn: Bankruptcy Desk/Managing Agent
2499 Palmyrita Ave.
Riverside CA 92507

eVisolutions
Attn: Bankruptcy Desk/Managing Agent
2360 S. Emerson St.
Denver CO 80210

Express Tel
Attn: Bankruptcy Desk/Managing Agent
Payment Center # 5450
P.O. Box 410468
Salt Lake City UT 84141-0468

Fabian & Clendenin
Attn: Bankruptcy Desk/Managing Agent
Attorneys at Law
P.O.Box 510210
Salt Lake City UT 84151-0210

Fabricut Contract
Attn: Bankruptcy Desk/Managing Agent
9303 East 46th Street
Tulsa, OK 74145

Fab-Tec Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 390
Washington, UT 84780

FACT
Attn: Bankruptcy Desk/Managing Agent
1050 S. Rainbow Blvd
Las Vegas NV 89145

Familian Pipe & Supply
Attn: Bankruptcy Desk/Managing Agent
171 Commerical Ave
Chico, CA 95973

Farmer Bros. Co.
Attn: Bankruptcy Desk/Managing Agent
File #55172
Los Angles, CA 90074-5172

FATCO-NOTEWORLD
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 52159
Phoenix, AZ 85072-2159

FedEx
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 7221
Pasadena CA 91109-7321

Fed-Ex Kinkos
Attn: Bankruptcy Desk/Managing Agent
671 Mall Ring Cir
Henderson NV  89014-6619

Ferrellgas
Attn: Bankruptcy Desk/Managing Agent
PO Box 173940
Denver CO 80217-3940

FFM, LLC
Attn: Bankrutpcy Desk/Managing Agent
C/O Faiss Foley Warren PR
515 South Seventh Street
Las Vegas NV 89101

Fiesta Events
Attn: Bankruptcy Desk/Managing Agent
1724 E 54th St
Chicago, IL 60615

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Fine Art Lamps
Attn: Bankruptcy Desk/Managing Agent
Ashley
c/o Mitch Zerg & Associates
31838 Village Center Road
Westlake Village CA 91361

Fire Insurance Exchange and
Attn: Bankruptcy Desk/Managing Agent
Daniel S. Simon, Esq.
810 S. Casino Center Blvd
Las Vegas NV 89101

Firestop, Inc.
Attn: Bankruptcy Desk/Managing Agent
4113 Wagon Trail Ave, Ste. 100
Las Vegas NV 89118

First Amer Title - Trust Dept.
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 52023
Phoenix AZ 85072-2023

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                          Served 4/17/2009

First American Real Estate Sol
Attn: Bankruptcy Desk/Managing Agent
5601 E. La Palma Ave.
Attn: Brenda Burns 4th Flr
Anaheim CA 92807

First American Title
Attn: Bankruptcy Desk/Managing Agent
2601 Louisiana Blvd NE
Albuquerque NM 87110

First American Title
Attn: Bankruptcy Desk/Managing Agent
Account Servicing Center
P.O. Drawer 487
PinetopAZ 85935

First American Title Ins. CO
Attn: Bankruptcy Desk/Managing Agent
2213 Stockton Hill Rd
Kingman, AZ 86401

First American Title Insurance
Attn: Bankruptcy Desk/Managing Agent
Agency of Mohave Inc.
PO Box 4029
Kingman AZ 86401

First Nations Funding Realty
Attn: Bankruptcy Desk/Managing Agent
4500 E. Pacific Coast Hw
Ste 200
Long Beach CA 90804

First Risk Management
Attn: Bankruptcy Desk/Managing Agent
The Plaza
1250 Greenwood Ave.,Suite 3
Jenkintown PA 19046

Fisher Associates, LLC
Attn: Bankruptcy Desk/Managing Agent
1406 Monroe Drive
Atlanta, GA 30324

Flamingo-Durango Self St
Attn: Bankruptcy Desk/Managing Agent
8525 W. Flamingo Rd.
Las Vegas NV 89147

Fleming Enterprises
Attn: Bankruptcy Desk/Managing Agent
3285 Southern Ave
Kingman AZ 86401

Fletcher Jones Imports
Attn: Bankruptcy Desk/Managing Agent
7300 W Sahara
Las Vegas, NV 89117

Fletcher Jones-Mercedes
Attn: Bankruptcy Desk/Managing Agent
444 S. Decatur Blvd
Las Vegas NV 89107

Flexsim Software Products
Attn: Bankruptcy Desk/Managing Agent
1577 Technology Way Bldg A
Orem UT 84097

Flooring Evolutions
Attn: Bankruptcy Desk/Managing Agent
6001 S. Decatur Blvd., Suite C
Las Vegas NV 89118

Foamtech, Inc.
Attn: Bankruptcy Desk/Managing Agent
3340 Pepper Lane, Suite 110
Las Vegas, NV 89120

Fong Brothers Company
Attn: Bankruptcy Desk/Managing Agent
5731 South Alameda Street
Los Angeles, CA 90058

Ford Motor Credit
Attn: Bankruptcy Desk/Managing Agent
Pinnacle check sent to:
Attention: Dept A
P.O. Box 239801
Las Vegas NV 89105

Forest Products Society
Attn: Bankruptcy Desk/Managing Agent
2801 Marshall Ct.
Madison WI 53705-2295

Fort Apache Self Storage
Attn: Bankruptcy Desk/Managing Agent
9345 W Flamingo
Las Vegas NV 89147

Fortune
Attn: Bankruptcy Desk/Managing Agent
Corporate Rate Service
P. O. Box 61440
Tampa FL 33661-1440

Fox Security Inc.
Attn: Bankruptcy Desk/Managing Agent
DBA Gaylord Security
953 E. Sahara ave. Suite 255
Las Vegas NV 89104-3096

Foxworth Galbraith
Attn: Bankruptcy Desk/Managing Agent
3060 Airway Ave.
Kingman AZ 86409

Frank Rodriquez Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
3675 S. Rainbow, # 180
Las Vegas, NV 89103

FRANK WILLIAM & SUZANNE CPWRS
Attn: Bankruptcy Desk/Managing Agent
3925  HEATHER AVE
Kingman, AZ 86401

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    **Served 4/17/2009**

FRANK WILLIAM J & SUZANNE JT
Attn: Bankruptcy Desk/Managing Agent
3872  HEATHER AVE
Kingman, AZ 86401

Frazee Industries, Inc.
Attn: Bankruptcy Desk/Managing Agent
Dept. #2510
Los Angeles, CA 90084-2510

FreeSanity.com
Attn: Bankruptcy Desk/Managing Agent
1001 E. Sunset Rd.
P.O. Box 96716
Las Vegas NV 89193-6716

Freiday Construction, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4267
Kingman, AZ 86402

Fremont Emergency Services
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 1569
Las Vegas NV 89125

French Bouquet Flower Sh
Attn: Bankruptcy Desk/Managing Agent
3265 E. Tropicana Ave, Ste. A-
Las Vegas, NV 89121

Friends of Tanaka Elementary
Attn: Bankruptcy Desk/Managing Agent
6583 Peachtree Lane
Las Vegas, NV 89103

Frontier
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 20550
Rochester, NY 14602-0550

Frontier Communications
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 20567
Rochester NY 14602-0567

Frontier Phone
Attn: Bankruptcy Desk/Managing Agent
PO Box 23008
Rochester, NY 14692

G Neil
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 451179
Sunrise FL 33345-1179

g.photographic.com
Attn: Bankruptcy Desk/Managing Agent
George Bekich II
1290 Capital Gains #1
Henderson, NV 89074

G.C. Electric, Inc.
Attn: Bankruptcy Desk/Managing Agent
Gil Correa
4130 Arctic Spring Ave
Suite 1
North Las Vegas NV 89115

G.C.Wallace Inc.
Attn: Bankruptcy Desk/Managing Agent
1555 S. Rainbow Blvd
Las Vegas, NV 89146

Gabriela Ramzi
Attn: Bankruptcy Desk/Managing Agent
9193 Hombard Ave.
Las Vegas NV 89148

Gainey Ceramics
Attn: Bankruptcy Desk/Managing Agent
1200 Arrow Highway
La Verne CA 91750-5217

Gale Building Products
Attn: Bankruptcy Desk/Managing Agent
1401 Trade Drive
N Las Vegas, NV 89030

Gale Insulation
Attn: Bankruptcy Desk/Managing Agent
4195 S. Lynn Dr.
Fort Mohave AZ 86426

Gallagher & Kennedy, P.A.
Attn: Bankruptcy Desk/Managing Agent
2575 E. Camelback Rd.
Phoenix AZ 85016

Gamblers General Store, Inc
Attn: Bankruptcy Desk/Managing Agent
800 S. Main St
Las Vegas NV 89101

Gap Trucking
Attn: Bankruptcy Desk/Managing Agent
3596 N. Benton St.
Kingman, AZ 86401

Garrett Donaldson
Attn: Bankruptcy Desk/Managing Agent
PO Box 5087
Goodyear AZ 85338

GATLIFF ERIC & MICHELLE CPWRS
Attn: Bankruptcy Desk/Managing Agent
3799  HEATHER AVE
Kingman, AZ 86401

Gaudin Jaguar
Attn: Bankruptcy Desk/Managing Agent
7200 W Sahara
Las Vegas, NV 89117

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                          Served 4/17/2009

GCR Tire Centers
Attn: Bankruptcy Desk/Managing Agent
2815 N. 32nd Ave.
Phoenix AZ 85009

GDI Ventures, LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Elaine Feeney
688 Tamarisk Court
Louisville, CO 80027

GE Capital Modular Space
Attn: Bankruptcy Desk/Managing Agent
PO Box 641595
Pittsburgh, PA 15264-1595

Gefrey Musngi
Attn: Bankruptcy Desk/Managing Agent
,

Genesis Medical Group
Attn: Bankruptcy Desk/Managing Agent
100 North Green Valley Pkwy
#110
Henderson NV 89074

George F Tibsherany Inc
Attn: Bankruptcy Desk/Managing Agent
7150 E Camelback Rd
Suite #500
Scottsdale AZ 85251

Geostructural Tool Kit, Inc.
Attn: Bankruptcy Desk/Managing Agent
2804 Longhorn Blvd.
Austin TX 78758

GeoTek, Inc.
Attn: Bankruptcy Desk/Managing Agent
Wayne Anderson
6835 S. Escondido Street
Suite A
Las Vegas NV 89119

Geronimo Plumbing, LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite B-106
Henderson, NV 89015

Gibson, Dunn  & Crutcher LLP
Attn: Bankruptcy Desk/Managing Agent
333 South Grand Avenue
Los Angeles CA 90071

Gilberto Gonzalez
Attn: Bankruptcy Desk/Managing Agent
,

Gina Churchill
Attn: Bankruptcy Desk/Managing Agent
3691 Wasatch
Redding, CA 96001

Giovanna Raccosta
Attn: Bankruptcy Desk/Managing Agent
9905 Deer Ct
Las Vegas NV 89134

Glass Block Window Co.
Attn: Bankruptcy Desk/Managing Agent
3807 W. Adams St.
Phoenix, AZ 85009

Glass Doctor
Attn: Bankruptcy Desk/Managing Agent
1125 American Pacific Dr.
Suite D
Henderson NV 89074

Glen Jones
Attn: Bankruptcy Desk/Managing Agent
544 Plumosa
Vista CA 92083

Global Architectural Models
Attn: Bankruptcy Desk/Managing Agent
3863 S. Valley View #10
Las Vegas NV 89147

Global Insight (USA), Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O Box 845730
Boston, MA 02884-5730

Globalstar USA
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 30519
Los Angeles CA 90030-0519

Gloria G. Robbins
Attn: Bankruptcy Desk/Managing Agent
2495 Autumn Chase Lane
Henderson NV  89052

Glynda Rhodes
Attn: Bankruptcy Desk/Managing Agent
252 Angels Trace Court
Las Vegas NV 89148

GMAC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78234
Phoenix, AZ 85062-8234

Golden Triangle Development
Attn: Bankruptcy Desk/Managing Agent
244 Dark Forest Avenue
Las Vegas, NV 89123

Golden West Industries, Inc.
Attn: Bankruptcy Desk/Managing Agent
5505 S.E. Johnson Creek Blvd.
Portland, OR 97206

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

Good Technology
Attn: Bankruptcy Desk/Managing Agent
Dept CH 17433
Pataline IL 60055-7433

Goodwyn Production Group
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 33429
Las Vegas NV 89133

Gordon & Rees LLP
Attn: Bankruptcy Desk/Managing Agent
275 Battery Street
Suite 2000
San Francisco, CA 94111

Gordon & Silver, Ltd.
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Pkwy Ninth Fl
Las Vegas, NV 89109

Gothic Landscaping,Inc.
Attn: Bankruptcy Desk/Managing Agent
27502 Scott Avenue
Valencia, CA 91355

Gouvis Engineering
Attn: Bankruptcy Desk/Managing Agent
2150 E. Tahquitz Canyon #9
Palm Springs, CA 92262

Granite World
Attn: Bankruptcy Desk/Managing Agent
2360 E. La Madre Way
North Las Vegas, NV 89081

Grant Klein
Attn: Bankruptcy Desk/Managing Agent
407 Ash Street
Henderson NV 89015

Graphisoft U.S. Inc
Attn: Bankruptcy Desk/Managing Agent
One Gateway Center
Suite 302
Newton MA 02458

Great British Lighting
Attn: Bankruptcy Desk/Managing Agent
c/o Char Penniman
467 Via Royal
Walnut Creek CA 94597

Great West Commercial Tire
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 3697
3101 Armour
Kingman AZ 86402

Greater LV Assoc. of Realtors
Attn: Bankruptcy Desk/Managing Agent
1750 E. Sahara Ave.
Las Vegas NV 89104-3706

Greeley and Hansen LLC
Attn: Bankruptcy Desk/Managing Agent
4625 S Polaris Avenue #210
Las Vegas NV 89103

Green Tree Landscape & Maint.
Attn: Bankruptcy Desk/Managing Agent
1010 N. Stephanie St.
Suite A6
Hendeson, NV 89014

Green Valley Electric
Attn: Bankruptcy Desk/Managing Agent
KERRY
5841 E. Charleston Blvd.
#230-350
Las Vegas NV 89142

Greenspun Media Group
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle Suite 250
Henderson NV  89074

Greg Rosamond
Attn: Bankruptcy Desk/Managing Agent
304 N Fairland St
Pryor, OK 74361

Gregg Farr
Attn: Bankruptcy Desk/Managing Agent
7320 W Verde Way
Las Vegas, NV 89149

Grissom & Associates, Inc
Attn: Bankruptcy Desk/Managing Agent
1818 Industrial Rd.
Suite 202
Las Vegas NV 89102

Guaranty California Ins. Serv.
Attn: Bankruptcy Desk/Managing Agent
445 S. Figueroa St.
Los Angeles CA 90071

Guardian
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 51505
Los Angeles CA 90051-5805

Guardian Life Ins-Alt. Funding
Attn: Bankruptcy Desk/Managing Agent
3900 Burgess Place
Bethlehem, PA 18017

Guardian Life Insurance Co.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 51505
Los Angeles, CA 90051-5805

Gung-Ho Concrete, LLC
Attn: Bankruptcy Desk/Managing Agent
470 Mirror Court, Suite B-106
Henderson, NV 89015

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                    **Served 4/17/2009**

Guy Evans Inc
Attn: Bankruptcy Desk/Managing Agent
260 Spectrum Blvd.
Las Vegas, NV 89101

H & H Printers, Inc.
Attn: Bankruptcy Desk/Managing Agent
4666 N. Stockton Hill Road
Kingman AZ 86409-1757

H2O Environmental
Attn: Bankruptcy Desk/Managing Agent
4280 N. Pecos
Las Vegas NV 89115

Haigs Quality Printing
Attn: Bankruptcy Desk/Managing Agent
6360 Sunset Corporate Dr.
Las Vegas, NV 89120

Hal Goldblatt
Attn: Bankruptcy Desk/Managing Agent
4513 Del Monte Avenue
Las Vegas NV 89102

HAMBARIAN JOSHUA A 50
Attn: Bankruptcy Desk/Managing Agent
3788  HEATHER AVE
Kingman, AZ 86401

HAMMOND SEAN JT 50
Attn: Bankruptcy Desk/Managing Agent
5352 S ALEXANDRITE RD
Golden Valley, AZ 86413

Hanley Wood Market Intelligenc
Attn: Bankruptcy Desk/Managing Agent
555 Anton Blvd Ste 950
Costa Mesa CA 92626

Hansen, Jacob
Attn: Bankruptcy Desk/Managing Agent
2730 E. Carol Ave
Mesa, AZ 85204

Hardin & Sons Inc.
Attn: Bankruptcy Desk/Managing Agent
201 West Cheyenne Ave.
North Las Vegas NV 89030

Harmon Publishing
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 9277
Canton OH 44711

Hart Consulting, LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Joe Hart
3020 Hualapai Mountain Road
Kingman AZ 86401

HARTWELL KRISTA
Attn: Bankruptcy Desk/Managing Agent
3805  HEATHER AVE
Kingman, AZ 86401

Hauntec
Attn: Bankruptcy Desk/Managing Agent
800 N. Rainbow Blvd. Ste 208
Las Vegas NV 89107

Havasu Doors, Inc.
Attn: Bankruptcy Desk/Managing Agent
1110 Aviation Drive
Lake Havasu City AZ 86404

Havasu Glass & Mirror, Inc.
Attn: Bankruptcy Desk/Managing Agent
845 Kiowa Ave.
Lake Havasu City AZ 86403

Have Gloves! Will Travel!
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 363104
N. Las Vegas NV 89036-7104

Hawthorne Village
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 886
Morton Grove IL 60053-0886

HAYE DANIEL J
Attn: Bankruptcy Desk/Managing Agent
3919  HEATHER AVE
Kingman, AZ 86401

Head Quarters
Attn: Bankruptcy Desk/Managing Agent
4195 Highway 68 Unit C
PMB 449
Golden Valley, AZ 86413

Health Fitness Corporation
Attn: Bankruptcy Desk/Managing Agent
NW 7254
P.O. Box 1450
Minneapolis MN 55485-7254

Health Plan of Nevada
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1388
Las Vegas NV 89125-1388

Heidi F. Zwarg Sheltered
Attn: Bankruptcy Desk/Managing Agent
Arno I. Zwarg
Marital Trust, dated 10-3-96
1608 Via Lazo
Palos Verdes Estates CA 90274

HeliNM
Attn: Bankruptcy Desk/Managing Agent
925 Acequia Madre
Santa Fe, NM 87505