**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                                      **Served 4/17/2009**

HELP of Southern Nevada
Attn: Bankruptcy Desk/Managing Agent
1640 E. Flamingo Rd., #100
Las Vegas, NV 89119

Henderson Chamber of Commerce
Attn: Bankruptcy Desk/Managing Agent
590 S. Boulder Highway
Henderson, NV 89015

Henderson Chevrolet
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 90610
240 North Gibson Road
Henderson, NV 89009-0610

Herminia Scannicchio
Attn: Bankruptcy Desk/Managing Agent
3206 Ivanhoe Ranch Rd.
El Cajon CA 92019

Hill International, Inc
Attn: Bankruptcy Desk/Managing Agent
303 Lippincott Centre
Marlton, NJ 08053

Hilman Rollers
Attn: Bankruptcy Desk/Managing Agent
12 Timber Lane
Marlboro NJ 07746

Hirschi Masonry
Attn: Bankruptcy Desk/Managing Agent
4685 Berg St.
N. Las Vegas NV 89081

Hobbs, Ong & Associates
Attn: Bankruptcy Desk/Managing Agent
3900 Paradise Rd Ste 152
Las Vegas, NV 89109

Hobo Foto
Attn: Bankruptcy Desk/Managing Agent
6170 W. Lake Mead Blvd.# 312
Las Vegas, NV 89108

Hollman Inc.
Attn: Bankruptcy Desk/Managing Agent
1825 Walnut Hill Lane, Suite 110
Irving TX 75038

Holman's of Nevada, Inc.
Attn: Bankruptcy Desk/Managing Agent
4445 S. Valley View Blvd, #2
Las Vegas NV 89103

Home Builders Research, INC
Attn: Bankruptcy Desk/Managing Agent
7210 Red Cinder St
Las Vegas, NV 89131

HomeBuilder.com
Attn: Bankruptcy Desk/Managing Agent
PO Box 13239
Scottsdale AZ 85267-3239

Homes & Living
Attn: Bankruptcy Desk/Managing Agent
brett-x1068
Trader Publishing
P.O.Box 9277
Canton OH 44711

Hopper Resources
Attn: Bankruptcy Desk/Managing Agent
2951 Marion Drive #117
Las Vegas, NV 89115

Horizon Precast, Inc.
Attn: Bankruptcy Desk/Managing Agent
3625 Sunshine Dr.
Kingman AZ 86409-3449

Horizon Ridge Pkwy HOA
Attn: Bankruptcy Desk/Managing Agent
.

Hospitality Trading Corp.
Attn: Bankruptcy Desk/Managing Agent
32 Anacapa Street
Santa Barbara CA 93101

Howard F. Scheuner
Attn: Bankruptcy Desk/Managing Agent
2850 Fisher Rd.
Howell MI 48855

Howard W. Avery
Attn: Bankruptcy Desk/Managing Agent
680 Great Dane Ct
Henderson, NV 89052

HUBKA SONDRA S
Attn: Bankruptcy Desk/Managing Agent
3787  HEATHER AVE
Kingman, AZ 86401

Huff Commercial Interiors
Attn: Bankruptcy Desk/Managing Agent
4077 South Industrial Road
Las Vegas NV 89103

HUPF RAYMOND J & CAROLE S CPWRS
Attn: Bankruptcy Desk/Managing Agent
3908  HEATHER AVE
Kingman, AZ 86401

Hutchins Drywall
Attn: Bankruptcy Desk/Managing Agent
2335 Silver Wolf Drive
Henderson, NV 89015

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                                                        Served 4/17/2009

Hydro Arch
Attn: Bankruptcy Desk/Managing Agent
980 Mary Crest Road Suite B
Henderson NV  89014

Hyperion Group Public Affairs
Attn: Bankruptcy Desk/Managing Agent
4413 N. Saddlebag Trail Suite # 1
Scottsdale AZ 85251

ID Interior Design
Attn: Bankruptcy Desk/Managing Agent
4730 S. Fort Apache Rd, Suite 300
Las Vegas, NV 89147

Ideal Electrical Contracting
Attn: Bankruptcy Desk/Managing Agent
3508 E. Charleston Blvd.
Suite A
Las Vegas, NV 89104

Ideal Products
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4090
Ontario CA 91761

Iklas Dimaya-Unlimited Realty
Attn: Bankruptcy Desk/Managing Agent
5804 Mustang Dr
Simi Valley, CA 93063

Ikon Office Solutions
Attn: Bankruptcy Desk/Managing Agent
PO BOX 7420
Pasadena, CA 91109-7420

IMA Design Group
Attn: Bankruptcy Desk/Managing Agent
2500 Michelson Dr. Suite 125
Irvine, CA 92612

Imperial Steel Inc.
Attn: Bankruptcy Desk/Managing Agent
4226 Fidus Drive
Las Vegas NV 89103

In Business Las Vegas
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle
Suite 250
Henderson NV  89074

Independent Landscape Services
Attn: Bankruptcy Desk/Managing Agent
647 Cape Horn Dr.
Henderson, NV 89015

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Infinity Enterprises
Attn: Bankruptcy Desk/Managing Agent
3347 S. Highland Dr. Suite 304
Las Vegas NV 89109

Inflight Surf & Sail
Attn: Bankruptcy Desk/Managing Agent
1250 Pacific Coast Hwy
Seal Beach CA 90740

Info Cubic LLC
Attn: Bankruptcy Desk/Managing Agent
9250 E Costilla Ave
Ste 230
Greenwood Village CO 80112

Insight
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 78825
Phoenix, AZ 85062-8825

Insurance Support Center
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 53981
Phoenix, AZ 85072-3981

Integra Telecom
Attn: Bankruptcy Desk/Managing Agent
PO Box 20553
Rochester, NY 14602-0553

Integrity Masonry, Inc.
Attn: Bankruptcy Desk/Managing Agent
5330 W. Quail Avenue
Las Vegas, NV 89118

Intera Inc.
Attn: Bankruptcy Desk/Managing Agent
9111A Research Blvd.
Austin TX 78758

Interior Design
Attn: Bankruptcy Desk/Managing Agent
4730 South Fort Apache Blvd.
Suite 300
Las Vegas, NV 89147

Interior Finishworks
Attn: Bankruptcy Desk/Managing Agent
3432 N. Bruce St.  #9
Las Vegas NV 89030

Interisk Limited
Attn: Bankruptcy Desk/Managing Agent
901 Dover Drive Ste 200
Newport Beach, CA 92660

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    Served 4/17/2009

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
Taxpayer Assistance
Ogden UT 84201

International Iron Works, Inc.
Attn: Bankruptcy Desk/Managing Agent
2501 S. Malt Avenue
Los AngelesCA  90040

Interstate Plumbing & A/C
Attn: Bankruptcy Desk/Managing Agent
5520 Stephanie
Las Vegas, NV 89122

Ioannis Alexakis
Attn: Bankruptcy Desk/Managing Agent
3572 Tundra Rd
Venice, FL 34293

Iovino Masonry Inc.
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd.
Las Vegas NV 89139

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Ironwood Drywall LLC
Attn: Bankruptcy Desk/Managing Agent
3729 Northfield
Kingman, AZ 86401

ISCO Industries, LLC
Attn: Bankruptcy Desk/Managing Agent
926 Baxter Avenue
Box 4545
Louisville KY 40204

Island Oasis
Attn: Bankruptcy Desk/Managing Agent
PO Box 711558
Cincinnati, OH 45271-1558

Italy Service
Attn: Bankruptcy Desk/Managing Agent
2407 S. Highland
Las Vegas NV 89102

Ivy's Welding
Attn: Bankruptcy Desk/Managing Agent
3292 N. Azteck
Golden Valley AZ 86413

J or J Welding, LLC
Attn: Bankruptcy Desk/Managing Agent
3061 Bright Star Rd
Douglasville, GA 30135

J.B. Knowles, Inc.
Attn: Bankruptcy Desk/Managing Agent
31336 Woodshire Ln.
Blue River WI 53518-4634

JACesare and Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
671 Professional Ave.
Suite 504
Henderson  NV  89015

Jack Pots Portables, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1444
Lake Havasu City AZ 86405

Jackpot Graphics
Attn: Bankruptcy Desk/Managing Agent
Barbara
4290 Cameron Street
Suite 8
Las Vegas NV 89103

Jackpot Sanitation Services
Attn: Bankruptcy Desk/Managing Agent
2440 Marcos Street
Las Vegas, NV 89115

JACKSON MARSHA L
Attn: Bankruptcy Desk/Managing Agent
3896  HEATHER AVE
Kingman, AZ 86401

JACKSON MARSHA L
Attn: Bankruptcy Desk/Managing Agent
3999  HEATHER AVE
Kingman, AZ 86401

Jacobs Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
8100 W. Sahara, Suite 200
Las Vegas, NV 89117

Jacqueline Solis
Attn: Bankruptcy Desk/Managing Agent
1508 Misty Sky Dr
Henderson, NV 89052

James E. Garrett
Attn: Bankruptcy Desk/Managing Agent
4911 Mission Bay Drive
Las Vegas, Nv 89113-1350

James Garrett Trust
Attn: Bankruptcy Desk/Managing Agent
c/o James E Garrett
4911 Mission Bay Drive
Las Vegas NV 89113-1350

James Jenkins Equip. Rental
Attn: Bankruptcy Desk/Managing Agent
35800 Calle NoPal
Temecula CA 92592

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

James Severson
Attn: Bankruptcy Desk/Managing Agent
2365 D Wooster Cir
Las Vegas NV 89108

James Truss Company
Attn: Bankruptcy Desk/Managing Agent
4220 Donovan Way
N.Las Vegas NV 89030

Janet Swiftbird
Attn: Bankruptcy Desk/Managing Agent
901 S 11th St
Marion, IA 52302

Jason Chan
Attn: Bankruptcy Desk/Managing Agent
3425 Wasatch Dr.
Las Vegas NV 89122

Jason Woywod
Attn: Bankruptcy Desk/Managing Agent
2260 Villefort Ct.
Las Vegas NV 89117

Jayar Manufacturing Company
Attn: Bankruptcy Desk/Managing Agent
5225 S. Valley View Blvd. #3-6
Las Vegas, NV 89118

JC Construction
Attn: Bankruptcy Desk/Managing Agent
25413 Juno St.
Sun City CA 92586

JCI Structural Engineering
Attn: Bankruptcy Desk/Managing Agent
8100 W. Sahara
Suite 200
Las Vegas, NV 89117

Jeff Fegert
Attn: Bankruptcy Desk/Managing Agent
3451 Losee Rd. #E
North Las Vegas NV 89030

Jeff Strong
Attn: Bankruptcy Desk/Managing Agent
5521 Red Sun Drive
Las Vegas, NV 89129

Jeffrey and Meredith Harris
Attn: Bankruptcy Desk/Managing Agent
2989 Via Della Amore
Henderson NV 89052

Jeffrey Oakie
Attn: Bankruptcy Desk/Managing Agent
2104 Club Meadows Dr
Henderson, NV 89074

Jeffrey W. Stempel
Attn: Bankruptcy Desk/Managing Agent
99 Tenton Pines Dr
Henderson NV 89014

Jennifer Burmeister
Attn: Bankruptcy Desk/Managing Agent
9236 Thunder Falls Ct
Las Vegas, NV 89149

Jensen Fencen, LLC
Attn: Bankruptcy Desk/Managing Agent
2360 Buckhorn Bend
Kingman AZ 86409

Jerome James Mancini
Attn: Bankruptcy Desk/Managing Agent
1811 Nauarre Lane
Henderson NV 89014

Jesse Vazquez
Attn: Bankruptcy Desk/Managing Agent
4732 Stavanger Lane
Las Vegas NV 89147

Jesus Buenaseda Jr.
Attn: Bankruptcy Desk/Managing Agent
9294 Bearded Iris Ave
Las Vegas, NV 89148

Jet Nevada
Attn: Bankruptcy Desk/Managing Agent
4511 W. Cheyenne
Suite 3
North Las Vegas NV 89032

Jet Source, Inc
Attn: Bankruptcy Desk/Managing Agent
2056 Palomar Airport Road
Carlsbad CA 92011

Jianwen Zeng
Attn: Bankruptcy Desk/Managing Agent
PO Box 81264
Las Vegas NV 89180

Jim's House of Glass
Attn: Bankruptcy Desk/Managing Agent
2445 Airway
Kingman AZ 86401

JJW Entertainment
Attn: Bankruptcy Desk/Managing Agent
23910 N 19th Ave #30
Phoenix, AZ 85085

JMA Architecture Studios
Attn: Bankruptcy Desk/Managing Agent
10150 Covington Cross Drive
Las Vegas NV 89144

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

JN Holding Inc.
Attn: Bankruptcy Desk/Managing Agent
612 Meyer Lane
Ste 11
Redondo Beach CA 90278

Joe Turner Customer Service
Attn: Bankruptcy Desk/Managing Agent
Consulting
3525 Sandybrook Lane
Napa CA 94558

Joel Payne Associates
Attn: Bankruptcy Desk/Managing Agent
2880 E. Flamingo Rd. Ste E
Las Vegas NV 89121

John A. Dorsett
Attn: Bankruptcy Desk/Managing Agent
2900 el Camino #243
Las Vegas NV 89102

John Fratut
Attn: Bankruptcy Desk/Managing Agent
492 Via Stretto Ave
Henderson NV  89015-0838

John J. Smith
Attn: Bankruptcy Desk/Managing Agent
Jim Smith
9159 W. Flamingo
Suite 100
Las Vegas NV 89147

John Mamuscia
Attn: Bankruptcy Desk/Managing Agent
2360 S. Emerson St.
Denver CO 80210

Johnson Electric
Attn: Bankruptcy Desk/Managing Agent
3874 Silvestri Lane
Las Vegas, NV 89120

Jolley Urga Wirth & Woodbury
Attn: Bankruptcy Desk/Managing Agent
3800 Howard Hughes Parkway
Wells Fargo Tower 16th Floor
Las Vegas, NV 89109

Jones Media Inc
Attn: Bankruptcy Desk/Managing Agent
4145 West Teco Avenue
Las Vegas, NV 89118

Jones Paint & Glass, Inc.
Attn: Bankruptcy Desk/Managing Agent
122 S. 1200 East
St. George UT 84790

Jongluck Mutrais
Attn: Bankruptcy Desk/Managing Agent
415 South Crest Road
Orange CA 92868

Jordan Engineering Group
Attn: Bankruptcy Desk/Managing Agent
4908 East McDowell Rd
Suite 103
Phoenix AZ 85008

Jordan Windows
Attn: Bankruptcy Desk/Managing Agent
Rock Island Corp
5865 South Ash Ave
Tempe, AZ 85283

Jose & Melliza Villaraza
Attn: Bankruptcy Desk/Managing Agent
241 Crooked Putter Dr
Las Vegas, NV 89148

Joseph & Lentz
Attn: Bankruptcy Desk/Managing Agent
3027 E. Warm Springs Rd.  #200
Las Vegas NV 89120

Joseph & Sharon Kwok
Attn: Bankruptcy Desk/Managing Agent
860 Meridian Bay Lane #223
Foster City CA 94404

Joseph E. Paris
Attn: Bankruptcy Desk/Managing Agent
1359 Rimrock Drive
San Jose, CA 95120

Joshua A.Hambarian and
Attn: Bankruptcy Desk/Managing Agent
Nicholas Hambarian
2735 Camino Del Mar
Del Mar CA 92014

Journey's Appliance Repairs
Attn: Bankruptcy Desk/Managing Agent
4301 S.ValleyView Blvd. Unit 14
Las Vegas NV 89103

Juana E. Araiza
Attn: Bankruptcy Desk/Managing Agent
476 Via Palermo Dr.
Henderson NV  89011

Judy Nelson
Attn: Bankruptcy Desk/Managing Agent
4052 Monthill Ave.
Las Vegas NV 89121

Julio Mendoza
Attn: Bankruptcy Desk/Managing Agent
ReMax Olson & Associates
,

Jumpstart Heavy Equipment
Attn: Bankruptcy Desk/Managing Agent
Glen A. Jones
625 Ebbcreek Drive #D
Corona CA 92880

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    **Served 4/17/2009**

Just Blueprints
Attn: Bankruptcy Desk/Managing Agent
112 8th Street
Kingman, AZ 86401

Juvenile Diabetes Research
Attn: Bankruptcy Desk/Managing Agent
Foundation
5542 S. Fort Apache Rd Suite 120
Las Vegas NV 89148

JWilliams Staffing
Attn: Bankruptcy Desk/Managing Agent
19762 Mac Arthur Blvd.
Suite 120
Irvine, CA 82612

K & D Construction
Attn: Bankruptcy Desk/Managing Agent
4367 W. Sunset Road
Building G Suite A
Las Vegas, NV 89118

K & K Plastering
Attn: Bankruptcy Desk/Managing Agent
5795 Rogers Street
Las Vegas NV 89118

K & K Printing
Attn: Bankruptcy Desk/Managing Agent
8665 West Flamingo Road, #2000
Las Vegas NV 89147

K. H. Landscaping Inc.
Attn: Bankruptcy Desk/Managing Agent
7842 West Sahara Ave
Suite 130
Las Vegas, NV 89117

K.D International
Attn: Bankruptcy Desk/Managing Agent
4939 Kaibab Forest Ave
Las Vegas NV 89141

Kachina Heat Transfer, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 41115
Phoenix AZ 85080-1115

Karen Luckey
Attn: Bankruptcy Desk/Managing Agent
313 Firestone Dr.
Las Vegas NV 89145-4087

KB Home Nevada Inc
Attn: Bankruptcy Desk/Managing Agent
1902 Poplar Ave
Las Vegas, NV 89101

KBI Concrete
Attn: Bankruptcy Desk/Managing Agent
5201 S. Polaris
Las Vegas NV 89118

Keadrick D.  Washington
Attn: Bankruptcy Desk/Managing Agent
Washington Financial
3129 S. Hacienda Blvd. Ste 301
Hacienda Heights CA 91745-3604

Keep Memory Alive
Attn: Bankruptcy Desk/Managing Agent
8379 W. Sunset Rd.
Suite 200
Las Vegas, NV 89113

Keller Equipment Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60485
Phoenix AZ 85082-0485

Kenneth Lindamood
Attn: Bankruptcy Desk/Managing Agent
5060 W Dovewood Ln
Fresno, CA 93722

Kenny Van Hoang
Attn: Bankruptcy Desk/Managing Agent
& Huynh Chi Kim
2133 Carobwood Ln
San Jose CA 95132-1213

Keno-AM Las Vegas
Attn: Bankruptcy Desk/Managing Agent
8755 W. Flamingo Rd.
Las Vegas NV 89147

KENTON RUSSELL & CINDY JT
Attn: Bankruptcy Desk/Managing Agent
3985  HEATHER AVE
Kingman, AZ 86401

Kevin L. Crook Architect, Inc
Attn: Bankruptcy Desk/Managing Agent
1360 Reynolds Ave. Suite 110
Irvine, CA 92614

KGMN-FM
Attn: Bankruptcy Desk/Managing Agent
New West Broadcasting
812 E. Beale St.
Kingman AZ 86401

KIELSMEIER CLAYTON R
Attn: Bankruptcy Desk/Managing Agent
3812  HEATHER AVE
Kingman, AZ 86401

KIELSMEIER RAYMOND M ETAL
Attn: Bankruptcy Desk/Managing Agent
3943  HEATHER AVE
Kingman, AZ 86401

Kimley-Horn & Associates
Attn: Bankruptcy Desk/Managing Agent
2080 lamingo Rd
Ste 210
Las Vegas, NV 89119

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                   Served 4/17/2009

Kingman Area Chamber of Comm.
Attn: Bankruptcy Desk/Managing Agent
120 W. Andy Devine
P.O. Box 1150
Kingman, AZ 86401

Kingman Auto Supply Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2910 Airfield
Kingman, AZ 86401

Kingman Boys & Girls Club
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4362
301 N. 1st Street
Kingman, AZ 86402

Kingman Daily Miner
Attn: Bankruptcy Desk/Managing Agent
3015 Stockton Hill Road
Kingman, AZ 86401

Kingman Newspapers
Attn: Bankruptcy Desk/Managing Agent
3015 Stockton Hill Rd.
Kingman, AZ 86401

Kingman Regional Med. Found.
Attn: Bankruptcy Desk/Managing Agent
3269 Stockton Hill Road
Kingman, AZ 86401

Kingman Tools Plus
Attn: Bankruptcy Desk/Managing Agent
532 E. Beale St.
Kingman, AZ 86401

Kingman True Value Home Center
Attn: Bankruptcy Desk/Managing Agent
3633 Stockton Hill Rd.
Kingman, AZ 86401

Kinkade Appraisal
Attn: Bankruptcy Desk/Managing Agent
5757 N. Tee Pee Lane
Las Vegas NV 89149

Kinko's
Attn: Bankruptcy Desk/Managing Agent
4750 West Sahara Avenue
Las Vegas NV

Kirk Brynjulson
Attn: Bankruptcy Desk/Managing Agent
155 Wentworth Drive
Henderson, NV 89074

Kirsh Media Group
Attn: Bankruptcy Desk/Managing Agent
700 South Third St.
Las Vegas NV 89101

KKE Architects
Attn: Bankruptcy Desk/Managing Agent
300 First Ave N. #500
400 N. Stephanie
Suite 245
Henderson NV  89014

KLVX
Attn: Bankruptcy Desk/Managing Agent
Attn: Kurt Mische
4210 Channel 10 Drive
Las Vegas NV 89119

KMR, Aviation, Inc.
Attn: Bankruptcy Desk/Managing Agent
1150 S. Vineyard
Ontario CA 91761

KMXB FM
Attn: Bankruptcy Desk/Managing Agent
PO Box 100111
Pasadena CA 91189-0111

Kohler Rental Power, Inc.
Attn: Bankruptcy Desk/Managing Agent
444 Highland Drive
7766 Collection Center Dr.
Suite 714
Chicago IL 60693

KRMC Foundation
Attn: Bankruptcy Desk/Managing Agent
3269 Stockton Hill Rd.
Kingman AZ 86409

Kurt Torneslog
Attn: Bankruptcy Desk/Managing Agent
5606 West Collins
Golden Valley AZ 86413

KVBC-TV3
Attn: Bankruptcy Desk/Managing Agent
1500 Foremaster Lane
Las Vegas NV 89101

Kwok Kan Chan
Attn: Bankruptcy Desk/Managing Agent
16W. 16th St.
APT 7PN
New York, NY 10011

KXPT FM-Lotus Broadcasti
Attn: Bankruptcy Desk/Managing Agent
8755 W. Flamingo Rd.
Las Vegas, NV 89147

Kyle Moyer & Company, LLC
Attn: Bankruptcy Desk/Managing Agent
7525 East Camelback Rd.
Suite 104
Scottsdale AZ 85251

KZKE - FM
Attn: Bankruptcy Desk/Managing Agent
812 East Beale Street
Kingman AZ 86401

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    **Served 4/17/2009**

L & M Food Service Inc.
Attn: Bankruptcy Desk/Managing Agent
885 Airpark Drive
Bullhead City, AZ 86429

L & R Trucking
Attn: Bankruptcy Desk/Managing Agent
3655 Hodges Rd
Kingman AZ 86409

L N S Service
Attn: Bankruptcy Desk/Managing Agent
L & S Mechanical
290 Sunpac Ave
Henderson, NV 89015

La Jolla Pacific of Arizona
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine, CA 92618

La Jolla Pacific of Nevada
Attn: Bankruptcy Desk/Managing Agent
9571 Irvine Center Drive
Irvine, CA 92618

Lab Safety Supply,Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5004
Janesville WI 53547-5004

Labor Express
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 15000
Chandler AZ 85244-5000

Labor Ready Temporary SW
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 31001-0257
Pasadena CA 91110-0257

Labor Systems
Attn: Bankruptcy Desk/Managing Agent
PO Box 1205
Chandler AZ 85244-1205

Lake & Cobb PLC
Attn: Bankruptcy Desk/Managing Agent
10429 S. 51st St.
Suite 215
Phoenix AZ 85044

Lamar Companies
Attn: Bankruptcy Desk/Managing Agent
PO Box 96030
Baton Rouge, LA 70896

Lamps Plus Centennial
Attn: Bankruptcy Desk/Managing Agent
6340 S. Sandhill Rd., Ste. 6
Las Vegas, NV 89120

Land America Account Servicing
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 2986
Phoenix AZ 85062

Landaco Landscaping & Grading
Attn: Bankruptcy Desk/Managing Agent
4660 S. Polaris
Las Vegas, NV 89103

Landmark Books, LLC
Attn: Bankruptcy Desk/Managing Agent
1601 Cloverfield Boulevard
2nd Floor, South Tower
Santa Monica CA 90404

Landslide Strategic Media, LLC
Attn: Bankruptcy Desk/Managing Agent
8408 E. Redwing Road
Scottsdale AZ 85250

Larry Errthum
Attn: Bankruptcy Desk/Managing Agent
11243 Fiefole
Las Vegas NV 89141

Larson & Associates
Attn: Bankruptcy Desk/Managing Agent
4058 S. Industrial Road
Las Vegas NV 89103

LAS Consulting, Inc.
Attn: Bankruptcy Desk/Managing Agent
856 E. Sahara #201
Las Vegas NV 89104

Las Vegas Art Museum
Attn: Bankruptcy Desk/Managing Agent
9600 West Sahara
Las Vegas, NV 89117

Las Vegas Chamber of Commerce
Attn: Bankruptcy Desk/Managing Agent
Attn: Sales Department
3720 Howard Hughes Parkway
Las Vegas, NV 89109-0937

Las Vegas Clark County
Attn: Bankruptcy Desk/Managing Agent
833 Las Vegas Blvd North 4th Floo
Las Vegas, NV 89101

Las Vegas Color Graphics, Inc.
Attn: Bankruptcy Desk/Managing Agent
4265 W Sunset Road
Las Vegas, NV 89118

Las Vegas DVD Transfer Co.
Attn: Bankruptcy Desk/Managing Agent
6732 W. Oak Valley Dr.
Las Vegas, NV 89103

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                         **Served 4/17/2009**

Las Vegas Justice Court
Attn: Bankruptcy Desk/Managing Agent
200 Lewis Avenue
Las Vegas, NV 89155

Las Vegas Life, LLC
Attn: Bankruptcy Desk/Managing Agent
A Greenspun Media Group Pub.
2290 Corporate Circle, Suite 250
Henderson NV  89074

Las Vegas Magazine
Attn: Bankruptcy Desk/Managing Agent
Showbiz Weekly, Inc.
2290 Corporate Circle Suite 250
Henderson NV  89074

Las Vegas Publications, LLC
Attn: Bankruptcy Desk/Managing Agent
8689 W. Sahara Ave
Suite 260
Las Vegas NV 89117

Las Vegas Review Journal
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 70
Las Vegas NV 89125

Las Vegas Stile
Attn: Bankruptcy Desk/Managing Agent
# 8 Red Fawn Court
Henderson, NV 89074

Las Vegas Toilet Rentals
Attn: Bankruptcy Desk/Managing Agent
2069 N. Christy Lane
Las Vegas NV 89156

Las Vegas Valley Water D
Attn: Bankruptcy Desk/Managing Agent
1001 South Valley View Blvd
Attn:Remittance Processing
Las Vegas, NV 89153

Latham & Watkins LLP
Attn: Bankruptcy Desk/Managing Agent
633 West Fifth Street
Suite 4000
Los Angeles CA 90071-2007

Lavelle & Johnson, P.C.
Attn: Bankruptcy Desk/Managing Agent
8831 W. Sahara
Las Vegas, NV 89117

Layne Christensen Company
Attn: Bankruptcy Desk/Managing Agent
12030 E. Riggs Road
Chandler AZ 85249-3701

LB Furniture Industries, LLC
Attn: Bankruptcy Desk/Managing Agent
99 South Third Street
Hudson, NY 12534

Lear & Lear LLP Law Offices
Attn: Bankruptcy Desk/Managing Agent
299 South Main Suite 2200
Wells Fargo Center
Salt Lake City, UT 84111

Lee & Russell, APC
Attn: Bankruptcy Desk/Managing Agent
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128

Lee Jofa
Attn: Bankruptcy Desk/Managing Agent
225 Central Avenue South
Bethpage NY 11714

Legacy Homes Realty, Inc.
Attn: Bankruptcy Desk/Managing Agent
3700 San Pablo Ave
Suite B-5
Hercules CA 94547

Legend Ranch POA
Attn: Bankruptcy Desk/Managing Agent
1834 Highway 95
Bullhead City AZ 86442

Leonard & Betsy Rhodes
Attn: Bankruptcy Desk/Managing Agent
Living Trust
3024 Highland Falls
Las Vegas NV 89134

Leonard & Jennifer Taylor
Attn: Bankruptcy Desk/Managing Agent
4925 Woody Valley St
North Las Vegas NV 89031

Leonard Rasho
Attn: Bankruptcy Desk/Managing Agent
20262 Via Cellini
Porter Ranch CA 91326

Leonard, Dicker & Schreiber, LLP
Attn: Bankruptcy Desk/Managing Agent
c/o Michael Rogers, Esq.
9430 Olympic Boulevard #400
Beverly Hills, CA 90212-4519

Leroy Anderson
Attn: Bankruptcy Desk/Managing Agent
6420 E Tropicana Ave #490
Las Vegas, NV 89122

Leroy's Ace Hardware
Attn: Bankruptcy Desk/Managing Agent
4550 Stockton Hill Rd
Kingman AZ 86401

Liberty Cutting & Coring
Attn: Bankruptcy Desk/Managing Agent
HCR 33 Box 41
Las Vegas NV 89124

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                      **Served 4/17/2009**

Liberty High School
Attn: Bankruptcy Desk/Managing Agent
3700 Liberty Heights Ave.
Henderson NV 89052

Lien-Thi Duong
Attn: Bankruptcy Desk/Managing Agent
3000 High View Dr.
Henderson NV 89014

Lili Claire Foundation
Attn: Bankruptcy Desk/Managing Agent
2800 28th Street, Suite 160
Santa Monica CA 90405

Lily Jack
Attn: Bankruptcy Desk/Managing Agent
Ashley
Mitch Zerg & Associates
31838 Village Center Rd
Westlake Village CA 91361

Linda Matta
Attn: Bankruptcy Desk/Managing Agent
9137 Reseda Blvd #91324
Northridge, CA 91324

Linda Wallace
Attn: Bankruptcy Desk/Managing Agent
6228 Windfresh Drive
Las Vegas NV 89148

Lionel Sawyer & Collins
Attn: Bankruptcy Desk/Managing Agent
1700 Bank of America Plaza
300 S. Fourth Street
Las Vegas NV 89101

Lisa Davenport
Attn: Bankruptcy Desk/Managing Agent
3851 Wynn Rd #1075
Las Vegas, NV 89103

Lisa Larsen
Attn: Bankruptcy Desk/Managing Agent
Keller Williams Realty
2230 Corporate Circle Ste 250
Henderson NV 89074

Little Baja
Attn: Bankruptcy Desk/Managing Agent
3033 Ford Ave.
Las Vegas NV 89139

Littler Mendelson, PC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 45547
San Francisco, CA 94145-0547

LITTON LOAN SERVICING LP
Attn: Bankruptcy Desk/Managing Agent
3920  HEATHER AVE
Kingman, AZ 86401

Lockhart Collection
Attn: Bankruptcy Desk/Managing Agent
10532 Painter Ave.
Santa Fe Springs, CA 90670

Loewenstein Inc.
Attn: Bankruptcy Desk/Managing Agent
1801 N. Andrews Ave.
Pompano Beach, FL 33069

Logsdon Contracting LLC
Attn: Bankruptcy Desk/Managing Agent
1509 Andrew David Ave.
North Las Vegas NV 89086

Lorman Education Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Bix 509
Eau Claire, WI 54702-0509

Los Angeles Times LLC
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 60040
General Mail Facility
Los Angeles CA 90099-021

Lowes
Attn: Bankruptcy Desk/Managing Agent
5050 S. Fort Apache Road
Las Vegas NV 89148

LPA, Inc
Attn: Bankruptcy Desk/Managing Agent
Deann Collins
5161 California Ave
Suite 100
Irvine CA 92617

LR Nelson Consulting
Attn: Bankruptcy Desk/Managing Agent
6765 W. Russell Rd.
Suite 200
Las Vegas NV 89118-1885

Lucky Limosine
Attn: Bankruptcy Desk/Managing Agent
4195 W. Diablo Dr.
Las Vegas, NV 89118

Lucy Stewart
Attn: Bankruptcy Desk/Managing Agent
748 Yellowtail Way
Henderson, NV 89002

Lunas Construction, Inc.
Attn: Bankruptcy Desk/Managing Agent
4830 E. Cartier Avenue
Las Vegas NV 89115

Lynda I. Diver
Attn: Bankruptcy Desk/Managing Agent
227 Piute
Henderson NV  89015

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                               Served 4/17/2009

M S I Landscaping, Inc.
Attn: Bankruptcy Desk/Managing Agent
4820 Quality Court
Suite B
Las Vegas NV 89103

M&M Electric, Inc
Attn: Bankruptcy Desk/Managing Agent
3655 W. Dewey Drive
Las Vegas NV 89118

M.D.C Holdings, Inc.
Attn: Bankruptcy Desk/Managing Agent
4350 S Monaco St #500
Denver, CO 80237

Madden Brand High
Attn: Bankruptcy Desk/Managing Agent
6810 New Tampa Highway
Suite 200
Lakeland, FL 33815

Madrid HOA
Attn: Bankruptcy Desk/Managing Agent
9510 Costilana St.
Las Vegas NV 89147

Mae Moody
Attn: Bankruptcy Desk/Managing Agent
273 McCoy St
Winnemucca, NV 89445

MAHAN SUE ANN
Attn: Bankruptcy Desk/Managing Agent
3853  HEATHER AVE
Kingman, AZ 86401

Majilite Corp
Attn: Bankruptcy Desk/Managing Agent
2464 22nd Avenue
San Francisco CA 94116

Majilite Corporation
Attn: Bankruptcy Desk/Managing Agent
C/O Lauren Schulte & Associates
1530 Broadway Road
Dracut MA 01826-2830

Make-A-Wish Found. of So. NV
Attn: Bankruptcy Desk/Managing Agent
3885 S. Decatur Blvd., Suite 1000
Las Vegas NV 89103

Manatt, Phelps & Phillips
Attn: Bankruptcy Desk/Managing Agent
11355 West Olympic Blvd.
Los Angeles CA 90064-1614

Manganal Sales
Attn: Bankruptcy Desk/Managing Agent
1240 S. Llincoln
Colton CA 92324

Manning, Hall & Salisbury, LLC
Attn: Bankruptcy Desk/Managing Agent
617 South Eighth Street
Suite A
Las Vegas NV 89101-7004

Manpower Temporary Services
Attn: Bankruptcy Desk/Managing Agent
8170 W. Sahara Ave
Suite 207
Las Vegas NV 89117

MapInfo Corporation
Attn: Bankruptcy Desk/Managing Agent
One Global View
Troy NY12180

Marc Szabo
Attn: Bankruptcy Desk/Managing Agent
50485 Via Amante
La Quinta CA 92253

March of Dimes So NV Division
Attn: Bankruptcy Desk/Managing Agent
Attn: Dale Andreason
820 Rancho Lane, Suite 55
Las Vegas NV 89106

March of Dimes-AZ
Attn: Bankruptcy Desk/Managing Agent
3550 N. Central Ave #610
Phoenix AZ 85012

Marco Rentals, Inc.
Attn: Bankruptcy Desk/Managing Agent
1501 N. Susan St.
Santa Ana CA 92703

MARIK VACLAV R
Attn: Bankruptcy Desk/Managing Agent
3949  HEATHER AVE
Kingman, AZ 86401

MARINE FLYNN JT 50
Attn: Bankruptcy Desk/Managing Agent
3961  HEATHER AVE
Kingman, AZ 86401

Mario E. Diaz & Assoc.
Attn: Bankruptcy Desk/Managing Agent
2525 E. Arizona Builtmore Cir
Suite A-117
Phoenix AZ 85016

Mariposa Real Estate Advisors
Attn: Bankruptcy Desk/Managing Agent
1613 Chelsea Rd.
Unit 204
San Marino CA 91108

Marisa Castaneda
Attn: Bankruptcy Desk/Managing Agent
3464 Gosling Street
Las Vegas NV 89117

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    Served 4/17/2009

Mark David Inc.
Attn: Bankruptcy Desk/Managing Agent
621 Southwest St
High Point, NC 27260

Mark E. Hall
Attn: Bankruptcy Desk/Managing Agent
2620 Regatta Dr
Las Vegas, NV 89128

Mark Glyman, MDDDS
Attn: Bankruptcy Desk/Managing Agent
Eric D. Wanson, MDDMD
2030 E. Flamingo Rd.,Ste. 288
Las Vegas NV 89119-5163

Mark Hurley
Attn: Bankruptcy Desk/Managing Agent
2501 Calico Street
Las Vegas NV 89108

Mark Ross Johnson Architect
Attn: Bankruptcy Desk/Managing Agent
4790 W University Avenue
Las Vegas NV 89103

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Mark Valmore
Attn: Bankruptcy Desk/Managing Agent
5712 Pacesetter St
N Las Vegas, NV 89081

Marketing Results Plus, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 231085
Las Vegas NV 89123

Marketing Solutions Corp
Attn: Bankruptcy Desk/Managing Agent
10317 Wellside Hill Ave
Las Vegas NV 89128

Marquis & Aurbach Trust Accoun
Attn: Bankruptcy Desk/Managing Agent
10001 Park Run Dr
Las Vegas, NV 89145

Marron & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
7511 Fourth Street NW
Albuquerque NM 87107

MARTIN RONALD & KATHY CPWRS
Attn: Bankruptcy Desk/Managing Agent
3775  HEATHER AVE
Kingman, AZ 86401

Martin Swanty
Attn: Bankruptcy Desk/Managing Agent
Chrysler Dodge Jeep
2640 E. Andy Devine
Kingman AZ 86401

Martinez & Turek, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 South Cedar Avenue
Rialto CA 92376-9102

Marvic
Attn: Bankruptcy Desk/Managing Agent
c/o Sloan Miyasato
2 Henry Adams St
San Francisco CA 94103

Mass Marketing Inc.
Attn: Bankruptcy Desk/Managing Agent
7209 Dixie Hwy.
Faorfoe;d, OH 45014-5596

Mass Mutual
Attn: Bankruptcy Desk/Managing Agent
1295 State St
Springfield, MA 01111

Matman, Inc.
Attn: Bankruptcy Desk/Managing Agent
5015 West Sahara Ave., Ste 125
Las Vegas NV 89103

Matrix Media, Inc.
Attn: Bankruptcy Desk/Managing Agent
463 E. Town Street
Suite 200
Columbus, OH 43215

Matt Adamour
Attn: Bankruptcy Desk/Managing Agent
612 Fallsmead Cir
Longwood, FL 32750

Matthew Priddy
Attn: Bankruptcy Desk/Managing Agent
398 Blue Tee Ct.
Las Vegas, NV 89148-5253

Matthew Tanico
Attn: Bankruptcy Desk/Managing Agent
9316 Bearded Iris Ave
Las Vegas, NV 89148

MATTINGLY JAMES D & ROBIN CPWRS
Attn: Bankruptcy Desk/Managing Agent
3836  HEATHER AVE
Kingman, AZ 86401

Mayrand Publishers
Attn: Bankruptcy Desk/Managing Agent
21 Lawrence Paquette
Industrial Drive
Champlain, NY 12919

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    **Served 4/17/2009**

Maywood Furniture
Attn: Bankruptcy Desk/Managing Agent
23 West Howcoft Rd.
Maywood NJ 07607

McConnell Cabinets, Inc.
Attn: Bankruptcy Desk/Managing Agent
3275 Ali Baba, Suite 516
Las Vegas, NV 89118

MediaTrac, LLC
Attn: Bankruptcy Desk/Managing Agent
5000 Executive Parkway
Suite 250
San Ramon CA 94583

Medina Paint & Drywall
Attn: Bankruptcy Desk/Managing Agent
4016 Hatch St
North Las Vegas, NV 89032

Meerkat Inc.
Attn: Bankruptcy Desk/Managing Agent
960 Hathaway St. B
Banning CA 92220

Mei Dong Xia
Attn: Bankruptcy Desk/Managing Agent
5170 S. Jones Blvd.
Las Vegas NV 89118

Mendenhall Smith, Inc.
Attn: Bankruptcy Desk/Managing Agent
3571 Redrock #A
Las Vegas, NV 89103

Mercedes-Benz Financial
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 9001921
Louisville KY 40290-1921

Mercury Reprographics
Attn: Bankruptcy Desk/Managing Agent
3325 Pepper Lane
Las Vegas NV 89120

Meredith McGhan
Attn: Bankruptcy Desk/Managing Agent
3955 Swenson # 34
Las Vegas NV 89119

Meredith, Weinstein & Numbers
Attn: Bankruptcy Desk/Managing Agent
115 Ward Street
Larkspur CA 94939-1326

Merryhill Schools
Attn: Bankruptcy Desk/Managing Agent
5055 S. Durango Dr
Las Vegas, NV 89113

Mertens
Attn: Bankruptcy Desk/Managing Agent
4385 Baker Dr.
Kingman AZ 86409

Mesquite Material Testing
Attn: Bankruptcy Desk/Managing Agent
752 West Pioneer Blvd
Mesquite, NV 89027

Mestas Roofing Inc
Attn: Bankruptcy Desk/Managing Agent
5630 Stephanie Street Suite B
Las Vegas, NV 89122

Mestre Greve Associates
Attn: Bankruptcy Desk/Managing Agent
27812 El Lazo Rd
Laguna Niguel, CA 92677

Metro Diesel Injection
Attn: Bankruptcy Desk/Managing Agent
12631 Los Nietos Road
Santa Fe SpringsCA  90670

Metro Electric
Attn: Bankruptcy Desk/Managing Agent
3315 Birtcher Drive
Las Vegas NV 89118

Metro Trucking
Attn: Bankruptcy Desk/Managing Agent
4815 Alto
Las Vegas NV 89115

MetroStudy
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2683, Dept. #00
Houston, TX 77252

MEYER MICHAEL JT 50
Attn: Bankruptcy Desk/Managing Agent
3878  HEATHER AVE
Kingman, AZ 86401

Michael and Laura Ribando
Attn: Bankruptcy Desk/Managing Agent
125 Lucinda Drive
Babylon NY 11702

Michael J. Gauthier
Attn: Bankruptcy Desk/Managing Agent
2833 Secret Canyon Rd
Henderson, NV 89074

Michael Kayfez and
Attn: Bankruptcy Desk/Managing Agent
Goold Patterson Ales & Day

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    **Served 4/17/2009**

Michael Matoff
Attn: Bankruptcy Desk/Managing Agent
2453 Hill Street
Santa Monica CA 90406

Mike Eggers
Attn: Bankruptcy Desk/Managing Agent
6437 Grey Dove Circle
Las Vegas NV 89118

Milgard Windows Corp.
Attn: Bankruptcy Desk/Managing Agent
7600 Eastgate Road
Henderson, NV 89015

Millenium Staffing & MGMT SVCS
Attn: Bankruptcy Desk/Managing Agent
8230 W. Charleston Blvd
Las Vegas, NV 89117

Miller Rentals, Inc.
Attn: Bankruptcy Desk/Managing Agent
3990 W. Dewey Dr. Suite #14
Las Vegas NV 89118-2345

MILLER RICHARD & LIZBETH CPWRS
Attn: Bankruptcy Desk/Managing Agent
5353 S TURQUOIS RD
Golden Valley, AZ 86413

MILLER RICHARD & LIZBETH CPWRS
Attn: Bankruptcy Desk/Managing Agent
PO BOX 783
KINGMAN, AZ 86402

Mind Theatre Audio, Inc
Attn: Bankruptcy Desk/Managing Agent
3485 W. Harmon, Suite 100
Las Vegas NV 89103

Mini Storage of Nevada
Attn: Bankruptcy Desk/Managing Agent
4303 South Arville
Las Vegas NV 89103

Mixed - Media
Attn: Bankruptcy Desk/Managing Agent
3585 E Patrick Lane Ste 800
Las Vegas NV 89120

Miyamoto International Inc
Attn: Bankruptcy Desk/Managing Agent
Accounting Department
1450 Halyard Dr
Suite 1
West Sacramento CA 95691

MLAN
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Parkway
Suite 290
Las Vegas NV 89109-5972

Mobile Billboards
Attn: Bankruptcy Desk/Managing Agent
5460 Desert Point Drive
Las Vegas, NV 89118

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
3101 Westwood Drive
Las Vegas, NV 89109

Modular Building Solutions
Attn: Bankruptcy Desk/Managing Agent
60 Sandra Lee Blvd.
West Milton PA 17886

Mohave Co. and Env. Health
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7000
E. Hwy 66 Suite A
Kingman AZ 86402-7000

Mohave County
Attn: Bankruptcy Desk/Managing Agent
1305 Hancock Rd #5
Bullhead City, AZ 86442

Mohave County Assessor
Attn: Bankruptcy Desk/Managing Agent
700 W. Beale St.
PO Box 7000
Kingman AZ 86402

Mohave County Community &
Attn: Bankruptcy Desk/Managing Agent
Economic Development
P.O. Box 7000
Kingman AZ 86402-7000

Mohave County Fair Association
Attn: Bankruptcy Desk/Managing Agent
2600 Fairgrounds Blvd.
Kingman AZ 86401-4169

Mohave County Landowners Assn
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 3877
Kingman, AZ 86402-9975

Mohave County Planning
Attn: Bankruptcy Desk/Managing Agent
PO Box 7000
Kingman, AZ 86402

Mohave County Recorder
Attn: Bankruptcy Desk/Managing Agent
1305 Hancock Rd #5
Bullhead City, AS 86442

Mohave County Treasurer
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 712
3313 E. Oak Street
Kingman AZ 86402

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                       Served 4/17/2009

Mohave Electric Cooperative
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2000
Bullhead City AZ 86430

Mohave Engineering Associates
Attn: Bankruptcy Desk/Managing Agent
2202 Stockton Road
Kingman AZ 86401

Mohave Nut and Bolt, LLC
Attn: Bankruptcy Desk/Managing Agent
1711 Stockton Hill Rd # 293
Kingman AZ 86401

Mohave Utility Equipment Corp.
Attn: Bankruptcy Desk/Managing Agent
2210 E. Airway
Kingman AZ 86401

Monmouth Fabricators
Attn: Bankruptcy Desk/Managing Agent
5005 Belmar Blvd Suite C6
Farmingdale NJ 07727

Monsen Engineering Supply
Attn: Bankruptcy Desk/Managing Agent
5115 S. Valley View Blvd.
Las Vegas, NV 89118

Monster.com
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 90364
Chicago IL 60696-0364

Moody's Investors Service
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 102597
Atlanta GA 30368-0597

Moore Media
Attn: Bankruptcy Desk/Managing Agent
2255 Renaissance
Las Vegas NV 89119

Morally Supply, Inc.
Attn: Bankruptcy Desk/Managing Agent
4695 North Ave
Oceanside, CA 92056

Morris, Pickering, & Sanner
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th St. Suite 900
Las Vegas NV 89101

Motivational Systems Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 Cleveland Avenue
National City CA 91950

Move Sales, Inc
Attn: Bankruptcy Desk/Managing Agent
Attn: Accounts Receivable
P.O. Box 13239
Scottsdale AZ 85267-3239

Moyes Storey
Attn: Bankruptcy Desk/Managing Agent
1850 North Central Avenue
Suite 1100
Phoenix AZ 85004

Mpower Communications
Attn: Bankruptcy Desk/Managing Agent
PO Box 60767
Los Angeles CA 90060

Mr Tractor Sales, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7200
San Bernardino CA 92411

Mr. Woo H. Choi
Attn: Bankruptcy Desk/Managing Agent
% W.J.C.L.L.C.
2824 Dove Run Creek Dr
Las Vegas NV 89135

MRJ Arhitects
Attn: Bankruptcy Desk/Managing Agent
4790 W University Ave
Las Vegas NV 89103

MSI Landscaping, Inc.
Attn: Bankruptcy Desk/Managing Agent
4820 Quality Ct. Suite B
Las Vegas NV 89103-5221

MSP Communications
Attn: Bankruptcy Desk/Managing Agent
220 South Sixth Street
Suite 500
Minneapolis, MN 55402

Murray's Iron Works
Attn: Bankruptcy Desk/Managing Agent
1801 East 50th Street
Los Angeles, CA 90058

Mushkin & Hafer
Attn: Bankruptcy Desk/Managing Agent
Peter and Joyce Kwan
,

MYERS TOM
Attn: Bankruptcy Desk/Managing Agent
3866 HEATHER AVE
Kingman, AZ 86401

Mystic Electric
Attn: Bankruptcy Desk/Managing Agent
2580 N. Liowa Blvd. #101
Lake Havasu City, AZ 86403

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

NAHB Research Center, Inc.
Attn: Bankruptcy Desk/Managing Agent
400 Prince George's Blvd
Upper Marlboro MD 20774

Nancy Susan Camara
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 1776
Nederland CO 80466

Napa Auto Parts
Attn: Bankruptcy Desk/Managing Agent
2545 E. Andy Devine-RT. 66
Kingman AZ 86401

Nasser Georges
Attn: Bankruptcy Desk/Managing Agent
6480 Claremore Court
Las Vegas NV 89110

Natalie Blake
Attn: Bankruptcy Desk/Managing Agent
Attorney at Law
12100 Wilshire Blvd, Ste 1125
Los Angeles CA 90025

National Assc. of Home Builder
Attn: Bankruptcy Desk/Managing Agent
PO Box 409889
Atlanta GA 30384-9799

National Builder Services
Attn: Bankruptcy Desk/Managing Agent
1717 W. Orangewood Ave Suite F
Orange CA 92868

National Construction Rentals
Attn: Bankruptcy Desk/Managing Agent
5675 Puebla St.
Las Vegas, NV 89115

National Flood Insurance Prog.
Attn: Bankruptcy Desk/Managing Agent
PO Box 650346
Dallas TX 75265-0346

National Jewish
Attn: Bankruptcy Desk/Managing Agent
Las Vegas Humanitarian Award Dinn
14724 Ventura Blvd Suite 900
Sherman Oaks, CA 91403

National Print Group Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 116424
Atlanta GA 30368-6424

National Registered Agents,Inc
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 927
West Windsor NJ 08550-0927

National Seminars
Attn: Bankruptcy Desk/Managing Agent
PO Box 419107
Kansas City MO 64141-6107

NCO Financial Systems, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 41593
Philadelphia PA 19101-1593

NELSON JUDY
Attn: Bankruptcy Desk/Managing Agent
3841 HEATHER AVE
Kingman, AZ 86401

Neofunds By Neopost
Attn: Bankruptcy Desk/Managing Agent
PO Box 31021
Tampa FL 33631-3021

Neopost
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4800
San Francisco, CA 94145

Netco, Inc
Attn: Bankruptcy Desk/Managing Agent
5581 South Cameron Suite A
Las Vegas NV 89118

Nevada Attorney General
Attn: Bankruptcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Cancer Institute
Attn: Bankruptcy Desk/Managing Agent
c/o Rock for the Cure
10000 West Charleston Blvd #260
Las Vegas NV 89135

Nevada Child Seekers
Attn: Bankruptcy Desk/Managing Agent
2880 East Flamingo Rd.,Suite J
Las Vegas NV 89121

Nevada Department of Employment, Training & Rehabilitatio
Attn: Bankruptcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Department of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 52674
Phoenix AZ 85072-2674

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    Served 4/17/2009

Nevada Division of
Attn: Bankruptcy Desk/Managing Agent
Environmental Protection
333 W. Nye Lane Room 138
Carson City,, NV 89706

Nevada Division of Real Estate
Attn: Bankruptcy Desk/Managing Agent
2501 E Sahara Ave #102
Las Vegas, NV 89104

Nevada Gypsum Floors,Inc
Attn: Bankruptcy Desk/Managing Agent
3588 So. Valley View
Las Vegas, NV 89103

Nevada Health Sciences System
Attn: Bankruptcy Desk/Managing Agent
Jim Rogers
5550 W. Flamingo, Suite C1
Las Vegas NV 89103

Nevada Power Company
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV 89520-3086

Nevada Utilities/Telephone Ser
Attn: Bankruptcy Desk/Managing Agent
1700 S. Main Street
Las Vegas NV 89104

Nevcon Enterprises
Attn: Bankruptcy Desk/Managing Agent
4141 W. Oquendo Rd. Suite # 1
Las Vegas NV 89118-3005

New Crete LLC
Attn: Bankruptcy Desk/Managing Agent
4710 W Dewey Drive #110
Las Vegas, NV 89118

New Horizons Computer Learning
Attn: Bankruptcy Desk/Managing Agent
7674 W Lake Mead Blvd. #250
Las Vegas, NV 89128

Newman Garrison Gilmore
Attn: Bankruptcy Desk/Managing Agent
20401 SW Birch St. Suite # 200
Newport Beach CA 92660

Newman-Frey Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
314 S. Las Palmas Ave.
Los Angeles, CA 90020

News West Publishing
Attn: Bankruptcy Desk/Managing Agent
2435 Miracle Mile
P.O. Box 21209
Bullhead City AZ 86439

NEWY EDWARD W & CHASIDY A CPWRS
Attn: Bankruptcy Desk/Managing Agent
2626 SIMMS AVE
KINGMAN, AZ 86401

NEWY EDWARD W & CHASIDY A CPWRS
Attn: Bankruptcy Desk/Managing Agent
5225 S OPAL RD
Golden Valley, AZ 86413

Next Designer Logistics
Attn: Bankruptcy Desk/Managing Agent
11235 Campanile St
Las Vegas, NV 89141

NextGen Integrated Solutions
Attn: Bankruptcy Desk/Managing Agent
7165 Bermuda Rd.
Las Vegas NV 89119

Night Shift
Attn: Bankruptcy Desk/Managing Agent
Sean
5280 South Valley View Blvd.
Suite B
Las Vegas NV 89118

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nitz, Walton, Heaton
Attn: Bankruptcy Desk/Managing Agent
Penny
Trust Account
601 S. 10th Street
Las Vegas NV 89101

N-M Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
4321 W Flamingo Rd
Las Vegas, NV 89103

Noble House
Attn: Bankruptcy Desk/Managing Agent
21220 Devonshire #102
Chatsworth CA 91311

North Star Materials
Attn: Bankruptcy Desk/Managing Agent
2014 Main Street
Kingman AZ 86401

Northern Safety Co. INC
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 4250
Uticca, NY 13504-4250

NPG Cable
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1604
St. Joseph MO 64502-1604

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                    Served 4/17/2009

NRS Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1170
Milwaukee, WI 53201-1170

NUCO Plastering Inc.
Attn: Bankruptcy Desk/Managing Agent
9611 N. 16th Ave.
Phoenix, AZ 85021-2126

Nuvis Landscape Architec
Attn: Bankruptcy Desk/Managing Agent
3151 Airway Avenue #J-3
Costa Mesa, CA 92626

NV Division of Water Resources
Attn: Bankruptcy Desk/Managing Agent
400 Shadow Lane #201
Las Vegas NV 89109

NV Environmental Protect
Attn: Bankruptcy Desk/Managing Agent
901 S. Stewart St.
Carson City NV 89701

Nye County Treasurer
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 473
Tonopah NV 89049-0473

Oakstone Wellness
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 263
Chelsea AL 35043

Oasis Pool Maintenance
Attn: Bankruptcy Desk/Managing Agent
4 Bergholt Crest Avenue
Henderson NV 89015

Odor Masters
Attn: Bankruptcy Desk/Managing Agent
4616 W. Sahara Ave Pmb 178
Las Vegas, NV 89102

Odyssey Consulting
Attn: Bankruptcy Desk/Managing Agent
6440 Sky Pointe Dr
Las Vegas, NV 89131

Office Depot
Attn: Bankruptcy Desk/Managing Agent
3427 S Maryland Pkwy
Las Vegas, NV 89109

Office Max
Attn: Bankruptcy Desk/Managing Agent
HSBC Business Solutions
P. O. Box 5239
Carol Stream IL 60197-0000

Office of Manufactured Housing
Attn: Bankruptcy Desk/Managing Agent
1110 W. Washingtong Ste. 100
Phoenix AZ 85007

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

Office Plus
Attn: Bankruptcy Desk/Managing Agent
3201 Builders Ave
Las Vegas, NV 89101

On Time Signs
Attn: Bankruptcy Desk/Managing Agent
4960 South Fort Apache, Ste 440
Las Vegas NV 89148

On Track Mechanical
Attn: Bankruptcy Desk/Managing Agent
9360 Byham Lane
Cherry Valley CA 92223

One Stop Hydraulics
Attn: Bankruptcy Desk/Managing Agent
294 Metcalf Rd.
Kingman AZ 86401

OnStar Subscription Center
Attn: Bankruptcy Desk/Managing Agent
PO Box 77000
Detroit MI 48277-0246

Opportunity Village ARC INC
Attn: Bankruptcy Desk/Managing Agent
6300 West Oakey Boulevard
Las Vegas NV 89146

Orange County Register
Attn: Bankruptcy Desk/Managing Agent
625 N. Grand Ave
Santa Ana CA 92701

ORCO Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 05891
PO Box 39000
San Francisco CA 94139-5891

Orkin Pest Control
Attn: Bankruptcy Desk/Managing Agent
4550 Ziebart Pl., Ste A
Las Vegas, NV 89103

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    **Served 4/17/2009**

Osborn Architects-Engineers
Attn: Bankruptcy Desk/Managing Agent
1300 East Ninth Street, Ste 1500
Cleveland, OH 44144-1573

Ostheimer & Company
Attn: Bankruptcy Desk/Managing Agent
13981 Alyssum Way
Tucson, AZ 85737

Outdoor Solutions
Attn: Bankruptcy Desk/Managing Agent
Scott Carlovsky
7935 W. Sahara Avenue
Suite 201
Las Vegas NV 89117

P&C Catering
Attn: Bankruptcy Desk/Managing Agent
10 Main St
Las Vegas, NV 89102

P&L Fencing & Iron
Attn: Bankruptcy Desk/Managing Agent
8414 W. Farm Rd Ste 180 475
Las Vegas NV 89131

Pacific Property Consultants
Attn: Bankruptcy Desk/Managing Agent
12725 Stowe Drive
Poway CA 92064

PacifiCare
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 53507
4601 E Hilton Ave
Phoenix, AZ 85072-3507

Pac-Van, Inc
Attn: Bankruptcy Desk/Managing Agent
2693 Paysphere Circle
Chicago IL 60674

Padilla Construction Co. of NV
Attn: Bankruptcy Desk/Managing Agent
1605 N. O'Donnell Way
Orange CA 92867

Paint & Paperworks
Attn: Bankruptcy Desk/Managing Agent
4310 S. Cameron St.
Las Vegas NV 89146

Palm Canyon HOA
Attn: Bankruptcy Desk/Managing Agent
.

Paradigm Engineering
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 676049
Dallas, TX 75267-6049

Paramount Destination Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 19330
Las Vegas NV 89132-0330

Paramount Rodeo
Attn: Bankruptcy Desk/Managing Agent
Sandy Margolin
17501 Ventura Blvd
Encion CA 91316

Park Avenue Cleaners
Attn: Bankruptcy Desk/Managing Agent
7210 W. Lake Mead
Suite 2
Las Vegas NV 89138

Parsons Bros Rockeries
Attn: Bankruptcy Desk/Managing Agent
710 W. Sunset Road #110
Henderson, NV 89015

Party Land
Attn: Bankruptcy Desk/Managing Agent
9326 W Sahara Ave #2
Las Vegas, NV 89117

Party Supermart
Attn: Bankruptcy Desk/Managing Agent
2521 E. Bonanza Rd
Las Vegas NV 89101

Patient Financial Services
Attn: Bankruptcy Desk/Managing Agent
Mayo Clinic Scottsdale
P.O.Box 52557
Phoenix AZ 85072-2557

Patricia Farley-Saavedra
Attn: Bankruptcy Desk/Managing Agent
7525 Rushing Current St
Las Vegas NV 89131

PATTERSON JOHN
Attn: Bankruptcy Desk/Managing Agent
3979 HEATHER AVE
Kingman, AZ 86401

Paul Karlik
Attn: Bankruptcy Desk/Managing Agent
3426 Cloverdale Ct
Las Vegas, NV 89117

Paul Renneker
Attn: Bankruptcy Desk/Managing Agent
1104 Norellat Rd.
Henderson NV  89015

PBCC
Attn: Bankruptcy Desk/Managing Agent
Pitney Bowes Credit Corporation
P.O.Box 856460
Louisville KY 40285-6460

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

PBS&J
Attn: Bankruptcy Desk/Managing Agent
2270 Corporate Circle #100
Henderson NV 89074

PCBC
Attn: Bankruptcy Desk/Managing Agent
1215 K Street
Suite 1200
Sacramento CA 95814

Pen-Cal
Attn: Bankruptcy Desk/Managing Agent
6210 Stoneridge Mall Rd., Ste 300
Pleasanton, CA 94588

Peninsula Floors, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 951404
Dallas, TX 75395-1404

PENNINGTON JULIE
Attn: Bankruptcy Desk/Managing Agent
3950 HEATHER AVE
Kingman, AZ 86401

Perfect Raingutters
Attn: Bankruptcy Desk/Managing Agent
Jarrett Jamieson
6295 Harrison #9
Las Vegas NV 89120

Perfecto and Dina Arca
Attn: Bankruptcy Desk/Managing Agent
23222 Rosanna Court
Torrance CA 90502

Performance Plastering
Attn: Bankruptcy Desk/Managing Agent
4840 East Cartier Avenue
Las Vegas NV 89115

Perkins Coie Brown & Bain
Attn: Bankruptcy Desk/Managing Agent
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099

Perlman Architects, Inc.
Attn: Bankruptcy Desk/Managing Agent
2230 Corporate Circle Ste 200
Henderson, NV 89014

Peter and Susan Malik
Attn: Bankruptcy Desk/Managing Agent
1104 Arabian Sand Court
Las Vegas NV 89144

Peter R. Pezzani
Attn: Bankruptcy Desk/Managing Agent
1754 Franklin Chase
Henderson NV 89012

Phase One Consulting Eng
Attn: Bankruptcy Desk/Managing Agent
5135 Camino Al Norte
Suite 250
North Las Vegas, NV 89031

Phil and Cindy Shipley
Attn: Bankruptcy Desk/Managing Agent
7804 SW 193rd Street
Miami FL 33157

Phil Jaffarian
Attn: Bankruptcy Desk/Managing Agent
.

Phoenix Chamber of Commerce
Attn: Bankruptcy Desk/Managing Agent
201 North Central Avenue
27th Floor
Phoenix, AZ 85004

Photo Research LLC
Attn: Bankruptcy Desk/Managing Agent
2919 "B" Mead
Las Vegas, NV 89102

Phuong Kim Ong
Attn: Bankruptcy Desk/Managing Agent
8501 University Ave
#2085
Las Vegas NV 89147

Pioneer Overhead Door
Attn: Bankruptcy Desk/Managing Agent
4046 West Ponerosa Way
Las Vegas NV 89118-8794

Pipe Maintenance Serv. Inc.
Attn: Bankruptcy Desk/Managing Agent
412 E Gowan Road
N Las Vegas NV 89032

Piper Plastics, LLC
Attn: Bankruptcy Desk/Managing Agent
7260 Dean Martin Drive
Suite 1000
Las Vegas NV 89118

Piracle
Attn: Bankruptcy Desk/Managing Agent
Order checks from HOPE
2302 South Presidents Drive
Suite B
Salt Lake City UT 84120

Pitney Bowes
Attn: Bankruptcy Desk/Managing Agent
PO Box 856390
Louisville, KY 40285-6390

Pitney Bowes Global Financial
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 856460
Louisville, KY 40285-6460

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

**Served 4/17/2009**

Pitney Bowes Purchase Power
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 856042
Louisville KY 40285-6042

Plan B Productions
Attn: Bankruptcy Desk/Managing Agent
1055 N. Victory Place
Burbank CA 91502

Polar Air & Heating
Attn: Bankruptcy Desk/Managing Agent
5030 Harrison Drive
Las Vegas NV 89120

Pollack & Associates
Attn: Bankruptcy Desk/Managing Agent
c/o Donghia Textiles
150 Varick Street 10th Fl.
New York NY 10013

Pollack & Associates
Attn: Bankruptcy Desk/Managing Agent
Traci Rock
c/o Donghia
101 Henry Adams St. #144
San Francisco CA 94103

Pools by Grube
Attn: Bankruptcy Desk/Managing Agent
961 Empire Mesa Way
Henderson NV 89015

Portaframe, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 594
Dexter MO 63841

Post Tensioing Institute Store
Attn: Bankruptcy Desk/Managing Agent
8601 North Black Canyon Hwy
Ste. 103
Phoenix AZ 85021

Poster Compliance Center
Attn: Bankruptcy Desk/Managing Agent
3687 Mt Diablo Blvd Ste B100
Lafayette CA 94549-3744

Praxair
Attn: Bankruptcy Desk/Managing Agent
310-Praxair Distribution Inc.
P.O. Box 120812 Dept. 0812
Dallas TX 75312-0812

Precision Surveys
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 94928
8414-D Jefferson St. NE
Albuquerque NM 87199

Prem Signh
Attn: Bankruptcy Desk/Managing Agent
9301 Thonder Court
Las Vegas NV 89149

Premier Office Systems, Inc
Attn: Bankruptcy Desk/Managing Agent
1210 South Valley View Blvd.
Suite 215
Las Vegas NV 89102

PRINCE ROBERT & PEGGY JT
Attn: Bankruptcy Desk/Managing Agent
10400 NE 881ST ST
VANCOUVER, WA 98662

PRINCE ROBERT & PEGGY JT
Attn: Bankruptcy Desk/Managing Agent
4257 S TOPAZ RD GOLDEN VALLEY
Golden Valley, AZ 86413

Priority time Systems
Attn: Bankruptcy Desk/Managing Agent
488 W 2000 S #1A
Orem, UT 84058

Pro Tech
Attn: Bankruptcy Desk/Managing Agent
4428 David Rd
Kingman AZ 86409

Professional Door & Millworks
Attn: Bankruptcy Desk/Managing Agent
2951 Morion Dr Ste #117B
Las Vegas, NV 89115

Progressive Drywall Systems
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3595
Lake Havasu AZ 86405

Promotions & Event Management
Attn: Bankruptcy Desk/Managing Agent
3390 Wynn Road, Suite A
Las Vegas, NV 89102

Prudential Mohave, Realtors
Attn: Bankruptcy Desk/Managing Agent
2202 Stockton Hill Rd., Suite C
Kingman AZ 86401

Prudential Overall Supply
Attn: Bankruptcy Desk/Managing Agent
PO Box 11210
Santa Ana, CA 92711

Pulido Construction
Attn: Bankruptcy Desk/Managing Agent
3540 Sahara Ave # 572
Las Vegas NV 89102

Purdue Marion & Assoc.
Attn: Bankruptcy Desk/Managing Agent
3455 Cliff Shadows Pkwy
Suite 190
Las Vegas NV 89129

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                      **Served 4/17/2009**

Q Media
Attn: Bankruptcy Desk/Managing Agent
8565 W Craig Rd
Las Vegas NV 89129

Quality Cabinets
Attn: Bankruptcy Desk/Managing Agent
865 Pilot Rd
Las Vegas, NV 89118

Quality Impressions
Attn: Bankruptcy Desk/Managing Agent
6295 Harrison Dr.
Suite 29
Las Vegas, NV 89120

Quality Inn
Attn: Bankruptcy Desk/Managing Agent
1400 E. Andy Devine Ave.
Kingman AZ 86401

Quality Wood Products
Attn: Bankruptcy Desk/Managing Agent
3001 N. Nellis
Las Vegas NV 89115

Quick Crete Products Crp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 639
Norco CA 92860-0639

QVS
Attn: Bankruptcy Desk/Managing Agent
2731 Crimson Canyon
Las Vegas NV 89128

R Ranch Ventures LLC
Attn: Bankruptcy Desk/Managing Agent
531 Towne Ave
Los Angeles, CA 90013

R. Scott Dugan Appraisal Co.
Attn: Bankruptcy Desk/Managing Agent
6767 W. Tropicana
Suite #110
Las Vegas NV 89103

R.S. Herman Architects, Inc
Attn: Bankruptcy Desk/Managing Agent
6009 Melrose Ave.
Los Angeles CA 90038

R.W. Turner & Sons
Attn: Bankruptcy Desk/Managing Agent
Pump & Windmill Co., Inc
3471 Hwy 89N
Chino Valley AZ 86323

Rain 2 Day Inc.
Attn: Bankruptcy Desk/Managing Agent
4850 E. Cartier Ave.
Las Vegas NV 89115

Ralp Productions
Attn: Bankruptcy Desk/Managing Agent
151 Haskins Way, Unit E
South San Francisco, CA 94080

Ralph Jones Display
Attn: Bankruptcy Desk/Managing Agent
2576 East Charleston Blvd
Las Vegas NV 89104-2323

Rapid Color, Inc.
Attn: Bankruptcy Desk/Managing Agent
3314 South Highland Drive
Las Vegas NV 89109

Raquel Nash
Attn: Bankruptcy Desk/Managing Agent
1865 N. Walnut Rd. Apt 105
Las Vegas NV 89115

RBC Builder Finance
Attn: Bankruptcy Desk/Managing Agent
11011 Richmond Avenue
Suite 850
Houston TX 77042

RC Wiley
Attn: Bankruptcy Desk/Managing Agent
4390 Flossmoor St
Las Vegas, NV 89115

RCD Mechanical, Inc.
Attn: Bankruptcy Desk/Managing Agent
1820 Willow Trail
Las Vegas, NV 89108

Real Estate Broker
Attn: Bankruptcy Desk/Managing Agent
Jess Medina
7445 S. Durango Dr. Ste 104
Las Vegas NV 89148

Real Estate Economics
Attn: Bankruptcy Desk/Managing Agent
30131 Town Center Drive
Ste 270
Laguna Niguel CA 92677

Real Estate Temps
Attn: Bankruptcy Desk/Managing Agent
PO Box 18857
Irvine, CA 92623-8857

Realty Executives
Attn: Bankruptcy Desk/Managing Agent
2601 Stockton Hill Road
Suite B
Kingman AZ 86401

Realty West Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 Mary Crest Road
Henderson, NV 89074

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    **Served 4/17/2009**

Rebel Oil Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 S. Highland Drive
Las Vegas NV 89102-4812

Rebel Party Rental
Attn: Bankruptcy Desk/Managing Agent
4231 Bertos Drive
Las Vegas NV 89103

Recall
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 101057
Atlanta, GA 30392-1057

Red Apple Grill
Attn: Bankruptcy Desk/Managing Agent
1989 Redwood Street
Las Vegas NV 89146

Red Rock Mechanical, LLC
Attn: Bankruptcy Desk/Managing Agent
6311 Dean Martin Dr.
Las Vegas NV 89118

REEF Colonial, LLC
Attn: Bankruptcy Desk/Managing Agent
8367 W. Flamingo , Suite 201
Las Vegas, NV 89147

Reel Sound
Attn: Bankruptcy Desk/Managing Agent
1111 Mary Crest, Suite P
Henderson NV  89074

Reeves, Evans, McBride,& Zhang
Attn: Bankruptcy Desk/Managing Agent
2285 Renissance Dr Suite E
Las Vegas, NV 89119

Regal Materials Inc.
Attn: Bankruptcy Desk/Managing Agent
1013 E Delhi
N Las Vegas NV  89030

Regions Interstate Billing
Attn: Bankruptcy Desk/Managing Agent
1025 5th Avenue SE
Decatur AL 35601

Reliable Pump, Inc
Attn: Bankruptcy Desk/Managing Agent
4105 W. Bell Drive
dba Reliable Pump & Motor
PO Box 31115
Las Vegas NV 89173

Relocating in Las Vegas
Attn: Bankruptcy Desk/Managing Agent
PO Box 8680
Prairie Village, KS 66208

ReMax Olson Assoc.
Attn: Bankruptcy Desk/Managing Agent
16842 Devonshire St.
Granda Hills CA 91344

Rent A Center
Attn: Bankruptcy Desk/Managing Agent
6140 W. Tropicana #C-1
Las Vegas NV 89103

Rent-A-Center
Attn: Bankruptcy Desk/Managing Agent
3280 Stockton Hill Rd.
Suite A
Kingman AZ 86409

Republic Serv. of So. NV
Attn: Bankruptcy Desk/Managing Agent
770 E. Sahara Avenue
Las Vegas NV 89193-8508

Republic Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 78040
Phoenix AZ 85062-8040

Rhodes Design & Develop
Attn: Bankruptcy Desk/Managing Agent
4730 S Fort Apache Road
Suite 300
Las Vegas, NV 89147

RHODES HOMES ARIZONA LLC
Attn: Bankruptcy Desk/Managing Agent
3806  HEATHER AVE
Kingman, AZ 86401

Rhodes Homes Arizona, LLC
Attn: Bankruptcy Desk/Managing Agent
313 South Aztec
Golden Valley AZ 86413

RHODES JAMES M
Attn: Bankruptcy Desk/Managing Agent
3776  HEATHER AVE
Kingman, AZ 86401

RHODES JAMES M
Attn: Bankruptcy Desk/Managing Agent
3800  HEATHER AVE
Kingman, AZ 86401

Rhodes Ranch Country Clu
Attn: Bankruptcy Desk/Managing Agent
20 Rhodes Ranch Parkway
Las Vegas NV 89148

Rhodes Ranch HOA
Attn: Bankruptcy Desk/Managing Agent
4730 Sourth Fort Apache Rd.
Suite 300
Las Vegas NV 89148

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

Rhodes, Deborah L.
Attn: Bankruptcy Desk/Managing Agent
8789 Spanish Mountain
Las Vegas, NV 89113

Rhodes, James M.
Attn: Bankruptcy Desk/Managing Agent
5068 Spanish Heights Drive
Las Vegas, NV 89113

Ricardo Daza
Attn: Bankruptcy Desk/Managing Agent
1050 W. College View Dr.
Apt 6
Monterey Park CA 91754

Rice Silbey Reuther & Sullivan
Attn: Bankruptcy Desk/Managing Agent
3960 Howard Hughes Parkway
Suite 700
Las Vegas NV 89109

RICH WILLIAM & ELEANOR TRUSTEES
Attn: Bankruptcy Desk/Managing Agent
3793  HEATHER AVE
Kingman, AZ 86401

Richard E. Johnson
Attn: Bankruptcy Desk/Managing Agent
185 Jonathan Drive
Stamford, CT. 06903

Richard Luke Architects
Attn: Bankruptcy Desk/Managing Agent
9061 W. Sahara Avenue
Las Vegas, NV 89117

Rinaldi & Associates
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 90157
Henderson NV  89009-0157

Ritz Camera
Attn: Bankruptcy Desk/Managing Agent
3562 S Maryland Pkwy
Las Vegas, NV 89169

River Valley Air Conditioning
Attn: Bankruptcy Desk/Managing Agent
221 F Street
Needles CA 92363

RNM Architecture
Attn: Bankruptcy Desk/Managing Agent
4611 Teller Avenue
Newport Beach, CA 92660

Road Runner Sanitary
Attn: Bankruptcy Desk/Managing Agent
1600 W. Acoma BL # 45
Lake Havasu City, AZ 86403-2898

Rob Catron
Attn: Bankruptcy Desk/Managing Agent
231 Platinum St
Henderson, NV 89015

Robert Allen Group
Attn: Bankruptcy Desk/Managing Agent
55 Cabot Blvd.
Mansfield, MA 02048

Robert and Deborah Berlinger
Attn: Bankruptcy Desk/Managing Agent
11232 Golden Chestnut Place
Las Vegas NV 89135

Robert Grant
Attn: Bankruptcy Desk/Managing Agent
7185 Portia Court
Las Vegas NV 89113

Robert Half Finance
Attn: Bankruptcy Desk/Managing Agent
& Accounting
3980 Howard Hughes Pkwy Suite 380
Las Vegas NV 89109

Robert Mariani
Attn: Bankruptcy Desk/Managing Agent
6735 N. Talman Avenue
Chicago IL 60645

Robert Reynolds Esq.
Attn: Bankruptcy Desk/Managing Agent
823 Las Vegas Blvd. South
Las Vegas, NV 89101

Robert Santwer
Attn: Bankruptcy Desk/Managing Agent
7586 Aspen Color St.
Las Vegas NV 89139

Robinson Golf Design Inc
Attn: Bankruptcy Desk/Managing Agent
361 Forest Avenue, Suite 200
Laguna Beach, CA 92651

Rock Solutions, Inc.
Attn: Bankruptcy Desk/Managing Agent
2410 E. Gowan Rd.
N. Las Vegas NV 89030

Rockhurst University
Attn: Bankruptcy Desk/Managing Agent
Continuing Education Center, Inc
P.O. Box 419107
Kansas City MO 64141-6107

Rocky Nash Photography
Attn: Bankruptcy Desk/Managing Agent
Raquel Tasha Nash
1865 N. Walnut Road, # 105
Las Vegas NV 89115

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                              **Served 4/17/2009**

Rodey, Dickason, Sloan, Akin,
Attn: Bankruptcy Desk/Managing Agent
201 3rd St., N.W., Suite 2200
Albuquerque, NM 87103

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

ROLLables,Ink.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 201
Palmyra NJ 08065-0201

Rommel & Milagros Barbadillo
Attn: Bankruptcy Desk/Managing Agent
7655 Ironwood Knoll Avenue
Las Vegas, NV 89113

Ron D. Morgan Sr. AND
Attn: Bankruptcy Desk/Managing Agent
23232 Solano Rd.
Corning, CA 96021-3054

Ron Gorski
Attn: Bankruptcy Desk/Managing Agent
1875 Mesquite Canyon Dr
Las Vegas NV 89012

Ronald & Loretta Shak
Attn: Bankruptcy Desk/Managing Agent
17015 Jeanette Avenue
Cerritos CA 90703

Ronald F. Stevenson II
Attn: Bankruptcy Desk/Managing Agent
374 Rancho La Costa St.
Las Vegas NV 89138

Rosalinda Mallari
Attn: Bankruptcy Desk/Managing Agent
243 Crooked Tree Drive
Las Vegas NV 89148

Rose Law Group
Attn: Bankruptcy Desk/Managing Agent
6613 N. Scottsdale Road
Suite 200
Scottsdale, AZ 85250

Rosemary H. Cooley
Attn: Bankruptcy Desk/Managing Agent
1993 S. Mesa Drive
Palm Springs CA 92264

Roto Rooter Services Co.
Attn: Bankruptcy Desk/Managing Agent
5372 Collection Center Drive
Chicago IL 60693

ROTROFF WILLIAM H
Attn: Bankruptcy Desk/Managing Agent
3998  HEATHER AVE
Kingman, AZ 86401

Route 66 Motorsports
Attn: Bankruptcy Desk/Managing Agent
2501 Beverly Ave.
Kingman AZ 86401

Rowena & Emmanuel Dela Cruz
Attn: Bankruptcy Desk/Managing Agent
1138 Olivia Parkway
Henderson NV  89015

Royal Custom Design, Inc.
Attn: Bankruptcy Desk/Managing Agent
1449 Industrial Park St.
Covina, CA 91722

Royal Slush
Attn: Bankruptcy Desk/Managing Agent
3436 Oberson Ln
N Las Vegas, NV 89032

RS Consulting
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 50511
Parks AZ 86018

RSM McGladrey, Inc.
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th Street
Suite 600
Las Vegas NV 89101

Rudy Glass Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
1920 Holly Ave
Lake Havasu City AZ 86403

RUIZ RALPH L
Attn: Bankruptcy Desk/Managing Agent
3859  HEATHER AVE
Kingman, AZ 86401

S & B Mechanical
Attn: Bankruptcy Desk/Managing Agent
2325 Jacaranda St
Mesa, AZ 85213

S & S Paint & Drywall
Attn: Bankruptcy Desk/Managing Agent
4708 Elm Ave
Las Vegas, NV 89110

Safeguard Business Systems
Attn: Bankruptcy Desk/Managing Agent
PO Box 88043
Chicago IL 60680-1043

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                      **Served 4/17/2009**

Safety Kleen
Attn: Bankruptcy Desk/Managing Agent
5400 Legacy Drive,
Cluster II Bldg. 3
Plano TX 75024

Safety Meeting Outlines Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 700
Frankfort IL 60423

Safety Rails of NV Inc.
Attn: Bankruptcy Desk/Managing Agent
3447 Ringstar Road
Las Vegas, NV 89030

Safety Service Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6408
Yuma, AZ 85366

Sage Construction
Attn: Bankruptcy Desk/Managing Agent
3112 N. Nellis Blvd
Las Vegas, NV 89115

Sage Software, Inc
Attn: Bankruptcy Desk/Managing Agent
15195 NW Greenbrier Parkway
Beaverton OR 97006-5701

Salestraq
Attn: Bankruptcy Desk/Managing Agent
16 Taperdero Lane
Las Vegas, NV 89135

Salestraq of New Mexico
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 16025
Albuquerque NM 87191

Sally Balecha
Attn: Bankruptcy Desk/Managing Agent
7251 W Lake Mead #300
Las Vegas, NV 89128

Sally Bengoechea
Attn: Bankruptcy Desk/Managing Agent
229 Via Di Citta
Henderson NV 89011

Same Day Banner & Print
Attn: Bankruptcy Desk/Managing Agent
Supplies
4000 W. Ali Baba Lane, Ste. A
Las Vegas NV 89118

Sam's Club
Attn: Bankruptcy Desk/Managing Agent
7175 Spring Mountain Road
Las Vegas NV 89117

Samuel Elmore IV
Attn: Bankruptcy Desk/Managing Agent
1030 Weather Board
Henderson NV 89011

San Gabriel Construction
Attn: Bankruptcy Desk/Managing Agent
10120 W. Flamingo Rd., STE 4-195
Las Vegas NV 89147

SANDERS MARY E
Attn: Bankruptcy Desk/Managing Agent
3968  HEATHER AVE
Kingman, AZ 86401

Sandlin Lumber Company, Inc
Attn: Bankruptcy Desk/Managing Agent
5555 South Arville
Las Vegas NV 89118

Sandra Garcia
Attn: Bankruptcy Desk/Managing Agent
15353 Patronella Ave
Gardena CA 90249

Sandy Hubka
Attn: Bankruptcy Desk/Managing Agent
2404 N Stockton Hill Rd #F
Kingman, AZ 86401

Sandy McBride
Attn: Bankruptcy Desk/Managing Agent
1306 Autumn Wind Way
Henderson, NV 89012

Santa Fe Ranch P.O.A.
Attn: Bankruptcy Desk/Managing Agent
1834 Highway 95
Bullhead City AZ 86442

Santoro, Driggs, Walch,
Attn: Bankruptcy Desk/Managing Agent
400 S. Fourth St  3rd Floor
Las Vegas, NV 89101

SC Fuels
Attn: Bankruptcy Desk/Managing Agent
Cardlock fuels
P.O. Box 14014
Orange CA 92863-4014

Scarbrough Company
Attn: Bankruptcy Desk/Managing Agent
7372 Walnut Avenue, # X
Buena Park CA 90620

Scenic Technologies
Attn: Bankruptcy Desk/Managing Agent
6050 S. Valley View Blvd # C
Las Vegas NV 89118-3152

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

SCF  Arizona
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 33049
Phoenix AZ 85067-3049

Scheer's Incorporated
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane Suite 400
Westmont, IL 60559-5570

Sean Cahalin
Attn: Bankruptcy Desk/Managing Agent
512 McDermit St
Las Vegas, NV 89107

Searchlight Township
Attn: Bankruptcy Desk/Managing Agent
Justice Court
P. O. Box 815
Searchlight NV 89046

Sears Contract Sales
Attn: Bankruptcy Desk/Managing Agent
74 Horseweed Circle
Henderson, NV 89015

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Secretary of State - AZ
Attn: Bankruptcy Desk/Managing Agent
1700 W. Washington
Phoenix AZ 85007

Secretary of State - SD
Attn: Bankruptcy Desk/Managing Agent
500 E Capitol Ave #204
Pierre, SD 57501

Secretary of State Dean Heller
Attn: Bankruptcy Desk/Managing Agent
101 North Carson St, #3
Carson City NV

Security Title Acc't Servicing
Attn: Bankruptcy Desk/Managing Agent
Post Office Box 33279
Phoenix AZ 85067

SEITZ MICHAEL E
Attn: Bankruptcy Desk/Managing Agent
3937 HEATHER AVE
Kingman, AZ 86401

SEITZ MICHAEL G TRUSTEE
Attn: Bankruptcy Desk/Managing Agent
3973 HEATHER AVE
Kingman, AZ 86401

Select Build
Attn: Bankruptcy Desk/Managing Agent
5201 South Polaris
Las Vegas, NV 89118

Serv Pro Northwest Las Vegas
Attn: Bankruptcy Desk/Managing Agent
791 Middlegate Rd.
Henderson, NV 89015

Service Motor Parts Co.
Attn: Bankruptcy Desk/Managing Agent
1501 Beach Street
Montebello CA 90640

Service Pros.
Attn: Bankruptcy Desk/Managing Agent
3600 Highland Dr. Ste # 2
Las Vegas NV 89103

Service Software, LLC
Attn: Bankruptcy Desk/Managing Agent
3929 E. Arapahoe Rd
Building 6-210
Centennial, CO 80122

ServiceMaster by Cox
Attn: Bankruptcy Desk/Managing Agent
675 Marina Blvd
Bullhead City, AZ 86442

SEVILLA  ROLANDO Q & NENITA S CO-TRUSTEE
Attn: Bankruptcy Desk/Managing Agent
3956  HEATHER AVE
Kingman, AZ 86401

SEVILLA ROLANDO & NENITA CPWRS
Attn: Bankruptcy Desk/Managing Agent
3860  HEATHER AVE
Kingman, AZ 86401

Sew What Marine Fabrication
Attn: Bankruptcy Desk/Managing Agent
6349 Waterdragon Ave.
Las Vegas NV 89110

Shallbetter Inc.
Attn: Bankruptcy Desk/Managing Agent
Dept. #5315
P.O. Box 3090
Milwaukee WI 53201

Shane Dickenson
Attn: Bankruptcy Desk/Managing Agent
8164  Stacey Hills Dr
Citrus Heights, CA 95610

Sharon Berrett
Attn: Bankruptcy Desk/Managing Agent
27605 N. 74th Street
Scottsdale AZ 85262

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Sheets Clothing
Attn: Bankruptcy Desk/Managing Agent
4360 Acroplis Avenue
N. Las Vegas NV 89031

Shelby Williams Industries
Attn: Bankruptcy Desk/Managing Agent
8687 Melrose Ave.
Los Angeles, CA 90069

Sheriff of Mohave County
Attn: Bankruptcy Desk/Managing Agent
P.O. box 1191
Kingman AZ 86402

Shiow Mei-Guo
Attn: Bankruptcy Desk/Managing Agent
6130 W. Flamingo Rd., # 211
Las Vegas NV 89103-2280

SHIVONE MARIA L
Attn: Bankruptcy Desk/Managing Agent
3830  HEATHER AVE
Kingman, AZ 86401

Sidewinders
Attn: Bankruptcy Desk/Managing Agent
6114 Hardscrabble Mesa Rd
Pine, AZ 85544

Siemens Bldg Technologies, Inc
Attn: Bankruptcy Desk/Managing Agent
7850 Collections Center Drive
Chicago, IL 60693

Sierra Summit Consulting, LLC
Attn: Bankruptcy Desk/Managing Agent
PO Box 11907
Zephyr Cove NV 89448

Sierra Vista High School
Attn: Bankruptcy Desk/Managing Agent
8100 West Robindale Road
Las Vegas NV 89113

SIERRA WEST PUBLISHING
Attn: Bankruptcy Desk/Managing Agent
170 NORTH 200 WEST
ST GEORGE UT 84770

Sign A Rama
Attn: Bankruptcy Desk/Managing Agent
2707 E Craig Rd
Unit B
N. Las Vegas NV 89030

Sign City, USA
Attn: Bankruptcy Desk/Managing Agent
4810  W. University Ave.
Las Vegas NV 89103

Signature Carpet Services
Attn: Bankruptcy Desk/Managing Agent
18606 W. Rebel Road
Hauser Lake, ID 83854

Signs for Success
Attn: Bankruptcy Desk/Managing Agent
3432 N. Bruce St
Suite 15
N. Las Vegas, NV 19030

Signs West, Inc.
Attn: Bankruptcy Desk/Managing Agent
1100 Mary Crest RD
Henderson, NV 89074

Silver State Builder Services
Attn: Bankruptcy Desk/Managing Agent
3555 W. Quail Ave
Ste. A
Las Vegas, NV 89118

Silver State Exterminator Corp
Attn: Bankruptcy Desk/Managing Agent
5965 Harrison Dr.
Suite 1
Las Vegas NV 89120

Silver State Fireplaces
Attn: Bankruptcy Desk/Managing Agent
3555 W. Quail Road, Ste A
Las Vegas, NV 89118

Silver State Specialties, LLC
Attn: Bankruptcy Desk/Managing Agent
3115 E. Lone Mountain Road
Suite 1500
Las Vegas NV 89081

Silver State Steel Group
Attn: Bankruptcy Desk/Managing Agent
c/o BFC
P. O. Box 80538
Las Vegas, NV 89180

Silverado Self Storage
Attn: Bankruptcy Desk/Managing Agent
9545 West Russell Road
Las Vegas NV 89148

SIMMONS KENT T & VIRGINIA S CPWRS
Attn: Bankruptcy Desk/Managing Agent
3974  HEATHER AVE
Kingman, AZ 86401

Simplex Grinnell
Attn: Bankruptcy Desk/Managing Agent
1110 Palms Airport Drive
Las Vegas, NV 89119

Slater Hanifan Group
Attn: Bankruptcy Desk/Managing Agent
5740 S Arville #216
Las Vegas NV  89118

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                                    **Served 4/17/2009**

Smith,Maria
Attn: Bankruptcy Desk/Managing Agent
625 S Eloy Road
Golden Valley, AZ 86413

Snell & Wilmer , LLP
Attn: Bankruptcy Desk/Managing Agent
One Arizona Center
Phoenix AZ 85004-2202

Snipper, Wainer & Markoff
Attn: Bankruptcy Desk/Managing Agent
270 N. Canon Dr.
Penthouse
Beverly Hills CA 90210

So NV Home Bldrs Assoc
Attn: Bankruptcy Desk/Managing Agent
3685 South Pecos McLeod
Las Vegas NV 89121

So. Nevada Paving Co.
Attn: Bankruptcy Desk/Managing Agent
4040 Frehner Rd.
N. Las Vegas, NV 89030

So. NV Human Resource Assoc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 80625
Las Vegas, NV 89180

SOA Sales Office Access., Inc.
Attn: Bankruptcy Desk/Managing Agent
7211 Patterson Drive
Garden Grove CA 92841

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Solomon Dwiggins & Freer
Attn: Bankruptcy Desk/Managing Agent
7881 W. Charleston Blvd., Ste 24
Las Vegas, NV 89117

South Valley Trucking, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5758
Mohave Valley, AZ 86446-6267

Southern Accents
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 62331
TampaFL  33662-3311

Southern Hills Hospital
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 538620
Atlanta, GA 30353-8620

Southern Nevada Health Dist.
Attn: Bankruptcy Desk/Managing Agent
625 Shadow Lane
P.O.Box 4426
Las Vegas NV 89127

Southwest Consulting Group
Attn: Bankruptcy Desk/Managing Agent
11858 Bernardo Plaza Ct.
Suite 101C
San Diego CA 92128

Southwest Engineering In
Attn: Bankruptcy Desk/Managing Agent
3610 N. Rancho Drive
Las Vegas NV 89130

Southwest Gas Corp
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98890
Las Vegas NV 89150-0101

Southwest Hospitality
Attn: Bankruptcy Desk/Managing Agent
4030 Stockton Hill Rd #12
Kingman, AZ 86401

Southwest Iron, LLC
Attn: Bankruptcy Desk/Managing Agent
2606 Losee Rd.
North Las Vegas NV 89030

Southwest Ironworks
Attn: Bankruptcy Desk/Managing Agent
2606 Losee Road
North Las Vegas, NV 89030

Southwest Masonry
Attn: Bankruptcy Desk/Managing Agent
4425 E. Colton Avenue
Suite 110
Las Vegas, NV 89115

Southwestern Pavers
Attn: Bankruptcy Desk/Managing Agent
6585 S. Arville St.
Las Vegas, NV 89118

Spanish Hills HOA
Attn: Bankruptcy Desk/Managing Agent
c/o RMI Management, LLC
630 Trade Center Drive
Las Vegas NV 89119

Sparklett's Drinking Wat
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 515326
Los Angeles, CA 90051-6626

Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail                                                                    Served 4/17/2009

Specialty Advertising Products
Attn: Bankruptcy Desk/Managing Agent
24705 Silverwood Rd.
Howey-In-The-Hills, FL 34737

Specialty Technical Publishers
Attn: Bankruptcy Desk/Managing Agent
1225 E. Keith Rd Unit 10
North Vancouver, B.C. V7J 1J3

Spirit Underground
Attn: Bankruptcy Desk/Managing Agent
3525 West Hacienda
Las Vegas, NV 89118

Splash Window & Screen
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 10471
Fort Mohave, AZ 86427

Spring Valley High School
Attn: Bankruptcy Desk/Managing Agent
3750 South Buffalo Drive
Las Vegas NV 89147

Sprint
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 219100
Kansas City MO 64121-9100

Sprint - TX
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 650270
Dallas TX 75265-0270

Sprint CA
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 79255
City of Industry CA 91716-9255

Sprint Deposit
Attn: Bankruptcy Desk/Managing Agent
330 S. Valley View Blvd.
Attn: Subdivision Desk
Las Vegas NV 89152

Sprint PCS
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 79357
City of Industry, CA 91716-9357

Sprint-AZ
Attn: Bankruptcy Desk/Managing Agent
PO Box 79133
Phoenix AZ 85062-9133

Sprint-CA
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 79357
City of Industry CA 91716-9357

Stan Wittz
Attn: Bankruptcy Desk/Managing Agent
5900 Melo Ave.
Las Vegas NV  89131

Standard and Poor's
Attn: Bankruptcy Desk/Managing Agent
2542 Collection Center Drive
Chicago IL 60693

Stanley Consultants, Inc
Attn: Bankruptcy Desk/Managing Agent
5820 S. Eastern Avenue
Suite 140
Las Vegas, NV 89119

Staples Credit Plan
Attn: Bankruptcy Desk/Managing Agent
PO Box 689020
Des Moines IA 50368-9020

Staples, Inc.
Attn: Bankruptcy Desk/Managing Agent
2195 N. University Park Blvd.
Layton UT 84041

Star International
Attn: Bankruptcy Desk/Managing Agent
30322 Esperanza
Suite 100
Rancho Santa Margarita CA 92688-2138

Start To Finish
Attn: Bankruptcy Desk/Managing Agent
2595 S. Cimarron Rd., Suite #103
Las Vegas NV 89117

State Bar of Arizona
Attn: Bankruptcy Desk/Managing Agent
4201 North 24th St Suite 200
Phoenix AZ 85016

State Bar of Nevada
Attn: Bankruptcy Desk/Managing Agent
600 E. Charleston Blvd
Las Vegas NV 89145

State Drywall, Inc.
Attn: Bankruptcy Desk/Managing Agent
301 S Westwood
Mesa, AZ 85210

State Farm Insurance Co
Attn: Bankruptcy Desk/Managing Agent
6370 W Flamingo, Ste 21
Las Vegas, NV 89103

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Business License Renewal
P.O. Box 52614
Phoenix AZ 85072-2614

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                                **Served 4/17/2009**

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Department of Taxation
1550 E. College Parkway, Ste 115
Carson City, NV 89706-7937

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Department of Taxation-AR Payment
P.O. Box 52685
Phoenix AZ 85072

State of Nevada
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City NV 89713-0030

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

State Security Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 407
Kingman AZ 86402

Steam-Whirl
Attn: Bankruptcy Desk/Managing Agent
3775 W. Teco Avenue #5
Las Vegas NV 89118-6827

Steel Engineers Incorporated
Attn: Bankruptcy Desk/Managing Agent
716 W. Mesquite
Las Vegas NV 89106

Stephanie Hoelzel
Attn: Bankruptcy Desk/Managing Agent
600 Via Colmo Ave
Henderson NV 89011

Steve Beyer Productions, Inc.
Attn: Bankruptcy Desk/Managing Agent
133 N. Gibson Road
Henderson NV 89014

Steve Biron
Attn: Bankruptcy Desk/Managing Agent
564 Manhattan Place
San Jose CA 95136

Steve Coronado & Stacy Suarez
Attn: Bankruptcy Desk/Managing Agent
9831 Big Window St
Las Vegas, NV 89178

Steve Strom
Attn: Bankruptcy Desk/Managing Agent
1030 Weatherboard Street
Henderson NV 89011

Steve Wagner
Attn: Bankruptcy Desk/Managing Agent
400 N Green Valley Pkwy
Henderson, NV 89074

Stewart Archibald & Barney LLP
Attn: Bankruptcy Desk/Managing Agent
7881 W. Charleston Blvd.
Suite 250
Las Vegas NV 89117-8323

Stewart Escrow
Attn: Bankruptcy Desk/Managing Agent
1901 Orange Tree Ln
Redlands, CA 92374

Stewart Occhipinti, LLP
Attn: Bankruptcy Desk/Managing Agent
Attorneys & Counselors at Law
65 West 36th Street, 7th Floor
New York NY 10018

Stimulus Technologies
Attn: Bankruptcy Desk/Managing Agent
6100 S. Mountain Vista St.
Suite D
Henderson, NV 89014

Stitch Monsters
Attn: Bankruptcy Desk/Managing Agent
550 Bracken Ave.
Las Vegas NV 89104

Stockbridge Northwest Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6061
Kingman AZ 86402

Stone Age Design, LLC
Attn: Bankruptcy Desk/Managing Agent
2043 Pabco Road
Henderson NV 89015

Stow Away
Attn: Bankruptcy Desk/Managing Agent
921 Olsen Street
Henderson NV 89015

Streetscape
Attn: Bankruptcy Desk/Managing Agent
714-898-4842
15641 Product Lane
Suite 7
Huntington Beach CA 92649

Structural Design & Management
Attn: Bankruptcy Desk/Managing Agent
2288 S Southwood Drive
Warsaw, IN 46580

STUTZMAN JOHN E
Attn: Bankruptcy Desk/Managing Agent
3865 HEATHER AVE
Kingman, AZ 86401

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    **Served 4/17/2009**

SUBU VIDU & JULIETA JT
Attn: Bankruptcy Desk/Managing Agent
3794  HEATHER AVE
Kingman, AZ 86401

Sun Outdoor Advertising LLC
Attn: Bankruptcy Desk/Managing Agent
5630 District Blvd., Suite # 126
Bakersfield, CA 93313

Sun State Components of N. AZ
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4077
Kingman AZ 86402

Sun State Lumber
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3699
Kingman AZ 86402

Sunburst Construction, Inc.
Attn: Bankruptcy Desk/Managing Agent
5180 Cameron St Suite# 6
Las Vegas NV 89118

Sunburst Painting, Inc.
Attn: Bankruptcy Desk/Managing Agent
3770 E. Desert Inn Road, # 273
Las Vegas, NV 89121

Sunflowers
Attn: Bankruptcy Desk/Managing Agent
3250 N. Tenaya Way #106
Las Vegas NV 89129

Sunrise Mountain Avionics
Attn: Bankruptcy Desk/Managing Agent
2830 N. Rancho Drive
Las Vegas NV 89130

Sunrise Solar Screen & Blind
Attn: Bankruptcy Desk/Managing Agent
2454 Losee Rd. Suite A
Las Vegas, NV 89030

Sunscape Window Coverings
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 621811
Las Vegas NV 89162

Sunworld Landscape LLC
Attn: Bankruptcy Desk/Managing Agent
3020 Builders Avenue
Las Vegas, NV 89101

Super Color Digital
Attn: Bankruptcy Desk/Managing Agent
4495 W. Sunset Rd
Las Vegas NV 89118

Supreme Court of Arizona
Attn: Bankruptcy Desk/Managing Agent
1501 W. Washington Ste 104
Phoenix AZ 85007-3231

Surface Specialists of Nevada
Attn: Bankruptcy Desk/Managing Agent
2756  N. Green Valley Pkwy
PMB 458
Henderson NV 89014

Susan L. Engelke
Attn: Bankruptcy Desk/Managing Agent
5904 Pavilion Lakes Ave.
Las Vegas NV 89122

Susan Ovist
Attn: Bankruptcy Desk/Managing Agent
2548 Silvser Beach Drive
Las Vegas NV 89052

Svetla D. Dineva
Attn: Bankruptcy Desk/Managing Agent
,

SWAFFORD DALE & TAMMY CPWRS
Attn: Bankruptcy Desk/Managing Agent
3991  HEATHER AVE
Kingman, AZ 86401

SYKIA Imports LLC
Attn: Bankruptcy Desk/Managing Agent
158 Wold Ct.
Eau Claire, WI 54701

T & R Paint & Drywall
Attn: Bankruptcy Desk/Managing Agent
235 W. Brooks
N. Las Vegas NV 89630

T. Brothers Tile, LLC
Attn: Bankruptcy Desk/Managing Agent
3450 S. Polaris
Las Vegas NV 89102

Tait & Associates, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 11118
Santa Ana, CA 92711-1118

Tammrah'Joy Christopher
Attn: Bankruptcy Desk/Managing Agent
PO Box 661114
Arcadia, CA 91066

Tank Sharks
Attn: Bankruptcy Desk/Managing Agent
9633 Kelly Creek Avenue
Las Vegas NV 89129

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**

Served 4/17/2009

Tantara Unit Owners Assoc.
Attn: Bankruptcy Desk/Managing Agent
.

Taunton Direct, Inc.
Attn: Bankruptcy Desk/Managing Agent
63 S. Main Street
PO Box 5507
Newton CT 06470-5507

Tawnya Rosenthal
Attn: Bankruptcy Desk/Managing Agent
22721 Crespi St
.
Woodland Hills, CA 91364

Taylor Popko
Attn: Bankruptcy Desk/Managing Agent
116 Tuscany Way
Shavano Park, TX 78249

Taylor Zink
Attn: Bankruptcy Desk/Managing Agent
10209 Huxley Cross Lane
Las Vegas NV 89144

Technicom Services, Inc.
Attn: Bankruptcy Desk/Managing Agent
4130 N. Losee Road
N. Las Vegas NV 89030-3302

Tedros Kebede and
Attn: Bankruptcy Desk/Managing Agent
Emebet Halilu
302 Island Reef Avenue
Henderson NV 89012

TEF Design
Attn: Bankruptcy Desk/Managing Agent
1939 Wikieup  #1
Kingman, AZ 86401

TEIJEIRO ARMANDO
Attn: Bankruptcy Desk/Managing Agent
3817  HEATHER AVE
Kingman, AZ 86401

Tek Systems
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 198568
Atlanta, GA 30384-8568

TelePacific Communications
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 526015
Sacramento CA 95852-6015

TENNESSEN THEODORE J
Attn: Bankruptcy Desk/Managing Agent
3835  HEATHER AVE
Kingman, AZ 86401

Teresa Erickson
Attn: Bankruptcy Desk/Managing Agent
TO THE TE DESIGN
1809 BIRCH ST
LAS VEGAS NV 89102

Terra West Property Mgmt.
Attn: Bankruptcy Desk/Managing Agent
2655 S. Rainbow Blvd.  Suite 200
Las Vegas NV 89146

Terry Ono, Trustee
Attn: Bankruptcy Desk/Managing Agent
1462 Danyelle Ct
Las Vegas NV 89117

Terry Page
Attn: Bankruptcy Desk/Managing Agent
1618 Navajo Point
Henderson NV 89074

Texmo Oil Company
Attn: Bankruptcy Desk/Managing Agent
2950 E. Andy Devine Ave.
Kingman AZ 86401

That Extra Touch
Attn: Bankruptcy Desk/Managing Agent
3017 Sheridan St. Ste 2
Las Vegas NV 89102

The Andre Agassi Charitable
Attn: Bankruptcy Desk/Managing Agent
Foundation
3960 Howard Hughes Pkwy, Ste. 750
Las Vegas NV 89109

The Barrel Company Inc.
Attn: Bankruptcy Desk/Managing Agent
3433 Losee Rd #3
N. Las Vegas NV 89030

The Bobbit Group
Attn: Bankruptcy Desk/Managing Agent
PO Box 1346
Hoopa CA 95546

The Butler Did It
Attn: Bankruptcy Desk/Managing Agent
6729 Airdale Circle
Las Vegas NV 89103

The Cabinet Guy
Attn: Bankruptcy Desk/Managing Agent
1070 Daytona Ave.
Pahrump NV 89048

The Cleaning Gals
Attn: Bankruptcy Desk/Managing Agent
2025 Maya Dr.
Kingman, AZ 86401

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    Served 4/17/2009

The Clubs at Rhodes Ranch
Attn: Bankruptcy Desk/Managing Agent
8975 W. Warm Springs
Las Vegas NV 89148

The Falls HOA
Attn: Bankruptcy Desk/Managing Agent
4730 South Fort Apache Road
Suite 300
Las Vegas NV 89147

The Falls@Rhodes Ranch
Attn: Bankruptcy Desk/Managing Agent
c/o Castle Management
P. O. Box 94707
Las Vegas NV 89193-4707

The Home Show
Attn: Bankruptcy Desk/Managing Agent
1501 Ten Palms Court
Las Vegas NV 89117

The Kingsmen
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6211
Kingmen, AZ 86402

The LanDesign Consultant, Inc.
Attn: Bankruptcy Desk/Managing Agent
3650 E. Post Road
Suite D
Las Vegas, NV 89120

The Learning Center
Attn: Bankruptcy Desk/Managing Agent
2975 S. Rainbow Blvd.
Suite D1
Las Vegas NV 89146

The McFletcher Corporation
Attn: Bankruptcy Desk/Managing Agent
8700 East Vista Bonita Dr.
Suite 220
ScottsdaleAZ  85255-3201

The McGraw-Hill Companies
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4182
Los Angeles CA 90096-4182

The Mili Group Inc
Attn: Bankruptcy Desk/Managing Agent
330 E. Warm Springs Road
Las Vegas NV 89119

The Mili Grp-Eric Santos
Attn: Bankruptcy Desk/Managing Agent
330 E. Warm Springs Rd
Ste A-15
Las Vegas NV 89119

The Mobile Storage Group
Attn: Bankruptcy Desk/Managing Agent
PO Box 10999
Burbank, CA 91510

The Orleans Hotel & Casino
Attn: Bankruptcy Desk/Managing Agent
4500 W. Tropicana Ave.
Las Vegas NV 89103

The Osborne Engineering Compan
Attn: Bankruptcy Desk/Managing Agent
1300 East Ninth St, Suite 1500
Cleveland, OH 44114

The Plantworks
Attn: Bankruptcy Desk/Managing Agent
3930 Graphics Center Drive
Las Vegas NV 89118

The Preserves at Elkhorn HOA
Attn: Bankruptcy Desk/Managing Agent
c/o Kalifelz Team Assoc.Mgmt, LLC
7900 West Tropical Pkwy # 130
Las Vegas NV 89149

The Project for
Attn: Bankruptcy Desk/Managing Agent
Arizona's Future
913 W. McDowell
Phoenix AZ 85007

The Public Education Foundatio
Attn: Bankruptcy Desk/Managing Agent
3360 West Sahara Avenue
Suite 160
Las Vegas NV 89102

THE SALVATION ARMY
Attn: Bankruptcy Desk/Managing Agent
3926  HEATHER AVE
Kingman, AZ 86401

The San Diego Union Tribune
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 120191
San Diego CA 92112-0191

The Shade Tree
Attn: Bankruptcy Desk/Managing Agent
Attn: Heather Estus
P. O. Box 669
Las Vegas NV 89125

The Standard
Attn: Bankruptcy Desk/Managing Agent
221 E. Beale St.
Kingman AZ 86401

The Sullivan Group, LLC
Attn: Bankruptcy Desk/Managing Agent
Real Estate Advisors
12555 High Bluff Drive, Suite 210
San Diego CA 92130

The Water Man
Attn: Bankruptcy Desk/Managing Agent
1449 Carrizo Rd.
Golden Valley AZ 86413

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                    Served 4/17/2009

The Wheel Thing, Inc.
Attn: Bankruptcy Desk/Managing Agent
5312 Palm Drive
LaCanada CA 91011

Theresa Ferree
Attn: Bankruptcy Desk/Managing Agent
7245 Hurst Park Rd
Reno, NV 89502

Thomas Carroll and Associates
Attn: Bankruptcy Desk/Managing Agent
5860 South Pecos, Suite 400
Las Vegas NV 89120

Thomas J. Puhek, DDS
Attn: Bankruptcy Desk/Managing Agent
3431 E. Sunset Rd., Suite 301
Las Vegas NV 89120

THOMPSON ALDEN & BETTY CPWRS
Attn: Bankruptcy Desk/Managing Agent
3818 HEATHER AVE
Kingman, AZ 86401

Thu Truong
Attn: Bankruptcy Desk/Managing Agent
1927 Reed Hill Dr.
Windermere FL 34786

Tiberti Fence Co.
Attn: Bankruptcy Desk/Managing Agent
4975 Rogers Street
Las Vegas NV 89118

Tiger Consulting
Attn: Bankruptcy Desk/Managing Agent
618 Tustin Avenue
Newport Beach, CA 92663

Timberlake Cabinet Company
Attn: Bankruptcy Desk/Managing Agent
,

Timberline Software
Attn: Bankruptcy Desk/Managing Agent
Sage Software, Inc.
P.O.Box 728
Beaverton OR 97075-0728

Timothy D. Rasmussen
Attn: Bankruptcy Desk/Managing Agent
3400 Casana Dr. Unit 1071
Las Vegas NV 89122

Tire Works
Attn: Bankruptcy Desk/Managing Agent
9590 W. Tropicana Ave.
Las Vegas NV 89147

TireMasters/KKL
Attn: Bankruptcy Desk/Managing Agent
5680 North Simmons
N. Las Vegas NV 89031

Titan Stairs & Trim Inc.
Attn: Bankruptcy Desk/Managing Agent
5325 South Valley View
Las Vegas, NV 89118

To Go By Jo Catering
Attn: Bankruptcy Desk/Managing Agent
9101 W Sahara Ave #105-E23
Las Vegas, NV 89117

Today's News Herald
Attn: Bankruptcy Desk/Managing Agent
2225 West Acoma Blvd.
Lake Havasu City, AZ 86403

Tom Frank
Attn: Bankruptcy Desk/Managing Agent
114 Tucker Plaza,  Suite 5
Kingman, AZ 86401

Tom R. Grimmett, Chapter 7
Attn: Bankruptcy Desk/Managing Agent
Trustee for the Bankruptcy Estate
of Concrete, Inc.
,

Toni House
Attn: Bankruptcy Desk/Managing Agent
,

Tony Manitta
Attn: Bankruptcy Desk/Managing Agent
7100 West Alexander Blvd.
Bldg. 2, Apt. 1013
Las Vegas NV 89129

Top Notch Services
Attn: Bankruptcy Desk/Managing Agent
9260 El Camino Rd
Las Vegas NV 89139

Tops Software, LLC
Attn: Bankruptcy Desk/Managing Agent
364 C. Christopher Ave
Gaithersburg MD 20879

Total Concrete, LLC
Attn: Bankruptcy Desk/Managing Agent
3823 Losee Road
N. Las Vegas NV 89030

Towbin Bentley
Attn: Bankruptcy Desk/Managing Agent
5555 W Sahara
Las Vegas, NV 89146

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    **Served 4/17/2009**

Town & Country Bank
Attn: Bankruptcy Desk/Managing Agent
8620 W Tropicana
Las Vegas, NV 89147

Trademark Electric
Attn: Bankruptcy Desk/Managing Agent
2119 Roy Rodgers Way
Kingman AZ 86401

Traffic Control Service, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4180
Fullerton, CA 92834

Transnation Title Ins. Co
Attn: Bankruptcy Desk/Managing Agent
3880 Stockton Hill Road
Suite 104
Kingman AZ 86401

Transnation Title Insurance
Attn: Bankruptcy Desk/Managing Agent
1316 Stockton Hill Road
Kingman AZ 86401

Travers & Associates
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 220519
Saint Louis, MO 63122

TriNova, Inc.
Attn: Bankruptcy Desk/Managing Agent
722 W. Broadway
Glendale CA 91204

Triton Grading & Paving LLC
Attn: Bankruptcy Desk/Managing Agent
2247 Crestline Loop, Suite B
N Las Vegas, NV 89030

Tropicana 3
Attn: Bankruptcy Desk/Managing Agent
9590 W. Tropicana Ave
Las Vegas NV 89147

Truck Parts & Equipment Co.
Attn: Bankruptcy Desk/Managing Agent
4150 Donovan way
N. Las Vegas NV 89030

TSA of Nevada, LLP
Attn: Bankruptcy Desk/Managing Agent
3110 S. Rainbow Blvd
Suite 104
Las Vegas NV 89146

TSI Sales and Installation LLC
Attn: Bankruptcy Desk/Managing Agent
8550 W. Charleston Blvd #110
Las Vegas NV 89117

TUG/Timberline Users Group
Attn: Bankruptcy Desk/Managing Agent
5210 Eagle Ridge Lane
Sylvania OH 43560

Turner Green Afrasiabi
Attn: Bankruptcy Desk/Managing Agent
535 Anton Blvd., Suite 850
Costa Mesa, CA 92626

Tuscany Master Association
Attn: Bankruptcy Desk/Managing Agent
,

Tyona Brandt
Attn: Bankruptcy Desk/Managing Agent
4644 E. Desert Trail
Kingman AZ 86401

ULINE
Attn: Bankruptcy Desk/Managing Agent
2200 S. Lakeside Dr.
Waukegan IL 60085

UniSource Energy Service-Gas
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 80078
Prescott, AZ 86304-8078

UniSource Energy Services
Attn: Bankruptcy Desk/Managing Agent
2498 Airway Avenue
P. O. Box 3099
Kingman AZ 86402-3099

UniSource Energy Services-Elec
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 80079
Prescott, AZ 86304-8079

United Financial Mgmt Co
Attn: Bankruptcy Desk/Managing Agent
Attn: Controller - United Title
3980 Howard Hughes Parkway
Las Vegas NV 89109

United Rentals Northwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
Credit Office #576
450 Glass Lane #C
Modesto, CA 95356

United Rentals Northwest, Inc.
Attn: Bankruptcy Desk/Managing Agent
File 51122
Los Angeles, CA 90074-1122

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                    Served 4/17/2009

United States Postal Service
Attn: Bankruptcy Desk/Managing Agent
1001 E. Sunset
Las Vegas NV 89199

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
Cincinnati OH 45999-0149

United Valley, LLC
Attn: Bankruptcy Desk/Managing Agent
Richard Chu
7681 River Mist Court
Las Vegas NV 89113

Universal Brass
Attn: Bankruptcy Desk/Managing Agent
5475 Wynn Rd
Suite 400
Las Vegas NV 89118-2349

Universal Door & Trim, Inc
Attn: Bankruptcy Desk/Managing Agent
3840 N. Commerce St.
N. Las Vegas, NV 89032

Univest Commercial, LLC
Attn: Bankruptcy Desk/Managing Agent
4600 N. Scottsdale Rd.
Suite 1400
Scottsdale AZ 89231

UNLV
Attn: Bankruptcy Desk/Managing Agent
4505 Maryland Parkway Box 456004
Las Vegas NV 89154-6004

UNLV Foundation
Attn: Bankruptcy Desk/Managing Agent
PO Box 456025
Las Vegas NV 89154-6025

UPS
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 894820
Los Angeles CA 90189-4820

UPS Delivery Service
Attn: Bankruptcy Desk/Managing Agent
LockBox 577
Carol Stream IL 60132-0577

Urban Land Institute
Attn: Bankruptcy Desk/Managing Agent
1025 Thomas Jefferson St. NW
Suite 500
Washington DC 20007

Urias Communications
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 14935
Scottsdale, AZ 85267-4935

US Fish & Wildlife Services
Attn: Bankruptcy Desk/Managing Agent
PO Box 709
Albuquerque NM 87103

USA Today
Attn: Bankruptcy Desk/Managing Agent
7950 Jones Branch Dr.
Mc Lean VA 22108

USBancorp Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
13010 SW 68th Parkway
Portland, OR 97223-0000

Valley Air Conditioning Inc.
Attn: Bankruptcy Desk/Managing Agent
9225 Mann Street
Las Vegas NV 89139

Valley Green Landscaping
Attn: Bankruptcy Desk/Managing Agent
5516 Boulder HWY 2F-288
Las Vegas, NV 89147

Valley Pioneers Water
Attn: Bankruptcy Desk/Managing Agent
5998 W. Chino Drive
Golden Valley, AZ 86413

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vaunda Broadhead
Attn: Bankruptcy Desk/Managing Agent
3053 West Craig Road, Suite E
North Las Vegas NV 89032

Vegas Magazine
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle
Suite 250
Henderson, NV 89074

Vegas Magazine
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle, Suite 250
Henderson, NV 89074

Vegas Seminar
Attn: Bankruptcy Desk/Managing Agent
16 Tapadero Lane
Las Vegas NV 89135

Vegas.com, LLC
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle Drive
Suite 250
Henderson NV 89074

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    Served 4/17/2009

VegasGolfer Magazine
Attn: Bankruptcy Desk/Managing Agent
2290 Corporate Circle, Suite 250
Henderson NV 89074

Verizon Wireless
Attn: Bankruptcy Desk/Managing Agent
PO Box 9622
Mission Hills CA 91346-9622

Veronica Szalai
Attn: Bankruptcy Desk/Managing Agent
208 Pricilla Ave
Duquesne, PA

Vico Software, Inc.
Attn: Bankruptcy Desk/Managing Agent
120 Washington Street
Suite 202-C
Salem MA 01972

Vic's Portable Machining, Inc.
Attn: Bankruptcy Desk/Managing Agent
159 N. East End Ave.
Pomona CA 91767

Victoriano Adina
Attn: Bankruptcy Desk/Managing Agent
9863 Ridgehaven Ave.
Las Vegas NV 89148-4636

Viking Office Products
Attn: Bankruptcy Desk/Managing Agent
PO Box 88040
Chicago, IL 60680-1040

Vincent B. Luna
Attn: Bankruptcy Desk/Managing Agent
20 Laurelhurst Dr.
Ladera Ranch, CA 92694-0203

VIRGIL STEVE & GLENNA JT
Attn: Bankruptcy Desk/Managing Agent
3823 HEATHER AVE
Kingman, AZ 86401

Vision Landscape & Design
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3073
Kingman AZ 86402

Vista Bella Homeowners Assoc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6341
Scottsdale, AZ 85261

Vista Chevrolet
Attn: Bankruptcy Desk/Managing Agent
5501 Drexel Road
Las Vegas NV 89130

Vistage Worldwide, Inc
Attn: Bankruptcy Desk/Managing Agent
File 57158
Los Angeles CA 90074-7158

Visual Motion
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5741
Twin Falls ID 83303

VMN Consulting LLC
Attn: Bankruptcy Desk/Managing Agent
625 Sunrise Ave.
Kingman, AZ 86409

VMS
Attn: Bankruptcy Desk/Managing Agent
77 E Weldon Ave #230
Phoenix, AZ 85012

Wakimoto Farms
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5748
Mohave Valley, AZ 86446

Walker Zanger
Attn: Bankruptcy Desk/Managing Agent
4701 S. Cameron St.
Suite P
Las Vegas NV  89103

Wall Systems Inc - Paint
Attn: Bankruptcy Desk/Managing Agent
6015 McLeod Drive
Las Vegas, NV 89120

Wall Systems Inc-Drywall
Attn: Bankruptcy Desk/Managing Agent
6015 McLeod Drive
Las Vegas NV 89120

Wallace Morris Surveying, Inc.
Attn: Bankruptcy Desk/Managing Agent
5740 South Arville Street #206
Las Vegas, NV 89118

Walter Hahn, Ph.D.
Attn: Bankruptcy Desk/Managing Agent
Real Estate Consulting
2102 Business Center Dr. Ste 206E
Irvine CA 92612

Walter Karl Inc.
Attn: Bankruptcy Desk/Managing Agent
Two Blue Hill Plaza
PO Box 1662
Pearl River NY 10965

Washington Mutual
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 78148
Phoenix AZ 85062-8148

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                    **Served 4/17/2009**

WASSELL PAUL J & VICTORIA L CPWRS
Attn: Bankruptcy Desk/Managing Agent
3847  HEATHER AVE
Kingman, AZ 86401

Water FX
Attn: Bankruptcy Desk/Managing Agent
4535 W. Russel Rd. #7
Las Vegas, NV 89118

Water Movers
Attn: Bankruptcy Desk/Managing Agent
PO BOX 66693
Phoenix AZ 85082

Water Movers Equipment Rental
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 66693
Phoenix AZ 85082

Wayne R. Garbisco
Attn: Bankruptcy Desk/Managing Agent
,

Wazuu Design
Attn: Bankruptcy Desk/Managing Agent
4175 S. Riley Road
Suite 104
Las Vegas, NV 89147

Weintraub Organization
Attn: Bankruptcy Desk/Managing Agent
6000 East Evans Ave.,# 2-100
Denver, CO 80222

Wells Fargo
Attn: Bankruptcy Desk/Managing Agent
leticia X3169
1030 5th Ave-Remittance Proces
P.O.. Box 23003
Columbus GA 31901

Wells Fargo Bank, N.A.
Attn: Bankruptcy Desk/Managing Agent
Trust Operations
NW 5159,  P. O. Box 1450
Minneapolis MN 55485-5159

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wells Fargo Equipment
Attn: Bankruptcy Desk/Managing Agent
Finance, NW-8178
P.O. Box 1450
Minneapolis MN 55485-8178

Wells Fargo Flex Benefit Serv
Attn: Bankruptcy Desk/Managing Agent
381 East Broadway #110
Salt Lake City, UT 84111

Wells Fargo Health Benefit Ser
Attn: Bankruptcy Desk/Managing Agent
299 South Main Street
4th Floor
Salt Lake City UT 84111

Wells Fargo Home Mortgage
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 54017
Los Angeles, CA 90054-0017

Welsh Plastics
Attn: Bankruptcy Desk/Managing Agent
3111 S. Valley View B-103
Las Vegas, NV 89141

Westar Kitchens & Bath
Attn: Bankruptcy Desk/Managing Agent
7370 S. Dean Martin Dr
Las Vegas, NV 89139

Westbourne Supply, Inc.
Attn: Bankruptcy Desk/Managing Agent
3681 Market St
Ventura, CA 93003

WestCor Construction Cor
Attn: Bankruptcy Desk/Managing Agent
dba Southwest Glazing
5620 Stephanie Street
Las Vegas, NV 89122

Western Exterminator Company
Attn: Bankruptcy Desk/Managing Agent
108 W Wyoming Ave
Las Vegas, NV 89102

Western Landscape Construction
Attn: Bankruptcy Desk/Managing Agent
4670 S. Polaris Avenue
Las Vegas NV 89103

Western Outdoor Inc
Attn: Bankruptcy Desk/Managing Agent
3060 Business Lane
Las Vegas, NV 89103

Western Outdoor-Land Lse
Attn: Bankruptcy Desk/Managing Agent
3060 Business Lane
Las Vegas NV  89103

Western Shower Door, Inc
Attn: Bankruptcy Desk/Managing Agent
121 N. Gibson Road
Henderson, NV 89014

Western Sign & Flag Inc
Attn: Bankruptcy Desk/Managing Agent
4181 West Oquendo Road
Las Vegas, NV 89118

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                                                          Served 4/17/2009

Westside Disposal
Attn: Bankruptcy Desk/Managing Agent
7107 N. HWY 93
Golden Valley, AZ 86413

White & Case, LLP
Attn: Bankruptcy Desk/Managing Agent
633 West Fifth Street, Suite 1900
Los Angeles CA 90071-2007

White Cap Construction Supply
Attn: Bankruptcy Desk/Managing Agent
Dept. 0998
Los Angeles, CA 90088-0998

Whitewater West Industries
Attn: Bankruptcy Desk/Managing Agent
6700 McMillan Way
Richmond, BC, Canada V6W-1J7

Who's Calling
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3675
Seattle WA 98124-3675

Wild At Heart, Inc.
Attn: Bankruptcy Desk/Managing Agent
31840 N. 45th Street
Cave Creek AZ 85331

Wildwood Lamps
Attn: Bankruptcy Desk/Managing Agent
516 Paul Street
Rocky Mount, NC 27801

William Brewer
Attn: Bankruptcy Desk/Managing Agent
4601 Snowpoint Ct
Las Vegas, NV 89130

William Dively
Attn: Bankruptcy Desk/Managing Agent
10473 Burensburg Ave
Las Vegas NV 89135

William R. Binetti
Attn: Bankruptcy Desk/Managing Agent
Attorney at Law
801 Newman Rd.
Racine WI 53406-4035

William Washington
Attn: Bankruptcy Desk/Managing Agent
5435 Pomeroy Cr.
Las Vegas NV 89142

Williams Roberts
Attn: Bankruptcy Desk/Managing Agent
623 Kathy Ct
Gardnerville, NV 89460

Williams,Carolyn
Attn: Bankruptcy Desk/Managing Agent
1746 Detroit Ave
Kingman, AZ 86401

Window Depot Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 27337
Tucson, AZ 85726-7337

Wireless Consulting Corporatio
Attn: Bankruptcy Desk/Managing Agent
4955 S. Durango Dr.
Suite 151
Las Vegas NV 89113

Wood Rodgers, Inc.
Attn: Bankruptcy Desk/Managing Agent
3301 C Street
Bldg. 100-B
Sacramento CA 95816

WoodWorks Software
Attn: Bankruptcy Desk/Managing Agent
3380 Sheridan Dr., Ste 306
Amherst NY 14226-1499

Work Zone Traffic Services
Attn: Bankruptcy Desk/Managing Agent
4280 W. Reno Ave.  Suite H
Las Vegas NV 89118

WREDCo, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 81526
Las Vegas NV 89180

Wright Engineers
Attn: Bankruptcy Desk/Managing Agent
7425 Peak Drive
Las Vegas NV 89128

Wright Judd & Winckler
Attn: Bankruptcy Desk/Managing Agent
300 S. 4th St. #701 BOA Plaza
Las Vegas, NV 89101

Wright Painting/Drywall
Attn: Bankruptcy Desk/Managing Agent
6270 Kimberly, Suite # D
Las Vegas, NV 89122

WU HUAN MING JT 50
Attn: Bankruptcy Desk/Managing Agent
3854 HEATHER AVE
Kingman, AZ 86401

Xerox Corp.
Attn: Bankruptcy Desk/Managing Agent
PO Box 7405
Pasadena CA 91109-7405

**Rhodes Homes Arizona, LLC 09-14882 - U.S. Mail**                                                                   **Served 4/17/2009**

XEROX CORPORATION
Attn: Bankruptcy Desk/Managing Agent
P.O BOX 650361
DALLAS TX 75265-0361

Xerox Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 7413
Pasadena CA 91109-7413

XM Satellite Radio
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 78054
Phoenix AZ 85062-8054

Yellow Pages United
Attn: Bankruptcy Desk/Managing Agent
PO Box 95450
Atlanta GA 30347-0450

Yuma Title Account Servicing
Attn: Bankruptcy Desk/Managing Agent
1690 S 4th Avenue
Post Office Box 2765
Yuma AZ 85366

Zee Medical Service
Attn: Bankruptcy Desk/Managing Agent
1618 West Oakey
Las Vegas, NV 89102-2612

Zee's Artistries
Attn: Bankruptcy Desk/Managing Agent
2505 Antem Village Dr.
Ste E577
Henderson NV  89052

Ziad Karam
Attn: Bankruptcy Desk/Managing Agent
725 Sercret London Ave.
Las Vegas NV  89178

Ziv Davis
Attn: Bankruptcy Desk/Managing Agent
55 Grant Avenue
San Francisco CA 94108

Creditors:  1593

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

**TUSCANY GOLD COUNTRY CLUB, LLC**

Debtor.

Chapter 11

Case No.: BK-S-09-14884-LBR

Chapter 11

### CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**

**PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

TUSCANY GOLF COUNTRY CLUB, LLC
aka TUSCANY GOLF CLUB
Tax I.D. No. 30-0247132

                    Debtor.
_____ /

Chapter 11

Case No. BK-S-09-14884-LBR

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
AND DEADLINES**

A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on April 1, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be viewed at the bankruptcy clerk's office at the address listed on this Notice. The dockets and imaged case documents may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. See additional information enclosed on the page of this Notice entitled "Explanations."

**Attorney for Debtor(s) (name and address):**

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NV 89101
Telephone number: (702) 382-1170

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD., 11th FLOOR
LOS ANGELES, CA 90067-4100
Telephone Number: (310) 277-6910

**Meeting of Creditors**

**DATE**: May 7, 2009
**TIME**: 3:00 PM
**LOCATION:** Foley Federal Building and U.S. Courthouse
300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

**Creditor with a Foreign Address:**
See additional information enclosed on the page of this Notice entitled "Explanations," under the
paragraph named "Meeting of Creditors."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Deadlines to File a Proof of Claim** |
| --- |
| For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.** |
| For a governmental unit:  **180 days after the date of the order for relief.** |
| See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.   If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope. |
| Mail completed Proof of Claim forms to **Claims Agent for Debtor**: |
| <div align="center">Heritage Land Company, LLC<br>c/o Omni Management Group, LLC<br>16161 Ventura Blvd., Suite C<br>PMB 477<br>Encino, CA 91436<br>Telephone Number: (866) 989-6144</div> |
| **DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.** |

| **Creditors May Not Take Certain Actions:** |
| --- |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |

| **Address of the Bankruptcy Clerk's Office:** |
| --- |
| <div align="center">U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone Number: (702) 388-6257<br>Hours Open: Monday - Friday 9:00 AM - 4:00 PM</div> |

| | EXPLANATIONS |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

- 3 -

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT          DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **Tuscany Golf Country Club, LLC** | Case Number: **09-14884** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: (        )        -

Name and address where payment should be sent (if different from above):
Name:
Address 1:
Address 2:
Address 3:
Address 4:
Address 5:
TEL: (        )        -

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number:
*(If known)*

Filed On:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**          $

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side.)

**4. Secured Claim.**    (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $                  **Annual Interest Rate:** _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $                  **Basis for perfection:**

| **Amount Secured** | **Amount Unsecured** |
|---|---|
| $ | $ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)    (            ).

Amount entitled to priority:

$

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Signature

| Printed Name | Title |
|---|---|

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## — DEFINITIONS —

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to the other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## — INFORMATION —

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Exhibit B**

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                                        **Served 4/17/2009**

A Company
Attn: Bankruptcy Desk/Managing Agent
Portable Restrooms
PO Box 5702
Boise, ID 83705

AA Equipment
Attn: Bankruptcy Desk/Managing Agent
1830 W. Mission Road
Escondido,, CA 92029

Acosta, Edgar
Attn: Bankruptcy Desk/Managing Agent
2717 Webster St
Las Vegas, NV

Acosta, Robert Allen
Attn: Bankruptcy Desk/Managing Agent
2153 Gravel Hill St unit#201
Las Vegas, NV 89117

Action Lawn Service
Attn: Bankruptcy Desk/Managing Agent
6370 W. Dewey Drive
Las Vegas, NV 89118

Acushnet/ Footjoy
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 88111
Chicago, IL 60695-1111

AD Williams Turf
Attn: Bankruptcy Desk/Managing Agent
25532 West Southern Ave.
Buckeye, AZ 85326-5443

Agramon, Jose Juan
Attn: Bankruptcy Desk/Managing Agent
2127 Gilder Street
N Las Vegas, NV 890030

Agri-Inject, Inc.
Attn: Bankruptcy Desk/Managing Agent
5500 East Highway 34
Yuma, CO 80759

Ahern Rentals
Attn: Bankruptcy Desk/Managing Agent
4241 S Arville Street
Las Vegas NV 89103

Air Gas
Attn: Bankruptcy Desk/Managing Agent
PO Box 7423
Pasadena, CA 91109-7423

Alarmco
Attn: Bankruptcy Desk/Managing Agent
2007 Las Vegas Blvd. South
Las Vegas, NV 89104-2522

Alcala-Ruiz, Raymundo
Attn: Bankruptcy Desk/Managing Agent
5791 Auckland Dr
Las Vegas, NV 89110

Alcon, Brenda
Attn: Bankruptcy Desk/Managing Agent
6750 Tulip Falls Dr #234
Henderson, NV 89011

Allen, Michael
Attn: Bankruptcy Desk/Managing Agent
635 Eldorado
Las Vegas, NV 89123

Alliance
Attn: Bankruptcy Desk/Managing Agent
240 Elliott Rd.
Henderson, NV 89011

Amadio, James
Attn: Bankruptcy Desk/Managing Agent
270 New River Cir
Henderson, NV 89052

American Fence Co.
Attn: Bankruptcy Desk/Managing Agent
PO Box 19040
Phoenix, AZ 85005-9040

American Microsystem
Attn: Bankruptcy Desk/Managing Agent
2190 Regal parkway
Euless, TX 76040

American Needle
Attn: Bankruptcy Desk/Managing Agent
1275 Busch Pkwy
Buffalo Grove, IL 60089

American Terminals
Attn: Bankruptcy Desk/Managing Agent
7435 S. Eastern Ave.
Ste: 5-409
Las Vegas, NV 89123

American Turf Servic
Attn: Bankruptcy Desk/Managing Agent
7650 Stage Road
Buena Park, CA 90621

Anderson, Kenneth
Attn: Bankruptcy Desk/Managing Agent
732 Beechwheat Way
Henderson, NV 8915

Anderson, Shanon
Attn: Bankruptcy Desk/Managing Agent
62 Oklahoma Dr
Henderson, NV 89015

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                    **Served 4/17/2009**

Angulo, Alberto H.
Attn: Bankruptcy Desk/Managing Agent
2127 Glider St
N Las Vegas, NV 89030

Angulo, Victor
Attn: Bankruptcy Desk/Managing Agent
325 Page St
Las Vegas, NV 89110

Archuleta, Maria
Attn: Bankruptcy Desk/Managing Agent
2808 Sodrono Ln
Henderson, NV 89074

Arguelles, Jerry R.
Attn: Bankruptcy Desk/Managing Agent
1739 Sunridge Dr
Ventura, CA 93003

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arizona Sun
Attn: Bankruptcy Desk/Managing Agent
PO Box 1786
Scottsdales, AZ  85252-1786

Ashworth
Attn: Bankruptcy Desk/Managing Agent
File 51141
Los Angeles, CA  90074-1141

Aunt Hattie's
Attn: Bankruptcy Desk/Managing Agent
Holsum Bakery
PO Box 29192
Phoenix, AZ  85038

AutoFry
Attn: Bankruptcy Desk/Managing Agent
10 Forbes Rd
Northborough, MA  01532

AWG Charter Services
Attn: Bankruptcy Desk/Managing Agent
4740 S. Valley View Blvd.
Las Vegas, NV  89103

Backflow Prevention
Attn: Bankruptcy Desk/Managing Agent
9506 Teton Diablo Ave.
Las Vegas, NV  89117

Baer, Wayne
Attn: Bankruptcy Desk/Managing Agent
2039 High Mesa
Henderson, NV 89012

Banova, Ciara M
Attn: Bankruptcy Desk/Managing Agent
1054 Plentywood Pl
Henderson, NV 89002

Barragan, James
Attn: Bankruptcy Desk/Managing Agent
2466 Hardin Ridge Dr
Henderson, NV 89052

BAWNSIG
Attn: Bankruptcy Desk/Managing Agent
575 S. Saliman Rd.
Carson City, NV  89701

Bayne, Lawrence
Attn: Bankruptcy Desk/Managing Agent
1350 N. Town Center #1100
Las Vegas, NV 89134

Bearcom
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 200600
Dallas, TX  75320-0600

Bearing Belt Chain
Attn: Bankruptcy Desk/Managing Agent
PO Box 14867
Las Vegas, NV  89114-4867

Becerra, Ismael
Attn: Bankruptcy Desk/Managing Agent
5791 Auckland Dr
Las Vegas, NV 89110

Becerra, Marco
Attn: Bankruptcy Desk/Managing Agent
5791 Auckland Dr
Las Vegas, NV 89110

Becwar, Nancy
Attn: Bankruptcy Desk/Managing Agent
1800 Michaels Court
Henderson, NV 89014

Belangee, Kristin
Attn: Bankruptcy Desk/Managing Agent
1635 Xanadu Dr
Henderson, NV 89014

Bentley, Richard
Attn: Bankruptcy Desk/Managing Agent
7809 Brook Valley Dr
Las Vegas, NV 89123

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                                    **Served 4/17/2009**

Best Approach
Attn: Bankruptcy Desk/Managing Agent
2627 W. Birchwood Circle
Suite 2
Mesa, AZ  85202

Bio Tech Nutrients
Attn: Bankruptcy Desk/Managing Agent
818 W. Brooks Ave.
N. Las Vegas, NV  89030

Bollinger, Stacey
Attn: Bankruptcy Desk/Managing Agent
1019 Golda Way
Henderson, NV 89011

Bonanza Beverage
Attn: Bankruptcy Desk/Managing Agent
6333 S. Ensworth St.
Las Vegas, NV  89119

Both, Kenneth
Attn: Bankruptcy Desk/Managing Agent
1834 June Lake Dr
Henderson, NV 89052

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Bridgestone Golf
Attn: Bankruptcy Desk/Managing Agent
PO Box 2908
Carol Stream, IL  60132-2908

Brinks Incorporated
Attn: Bankruptcy Desk/Managing Agent
File No. 52005
Los Angeles, CA  90074-2005

Broadbent & Assoc.
Attn: Bankruptcy Desk/Managing Agent
8 West Pacific Ave.
Henderson, NV  89015

Burlap & Landscape
Attn: Bankruptcy Desk/Managing Agent
5340 Cameron St.
# 19
Las Vegas, NV  89118

Burney's Commercial
Attn: Bankruptcy Desk/Managing Agent
4480 Aldebaran Ave.
Las Vegas, NV  89103

Cali-Fame
Attn: Bankruptcy Desk/Managing Agent
20934 South Santa Fe Ave.
Carson , CA  90810-1131

California-Nevada Li
Attn: Bankruptcy Desk/Managing Agent
3091 Amarillo St.
Sims Valley, CA  93063

Callaway
Attn: Bankruptcy Desk/Managing Agent
PO Box 9002
Carlsbad, CA  92018-9002

Camacho, Jose
Attn: Bankruptcy Desk/Managing Agent
3305 Tabor Ave
N Las Vegas, NV 89030

Cardenas, Juan
Attn: Bankruptcy Desk/Managing Agent
2701 N. Rainbow #1156
Las Vegas, NV 89108

Carlos-Lopez, Juan
Attn: Bankruptcy Desk/Managing Agent
1271 Garbo Ct
Las Vegas, NV 89142

Cart Parts
Attn: Bankruptcy Desk/Managing Agent
PO Box 821810
Pembroke, FL  33082-1810

Castro, Eden
Attn: Bankruptcy Desk/Managing Agent
2453 Ellis St
Las Vegas, NV 89030

Cheney, Jessica
Attn: Bankruptcy Desk/Managing Agent
2558 Williamsburg St
Henderson, NV 89052

Cheyenne Auto Parts Inc
Attn: Bankruptcy Desk/Managing Agent
4675 C So. Polaris Ave
Las Vegas, NV 89103

City of Hend Bus Lic
Attn: Bankruptcy Desk/Managing Agent
Business License Division
PO Box 95007
Henderson, NV  89009-5007

City of Hend-1486
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV  89009-5011

City of Hend-2894
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV  89009-5011

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                                                        **Served 4/17/2009**

City of Hend-8180
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV 89009-5011

City of Hend-9052
Attn: Bankruptcy Desk/Managing Agent
PO Box 95011
Henderson, NV 89009-5011

Clark Co Assessor
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 551401
Las Vegas, NV 89155-1401

Clark Co Treasurer
Attn: Bankruptcy Desk/Managing Agent
500 S. Grand Central Pkwy
PO Box 551220
Las Vegas, NV 89155-1220

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Clark, Cameron J
Attn: Bankruptcy Desk/Managing Agent
1901 Jones St
Las Vegas, NV 89108

Clay, Kyle
Attn: Bankruptcy Desk/Managing Agent
320 W. Country Club Dr
Henderson, NV 89015

Cleveland Golf
Attn: Bankruptcy Desk/Managing Agent
PO BOX 7270
Newport Beach, CA 92658-7270

Club Forms
Attn: Bankruptcy Desk/Managing Agent
100-C Bishop Street
Winston-Salem, NC 27104

CNH Capital America
Attn: Bankruptcy Desk/Managing Agent
PO Box 894703
Los Angeles, CA 90189-4703

Colonial
Attn: Bankruptcy Desk/Managing Agent
Processing Center
PO Box 903
Columbia, SC 29202-0903

Comstock
Attn: Bankruptcy Desk/Managing Agent
PO Box 19477
Las Vegas, NV 89132

Coors
Attn: Bankruptcy Desk/Managing Agent
File 50335
Los Angeles, CA 90074-0335

Corgliano, Frank
Attn: Bankruptcy Desk/Managing Agent
2014 High Mesa Dr
Henderson, NV 89012

Cornejo, Josue
Attn: Bankruptcy Desk/Managing Agent
3305 Tabor Ave
N Las Vegas, NV 89030

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

Cota, Juan
Attn: Bankruptcy Desk/Managing Agent
1650 N. Pecos Road Apt#1033
Las Vegas, NV 89115

County Treasurer
Attn: Bankruptcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

Cutter & Buck
Attn: Bankruptcy Desk/Managing Agent
PO Box 34855
Seattle, WA 98124-1855

Dell Financial Svc
Attn: Bankruptcy Desk/Managing Agent
4307 Collection Center Drive
Chicago, IL 60693

Deluca
Attn: Bankruptcy Desk/Managing Agent
File 50329
Los Angeles, CA 90074-0329

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**

Served 4/17/2009

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Desert Home Electric
Attn: Bankruptcy Desk/Managing Agent
8635 W.Sahara Blvd., # 441
Las Vegas NV 89117

Devine, Griffin G.
Attn: Bankruptcy Desk/Managing Agent
7521 Jockey Ave
Las Vegas, NV 89130

Dillen, Robert
Attn: Bankruptcy Desk/Managing Agent
1040 Geranium Dr
Henderson, NV 89015

DirecTV
Attn: Bankruptcy Desk/Managing Agent
PO Box 60036
Los Angeles, CA  90060-0036

Ecolab Pest
Attn: Bankruptcy Desk/Managing Agent
PO Box 6007
Grand Forks, ND  58206-6007

Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
NW-8178
PO Box 1450
Minneapolis, MN  55485-8178

E-Z-GO
Attn: Bankruptcy Desk/Managing Agent
E-Z-GO, A Textron Company
26007 Network Place
Chicago, IL  60673-1260

Ferguson Waterworks
Attn: Bankruptcy Desk/Managing Agent
740 Cape Horn Drive
Henderson, NV  89011-4020

Financial Comptroller
Attn: Bankrutpcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Finnegan, Deborah M.
Attn: Bankruptcy Desk/Managing Agent
794 Amy Court
Boulder City, NV 89005

Folmar, Christopher A.
Attn: Bankruptcy Desk/Managing Agent
6501 Vegas Drive #1035
Las Vegas, NV 89108

Fore-Par Group
Attn: Bankruptcy Desk/Managing Agent
7650 Stage Rd
Buena Park, CA  90621

Free Wear Fashion
Attn: Bankruptcy Desk/Managing Agent
108 Sweetwater Lane
Edison, NJ  08837

Fuentes, Brian
Attn: Bankruptcy Desk/Managing Agent
3112 Lava Ave
Las Vegas, NV 89101

Garcia, Joaquin M.
Attn: Bankruptcy Desk/Managing Agent
4480 W. Sirius Ave #204
Las Vegas, NV 89102

Gas Auto Electric
Attn: Bankruptcy Desk/Managing Agent
1500 Western Ave.
Las Vegas, NV  89102

GE Capital
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 802585
Chicago, IL  60680-2585

Gene's Locksmith
Attn: Bankruptcy Desk/Managing Agent
738 W. Sunset Road
Henderson NV  89011

Gerlach, Toni
Attn: Bankruptcy Desk/Managing Agent
3150 S. Nellis #2088
Las Vegas, NV 89121

Gibbons, Timothy
Attn: Bankruptcy Desk/Managing Agent
1152 Paradise River Road
Henderson, NV 89002-8933

Global Tour Golf Inc.
Attn: Bankruptcy Desk/Managing Agent
1345 Specialty Dr.
Suite E
Vista, CA  92081

Golden West Industri
Attn: Bankruptcy Desk/Managing Agent
2180 Agate Court
Simi Valley, CA  93065

Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail                                          Served 4/17/2009

Golf Las Vegas Now
Attn: Bankruptcy Desk/Managing Agent
2104 Donlon Court
Henderson, NV  89015

Golf Sand, Inc.
Attn: Bankruptcy Desk/Managing Agent
1011 E. Alexander Road
North Las Vegas,, NV  89030

Golf Scorecards, Inc
Attn: Bankruptcy Desk/Managing Agent
9735 SW Sunshine St, Ste 700
Beaverton, OR  97005

Golf Ventures West
Attn: Bankruptcy Desk/Managing Agent
5101 Gateway Blvd.
Suite 18
Lakeland, FL  33811

GolfHero
Attn: Bankruptcy Desk/Managing Agent
15333 N Pima Road
Suite 245
Scottsdale, AZ  85260

GolfSwitch
Attn: Bankruptcy Desk/Managing Agent
6380 East Thomas Road
Suite 232
Scottsdale, AZ  85251

Gonzalez, Jesus Manuel
Attn: Bankruptcy Desk/Managing Agent
325 Page St
Las Vegas, NV 89110

Gonzalez, Juan C.
Attn: Bankruptcy Desk/Managing Agent
4125 Dongola Ct
Las Vegas, NV 89110

Gonzalez, Rodrigo
Attn: Bankruptcy Desk/Managing Agent
3040 Charleston #2198
Las Vegas, NV 89104

Gossage, Travis
Attn: Bankruptcy Desk/Managing Agent
776 Anne Lane
Henderson, NV 89015

Grainger
Attn: Bankruptcy Desk/Managing Agent
Dept 847532843
PO Box 419267
Kansas City, MO  64141-6267

Gray Jr., Robert Steele
Attn: Bankruptcy Desk/Managing Agent
517 Kristin Lane
Henderson, NV 89011

Great Buns Bakery
Attn: Bankruptcy Desk/Managing Agent
3270 East Tropicana Ave.
Las Vegas, NV  89121

Green Valley Electri
Attn: Bankruptcy Desk/Managing Agent
5841 E. Charleston Blvd.
#230-350
Las Vegas, NV  89142

Greenskeeper LLC
Attn: Bankruptcy Desk/Managing Agent
4607 Lake View Canyon Rd #388
Westlake Village, CA  91361

Greg Norman
Attn: Bankruptcy Desk/Managing Agent
101 Acquisition, Inc.
PO Box 601898
Charlotte, NC  28260-1898

Guardian
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 51505
Los Angeles CA 90051-5805

Guardian-claims
Attn: Bankruptcy Desk/Managing Agent
Attn: Nancy Hieb
3900 Burgess Place
Bethlehem, PA  18017

Guerra, Naomi
Attn: Bankruptcy Desk/Managing Agent
239 Fullerton Ave
Henderson, NV 89015

GUND
Attn: Bankruptcy Desk/Managing Agent
PO Box 18148
Newark, NJ  07191

Gunier, Chad
Attn: Bankruptcy Desk/Managing Agent
784 Viscanio Place
Las Vegas, NV 89138

Gutierrez, Ernesto
Attn: Bankruptcy Desk/Managing Agent
3416 Taylor Ave
N Las Vegas, NV 89030

Gutierrez, Jose de Jesus
Attn: Bankruptcy Desk/Managing Agent
1001 E. Carey Ave Apt. 1206
N Las Vegas, NV 89030

Helena Chemical Co.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6000
File No 73801
San Francisco, CA  94160-3801

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                      Served 4/17/2009

Heritage Cross Appar
Attn: Bankruptcy Desk/Managing Agent
17100 E. Shea Blvd.
Suite 600
Fountain Hills, AZ  85268

Hinojosa-Uribe, Sergio
Attn: Bankruptcy Desk/Managing Agent
1168 Pleasant Brook St
Las Vegas, NV 89142

HMX Sportswear, Inc
Attn: Bankruptcy Desk/Managing Agent
610 Uhler Rd
Easton, PA  18040

Home Depot
Attn: Bankruptcy Desk/Managing Agent
PO Box 6029
The Lakes, NV  88901-6029

Hoy's Towel Scent
Attn: Bankruptcy Desk/Managing Agent
PO Box 1585
Red Lodge, MT  59068 United States

HPN
Attn: Bankruptcy Desk/Managing Agent
PO Box 1388
Las Vegas, NV  89125-1388

Hub International
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL  90559-5570

IBS
Attn: Bankruptcy Desk/Managing Agent
12201 Gayton Rd.
Suite 100
Richmond, VA  23238

IES
Attn: Bankruptcy Desk/Managing Agent
15287 Road 28 1/2
Madera, CA  93638-2324

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Interstate Battery
Attn: Bankruptcy Desk/Managing Agent
4151 W. Oquendo Road
Las Vegas, NV  89118

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

J. F. Manufacturing
Attn: Bankruptcy Desk/Managing Agent
13760 Mountain Ave.
Chino, CA  91710

Jardine, Robert
Attn: Bankruptcy Desk/Managing Agent
2558 Swan Lane
Las Vegas, NV 89121

JMB
Attn: Bankruptcy Desk/Managing Agent
10040 West Cheyenne
Suite 170-22
Laa Vegaa, NV  89129

Keller, Kathryn
Attn: Bankruptcy Desk/Managing Agent
1641 Turf Dr
Henderson, NV 89002

Ketchum, Ryan
Attn: Bankruptcy Desk/Managing Agent
10599 Pueblo Springs
Las Vegas, NV 89123

Kinesys, Inc
Attn: Bankruptcy Desk/Managing Agent
150 Bellam Blvd.
San Rafael, CA  90490

Kitchen, Angie
Attn: Bankruptcy Desk/Managing Agent
179 La Alba St
Henderson, NV 89074

Kohut, Kenneth
Attn: Bankruptcy Desk/Managing Agent
528 Bet Twice
Henderson, NV 89015

Kraeger, Jennifer A.
Attn: Bankruptcy Desk/Managing Agent
6480 Annie Oakley Dr #522
Las Vegas, NV 89120

Lamar, Roxanne
Attn: Bankruptcy Desk/Managing Agent
2114 Kalmia Ct
Oxnard, CA 93030

Las Vegas Golf Autho
Attn: Bankruptcy Desk/Managing Agent
Attn: Pat O'Hara
10325 Nu-Wav Kaiv Blvd.
Las Vegas, NV  89124

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                    **Served 4/17/2009**

Las Vegas Golf.com
Attn: Bankruptcy Desk/Managing Agent
2505 Anthem Village Drive
Suite E-240
Henderson, NV 89052

Las Vegas Review Jrn
Attn: Bankruptcy Desk/Managing Agent
PO Box 920
Las Vegas, NV 89125-0920

Las Vegas Towel
Attn: Bankruptcy Desk/Managing Agent
PO Box 94946
Las Vegas, NV 89193-4946

Layne Christensen Company
Attn: Bankruptcy Desk/Managing Agent
5916 Paysphere Circle
Chicago, IL 60674

Leal, Ismael
Attn: Bankruptcy Desk/Managing Agent
3750 E. Bonanza Rd. #144
Las Vegas, NV 89110

Leegin Creative
Attn: Bankruptcy Desk/Managing Agent
PO Box 406
La Puente, CA 91747

Legro, Shannon
Attn: Bankruptcy Desk/Managing Agent
8440 S. Las Vegas Blvd #6247
Las Vegas, NV 89123

Leopold's Bakery
Attn: Bankruptcy Desk/Managing Agent
10260 W. Charleston Blvd.
Suite 4
Las Vegas, NV 89135

Ley-Montoya, Rafael
Attn: Bankruptcy Desk/Managing Agent
325 Page St
Las Vegas, NV 89110

Lloyd's
Attn: Bankruptcy Desk/Managing Agent
3550 W. Tompkins
Las Vegas, NV 89103

Lopez, Rafael
Attn: Bankruptcy Desk/Managing Agent
4840 Novato Way
Las Vegas, NV 89120

Lopez-Hinojosa, Armando
Attn: Bankruptcy Desk/Managing Agent
3564 San Pascual Ave
Las Vegas, NV 89115

Lowe's
Attn: Bankruptcy Desk/Managing Agent
PO Box 530954
Atlanta, GA 30353-0954

Mac Golf
Attn: Bankruptcy Desk/Managing Agent
Golf Art & Awards
PO Box 129
Colleyville, TX 76034

Mammoth Trans
Attn: Bankruptcy Desk/Managing Agent
4205 W. Tompkins Suite #7
Las Vegas, NV 89103

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Mayes, Timothy
Attn: Bankruptcy Desk/Managing Agent
968 Country Back Rd
Las Vegas, NV 89701

McClary, Blake
Attn: Bankruptcy Desk/Managing Agent
1601 Havasu Ct
Henderson, NV 89014

Mcintosh Communicati
Attn: Bankruptcy Desk/Managing Agent
4640 S Arville St Ste E
Las Vegas, NV 89103

Miller, Brooke A
Attn: Bankruptcy Desk/Managing Agent
1087 Paradise Coach Dr
Henderson, NV 89002

Miller, Jeff
Attn: Bankruptcy Desk/Managing Agent
1087 Paradise Coach Dr
Henderson, NV 89002

Miller, Morgan
Attn: Bankruptcy Desk/Managing Agent
244 Prairie Sky Ct
Henderson, NV 89074

Mobile Mini, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 79149
Phoenix, AZ 85062-9149

ModSpace
Attn: Bankruptcy Desk/Managing Agent
12603 Collection Center Dr
Chicago, IL 60693

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                              Served 4/17/2009

Moreno, Marcelo
Attn: Bankruptcy Desk/Managing Agent
325 Page St
Las Vegas, NV 89110

National City 102960
Attn: Bankruptcy Desk/Managing Agent
PO Box 931034
Cleveland, OH  44193-0004

National City 107363
Attn: Bankruptcy Desk/Managing Agent
PO Box 931034
Cleveland, OH  44193 USA

National City 115219
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 931034
Cleveland, OH  44193 United States

National City 765220
Attn: Bankruptcy Desk/Managing Agent
PO Box 931034
Cleveland, OH  44193

Nava, Carlos
Attn: Bankruptcy Desk/Managing Agent
2147 Enfield Circle #B
Las Vegas, NV 89156

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Beverage
Attn: Bankruptcy Desk/Managing Agent
File 50950
Los Angeles, CA  90074-0950

Nevada Department of Employment, Training & Rehabil
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 52609
Phoenix, AZ  85072

Nevada House of Hose
Attn: Bankruptcy Desk/Managing Agent
1015 Sharp Circle
N Las Vegas NV 89030

Nevada Linen
Attn: Bankruptcy Desk/Managing Agent
3960 W. Mesa Vista Ave.
Las Vegas, NV  89118

Nevada Ready Mix
Attn: Bankruptcy Desk/Managing Agent
151 Cassia Way
Henderson, NV 89014

Nevada Sec of State
Attn: Bankruptcy Desk/Managing Agent
Status Division
202 North Carson St.
Carson City, NV  89701-4201

Nike USA, Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 847648
Dallas, TX  75284-7648

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Nivel Parts & Mfg
Attn: Bankruptcy Desk/Managing Agent
6358 Paysphere Circle
Chicago, IL  60674

Norman's Nursery
Attn: Bankruptcy Desk/Managing Agent
8665 East Duarte Road
San Gabriel, CA  91775-1139

Northern Tool
Attn: Bankruptcy Desk/Managing Agent
PO BOX 5219
Carol Stream, IL  60197-5219

Nucrane Machinery
Attn: Bankruptcy Desk/Managing Agent
6361 Dean Martin Dr
Las Vegas, NV  89108

Nunes, Jr., Rocky
Attn: Bankruptcy Desk/Managing Agent
2558 Swan Lane
Las Vegas, NV 89121

NV Dept of Tax (bus)
Attn: Bankruptcy Desk/Managing Agent
PO Box 52614
Phoenix, AZ  85072-2614

NV Div Environ
Attn: Bankruptcy Desk/Managing Agent
901 S. Stewart Street
Suite 4001
Carson City, NV  89701

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                                    **Served 4/17/2009**

NV Power 33500
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV  89520-3086

NV Power 60796
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV  89520-3086

NV Power 60804
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV  89520-3086

NV Power 76522
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV  89520-3086

NV Power 9591
Attn: Bankruptcy Desk/Managing Agent
PO Box 30086
Reno, NV  89520-3086

Oakley
Attn: Bankruptcy Desk/Managing Agent
File 55716
Los Angeles, CA  90074-5716

Office Depot
Attn: Bankruptcy Desk/Managing Agent
Dept 56 - 8402272686
PO Box 9020
Des Moines, IA  50368-9020

Office Max
Attn: Bankruptcy Desk/Managing Agent
HSBC Business Solutions
PO Box 5239
Carol Stream, IL  60197-5239

Office of the Labor Commissioner
Attn: Bankruptcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

One Putt Printing
Attn: Bankruptcy Desk/Managing Agent
1702 Western
# C
Las Vegas, NV  89102

Orbit Enterprises Inc.
Attn: Bankruptcy Desk/Managing Agent
13024 Beverly Park Rd.
Suite 102
Mukilteo, WA  98275

Pacific Suppliers Co
Attn: Bankruptcy Desk/Managing Agent
8541 Lankershim Blvd.
Bend, CA  91352

Par 3 Landscape
Attn: Bankruptcy Desk/Managing Agent
4610 Wynn Rd.
Suite B
Las Vegas, NV  89103

Par 5 Enterprises
Attn: Bankruptcy Desk/Managing Agent
409 Club Court
Las Vegas, NV  89144

Parker, John
Attn: Bankruptcy Desk/Managing Agent
581 Burton St
Henderson, NV 89015

Peachtree Business
Attn: Bankruptcy Desk/Managing Agent
PO Box 910
Milton, WA  98354

Pepsi Bottling Group
Attn: Bankruptcy Desk/Managing Agent
PO Box 841828
Dallas, TX  75284-1828

Perez, Raul
Attn: Bankruptcy Desk/Managing Agent
4215 Dongola Ct
Las Vegas, NV 89110

Petrick, John
Attn: Bankruptcy Desk/Managing Agent
213 Lailani St
Las Vegas, NV 89110

Pickett, Lori A
Attn: Bankruptcy Desk/Managing Agent
5554 Tunis Ave
Las Vegas, NV 89122

Prestige Flag
Attn: Bankruptcy Desk/Managing Agent
591 Camino de la Reina
#917
San Diego, CA  92108

Prolink Solutions
Attn: Bankruptcy Desk/Managing Agent
410 S. Benson Lane
Chandler, AZ  85224

Pukka Inc.
Attn: Bankruptcy Desk/Managing Agent
231232 Momentum Place
Chicago, IL  60689-5311

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**

Served 4/17/2009

R&R Products
Attn: Bankruptcy Desk/Managing Agent
3334 E. Milber St.
Tucson, AZ 85714

Ramirez, Edmond
Attn: Bankruptcy Desk/Managing Agent
10913 Calistoga Springs Ct
Las Vegas, NV 89144

Ramoser, Michael
Attn: Bankruptcy Desk/Managing Agent
1190 Nakoa Court
Henderson, NV 89002

Rebel Party Rentals
Attn: Bankruptcy Desk/Managing Agent
4215 Bertsos Drive
Las Vegas, NV 89103

Red Bull
Attn: Bankruptcy Desk/Managing Agent
Dept. 9691
Los Angeles, CA 90084-9691

Redden, Charlton P.
Attn: Bankruptcy Desk/Managing Agent
39 Fantasia Ln
Henderson, NV 89074

Reddy Ice
Attn: Bankruptcy Desk/Managing Agent
1201 Searles Ave
Las Vegas, NV 89101-1099

Remedy Golf Inc.
Attn: Bankruptcy Desk/Managing Agent
5125 Convoy St. #209
Henderson, NV 89011

Republic Svs-47-4262
Attn: Bankruptcy Desk/Managing Agent
PO Box 78040
Phoenix, AZ 85062-8040

Review Journal
Attn: Bankruptcy Desk/Managing Agent
PO Box 920
Las Vegas, NV 89125-0920

Rice-Sanchez, Marina
Attn: Bankruptcy Desk/Managing Agent
111 Casa Montana
Boulder City, NV 89005

River City Petroleum
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 235
West Sacramento, CA 95691-0235

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rodriguez, Gustavo
Attn: Bankruptcy Desk/Managing Agent
3133 Gustis Cir
N Las Vegas, NV 89030

Rodriguez, Jaime
Attn: Bankruptcy Desk/Managing Agent
3750 E. Bonanza Rd #17
Las Vegas, NV 89110

Rodriguez, Martin
Attn: Bankruptcy Desk/Managing Agent
2946 N. Walnut Road
Las Vegas, NV 89115

Rodriguez-Angulo, Jose
Attn: Bankruptcy Desk/Managing Agent
3133 Curtis Cir
N Las Vegas, NV 89030

Romero, Jesus
Attn: Bankruptcy Desk/Managing Agent
2225 Crawford St. Apt #2
N Las Vegas, NV 89030

Ropp, Cynthia
Attn: Bankruptcy Desk/Managing Agent
1445 San Felipe Dr
Boulder City, NV 89005

Roto-Rooter
Attn: Bankruptcy Desk/Managing Agent
5672 Collections Center Dr.
Chicago, IL 60693

Royce Industries
Attn: Bankruptcy Desk/Managing Agent
11 West Brooks Ave.
N. Las Vegas, NV 89030

Ryan Ketchum
Attn: Bankruptcy Desk/Managing Agent
10599 Pueblo Springs
Las Vegas, NV 89123

S.C. Services
Attn: Bankruptcy Desk/Managing Agent
3540 W. Sahara Ave.
Suite 553
Las Vegas, NV 89102

Saarinen, Raili
Attn: Bankruptcy Desk/Managing Agent
8904 Milo Way
Las Vegas, NV 89102

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                                              **Served 4/17/2009**

Sanders, Robert
Attn: Bankruptcy Desk/Managing Agent
1750 E. Karen Ave #324
Las Vegas, NV 89109

SCNS Sports Foods
Attn: Bankruptcy Desk/Managing Agent
1527. W. 13th St.
Suite H
Upland, CA 91786

ScoreGolf Canada
Attn: Bankruptcy Desk/Managing Agent
5397 Eglinton Ave. W.
Suite 101
Toronto, Ontario M9C 5K6 Canada

Seibert, Hillary
Attn: Bankruptcy Desk/Managing Agent
2790 E. Serene
Henderson, NV 89074

Severson, Matthew
Attn: Bankruptcy Desk/Managing Agent
1906 Nixon
Idaho Falls, ID 83404

Severson, Matthew E.
Attn: Bankruptcy Desk/Managing Agent
5055 W. Hacienda Avenue #2069
Las Vegas, NV 89118

Shafer, T. Mechelle
Attn: Bankruptcy Desk/Managing Agent
742 Solitude Pointe Ave
Henderson, NV 89012

Sher, Gerald R.
Attn: Bankruptcy Desk/Managing Agent
6480 Annie Oakley Dr. #214
Las Vegas, NV 89120

Silver State Golf Ca
Attn: Bankruptcy Desk/Managing Agent
342 Sunpac Court
Henderson, NV 89015

Simplex Grinnell
Attn: Bankruptcy Desk/Managing Agent
Dept. CH 10320
Palatine, IL 60055-0320

Simplot Partners
Attn: Bankruptcy Desk/Managing Agent
Dept. 1136
Los Angeles, CA 90084-1136

Simpson Norton
Attn: Bankruptcy Desk/Managing Agent
PO Box 52534
Phoenix, AZ 85072-2534

Singleton, Anthony
Attn: Bankruptcy Desk/Managing Agent
982 Rhyolite Terrace
Henderson, NV 89015

Skipworth, Laura
Attn: Bankruptcy Desk/Managing Agent
5880 Boulder Falls
Henderson, NV 89011

Smith, Timothy
Attn: Bankruptcy Desk/Managing Agent
10925 Southern Highlands #2174
Las Vegas, NV 89141

Snack Man Inc.
Attn: Bankruptcy Desk/Managing Agent
7380 Eastgate Rd.
Suite 180
Henderson, NV 89015

So. Nevada Health Di
Attn: Bankruptcy Desk/Managing Agent
File50523
Los Angeles, CA 90074-0523

So. NV Golf Assoc.
Attn: Bankruptcy Desk/Managing Agent
3590 East Patrick Lane
Suite C
Las Vegas, NV 89120

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Solmarin, James
Attn: Bankruptcy Desk/Managing Agent
106 Cloud Crest Dr
Henderson, NV 89015

Sparkletts
Attn: Bankruptcy Desk/Managing Agent
PO Box 660579
Dallas, TX 75266-0579

Sports Turf Irrig
Attn: Bankruptcy Desk/Managing Agent
1019 "A" S. Melrose St.
Placentia, CA 92870

Sprint
Attn: Bankruptcy Desk/Managing Agent
8400 Innovation Way
Chicago, IL 60682-0084

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**

Served 4/17/2009

Sprint 702-138-1000-
Attn: Bankruptcy Desk/Managing Agent
PO Box 660068
Dallas, TX  75255-0068

Sprint 9511500557
Attn: Bankruptcy Desk/Managing Agent
PO Box 660068
Dallas, TX  75255-0068

Star Equipment
Attn: Bankruptcy Desk/Managing Agent
4025 W. Nevso Dr.
Las Vegas, NV  89103

Star Equipment Co.
Attn: Bankruptcy Desk/Managing Agent
4025 West Nevso Drive
Las Vegas, NV  89103 USA

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

Straight Down
Attn: Bankruptcy Desk/Managing Agent
PO Box 643382
Cinncinnati, OH  45264-3382

Sunrise Fire
Attn: Bankruptcy Desk/Managing Agent
PO Box 82034
Las Vegas, NV  89180-2034

Sunshine Support
Attn: Bankruptcy Desk/Managing Agent
19841 N. 14th Street
Phoenix, AZ  85024-8229

Sysco
Attn: Bankruptcy Desk/Managing Agent
PO Box 93537
Las Vegas, NV  89193

Tangerine Office Sys
Attn: Bankruptcy Desk/Managing Agent
1175 American Pacific Drive
Suite F
Henderson, NV  89074

Taylor Made
Attn: Bankruptcy Desk/Managing Agent
File 56431
Los Angeles, CA  90074-6431

Tena, Mario
Attn: Bankruptcy Desk/Managing Agent
11640 Rossovino St
Las Vegas, NV 89183

Tengan, Lawrence
Attn: Bankruptcy Desk/Managing Agent
504 Edgefield Ridge Pl
Henderson, NV 89012

Textron Financial
Attn: Bankruptcy Desk/Managing Agent
Dept. AT 40219
Atlanta, GA  31192-0219

The Game
Attn: Bankruptcy Desk/Managing Agent
16 Downing Drive
PO Box 2516
Phenix, AL  36868-2516

Thomas, Edwin C.
Attn: Bankruptcy Desk/Managing Agent
650 Rolling Valley Way
Henderson, NV 89015

Titleist
Attn: Bankruptcy Desk/Managing Agent
PO Box 88112
Chicago, IL  60695-1112

Tmax Gear
Attn: Bankruptcy Desk/Managing Agent
2701 Loker Avenue West
Carlsbad, CA  92008

Tobacco Leaf
Attn: Bankruptcy Desk/Managing Agent
7175 W. Lake Mead Blvd.
#120
Las Vegas, NV  89128

Top Marks Contructi
Attn: Bankruptcy Desk/Managing Agent
3150 W. Wigwam Ave
Las Vegas, NV  89139

Trademark Golf
Attn: Bankruptcy Desk/Managing Agent
7107 Crossroads Blvd
Suite 107
Brentwood, TN  37027

Travis Mathew
Attn: Bankruptcy Desk/Managing Agent
15547 Graham St
Huntington Beach, CA  92649

Trendell, Timothy
Attn: Bankruptcy Desk/Managing Agent
2427 Ping Dr
Henderson, NV 89074

T-Time Designs Inc.
Attn: Bankruptcy Desk/Managing Agent
PO Box 295
Rushville, IN  46173

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                                  Served 4/17/2009

Turf Equipment
Attn: Bankruptcy Desk/Managing Agent
4022 Ponderosa Way
Las Vegas, NV  89118

Turf Equipment Sourc
Attn: Bankruptcy Desk/Managing Agent
10512 E. Cholla St.
Scottsdale, AZ  85259

Turf Tech, Inc,
Attn: Bankruptcy Desk/Managing Agent
806 Buchanan #115-276
Boulder City, NV  89005

UniFirst Corporation
Attn: Bankruptcy Desk/Managing Agent
568 Parkson Road
Henderson, NV 89015

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

Uranda, Jose
Attn: Bankruptcy Desk/Managing Agent
1120 Mt. Everest
Las Vegas, NV 89110

US Express Leasing
Attn: Bankruptcy Desk/Managing Agent
Dept #1608
Denver, CO  802911608

US Food
Attn: Bankruptcy Desk/Managing Agent
Las Vegas Division
P.O. Box 3911
Las Vegas, NV  89127-3911

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vegas Golfer
Attn: Bankruptcy Desk/Managing Agent
File 749051
Los Angeles, CA  90074-9051

Verville, Cliff
Attn: Bankruptcy Desk/Managing Agent
360 Golden Shore Dr
Las Vegas, NV 89123

Vowles, Brad
Attn: Bankruptcy Desk/Managing Agent
1016 Via Latina
Henderson, NV 89011

Vowles, Carson B.
Attn: Bankruptcy Desk/Managing Agent
1016 Via Latina St
Henderson, NV 89011

VTAT, Inc.
Attn: Bankruptcy Desk/Managing Agent
Walls & Wires, Div. of  VTAT
3062 Via Del Corso Court
Henderson, NV  89052

Waite, Steve
Attn: Bankruptcy Desk/Managing Agent
10616 Grand Cypress Ave
Las Vegas, NV 89134

Warrington, Clinton
Attn: Bankruptcy Desk/Managing Agent
532 Federal St
Henderson, NV 89015

Webb, Jason D
Attn: Bankruptcy Desk/Managing Agent
411 Scenic Dr
Henderson, NV 89002

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

West Coast Turf
Attn: Bankruptcy Desk/Managing Agent
PO Box 4563
Palm Desert, CA  92261

Wiak-Inc
Attn: Bankruptcy Desk/Managing Agent
2465 Latham
Mountain View, CA  94040

Wilson, Robert
Attn: Bankruptcy Desk/Managing Agent
5824 Mary Way
Las Vegas, NV 89108

Winzer
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 671482
Dallas, TX  75267

Wittek
Attn: Bankruptcy Desk/Managing Agent
3865 Commercial Ave
Northbrook, IL  60062

Woods, Matthew C.
Attn: Bankruptcy Desk/Managing Agent
280 Cattlebaron Terrace
Henderson, NV 89012

**Tuscany Golf Country Club, LLC 09-14884 - U.S. Mail**                                            **Served 4/17/2009**

XO Comm 63242
Attn: Bankruptcy Desk/Managing Agent
14239 Collections Center Drive
Chicago, IL  60693

Young, Skyler
Attn: Bankruptcy Desk/Managing Agent
231 W. Horizon Ridge #1121
Henderson, NV 89012

Zeh, Kris
Attn: Bankruptcy Desk/Managing Agent
9550 W. Sahara Ave. #3031
Las Vegas, NV 89117

Creditors:  339

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**PINNACLE GRADING, LLC**<br><br>Debtor. | Chapter 11<br><br>Case No.: BK-S-09-14887-LBR<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, Brian Osborne, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On April 17, 2009, I served the within document attached hereto as <u>Exhibit A</u>:

> **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS, AND DEADLINES**
>
> **PROOF OF CLAIM FORM**

By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Encino, California. The parties served with the document(s) are attached hereto as <u>Exhibit B</u>.

Executed on April 20, 2009, at Encino, California

Brian Osborne

1

2      UNITED STATES BANKRUPTCY COURT

3      DISTRICT OF NEVADA

4      In re:                                      Chapter 11

5      PINNACLE GRADING, LLC
       Tax I.D. No.  20-3484838                    Case No. BK-S-09-14887-LBR
6

7                      Debtor.
       _____/

8

9      **NOTICE OF CHAPTER 11 BANKRUPTCY CASE, MEETING OF CREDITORS,
                                AND DEADLINES**

10
       ┌─────────────────────────────────────────────────────────────────────────────┐
11     │ A chapter 11 bankruptcy case was filed concerning the debtor(s) listed above on April 1, 2009.

12     You may be a creditor of the debtor.  **This notice lists important deadlines.**  You may want to
       consult an attorney to protect your rights.  All documents filed in this case may be viewed at the
       bankruptcy clerk's office at the address listed on this Notice.  The dockets and imaged case documents
13     may also be viewed electronically at www.nvb.uscourts.gov or at https://ecf.nvb.uscourts.gov under
       the lead case: **The Rhodes Companies, LLC, case number 09-14814.** To register for a PACER login
14     and password, call 1-800-676-6856 or go online at http://pacer.uscourts.gov.

15     NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.  See additional information
       enclosed on the page of this Notice entitled "Explanations."

16     ┌─────────────────────────────────────────────────────────────────────────────┐
       │ **Attorney for Debtor(s) (name and address):**
17
                              ZACHARIAH LARSON
18                            LARSON & STEPHENS
                       810 S. CASINO CENTER BLVD., SUITE 104
19                            LAS VEGAS, NV 89101
                       Telephone number:  (702) 382-1170
20
                       PACHULSKI STANG ZIEHL & JONES LLP
21                    10100 SANTA MONICA BLVD., 11th FLOOR
                            LOS ANGELES, CA 90067-4100
22                     Telephone Number: (310) 277-6910

23     ┌─────────────────────────────────────────────────────────────────────────────┐
       │                         **Meeting of Creditors**
24
                            **DATE**: May 7, 2009
25                           **TIME**: 3:00 PM
                   **LOCATION:**  Foley Federal Building and U.S. Courthouse
26            300 Las Vegas Blvd., South, Room 1500  Las Vegas, NV 89101

27                     **Creditor with a Foreign Address:**
       See additional information enclosed on the page of this Notice entitled "Explanations," under the
28                     paragraph named "Meeting of Creditors."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **Deadlines to File a Proof of Claim** |
| --- |
| For all creditors (except a governmental unit): **90 days after the date first set at the meeting of creditors.**<br><br>For a governmental unit:  **180 days after the date of the order for relief.**<br><br>See additional information on the page of this Notice entitled "Explanations," under the paragraph named "Claims."  All claims should be mailed to the Claims Agent listed below.  If you wish to receive an acknowledgment of the receipt of your claim, you must provide an extra copy of the claim and a self-addressed stamped envelope.<br><br>Mail completed Proof of Claim forms to **Claims Agent for Debtor**:<br><br><div align="center">Heritage Land Company, LLC<br>c/o Omni Management Group, LLC<br>16161 Ventura Blvd., Suite C<br>PMB 477<br>Encino, CA 91436<br>Telephone Number: (866) 989-6144</div><br>**DO <u>NOT</u> FILE PROOF OF CLAIM FORMS WITH THE COURT.** |
| **Creditors May Not Take Certain Actions**: |
| In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the property.  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request that the court impose a stay.  If you attempt to collect a debtor or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. |
| <div align="center">**Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone Number: (702) 388-6257<br>Hours Open: Monday - Friday 9:00 AM - 4:00 PM</div> |

| **EXPLANATIONS** | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed in this Notice, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to the confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed in this Notice. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded under a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this Notice, you can obtain one at any bankruptcy clerk's office or by downloading a Proof of Claim from the court's website at www.nvb.uscourts.gov. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office (or view electronically at www.nvb.uscourts.gov and click on PACER). If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all, or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" found on this Notice or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth in this Notice apply to all creditors. If this Notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of chapter 11 plan may result in discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided for in the plan. |

| Bankruptcy Clerk's Office | Unless otherwise noted, any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed in this Notice. You may inspect all papers filed, including the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

- 4 -

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: **Pinnacle Grading, LLC** | Case Number: **09-14887** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

TEL: ( ) - 

Name and address where payment should be sent (if different from above):
Name: _____
Address 1: _____
Address 2: _____
Address 3: _____
Address 4: _____
Address 5: _____
TEL: ( ) - 

☐ Check box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed On: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Carefully read instructions included with this Proof of Claim before completing. In order to have your claim considered for payment and/or voting purposes, complete ALL applicable questions. The original of this Proof of Claim must be sent to: **The Rhodes Companies, LLC, c\o Omni Management Group, LLC, 16161 Ventura Boulevard, Suite C, PMB 477, Encino, CA 91436-2522.**

**1. Amount of Claim as of Date Case Filed:**
$ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim**

(See instruction #2 on reverse side)

**3. Last four digits of any number by which creditor identifies debtor:**

**3a. Debtor may have scheduled account as:**
(See instruction #3a on reverse side)

**4. Secured Claim.** (See instruction #4 on reverse side.)
☐ Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $ _____ Annual Interest Rate: _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any: $ _____ Basis for perfection: _____

| Amount Secured | Amount Unsecured |
|---|---|
| $ _____ | $ _____ |

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ).

Amount entitled to priority:
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

THIS SPACE IS FOR COURT USE ONLY

Date _____

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Signature

Printed Name _____ Title _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

POC0857        0001

B10 (Official Form 10) (12/08)

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim Form (if not already filled in)

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002 (g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state the annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## --- DEFINITIONS ---

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## --- INFORMATION ---

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offer to Purchase Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 et seq.), and any applicable orders of the bankruptcy court.

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                    **Served 4/17/2009**

Adams, Steve
Attn: Bankruptcy Desk/Managing Agent
5014 Avocado Parkway
Fallbrook, CA 92028

AFLAC - RPS
Attn: Bankruptcy Desk/Managing Agent
1932 Wynnton Rd.
Remittance Processing - AN# BBR08
Columbus, GA 31999

Agtek Development, Inc.
Attn: Bankruptcy Desk/Managing Agent
368 Earhart Way
Livermore, CA 94551

Aguas, Monte
Attn: Bankruptcy Desk/Managing Agent
3400 S. Kofa Dr.  Apt. 243-11
Flagstaff, AZ 86001

Alan Rensberger Trucking
Attn: Bankruptcy Desk/Managing Agent
1369 Bacobi Road
Golden Valley, AZ 86413

All Waste Sanitation, Inc
Attn: Bankruptcy Desk/Managing Agent
4356 West 12th Street
Yuma, AZ 85364

Alien,Torrie Ann
Attn: Bankruptcy Desk/Managing Agent
388 West Butterfield Rd. # 18
Chino Valley, AZ 86323

Alvarez, Armando
Attn: Bankruptcy Desk/Managing Agent
3059 Canal Dr
Mohave Valley, AZ 86440

Alvarez, Rene
Attn: Bankruptcy Desk/Managing Agent
3059 Canal Dr
Mohave Valley, AZ 86440

American Fence Company, Inc.
Attn: Bankruptcy Desk/Managing Agent
4230 Loseo Rd.
N. Las Vegas, NV 89030

Anderson, Ken J
Attn: Bankruptcy Desk/Managing Agent
3533 Heather Ave
Kingman, AZ 86401

Anderson,Christopher S.
Attn: Bankruptcy Desk/Managing Agent
4467 Miramar Dr
Golden Valley, AZ 86413

APCO Equipment
Attn: Bankruptcy Desk/Managing Agent
3432 North 5th Street
Las Vegas, NV 89032

Arizona Attorney General
Attn: Bankrutpcy Desk/Managing Agent
1275 West Washington Street
Phoenix, AZ 85007

Arizona Department of Economic Security
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29203
Phoenix, AZ 85038-9203

Arizona Department of Transportation
Attn: Bankruptcy Desk/Managing Agent
1651 W. Jackson, RM 121F
Phoenix, AZ 85007

Arizona Dept. of Revenue
Attn: Bankruptcy Desk/Managing Agent
PO Box 29010
Phoenix AZ 85038-9010

Arizona Dept. of Revenue - TPT
Attn: Bankruptcy Desk/Managing Agent
PO BOX 29010
PHOENIX, AZ 85038-9010

Arizona Public Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2906
Phoenix, AZ 85062-2906

Arizona State Treasurer's Office
Attn: Bankrutpcy Desk/Managing Agent
1700 West Washington Street, 1st Floor
Phoenix, AZ 85007

Arnold Machinery Co
Attn: Bankruptcy Desk/Managing Agent
4366 East Huntington Drive
Flagstaff, AZ 86004

Arthur,Almon Ray
Attn: Bankruptcy Desk/Managing Agent
353 S. Mountain Ave. # A161
Upland, CA 91786

Aspen Concrete
Attn: Bankruptcy Desk/Managing Agent
4177 E Huntington Dr
Flagstaff, AZ 86004

ATCo. Equipment
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1128
Perris, CA 92572

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**

Served 4/17/2009

Avila,Michael A
Attn: Bankruptcy Desk/Managing Agent
1612 Paloma Ave
Laughlin, NV 89029

AZ Department of Economic Sec.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6028
Phoenix, AZ 85005-6028

Barecat Equipment, Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2610
Buena Park, CA 90622

Barler Equipment, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6464
Orange, CA 92863-6464

Baron Pest Solutions
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 22229
Bullhead City, AZ 86439

Bassemier, Paula J
Attn: Bankruptcy Desk/Managing Agent
8746 N. Stockon Hill Rd. #38
Kingman, AZ 86401

Bassemier, Roger D.
Attn: Bankruptcy Desk/Managing Agent
8746 N. Stockton Hill Rd. # 38
Kingman, AZ 86401

Bates, Brandon
Attn: Bankruptcy Desk/Managing Agent
PO Box 182
Mexican Springs, NM 87320

Bates, Michael
Attn: Bankruptcy Desk/Managing Agent
PO Box 173
Mexican Springs, NM 87320

Bearing Belt Chain Co
Attn: Bankruptcy Desk/Managing Agent
3525 Essco Street
Kingman, AZ 86409

Begay,Raymond Y.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 200
Cameron, AZ 86020

Bellew, Jeremiah
Attn: Bankruptcy Desk/Managing Agent
2755 North Liguerta
Golden Valley, AZ 86413

Bennett,Lenny
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3043
Tuba City, AZ 86045

Benny's Road Service
Attn: Bankruptcy Desk/Managing Agent
3251 N. Yavapai
Kingman, AZ 86401

Best Block Trucking, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5795
Yuma, AZ 85366-5795

Best Western King's Inn. Corp.
Attn: Bankruptcy Desk/Managing Agent
2930 E Andy Devine
Kingman, AZ 86401

Big O Tires
Attn: Bankruptcy Desk/Managing Agent
1942 E. Andy Deving Ave. , RT 66
Kingman, AZ 86401

Bilyk,David A.
Attn: Bankruptcy Desk/Managing Agent
2132 Lonestar
Mohave Valley, AZ 86440

Bilyk,Michael T.
Attn: Bankruptcy Desk/Managing Agent
1931 Arditto Dr
Mohave Valley, AZ 86440

Blair,Carl Eugene
Attn: Bankruptcy Desk/Managing Agent
3425 Yuma  Kingman
Kingman, AZ 86409

Bleekers Boxes
Attn: Bankruptcy Desk/Managing Agent
5400 E. Empire
Flagstaff, AZ 86004

Blount,Michael D.
Attn: Bankruptcy Desk/Managing Agent
3012 Main St.
Kingman, AZ 86401

Bob' Barricades
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 863611
Orlando, FL 32886-3611

Bond, Raymond
Attn: Bankruptcy Desk/Managing Agent
Concho Rd. 5176 Box 10219
Golden Valley, AZ 86413

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**

Served 4/17/2009

Bonnie Black
Attn: Bankruptcy Desk/Managing Agent
5433 Hwy 68
Golden Valley, AZ 86413

Border Construction Specialtie
Attn: Bankruptcy Desk/Managing Agent
P.O. BOX 5836
Phornix, AZ 85010-5836

Bourgeois, Dylan
Attn: Bankruptcy Desk/Managing Agent
2780 Devlin
Kingman, AZ 86409

Bovard, James
Attn: Bankruptcy Desk/Managing Agent
3200 N. Kaba
Golden Valley, AZ 86413

Boylston, Samuel
Attn: Bankruptcy Desk/Managing Agent
517 S. Oleary St.
Flagstaff, AZ 86001

Brandt Welding & Fabrication
Attn: Bankruptcy Desk/Managing Agent
2755 W. Willow Breeze
Chino Valley, AZ 86323

Braswell,Mark A.
Attn: Bankruptcy Desk/Managing Agent
4833 E. Kevin St.
Sierra Vista, AZ 85650

Breech,James.D
Attn: Bankruptcy Desk/Managing Agent
3734 Bacobi
Golden Valley, AZ 86413

Breen,Ashley Megan
Attn: Bankruptcy Desk/Managing Agent
21683 Highline Rd.
Tehachapi, CA 93551

Brett A. Axelrod
Attn: Bankruptcy Desk/Managing Agent
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169

Brewer,Steven
Attn: Bankruptcy Desk/Managing Agent
14879 Country West Drive
Conroe, TX 77302

Brian McCoy, JR.
Attn: Bankruptcy Desk/Managing Agent
3292 Aztec Rd.
Golden Valley, AZ 86413

Broderick,Jacob L.
Attn: Bankruptcy Desk/Managing Agent
1065 Dewey
Golden Valley, AZ 86413

Brown,Andrew Ray
Attn: Bankruptcy Desk/Managing Agent
5635 Believe Ct.
Las Vegas, NV 89139

Brown,Edward
Attn: Bankruptcy Desk/Managing Agent
2309  E. Jamie Rd.
Ft Mohave, AZ 86429

Brown,Larry D
Attn: Bankruptcy Desk/Managing Agent
2442 Cerrillos Rd  #349
Sante Fe, NM 87505

Bruce Thomas
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4818
Hualapai, AZ 86412

Burns, Cecil
Attn: Bankruptcy Desk/Managing Agent
39516 Via Galletas
Murrieta, CA 92562

Burns, William
Attn: Bankruptcy Desk/Managing Agent
124 S. San Francisco St.
Flagstaff, AZ 86001

Burris, Jacob
Attn: Bankruptcy Desk/Managing Agent
3260 E. Vineyard Rd.
Phoenix, AZ 85042

Burris, Randall
Attn: Bankruptcy Desk/Managing Agent
3745 West Kenneth Road
Kingman, AZ 86409

Byrd, Luke C
Attn: Bankruptcy Desk/Managing Agent
2048 Sweetwater Dr
Bullhead City, AZ 86442

CA State Disbursement Unit
Attn: Bankruptcy Desk/Managing Agent
PO Box 989067
West Sacramento, CA 95798-9067

Calderon,Juan Carlos
Attn: Bankruptcy Desk/Managing Agent
2978 Nova Scotia Dr.
Riverside, CA 92506

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**

California State Disbursement
Attn: Bankruptcy Desk/Managing Agent
#0310010521-01/53312-Robert Hurns
PO BOX 989067
West Sacramento, CA 95798-9067

California State Disbursement
Attn: Bankruptcy Desk/Managing Agent
Case#0730603864452 - Robert Hurns
PO Box 989067
West Sacramento, CA 95798-9067

Campagnano, Frank
Attn: Bankruptcy Desk/Managing Agent
3325 N. Bacobi Rd.
Golden Valley, AZ 86413

CANANWILL, INC.
Attn: Bankruptcy Desk/Managing Agent
1000 MILWAUKEE AVENUE
GLENVIEW, IL 60025

Cantu, Cheree
Attn: Bankruptcy Desk/Managing Agent
PO Box 3293
Flagstaff, AZ 86003

Carr,Mike
Attn: Bankruptcy Desk/Managing Agent
1774 Rivergardens Drive
Bullhead City, AZ 86442

Carter Oil Company, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2506
Flagstaff, AZ 86003

Cash Transportation, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 512
Pine, AZ 85544

Cat AccessAccount
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 905229
Charlotte, NC 28290-5229

Caterpillar Financial Services
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 100647
Pasadena CA 91189-0647

Cecil Burns
Attn: Bankruptcy Desk/Managing Agent
39516 Via Galletas
Murrieten, CA 92562

Cederburg,Dan
Attn: Bankruptcy Desk/Managing Agent
23672 Orange Ave
Paris, CA 92570

CEMEX
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 73261
Chicago, IL  60673-3261

Charley, Benison
Attn: Bankruptcy Desk/Managing Agent
PO Box 666
Crownpoint, NM 87313

Chee,Robinson
Attn: Bankruptcy Desk/Managing Agent
6110 N. Hwy 89, Lot #18
Flagstaff, AZ 86004

Chrome Craft
Attn: Bankruptcy Desk/Managing Agent
5950 88th Street
Sacramento, CA 95828

City of Flagstaff
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 22487
Flagstaff, AZ 86002-2487

City of Flagstaff (Meters)
Attn: Bankruptcy Desk/Managing Agent
211 W. Aspen Ave
Flagstaff, AZ 86001

City of Flagstaff TPT
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 22518
Flagstaff, AZ 86002-2518

City of Kingman
Attn: Bankruptcy Desk/Managing Agent
310 North 4th Street
Kingman, AZ 86401-5817

CJM Financial, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 724
Ankeny, IA 50021

Clark County Treasurer
Attn: Bankruptcy Desk/Managing Agent
C/O Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Clark, Wayne
Attn: Bankruptcy Desk/Managing Agent
3990 John L. Ave.
Kingman, AZ 86409

Clark,Charles
Attn: Bankruptcy Desk/Managing Agent
33080 Garner Road. #B
Lake Elsinore, CA 92530

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                                    **Served 4/17/2009**

Clark,Denis Brian
Attn: Bankruptcy Desk/Managing Agent
5674 Desert Lake Dr.
Ft Mohave, AZ 86426

Clark,Frank
Attn: Bankruptcy Desk/Managing Agent
33080 Garner Road, Apt # D
Lake Elsinore, CA 92530

Clark,James Dale
Attn: Bankruptcy Desk/Managing Agent
33080 Garner Rd. Apt. B
Lake Elsinore, CA 92530

Clark,Paul W.
Attn: Bankruptcy Desk/Managing Agent
995 Tepee Lane.
Perris, CA 92570

Clearinghouse
Attn: Bankruptcy Desk/Managing Agent
Atlas#000137662502-Randall Burris
P.O. Box 52107
Phoenix, AZ 85072-2107

Clearinghouse
Attn: Bankruptcy Desk/Managing Agent
Atlas#000973558400/N - Brant Dail
P.O. Box 52107
Phoenix, AZ 85072-2107

Clearinghouse
Attn: Bankruptcy Desk/Managing Agent
P O Box 52107
Phoenix, AZ 85072-2107

Clements, Scott
Attn: Bankruptcy Desk/Managing Agent
38245 Murrieta Hot Springs Rd. Apt.# K-101
Murrieta, CA 92563

Cloo,Robyn
Attn: Bankruptcy Desk/Managing Agent
11598 Mawada Road
Phelan, CA 92371

Collins,Peter Terrance
Attn: Bankruptcy Desk/Managing Agent
526 Via Del Corallo Way
Henderson, NV 89011

Colorado River Building Industry Association
Attn: Bankruptcy Desk/Managing Agent
2182 Mcullock Blvd. Suite 1
Lake Havasu, AZ 86403

Conrad,Steven Dee
Attn: Bankruptcy Desk/Managing Agent
2405 Northfield Ave.
Kingman, AZ 86401

Consolidated Electrical Distributors
Attn: Bankruptcy Desk/Managing Agent
2500 Airway Ave.
Kingman, AZ 86409

Continental Diesel, Inc
Attn: Bankruptcy Desk/Managing Agent
2734 West Palm Lane
Phoenix, AZ 85009

Cooper, Bryan
Attn: Bankruptcy Desk/Managing Agent
3830 E. Lum Ave.
Kingman, AZ 86409

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1550 College Parkway
Carson City, NV 89706

Corporation Taxes
Attn: Bankrutpcy Desk/Managing Agent
1600 West Monroe
Phoenix, AZ 85007

Countrywide
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 10219
Van Nuys, CA 91410-0219

County Treasurer
Attn: Bankrutpcy Desk/Managing Agent
10 South Main Street
Eureka, NV 89316

Couture, Michael
Attn: Bankruptcy Desk/Managing Agent
31332 Twilight Vista Dr.
Menifee, CA 92584

Crane, Cindy
Attn: Bankruptcy Desk/Managing Agent
3717 Martingale Drive
Kingman, AZ 86409

Credit Suisse Loan Funding LLC
Attn: Bankruptcy Desk/Managing Agent
Attn: Tom Lynch
Eleven Madison Ave., 9th Floor
New York, NY 10010

CT3, Inc
Attn: Bankruptcy Desk/Managing Agent
31805 Hwy 79 South #789
Temecula, CA 92592

Cunningham,Traven R.
Attn: Bankruptcy Desk/Managing Agent
5433 US Hwy. 68 Ste. A 215
Golden Valley, AZ 86413

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                                          **Served 4/17/2009**

Cutting Edge Supply
Attn: Bankruptcy Desk/Managing Agent
234 E. "O" STREET
COLTON, CA 92324

CZ Trucking
Attn: Bankruptcy Desk/Managing Agent
1488 e. Cienega Dr.
Williams, AZ 86046

D.T. & Sons Tire Service
Attn: Bankruptcy Desk/Managing Agent
7499 Victor Ave
Hesperia, CA 92345

Dahlen,Josh Dennis
Attn: Bankruptcy Desk/Managing Agent
4815 Chino
Golden Valley, AZ 86413

Dail, Brant
Attn: Bankruptcy Desk/Managing Agent
309 Taylor St.
Kingman, AZ 86401

Dailey, Michael
Attn: Bankruptcy Desk/Managing Agent
600 S. Hope Rd.
Golden Valley, AZ 86413

Daniel Davis
Attn: Bankruptcy Desk/Managing Agent
3978 Lass Ave.
Kingman, AZ 86409

Daniel L. Packer
Attn: Bankruptcy Desk/Managing Agent
3395 S. Jones Blvd. 439
Las Vegas, NV 89146-6729

Danielle Weaver
Attn: Bankruptcy Desk/Managing Agent
3757 E. Potter Avenue
Kingman, AZ 86409

Dave George
Attn: Bankruptcy Desk/Managing Agent
4605 Chuar Drive
Golden Valley, AZ 86413

David Roberson
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2764
Flagstaff, AZ 86003

Davis, Crissy A
Attn: Bankruptcy Desk/Managing Agent
3978 Lass Ave
Kingman, AZ 86409

Davis, Daniel
Attn: Bankruptcy Desk/Managing Agent
3978 Lass Ave.
Kingman, AZ 86409

Davis, William James
Attn: Bankruptcy Desk/Managing Agent
9727 N. Saddleback Dr.
Kingman, AZ 86401

Debra Garcia
Attn: Bankruptcy Desk/Managing Agent
Garnishment - Richard Fridley
897 S. Santa Maria Rd.
Golden Valley, AZ 86413

Delaney,Brian Scott
Attn: Bankruptcy Desk/Managing Agent
4195 Hwy 68 Box 228, Unit C
Golden Valley, AZ 86413

Delperdang,William
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 666
Sun City, CA 82586

Department of Economic Security
Attn: Bankrutpcy Desk/Managing Agent
1717 West Jefferson, 050Z-1, Room 119
Phoenix, AZ 85007

Dept. of Employment, Training & Rehab
Attn: Bankruptcy Desk/Managing Agent
Employment Security Division
500 East Third Street
Carson City, NV 89713

Derek Hofstetter
Attn: Bankruptcy Desk/Managing Agent
300 E Papago Dr
Flagstaff, AZ 86001

Design Space Modular Buildings
Attn: Bankruptcy Desk/Managing Agent
2235 Encinitas Blvd. Suite 111
Encinitas, CA 92024

Devita, Edward
Attn: Bankruptcy Desk/Managing Agent
3990 N. Stockton Hill Rd. #F-206
Kingman, AZ 86409

Diamond Spring Water
Attn: Bankruptcy Desk/Managing Agent
2428 Ashfork Ave.
Kingman AZ 86401

Dinnella, Frank
Attn: Bankruptcy Desk/Managing Agent
2126 Davis Ave.
Kingman, AZ 86401

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                                        **Served 4/17/2009**

DNN Enterprises Inc.
Attn: Bankruptcy Desk/Managing Agent
7513 Crockett Lane
Flagstaff, AZ 86004

Donovan Brothers Trucking, Inc
Attn: Bankruptcy Desk/Managing Agent
3116 La Mesa Drive
Henderson, NV 89014

Don's Office Products
Attn: Bankruptcy Desk/Managing Agent
216 N. 5th Street
Kingmen AZ 86401-5818

Double Tree Security Inc.
Attn: Bankruptcy Desk/Managing Agent
5157 Huntington Road
Fort Majave, AZ 86426

Driskill,Robert Micheal
Attn: Bankruptcy Desk/Managing Agent
26201 Wheat Street
Sun City, CA 82585

Dupont, Raymond C
Attn: Bankruptcy Desk/Managing Agent
6914 E Hawthorne Street
Tucson, AZ 85710

Duron, Alain James
Attn: Bankruptcy Desk/Managing Agent
919 N. Belvedere Ave  #1101
Tucson, AZ 85711

Dutton, Edward J
Attn: Bankruptcy Desk/Managing Agent
11434 Joshua Drive #22
Yuma, AZ 85365

Eagar Welding, LLC
Attn: Bankruptcy Desk/Managing Agent
81 Seneca Drive
Flagstaff, AZ 86001

Eagle Mountain Const.
Attn: Bankruptcy Desk/Managing Agent
3885 E Industrial
Flagstaff, AZ 86004

East Penn Manufacturing, Inc
Attn: Bankruptcy Desk/Managing Agent
Box 4191
P.O. Box 8500
Philadelphia, PA 19178-4191

ECCO
Attn: Bankruptcy Desk/Managing Agent
Attention Credit Department
1417 N Susan Street
Santa Anna, CA 92703

Edwards,Betty
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1001
Tonalea, AZ 86044

Eggers,Robert L
Attn: Bankruptcy Desk/Managing Agent
7045 W. Agua Fria Drive
Golden Valley, AZ 86413

Ellsworth,Brandon
Attn: Bankruptcy Desk/Managing Agent
2122 Davis Ave
Kingman, AZ 83401

EMPIRE SOUTHWEST LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29879
Phoenix, AZ 85038.9879

Endura Steel
Attn: Bankruptcy Desk/Managing Agent
1470 East Torrance Rd
Ft. Mohave, AZ 86430

Envision Concrete
Attn: Bankruptcy Desk/Managing Agent
5655 Reference St.
Las Vegas NV 89122

Esparza, Jose
Attn: Bankruptcy Desk/Managing Agent
3311 Coleman St.
Las Vegas, NV 89032

Express Lube & Tire
Attn: Bankruptcy Desk/Managing Agent
1861 Chicago Ave
Kingman, AZ 86401

Fast Fred's Inc.
Attn: Bankruptcy Desk/Managing Agent
5420 E. Forest Drive
Flagstaff, AZ 86004

Fastrack Transportation
Attn: Bankruptcy Desk/Managing Agent
9098 Princess Ave.
Flagstaff AZ  86004

FEDEx Freight
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 649002
San Jose, CA 95164

Fernandez,Juan C.
Attn: Bankruptcy Desk/Managing Agent
3151 S. Fortuna Ave  Apt.#18
Yuma, AZ 85365

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                      Served 4/17/2009

Fields,Douglas D.
Attn: Bankruptcy Desk/Managing Agent
3459 N. Jewel St.
Kingman, AZ 86401

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
2525 East Roosevelt Street
Phoenix, AZ 85008

Financial Comptroller
Attn: Bankruptcy Desk/Managing Agent
569 Court Street
Elko, NV 89801

Financial Federal Credit, Inc.
Attn: Bankruptcy Desk/Managing Agent
7 Corporate Park, Suite 240
Irvine, CA 92606

Fink, Lawrence S.
Attn: Bankruptcy Desk/Managing Agent
General Delivery
Flagstaff, AZ 86001

First Class Sanitation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1921
Flagstaff AZ  86002

Flagstaff Landscape Products,
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30326
Flagstaff, AZ 96003

Flagstaff Walk-In Clinic
Attn: Bankruptcy Desk/Managing Agent
1110 E. Route 66
Flagstaff, AZ 86001

Flattout Trucking
Attn: Bankruptcy Desk/Managing Agent
5285 Copley Drive
Flagstaff, AZ 86004

Fleming, Theron
Attn: Bankruptcy Desk/Managing Agent
3285 Southern Ave.
Kingman, AZ 86401

Ford Credit
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 7172
Pasadena, CA 91109-7172

Fowler,Archie
Attn: Bankruptcy Desk/Managing Agent
PO Box 485
Tonalea, AZ 86044

Franchise Tax Board
Attn: Bankruptcy Desk/Managing Agent
P.O.Box 942857
Sacramento, CA 94257-0511

Freeman,Greg Thomas
Attn: Bankruptcy Desk/Managing Agent
6532 Acacia Rd.
Phelan, CA 92371

Freiday Construction
Attn: Bankruptcy Desk/Managing Agent
PO Box 4267
Kingman, AZ 86401

Friday, Charles
Attn: Bankruptcy Desk/Managing Agent
PO Box 228
Yucca, AZ 86438

Fridley, Richard
Attn: Bankruptcy Desk/Managing Agent
872  S. San Pedro Rd.
Golden Valley, AZ 86413

Frontier
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 20550
Rochester, NY 14602-0550

Gassett, Christopher M.
Attn: Bankruptcy Desk/Managing Agent
5580  W. Sandcastle Dr.
Golden Valley, AZ 86413

Gaun's Tree Service
Attn: Bankruptcy Desk/Managing Agent
7840 Candy Lane
Flagstaff, AZ 86004

GCR Tire Center
Attn: Bankruptcy Desk/Managing Agent
2815 N. 32nd Ave
Phoenix, AZ 85009

GDS  Pilot Car Service
Attn: Bankruptcy Desk/Managing Agent
795 Old Lincoln Hwy
Grantsville, UT 84029

General Petroleum Corporation
Attn: Bankruptcy Desk/Managing Agent
PO Box 31001-1235
Pasadena, CA 91110-1234

George, Dave A
Attn: Bankruptcy Desk/Managing Agent
G4493 Fenton Rd. # 68
Burton, MI 48529

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                                                **Served 4/17/2009**

George, David  P., Sr.
Attn: Bankruptcy Desk/Managing Agent
4605 Chuar Dr.
Golden Valley, AZ 86413

Ghost Rider Trucking
Attn: Bankruptcy Desk/Managing Agent
4049 Cassidy Drive
Fort Mohave, AZ 86423

Gilliam, Roger
Attn: Bankruptcy Desk/Managing Agent
6565 Lorraine Dr.
Riverside, CA 92506

GMAC
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 9001948
Louisville KY 40290-1948

Goldy, Joseph
Attn: Bankruptcy Desk/Managing Agent
2326 East Riverview Circle
Bullhead City, AZ 86442

Golightly Tire
Attn: Bankruptcy Desk/Managing Agent
3900 E Huntington Dr
Flagstaff, AZ 86004

Gonzalez,Rodolfo
Attn: Bankruptcy Desk/Managing Agent
57 W. Calle Sauco
Sahuarita, AZ 85629

Goodfellow Corporation
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 60070
Boulder City, NV 89005

Grabbe,Loren A
Attn: Bankruptcy Desk/Managing Agent
2540 Barbara Ave
Yuma, AZ 85365

Gracia,Stephan CJ
Attn: Bankruptcy Desk/Managing Agent
9418 South 46th Dr.
Laveen, AZ 85339

Graham,Russell Darwin
Attn: Bankruptcy Desk/Managing Agent
1494 Gould St.
San Bernardino, CA 92408

Graham,Steven Russell
Attn: Bankruptcy Desk/Managing Agent
1482 Gould St.
San Bernardino, CA 92408

Great West Truck Center, Inc
Attn: Bankruptcy Desk/Managing Agent
PO Box 3697
Kingman, AZ 86402

Griffin, James
Attn: Bankruptcy Desk/Managing Agent
2619 Valentine Ave.
Kingman, AZ 86401

Gruber, Amos
Attn: Bankruptcy Desk/Managing Agent
PO Box 4103
Yatahey, NM 87375

Guaranty California Insurance
Attn: Bankruptcy Desk/Managing Agent
445 S. Figueroa St.
36th Floor
Los Angeles, CA 90071-1602

Guardian
Attn: Bankruptcy Desk/Managing Agent
ID #00-398255 Div 0005
P.O. Box 51505
Los Angeles, CA 90051-5805

Guardian Life Insurance Co.
Attn: Bankruptcy Desk/Managing Agent
Guardian - Claims #398255-0005
36280 Treasury Center
Chicago, IL 60694-6200

Guereca,Santos A.
Attn: Bankruptcy Desk/Managing Agent
4379 N. Mtn. Meadow Dr.
Flagstaff, AZ 86004

Guy & Son
Attn: Bankruptcy Desk/Managing Agent
25420 Walsh Center Drive
Murrieta, CA 92562

Half III, Oliver
Attn: Bankruptcy Desk/Managing Agent
HC 61 Box 87
Winslow, AZ 86047

Harter, Brian K
Attn: Bankruptcy Desk/Managing Agent
3942 W. Burro Dr.
Golden Valley, AZ 86413

Hartnett Law Group
Attn: Bankruptcy Desk/Managing Agent
350 E. Commonwealth Ave.
Fullerton, CA 92832-2017

Harvey Jr.,Russell Wayne
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4104
Mesa, AZ 85211

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**

Served 4/17/2009

Haskan,Derrick
Attn: Bankruptcy Desk/Managing Agent
PO Box 1005
Kayenta, AZ 86033

Haswell, Carl W
Attn: Bankruptcy Desk/Managing Agent
1106 E. Hampton Dr.
Ozark, MO 65721

Head Quarters
Attn: Bankruptcy Desk/Managing Agent
4195 Highway 68 Unit C
PMB 449
Golden Valley, AZ 86413

Health Plan of Nevada
Attn: Bankruptcy Desk/Managing Agent
Plan 50501938-1009
P.O. Box 1388
Las Vegas, NV 89125-1388

Hewitt, Alan L.
Attn: Bankruptcy Desk/Managing Agent
7885 Oriole
Mohave Valley, AZ 86440

Hickman,Cordell R.
Attn: Bankruptcy Desk/Managing Agent
1433 Needles Hwy.
Needles, CA 92363

Highway Technologies Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 51581
Los Angeles, CA 900515881

Hime, Bryon P.
Attn: Bankruptcy Desk/Managing Agent
P.O. BOX 2008
Nipomo, CA 93444

Hotsy Southwest
Attn: Bankruptcy Desk/Managing Agent
2910 S. Highland Drive
Las Vegas, NV 89109

Householder,Guy R
Attn: Bankruptcy Desk/Managing Agent
4399 W. Hamblin
Flagstaff, AZ 86004

HUB International
Attn: Bankruptcy Desk/Managing Agent
601 Oakmont Lane, Suite 400
Westmont, IL 60559-5570

Huizar, Jesus
Attn: Bankruptcy Desk/Managing Agent
3059 Canal Dr.
Mohave Valley, AZ 86440

Huizar, Juan
Attn: Bankruptcy Desk/Managing Agent
4949 Mesa Verde Dr.
Ft Mohave, AZ 86426

Huizar, Manuel
Attn: Bankruptcy Desk/Managing Agent
2131 Riveria Dr.
Bullhead City, AZ 86442

Hurns, Robert
Attn: Bankruptcy Desk/Managing Agent
4394 Cindy Rd.
Ft Mohave, AZ 86426

Hutchison, Josh R.
Attn: Bankruptcy Desk/Managing Agent
2709 N. Steves Blvd.
Flagstaff, AZ 86004

IFS Enterprises
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 5758
Los Alamitos, CA 90720

Industrial Commission of Arizona
Attn: Bankrutpcy Desk/Managing Agent
800 West Washington Street
Phoenix, AZ 85007

Inflight Surf & Sail
Attn: Bankruptcy Desk/Managing Agent
1250 Pacific Coast Hwy
Seal Beach CA 90740

INFO Cubic
Attn: Bankruptcy Desk/Managing Agent
9250 E. Costilla Ave., Ste 230
Greenwood Village, CO 80112

Internal Revenue Service
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

Interstate Batteries
Attn: Bankruptcy Desk/Managing Agent
4151 W Oquendo Rd
Las Vegas, NV 89118

Interwest Supply Company, Inc
Attn: Bankruptcy Desk/Managing Agent
330 S Redwood Road
Salt Lake City, UT 84104-3536

Ira Dizengoff and Phillip Dublin
Attn: Bankruptcy Desk/Managing Agent
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**

Served 4/17/2009

Ives, William
Attn: Bankruptcy Desk/Managing Agent
2841 N. Walnut Hills Dr. #4
Flagstaff, AZ 86004

Ivy, Willie L
Attn: Bankruptcy Desk/Managing Agent
4615 HWY 68
Golden Valley, AZ 86413

Ivy, Willie, Jr.
Attn: Bankruptcy Desk/Managing Agent
4615 HWY 68
Golden Valley, AZ 86413

J & C YORK tRUCKING, INC
Attn: Bankruptcy Desk/Managing Agent
HC 31 BOX 880
HAPPY JACK, AZ 86024

J & R tRUCKING, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2338
Flagstaff, AZ 86003

James V. Fass
Attn: Bankruptcy Desk/Managing Agent
1951 Atlantic Ave.
Kingman, AZ 68401

Jasen Vanderwork
Attn: Bankruptcy Desk/Managing Agent
2890 Shenandoah Rd.
Riverside, CA 92506

Jeff Vincent
Attn: Bankruptcy Desk/Managing Agent
3704 Cantle Dr.
Kingman, AZ 86409

Jenkins, James
Attn: Bankruptcy Desk/Managing Agent
35800 Calle Nopal
Temecula, CA 92592

Jim, Leonard
Attn: Bankruptcy Desk/Managing Agent
PO BOX 427
Crownpoint, NM 87313

Jimemez,Ricardo
Attn: Bankruptcy Desk/Managing Agent
33080 Garner Road, Apt A
Lake Elsinore, CA 92530

JML Equipment Repair, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 50146
Parks, AZ 86018

John Roberds Trucking, Inc.
Attn: Bankruptcy Desk/Managing Agent
121 East Birch Ave. Ste. 501
Flagstaff, AZ 86001

Johnson Heavy Towing Co.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 30606
Flagstaff, AZ 86003

Jones, Glen Alvin
Attn: Bankruptcy Desk/Managing Agent
861 Ramirez Family Way
Kingman, AZ 86401

Jones, Neal
Attn: Bankruptcy Desk/Managing Agent
10208 E. Lakeview Ave.
Mesa, AZ 85209

Jones, Scott
Attn: Bankruptcy Desk/Managing Agent
2309 Southern
Kingman, AZ 86401

Jordan,Barbara L.
Attn: Bankruptcy Desk/Managing Agent
2875 McVicar Ave.
Kingman, AZ 86401

Just Blueprints
Attn: Bankruptcy Desk/Managing Agent
112 8th Street
Kingman, AZ 86401

Kachina Heat Transfer, Inc.
Attn: Bankruptcy Desk/Managing Agent
28978 N 70th Avenue
Peoria, AZ 85383-6629

Kimball Equipment Company
Attn: Bankruptcy Desk/Managing Agent
405 South 7th Street
Phoenix, AZ 85034

Kingman Auto Supply Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2595 Airfield Ave.
Kingman, AZ 86401

Kingman Regional Medical Centr
Attn: Bankruptcy Desk/Managing Agent
3269 Stockton Hill Road
Kingman, AZ 86409

Kingman True Value Home Center
Attn: Bankruptcy Desk/Managing Agent
3633 Stockton Hill Road
Kingman, AZ 86409

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                                                          **Served 4/17/2009**

Kinsey,Bill B
Attn: Bankruptcy Desk/Managing Agent
P.O Box 425
Flagstaff, AZ 86004

Kinsey,Catherine Ann
Attn: Bankruptcy Desk/Managing Agent
PO Box 425
Flagstaff, AZ 86001

Kin-Tec Machines
Attn: Bankruptcy Desk/Managing Agent
5808 Diabase Drive
Golden Valley, AZ 86413

Kiser, Kyle
Attn: Bankruptcy Desk/Managing Agent
3625 Maya Circle
Kingman, AZ 86409

Kohley, Brian P
Attn: Bankruptcy Desk/Managing Agent
1731 River Gardens
Bullhead City, AZ 86442

Kohley,Nicholas Shane
Attn: Bankruptcy Desk/Managing Agent
1731 River Gardens
Bullhead City, AZ 86442

Koonce,Calvin Harvey
Attn: Bankruptcy Desk/Managing Agent
4815 Chino
Golden Valley, AZ 86413

Lambert, Kristen G
Attn: Bankruptcy Desk/Managing Agent
3434 Mineral Park Dr.
Bullhead City, AZ 86442

Lapadura,Christopher Lee
Attn: Bankruptcy Desk/Managing Agent
2478 E. John Cabot Rd.
Phoenix, AZ 85032

Las Vegas Paving Corp
Attn: Bankruptcy Desk/Managing Agent
4420 South Decatur Blvd.
Las Vegas, NV 89103-5803

Lawson Products, INC
Attn: Bankruptcy Desk/Managing Agent
2689 Paysphere Circle
Chicago, IL 60674

Linton, Miles
Attn: Bankruptcy Desk/Managing Agent
508 Dale Ave    Apt. #3
Flagstaff, AZ 86001

Long Lake
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3117
Flagstaff, AZ 86003-3117

Long, Kasey A
Attn: Bankruptcy Desk/Managing Agent
1950 Golden Gate Ave.
Kingman, AZ 86401

Loughrey, Cory
Attn: Bankruptcy Desk/Managing Agent
PO Box 50507
Park, AZ 86018

Loyd K. Kinny
Attn: Bankruptcy Desk/Managing Agent
5808 Diabase Dr.
Golden Valley, AZ 86413

Lyndi Weaver
Attn: Bankruptcy Desk/Managing Agent
3757 E. Potter Avenue
Kingman, AZ 86409

Mackey, John
Attn: Bankruptcy Desk/Managing Agent
5250 No Diamond M Ranch Road
Kingman, AZ 86401

Maho, Shannon D.
Attn: Bankruptcy Desk/Managing Agent
3430 N. Bern St.
Flagstaff, AZ 86004

Manganal Sales
Attn: Bankruptcy Desk/Managing Agent
1240 S. Lincoln
Colton, CA 92324

Marco Crane & Rigging
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 18008
Phoenix, AZ 85009

Marco Rentals, Inc.
Attn: Bankruptcy Desk/Managing Agent
1501 N. Susan St.
Santa Ana CA 92703

Maricopa Association of Gov't.
Attn: Bankruptcy Desk/Managing Agent
302 North 1st Avenue, Suite 300
Phoenix, AZ 85003

Mark Somerstein
Attn: Bankruptcy Desk/Managing Agent
Don Demakis, Ben Schneider
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                                    **Served 4/17/2009**

Martin, Thomas
Attn: Bankruptcy Desk/Managing Agent
7811 W. Abrigo Dr.
Golden Valley, AZ 86413

Mayorga's Welding
Attn: Bankruptcy Desk/Managing Agent
120 S. Elden
Flagstaff, AZ 86001

MCARC Foundation Thriftstore
Attn: Bankruptcy Desk/Managing Agent
2050 Airway Ave.
Kingman, AZ 86409-3643

McClure,John L
Attn: Bankruptcy Desk/Managing Agent
134 Tedford
Bullhead City, AZ 86429

McCoy, Brian
Attn: Bankruptcy Desk/Managing Agent
3292 N. Aztec
Golden Valley, AZ 86413

McCoy, Shawn
Attn: Bankruptcy Desk/Managing Agent
4415 N. Canelo Rd.
Golden Valley, AZ 86413

McCoy,Ian Scott
Attn: Bankruptcy Desk/Managing Agent
2048 Sweetwater Dr.
Bullhead City, AZ 86442

McGraw Enterprises
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 211
Joseph City, AZ 86032

McGraw Hill Construction
Attn: Bankruptcy Desk/Managing Agent
7625 Collection Center Dr.
Chicago, IL 60693-0076

McLaughlin, Michael J
Attn: Bankruptcy Desk/Managing Agent
5649 W. Collins Dr.
Golden Valley, AZ 86413

Mead, Joshua L
Attn: Bankruptcy Desk/Managing Agent
3530 Robin Lane
Kingman, AZ 86409

Meeks, Wayne R
Attn: Bankruptcy Desk/Managing Agent
3972 E. Potter
Kingman, AZ 86409

Mertens
Attn: Bankruptcy Desk/Managing Agent
4385 Baker Dr.
Kingman AZ 86409

Mike Carr
Attn: Bankruptcy Desk/Managing Agent
1774 Rivergriden Dr.
Bullhead City, AZ

MIKE'S ADVENTURE
Attn: Bankruptcy Desk/Managing Agent
6070 Swede Lane
Flagstaff, AZ 86004

Moccasin Consolidated Court
Attn: Bankruptcy Desk/Managing Agent
H.C. 65 Box 90
123 South Main
Moccasin, AZ 86022

Moffat,Steve Robert
Attn: Bankruptcy Desk/Managing Agent
3537 Bowie Rd.
Golden Valley, AZ 86413

Mohave County Sherrif's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Division
P.O. Box 1191
Kingman, AZ 86402

Mohave County Treasurer
Attn: Bankruptcy Desk/Managing Agent
Lee E. Fabrizio
P.O. Box 52657
Phoenix, AZ 85072

Mohave Mobile Welding
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6668
Kingman, AZ 86402

Monsen Engineering
Attn: Bankruptcy Desk/Managing Agent
960 South Main
Salt Lake City, UT 84101

Montana CSED
Attn: Bankruptcy Desk/Managing Agent
Wage Withholding Unit
P.O. Box 8001
Helena, MT 59604-8001

Montes de Oca Jr.,Luis
Attn: Bankruptcy Desk/Managing Agent
19 Merritt St.
Douglas, AZ 85607

Moons Auto Glass
Attn: Bankruptcy Desk/Managing Agent
408 S Main Street
P.O. Box 504
Gadsden, AZ 85336

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                                                                    **Served 4/17/2009**

Moore, Alain J.
Attn: Bankruptcy Desk/Managing Agent
5150 Concho Rd.
Golden Valley, AZ 86413

Moore,Ryan Keith
Attn: Bankruptcy Desk/Managing Agent
6069 Abbey Rd.
Flagstaff, AZ 86004

Morgan, Stuart F.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6201
Kingman, AZ 86402

Mota, Miguel
Attn: Bankruptcy Desk/Managing Agent
6980 Issac Ave.  Apt# 4
Las Vegas, NV 89156

Mott,Harold Edward
Attn: Bankruptcy Desk/Managing Agent
1026 Parkview Ave.
Kingman, AZ 86401

Mr Tractor Sales, Inc.
Attn: Bankruptcy Desk/Managing Agent
P. O. 7200
San Bernardino, CA 92411

Munoz, Jeremy
Attn: Bankruptcy Desk/Managing Agent
3810 Ames
Kingman, AZ 86409

MVD
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4718
Quartzsite, AZ 85346

Myers Trucking, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1489
Yuma, AZ 85366

N. J. Shaum & Son Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 819
Flagstaff, AZ 86002

Napa Auto Parts
Attn: Bankruptcy Desk/Managing Agent
1865 E Butler Ave
Flagstaff, AZ  86001

Napa Auto Parts
Attn: Bankruptcy Desk/Managing Agent
2545 E. Andy Devine-RT. 66
Kingman AZ 86401

Nelson,Scott Eric
Attn: Bankruptcy Desk/Managing Agent
3374 W. McConnico Rd.
Kingman, AZ 86413

Nevada Attorney General
Attn: Bankrutpcy Desk/Managing Agent
100 North Carson Street
Carson City, Nevada 89701-4717

Nevada Department of Employment, Training & Rehabil
Attn: Bankrutpcy Desk/Managing Agent
2800 East Street Louis Avenue
Las Vegas, NV 89104

Nevada Dept. of Taxation
Attn: Bankruptcy Desk/Managing Agent
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nez, Virginia
Attn: Bankruptcy Desk/Managing Agent
PO Box 97
Flagstaff, AZ 86002

Nez,Emerson
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1001
Tonalea, AZ 86044

Nez,Richard Owen
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1849
Parker, AZ 85344

Nez,Vita A.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1001
Tonalea, AZ 86044

Nicklaus Engineering, Inc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6029
Yuma, AZ 85366-6029

Nightingale, Michael
Attn: Bankruptcy Desk/Managing Agent
1811 Cyprus Lane
Bullhead City, AZ 86442

Nile Leatham & Timothy P. Thomas, Esq.
Attn: Bankruptcy Desk/Managing Agent
Kolesar & Leatham
Wells Fargo Financial Center
3320 W. Sahara Ave.
Las Vegas, NV 89102

Northern Arizona Creditors  Service
Attn: Bankruptcy Desk/Managing Agent
543 E. Andy Devine Ave.
Kingman, AZ 86401-5910

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**

Served 4/17/2009

Northern Arizona Saw Cutting
Attn: Bankruptcy Desk/Managing Agent
4330 E. Navajo Ln.
Rimrock, AZ  86335

Northern Light Tree Company
Attn: Bankruptcy Desk/Managing Agent
9607 Heritage
Flagstaff, AZ 86004

Northland Exploration Surveys
Attn: Bankruptcy Desk/Managing Agent
528 West Aspen Avenue
Flagstaff, AZ 86001-5308

Northwest Autlmatic Lub, INC
Attn: Bankruptcy Desk/Managing Agent
1819 Central Ave
Suite Unit 38
Kent, WA 98032

Northwest Security Inc.
Attn: Bankruptcy Desk/Managing Agent
2131 Northern Ave.
Kingman, AZ 86409-2589

NPG Cable
Attn: Bankruptcy Desk/Managing Agent
2900 Airway
Kingman, AZ 86404

Number One International
Attn: Bankruptcy Desk/Managing Agent
1775 S Fledwood Road
Salt Lake City, UT 84104

Office of the Labor Commissioner
Attn: Bankrutpcy Desk/Managing Agent
555 East Washington Avenue, Suite 4100
Las Vegas, NV 89101

Office of the United States Trustee
Attn: Bankruptcy Desk/Managing Agent
Attn: August B. Landis
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

One Stop Automotive
Attn: Bankruptcy Desk/Managing Agent
290 Metcalf Road
Kingman, AZ 86401-5701

Oothoudt Bros. Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2493
823 North Industrial Drive
Camp Verde, AZ 86322

Oregon Dept. of Justice
Attn: Bankruptcy Desk/Managing Agent
ID# 043AC8587C41 - Michael Dailey
PO Box 14506
Salem, OR 97309-0420

Oregon Dept. Of Justice
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 14506
Salem, OR 97309-0420

Osteen Jr.,Joe Allen
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 294321
Phelan, CA 92329

Otto Trucking, Inc
Attn: Bankruptcy Desk/Managing Agent
4025 E Presdidio
Mesa, AZ 85315

Pacific West Brokers
Attn: Bankruptcy Desk/Managing Agent
8767 Sunshine Ave
Flagstaff, AZ 86004

Palmblad, Shawn
Attn: Bankruptcy Desk/Managing Agent
2596 Camino Del Rio
Bullhead City, AZ 86442

Pamm's Edd Trucking, Co
Attn: Bankruptcy Desk/Managing Agent
3219 N. Manor Road
Flagstaff, AZ 86004-2115

Panorama Electric
Attn: Bankruptcy Desk/Managing Agent
4560 Sundown Dr.
Golden Valley, AZ 86413

Parker Oil Products, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 775
Parker, AZ 85344

Paul,Beverly J.
Attn: Bankruptcy Desk/Managing Agent
2242 S. Dragoon Rd.
Golden Valley, AZ 86413

Peavy, Scott L.
Attn: Bankruptcy Desk/Managing Agent
10215 Ghost Rider Trail
Flagstaff, AZ 86004

Pebley, Willie
Attn: Bankruptcy Desk/Managing Agent
2640 Simms Ave.
Kingman, AZ 86401

Peralta Trucking
Attn: Bankruptcy Desk/Managing Agent
6060 N. Smoke Rise Dr.
Flagstaff, AZ 86004

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**

Served 4/17/2009

Personnel Safety Enterprises
Attn: Bankruptcy Desk/Managing Agent
3716 Eagle Mountain Drive
Flagstaff, AZ 86004

Peterbuilt of Las Vegas
Attn: Bankruptcy Desk/Managing Agent
4120 Donovan Way
N. Las Vegas, NV 89030

Phillips,Charles
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3443
Kayenta, AZ 86033

Piracle
Attn: Bankruptcy Desk/Managing Agent
Order checks from HOPE
2302 South Presidents Drive
Suite B
Salt Lake City UT 84120

Polk,Mark Duane
Attn: Bankruptcy Desk/Managing Agent
2925 W. Campo Bello Dr.
Phoenix, AZ 85053

Poor Boys Trucking
Attn: Bankruptcy Desk/Managing Agent
20612 N. 36th Ave
Glendale, AZ 85308

Powell,James C.
Attn: Bankruptcy Desk/Managing Agent
256 S. Lake Havasu Ave Apt. C74
Lake Havasu City, AZ 86403

Powerplan
Attn: Bankruptcy Desk/Managing Agent
21310 Network Place
Chicago, IL 60673-1213

Powerplan
Attn: Bankruptcy Desk/Managing Agent
RDO Equipment Co
21310 Network Place
Chicago, IL 60673-1213

PRAXAIR
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 120812, Dept. 0812
Dallas, TX 75312-0812

Pudwill, Dennis
Attn: Bankruptcy Desk/Managing Agent
38 Hookrum Loop
Evening Shade, AZ 72532

Quail Corporation Inc
Attn: Bankruptcy Desk/Managing Agent
2991 South 4E
Yuma, AZ 85365

Qwest
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 29039
Phoenix, AZ 850389039

R & R Trucking
Attn: Bankruptcy Desk/Managing Agent
8385 N. Merilee Lane
Flagstaff, AZ 86004

Ramos, Peter
Attn: Bankruptcy Desk/Managing Agent
3647 N. Hoover Rd.
Golden Valley, AZ 86413

Randal Garofalo
Attn: Bankruptcy Desk/Managing Agent
2317 Robinhood Pl.
Orange, CA 92867

Rebel Oil Co., Inc.
Attn: Bankruptcy Desk/Managing Agent
2200 S. Highland Drive
Las Vegas NV 89102-4812

REDBURN Tire Company
Attn: Bankruptcy Desk/Managing Agent
P.O. Box14828
Phoenix, AZ 85063

Regal Corporation
Attn: Bankruptcy Desk/Managing Agent
1624 Riverside Dr.
Knoxville, TN 37915

Registar of Contractors
Attn: Bankruptcy Desk/Managing Agent
License Renewal
3838 N. Central Ave, Ste 400
Phoenix, AZ 85012-1946

Rendon, Salvador
Attn: Bankruptcy Desk/Managing Agent
3337 Coarra Dr.
Kingman, AZ 86409

Rendon, Simon
Attn: Bankruptcy Desk/Managing Agent
706 W. Grand Caynon   Apt. #5
Flagstaff, AZ 86001

Rensberger, Alan N.
Attn: Bankruptcy Desk/Managing Agent
1369 Bacobi Rd.
Golden Valley, AZ 86413

Republic Services
Attn: Bankruptcy Desk/Managing Agent
770 E. Saraha Avenue
Las Vegas, NV 89193-8508

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                        **Served 4/17/2009**

Rinker Materials
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 73261
Chicago, IL 60673-3261

Ripberger, Jason
Attn: Bankruptcy Desk/Managing Agent
12741 Cortaro (PO Box 426)
Topock, AZ 86436

Roa Garia,Edgar
Attn: Bankruptcy Desk/Managing Agent
1536 Emerald Dr.
Bullhead City, AZ 86442

Road Runner Sanitary
Attn: Bankruptcy Desk/Managing Agent
Supplies, Inc
1600 W. Acoma BL # 45
Lake Havasu City AZ 86403-2898

Robles, Pedro
Attn: Bankruptcy Desk/Managing Agent
3421 Coleman St.
Las Vegas, NV 89032

Rockbreakers Contracting, Inc.
Attn: Bankruptcy Desk/Managing Agent
8055 North 24th Ave
Phoenix, AZ 85021

Rock's Concrete Cutting, Inc
Attn: Bankruptcy Desk/Managing Agent
2971 Camino Del Rio
Bullhead City, AZ 86442

Rodney M. Jean
Attn: Bankruptcy Desk/Managing Agent
Susan Myers
Lionel Sawyer & Collins
300 S. Fourth Street, #1700
Las Vegas, NV 89146

Rod's Equipment Repair
Attn: Bankruptcy Desk/Managing Agent
6031 Saturn Lane
Mira Loma, CA 91752

Ron Warfield Trucking
Attn: Bankruptcy Desk/Managing Agent
2345 N Beth Way
Flagstaff, AZ 86001

Route 66 Motorsports
Attn: Bankruptcy Desk/Managing Agent
2501 Beverly Ave.
Kingman AZ 86401

RS Crow
Attn: Bankruptcy Desk/Managing Agent
21300 River Road
Perris, CA 92570

Ruger's H2O Trucking, LLC
Attn: Bankruptcy Desk/Managing Agent
26608 S 187th Street
Queen Creek, AZ 85242

RUSH TRUCK CENTER
Attn: Bankruptcy Desk/Managing Agent
Regions Interstate Billing Center
Dept. 1265 P.O.Box 2153
Birmingham, AL 35287-1265

Russell, Allie L.
Attn: Bankruptcy Desk/Managing Agent
24927 Camino de Oro Way
Moreno Valley, CA 92557

S & L Equipment, LLC
Attn: Bankruptcy Desk/Managing Agent
4346 E. Magnolia St.
Phoenix, AZ 85034

Salvador,Eric F.
Attn: Bankruptcy Desk/Managing Agent
7773 N. Nathan Hale Ave.
Tucson, AZ 85741

SC Fuels
Attn: Bankruptcy Desk/Managing Agent
Cardlock fuels
P.O. Box 14014
Orange CA 92863-4014

Scarbrough, Tyler
Attn: Bankruptcy Desk/Managing Agent
1511 Beach Comber
Seal Beach, CA 90740

SCF of Arizona
Attn: Bankruptcy Desk/Managing Agent
PO Box 33049
Phoenix, AZ 85067-3049

Schall, Richard
Attn: Bankruptcy Desk/Managing Agent
1185 Orchard St
Golden, CO 80401

Schwab Sales, LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 979
Gilbert, AZ 85299-0979

Scott Scarbrough
Attn: Bankruptcy Desk/Managing Agent
1511 Beachcomber
Seal Beach, CA 90740-5735

SCR Development Co., LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2407
Cottonwood, AZ 86326

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                         **Served 4/17/2009**

Seaton Jr.,Randall Scott
Attn: Bankruptcy Desk/Managing Agent
4618 North Eden Rd.
Golden Valley, AZ 86413

Seaton,Randall Scott
Attn: Bankruptcy Desk/Managing Agent
4618 N. Eden Rd.
Golden Valley, AZ 86413

Secretary of State
Attn: Bankruptcy Desk/Managing Agent
202 North Carson Street,
Carson City NV 89701-4201

Seibert,Rocky
Attn: Bankruptcy Desk/Managing Agent
2685 E Northfield Ave
Kingman, AZ 86409

Sellers Petroleum
Attn: Bankruptcy Desk/Managing Agent
821 Pacific Avenue
Yuma, AZ 85365

Sergeant, Randy Ray
Attn: Bankruptcy Desk/Managing Agent
1660 Lakeside Dr. PMB 436
Bullhead City, AZ 86442

Setser, Rusty
Attn: Bankruptcy Desk/Managing Agent
1000 Park Newport #311
Newport Beach, CA 92660

Shelton, Eberle
Attn: Bankruptcy Desk/Managing Agent
1322 S. Estrella Road
Golden Valley, AZ 86413

Shirley's Plan Service
Attn: Bankruptcy Desk/Managing Agent
425 S Plumer
Tucson, AZ 85719

Short, Steven M.
Attn: Bankruptcy Desk/Managing Agent
4615 HWY 68
Golden Valley, AZ 86413

Simon,Christopher
Attn: Bankruptcy Desk/Managing Agent
30313 Marne Way
Mewifee, CA 82584

Sitech Southwest, LLC
Attn: Bankruptcy Desk/Managing Agent
4202 E. Elwood St.,  Suite 1
Phoenix, AZ 85040

Slate,Ronald Joe
Attn: Bankruptcy Desk/Managing Agent
3756 North Eden Rd.
Golden Valley, AZ 86413

Slowtalker, Carl
Attn: Bankruptcy Desk/Managing Agent
609 Sunset Ct.
Barstow, CA 92311

Smith, Merle
Attn: Bankruptcy Desk/Managing Agent
505 Ollar Ln.
Heavener, OK 74937

Smith, Timothy K
Attn: Bankruptcy Desk/Managing Agent
7280 Hwy. 68
Golden Valley, AZ 86413

Snodgrass, Ashley
Attn: Bankruptcy Desk/Managing Agent
4399 N. Hamblin
Flagstaff, AZ 86004

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
333 Las Vegas Boulevard South, Suite 8016
Las Vegas, NV 89101

Social Security Administration
Attn: Bankrutpcy Desk/Managing Agent
702 West Jerome Avenue
Phoenix, AZ 85003

Soto,Omar
Attn: Bankruptcy Desk/Managing Agent
693 Daffodil Dr.
Bullhead City, AZ 86442

Southwest Crushing LLC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2407
Cottonwood,, AZ 86326

Southwest Industrial, Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2908
Flagstaff, AZ 86003

Spectra Southwest Inc
Attn: Bankruptcy Desk/Managing Agent
4202 E Elwood St.
Suite 1
Phoenix, AZ 85040

Speedie and Associates
Attn: Bankruptcy Desk/Managing Agent
3331 E. Wood Street
Phoenix, AZ 85040

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                                                    **Served 4/17/2009**

Spence,Dusty Lee
Attn: Bankruptcy Desk/Managing Agent
3972 E Potter
Kingman, AZ 86409

Spirit Underground
Attn: Bankruptcy Desk/Managing Agent
3525 West Hacienda
Las Vegas, NV 89118

Sprint
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 4181
Carol Stream, IL 60197-4181

Stackhouse Truck Co.
Attn: Bankruptcy Desk/Managing Agent
1660 E. Lakeside Dr. Unit 397
Bulhead City, AZ 864442

Stanley, Charles J., Sr.
Attn: Bankruptcy Desk/Managing Agent
PO Box 8571
Ft Mohave, AZ 86427

Staples Credit Plan
Attn: Bankruptcy Desk/Managing Agent
PO Box 689020
Dept. 51 - 7819803072
Des Moines, IA 50368-9020

State Coll & Disb Unit - SCADU
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 98950
Las Vegas, NV 89193-8950

State Coll & Disb Unit-SCADU
Attn: Bankruptcy Desk/Managing Agent
CASE# 769684000A - Charles Friday
PO Box 98950
Las Vegas, NV 89193-8950

STATE OF IDAHO
Attn: Bankruptcy Desk/Managing Agent
CASE #087212 - Monte Aguas
PO Box 70008
Boise, ID 83707-0108

State of Nevada DMV
Attn: Bankruptcy Desk/Managing Agent
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

STEEL UNLIMITED, INC
Attn: Bankruptcy Desk/Managing Agent
452 W Valley Blvd.
Rialto, CA 92376

Stephen Gabrielsen
Attn: Bankruptcy Desk/Managing Agent
12484 N. 76 th St.
Scottsdale, AZ 85260

Steuerle, John
Attn: Bankruptcy Desk/Managing Agent
4521 N. Thruman Dr.
Golden Valley, AZ 86413

Stockbridge Northwest Inc.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 6061
Kingman AZ 86402

Stone, Cameron M
Attn: Bankruptcy Desk/Managing Agent
2177 Rathke Dr
Bullhead City, AZ 86442

Storm Auto Glass
Attn: Bankruptcy Desk/Managing Agent
78 N. Shoshone St.
Flagstaff, AZ 86001

Street,Michael
Attn: Bankruptcy Desk/Managing Agent
2415 Harrod
Kingman, AZ 86401

Sullivan, Michael Bryan
Attn: Bankruptcy Desk/Managing Agent
981 Whitney Ranch Dr. Apt. # 1227
Henderson, NV 89014

Sunland Asphalt
Attn: Bankruptcy Desk/Managing Agent
PO Box 20814
Bullhead City, AZ 86439

Sunstate Equipment Co.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 52581
Phoenix, AZ 85072-2581

T.Warnock Trucking, Inc
Attn: Bankruptcy Desk/Managing Agent
13302 1/2 Bridges Ave
Yuma, AZ 85365

Talayumptewa, Orville
Attn: Bankruptcy Desk/Managing Agent
PO Box 318  Village Plaza
Kykotsmovi, AZ 86039

Talayumptewa, Travis
Attn: Bankruptcy Desk/Managing Agent
PO Box 318  Village Plaza
Kykotsmovi, AZ 86039

Taylor A. Hastings
Attn: Bankruptcy Desk/Managing Agent
3725 North Kenneth Road
Kingman, AZ 86409

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**

Served 4/17/2009

Terry Thompson Enterprises
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3457
Kingman, AZ 86402-3457

The Flood Control District of Maricopa County
Attn: Bankruptcy Desk/Managing Agent
2801 West Durango ST.
Phoenix, AZ 85009

The Villas at Kingman
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 503310
San Diego, CA 92150-3310

THERMO FLUIDS Inc
Attn: Bankruptcy Desk/Managing Agent
39354 Treasury Center
Chicago, IL 60694-9300

Thomas, Bruce A.
Attn: Bankruptcy Desk/Managing Agent
PO Box 4818
Hualapai, AZ 86412

Thompson, Alden
Attn: Bankruptcy Desk/Managing Agent
3818 Heather Ave.
Kingman, AZ 86401

Thompson, Robert B.
Attn: Bankruptcy Desk/Managing Agent
1369 S. Bacobi Rd
Golden Valley, AZ 86413

Thunderbird Materials, LLC
Attn: Bankruptcy Desk/Managing Agent
1040 S. Schritter Way
Kingman, AZ 86401

Tiger,Brett
Attn: Bankruptcy Desk/Managing Agent
18375 S Cottonwood Drive
Somerton, AZ 85350

Tina and/or William C Goldberg
Attn: Bankruptcy Desk/Managing Agent
P. O. Box 4016
Kingman, AZ 86402

Tire World
Attn: Bankruptcy Desk/Managing Agent
3311 East Andy Devine
Kingman, AZ 86401

Townsend, Richard Adam
Attn: Bankruptcy Desk/Managing Agent
3411 N. Mayer Rd.
Golden Valley, AZ 86413

Trans-West Truck Center
Attn: Bankruptcy Desk/Managing Agent
PO Box 1220
10150 Cherry Ave
Fontana, CA 92335

TRI-Car
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 2352
Sandy, UT 84091

Triple 777 Steel Inc.
Attn: Bankruptcy Desk/Managing Agent
2872 Ringe Lane
Las Vegas, NV 89156

Tri-State Auto Glass
Attn: Bankruptcy Desk/Managing Agent
4030 Stockton Hill Rd  Ste 10
Kingman, AZ 86409

Tropicana Express
Attn: Bankruptcy Desk/Managing Agent
2121 South Casino Drive
Laughlin, NV 89028

Truck Tub International
Attn: Bankruptcy Desk/Managing Agent
PO Box 2111
Pismo Beach, CA 93448

Tryton Enterprises
Attn: Bankruptcy Desk/Managing Agent
742 E. Mahala Dr.
Camp Verde, AZ 86322

Tsosie, Ruthie
Attn: Bankruptcy Desk/Managing Agent
2612 Wikiup Ave.
Kingman, AZ 86401

TSS Enterprises, Inc
Attn: Bankruptcy Desk/Managing Agent
2827 E. Illini Street
Phoenix, AZ 85040

Tuncon, llc
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1086
Flagstaff, AZ 86002

Tweedy, Michael
Attn: Bankruptcy Desk/Managing Agent
1346 S. Date
Mesa, AZ 85210

Ugartechea,Jason Orlando
Attn: Bankruptcy Desk/Managing Agent
3159 Rainbow St.
Kingman, AZ 86409

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**                                                                    **Served 4/17/2009**

UniFirst Corporation
Attn: Bankruptcy Desk/Managing Agent
568 Parkson Road
Henderson, NV 89015

UniSource Energy Service-Gas
Attn: Bankruptcy Desk/Managing Agent
PO Box 3099
kingman, AZ 86402

UniSource Energy Services-Elec
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 3099
kingman, AZ 86402

UNITED RENTALS NORTHWEST
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 846394
Dallas, TX 75284-6394

United States Attorney's Office
Attn: Bankruptcy Desk/Managing Agent
Attn: Civil Process Clerk
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
Internal Revenue Service
Cincinnati OH 45999-0149

United States Treasury
Attn: Bankruptcy Desk/Managing Agent
IRS - R. Dovalina / ID# 449831859
8701 S. Gessner  STOP 5432HAL
Houston, TX 77074-2926

USBancorp Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
13010 SW 68th Parkway
Portland, OR 97223-0000

Van C. Durrer II
Attn: Bankruptcy Desk/Managing Agent
Ramon M. Naguiat
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, #3400
Los Angeles, CA 90071-3144

Vanderwork, Jasen C.
Attn: Bankruptcy Desk/Managing Agent
2890 Shenandoah Rd.
Riverside, CA 92506

Vecellio.Nathan James
Attn: Bankruptcy Desk/Managing Agent
#1 Hardy Mountain Rd.
Oatman, AZ 86433

Verhoeven, Randy
Attn: Bankruptcy Desk/Managing Agent
5468 W. Chino Rd.
Golden Valley, AZ 86413

Villas of Kingman
Attn: Bankruptcy Desk/Managing Agent
c/o Parker Finch Las Vegas, LLC
118 Corporate Park Drive, Ste 105
Henderson, NV 89074

VLV Truck Parts
Attn: Bankruptcy Desk/Managing Agent
3157 N. Rainbow
Las Vegas, NV 89108

VMC ENTERPRISES, INC
Attn: Bankruptcy Desk/Managing Agent
25550 West Highway 85
Buckeye, AZ 85326

VMN Trucking
Attn: Bankruptcy Desk/Managing Agent
6030 N Smoke Rise Dr
Flagstaff, AZ 86004

Ward, Landon
Attn: Bankruptcy Desk/Managing Agent
652NW 120 Roas
Harper, KS 67058

Warner's Nursery & Landscape
Attn: Bankruptcy Desk/Managing Agent
1101 E. Butler Ave
Flagstaff, AZ 86001

Washington State Support Reg.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 45868
Olympia, WA 98504-5868

Weaver, Danielle
Attn: Bankruptcy Desk/Managing Agent
3757 E. Potter Ave.
Kingman, AZ 86409

Webster, Joseph
Attn: Bankruptcy Desk/Managing Agent
303 S. Bacobi
Golden Valley, AZ 86413

Weilbrenner,Travis A.
Attn: Bankruptcy Desk/Managing Agent
5580 W. Sandcastle Dr.
Golden Valley, AZ 86413

Wells Fargo Bank, National Association
Attn: Bankruptcy Desk/Managing Agent
Attn: Michael Pinzon
45 Broadway, 17th Floor
New York, NY 10006

Wells Fargo Equipment Finance
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 1450
Minneapolis, MN 55485-5934

**Pinnacle Grading, LLC 09-14887 - U.S. Mail**    **Served 4/17/2009**

Welsh,Dayton
Attn: Bankruptcy Desk/Managing Agent
3020 Hammond Circle
Mohave Valley, AZ 86440

Welsh,Harley Greg
Attn: Bankruptcy Desk/Managing Agent
3815 N. Nellis Blvd. #45
Las Vegas, NV 89115

Westbrook,Larry I
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 452
Ash Fork, AZ 86320

Western Technologies, Inc
Attn: Bankruptcy Desk/Managing Agent
2400 East Huntington Drive
Flagstaff, AZ 86004-8934

Western Transport, Inc.
Attn: Bankruptcy Desk/Managing Agent
1016 W. University Ave #108
Flagstaff, AZ 86001

Westside Disposal
Attn: Bankruptcy Desk/Managing Agent
7107 N. HWY 93
Golden Valley, AZ 86413

Wheeler,Steven
Attn: Bankruptcy Desk/Managing Agent
4206 N. Everest St.
Mesa, AZ 85215

White Cap Construction Supply
Attn: Bankruptcy Desk/Managing Agent
125 Corporate Park Drive
Henderson, NV 89074

Whitson, Dillon W
Attn: Bankruptcy Desk/Managing Agent
775 Bullhead Pwy
Bullhead City, AZ 86429

Wiley Auto Group
Attn: Bankruptcy Desk/Managing Agent
3601 Stockton Hill Rd
Kingman, AZ 86409

Williams, Kenneth Jermane
Attn: Bankruptcy Desk/Managing Agent
10500 N. 76th Dr.
Peoria, AZ 85345

Wireless Consulting Corp
Attn: Bankruptcy Desk/Managing Agent
4955 S Druango Drive, Ste 151
Las Vegas, NV 89113

Woodty, Trenton
Attn: Bankruptcy Desk/Managing Agent
PO Box 318  Village Plaza
Kykotsmovi, AZ 86039

Wymat, LLC
Attn: Bankruptcy Desk/Managing Agent
4177 E. Huntington Dr.
Flagstaff, AZ 86004

X-Press Trux Inc.
Attn: Bankruptcy Desk/Managing Agent
9120 Doney Park Lane
Flagstaff, AZ 86004

Yazzie, Julio
Attn: Bankruptcy Desk/Managing Agent
PO Box 178
Brimhall, NM 87310

Yazzie, Rufus
Attn: Bankruptcy Desk/Managing Agent
PO Box 1152
Kayenta, AZ 86033

Yazzie, Troy
Attn: Bankruptcy Desk/Managing Agent
PO Box 7229
Winslow, AZ 86047

Yellow Transportation, INC
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 730333
Dallas, TX 75373

Young, John W.
Attn: Bankruptcy Desk/Managing Agent
P.O. Box 632  Topock
Topock, AZ 86436

Creditors:  524