Rew R. Goodenow, Bar 3722
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, Nevada 89501
(775) 323-1601
rgoodenow@parsonsbehle.com

*Attorney for City of Henderson*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In Re: | CASE NO. BK-S-09-14814-LBR (Jointly Administered) |
|---|---|
| THE RHODES COMPANIES, aka "Rhodes Homes, *et al.*,"[1] | Chapter 11 |
| Debtors | STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR ENFORCEMENT OF PLAN INJUNCTION |
| Affects:<br>☒ All Debtors<br>☐ Affects the Following Debtor(s) | Hearing Date: December 18, 2013<br>Hearing Time: 2:00 p.m. |

IT IS HEREBY STIPULATED between City of Henderson, pursuant to L.R. 9014(f) by and through its attorney Rew R. Goodenow of Parsons Behle & Latimer and Reorganized

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822);Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

PARSONS BEHLE & LATIMER

14298.001/4811-4532-8919.1

1

1  Debtors, by and through their attorney Shirley S. Cho of Pachulski Stang Ziehl & Jones LLP, to
2  extend the time for City of Henderson to Respond to Motion for Reorganized Debtors for
3  Enforcement of Plan Injunction Under the First Lien Steering Committee's Third Amended
4  Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes
   Companies LLC, et al., Against City of Henderson (the "Motion") [Doc. 1791] from December 4,
5  2013 to 5:00 p.m. on Friday, December 6, 2013. The Reply from Reorganized Debtors shall be
6  filed and served on or before 5:00 p.m. on Friday, December 13, 2013.
7  DATED: November 27, 2013.

                                        PARSONS BEHLE & LATIMER

                                        By: /s/ Rew R. Goodenow
                                            Rew R. Goodenow, Bar No. 3722
                                            Attorney for City of Henderson

                                        PACHULSKI STANG ZIEHL & JONES LLP


                                        By: /s/ Shirley S. Cho
                                            Shirley S. Cho, CA Bar 192616
                                        Attorneys for Reorganized Debtors

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November 2013, I caused to be filed and served through the Bankruptcy Court's ECF system, a true and correct copy of the foregoing STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR ENFORCEMENT OF PLAN INJUNCTION, to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sburdash@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com;ldupree@foxrothschild.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com;cshurtliff@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com,
bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

PARSONS
BEHLE &
LATIMER

18422.001/4841-8965-6323.1

GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC
ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

JAMES D. GREENE on behalf of Plaintiff EUGENE DAVIS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com;srd@kempjones.com

WILLIAM H HEATON on behalf of Defendant JOHN RHODES
will@nwhltd.com, Solana@nwhltd.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;mstow@lionelsawyer.com

JAMES J. JIMMERSON on behalf of Defendant FARM HUALAPAI LLC
jjj@jimmersonhansen.com,
mg@jimmersonhansen.com;ks@jimmersonhansen.com;lh@jimmersonhansen.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
cshurtliff@maclaw.com, sstanton@maclaw.com;akosina@maclaw.com;mwalters@maclaw.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

PARSONS BEHLE & LATIMER

18422.001/4841-8965-6323.1

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;pblack@bachlawfirm.com;jbach@bachlawfirm.com;mmascarello@bachlawfirm.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
owen@nwhltd.com, jim@nwhltd.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor Leslie Blasco, et al.
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com,

- 3 -

PARSONS BEHLE & LATIMER

18422.001/4841-8965-6323.1

| | |
|---|---|
| 1 | ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com |
| 2 | |
| 3 | SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS<br>ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com |
| 4 | |
| 5 | ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP<br>rsr@morrislawgroup.com, bkv@morrislawgroup.com |
| 6 | MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A. |
| 7 | mark.somerstein@ropesgray.com |
| 8 | ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL |
| 9 | stephens@sullivanhill.com,<br>calderone@sullivanhill.com;vidovich@sullivanhill.com;roberts@sullivanhill.com;hill@sullivanhill.com;Manning@sullivanhill.com;stein@sullivanhill.com;iriarte@sullivanhill.com;benoit@sullivanhill.com;ggarcia@sullivanhill.com;murdock@sullivanhill.com |
| 10 | |
| 11 | |
| 12 | JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH<br>jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com |
| 13 | |
| 14 | TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 15 | , veralynn@tthomaslaw.com |
| 16 | U.S. TRUSTEE - LV - 11 |
| 17 | USTPRegion17.lv.ecf@usdoj.gov |
| 18 | DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC<br>DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com |
| 19 | |
| 20 | GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
| 21 | gfwilson@wilsonquint.com, pwilson@wilsonquint.com |
| 22 | MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK<br>mbw@slwlaw.com, ef@slwlaw.com |
| 23 | |
| 24 | MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC |
| 25 | myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 26 | |
| 27 | |
| 28 | |

**and sent the same via US Mail, postage prepaid to the following:**

ACCELERON GROUP
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

ALVAREZ & MARSAL NORTH AMERICA, LLC
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

AMERICAN EXPRESS COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

BANCROFT SUSA & GALLOWAY P.C.
ATTN: PAUL D. BANCROFT
3955 E. FT. LOWELL DRIVE, #115
TUCSON, AZ 85712

BANK OF OKLAHOMA
ATTN: ANY OFFICER OR DIRECTOR
5727 S. LEWIS AVENUE
TULSA, OK 74105-7119

DEAN S. BENNETT on behalf of Creditor GREYSTONE NEVADA, LLC
400 S. 4TH STREET, 3RD FLR
LAS VEGAS, NV 89101

BLEEKER'S BOXES
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

BNY MELLON F/K/A THE BANK OF NEW YORK
ATTN: ANY OFFICER OR DIRECTOR
ONE WALL STREET
NEW YORK, NY 10286

- 5 -

| | |
|---|---|
| 1 | JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC |
| 2 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 3 | 400 SOUTH FOURTH STREET, SUITE 500<br>LAS VEGAS, NV 89101 |
| 4 | |
| 5 | DAVID J CABRAL<br>REGISTERED AGENT FOR: |
| 6 | AMERICAN COMMONWEALTH MORTGAGE COMPANY<br>536 E. ST. LOUIS AVE. |
| 7 | LAS VEGAS, NV 89104, |
| 8 | DEBRA CARRIGAN |
| 9 | 7757 RADCLIFF STREET<br>LAS VEGAS, NV 89123 |
| 10 | |
| 11 | CHICAGO TITLE AGENCY OF NEVADA, INC.<br>BY & THRU ITS REGISTERED AGENT: |
| 12 | CORP. TRUST COMPANY OF NEVADA<br>311 SOUTH DIVISION STREET |
| 13 | CARSON CITY, NV 89703 |
| 14 | COMMERCE TITLE COMPANY |
| 15 | BY AND THROUGH ITS REGISTERED AGENT<br>NATIONAL REGISTERED AGENTS, INC. |
| 16 | 2875 MICHELLE DR., STE. 100<br>IRVINE, CA 92606 |
| 17 | |
| 18 | CONSOLIDATED MORTGAGE COMPANY, LLC<br>BY AND THROUGH ITS REGISTERED AGENT |
| 19 | SHEA & CARLYON LTD.<br>701 E. BRIDGER AVE., STE. 850 |
| 20 | LAS VEGAS, NV 89101 |
| 21 | CT CORPORATION |
| 22 | 311 S. DIVISION STREET<br>CARSON CITY, NV 89703 |
| 23 | DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A. |
| 24 | 1 INTERNATIONAL PL<br>BOSTON, MA 02210 |
| 25 | |
| 26 | IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 27 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ONE BRYANT PARK |
| 28 | NEW YORK, NY 10036 |

PARSONS
BEHLE &
LATIMER

18422.001/4841-8965-6323.1

| | |
|---|---|
| 1 | CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 2 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 3 | ONE BRYANT PARK<br>NEW YORK, NY 10036 |
| 4 | |
| 5 | PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 6 | AKIN GUMP STRAUSS HAUER & FELD<br>ONE BRYANT PARK |
| 7 | NEW YORK, NY 10036 |
| 8 | EBBIN MOSER + SKAGGS LLP<br>C/O DAVID E MOSER |
| 9 | 550 MONTGOMERY ST., STE 900<br>SAN FRANCISCO, CA 94111 |
| 10 | |
| 11 | FIDELITY NATIONAL FINANCIAL, INC.<br>CT CORPORATION SYSTEM |
| 12 | BY AND THROUGH ITS REGISTERED AGENT<br>818 W. SEVENTH ST. |
| 13 | LOS ANGELES, CA 90017 |
| 14 | |
| 15 | FIRST AMERICAN TITLE COMPANY<br>BY AND THROUGH ITS REGISTERED AGENT: |
| 16 | CORPORATION SERVICE COMPANY<br>2730 GATEWAY OAKS DRIVE, STE. 100 |
| 17 | SACRAMENTO, CA 95833 |
| 18 | PHILIP S. GERSON on behalf of Creditor CLARK COUNTY<br>9950 W. CHEYENNE AVENUE |
| 19 | LAS VEGAS, NV 89129 |
| 20 | GIBSON DUNN & CRUTCHER LLP |
| 21 | ATTN: ANY OFFICER, PARTNER OR DIRECTOR<br>333 SOUTH GRAND AVENUE |
| 22 | LOS ANGELES, CA 90071-3197 |
| 23 | JANINA GUTHRIE<br>1225 MONTEREY ST. |
| 24 | REDLANDS, CA 92373 |
| 25 | |
| 26 | SHARELLE SNOW HENLE<br>12667 N GENTLE RAIN DRIVE |
| 27 | MARANA, AZ 85658 |
| 28 | |

PARSONS
BEHLE &
LATIMER

- 7 -

18422.001/4841-8965-6323.1

| | |
|---|---|
| 1 | SARA M. HUCHINSON |
| | REGISTERED AGENT FOR: |
| 2 | ALLIANCE MORTGAGE, LLC |
| | 11920 SOUTHERN HIGHLANDS PKWY, #101 |
| 3 | LAS VEGAS, NV 89141 |
| 4 | |
| | TROY L ISAACSON |
| 5 | 3811 W CHARLESTON BLVD #110 |
| | LAS VEGAS, NV 89102 |
| 6 | on behalf of Creditor CHARLES BAGLEY |
| 7 | |
| | |
| 8 | JOHN HANCOCK FREEEDOM 529 |
| | PO BOX 17603 |
| 9 | BALTIMORE, MD 21297-1603 |
| 10 | |
| | MEREDITH A. LAHAIE |
| 11 | ONE BRYANT PARK |
| | NEW YORK, NY 10036 |
| 12 | on behalf of Interested Party REORGANIZED DEBTORS |
| 13 | |
| | HARRY LEAKE |
| 14 | 2549 SHOWCASE DR |
| | LAS VEGAS, NV 89134 |
| 15 | |
| | JAMES B MACROBBIE SYLVESTER & POLEDNAK, LTD |
| 16 | 7371 PRAIRIE FALCON, STE 120 |
| | LAS VEGAS, NV 89128 |
| 17 | on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH |
| 18 | |
| 19 | ROBERT C. MADDOX |
| | 3811 W CHARLESTON BLVD, #110 |
| 20 | LAS VEGAS, NV 89012 |
| | on behalf of Creditor WIRSBO CLAIMANTS |
| 21 | |
| 22 | JANIECE S MARSHALL |
| | ANDERSON MCPHARLIN & CONNERS, LLP |
| 23 | 777 N. RAINBOW BLVD, STE 145 |
| | LAS VEGAS, NV 89107-1192 |
| 24 | on behalf of Creditor STANLEY CONSULTANTS, INC. |
| 25 | |
| | MASTEC NORTH AMERICA INC |
| 26 | C/O MICHELE LAINE, ESQ |
| | 800 SOUTH DOUGLAS RD., 12TH FLR |
| 27 | CORAL GABLES, FL 33134 |
| 28 | |

PARSONS
BEHLE &
LATIMER

- 8 -

18422.001/4841-8965-6323.1

| | |
|---|---|
| 1 | MUTUAL OF OMAHA BANK |
| | BY & THRU ITS REGISTERED AGENT: |
| 2 | CSC SERVICES OF NEVADA, INC. |
| | 2215-B RENAISSANCE DRIVE |
| 3 | LAS VEGAS, NV 89119 |
| 4 | |
| 5 | NEVADA STATE BANK |
| | BY & THRU ITS REGISTERED AGENT: |
| 6 | CSC SERVICES OF NEVADA, INC. |
| | 2215-B RENAISSANCE DRIVE |
| 7 | LAS VEGAS, NV 89119 |
| 8 | |
| | OMNI MANAGEMENT GROUP |
| 9 | 16501 VENTURA BLVD., #440 |
| | ENCINO, CA 91436 |
| 10 | |
| 11 | PALECEK |
| | PO BOX 225 |
| 12 | RICHMOND, CA 94804 |
| 13 | |
| | PRINCETON ADVISORY GROUP |
| 14 | PO BOX 89 |
| | 4428 ROUTE 27, BLDG C, UNIT 1 |
| 15 | KINGSTON, NJ 08528-1004 |
| 16 | ABID QURESHI AKIN GUMP STRAUSS HAUER & FELD LLP |
| | ONE BRYANT PARK |
| 17 | NEW YORK, NY 10036 |
| | on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 18 | |
| 19 | |
| | ELIZABETH RASKIN |
| 20 | CHRISTOPHER T. SCHULTEN |
| | AKIN GUMP STRAUSS H AUER & FELD LLP |
| 21 | ONE BRYANT PARK |
| | NEW YORK, NY 10036 |
| 22 | on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 23 | |
| | GRETCHEN M. ROBITAILLE |
| 24 | 8037 SILVER STREAK ST |
| | LAS VEGAS, NV 89131 |
| 25 | |
| 26 | SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
| | 400 SOUTH FOURTH STREET, 3RD FLR |
| 27 | LAS VEGAS, NV 89101 |
| 28 | |

PARSONS
BEHLE &
LATIMER

- 9 -

18422.001/4841-8965-6323.1

```
 1   SECURITY TITLE OF NEVADA, LLC
     BY AND THROUGH ITS REGISTERED AGENT
 2   CORPORATION TRUST COMPANY OF NEVADA
     311 S. DIVISION STREET
 3   CARSON CITY, NV 89703

 4
     SMS FINANCIAL LLC
 5   RESIDENT AGENTS OF NEVADA, INC.
     BY AND THROUGH ITS REGISTERED AGENT
 6   711 S. CARSON ST., STE. 4
     CARSON CITY, NV 89701
 7

 8   JAMES I
     10100 SANTA MONICA BLVD #1100
 9   LOS ANGELES, CA 90067

10
     STATE OF NEVADA OFFICE OF THE STATE TREASURER
11   555 E. WASHINGTON AVE SUITE 4200
     LAS VEGAS, NV 89101-1075
12
     STEWART OCCHIPINTI, LLP
13   ATTN: ANY PRINCIPAL
     65 WEST 36TH STREET, 7TH FLOOR
14   NEW YORK, NY 10018

15
     STEWART TITLE COMPANY
16   CORPORATION TRUST COMPANY OF NEVADA
     BY AND THROUGH ITS REGISTERED AGENT
17   311 S. DIVISION STREET
     CARSON CITY, NV 89703
18
     THE LANDSCAPE CONNECTION TLC INC
19   5400 E EMPIRE AVE
20   FLAGSTAFF, AZ 86004

21   THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
     C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
22   1955 VILLAGE CENTER CIRCLE
23   LAS VEGAS, NV 89134

24   TOWN & COUNTRY BANK
     BY & THRU ITS REGISTERED AGENT:
25   PHILIP M. BURNS
     8620 W. TROPICANA AVENUE
26   LAS VEGAS, NV 89103

27

28
```

PARSONS
BEHLE &
LATIMER

- 10 -

18422.001/4841-8965-6323.1

| | |
|---|---|
| 1 | TRANSNATION TITLE AGENCY |
| | ATTN: ANY OFFICER OR DIRECTOR |
| 2 | 1500 EAST WOOLFORD ROAD |
| 3 | SHOW LOW, AZ 85901 |
| 4 | UBS FINANCIAL SERVICES |
| | BY & THRU ITS REGISTERED AGENT: |
| 5 | CSC SERVICES OF NEVADA, INC. |
| | 2215-b RENAISSANCE DRIVE |
| 6 | LAS VEGAS, NV 89119 |
| 7 | |
| | WELLS FARGO BANK, N.A. |
| 8 | CSC SERVICES OF NEVADA, INC. |
| | BY AND THROUGH ITS REGISTERED AGENT |
| 9 | 2215-B RENAISSANCE DRIVE |
| | LAS VEGAS, NV 89119 |
| 10 | |
| 11 | STEVEN YOULES |
| | 2305 WINDJAMMER WAY |
| 12 | LAS VEGAS, NV 89107 |
| 13 | |
| | YUMA TITLE |
| 14 | ATTN: CARRIE SAFRANEK, MANAGER |
| | 11611 S. FOOTHILLS BLVD., #A |
| 15 | YUMA, AZ 85367-5845 |
| 16 | ELIZABETH W. WALKER |
| | SIDLEY AUSTIN LLP |
| 17 | 555 WEST FIFTH STREET, STE. 4000 |
| | LOS ANGELES, CA 90013 |

_/s/ Kathy S_____
Employee of Parsons Behle & Latimer

- 11 -

18422.001/4841-8965-6323.1