James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW LLC
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: zlarson@lzlawnv.com

E-File: December 3, 2013

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>THE RHODES COMPANIES,<br>aka "Rhodes Homes, *et al*.,"<br><br>Debtors<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the Following Debtor(s) | CASE NO.  BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR ENFORCEMENT OF PLAN INJUNCTION AND REQUEST FOR CONTINUANCE<br><br>[Relates to Docket No. 1794]<br><br>Hearing Date: December 18, 2013<br>Hearing Time:  2:00 p.m. |

IT IS HEREBY STIPULATED between City of Henderson, pursuant to L.R. 9014(f) by and through its attorney Rew R. Goodenow of Parsons Behle & Latimer and Reorganized Debtors, by and through their attorney Shirley S. Cho of Pachulski Stang Ziehl & Jones LLP, that this Amended Stipulation shall replace the *Stipulation to Extend Time to Respond to Motion for Enforcement of Plan Injunction* previously filed by the parties as Docket No. 1794.

1

14298.001/4811-4532-8919.1

In order to allow the parties time to discuss the *Motion of Reorganized Debtors for Enforcement of Plan Injunction, Etc.* (the "Motion") [Doc. 1791], the parties FURTHER STIPULATE as follows:

1. Upon entry of an Order by the Court approving this Amended Stipulation, the hearing on the Motion originally scheduled for December 18, 2013 shall be continued to January 8, 2013 at 2:30 p.m.
2. The time for City of Henderson to respond to the Motion shall be December 16, 2013 on or before 5:00 p.m.
3. The Debtors' reply shall be filed and served on December 31, 2013 on or before 5:00 p.m.

DATED:  December 3, 2013

PARSONS BEHLE & LATIMER

By:     /s/*Rew R. Goodenow*
    Rew R. Goodenow,  Bar No. 3722
    Attorney for City of Henderson

PACHULSKI STANG ZIEHL & JONES LLP

By:    /s/*Shirley S. Cho*
    Shirley S. Cho, CA Bar 192616

Attorneys for Reorganized Debtors

14298.001/4811-4532-8919.1
73203.035/DOCS_LA_273651.1