1

2

3

_____

Honorable Linda B. Riegle
United States Bankruptcy Judge

4

**Entered on Docket**

5 **December 04, 2013**

6

7

8

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

9    In re:

10   THE RHODES COMPANIES, LLC, aka

11   "Rhodes Homes," et al.,[1]
                    Debtors.

12   Affects:

13   ☒  All Debtors
     ☐  Affects the following Debtor(s):

14

Case No.: BK-S-09-14814-LBR
(Jointly Administered)

Chapter 11

Hearing Date:  December 18, 2013
Hearing Time:  2:00 p.m.
Courtroom 1

15   **ORDER GRANTING AMENDED STIPULATION TO EXTEND TIME**
16   **TO RESPOND TO MOTION FOR ENFORCEMENT OF PLAN INJUNCTION**
     **AND REQUEST FOR CONTINUANCE**

17         The Court having reviewed the Amended Stipulation to Extend Time to Respond to

18   Motion for Enforcement of Plan Injunction and Request for Continuance [Doc. 1795] (the

19   "Amended Stipulation") and good cause appearing,

20

21   _____

22   [1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-
     14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache

23   Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case
     No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-

24   14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa,
     LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843);

25   Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No.
     09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany

26   Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany
     Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow,

27   LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP
     (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-

28   14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-
     14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

1

IT IS HEREBY ORDERED that the *Motion of Reorganized Debtors for Enforcement of Plan Injunction, Etc.* [Docket No. 1791] (the "Motion") shall be heard on January 8, 2014 at 2:30 p.m. and the hearing on December 18, 2013 at 2:00 p.m. on the matter is vacated.

IT IS HEREBY ORDERED that the response to the Motion shall be filed by 5:00 p.m. on December 16, 2013 and the reply shall be filed by 5:00 p.m. on December 31, 2013.

###

14298.001/4814-9830-5815.1
73203.035/DOCS_LA_273653.1