James I. Stang, Esq. (CA Bar No. 94435)          E-File:  December 13, 2013
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
          scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: zlarson@lzlawnv.com

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka<br>"Rhodes Homes," et al.,[1] | Chapter 11 |
| Debtors. | |

Affects:
☒     All Debtors
☐     Affects the following Debtor(s)

## CERTIFICATE OF SERVICE

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

1. On the 5th day of December, 2013, I served the following document(s) (specify):

NOTICE OF ENTRY OF ORDER [ECF No. 1798].

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■       a.       **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
   kanderson@fabianlaw.com, sharkins@fabianlaw.com

   BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
   baxelrod@foxrothschild.com,
   pchlum@foxrothschild.com;ldupree@foxrothschild.com

   BRETT A. AXELROD on behalf of Creditor JAMES RHODES
   baxelrod@foxrothschild.com,
   pchlum@foxrothschild.com;ldupree@foxrothschild.com

   LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
   minute@legalcounselors.com

   PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
   PBYRNES@LASVEGASNEVADA.GOV,
   CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GO
   V;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVA
   DA.GOV

   SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
   scho@pszjlaw.com

   JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
   bsalinas@armstrongteasdale.com

   DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
   dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com

   NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
   ncox@klnevada.com,
   bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

   NATALIE M. COX on behalf of Plaintiff EUGENE I. DAVIS
   ncox@klnevada.com,
   bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

2

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com,
bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

REW R. GOODENOW on behalf of Creditor CITY OF HENDERSON
ecf@parsonsbehle.com

GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC
ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

JAMES D. GREENE on behalf of Plaintiff EUGENE I. DAVIS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW, JR. on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE
OF THE JAMES M. RHODES DYNASTY TRUST I
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C. RHODES, TRUSTEE
OF THE JAMES M RHODES DYNASTY TRUST II
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff RHODES RANCH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff SAGEBRUSH ENTERPRISES,
INC.

3

c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff JAMES M RHODES
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class
Plaintiffs
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant FARM HUALAPAI LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant GYPSUM RESOURCES, LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant HARMONY 2 LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant HARMONY HOMES INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant HAYDEN SPRINGS PARTNERS LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C RHODES, TRUSTEE OF THE
JAMES M. RHODES DYNASTY TRUST I
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C. RHODES, TRUSTEE OF
THE JAMES M RHODES DYNASTY TRUST II
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant John C. Rhodes, John C. Rhodes,
Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II,
Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant NORTH 5TH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant RHODES RANCH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant TROPICAL SANDS LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant TRUCKEE SPRINGS HOLDINGS, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JAMES M RHODES
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C RHODES
c.harris@kempjones.com, ade@kempjones.com

WILLIAM H HEATON on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
will@nwhltd.com, Solana@nwhltd.com

WILLIAM H HEATON on behalf of Defendant JOHN C RHODES
will@nwhltd.com, Solana@nwhltd.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC.
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN &
WAKEFIELD, INC.
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apest
onit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN &
WAKEFILED OF NEVADA, INC
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apest
onit@nevadafirm.com;gbagley@nevadafirm.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL
SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;
docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;kmiltimore@
swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE A. SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.c
om

ZACHARIAH LARSON on behalf of Debtor BATCAVE, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.c
om

ZACHARIAH LARSON on behalf of Debtor BRAVO, INC.
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.c
om

ZACHARIAH LARSON on behalf of Debtor C & J HOLDINGS, INC.
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.c

om

ZACHARIAH LARSON on behalf of Debtor CHALKLINE, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor ELKHORN INVESTMENTS, INC.
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor ELKHORN PARTNERS
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor GERONIMO PLUMBING, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor GLYNDA, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor GUNG-HO CONCRETE, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor HERITAGE LAND COMPANY, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor JACKKNIFE, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor JARUPA, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor OVERFLOW, LP

carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor PARCEL 20, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor PINNACLE GRADING, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES ARIZONA PROPERTIES, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES DESIGN AND DEVELOPMENT CORPORATION
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES HOMES ARIZONA, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GENERAL PARTNERSHIP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GOLF AND COUNTRY CLUB
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES REALTY, INC.
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor SIX FEATHERS HOLDINGS, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor THE RHODES COMPANIES, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TICK, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TRIBES HOLDINGS, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS II, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS III, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS IV, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY GOLF COUNTRY CLUB, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor WALLBOARD, LP
carey@lzlawnv.com,

susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party REORGANIZED DEBTORS
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR
SECURED LENDERS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTOR
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTORS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Plaintiff EUGENE I. DAVIS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@bachlawfirm.com,
jbach@bachlawfirm.com,mmascarello@bachlawfirm.com,sandra.herbstreit@bachlawfirm.com,awatkins@bachlawfirm.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF
AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE
RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff THE LITIGATION TRUST OF THE
RHODES COMPANIES LLC, ET AL.
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
owen@nwhltd.com, jim@nwhltd.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor LESLIE BLASCO
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

JACOB J ROBERTS on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff RHODES RANCH LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff SAGEBRUSH ENTERPRISES, INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JAMES M RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant FARM HUALAPAI LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant GYPSUM RESOURCES, LLC

n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant HARMONY 2 LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant HARMONY HOMES INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant HAYDEN SPRINGS PARTNERS
LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JOHN C RHODES, TRUSTEE OF
THE JAMES M. RHODES DYNASTY TRUST I
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JOHN C. RHODES, TRUSTEE
OF THE JAMES M RHODES DYNASTY TRUST II
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant John C. Rhodes, John C. Rhodes,
Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II,
Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant NORTH 5TH LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant RHODES RANCH LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant SAGEBRUSH ENTERPRISES,
INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant TROPICAL SANDS LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant TRUCKEE SPRINGS
HOLDINGS, INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JAMES M RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JOHN C RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION
MATERIALS SOUTH, LLC
MRuth@LRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE
RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.c
om;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

BRIAN D. SHAPIRO on behalf of Plaintiff THE LITIGATION TRUST OF THE
RHODES COMPANIES LLC, ET AL.
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.c
om;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com, fmi@morrislawgroup.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE TAX LLP
rsr@morrislawgroup.com, fmi@morrislawgroup.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ
& ENGEL
stephens@sullivanhill.com,
roberts@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri
@sullivanhill.com;bkstaff@sullivanhill.com;manning@sullivanhill.com

ELIZABETH E. STEPHENS on behalf of Defendant WP South Builders Nevada,
LLC
stephens@sullivanhill.com,
roberts@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri
@sullivanhill.com;bkstaff@sullivanhill.com;manning@sullivanhill.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA),
INC
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG,
CAYMAN BRANCH
jeff@sylvesterpolednak.com,

tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE HOLDINGS (USA), INC
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE SECURITIES (USA), LLC
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com,
tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, A SWISS BANK
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, CAYMAN BRANCH
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE
HOLDINGS (USA), INC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE
SECURITIES (USA), LLC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN &
WAKEFIELD OF NEVADA, INC.
dwalton@bmpllp.com, gromero@bmpllp.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN &
WAKEFIELD OF TEXAS, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN &
WAKEFIELD, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN &
WAKEFILED OF NEVADA, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
gfw@gfwilsonlaw.com

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE
RHODES COMPANIES, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff THE LITIGATION TRUST OF THE
RHODES COMPANIES LLC, ET AL.
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

    **b.**    **United States mail, postage fully prepaid**
        *(List persons and addresses.  Attach additional paper if necessary)*

**c.** **Personal Service** *(List persons and addresses.  Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

**d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**e.** **By fax transmission**
*(List persons and fax numbers.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

**f.** **By messenger** *(List persons and addresses.  Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  *(A declaration by the messenger must be attached to this Certificate of Service)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): December 13, 2013

Carey Shurtliff _____          /s/ Carey Shurtliff _____
**(Name of Declarant)**                                               **(Signature of Declarant)**