James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW LLC
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: zlarson@lzlawnv.com

Attorneys for Reorganized Debtors

E-File: January 7, 2014

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>THE RHODES COMPANIES,<br>aka "Rhodes Homes, *et al*.,"<br><br>Debtors<br><br>Affects:<br>☒   All Debtors<br>☐   Affects the Following Debtor(s) | CASE NO.  BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>STIPULATION AND REQUEST TO CONTINUE HEARING RE MOTION FOR ENFORCEMENT OF PLAN INJUNCTION<br><br>[Relates to Docket No. 1794]<br><br>Hearing Date: January 8, 2014<br>Hearing Time:  2:30 p.m. |

IT IS HEREBY STIPULATED between City of Henderson, pursuant to L.R. 9014(f) by and through its attorney Rew R. Goodenow of Parsons Behle & Latimer and Reorganized Debtors, by and through their attorney Shirley S. Cho of Pachulski Stang Ziehl & Jones LLP, that in order to allow the parties time to document a potential settlement agreement regarding the *Motion of Reorganized Debtors for Enforcement of Plan Injunction, Etc.* (the "Motion") [Doc. 1791], the parties FURTHER STIPULATE and request as follows:

1

14298.001/4811-4532-8919.1

1. That the hearing on the Motion be continued to February 5, 2014 at 2:30 p.m. or such other date and time as is convenient for the Court's calendar.

DATED: January 7, 2014

                PARSONS BEHLE & LATIMER

By:   /s/*Rew R. Goodenow*
    Rew R. Goodenow, Bar No. 3722
    Attorney for City of Henderson

PACHULSKI STANG ZIEHL & JONES LLP

By:   /s/*Shirley S. Cho*
    Shirley S. Cho, CA Bar 192616

Attorneys for Reorganized Debtors

2

14298.001/4811-4532-8919.1
73203.035/DOCS_LA_273651.1