The parties shall file a joint status report by
January 30 informing the court whether a
settlement was reached or if the parties plan to
proceed to argue the matter on February 5.



_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

Entered on Docket
January 07, 2014

_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>Debtors. | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: January 8, 2014<br>Hearing Time: 2:30 p.m.<br>Courtroom 1 |
| Affects:<br><br>☒ All Debtors<br>☐ Affects the following Debtor(s): | |

**ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE HEARING RE MOTION FOR ENFORCEMENT OF PLAN INJUNCTION**

The Court having reviewed the Stipulation and Request to Continue Hearing re Motion for Enforcement of Plan Injunction [Doc. 1803] (the "Continuance Stipulation") and good cause appearing,

_____

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

1

14298.001/4814-9830-5815.1

IT IS HEREBY ORDERED that the Stipulation attached hereto as Exhibit "A" is granted in its entirety; and

IT IS FURTHER ORDERED that the hearing on the *Motion of Reorganized Debtors for Enforcement of Plan Injunction, Etc.* [Docket No. 1791] (the "Motion") shall be continued to February 5, 2014 at 2:30 p.m.

# EXHIBIT A

EXHIBIT A

James I. Stang, Esq. (CA Bar No. 94435)  E-File: January 7, 2014
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW LLC
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone: 702/382-1170
Facsimile: 702/382-1169
Email: zlarson@lzlawnv.com

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In Re: | CASE NO. BK-S-09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, | |
| aka "Rhodes Homes, *et al*.," | Chapter 11 |
| Debtors | STIPULATION AND REQUEST TO CONTINUE HEARING RE MOTION FOR ENFORCEMENT OF PLAN INJUNCTION |
| | [Relates to Docket No. 1794] |
| Affects: | Hearing Date: January 8, 2014 |
| ☒      All Debtors | Hearing Time: 2:30 p.m. |
| ☐      Affects the Following Debtor(s) | |

IT IS HEREBY STIPULATED between City of Henderson, pursuant to L.R. 9014(f) by and through its attorney Rew R. Goodenow of Parsons Behle & Latimer and Reorganized Debtors, by and through their attorney Shirley S. Cho of Pachulski Stang Ziehl & Jones LLP, that in order to allow the parties time to document a potential settlement agreement regarding the *Motion of Reorganized Debtors for Enforcement of Plan Injunction, Etc.* (the "Motion") [Doc. 1791], the parties FURTHER STIPULATE and request as follows:

1

14298.001/4811-4532-8919.1

1. That the hearing on the Motion be continued to February 5, 2014 at 2:30 p.m. or such other date and time as is convenient for the Court's calendar.

DATED: January 7, 2014

PARSONS BEHLE & LATIMER

By: ___/s/*Rew R. Goodenow*_____
Rew R. Goodenow,  Bar No. 3722
Attorney for City of Henderson

PACHULSKI STANG ZIEHL & JONES LLP

By: ___/s/*Shirley S. Cho*_____
Shirley S. Cho, CA Bar 192616

Attorneys for Reorganized Debtors

2