James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
       scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: zlarson@lzlawnv.com

Attorneys for Reorganized Debtors

E-File:  January 7, 2014

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>                Debtors.<br><br>Affects:<br>☒    All Debtors<br>☐    Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |
|---|---|

**<u>NOTICE OF ENTRY OF ORDER</u>**

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

NOTICE IS HEREBY GIVEN that on the 7th day of January, 2014, an *Order Granting Stipulation and Request to Continue Hearing Re Motion for Enforcement of Plan Injunction* [DKT. NO. 1804] was entered in the above-entitled matter, and a copy of said Order is attached hereto.

DATED: January 7, 2014.

LARSON & ZIRZOW, LLC

By: /s/ Zachariah Larson, Esq.
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada  89101
Attorneys for Reorganized Debtors

## CERTIFICATE OF SERVICE

1. On the 7th day of January, 2014, I served the following document(s) (specify):

NOTICE OF ENTRY OF ORDER

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

■   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sharkins@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.; and JAMES RHODES
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;ldupree@foxrothschild.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GO

2

V;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS; and EUGENE I. DAVIS
ncox@klnevada.com,
bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com,
bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

REW R. GOODENOW on behalf of Creditor CITY OF HENDERSON
ecf@parsonsbehle.com

GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC
ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com

JAMES D. GREENE on behalf of Plaintiff EUGENE I. DAVIS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW, JR. on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

| | |
|---|---|
| 1 | DAVID R HAGUE on behalf of Creditor JAMES RHODES<br>dhague@fabianlaw.com, dromero@fabianlaw.com |
| 2 | |
| 3 | CAROL L. HARRIS on behalf of John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc. |
| 4 | c.harris@kempjones.com, ade@kempjones.com |
| 5 | |
| 6 | WILLIAM H HEATON on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc. |
| 7 | will@nwhltd.com, Solana@nwhltd.com |
| 8 | |
| 9 | RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG; CUSHMAN & WAKEFIELD OF NEVADA, INC.; CUSHMAN & WAKEFIELD OF TEXAS, INC; CUSHMAN & WAKEFIELD OF TEXAS, INC.; CUSHMAN & WAKEFIELD, INC; CUSHMAN & WAKEFIELD, INC.; and CUSHMAN & WAKEFILED OF NEVADA, INC |
| 10 | |
| 11 | |
| 12 | rholley@nevadafirm.com, |
| 13 | sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com |
| 14 | RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch |
| 15 | RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com |
| 16 | ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION |
| 17 | rkinas@swlaw.com, |
| 18 | jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com; docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com |
| 19 | |
| 20 | KEITH S. KNOCHEL on behalf of Creditor VALERIE A. SILVAS |
| 21 | law@lawyersinarizona.com, bank@lawyersinarizona.com |
| 22 | BART K. LARSEN on behalf of Creditor Reef Colonial, LLC<br>blarsen@klnevada.com, |
| 23 | jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com |
| 24 | ZACHARIAH LARSON on behalf of Interested Party REORGANIZED DEBTORS |
| 25 | carey@lzlawnv.com,<br>susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 26 | |
| 27 | NILE LEATHAM on behalf of STEERING COMMITTEE OF SENIOR SECURED LENDERS;REORGANIZED DEBTORS; and EUGENE I. DAVIS |
| 28 | |

nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@bachlawfirm.com,
jbach@bachlawfirm.com,mmascarello@bachlawfirm.com,sandra.herbstreit@bachlawfirm.com,awatkins@bachlawfirm.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC; and THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
owen@nwhltd.com, jim@nwhltd.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

ERIC RANSAVAGE on behalf of Creditor LESLIE BLASCO
eransavage@ssllplaw.com, agutierrez@ssllplaw.com

JACOB J ROBERTS on behalf of THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC; and THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

NATHANAEL R. RULIS on behalf of FARM HUALAPAI LLC; GYPSUM RESOURCES, LLC; HARMONY 2 LLC; HARMONY HOMES INC.; HAYDEN

SPRINGS PARTNERS LLC; JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I; JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II; John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.; NORTH 5TH LLC; RHODES RANCH LLC; SAGEBRUSH ENTERPRISES, INC.; TROPICAL SANDS LLC ; TRUCKEE SPRINGS HOLDINGS, INC.; JAMES M RHODES; JOHN C RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC; and THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP; and DELOITTE TAX LLP
rsr@morrislawgroup.com, fmi@morrislawgroup.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL; and WP South Builders Nevada, LLC
stephens@sullivanhill.com, roberts@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;manning@sullivanhill.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC; CREDIT SUISSE AG, CAYMAN BRANCH; CREDIT SUISSE AG, NEW YORK BRANCH; CREDIT SUISSE HOLDINGS (USA), INC; CREDIT SUISSE SECURITIES (USA), LLC; and CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com

U.S. TRUSTEE - LV - 11, 11

USTPRegion17.lv.ecf@usdoj.gov

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC; CREDIT SUISSE AG, A SWISS BANK; CREDIT SUISSE AG, CAYMAN BRANCH; CREDIT SUISSE AG, NEW YORK BRANCH; CREDIT SUISSE GROUP AG; CREDIT SUISSE HOLDINGS (USA), INC; CREDIT SUISSE SECURITIES (USA), LLC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC; CUSHMAN & WAKEFIELD, INC; and CUSHMAN & WAKEFIELD OF NEVADA, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
gfw@gfwilsonlaw.com

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC and THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): January 7, 2014.

| Carey Shurtliff | /s/ Carey Shurtliff |
|---|---|
| **(Name of Declarant)** | **(Signature of Declarant)** |

**The parties shall file a joint status report by January 30 informing the court whether a settlement was reached or if the parties plan to proceed to argue the matter on February 5.**

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
January 07, 2014

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-14814-LBR (Jointly Administered) |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] <br> Debtors. | Chapter 11 |
| Affects: <br> ☒ All Debtors <br> ☐ Affects the following Debtor(s): | Hearing Date: January 8, 2014 <br> Hearing Time: 2:30 p.m. <br> Courtroom 1 |

### ORDER GRANTING STIPULATION AND REQUEST TO CONTINUE HEARING RE MOTION FOR ENFORCEMENT OF PLAN INJUNCTION

The Court having reviewed the Stipulation and Request to Continue Hearing re Motion for Enforcement of Plan Injunction [Doc. 1803] (the "Continuance Stipulation") and good cause appearing,

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

1

14298.001/4814-9830-5815.1

IT IS HEREBY ORDERED that the Stipulation attached hereto as Exhibit "A" is granted in its entirety; and

IT IS FURTHER ORDERED that the hearing on the *Motion of Reorganized Debtors for Enforcement of Plan Injunction, Etc.* [Docket No. 1791] (the "Motion") shall be continued to February 5, 2014 at 2:30 p.m.

2

73203.035/DOCS_LA_273653.1

# EXHIBIT A

# EXHIBIT A

James I. Stang, Esq. (CA Bar No. 94435)
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: jstang@pszjlaw.com
      scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW LLC
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: zlarson@lzlawnv.com

Attorneys for Reorganized Debtors

E-File: January 7, 2014

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>THE RHODES COMPANIES,<br>aka "Rhodes Homes, *et al*.,"<br><br>Debtors<br><br>Affects:<br>☒    All Debtors<br>☐    Affects the Following Debtor(s) | CASE NO.  BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>STIPULATION AND REQUEST TO CONTINUE HEARING RE MOTION FOR ENFORCEMENT OF PLAN INJUNCTION<br><br>[Relates to Docket No. 1794]<br><br>Hearing Date: January 8, 2014<br>Hearing Time:  2:30 p.m. |

IT IS HEREBY STIPULATED between City of Henderson, pursuant to L.R. 9014(f) by and through its attorney Rew R. Goodenow of Parsons Behle & Latimer and Reorganized Debtors, by and through their attorney Shirley S. Cho of Pachulski Stang Ziehl & Jones LLP, that in order to allow the parties time to document a potential settlement agreement regarding the *Motion of Reorganized Debtors for Enforcement of Plan Injunction, Etc.* (the "Motion") [Doc. 1791], the parties FURTHER STIPULATE and request as follows:

1

14298.001/4811-4532-8919.1

1. That the hearing on the Motion be continued to February 5, 2014 at 2:30 p.m. or such other date and time as is convenient for the Court's calendar.

DATED: January 7, 2014

                        PARSONS BEHLE & LATIMER

                        By:  /s/*Rew R. Goodenow*
                           Rew R. Goodenow, Bar No. 3722
                           Attorney for City of Henderson

                        PACHULSKI STANG ZIEHL & JONES LLP

                        By:  /s/*Shirley S. Cho*
                           Shirley S. Cho, CA Bar 192616

                        Attorneys for Reorganized Debtors

2

14298.001/4811-4532-8919.1
73203.035/DOCS_LA_273651.1