UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: The Rhodes Companies, LLC, aka "Rhodes HOmes," et al.,

Debtor(s)

Case No.: BK-S-09-14814-LBR
(Jointly Administered)
Chapter 11

For the quarter ending: December 31, 2013 [1]

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: March 12, 2010

2. Cash balance at beginning of quarter: $25,256,299.04
   Total receipts during quarter: $15,980,518.98
   Total disbursements during quarter: $31,226,894.82
   Cash balance at end of quarter: $10,009,923.20

3. Payments made pursuant to the Plan this quarter:

   Total payments to be made pursuant to the Plan: $1,666,147.75
   Cumulative paid to date: $1,666,147.75
   Balance remaining to be made under the Plan:

   | As of the end of this reporting period | Yes | No |
   | --- | --- | --- |
   | 4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.] | | X |
   | 5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.) | | X |
   | 6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan? | X | |

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|    |    | Yes | No |
|----|----|-----|-----|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |  | X |
| 8. | Has the order confirming the Plan become nonappealable? | X |  |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | N/A |  |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | X |  |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) |  | X |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X |  |
| 13. | Anticipated date of motion for final decree: | Unknown |  |

I declare under penalty of perjury that the statements set forth above are true and accurate.

_____1/9/14_____  
Dated:

_____[signature]_____  
Responsible Individual (signature)

Kevin Corbett  
Print Name

Current Address:  
6345 S. Jones Blvd, Ste 400  
Las Vegas, NV 89118

Telephone Number:  
(702) 873-5338

Explanations:

4. a. Checks cut on 4/14/10 but not yet distributed due to non-response of vendor.

    EXECUTIVE PLASTERING, INC.                             680.60          4/14/2010

    b. Checks cut on 10/05/10 but not yet distributed due to non-response of vendor.

    TOWER BUILDERS LLC                                      540.00         10/5/2010
    US Foodservice                                          116.68         10/5/2010
    National City Golf Finance                            7,805.12         10/5/2010

    WILLIS ROOF CONSULTING, INC.                          2,616.80         10/5/2010
    - The Trustee for Willis contacted us requesting payment. Check has been re-issued, however, no further contact from Trustee with required documentation.

7. Open motions, contested matters, and adversary proceedings:

    James Rhodes - Open Claim

## CERTIFICATE OF SERVICE

On the 9th day of January 2014, I served the following document(s):

## QUARTERLY REPORT

1. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☐     **United States mail, postage fully prepaid**
   *(List persons and addresses.  Attach additional paper if necessary)*

2. On **January 9, 2014** I served the above-named document(s) by the following means to the persons as listed below:

   ☒     **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): January 9, 2013

Sophia L. Lee                                        /s/Sophia L. Lee
(Name of Declarant)                          (Signature of Declarant)

DOCS_LA:235356.8 73203/035

## ECF SERVICE LIST

09-14814-lbr Notice will be electronically mailed to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sharkins@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

BRETT A. AXELROD on behalf of Creditor JAMES RHODES
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com;tszostek@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

NATALIE M. COX on behalf of Plaintiff EUGENE I. DAVIS
ncox@klnevada.com, bankruptcy@klnevada.com;kdunn@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com,
bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

DOCS_LA:235356.8 73203/035        2

| | |
|---|---|
| 1 | REW R. GOODENOW on behalf of Creditor CITY OF HENDERSON |
| 2 | ecf@parsonsbehle.com |
| 3 | GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC |
| 4 | ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com |
| 5 | JAMES D. GREENE on behalf of Plaintiff EUGENE I. DAVIS |
| | jgreene@greeneinfusolaw.com, |
| 6 | fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com |
| 7 | |
| 8 | KIRBY C. GRUCHOW, JR. on behalf of Creditor NEVADA POWER COMPANY |
| | hkelley@leachjohnson.com |
| 9 | DAVID R HAGUE on behalf of Creditor JAMES RHODES |
| 10 | dhague@fabianlaw.com, dromero@fabianlaw.com |
| 11 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I |
| 12 | c.harris@kempjones.com, ade@kempjones.com |
| 13 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II |
| 14 | c.harris@kempjones.com, ade@kempjones.com |
| 15 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff RHODES RANCH LLC |
| 16 | c.harris@kempjones.com, ade@kempjones.com |
| 17 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff SAGEBRUSH ENTERPRISES, INC. |
| 18 | c.harris@kempjones.com, ade@kempjones.com |
| 19 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff JAMES M RHODES |
| 20 | c.harris@kempjones.com, ade@kempjones.com |
| 21 | CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs |
| | c.harris@kempjones.com, ade@kempjones.com |
| 22 | CAROL L. HARRIS on behalf of Defendant FARM HUALAPAI LLC |
| 23 | c.harris@kempjones.com, ade@kempjones.com |
| 24 | CAROL L. HARRIS on behalf of Defendant GYPSUM RESOURCES, LLC |
| 25 | c.harris@kempjones.com, ade@kempjones.com |
| 26 | CAROL L. HARRIS on behalf of Defendant HARMONY 2 LLC |
| | c.harris@kempjones.com, ade@kempjones.com |
| 27 | |
| 28 | CAROL L. HARRIS on behalf of Defendant HARMONY HOMES INC. |
| | c.harris@kempjones.com, ade@kempjones.com |
| | CAROL L. HARRIS on behalf of Defendant HAYDEN SPRINGS PARTNERS LLC |

DOCS_LA:235356.8 73203/035                         3

c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant NORTH 5TH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant RHODES RANCH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant TROPICAL SANDS LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant TRUCKEE SPRINGS HOLDINGS, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JAMES M RHODES
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C RHODES
c.harris@kempjones.com, ade@kempjones.com

WILLIAM H HEATON on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
will@nwhltd.com, Solana@nwhltd.com

WILLIAM H HEATON on behalf of Defendant JOHN C RHODES
will@nwhltd.com, Solana@nwhltd.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.

DOCS_LA:235356.8 73203/035      4

rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC.
rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC.
rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE A. SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
carey@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor BATCAVE, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor BRAVO, INC.
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor C & J HOLDINGS, INC.
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor CHALKLINE, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor ELKHORN INVESTMENTS, INC.
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor ELKHORN PARTNERS
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor GERONIMO PLUMBING, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor GLYNDA, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor GUNG-HO CONCRETE, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor HERITAGE LAND COMPANY, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor JACKKNIFE, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor JARUPA, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor OVERFLOW, LP
carey@lzlawnv.com,

susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor PARCEL 20, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor PINNACLE GRADING, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES ARIZONA PROPERTIES, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES DESIGN AND DEVELOPMENT CORPORATION
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES HOMES ARIZONA, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GENERAL PARTNERSHIP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GOLF AND COUNTRY CLUB
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES REALTY, INC.
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor SIX FEATHERS HOLDINGS, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor THE RHODES COMPANIES, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TICK, LP
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TRIBES HOLDINGS, LLC
carey@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

| | |
|---|---|
| 1 | ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS II, LLC |
| 2 | carey@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 3 | |
| 4 | ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS III, LLC carey@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 5 | |
| 6 | ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS IV, LLC carey@lzlawnv.com, |
| 7 | susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 8 | ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS, LLC carey@lzlawnv.com, |
| 9 | susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 10 | |
| 11 | ZACHARIAH LARSON on behalf of Debtor TUSCANY GOLF COUNTRY CLUB, LLC carey@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 12 | |
| 13 | ZACHARIAH LARSON on behalf of Debtor WALLBOARD, LP carey@lzlawnv.com, |
| 14 | susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 15 | ZACHARIAH LARSON on behalf of Interested Party REORGANIZED DEBTORS carey@lzlawnv.com, |
| 16 | susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 17 | NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS |
| 18 | nleatham@klnevada.com, |
| 19 | ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com |
| 20 | NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTOR nleatham@klnevada.com, |
| 21 | ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com |
| 22 | NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTORS |
| 23 | nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com |
| 24 | |
| 25 | NILE LEATHAM on behalf of Plaintiff EUGENE I. DAVIS nleatham@klnevada.com, |
| 26 | ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com |
| 27 | ANNE M. LORADITCH on behalf of Creditor JAMES RHODES aloraditch@bachlawfirm.com, |
| 28 | jbach@bachlawfirm.com,mmascarello@bachlawfirm.com,sandra.herbstreit@bachlawfirm.com,awatkins@bachlawfirm.com |

DOCS_LA:235356.8 73203/035                8

1  VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
2  virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

3  ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
4  emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

5  ERIC D. MADDEN on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
6  emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

7  EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
8  edward.m.mcdonald@usdoj.gov

9  JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
10 bkfilings@s-mlaw.com

11 SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
   smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com
12

13 W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
14 owen@nwhltd.com, jim@nwhltd.com

15
   JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES -
16 NEVADA, LLC
   sallade@lbbslaw.com
17

18 OMNI MANAGEMENT GROUP, LLC (bo)
   bosborne@omnimgt.com, sewing@omnimgt.com
19
   ERIC RANSAVAGE on behalf of Creditor LESLIE BLASCO
20 eransavage@ssllplaw.com, agutierrez@ssllplaw.com

21
   JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES
22 COMPANIES, LLC
   jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
23
   JACOB J ROBERTS on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES
24 COMPANIES LLC, ET AL.
   jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
25

26 NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
27 n.rulis@kempjones.com, p.montgomery@kempjones.com

28 NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II
   n.rulis@kempjones.com, p.montgomery@kempjones.com

DOCS_LA:235356.8 73203/035                    9

1   NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff RHODES RANCH LLC
2   n.rulis@kempjones.com, p.montgomery@kempjones.com

3   NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff SAGEBRUSH ENTERPRISES, INC.
    n.rulis@kempjones.com, p.montgomery@kempjones.com

4
    NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JAMES M RHODES
5   n.rulis@kempjones.com, p.montgomery@kempjones.com

6   NATHANAEL R. RULIS on behalf of Defendant FARM HUALAPAI LLC
7   n.rulis@kempjones.com, p.montgomery@kempjones.com

8   NATHANAEL R. RULIS on behalf of Defendant GYPSUM RESOURCES, LLC
    n.rulis@kempjones.com, p.montgomery@kempjones.com
9

10  NATHANAEL R. RULIS on behalf of Defendant HARMONY 2 LLC
    n.rulis@kempjones.com, p.montgomery@kempjones.com
11
    NATHANAEL R. RULIS on behalf of Defendant HARMONY HOMES INC.
12  n.rulis@kempjones.com, p.montgomery@kempjones.com

13  NATHANAEL R. RULIS on behalf of Defendant HAYDEN SPRINGS PARTNERS LLC
14  n.rulis@kempjones.com, p.montgomery@kempjones.com

15  NATHANAEL R. RULIS on behalf of Defendant JOHN C RHODES, TRUSTEE OF THE
    JAMES M. RHODES DYNASTY TRUST I
16  n.rulis@kempjones.com, p.montgomery@kempjones.com

17
    NATHANAEL R. RULIS on behalf of Defendant JOHN C. RHODES, TRUSTEE OF THE
18  JAMES M RHODES DYNASTY TRUST II
    n.rulis@kempjones.com, p.montgomery@kempjones.com
19
    NATHANAEL R. RULIS on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of
20  the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC
    and Truckee Springs Holdings, Inc.
21  n.rulis@kempjones.com, p.montgomery@kempjones.com

22
    NATHANAEL R. RULIS on behalf of Defendant NORTH 5TH LLC
23  n.rulis@kempjones.com, p.montgomery@kempjones.com

24  NATHANAEL R. RULIS on behalf of Defendant RHODES RANCH LLC
    n.rulis@kempjones.com, p.montgomery@kempjones.com
25

26  NATHANAEL R. RULIS on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.
    n.rulis@kempjones.com, p.montgomery@kempjones.com
27
    NATHANAEL R. RULIS on behalf of Defendant TROPICAL SANDS LLC
28  n.rulis@kempjones.com, p.montgomery@kempjones.com

    NATHANAEL R. RULIS on behalf of Defendant TRUCKEE SPRINGS HOLDINGS, INC.

DOCS_LA:235356.8 73203/035          10

n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JAMES M RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JOHN C RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

BRIAN D. SHAPIRO on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
bshapiro@brianshapirolaw.com,
ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com;carolyn@brianshapirolaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com, bankruptcy@klnevada.com;bbroussard@klnevada.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com, fmi@morrislawgroup.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE TAX LLP
rsr@morrislawgroup.com, fmi@morrislawgroup.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
stephens@sullivanhill.com,
roberts@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;manning@sullivanhill.com

ELIZABETH E. STEPHENS on behalf of Defendant WP South Builders Nevada, LLC
stephens@sullivanhill.com,
roberts@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;manning@sullivanhill.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, CAYMAN BRANCH

jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE HOLDINGS (USA), INC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE SECURITIES (USA), LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
, veralynn@tthomaslaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, A SWISS BANK
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, CAYMAN BRANCH
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE HOLDINGS (USA), INC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE SECURITIES (USA), LLC
ewalker@sidley.com, hnugget@sidley.com;twebber@sidley.com

1  DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
2  dwalton@bmpllp.com, gromero@bmpllp.com

3  DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
4  dwalton@bmpllp.com, gromero@bmpllp.com

5  DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
6  dwalton@bmpllp.com, gromero@bmpllp.com

7  DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
8  dwalton@bmpllp.com, gromero@bmpllp.com

9  DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
10  DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

11  GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
12  gfw@gfwilsonlaw.com

13  MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
14  mbw@slwlaw.com, ef@slwlaw.com

15  MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
16  myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

17  MICHAEL YODER on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
18  myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

19
20
21
22
23
24
25
26
27
28

DOCS_LA:235356.8 73203/035                13