James I. Stang, Esq. (CA Bar No. 94435)                    E-File:  February 4, 2014
Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: jstang@pszjlaw.com
        scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW LLC
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: zlarson@lzlawnv.com

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In Re: | CASE NO.  BK-S-09-14814-LBR (Jointly Administered) |
|---|---|
| THE RHODES COMPANIES, aka "Rhodes Homes, *et al*.," | Chapter 11 |
| Debtors | STIPULATION RE MOTION FOR ENFORCEMENT OF PLAN INJUNCTION |
|  | [Relates to Docket No. 1791] |
| Affects:<br>☒    All Debtors<br>☐    Affects the Following Debtor(s) | Hearing Date:  February 5, 2014<br>Hearing Time:  2:30 p.m. |

City of Henderson and Reorganized Debtors, by and through their undersigned counsel, hereby stipulate to the following in respect of the *Motion of Reorganized Debtors for Enforcement of Plan Injunction, Etc.* (the "Motion") [Doc. 1791]:

1.  Pursuant to the Court's order [Docket No. 1804], the Court requested that the parties file a joint status report by January 30, 2014 informing the Court whether a settlement was reached or if the parties plan to proceed to argue the matter on February 5, 2014. The parties filed the Joint Status Report on January 30, 2014 as Docket No. 1809.

1

14298.001/4811-4532-8919.1

2.   The parties are pleased to inform the Court that the Motion has been settled.

3.   The parties request that the hearing on the Motion currently set for February 5, 2014 at 2:30 p.m. be moved off calendar.

DATED:  February 4, 2014

PARSONS BEHLE & LATIMER

By: _/s/Rew R. Goodenow_____
       Rew R. Goodenow,  Bar No. 3722
       Attorney for City of Henderson

PACHULSKI STANG ZIEHL & JONES LLP

By:  /s/Shirley S. Cho_____
        Shirley S. Cho, CA Bar 192616

Attorneys for Reorganized Debtors

2