James I. Stang, Esq. (CA Bar No. 94435)  
Shirley S. Cho, Esq. (CA Bar No. 192616)  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Blvd., 13th Floor  
Los Angeles, California 90067-4100  
Telephone: 310/277-6910  
Facsimile:  310/201-0760  
Email: jstang@pszjlaw.com  
        scho@pszjlaw.com  

Zachariah Larson, Esq. (NV Bar No. 7787)  
LARSON & ZIRZOW LLC  
810 S. Casino Center Blvd. Ste 101  
Las Vegas, NV 89101  
Telephone:  702/382-1170  
Facsimile:   702/382-1169  
Email: zlarson@lzlawnv.com  

E-File:  April 3, 2014

Attorneys for Reorganized Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>            Debtors.<br>Affects:<br>☒    All Debtors<br>☐    Affects the following Debtor(s) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11 |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_LA:276682.1 73203/035

**<u>FOURTEENTH NOTICE PURSUANT TO ARTICLE VI.D OF THE THIRD AMENDED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE FOR THE RHODES COMPANIES, LLC, ET AL.</u>**

**TO THE HONORABLE LINDA B. RIEGLE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that as required by Article VI.D of the *Third Amended Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for The Rhodes Companies, LLC, et al.* (the "<u>Plan</u>"),[2] the Reorganized Debtors hereby file this list of Claims that have been adjusted on the Claims Register since the filing of the thirteenth notice pursuant to Article VI.D of the Plan on January 9, 2014 [Docket No. 1808]:

**PLEASE TAKE FURTHER NOTICE** that <u>Exhibit A</u> hereto identifies all Claims that remain open since January 9, 2014.

DATED this 3rd day of April, 2014.

                                                      **LARSON & ZIRZOW**

                                                     /s/ Zachariah Larson, Esq.
                                                    Zachariah Larson, Esq. (NV Bar No. 7787)
                                                    LARSON & ZIRZOW LLC
                                                    810 S. Casino Center Blvd. Ste 101
                                                    Las Vegas, NV 89101
                                                    Telephone: 702/382-1170
                                                    Facsimile: 702/382-1169
                                                    Email: zlarson@lzlawnv.com

                                                    Attorneys for Reorganized Debtors

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

# EXHIBIT A

**EXHIBIT A**
**Open Claims**

| Claimant | Debtor | Claim No. | Total Filed Claim |
|---|---|---|---|
| JAMES RHODES | The Rhodes Companies, LLC | 33 | 10,598,000.00 |
| | | | **10,598,000.00** |