UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>The Rhodes Companies, LLC, aka<br>"Rhodes Homes," et al.,<br><br>Debtor(s) | Case No. BK-S-09-14814-LBR<br>(Jointly Administered)<br>Chapter 11<br><br>For the quarter ending: March 31, 2014 [1] |

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan:           March 12, 2010

2. Cash balance at beginning of quarter:           $10,009,923.20
   Total receipts during quarter:              $21,362,451.02
   Total disbursements during quarter:            $12,569,225.39
   Cash balance at end of quarter:             $18,803,148.83

3. Payments made pursuant to the Plan this quarter:

   Total payments to be made pursuant to the Plan:      $1,666,147.75
   Cumulative paid to date:              $1,666,147.75
   Balance remaining to be made under the Plan:

   | As of the end of this reporting period | Yes | No |
   |---|---|---|

4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.]       X

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)                 X

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan?      X

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|   |   | Yes | No |
|---|---|---|---|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) |   | X |
| 8. | Has the order confirming the Plan become nonappealable? | X |   |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | N/A |   |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | X |   |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) |   | X |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | X |   |

13. Anticipated date of motion for final decree: Unknown

I declare under penalty of perjury that the statements set forth above are true and accurate.

_____4/7/14_____  
Dated:

_____[signature]_____  
Responsible Individual (signature)

Kevin Corbett  
Print Name

Current Address:  
6345 S. Jones Blvd, Ste 400  
Las Vegas, NV 89118

Telephone Number:  
(702) 873-5338

Explanations:

4. Checks previously issued to vendor on 04/14/10 and 10/05/10, however, due to non-response of vendor these checks were voided and issue to the State of Nevada Unclaimed Property Division on 03/27/14.

<u>a. Check originally cut on 4/14/10.</u>
| | | |
|---|---|---|
| EXECUTIVE PLASTERING, INC. | 680.60 | 4/14/2010 |

<u>b. Checks originally cut on 10/05/10.</u>
| | | |
|---|---|---|
| TOWER BUILDERS LLC | 540.00 | 10/5/2010 |
| US Foodservice | 116.68 | 10/5/2010 |
| National City Golf Finance | 7,805.12 | 10/5/2010 |
| WILLIS ROOF CONSULTING, INC. | 2,616.80 | 10/5/2010 |

7. Open motions, contested matters, and adversary proceedings:

   James Rhodes - Open Claim

## CERTIFICATE OF SERVICE

On the 8th day of April 2014, I served the following document(s):

QUARTERLY REPORT

1. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☐    **United States mail, postage fully prepaid**
        *(List persons and addresses.  Attach additional paper if necessary)*

2. On **April 8, 2014** I served the above-named document(s) by the following means to the persons as listed below:

   ☒    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): April 8, 2014

Sophia L. Lee                                    /s/Sophia L. Lee
(Name of Declarant)                         (Signature of Declarant)

DOCS_LA:235356.11 73203/035

**ECF SERVICE LIST**

09-14814-lbr Notice will be electronically mailed to:

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, sharkins@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;njasper@foxrothschild.com

BRETT A. AXELROD on behalf of Creditor JAMES RHODES
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;njasper@foxrothschild.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

JANET L. CHUBB on behalf of Creditor COMMERCE ASSOCIATES, LLC
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, mwalters@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com,
bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

NATALIE M. COX on behalf of Plaintiff EUGENE I. DAVIS
ncox@klnevada.com,
bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com,
bankruptcy@diaslawgroup.com;jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

DOCS_LA:235356.11 73203/035                    2

| | |
|---|---|
| 1 | CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC<br>cflynn@armstrongteasdale.com |
| 2 | |
| 3 | REW R. GOODENOW on behalf of Creditor CITY OF HENDERSON<br>ecf@parsonsbehle.com |
| 4 | GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC<br>ggoolsby@armstrongteasdale.com, bsalinas@armstrongteasdale.com |
| 5 | |
| 6 | JAMES D. GREENE on behalf of Plaintiff EUGENE I. DAVIS<br>jgreene@greeneinfusolaw.com, |
| 7 | fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;swalkenshaw@greeneinfusolaw.com;cwalton@greeneinfusolaw.com |
| 8 | |
| 9 | KIRBY C. GRUCHOW, JR. on behalf of Creditor NEVADA POWER COMPANY<br>hkelley@leachjohnson.com |
| 10 | |
| 11 | DAVID R HAGUE on behalf of Creditor JAMES RHODES<br>dhague@fabianlaw.com, dromero@fabianlaw.com |
| 12 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I |
| 13 | c.harris@kempjones.com, ade@kempjones.com |
| 14 | |
| 15 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II<br>c.harris@kempjones.com, ade@kempjones.com |
| 16 | |
| 17 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff RHODES RANCH LLC<br>c.harris@kempjones.com, ade@kempjones.com |
| 18 | |
| 19 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff SAGEBRUSH ENTERPRISES, INC.<br>c.harris@kempjones.com, ade@kempjones.com |
| 20 | CAROL L. HARRIS on behalf of 3rd Party Plaintiff JAMES M RHODES |
| 21 | c.harris@kempjones.com, ade@kempjones.com |
| 22 | CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs<br>c.harris@kempjones.com, ade@kempjones.com |
| 23 | |
| 24 | CAROL L. HARRIS on behalf of Defendant FARM HUALAPAI LLC<br>c.harris@kempjones.com, ade@kempjones.com |
| 25 | |
| 26 | CAROL L. HARRIS on behalf of Defendant GYPSUM RESOURCES, LLC<br>c.harris@kempjones.com, ade@kempjones.com |
| 27 | CAROL L. HARRIS on behalf of Defendant HARMONY 2 LLC |
| 28 | c.harris@kempjones.com, ade@kempjones.com |
| | CAROL L. HARRIS on behalf of Defendant HARMONY HOMES INC.<br>c.harris@kempjones.com, ade@kempjones.com |

| | |
|---|---|
| 1 | CAROL L. HARRIS on behalf of Defendant HAYDEN SPRINGS PARTNERS LLC |
| 2 | c.harris@kempjones.com, ade@kempjones.com |
| 3 | CAROL L. HARRIS on behalf of Defendant JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I |
| 4 | c.harris@kempjones.com, ade@kempjones.com |
| 5 | CAROL L. HARRIS on behalf of Defendant JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II |
| 6 | c.harris@kempjones.com, ade@kempjones.com |
| 7 | |
| 8 | CAROL L. HARRIS on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc. |
| 9 | c.harris@kempjones.com, ade@kempjones.com |
| 10 | |
| 11 | CAROL L. HARRIS on behalf of Defendant NORTH 5TH LLC<br>c.harris@kempjones.com, ade@kempjones.com |
| 12 | CAROL L. HARRIS on behalf of Defendant RHODES RANCH LLC |
| 13 | c.harris@kempjones.com, ade@kempjones.com |
| 14 | CAROL L. HARRIS on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.<br>c.harris@kempjones.com, ade@kempjones.com |
| 15 | |
| 16 | CAROL L. HARRIS on behalf of Defendant TROPICAL SANDS LLC<br>c.harris@kempjones.com, ade@kempjones.com |
| 17 | CAROL L. HARRIS on behalf of Defendant TRUCKEE SPRINGS HOLDINGS, INC. |
| 18 | c.harris@kempjones.com, ade@kempjones.com |
| 19 | CAROL L. HARRIS on behalf of Defendant JAMES M RHODES<br>c.harris@kempjones.com, ade@kempjones.com |
| 20 | |
| 21 | CAROL L. HARRIS on behalf of Defendant JOHN C RHODES<br>c.harris@kempjones.com, ade@kempjones.com |
| 22 | |
| 23 | WILLIAM H HEATON on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc. |
| 24 | will@nwhltd.com, Solana@nwhltd.com |
| 25 | WILLIAM H HEATON on behalf of Defendant JOHN C RHODES |
| 26 | will@nwhltd.com, Solana@nwhltd.com |
| 27 | RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG |
| 28 | rholley@nevadafirm.com,<br>sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com |

DOCS_LA:235356.11 73203/035                                4

| | |
|---|---|
| 1 | RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC. |
| 2 | rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com |
| 3 | |
| 4 | RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC |
| 5 | rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com |
| 6 | |
| 7 | |
| 8 | RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC. |
| 9 | rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com |
| 10 | |
| 11 | RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC |
| 12 | rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com |
| 13 | |
| 14 | RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC. |
| 15 | rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com |
| 16 | |
| 17 | RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC |
| 18 | rholley@nevadafirm.com, sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com |
| 19 | |
| 20 | RODNEY M. JEAN on behalf of Creditor Credit Suisse, Cayman Islands Branch |
| 21 | RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com |
| 22 | ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION |
| 23 | rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com |
| 24 | |
| 25 | |
| 26 | KEITH S. KNOCHEL on behalf of Creditor VALERIE A. SILVAS law@lawyersinarizona.com, bank@lawyersinarizona.com |
| 27 | BART K. LARSEN on behalf of Creditor Reef Colonial, LLC |
| 28 | blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com |

DOCS_LA:235356.11 73203/035                5

| | |
|---|---|
| 1 | ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 2 | |
| 3 | ZACHARIAH LARSON on behalf of Debtor BATCAVE, LP<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 4 | ZACHARIAH LARSON on behalf of Debtor BRAVO, INC.<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 5 | |
| 6 | ZACHARIAH LARSON on behalf of Debtor C & J HOLDINGS, INC.<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 7 | |
| 8 | ZACHARIAH LARSON on behalf of Debtor CHALKLINE, LP<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 9 | ZACHARIAH LARSON on behalf of Debtor ELKHORN INVESTMENTS, INC. |
| 10 | carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 11 | ZACHARIAH LARSON on behalf of Debtor ELKHORN PARTNERS<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 12 | |
| 13 | ZACHARIAH LARSON on behalf of Debtor GERONIMO PLUMBING, LLC<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 14 | ZACHARIAH LARSON on behalf of Debtor GLYNDA, LP |
| 15 | carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 16 | ZACHARIAH LARSON on behalf of Debtor GUNG-HO CONCRETE, LLC |
| 17 | carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 18 | ZACHARIAH LARSON on behalf of Debtor HERITAGE LAND COMPANY, LLC<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 19 | ZACHARIAH LARSON on behalf of Debtor JACKKNIFE, LP |
| 20 | carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 21 | ZACHARIAH LARSON on behalf of Debtor JARUPA, LLC |
| 22 | carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 23 | ZACHARIAH LARSON on behalf of Debtor OVERFLOW, LP<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 24 | |
| 25 | ZACHARIAH LARSON on behalf of Debtor PARCEL 20, LLC<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 26 | ZACHARIAH LARSON on behalf of Debtor PINNACLE GRADING, LLC |
| 27 | carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |
| 28 | ZACHARIAH LARSON on behalf of Debtor RHODES ARIZONA PROPERTIES, LLC<br>carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com |

DOCS_LA:235356.11 73203/035                                6

ZACHARIAH LARSON on behalf of Debtor RHODES DESIGN AND DEVELOPMENT CORPORATION
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES HOMES ARIZONA, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GENERAL PARTNERSHIP
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GOLF AND COUNTRY CLUB
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES REALTY, INC.
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor SIX FEATHERS HOLDINGS, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor THE RHODES COMPANIES, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TICK, LP
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TRIBES HOLDINGS, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS II, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS III, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS IV, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY GOLF COUNTRY CLUB, LLC
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor WALLBOARD, LP
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party REORGANIZED DEBTORS
carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED

LENDERS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTOR
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTORS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Plaintiff EUGENE I. DAVIS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com

VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE
virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov

ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

ERIC D. MADDEN on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
bkfilings@s-mlaw.com

SUSAN L. MYERS on behalf of Creditor Credit Suisse, Cayman Islands Branch
smyers@lacsn.org, emontes@lacsn.org;bklsclv@lionelsawyer.com

W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
owen@nwhltd.com, jim@nwhltd.com

JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
sallade@lbbslaw.com

OMNI MANAGEMENT GROUP, LLC (bo)
bosborne@omnimgt.com, sewing@omnimgt.com

DOCS_LA:235356.11 73203/035                                8

1  ERIC RANSAVAGE on behalf of Creditor LESLIE BLASCO
2  eransavage@ssllplaw.com, agutierrez@ssllplaw.com

3  JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
4  jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

5  JACOB J ROBERTS on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
6  jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

7
8  NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
9  n.rulis@kempjones.com, p.montgomery@kempjones.com

10 NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II
11 n.rulis@kempjones.com, p.montgomery@kempjones.com

12 NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff RHODES RANCH LLC
13 n.rulis@kempjones.com, p.montgomery@kempjones.com

14 NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff SAGEBRUSH ENTERPRISES, INC.
   n.rulis@kempjones.com, p.montgomery@kempjones.com

15
16 NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JAMES M RHODES
   n.rulis@kempjones.com, p.montgomery@kempjones.com

17 NATHANAEL R. RULIS on behalf of Defendant FARM HUALAPAI LLC
18 n.rulis@kempjones.com, p.montgomery@kempjones.com

19 NATHANAEL R. RULIS on behalf of Defendant GYPSUM RESOURCES, LLC
   n.rulis@kempjones.com, p.montgomery@kempjones.com
20

21 NATHANAEL R. RULIS on behalf of Defendant HARMONY 2 LLC
   n.rulis@kempjones.com, p.montgomery@kempjones.com

22
23 NATHANAEL R. RULIS on behalf of Defendant HARMONY HOMES INC.
   n.rulis@kempjones.com, p.montgomery@kempjones.com

24 NATHANAEL R. RULIS on behalf of Defendant HAYDEN SPRINGS PARTNERS LLC
25 n.rulis@kempjones.com, p.montgomery@kempjones.com

26 NATHANAEL R. RULIS on behalf of Defendant JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
27 n.rulis@kempjones.com, p.montgomery@kempjones.com

28 NATHANAEL R. RULIS on behalf of Defendant JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II
   n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant NORTH 5TH LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant RHODES RANCH LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant TROPICAL SANDS LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant TRUCKEE SPRINGS HOLDINGS, INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JAMES M RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JOHN C RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com, dgarrett@LRRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
brian@brianshapirolaw.com, connie@brianshapirolaw.com;ecf@brianshapirolaw.com

BRIAN D. SHAPIRO on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
brian@brianshapirolaw.com, connie@brianshapirolaw.com;ecf@brianshapirolaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com, fmi@morrislawgroup.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE TAX LLP
rsr@morrislawgroup.com, fmi@morrislawgroup.com

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.

mark.somerstein@ropesgray.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
stephens@sullivanhill.com,
roberts@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;stephens@ecf.inforuptcy.com

ELIZABETH E. STEPHENS on behalf of Defendant WP South Builders Nevada, LLC
stephens@sullivanhill.com,
roberts@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;stephens@ecf.inforuptcy.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, CAYMAN BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE HOLDINGS (USA), INC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE SECURITIES (USA), LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com;bridget@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
TTHOMAS@TTHOMASLAW.COM, veralynn@tthomaslaw.com;challee@tthomaslaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
ewalker@sidley.com, vhobdy@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, A SWISS BANK
ewalker@sidley.com, vhobdy@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, CAYMAN BRANCH

ewalker@sidley.com, vhobdy@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
ewalker@sidley.com, vhobdy@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
ewalker@sidley.com, vhobdy@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE HOLDINGS (USA), INC
ewalker@sidley.com, vhobdy@sidley.com;twebber@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE SECURITIES (USA), LLC
ewalker@sidley.com, vhobdy@sidley.com;twebber@sidley.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
dwalton@bmpllp.com, gromero@bmpllp.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
gfw@gfwilsonlaw.com

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com