

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**June 11, 2014**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 09-14814-LBR |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al., | Chapter 11 |
| Debtors. | |

## ORDER THAT REORGANIZED DEBTORS SUBMIT PROPOSED ORDER ON MOTION FOR ENFORCEMENT OF PLAN INJUNCTION

On November 14, 2013 the Reorganized Debtors filed a "Motion of Reorganized Debtors for Enforcement of Plan Injunction Under the First Lien Steering Committee's Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies LLC, et al. Against City of Henderson" ("Motion to Enforce Plan Injunction"). (Dkt. #1791.) The parties then settled the motion. On February 4, 2014, the Reorganized Debtors filed a "Stipulation re: Motion for Enforcement of Plan Injunction." (Dkt. #1810.) The Reorganized Debtors stated in the stipulation that the Motion to Enforce Plan Injunction had been settled, and requested that the hearing then set for February 5, 2014 be vacated. On February 4, 2014 this court entered an order vacating the February 5, 2014 hearing. (Dkt. #1811.) The Reorganized Debtors have not submitted an order which disposes of the Motion to Enforce Plan Injunction.

Accordingly, the court hereby orders the Reorganized Debtors to submit a proposed order within 20 days that disposes of the Motion to Enforce Plan Injunction (Dkt. # 1791)

**IT IS SO ORDERED.**

Notice by CM/ECF To:

ZACHARIAH LARSON carey@lzlawnv.com, susan@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

SHIRLEY S. CHO scho@pszjlaw.com

REW R. GOODENOW ecf@parsonsbehle.com

# # #