JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY FILED
June 11, 2014

Former Counsel for Commerce Associates, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>   THE RHODES COMPANIES, LLC,<br><br>      Debtor | Bankr. Case No.:  BK-S-09-14814-lbr<br><br>Chapter:   11<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FOR SERVICE LIST**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Janet L. Chubb previously appeared in this case as counsel for Commerce Associates, LLC, when she was affiliated with Armstrong Teasdale LLP. She is no longer affiliated with the firm as of May 10, 2014, and requests an order removing her from the service list in this case. Gordon R. Goolsby of Armstrong Teasdale LLP has appeared in the case for the client and receives electronic service of papers.

Dated this 11th Day of June, 2014        KAEMPFER CROWELL

By: /s/Janet L. Chubb

Janet L. Chubb, Esq.

###