JANET L. CHUBB, ESQ.  
Nevada State Bar No. 176  
KAEMPFER CROWELL  
50 W. Liberty St., Ste. 900  
Reno, NV 89501  
Telephone: 775.852.3900  
Facsimile: 775.327.2011  
Email: lbubala@kcnvlaw.com  
jchubb@kcnvlaw.com  

ELECTRONICALLY SUBMITTED ON  
June 11, 2014  

Former Counsel for Commerce Associates, LLC  

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>THE RHODES COMPANIES, LLC,<br><br>Debtor | Bankr. Case No.:  BK-S-09-14814-lbr<br><br>Chapter:  11<br><br>**ORDER GRANTING EX PARTE MOTION TO REMOVE COUNSEL FOR SERVICE LIST**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |
|---|---|

On June 11, 2014, Janet L. Chubb filed an ex parte motion to terminate electronic service on her in this case on behalf of Commerce Associates, LLC, as she is no longer affiliated with Armstrong Teasdale LLP, the client's counsel. The Court reviewed the motion and GRANTS it. The clerk shall remove Ms. Chubb from the electronic service list.

IT IS SO ORDERED.

###

Submitted by:  /s/Janet L. Chubb

1