_____
Mary A. Schott
Clerk of Court

**Entered on Docket**
**June 11, 2014**

JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email:  lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY SUBMITTED ON
June 11, 2014

Former Counsel for Commerce Associates, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC,<br><br>Debtor | Bankr. Case No.:  BK-S-09-14814-lbr<br><br>Chapter:    11<br><br>**ORDER GRANTING EX PARTE MOTION TO REMOVE COUNSEL FOR SERVICE LIST**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

On June 11, 2014, Janet L. Chubb filed an ex parte motion to terminate electronic service on her in this case on behalf of Commerce Associates, LLC, as she is no longer affiliated with Armstrong Teasdale LLP, the client's counsel.  The Court reviewed the motion and GRANTS it. The clerk shall remove Ms. Chubb from the electronic service list.

IT IS SO ORDERED.

###

Submitted by:  /s/Janet L. Chubb

1