

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**June 18, 2014**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br>　　　　　　　　Debtors.<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s): | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>Chapter 11<br><br>Hearing Date: February 5, 2014<br>Hearing Time: 2:30 p.m.<br>Courtroom 1 |

### ORDER DISPOSING MOTION FOR ENFORCEMENT OF
### PLAN INJUNCTION

The Reorganized Debtors filed the *Motion of Reorganized Debtors for Enforcement of Plan Injunction under the First Lien Steering Committee's Third Amended Modified Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code for the Rhodes Companies LLC, et al. Against City of Henderson* ("Motion") [Docket No. 1791], which Motion was settled by the

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

1

14298.001/4814-9830-5815.1

parties as set forth in that *Status Report Re Motion for Enforcement of Plan Injunction* ("Status Report") [Docket No. 1809] and which hearing on the Motion was vacated pursuant to that *Order Vacating Hearing Re Motion for Enforcement of Plan Injunction* [Docket No. 1811] entered on February 4, 2014.  On June 11, 2014, the Court entered an *Order that Reorganized Debtors Submit Proposed Order on Motion for Enforcement of Plan Injunction* [Docket No. 1815].  Therefore, the Reorganized Debtors respectfully request that the Court enter this Order properly disposing the Motion, and good cause appearing,

**IT IS HEREBY ORDERED**

1. The Motion is hereby moved off calendar or deemed withdrawn based on the consensual settlement of the Motion.

**IT IS SO ORDERED.**

2

73203.035/DOCS_LA_273653.1