ARMSTRONG TEASDALE LLP
GORDON GOOLSBY, ESQ.
Nevada Bar No. 11578
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
Email: ggoolsby@armstrongteasdale.com

*Counsel for Commerce Associates, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC,<br><br>Debtor. | Case No.: 09-14814-lbr<br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO:    THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA, THE DEBTOR, ITS ATTORNEY AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Commerce Associates, LLC ("Commerce"), hereby enters its appearance on the record and requests that all notices of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure 2002 and in any adversary proceedings, be served on its attorneys as follows:

ARMSTRONG TEASDALE LLP
Gordon Goolsby, Esq.
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
Email: ggoolsby@armstrongteasdale.com

/ / /

/ / /

/ / /

1

In addition, Commerce requests that his attorneys be added to the Master Mailing List in this case.

Neither this Request for Notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall constitute a waiver of Commerce's:

1.      Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

2.      Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceeding," pursuant to 28 U.S.C., § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

3.      Right to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and,

4.      Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED: June 20, 2014                    ARMSTRONG TEASDALE LLP


By: */s/ Gordon Goolsby*
GORDON GOOLSBY, ESQ.
Nevada Bar No. 11578
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
*Counsel for Commerce Associates, LLC*

2

**NOTICE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that on the 20th day of June, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*/s/ Reina S. Fortin*
Reina S. Fortin, an employee of
Armstrong Teasdale LLP