# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–gwz**
**Chapter 11**

In re:
    THE RHODES COMPANIES, LLC

                             Debtor(s)

---

### ORDER REASSIGNING CASE TO BANKRUPTCY JUDGE

Pursuant to Local Rule 1015(d), and further pursuant to the delegation powers and duties given to the Clerk in Local Rule 5075(a)(1)(A), the following case(s)

| Case Name(s) | Case Number(s) | Date Filed |
|---|---|---|
| THE RHODES COMPANIES, LLC | 09–14814 | 03/31/2009 |

is/are hereby reassigned to GREGG W ZIVE, Bankruptcy Judge for the District of Nevada.

IT IS SO ORDERED.

Dated: 1/6/15

                                                    BY THE COURT

                                                    Mary A. Schott
                                                    Clerk of the Bankruptcy Court