```
                           United States Bankruptcy Court
                                 District of Nevada

In re:                                                           Case No. 09-14814-gwz
THE RHODES COMPANIES, LLC                                        Chapter 11
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0978-2       User: fosterva              Page 1 of 3         Date Rcvd: Jan 06, 2015
                           Form ID: onewjud            Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2015.
aty            +ABID QURESHI,   AKIN GUMP STRAUSS HAUER & FELD LLP,    ONE BRYANT PARK,
                 NEW YORK, NY 10036-6728
aty            +DEAN S. BENNETT,   400 S. 4TH STREET, 3RD FLR,   LAS VEGAS, NV 89101-6206
aty            +DON S DEAMICIS,   1 INTERNATIONAL PL,   BOSTON, MA 02110-2602
aty            +ELIZABETH W WALKER,   SIDLEY AUSTIN LLP,   555 WEST FIFTH STREET, STE 4000,
                 LOS ANGELES, CA 90013-3000
aty            +JAMES I STANG,   10100 SANTA MONICA BLVD #1100,   LOS ANGELES, CA 90067-4111
aty            #JANIECE S MARSHALL,   ANDERSON MCPHARLIN & CONNERS, LLP,    777 N. RAINBOW BLVD, STE 145,
                 LAS VEGAS, NV 89107-1192
aty            +MEREDITH A. LAHAIE,   ONE BRYANT PARK,   NEW YORK, NY 10036-6728
aty            +PHILIP C. DUBLIN,   AKIN GUMP STRAUSS HAUER & FELD,    ONE BRYANT PARK,
                 NEW YORK, NY 10036-6728
aty            +ROBERT C. MADDOX,   3811 W CHARLESTON BLVD, #110,   LAS VEGAS, NV 89102-1860
aty            +TROY L ISAACSON,   3811 W CHARLESTON BLVD #110,   LAS VEGAS, NV 89102-1860
consult        +ACCELERON GROUP,   2791 SOFT HORIZON WAY,   LAS VEGAS, NV 89135-1789
intp           +ALVAREZ & MARSAL NORTH AMERICA, LLC,   BY & THRU ITS REGISTERED AGENT:,
                 CSC SERVICES OF NEVADA, INC.,   2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp           +AMERICAN EXPRESS COMPANY,   CORPORATION TRUST COMPANY OF NEVADA,
                 BY AND THROUGH ITS REGISTERED AGENT,   311 S. DIVISION STREET,   CARSON CITY, NV 89703-4202
intp           +BANCROFT SUSA & GALLOWAY P.C.,   ATTN: PAUL D. BANCROFT,   3955 E. FT. LOWELL DRIVE, #115,
                 TUCSON, AZ 85712-1049
intp           +BANK OF OKLAHOMA,   ATTN: ANY OFFICER OR DIRECTOR,   5727 S. LEWIS AVENUE,
                 TULSA, OK 74105-7149
cr             +BLEEKER'S BOXES,   5400 E EMPIRE AVE,   FLAGSTAFF, AZ 86004-2922
intp           +BNY MELLON F/K/A THE BANK OF NEW YORK,   ATTN: ANY OFFICER OR DIRECTOR,   ONE WALL STREET,
                 NEW YORK, NY 10286-0001
cr             +CATERPILLAR FINANCIAL SERVICES CORPORATION,   c/o Snell & Wilmer L.L.P.,
                 3883 Howard Hughes Parkway, Suite 1100,   Las Vegas, NV 89169-0965
cr             +CHARLES BAGLEY,   C/O TROY ISAACSON,   3811 WEST CHARLESTON BLVD., SUITE 110,
                 LAS VEGAS, NV 89102-1860
intp           +CHICAGO TITLE AGENCY OF NEVADA, INC.,   BY & THRU ITS REGISTERED AGENT:,
                 CORP. TRUST COMPANY OF NEVADA,   311 SOUTH DIVISION STREET,   CARSON CITY, NV 89703-4202
cr             +COMMERCE ASSOCIATES, LLC,   c/o Janet L. Chubb,   Jones Vargas,   100 West Liberty St 12th Flr,
                 P.O.Box 281,   Reno, NV 89504-0281
intp           +COMMERCE TITLE COMPANY,   BY AND THROUGH ITS REGISTERED AGENT,
                 NATIONAL REGISTERED AGENTS, INC.,   2875 MICHELLE DR., STE. 100,   IRVINE, CA 92606-1024
cr             +CREDIT SUISSE, CAYMAN ISLANDS BRANCH,   c/o SYLVESTER & POLEDNAK, LTD.,
                 7371 PRAIRIE FALCON RD.,   SUITE 120,   LAS VEGAS, NV 89128-0834
cr             +CT CORPORATION,   311 S. DIVISION STREET,   CARSON CITY, NV 89703-4202
cr             +DANA KEPNER COMPANIES, LLC,   MARQUIS & AURBACH,   ATTN: DAVID A. COLVIN, ESQ.,
                 10001 PARK RUN DRIVE,   LAS VEGAS, NV 89145-8857
intp           +DAVID J CABRAL,   REGISTERED AGENT FOR:,   AMERICAN COMMONWEALTH MORTGAGE COMPANY,
                 536 E. ST. LOUIS AVE.,   LAS VEGAS, NV 89104-2559
intp           +DEBRA CARRIGAN,   7757 RADCLIFF STREET,   LAS VEGAS, NV 89123-0904
cr             +DORIS LOFTON,   C/O TROY ISAACSON,   3811 WEST CHARLESTON BLVD., SUITE 110,
                 LAS VEGAS, NV 89102-1860
cr             +EBBIN MOSER + SKAGGS LLP,   C/O DAVID E MOSER,   550 MONTGOMERY ST., STE 900,
                 SAN FRANCISCO, CA 94111-2539
intp           +F/KA MERRILL LYNCH B OF A ML ASSET HOLDING,   BY AND THROUGH ITS REGISTERED AGENT,
                 CORPORATION TRUST COMPANY OF NEVADA,   311 SOUTH DIVISION STREET,   CARSON CITY, NV 89703-4202
intp           +FIDELITY NATIONAL FINANCIAL, INC.,   CT CORPORATION SYSTEM,
                 BY AND THROUGH ITS REGISTERED AGENT,   818 W. SEVENTH ST.,   LOS ANGELES, CA 90017-3425
intp           +FIRST AMERICAN TITLE COMPANY,   BY AND THROUGH ITS REGISTERED AGENT:,
                 CORPORATION SERVICE COMPANY,   2730 GATEWAY OAKS DRIVE, STE. 100,   SACRAMENTO, CA 95833-3503
intp            GIBSON DUNN & CRUTCHER LLP,   ATTN: ANY OFFICER, PARTNER OR DIRECTOR,   333 SOUTH GRAND AVENUE,
                 LOS ANGELES, CA  90071-3197
cr             +HARRY LEAKE,   2549 SHOWCASE DR,   LAS VEGAS, NV 89134-8887
cr             +JAMES RHODES,   c/o BRETT A. AXELROD, ESQ.,   GREENEBERG TRAURIG, LLP,
                 3773 HOWARD HUGHES PKWY.,   SUITE 400 NORTH,   LAS VEGAS, NV 89169-5956
cr             #+JANINA GUTHRIE,   1225 MONTEREY ST.,   REDLANDS, CA 92373-6618
intp            JOHN C RHODES,   Las Vegas, NV  89134
cr              JOHN HANCOCK FREEEDOM 529,   PO BOX 17603,   BALTIMORE, MD 21297-1603
cr             +LESLIE BLASCO,   SHINNICK RYAN & RANSAVAGE P.C.,   2881 BUSINESS PARK CT, STE 210,
                 LAS VEGAS, NV 89128-9020
cr             +MASTEC NORTH AMERICA INC,   C/O MICHELE LAINE, ESQ,   800 SOUTH DOUGLAS RD., 12TH FLR,
                 CORAL GABLES, FL 33134-3125
intp           +MUTUAL OF OMAHA BANK,   C/O MICHAEL B.WIXOM,   1935 VILLAGE CENTER CR,
                 LAS VEGAS, NV 89134-6237
intp           +MUTUAL OF OMAHA BANK,   BY & THRU ITS REGISTERED AGENT:,   CSC SERVICES OF NEVADA, INC.,
                 2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
intp           +NEVADA STATE BANK,   BY & THRU ITS REGISTERED AGENT:,   CSC SERVICES OF NEVADA, INC.,
                 2215-B RENAISSANCE DRIVE,   LAS VEGAS, NV 89119-6727
cr             +PALECEK,   PO BOX 225,   RICHMOND, CA 94808
```

```
District/off: 0978-2          User: fosterva              Page 2 of 3            Date Rcvd: Jan 06, 2015
                              Form ID: onewjud            Total Noticed: 67

cr              +PRINCETON ADVISORY GROUP,    PO BOX 89,    4428 ROUTE 27, BLDG C, UNIT 1,
                  KINGSTON, NJ 08528-0089
cr              +RICKEY LOFTON,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
                  LAS VEGAS, NV 89102-1860
cr              +Reef Colonial, LLC,    Deaner, Deaner, Scann, Malan & Larsen,    Paul R. Connaghan, Esq,
                  720 S. Fourth St, Suite 300,    Las Vegas, NV 89101-6743
cr              +SAGEBRUSH ENTERPRISES, INC.,    c/o BRETT AXELROD, ESQ.,    GREENBERG TAURIG, LLP,
                  3773 HOWARD HUGHES PARKWAY,    SUITE 400 NORTH,    LAS VEGAS, NV 89169-5956
intp            +SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON,    400 SOUTH FOURTH STREET, 3RD FLR,
                  LAS VEGAS, NV 89101-6206
intp            +SARA M. HUCHINSON,    REGISTERED AGENT FOR:,    ALLIANCE MORTGAGE, LLC,
                  11920 SOUTHERN HIGHLANDS PKWY, #101,    LAS VEGAS, NV 89141-3273
intp            +SECURITY TITLE OF NEVADA, LLC,    BY AND THROUGH ITS REGISTERED AGENT,
                  CORPORATION TRUST COMPANY OF NEVADA,    311 S. DIVISION STREET,    CARSON CITY, NV 89703-4202
cr              +SHANE SMITH,    7381 W. Charleston,    Suite 110,    Las Vegas, NV 89117-1571
intp            +SMS FINANCIAL LLC,    RESIDENT AGENTS OF NEVADA, INC.,    BY AND THROUGH ITS REGISTERED AGENT,
                  711 S. CARSON ST., STE. 4,    CARSON CITY, NV 89701-5292
intp            +STATE OF NEVADA OFFICE OF THE STATE TREASURER,    555 E. WASHINGTON AVE SUITE 4200,
                  LAS VEGAS, NV 89101-1070
intp            +STEVEN YOULES,    2305 WINDJAMMER WAY,    LAS VEGAS, NV 89107-2337
intp            +STEWART TITLE COMPANY,    CORPORATION TRUST COMPANY OF NEVADA,
                  BY AND THROUGH ITS REGISTERED AGENT,    311 S. DIVISION STREET,    CARSON CITY, NV 89703-4202
cr              +THE LANDSCAPE CONNECTION TLC INC,    5400 E EMPIRE AVE,    FLAGSTAFF, AZ 86004-2922
cr              +THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIA,    C/O FEINBERG GRANT MAYFIELD KANEDA & LIT,
                  1955 VILLAGE CENTER CIRCLE,    LAS VEGAS, NV 89134-6237
intp            +TOWN & COUNTRY BANK,    BY & THRU ITS REGISTERED AGENT:,    PHILIP M. BURNS,
                  8620 W. TROPICANA AVENUE,    LAS VEGAS, NV 89147-8172
intp            +TRANSNATION TITLE AGENCY,    ATTN: ANY OFFICER OR DIRECTOR,    1500 EAST WOOLFORD ROAD,
                  SHOW LOW, AZ 85901-7105
intp            +UBS FINANCIAL SERVICES,    BY & THRU ITS REGISTERED AGENT:,    CSC SERVICES OF NEVADA, INC.,
                  2215-b RENAISSANCE DRIVE,    LAS VEGAS, NV 89119-6727
intp            +WELLS FARGO BANK, N.A.,    CSC SERVICES OF NEVADA, INC.,    BY AND THROUGH ITS REGISTERED AGENT,
                  2215-B RENAISSANCE DRIVE,    LAS VEGAS, NV 89119-6727
cr              +WENDY BAGLEY,    C/O TROY ISAACSON,    3811 WEST CHARLESTON BLVD., SUITE 110,
                  LAS VEGAS, NV 89102-1860
cr              +Westar Kitchen & Bath, LLC,    c/o Williams & Wiese,    612 South Tenth Street,
                  Las Vegas, NV 89101-7001
cr              +X-It at 215, LLC,    C/O Damon K. Dias,    601 S. Sixth Street,    Las Vegas, NV 89101-6919
intp             YUMA TITLE,    ATTN: CARRIE SAFRANEK, MANAGER,    11611 S. FOOTHILLS BLVD., #A,
                  YUMA, AZ  85367-5845

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              +E-mail/Text: bruce.jorgensen@dunhillhomes.com Jan 07 2015 02:01:02
                  THE RHODES COMPANIES, LLC,    C/O DUNHILL HOMES,    ATTN:  GENERAL COUNSEL,
                  6345 S JONES, SUITE 400,    LAS VEGAS, NV 89118-3334
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               CITY OF HENDERSON
cr               CLARK COUNTY
cr               CREDIT SUISSE (USA) INC
cr               CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH
cr               CREDIT SUISSE AG, NEW YORK BRANCH
cr               CREDIT SUISSE AG, NEY YORK BRANCH
cr               CREDIT SUISSE HOLDINGS (USA) INC
cr               CREDIT SUISSE SECURITIES (USA) LLC
cr               CREDITORS COMMITTEE
intp             DELOITTE & TOUCHE LLP
intp             DELOITTE TAX, LLP
intp             EUGENE DAVIS
cr               GREYSTONE NEVADA, LLC
cr               HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
cr               In re Kitec Fitting Litigation Class Plaintiffs
cr               Inc. Integrity Masonry
intp             REORGANIZED DEBTORS
wit              SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
cr               STANLEY CONSULTANTS, INC.
cr               STEERING COMMITTEE OF SENIOR SECURED LENDERS
op               THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
cr               UNITED STATES OF AMERICA - INTERNAL REVENUE SERVIC
cr               US-Yellow
cr               VIRGINIA SPRINGALL-SMITH,    7381 W. CHARLESTON BLVD.,    SUITE 110,    LAS VEGAS
cr               WELLS FARGO BANK, N.A.
cr               WIRSBO CLAIMANTS
```

```
District/off: 0978-2           User: fosterva              Page 3 of 3              Date Rcvd: Jan 06, 2015
                               Form ID: onewjud            Total Noticed: 67

aty          ##+JAMES B MACROBBIE,   SYLVESTER & POLEDNAK, LTD,   7371 PRAIRIE FALCON, STE 120,
               LAS VEGAS, NV 89128-0834
intp         ##+CONSOLIDATED MORTGAGE COMPANY, LLC,   BY AND THROUGH ITS REGISTERED AGENT,
               SHEA & CARLYON LTD.,   701 E. BRIDGER AVE., STE. 850,   LAS VEGAS, NV 89101-8959
cr           ##+GRETCHEN M. ROBITAILLE,   8037 SILVER STREAK ST,   LAS VEGAS, NV 89131-4811
cr           ##+Las Vegas Supply, Inc.,   3250 W. Harmon Avenue,   Las Vegas, NV 89103-4114
cr           ##+NEVADA POWER COMPANY,   LEACH JOHNSON SONG & GURCHOW,   5495 S. RAINBOW BLVD, STE 202,
               ATTN: KIRBY C. GRUCHOW JR., ESQ.,   LAS VEGAS, NV 89118-1873
intp         ##+OMNI MANAGEMENT GROUP,   16501 VENTURA BLVD., #440,   ENCINO, CA 91436-2068
cr           ##+SHARELLE SNOW HENLE,   12667 N GENTLE RAIN DRIVE,   MARANA, AZ 85658-4394
intp         ##+STEWART OCCHIPINTI, LLP,   ATTN: ANY PRINCIPAL,   65 WEST 36TH STREET, 7TH FLOOR,
               NEW YORK, NY 10018-8018
                                                                             TOTALS: 26, * 0, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2015 at the address(es) listed below:
NONE.                                                                                    TOTAL: 0

# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  09–14814–gwz**
**Chapter 11**

In re:
    THE RHODES COMPANIES, LLC

                      Debtor(s)

ORDER REASSIGNING CASE TO BANKRUPTCY JUDGE

Pursuant to Local Rule 1015(d), and further pursuant to the delegation powers and duties given to the Clerk in Local Rule 5075(a)(1)(A), the following case(s)

| Case Name(s) | Case Number(s) | Date Filed |
|---|---|---|
| THE RHODES COMPANIES, LLC | 09–14814 | 03/31/2009 |

is/are hereby reassigned to GREGG W ZIVE, Bankruptcy Judge for the District of Nevada.

IT IS SO ORDERED.

Dated: 1/6/15

BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court