1  LARSON & ZIRZOW, LLC
   ZACHARIAH LARSON, ESQ.
2  Nevada Bar No. 7787
   E-mail: zlarson@lzlawnv.com
3  MATTHEW C. ZIRZOW, ESQ.
   Nevada Bar No. 7222
4  E-mail: mzirzow@lzlawnv.com
   810 S. Casino Center Blvd. #101
5  Las Vegas, Nevada 89101
   Tel: (702) 382-1170
6  Fax: (702) 382-1169
7
8  Attorneys for Debtors

9              UNITED STATES BANKRUPTCY COURT
                  DISTRICT OF NEVADA
10

11  In re:                              Case No.: BK-S-09-14814-LBR
                                        (Jointly Administered)
12  THE RHODES COMPANIES, LLC, aka
    "Rhodes Homes, et al.,[1]           Chapter 11
13        Debtors.

14  ─────────────────────────
    Affects:                            CHANGE OF ADDRESS OF:
15  ☒    All Debtors                    ☒ DEBTOR
    ☐    Affects the following Debtor(s) ☐ CREDITOR
16                                      ☐ OTHER
17

18

19

20  ─────────────────────
    [1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-
21      14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817);
        Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho
22      Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited
        Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc.
        (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J
23      Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design
        and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany
24      Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany
        Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch
25      Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No.
        09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-
26      14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC
        (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC
27      (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).
28

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

**Please check one of the following:**

☐  The change of address is applicable only in the above captioned case.

☒  The change of address is **also applicable** in the following related **adversary and bankruptcy cases**: (*please list the case numbers*):

1.  The Rhodes Companies, LLC (Case No. 09-14814);
2.  Heritage Land Company, LLC (Case No. 09-14778);
3.  Tribes Holdings, LLC (Case No. 09-14817);
4.  Apache Framing, LLC (Case No. 09-14818);
5.  Geronimo Plumbing LLC (Case No. 09-14820);
6.  Gung-Ho Concrete LLC (Case No. 09-14822);
7.  Bravo, Inc. (Case No. 09-14825);
8.  Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828);
9.  Six Feathers Holdings, LLC (Case No. 09-14833);
10. Elkhorn Investments, Inc. (Case No. 09-14837);
11. Jarupa, LLC (Case No. 09-14839);
12. Rhodes Realty, Inc. (Case No. 09-14841);
13. C & J Holdings, Inc. (Case No. 09-14843);
14. Rhodes Ranch General Partnership (Case No. 09-14844);
15. Rhodes Design and Development Corporation (Case No. 09-14846);
16. Parcel 20, LLC (Case No. 09-14848);
17. Tuscany Acquisitions IV, LLC (Case No. 09-14849);
18. Tuscany Acquisitions III, LLC (Case No. 09-14850);
19. Tuscany Acquisitions II, LLC (Case No. 09-14852);
20. Tuscany Acquisitions, LLC (Case No. 09-14853);
21. Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854);
22. Overflow, LP (Case No. 09-14856);
23. Wallboard, LP (Case No. 09-14858);
24. Jackknife, LP (Case No. 09-14860);
25. Batcave, LP (Case No. 09-14861);
26. Chalkline, LP (Case No. 09-14862);
27. Glynda, LP (Case No. 09-14865);
28. Tick, LP (Case No. 09-14866);
29. Rhodes Arizona Properties, LLC (Case No. 09-14868);
30. Rhodes Homes Arizona, L.L.C. (Case No. 09-14882);
31. Tuscany Golf Country Club, LLC (Case No. 09-14884); and
32. Pinnacle Grading, LLC (Case No. 09-14887).

I request that future notices be sent to the Debtors' addressed to:

C/o Dunhill Homes
Attn: Julie Owen
4835 LBJ Freeway, Suite 700
Dallas, TX 75244

. . .

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

Dated: July 15, 2015.

LARSON & ZIRZOW, LLC


By: /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq.
NEVADA BAR NO. 7787
Matthew C. Zirzow, Esq.
NEVADA BAR NO. 7222
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101

## CERTIFICATE OF SERVICE

1.  On this 15th day of June, 2015, I served the following document(s) (specify):

CHANGE OF ADDRESS OF DEBTOR

2.  I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

    ■    **a**.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

KEVIN N. ANDERSON on behalf of Creditor JAMES RHODES
kanderson@fabianlaw.com, kwall@fabianlaw.com

BRETT A. AXELROD on behalf of Creditor SAGEBRUSH ENTERPRISES, INC.
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;mwilson@foxrothschild.com;jmagee@foxrothschild.com

BRETT A. AXELROD on behalf of Creditor JAMES RHODES
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;mwilson@foxrothschild.com;jmagee@foxrothschild.com

LORI BROWN on behalf of Creditor Las Vegas Supply, Inc.
minute@legalcounselors.com

PHILIP R. BYRNES on behalf of Creditor CITY OF LAS VEGAS
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCO
MELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

SHIRLEY S. CHO on behalf of Debtor THE RHODES COMPANIES, LLC
scho@pszjlaw.com

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DAVID A. COLVIN on behalf of Creditor DANA KEPNER COMPANIES, LLC
dcolvin@maclaw.com, ccasale@maclaw.com

NATALIE M. COX on behalf of Interested Party REORGANIZED DEBTORS
ncox@klnevada.com,
bankruptcy@klnevada.com;ncox@ecf.inforuptcy.com;kcole@klnevada.com

NATALIE M. COX on behalf of Interested Party EUGENE DAVIS
ncox@klnevada.com,
bankruptcy@klnevada.com;ncox@ecf.inforuptcy.com;kcole@klnevada.com

NATALIE M. COX on behalf of Plaintiff EUGENE I. DAVIS
ncox@klnevada.com,
bankruptcy@klnevada.com;ncox@ecf.inforuptcy.com;kcole@klnevada.com

THOMAS E. CROWE on behalf of Creditor SHANE SMITH
tcrowe@thomascrowelaw.com

THOMAS E. CROWE on behalf of Creditor VIRGINIA SPRINGALL-SMITH
tcrowe@thomascrowelaw.com

DAMON K. DIAS on behalf of Creditor X-It at 215, LLC
ddias@diaslawgroup.com, jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

TRACY A. DIFILLIPPO on behalf of Creditor COMMERCE ASSOCIATES, LLC
tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com

CONOR P. FLYNN on behalf of Creditor COMMERCE ASSOCIATES, LLC
cflynn@armstrongteasdale.com

PHILIP S. GERSON on behalf of Creditor CLARK COUNTY
Philip@gersonnvlaw.com, dayana@wrightlawgroupnv.com

REW R. GOODENOW on behalf of Creditor CITY OF HENDERSON
ecf@parsonsbehle.com

GORDON R. GOOLSBY on behalf of Creditor COMMERCE ASSOCIATES, LLC
gordon@goolsbylawltd.com

JAMES D. GREENE on behalf of Plaintiff EUGENE I. DAVIS
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

KIRBY C. GRUCHOW, JR. on behalf of Creditor NEVADA POWER COMPANY
hkelley@leachjohnson.com

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

DAVID R HAGUE on behalf of Creditor JAMES RHODES
dhague@fabianlaw.com, dromero@fabianlaw.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff RHODES RANCH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff SAGEBRUSH ENTERPRISES, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of 3rd Party Plaintiff JAMES M RHODES
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Creditor In re Kitec Fitting Litigation Class Plaintiffs
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant FARM HUALAPAI LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant GYPSUM RESOURCES, LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant HARMONY 2 LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant HARMONY HOMES INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant HAYDEN SPRINGS PARTNERS LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C. RHODES, TRUSTEE OF THE JAMES M RHODES DYNASTY TRUST II
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

and Truckee Springs Holdings, Inc.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant NORTH 5TH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant RHODES RANCH LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant TROPICAL SANDS LLC
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant TRUCKEE SPRINGS HOLDINGS, INC.
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JAMES M RHODES
c.harris@kempjones.com, ade@kempjones.com

CAROL L. HARRIS on behalf of Defendant JOHN C RHODES
c.harris@kempjones.com, ade@kempjones.com

WILLIAM H HEATON on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC and Truckee Springs Holdings, Inc.
will@nwhltd.com

WILLIAM H HEATON on behalf of Defendant JOHN C RHODES
will@nwhltd.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC.
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RICHARD F. HOLLEY on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

RODNEY M. JEAN on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
rmj@hmlawlv.com

ROBERT R. KINAS on behalf of Creditor CATERPILLAR FINANCIAL SERVICES CORPORATION
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

KEITH S. KNOCHEL on behalf of Creditor VALERIE A. SILVAS
law@lawyersinarizona.com, bank@lawyersinarizona.com

BART K. LARSEN on behalf of Creditor Reef Colonial, LLC
blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

ZACHARIAH LARSON on behalf of Debtor APACHE FRAMING, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor BATCAVE, LP
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LARSON & ZRIZOW, LLC**
**810 S. Casino Center Blvd. #101**
**Las Vegas, Nevada 89101**
**Tel: (702) 382-1170   Fax: (702) 382-1169**

ZACHARIAH LARSON on behalf of Debtor BRAVO, INC.
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor C & J HOLDINGS, INC.
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor CHALKLINE, LP
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor ELKHORN INVESTMENTS, INC.
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor ELKHORN PARTNERS
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor GERONIMO PLUMBING, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor GLYNDA, LP
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor GUNG-HO CONCRETE, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor HERITAGE LAND COMPANY, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor JACKKNIFE, LP
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor JARUPA, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor OVERFLOW, LP
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor PARCEL 20, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor PINNACLE GRADING, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES ARIZONA PROPERTIES, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES DESIGN AND DEVELOPMENT
CORPORATION
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES HOMES ARIZONA, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GENERAL
PARTNERSHIP
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES RANCH GOLF AND COUNTRY
CLUB
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor RHODES REALTY, INC.
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor SIX FEATHERS HOLDINGS, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor THE RHODES COMPANIES, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TICK, LP
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

ZACHARIAH LARSON on behalf of Debtor TRIBES HOLDINGS, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS II, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS III, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS IV, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY ACQUISITIONS, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor TUSCANY GOLF COUNTRY CLUB, LLC
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Debtor WALLBOARD, LP
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

ZACHARIAH LARSON on behalf of Interested Party REORGANIZED DEBTORS
carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com

NILE LEATHAM on behalf of Creditor STEERING COMMITTEE OF SENIOR
SECURED LENDERS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTOR
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Interested Party REORGANIZED DEBTORS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

NILE LEATHAM on behalf of Plaintiff EUGENE I. DAVIS
nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.inforuptcy.com

**LARSON & ZRIZOW, LLC**
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1  ANNE M. LORADITCH on behalf of Creditor JAMES RHODES
2  aloraditch@bachlawfirm.com,
   sandra.herbstreit@bachlawfirm.com;awatkins@bachlawfirm.com

3  VIRGINIA CRONAN LOWE on behalf of Creditor UNITED STATES OF AMERICA -
4  INTERNAL REVENUE SERVICE
   virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov
5
6  ERIC D. MADDEN on behalf of Other Prof. THE LITIGATION TRUST OF THE
   RHODES COMPANIES, LLC
7  emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

8  ERIC D. MADDEN on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES
   COMPANIES LLC, ET AL.
9  emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

10 ROBERT C. MADDOX on behalf of Creditor WIRSBO CLAIMANTS
11 rmaddox@maddoxandassociates.com

12 EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11, 11
13 edward.m.mcdonald@usdoj.gov

14 JEANETTE E. MCPHERSON on behalf of Defendant KB HOME NEVADA, INC.
   bkfilings@s-mlaw.com
15
16 SUSAN L. MYERS on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS
   BRANCH
17 smyers@lacsn.org, emontes@lacsn.org

18 W. OWEN NITZ on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee of the
   Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources, LLC
19 and Truckee Springs Holdings, Inc.
   owen@nwhltd.com, jim@nwhltd.com
20
21 JEFFREY D. OLSTER on behalf of Creditor HARSCH INVESTMENT PROPERTIES -
   NEVADA, LLC
22 sallade@lbbslaw.com

23 OMNI MANAGEMENT GROUP, LLC (bo)
   bosborne@omnimgt.com, sewing@omnimgt.com
24
25 ERIC RANSAVAGE on behalf of Creditor LESLIE BLASCO
   agutierrez@ssllplaw.com
26
27 JACOB J ROBERTS on behalf of Other Prof. THE LITIGATION TRUST OF THE
   RHODES COMPANIES, LLC
28 jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

JACOB J ROBERTS on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES
COMPANIES LLC, ET AL.
jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JOHN C RHODES, TRUSTEE OF
THE JAMES M. RHODES DYNASTY TRUST I
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JOHN C. RHODES, TRUSTEE
OF THE JAMES M RHODES DYNASTY TRUST II
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff RHODES RANCH LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff SAGEBRUSH ENTERPRISES,
INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of 3rd Party Plaintiff JAMES M RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant FARM HUALAPAI LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant GYPSUM RESOURCES, LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant HARMONY 2 LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant HARMONY HOMES INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant HAYDEN SPRINGS PARTNERS LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JOHN C RHODES, TRUSTEE OF THE
JAMES M. RHODES DYNASTY TRUST I
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JOHN C. RHODES, TRUSTEE OF THE
JAMES M RHODES DYNASTY TRUST II
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant John C. Rhodes, John C. Rhodes, Trustee
of the Dynasty Trust 1, John C. Rhodes, Trustee of the Dynasty Trust II, Gypsum Resources,

LLC and Truckee Springs Holdings, Inc.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant NORTH 5TH LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant RHODES RANCH LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant TROPICAL SANDS LLC
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant TRUCKEE SPRINGS HOLDINGS, INC.
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JAMES M RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

NATHANAEL R. RULIS on behalf of Defendant JOHN C RHODES
n.rulis@kempjones.com, p.montgomery@kempjones.com

MARVIN C. RUTH on behalf of Creditor CEMEX CONSTRUCTION MATERIALS SOUTH, LLC
MRuth@LRLaw.com, dgarrett@LRRLaw.com

BRIAN D. SHAPIRO on behalf of Other Prof. THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC
brian@brianshapirolaw.com,
connie@brianshapirolaw.com;ecf@brianshapirolaw.com;ana@brianshapirolaw.com

BRIAN D. SHAPIRO on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES COMPANIES LLC, ET AL.
brian@brianshapirolaw.com,
connie@brianshapirolaw.com;ecf@brianshapirolaw.com;ana@brianshapirolaw.com

SHLOMO S. SHERMAN on behalf of Interested Party REORGANIZED DEBTORS
ssherman@klnevada.com,
bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com, fmi@morrislawgroup.com

ROSA SOLIS-RAINEY on behalf of Defendant DELOITTE TAX LLP
rsr@morrislawgroup.com, fmi@morrislawgroup.com

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

MARK R. SOMERSTEIN on behalf of Creditor WELLS FARGO BANK, N.A.
mark.somerstein@ropesgray.com

ELIZABETH E. STEPHENS on behalf of Attorney SULLIVAN HILL LEWIN REZ & ENGEL
stephens@shlaw.com,
hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com

ELIZABETH E. STEPHENS on behalf of Defendant WP South Builders Nevada, LLC
stephens@shlaw.com,
hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, CAYMAN BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE HOLDINGS (USA), INC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of 3rd Pty Defendant CREDIT SUISSE SECURITIES (USA), LLC
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

JEFFREY R. SYLVESTER on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS BRANCH
jeff@sylvesterpolednak.com, tina@sylvesterpolednak.com

TIMOTHY P. THOMAS on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
tthomas@tthomaslaw.com, lorena@tthomaslaw.com;challee@tthomaslaw.com

U.S. TRUSTEE - LV - 11, 11
USTPRegion17.lv.ecf@usdoj.gov

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE (USA), INC
ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, A SWISS BANK
ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, CAYMAN BRANCH
ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE AG, NEW YORK BRANCH
ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE HOLDINGS (USA), INC
ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

ELIZABETH W. WALKER on behalf of 3rd Pty Defendant CREDIT SUISSE SECURITIES (USA), LLC
ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF NEVADA, INC.
dwalton@bmpllp.com, gromero@bmpllp.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF TEXAS, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DAVID ALAN WALTON on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF NEVADA, INC
dwalton@bmpllp.com, gromero@bmpllp.com

DONALD H. WILLIAMS on behalf of Creditor Westar Kitchen & Bath, LLC
DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

GREGORY F WILSON on behalf of Witness SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
gfw@gfwilsonlaw.com, jse@gfwilsonlaw.com;pw@gfwilsonlaw.com

MICHAEL B WIXOM on behalf of Interested Party MUTUAL OF OMAHA BANK
mbw@slwlaw.com, ef@slwlaw.com

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

MICHAEL YODER on behalf of Other Prof. THE LITIGATION TRUST OF THE
RHODES COMPANIES, LLC
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MICHAEL YODER on behalf of Plaintiff THE LITIGATION TRUST OF THE RHODES
COMPANIES LLC, ET AL.
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

■    **b.    United States mail, postage fully prepaid**
*(List persons and addresses.  Attach additional paper if necessary)*

ACCELERON GROUP
2791 SOFT HORIZON WAY
LAS VEGAS, NV 89135

ALVAREZ & MARSAL NORTH AMERICA, LLC
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

AMERICAN EXPRESS COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

F/KA MERRILL LYNCH B OF A ML ASSET HOLDING
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

BANCROFT SUSA & GALLOWAY P.C.
ATTN: PAUL D. BANCROFT
3955 E. FT. LOWELL DRIVE, #115
TUCSON, AZ 85712

BANK OF OKLAHOMA
ATTN: ANY OFFICER OR DIRECTOR
5727 S. LEWIS AVENUE
TULSA, OK 74105-7119

DEAN S. BENNETT on behalf of Creditor GREYSTONE NEVADA, LLC
400 S. 4TH STREET, 3RD FLR
LAS VEGAS, NV 89101

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

BLEEKER'S BOXES
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

BNY MELLON F/K/A THE BANK OF NEW YORK
ATTN: ANY OFFICER OR DIRECTOR
ONE WALL STREET
NEW YORK, NY 10286

JANICE J. BROWN on behalf of Creditor HARSCH INVESTMENT PROPERTIES -
NEVADA, LLC
LEWIS BRISBOIS BISGAARD & SMITH LLP
400 SOUTH FOURTH STREET, SUITE 500
LAS VEGAS, NV 89101

DAVID J CABRAL
REGISTERED AGENT FOR:
AMERICAN COMMONWEALTH MORTGAGE COMPANY
536 E. ST. LOUIS AVE.
LAS VEGAS, NV 89104,

DEBRA CARRIGAN
7757 RADCLIFF STREET
LAS VEGAS, NV 89123

CHICAGO TITLE AGENCY OF NEVADA, INC.
BY & THRU ITS REGISTERED AGENT:
CORP. TRUST COMPANY OF NEVADA
311 SOUTH DIVISION STREET
CARSON CITY, NV 89703

COMMERCE TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT
NATIONAL REGISTERED AGENTS, INC.
2875 MICHELLE DR., STE. 100
IRVINE, CA 92606

CONSOLIDATED MORTGAGE COMPANY, LLC
BY AND THROUGH ITS REGISTERED AGENT
SHEA & CARLYON LTD.
701 E. BRIDGER AVE., STE. 850
LAS VEGAS, NV 89101

WILLIAM L COULTHARD on behalf of Defendant FARM HUALAPAI LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

WILLIAM L COULTHARD on behalf of Defendant HARMONY 2 LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant HARMONY HOMES INC.
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant HAYDEN SPRINGS PARTNERS
LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant NORTH 5TH LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant RHODES RANCH LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant SAGEBRUSH ENTERPRISES, INC.
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

WILLIAM L COULTHARD on behalf of Defendant TROPICAL SANDS LLC
KEMP JONES & COULTHARD LP
3800 HOWARD HUGHES PKWY 17TH FLOOR
LAS VEGAS, NV 89130

CREDITORS COMMITTEE
,

CT CORPORATION
311 S. DIVISION STREET
CARSON CITY, NV 89703

DON S DEAMICIS on behalf of Creditor WELLS FARGO BANK, N.A.
1 INTERNATIONAL PL
BOSTON, MA 02210

DELOITTE & TOUCHE LLP

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

,

DELOITTE TAX, LLP

,

IRA S. DIZENGOFF on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

CHRISTINE D. DONIAK on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Interested Party REORGANIZED DEBTORS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

PHILIP C. DUBLIN on behalf of Plaintiff EUGENE I. DAVIS
AKIN GUMP STRAUSS HAUER & FELD
ONE BRYANT PARK
NEW YORK, NY 10036

EBBIN MOSER + SKAGGS LLP
C/O DAVID E MOSER
550 MONTGOMERY ST., STE 900
SAN FRANCISCO, CA 94111

FIDELITY NATIONAL FINANCIAL, INC.
CT CORPORATION SYSTEM
BY AND THROUGH ITS REGISTERED AGENT
818 W. SEVENTH ST.
LOS ANGELES, CA 90017

FIRST AMERICAN TITLE COMPANY
BY AND THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
2730 GATEWAY OAKS DRIVE, STE. 100

SACRAMENTO, CA 95833

GIBSON DUNN & CRUTCHER LLP
ATTN: ANY OFFICER, PARTNER OR DIRECTOR
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

JANINA GUTHRIE
1225 MONTEREY ST.
REDLANDS, CA 92373

HARSCH INVESTMENT PROPERTIES - NEVADA, LLC
,

SHARELLE SNOW HENLE
12667 N GENTLE RAIN DRIVE
MARANA, AZ 85658

SARA M. HUCHINSON
REGISTERED AGENT FOR:
ALLIANCE MORTGAGE, LLC
11920 SOUTHERN HIGHLANDS PKWY, #101
LAS VEGAS, NV 89141

TROY L ISAACSON on behalf of Creditor CHARLES BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

TROY L ISAACSON on behalf of Creditor DORIS LOFTON
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

TROY L ISAACSON on behalf of Creditor RICKEY LOFTON
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

TROY L ISAACSON on behalf of Creditor WENDY BAGLEY
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102

Inc. Integrity Masonry
,

JOHN HANCOCK FREEEDOM 529
PO BOX 17603
BALTIMORE, MD 21297-1603

MEREDITH A. LAHAIE on behalf of Interested Party REORGANIZED DEBTORS

ONE BRYANT PARK
NEW YORK, NY 10036

HARRY LEAKE
2549 SHOWCASE DR
LAS VEGAS, NV 89134

JAMES B MACROBBIE on behalf of Creditor CREDIT SUISSE, CAYMAN ISLANDS
BRANCH
SYLVESTER & POLEDNAK, LTD
7371 PRAIRIE FALCON, STE 120
LAS VEGAS, NV 89128

JANIECE S MARSHALL on behalf of Creditor STANLEY CONSULTANTS, INC.
ANDERSON MCPHARLIN & CONNERS, LLP
777 N. RAINBOW BLVD, STE 145
LAS VEGAS, NV 89107-1192

MASTEC NORTH AMERICA INC
C/O MICHELE LAINE, ESQ
800 SOUTH DOUGLAS RD., 12TH FLR
CORAL GABLES, FL 33134

MUTUAL OF OMAHA BANK
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CREDIT SUISSE GROUP AG
BEIRNE, MAYNARD & PARSONS, LLP
1700 PACIFIC AVENUE SUITE 4400
DALLAS, TX 75201

SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF
NEVADA, INC.
BEIRNE, MAYNARD & PARSONS, LLP
1700 PACIFIC AVENUE SUITE 4400
DALLAS, TX 75201

SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF
TEXAS, INC
BEIRNE, MAYNARD & PARSONS, LLP
1700 PACIFIC AVENUE SUITE 4400
DALLAS, TX 75201

SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
BEIRNE, MAYNARD & PARSONS, LLP

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1700 PACIFIC AVENUE SUITE 4400
DALLAS, TX 75201

SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD,
INC.
BEIRNE, MAYNARD & PARSONS, LLP
1700 PACIFIC AVENUE SUITE 4400
DALLAS, TX 75201

SAWNIE A. McENTIRE on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF
NEVADA, INC
BEIRNE, MAYNARD & PARSONS, LLP
1700 PACIFIC AVENUE SUITE 4400
DALLAS, TX 75201

NEVADA STATE BANK
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

OMNI MANAGEMENT GROUP
16501 VENTURA BLVD., #440
ENCINO, CA 91436

PALECEK
PO BOX 225
RICHMOND, CA 94804

PRINCETON ADVISORY GROUP
PO BOX 89
4428 ROUTE 27, BLDG C, UNIT 1
KINGSTON, NJ 08528-1004

ABID QURESHI on behalf of Creditor STEERING COMMITTEE OF SENIOR SECURED
LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ABID QURESHI on behalf of Interested Party REORGANIZED DEBTORS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

ELIZABETH RASKIN on behalf of Creditor STEERING COMMITTEE OF SENIOR
SECURED LENDERS
AKIN GUMP STRAUSS H AUER & FELD LLP

*(Left margin, vertical text:)* LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

ONE BRYANT PARK
NEW YORK, NY 10036

JOHN C RHODES
Las Vegas, NV 89134

GRETCHEN M. ROBITAILLE
8037 SILVER STREAK ST
LAS VEGAS, NV 89131

ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF
NEVADA, INC.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Ave., Suite 400
Dallas, TX 75201

ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF
TEXAS, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Ave., Suite 400
Dallas, TX 75201

ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF
TEXAS, INC.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Ave., Suite 400
Dallas, TX 75201

ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Ave., Suite 400
Dallas, TX 75201

ROBERT M. ROSEN on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF
NEVADA, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1700 Pacific Ave., Suite 400
Dallas, TX 75201

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF
NEVADA, INC.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF
TEXAS, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.

1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD OF
TEXAS, INC.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD,
INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFIELD,
INC.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

TRENT L. ROSENTHAL on behalf of 3rd Pty Defendant CUSHMAN & WAKEFILED OF
NEVADA, INC
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056

SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON
400 SOUTH FOURTH STREET, 3RD FLR
LAS VEGAS, NV 89101

CHRISTOPHER T SCHULTEN on behalf of Creditor STEERING COMMITTEE OF
SENIOR SECURED LENDERS
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036

SECURITY TITLE OF NEVADA, LLC
BY AND THROUGH ITS REGISTERED AGENT
CORPORATION TRUST COMPANY OF NEVADA
311 S. DIVISION STREET
CARSON CITY, NV 89703

SMS FINANCIAL LLC
RESIDENT AGENTS OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
711 S. CARSON ST., STE. 4
CARSON CITY, NV 89701

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

LARSON & ZRIZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JAMES I STANG on behalf of Debtor THE RHODES COMPANIES, LLC
10100 SANTA MONICA BLVD #1100
LOS ANGELES, CA 90067

STATE OF NEVADA OFFICE OF THE STATE TREASURER
555 E. WASHINGTON AVE SUITE 4200
LAS VEGAS, NV 89101-1075

STEWART OCCHIPINTI, LLP
ATTN: ANY PRINCIPAL
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NY 10018

STEWART TITLE COMPANY
CORPORATION TRUST COMPANY OF NEVADA
BY AND THROUGH ITS REGISTERED AGENT
311 S. DIVISION STREET
CARSON CITY, NV 89703

THE LANDSCAPE CONNECTION TLC INC
5400 E EMPIRE AVE
FLAGSTAFF, AZ 86004

THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.
C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
1955 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

TOWN & COUNTRY BANK
BY & THRU ITS REGISTERED AGENT:
PHILIP M. BURNS
8620 W. TROPICANA AVENUE
LAS VEGAS, NV 89103

TRANSNATION TITLE AGENCY
ATTN: ANY OFFICER OR DIRECTOR
1500 EAST WOOLFORD ROAD
SHOW LOW, AZ 85901

UBS FINANCIAL SERVICES
BY & THRU ITS REGISTERED AGENT:
CSC SERVICES OF NEVADA, INC.
2215-b RENAISSANCE DRIVE
LAS VEGAS, NV 89119

US-Yellow
,

ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE (USA) INC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, STE 4000
LOS ANGELES, CA 90013

ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE AG, CAYMAN
ISLANDS BRANCH
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, STE 4000
LOS ANGELES, CA 90013

ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE AG, NEW YORK
BRANCH
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, STE 4000
LOS ANGELES, CA 90013

ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE AG, NEY YORK
BRANCH
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, STE 4000
LOS ANGELES, CA 90013

ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE HOLDINGS (USA)
INC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, STE 4000
LOS ANGELES, CA 90013

ELIZABETH W WALKER on behalf of Creditor CREDIT SUISSE SECURITIES (USA)
LLC
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, STE 4000
LOS ANGELES, CA 90013

WELLS FARGO BANK, N.A.
CSC SERVICES OF NEVADA, INC.
BY AND THROUGH ITS REGISTERED AGENT
2215-B RENAISSANCE DRIVE
LAS VEGAS, NV 89119

STEVEN YOULES
2305 WINDJAMMER WAY
LAS VEGAS, NV 89107

YUMA TITLE
ATTN: CARRIE SAFRANEK, MANAGER

11611 S. FOOTHILLS BLVD., #A
YUMA, AZ 85367-5845

☐    **c.**    **Personal Service** *(List persons and addresses.  Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    **d.**    **By direct email (as opposed to through the ECF System)**
        *(List persons and email addresses.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **e.**    **By fax transmission**
         *(List persons and fax numbers.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐    **f.**    **By messenger** *(List persons and addresses.  Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  *(A declaration by the messenger must be attached to this Certificate of Service)*

## I declare under penalty of perjury that the foregoing is true and correct.

Signed on (date): June 15, 2015

Carey Shurtliff                                    /s/Carey Shurtliff
(Name of Declarant)                        (Signature of Declarant)