1  LARSON & ZIRZOW, LLC
   ZACHARIAH LARSON, ESQ.
2  Nevada Bar No. 7787
   E-mail: zlarson@lzlawnv.com
3  MATTHEW C. ZIRZOW, ESQ.
4  Nevada Bar No. 7222
   E-mail: mzirzow@lzlawnv.com
5  850 E. Bonneville Ave.
   Las Vegas, Nevada 89101
6  Tel: (702) 382-1170
7  Fax: (702) 382-1169

8  **UNITED STATES BANKRUPTCY COURT**
   **FOR THE DISTRICT OF NEVADA**

9

10  In re:                                       Case No.: BK-S-09-14814-LBR
                                                 (Jointly Administered)
11  THE RHODES COMPANIES, LLC, aka
    "Rhodes Homes, et al.,[1]                    Chapter 11
12      Debtors.

13  Affects:                                     **NOTICE OF CHANGE OF ADDRESS OF**
14  ☒    All Debtors                             **ATTORNEY**
    ☐    Affects the following Debtor(s)
15

16

17         LARSON & ZIRZOW, LLC, ZACHARIAH LARSON, ESQ., and MATTHEW C.

18  ZIRZOW, ESQ. hereby give notice of the following change of their mailing address:

19  _____

20  [1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817);
21  Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited
22  Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J
23  Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany
24  Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch
25  Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-
26  14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC
27  (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

28

Old mailing address: 810 S. Casino Center Blvd. #101
Las Vegas, NV 89101

New mailing address: 850 E. Bonneville Ave.
Las Vegas, NV 89101

Date of the change: March 1, 2016

Dated: March 10, 2016.

           LARSON & ZIRZOW, LLC

           By: /s/ Zachariah Larson
           ZACHARIAH LARSON, ESQ.
           Nevada Bar No. 7787
           MATTHEW C. ZIRZOW, ESQ.
           Nevada Bar No. 7222
           850 E. Bonneville Ave.
           Las Vegas, Nevada 89101