1

KEMP, JONES & COULTHARD, LLP
William L. Coulthard, Esq. (Nev. Bar No. 3927)
3800 Howard Hughes Parkway 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000 | Facsimile: (702) 385-6001
w.coulthard@kempjones.com
*Attorneys for Defendants James M. Rhodes;*
*Sagebrush Enterprises, Inc.; and Rhodes Ranch, LLC*

2

3

4

RECEIVED
AND FILED

2016 APR 26   PM 3 51

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

5

6

Nitz, Walton & Heaton, Ltd.
W. Owen Nitz, Esq. (Nev. Bar No. 115)
601 S. 10th Street, Suite 201
Las Vegas, Nevada 89101
Telephone: (702) 474-4004 | Facsimile: (702) 384-3011
owen@nwhltd.com
*Attorneys for Defendants John C. Rhodes,*
*Trustee of the James M. Rhodes Dynasty Trust I*
*and James M. Rhodes Dynasty Trust II;*
*Gypsum Resources, LLC; and Truckee Springs Holdings, Inc.*

7

8

9

10

**KEMP, JONES & COULTHARD, LLP**
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

11

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

12

13

*In re:*

THE RHODES COMPANIES, LLC,
a/k/a "Rhodes Homes," et al.,

14

Case # 2:12-cv-01272-MMD-VCF BASE
Case # 2:13-cv-00704-MMD-VCF
Adversary Case # 12-01099
Bankruptcy Case # 09-14814 (Ch. 11)

15

*Reorganized Debtors.*

16

THE LITIGATION TRUST OF THE
RHODES COMPANIES, LLC, ET AL.,

17

*Plaintiff,*

**JOINT STIPULATION FOR DISMISSAL**
**OF ALL CLAIMS, WITH PREJUDICE**

18

v.

19

JAMES M. RHODES; SEDORA
HOLDINGS, LLC; SAGEBRUSH
ENTERPRISES, INC.; GYPSUM
RESOURCES, LLC; TRUCKEE SPRINGS
HOLDINGS, INC.; JOHN C. RHODES,
TRUSTEE OF THE JAMES M. RHODES
DYNASTY TRUST I; JOHN C. RHODES,
TRUSTEE OF THE JAMES M. RHODES
DYNASTY TRUST II; and RHODES
RANCH, LLC,

20

21

22

23

24

*Defendants.*

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

1    Defendants James M. Rhodes, Sagebrush Enterprises, Inc., Rhodes Ranch, LLC, John

2  C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust I, John C. Rhodes, Trustee of the

3  James M. Rhodes Dynasty Trust II, Gypsum Resources, LLC, and Truckee Springs Holdings,

4  Inc. ("Rhodes Defendants") and Plaintiff The Litigation Trust of the Rhodes Companies,

5  LLC, *et al.* (the "Litigation Trust" or "Plaintiff"), by and through their respective undersigned

6  counsel, hereby file this joint stipulation for dismissal of all of the Litigation Trust's claims,

with prejudice.

7    On October 27, 2015, the Rhodes Defendants and the Litigation Trust conducted an

8  all-day mediation before Hon. Philip Pro (ret.) at JAMS-Las Vegas.  The Rhodes Defendants

9  and the Litigation Trust were able to successfully reach an agreement to settle and

10  compromise all remaining claims between the parties.  Thereafter, the terms of the settlement

11  were memorialized in a written Settlement Agreement, Mutual Release, and Covenants dated

12  November 18, 2015 (the "Settlement Agreement").

13    Pursuant to the terms of the Settlement Agreement, upon Plaintiff's counsel's

irrevocable receipt of the final payment of the settlement amount by the Rhodes Defendants,

14  Plaintiff would secure a stipulation dismissing the pending litigation with prejudice and each

15  side to bear its own costs and attorney's fees.  Plaintiff's counsel irrevocably received the

16  final payment of the settlement amount from the Rhodes Defendants on April 18, 2016.  The

17  settlement payment was secured by an Agreed Judgment and upon payment of the settlement

18  amount, the Agreed Judgment automatically expired and is now held for naught.  The Agreed

19  Judgment executed pursuant to the Settlement Agreement has automatically expired, is of no

20  force or effect, and is now held for naught.

**Stipulation**

21    In light of the foregoing, it is hereby stipulated and agreed that all of Plaintiff's

22  remaining claims for relief asserted against the Rhodes Defendants and Sedora Holdings, LLC

23  and this matter in its entirety are hereby dismissed with prejudice, with each side to bear its

24  own costs and attorney's fees.

2

It is further stipulated that the Agreed Judgment executed pursuant to the Settlement Agreement has automatically expired, is of no force or effect, and is now held for naught.

The foregoing is stipulated and agreed to on this 25th day of April, 2016, by:

_William L. Coulthard_ 4-25-16

William L. Coulthard, Esq.

**Kemp, Jones & Coulthard, LLP**

3800 Howard Hughes Parkway, 17th floor

Las Vegas, Nevada 89169

Tel. (702) 385-6000 | Fax. (702) 385-6001

*Counsel for James M. Rhodes; Sagebrush Enterprises, Inc.; and Rhodes Ranch, LLC*

 /s/ W. Owen Nitz

W. Owen Nitz, Esq.

**Nitz, Walton & Heaton, Ltd.**

601 S. 10th Street, Ste. 201

Las Vegas, Nevada 89101

Tel. 702.474.4004 | Fax. 702.384.3011

*Counsel for John C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust I; John C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust II; Gypsum Resources, LLC; and Truckee Springs Holding, Inc.*

 /s/ Michael Yoder

Michael Yoder, Esq. (*pro hac vice*)

**Diamond McCarthy, LLP**

6855 S. Havana Street, Ste. 220

Denver, Colorado 80112

Tel. 303.952.0960 | Fax. 303.952.0966

*Counsel for The Litigation Trust of the Rhodes Companies, LLC*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: April 25, 2016

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

3