Gregory H. King, Bar No. 7777
ghk@paynefears.com
Matthew L. Durham, Bar No. 10342
mld@paynefears.com
Chad D. Olsen, Bar No. 12060
cdo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for GREYSTONE NEVADA, LLC
and U.S. HOME CORPORATION

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>GERONIMO PLUMBING, LLC<br><br>Debtor. | Lead Case No. 09-14814-GWZ<br>Case No. 09-14820-GWZ<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

1.    On November 2, 2016, I served the following document(s):

**(1) NOTICE MOTION FOR RELIEF FROM AUTOMATIC STAY; (2) MOTION FOR RELIEF FROM AUTOMATIC STAY**

2.    I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒    **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐    **b. United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

☐    **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s)    to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     **d. By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used . A copy of the record of the fax transmission is attached.

☐     **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on** *(date)***: November 2, 2016**

**Alexis Holman**                                       **/s/** *Alexis Holman*
(NAME OF DECLARANT)                      **(**SIGNATURE OF DECLARANT)

4813-8012-7803.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

# Service List

**KEVIN N. ANDERSON**
FABIAN & CLENDENIN
215 S. STATE STREET, STE #1200
SALT LAKE CITY, UT 84111
(801) 323 2225
(801) 596 2814 (fax)
kanderson@fabianlaw.com
 *Assigned: 08/20/2010*

representing

**JAMES RHODES**
c/o BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY.
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

 *Assigned: 07/03/2012*
 *LEAD ATTORNEY*

representing

**JAMES RHODES**
c/o BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY.
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

**BRETT A. AXELROD**
FOX ROTHSCHILD LLP
1980 FESTIVAL PLAZA DRIVE
STE 700
LAS VEGAS, NV 89135
(702) 262-6899
(702) 597-5503 (fax)
baxelrod@foxrothschild.com
 *Assigned: 04/14/2009*

representing

**SAGEBRUSH ENTERPRISES, INC.**
c/o BRETT AXELROD, ESQ.
GREENBERG TAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

**JAMES RHODES**
c/o BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY.
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

**J. THOMAS BECKETT**

| | | |
|---|---|---|
| 201 SOUTH MAIN STREET, SUITE 1800<br>POB 45898<br>SALT LAKE CITY, UT 84145<br>ECF@parsonsbehle.com<br>  *Assigned: 06/18/2009*<br>   *TERMINATED: 01/30/2013* | representing | **CREDITORS COMMITTEE**<br>*(Creditor)*<br>PRO SE |
| **DEAN S. BENNETT**<br>400 S. 4TH STREET, 3RD FLR<br>LAS VEGAS, NV 89101<br>  *Assigned: 12/28/2012*<br>   *LEAD ATTORNEY* | representing | **GREYSTONE NEVADA, LLC**<br>*(Creditor)* |
| **LORI BROWN**<br>HYMSON GOLDSTEIN & PANTILIAT<br>14646 N. KIERLAND BLVD.<br>SUITE 255<br>SCOTTSDALE, AZ 85254<br>480-991-9077<br>480-443-8854 (fax)<br>lbrown@legalcounselors.com<br>  *Assigned: 10/11/2011* | representing | **Las Vegas Supply, Inc.**<br>3250 W. Harmon Avenue<br>Las Vegas, NV 89103<br>702-891-8500<br>*(Creditor)* |
| **CARLETON R. BURCH**<br>ANDERSON, MCPHARLIN & CONNERS LLP<br>777 N. RAINBOW BLVD., STE 145<br>LAS VEGAS, NV 89107<br>(702) 479-1010<br>crb@amclaw.com<br>  *Assigned: 09/01/2011*<br>   *TERMINATED: 09/06/2011* | representing | **STANLEY CONSULTANTS, INC.**<br>*(Creditor)* |
| **SHIRLEY S. CHO**<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 SANTA MONICA BLVD, 11TH FLR<br>LOS ANGELES, CA 90067<br>(310) 277-6910<br>scho@pszjlaw.com<br>  *Assigned: 05/06/2009* | representing | **THE RHODES COMPANIES, LLC**<br>C/O DUNHILL HOMES<br>ATTN: JULIE OWEN<br>4835 LBJ FREEWAY, SUITE 700<br>DALLAS, TX 75244<br>*(Debtor)* |
| **JANET L. CHUBB**<br>KAEMPFER CROWELL<br>50 W. LIBERTY ST., STE. 700<br>RENO, NV 89501<br>(775) 398 4740<br>(775) 852 3900 (fax)<br>lbubala@kcnvlaw.com<br>  *Assigned: 04/17/2009*<br>   *TERMINATED: 06/11/2014* | representing | **COMMERCE ASSOCIATES, LLC**<br>c/o Janet L. Chubb<br>Jones Vargas<br>100 West Liberty St 12th Flr<br>P.O.Box 281<br>Reno, NV 89504<br>*(Creditor)* |

**DAVID A. COLVIN**

| | | |
|---|---|---|
| LAS VEGAS PAIUTE TRIBE<br>ONE PAIUTE DR<br>LAS VEGAS, NV 89106<br>(702) 386 3926<br>(702) 383 4019 (fax)<br>dcolvin@lvpaiute.com<br>*Assigned: 06/05/2009* | representing | **DANA KEPNER COMPANIES, LLC**<br>MARQUIS & AURBACH<br>ATTN: DAVID A. COLVIN, ESQ.<br>10001 PARK RUN DRIVE<br>LAS VEGAS, NV 89145<br>702-382-0711<br>*(Creditor)* |
| **NATALIE M. COX**<br>US DEPT OF JUSTICE, OUST<br>844 KING ST, STE 22007<br>LOCKBOX 35<br>WILMINGTON, DE 19801<br>(3032) 573 6491<br>(302) 573 6497 (fax)<br>ncox@klnevada.com<br>*Assigned: 12/23/2011* | representing | **REORGANIZED DEBTORS**<br>*(Interested Party)* |
| *Assigned: 04/24/2012*<br>*LEAD ATTORNEY* | representing | **REORGANIZED DEBTORS**<br>*(Interested Party)* |
| *Assigned: 10/10/2014* | representing | **EUGENE DAVIS**<br>*(Interested Party)* |
| **THOMAS E. CROWE**<br>2830 S. JONES BLVD. # 3<br>LAS VEGAS, NV 89146<br>(702) 794-0373<br>(702) 794-0734 (fax)<br>tcrowe@thomascrowelaw.com<br>*Assigned: 08/20/2009* | representing | **VIRGINIA SPRINGALL-SMITH**<br>7381 W. CHARLESTON BLVD.<br>SUITE 110<br>LAS VEGAS<br>TCROWE@LVCM.COM<br>*(Creditor)* |
| *Assigned: 04/13/2010* | representing | **SHANE SMITH**<br>7381 W. Charleston<br>Suite 110<br>Las Vegas, NV 89129<br>(702) 794-0373<br>tcrowe@lvcm.com<br>*(Creditor)* |
| **DON S DEAMICIS**<br>1 INTERNATIONAL PL<br>BOSTON, MA 02210<br>(617) 951-7732<br>*Assigned: 04/16/2009*<br>*LEAD ATTORNEY* | representing | **WELLS FARGO BANK, N.A.**<br>*(Creditor)* |
| **DAMON K. DIAS**<br>DIAS LAW GROUP, LTD.<br>725 S. 8TH STREET, SUITE A<br>LAS VEGAS, NV 89101<br>(702) 380-3011<br>ddias@diaslawgroup.com<br>*Assigned: 04/26/2010* | representing | **X-It at 215, LLC**<br>C/O Damon K. Dias<br>601 S. Sixth Street<br>Las Vegas, NV 89106<br>*(Creditor)* |

**TRACY A. DIFILLIPPO**

| | | |
|---|---|---|
| ARMSTRONG TEASDALE LLP<br>3770 HOWARD HUGHES PKWY., STE 200<br>LAS VEGAS, NV 89169<br>(702) 678-5070<br>(702) 878-9995 (fax)<br>tdifillippo@armstrongteasdale.com<br> *Assigned: 07/19/2011* | representing | **COMMERCE ASSOCIATES, LLC**<br>c/o Janet L. Chubb<br>Jones Vargas<br>100 West Liberty St 12th Flr<br>P.O.Box 281<br>Reno, NV 89504<br>*(Creditor)* |
| **RICHARD I. DREITZER**<br>WILSON ELSER MOSKOWITZ EDELMAN<br>300 SO 4TH ST, 11TH FLR<br>LAS VEGAS, NV 89101<br>(702) 727.1400<br>(702) 727.1401 (fax)<br>Richard.Dreitzer@wilsonelser.com<br> *Assigned: 06/24/2009*<br> *TERMINATED: 05/03/2011* | representing | **Inc. Integrity Masonry**<br>*(Creditor)*<br>PRO SE |
| **PHILIP C. DUBLIN**<br>AKIN GUMP STRAUSS HAUER & FELD<br>ONE BRYANT PARK<br>NEW YORK, NY 10036<br>212-872-8083<br>pdublin@akingump.com<br> *Assigned: 10/20/2011*<br> *LEAD ATTORNEY* | representing | **REORGANIZED DEBTORS**<br>*(Interested Party)* |
| **CONOR P. FLYNN**<br>ARMSTRONG TEASDALE, LLP<br>3770 HOWARD HUGHES PKWY., STE 200<br>LAS VEGAS, NV 89169<br>702-678-5070<br>702-878-9995 (fax)<br>cflynn@armstrongteasdale.com<br> *Assigned: 04/25/2011* | representing | **COMMERCE ASSOCIATES, LLC**<br>c/o Janet L. Chubb<br>Jones Vargas<br>100 West Liberty St 12th Flr<br>P.O.Box 281<br>Reno, NV 89504<br>*(Creditor)* |
| **PHILIP S. GERSON**<br>GERSON LAW OFFICE<br>1835 VILALGE CENTER CR<br>LAS VEGAS, NV 89134-6369<br>(702) 385-5533<br>(702) 382 8891 (fax)<br>Philip@gersonnvlaw.com<br> *Assigned: 09/10/2009* | representing | **CLARK COUNTY**<br>pgerson@ocgd.com<br>*(Creditor)* |
| **REW R. GOODENOW**<br>PARSONS BEHLE & LATIMER<br>50 W LIBERTY ST, STE 750<br>RENO, NV 89501<br>(775) 323-1601<br>(775) 348 7250 (fax)<br>ecf@parsonsbehle.com | representing | **CREDITORS COMMITTEE**<br>*(Creditor)*<br>PRO SE |

*Assigned: 06/04/2009*
*TERMINATED: 01/30/2013*

*Assigned: 11/27/2013* | representing | **CITY OF HENDERSON**
*(Creditor)*

**GORDON R. GOOLSBY**
2850 W HORIZON RIDGE PKWY, STE 200
HENDERSON, NV 89052
(702) 629-8173
gordon@goolsbylawltd.com
*Assigned: 12/27/2012*

representing

**COMMERCE ASSOCIATES, LLC**
c/o Janet L. Chubb
Jones Vargas
100 West Liberty St 12th Flr
P.O.Box 281
Reno, NV 89504
*(Creditor)*

**KIRBY C. GRUCHOW, JR.**
LEACH JOHNSON SONG & GRUCHOW
5495 SOUTH RAINBOW BLVD., STE 202
LAS VEGAS, NV 89118
(702) 538-9074
(702) 538-9113 (fax)
hkelley@leachjohnson.com
*Assigned: 05/03/2010*

representing

**NEVADA POWER COMPANY**
LEACH JOHNSON SONG & GURCHOW
5495 S. RAINBOW BLVD, STE 202
ATTN: KIRBY C. GRUCHOW JR., ESQ.
LAS VEGAS, NV 89118
(702) 538-9074
(702) 538-9113 (fax)
hkelley@leachjohnson.com
*(Creditor)*

**DAVID R HAGUE**
FABIAN & CLENDENIN
215 SOUTH STATE STREET, STE 1200
SALT LAKE CITY, UT 84111-2323
801-323-2238
dhague@fabianlaw.com
*Assigned: 09/07/2011*
*LEAD ATTORNEY*

representing

**JAMES RHODES**
c/o BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY.
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

**CAROL L. HARRIS**
KEMP, JONES & COULTHARD, LLP.
3800 HOWARD HUGHES PKY, 17TH FLR
LAS VEGAS, NV 89169
(702) 385-6000
(702) 385-6001 (fax)
c.harris@kempjones.com
*Assigned: 01/19/2010*

representing

**In re Kitec Fitting Litigation Class Plaintiffs**
*(Creditor)*

**TROY L ISAACSON**
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102
(702) 366 1900
*Assigned: 08/06/2010*
*LEAD ATTORNEY*

representing

**CHARLES BAGLEY**
C/O TROY ISAACSON
3811 WEST CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102
*(Creditor)*

**DORIS LOFTON**
C/O TROY ISAACSON

3811 WEST CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102
*(Creditor)*

**RICKEY LOFTON**
C/O TROY ISAACSON
3811 WEST CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102
*(Creditor)*

**WENDY BAGLEY**
C/O TROY ISAACSON
3811 WEST CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102
*(Creditor)*

| | | |
|---|---|---|
| **ROBERT R. KINAS**<br>SNELL & WILMER LLP<br>3883 HOWARD HUGHES PARKWAY #1100<br>LAS VEGAS, NV 89169<br>(702)784-5200<br>(702)784-5252 (fax)<br>rkinas@swlaw.com<br> *Assigned: 07/20/2009* | representing | **CATERPILLAR FINANCIAL SERVICES CORPORATION**<br>c/o Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>702-784-5200<br>702-784-5252 (fax)<br>rkinas@swlaw.com<br>*(Creditor)* |
| **MEREDITH A. LAHAIE**<br>ONE BRYANT PARK<br>NEW YORK, NY 10036<br> *Assigned: 10/20/2011*<br> *LEAD ATTORNEY* | representing | **REORGANIZED DEBTORS**<br>*(Interested Party)* |
| **BART K. LARSEN**<br>400 SOUTH RAMPART BOULEVARD<br>SUITE 400<br>LAS VEGAS, NV 89145<br>(702) 362-7800<br>(702) 362-9472 (fax)<br>blarsen@klnevada.com<br> *Assigned: 06/29/2009* | representing | Reef Colonial, LLC<br>Deaner, Deaner, Scann, Malan & Larsen<br>Paul R. Connaghan, Esq<br>720 S. Fourth St, Suite 300<br>Las Vegas, NV 89101<br>702-382-6911<br>702-366-0854 (fax)<br>*(Creditor)* |
| **ZACHARIAH LARSON**<br>LARSON & ZIRZOW<br>850 E. BONNEVILLE AVE.<br>LAS VEGAS, NV 89101<br>(702) 382-1170<br>(702) 382-1169 (fax)<br>carey@lzlawnv.com<br> *Assigned: 03/31/2009*<br> *LEAD ATTORNEY*<br><br> *Assigned: 06/17/2010* | representing<br><br><br>representing | **THE RHODES COMPANIES, LLC**<br>C/O DUNHILL HOMES<br>ATTN: JULIE OWEN<br>4835 LBJ FREEWAY, SUITE 700<br>DALLAS, TX 75244<br>*(Debtor)*<br><br>**REORGANIZED DEBTORS**<br>*(Interested Party)* |

**NILE LEATHAM**

| | | |
|---|---|---|
| KOLESAR & LEATHAM<br>400 SO RAMPART BLVD, STE 400<br>LAS VEGAS, NV 89145<br>(702) 362-7800<br>(702) 362-9472 (fax)<br>nleatham@klnevada.com<br>  Assigned: 04/01/2009 | representing | **STEERING COMMITTEE OF SENIOR SECURED LENDERS**<br>*(Creditor)* |
|   Assigned: 05/27/2010 | representing | **REORGANIZED DEBTORS**<br>*(Interested Party)* |
| **DAVID S. LEE**<br>7575 VEGAS DR., #150<br>LAS VEGAS, NV 89128<br>(702) 880-9750<br>dlee@lee-lawfirm.com<br>  Assigned: 06/08/2009<br>   TERMINATED: 06/15/2009 | representing | **THE RHODES COMPANIES, LLC**<br>C/O DUNHILL HOMES<br>ATTN: JULIE OWEN<br>4835 LBJ FREEWAY, SUITE 700<br>DALLAS, TX 75244<br>*(Debtor)* |
| **CHARLES M. LITT**<br>FEINBERG GRANT MAYFIELD KANEDA & LITT<br>1955 VILLAGE CENTER CR.<br>LAS VEGAS, NV 89134<br>(702) 947-4900<br>(702) 947-4901 (fax)<br>efilings@hotmail.com<br>  Assigned: 07/30/2009<br>   TERMINATED: 05/05/2011<br>   LEAD ATTORNEY | representing | **THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.**<br>C/O FEINBERG GRANT MAYFIELD KANEDA & LIT<br>1955 VILLAGE CENTER CIRCLE<br>LAS VEGAS, NV 89134<br>(702) 947-4900<br>(702) 947-4901 (fax)<br>efilings@hotmail.com<br>*(Creditor)*<br>PRO SE |
| **ANNE M. LORADITCH**<br>THE BACH LAW FIRM, LLC<br>7881 W CHARLESTON, STE 165<br>LAS VEGAS, NV 89117<br>(702) 925-8787<br>(702) 925-8788 (fax)<br>aloraditch@bachlawfirm.com<br>  Assigned: 06/17/2010 | representing | **JAMES RHODES**<br>c/o BRETT A. AXELROD, ESQ.<br>GREENBERG TRAURIG, LLP<br>3773 HOWARD HUGHES PKWY.<br>SUITE 400 NORTH<br>LAS VEGAS, NV 89169<br>702-792-3773<br>702-792-9002 (fax)<br>axelrodb@gtlaw.com<br>*(Creditor)* |
| **VIRGINIA CRONAN LOWE**<br>U.S. DEPT OF JUSTICE, TAX DIVISION<br>POB 683<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044<br>202-307-6484<br>202-307-0054 (fax)<br>virginiacronan.lowe@usdoj.gov<br>  Assigned: 09/28/2009 | representing | **UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE**<br>*(Creditor)* |
| **JAMES B MACROBBIE**<br>NA, NA<br>  Assigned: 11/16/2009 | | **CREDIT SUISSE, CAYMAN ISLANDS BRANCH**<br>c/o SYLVESTER & POLEDNAK, LTD.<br>7371 PRAIRIE FALCON RD. |

| | | |
|---|---|---|
| | representing | SUITE 120<br>LAS VEGAS, NV 89128<br>702-952-5200<br>702-952-5205 (fax)<br>jeff@sylvesterpolednak.com<br>*(Creditor)* |
| **ERIC D. MADDEN**<br>1201 ELM STREET SUITE 3400<br>DALLAS, TX 75270<br>(214) 389-5300<br>(214) 389-5399 (fax)<br>emadden@diamondmccarthy.com<br> Assigned: 08/11/2011 | representing | **THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC**<br>*(Other Prof.)* |
| **ROBERT C. MADDOX**<br>ROBERT C. MADDOX & ASSOCIATES<br>3811 W CHARLESTON BLVD, #110<br>LAS VEGAS, NV 89102<br>(702) 366 1900<br>(702) 366 1999 (fax)<br>rmaddox@maddoxandassociates.com<br> Assigned: 05/06/2011<br> LEAD ATTORNEY | representing | **WIRSBO CLAIMANTS**<br>*(Creditor)* |
| **JANIECE S MARSHALL**<br>200 LEWIS AVE, 2ND FLR<br>LAS VEGAS, NV 89155<br>(702) 671 3361<br>janiece.marshall@clarkcountynv.gov<br> Assigned: 08/12/2009 | representing | **STANLEY CONSULTANTS, INC.**<br>*(Creditor)* |
| **EDWARD M. MCDONALD**<br>OFFICE OF U.S. TRUSTEE<br>300 LAS VEGAS BLVD., SO., STE 4300<br>LAS VEGAS, NV 89101<br>(702) 388-6600<br>edward.m.mcdonald@usdoj.gov<br> Assigned: 04/28/2009 | representing | **U.S. TRUSTEE - LV - 11, 11**<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101<br>USTPRegion17.lv.ecf@usdoj.gov<br>*(U.S. Trustee)* |
| **SUSAN L. MYERS**<br>LEGAL AID CENTER OF SOUTHERN NEVADA<br>725 E. CHARLESTON BLVD.<br>LAS VEGAS, NV 89104<br>(702) 386-1070<br>(702) 366-0569 (fax)<br>smyers@lacsn.org<br> Assigned: 08/04/2009<br> TERMINATED: 08/04/2009 | representing | **CREDIT SUISSE, CAYMAN ISLANDS BRANCH**<br>c/o SYLVESTER & POLEDNAK, LTD.<br>7371 PRAIRIE FALCON RD.<br>SUITE 120<br>LAS VEGAS, NV 89128<br>702-952-5200<br>702-952-5205 (fax)<br>jeff@sylvesterpolednak.com<br>*(Creditor)* |
| **JEFFREY D. OLSTER**<br>LEWIS BRISBOIS BISGAARD & | | |

| | | |
|---|---|---|
| SMITH, LLP<br>6385 S. RAINBOW BLVD., STE 600<br>LAS VEGAS, NV 89118<br>702-893-3383<br>702-893-3789 (fax)<br>sallade@lbbslaw.com<br>  Assigned: 07/02/2009<br>  TERMINATED: 07/29/2011 | representing | **HARSCH INVESTMENT PROPERTIES - NEVADA, LLC**<br>*(Creditor)*<br>PRO SE |
| **ABID QURESHI**<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>ONE BRYANT PARK<br>NEW YORK, NY 10036<br>212-872-8027<br>aqureshi@akingump.com<br>  Assigned: 10/20/2011<br>  LEAD ATTORNEY | representing | **REORGANIZED DEBTORS**<br>*(Interested Party)* |
| **ERIC RANSAVAGE**<br>SHINNICK RYAN & RANSAVAGE PC<br>2881 BUSINESS PARK CT., STE 210<br>LAS VEGAS, NV 89128<br>(702) 631-8014<br>702-631-8024 (fax)<br>eransavage@ssllplaw.com<br>  Assigned: 12/22/2009 | representing | **LESLIE BLASCO**<br>SHINNICK RYAN & RANSAVAGE P.C.<br>2881 BUSINESS PARK CT, STE 210<br>LAS VEGAS, NV 89001<br>631-8014<br>631-8024 (fax)<br>*(Creditor)* |
| **JACOB J ROBERTS**<br>DIAMOND MCCARTHY LLP<br>909 FANNIN<br>15TH FLOOR<br>HOUSTON, TX 77010<br>713-333-5100<br>713-333-5199 (fax)<br>jroberts@diamondmccarthy.com<br>  Assigned: 08/11/2011 | representing | **THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC**<br>*(Other Prof.)* |
| **BRIAN D. SHAPIRO**<br>LAW OFFICE OF BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS, NV 89101<br>(702) 386-8600<br>(702) 383-0994 (fax)<br>brian@brianshapirolaw.com<br>  Assigned: 08/10/2011 | representing | **THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC**<br>*(Other Prof.)* |
| **SHLOMO S. SHERMAN**<br>KOLESAR & LEATHAM<br>400 S. RAMPART BOULEVARD<br>LAS VEGAS, NV 89145 | | **REORGANIZED DEBTORS** |

(702) 362-7800  
(702) 362-9472 (fax)  
ssherman@klnevada.com  
  *Assigned: 03/31/2011*

**ROSA SOLIS-RAINEY**  
MORRIS LAW GROUP  
900 BANK OF AMERICA BLDG  
300 SO. FOURTH STREET  
LAS VEGAS, NV 89101  
(702) 474-9400  
(702) 474-9422 (fax)  
rsr@morrislawgroup.com  
  *Assigned: 05/02/2012*  
   *TERMINATED: 05/03/2012*

representing    (Interested Party)

**DELOITTE & TOUCHE LLP**  
representing    *(Interested Party)*  
PRO SE

**DELOITTE TAX, LLP**  
*(Interested Party)*  
PRO SE

**MARK R. SOMERSTEIN**  
ROPES & GRAY LLP  
1211 AVENUE OF THE AMERICAS  
NEW YORK, NY 10036  
(212) 596 9000  
(212) 596 9090 (fax)  
mark.somerstein@ropesgray.com  
  *Assigned: 04/16/2009*  
  *LEAD ATTORNEY*

representing    **WELLS FARGO BANK, N.A.**  
*(Creditor)*

**JAMES I STANG**  
10100 SANTA MONICA BLVD #1100  
LOS ANGELES, CA 90067  
  *Assigned: 05/06/2009*

representing    **THE RHODES COMPANIES, LLC**  
C/O DUNHILL HOMES  
ATTN: JULIE OWEN  
4835 LBJ FREEWAY, SUITE 700  
DALLAS, TX 75244  
*(Debtor)*

**JEFFREY R. SYLVESTER**  
1731 VILLAGE CENTER CIRCLE  
LAS VEGAS, NV 89134  
(702) 952-5200  
(702) 952-5205 (fax)  
jeff@sylvesterpolednak.com  
  *Assigned: 07/09/2009*

representing    **CREDIT SUISSE, CAYMAN ISLANDS BRANCH**  
c/o SYLVESTER & POLEDNAK, LTD.  
7371 PRAIRIE FALCON RD.  
SUITE 120  
LAS VEGAS, NV 89128  
702-952-5200  
702-952-5205 (fax)  
jeff@sylvesterpolednak.com  
*(Creditor)*

**TIMOTHY P. THOMAS**  
LAW OFFICES OF TIMOTHY P. THOMAS, LLC  
1771 E. FLAMINGO RD, STE B-212  
LAS VEGAS, NV 89119  
(702) 227-0011

representing    **STEERING COMMITTEE OF SENIOR SECURED LENDERS**  
*(Creditor)*

(702) 227-0334 (fax)
tthomas@tthomaslaw.com
 *Assigned: 04/16/2009*
 *LEAD ATTORNEY*

**ELIZABETH W WALKER**
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, STE 4000
LOS ANGELES, CA 90013
213-896-6172
 *Assigned: 04/01/2013*
 *LEAD ATTORNEY*

representing

**CREDIT SUISSE (USA) INC**
*(Creditor)*

**CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH**
*(Creditor)*

**CREDIT SUISSE AG, NEW YORK BRANCH**
*(Creditor)*

**CREDIT SUISSE AG, NEY YORK BRANCH**
*(Creditor)*

**CREDIT SUISSE HOLDINGS (USA) INC**
*(Creditor)*

**CREDIT SUISSE SECURITIES (USA) LLC**
*(Creditor)*

**DONALD H. WILLIAMS**
501 S. RANCHO DR. #D-22
LAS VEGAS, NV 89106
(702) 320-7755
(702) 320-7760 (fax)
DonaldHWilliamsLaw@gmail.com
 *Assigned: 05/11/2009*

representing

**Westar Kitchen & Bath, LLC**
c/o Williams & Wiese
612 South Tenth Street
Las Vegas, NV 89101
*(Creditor)*

**GREGORY F WILSON**
GREGORY F. WILSON & ASSOCIATES PC
2550 SPINNAKER DRIVE
RENO, NV 89519
(775) 360 4910
(775) 360 4911 (fax)
gfw@gfwilsonlaw.com
 *Assigned: 09/15/2011*

representing

**SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON**
*(Witness)*

**MICHAEL B WIXOM**
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
(702) 252-5002
mbw@slwlaw.com
 *Assigned: 09/15/2011*

representing

**MUTUAL OF OMAHA BANK**
C/O MICHAEL B.WIXOM
1935 VILLAGE CENTER CR
LAS VEGAS, NV 89134
*(Interested Party)*

**MICHAEL YODER**

DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010
(713) 333 5100
(713) 333 5199 (fax)
myoder@diamondmccarthy.com
*Assigned: 08/11/2011*

representing **THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC**
*(Other Prof.)*