NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                         BK–09–14814–gwz
CHAPTER 11

THE RHODES COMPANIES, LLC

                         Debtor(s)                     NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *1843* – Motion for Relief from Stay Property: Insurance Proceeds Fee Amount $176. Filed by GREGORY H. KING on behalf of U.S. HOME CORPORATION, GREYSTONE NEVADA, LLC (Attachments: # 1 Exhibit 1 – Barlow – First Amended Complaint # 2 Exhibit 2 – Huynh – Second Amended Complaint # 3 Exhibit 3 – Ballard – Second Amended Complaint)(KING, GREGORY) |
| | *1845* – Notice of Hearing Hearing Date: 12/08/2016 Hearing Time: 9:30 a.m. Filed by GREGORY H. KING on behalf of GREYSTONE NEVADA, LLC, U.S. HOME CORPORATION (Related document(s)1843 Motion for Relief from Stay filed by Creditor GREYSTONE NEVADA, LLC, Creditor U.S. HOME CORPORATION) (KING, GREGORY) |
| Filed On: | 11/2/16 |
| With A Hearing Date Of: | 12/8/16 |
| And A Hearing Time Of: | 9:30 AM |

The reason(s) for the required correction(s) is as follows:

    \*    PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file in correct case immediately.

Dated: 11/3/16

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**