Gregory H. King, Bar No. 7777
ghk@paynefears.com
Matthew L. Durham, Bar No. 10342
mld@paynefears.com
Chad D. Olsen, Bar No. 12060
cdo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for GREYSTONE NEVADA, LLC
and U.S. HOME CORPORATION

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Debtor.<br><br>Affects:<br><br>☐    All Debtors<br>☒    Affects of the following Debtor(s)<br>Geronimo Plumbing, LLC<br>(Case No.: 09-14820) | Case No.: BK-S-09-14814-LBR<br>(Jointly Administered)<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>Hearing Date: December 8, 2016<br>Hearing Time: 9:30 a.m. |

1.      On November 4, 2016, I served the following document(s):

**NOTICE OF NON OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

2.      I served the above-named document(s) by the following means to the persons as listed below:

        *(Check all that apply)*

☒      **a. ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐      **b. United States mail, postage fully prepaid**
        *(List persons and addresses. Attach additional paper if necessary)*

☐      **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

        I personally delivered the document(s) to the persons at these addresses:

*Sidebar (left margin):* PAYNE & FEARS LLP — ATTORNEYS AT LAW — 7251 W. LAKE MEAD BLVD., SUITE 525 — LAS VEGAS, NEVADA 89128 — (702) 851-0300

☐   For a party represented by an attorney, delivery was made by handing the document(s)    to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   **d. By direct email (as opposed to through the ECF System)**
**(List persons and email addresses. Attach additional paper if necessary)**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   **e. By fax transmission (List persons and fax numbers. Attach additional paper if necessary)**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used . A copy of the record of the fax transmission is attached.

☐   **f. By messenger (List persons and addresses. Attach additional paper if necessary)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on (date): November 4, 2016**

**Alexis Holman**
(NAME OF DECLARANT)

**/s/ Alexis Holman**
(SIGNATURE OF DECLARANT)

4830-2967-2251.1

---

**PAYNE & FEARS LLP**
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

# Service List

**KEVIN N. ANDERSON**
FABIAN & CLENDENIN
215 S. STATE STREET, STE #1200
SALT LAKE CITY, UT 84111
(801) 323 2225
(801) 596 2814 (fax)
kanderson@fabianlaw.com
*Assigned: 08/20/2010*

representing

**JAMES RHODES**
c/o BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY.
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

*Assigned: 07/03/2012*
*LEAD ATTORNEY*

representing

**JAMES RHODES**
c/o BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY.
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

**BRETT A. AXELROD**
FOX ROTHSCHILD LLP
1980 FESTIVAL PLAZA DRIVE
STE 700
LAS VEGAS, NV 89135
(702) 262-6899
(702) 597-5503 (fax)
baxelrod@foxrothschild.com
*Assigned: 04/14/2009*

representing

**SAGEBRUSH ENTERPRISES, INC.**
c/o BRETT AXELROD, ESQ.
GREENBERG TAURIG, LLP
3773 HOWARD HUGHES PARKWAY
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

**JAMES RHODES**
c/o BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY.
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

**J. THOMAS BECKETT**

201 SOUTH MAIN STREET,
SUITE 1800
POB 45898
SALT LAKE CITY, UT 84145
ECF@parsonsbehle.com
 *Assigned: 06/18/2009*
 *TERMINATED: 01/30/2013*

representing

**CREDITORS COMMITTEE**
*(Creditor)*
PRO SE

**DEAN S. BENNETT**
400 S. 4TH STREET, 3RD FLR
LAS VEGAS, NV 89101
 *Assigned: 12/28/2012*
 *LEAD ATTORNEY*

representing

**GREYSTONE NEVADA, LLC**
*(Creditor)*

**LORI BROWN**
HYMSON GOLDSTEIN &
PANTILIAT
14646 N. KIERLAND BLVD.
SUITE 255
SCOTTSDALE, AZ 85254
480-991-9077
480-443-8854 (fax)
lbrown@legalcounselors.com
 *Assigned: 10/11/2011*

representing

**Las Vegas Supply, Inc.**
3250 W. Harmon Avenue
Las Vegas, NV 89103
702-891-8500
*(Creditor)*

**CARLETON R. BURCH**
ANDERSON, MCPHARLIN &
CONNERS LLP
777 N. RAINBOW BLVD., STE 145
LAS VEGAS, NV 89107
(702) 479-1010
crb@amclaw.com
 *Assigned: 09/01/2011*
 *TERMINATED: 09/06/2011*

representing

**STANLEY CONSULTANTS, INC.**
*(Creditor)*

**SHIRLEY S. CHO**
PACHULSKI STANG ZIEHL &
JONES LLP
10100 SANTA MONICA BLVD,
11TH FLR
LOS ANGELES, CA 90067
(310) 277-6910
scho@pszjlaw.com
 *Assigned: 05/06/2009*

representing

**THE RHODES COMPANIES, LLC**
C/O DUNHILL HOMES
ATTN: JULIE OWEN
4835 LBJ FREEWAY, SUITE 700
DALLAS, TX 75244
*(Debtor)*

**JANET L. CHUBB**
KAEMPFER CROWELL
50 W. LIBERTY ST., STE. 700
RENO, NV 89501
(775) 398 4740
(775) 852 3900 (fax)
lbubala@kcnvlaw.com
 *Assigned: 04/17/2009*
 *TERMINATED: 06/11/2014*

representing

**COMMERCE ASSOCIATES, LLC**
c/o Janet L. Chubb
Jones Vargas
100 West Liberty St 12th Flr
P.O.Box 281
Reno, NV 89504
*(Creditor)*

**DAVID A. COLVIN**

LAS VEGAS PAIUTE TRIBE
ONE PAIUTE DR
LAS VEGAS, NV 89106
(702) 386 3926
(702) 383 4019 (fax)
dcolvin@lvpaiute.com
  *Assigned: 06/05/2009*

representing

**DANA KEPNER COMPANIES, LLC**
MARQUIS & AURBACH
ATTN: DAVID A. COLVIN, ESQ.
10001 PARK RUN DRIVE
LAS VEGAS, NV 89145
702-382-0711
*(Creditor)*

**NATALIE M. COX**
US DEPT OF JUSTICE, OUST
844 KING ST, STE 22007
LOCKBOX 35
WILMINGTON, DE 19801
(3032) 573 6491
(302) 573 6497 (fax)
ncox@klnevada.com
  *Assigned: 12/23/2011*

representing

**REORGANIZED DEBTORS**
*(Interested Party)*

  *Assigned: 04/24/2012*
  *LEAD ATTORNEY*

representing

**REORGANIZED DEBTORS**
*(Interested Party)*

  *Assigned: 10/10/2014*

representing

**EUGENE DAVIS**
*(Interested Party)*

**THOMAS E. CROWE**
2830 S. JONES BLVD. # 3
LAS VEGAS, NV 89146
(702) 794-0373
(702) 794-0734 (fax)
tcrowe@thomascrowelaw.com
  *Assigned: 08/20/2009*

representing

**VIRGINIA SPRINGALL-SMITH**
7381 W. CHARLESTON BLVD.
SUITE 110
LAS VEGAS
TCROWE@LVCM.COM
*(Creditor)*

  *Assigned: 04/13/2010*

representing

**SHANE SMITH**
7381 W. Charleston
Suite 110
Las Vegas, NV 89129
(702) 794-0373
tcrowe@lvcm.com
*(Creditor)*

**DON S DEAMICIS**
1 INTERNATIONAL PL
BOSTON, MA 02210
(617) 951-7732
  *Assigned: 04/16/2009*
  *LEAD ATTORNEY*

representing

**WELLS FARGO BANK, N.A.**
*(Creditor)*

**DAMON K. DIAS**
DIAS LAW GROUP, LTD.
725 S. 8TH STREET, SUITE A
LAS VEGAS, NV 89101
(702) 380-3011
ddias@diaslawgroup.com
  *Assigned: 04/26/2010*

representing

**X-It at 215, LLC**
C/O Damon K. Dias
601 S. Sixth Street
Las Vegas, NV 89106
*(Creditor)*

**TRACY A. DIFILLIPPO**

ARMSTRONG TEASDALE LLP
3770 HOWARD HUGHES PKWY.,
STE 200
LAS VEGAS, NV 89169
(702) 678-5070
(702) 878-9995 (fax)
tdifillippo@armstrongteasdale.com
 *Assigned: 07/19/2011*

representing

**COMMERCE ASSOCIATES, LLC**
c/o Janet L. Chubb
Jones Vargas
100 West Liberty St 12th Flr
P.O.Box 281
Reno, NV 89504
*(Creditor)*

**RICHARD I. DREITZER**
WILSON ELSER MOSKOWITZ
EDELMAN
300 SO 4TH ST, 11TH FLR
LAS VEGAS, NV 89101
(702) 727.1400
(702) 727.1401 (fax)
Richard.Dreitzer@wilsonelser.com
 *Assigned: 06/24/2009*
 *TERMINATED: 05/03/2011*

representing

**Inc. Integrity Masonry**
*(Creditor)*
PRO SE

**PHILIP C. DUBLIN**
AKIN GUMP STRAUSS HAUER &
FELD
ONE BRYANT PARK
NEW YORK, NY 10036
212-872-8083
pdublin@akingump.com
 *Assigned: 10/20/2011*
 *LEAD ATTORNEY*

representing

**REORGANIZED DEBTORS**
*(Interested Party)*

**CONOR P. FLYNN**
ARMSTRONG TEASDALE, LLP
3770 HOWARD HUGHES PKWY.,
STE 200
LAS VEGAS, NV 89169
702-678-5070
702-878-9995 (fax)
cflynn@armstrongteasdale.com
 *Assigned: 04/25/2011*

representing

**COMMERCE ASSOCIATES, LLC**
c/o Janet L. Chubb
Jones Vargas
100 West Liberty St 12th Flr
P.O.Box 281
Reno, NV 89504
*(Creditor)*

**PHILIP S. GERSON**
GERSON LAW OFFICE
1835 VILALGE CENTER CR
LAS VEGAS, NV 89134-6369
(702) 385-5533
(702) 382 8891 (fax)
Philip@gersonnvlaw.com
 *Assigned: 09/10/2009*

representing

**CLARK COUNTY**
pgerson@ocgd.com
*(Creditor)*

**REW R. GOODENOW**
PARSONS BEHLE & LATIMER
50 W LIBERTY ST, STE 750
RENO, NV 89501
(775) 323-1601
(775) 348 7250 (fax)
ecf@parsonsbehle.com

representing

**CREDITORS COMMITTEE**
*(Creditor)*
PRO SE

*Assigned: 06/04/2009*
*TERMINATED: 01/30/2013*

*Assigned: 11/27/2013*

representing

**CITY OF HENDERSON**
*(Creditor)*

**GORDON R. GOOLSBY**
2850 W HORIZON RIDGE PKWY,
STE 200
HENDERSON, NV 89052
(702) 629-8173
gordon@goolsbylawltd.com
*Assigned: 12/27/2012*

representing

**COMMERCE ASSOCIATES, LLC**
c/o Janet L. Chubb
Jones Vargas
100 West Liberty St 12th Flr
P.O.Box 281
Reno, NV 89504
*(Creditor)*

**KIRBY C. GRUCHOW, JR.**
LEACH JOHNSON SONG &
GRUCHOW
5495 SOUTH RAINBOW BLVD.,
STE 202
LAS VEGAS, NV 89118
(702) 538-9074
(702) 538-9113 (fax)
hkelley@leachjohnson.com
*Assigned: 05/03/2010*

representing

**NEVADA POWER COMPANY**
LEACH JOHNSON SONG & GURCHOW
5495 S. RAINBOW BLVD, STE 202
ATTN: KIRBY C. GRUCHOW JR., ESQ.
LAS VEGAS, NV 89118
(702) 538-9074
(702) 538-9113 (fax)
hkelley@leachjohnson.com
*(Creditor)*

**DAVID R HAGUE**
FABIAN & CLENDENIN
215 SOUTH STATE STREET, STE
1200
SALT LAKE CITY, UT 84111-2323
801-323-2238
dhague@fabianlaw.com
*Assigned: 09/07/2011*
*LEAD ATTORNEY*

representing

**JAMES RHODES**
c/o BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY.
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

**CAROL L. HARRIS**
KEMP, JONES & COULTHARD,
LLP.
3800 HOWARD HUGHES PKY,
17TH FLR
LAS VEGAS, NV 89169
(702) 385-6000
(702) 385-6001 (fax)
c.harris@kempjones.com
*Assigned: 01/19/2010*

representing

**In re Kitec Fitting Litigation Class Plaintiffs**
*(Creditor)*

**TROY L ISAACSON**
3811 W CHARLESTON BLVD #110
LAS VEGAS, NV 89102
(702) 366 1900
*Assigned: 08/06/2010*
*LEAD ATTORNEY*

representing

**CHARLES BAGLEY**
C/O TROY ISAACSON
3811 WEST CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102
*(Creditor)*

**DORIS LOFTON**
C/O TROY ISAACSON

3811 WEST CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102
*(Creditor)*

**RICKEY LOFTON**
C/O TROY ISAACSON
3811 WEST CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102
*(Creditor)*

**WENDY BAGLEY**
C/O TROY ISAACSON
3811 WEST CHARLESTON BLVD., SUITE 110
LAS VEGAS, NV 89102
*(Creditor)*

| | | |
|---|---|---|
| **ROBERT R. KINAS**<br>SNELL & WILMER LLP<br>3883 HOWARD HUGHES<br>PARKWAY #1100<br>LAS VEGAS, NV 89169<br>(702)784-5200<br>(702)784-5252 (fax)<br>rkinas@swlaw.com<br>*Assigned: 07/20/2009* | representing | **CATERPILLAR FINANCIAL SERVICES CORPORATION**<br>c/o Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>702-784-5200<br>702-784-5252 (fax)<br>rkinas@swlaw.com<br>*(Creditor)* |
| **MEREDITH A. LAHAIE**<br>ONE BRYANT PARK<br>NEW YORK, NY 10036<br>*Assigned: 10/20/2011*<br>*LEAD ATTORNEY* | representing | **REORGANIZED DEBTORS**<br>*(Interested Party)* |
| **BART K. LARSEN**<br>400 SOUTH RAMPART<br>BOULEVARD<br>SUITE 400<br>LAS VEGAS, NV 89145<br>(702) 362-7800<br>(702) 362-9472 (fax)<br>blarsen@klnevada.com<br>*Assigned: 06/29/2009* | representing | **Reef Colonial, LLC**<br>Deaner, Deaner, Scann, Malan & Larsen<br>Paul R. Connaghan, Esq<br>720 S. Fourth St, Suite 300<br>Las Vegas, NV 89101<br>702-382-6911<br>702-366-0854 (fax)<br>*(Creditor)* |
| **ZACHARIAH LARSON**<br>LARSON & ZIRZOW<br>850 E. BONNEVILLE AVE.<br>LAS VEGAS, NV 89101<br>(702) 382-1170<br>(702) 382-1169 (fax)<br>carey@lzlawnv.com<br>*Assigned: 03/31/2009*<br>*LEAD ATTORNEY*<br><br>*Assigned: 06/17/2010* | representing<br><br><br><br>representing | **THE RHODES COMPANIES, LLC**<br>C/O DUNHILL HOMES<br>ATTN: JULIE OWEN<br>4835 LBJ FREEWAY, SUITE 700<br>DALLAS, TX 75244<br>*(Debtor)*<br><br>**REORGANIZED DEBTORS**<br>*(Interested Party)* |

**NILE LEATHAM**

KOLESAR & LEATHAM
400 SO RAMPART BLVD, STE 400
LAS VEGAS, NV 89145
(702) 362-7800
(702) 362-9472 (fax)
nleatham@klnevada.com
*Assigned: 04/01/2009*

*Assigned: 05/27/2010*

representing

**STEERING COMMITTEE OF SENIOR SECURED LENDERS**
*(Creditor)*

**REORGANIZED DEBTORS**
*(Interested Party)*

**DAVID S. LEE**
7575 VEGAS DR., #150
LAS VEGAS, NV 89128
(702) 880-9750
dlee@lee-lawfirm.com
*Assigned: 06/08/2009*
*TERMINATED: 06/15/2009*

representing

**THE RHODES COMPANIES, LLC**
C/O DUNHILL HOMES
ATTN: JULIE OWEN
4835 LBJ FREEWAY, SUITE 700
DALLAS, TX 75244
*(Debtor)*

**CHARLES M. LITT**
FEINBERG GRANT MAYFIELD
KANEDA & LITT
1955 VILLAGE CENTER CR.
LAS VEGAS, NV 89134
(702) 947-4900
(702) 947-4901 (fax)
efilings@hotmail.com
*Assigned: 07/30/2009*
*TERMINATED: 05/05/2011*
*LEAD ATTORNEY*

representing

**THE PRESERVE AT ELKHORN SPRINGS HOMEOWNERS ASSOCIATION, INC.**
C/O FEINBERG GRANT MAYFIELD KANEDA & LIT
1955 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
(702) 947-4900
(702) 947-4901 (fax)
efilings@hotmail.com
*(Creditor)*
PRO SE

**ANNE M. LORADITCH**
THE BACH LAW FIRM, LLC
7881 W CHARLESTON, STE 165
LAS VEGAS, NV 89117
(702) 925-8787
(702) 925-8788 (fax)
aloraditch@bachlawfirm.com
*Assigned: 06/17/2010*

representing

**JAMES RHODES**
c/o BRETT A. AXELROD, ESQ.
GREENBERG TRAURIG, LLP
3773 HOWARD HUGHES PKWY.
SUITE 400 NORTH
LAS VEGAS, NV 89169
702-792-3773
702-792-9002 (fax)
axelrodb@gtlaw.com
*(Creditor)*

**VIRGINIA CRONAN LOWE**
U.S. DEPT OF JUSTICE, TAX
DIVISION
POB 683
BEN FRANKLIN STATION
WASHINGTON, DC 20044
202-307-6484
202-307-0054 (fax)
virginiacronan.lowe@usdoj.gov
*Assigned: 09/28/2009*

representing

**UNITED STATES OF AMERICA - INTERNAL REVENUE SERVICE**
*(Creditor)*

**JAMES B MACROBBIE**
NA, NA
*Assigned: 11/16/2009*

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH**
c/o SYLVESTER & POLEDNAK, LTD.
7371 PRAIRIE FALCON RD.

|  |  |  |
|---|---|---|
|  |  | SUITE 120<br>LAS VEGAS, NV 89128<br>702-952-5200<br>702-952-5205 (fax)<br>jeff@sylvesterpolednak.com<br>*(Creditor)* |
| **ERIC D. MADDEN**<br>1201 ELM STREET SUITE 3400<br>DALLAS, TX 75270<br>(214) 389-5300<br>(214) 389-5399 (fax)<br>emadden@diamondmccarthy.com<br>*Assigned: 08/11/2011* | representing | **THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC**<br>*(Other Prof.)* |
| **ROBERT C. MADDOX**<br>ROBERT C. MADDOX &<br>ASSOCIATES<br>3811 W CHARLESTON BLVD,<br>#110<br>LAS VEGAS, NV 89102<br>(702) 366 1900<br>(702) 366 1999 (fax)<br>rmaddox@maddoxandassociates.com<br>*Assigned: 05/06/2011*<br>*LEAD ATTORNEY* | representing | **WIRSBO CLAIMANTS**<br>*(Creditor)* |
| **JANIECE S MARSHALL**<br>200 LEWIS AVE, 2ND FLR<br>LAS VEGAS, NV 89155<br>(702) 671 3361<br>janiece.marshall@clarkcountynv.gov<br>*Assigned: 08/12/2009* | representing | **STANLEY CONSULTANTS, INC.**<br>*(Creditor)* |
| **EDWARD M. MCDONALD**<br>OFFICE OF U.S. TRUSTEE<br>300 LAS VEGAS BLVD., SO., STE<br>4300<br>LAS VEGAS, NV 89101<br>(702) 388-6600<br>edward.m.mcdonald@usdoj.gov<br>*Assigned: 04/28/2009* | representing | **U.S. TRUSTEE - LV - 11, 11**<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101<br>USTPRegion17.lv.ecf@usdoj.gov<br>*(U.S. Trustee)* |
| **SUSAN L. MYERS**<br>LEGAL AID CENTER OF<br>SOUTHERN NEVADA<br>725 E. CHARLESTON BLVD.<br>LAS VEGAS, NV 89104<br>(702) 386-1070<br>(702) 366-0569 (fax)<br>smyers@lacsn.org<br>*Assigned: 08/04/2009*<br>*TERMINATED: 08/04/2009* | representing | **CREDIT SUISSE, CAYMAN ISLANDS BRANCH**<br>c/o SYLVESTER & POLEDNAK, LTD.<br>7371 PRAIRIE FALCON RD.<br>SUITE 120<br>LAS VEGAS, NV 89128<br>702-952-5200<br>702-952-5205 (fax)<br>jeff@sylvesterpolednak.com<br>*(Creditor)* |

**JEFFREY D. OLSTER**
LEWIS BRISBOIS BISGAARD &

SMITH, LLP
6385 S. RAINBOW BLVD., STE
600
LAS VEGAS, NV 89118
702-893-3383
702-893-3789 (fax)
sallade@lbbslaw.com
  *Assigned: 07/02/2009*
  *TERMINATED: 07/29/2011*

representing

**HARSCH INVESTMENT PROPERTIES - NEVADA,
LLC**
*(Creditor)*
PRO SE

**ABID QURESHI**
AKIN GUMP STRAUSS HAUER &
FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036
212-872-8027
aqureshi@akingump.com
  *Assigned: 10/20/2011*
  *LEAD ATTORNEY*

representing

**REORGANIZED DEBTORS**
*(Interested Party)*

**ERIC RANSAVAGE**
SHINNICK RYAN & RANSAVAGE
PC
2881 BUSINESS PARK CT., STE
210
LAS VEGAS, NV 89128
(702) 631-8014
702-631-8024 (fax)
eransavage@ssllplaw.com
  *Assigned: 12/22/2009*

representing

**LESLIE BLASCO**
SHINNICK RYAN & RANSAVAGE P.C.
2881 BUSINESS PARK CT, STE 210
LAS VEGAS, NV 89001
631-8014
631-8024 (fax)
*(Creditor)*

**JACOB J ROBERTS**
DIAMOND MCCARTHY LLP
909 FANNIN
15TH FLOOR
HOUSTON, TX 77010
713-333-5100
713-333-5199 (fax)
jroberts@diamondmccarthy.com
  *Assigned: 08/11/2011*

representing

**THE LITIGATION TRUST OF THE RHODES
COMPANIES, LLC**
*(Other Prof.)*

**BRIAN D. SHAPIRO**
LAW OFFICE OF BRIAN D.
SHAPIRO
510 S. 8TH STREET
LAS VEGAS, NV 89101
(702) 386-8600
(702) 383-0994 (fax)
brian@brianshapirolaw.com
  *Assigned: 08/10/2011*

representing

**THE LITIGATION TRUST OF THE RHODES
COMPANIES, LLC**
*(Other Prof.)*

**SHLOMO S. SHERMAN**
KOLESAR & LEATHAM
400 S. RAMPART BOULEVARD
LAS VEGAS, NV 89145

**REORGANIZED DEBTORS**

(702) 362-7800
(702) 362-9472 (fax)
ssherman@klnevada.com
*Assigned: 03/31/2011*

representing    *(Interested Party)*

**ROSA SOLIS-RAINEY**
MORRIS LAW GROUP
900 BANK OF AMERICA BLDG
300 SO. FOURTH STREET
LAS VEGAS, NV 89101
(702) 474-9400
(702) 474-9422 (fax)
rsr@morrislawgroup.com
*Assigned: 05/02/2012*
*TERMINATED: 05/03/2012*

representing

**DELOITTE & TOUCHE LLP**
*(Interested Party)*
PRO SE

**DELOITTE TAX, LLP**
*(Interested Party)*
PRO SE

**MARK R. SOMERSTEIN**
ROPES & GRAY LLP
1211 AVENUE OF THE
AMERICAS
NEW YORK, NY 10036
(212) 596 9000
(212) 596 9090 (fax)
mark.somerstein@ropesgray.com
*Assigned: 04/16/2009*
*LEAD ATTORNEY*

representing

**WELLS FARGO BANK, N.A.**
*(Creditor)*

**JAMES I STANG**
10100 SANTA MONICA BLVD
#1100
LOS ANGELES, CA 90067
*Assigned: 05/06/2009*

representing

**THE RHODES COMPANIES, LLC**
C/O DUNHILL HOMES
ATTN: JULIE OWEN
4835 LBJ FREEWAY, SUITE 700
DALLAS, TX 75244
*(Debtor)*

**JEFFREY R. SYLVESTER**
1731 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134
(702) 952-5200
(702) 952-5205 (fax)
jeff@sylvesterpolednak.com
*Assigned: 07/09/2009*

representing

**CREDIT SUISSE, CAYMAN ISLANDS BRANCH**
c/o SYLVESTER & POLEDNAK, LTD.
7371 PRAIRIE FALCON RD.
SUITE 120
LAS VEGAS, NV 89128
702-952-5200
702-952-5205 (fax)
jeff@sylvesterpolednak.com
*(Creditor)*

**TIMOTHY P. THOMAS**
LAW OFFICES OF TIMOTHY P.
THOMAS, LLC
1771 E. FLAMINGO RD, STE B-
212
LAS VEGAS, NV 89119
(702) 227-0011

representing

**STEERING COMMITTEE OF SENIOR SECURED LENDERS**
*(Creditor)*

(702) 227-0334 (fax)
tthomas@tthomaslaw.com
*Assigned: 04/16/2009*
*LEAD ATTORNEY*

**ELIZABETH W WALKER**
SIDLEY AUSTIN LLP
555 WEST FIFTH STREET, STE
4000
LOS ANGELES, CA 90013          representing   **CREDIT SUISSE (USA) INC**
213-896-6172                                  *(Creditor)*
*Assigned: 04/01/2013*
*LEAD ATTORNEY*

**CREDIT SUISSE AG, CAYMAN ISLANDS
BRANCH**
*(Creditor)*

**CREDIT SUISSE AG, NEW YORK BRANCH**
*(Creditor)*

**CREDIT SUISSE AG, NEY YORK BRANCH**
*(Creditor)*

**CREDIT SUISSE HOLDINGS (USA) INC**
*(Creditor)*

**CREDIT SUISSE SECURITIES (USA) LLC**
*(Creditor)*

**DONALD H. WILLIAMS**
501 S. RANCHO DR. #D-22          **Westar Kitchen & Bath, LLC**
LAS VEGAS, NV 89106              c/o Williams & Wiese
(702) 320-7755       representing   612 South Tenth Street
(702) 320-7760 (fax)             Las Vegas, NV 89101
DonaldHWilliamsLaw@gmail.com     *(Creditor)*
*Assigned: 05/11/2009*

**GREGORY F WILSON**
GREGORY F. WILSON &
ASSOCIATES PC
2550 SPINNAKER DRIVE             **SANTORO, DRIGGS, WALCH, KEARNEY,**
RENO, NV 89519       representing   **HOLLEY & THOMPSON**
(775) 360 4910                   *(Witness)*
(775) 360 4911 (fax)
gfw@gfwilsonlaw.com
*Assigned: 09/15/2011*

**MICHAEL B WIXOM**
HILLS CENTER BUSINESS PARK       **MUTUAL OF OMAHA BANK**
1935 VILLAGE CENTER CIRCLE       C/O MICHAEL B.WIXOM
LAS VEGAS, NV 89134  representing   1935 VILLAGE CENTER CR
(702) 252-5002                   LAS VEGAS, NV 89134
mbw@slwlaw.com                   *(Interested Party)*
*Assigned: 09/15/2011*

**MICHAEL YODER**

DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010
(713) 333 5100
(713) 333 5199 (fax)
myoder@diamondmccarthy.com
 *Assigned: 08/11/2011*

representing

**THE LITIGATION TRUST OF THE RHODES
COMPANIES, LLC**
*(Other Prof.)*