E-File:  December 7, 2016

Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: zlarson@lzlawnv.com

Attorneys for Reorganized Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>              Debtors.<br><br>Affects:<br>☒     All Debtors<br>☐     Affects the following Debtor(s) | Case No.: BK-S-09-14814-gwz<br>(Jointly Administered)<br><br>Chapter 11<br><br>Date:      January 17, 2017<br>Time:      2:00 p.m.<br>Location:  Courtroom 1<br>              5th Flr., Clifton Young Courthouse<br>              300 Booth Street<br>              Reno, NV<br>Judge:    Honorable Gregg W. Zive |

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

## CERTIFICATE OF SERVICE

1.  On December 7, 2016, I served the following document(s):

### NOTICE OF HEARING

**MOTION OF REORGANIZED DEBTORS FOR FINAL DECREE UNDER
11 U.S.C. §§ 105 AND 350, FEDERAL RULE OF BANKRUPTCY PROCEDURE
3022 AND LOCAL RULE 3022 CLOSING CASE AS OF DECEMBER 31, 2016**

### VERIFIED FINAL REPORT

2.  I served the above-named document(s) by the following means to the persons as listed below: *(check all that apply)*

☐    a.    **United States mail, postage fully prepaid**
            *(List persons and addresses.  Attach additional paper if necessary)*

3.  On **December 7, 2016** I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

■    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): December 7, 2016

Sophia L. Lee                                    */s/Sophia L. Lee*
(Name of Declarant)                              (Signature of Declarant)

09-14814-lbr Notice will be electronically mailed to:

- KEVIN N. ANDERSON
kanderson@fabianlaw.com, kwall@fabianlaw.com

- BRETT A. AXELROD
baxelrod@foxrothschild.com,
pchlum@foxrothschild.com;mwilson@foxrothschild.com

- LORI BROWN    minute@legalcounselors.com

- PHILIP R. BYRNES
PBYRNES@LASVEGASNEVADA.GOV,
CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV

- SHIRLEY S. CHO    scho@pszjlaw.com

- DAVID A. COLVIN    dcolvin@lvpaiute.com

- THOMAS E. CROWE
tcrowe@thomascrowelaw.com

- DAMON K. DIAS    ddias@diaslawgroup.com,
jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com

- TRACY A. DIFILLIPPO
tdifillippo@armstrongteasdale.com,
jelia@armstrongteasdale.com

- CONOR P. FLYNN
cflynn@armstrongteasdale.com,
rclaus@armstrongteasdale.com

- PHILIP S. GERSON    Philip@gersonnvlaw.com,
dayana@wrightlawgroupnv.com

- REW R. GOODENOW    ecf@parsonsbehle.com

- GORDON R. GOOLSBY
gordon@goolsbylawltd.com

- JAMES D. GREENE
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

- KIRBY C. GRUCHOW
hkelley@leachjohnson.com

- DAVID R HAGUE    dhague@fabianlaw.com,
dromero@fabianlaw.com

- CAROL L. HARRIS    ade@kempjones.com

- WILLIAM H HEATON    will@nwhltd.com
- WILLIAM H HEATON    will@nwhltd.com
- RICHARD F. HOLLEY
rholley@nevadafirm.com,
oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com

- RODNEY M. JEAN    rmj@hmlawlv.com

- ROBERT R. KINAS    rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com

- GREGORY H. KING    ghk@paynefears.com,
nbabas@paynefears.com

- KEITH S. KNOCHEL
law@lawyersinarizona.com,
bank@lawyersinarizona.com

- BART K. LARSEN    blarsen@klnevada.com,
jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com

- ZACHARIAH LARSON    carey@lzlawnv.com,
mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com

- NILE LEATHAM    nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com

- ANNE M. LORADITCH
aloraditch@bachlawfirm.com,
sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com

- VIRGINIA CRONAN LOWE
virginiacronan.lowe@usdoj.gov,
Western.Taxcivil@usdoj.gov

- ERIC D. MADDEN    emadden@rctlegal.com,
jharlin@rctlegal.com

- ROBERT C. MADDOX
rmaddox@maddoxandassociates.com

- EDWARD M. MCDONALD
edward.m.mcdonald@usdoj.gov

- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

- SUSAN L. MYERS    smyers@lacsn.org, emontes@lacsn.org

- W. OWEN NITZ    owen@nwhltd.com, jim@nwhltd.com

- JEFFREY D. OLSTER    sallade@lbbslaw.com

- OMNI MANAGEMENT GROUP, LLC (bo) bosborne@omnimgt.com, sewing@omnimgt.com

- ERIC RANSAVAGE    agutierrez@ssllplaw.com

- JACOB J ROBERTS jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com

- NATHANAEL R. RULIS n.rulis@kempjones.com, a.augustine@kempjones.com

- MARVIN C. RUTH    dgarrett@LRRLaw.com

- BRIAN D. SHAPIRO brian@brianshapirolaw.com, connie@brianshapirolaw.com;ana@brianshapirolaw.com

- SHLOMO S. SHERMAN ssherman@klnevada.com, bankruptcy@klnevada.com;mbarnes@klnevada.com; ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com

- ROSA SOLIS-RAINEY rsr@morrislawgroup.com, fmi@morrislawgroup.com

- MARK R. SOMERSTEIN mark.somerstein@ropesgray.com

- ELIZABETH E. STEPHENS rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com

- JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com

- TIMOTHY P. THOMAS tthomas@tthomaslaw.com, lorena@tthomaslaw.com;assistant@tthomaslaw.com

- U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

- ELIZABETH W. WALKER ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

- ELIZABETH W. WALKER ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

- DAVID ALAN WALTON dwalton@pmmclaw.com

- DONALD H. WILLIAMS DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com

- GREGORY F WILSON gfw@gfwilsonlaw.com, pw@gfwilsonlaw.com

- MICHAEL B WIXOM    mbw@slwlaw.com, ef@slwlaw.com

- MICHAEL YODER myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com