E-File: December 8, 2016

Shirley S. Cho, Esq. (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
LARSON & ZIRZOW LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
Telephone: 702/382-1170
Facsimile: 702/382-1169
Email: zlarson@lzlawnv.com

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>Debtors.<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s) | Case No.: BK-S-09-14814-gwz<br>(Jointly Administered)<br><br>Chapter 11<br><br>Date:     January 17, 2017<br>Time:    2:00 p.m.<br>Location: Courtroom 1<br>           5th Flr., C. Clifton Young Courthouse<br>           300 Booth Street<br>           Reno, NV 89509<br>Judge:   Honorable Gregg W. Zive |

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

DOCS_SF:92760.1 73203/035

**AMENDED NOTICE OF HEARING**

**TO: ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the following is scheduled for January 17, 2017 at the hour of 2:00 p.m. in **Courtroom 1 of the 5th Flr., C. Clifton Young Courthouse 300 Booth Street Reno, NV 89509 before the Honorable Gregg W. Zive**:

The hearing on the *Motion of Reorganized Debtors for Final Decree Under 11 U.S.C. §§ 105 and 350, Federal Rule of Bankruptcy Procedure 3022 and Local Rule 3022 Closing Case as of December 31, 2016* (the "Motion")[2]. The Motion, among other things, requests that the Court enter an Order closing the above-referenced cases effective as of December 31, 2016.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, **C. Clifton Young Courthouse 300 Booth Street Reno, NV 89509**; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by calling the below counsel.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the requested relief must be filed and served by **January 3, 2017** pursuant to Local Rule 9014(d)(1). If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to Local Rule 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this Motion with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse* to allow you to *speak* at the scheduled hearing; and
>
> - The court may *rule against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that if a written response is not timely filed and served, the court may grant the Motion without calling the matter and without receiving arguments

---

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

DOCS_SF:92760.1 73203/035

or evidence. If a response is timely filed and served, the court may treat the initial hearing as a status and scheduling hearing.

**PLEASE TAKE FURTHER NOTICE** that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

DATED this 7th day of December, 2016.

**LARSON & ZIRZOW LLC**

 /s/ Zachariah Larson, Esq.
Zachariah Larson, Bar No. 7787
850 E. Bonneville Ave.
Las Vegas, NV 89101
Telephone: 702/382-1170
Facsimile:   702/382-1169
Email: zlarson@lzlawnv.com

Attorneys for Reorganized Debtors

DOCS_SF:92760.1 73203/035

# CERTIFICATE OF SERVICE

1. On December 8, 2016, I served the following document(s):

**AMENDED NOTICE OF HEARING**

2. I served the above-named document(s) by the following means to the persons as listed below: *(check all that apply)*

   ☐   a**.**   **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

3. On **December 7, 2016** I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ■   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): December 8, 2016

| Carey Shurtliff | */s/ Carey Shurtliff* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

DOCS_SF:92760.1 73203/035

09-14814-lbr Notice will be electronically mailed to:

- KEVIN N. ANDERSON kanderson@fabianlaw.com, kwall@fabianlaw.com
- BRETT A. AXELROD baxelrod@foxrothschild.com, pchlum@foxrothschild.com;mwilson@foxrothschild.com
- LORI BROWN    minute@legalcounselors.com
- PHILIP R. BYRNES PBYRNES@LASVEGASNEVADA.GOV, CKELLY@LASVEGASNEVADA.GOV;KHANSEN@LASVEGASNEVADA.GOV;BCOMELLA@LASVEGASNEVADA.GOV;JANDREWS@LASVEGASNEVADA.GOV
- SHIRLEY S. CHO    scho@pszjlaw.com
- DAVID A. COLVIN    dcolvin@lvpaiute.com
- THOMAS E. CROWE tcrowe@thomascrowelaw.com
- DAMON K. DIAS    ddias@diaslawgroup.com, jisselas@diaslawgroup.com;elizabethd@diaslawgroup.com
- TRACY A. DIFILLIPPO tdifillippo@armstrongteasdale.com, jelia@armstrongteasdale.com
- CONOR P. FLYNN cflynn@armstrongteasdale.com, rclaus@armstrongteasdale.com
- PHILIP S. GERSON    Philip@gersonnvlaw.com, dayana@wrightlawgroupnv.com
- REW R. GOODENOW    ecf@parsonsbehle.com
- GORDON R. GOOLSBY gordon@goolsbylawltd.com
- JAMES D. GREENE jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com
- KIRBY C. GRUCHOW hkelley@leachjohnson.com
- DAVID R HAGUE    dhague@fabianlaw.com, dromero@fabianlaw.com
- CAROL L. HARRIS    ade@kempjones.com
- WILLIAM H HEATON    will@nwhltd.com
- WILLIAM H HEATON    will@nwhltd.com
- RICHARD F. HOLLEY rholley@nevadafirm.com, oatamoh@nevadafirm.com;apestonit@nevadafirm.com;oswibies@nevadafirm.com;agandara@nevadafirm.com
- RODNEY M. JEAN    rmj@hmlawlv.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;jvelarde@swlaw.com
- GREGORY H. KING    ghk@paynefears.com, nbabas@paynefears.com
- KEITH S. KNOCHEL law@lawyersinarizona.com, bank@lawyersinarizona.com
- BART K. LARSEN    blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com;mbarnes@klnevada.com;blarsen@ecf.inforuptcy.com
- ZACHARIAH LARSON    carey@lzlawnv.com, mzirzow@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;nleatham@ecf.courtdrive.com
- ANNE M. LORADITCH aloraditch@bachlawfirm.com, sandra.herbstreit@bachlawfirm.com;jbach@bachlawfirm.com
- VIRGINIA CRONAN LOWE virginiacronan.lowe@usdoj.gov, Western.Taxcivil@usdoj.gov
- ERIC D. MADDEN    emadden@rctlegal.com, jharlin@rctlegal.com
- ROBERT C. MADDOX rmaddox@maddoxandassociates.com
- EDWARD M. MCDONALD edward.m.mcdonald@usdoj.gov
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- SUSAN L. MYERS    smyers@lacsn.org, emontes@lacsn.org
- W. OWEN NITZ    owen@nwhltd.com, jim@nwhltd.com
- JEFFREY D. OLSTER    sallade@lbbslaw.com
- OMNI MANAGEMENT GROUP, LLC (bo) bosborne@omnimgt.com, sewing@omnimgt.com
- ERIC RANSAVAGE    agutierrez@ssllplaw.com
- JACOB J ROBERTS jroberts@diamondmccarthy.com, cburrow@diamondmccarthy.com
- NATHANAEL R. RULIS n.rulis@kempjones.com, a.augustine@kempjones.com
- MARVIN C. RUTH    dgarrett@LRRLaw.com
- BRIAN D. SHAPIRO brian@brianshapirolaw.com, connie@brianshapirolaw.com;ana@brianshapirolaw.com
- SHLOMO S. SHERMAN ssherman@klnevada.com, bankruptcy@klnevada.com;mbarnes@klnevada.com;ssherman@ecf.inforuptcy.com;ssherman@ecf.inforuptcy.com
- ROSA SOLIS-RAINEY rsr@morrislawgroup.com, fmi@morrislawgroup.com
- MARK R. SOMERSTEIN mark.somerstein@ropesgray.com
- ELIZABETH E. STEPHENS rudolph@sullivanhill.com;hill@sullivanhill.com;millerick@sullivanhill.com;dabbieri@sullivanhill.com;bkstaff@sullivanhill.com
- JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com
- TIMOTHY P. THOMAS tthomas@tthomaslaw.com, lorena@tthomaslaw.com;assistant@tthomaslaw.com
- U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov
- ELIZABETH W. WALKER ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com

- ELIZABETH W. WALKER ewalker@sidley.com, twebber@sidley.com;mxanten@sidley.com
- DAVID ALAN WALTON dwalton@pmmclaw.com
- DONALD H. WILLIAMS DonaldHWilliamsLaw@gmail.com, taylorsellers@gmail.com
- GREGORY F WILSON gfw@gfwilsonlaw.com, pw@gfwilsonlaw.com
- MICHAEL B WIXOM    mbw@slwlaw.com, ef@slwlaw.com
- MICHAEL YODER myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

DOCS_SF:92760.1 73203/035

6