_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
January 26, 2017

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1]<br><br>    Debtors.<br><br>Affects:<br>☒ All Debtors<br>☐ Affects the following Debtor(s): | Case No.: BK-S-09-14814-gwz<br>(Jointly Administered)<br><br>Chapter 11<br><br>Date:        January 17, 2017<br>Time:       2:00 p.m.<br>Location:  Courtroom 1<br>               5th Flr., Clifton Young Courthouse<br>               300 Booth Street<br>               Reno, NV<br>Judge:      Honorable Gregg W. Zive |

**FINAL DECREE UNDER 11 U.S.C. §§ 105 AND 350, FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022, AND LOCAL RULE 3022 <u>CLOSING CASE</u>**

Upon the motion (the "<u>Motion</u>")[2] for entry of an order and final decree under 11 U.S.C. §§ 105(a) and 350, Rule 3022 of the Federal Rules of Bankruptcy Procedure, closing the Chapter 11

---

[1] The Debtors in these cases, along with their case numbers are:  Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20, LLC (Case No. 09-14848); Tuscany Acquisitions IV, LLC (Case No. 09-14849); Tuscany Acquisitions III, LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, L.L.C. (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

[2] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

DOCS_LA:303515.2 73203/035

Cases, and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The Motion is GRANTED.

    2.    Pursuant to 11 U.S.C. § 350, the above-captioned chapter 11 cases are closed.

    3.    The Reorganized Debtors shall submit to the U.S. Trustee a post confirmation report and quarterly fees for the fourth quarter of 2016 not later than January 31, 2017.

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as below:

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###