NVB 5075–5 (Rev. 2/16)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

THE RHODES COMPANIES, LLC

           Debtor(s)

BK–09–14814–gwz
CHAPTER 11

ORDER ENTERING
FINAL DECREE

It appearing that this Court's continuing jurisdiction is no longer necessary and that the case has been fully administered,

**IT IS ORDERED** that a Final Decree is entered closing this case without prejudice to the reopening of this case for further administration.

Dated: 2/10/17

*Mary A Schott*

Mary A. Schott
Clerk of Court