NVB 4002 (Rev. 7/16)

RECEIVED
AND FILED        DLS

2018 MAY 3 PM 2 27

NVB 4002 Rev (7/16)                                U.S. BANKRUPTCY COURT
Name, Address, Telephone No., Bar Number, Fax No. & E-mail address MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| THE RHODES COMPANIES, LLC, aka "Rhodes )<br>In re:Homes," et al., )<br>)<br>)<br>Debtor. )<br>)<br>)<br>)<br>)<br>_____ ) | BK- Cs No. 09-14814<br><br>Chapter: **11**<br><br>Trustee: Linda B Riegle, Ho<br><br>**CHANGE OF ADDRESS OF:**<br>**( ) DEBTOR**<br>**( ) CREDITOR**<br>**(✓) OTHER** |

I request that notice be sent to the following address: (please print)

Glenn & Christine Yakabi
Name
33 Renaissance Drive
Address

Mays Landing        NJ                08330
City          State                  Zip Code

Please check the applicable boxes:

☑ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

☐   Check here if you are a Debtor or Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address.  Please provide your DeBN account

number below (DeBN account numbers can be located in the subject line of all emailed court orders and notices.)

Debtor's DeBN account number _____

Joint Debtor's DeBN account number _____

DATE: April 30, 2018_____

SIGNATURE

**NOTE**: Please submit an original and one copy for the record.

2

Omni Management Group
dba Omni Management Group, LLC
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
(818) 906-8300
(818) 783-2737 (fax)

RECEIVED
AND FILED

2018 APR 18  PM 1 11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 09-14814 |
| | (Jointly Administered) |
| THE RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,[1] | |
| | Chapter 11 |
| Debtors. | Honorable Linda B. Riegle |

**NOTICE OF TERMINATION OF CLAIMS AGENT**

Pursuant to the court's Guidelines for a Claims Agent, notice is given that Omni Management Group, LLC is no longer the claims agent in the above-entitled case.

Dated: April 13, 2018

Scott M. Ewing
Omni Management Group

---

[1] The Debtors in these cases, along with their case numbers are: Heritage Land Company, LLC (Case No. 09-14778); The Rhodes Companies, LLC (Case No. 09-14814); Tribes Holdings, LLC (Case No. 09-14817); Apache Framing, LLC (Case No. 09-14818); Geronimo Plumbing LLC (Case No. 09-14820); Gung-Ho Concrete LLC (Case No. 09-14822); Bravo, Inc. (Case No. 09-14825); Elkhorn Partners, A Nevada Limited Partnership (Case No. 09-14828); Six Feathers Holdings, LLC (Case No. 09-14833); Elkhorn Investments, Inc. (Case No. 09-14837); Jarupa, LLC (Case No. 09-14839); Rhodes Realty, Inc. (Case No. 09-14841); C & J Holdings, Inc. (Case No. 09-14843); Rhodes Ranch General Partnership (Case No. 09-14844); Rhodes Design and Development Corporation (Case No. 09-14846); Parcel 20 LLC (Case No. 09-14848); Tuscany Acquisitions IV LLC (Case No. 09-14849); Tuscany Acquisitions III LLC (Case No. 09-14850); Tuscany Acquisitions II, LLC (Case No. 09-14852); Tuscany Acquisitions, LLC (Case No. 09-14853); Rhodes Ranch Golf and Country Club, LLC (Case No. 09-14854); Overflow, LP (Case No. 09-14856); Wallboard, LP (Case No. 09-14858); Jackknife, LP (Case No. 09-14860); Batcave, LP (Case No. 09-14861); Chalkline, LP (Case No. 09-14862); Glynda, LP (Case No. 09-14865); Tick, LP (Case No. 09-14866); Rhodes Arizona Properties, LLC (Case No. 09-14868); Rhodes Homes Arizona, LLC (Case No. 09-14882); Tuscany Golf Country Club, LLC (Case No. 09-14884); and Pinnacle Grading, LLC (Case No. 09-14887).

FRI-60904 0978-2
ZACHARIAH LARSON
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

003223 3223 1 AV 0.375 89113 7 7 8537-1-3223

Glenn & Christine Yakabi
7103 S Durango Dr Unit 207
Las Vegas, NV 89113-2006

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order.  Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the *Bankruptcy Court* identified on the notice pursuant to the Court's local procedures. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |